# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1050**                                    **September Term, 2025**
                                                    FILED ON: JUNE 26, 2026

COMMONWEALTH OF KENTUCKY, ET AL.,
                PETITIONERS

v.

ENVIRONMENTAL PROTECTION AGENCY AND LEE M. ZELDIN, IN HIS OFFICIAL CAPACITY AS
ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY,
                RESPONDENTS

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, ET AL.,
                INTERVENORS

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

On Petitions for Review of a Final Action
of the Environmental Protection Agency

Before: MILLETT and CHILDS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

### J U D G M E N T

These causes came to be heard on the petitions for review of a final action of the Environmental Protection Agency and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review and the EPA's motion for vacatur be denied, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that the Health Group intervenors' cross-motion to lift abeyance and proceed to a merits ruling be granted.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: June 26, 2026

Opinion for the court filed by Senior Circuit Judge Ginsburg.