**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 24-1050 (and consolidated cases)**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMMONWEALTH OF KENTUCKY, et al.,

*Petitioners*,

*v.*

U.S. ENVIRONMENTAL PROTECTION AGENCY, MICHAEL S. REGAN,

*Respondents.*

On Petition for Review of Final Agency Action
of the United States Environmental Protection Agency

**PETITIONERS' REPLY IN SUPPORT OF**
**MOTION TO SET A BRIEFING FORMAT**

All Petitioners in these consolidated cases—including Petitioner Essential

Minerals Association, whose petition for review in Case No. 24-1091 was only

recently consolidated on April 22, 2024—hereby reply to Movant-Intervenors'

Partial Opposition To Petitioners' Proposed Briefing Format, ECF#2050863 (Apr.

22, 2024) ("Opp'n"). Petitioner Essential Minerals Association agrees with and

joins the Motion.

Movant-Intervenors object only to the word limit of 10,500 words for Respondent-Intervenors. *Id.* at 2–3. They request instead that the Court allocate them a word limit equal to 70 percent of the total words allocated to Respondents, which, assuming that this Court adopts the word limits proposed for Petitioners' and Respondents' briefs of 22,000 words each, would be 15,400 words. *Id.* In support, Movant-Intervenors cite examples of cases where this Court has granted a 70-percent allocation for Respondent-Intervenors. *Id.* at 3–4.

However, there are recent Clean Air Act cases in which this Court has exercised its sound discretion to allocate Respondent-Intervenors substantially less than 70 percent of the total number of words given to Respondents:

- *Murray Energy Corp. v. EPA*, No. 15-1385, ECF#1603268 (Mar. 9, 2016) (allocating Respondent-Intervenors 15,500 words, about 47 percent of Respondent's 33,000 words in a challenge to primary and secondary national ambient air quality standards for ozone);

- *Utah v. EPA*, No. 23-1157, ECF#20229865 (Dec. 4, 2023) (allocating 20,280 words in total for Respondent-Intervenors, about 56 percent of Respondents' 36,400 words);

- *Am. Fuel & Petrochemical Mfrs. v. EPA*, No. 19-1124, ECF#1835704 (Mar. 27, 2020) (allocating 16,250 words for Respondent-Intervenors, about 59 percent of Respondent's 27,500 words);

2

- *Growth Energy v. EPA*, No. 19-1023, ECF#1802964 (Aug. 20, 2019) (allocating 12,000 words for Respondent-Intervenors, about 46 percent of Respondents' 26,000 words).

Petitioners' proposal, which allocates 10,500 words for Respondent-Intervenors (about 48 percent of Respondent's total of 22,000 words), is in line with these examples, each of which involved two or more groups of Respondent-Intervenors. As Petitioners explained in their motion, these word limits are more than sufficient under the circumstances, including the facts that Respondents themselves are already being given a brief of roughly 100 pages and that there are no countervailing petitioner-intervenors. *See* Petitioners' Unopposed Motion to Set A Briefing Schedule and Opposed Motion to Set A Briefing Format, ECF#2049469, at 6 (Apr. 12, 2024).[1]

## CONCLUSION

For the foregoing reasons, Petitioners respectfully request that the Court issue an order setting Petitioners' proposed briefing schedule and format.

---

[1] Movant-Intervenors suggest that if the Court grants their request, Petitioners could be given more words on reply. *See* Opp'n at 4. If this Court were to grant Movant-Intervenors' request, Petitioners would not object to such approach.

