# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 24-1050**                          **September Term, 2023**

EPA-89FR16202

Filed On: May 14, 2024 [2054418]

Commonwealth of Kentucky, et al.,

        Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

        Respondents

------------------------------

Alliance of Nurses for Healthy
Environments, et al.,
                Intervenors
------------------------------

Consolidated with 24-1051, 24-1052,
24-1073, 24-1091

### A M E N D I N G   O R D E R

Upon consideration of the motions for leave to intervene filed by:

Natural Resources Defense Council, Citizens for Pennsylvania's Future, Sierra Club, Conservation Law Foundation, Northeast Ohio Black Health Coalition, Rio Grande International Study Center, Alliance of Nurses for Healthy Environments, American Lung Association, Environmental Defense Fund, Harris County, Texas, State of California, State of Arizona, State of Connecticut, DC, State of Illinois, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of New Jersey, State of New York, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin, and City of New York,

it is **ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-1050**  **September Term, 2023**

schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

      Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 39.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura M. Morgan
Deputy Clerk