3

Dated: April 29, 2024                Respectfully submitted,


Andrew R. Varcoe                    /s/ Elbert Lin
Stephanie A. Maloney                Elbert Lin
U.S. Chamber Litigation Center        *Counsel of Record*
1615 H Street, NW                   Hunton Andrews Kurth LLP
Washington, DC 20062                951 East Byrd Street, East Tower
(202) 463-5337                      Richmond, VA 23219
avarcoe@USChamber.com               elin@HuntonAK.com
smaloney@USChamber.com              (804) 788-8200

*Counsel for Petitioner Chamber of*   Lucinda Minton Langworthy
*Commerce of the United States of*    Erica N. Peterson
*America*                            Hunton Andrews Kurth LLP
                                    2200 Pennsylvania Ave. NW
Erica Klenicki                      Washington, DC 20037
Michael A. Tilghman II              (202) 955-1500
NAM Legal Center                    clangworthy@HuntonAK.com
733 Tenth Street, NW                epeterson@HuntonAK.com
Suite 700
Washington, DC 20001

*Counsel for Petitioner*             *Counsel for Petitioners Chamber of*
*National Association of*            *Commerce of the United States of*
*Manufacturers*                      *America, American Chemistry Council,*
                                    *American Forest & Paper Association,*
                                    *American Petroleum Institute,*
                                    *American Wood Council, National*
                                    *Association of Manufacturers, National*
                                    *Mining Association, and Portland*
                                    *Cement Association*

4

/s/ Nate Curtisi
Nate Curtisi
(D.C. Cir. Bar No. 65164)
Michael G. Bailey
(Arizona Bar No. 013747)
ARIZONA CHAMBER OF
COMMERCE
100 N. 7th Ave, Suite 120
Phoenix, Arizona 85007
(602) 248-4430
ncurtisi@azchamber.com

*Counsel for Arizona Chamber of Commerce and Industry*


/s/ Brunn (Beau) W. Roysden III
Brunn (Beau) W. Roysden III
(DC Cir. Bar No. 64493)
FUSION LAW, PLLC
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545

*Counsel for President of the Arizona State Senate Warren Petersen and Speaker of the Arizona House of Representatives Ben Toma*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

/s/ J. Amber Ahmed
J. AMBER AHMED
Assistant Attorney General
D.C. Circuit Bar No. 65130
Texas Bar No. 24080756
amber.ahmed@oag.texas.gov

CLAYTON SMITH
Assistant Attorney General

D.C. Circuit Bar No. 65145
Texas Bar No. 24091234
clayton.smith@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 971-0139
Fax: (512) 320-0911

*Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**


/s/ Jacob M. Abrahamson
Matthew F. Kuhn
 *Solicitor General*
Lindsey R. Keiser
 *Assistant Attorney General*
Jacob M. Abrahamson
 *Assistant Solicitor General*
Office of the Kentucky
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Lindsey.Keiser@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for Petitioner*
*Commonwealth of Kentucky*

**PATRICK MORRISEY**
**Attorney General of**
**West Virginia**


/s/ Michael R. Williams
Lindsay See
 *Solicitor General*
Michael R. Williams
 *Principal Deputy Solicitor General*
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, West Virginia 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for Petitioner*
*State of West Virginia*

3

**STEVE MARSHALL**
**Attorney General of Alabama**

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner*
*State of Alabama*

**TREG R. TAYLOR**
**Attorney General of Alaska**

/s/ Cody Doig
Cody Doig
  *Senior Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 269-5211
cody.doig@alaska.gov

*Counsel for Petitioner*
*State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ Nicholas J. Bronni
Nicholas J. Bronni
  *Solicitor General*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Petitioner*
*State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

/s/ Henry C. Whitaker
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for Petitioner*
*State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ Stephen J. Petrany
Stephen J. Petrany
  *Solicitor General*
Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner*
*State of Georgia*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**

/s/ Joshua N. Turner
Joshua N. Turner
  *Chief of Constitutional Litigation*
  *and Policy*
Alan M. Hurst
  *Solicitor General*
Office of the Idaho
Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for Petitioner*
*State of Idaho*

**THEODORE E. ROKITA**
**Attorney General of Indiana**

/s/ James A. Barta
James A. Barta
  *Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for Petitioner*
*State of Indiana*

**BRENNA BIRD**
**Attorney General of Iowa**

/s/ Eric H. Wessan
Eric H. Wessan
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner*
*State of Iowa*

3

**KRIS KOBACH**
**Attorney General of Kansas**

/s/ Anthony J. Powell
Anthony J. Powell
  *Solicitor General*
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for Petitioner*
*State of Kansas*

**LIZ MURRILL**
**Attorney General of Louisiana**

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
  *Solicitor General*
Office of the Louisiana
Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov

*Counsel for Petitioner*
*State of Louisiana*

**LYNN FITCH**
**Attorney General of Mississippi**

/s/ Justin L. Matheny
Justin L. Matheny
  *Deputy Solicitor General*
Office of the Mississippi
Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner*
*State of Mississippi*

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine
  *Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, Missouri 65101
(573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for Petitioner*
*State of Missouri*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

/s/ Christian B. Corrigan
Christian B. Corrigan
  *Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Petitioner*
*State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

/s/ Grant D. Strobl
Grant D. Strobl
  *Assistant Solicitor General*
Office of the Attorney General
of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Grant.Strobl@nebraska.gov

*Counsel for Petitioner*
*State of Nebraska*

**DREW WRIGLEY**
**Attorney General of**
**North Dakota**

/s/ Philip Axt
Philip Axt
  *Solicitor General*
North Dakota Attorney
General's Office
600 East Boulevard Avenue,
Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for Petitioner*
*State of North Dakota*

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
  *Solicitor General*
Mathura Sridharan
  *Deputy Solicitor General*
Ohio Attorney General's Office
30 E. Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
elliot.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for Petitioner*
*State of Ohio*

5

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*
Oklahoma Office of the
Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Petitioner*
*State of Oklahoma*

**MARTY J. JACKLEY**
**Attorney General of**
**South Dakota**

/s/ Steven Blair
Steven Blair
  *Deputy Attorney General*
South Dakota Attorney
General's Office
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
atgservice@state.sd.us

*Counsel for Petitioner*
*State of South Dakota*

**ALAN WILSON**
**Attorney General of**
**South Carolina**

/s/ Joseph D. Spate
Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
  *Assistant Deputy Solicitor General*
Joseph D. Spate
  *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner*
*State of South Carolina*

**JONATHAN SKRMETTI**
**Attorney General & Reporter**
**of Tennessee**

/s/ Whitney Hermandorfer
Whitney Hermandorfer
  *Director of Strategic Litigation*
Harrison Gray Kilgore
  *Assistant Solicitor General*
Office of the Attorney General and
Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov
Harrison.Kilgore@ag.tn.gov

*Counsel for Petitioner*
*State of Tennessee*

6

**SEAN D. REYES**
**Attorney General of Utah**


/s/ Stanford E. Purser
Stanford E. Purser
  *Solicitor General*
Utah Attorney General's Office
160 E. 300 S., 5th Floor
P.O. Box 140858
Salt Lake City, Utah 84114-0858
Phone: (385) 382-4334
Fax: (801) 538-1121
spurser@agutah.gov

*Counsel for Petitioner*
*State of Utah*


/s/ Kristina (Tina) R. Van Bockern
Kristina (Tina) R. Van Bockern
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8107 / Fax 720-545-9952
trvanbockern@hollandhart.com

Emily C. Schilling
Sydney J. Sell
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com
sjsell@hollandhart.com

*Counsel for Petitioner Essential*
*Minerals Association*

**BRIDGET HILL**
**Attorney General of Wyoming**


/s/ D. David DeWald
D. David DeWald
  *Deputy Attorney General*
Wyoming Attorney General's
Office Water & Natural
Resources Division
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 phone
(307) 777-3542 fax
david.dewald@wyo.gov

*Counsel for Petitioner*
*State of Wyoming*

7

## **CERTIFICATE OF COMPLIANCE**

As required by Fed. R. App. P. 32(g), I certify that this Reply In Support of Motion to Set a Briefing Schedule And Format complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(C) because it contains 428 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Times New Roman font using Microsoft Word.

/s/ Elbert Lin

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 29, 2024, I electronically filed the foregoing Reply In Support of Motion to Set a Briefing Schedule And Format with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


/s/ Elbert Lin