**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 24-1050 (and consolidated cases)**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

COMMONWEALTH OF KENTUCKY, et al.,
*Petitioners*,

*v.*

U.S. ENVIRONMENTAL PROTECTION AGENCY, MICHAEL S. REGAN
*Respondents.*

On Petitions for Review of Final Agency Action
of the United States Environmental Protection Agency
89 Fed. Reg. 16,202 (Mar. 6, 2024)

# DEFERRED JOINT APPENDIX
# VOLUME 2 OF 6
# JA0428 to JA1185

Lucinda Minton Langworthy
Erica N. Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
clangworthy@HuntonAK.com
epeterson@HuntonAK.com
(202) 955-1500

Elbert Lin
*Counsel of Record*
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
elin@HuntonAK.com
(804) 788-8200

October 7, 2024

*Counsel for Petitioners Chamber of Commerce of the United States of America, American Chemistry Council, American Forest & Paper Association, American Petroleum Institute, American Wood Council, National Association of Manufacturers, National Mining Association, and Portland Cement Association*

*Additional counsel listed on following pages*

Andrew R. Varcoe
Stephanie A. Maloney
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
*Counsel for Petitioner Chamber of Commerce of the United States of America*

Erica Klenicki
Michael A. Tilghman II
NAM Legal Center
733 Tenth Street, NW, Suite 700
Washington, DC 20001
*Counsel for Petitioner National Association of Manufacturers*

Nate Curtisi
(D.C. Cir. Bar No. 65164)
Michael G. Bailey
(Arizona Bar No. 013747)
Arizona Chamber of Commerce
100 N. 7th Ave, Suite 120
Phoenix, Arizona 85007
(602) 248-4430
ncurtisi@azchamber.com
*Counsel for Arizona Chamber of Commerce and Industry*

Brunn (Beau) W. Roysden III
(DC Cir. Bar No. 64493)
Fusion Law, PLLC
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545
*Counsel for President of the Arizona State Senate Warren Petersen and Speaker of the Arizona House of Representatives Ben Toma*

Kristina (Tina) R. Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8107 / Fax 720-545-9952
trvanbockern@hollandhart.com

Emily C. Schilling
Sydney J. Sell
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com
sjsell@hollandhart.com
*Counsel for Petitioner Essential Minerals Association*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**
Matthew F. Kuhn
*Solicitor General*
Jacob M. Abrahamson
*Assistant Solicitor General*
Lindsey R. Keiser
*Assistant Attorney General*
Office of the Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov
Lindsey.Keiser@ky.gov
*Counsel for Petitioner Commonwealth of Kentucky*

**PATRICK MORRISEY**
**Attorney General of West Virginia**
Michael R. Williams
*Principal Deputy Solicitor General*
Office of the West Virginia Attorney General
State Capitol, Bldg. 1, Room E-26
Charleston, West Virginia 25305
(681) 313-4550
Michael.R.Williams@wvago.gov
*Counsel for Petitioner State of West Virginia*

**STEVE MARSHALL**
**Attorney General of Alabama**
Edmund G. LaCour Jr.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for Petitioner State of Alabama*

**TREG R. TAYLOR**
**Attorney General of Alaska**
Cody Doig
*Senior Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 269-5211
cody.doig@alaska.gov
*Counsel for Petitioner State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**
Nicholas J. Bronni
*Solicitor General*
Dylan L. Jacobs
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov
*Counsel for Petitioner*
*State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**
Henry C. Whitaker
*Solicitor General*
James H. Percival
*Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com
*Counsel for Petitioner*
*State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**
Stephen J. Petrany
*Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Petitioner*
*State of Georgia*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**
Joshua N. Turner
*Chief of Constitutional Litigation and Policy*
Alan M. Hurst
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov
*Counsel for Petitioner*
*State of Idaho*

**THEODORE E. ROKITA**
**Attorney General of Indiana**
James A. Barta
*Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Petitioner*
*State of Indiana*

**BRENNA BIRD**
**Attorney General of Iowa**
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
*Counsel for Petitioner*
*State of Iowa*

**KRIS KOBACH**
**Attorney General of Kansas**
Anthony J. Powell
*Solicitor General*
Office of Kansas Attorney General
Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov
*Counsel for Petitioner*
*State of Kansas*

**LIZ MURRILL**
**Attorney General of Louisiana**
J. Benjamin Aguiñaga
*Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov
*Counsel for Petitioner*
*State of Louisiana*

**LYNN FITCH**
**Attorney General of Mississippi**
Justin L. Matheny
*Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov
*Counsel for Petitioner*
*State of Mississippi*

**ANDREW BAILEY**
**Attorney General of Missouri**
Joshua M. Divine
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, Missouri 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
*Counsel for Petitioner*
*State of Missouri*

**AUSTIN KNUDSEN**
**Attorney General of Montana**
Christian B. Corrigan
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
*Counsel for Petitioner*
*State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**
Grant D. Strobl
*Assistant Solicitor General*
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Grant.Strobl@nebraska.gov
*Counsel for Petitioner*
*State of Nebraska*

**DREW WRIGLEY**
**Attorney General of North Dakota**
Philip Axt
*Solicitor General*
North Dakota Attorney General's Office
600 East Boulevard Avenue, Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov
*Counsel for Petitioner*
*State of North Dakota*

**DAVE YOST**
**Attorney General of Ohio**
T. Elliot Gaiser
*Solicitor General*
Mathura Sridharan
*Deputy Solicitor General*
Ohio Attorney General's Office
30 E. Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
elliot.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov
*Counsel for Petitioner*
*State of Ohio*

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**
Garry M. Gaskins, II
*Solicitor General*
Jennifer L. Lewis
*Deputy Attorney General*
Oklahoma Office of the Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov
*Counsel for Petitioner*
*State of Oklahoma*

**ALAN WILSON**
**Attorney General of South Carolina**
Robert D. Cook
*Solicitor General*
J. Emory Smith, Jr.
*Deputy Solicitor General*
Thomas T. Hydrick
*Assistant Deputy Solicitor General*
Joseph D. Spate
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov
*Counsel for Petitioner*
*State of South Carolina*

**MARTY J. JACKLEY**
**Attorney General of South Dakota**
Steven Blair
*Deputy Attorney General*
South Dakota Attorney General's Office
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
atgservice@state.sd.us
*Counsel for Petitioner*
*State of South Dakota*

**JONATHAN SKRMETTI**
**Attorney General & Reporter of Tennessee**
Whitney Hermandorfer
*Director of Strategic Litigation*
Harrison Gray Kilgore
*Strategic Litigation Counsel and Assistant Solicitor General*
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov
Harrison.Kilgore@ag.tn.gov
*Counsel for Petitioner*
*State of Tennessee*

**SEAN D. REYES**
**Attorney General of Utah**
Stanford E. Purser
*Solicitor General*
Office of the Utah Attorney General
160 E. 330 S., 5th Floor
Salt Lake City, Utah 84111
(385) 382-4334
spurser@agutah.gov
*Counsel for Petitioner*
*State of Utah*

**BRIDGET HILL**
**Attorney General of Wyoming**
D. David DeWald
*Deputy Attorney General*
Wyoming Attorney General's Office
Water & Natural Resources Division
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 phone
(307) 777-3542 fax
david.dewald@wyo.gov
*Counsel for Petitioner*
*State of Wyoming*

**KEN PAXTON**
**Attorney General of Texas**
Brent Webster
*First Assistant Attorney General*
James Lloyd
*Deputy Attorney General for Civil Litigation*
Kellie E. Billings-Ray
*Chief, Environmental Protection Division*
Clayton Smith
*Assistant Attorney General*
Office of the Attorney General of Texas Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 971-0139
Fax: (512) 320-0911
clayton.smith@oag.texas.gov
D.C. Circuit Bar No. 65145
Texas Bar No. 24091234
*Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality in Consolidated Case No. 24-1052*

TODD KIM
*Assistant Attorney General*
SARAH A. BUCKLEY
ALEXANDRA L. ST. ROMAIN
*Attorneys*
Environment and Natural Resources
Division
U.S. Department of Justice
Post Office Box 7411
Washington, D.C. 20044
(202) 616-7554 (Buckley)
(202) 532-3284 (St. Romain)
sarah.buckley@usdoj.gov
alexandra.st.romain@usdoj.gov

Of Counsel:
David P.W. Orlin
*Attorney*
U.S. Environmental Protection
Agency

*Counsel for Respondents U.S.
Environmental Protection Agency
and Michael S. Regan, in his official
capacity as Administrator, EPA*

FOR THE STATE OF CALIFORNIA
ROB BONTA
Attorney General of California
TRACY L. WINSOR
Senior Assistant Attorney General
MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
STACY LAU
COREY M. MOFFAT
JONATHAN A. WIENER
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94114
(415) 510-3549
Jonathan.Wiener@doj.ca.gov

FOR THE STATE OF ARIZONA
KRISTIN K. MAYES,
Attorney General
KRISTIN M. WROBEL
Assistant Attorney General
Environmental Protection Unit
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8594
ENVProtect@azag.gov

FOR THE STATE OF CONNECTICUT
WILLIAM TONG
Attorney General
MATTHEW I. LEVINE
Deputy Associate Attorney General
JILL LACEDONIA
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
jill.lacedonia@ct.gov

FOR THE STATE OF ILLINOIS
KWAME RAOUL
Attorney General
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(872) 276-3583
jason.james@ilag.gov

FOR THE STATE OF MARYLAND
ANTHONY G. BROWN
Attorney General
MICHAEL F. STRANDE
Assistant Attorney General
Office of the Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3014
Michael.Strande@maryland.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General
TURNER SMITH
Assistant Attorney General &
Deputy Chief
BRIAN CLAPPIER
Assistant Attorney General
MARCUS HOLMES
Assistant Attorney General
Energy & Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Turner.Smith@mass.gov

FOR THE PEOPLE OF THE STATE OF MICHIGAN
ELIZABETH MORRISSEAU
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor G. Mennen Williams
Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
MorrisseauE@michigan.gov

FOR THE STATE OF MINNESOTA
KEITH ELLISON
Attorney General
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1061
Peter.Surdo@ag.state.mn.us

FOR THE STATE OF
NEW JERSEY
MATTHEW J. PLATKIN
Attorney General
LISA MORELLI
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
609-376-2740
lisa.morelli@law.njoag.gov

FOR THE STATE OF
NEW YORK
LETITIA JAMES
Attorney General
BARBARA D. UNDERWOOD
Solicitor General
JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
MICHAEL J. MYERS
Senior Counsel
NICHOLAS C. BUTTINO
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
michael.myers@ag.ny.gov

FOR THE STATE OF OREGON
ELLEN F. ROSENBLUM
Attorney General
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov
Steve.Novick@doj.oregon.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA
MICHELLE A. HENRY
Attorney General
ANN R. JOHNSTON
Assistant Chief Deputy Attorney
General
Civil Environmental Enforcement
Unit
Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
717-497-3678
ajohnston@attorneygeneral.gov

FOR THE STATE OF
RHODE ISLAND
PETER F. NERONHA
Attorney General
ALISON HOFFMAN CARNEY
Assistant Attorney General
Chief, Environment and Energy
Unit
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext 2116
acarney@riag.ri.gov

FOR THE STATE OF VERMONT
CHARITY R. CLARK
Attorney General
MELANIE KEHNE
Assistant Attorney General
Office of the Attorney
General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Melanie.kehne@vermont.gov

FOR THE STATE OF
WASHINGTON
ROBERT W. FERGUSON
Attorney General
CHRISTOPHER H. REITZ
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-4614
chris.reitz@atg.wa.gov

FOR THE STATE OF
WISCONSIN
JOSHUA L. KAUL
Attorney General
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
motlbj@doj.state.wi.us

FOR THE DISTRICT OF COLUMBIA
BRIAN L. SCHWALB
Attorney General
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR HARRIS COUNTY, TEXAS
SARAH JANE UTLEY
Environmental Division Director
ELIZABETH HIDALGO
Assistant County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
713.274.5124
Sarah.Utley@cao.hctx.net

IRVINE & CONNER PLLC
CHARLES IRVINE
JANET CAMPOS
4709 Austin Street
Houston, Texas 77004
713.533.1704
charles@irvineconner.com
*Attorneys for Harris County, Texas*

FOR THE CITY OF NEW YORK
MURIEL GOODE-TRUFANT
Acting Corporation Counsel
CHRISTOPHER GENE KING
Senior Counsel, Environmental Law Division
NATHAN TAYLOR
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
212.356.2074
cking@law.nyc.gov

Seth L. Johnson
Marvin C. Brown IV
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 797-5245
(202) 794-5355
sjohnson@earthjustice.org
mcbrown@earthjustice.org
*Counsel for Respondent-Intervenors Alliance of Nurses for Healthy Environments, American Lung Association, Environmental Defense Fund, Natural Resources Defense Council, Northeast Ohio Black Health Coalition, Rio Grande International Study Center, and Sierra Club*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
*Counsel for Respondent-Intervenor Natural Resources Defense Council*

Shaun A. Goho
Hayden W. Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 678-2516
sgoho@catf.us
hhashimoto@catf.us
*Counsel for Respondent-Intervenors Citizens for Pennsylvania's Future and Conservation Law Foundation*

# TABLE OF CONTENTS

## VOLUME 1 of 6

## ACTIONS UNDER REVIEW

EPA-HQ-OAR-2015-0072-1543, EPA, Reconsideration of the National Ambient Air Quality Standards for Particulate Matter; Proposed Rule, 88 Fed. Reg. 5558 (Jan. 27, 2023) .................................. JA0001

EPA-HQ-OAR-2015-0072-5839, EPA, Reconsideration of the National Ambient Air Quality Standards for Particulate Matter; Final Rule, 89 Fed. Reg. 16,202 (Mar. 6, 2024)....................................... JA0163

## INDEXED RECORD MATERIAL

EPA-HQ-OAR-2015-0072-0037, Comments by the Independent Particulate Matter Review Panel (formerly EPA CASAC Particulate Matter Review Panel) on EPA's Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – September 2019) (Oct. 22, 2019) (excerpts) ........................................................................ JA0363

EPA-HQ-OAR-2015-0072-0069, EPA, Review of the National Ambient Air Quality Standards for Particulate Matter; Proposed Action, 85 Fed. Reg. 24,094 (Apr. 30, 2020) (excerpts) ........................... JA0414

EPA-HQ-OAR-2015-0072-0105, Qian Di, et al., *Air Pollution and Mortality in the Medicare Population*, NEW ENGLAND JOURNAL OF MEDICINE (June 29, 2017) ........................................................... JA0418

## VOLUME 2 of 6

EPA-HQ-OAR-2015-0072-0212, EPA, EPA/600/R-19/188, Integrated Science Assessment for Particulate Matter, (Dec. 2019) (excerpts) ......... JA0428

**VOLUME 3 of 6**

EPA-HQ-OAR-2015-0072-0224, Press Release, EPA, Administrator Wheeler Announces New CASAC Member, Pool of NAAQS Subject Matter Experts (Sept. 13, 2019) .......... JA1186

EPA-HQ-OAR-2015-0072-0251, Letter from Dr. Louis Anthony Cox, Jr., Chair, Clean Air Scientific Advisory Committee, to The Honorable Andrew R. Wheeler, Administrator, EPA, re: CASAC Review of the EPA's *Integrated Science Assessment for Particulate Matter (External Review Draft – October 2018)* (Apr. 11, 2019) (excerpts) .......... JA1188

EPA-HQ-OAR-2015-0072-0260, Letter from Dr. Louis Anthony Cox, Jr., Chair, Clean Air Scientific Advisory Committee, to The Honorable Andrew R. Wheeler, Administrator, EPA, re: CASAC Review of the EPA's *Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – September 2019)* (Dec. 16, 2019) (excerpts) .......... JA1190

EPA-HQ-OAR-2015-0072-0262, EPA, EPA-452/R-20-002, Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (Jan. 2020) (excerpts) [-0262 is duplicated in the docket at EPA-HQ-OAR-2015-0072-1583] .......... JA1200

EPA-HQ-OAR-2015-0072-0702, Comments by National Medical Societies and Public Health and Patient Advocacy Organizations on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter (undated) .......... JA1223

EPA-HQ-OAR-2015-0072-0752, Comments by Achieving Community Tasks Successfully (ACTS), et al. on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter (June 29, 2020) .......... JA1233

EPA-HQ-OAR-2015-0072-0973, Comments by Clean Air Task Force, et al. on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter, 85 Fed. Reg. 24,094 (Apr. 30, 2020) (June 29, 2020) (excerpts) .......... JA1236

EPA-HQ-OAR-2015-0072-1166, EPA, Review of the National Ambient Air Quality Standards for Particulate Matter; Final Action, 85 Fed. Reg. 82,684 (Dec. 18, 2020) .......... JA1256

EPA-HQ-OAR-2015-0072-1241_Attachment 2, Petition for Reconsideration submitted on behalf of the States of California (b and through Attorney General Xavier Becerra and the California Air Resources Board), Connecticut, Delaware, Illinois, Maryland, Minnesota, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin; the Commonwealths of Massachusetts, Pennsylvania, and Virginia; and the City of New York (Feb. 16, 2021) .......... JA1321

EPA-HQ-OAR-2015-0072-1242_Attachment 2, Petition for Reconsideration submitted by American Lung Association, Clean Air Task Force, Chesapeake Bay Foundation, Earthjustice, Environment America, Environmental Defense Fund, Environmental Law & Policy Center, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, and Union of Concerned Scientists (Feb. 16, 2020) .......... JA1455

EPA-HQ-OAR-2015-0072-1273, Press Release, EPA, EPA to Reexamine Health Standards for Harmful Soot that Previous Administration Left Unchanged (June 10, 2021) .......... JA1478

EPA-HQ-OAR-2015-0072-1277, Press Release, EPA, EPA Announces Selections of Charter Members to the Clean Air Scientific Advisory Committee; Concurrently, EPA issues a call for nominations for the CASAC Particulate Matter Panel (June 17, 2021) .......... JA1480

EPA-HQ-OAR-2015-0072-1285, Press Release, EPA, Administrator Regan Directs EPA to Reset Critical Science-Focused Federal Advisory Committees; Past administration actions hindered the recruitment and retention of members for the Science Advisory Board and the Clean Air Scientific Advisory Committee (Mar. 31, 2021) .......... JA1482

EPA-HQ-OAR-2015-0072-1394, Ki-Do Eum, et al., *Impact of long-term temporal trends in fine particulate matter ($PM_{2.5}$) on associations of annual $PM_{2.5}$ exposure and mortality; An analysis of over 20 million Medicare beneficiaries*, ENVIRONMENTAL EPIDEMIOLOGY (2018) .................................................. JA1484

EPA-HQ-OAR-2015-0072-1424, Joel Schwartz, et al., *A National Difference in Differences Analysis of the Effect of $PM_{2.5}$ on Annual Death Rates*, ENVIRONMENTAL RESEARCH (2021) .................................. JA1491

EPA-HQ-OAR-2015-0072-1441, Lauren H. Wyatt, et al., *Association of short-term exposure to ambient $PM_{2.5}$ with hospital admissions and 30-day readmissions in end-stage renal disease patients: population-based retrospective cohort study*, BMJ OPEN (2020) ............. JA1516

EPA-HQ-OAR-2015-0072-1471, X. Wu, et al., *Evaluating the impact of long-term exposure to fine particulate matter on mortality among the elderly*, SCIENCE ADVANCES (2020)......................................... JA1525

EPA-HQ-OAR-2015-0072-1501, EPA, EPA-452/R-15-007, EPA, Regulatory Impact Analysis of the Final Revisions to the National Ambient Air Quality Standards for Ground-Level Ozone (Sept. 2015) (excerpts) ........................................................................... JA1535

EPA-HQ-OAR-2015-0072-1522, Comments by Joel Schwartz, Professor of Environmental Health, Harvard TH Chan School of Public Health, on EPA's Policy Assessment for PM2.5 (undated) (excerpts)......................................................................................... JA1545

EPA-HQ-OAR-2015-0072-1525, Comments on behalf of the Commonwealth of Kentucky and the States of Alabama, Alaska, Arkansas, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, West Virginia, and Wyoming on Policy Assessment for Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft (Dec. 14, 2021) ....................................... JA1548

## VOLUME 4 of 6

EPA-HQ-OAR-2015-0072-1584, EPA, EPA-452/R-22-004, Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (May 2022) (excerpts) .............. JA1561

EPA-HQ-OAR-2015-0072-1585, EPA, EPA/600/R-22/028, Supplement to the 2019 Integrated Science Assessment for Particulate Matter (May 2022) (excerpts) ................................................ JA1836

EPA-HQ-OAR-2015-0072-1587, Letter from Dr. Elizabeth A. (Lianne) Sheppard, Chair, Clean Air Scientific Advisory Committee, to the Honorable Michael S. Regan, Administrator, EPA, re: CASAC Review of the EPA's *Supplement to the 2019 Integrated Science Assessment for Particulate Matter (External Review Draft – October 2021)* (excerpts) (Mar. 18, 2022) ....................... JA1995

EPA-HQ-OAR-2015-0072-1593, Letter from Dr. Elizabeth A. (Lianne) Sheppard, Chair, Clean Air Scientific Advisory Committee, to the Honorable Michael S. Regan, Administrator, EPA, re: CASAC Review of the EPA's *Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021)* (excerpts) (Mar. 18, 2022) ............................................................... JA2000

EPA-HQ-OAR-2015-0072-1964, Comments by the Arizona Department of Environmental Quality on Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 20, 2023) ........................................................................ JA2023

EPA-HQ-OAR-2015-0072-1989, Comments by the Arizona Chamber of Commerce & Industry and the Arizona Manufacturers Council on EPA's Proposed Rule on National Ambient Air Quality Standards for Particulate Matter (Mar. 24, 2023) ..................................... JA2028

EPA-HQ-OAR-2015-0072-2091, Comments by the Essential Minerals Association on Reconsideration of the National Ambient Air Quality Standards for Particulate Matter Proposed Rule (Mar. 28, 2023) ................................................................................ JA2032

EPA-HQ-OAR-2015-0072-2125, Comments by Joel Schwartz, Professor of Environmental Epidemiology, Director, Harvard Center for Risk Analysis, Harvard University, on EPA's Proposed Revision to the PM2.5 NAAQS (undated) (excerpts) .............................. JA2038

**VOLUME 5 of 6**

EPA-HQ-OAR-2015-0072-2192, Comments by the Texas Commission on Environmental Quality on EPA's Proposed Rule for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023).................................... JA2045

EPA-HQ-OAR-2015-0072-2193, Comments by the National Association of Manufacturers on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023) ........................................................................... JA2079

EPA-HQ-OAR-2015-0072-2210, Comments by the National Mining Association on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ............................................................. JA2083

EPA-HQ-OAR-2015-0072-2212, Comments by the Commonwealth of Kentucky and the Energy and Environment Cabinet, the Division for Air Quality, on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ...................................... JA2140

EPA-HQ-OAR-2015-0072-2233_Attachment 1, Comments of Appalachian Mountain Club, Chesapeake Bay Foundation, Citizens For Pennsylvania's Future, Clean Air Council, Clean Air Task Force, CleanAirNow, Earthjustice, Environmental Defense Fund, Group Against Smog & Pollution, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, Southern Environmental Law Center, and Union of Concerned Scientists on the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023)." ......................................................................................... JA2145

EPA-HQ-OAR-2015-0072-2348, Comments by Health, Medical, and Nursing Organizations on EPA's Proposed Rule in the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ........ JA2322

EPA-HQ-OAR-2015-0072-2361, Comments by the NAAQS Regulatory Review & Rulemaking Coalition on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023) ........ JA2336

## VOLUME 6 of 6

EPA-HQ-OAR-2015-0072-2422_Attachment 14, Industrial Economics, Inc., Analysis of $PM_{2.5}$-Related Health Burdens Under Current and Alternative NAAQS; Updated Final Report, 9 µg/$m^3$ Supplement Added March 21, 2023 (excerpts) ........ JA2540

EPA-HQ-OAR-2015-0072-2426, Comments by Boyden Gray & Associates PLLC on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ........ JA2617

EPA-HQ-OAR-2015-0072-2428, Comments by the Chamber of Commerce of the United States on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ........ JA2640

EPA-HQ-OAR-2015-0072-2482_Attachment 5, Ihab Mikati, BS, et al., *Disparities in Distribution of Particulate Matter Emission Sources by Race and Poverty Status*, AJPH ENVIRONMENTAL JUSTICE (Apr. 2018) ........ JA2655

EPA-HQ-OAR-2015-0072-2485_Attachment 8, Christopher W. Tessum, et al., *$PM_{2.5}$ polluters disproportionately and systemically affect people of color in the United States*, Science Advances (Apr. 28, 2021) ........ JA2661

EPA-HQ-OAR-2015-0072-2485_Attachment 9, Maninder P.S. Thind, et al., *Fine Particulate Air Pollution from Electricity Generation in the US: Health Impacts by Race, Income, and Geography*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2019) .................................. JA2668

EPA-HQ-OAR-2015-0072-4525, Comment by Ben Toma, Speaker of the House, Arizona House of Representatives on EPA's Proposed Rule Change for PM2.5 (posted May 3, 2023) ........................................ JA2678

EPA-HQ-OAR-2015-0072-6025, EPA, Responses to Significant Comments on the 2023 Proposed Rule for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (undated) ........................................................................................ JA2680

## MATERIALS PROVIDED FOR THE CONVENIENCE OF THE COURT

Appalachian Power Co. et al. Respondents' Brief in Support of Petitioners, *Am. Trucking Ass'ns v. Whitman*, No. 99-1426 (U.S. July 20, 2000) (excerpts) ............................................................ JA2838

Appalachian Power Co. et al. Reply Brief, *Am. Trucking Ass'ns v. Whitman*, No. 99-1426 (U.S. Oct. 5, 2000) (excerpts) ............................. JA2842

Joint Reply Brief of State Petitioners, Non-State Petitioners, and Supporting Intervenors, *NEDA CAP v. EPA*, 686 F.3d 803 (D.C. Cir. 2012) (No. 10-1252, Feb. 8, 2012) (excerpts) .................................. JA2846

Final Joint Opening Brief of Industry Petitioners, *Murray Energy Corp. v. EPA*, 936 F.3d 597 (D.C. Cir. 2019) (No. 15-1385, Sept. 26, 2016) (excerpts) ..................................................................... JA2849

State Petitioners' Opening Brief, *Murray Energy Corp. v. EPA*, 936 F.3d 597 (D.C. Cir. 2019) (No. 15-1385, Sept. 26, 2016) (excerpts) ......................................................................................... JA2851

Respondent EPA's Motion to Continue Oral Argument, *Murray Energy Corp. v. EPA*, No. 15-1385 (D.C. Cir. Apr. 7, 2017) (ECF No. 1670218) (excerpt) ................................................................ JA2855

Office of Management and Budget Comments on EPA Proposed Rule: "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter," RIN 2060-AV52, Cover Comments (undated), Docket No. EPA-HQ-OAR-2015-0072-1618_Attachment 1 ........ JA2856

Memorandum from Joseph Goffman, Assistant Administrator, EPA, to Regional Administrators Regions 1-10, re: Initial Area Designations for the 2024 Revised Primary Annual Fine Particle National Ambient Air Quality Standard (Feb. 7, 2024) ........ JA2880

EPA
United States
Environmental Protection
Agency

EPA/600/R-19/188 | December 2019 | www.epa.gov/isa

# Integrated Science Assessment for Particulate Matter



Office of Research and Development
Center for Public Health & Environmental Assessment, Research Triangle Park, NC

United States Environmental Protection Agency

EPA/600/R-19/188
December 2019
www.epa.gov/isa

# Integrated Science Assessment for Particulate Matter

December 2019

Center for Public Health and Environmental Assessment
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

# CONTENTS


**INTEGRATED SCIENCE ASSESSMENT TEAM FOR PARTICULATE MATTER** ___ **LXVI**

**AUTHORS, CONTRIBUTORS, AND REVIEWERS** ___ **LXX**

**ACRONYMNS AND ABBREVIATIONS** ___ **LXXVII**

**PREFACE** ___ **P-1**

P.1. Legislative Requirements for the Review of the National Ambient Air Quality Standards ___ P-1
P.1.1. Overview and History of the Reviews of the Primary and Secondary National Ambient Air Quality Standard for Particulate Matter ___ P-3
P.2. Purpose and Overview of the Integrated Science Assessment ___ P-9
P.3. Process for Developing Integrated Science Assessments ___ P-11
P.3.1. Scope of the ISA ___ P-14
P.3.2. Evaluation of the Evidence ___ P-17
P.3.2.1. Biological Plausibility ___ P-17
P.3.2.2. Comparing Epidemiologic Study Results ___ P-19
P.3.2.3. Assessing Causality ___ P-20
P.4. References ___ P-21

**EXECUTIVE SUMMARY** ___ **ES-1**

Purpose and Scope of the Integrated Science Assessment ___ ES-1
Sources and Exposure to PM ___ ES-5
Dosimetry of Inhaled PM ___ ES-7
Health and Welfare Effects of PM Exposure ___ ES-8
Health Effects of $PM_{2.5}$ Exposure ___ ES-12
Respiratory Effects ___ ES-12
Cardiovascular Effects ___ ES-13
Nervous System Effects ___ ES-15
Cancer ___ ES-15
Mortality ___ ES-16
Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure ___ ES-17
PM Exposure and Welfare Effects ___ ES-20
Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence ___ ES-21
Health Effects Evidence: Key Findings ___ ES-22
Welfare Effects Evidence: Key Findings ___ ES-24
References ___ ES-25

**CHAPTER 1 INTEGRATED SYNTHESIS** ___ **1-1**

1.1 Introduction ___ 1-1
1.1.1 Purpose ___ 1-1
1.1.2 Organization of the ISA ___ 1-2
1.2 From Emissions Sources to Exposure to PM ___ 1-3
1.2.1 Emission Sources and Distribution of Ambient Concentrations ___ 1-4
1.2.1.1 Sources and Emissions of PM ___ 1-5
1.2.1.2 Atmospheric Processes and PM Formation ___ 1-7
1.2.1.3 Monitoring and Modeling of PM ___ 1-8
1.2.1.4 National PM Concentrations ___ 1-9

1.2.1.5 Spatial and Temporal Variability in PM Concentrations 1-10
1.2.1.6 Summary 1-12
1.2.2 Assessment of Human Exposure 1-13
1.3 Dosimetry of PM 1-17
1.4 Evaluation of the Health Effects of PM 1-19
1.4.1 Health Effects of $PM_{2.5}$ 1-21
1.4.1.1 Respiratory Effects 1-21
1.4.1.1.1 Respiratory Effects Associated with Short-Term $PM_{2.5}$ Exposure 1-21
1.4.1.1.2 Respiratory Effects Associated with Long-Term $PM_{2.5}$ Exposure 1-22
1.4.1.2 Cardiovascular Effects 1-24
1.4.1.2.1 Cardiovascular Effects Associated with Short-Term $PM_{2.5}$ Exposure 1-24
1.4.1.2.2 Cardiovascular Effects Associated with Long-Term $PM_{2.5}$ Exposure 1-25
1.4.1.3 Nervous System Effects 1-27
1.4.1.3.1 Nervous System Effects Associated with Long-Term $PM_{2.5}$ Exposure 1-27
1.4.1.4 Cancer 1-29
1.4.1.4.1 Cancer Associated with Long-Term $PM_{2.5}$ Exposure 1-29
1.4.1.5 Mortality 1-30
1.4.1.5.1 Mortality Associated with Short-Term $PM_{2.5}$ Exposure 1-30
1.4.1.5.2 Mortality Associated with Long-Term $PM_{2.5}$ Exposure 1-31
1.4.2 Health Effects of $PM_{10-2.5}$ 1-41
1.4.3 Health Effects of UFPs 1-41
1.5 Policy-Relevant Considerations 1-42
1.5.1 Potential Copollutant Confounding 1-43
1.5.1.1 Short-Term $PM_{2.5}$ Exposure 1-43
1.5.1.2 Long-Term $PM_{2.5}$ Exposure 1-45
1.5.2 Timing of Effects 1-46
1.5.2.1 Averaging Time 1-46
1.5.2.2 Lag Structure of Associations 1-47
1.5.3 Concentration-Response Relationship 1-48
1.5.3.1 Short-Term Exposure 1-48
1.5.3.2 Long-Term Exposure 1-49
1.5.4 PM Components and Sources 1-50
1.5.4.1 Respiratory Effects 1-51
1.5.4.2 Cardiovascular Effects 1-51
1.5.4.3 Mortality 1-52
1.5.5 Populations and Lifestages at Potentially Increased Risk of a PM-Related Health Effect 1-53
1.6 Welfare Effects of PM 1-56
1.6.1 Visibility Impairment 1-56
1.6.2 Climate Effects 1-57
1.6.3 Materials Effects 1-57
1.7 Summary of Causality Determinations for Health and Welfare Effects 1-59
1.7.1 Health Effects Evidence: Key Findings 1-61
1.7.1.1 *Causal* and *Likely to be Causal Relationship* 1-61
1.7.1.1.1 Epidemiologic Evidence 1-61
1.7.1.1.2 Experimental Evidence 1-62
1.7.1.1.3 Policy-Relevant Considerations 1-62
1.7.1.2 *Suggestive of, but not Sufficient to Infer, a Causal Relationship* 1-63
1.7.1.2.1 Epidemiologic Evidence 1-63

1.7.1.2.2 Experimental Evidence 1-64
1.7.1.3 *Inadequate to Infer the Presence or Absence of a Causal Relationship* 1-64
1.7.1.3.1 Epidemiologic Evidence 1-64
1.7.1.3.2 Experimental Evidence 1-65
1.7.2 Welfare Effects Evidence: Key Findings 1-65
1.7.3 Comparison of Causality Determinations from 2009 PM ISA and Current PM ISA 1-66
1.8 References 1-70

**CHAPTER 2 SOURCES, ATMOSPHERIC CHEMISTRY, AND AMBIENT CONCENTRATIONS 2-1**

2.1 Summary Overview 2-1
2.2 Atmospheric Size Distributions 2-2
2.3 Primary Sources and Atmospheric Formation 2-5
2.3.1 Primary $PM_{2.5}$ Emissions 2-7
2.3.1.1 National-Scale Emissions 2-7
2.3.1.2 Urban-Scale Emissions 2-9
2.3.2 Secondary $PM_{2.5}$ Formation 2-12
2.3.2.1 Precursor Emissions 2-13
2.3.2.2 Secondary Inorganic Aerosols 2-15
2.3.2.3 Secondary Organic Aerosols 2-17
2.3.3 Primary $PM_{10-2.5}$ Emissions 2-19
2.3.4 Ultrafine Particles 2-20
2.3.4.1 Primary Sources 2-24
2.3.4.2 New Particle Formation 2-25
2.4 Measurement, Monitoring, and Modeling 2-26
2.4.1 $PM_{2.5}$ and $PM_{10}$ 2-26
2.4.2 $PM_{10-2.5}$ 2-27
2.4.3 Ultrafine Particles: Number, Surface Area, Mass 2-29
2.4.3.1 Particle Number and Number Distribution 2-29
2.4.3.2 Surface Area 2-32
2.4.3.3 Mass 2-33
2.4.4 Chemical Components 2-35
2.4.5 Satellite Remote Sensing 2-35
2.4.6 Monitoring Networks 2-38
2.4.7 Chemical Transport Models 2-41
2.5 Ambient Concentrations 2-44
2.5.1 Spatial Distribution 2-44
2.5.1.1 Variability Across the U.S. 2-44
2.5.1.1.1 $PM_{2.5}$ 2-44
2.5.1.1.2 $PM_{10}$ 2-48
2.5.1.1.3 $PM_{10-2.5}$ 2-51
2.5.1.1.4 $PM_{2.5}$:$PM_{10}$ 2-54
2.5.1.1.5 Ultrafine Particles 2-56
2.5.1.1.6 $PM_{2.5}$ Components 2-59
2.5.1.1.7 $PM_{10-2.5}$ Components 2-62
2.5.1.1.8 Ultrafine Particle Components 2-63
2.5.1.1.9 Reactive Oxygen Species 2-64
2.5.1.2 Urban and Neighborhood-Scale Variability 2-65
2.5.1.2.1 $PM_{2.5}$ 2-65

2.5.1.2.2 $PM_{10}$ 2-66
2.5.1.2.3 $PM_{10-2.5}$ 2-66
2.5.1.2.4 Ultrafine Particles 2-67
2.5.1.2.5 Chemical Components 2-68
2.5.2 Temporal Variability 2-69
2.5.2.1 Regional Trends 2-69
2.5.2.1.1 $PM_{2.5}$ 2-69
2.5.2.1.2 $PM_{10}$ 2-72
2.5.2.1.3 $PM_{10-2.5}$ 2-74
2.5.2.1.4 Ultrafine Particles 2-75
2.5.2.1.5 Chemical Components 2-75
2.5.2.2 Seasonal Variations 2-79
2.5.2.2.1 $PM_{2.5}$ 2-79
2.5.2.2.2 $PM_{10-2.5}$ 2-80
2.5.2.2.3 Ultrafine Particles 2-83
2.5.2.2.4 Particulate Matter (PM) Components 2-83
2.5.2.3 Hourly and Weekday-Weekend Variability 2-85
2.5.3 Common Patterns of Particulate Matter Characteristics in the U.S. 2-86
2.5.4 Background Particulate Matter 2-90
2.5.4.1 Natural Background 2-91
2.5.4.2 Intercontinental Transport 2-92
2.6 Summary 2-94
2.7 References 2-97

**CHAPTER 3 EXPOSURE TO AMBIENT PARTICULATE MATTER 3-1**

3.1 Introduction 3-1
3.2 Conceptual Overview of Human Exposure 3-2
3.2.1 Exposure Terminology 3-2
3.2.2 Conceptual Model of Total Personal Exposure 3-5
3.2.3 Exposure Considerations Specific to Particulate Matter 3-7
3.3 Methodological Considerations for Use of Exposure Data and Models 3-8
3.3.1 Surface Measurement 3-10
3.3.1.1 Ambient Monitoring 3-11
3.3.1.2 Personal Monitoring 3-11
3.3.2 Modeling 3-15
3.3.2.1 Data Averaging 3-17
3.3.2.2 Spatial Interpolation Methods 3-19
3.3.2.3 Land Use Regression and Spatiotemporal Modeling 3-20
3.3.2.3.1 Land Use Regression 3-21
3.3.2.3.2 Spatiotemporal Modeling 3-24
3.3.2.4 Mechanistic Models 3-25
3.3.2.4.1 Chemical Transport Model Applications for Exposure Estimation 3-25
3.3.2.4.2 Dispersion Modeling Applications for Exposure Estimation 3-28
3.3.2.4.3 Hybrid Approaches 3-31
3.3.3 Satellite-Based Methods for Exposure Estimation 3-35
3.3.4 Microenvironmental Exposure Modeling 3-40
3.3.5 Exposure Assignment Methods in Epidemiologic Studies 3-42

3.4 Exposure Assessment and Interpretation of Epidemiologic Study Results 3-53
3.4.1 Relationships Influencing Exposure 3-53
3.4.1.1 Air Exchange Rate and Infiltration 3-53
3.4.1.2 Indoor-Outdoor Concentration Relationships 3-57
3.4.1.3 Personal-Ambient Concentration Relationships 3-61
3.4.2 Factors Contributing to Error in Estimating Exposure to Particulate Matter 3-65
3.4.2.1 Time-Activity Patterns 3-66
3.4.2.2 Spatial Variability in Concentrations 3-71
3.4.2.3 Instrument Accuracy and Precision 3-74
3.4.2.4 Model Accuracy and Precision 3-75
3.4.3 Costressor Relationships 3-77
3.4.3.1 Temporal Relationships among Ambient Particulate Matter and Copollutant Exposures 3-78
3.4.3.2 Spatial Relationships among Ambient Particulate Matter and Copollutant Exposures 3-88
3.4.3.3 Personal and Indoor Relationships between Particular Matter and Copollutant Exposures 3-88
3.4.3.4 Traffic-Related Noise 3-93
3.4.4 Particulate Matter Composition and Exposure Assessment 3-94
3.4.4.1 Composition 3-95
3.4.4.2 Reactive Oxygen Species 3-103
3.4.5 Influence of Exposure Errors on Results from Epidemiologic Studies of Different Designs 3-106
3.4.5.1 Short-Term Exposure Studies 3-107
3.4.5.1.1 Time-Series Studies 3-107
3.4.5.1.2 Panel Studies 3-111
3.4.5.2 Long-Term Exposure Cohort Studies 3-112
3.5 Summary 3-118
3.6 References 3-122

**CHAPTER 4 DOSIMETRY OF PARTICULATE MATTER 4-1**

4.1 Introduction 4-1
4.1.1 Size Characterization of Inhaled Particles 4-3
4.1.2 Structure and Function of the Respiratory Tract 4-4
4.1.2.1 Anatomy 4-4
4.1.2.2 Breathing Rates 4-6
4.1.2.3 Epithelial Lining Fluid 4-8
4.1.3 Route of Breathing 4-10
4.1.4 Ventilation Distribution 4-12
4.1.5 Particle Inhalability 4-13
4.1.6 Thoracic and Respirable Particles 4-14
4.1.7 Dose and Dose Metrics 4-19
4.2 Particle Deposition 4-21
4.2.1 Mechanisms of Deposition 4-22
4.2.2 Deposition Patterns 4-24
4.2.2.1 Total Respiratory Tract Deposition 4-26
4.2.2.2 Extrathoracic Region 4-27
4.2.2.3 Tracheobronchial and Alveolar Region 4-33
4.2.2.4 Sites of Localized Deposition 4-33
4.2.3 Interspecies Patterns of Deposition 4-34
4.2.4 Factors Modulating Deposition 4-36
4.2.4.1 Physical Activity 4-36

4.2.4.2 Age 4-39
4.2.4.3 Sex 4-41
4.2.4.4 Body Mass Index 4-41
4.2.4.5 Anatomical Variability 4-42
4.2.4.6 Ventilation Distribution 4-43
4.2.4.7 Respiratory Tract Disease 4-44
4.2.4.8 Particle Hygroscopicity 4-46
4.2.5 Summary 4-48
4.3 Particle Clearance 4-49
4.3.1 Clearance Mechanisms 4-50
4.3.1.1 Extrathoracic Region 4-50
4.3.1.2 Tracheobronchial Region 4-50
4.3.1.3 Alveolar Region 4-52
4.3.2 Interspecies Clearance and Retention 4-54
4.3.3 Particle Translocation 4-55
4.3.3.1 Olfactory Delivery 4-56
4.3.3.2 Pulmonary Delivery 4-60
4.3.3.2.1 Membrane Translocation 4-60
4.3.3.2.2 Extrapulmonary Distribution 4-61
4.3.3.3 Transplacental Barrier Transport 4-66
4.3.4 Factors Modulating Particle Clearance 4-67
4.3.4.1 Age 4-67
4.3.4.2 Sex 4-68
4.3.4.3 Respiratory Tract Disease 4-68
4.3.4.4 Particle Overload 4-70
4.3.5 Summary 4-70
4.4 References 4-72

**CHAPTER 5 RESPIRATORY EFFECTS 5-1**

5.1 Short-Term $PM_{2.5}$ Exposure and Respiratory Effects 5-1
5.1.1 Biological Plausibility 5-3
5.1.1.1 Injury, Inflammation, and Oxidative Stress 5-4
5.1.1.2 Activation of Sensory Nerves 5-6
5.1.1.3 Summary 5-7
5.1.2 Asthma Exacerbation 5-7
5.1.2.1 Hospital Admissions and Emergency Department (ED) Visits 5-8
5.1.2.1.1 Hospital Admissions 5-19
5.1.2.1.2 Emergency Department (ED) Visits 5-20
5.1.2.1.3 Summary of Asthma Hospital Admissions and Emergency Department (ED) Visits 5-21
5.1.2.2 Respiratory Symptoms and Asthma Medication Use in Populations with Asthma 5-22
5.1.2.2.1 Children 5-22
5.1.2.2.2 Adults 5-27
5.1.2.3 Lung Function Changes in Populations with Asthma 5-28
5.1.2.3.1 Children 5-28
5.1.2.3.2 Adults 5-33
5.1.2.3.3 Controlled Human Exposure Studies 5-34
5.1.2.3.4 Animal Toxicological Studies 5-35

5.1.2.3.5 Summary of Lung Function in Populations with Asthma 5-35
5.1.2.4 Subclinical Effects Underlying Asthma Exacerbation 5-35
5.1.2.4.1 Children 5-35
5.1.2.4.2 Adults 5-42
5.1.2.4.3 Controlled Human Exposure Studies 5-43
5.1.2.4.4 Animal Toxicological Studies 5-43
5.1.2.4.5 Summary of Subclinical Effects Underlying Asthma Exacerbation 5-46
5.1.2.5 Summary of Asthma Exacerbations 5-46
5.1.3 Allergy Exacerbation 5-47
5.1.4 Chronic Obstructive Pulmonary Disease (COPD) Exacerbation 5-48
5.1.4.1 Hospital Admissions and Emergency Department (ED) Visits 5-49
5.1.4.1.1 Hospital Admissions 5-55
5.1.4.1.2 Emergency Department (ED) Visits 5-56
5.1.4.1.3 Summary of Chronic Obstructive Pulmonary Disease (COPD) Hospital Admissions and Emergency Department (ED) Visits 5-56
5.1.4.2 Respiratory Symptoms and Medication Use 5-57
5.1.4.3 Lung Function Changes in Adults with Chronic Obstructive Pulmonary Disease (COPD) 5-61
5.1.4.3.1 Epidemiologic Studies 5-61
5.1.4.3.2 Controlled Human Exposure Studies 5-61
5.1.4.4 Subclinical Effects Underlying Exacerbation of Chronic Obstructive Pulmonary Disease (COPD) 5-61
5.1.4.4.1 Epidemiologic Studies 5-61
5.1.4.4.2 Controlled Human Exposure Studies 5-62
5.1.4.4.3 Animal Toxicological Studies 5-62
5.1.4.5 Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD) 5-63
5.1.5 Respiratory Infection 5-63
5.1.5.1 Hospital Admissions and Emergency Department (ED) Visits 5-64
5.1.5.1.1 Hospital Admissions 5-71
5.1.5.1.2 Emergency Department (ED) Visits 5-72
5.1.5.2 Outpatient and Physician Visit Studies 5-73
5.1.5.3 Subclinical Effects Underlying Respiratory Infection 5-73
5.1.5.4 Summary of Respiratory Infection 5-73
5.1.6 Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits 5-74
5.1.6.1 Hospital Admissions 5-83
5.1.6.2 Emergency Department (ED) Visits 5-84
5.1.6.3 Summary of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits 5-85
5.1.7 Respiratory Effects in Healthy Populations 5-86
5.1.7.1 Epidemiologic Studies 5-86
5.1.7.1.1 Respiratory Symptoms 5-87
5.1.7.1.2 Lung Function Changes 5-87
5.1.7.1.3 Subclinical Effects 5-88
5.1.7.2 Controlled Human Exposure Studies 5-93
5.1.7.3 Animal Toxicological Studies 5-94
5.1.7.3.1 Lung Function 5-94
5.1.7.3.2 Respiratory Tract Injury 5-99

5.1.7.3.3 Respiratory Tract Oxidative Stress 5-99
5.1.7.3.4 Respiratory Tract Inflammation 5-100
5.1.7.3.5 Morphology 5-102
5.1.7.3.6 Allergic Sensitization 5-102
5.1.7.3.7 Pathways Related to Otitis Media 5-103
5.1.7.4 Summary of Respiratory Effects in Healthy Populations 5-103
5.1.8 Respiratory Effects in Populations with Cardiovascular Disease 5-104
5.1.9 Respiratory Mortality 5-106
5.1.10 Policy-Relevant Considerations 5-107
5.1.10.1 Examination of Potential Copollutant Confounding 5-108
5.1.10.1.1 $PM_{2.5}$ within the Multipollutant Mixture 5-113
5.1.10.2 Model Specification 5-116
5.1.10.3 Lag Structure 5-118
5.1.10.4 The Role of Season and Temperature on $PM_{2.5}$ Associations 5-123
5.1.10.4.1 Season 5-123
5.1.10.4.2 Temperature 5-127
5.1.10.5 Averaging Time of $PM_{2.5}$ Concentrations 5-128
5.1.10.6 Concentration-Response Relationship and Threshold Analyses 5-130
5.1.11 Short-term exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects 5-137
5.1.11.1 Elemental and Black Carbon 5-139
5.1.11.2 Organic Carbon 5-142
5.1.11.3 Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium 5-143
5.1.11.4 Metals 5-144
5.1.11.5 Other $PM_{2.5}$ components 5-146
5.1.11.6 Sources of $PM_{2.5}$ 5-146
5.1.11.7 Summary 5-148
5.1.12 Summary and Causality Determination 5-148
5.2 Long-Term $PM_{2.5}$ Exposure and Respiratory Effects 5-155
5.2.1 Biological Plausibility 5-156
5.2.2 Lung Function and Development 5-159
5.2.2.1 Lung Development 5-160
5.2.2.1.1 Epidemiologic Studies 5-160
5.2.2.1.2 Animal Toxicological Studies 5-166
5.2.2.2 Lung Function 5-167
5.2.2.2.1 Children 5-167
5.2.2.2.2 Adults 5-174
5.2.2.3 Summary of Lung Function and Development 5-176
5.2.3 Development of Asthma 5-176
5.2.3.1 Asthma in Children 5-177
5.2.3.1.1 Copollutant Confounding 5-182
5.2.3.1.2 Concentration-Response Relationship 5-183
5.2.3.2 Asthma in Adults 5-184
5.2.3.3 Subclinical Effects Underlying Development of Asthma 5-188
5.2.3.3.1 Epidemiologic Studies 5-188
5.2.3.3.2 Animal Toxicological Study 5-188
5.2.4 Development of Allergic Disease 5-189
5.2.5 Development of Chronic Obstructive Pulmonary Disease (COPD) 5-191
5.2.6 Respiratory Infection 5-193

5.2.7 Severity of Respiratory Disease 5-195
5.2.7.1 Epidemiologic Studies 5-196
5.2.7.2 Animal Toxicological Study 5-196
5.2.8 Subclinical Effects in Healthy Populations 5-197
5.2.8.1 Respiratory Tract Oxidative Stress 5-199
5.2.8.2 Respiratory Tract Inflammation 5-200
5.2.8.3 Morphological Effects 5-201
5.2.8.4 Summary of Subclinical Effects in Healthy Populations 5-201
5.2.9 Subclinical Effects in Populations with Cardiovascular Disease 5-202
5.2.10 Respiratory Mortality 5-204
5.2.10.1 Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship 5-206
5.2.11 Respiratory Effects and Declining $PM_{2.5}$ Concentrations 5-208
5.2.11.1 Bronchitis 5-208
5.2.11.2 Pulmonary Function 5-209
5.2.11.3 Summary 5-210
5.2.12 Associations between Long-Term Exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects 5-211
5.2.12.1 Elemental Carbon, Black Carbon, and Organic Carbon 5-213
5.2.12.2 Metals 5-214
5.2.12.3 Oxidative Potential 5-214
5.2.12.4 Summary 5-215
5.2.13 Summary and Causality Determination 5-215
5.3 Short-Term $PM_{10-2.5}$ Exposure and Respiratory Effects 5-220
5.3.1 Biological Plausibility 5-221
5.3.1.1 Injury, Inflammation, and Oxidative Stress 5-222
5.3.1.2 Activation of Sensory Nerves 5-223
5.3.1.3 Summary 5-224
5.3.2 Asthma Exacerbation 5-224
5.3.2.1 Hospital Admissions and Emergency Department (ED) Visits 5-225
5.3.2.1.1 Concentration-Response Relationship 5-231
5.3.2.2 Respiratory Symptoms and Medication Use 5-232
5.3.2.3 Lung Function 5-233
5.3.2.4 Subclinical Effects Underlying Asthma Exacerbation 5-234
5.3.2.4.1 Epidemiologic Studies 5-234
5.3.2.4.2 Controlled Human Exposure Studies 5-235
5.3.2.4.3 Animal Toxicological Studies 5-236
5.3.2.5 Summary of Asthma Exacerbation 5-236
5.3.3 Chronic Obstructive Pulmonary Disease (COPD) Exacerbation 5-237
5.3.3.1 Hospital Admissions and Emergency Department (ED) Visits 5-242
5.3.3.1.1 Hospital Admissions 5-242
5.3.3.1.2 Emergency Department (ED) Visits 5-242
5.3.3.2 Other Epidemiologic Studies 5-243
5.3.3.3 Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD) 5-243
5.3.4 Respiratory Infection 5-243
5.3.4.1 Hospital Admissions and Emergency Department (ED) Visits 5-244
5.3.4.2 Outpatient and Physician Visit Studies 5-248
5.3.4.3 Summary of Respiratory Infection 5-248
5.3.5 Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits 5-249
5.3.6 Respiratory Effects in Healthy Populations 5-257
5.3.6.1 Epidemiologic Studies 5-258

5.3.6.2 Controlled Human Exposure 5-259
5.3.6.3 Animal Toxicological Studies 5-259
5.3.6.4 Summary of Respiratory Effects in Healthy Populations 5-260
5.3.7 Respiratory Mortality 5-261
5.3.7.1 Characterizing the $PM_{10-2.5}$-Respiratory Mortality Relationship 5-261
5.3.7.1.1 Copollutant Confounding 5-262
5.3.7.1.2 Lag Structure of Associations 5-264
5.3.7.1.3 Effect Modification 5-265
5.3.8 Summary and Causality Determination 5-266
5.4 Long-Term $PM_{10-2.5}$ Exposure and Respiratory Effects 5-270
5.4.1 Biological Plausibility 5-270
5.4.2 Lung Function and Development 5-272
5.4.3 Development of Asthma 5-273
5.4.4 Development of Allergic Disease 5-274
5.4.5 Respiratory Infection 5-274
5.4.6 Severity of Asthma 5-275
5.4.7 Subclinical Effects in Healthy Populations 5-275
5.4.8 Respiratory Mortality 5-276
5.4.9 Summary and Causality Determination 5-276
5.5 Short-Term UFP Exposure and Respiratory Effects 5-279
5.5.1 Biological Plausibility 5-279
5.5.1.1 Injury, Inflammation, and Oxidative Stress 5-281
5.5.1.2 Activation of Sensory Nerves 5-282
5.5.1.3 Summary 5-282
5.5.2 Asthma Exacerbation 5-283
5.5.2.1 Epidemiologic Studies 5-283
5.5.2.2 Controlled Human Exposure 5-287
5.5.2.3 Animal Toxicological Studies 5-287
5.5.3 Chronic Obstructive Pulmonary Disease (COPD) Exacerbation 5-288
5.5.4 Respiratory Infection 5-291
5.5.5 Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits 5-294
5.5.6 Respiratory Effects in Healthy Populations 5-297
5.5.6.1 Lung Function 5-297
5.5.6.1.1 Epidemiologic Studies 5-297
5.5.6.1.2 Controlled Human Exposure Studies 5-299
5.5.6.1.3 Animal Toxicological Studies 5-299
5.5.6.2 Summary of Respiratory Effects in Healthy Populations 5-301
5.5.7 Respiratory Effects in Populations with Cardiovascular Disease 5-301
5.5.8 Respiratory Mortality 5-302
5.5.9 Summary and Causality Determination 5-302
5.6 Long-Term UFP Exposure and Respiratory Effects 5-305
5.6.1 Biological Plausibility 5-305
5.6.2 Development of Asthma 5-308
5.6.3 Subclinical Effects in Healthy Populations and Populations with Cardiovascular Disease 5-309
5.6.4 Respiratory Mortality 5-311
5.6.5 Summary and Causality Determination 5-311
5.7 References 5-313

**CHAPTER 6 CARDIOVASCULAR EFFECTS** 6-1

6.1 Short-Term $PM_{2.5}$ Exposure and Cardiovascular Effects 6-1
6.1.1 Biological Plausibility 6-3
6.1.2 Ischemic Heart Disease and Myocardial Infarction 6-7
6.1.2.1 Emergency Department (ED) Visits and Hospital Admissions 6-7
6.1.2.1.1 Acute Myocardial Infarction (MI) and Angina Pectoris 6-12
6.1.2.2 Epidemiologic Studies of ST Segment Depression 6-14
6.1.3 Heart Failure and Impaired Heart Function 6-16
6.1.3.1 Emergency Department (ED) Visits and Hospital Admissions 6-16
6.1.3.2 Controlled Human Exposure Studies of Impaired Heart Function 6-21
6.1.3.3 Toxicological Studies of Impaired Heart Function 6-21
6.1.4 Ventricular Depolarization, Repolarization, and Arrhythmia 6-22
6.1.4.1 Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest 6-23
6.1.4.1.1 Arrhythmias 6-23
6.1.4.1.2 Out-of-Hospital Cardiac Arrest 6-27
6.1.4.2 Epidemiologic Studies of Arrhythmia and Conduction Abnormalities 6-30
6.1.4.2.1 Conduction Abnormalities 6-36
6.1.4.3 Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities 6-38
6.1.4.4 Toxicological Studies for Arrhythmia and Conduction Abnormalities 6-40
6.1.5 Cerebrovascular Disease and Stroke 6-41
6.1.5.1 Emergency Department (ED) Visits and Hospital Admissions 6-42
6.1.5.1.1 Emergency Department (ED) Visits and Hospital Admissions Visits for Stroke Subtypes 6-46
6.1.6 Blood Pressure and Hypertension 6-47
6.1.6.1 Emergency Department (ED) Visits and Hospital Admissions 6-48
6.1.6.2 Epidemiologic Studies of Changes in Blood Pressure (BP) 6-51
6.1.6.3 Controlled Human Exposure Studies of Changes in Blood Pressure (BP) 6-57
6.1.6.4 Toxicological Studies of Changes in Blood Pressure (BP) 6-59
6.1.6.4.1 Renin-Angiotensin System 6-60
6.1.7 Venous Thromboembolism Disease and Pulmonary Embolism 6-61
6.1.7.1 Emergency Department (ED) Visits and Hospital Admissions 6-62
6.1.8 Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions 6-66
6.1.9 Cardiovascular Mortality 6-72
6.1.10 Heart Rate (HR) and Heart Rate Variability (HRV) 6-73
6.1.10.1 Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-74
6.1.10.2 Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-80
6.1.10.3 Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-83
6.1.10.3.1 Heart Rate Variability (HRV) 6-83
6.1.11 Systemic Inflammation, Oxidative Stress, and Blood Lipids 6-85
6.1.11.1 Epidemiologic Studies of Systemic Inflammation and Oxidative Stress 6-85
6.1.11.2 Controlled Human Exposure Studies of Short-Term $PM_{2.5}$ Exposure and Systemic Inflammation, Oxidative Stress, and Blood Lipids 6-89
6.1.11.2.1 Systemic Inflammation 6-89
6.1.11.2.2 Oxidative Stress 6-90
6.1.11.2.3 Blood Lipids 6-90

6.1.11.3 Toxicological Studies of Systemic Inflammation, Oxidative Stress, and Blood Lipids 6-92
6.1.11.3.1 Systemic Inflammation 6-92
6.1.11.3.1 Oxidative Stress 6-94
6.1.11.3.2 Blood Lipids 6-94
6.1.12 Coagulation 6-94
6.1.12.1 Epidemiologic Studies of Coagulation 6-95
6.1.12.2 Controlled Human Exposure Studies of Coagulation 6-97
6.1.12.3 Toxicological Studies of Coagulation and Thrombosis 6-99
6.1.13 Endothelial Dysfunction and Arterial Stiffness 6-100
6.1.13.1 Epidemiologic Studies of Impaired Vascular Function 6-101
6.1.13.1.1 Digital Vascular Function 6-101
6.1.13.1.2 Arterial Stiffness 6-102
6.1.13.1.3 Biomarkers of Endothelial Injury 6-102
6.1.13.2 Controlled Human Exposure Studies of Short-Term $PM_{2.5}$ Exposure and Impaired Vascular Function 6-106
6.1.13.2.1 Arterial Stiffness 6-108
6.1.13.3 Toxicological Studies of Impaired Vascular Function 6-110
6.1.14 Policy-Relevant Considerations 6-111
6.1.14.1 Examination of Potential Copollutant Confounding 6-111
6.1.14.1.1 $PM_{2.5}$ within the Multipollutant Mixture 6-117
6.1.14.2 The Role of Season and Temperature on $PM_{2.5}$ Associations 6-117
6.1.14.3 Lag Structure 6-119
6.1.15 Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects 6-122
6.1.15.1 Elemental and Black Carbon 6-124
6.1.15.2 Organic Carbon 6-126
6.1.15.3 Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium 6-127
6.1.15.4 Metals 6-127
6.1.15.5 Other $PM_{2.5}$ components 6-128
6.1.15.6 Sources of $PM_{2.5}$ 6-128
6.1.15.7 Associations between $PM_{2.5}$ Components and Sources and Effects in People with Diabetes 6-130
6.1.15.8 Toxicological Studies of Individual Components and Sources as Part of the Particulate Matter (PM) Mixture 6-131
6.1.16 Summary and Causality Determination 6-136
6.2 Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects 6-140
6.2.1 Biological Plausibility 6-142
6.2.2 Ischemic Heart Disease and Myocardial Infarction 6-145
6.2.2.1 Epidemiologic Studies 6-146
6.2.3 Cerebrovascular Disease and Stroke 6-152
6.2.3.1 Epidemiologic Studies 6-152
6.2.3.1.1 Subclinical Cerebrovascular Disease 6-158
6.2.4 Atherosclerosis 6-159
6.2.4.1 Epidemiologic Studies 6-160
6.2.4.2 Toxicological Studies of Atherosclerosis 6-164
6.2.5 Heart Failure and Impaired Heart Function 6-166
6.2.5.1 Epidemiologic Studies 6-166
6.2.5.2 Toxicological Studies of Impaired Heart Function 6-170
6.2.6 Ventricular Depolarization, Repolarization, and Arrhythmia 6-172
6.2.6.1 Epidemiologic Studies 6-172
6.2.7 Blood Pressure and Hypertension 6-174

6.2.7.1 Epidemiologic Studies 6-174
6.2.7.1.1 Blood Pressure 6-174
6.2.7.1.2 Hypertension 6-180
6.2.7.1.3 Gestational Hypertension and Pre-eclampsia 6-182
6.2.7.1.4 Renal Function 6-182
6.2.7.2 Toxicological Studies of Changes in Blood Pressure (BP) 6-182
6.2.7.2.1 Renin-Angiotensin System 6-183
6.2.8 Venous Thromboembolism Disease and Pulmonary Embolism 6-184
6.2.8.1 Epidemiologic Studies 6-185
6.2.9 Combinations of Cardiovascular-Related Outcomes 6-187
6.2.10 Long-Term $PM_{2.5}$ Exposure and Cardiovascular Mortality 6-189
6.2.11 Heart Rate (HR) and Heart Rate Variability (HRV) 6-192
6.2.11.1 Epidemiologic Studies of Heart Rate Variability (HRV) 6-192
6.2.11.2 Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-193
6.2.12 Systemic Inflammation, Oxidative Stress, and Blood Lipids 6-194
6.2.12.1 Epidemiologic Studies 6-194
6.2.12.1.1 Systemic Inflammation 6-194
6.2.12.1.2 Blood Lipids 6-195
6.2.12.2 Toxicological Studies 6-195
6.2.12.2.1 Systemic Inflammation 6-196
6.2.12.2.2 Oxidative Stress 6-196
6.2.12.2.3 Blood Lipids 6-197
6.2.13 Coagulation 6-198
6.2.13.1 Epidemiologic Studies 6-198
6.2.14 Impaired Vascular Function and Arterial Stiffness 6-199
6.2.14.1 Epidemiologic Studies 6-199
6.2.14.2 Toxicological Studies 6-200
6.2.15 Copollutant Confounding 6-201
6.2.16 Concentration-Response Relationship 6-206
6.2.17 Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects 6-214
6.2.17.1 Toxicological Studies of Individual Components and Sources as Part of a Particulate Matter Mixture 6-217
6.2.18 Summary and Causality Determination 6-219
6.3 Short-Term $PM_{10-2.5}$ Exposure and Cardiovascular Effects 6-224
6.3.1 Biological Plausibility 6-225
6.3.2 Ischemic Heart Disease and Myocardial Infarction 6-227
6.3.2.1 Emergency Department (ED) Visits and Hospital Admissions 6-228
6.3.3 Heart Failure and Impaired Heart Function 6-229
6.3.3.1 Emergency Department (ED) Visits and Hospital Admissions 6-229
6.3.3.2 Toxicological Studies of Impaired Heart Function 6-230
6.3.4 Ventricular Depolarization, Repolarization, and Arrhythmia 6-230
6.3.4.1 Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest 6-231
6.3.4.1.1 Out-of-Hospital Cardiac Arrest 6-231
6.3.4.2 Epidemiologic Studies for Arrhythmia and Conduction Abnormalities 6-232
6.3.5 Cerebrovascular Disease and Stroke 6-232
6.3.5.1 Emergency Department (ED) Visits and Hospital Admissions 6-232
6.3.6 Blood Pressure and Hypertension 6-233
6.3.6.1 Epidemiologic Studies of Changes in Blood Pressure (BP) 6-234
6.3.6.2 Controlled Human Exposure Studies of Changes in Blood Pressure (BP) 6-234

6.3.6.3 Toxicological Studies of Changes in Blood Pressure (BP) 6-235
6.3.7 Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions 6-236
6.3.8 Cardiovascular Mortality 6-239
6.3.8.1 Characterizing the $PM_{10-2.5}$ Cardiovascular Mortality Relationship 6-240
6.3.8.2 Copollutant Confounding 6-240
6.3.8.3 Lag Structure of Associations 6-243
6.3.8.4 Effect Modification 6-244
6.3.8.4.1 Season 6-244
6.3.8.4.2 Temperature 6-245
6.3.9 Heart Rate (HR) and Heart Rate Variability (HRV) 6-245
6.3.9.1 Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-245
6.3.9.2 Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-245
6.3.10 Systemic Inflammation and Oxidative Stress 6-246
6.3.10.1 Epidemiologic Studies of Systemic Inflammation and Oxidative Stress 6-247
6.3.10.2 Controlled Human Exposure Studies of Systemic Inflammation and Oxidative Stress 6-247
6.3.11 Coagulation 6-249
6.3.11.1 Epidemiologic Studies of Coagulation 6-250
6.3.11.2 Controlled Human Exposure Studies of Coagulation and Thrombosis 6-250
6.3.12 Endothelial Dysfunction and Arterial Stiffness 6-250
6.3.12.1 Controlled Human Exposure Studies of Impaired Vascular Function 6-251
6.3.13 Summary and Causality Determination 6-252
6.4 Long-Term $PM_{10-2.5}$ Exposure and Cardiovascular Effects 6-256
6.4.1 Biological Plausibility 6-256
6.4.2 Ischemic Heart Disease and Myocardial Infarction 6-258
6.4.3 Heart Failure and Impaired Heart Function 6-262
6.4.3.1 Epidemiologic Studies 6-263
6.4.3.2 Toxicological Studies of Impaired Heart Function 6-264
6.4.4 Cerebrovascular Disease and Stroke 6-265
6.4.5 Atherosclerosis 6-269
6.4.6 Blood Pressure and Hypertension 6-271
6.4.6.1 Epidemiologic Studies 6-271
6.4.6.2 Toxicological Studies of Changes in Blood Pressure (BP) 6-271
6.4.7 Peripheral Vascular Disease (PVD), Venous Thromboembolism, Pulmonary Embolism 6-272
6.4.8 Cardiovascular Mortality 6-273
6.4.9 Systemic Inflammation and Oxidative Stress 6-275
6.4.9.1 Epidemiologic Studies 6-275
6.4.9.2 Toxicological Studies 6-275
6.4.10 Summary and Causality Determination 6-276
6.5 Short-Term UFP Exposure and Cardiovascular Effects 6-278
6.5.1 Biological Plausibility 6-279
6.5.2 Ischemic Heart Disease and Myocardial infarction 6-282
6.5.2.1 Emergency Department (ED) Visits and Hospital Admissions 6-282
6.5.2.2 Epidemiologic Studies of ST Segment Depression 6-283
6.5.3 Heart Failure and Impaired Heart Function 6-283
6.5.3.1 Emergency Department (ED) Visits and Hospital Admissions 6-283
6.5.3.2 Toxicological Studies of Impaired Heart Function 6-283
6.5.4 Ventricular Depolarization, Repolarization, and Arrhythmia 6-284

6.5.4.1 Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest 6-284
6.5.4.2 Epidemiologic Studies for Arrhythmia and Conduction Abnormalities 6-285
6.5.4.3 Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities 6-286
6.5.4.4 Toxicological Studies for Arrhythmia and Conduction Abnormalities 6-286
6.5.5 Cerebrovascular Disease and Stroke 6-287
6.5.5.1 Emergency Department (ED) Visits and Hospital Admissions 6-287
6.5.6 Blood Pressure and Hypertension 6-288
6.5.6.1 Emergency Department (ED) Visits and Hospital Admissions 6-288
6.5.6.2 Epidemiologic Studies of Changes in Blood Pressure (BP) 6-288
6.5.6.3 Controlled Human Exposure Toxicology Studies of Changes in Blood Pressure (BP) 6-289
6.5.6.4 Toxicological Studies of Changes in Blood Pressure (BP) 6-290
6.5.7 Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions 6-291
6.5.8 Cardiovascular Mortality 6-292
6.5.9 Heart Rate (HR) and Heart Rate Variability (HRV) 6-293
6.5.9.1 Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-293
6.5.9.2 Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-294
6.5.9.3 Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV) 6-295
6.5.10 Systemic Inflammation and Oxidative Stress 6-296
6.5.10.1 Epidemiologic Studies of Systemic Inflammation and Oxidative Stress 6-296
6.5.10.2 Controlled Human Exposure Studies Examining Short-Term UFP Exposure and Systemic Inflammation and Oxidative Stress 6-297
6.5.10.3 Toxicological Studies of Short-Term Ultrafine Particle (UFP) Exposure and Systemic Inflammation and Oxidative Stress 6-298
6.5.11 Coagulation 6-299
6.5.11.1 Epidemiologic Studies 6-299
6.5.11.2 Controlled Human Exposure Studies 6-300
6.5.12 Endothelial Dysfunction and Arterial Stiffness 6-301
6.5.12.1 Epidemiologic Studies 6-301
6.5.12.2 Controlled Human Exposure Studies 6-302
6.5.13 Summary and Causality Determination 6-303
6.6 Long-Term UFP Exposure and Cardiovascular Effects 6-306
6.6.1 Biological Plausibility 6-306
6.6.2 Atherosclerosis 6-306
6.6.3 Heart Failure and Impaired Heart Function 6-307
6.6.4 Blood Pressure and Hypertension 6-308
6.6.5 Systemic Inflammation and Oxidative Stress 6-308
6.6.5.1 Epidemiologic Studies 6-308
6.6.5.2 Toxicological Studies 6-309
6.6.6 Summary and Causality Determination 6-309
6.7 References 6-311

**CHAPTER 7 METABOLIC EFFECTS 7-1**

7.1 Short-Term $PM_{2.5}$ Exposure and Metabolic Effects 7-1
7.1.1 Biological Plausibility 7-2
7.1.2 Glucose and Insulin Homeostasis 7-4
7.1.2.1 Epidemiologic Studies 7-5
7.1.2.2 Toxicological Studies 7-7
7.1.2.3 Summary 7-9

# PREFACE

The Preface to the Integrated Science Assessment for Particulate Matter (PM ISA) outlines the legislative requirements of a National Ambient Air Quality Standard (NAAQS) review and the history of the PM NAAQS. This information provides an understanding of the function of the ISA, and in terms of providing a starting point for this PM ISA, presents the basis for the decisions that supported the previous PM NAAQS review. In addition, the Preface details the purpose of the ISA as well as specific issues pertinent to evaluating the scientific evidence within this ISA, including the scope of the ISA and discipline-specific decisions that governed parts of the review.

## P.1. Legislative Requirements for the Review of the National Ambient Air Quality Standards

Two sections of the Clean Air Act (CAA) govern the establishment, review, and revision of the National Ambient Air Quality Standards (NAAQS). Section 108 [42 U.S. Code (U.S.C.) 7408] directs the Administrator to identify and list certain air pollutants and then to issue air quality criteria for those pollutants. The Administrator is to list those air pollutants that in their "judgment, cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare," "the presence of which in the ambient air results from numerous or diverse mobile or stationary sources," and "for which …[the Administrator] plans to issue air quality criteria…" [42 U.S.C. 7408(a)(1) (CAA, 1990a)]. Air quality criteria are intended to "accurately reflect the latest scientific knowledge useful in indicating the kind and extent of all identifiable effects on public health or welfare, which may be expected from the presence of [a] pollutant in the ambient air…" [42 U.S.C. 7408(b)]. Section 109 [42 U.S.C. 7409 (CAA, 1990b)] directs the Administrator to propose and promulgate "primary" and "secondary" NAAQS for pollutants for which air quality criteria are issued. Section 109(b)(1) defines a primary standard as one "the attainment and maintenance of which in the judgment of the Administrator, based on such criteria and allowing an adequate margin of safety, are requisite to protect the public health."[4] A secondary standard, as defined in Section 109(b)(2), must "specify a level of air quality the attainment and maintenance of which, in the judgment of the Administrator, based on such criteria, is requisite to protect

[4] The legislative history of Section 109 indicates that a primary standard is to be set at "…the maximum permissible ambient air level…which will protect the health of any [sensitive] group of the population," and that for this purpose "reference should be made to a representative sample of persons comprising the sensitive group rather than to a single person in such a group" S. Rep. No. 91:1196, 91st Cong., 2d Sess. 10 (1970).

documents for health and welfare (Office of Air and Radiation, 2009; U.S. EPA, 2009b), a quantitative health risk assessment (U.S. EPA, 2010b)[22] and an urban-focused visibility assessment (U.S. EPA, 2010a),[23] and PA (U.S. EPA, 2011)]. In June 2012, the U.S. EPA announced its proposed decision to revise the NAAQS for PM (77 FR 38890, June 29, 2012).

In December 2012, the U.S. EPA announced its final decisions to revise the primary NAAQS for PM to provide increased protection of public health (78 FR 3086, January 15, 2013). Regarding primary standards for $PM_{2.5}$, the U.S. EPA revised the level of the annual $PM_{2.5}$ standard[24] to 12.0 µg/m$^3$ and retained the 24-hour $PM_{2.5}$ standard, with its level of 35 µg/m$^3$. For the primary $PM_{10}$ standard, the U.S. EPA retained the 24-hour standard, with its level of 150 µg/m$^3$, to continue to provide protection against effects associated with short-term exposure to thoracic coarse particles (i.e., $PM_{10-2.5}$). Regarding the secondary PM standards, the U.S. EPA generally retained the 24-hour and annual $PM_{2.5}$ standards[25] and the 24-hour $PM_{10}$ standard to address visibility and nonvisibility welfare effects. On judicial review, the revised standards were upheld in all respects.[26]

## P.2. Purpose and Overview of the Integrated Science Assessment

The Integrated Science Assessment (ISA) is a comprehensive evaluation and synthesis of the policy-relevant science "useful in indicating the kind and extent of identifiable effects on public health or welfare which may be expected from the presence of [a] pollutant in ambient air," as described in Section 108 of the Clean Air Act (CAA, 1990a). This ISA communicates critical science judgments of the health and welfare criteria for particulate matter (PM), and serves as the scientific foundation for the review of the current primary (health-based) and secondary (welfare-based) National Ambient Air Quality Standards (NAAQS) for PM. For evaluating the welfare-based evidence, the PM ISA focuses specifically on the nonecological effects of PM (i.e., visibility, materials effects, and climate) because the ecological effects are assessed in the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria as a result of these criteria pollutants being interrelated through complex

[22] The quantitative assessment of health risks conducted in the last review was presented in the Quantitative Health Risk Assessment for Particulate Matter (U.S. EPA, 2010b). In the current review, quantitative assessments for health-related exposures and risks, if warranted, would be presented in the Health Risk and Exposure Assessment (HREA). For consistency with the documents developed under the current NAAQS process, the Quantitative Health Risk Assessment for Particulate Matter (U.S. EPA, 2010b) from the last review will be referenced in this document as the 2010 HREA.
[23] The quantitative assessment of welfare effects conducted in the last review was presented, in part, in the Urban-Focused Visibility Assessment (U.S. EPA, 2010a). In the current review, quantitative assessments for welfare effects, if warranted, would be presented in the Welfare Risk and Exposure Assessment (WREA). The Urban-Focused Visibility Assessment (U.S. EPA, 2010a) from the last review will be referenced in this document as the 2010 UFVA.
[24] The U.S. EPA also eliminated the option for spatial averaging.
[25] Consistent with the primary standard, the U.S. EPA eliminated the option for spatial averaging with the annual standard.

[26] *NAM v U.S. EPA*, 750 F.3d 921 (D.C. Cir. 2014).

chemical and physical atmospheric processes and all contributing to nitrogen (N) and sulfur (S) deposition (U.S. EPA, 2016). While the focus of the evaluation of the visibility and climate evidence is on PM, for materials effects, as detailed in the Integrated Review Plan (IRP), the PM ISA summarizes soiling and deterioration of materials attributable to PM and related N and S components because of the difficulty associated with isolating the effects of gaseous and particulate N and S dry and wet deposition and because the ISA for Oxides of Nitrogen, Oxides of Sulfur, and Particulate Matter—Ecological Criteria focuses only on ecological effects (U.S. EPA, 2016).

This ISA evaluates relevant scientific literature published since the 2009 PM ISA (U.S. EPA, 2009a), integrating key information and judgments contained in the 2009 PM ISA and previous assessments of PM, i.e., 2004 AQCD for PM (U.S. EPA, 2004), 1996 AQCD for PM (U.S. EPA, 1996), 1982 AQCD for PM and Sulfur Oxides (U.S. EPA, 1982) and its Addendum (U.S. EPA, 1986), and the 1969 AQCD for PM (NAPCA, 1969). Thus, this ISA updates the state of the science that was available for the 2009 PM ISA, which informed decisions on the primary and secondary PM NAAQS in the review completed in 2012. In 2012, the U.S. EPA lowered the annual $PM_{2.5}$ standard to a mean of 12 $\mu g/m^3$, which is based on the annual mean averaged over 3 years, while retaining the 24-hour $PM_{2.5}$ standard of 35 $\mu g/m^3$, which is based on the 98th percentile averaged over 3 years (78 FR 3086). As part of the primary annual $PM_{2.5}$ standard, the U.S. EPA eliminated the spatial averaging provision to avoid disproportionate impacts on susceptible populations (i.e., populations potentially at increased risk of a PM-related health effect). The $PM_{2.5}$ standards are meant to provide increased protection for children, older adults, and people with pre-existing heart and lung disease as well as other potentially susceptible populations against an array of $PM_{2.5}$-related health effects, including premature mortality, increased hospital admissions and emergency department (ED) visits, and the development of chronic respiratory disease. Additionally, the U.S. EPA retained the current primary 24-hour $PM_{10}$ standard at a level of 150 $\mu g/m^3$, which is not to be exceeded more than once per year over 3 years, to protect against health effects due to short-term exposure to thoracic coarse particles ($PM_{10-2.5}$) including premature mortality and increased hospital admissions and ED visits (78 FR 3086).

For the secondary PM standards, the U.S. EPA retained the annual $PM_{2.5}$ standard at 15 $\mu g/m^3$ as well as the 24-hour $PM_{2.5}$ standard of 35 $\mu g/m^3$ and the 24-hour $PM_{10}$ standard of 150 $\mu g/m^3$ (78 FR 3086). However, the form of the annual secondary $PM_{2.5}$ standard was changed to remove the option of spatial averaging. These secondary standards protect against nonvisibility welfare effects including ecological effects, effects on materials, and climate effects. To protect against PM-related visibility impairment, the U.S. EPA identified a target degree of protection defined as a $PM_{2.5}$ visibility index of 30 deciviews (dv), which is based on the 90th percentile of 24-hour avg $PM_{2.5}$ concentrations over 3 years (78 FR 3086). However, a U.S. EPA analysis determined that the current secondary 24-hour $PM_{2.5}$ standard would provide sufficient protection, and in some cases greater protection, therefore a distinct secondary standard was not needed to provide requisite protection for both visibility and nonvisibility related welfare effects.

This new review of the primary and secondary PM NAAQS is guided by several policy-relevant questions that are identified in The Integrated Review Plan for the National Ambient Air Quality Standards for Particulate Matter (U.S. EPA, 2016). To address these questions and update the scientific judgments in the 2009 PM ISA (U.S. EPA, 2009a), this ISA aims to:

- Assess whether new information (since the last PM NAAQS review) further informs the relationship between exposure to PM and specific health and nonecological welfare effects.
- Inform whether the current indicators (i.e., $PM_{2.5}$ for fine particles and $PM_{10}$ for thoracic coarse particles), averaging times (e.g., 24-hour avg, annual average), and levels of the PM NAAQS are appropriate.

In addressing policy-relevant questions, this ISA aims to characterize the independent health and welfare effects of PM, specifically $PM_{2.5}$ (fine PM; particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm) and $PM_{10-2.5}$ (thoracic coarse or coarse PM; particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm) and whether there is evidence of an independent health effect for other size fractions [e.g., ultrafine particles (UFP), generally considered as particulates with a diameter less than or equal to 0.1 µm (typically based on physical size, thermal diffusivity or electrical mobility); U.S. EPA (2009a)] or specific PM components (e.g., metals). In characterizing whether there is evidence of an independent health and welfare effect due to PM, the ISA considers possible influences of other atmospheric pollutants, including both gaseous (i.e., $O_3$, $NO_2$, $SO_2$, and CO) and other PM size fractions. The information summarized in this ISA will serve as the scientific foundation for reviewing the current primary and secondary PM NAAQS.

## P.3. Process for Developing Integrated Science Assessments

The U.S. EPA uses a structured and transparent process for evaluating scientific information and determining the causal nature of relationships between air pollution exposures and health effects [details provided in the Preamble to the Integrated Science Assessments (U.S. EPA, 2015)] and the Appendix. The ISA development process describes approaches for literature searches, criteria for selecting and evaluating relevant studies, and a framework for evaluating the weight of evidence and forming causality determinations. Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category for both health and welfare effects.

**Table P-2 Weight-of-evidence for causality determinations.**

| | Health Effects | Ecological and Other Welfare Effects |
|---|---|---|
| Causal relationship | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures (e.g., doses or exposures generally within one to two orders of magnitude of recent concentrations). That is, the pollutant has been shown to result in health effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. For example: (1) controlled human exposure studies that demonstrate consistent effects, or (2) observational studies that cannot be explained by plausible alternatives or that are supported by other lines of evidence (e.g., animal studies or mode-of-action information). Generally, the determination is based on multiple high-quality studies conducted by multiple research groups. | Evidence is sufficient to conclude that there is a causal relationship with relevant pollutant exposures. That is, the pollutant has been shown to result in effects in studies in which chance, confounding, and other biases could be ruled out with reasonable confidence. Controlled exposure studies (laboratory or small- to medium-scale field studies) provide the strongest evidence for causality, but the scope of inference may be limited. Generally, the determination is based on multiple studies conducted by multiple research groups, and evidence that is considered sufficient to infer a causal relationship is usually obtained from the joint consideration of many lines of evidence that reinforce each other. |
| Likely to be causal relationship | Evidence is sufficient to conclude that a causal relationship is likely to exist with relevant pollutant exposures. That is, the pollutant has been shown to result in health effects in studies where results are not explained by chance, confounding, and other biases, but uncertainties remain in the evidence overall. For example: (1) observational studies show an association, but copollutant exposures are difficult to address and/or other lines of evidence (controlled human exposure, animal, or mode of action information) are limited or inconsistent or (2) animal toxicological evidence from multiple studies from different laboratories demonstrate effects but limited or no human data are available. Generally, the determination is based on multiple high-quality studies. | Evidence is sufficient to conclude that there is a likely causal association with relevant pollutant exposures. That is, an association has been observed between the pollutant and the outcome in studies in which chance, confounding, and other biases are minimized but uncertainties remain. For example, field studies show a relationship, but suspected interacting factors cannot be controlled, and other lines of evidence are limited or inconsistent. Generally, the determination is based on multiple studies by multiple research groups. |
| Suggestive of, but not sufficient to infer, a causal relationship | Evidence is suggestive of a causal relationship with relevant pollutant exposures but is limited, and chance, confounding, and other biases cannot be ruled out. For example: (1) when the body of evidence is relatively small, at least one high-quality epidemiologic study shows an association with a given health outcome and/or at least one high-quality toxicological study shows effects relevant to humans in animal species or (2) when the body of evidence is relatively large, evidence from studies of varying quality is generally supportive but not entirely consistent, and there may be coherence across lines of evidence (e.g., animal studies or mode of action information) to support the determination. | Evidence is suggestive of a causal relationship with relevant pollutant exposures, but chance, confounding, and other biases cannot be ruled out. For example, at least one high-quality study shows an effect, but the results of other studies are inconsistent. |

**Table P-2 (Continued): Weight of evidence for causality determinations.**

| | Health Effects | Ecological and Other Welfare Effects |
|---|---|---|
| Inadequate to infer the presence or absence of a causal relationship | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quantity, quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. | Evidence is inadequate to determine that a causal relationship exists with relevant pollutant exposures. The available studies are of insufficient quality, consistency, or statistical power to permit a conclusion regarding the presence or absence of an effect. |
| Not likely to be a causal relationship | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies, covering the full range of levels of exposure that human beings are known to encounter and considering at-risk populations and lifestages, are mutually consistent in not showing an effect at any level of exposure. | Evidence indicates there is no causal relationship with relevant pollutant exposures. Several adequate studies examining relationships with relevant exposures are consistent in failing to show an effect at any level of exposure. |

Source: U.S. EPA (2015).

As part of this process, a draft of the ISA is reviewed by the Clean Air Scientific Advisory Committee (CASAC), which is a formal independent panel of scientific experts, and by the public. As this ISA informs the review of the primary and secondary PM NAAQS, it integrates and synthesizes information characterizing exposure to PM and potential relationships with health and welfare effects. Relevant studies include those examining atmospheric chemistry, spatial and temporal trends, and exposure assessment, as well as U.S. EPA analyses of air quality and emissions data. Relevant health research includes epidemiologic, controlled human exposure, and toxicological studies on health effects, as well as studies on dosimetry and biological plausibility. Additionally, relevant welfare research includes studies examining visibility impairment, effects on materials, and climate impacts.

The U.S. EPA initiated the current review of the primary and secondary PM NAAQS in December 2014 with a call for information from the public (U.S. EPA, 2014). Subject-area experts and the public were also able to recommend studies and reports to consider for the ISA during a science/policy issue "kick-off" workshop held at the U.S. EPA in February 2015. Thereafter, the U.S. EPA routinely conducted literature searches to identify relevant peer-reviewed studies published since the previous ISA (i.e., since May 2009). Multiple search methods were used [Preamble to the ISAs (U.S. EPA, 2015), and further detailed in the Appendix], including searches in the PubMed and Web of Science databases. These searches were meant to broadly capture all potentially relevant PM literature. To ensure the most policy-relevant evaluation of the current state of the science, the scope of this PM ISA reflects not only the evolving PM literature base but also the ability of the studies evaluated to directly inform the policy-relevant questions that form the basis of this review. Using both the scope of this ISA, detailed below, as well as the policy-relevant questions outlined in the PM IRP, studies that were uninformative based on title screening were excluded. Studies that were judged to be potentially relevant based on review of the abstract or full text and "considered" for inclusion in the ISA are documented in the Health and Environmental Research Online (HERO) website. The HERO project page for this ISA

(https://hero.epa.gov/hero/particulate-matter) contains the references that are cited in the ISA, the references that were considered for inclusion but not cited, and electronic links to bibliographic information and abstracts.

### P.3.1. Scope of the ISA

As initially detailed in the PM IRP (U.S. EPA, 2016) and further expanded upon here, when evaluating the broad body of literature across scientific disciplines, the U.S. EPA considers whether the studies fall within the scope of the PM ISA (i.e., provide information which can address key policy-relevant questions). Thus, the focus of the PM ISA with respect to the health effects evidence is on studies of short-term (i.e., hours up to 1 month) and long-term (i.e., 1 month to years) exposures conducted at concentrations of PM that are relevant to the range of human exposures across ambient microenvironments (up to 2 $mg/m^3$, which is one to two orders of magnitude above ambient concentrations), and (1) include a composite measure of PM[27] or (2) characterize PM and apply some approach to assess the direct effect of PM when the exposure of interest is a source-based mixture (e.g., diesel exhaust, gasoline exhaust, wood smoke). For epidemiologic studies, the scope is further refined when evaluating the evidence for those health outcomes that the 2009 PM ISA concluded a *causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure and mortality and cardiovascular effects) to ensure the evaluation of the evidence focuses on the studies that are the most policy-relevant. Therefore, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 $\mu g/m^3$ or, in the case of a multicity study, where more than half of the cities have concentrations <20 $\mu g/m^3$. However, studies with mean $PM_{2.5}$ concentrations exceeding 20 $\mu g/m^3$ are included if they address specific areas of uncertainty or where limitations remain in the evidence base, as identified in the 2009 PM ISA, such as copollutant confounding. The scope is broader for experimental studies when examining biological plausibility for PM health effects, and in some cases, includes in vitro studies, studies that use intratracheal (IT) installation, studies examining relative toxicity, and studies conducted at concentrations >2 $mg/m^3$.

In the first case, studies that focus on a single component, group of components, or source, must also examine a composite measure of PM (e.g., mass of $PM_{2.5}$ and/or $PM_{10-2.5}$, or in the case of ultrafine particles [UFP] mass, particle number, etc.). This requirement helps in comparing effects or associations observed for individual components or alternative metrics to the current mass-based PM indicators. To assess the relationship between $PM_{2.5}$ components and specific health effects in experimental studies, this ISA relies on the approach initially outlined in the 2009 PM ISA and further refined in Stanek et al. (2011). This approach is consistent with the Health Effects Institute (HEI) review panel of the National Particle Component Toxicity (NPACT) initiative that states both source categories and component concentrations should be used directly in the health analyses with a focus on examining consistencies and

[27] Composite measures of PM may include mass, volume, surface area, or number concentration.

differences between the two approaches (Lippmann et al., 2013). Thus, experimental studies included within this ISA fulfill the following four criteria: (1) the studies examined exposures consisting of $PM_{2.5}$ from U.S. airsheds or those representative of the U.S. (e.g., Europe, Canada); (2) the studies examined at least five PM components; (3) the studies grouped PM components using statistical methods, for which the groups were not predefined based on common physical or chemical properties (e.g., water soluble vs. nonsoluble); and (4) the studies applied a formal statistical analysis to investigate the relationship between groups of PM components or PM sources and health effects. The criteria applied to both experimental and epidemiologic studies in evaluating PM components ensures that a systematic approach is used in both identifying and evaluating those studies that examine PM components.

The second case primarily applies to experimental studies that attempt to disentangle the effect of PM on health from a complex air pollution mixture of particles, gases, and components distributed between the gas and particle phases. Studies that assess the PM effect from a source-based mixture (e.g., wood smoke, diesel exhaust, gasoline exhaust, etc.) are only included if they use filtration (e.g., a particle trap) or another approach to differentiate between effects due to the mixture and effects due to the particles alone.

Whereas the preceding paragraphs focused broadly on the scope of the entire PM ISA, there are additional nuances that further frame the scope of the ISA, specifically with respect to UFPs. UFPs have often been defined as particles <0.1 µm (U.S. EPA, 2009a), but depending on the scientific discipline, the methods used and the particle sizes examined to assess the UFP-health effects relationship varies. UFP exposures in animal toxicological and controlled human exposure studies typically use a particle concentrator, which can result in exposures to particles <0.30 µm (Section 2.4.3.1). Whereas toxicological studies typically rely on examining UFP mass, epidemiologic studies examine multiple UFP metrics, including particle number concentration (NC), mass concentration (MC), and surface area concentration (SC). However, depending on the monitor used and the metric, the UFP size distribution included within each of these ranges can vary. Some studies that examine NC use no additional size classification and instead measure NC over the entire size range of the particle counter. If the entire size range is measured, limited available measurement data in the U.S. and Europe indicates that approximately 67 to 90% of NC consists of particles <0.1 µm (Section 2.4.3.1). Studies that examine MC or SC often include a range of particle sizes up to 0.3 µm. Currently, there is no consensus within the scientific community on the metric that best represents exposure to UFPs (Baldauf et al., 2016). Consequently, this ISA focuses on evaluating the UFP-health effects relationship of particles <0.3 µm for MC and SC metrics included in experimental studies, and any size range that includes particles <0.1 µm for NC. Focusing on these criteria will provide the most comprehensive assessment of UFPs and ensure that the metric examined represents primarily the UFP size range.

Across disciplines, studies defined as examining UFPs, but focusing on the sources, transport, and fate of fibers and unique nano-objects (namely, dots, hollow spheres, plates, rods, fibers, tubes) are not reviewed because substantial exposures to fibers and unique nano-objects generally occur in the

occupational settings rather than the ambient environment. Furthermore, the in vivo disposition of unique nano-objects is not likely relevant to the behavior of ultrafine (UF) aerosols found in ambient air, which are created by combustion sources and photochemical formation of secondary organic aerosols. However, some studies focusing on engineered nano- or ultrafine particles (e.g., carbon black, titanium dioxide) are included if they contribute to an understanding of the dosimetry or biological plausibility of PM.

In addition to the specific parameters that broadly form the overall scope of the review of PM and health effects, additional criteria were applied in evaluating the evidence for cancer. As detailed in the PM IRP, the PM ISA focuses on whether PM can directly cause cancer through only inhalation exposures at ambient and near-ambient concentrations (i.e., up to 2 $mg/m^3$). When evaluating the epidemiologic evidence for cancer, consistent with the overall scope of the ISA, the focus is on those studies with composite measures of PM. Whereas the ISA tends not to focus on the health effects evidence from in vitro studies, such studies are discussed regarding the mutagenicity of PM because they provide information on the biological pathways underlying cancer. While some components of PM are known carcinogens (e.g., hexavalent chromium), the focus of this ISA is on composite measures of PM (e.g., $PM_{2.5}$). When applicable, comparisons are made with the effects or associations observed for individual PM components to help inform the adequacy of current mass-based PM indicators. As such, the relationship between PM exposure and cancer is evaluated similarly to that of other health effects, resulting in the exclusion of studies that examine individual PM components without a composite PM measure. The evaluation of cancer includes studies that use PM filter extracts with the understanding that bioavailability of PM components in vivo is a complex issue not easily mimicked by extraction of PM collected on filters. Overall, the evaluation of cancer in the ISA will primarily focus on studies of inhaled PM because these studies are more relevant to ambient exposure conditions, with the recognition of the extensive historical evaluations on the mutagenicity, genotoxicity, and carcinogenicity of whole PM exposures (i.e., not defined by size fraction).

For nonecological welfare effects (i.e., visibility, climate, and materials effects), this ISA will build on information from the last review by discussing PM's role in impairing visibility, in radiative forcing, which can cause global and regional climate change, and in damaging and soiling materials. For visibility effects, studies are included that advance our understanding of visual impairment of airborne PM, such as studies of atmospheric chemistry, visibility preference, or other measures of adversity to public welfare, in urban and rural settings. This ISA focuses on climate as the welfare effect as listed in the Clean Air Act Amendments of 1970 with a focus on radiative forcing, surface meteorological trends, and climate feedbacks, and not on downstream ecosystem effects, human health effects, or future air quality projections resulting from changes in climate (CAA, 1970). The primary literature base for the evaluation of the effects of airborne and deposited PM on climate comes from recent national and international climate assessments such as the National Climate Assessment (Melillo et al., 2014) and the Intergovernmental Panel on Climate Change (IPCC, 2014), as well as other recent and more focused reports relevant to PM climate forcing [e.g., U.S. EPA (2012)]. The focus is on studies that inform the independent role of PM in climate forcing as well as effects on U.S. national and regional climate. For

effects on materials, studies included in the PM ISA examine the role of PM and relevant precursor gases on materials damage and soiling. Specifically, studies that examine both particulate and gaseous contributions from oxides of nitrogen and oxides of sulfur along with other PM components are included here due to the difficulty associated with isolating the effects of gaseous and particulate N and S wet deposition.

### P.3.2. Evaluation of the Evidence

The Preamble to the ISAs (U.S. EPA, 2015) describes the general framework for evaluating scientific information, including criteria for assessing study quality and developing scientific conclusions. Aspects specific to evaluating studies of PM are described in the Appendix, which were applied to studies that fit the overall scope of the PM ISA. Categories of health and welfare effects were considered for evaluation in this ISA if they were examined in previous U.S. EPA assessments for PM or in multiple recent studies. Therefore, in this ISA, the broad health effects categories evaluated include those considered in the 2009 PM ISA (i.e., respiratory effects, cardiovascular effects, central nervous system effects, cancer, and mortality) along with the addition of metabolic effects. New research indicates it is more appropriate to further refine the category of reproductive and developmental effects to instead focus overall conclusions specifically on fertility and pregnancy effects, and birth outcomes separately. The welfare effects categories evaluated include visibility impairment, effects on materials, and climate.

#### P.3.2.1. Biological Plausibility

In forming the key science judgments for each of the health effects categories evaluated, the PM ISA draws conclusions about relationships between PM exposure and health effects by integrating information across scientific disciplines and related health outcomes and synthesizing evidence from previous and recent studies. A new advancement in this ISA is the inclusion of biological plausibility sections that are specific for each PM size fraction, exposure duration, and broad health outcome category for which causality determinations are formed within each of the health effects chapters (Chapter 5, Chapter 6, Chapter 7, Chapter 8, Chapter 9, Chapter 10, and Chapter 11). These sections outline potential pathways along the exposure to outcome continuum and provide plausible links between inhalation of PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, or UFPs) and health outcomes at the population level. Biological plausibility can strengthen the basis for causal inference (U.S. EPA, 2015). In this ISA, biological plausibility is part of the weight-of-evidence analysis that considers the totality of the health effects evidence, including consistency and coherence of effects described in experimental and observational studies. Although there is some overlap in the potential pathways between the health effects chapters, each biological plausibility section is tailored to the specific broad health outcome category, PM size fraction, and exposure duration being evaluated within the respective section of each health effects chapter.

# EXECUTIVE SUMMARY

## Purpose and Scope of the Integrated Science Assessment

This Integrated Science Assessment (ISA) is a comprehensive evaluation and synthesis of policy-relevant science aimed at characterizing exposures to ambient particulate matter (PM), and health and welfare effects associated with these exposures.[28] PM is a mixture of solid particles and liquid droplets found in the ambient air,[29] which encompasses multiple size fractions (e.g., fine PM [$PM_{2.5}$, particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm]; thoracic coarse or coarse PM [$PM_{10-2.5}$, particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm]; and ultrafine particles [UFPs, generally considered as particulates with a diameter less than or equal to 0.1 µm, typically based on physical size, thermal diffusivity, or electrical mobility]) and is comprised of various components (e.g., metals, black carbon, etc.; Figure ES-1). The evaluation of the science and the overarching conclusions of the ISA serves as the scientific foundation for the review of the primary (health-based) and secondary (welfare-based) National Ambient Air Quality Standard (NAAQS) for PM. This ISA focuses on nonecological welfare effects[30] because ecological effects resulting from deposition of PM and PM components are being considered in a separate assessment as part of the review of the secondary (welfare-based) NAAQS for oxides of nitrogen and sulfur, and PM (U.S. EPA, 2018).

[28] The general process for developing an ISA, including the framework for evaluating weight of evidence and drawing scientific conclusions and causal judgments, is described in a companion document, *Preamble to the Integrated Science Assessments* (U.S. EPA, 2015), https://www.epa.gov/isa.
[29] As defined by U.S. EPA, https://www.epa.gov/pm-pollution/particulate-matter-pm-basics.
[30] From this point forward referred to as welfare effects.

(e.g., allergies, upper respiratory infections), and perhaps body mass index, which ultimately contributes to the fraction of particles inhaled and reaching the lower respiratory tract.

Recent evidence demonstrates the translocation of poorly soluble particles (generally less than 200 nm) from the respiratory tract into circulation with transport to other organs. For example, in both humans and rodents, a small fraction of gold nanoparticles depositing in the peripheral lung may move into circulation. The fraction of deposited particles that move into circulation is dependent on particle size and is in the range of 0.2% or less for particles between 5 and 200 nm but may reach a few percent for smaller particles. The translocated particles are distributed around the body and may be retained in other organs or eliminated via urine. Some more limited data show that particles may also reach the fetus in a size-dependent manner. Although translocation in humans has only been demonstrated for gold nanoparticles and, to some degree, for titanium dioxide, the translocation of several types of nanoparticles has been demonstrated in rodents. The importance of elemental composition on particle translocation has not yet been ascertained. These studies suggest that, following deposition in the lung, a small fraction of ambient particles under 200 nm may translocate into circulation.

## Health and Welfare Effects of PM Exposure

This ISA integrates information on PM exposure and health effects from epidemiologic, controlled human exposure, and toxicological studies to determine the causal nature of relationships between exposure to PM of various size fractions (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs) and broad health effect categories. For most health effect categories, effects are evaluated separately for short-term exposures (i.e., hours up to approximately 1 month) and long-term exposures (i.e., 1 month to years), except for reproductive and developmental effects where exposures are considered to be long term. For welfare effects, the ISA evaluates evidence as it pertains to visibility impairment, climate effects, and effects on materials. A consistent and transparent framework [Preamble to the ISA (U.S. EPA, 2015), Table II] is applied to classify the health and welfare effects evidence according to a five-level hierarchy:

1. *Causal relationship*
2. *Likely to be causal relationship*
3. *Suggestive of, but not sufficient to infer, a causal relationship*
4. *Inadequate to infer the presence or absence of a causal relationship*
5. *Not likely to be a causal relationship*

The causality determinations presented in Table ES-1, reflect the PM size fraction, exposure duration, and health effect category combinations evaluated in this ISA. The conclusions presented are informed by recent findings in combination with the evidence detailed in the 2009 PM ISA. Important considerations include: (1) determining whether laboratory studies of humans and animals, in combination with epidemiologic studies, inform the biological mechanisms by which PM can impart health effects and provide evidence demonstrating that PM exposure can independently cause a health effect; (2) determining whether there is consistency in epidemiologic evidence across various geographic

locations, populations, and methods used to estimate PM exposure; (3) evaluating epidemiologic studies that examine the potential influence of factors (i.e., confounders) that could bias associations observed with PM exposure; (4) determining the coherence of findings integrated across controlled human exposure, epidemiologic, and toxicological studies; and (5) making judgments regarding the influence of error and uncertainty on the relationship between PM exposure and health effects in the collective body of available studies. Table ES-2 details the causality determinations for the welfare effects.

**Table ES-1 Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| **Size Fraction** | **2009 PM ISA** | **Current PM ISA** |
| *Chapter 5. Respiratory Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Likely to be causal | Likely to be causal |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 6. Cardiovascular Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |

**Table ES-1 (Continued): Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| **Size Fraction** | **2009 PM ISA** | **Current PM ISA** |
| UFP | Inadequate | Inadequate |
| *Chapter 7. Metabolic Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | --- | Inadequate |
| UFP | --- | Inadequate |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | --- | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Inadequate |
| *Chapter 8. Nervous System Effects* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Suggestive of, but not sufficient to infer |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | --- | Likely to be causal |
| $PM_{10-2.5}$ | --- | Suggestive of, but not sufficient to infer |
| UFP | --- | Suggestive of, but not sufficient to infer |
| *Chapter 9. Reproductive and Developmental Effects* | | |
| **Male and Female Reproduction and Fertility** | | |
| $PM_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |

**Table ES-1 (Continued): Summary of causality determinations for PM exposure and health effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Summary of Causality Determinations | | |
|---|---|---|
| **Size Fraction** | **2009 PM ISA** | **Current PM ISA** |
| **Pregnancy and Birth Outcomes** | | |
| $PM_{2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate | Inadequate |
| UFP | Inadequate | Inadequate |
| *Chapter 10. Cancer* | | |
| $PM_{2.5}$ | Suggestive of, but not sufficient to infer | Likely to be causal |
| $PM_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| *Chapter 11. Mortality* | | |
| **Short-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |
| **Long-Term Exposure** | | |
| $PM_{2.5}$ | Causal | Causal |
| $PM_{10-2.5}$ | Inadequate | Suggestive of, but not sufficient to infer |
| UFP | Inadequate | Inadequate |

$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; UFP = ultrafine particles.

[a]An array of outcomes are evaluated as part of a broad health effect category: physiological measures (e.g., airway responsiveness), clinical outcomes (e.g., hospital admissions), and cause-specific mortality. Total mortality includes all nonaccidental causes of mortality and is informed by findings for the spectrum of morbidity effects (e.g., respiratory, cardiovascular) that can lead to mortality.

Note: The 2009 PM ISA made causality determinations for the broad category of "Reproductive and Developmental Effects." Causality determinations for 2009 represent this broad category and not specifically for "Male and Female Reproduction and Fertility" and "Pregnancy and Birth Outcomes." Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category. Previous causality determinations taken from the 2009 PM ISA (U.S. EPA, 2009).

## Health Effects of $PM_{2.5}$ Exposure

Across the PM size fractions evaluated within this ISA, the most substantial scientific evidence supporting relationships between short- and long-term PM exposure is for $PM_{2.5}$. The causality determinations for $PM_{2.5}$ reflect the total body of scientific evidence, building on the conclusions presented in the 2009 PM ISA. The following sections detail those exposure duration and broad health effect categories for which this ISA concluded a *causal* or *likely to be causal* determination, reflecting the highest degree to which the evidence reduces chance, confounding, and other biases in the exposure−health effect relationship. The causality determinations for health effect categories for which there is a larger degree of uncertainty or limited examination of the relationship between $PM_{2.5}$ exposure and health effects are *suggestive of, but not sufficient to infer, a causal relationship* and *inadequate to determine the presence or absence of a causal relationship*. These causality determinations are summarized in Table ES-1.

### Respiratory Effects

As in the 2009 PM ISA, the current ISA concludes there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (Section 5.1). Recent epidemiologic studies continue to provide strong evidence for a relationship between short-term $PM_{2.5}$ exposure and several respiratory-related endpoints, including asthma exacerbation, chronic obstructive pulmonary disease (COPD) exacerbation, and combined respiratory-related diseases, particularly from studies examining emergency department (ED) visits and hospital admissions. The consistent, positive associations observed for asthma and COPD ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature) are further supported by evidence of increased symptoms and medication use in response to short-term $PM_{2.5}$ exposure, which are indicative of asthma and COPD exacerbations. Animal toxicological studies of short-term $PM_{2.5}$ exposure provide coherence and biological plausibility for asthma and COPD exacerbations by demonstrating asthma-related responses in an animal model of allergic airways disease and enhanced lung injury and inflammation in an animal model of COPD. Animal toxicological evidence in healthy animals demonstrates altered host defense, greater susceptibility to bacterial infection, airway irritant effects, as well as other effects. While there is animal toxicological evidence supporting asthma and COPD exacerbations, the broader body of experimental studies conducted in healthy animals generally provides biological plausibility for respiratory effects in association with short-term $PM_{2.5}$ exposure, not specifically for asthma or COPD exacerbation. Controlled human exposure studies provide minimal evidence of effects due to short-term $PM_{2.5}$ exposure, such as decrements in lung function and pulmonary inflammation, though these studies are limited in terms of endpoints evaluated and the size and health status of study subjects. Recent epidemiologic studies build upon the limited number of studies that previously examined potential copollutant confounding and indicate that $PM_{2.5}$ associations with asthma

exacerbation, combined respiratory-related diseases, and respiratory mortality remain relatively unchanged in copollutant models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$). The copollutant results in combination with animal toxicological evidence further support an independent effect of $PM_{2.5}$ on respiratory health. Evidence of consistent, positive associations between $PM_{2.5}$ and respiratory mortality supports a continuum of respiratory-related effects.

Both the 2009 PM ISA, and the current ISA concluded there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (Section 5.2). There is strong evidence from multiple cohorts that varied in study location, exposure assessment methods, and time periods examined that reported an association between long-term $PM_{2.5}$ exposure and lung development (i.e., lung function growth). Additional, although more limited, evidence from epidemiologic studies indicates associations between long-term $PM_{2.5}$ exposure and asthma development in children, asthma prevalence in children, childhood wheeze, and pulmonary inflammation. Animal toxicological studies demonstrating impaired lung development resulting from pre- and postnatal $PM_{2.5}$ exposure and the development of an allergic phenotype along with an increase in airway responsiveness following long-term $PM_{2.5}$ exposure provide biological plausibility for these findings. There is limited assessment of potential copollutant confounding of respiratory morbidity outcomes, but recent animal toxicological studies partially address the independence of $PM_{2.5}$ effects by demonstrating $PM_{2.5}$-induced oxidative stress, inflammation, and morphological changes in both upper and lower airways. This broad body of experimental evidence indicating $PM_{2.5}$-related respiratory effects in healthy populations generally provides biological plausibility for respiratory effects in association with long-term $PM_{2.5}$ exposure. Additional epidemiologic evidence indicates an acceleration of lung function decline in adults, as well as consistent evidence for respiratory mortality and cause-specific respiratory mortality, thereby providing evidence of a continuum of effects in response to long-term $PM_{2.5}$ exposure. The relationship between long-term $PM_{2.5}$ exposure and respiratory effects is further supported by epidemiologic studies demonstrating improvements in lung function growth and bronchitic symptoms in children and improvement in lung function in adults in association with declining $PM_{2.5}$ concentrations.

### Cardiovascular Effects

Consistent with the 2009 PM ISA, this ISA concludes there is a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects (Section 6.1). The strongest evidence comes from epidemiologic studies that reported consistent, positive associations between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature), particularly for ischemic heart disease (IHD) and heart failure (HF), as well as cardiovascular-related mortality. Recent examinations of potential copollutant confounding generally indicate that the associations observed between $PM_{2.5}$ exposure and cardiovascular effects in single-pollutant models remain relatively

unchanged in copollutant models, providing evidence that the observed associations with $PM_{2.5}$ are not artifacts due to confounding by another air pollutant. The independence of a $PM_{2.5}$ cardiovascular effect is further supported by recent experimental studies. Controlled human exposure studies expand upon previous findings and demonstrate $PM_{2.5}$-induced changes in endothelial function, which is coherent with animal toxicological studies demonstrating the same effect. Moreover, experimental evidence demonstrating decreased cardiac contractility and altered left ventricular pressure is coherent with epidemiologic studies observing positive associations between ambient $PM_{2.5}$ and ED visits and hospital admissions for HF. Thus, the collective body of experimental evidence supports and provides biological plausibility for epidemiologic studies reporting associations, particularly between short-term $PM_{2.5}$ exposure and IHD and HF outcomes, as well as a range of other cardiovascular-related effects (e.g., arrhythmia, thrombosis) that can result in more severe outcomes, possibly including death.

The 2009 PM ISA, as well as the current PM ISA, concluded there is a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects (Section 6.2). Epidemiologic studies of multiple recent U.S.-based cohorts along with reanalyses of these cohorts provide strong evidence of consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality. These studies used a variety of exposure assessment and statistical techniques and examined various spatial domains (e.g., 1 × 1-km grid cells, census tract, etc.) in many locations where mean annual average $PM_{2.5}$ concentrations are $\leq 12\ \mu g/m^3$. Recent epidemiologic studies of cardiovascular morbidity have greatly expanded upon the body of evidence available at the completion of the 2009 PM ISA by focusing on populations with distinct demographic characteristics (e.g., postmenopausal woman, male doctors, etc.) and extensively considering potential confounders (e.g., socioeconomic status [SES]). Although an extended analysis of the Women's Health Initiative (WHI) cohort strengthened the initial observation of a relationship between long-term $PM_{2.5}$ exposure and coronary events among postmenopausal women, additional cohorts of women similar to the WHI cohort did not report consistent, positive associations with coronary heart disease (CHD), myocardial infarction, or stroke. Longitudinal studies examining the progression of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ reported inconsistent results that were dependent upon the vascular bed examined, but there was evidence of $PM_{2.5}$-associated coronary artery calcification, a strong predictor of CHD, within a study focusing on the progression of atherosclerosis in a healthy population (i.e., Multi-Ethnic Study of Atherosclerosis and Air Pollution [MESA–Air]). A limited number of epidemiologic studies examining other cardiovascular effects provide some evidence of associations with HF, blood pressure, and hypertension, as well as subclinical cardiovascular biomarkers. Recent studies also reduce the uncertainty associated with potential copollutant confounding by reporting that associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for $O_3$, $NO_2$, $SO_2$, and $PM_{10-2.5}$. Evidence from animal toxicological studies further supports a direct $PM_{2.5}$ effect on the cardiovascular system and provides coherence with effects observed in epidemiologic studies. For example, animal toxicological studies demonstrating atherosclerotic plaque progression in mice is coherent with epidemiologic studies of atherosclerosis, and animal toxicological studies reporting increased coronary artery wall thickness, decreased cardiac contractility and output, and changes in blood

pressure are coherent with epidemiologic studies of HF. Furthermore, when considering the collective body of evidence, there are biologically plausible pathways by which long-term exposure to $PM_{2.5}$ could lead to a continuum of effects potentially resulting in death.

### Nervous System Effects

The 2009 PM ISA did not make a causality determination for long-term $PM_{2.5}$ exposure and nervous system effects because of the paucity of available data. Since the 2009 PM ISA, the literature base has greatly expanded, and the combination of animal toxicological and epidemiologic evidence supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects (Section 8.2). Animal toxicological studies provide evidence for a range of nervous system effects including neuroinflammation and oxidative stress, neurodegeneration, cognitive effects, and effects on neurodevelopment. Epidemiologic studies, although fewer in number, generally support associations between long-term $PM_{2.5}$ exposure and changes in brain morphology, cognitive decrements, and dementia. Both experimental and epidemiologic evidence are well substantiated and coherent, supporting a pathway involving neuroinflammation in specific regions of the brain (i.e., the hippocampus, cerebral cortex and hypothalamus) and morphologic changes in the brain indicative of neurodegeneration. Overall, the limited assessment of copollutant confounding introduces some uncertainty in interpreting the epidemiologic studies, but this uncertainty is addressed, in part, by the direct evidence of effects provided by experimental animal studies. In addition to the nervous system effects primarily observed in adults, there is preliminary but limited epidemiologic evidence of neurodevelopmental effects, specifically autism spectrum disorder (ASD). Evidence for this outcome is supported by an animal toxicological study demonstrating $PM_{2.5}$-induced inflammatory and morphologic changes in regions of the brain consistent with ASD.

### Cancer

The 2009 PM ISA concluded that evidence was *suggestive of a causal relationship*[35] between long-term $PM_{2.5}$ exposure and cancer (Section 10.2). Building upon the decades of research on whole PM exposures and evidence presented in the 2009 PM ISA, recent experimental and epidemiologic evidence indicating genotoxicity, epigenetic effects (i.e., hypo- and hypermethylation of DNA), and carcinogenic potential due to $PM_{2.5}$ exposure, along with strong epidemiologic evidence for increases in the risk of lung cancer incidence and mortality, supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer. $PM_{2.5}$ exhibits various characteristics of carcinogens, as shown in studies demonstrating genotoxic effects (e.g., DNA damage), epigenetic alterations, oxidative stress, and

---

[35] Since the 2009 PM ISA, the causality determination language has been updated and this category is now stated as *suggestive of, but not sufficient to infer, a causal relationship*.

electrophilicity. Studies of cancer development have often focused on whole PM exposures,[36] not individual PM size fractions, or individual components often found to comprise $PM_{2.5}$ (e.g., hexavalent chromium, arsenic). Ames *Salmonella*/mammalian-microsome mutagenicity assays of $PM_{2.5}$ and $PM_{2.5}$ extracts demonstrate that PM contains mutagenic agents. In vitro and in vivo toxicological studies demonstrate the potential for $PM_{2.5}$ exposure to result in DNA damage, which is supported by limited human evidence. Cytogenic effects (e.g., chromosomal aberrations), and differential expression of genes potentially relevant to genotoxicity or cancer pathogenesis have also been demonstrated. There is also limited evidence for cellular and molecular changes that could lead to genomic instability as well as for the carcinogenic potential of $PM_{2.5}$, which is demonstrated by enhanced tumor formation in animals treated with urethane. The experimental and epidemiologic evidence of genotoxicity, epigenetic effects, and carcinogenic potential provides biological plausibility for the results from multiple epidemiologic studies conducted in diverse cohorts in terms of geographic coverage and population demographics reporting primarily consistent, positive associations between long-term $PM_{2.5}$ exposure and lung cancer incidence and mortality, particularly in never smokers. In the limited assessment of potential copollutant confounding, $PM_{2.5}$-lung cancer incidence and mortality associations were found to be relatively unchanged in models with $O_3$.

### Mortality

As in the 2009 PM ISA, the current ISA concludes there is a *causal relationship* between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Section 11.1). Recent multicity studies conducted in the U.S., Canada, Europe, and Asia in combination with the single- and multicity studies evaluated in the 2009 PM ISA continue to provide evidence of consistent, positive associations between short-term $PM_{2.5}$ exposure and total mortality. The positive associations reported across studies reflect both traditional analyses using ambient monitors as well as analyses conducted in both urban and rural locations that use new exposure assignment techniques and rely on multiple sources of $PM_{2.5}$ data (e.g., ambient monitors, statistical models, and satellite images). Recent studies also expand upon the assessment of potential confounding by copollutants as well as other factors (e.g., temporal trends, weather, long-term PM concentrations). These analyses indicate that $PM_{2.5}$-mortality associations are relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$, and when instituting different approaches to control for other confounders, both in terms of covariates included in statistical models and degrees of freedom employed. The positive associations reported for total mortality are supported by positive associations for cause-specific mortality (i.e., cardiovascular- and respiratory-related mortality). The consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and to a lesser degree for respiratory morbidity, with the strongest evidence for exacerbations of COPD and asthma (Chapter 5), provide biological plausibility for cause-specific mortality and ultimately total mortality. Recent studies

[36] Whole PM exposures represent exposures that contain both PM and gaseous pollutants.

also further reduce chance, confounding, and other biases in the relationship between short-term $PM_{2.5}$ exposure and total mortality.

Both the 2009 PM ISA and the current ISA concludes there is a *causal relationship* between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Section 11.2). Additional reanalyses and extensions of the American Cancer Society and Harvard Six Cities cohorts, as well as new cohorts consisting of Medicare participants, people that live in Canada, or people employed in a specific job (e.g., teacher, nurse, etc.) further support a positive association between long-term $PM_{2.5}$ exposure and total mortality, particularly in areas with annual mean concentrations <20 µg/m$^3$, and in some cases below 12 µg/m$^3$. Positive associations persist regardless of the exposure assignment approach used (i.e., ambient monitors or the combination of monitoring, modeling, and satellite data); in copollutant models, particularly with $O_3$ and more limited evidence for $NO_2$ and $PM_{10-2.5}$; and across studies that control for a range of individual- and ecological covariates, such as smoking status and SES. The evidence for total mortality is supported by positive associations for cause-specific mortality, including cardiovascular, respiratory, and lung cancer mortality. The coherence of effects across scientific disciplines for cardiovascular morbidity, particularly for CHD, stroke and atherosclerosis, and respiratory morbidity for the development of COPD, contribute to the biological plausibility for mortality due to long-term $PM_{2.5}$ exposure. Additionally, recent studies demonstrating increases in life expectancy due to decreases in long-term $PM_{2.5}$ concentrations further support a relationship between long-term $PM_{2.5}$ exposure and total mortality.

## Policy-Relevant Considerations for Health Effects Associated with Particulate Matter Exposure

This section describes issues relevant for considering the potential significance of impacts of ambient PM, particularly $PM_{2.5}$, exposure on public health (Section 1.5),[37] including potential copollutant confounding of $PM_{2.5}$-health effects associations, the relationship between $PM_{2.5}$ exposure and the timing of health effects, the shape of the concentration-response (C-R) relationship, whether $PM_{2.5}$ components and sources are more closely associated with health effects than $PM_{2.5}$ mass, and the identification of populations and lifestages potentially at increased risk of a $PM_{2.5}$-related health effect.

Recent epidemiologic studies greatly expand upon the evidence informing whether associations observed between short- and long-term $PM_{2.5}$ exposure and health are confounded by other pollutants observed in the air pollution mixture. The examination of potential copollutant confounding in studies of respiratory and cardiovascular effects are primarily limited to studies of ED visits and hospital admissions. Across studies of short-term $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality, correlations between $PM_{2.5}$ and gaseous (i.e., $SO_2$, $NO_2$, CO, and $O_3$) and particulate pollutants (i.e., $PM_{10-2.5}$) varied across studies, with low to moderate correlations (i.e., <0.7). Collectively, studies of

[37] Section 1.5 in Chapter 1 integrates the evidence across all health chapters, but each health chapter has individual discussions on the topics discussed within this section.

short-term $PM_{2.5}$ exposure that examined potential copollutant confounding indicated that associations remained relatively unchanged in copollutant models, and in instances where associations were attenuated, they remained positive. Far fewer studies examined potential copollutant confounding and long-term $PM_{2.5}$ exposure, but there has been an expansion of studies focusing on mortality. Studies focusing on respiratory (i.e., lung function and asthma development) and cardiovascular effects (i.e., cardiovascular mortality), along with lung cancer incidence and mortality, provide initial evidence that associations with $PM_{2.5}$ are relatively unchanged in copollutant models with primarily traffic-related pollutants (i.e., $NO_2$, $NO_X$, and CO) and $O_3$. For mortality, the most extensive analyses were conducted for $O_3$, with more limited assessments of other pollutants, but overall associations remained unchanged in copollutant models for total (nonaccidental) mortality and cardiovascular and respiratory mortality.

An important question that informs different aspects of the PM NAAQS is the timing of observed effects due to short-term $PM_{2.5}$ exposure, specifically the averaging time of the exposure metric in epidemiologic studies and the lag days over which health effects are observed. Some recent epidemiologic studies focusing on respiratory- and cardiovascular-related ED visits and hospital admissions, cardiovascular effects (e.g., ST elevation, myocardial infarction, and out-of-hospital cardiac arrest), and mortality examined associations between subdaily exposure metrics and the widely used 24-hour avg exposure metric. Across the studies evaluated, the available evidence does not indicate that subdaily averaging periods for $PM_{2.5}$ are more closely associated with health effects than the 24-hour avg exposure metric. In addition to examining potential differences in associations by averaging time of the exposure metric, recent epidemiologic studies evaluated the timing of effects by systematically examining whether there is evidence of an immediate (e.g., lag 0−1 days), delayed (e.g., lag 2−5 days), or prolonged (e.g., lag 0−5 days) effect of PM on health. Epidemiologic studies examining potential differences in associations in relation to short-term $PM_{2.5}$ exposure focused on respiratory- and cardiovascular-related ED visits and hospital admissions as well as mortality. While recent studies provided evidence of associations in the range of 0−5 days for respiratory effects, there was evidence of an immediate effect for cardiovascular effects and mortality (i.e., 0−1 days) with some initial evidence of associations occurring over longer exposure durations (e.g., 0−4 days).

An examination of the C-R relationship between $PM_{2.5}$ exposure and health effects can help determine both the shape of the C-R curve and address the question of whether a threshold exists (i.e., concentration) below which there is no evidence of an effect of $PM_{2.5}$ on health. Studies of short-term $PM_{2.5}$ exposure and health are limited to studies of respiratory-related ED visits, hospital admissions, and mortality. Epidemiologic studies of respiratory disease and asthma ED visits and hospital admissions focusing on the shape of the C-R curve provide initial evidence of a linear relationship with less certainty at concentrations below 10 $\mu g/m^3$. However, studies focusing on whether the $PM_{2.5}$ association changes at different concentration ranges (i.e., cutpoint analyses) provide some evidence of potential nonlinearities in the C-R relationship. Epidemiologic studies of mortality greatly expand upon the evidence evaluated in the 2009 PM ISA where C-R analyses were limited to studies of $PM_{10}$. Evidence from U.S. studies examining short-term $PM_{2.5}$ exposure and mortality indicate a linear

relationship at concentrations as low as 5 μg/m$^3$ with cutpoint analyses providing no evidence of a threshold.

For long-term $PM_{2.5}$ exposure, most of the evidence on the shape of the C-R curve comes from studies of mortality with some initial recent evidence from studies of respiratory and cardiovascular effects, as well as lung cancer mortality and incidence. Epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality used a variety of statistical approaches and cutpoint analyses, which support a linear, no-threshold relationship for total (nonaccidental) mortality, especially at lower ambient $PM_{2.5}$ concentrations, with confidence in some studies in the range of 5−8 μg/m$^3$. Additionally, there is initial evidence indicating that the slope of the C-R curve may be steeper (supralinear) at lower concentrations for cardiovascular mortality. Evaluation of the C-R relationship is more limited for respiratory and cardiovascular effects, but overall initial assessments support a linear relationship, specifically at long-term $PM_{2.5}$ concentrations ranging from 10−12 and 5−10 μg/m$^3$, respectively.

Recent epidemiologic and experimental studies extensively build on those studies evaluated in the 2009 PM ISA that examined relationships between exposure to $PM_{2.5}$ components and sources and health effects. As detailed in the Preface, this ISA focuses on specific study criteria to thoroughly evaluate whether there is evidence that an individual component(s) and/or source(s) is more closely related to health effects than PM mass. Across the health effects categories evaluated in this ISA, most studies that examine PM sources and components focused on $PM_{2.5}$. In studies examining both short- and long-term exposure, a variety of health effects were examined ranging from subclinical (e.g., changes in lung function, respiratory symptoms) to more overt (e.g., ED visits, hospital admissions, and mortality). Across exposure durations and health effects categories, it was concluded that many $PM_{2.5}$ components and sources are associated with many health effects, and the evidence does not indicate that any one source or component is consistently more strongly related to health effects than $PM_{2.5}$ mass.

Lastly, an important consideration in evaluating whether the NAAQS provides public health protection is assessing whether there are specific populations or lifestages at increased risk of a PM-related health effect. Whereas the ISA provides substantial evidence of health effects due to short- and long-term exposure to $PM_{2.5}$ across populations with diverse characteristics (e.g., children, older adults, people with pre-existing cardiovascular diseases, etc.), an evaluation of whether any of these populations are at increased risk of a PM-related health effect relies on evidence from specific types of studies that can directly inform this question as detailed in Section 1.5.5 and Chapter 12. Based on the framework for characterizing the evidence for populations potentially at increased risk of an air pollutant-related health effect detailed in the 2013 $O_3$ ISA (U.S. EPA, 2013), this ISA concludes there is adequate evidence that children are at increased risk of a $PM_{2.5}$-related health effect based on strong evidence of impaired lung function growth and additional evidence of decrements in lung function and asthma development. Additionally, there is adequate evidence that nonwhite people are at increased risk of $PM_{2.5}$-related health effects based on studies of long-term $PM_{2.5}$ exposure and mortality and studies demonstrating differential exposure by race. There was also suggestive evidence that populations with

pre-existing cardiovascular and respiratory disease, that are overweight or obese, with genetic variants in genes in the glutathione transferase pathway and genes related to oxidant metabolism, that are of low SES, or are current or former smokers are at increased risk for $PM_{2.5}$-related health effects. Inadequate evidence exists to determine whether having diabetes, being in an older lifestage (i.e., older adults), residential location (including proximity to source and urban residence), sex, or diet increase the risk of $PM_{2.5}$-related health effects.

## PM Exposure and Welfare Effects

Compared with the evaluation of the health effects evidence, the evaluation of the welfare effects evidence focuses broadly on PM and not individual size fractions or exposure durations. Additionally, the evaluation, as noted previously, focuses on the welfare effects of visibility impairment, climate effects, and effects on materials due to the ecological effects of PM being evaluated in the ISA for Oxides of Nitrogen, Oxides of Sulfur and Particulate Matter—Ecological Criteria (U.S. EPA, 2018).

As noted in Table ES-2, this ISA concludes a *causal relationship* between PM visibility impairment, climate effects, and effects on materials which is consistent with the 2009 PM ISA. For visibility impairment (Section 13.2), the relationship between PM and light extinction has been well characterized. The rapid decline in $PM_{2.5}$ sulfate that has occurred from 2002−2012 (i.e., −4.6% per year in rural areas and −6.2% per year in urban areas) has contributed to improvements in visibility in many areas. However, an increasing amount of light extinction is now due to nitrate and organic matter. There have been no recent visibility preference studies; however, a recent meta-analysis demonstrates that scene-dependent haze metrics better account for preference than does using the deciview scale as a metric. For climate (Section 13.3), there is substantial evidence indicating that PM affects the radiative forcing of the climate system, both through direct scattering and absorption of radiation, and indirectly, by altering cloud properties. However, there are still substantial uncertainties with respect to key processes linking PM and climate, particularly those involving aerosol-cloud interactions, because of the scale difference between PM-relevant cloud processes and the resolution of state-of-the-art models, and the indirect impacts and feedbacks in the climate system resulting from an initial radiative perturbation due to PM. Lastly, for effects on materials (Section 13.4), most of the evidence has focused on examining PM effects on stone used for historic monuments and buildings. Recent evidence further expands the understanding of soiling and corrosion process for glass and metals and demonstrates that atmospheric soiling can affect energy efficiency of photovoltaic systems and of some buildings.

**Table ES-2 Summary of causality determinations for relationships between PM exposure and welfare effects from the 2009 and current Integrated Science Assessment for Particulate Matter.**

| Welfare Effect Category | Causality Determination | |
|---|---|---|
| | **2009 PM ISA** | **Current PM ISA** |
| Visibility impairment<br>Section 13.2.6 | Causal relationship | Causal relationship |
| Climate effects<br>Section 13.3.9 | Causal relationship | Causal relationship |
| Effects on materials<br>Section 13.4.5 | Causal relationship | Causal relationship |

PM = particulate matter.

Previous causality determinations taken from the 2009 PM ISA (U.S. EPA, 2009). Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category.

## Scientific Considerations and Key Findings of the Health and Welfare Effects Evidence

As summarized in the Preface (Section P.3), the Preamble to the ISAs (U.S. EPA, 2015) describes the process by which the U.S. EPA evaluates the strengths and limitations in the scientific evidence using a weight-of-evidence framework to form causality determinations within the ISAs. There are five different causality determinations, which may be used to characterize evidence with each determination delineated by the degree to which chance, confounding, and other biases affect interpretation of the scientific evidence (Table P-2). As documented by the extensive evaluation of evidence throughout the subsequent chapters of this ISA, the U.S. EPA carefully considers uncertainties in the evidence, and the extent to which recent studies have addressed or reduced uncertainties from previous assessments, as well as the strengths of the evidence. Uncertainties considered in the epidemiologic evidence, for example, include the potential for confounding by copollutants or covarying factors (e.g., temporal trends and weather in short-term exposure studies, and individual-level and ecological factors in long-term exposure studies) and exposure error. The U.S. EPA evaluates many other important considerations (not uncertainties) such as coherence of evidence from animal and human studies, evaluation of different PM components, heterogeneity of risk estimates, and the shape of concentration-response relationships. All aspects are evaluated in drawing scientific conclusions and making causality determinations. Where there is clear evidence linking PM to effects and minimal remaining uncertainties, the U.S. EPA concludes a *causal* or *likely to be causal* relationship.

Key findings of the health effects evidence spanning each of the PM size fractions and welfare effects evaluated in this ISA are summarized below and in Chapter 1 (Section 1.6). These highlights

encapsulate the strengths and limitations in the evidence base that ultimately lead to the formation of causality determinations. For the health (i.e., respiratory and cardiovascular effects, and mortality due to short- and long-term $PM_{2.5}$ exposure) or welfare effects categories for which *causal* or *likely to be causal* determinations were made, recent findings were found to reduce or fully address previous uncertainties in the evidence and increase the strength of U.S. EPA's scientific conclusions. For other PM-effect relationships, the key findings highlighted below indicate where there is strength in the evidence, but uncertainties remain, resulting in causality determinations of *suggestive of, but not sufficient to infer, a causal relationship* or in some cases *inadequate to infer the presence or absence of a causal relationship*, both of which reflect that there is limited evidence to evaluate both strengths and weaknesses.

### Health Effects Evidence: Key Findings

A large body of scientific evidence spanning many decades clearly demonstrates there are health effects attributed to both short- and long-term PM exposure, with the strongest evidence for a relationship between some health effects and $PM_{2.5}$. Generally, for most health effects and exposures to $PM_{10-2.5}$ and UFPs, there are more limitations and uncertainties across scientific disciplines (i.e., atmospheric chemistry, exposure science, and both epidemiology and experimental sciences), complicating the interpretation of the evidence. The collective body of evidence for each of the PM size fraction, exposure, and health effect category combinations evaluated in this ISA was carefully considered and assessed, including the inherent strengths, limitations, and uncertainties in the overall body of evidence such as the available methods, models and data used within and across studies. This full assessment of the current state of the science for $PM_{2.5}$, $PM_{10-2.5}$, and UFPs resulted in the causality determinations detailed in Table 1-4. Through identification of the strengths and limitations in the evidence, this ISA may help in prioritizing research efforts to support future PM NAAQS reviews. Examples of the key findings in the health effects evidence considered in this PM ISA include:

#### $PM_{2.5}$

- There are many recent epidemiologic studies conducted in diverse geographic locations, that include different population demographics, use a variety of exposure assignment techniques, and include different approaches and covariates to control for potential confounders that continue to report consistent positive associations between short- and long-term $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality. This evidence is consistent with the large body of previously published epidemiologic studies reporting positive associations between $PM_{2.5}$ exposure and respiratory and cardiovascular effects and mortality and in some cases strengthens and extends the evidence base for other health effects.
- New $PM_{2.5}$ exposure assignment methods that use several sources of available data (i.e., satellite observations, model predictions, and ambient monitors) in epidemiologic studies better allow for the inclusion of less urban areas. These methods are well validated by $PM_{2.5}$ monitors in areas with moderate-to-high population density. Although fewer monitors are available for model validation in sparsely populated rural areas compared with urban areas, $PM_{2.5}$ concentrations are

typically lower and more spatially homogeneous in rural areas, resulting in the need for fewer validation sites.

- The large number of animal toxicological and controlled human exposure studies provide coherence and biological plausibility for effects observed in epidemiologic studies of short- and long-term $PM_{2.5}$ exposure, particularly respiratory and cardiovascular effects, and mortality.
- Both animal toxicological and controlled human exposure studies, using concentrated ambient particle (CAP) exposures, provide evidence of a direct effect of PM exposure on various health effects.
- Epidemiologic studies that conducted copollutant analyses show that associations remain relatively unchanged when adjusting for gaseous pollutants and other particle size fractions (e.g., $PM_{10-2.5}$), addressing a key uncertainty identified in the 2009 PM ISA.
- Recent epidemiologic studies indicate that the observed heterogeneity in risk estimates is not attributed solely to differences in the composition of $PM_{2.5}$, but also reflects city-specific exposure conditions (e.g., housing and commuting characteristics).
- Evidence continues to support a linear, no-threshold concentration—response relationship, but with less certainty in the shape of the curve at lower concentrations (i.e., below about 8 $\mu g/m^3$).
- For health effects where it was concluded that the evidence is *suggestive of, but not sufficient to infer, a causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure and metabolic effects, male and female reproduction and fertility, pregnancy and birth outcomes, and short-term exposures and nervous system effects), epidemiologic and experimental studies report inconsistent evidence of an association/effect or there are relatively few studies focusing on the health effect of interest.

### $PM_{10-2.5}$

- Routine national monitoring of $PM_{10-2.5}$ was initiated in 2011. $PM_{10-2.5}$ concentrations are more spatially variable than $PM_{2.5}$. Although some $PM_{10-2.5}$ data are available across the nation, micro- to neighborhood-scale data are not widely available, adding uncertainty to the interpretation of results from epidemiologic studies, especially for long-term exposure studies that rely on spatial contrasts to examine associations with health effects.
- Epidemiologic studies that examined associations between short- and long-term $PM_{10-2.5}$ exposure and various health effects use multiple methods to estimate concentrations, complicating the comparison of results across studies.
- For some health effects, few or no experimental studies examined the relationship with short- and long-term exposure to $PM_{10-2.5}$. The few studies conducted provide inconsistent evidence of effects due to $PM_{10-2.5}$ exposures contributing to limited coherence and biological plausibility.
- The causality determinations for all health outcome categories for short- and long-term $PM_{10-2.5}$ exposure was concluded as either *suggestive of, but not sufficient to infer, a causal relationship* or *inadequate to infer the presence or absence of a causal relationship*, indicating limitations and uncertainties in the evidence base.

### UFPs

- There is no national ambient monitoring network in place to measure UFP concentrations; thus, there is limited information on UFP exposures within the U.S.

study has demonstrated some translocation of nano-sized gold particles from the lungs into circulation. The finding of material in the blood in this new human study, but not prior human studies may, in part, be a matter of an increased signal to noise afforded in this new methodology and/or an indication that there is a difference in particle translocation from the lung depending on the inhaled particle type. Animal studies using poorly soluble nano-sized gold and iridium (Ir) particles have provided more extensive evidence of translocation into blood and secondary organs. The estimated urinary elimination by 24 hours post-inhalation of the gold nanoparticles is nearly identical between humans and rats. Soluble materials deposited in the respiratory tract can enter the blood more rapidly than insoluble materials. Recent evidence across species indicates that particles of varying composition and solubility that are less than 200 nm diameter can also translocate to the brain via the olfactory nerve.

There is a dosimetric basis for several particle sampling conventions used to quantify airborne PM concentrations. The U.S. EPA has size-selective sampling conventions for fine particles which is represented by $PM_{2.5}$ while $PM_{10}$ is the indicator used for the purposes of regulating the thoracic coarse particles (i.e., the inhalable particles that remain if $PM_{2.5}$ particles are removed from a sample of $PM_{10}$; aka $PM_{10-2.5}$). $PM_{2.5}$ is not well representative (nor was it intended to be) of the occupational definition of respirable particles which has a 50% cutpoint at 4 versus 2.5 µm for the $PM_{2.5}$ sampler (Figure 4-2). The selection of $PM_{2.5}$ for the NAAQS was mainly to delineate the atmospheric fine (combustion derived, aggregates, acid condensates, secondary aerosols) and coarse (crustal, soil-derived dusts) PM modes and for consistency with community epidemiologic health studies reporting various health effects associated with $PM_{2.5}$. The selection of $PM_{2.5}$ was not based on dosimetric considerations as was the case for the respirable particle sampler convention. Although the respirable sampling convention has a dosimetric basis, it is reflective of the total PM mass concentration to which the alveolar region may be exposed and not reflective of the PM mass deposition or dose. $PM_{10}$ is often referred to as the thoracic fraction of inhalable particles. There is an occupational sampling convention for thoracic particles and like $PM_{10}$ has a 50% cutpoint at about 10 µm (Figure 4-2). However, the fraction of inhaled 10 µm particles reaching the thorax is <20% for most activity levels and breathing habits. When breathing completely through the mouth, the fraction of inhaled 10 µm particles reaching the thorax approaches 40%. Thus, using a 50% cutpoint at 10 µm provides a conservative (protective) overestimate of thoracic particles.

## 1.4 Evaluation of the Health Effects of PM

This ISA evaluates relationships between short-term and long-term exposures to PM (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs) and an array of health effects described in epidemiologic, controlled human exposure, and animal toxicological studies. In assessing the overall evidence, the strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. Short-term exposures are defined as those with durations of hours up to 1 month, with most studies examining effects related to exposures in the range of 24 hours to 1 week. Long-term exposures are defined as those with durations of more than 1 month to years. As detailed in the Preface, the evaluation

of the health effects evidence focuses on exposures conducted at concentrations of PM that are relevant to the range of human exposures across ambient microenvironments (up to 2 $mg/m^3$, which is one to two orders of magnitude above ambient concentrations), and studies that (1) include a composite measure of PM[41] or (2) apply some approach to assess the direct effect of a specific PM size-fraction when the exposure of interest is a source-based mixture (e.g., diesel exhaust, gasoline exhaust, wood smoke).

The subsequent sections and accompanying table (Table 1-2) summarize the key evidence that informs the causality determinations for relationships between PM exposure and health effects, specifically those relationships where it was determined that a *causal* or *likely to be causal relationship* exists (Table 1-1). These causality determinations draw from evidence related to the biological plausibility of PM-related health effects and the broader health effects evidence described in detail in Chapter 5−Chapter 11, as well as information on dosimetry in Chapter 4 and exposure assessment in Chapter 3. Those relationships between PM and health effects where it was concluded that the evidence supported a causality determination of *suggestive of, but not sufficient to infer, a causal relationship* or *inadequate to infer the presence or absence of a causal relationship* are noted in Table 1-4, but more fully discussed in the respective health effects chapters.

**Table 1-1 *Causal* and *likely to be causal* causality determinations for short- and long-term $PM_{2.5}$ exposure.**

| Size Fraction | Health Effects Category | Exposure Duration | Causality Determination | Section |
|---|---|---|---|---|
| $PM_{2.5}$ | Respiratory | Short-term | Likely to be causal | 1.4.1.1.1 |
| | | Long-term | Likely to be causal | 1.4.1.1.2 |
| | Cardiovascular | Short-term | Causal | 1.4.1.2.1 |
| | | Long-term | Causal | 1.4.1.2.2 |
| | Nervous system | Long-term | Likely to be causal | 1.4.1.3.1 |
| | Cancer | Long-term | Likely to be causal | 1.4.1.4.1 |
| | Mortality | Short-term | Causal | 1.4.1.5.1 |
| | | Long-term | Causal | 1.4.1.5.2 |

$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

[41] Composite measures of PM may include mass, volume, surface area, or number concentration.

### 1.4.1 Health Effects of $PM_{2.5}$

Substantial scientific evidence exists across disciplines (i.e., animal toxicology, controlled human exposure, and epidemiology) showing that both short- and long-term $PM_{2.5}$ exposure can result in a range of health effects, from changes in circulating biomarkers to mortality. However, the strength of the $PM_{2.5}$ exposure–health effects relationship varies depending on the exposure duration (i.e., short- or long-term) and broad health effects category (e.g., cardiovascular effects, respiratory effects) examined. Across the broad health effects categories examined, the evidence supporting biological plausibility varies, but generally includes modulation of the autonomic nervous system and inflammation as part of the pathways leading to overt health effects. Discussions of subsequent events that could occur due to deposition of inhaled $PM_{2.5}$ in the respiratory tract are detailed in the biological plausibility sections of each health chapter and summarized in the following sections.

#### 1.4.1.1 Respiratory Effects

Recent scientific evidence continues to support the conclusion of the 2009 PM ISA that there is a *likely to be causal relationship* between both short- and long-term $PM_{2.5}$ exposure and respiratory effects. These causality determinations are based on the consistency of findings within disciplines; the coherence of evidence across disciplines, including epidemiologic, and animal toxicological studies, with more limited evidence from controlled human exposure studies; and the evidence supporting biologically plausible pathways for respiratory effects, such as asthma exacerbation, development of asthma, chronic obstructive pulmonary disease (COPD) exacerbation, and respiratory mortality.

##### 1.4.1.1.1 Respiratory Effects Associated with Short-Term $PM_{2.5}$ Exposure

Epidemiologic studies provide strong evidence for overt respiratory effects, including respiratory-related emergency department (ED) visits and hospital admissions and respiratory mortality associated with short-term $PM_{2.5}$ exposure, with coherence provided by some evidence of respiratory effects from experimental studies. Collectively this evidence supports the conclusion of the 2009 PM ISA that there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (Table 1-2). This conclusion is based on multiple recent epidemiologic studies demonstrating generally consistent, positive associations with ED visits and hospital admissions for asthma, COPD, and combined respiratory-related diseases, as well as with respiratory mortality. Evidence from animal toxicological studies, although limited, is supportive of and provides biological plausibility for the associations observed in the epidemiologic studies related to exacerbation of asthma and COPD as well as respiratory infection.

Recent epidemiologic studies continue to provide strong evidence for a relationship between short-term $PM_{2.5}$ exposure and several respiratory-related endpoints, including asthma exacerbation (Section 5.1.2.1), COPD exacerbation (Section 5.1.4.1), and combined respiratory-related diseases (Section 5.1.6), particularly from studies examining ED visits and hospital admissions. The consistent positive associations between short-term $PM_{2.5}$ exposure and asthma and COPD ED visits and hospital admissions across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature) are supported by epidemiologic studies demonstrating associations with other respiratory-related effects, such as symptoms and medication use that are indicative of asthma and COPD exacerbations (Section 5.1.2.2 and Section 5.1.4.2). The collective body of epidemiologic evidence for asthma exacerbation is more consistent in children than in adults. Epidemiologic studies examining the relationship between short-term $PM_{2.5}$ exposure and respiratory mortality provide evidence of consistent positive associations, indicating a continuum of effects from morbidity to mortality (Section 5.1.9).

Building off the studies evaluated in the 2009 PM ISA, recent epidemiologic studies expand the assessment of potential copollutant confounding. There is some evidence that $PM_{2.5}$ associations with asthma exacerbation, combined respiratory-related diseases, and respiratory mortality remain relatively unchanged in copollutant models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$; Section 5.1.10.1). The uncertainty as to whether there is an independent effect of $PM_{2.5}$ on respiratory health, is partially addressed by findings from animal toxicological studies.

Animal toxicological studies of short-term $PM_{2.5}$ exposure provide coherence and biological plausibility for asthma and COPD exacerbations by demonstrating asthma-related responses in an animal model of allergic airways disease and enhanced lung injury and inflammation in an animal model of COPD (Section 5.1.2.4.4 and Section 5.1.4.4.3). There is also a broad body of animal toxicological studies examining respiratory effects due to short-term $PM_{2.5}$ exposure, but most of this evidence is from studies conducted in healthy animals, and therefore, does not provide coherence with the results of epidemiologic studies examining effects in people with asthma or COPD. This evidence base also provides consistent evidence for respiratory irritant effects; limited evidence for altered host defense, greater susceptibility to bacterial infection, and allergic sensitization; and some evidence for pulmonary injury, inflammation, and oxidant stress. Controlled human exposure studies conducted in people with asthma or COPD provide minimal evidence of effects due to short-term $PM_{2.5}$ exposure, such as decrements in lung function and pulmonary inflammation. These studies are limited in terms of endpoints evaluated and the size and health status of study subjects.

#### 1.4.1.1.2 Respiratory Effects Associated with Long-Term $PM_{2.5}$ Exposure

Epidemiologic studies provide strong evidence for effects on lung development, with additional evidence for the development of asthma in children due to long-term $PM_{2.5}$ exposure. Evidence from animal toxicological studies, although limited, is supportive of and provides biological plausibility for the

associations reported in epidemiologic studies related to lung development and the development of asthma. There is also epidemiologic evidence supporting a decline in lung function in adults in response to long-term $PM_{2.5}$ exposure. Collectively this evidence supports the conclusions of the 2009 PM ISA that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (Table 1-2).

Recent epidemiologic studies continue to support an association between long-term $PM_{2.5}$ exposure and several respiratory-related endpoints in children and adults. In children, studies in multiple cohorts provide strong evidence for decrements in lung function growth (Section 5.2.2.1.1). Robust and persistent effects were observed across study locations, exposure assessment methods, and time periods. An animal toxicological study demonstrating impaired lung development resulting from pre- and postnatal $PM_{2.5}$ exposure provides biological plausibility for these findings (Section 5.2.2.1.2). Results of prospective cohort studies in children also provide some evidence for asthma development in children and are supported by other studies examining asthma prevalence in children, childhood wheeze, and pulmonary inflammation (Section 5.2.3). Biological plausibility is provided by an animal toxicological study of long-term $PM_{2.5}$ exposure demonstrating the development of an allergic phenotype and increase in airway responsiveness (Section 5.2.3.3.2). There is limited evidence of increased bronchitic symptoms and hospitalization in children with asthma in relation to long-term $PM_{2.5}$ exposure (Section 5.2.7). In adults, long-term $PM_{2.5}$ exposure was found to be associated with accelerating lung function decline (Section 5.2.2.2.2). Consistent evidence was observed for respiratory mortality and cause-specific respiratory mortality for COPD and respiratory infection (Section 5.2.10), providing evidence of a continuum of effects in response to long-term $PM_{2.5}$ exposure.

Only a few recent epidemiologic studies have further examined potential copollutant confounding. There is some evidence that $PM_{2.5}$ associations with respiratory mortality remained robust in models with some gaseous pollutants (Section 5.2.10); however, there is limited assessment of potential copollutant confounding when examining respiratory morbidity outcomes. The uncertainty related to the independence of $PM_{2.5}$ effects is partially addressed by findings of animal toxicological studies. Long-term exposure to $PM_{2.5}$ resulted in oxidative stress, inflammation, and morphologic changes in both upper and lower airways (Section 5.2.8), in addition to the asthma-related and lung development-related effects mentioned above. Epidemiologic studies examining the effects of declining $PM_{2.5}$ concentrations provide additional support for a relationship between long-term $PM_{2.5}$ exposure and respiratory health by demonstrating improvements in lung function growth and bronchitic symptoms in children, and improvement in lung function in adults in association with declining $PM_{2.5}$ concentrations (Section 5.2.11). However, the limited examination of copollutant confounding in studies of declining $PM_{2.5}$ concentrations is a notable uncertainty given the corresponding decline in other pollutants over the time period of the evaluated studies.

### 1.4.1.2 Cardiovascular Effects

Consistent with the conclusions of the 2009 PM ISA, more recently published scientific evidence further strengthens the conclusion that there is a *causal relationship* between both short- and long-term $PM_{2.5}$ exposure and cardiovascular effects. These causality determinations are based on the consistency of findings within disciplines; coherence among evidence from controlled human exposure, epidemiologic, and animal toxicological studies; and evidence supporting biologically plausible pathways for cardiovascular effects, such as reduced myocardial blood flow, altered vascular reactivity, myocardial infarctions, and cardiovascular mortality.

#### 1.4.1.2.1 Cardiovascular Effects Associated with Short-Term $PM_{2.5}$ Exposure

Strong evidence from epidemiologic studies demonstrating associations between cardiovascular ED visits and hospital admissions in combination with evidence for $PM_{2.5}$-induced cardiovascular effects from controlled human exposure and animal toxicological studies confirms and extends the conclusion of a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects from the 2009 PM ISA (Table 1-2). This conclusion is based on multiple epidemiologic studies demonstrating associations with cardiovascular effects such as ischemic heart disease (IHD)- and heart failure (HF)-related ED visits and hospital admissions, as well as cardiovascular mortality. The epidemiologic evidence is supported by experimental studies demonstrating endothelial dysfunction, changes in blood pressure (BP), and alterations in heart function in response to short-term $PM_{2.5}$ exposure. Additional evidence from epidemiologic, controlled human exposure, and animal toxicological studies also provides ample evidence of biologically plausible pathways by which short-term exposure to $PM_{2.5}$ can result in overt cardiovascular effects.

Consistent with the 2009 PM ISA, the strongest evidence comes from epidemiologic studies that reported consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions particularly for IHD (Section 6.1.2.1) and HF (Section 6.1.3.1), as well as cardiovascular-related mortality (Section 6.1.9) across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature). While associations remain relatively unchanged across the copollutants evaluated, the evidence was especially consistent for air pollutants that are not typically associated with traffic (i.e., ozone, $SO_2$, $PM_{10-2.5}$). In some instances, associations in copollutant models were attenuated, but this was only observed for the traffic-related pollutants (i.e., $NO_2$, CO), which generally had higher correlations with $PM_{2.5}$ than other copollutants. This recent evidence from copollutant analyses generally indicates that the associations observed between short-term $PM_{2.5}$ exposure and cardiovascular effects are not artifacts due to confounding by another air pollutant (Section 6.1.14.1). These epidemiologic studies reduce a key uncertainty identified in the 2009 PM ISA by providing evidence that gaseous pollutants are not likely to confound the $PM_{2.5}$-cardiovascular effects relationship.

The independence of $PM_{2.5}$ effects is further addressed by findings of recent controlled human exposure and animal toxicological studies. The most consistent evidence from controlled human exposure studies is for a $PM_{2.5}$ effect on endothelial function (Section 6.1.13). Multiple recent controlled human exposure studies reported that $PM_{2.5}$ impaired some measure of vessel dilation following reactive hyperemia or pharmacological challenge relative to filtered air. Given the relationship between endothelial function and BP, these results are coherent with multiple controlled human exposure studies that reported changes in BP following short-term $PM_{2.5}$ CAPs exposure (Section 6.1.6.3). However, these results are inconsistent with some controlled human exposure studies from previous reviews that did not find changes in endothelial function or BP. The results of more recent controlled human exposure studies are also coherent with evidence from animal toxicological studies demonstrating endothelial dysfunction and changes in BP or the renin angiotensin system following short-term $PM_{2.5}$ exposure (Section 6.1.13.3; Section 6.1.6.4). Moreover, changes in endothelial function and BP reported in recent experimental studies are consistent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and IHD, as well as with limited epidemiologic panel study evidence of associations with BP. In addition, animal toxicological studies demonstrating that short-term $PM_{2.5}$ exposure results in decreased cardiac contractility and changes in left ventricular pressure are coherent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and HF.

Collectively, the evidence from controlled human exposure, animal toxicological, and epidemiologic panel studies provide a biologically plausible pathway by which short-term $PM_{2.5}$ exposure could result in cardiovascular effects such as those leading to an ED visit, hospital admission, or mortality. This proposed pathway (Section 6.1.1) begins with pulmonary inflammation and/or activation of sensory nerves in the respiratory track and progresses to autonomic nervous system imbalance and/or systemic inflammation that can potentially affect cardiovascular endpoints such as endothelial function, HRV, hemostasis, and/or BP. Changes in the aforementioned cardiovascular endpoints may then lead to the development of arrhythmia, thrombosis, and/or acute myocardial ischemia, potentially resulting in outcomes such as myocardial infarction, IHD, HF, and possibly death.

Overall, across the scientific disciplines, recent studies extend and support the previous evidence for a continuum of cardiovascular-related health effects following short-term exposure to $PM_{2.5}$. These effects range from relatively modest increases in biomarkers related to inflammation, to subclinical cardiovascular endpoints such as endothelial dysfunction, the overt outcomes of ED visits and hospital admissions, specifically for IHD and HF, and ultimately cardiovascular-related mortality.

#### 1.4.1.2.2 Cardiovascular Effects Associated with Long-Term $PM_{2.5}$ Exposure

Multiple recent and previously available epidemiologic studies that extensively control for potential confounders provide strong evidence of positive associations with cardiovascular mortality, which in combination with supporting evidence from recent studies examining cardiovascular morbidity

reaffirms the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects in the 2009 PM ISA (Table 1-2). This conclusion is based on recent U.S. and Canadian cohort studies demonstrating consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality, with more limited evidence from studies examining long-term $PM_{2.5}$ exposure and cardiovascular morbidity.

Epidemiologic studies consisting of U.S.-based cohorts and subsequent analyses of these cohorts, provided the basis of the conclusions in the 2009 PM ISA. These studies, in combination with recent cohort studies, continue to demonstrate consistent, positive associations and support a strong relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality. The results of these recent cohort studies are consistent across various spatial extents, exposure assessment techniques, and statistical techniques in locations where mean annual average concentrations are near or below 12 $\mu g/m^3$ (Section 6.2.10).

The body of literature examining the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity has greatly expanded since the 2009 PM ISA. Recent epidemiologic studies examining cardiovascular morbidity endpoints consist of several large U.S. cohort studies each focusing on populations with distinct demographic characteristics (e.g., postmenopausal women, male doctors, etc.) and extensive consideration of potential confounders. These studies have reported heterogeneous results, with several studies that adjusted for important confounders, including socioeconomic status (SES), reporting positive associations for cardiovascular morbidity endpoints. The strong associations reported between long-term $PM_{2.5}$ exposure and coronary events (e.g., coronary heart disease [CHD] and stroke) among postmenopausal women in the Women's Health Initiative (WHI) cohort, highlighted in 2009 PM ISA, were strengthened in an extended analysis that considered individual and neighborhood-level SES (Section 6.2.3; Section 6.2.10). Recent analyses of other cohorts of women (i.e., Nurses' Health Study, California Teachers Study) that were comparable to WHI in that they considered menopausal status or hormone replacement therapy did not show consistent positive associations with CHD, myocardial infarction, or stroke. Longitudinal studies demonstrated that changes in the progression of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ were variable across cohorts and found to depend, in part, on the vascular bed in which atherosclerosis was evaluated (Section 6.2.4.1). However, within a study focusing on the progression of atherosclerosis in a healthy population, the Multi-Ethnic Study of Atherosclerosis and Air Pollution (MESA-Air), an association was observed between long-term $PM_{2.5}$ exposure and coronary artery calcification (CAC), which is a strong predictor of CHD (Section 6.2.4). A small number of studies reported positive associations between long-term $PM_{2.5}$ exposure and HF, BP changes, and hypertension. Longitudinal epidemiologic analyses also supported the observation of positive associations with markers of systemic inflammation, coagulation, and endothelial dysfunction. These HF studies are coherent with animal toxicological studies demonstrating decreased contractility and cardiac output and increased coronary artery wall thickness following long-term $PM_{2.5}$ exposure (Section 6.2.4.2). Moreover, animal toxicological studies finding a relationship between long-term exposure to $PM_{2.5}$ and changes in BP in rats and mice are coherent with epidemiologic studies reporting positive associations between long-term exposure to $PM_{2.5}$ and

hypertension. Similarly, evidence of atherosclerotic plaque progression in a genetically susceptible mouse model is consistent with epidemiologic studies reporting associations between atherosclerosis and long-term $PM_{2.5}$ exposure.

The current body of evidence also reduces uncertainties identified in the 2009 PM ISA related to potential copollutant confounding and the shape of the concentration-response relationship for CVD effects following long-term $PM_{2.5}$ exposure. Generally, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure to cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for $O_3$, $NO_2$, $SO_2$, and $PM_{10-2.5}$ (Section 6.2.15). In addition, most of the results from analyses examining the C-R function for cardiovascular mortality supported a linear, no-threshold relationship for cardiovascular mortality, especially at mean annual $PM_{2.5}$ concentrations $\leq 12$ μg/m$^3$ (Section 6.2.10). Some studies reported that the slope of the C-R curve tended to be steeper at lower concentrations, especially for IHD mortality, suggesting a supralinear C-R relationship. A limited number of cardiovascular morbidity studies examined the shape of the C-R relationship and generally reported a steeper C-R curve at lower concentrations (starting at ~10 μg/m$^3$) with the slope of the C-R curve decreasing at higher $PM_{2.5}$ concentrations (Section 6.2.16).

Evidence from animal toxicological and epidemiologic studies also provides biologically plausible pathways by which long-term $PM_{2.5}$ exposure could lead to cardiovascular effect such as CHD, stroke, and CVD-related mortality (Section 6.2.1). These pathways initially involve autonomic nervous system changes and/or systemic inflammation that can potentially effect endpoints related to vascular function, altered hemostasis, hypertension, atherosclerotic plaque progression, and arrhythmia. Changes in cardiovascular endpoints such as these may then lead to IHD, HF, and possibly death.

Overall, there is consistent evidence from multiple epidemiologic studies that long-term exposure to $PM_{2.5}$ is associated with cardiovascular mortality. Associations with CHD, stroke, and atherosclerosis progression were observed in several recent epidemiologic studies providing coherence for $PM_{2.5}$-related cardiovascular mortality. Results from copollutant models generally support the independence of =$PM_{2.5}$ associations. Additional evidence of the direct effect of $PM_{2.5}$ on the cardiovascular system is provided by experimental studies in animals demonstrating effects including atherosclerosis plaque progression and changes in cardiac contractility and BP.

### 1.4.1.3 Nervous System Effects

#### 1.4.1.3.1 Nervous System Effects Associated with Long-Term $PM_{2.5}$ Exposure

The 2009 PM ISA evaluated a small number of animal toxicological studies pertaining to the effects of long-term exposures to $PM_{2.5}$ on the nervous system. Since the 2009 PM ISA, the literature base has greatly expanded with recent studies providing new information that strengthens the lines of evidence

indicating that long-term $PM_{2.5}$ exposure may lead to effects on the brain that are associated with neurodegeneration (i.e., neuroinflammation and reductions in brain volume), as well as cognitive effects in older adults (Table 1-2). Animal toxicological studies provide evidence for a range of nervous system effects including neuroinflammation and oxidative stress, neurodegeneration, cognitive effects, and effects on neurodevelopment. Although the epidemiologic evidence is more limited in terms of the number of studies conducted, multiple studies generally support associations between long-term $PM_{2.5}$ exposure and changes in brain morphology, cognitive decrements, and dementia in adult populations. The consistency and coherence of the evidence across disciplines as it relates to region-specific brain inflammation, morphologic changes in the brain, cognitive effects, and dementia in adult populations supports that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects. Thus, the expanded evidence base allows for this first-time, a causality determination for long-term $PM_{2.5}$ exposure and nervous system effects.

There is strong evidence for biologically plausible pathways that may underlie nervous system effects resulting from long-term exposure to $PM_{2.5}$. Studies demonstrate modulation of the autonomic nervous system leading to downstream consequences including cardiovascular effects (Section 6.2.1). In addition, the pathway involving neuroinflammation in specific regions of the brain (i.e., the hippocampus, cerebral cortex and hypothalamus) and morphologic changes in the brain indicative of neurodegeneration, is well substantiated and coherent across animal toxicological and epidemiologic studies (Section 8.2.3, Section 8.2.4). Specifically, morphologic changes induced in the hippocampus of animals were accompanied by impaired learning and memory and there is consistent evidence from multiple epidemiologic studies that long-term $PM_{2.5}$ exposure is associated with reduced cognitive function (Section 8.2.5). Further, the presence of early markers of Alzheimer's disease pathology was demonstrated in animals following long-term exposure to $PM_{2.5}$ CAPs, which is consistent with a small number of epidemiologic studies that reported positive associations with neurodegenerative changes in the brain (i.e., decreased brain volume) and Alzheimer's disease or all-cause dementia (Section 8.2.6). Although the loss of dopaminergic neurons in the substantia nigra, which is a hallmark of Parkinson's disease, was demonstrated in animals (Section 8.2.4), epidemiologic studies do not report associations with Parkinson's disease (Section 8.2.6). Overall, the lack of consideration of copollutant confounding introduces some uncertainty in the interpretation of the epidemiologic studies but this uncertainty is addressed, in part, by the direct evidence of effects provided by animal toxicological studies.

In addition to the findings described above, which are mostly relevant to adults, several recent studies of neurodevelopmental effects in children have also been conducted. Positive associations between long-term exposure to $PM_{2.5}$ during the prenatal period and autism spectrum disorder (ASD) were consistently observed across multiple epidemiologic studies (Section 8.2.7.2). However, several studies of performance on tests of cognitive function provided little support for an association. Overall, these epidemiologic studies of developmental effects are limited due to their lack of control for potential confounding by copollutants, the small number of studies, and uncertainty regarding critical exposure windows. A study in animals that found inflammatory and morphologic changes in the corpus collosum

and hippocampus, as well as ventriculomegaly in young animals following prenatal exposure to $PM_{2.5}$ CAPs provides initial evidence indicating a potential biologically plausible pathway for a relationship between $PM_{2.5}$ and ASD.

#### 1.4.1.4 Cancer

##### 1.4.1.4.1 Cancer Associated with Long-Term $PM_{2.5}$ Exposure

Experimental and epidemiologic evidence indicating genotoxicity, epigenetic effects (e.g., DNA methylation), and increased carcinogenic potential due to $PM_{2.5}$ exposure, along with strong epidemiologic evidence for increases in lung cancer incidence and mortality, supports a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer (Table 1-2). This causality determination represents a change from the *suggestive of a causal relationship*[42] determination reported in the 2009 PM ISA. The evidence base underlying this conclusion encompasses the decades of research on whole PM exposures and more recent research focusing specifically on $PM_{2.5}$.

$PM_{2.5}$ exhibits various characteristics of carcinogens, as shown in studies demonstrating genotoxic effects (e.g., DNA damage), epigenetic alterations, oxidative stress, and electrophilicity. The examination of the role of $PM_{2.5}$ in cancer development has often focused on whether whole PM, not specific size fractions, has mutagenic properties and whether exposure to whole PM results in genotoxicity or carcinogenicity. Additionally, it has been well characterized that some components of $PM_{2.5}$, specifically hexavalent chromium, nickel, arsenic, and PAHs are known human carcinogens. Extensive analyses of $PM_{2.5}$ and $PM_{2.5}$ extracts in the Ames *Salmonella*/mammalian-microsome mutagenicity assay demonstrate that $PM_{2.5}$ contains mutagenic agents (Section 10.2.2.1). Additional in vitro and in vivo toxicological studies indicate the potential for $PM_{2.5}$ exposure to result in DNA damage, which is supported by limited human evidence (Section 10.2.2.2). Some studies have also demonstrated that $PM_{2.5}$ exposure can result in cytogenetic effects, specifically micronuclei formation and chromosomal aberrations (Section 10.2.2.3), as well as differential expression of genes potentially relevant to genotoxicity or other aspects of cancer pathogenesis (Section 10.2.2.4). Although inconsistently examined across studies, changes in cellular and molecular markers of genotoxicity and epigenetic alterations, which may lead to genomic instability, are demonstrated in response to $PM_{2.5}$ exposure. Further, the carcinogenic potential of $PM_{2.5}$ was demonstrated in an animal toxicological study in which chronic inhalation enhanced tumor formation that was initiated by exposure to urethane. (Section 10.2.4). Additionally, recent epidemiologic studies encompassing multiple cohorts that are diverse in terms of both geographic coverage and population characteristics have provided evidence of primarily consistent positive associations between long-term $PM_{2.5}$ exposure and lung cancer incidence

[42] Since the 2009 PM ISA, the causality determination language has been updated and this category is now stated as *suggestive of, but not sufficient to infer, a causal relationship.*

and mortality, particularly in never smokers (Section 10.2.5.1). Experimental and epidemiologic evidence of genotoxicity, epigenetic effects, and carcinogenic potential provides biological plausibility for epidemiologic results of lung cancer incidence and mortality. Although evaluated in a limited number of studies, the assessment of potential copollutant confounding, particularly with $O_3$, indicates that $PM_{2.5}$ associations with lung cancer incidence and mortality are relatively unchanged in copollutant models (Section 10.2.5.1.3). There is limited evidence that long-term $PM_{2.5}$ exposure is associated with cancers in other organ systems; however, there is initial evidence that $PM_{2.5}$ exposure may reduce survival in individuals with cancer.

### 1.4.1.5 Mortality

Consistent with the conclusions of the 2009 PM ISA, evidence from recently published studies reaffirms and further strengthens that there is a *causal relationship* between both short- and long-term $PM_{2.5}$ exposure and total mortality. These causality determinations are based on the consistency of findings across a large body of epidemiologic studies. Evidence from controlled human exposure, epidemiologic, and animal toxicological studies of respiratory and cardiovascular morbidity also provides coherence, as well as biological plausibility. Together, the consistency and coherence in the evidence collectively support a continuum of effects by which short- and long-term $PM_{2.5}$ exposure could result in mortality.

#### 1.4.1.5.1 Mortality Associated with Short-Term $PM_{2.5}$ Exposure

Strong epidemiologic evidence from recent and previously available studies examining total (nonaccidental) mortality in combination with evidence for cause-specific respiratory and cardiovascular mortality continues to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Table 1-2). This conclusion is based on multiple recent multicity studies conducted in the U.S., Canada, Europe, and Asia that continue to provide evidence of consistent, positive associations between short-term $PM_{2.5}$ and total mortality, across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature). In addition, there is evidence of biological plausibility for cause-specific mortality and ultimately total mortality as demonstrated by the consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and respiratory morbidity, with the strongest evidence coming from studies of exacerbations of COPD and asthma (Chapter 5).

Recent multicity studies add to the body of evidence evaluated in the 2009 PM ISA and continue to support a positive association between short-term $PM_{2.5}$ exposure and total mortality with percentage increases in mortality ranging from 0.19−2.80% at lags of 0 to 1 day in studies in which mean 24-hour

avg concentrations were primarily <20 μg/m$^3$ (Figure 11-1; Table 11-1). The positive associations observed across studies reflect traditional analyses using ambient monitors as well as analyses conducted in both urban and rural locations that use new exposure assignment techniques and rely on multiple sources of $PM_{2.5}$ data (e.g., ambient monitors, statistical models, and satellite data). Whereas the analysis of potential copollutant confounding was limited to single-city studies and studies of $PM_{10}$ in the 2009 PM ISA, recent multicity studies conducted in Europe and Asia indicate that $PM_{2.5}$-mortality associations are relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$ (Section 11.1.4). These results from copollutant models further support an independent effect of $PM_{2.5}$ on mortality. The associations reported for total mortality are also supported by analyses demonstrating increases in cause-specific mortality, specifically for cardiovascular and respiratory mortality which comprise ~33 and ~9%, respectively, of total mortality [NHLBI (2017); Figure 11-2]. The consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (Chapter 6), and to a lesser degree for respiratory morbidity, with the strongest evidence for exacerbations of COPD and asthma (Chapter 5), provide biological plausibility for cause-specific mortality and ultimately total mortality. The relationship between short-term $PM_{2.5}$ exposure and total mortality is additionally supported by analyses of the concentration-response (C-R) relationship. Although alternatives to linearity have not been systematically evaluated, recent mortality studies continue to support a linear, no-threshold C-R relationship (Section 11.1.10).

#### 1.4.1.5.2 Mortality Associated with Long-Term $PM_{2.5}$ Exposure

Strong epidemiologic evidence from recent and previously available cohorts in the U.S., Canada, and Europe continues to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality (Table 1-2). This conclusion is based on the evaluation of multiple cohorts that continue to provide evidence of consistent, positive associations, across studies that controlled for a range of individual- and ecological covariates, such as smoking status and SES. Additional evidence indicating coherence of effects across scientific disciplines for cardiovascular and respiratory morbidity and metabolic disease provides biological plausibility for cause-specific mortality and supports a *causal relationship* with total mortality.

Additional reanalyses and extensions of the American Cancer Society (ACS) and Harvard Six Cities (HSC) cohorts as well as new cohorts consisting of Medicare participants, people that live in Canada, or people employed in a specific job (e.g., teacher, nurse, etc.) provide further evidence of positive associations between long-term $PM_{2.5}$ exposure and total mortality, particularly in areas with annual mean concentrations <20 μg/m$^3$, and in some cases below 12 μg/m$^3$ (Figure 11-17 and Figure 11-18). Across studies, positive associations were consistently observed regardless of the exposure assignment approach employed, with some studies relying on ambient monitors while others using modeled or remote sensing data or hybrid methods that combine two or more data sources. Recent studies have conducted analyses to examine potential copollutant confounding and indicate that associations

between long-term $PM_{2.5}$ exposure and total mortality are relatively unchanged in copollutant models, particularly for $O_3$, with fewer studies examining $NO_2$, and $PM_{10-2.5}$ (Section 11.2.3; Figure 11-20, Figure 11-21). The evidence for total mortality is further supported by analyses of cause-specific mortality, which report positive associations with cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for mortality due to long-term $PM_{2.5}$ exposure is provided by the coherence of effects across scientific disciplines for cardiovascular morbidity, particularly for CHD, stroke and atherosclerosis, and for respiratory morbidity, particularly for the development of COPD. Recent studies extensively examined the C-R relationship between long-term $PM_{2.5}$ exposure and total mortality, specifically in several U.S. and Canadian cohorts, and collectively continue to support a linear, no-threshold C-R relationship (Section 11.2.4; Table 11-7).

A recent series of studies has evaluated the relationship between long-term exposure to $PM_{2.5}$ and mortality by examining the temporal trends in $PM_{2.5}$ concentrations to test the hypothesis that decreases in $PM_{2.5}$ concentrations are associated with increases in life expectancy (Section 11.2.2.5). These studies reported that decreases in long-term $PM_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for the multiple time periods examined.

**Table 1-2 Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Respiratory Effects and Short-Term $PM_{2.5}$ Exposure (Section 5.1): Likely to be Causal Relationship**<br>*No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 5.1.12<br>Table 5-18 | Epidemiologic evidence, consisting mainly of ED visits and hospital admissions, strongly supports a relationship with asthma exacerbation, COPD exacerbation, and combinations of respiratory-related diseases. Evidence for associations with respiratory symptoms and medication use are coherent with other findings for asthma and COPD exacerbation. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, and with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$), especially for asthma exacerbation, combinations of respiratory-related ED visits and hospital admissions, and respiratory mortality. There is a large body of experimental evidence demonstrating respiratory effects due to short-term $PM_{2.5}$ exposure. These experimental studies provide evidence for biologically plausible pathways by which $PM_{2.5}$ exposure could cause a respiratory effect. Specifically, animal toxicological studies provide biological plausibility for asthma exacerbation, COPD exacerbation, and respiratory infection with some evidence of an independent effect of $PM_{2.5}$ on respiratory endpoints. Controlled human exposure studies provide minimal evidence of respiratory effects such as altered lung function and pulmonary inflammation. Consistent positive associations with respiratory mortality provide evidence of a continuum of effects. | Mean ambient concentrations from epidemiologic studies for:<br>*Hospital admissions and ED visits for asthma, COPD, respiratory infections, and combinations of respiratory-related diseases:*<br>U.S. and Canada: 4.7−24. 6 μg/m³<br>Europe: 8.8−27.7 μg/m³<br>Asia: 11.8−69.9 μg/m³<br>*Respiratory mortality:*<br>U.S. and Canada: 7.9−19.9 μg/m³<br>Europe: 8.0−27.7 μg/m³<br>Asia: 11.8−69.9 μg/m³<br>Concentrations from animal toxicological studies for:<br>*Allergic airway disease:* 442−596 μg/m³<br>*COPD:* 171−1,200 μg/m³<br>*Altered host defense:* 100−350 μg/m³ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Respiratory Effects and Long-Term $PM_{2.5}$ Exposure (Section 5.2): Likely to be Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 5.2.13<br>Table 5-27 | Epidemiologic evidence strongly supports a relationship with decrements in lung function growth in children. Additional epidemiologic evidence supports a relationship with asthma development in children, increased bronchitic symptoms in children with asthma, acceleration of lung function decline in adults, and respiratory mortality, including cause-specific respiratory mortality for COPD and respiratory infection. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with $O_3$, $NO_2$, and CO, especially for respiratory mortality. There is limited experimental evidence for respiratory effects from long-term $PM_{2.5}$ exposure. However, animal toxicological studies provide biological plausibility for decrements in lung function and asthma development in children, and they reduce the uncertainty regarding the independent effect of $PM_{2.5}$ for these endpoints. Animal toxicological studies also provide evidence for a wide variety of other subclinical effects, such as oxidative stress, inflammation, and morphologic changes. Epidemiologic studies examining the effects of declining $PM_{2.5}$ concentrations strengthen the relationship between long-term $PM_{2.5}$ exposure and respiratory health by demonstrating improvements in lung function growth and reduced bronchitic symptoms in children and improved lung function in adults as a result of lower $PM_{2.5}$ concentrations. However, these studies have a limited examination of copollutant confounding, which is a notable uncertainty because concentrations of other pollutants have also declined. | Mean ambient concentrations from epidemiologic studies for:<br>*Decrement in lung function growth:*<br>6−28 $\mu g/m^3$<br>*Asthma development in children:*<br>5.2−16.5 $\mu g/m^3$<br>*Bronchitic symptoms in children with asthma:*<br>9.9−13.8 $\mu g/m^3$<br>*Accelerated lung function decline in adults:*<br>9.5−17.8 $\mu g/m^3$<br>*Respiratory mortality:*<br>6.3−23.6 $\mu g/m^3$<br>Concentrations from animal toxicological studies for:<br>*Impaired lung development:*<br>16.8 $\mu g/m^3$<br>*Development of allergic airway disease:*<br>100 $\mu g/m^3$ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cardiovascular Effects and Short-Term $PM_{2.5}$ Exposure (Section 6.1): Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 6.1.16<br>Table 6-34 | There is strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure. Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations provide evidence of increases in ED visits and hospital admissions for IHD and HF, as well as cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. These associations remain positive, but in some cases are reduced with larger uncertainty estimates, in copollutant models with gaseous pollutants. Controlled human exposure studies provide coherence and consistent evidence for changes in various measures of endothelial dysfunction and generally consistent evidence of changes in BP. These controlled human exposure studies are consistent with animal toxicological studies also demonstrating endothelial dysfunction, as well as changes in BP and the renin-angiotensin system. In addition, animal toxicological studies demonstrating that short-term $PM_{2.5}$ exposure results in decreased cardiac contractility and left ventricular pressure are coherent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and HF. | Mean ambient concentrations from epidemiologic studies for:<br>*IHD:* 5.8−18.6 $\mu g/m^3$<br>*HF:* 5.8−18.0 $\mu g/m^3$<br>Concentrations from controlled human exposure studies:<br>24−325 $\mu g/m^3$ for 2 h<br>Concentrations from animal toxicological studies:<br>178−190 $\mu g/m^3$ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cardiovascular Effects and Long-Term $PM_{2.5}$ Exposure (Section 6.2): Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 6.2.18<br>Table 6-54 | Multiple epidemiologic studies continue to provide evidence of consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality at lower ambient concentrations. The cardiovascular mortality associations were observed across different exposure assignment and statistical methods and were relatively unchanged in copollutant models with both gaseous (i.e., $O_3$, $NO_2$, $SO_2$) and particulate (i.e., $PM_{10-2.5}$) pollutants. The evidence for cardiovascular mortality is supported by a smaller body of epidemiologic studies that further explored associations between long-term $PM_{2.5}$ exposure and cardiovascular morbidity. These studies reported some evidence for increased risk of $PM_{2.5}$-related MI and stroke, specifically in individuals with a pre-existing cardiovascular disease or diabetes. Recent epidemiologic studies also present evidence for an effect of long-term $PM_{2.5}$ exposure on subclinical features of cardiovascular morbidity, particularly progression of atherosclerosis as reflected by associations with CAC, with more limited evidence for other measures, such as cIMT. Key evidence from animal toxicological studies includes consistent evidence for changes in BP, as well as some evidence for decreases in measures of heart function (e.g., contractility and cardiac output) and cardiac remodeling. Moreover, as in the previous review, there is also some additional evidence for atherosclerotic plaque progression in a genetically susceptible mouse model. | Mean ambient concentrations from epidemiologic studies for:<br>*Cardiovascular mortality*:<br>4.1−17.9 µg/m$^3$<br>*Coronary events*:<br>13.4 µg/m$^3$<br>*CAC*:<br>14.2 µg/m$^3$<br>*CHD and stroke (in those with pre-existing disease)*:<br>13.4−23.9 µg/m$^3$<br>Concentrations from animal toxicological studies for:<br>*BP*:<br>85−375 µg/m$^3$ (up to 15 weeks) |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Nervous System Effects and Long-Term $PM_{2.5}$ Exposure (Section 8.2): Likely to be Causal Relationship**<br>*Not Evaluated in the 2009 PM ISA; New Evidence Showing Brain Inflammation and Oxidative Stress, Neurodegeneration, Cognitive Effects, and Neurodevelopmental Effects.* | | |
| Section 8.2.9<br>Table 8-20 | There is evidence that long-term exposure to $PM_{2.5}$ can modulate the autonomic nervous system leading to downstream consequences, including cardiovascular effects (Section 6.2.1). A second pathway involving neuroinflammation and morphologic changes in the brain indicative of neurodegeneration is well substantiated and coherent across animal toxicological and epidemiologic studies. This combination of evidence supports $PM_{2.5}$-related reductions in brain volume and cognitive effects in older adults. The evidence relating to Parkinson's disease, and neurodevelopmental effects was more limited. Consideration of copollutant confounding was generally lacking in the epidemiologic studies, but the uncertainty in interpreting the study findings was partly addressed by the direct evidence of effects provided by animal toxicological studies. | Mean annual concentrations from epidemiologic studies for:<br>*Brain volume:*<br>11.1−12.2 μg/m³<br>*Cognition:*<br>8.5 (5-yr avg)−14.9 μg/m³<br>*Autism:*<br>14.0−19.6 μg/m³<br>Concentrations from animal toxicological studies for:<br>*Brain inflammation/oxidative stress:*<br>65.7−441.7 μg/m³<br>*Neurodegenerative changes:*<br>94.4 μg/m³<br>*Neurodevelopment:*<br>92.7 μg/m³ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cancer and Long-Term $PM_{2.5}$ Exposure (Section 10.2): Likely to be Causal Relationship** *Change in Causality Determination From the 2009 PM ISA (Suggestive of a Causal Relationship) Due to Increased Evidence of Genotoxicity, Carcinogenicity, and Epigenetic Effects for $PM_{2.5}$ and Lung Cancer Incidence and Mortality.* | | |
| Section 10.2.7<br>Table 10-8 | Primarily positive associations from multiple epidemiologic studies reporting increases in the risk of lung cancer incidence and mortality. This evidence is supported by analyses focusing on never smokers and limited evidence of associations with histological subtypes of lung cancer found in never smokers. Across studies that examined lung cancer incidence and mortality, potential confounding by smoking status and exposure to SHS was adequately controlled. A limited number of studies examined potential copollutant confounding, but associations were relatively unchanged in models with $O_3$ with more limited assessment of other gaseous pollutants and particle size fractions. Experimental and epidemiologic studies provide evidence for a relationship between $PM_{2.5}$ exposure and genotoxicity, epigenetic effects, and carcinogenic potential. Uncertainties exist due to the lack of consistency in specific cancer-related biomarkers associated with $PM_{2.5}$ exposure across both experimental and epidemiologic studies; however, $PM_{2.5}$ exhibits several characteristics of carcinogens. This provides biological plausibility for $PM_{2.5}$ exposure contributing to cancer development. Additionally, there is limited evidence of cancer occurring in other organ systems, but there is some evidence that $PM_{2.5}$ exposure may detrimentally affect survival from any type of cancer. | Mean annual concentrations from epidemiologic studies for:<br>*Lung cancer incidence and mortality*:<br>U.S. and Canada:<br>6.3−23.6 μg/m$^3$<br>Europe:<br>6.6−31.0 μg/m$^3$<br>Asia:<br>33.7 μg/m$^3$<br>Concentrations from animal toxicological studies for:<br>*Carcinogenic potential:*<br>17.66 μg/m$^3$ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Total Mortality and Short-Term $PM_{2.5}$ Exposure (Section 11.1): Causal Relationship** *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 11.1.12<br>Table 11-4 | There is consistent epidemiologic evidence from multiple multicity studies conducted in the U.S., Canada, Europe, and Asia for increases in total (nonaccidental) mortality at ambient concentrations, often below 20 μg/m$^3$. The associations observed were relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$, which is consistent with copollutant analyses for cardiovascular and respiratory mortality, but copollutant analyses were limited to studies conducted in Europe and Asia. Biological plausibility for the epidemiologic evidence for total mortality is provided by the strong cardiovascular morbidity evidence, particularly for ischemic events and HF, while support for biological plausibility is more limited from the respiratory morbidity evidence, with the strongest evidence for exacerbations of COPD and asthma. Although alternatives to linearity have not been systematically evaluated, recent mortality studies continue to support a linear, no-threshold C-R relationship. | Mean 24-h avg concentrations from epidemiologic studies for:<br>*Total mortality*:<br>U.S. and Canada:<br>4.37−17.97 μg/m$^3$<br>Europe:<br>13−27.7 μg/m$^3$<br>Asia:<br>11.8−69.9 μg/m$^3$ |

**Table 1-2 (Continued): Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the Integrated Science Assessment for Particulate Matter.**

| Key Evidence | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Total Mortality and Long-Term $PM_{2.5}$ Exposure (Section 11.2): Causal Relationship** *No Change in Causality Determination From the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 11.2.7<br>Table 11-8 | There is consistent epidemiologic evidence from multiple studies reporting increases in the risk of total (nonaccidental) mortality from extended follow-ups of the ACS cohort and HSC cohort, as well as multiple studies focusing on a Medicare cohort, Canadian cohorts, and North American employment cohorts. The consistent increases in total mortality are observed across different exposure metrics based on ambient measurements, models, remote sensing, or hybrid methods that combine two or more of these methods, providing additional support for the mortality associations due to long-term $PM_{2.5}$ exposure reported in the 2009 PM ISA that relied on exposure metrics from ambient monitors. The consistent epidemiologic evidence for total mortality is supported by positive associations for cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for total mortality is provided by the strong cardiovascular morbidity evidence, particularly for CHD, stroke, and atherosclerosis, while there is more limited evidence for biological plausibility from the respiratory morbidity evidence, with some evidence for development of COPD. Extensive epidemiologic evidence provides additional support for a linear, no-threshold concentration-response (C-R) relationship. A recent series of studies demonstrates that decreases in long-term $PM_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for multiple time periods examined. | Mean annual concentrations from epidemiologic studies for:<br>*Total mortality*:<br>ACS/HSC cohorts: 11.4−23.6 $\mu g/m^3$<br>Medicare cohort: 8.12−12.0 $\mu g/m^3$<br>Canadian cohorts: 8.7−9.1 $\mu g/m^3$<br>Employment cohorts: 12.7−17.0 $\mu g/m^3$ |

ACS = American Cancer Society; avg = average; BP = blood pressure; CAC = coronary artery calcification; CHD = coronary heart disease; cIMT = carotid intima-media thickness; CO = carbon monoxide; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; h = hour; HF = high frequency; HSC = Harvard Six Cities; IHD = ischemic heart disease; $\mu g/m^3$ = micrograms per cubic meter; MI = myocardial infarction; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; SHS = second-hand smoke; $SO_2$ = sulfur dioxide.

[a]A large spectrum of outcomes is evaluated as part of a broad health effect category including physiological measures (e.g., airway responsiveness, lung function), clinical outcomes (e.g., respiratory symptoms, hospital admissions), and cause-specific mortality. Total mortality includes all nonaccidental causes of mortality and is informed by the nature of the evidence for the spectrum of morbidity effects (e.g., respiratory, cardiovascular) that can lead to mortality. The sections and tables referenced include a detailed discussion of the available evidence that informed the causality determinations.




PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10\text{-}2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; UFP = ultrafine particles.

Note: Those health effect categories for specific exposure durations and size fractions where an asterisk is present indicate the first time studies were available to evaluate evidence and assess the causal nature of relationships between PM exposure and the health effect category of interest. Table P-2 provides a description of each of the five causality determinations and the types of scientific evidence that is considered for each category.

**Figure 1-1 Summary of causality determinations for health effect categories for the PM ISA.**

particles than the nose. These findings suggest that the lower respiratory tract of children may receive a higher dose of ambient PM compared to adults. Because children breathe at higher minute ventilations relative to their lung volumes, the rate of particle deposition normalized to lung surface area may be further increased relative to adults.

People with COPD generally have greater total deposition and more heterogeneous deposition patterns compared to healthy individuals. The observed increase in deposition correlates with increases in airway resistance, suggesting that deposition increases with the severity of airway obstruction. Destruction of peripheral airspaces, such as with emphysema, can decrease particle deposition on a breath by breath basis. However, COPD patients also have an increased resting minute ventilation relative to the healthy adults. This demonstrates the need to consider dose rates (which depend on minute ventilation) rather than just deposition fractions when evaluating the effect of respiratory disease on particle deposition and dose.

Modeling studies indicate that, for particles greater than ~0.01 μm, some cells located near the carinal ridge of bronchial bifurcations may receive hundreds to thousands of times the average dose (particles per unit surface area) of the parent and daughter airways. The inertial impaction of particles ≥1 μm at the carinal ridge of large bronchi increases with increasing inspiratory flows. Airway constriction can further augment the overall deposition efficiency of coarse particles at downstream bifurcations. These findings suggest that substantial doses of particles may be justified for in vitro studies using tracheobronchial epithelial cell cultures.

Our ability to extrapolate between species has improved since the 2009 ISA (U.S. EPA, 2009). However, some considerations related to coarse particles warrant comment. The inhalability of particles having of 2.5, 5, and 10 μm is 80, 65, and 44% in rats, respectively, whereas it remains near 100% for 10 μm particles in humans. In most laboratory animal species (rat, mouse, hamster, guinea pig, and dog), deposition in the extrathoracic region is near 100% for particles greater than 5 μm. By contrast, in humans, nasal deposition approaches 100% for 10 μm particles. Oronasal breathing versus obligate nasal breathing further contributes to greater penetration of coarse particles into the lower respiratory tract of humans than rodents.

## 4.3 Particle Clearance

This section discusses the clearance and translocation of poorly soluble particles that have deposited in the respiratory tract. The term "clearance" is used here to refer to the processes by which deposited particles are removed by mucociliary action or phagocytosis from the respiratory tract. "Translocation" is used here mainly to refer to the movement of free particles across cell membranes and to extrapulmonary sites. In the literature, translocation may also refer to the extra- and intracellular dissolution of particles and the subsequent transfer of dissociated material to the blood through extra- and intracellular fluids and across the various cell membranes and lung tissues.

A basic overview of biological mechanisms and clearance pathways from various regions of the respiratory tract are presented in the following sections. Then regional kinetics of particle clearance are addressed. Subsequently, an update on interspecies patterns and rates of particle clearance is provided. The translocation of UFPs is also discussed. Finally, information on biological factors that may modulate clearance is presented.

### 4.3.1 Clearance Mechanisms

For any given particle size, the deposition pattern of poorly soluble particles influences clearance by partitioning deposited material between lung regions. Tracheobronchial clearance of poorly soluble particles in humans, in general, is thought to be complete within 24−48 hours through the action of the mucociliary escalator, with some exceptions. Clearance of poorly soluble particles from the alveolar region is a much slower process, which may continue from months to years.

#### 4.3.1.1 Extrathoracic Region

Particles deposited in either the nasal or oral passages are cleared by several mechanisms. Particles depositing in the mouth may generally be assumed to be swallowed or removed by expectoration. Particles deposited in the posterior portions of the nasal passages are moved via mucociliary transport towards the nasopharynx and swallowed. Mucus flow in the most anterior portion of the nasal passages is forward, toward the vestibular region where removal occurs by sneezing, wiping, or nose blowing.

Smith et al. (2014) updated the extrathoracic clearance portion of the ICRP (1994) human respiratory tract model. Deposition in the extrathoracic regions is considered as divided among the anterior and posterior nasal passage, oropharynx, and, depending on route of breathing, the mouth. Regardless of inhaled particle size, deposition in the nasal passages is portioned to have 65% in the anterior and 35% in the posterior nose. Of the deposition in the anterior nose, 29% is cleared by nose blowing, 71% is cleared to the posterior nose from which nearly all is cleared to the gastrointestinal (GI) tract with only 0.05% sequestered in the nose. This new model was based on a study of nasal clearance in healthy adults (8 M, 1 F; 43 ± 10 years) who inhaled indium-111 ($^{111}In$)-labeled particles of 1.5, 3, or 6 µm under conditions of rest and light exercise (Smith et al., 2011).

#### 4.3.1.2 Tracheobronchial Region

Mucociliary clearance in the TB region has generally been considered to be a rapid process that is relatively complete by 24−48 hours post-inhalation in humans. Mucociliary clearance is frequently

modeled as a series of "escalators" moving material proximally from one generation to the next. As such, the removal rate of particles from an airway generation increases with increasing tracheal mucus velocity. Assuming continuity in the amount of mucus between airway generations, mucus velocities decrease and transit times within an airway generation increase with distal progression. Although clearance from the TB region is generally rapid, experimental evidence discussed in the 1996 and 2004 PM AQCD (U.S. EPA, 2004, 1996), showed that a fraction of material deposited in the TB region is retained much longer.

The slow-cleared TB fraction (i.e., the fraction of particles deposited in the TB region that are subject to slow clearance) was thought to increase with decreasing particle size. For instance, Roth et al. (1993) showed approximately 93% retention of UFPs (30 nm median diameter) thought to be deposited in the TB region at 24 hours post-inhalation. The slow phase clearance of these UFPs continued with an estimated halftime ($t_{1/2}$) of around 40 days. Using a technique to target inhaled particles (monodisperse 4.2 µm MMAD) to the conducting airways, Möller et al. (2004) observed that 49 ± 9% of particles cleared rapidly ($t_{1/2}$ of 3.0 ± 1.6 hours), whereas the remaining fraction cleared considerably slower ($t_{1/2}$ of 109 ± 78 days). The ICRP (1994) human respiratory tract model assumes particles ≤2.5 µm (physical diameter) to have a slow-cleared TB fraction of 50%. The slow-cleared fraction assumed by the ICRP (1994) decreases with increasing particle size to <1% for 9 µm particles. Considering the UFP data of Roth et al. (1993) in addition to data considered by the ICRP (1994), Bailey et al. (1995) estimated a slow-cleared TB fraction of 75% for UFPs. At that time, they (Bailey et al., 1995) also estimated the slow-cleared fraction to decrease with increasing particle size to 0% for particles ≥6 µm. Experimental evidence from the same group (Smith et al., 2008) showed no difference in TB clearance among humans for particles with geometric sizes of 1.2 µm versus 5 µm, but the same $d_{ae}$ (5 µm) so as to deposit similarly in the TB airways. For at least micron-sized particles, these findings do not support the particle size dependence of a slow-cleared TB fraction. As discussed further below, much of the apparent slow-cleared TB fraction may be accounted for by differences in deposition patterns (i.e., greater deposition in the alveolar region than expected based on symmetric, bulk flow into the lungs without longitudinal mixing).

A portion of the slow-cleared fraction from the TB region appears to be associated with the smaller, more distal bronchioles. For large particles ($d_{ae}$ = 6.2 µm) inhaled at a very slow rate to theoretically deposit mainly in small ciliated airways, 50% had cleared by 24 hours post-inhalation. Of the remaining particles, 20% cleared with a $t_{1/2}$ of 2.0 days and 80% with a $t_{1/2}$ of 50 days (Falk et al., 1997). Using the same techniques, Svartengren et al. (2005) also reported the existence of long-term clearance in humans from the small airways. It should be noted that the clearance rates for the slow-cleared TB fraction still exceeds the clearance rate of the alveolar region in humans. Kreyling et al. (1999) targeted inhaled particle (2.5 µm) deposition to the TB airways of adult beagle dogs and subsequently quantified particle retention using scintigraphic and morphometric analyses. Despite the use of shallow aerosol bolus inhalation to a volumetric lung depth of less than the anatomic dead space, 25% of inhaled particles deposited in alveoli. At 24 and 96 hours post-inhalation, more than 50% of the retained particles were in alveoli. However, 40% of particles present at 24 and 96 hours were localized to

small bronchioles of between 0.3 and 1 mm in diameter. Collectively, these studies suggest that although mucociliary clearance is fast and effective in healthy bronchi and larger bronchioles, it is less effective in the smaller bronchioles where sites of prolonged retention may exist.

The underlying sites and mechanisms of long-term retention in the bronchioles remain largely unknown. Several factors may contribute to the existence or experimental artifact of slow clearance from the smaller TB airways. Even when inhaled to very shallow lung volumes, some particles reach the alveolar region (Kreyling et al., 1999). Therefore, experiments utilizing bolus techniques to target inhaled particle deposition to the TB airways may have had some deposition in the alveolar region. This may occur due to variability in path length and the number of generations to the alveoli (Asgharian et al., 2001) and/or differences in regional ventilation (Brown and Bennett, 2004). Nonetheless, the experimentally measured clearance rates measured for the slow-cleared TB fraction are faster than that of the alveolar region in both humans and dogs. Thus, although experimental artifacts likely occur, they do not discount the existence of a slow-cleared TB fraction. To some extent, it is possible that the slow-cleared TB fraction may be due to distal bronchioles that do not have a continuous ciliated epithelium as in the larger bronchi and more proximal bronchioles. Neither path length, ventilation distribution, nor a discontinuous ciliated epithelium explains an apparently slow-cleared TB fraction with decreasing particle size below 0.1 µm. As discussed in Section 4.3.3 (Particle Translocation), UFPs cross cell membranes by mechanisms different from larger (~1 µm) particles. Based on the literature in Section 4.3.3, particles smaller than a micron may enter epithelial cells resulting in their prolonged retention, particularly in the bronchioles where the residence time is longer and distances necessary to reach the epithelium are shorter compared to that in the bronchi.

#### 4.3.1.3 Alveolar Region

The primary alveolar clearance mechanism is macrophage phagocytosis and migration to terminal bronchioles where the cells are cleared by the mucociliary escalator. Alveolar macrophages originate from bone marrow, circulate briefly as monocytes in the blood, and then become pulmonary interstitial macrophages before migrating to the luminal surfaces. Under normal conditions, a small fraction of ingested particles may also be cleared through the lymphatic system. This may occur by transepithelial migration of alveolar macrophage following particle ingestion or free particle translocation with subsequent uptake by interstitial macrophages. Snipes et al. (1997) also demonstrated the importance of neutrophil phagocytosis in clearance of particles from the alveolar region. Rates of alveolar clearance of poorly soluble particles vary between species and are briefly discussed in Section 4.3.2. The translocation of particles from their site of deposition is discussed in Section 4.3.3. The effect particle dissolution on retention in the alveolar region was recently reviewed by Oberdörster and Kuhlbusch (2018).

The efficiency of macrophage phagocytosis is thought to be greatest for particles between 1.5 and 3 µm (Oberdörster, 1988). The decreased efficiency of alveolar macrophage for engulfing UFPs increases

the time available for these particles to be taken up by epithelial cells and moved into the interstitium (Ferin et al., 1992). Consistent with this supposition (i.e., translocation increases with time), an increase in titanium dioxide ($TiO_2$) particle transport to lymph nodes has been reported following inhalation of a cytotoxin to macrophages (Greenspan et al., 1988). Interestingly, the long-term clearance kinetics of the poorly soluble ultrafine (15−20 nm CMD) iridium (Ir) particles were found to be similar to the kinetics reported in the literature for micrometer-sized particles (Semmler-Behnke et al., 2007; Semmler et al., 2004). For rats, Semmler-Behnke et al. (2007) concluded that ultrafine Ir particles are less phagocytized by alveolar macrophage than larger particles but are effectively removed from the airway surface into the interstitium. Particles are then engulfed by interstitial macrophages which then migrate to the airway lumen and are removed by mucociliary clearance to the larynx. The major role of macrophage-mediated clearance was supported by lavage of relatively few free particles versus predominantly phagocytized particles at time points of up to 6 months. It is also possible that some free UFP as well as particle-laden macrophage were carried from interstitial sites via the lymph flow to bronchial and bronchiolar sites, including bronchial-associated lymphatic tissue, where they were excreted again into the airway lumen (Semmler-Behnke et al., 2007; Brundelet, 1965). In addition to macrophage phagocytosis and migration to the ciliated airways, these studies suggest that alveolar particle clearance via interstitial translocation and uptake into the lymphatics may be an important clearance pathway for UFP.

There is evidence that particle aggregates may disassociate once deposited in the lungs. This disassociation makes inhaled aggregate size the determinant of deposition amount and site, but primary particle size is the determinant of subsequent clearance (Bermudez et al., 2002; Ferin et al., 1992; Takenaka et al., 1986). Following disaggregation, the ultrafine $TiO_2$ particles are cleared more slowly and cause a greater inflammatory response (neutrophil influx) than fine $TiO_2$ particles (Bermudez et al., 2002; Oberdorster et al., 2000; Oberdörster et al., 1994a; Oberdörster et al., 1994b; Ferin et al., 1992). Balasubramanian et al. (2013) also suggested that disaggregation of following inhalation lead to differential organ concentration of 7 nm versus 20 nm gold particles. To the contrary, Kendall et al. (2002) found that ambient $PM_{2.5}$ particles (collected in human bronchoalveolar lavage fluid using a bioaerosol sampler) agglomerated within lavage fluid, which would be a protective effect. More recently, Kendall et al. (2011) showed that surface modification of polystyrene affects agglomeration rates of particles in a fibrinogen water suspension. Amino polystyrene agglomerated at a slower rate than similarly sized 200 nm polystyrene and carboxylate, hydroxylate, or sulphate modified polystyrene, which all had similar rates of agglomeration. Particle disaggregation may be distinct to experimental $TiO_2$ and gold particles and not ambient $PM_{2.5}$ or all other forms of experimental particles.

The differences in inflammatory effects and possibly lymph burdens between fine and ultrafine $TiO_2$ in many studies appear related to lung burden in terms of particle surface area and not particle mass or number (Oberdorster et al., 2000; Tran et al., 2000; Oberdorster, 1996; Oberdörster et al., 1992). There is some uncertainty related to these conclusions because the crystalline form of $TiO_2$, anatase versus rutile, may have affected some results. Others have noted that particle surface area is not an appropriate metric across all particle types (Warheit et al., 2006). Surface characteristics such as roughness can also

affect protein binding and potentially clearance kinetics, with smoother $TiO_2$ surfaces being more hydrophobic (Sousa et al., 2004).

### 4.3.2 Interspecies Clearance and Retention

There are differences between species in both the rates of particle clearance from the lung and manner in which particles are retained in the lung. For instance, based on models of mucociliary clearance from disease-free airways, >95% of particles deposited in the tracheobronchial airways of rats are predicted to be cleared by 5 hours post-deposition, whereas it takes nearly 40 hours for comparable clearance in humans (Hofmann and Asgharian, 2003). As noted in Section 4.3.1.2, however, there is some evidence that a sizeable fraction of particles deposited at the bronchiolar level of the ciliated airways in humans (as well as in dogs) are cleared at a far slower rate. Some evidence suggests that the slow-cleared TB fraction increases with decreasing particle size.

From interspecies comparisons of alveolar clearance, the path length from alveoli to ciliated terminal bronchioles may affect the particle transport rate (Kreyling and Scheuch, 2000). The average path length from alveoli to ciliated terminal bronchioles is longer in humans, monkeys, and dogs, than in sheep, rats, hamsters, and mice. Transport time and hence retention times may increase with path length. This hypothesis fits with all species in this comparison, except guinea pigs, which have a short path length yet particle retention that is nearly as long as in humans, monkeys, and dogs. However, sheep have a short path length and particle transport as fast as rodents. In general, alveolar clearance rates appear to increase with increasing path length from the alveoli to ciliated airways. This supports the important role of particle-laden macrophage migration from the alveolar region to the ciliated airways with subsequent clearance from the lungs.

There are also distinct differences in the normal sites of particle retention that affect clearance pathways between species. Large mammals retain particles in interstitial tissues under normal conditions, whereas rats retain particles on epithelial surfaces and in alveolar macrophages (Snipes, 1996). The influence of exposure concentration on the pattern of particle retention in rats (exposed to diesel soot) and humans (exposed to coal dust) was examined by Nikula et al. (2001). In rats, the diesel particles were found to be primarily in the lumens of the alveolar duct and alveoli; whereas in humans, retained dust was found primarily in the interstitial tissue within the respiratory acini. With chronic high doses, there is a shift in rat's pattern of dust accumulation and response from that observed at lower doses in the lungs (Snipes, 1996; Vincent and Donaldson, 1990). Rats chronically exposed to high concentrations of insoluble particles experience a reduction in their alveolar clearance rates and an accumulation of interstitial particle burden (Bermudez et al., 2004; Bermudez et al., 2002; Warheit et al., 1997; Oberdörster et al., 1994a; Oberdörster et al., 1994b; Ferin et al., 1992). Even at lower acute doses of particles, the temporary impairment of alveolar clearance results in increased movement of particles into the interstitial tissues of rats (Snipes et al., 1997). However, the results of Semmler-Behnke et al. (2007)

and other older studies (Brundelet, 1965; Gross and Westrick, 1954) suggest that alveolar particle clearance via interstitial translocation and uptake into the lymphatics may be an important clearance pathway for UFP.

Following transport of particles from the alveolar epithelium via macrophages or as free particles into interstitial tissues, fluid flow can draw particles into pulmonary lymphatics. Whether it is free particles that enter the interstitium and lymphatics or whether macrophage emigrate from pulmonary capillaries into the alveoli and then immigrate back into the interstitium after phagocyting particles has been debated since the 1870s (Gross and Westrick, 1954). These authors demonstrated that free particles themselves can enter interstitial tissues and migrate to peribronchial (possibly via the lymphatics) and perivascular positions. Pulmonary particle clearance via lymphatics has generally been considered minimal and its importance debated (Oberdörster, 1988). Particle transport in the pulmonary lymphatics is typically considered to terminate in lymph nodes (Stober and McClellan, 1997). Semmler-Behnke et al. (2007) concluded that, in rats, ultrafine Ir particles are less phagocytized by alveolar macrophage than larger particles but are effectively removed from the airway surface into the interstitium. They further suggested that some free particles as well as particle-laden macrophage are carried from interstitial sites via the lymph flow to bronchial and bronchiolar sites, including bronchial-associated lymphatic tissue, where they are excreted again into the airway lumen.

### 4.3.3 Particle Translocation

Mucociliary and macrophage-mediated clearance of poorly soluble particles from the respiratory tract was discussed in Section 4.3.1. There is growing evidence that a small fraction of particles may cross cell membranes and move from their site of deposition by other mechanisms. The following subsections discuss the movement of particles from the olfactory mucosa to the brain and from the luminal surfaces of the alveolar region into lung tissues and other organs. The clearance and distribution of soluble particles and soluble components of particles are also considered. There are pathways that particles could reach extrapulmonary organs by means other than direct translocation from the alveoli into the blood. For example, mucociliary clearance moves particles proximally until they are eventually swallowed. Recognizing this, the organ distribution of particles following gastrointestinal and intravenous delivery are also discussed. Finally, there are a few recent studies examining particle translocation to the fetus that are discussed.

In the last PM ISA (U.S. EPA, 2009) it was concluded that olfactory transport to the brain was likely unimportant in humans, it was not clear what portion of inhaled nanoparticles reached extrapulmonary sites via the lung's air-blood barrier versus clearance to the gastrointestinal tract with subsequent absorption and distribution to the organs, and there were data supporting translocation of poorly soluble particles from the human lung. It is now concluded that olfactory transport may be important in humans as well as rodents. A comparison of particle translocation following instillation

versus ingestion also shows translocation of particles from the lungs occurs in a size dependent manner and that GI absorption of particles cleared from the respiratory tract is relatively minor route into circulation. A new human study shows that following inhalation, a small fraction of gold nanoparticles enters circulation.

#### 4.3.3.1 Olfactory Delivery

Studies reviewed in the last PM ISA (U.S. EPA, 2009) demonstrated the translocation of soluble solutions (manganese chloride and sulfate, zinc) and poorly soluble particles (hureaulite, manganese oxide and tetroxide, silver, titanium dioxide, iridium) from the olfactory mucosa via axons to the olfactory bulb of the brain. Translocation via the axon to the olfactory bulb was observed for numerous compounds of varying composition, particle size, and solubility. Studies showed that the rate of translocation was rapid, less than an hour. The vast majority of these studies were conducted by instillation in rodents. However, DeLorenzo (1970) also observed the rapid (within 30−60 min) movement of 50-nm silver-coated colloidal gold particles instilled on the olfactory mucosa to the olfactory bulb of squirrel monkeys. Information on transport from the olfactory bulb to the olfactory tubercle, stratum, or other brain regions is limited.

Based on the diameter of the axon, the transport of insoluble particles from the olfactory mucosa via axons to the olfactory bulb should be limited to particles of less than about 200 nm (Griff et al., 2000; Plattig, 1989; De Lorenzo, 1957). These thin olfactory axons bundle into thicker filaments (aka fila olfactoria or olfactory nerves) and pass directly into the olfactory bulb through numerous foramina in the cribriform plate of the ethmoid bone (Plattig, 1989; De Lorenzo, 1957). Analysis of 40 skulls of known age and sex by Kalmey et al. (1998) showed a reduction in the area of the foramina in the cribriform plate with increasing age that did not differ significantly between the sexes. The reduction of the foramina area with aging has been postulated as a cause of a reduced sense of smell with aging and would suggest that olfactory translocation may also decrease with age.

A number of inhalation studies have investigated the transport of soluble and poorly soluble manganese compounds to the brain of rats. While most of this discussion and the available literature focuses on transport from the olfactory mucosa, it should be noted that Lewis et al. (2005) reported an accumulation of manganese (Mn) in the trigeminal ganglia in rats following a 10-day inhalation exposure to soluble manganese chloride particles. Following a 13-week inhalation exposure to 0.1 mg $Mn/m^3$, relative to air controls, more soluble manganese sulfate reached the olfactory bulb of rats than was observed for the less soluble manganese phosphate in the form of hureaulite (Dorman et al., 2004). Manganese concentration in the olfactory bulb increased 2.3 times with exposure to manganese sulfate and only 1.5 times with exposure to hureaulite (Dorman et al., 2004). As part of this same study, exposures to 0.01 and 0.5 mg $Mn/m^3$ of manganese sulfate resulted in olfactory bulb concentrations of 1.3times and 3.5 times relative to air control, respectively. Because the inhaled hureaulite particles were

1.0−1.1 μm (physical diameter) and so not likely due to their size to move along axons, these data suggest that around 20−30% of the hureaulite was solubilized to reach the olfactory bulb. However, insufficient hureaulite was solubilized to increase manganese in the striatum as occurred following the manganese sulfate exposures of 0.1 and 0.5 mg $Mn/m^3$.

Using smaller sized particles, a 2-day inhalation exposure to poorly soluble manganese oxide (~30 nm) with the right nostril blocked showed an accumulation of the manganese oxide in the left olfactory bulb (Elder et al., 2006). This study demonstrates neuronal uptake and translocation of UFPs following inhalation without particle dissolution and in the absence of mucosal injury that may occur with instillation. For a longer 12-day inhalation exposure to poorly soluble manganese oxide (~30 nm) with both nostrils patent, Elder et al. (2006) also found manganese concentration was significantly increased in several brain regions (striatum, 1.6×; frontal cortex, 1.4×; cortex, 1.2× cerebellum, 1.2×), but most notably increased in the olfactory bulb (3.4×). Additionally, following nasal instillation of particles, similar amounts of manganese were found in the left olfactory bulb of rats instilled with soluble manganese chloride (8.2 ± 3.6% of instilled) and small poorly soluble particles (30 nm; 1.5% dissolution per day) of manganese oxide (8.2 ± 0.7% of instilled) at 24 hours post-instillation. This finding supports the conclusion that poorly soluble manganese particles, if of a sufficiently small size, do not need to be solubilized to reach the olfactory bulb. The slow solubilization process would have resulted lesser amounts of the manganese oxide than manganese chloride in the brain by 24 hours similar to the finding by Dorman et al. (2004) following 13-week inhalation exposures to manganese sulfate versus less soluble hureaulite described in the preceding paragraph.

Leavens et al. (2007) modeled the transport of manganese from soluble and poorly soluble particles to the olfactory bulb and stratum based on the experimental studies by Brenneman et al. (2000) and Dorman et al. (2002), respectively. In both of these experimental studies rats were exposed to manganese-aerosol for a single 90-minute period. Leavens et al. (2007) estimated that 92−93% manganese from soluble particles reached the striatum via the blood with the additional 6−8% arriving via the olfactory transport. However, only small amount of manganese reaching the olfactory bulb from the inhaled soluble manganese chloride (0.1%) and poorly soluble manganese phosphate (3.3%) particles was estimated to reach the striatum. That is, manganese reached the olfactory bulb, but generally did not proceed to the adjacent stratum. The transport of manganese to the stratum from the olfactory bulb was estimated based on data from animals where one nostril was plugged while the other was left patent. Thus, the olfactory transport of manganese to the stratum only occurs on the side of the animal with a patent nostril. manganese in that stratum on the plugged side of the animal is presumably derived from the blood. At least two issues affect the interpretation of these data. First, rats having a plugged nostril reduce their minute ventilation by about 50% (Brenneman et al., 2000), this lowers the signal-to-noise ratio in these studies versus animals with fully patent nostrils. Second, rather large sized particles were delivered to the rats in these studies, 2.51 μm MMAD (GSD = 1.17) by Brenneman et al. (2000) and 1.68 μm MMAD [GSD = 1.42; Dorman et al. (2002)]. Referring back to Figure 4-4 and Figure 4-5, only a small fraction of these sized particles are expected to penetrate through the head to reach the lower respiratory

tract. The majority of deposition occurs in the extrathoracic airways, in this case, the nasal passages of the rat. Although Leavens et al. (2007) attributed all manganese in the blood as derived from the lungs, manganese reaching circulation through areas such as the turbinates following nasal particle deposition should not be ignored.

More recently, Kreyling (2016) determined the fraction of iridium-192 ($^{192}Ir$) nanoparticles reaching the brain via transport from the upper versus the lower respiratory tract. Female Wistar-Kyoto rats (8−10 weeks old, 270−300 g body weight) were exposed to aerosols (20 nm; GSD = 1.6) via nose-only inhalation or intratracheal inhalation. Estimates of particle translocation at 24 hours post-inhalation excluded activity of particles on the skin or rapidly cleared to the gut and feces. Of the delivered particles (excluding skin and rapidly cleared), at 24 hours post-inhalation, 0.012% of what deposited in the upper respiratory tract and 0.0014% of what deposited in the lower respiratory tract reached the brain. That is, there was 9 times more in the brain derived from the upper than the lower respiratory tract. The predicted deposition was 3 times higher in the alveolar region than in the upper respiratory tract for the nose-only exposure. These results suggest that olfactory transport to the brain was 27 times (i.e., 9 × 3) greater than translocation from the alveolar region. This work, however, does not indicate what brain regions contained particles or how those brain regions differed between the exposures.

Antonini et al. (2009) exposed rats to welding fumes (0.31 μm MMAD) via inhalation or filtered air for 10 days. The poorly soluble particles (soluble/insoluble ratio, 0.0139 in water) were composed primarily of iron (80.6%), manganese (14.7%), silicon (2.75%), and copper (1.79%). The welding fume was reported to be highly insoluble in water (pH 7.4; 37°C) with dissolution of 1.4% in 24 hours. The most marked increases in iron, manganese, and copper relative to control were found in the lungs. There was no evidence of pulmonary inflammation or injury despite exposure to 40 mg/m$^3$ of welding fume. Consistent with studies described in Section 4.3.3.2 on translocation from the lungs, there was a slight increase in iron and manganese concentrations in the liver, heart, kidney, and spleen at 1-day post-exposure relative to controls. Metal content was also assessed in seven brain regions: hippocampus, cerebellum, striatum, thalamus, cortex, olfactory bulb, and midbrain. Manganese concentrations, but not iron or copper, were significantly increased relative to controls in the cortex (1.3×) and cerebellum (1.2×), and especially the olfactory bulb (2.2×). Of the brain regions examined, only the thalamus showed a slight insignificant reduction in manganese relative to controls. Interestingly, although there was only a tendency for a small increase in manganese concentrations within the striatum (1.1×), proinflammatory chemokines and cytokines were significantly increased by about 1.5 times in the striatum. The lower relative increase in the olfactory bulb in this study as compared with the Elder et al. (2006) study (2.2× vs. 3.4×, respectively) may, in part, be due to the larger inhaled particle size with only around 30−40% (assuming log-normal particle size distribution with a GSD of 2−4) of the welding fume being less than 200 nm, the particle size necessary for olfactory translocation, whereas all the particles in the Elder et al. (2006) study were well under 200 nm. Less than 5% of the welding fume would be smaller than the 30 nm particles used by Elder et al. (2006). Given the distribution of manganese among brain regions, the Antonini et al. (2009) study supports the transport of manganese from welding fume particles depositing

on the olfactory mucosa to the olfactory bulb. However, finding increased manganese concentrations, but not other metals in the brain, suggests the differential solubilization and mobilization of the manganese rather than the movement of particles themselves along axons to the brain.

New modeling studies contradict the conclusion in the 2009 PM ISA that between species differences may predispose rats, more so than humans, to deposition of particles in the olfactory region with subsequent particle translocation to the olfactory bulb. The 2009 conclusion was based on two main differences between rodents and primates. First, the olfactory mucosa covers approximately 50% of the nasal epithelium in rodents versus only about 5% in primates (Aschner et al., 2005). Second, a greater portion of inhaled air passes through the olfactory region of rats relative to primates (Kimbell, 2006). More recently, Garcia et al. (2015) provided CFD simulations of total ultrafine nasal deposition as well as that in the olfactory region of humans and compared to prior simulations (Garcia and Kimbell, 2009) for rats. Rats were predicted to have greater total and olfactory deposition than humans. However, due to the much higher ventilation rate of humans than rats, humans were predicted to experience greater dose rate to the olfactory mucosa for particles between 1 and 13 nm, above this size the dose rate was slightly greater in rats than humans (Section 4.2.2.2 and Figure 4-7). Schroeter et al. (2015) provided experimental replica cast data and CFD simulations for total and regional deposition of particles between 2.6 and 14.3 µm. The olfactory region was assumed to be 14% of the nasal surface area. For 5- to 11-µm particles inhaled during light activity (flow = 30 L/min), greater than 1% deposition in the olfactory region was predicted with a maximum of 6% predicted for 8-µm particles. During a resting inhalation (flow = 15 L/min), the predicted olfactory deposition exceeded 1% for particles between 9 and 19 µm, with a maximum of 8% for 13 µm particles. Although the larger particles would not themselves be expected to move along to axon from the olfactory region of the nose to the olfactory bulb, soluble materials associated with large particles could be solubilized and pass along the axon to the olfactory bulb. Greater particle deposition was predicted by Schroeter et al. (2015) to occur in the turbinates than the olfactory region; soluble materials could also move into the blood from this well perfused area and reach the brain. These newer modeling studies suggest that ultrafine particle translocation as well as soluble components associated with all sized particles could reach the olfactory bulb of humans as well as rodents in a measurable amount depending on the exposure concentration.

Human autopsy data are becoming available that also suggest the importance of translocation of material from the olfactory mucosa to the olfactory bulb. Although their source is unknown, the presence of UFP in the olfactory bulb was reported in 2 of 35 Mexico City residents (Calderón-Garcidueñas et al., 2010). Presumably metal components of urban PM, statistically significant increases in manganese, nickel, and chromium have been reported in the frontal lobe of Mexico City residents relative to lower air pollution areas (Calderón-Garcidueñas et al., 2013). More recently, Maher et al. (2016) examined magnetite particles in the frontal lobes from subjects that lived in Mexico City and Manchester, U.K. The magnetite ($Fe_3O_4$) particles were found in two forms: smooth spherical particles and, more rarely, as angular cuboctahedrons. The authors attributed the presence of the smooth spherical particles to inhaled ambient combustion-related particles, whereas the angular cuboctahedral particles were attributed to

endogenous formation. The spherical particles showed a median diameter around 14−18 nm with a maximum size of about 150 nm, sizes that can be transported to the olfactory bulb from the olfactory mucosa. As discussed in Section 4.3.3.2, some of these particles may have also reached the brain via the circulation following deposition in the alveolar region of the lung. The combined literature for animal toxicological studies, CFD modeling studies, and human autopsy data support the existence of olfactory translocation in animals and suggest its relevance in humans. Although olfactory translocation is rapid with particles appearing in the olfactory bulb within an hour following instillation on the olfactory mucosa, the relative amount of particles translocated is relatively small. For example, based on Garcia et al. (2015) only 0.001% of 20-nm particles would potentially deposit on the olfactory mucosa in humans at rest or 0.03% in rats. Based on Elder et al. (2006), around 10% of the particles on the olfactory mucosa would translocate to the olfactory bulb. Thus, only a small fraction of poorly soluble particles inhaled through the nose might be expected to reach the olfactory bulb via the axons in humans or rats. However, absolute number of particles potentially reaching the olfactory bulb over time can be considerable (see Figure 4-7).

### 4.3.3.2 Pulmonary Delivery

#### 4.3.3.2.1 Membrane Translocation

Gross and Westrick (1954) first demonstrated that free particles can enter interstitial tissues and migrate to peribronchial (possibly via the lymphatics) and perivascular positions. Both in vitro and in vivo studies support the rapid (≤1 hour) translocation of free ultrafine $TiO_2$ particles across cell membranes (Geiser et al., 2005; Churg et al., 1998; Ferin et al., 1992). Geiser et al. (2005) conducted a detailed examination of the disposition of inhaled ultrafine (22 nm CMD, GSD 1.7; primary particle size of 4 nm) $TiO_2$ in 10 healthy adult rats. They found that distributions of particles among lung tissue compartments appeared to follow the volume fraction of the tissues and did not significantly differ between 1 and 24 hours post-inhalation. Averaging 1- and 24-hour data, 79.3 ± 7.6% of particles were on the luminal side of the airway surfaces, 4.6 ± 2.6% were in epithelial or endothelial cells, 4.8 ± 4.5% were in connective tissues, and 11.3 ± 3.9% were within capillaries. Particles within cells were not membrane bound. It is not clear why the fraction of particles identified in compartments such as the capillaries did not differ between 1 and 24 hours post-inhalation. These findings were consistent with the smaller study of five rats by Kapp et al. (2004) who reported identifying $TiO_2$ aggregates in a Type II pneumocyte; a capillary close to the endothelial cells; and within the surface-lining layer close to the alveolar epithelium immediately following a 1-hour exposure. These studies effectively demonstrate that some inhaled ultrafine $TiO_2$ particles, once deposited on the pulmonary surfaces, can rapidly (≤1 hour) translocate beyond the epithelium and potentially into the vasculature.

A few studies have characterized differences in the behavior of fine and UFPs in vitro. Geiser et al. (2005) found that both ultrafine and fine (0.025 µm gold; 0.078, 0.2, and 1 µm polystyrene) particles cross cellular membranes by nonendocytic (i.e., not involving vesicle formation) mechanisms such as adhesive interactions and diffusion, whereas the phagocytosis of larger 1-µm $TiO_2$ particles is ligand-receptor mediated. Gross and Westrick (1954) surmised that free particle translocation from the alveolar surface to interstitial tissues may be limited to smaller fine particles (<0.5 µm). Edetsberger et al. (2005) found that UFPs (0.020 µm polystyrene) translocated into cells by first measurement (~1 min after particle application). Intracellular agglomerates of 88−117 nm were seen by 15−20 min and of 253−675 nm by 50−60 min after particle application. These intracellular aggregates were thought to result from particle incorporation into endosomes or similar structures because genistein or cytochalasin treatment generally blocked aggregate formation. Interestingly, particles did not translocate into dead cells, rather they attached to the outside of the cell membrane. Amine- or carboxyl-modified surfaces (46 nm polystyrene) did not affect translocation across cultures of human bronchial epithelial cells with about 6% regardless of the surface characteristics (Geys et al., 2006).

#### 4.3.3.2.2 Extrapulmonary Distribution

Soluble material can move rapidly from the alveolar surface into the blood, but poorly soluble particles generally remain in the lung for an extended period of time. A number of human studies are available confirming that the majority of poorly soluble UFP deposited in the alveolar region undergo slow clearance and do not rapidly enter circulation. However, animal studies (primarily of rats) show that UFPs cross cell membranes by mechanisms different from larger (~1 µm) particles and that a small fraction of these particles enter capillaries and distribute systemically. Some evidence suggests that a small degree of pulmonary inflammation increases interstitial hydraulic pressure sufficiently to exceed pulmonary capillary pressure, resulting in a flux of fluid and any associated particles or fibers into pulmonary capillaries (Miserocchi et al., 2008). This is consistent with the presence of airway inflammation in a variety of airway diseases (e.g., asthma, fibrosis, acute respiratory distress syndrome, pulmonary edema, inflammation from smoking) and altered epithelial integrity, allowing more rapid movement of solutes into the bloodstream [see Section 4.4.2 of U.S. EPA (2009)]. In general, increased alveolar permeability to technicium-99m ($^{99m}Tc$) labeled diethylenetriaminepentaacetate (DTPA) is associated with any lung syndrome characterized by pulmonary edema. Fluid flow and particle migration would be from the alveolar surface into the interstitium as inflammation and edema resolve.

Several human studies have investigated the pulmonary retention of radiolabeled UFPs (Wiebert et al., 2006a; Brown et al., 2002; Roth et al., 1994) or fine aggregates of UFPs (Möller et al., 2008; Mills et al., 2006; Wiebert et al., 2006b; Roth et al., 1997; Burch et al., 1986). All of these studies used $^{99m}Tc$ ($t_{1/2}$ = 0.25 days; pure gamma emitter) labeled carbon, except for Roth et al. (1994) who used $^{111}In$ ($t_{1/2}$ = 2.8 days; pure gamma emitter) oxide. All of these studies reported ≥80% pulmonary retention of particles at 24 hours post-inhalation. However, of the fraction cleared from the lungs in the studies using

$^{99m}$Tc-labeled particles, it is not entirely clear how much was deposited in the ciliated airways and cleared versus how much of the radiolabel leached from the particles and was cleared in its soluble pertechnetate form. Highly soluble in normal saline, pertechnetate clears rapidly from the lung with a $t_{1/2}$ of ~10 min and accumulates most notably in the bladder, stomach, thyroid, and salivary glands (Isawa et al., 1995; Monaghan et al., 1991). Wiebert et al. (2006a) were able to reduce leaching of the $^{99m}$Tc-labeled carbon (35 nm CMD inhaled) and found effectively 100% retention at 24 hours post-inhalation. Similarly, Wiebert et al. (2006b) minimized leaching of $^{99m}$Tc-labeled carbon (87 nm CMD inhaled) and found negligible particle clearance from the lungs by 70 hours post-inhalation. Using the longer half-life $^{111}$In-oxide aerosol (18 nm CMD), Roth et al. (1994) found 93% retention in the human lung at 24 hours and 80% retention at 9 days post-inhalation. $^{111}$In-oxide is poorly soluble and as such was not expected to move into circulation as pertechnetate does. The 7% clearance of the 18 nm $^{111}$In-oxide versus near 0% clearance of the 35 nm $^{99m}$Tc-labeled carbon may be, in part, caused by a more proximal deposition pattern of the smaller particles (see Figure 4-5C). These human data show that the majority of poorly soluble UFP remain in the lung.

Miller et al. (2017) investigated the translocation of gold nanoparticles having primary particle sizes of approximately 4−5 nm and 34 nm in a series of two separate inhalation experiments involving young healthy adults. In experiment one, 14 young healthy adult males inhaled (3.8-nm primary particle size) 18.7 nm agglomerates (GSD = 1.5) via a face mask for 2 hours with intermittent exercise (exercise target of 25 L/min/m$^2$ body surface area, BSA). By 15 minutes post-exposure, gold was identified in the blood of three subjects. Gold was found in the blood of 12 subjects at 6 hours, 11 subjects at 24 hours, and 7 subjects at 3 months post-exposure.[49] Gold was also identified in the urine in an unspecified number of subjects at 24 hours and 3 months post-exposure. In experiment two, groups of healthy adult males inhaled gold nanoparticles with primary particle sizes of 4.1 nm (n = 10 subjects) and 34 nm (n = 9 subjects) as agglomerates of 17.8 nm (GSD = 1.2) and 52.4 nm (GSD = 1.4). The authors observed higher gold concentrations in the blood following inhalation of the smaller than larger primary sized particles. However, relative to the larger particles, the aerosol concentration of the smaller sized particles was, on average, 1.3 times higher (192 vs. 146 μg/m$^3$) and the predicted deposition is about double (total deposition fractions are 72 and 35% for smaller and larger agglomerates, respectively), leading to an estimated 2.7 times greater dose of the smaller sized particles.[50] This difference in delivered dose may have been adequate to account for differences in the amounts of gold in the blood out to 7 days post-exposure, but not necessarily at the 28 day time point. The authors also observed gold in urine for the smaller particles, but gold in urine was below the limit of detection for the larger particles. The relatively

[49] The number having detectable gold in blood is based on Figure 1C of Miller et al. (2017).
[50] Deposition estimated using the MPPD model (Version 3.04) for exposure to 17.8-nm (GSD = 1.2) or 52.4-nm (GSD = 1.4) particle agglomerates during two hours of intermittent exercise with 15-minute periods of exposure at rest ($V_T$ = 0.800 L; $f$ = 15 min$^{-1}$) and 15-minute periods of exposure during exercise ($V_T$ = 1.923 L; $f$ = 26 min$^{-1}$) and default airway morphology for an adult male (i.e., Yeh/Schum symmetric morphology, FRC of 3.3 L, and upper respiratory tract volume of 0.05 L). A BSA of 2.0 m$^2$ was assumed (not provided by authors). The breathing pattern for rest was selected to have a minute ventilation of 6 L/min per m$^2$ BSA based on McDonnell et al. (2012). The heavy exercise breathing pattern was selected from ICRP (1994).

small estimated difference in delivered doses does not appear sufficient to large differences in gold in urine by 28 days post-exposure. This study demonstrates the presence of gold in the blood and urine of humans following the inhalation of gold nanoparticles.

The finding of material in the blood in this human study, Miller et al. (2017), but not earlier human studies described above may, in part, be a matter of an increased signal to noise afforded in this new work and/or an indication that there is a difference in particle translocation from the lung depending on the inhaled particle type. There is uncertainty related to the actual fraction of the deposited dose that translocated from the lungs and interpretation of study results. Using data from experiment one (described above), based on the concentration of gold in urine (35 ng/L) at 24 hours and average urinary volume of 2.4 L, it can be estimated that about 84 ng gold was excreted from the body. This can be used as a lower end estimate of translocation from the lungs since (as described below) there is evidence from animal studies of particle accumulation in various organs. Based on the exposure concentration of 116 $\mu g/m^3$ and the ventilation rates of 12 L/min at rest and 50 L/min during exercise, the total amount of aerosol inhaled was 430 μg gold. The estimated total deposition fraction of the 18.7 nm (GSD = 1.5) agglomerates is 60%.[51] The alveolar deposition fraction during periods of rest and exercise are about 30 and 40%, respectively, giving combined volume-weighted alveolar deposition fraction of 38% of the inhaled aerosol. Based on total deposition, about 0.03% translocation may have occurred given the urinary excretion at 24 hours (i.e., 0.084/256). It may be more appropriate to consider deposition in the alveolar region because the movement of particles from the gastrointestinal tract into circulation is minimal by comparison to that from the alveolar region (Kreyling et al., 2014). Translocation from the alveolar deposition to urinary excretion at 24 hours is estimated to be around 0.05% (i.e., 0.084/163). Based on the log-log plot in Figure 3i of Kreyling et al. (2014), excretion via urine as a percent of material in the lungs not cleared in 24 hours by mucus clearance in rats is about 0.42% for 2.8-nm particles and 0.006% for 5-nm particles, which provides an estimate of 0.05% for 3.8-nm particles by linear interpolation on a log-log scale. The comparisons developed herein place the urinary elimination by 24 hours of 3.8-nm gold particles in humans by Miller et al. (2017) as nearly identical to those obtained in rats by Kreyling et al. (2014).

A greater amount of information on particle translocation from the lungs is available from animal studies. These studies fairly consistently show that a small portion (generally <1%) of particles delivered to the lungs via inhalation or instillation are translocated from the pulmonary surfaces to extrapulmonary organs. For example, as reviewed in the last PM ISA (U.S. EPA, 2009), extrapulmonary translocation was described for poorly soluble ultrafine gold and Ir particles. In male Wistar-Kyoto rats exposed by inhalation to ultrafine gold particles (5−8 nm), Takenaka et al. (2006) reported a low, but significant, fraction (0.03 to 0.06% of lung concentration) of gold in the blood from 1 to 7 days post-inhalation.

---

[51] For 18.7 nm (GSD = 1.5) using MPPD (Version 3.04) with intermittent exercise as described for Experiment Two. Although the authors provided a BSA of 2.76 $m^2$ in their Table S1, a BSA of 2.0 $m^2$ was assumed as a more reasonable value for males being 180-cm height and 79-kg mass. Breathing patterns used for Experiment Two were used again here.

Semmler et al. (2004) also found small but detectable amounts of poorly soluble Ir particle (15 and 20 nm CMD) translocation from the lungs of female Wistar-Kyoto rats to secondary target organs like the liver, spleen, brain, and kidneys. Each of these organs contained about 0.2% of deposited Ir. The peak levels in these organs were found 7 days post-inhalation. The translocated particles were largely cleared from extrapulmonary organs by 20 days and Ir levels were near background at 60 days post-inhalation. Particles may have been distributed systemically via the gastrointestinal tract. Immediately after the 6-hour inhalation exposure, 18 ± 5% of the deposited Ir particles had already cleared into the gastrointestinal tract. After 3 weeks, 31 ± 5% of the deposited particles were retained in the lung. By 2 and 6 months post-inhalation, lung retention was 17 ± 3 and 7 ± 1%, respectively. The particles appeared to be cleared predominantly from the peripheral lung via the mucociliary escalator into the GI tract and were found in feces.

A considerable number of new studies have become available since the last PM ISA (U.S. EPA, 2009). Studies continue to show the translocation of a small fraction of particles following inhalation or instillation increases with decreasing particle size (Kreyling et al., 2014; Kreyling et al., 2009). However, the dissolution of poorly soluble particles increases with decreasing pH and decreasing particle size (Kreyling et al., 2002; Kreyling and Scheuch, 2000; Kreyling, 1992). Dissolution and absorption of UFPs in the gastrointestinal tract subsequent to clearance from the respiratory tract cannot be fully discounted as contributing to organ concentrations of inhaled or instilled particles. The organ distribution of particles may differ depending on the route by which they are reaching circulation. For example, in humans, the liver receives about 6.5% of arterial blood flow and all blood flow coming from the GI tract (ICRP, 2002). Additionally, the proteins that particles may encounter and potentially bind to will vary depending on the route by which they entered circulation. Recognizing such issues, a series of experiments have been conducted to quantify translocation using a $^{198}$Au gamma-spectrometry[52] in female Wistar-Kyoto rats (8−10 weeks old, 250-g body weight) of negatively charged gold nanoparticles of 1.4-, 2.8-, 5-, 18-, 80-, and 200-nm primary particle size and positively charged 2.8-nm primary particle size following intratracheal instillation (Kreyling et al., 2014), ingestion (Schleh et al., 2012), and intravenous delivery (Hirn et al., 2011). Although additional studies have become available since the last PM ISA, the primary focus will be on the careful comparison across these routes of delivery.

Following particle instillation, Kreyling et al. (2014) measured translocation from the lungs as a function of peripheral lung dose (i.e., ignoring particles found in the trachea, GI tract, and feces). Translocation from the lung by 24 hours of particles with a negative surface charge decreased from 5.6% for 1.4-nm particles, to 3.2% for 2.8-nm, to 0.22% for 5-nm, to 0.12% for 18-nm, to only 0.06% for 80-nm, and 0.2% for 200-nm particles.[53] Most of the translocation from the lungs appears to have occurred within 1−3 hours post-instillation, but continued up to 24 hours for the largest, 200-nm particles. The estimated translocation excluded the fraction of particles found in the trachea, GI tract, and feces by

[52] Gamma-spectrometry is a highly sensitive technique relative to inductively coupled plasma mass spectrometry.
[53] Values from Figures 2B and 6A of Kreyling et al. (2014) for the 24-hour time point.

24 hours post-instillation, which was 30% (averaged across all particle sizes) of the instilled dose.[54] Potential GI tract absorption was considered negligible because the prior study by Schleh et al. (2012) of particle ingestion found only a small fraction of particles entered circulation (0.37% for 1.4-nm particles, 0.37% for 2.8-nm, 0.05% for 5-nm, 0.12% for 18-nm, 0.03% for 80-nm, and 0.01% for 200-nm particles).[55] Considering the fraction of instilled particles found in GI tract and feces and GI absorption of particles, about 4% (median of all particle sizes) to 7% (mean of all particle sizes) of the apparent translocation from the lung may have derived from the GI tract (i.e., 93−96% of the particles appearing in circulation were derived from the lung).[56] For both instillation and ingestion, less positively charged than negatively charged 2.8-nm particles entered circulation. The organ distribution of particles following intravenous administration differed greatly from instillation. At 24 hours after intravenous delivery, 51% of 1.4-nm particles, 82% of 2.8-nm particles, and 92−97% of 5−200-nm particles were found in the liver (Hirn et al., 2011). Of the material translocating from the lungs following instillation, independent of particle size, only about 10% of particles are found in the liver with the majority (43% of 1.4 nm; 55% of 7 nm; 71% of 18 nm; 96% of 80 nm) of translocated particles found in the carcass [skeleton, soft tissues, and fat; Kreyling et al. (2014)]. This difference in organ distribution following intravenous versus instillation was attributed to the proteins that particles may have encountered and bound with in the lungs prior to entering circulation. This series of studies shows that translocation of particles from the lungs occurs in a size-dependent manner, that GI absorption of particles cleared from the respiratory tract is a relatively minor route into circulation, and that organ distribution can vary depending on how particles are delivered to animals.

Following translocation from the lung or intravenous injection, particles appear to be rather rapidly cleared from the blood. This clearance from the blood occurs due to accumulation in extrapulmonary organs and elimination from the body. The blood concentrations of the smallest gold nanoparticles studied (1.4 nm) are 46% cleared in rats by 1 hour post-injection and by 93% at 24 hours post-injection.[57] By 24 hours, about 10% of 1.4-nm particles had moved, in roughly equal portions, into feces and urine. Larger nanoparticles (18 and 80 nm) were roughly 99% cleared from blood by 1 hour post-injection. By 24 hours post-injection, most of the organ retention, 92−97% for 5−200-nm particles, is in the liver (Hirn et al., 2011). Of these larger particles eliminated (0.1 to 1%) by 24 hours post-injection, most is via the feces.[58] Others have also reported similar dependence of organ accumulation of particle size in mice, with smaller gold nanoparticles (1.5−5 nm) persisting more in blood and excreted via urine than larger (30−70 nm) nanoparticles (Miller et al., 2017; Yang et al., 2014). This was similarly demonstrated in humans with 4.1-nm particles found in urine, but not 34.3-nm particles (Miller et al., 2017). A limited number of studies have shown the continued existence in the blood at 28 days

---

[54] Data from Supplement Table S1 of Kreyling et al. (2014) for the 24-hour time point.
[55] Data estimated from Table III of Schleh et al. (2012).
[56] Kreyling et al. (2017b) reported that at 24-hour post-instillation, 5% of $TiO_2$ (70 nm) reaching the blood was absorbed in the GI tract (i.e., 95% crossed the alveolar air-blood barrier). Due to long-term clearance of the lung, this percentage increased to 13% by 7 days post-instillation and 21% at 28 days post-instillation.
[57] Data from Table S1 of Semmler-Behnke et al. (2014).
[58] Data from Figure S4 of Semmler-Behnke et al. (2014).

post-delivery of inhaled gold nanoparticles (4.1 and 34.3 nm) in humans and instilled $TiO_2$ (70 nm) in rats (Kreyling et al., 2017b; Miller et al., 2017). It is likely that the particles in the blood at 28 days post-delivery were due to additional movement/clearance from the lungs.

The long-term health implications of translocation following acute or chronic PM exposures is uncertain. Heringa et al. (2018) recently reported the existence of $TiO_2$ in the livers and spleens of humans (9 F, 6 M; 84 ± 13 years) on autopsy. The average titanium content in was 40 µg/kg ($TiO_2$ mass/tissue mass) in the liver and 80 µg/kg in the spleen. Two of the subjects had received titanium implants but had titanium content below the limit of detection in the liver and low amounts in the spleen relative to the other individuals. Titanium dioxide particles having diameters of 85−440 nm were identified. By count with a limit of detection at 85 nm, nearly 27% of the particles in the liver and 21% of the particles in the spleen were ≤100 nm. By count, about 75% of particles were ≤200 nm. Gamma-spectrometry studies of 70-nm $TiO_2$ particle translocation in rats show about 4% translocation into circulation following intratracheal instillation and about 0.6% following ingestion (Kreyling et al., 2017b; Kreyling et al., 2017c). As occurs for gold nanoparticles instillation, the translocated $TiO_2$ distribute around the body and accumulate in organs but are found primarily (91% at 24 hours post-instillation) in the carcass (skeleton, soft tissues, and fat). This differs from 24 hours post-intravenous injection where $TiO_2$ accumulates predominately (95.5%) in the liver (Kreyling et al., 2017a). Following rather high doses (25−30 mg/day) of ingested $TiO_2$ nanoparticles (10 nm) to rat dams from Gestation Day 2 to 21, pups sacrificed 1 day after birth have increased titanium content in the hippocampus (Mohammadipour et al., 2014). Quantification of translocation to fetuses is provided in Section 4.3.3.3. Particle accumulation in the liver and spleen of autopsied humans is consistent with accumulation in these organs in rodents following intratracheal instillation and ingestion of particles.

#### 4.3.3.3 Transplacental Barrier Transport

A number of studies have become available since the last PM ISA (U.S. EPA, 2009) examining particle translocation to the fetus. The route of exposure in these studies is generally oral or intravenous delivery. These papers may be important regardless of the delivery method (with the exception of intraperitoneal) because they add biological plausibility for effects during pregnancy. However, as indicated in Section 4.3.3.2.2, the sites of accumulation differ greatly between intravenous delivery versus instillation into the lung and ingestion. Specifically, the majority of particles found in circulation following intravenous delivery accumulate in the liver, whereas as the majority of particles are found in the carcass (skeleton, soft tissues, and fat) following instillation and ingestion. The difference in organ distribution following intravenous versus instillation is thought to be due to the proteins that particles may have encountered and bound with in the lungs prior to entering circulation.

The primary focus herein is given to Semmler-Behnke et al. (2014). This study used the highly sensitive $^{198}Au$ gamma-spectrometry technique and provides a mass balance for the full body and

excrement. This study was conducted by a German research group having many years of experience and numerous publications evaluating particle deposition, clearance, and translocation in humans and rodents that were discussed in Section 4.3.3.2.2. The principal finding of the Semmler-Behnke et al. (2014) study relevant to this section is the accumulation in rat fetuses following intravenous delivery of particles at Gestation Day 18. This time point was selected because the nutrition of the fetus is primarily the dam's blood versus the yoke sac earlier in gestation. Following intravenous injection, 0.06% of 1.4-nm and 0.004% of 18-nm gold nanoparticles were found in fetuses. No 80-nm particles (<0.0004%, the detection limit) were found in fetuses. The authors attributed the decreasing translocation as a function of increasing particle size to the role of transtrophoblastic channels (canaliculi of 20−25 nm in diameter) in transporting particles from the maternal blood to the fetuses. The organ distribution between pregnant and nonpregnant rats was generally similar. Yang et al. (2014) also reported similar organ distributions between pregnant and nonpregnant animals at 5 hours after intravenous injection of gold nanoparticles (1.5-, 4.5-, 13-, 30-, and 70-nm diameter). Tsyganova et al. (2014) found increased gold content in liver and spleen of fetuses following intravenous injection of gold nanoparticles (5 and 30 nm) into pregnant rats. Following rather high doses (25−30 mg/day) of ingested $TiO_2$ nanoparticles (10 nm) to rat dams from Gestation Day 2 to 21, pups sacrificed 1 day after birth have increased titanium content in the hippocampus (Mohammadipour et al., 2014). Overall, these studies show that a small fraction of nanoparticles entering circulation may reach fetuses.

### 4.3.4 Factors Modulating Particle Clearance

#### 4.3.4.1 Age

It was previously concluded that there appeared to be no clear evidence for any age-related differences in clearance from the lung or total respiratory tract, either from child to adult, or young adult to elderly (U.S. EPA, 2004, 1996). Studies showed either no change or some slowing in mucus clearance with age after maturity. Although some differences in alveolar macrophage function were reported between mature and senescent mice, no age-related decline in macrophage function had been observed in humans. A comprehensive review of the literature provided in the last PM ISA (U.S. EPA, 2009) supported a decrease in mucociliary clearance with increasing age beyond adulthood in humans and animals. Limited animal data also suggest macrophage-mediated alveolar clearance may also decrease with age. This evidence is briefly paraphrased below.

Ho et al. (2001) demonstrated that nasal mucociliary clearance rates were about 40% lower in old (age >40−90 years) versus young (age 11−40 years) men and women. Tracheal mucus velocities in elderly (or aged) humans and beagle dogs are about 50% that of young adults (Whaley et al., 1987; Goodman et al., 1978). Several human studies have demonstrated decreasing rates of mucociliary particle

clearance from the large and small bronchial airways with increasing age (Svartengren et al., 2005; Vastag et al., 1985; Puchelle et al., 1979). Linear fits to the data show that rapid clearance (within 1 hour) from large bronchi and prolonged clearance (between 1−21 days) from the small bronchioles in an 80-year-old is only about 50% of that in a 20-year-old (Svartengren et al., 2005; Vastag et al., 1985). One study reported that alveolar particle clearance rates decreased by nearly 40% in old versus young rats (Muhle et al., 1990). Another study has reported that older rats have an increased susceptibility to pulmonary infection due to altered alveolar macrophage function and slowed bacterial clearance (Antonini et al., 2001). Although data are somewhat limited, they consistently show a depression of clearance throughout the respiratory tract with increasing age from young adulthood in humans and laboratory animals.

#### 4.3.4.2 Sex

Sex was not found to affect clearance rates in prior reviews (U.S. EPA, 2004, 1996). Studies included in the most recent review (U.S. EPA, 2009) also showed that human males and females have similar nasal mucus clearance rates (Ho et al., 2001), tracheal mucus velocities (Yeates et al., 1981), and large bronchial airway clearance rates (Vastag et al., 1985).

#### 4.3.4.3 Respiratory Tract Disease

At the time of the last two reviews (U.S. EPA, 2004, 1996), it was well recognized that obstructive airways disease may influence both the site of initial deposition and the rate of mucociliary clearance from the airways. When deposition patterns are matched, mucociliary clearance rates are reduced in patients with COPD relative to healthy controls. The effects of acute bacterial/viral infections and cough on mucociliary clearance were briefly summarized in Section 10.4.2.5 (U.S. EPA, 1996) and Section 6.3.4.4 (U.S. EPA, 2004) of past reviews. While cough is generally a reaction to some inhaled stimulus, in some cases, especially respiratory disease, it can also serve to clear the upper bronchial airways of deposited substances by dislodging mucus from the airway surface. One of the difficulties in assessing effects on infection on mucociliary clearance is that spontaneous coughing increases during acute infections. Cough has been shown to supplement mucociliary clearance of secretions, especially in patients with obstructive lung disease and primary ciliary dyskinesia.

Using a bolus technique to target specific lung regions, Möller et al. (2008) examined particle clearance from the ciliated airways and alveolar region of healthy subjects, smokers, and patients with COPD. Airway retention after 1.5 hours was significantly lower in healthy subjects (89 ± 6%) than smokers (97 ± 3%) or COPD patients (96 ± 6%). At 24 and 48 hours, retention remained significantly higher in COPD patients (86 ± 6% and 82 ± 6%, respectively) than healthy subjects (75 ± 10% and 70 ± 9%, respectively). However, these findings are confounded by the more central pattern of deposition

in the healthy subjects than in the smokers and COPD patients. Alveolar retention of particles was similar between the groups at 48 hours post-inhalation.

The effect of asthma on lung clearance of particles may depend on disease status. Lay et al. (2009) found significantly ($p < 0.01$) more rapid particle (0.22 µm) mucociliary clearance over a 2-hour period post-inhalation in mild asthmatics than in healthy volunteers. Although the pattern of deposition tended to be more central in the asthmatics, there was not a statistically significant difference from healthy controls ($p = 0.24$). The extent of central relative to peripheral airways deposition was well correlated with the lung retention at 2 hours post-inhalation in the subjects with asthma ($r = -0.78$, $p < 0.01$) but not the healthy subjects. In vivo uptake by airway macrophages in mild asthmatics was also enhanced relative to healthy volunteers ($p < 0.01$). In an ex vivo study, airway macrophages from individuals with more severe asthma had impaired phagocytic capacity relative to less severely affect asthmatics and healthy volunteers (Alexis et al., 2001). Lay et al. (2009) concluded that enhanced uptake and processing of particulate antigens could contribute to the pathogenesis and progression of allergic airways disease in asthmatics and may contribute to an increased risk of exacerbations with particulate exposure.

Chen et al. (2006) investigated the effect of endotoxin on the disposition of particles. Healthy rats and those pretreated with endotoxin (12 hours before particle instillation) were instilled with ultrafine (56.4 nm) or fine (202 nm) particles. In healthy rats, there were no marked differences in lung retention or systemic distribution between the ultrafine and fine particles. In healthy animals, UFPs were primarily retained in lungs (72 ± 10% at 0.5−2 hours; 65 ± 1% at 1 day; 62 ± 5% at 5 days). Particles were also detected in the blood (2 ± 1% at 0.5−2 hours; 0.1 ± 0.1% at 5 days) and liver (3 ± 2% at 0.5−2 hours; 1 ± 0.1% at 5 days) of the healthy animals. At 1-day post-instillation, about 13% of the particles were excreted in the urine or feces of the healthy animals. In rats pretreated with endotoxin, by 2 hours post-instillation, the UFPs accessed the blood (5 vs. 2%) and liver (11 vs. 4%) to a significantly greater extent than fine particles. The endotoxin-treated rats also had significantly greater amounts of UFPs in the blood (5 vs. 2%) and liver (11 vs. 3%) relative to the healthy control rats. This study demonstrates that acute pulmonary inflammation caused by endotoxin increases the migration of UFPs into systemic circulation.

Adamson and Prieditis (1995) investigated the possibility that particle deposition into an already injured lung might affect particle retention and enhance the toxicity of "inert" particles. Bleomycin was instilled into mice to induce epithelial necrosis and subsequent pulmonary fibrosis. Instilled 3 days following bleomycin treatment, while epithelial permeability was compromised, carbon black particles in treated mice were translocated to the interstitium and showed increased pulmonary retention relative to untreated mice. When instilled at 4 weeks after bleomycin treatment, after epithelial integrity was restored, carbon black particle retention was similar between treated and untreated mice with minimal translocation to the interstitium. The instillation of carbon particles did not appear to increase lung injury

in the bleomycin treated mice at either time point. This study shows that integrity of the epithelium affects particle retention and translocation into interstitial tissues.

#### 4.3.4.4 Particle Overload

Unlike other laboratory animals, rats appear susceptible to "particle overload" effects due to impaired macrophage-mediated alveolar clearance. Numerous reviews have discussed this phenomenon and the difficulties it poses for the extrapolation of chronic effects in rats to humans (Oberdorster, 2002; ILSI, 2000; Miller, 2000; Oberdorster, 1995; Morrow, 1994). Large mammals have slow pulmonary particle clearance and retain particles in interstitial tissues under normal conditions, whereas rats have rapid pulmonary clearance and retain particles in alveolar macrophages (Snipes, 1996). With chronic high doses of PM there is a shift in the pattern of dust accumulation and response from that observed at lower doses in rat lungs (Snipes, 1996; Vincent and Donaldson, 1990). Rats chronically exposed to high concentrations of insoluble particles experience a reduction in their alveolar clearance rates and an accumulation of interstitial particle burden (Bermudez et al., 2004; Bermudez et al., 2002; Warheit et al., 1997; Oberdörster et al., 1994a; Oberdörster et al., 1994b; Ferin et al., 1992). With continued exposure, some rats eventually develop pulmonary fibrosis and both benign and malignant tumors (Warheit et al., 1997; Lee et al., 1986; Lee et al., 1985a, b). Oberdorster (1996) and Oberdorster (2002) proposed that high-dose effects observed in rats may be associated with two thresholds. The first threshold is the pulmonary dose that results in a reduction in macrophage-mediated clearance. The second threshold, occurring at a higher dose than the first, is the dose at which antioxidant defenses are overwhelmed and pulmonary tumors develop. Intrapulmonary tumors following $TiO_2$ exposures are exclusive to rats and are not found in mice or hamsters (Mauderly, 1997). Moreover, Lee et al. (1985a) noted that the squamous cell carcinomas observed with prolonged high concentration $TiO_2$ exposures developed from the alveolar lining cells adjacent to the alveolar ducts, whereas squamous cell carcinomas in humans, which are generally linked with cigarette smoking, are thought to arise from basal cells of the bronchial epithelium. Quoting Lee et al. (1986), "Since the lung tumors were a unique type of experimentally induced tumor under exaggerated exposure conditions and have not usually been seen in man or animals, their relevance to man in questionable."

### 4.3.5 Summary

For any given particle size, the pattern of particle deposition influences clearance by partitioning deposited material between regions of the respiratory tract. Particles depositing in the mouth may generally be assumed to be swallowed or removed by expectoration. About 80% of particles deposited in nasal passages and the majority deposited in the tracheobronchial airways move via mucociliary transport towards the nasopharynx and are swallowed. The primary alveolar clearance mechanism of poorly soluble particles is macrophage phagocytosis and migration to terminal bronchioles where the cells are cleared by

the mucociliary escalator. Movement of particles into the lymphatics, both as free particles and in macrophages, also contributes to alveolar clearance. Clearance from both the tracheobronchial and alveolar region is more rapid in rodents than humans. Mucociliary and macrophage-mediated clearance decreases with age beyond adulthood.

A small fraction of nanoparticles (≤100 nm) depositing in the alveolar region translocate rapidly (≤1 hour) from the lungs in a size dependent manner. The fraction of nanoparticles translocating from the peripheral lung into circulation is generally low (less than a fraction of a percent) for larger nanoparticles (18−80 nm) but can approach several percent for extremely small particles (1.4−2.8 nm). Particle translocation has not been reported for particles larger than 200 nm. Translocation has now been reported in both a human study as well as numerous animal studies. Of particles found in circulation following delivery to the lung, the majority (~95%) arrive via the lung's air-blood barrier with the remainder (~5%) coming from gastrointestinal absorption. These particles are cleared from circulation fairly rapidly (hours to days) by accumulation predominately in the skeleton, soft tissues, and fat and secondarily by accumulation within the liver and spleen. Particles injected into circulation, however, accumulate predominately within the liver, suggesting a differing protein corona from those derived from the lung and gastrointestinal tract. Following nanoparticle inhalation or ingestion, particles may be identified in the blood out to a month after delivery. This longer term presence of particles in the blood is believed to result from continued particle clearance from the lung. Some limited new evidence in rodents suggests a small fraction of nanoparticles may also reach fetuses.

The translocation of particles from the olfactory mucosa via axons to the olfactory bulb has been reported in primates, rodents, and freshwater pike for numerous compounds of varying composition, particle size, and solubility. The rate of translocation is rapid, perhaps less than an hour. Axonal transport of poorly soluble particles is thought to be limited to those under 200 nm in diameter. It is unclear to what extent translocation to the olfactory bulb and other brain regions may occur. The most extensive study of olfactory translocation has been for manganese compounds. For manganese particles, most of the manganese found in brain regions beyond the olfactory bulb is believed to derive from the blood rather than from the olfactory bulb. New particle deposition modeling suggests that deposition on the olfactory mucosa with subsequent translocation to the olfactory bulb may be important in humans as well as rodents.

# CHAPTER 5 RESPIRATORY EFFECTS

***Summary of Causality Determinations for Short- and Long-Term Particulate Matter (PM) Exposure and Respiratory Effects***

This chapter characterizes the scientific evidence that supports causality determinations for short- and long-term PM exposure and respiratory effects. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (see Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. The evidence presented throughout this chapter support the following causality determinations. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015).

| Size Fraction | Causality Determinations |
| --- | --- |
| *Short-Term Exposure* | |
| $PM_{2.5}$ | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer |
| *Long-Term Exposure* | |
| $PM_{2.5}$ | Likely to be causal |
| $PM_{10-2.5}$ | Inadequate |
| UFP | Inadequate |

## 5.1 Short-Term $PM_{2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA (U.S. EPA, 2009) concluded there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[59] This conclusion was based mainly on epidemiologic evidence demonstrating associations between short-term $PM_{2.5}$ exposure and various respiratory effects. The more limited evidence from controlled human exposure and animal toxicological studies provided coherence and biological plausibility for a subset of respiratory effects for which $PM_{2.5}$-related associations were observed in epidemiologic studies. In addition, the 2009 PM ISA described epidemiologic evidence as consistently showing $PM_{2.5}$-associated increases in hospital admissions and emergency department (ED) visits for chronic obstructive pulmonary disease (COPD) and respiratory infection among adults or people of all ages, as well as increases in respiratory mortality.

[59] As detailed in the Preface, risk estimates are for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations unless otherwise noted.

Epidemiologic evidence was inconsistent for hospital admissions or ED visits for asthma but supported associations with increased respiratory symptoms and decreases in lung function in children with asthma. Studies examining copollutant models showed that $PM_{2.5}$ associations with respiratory effects were robust to inclusion of CO or $SO_2$ in the model but were often attenuated with the inclusion of $O_3$ or $NO_2$.

Evidence supporting an independent effect of $PM_{2.5}$ exposure on the respiratory system was provided by animal toxicological studies of $PM_{2.5}$ concentrated ambient particles (CAPs) demonstrating changes in some pulmonary function parameters, as well as inflammation, oxidative stress, injury, enhanced allergic responses, and reduced host defenses. Many of these effects have been implicated in the pathophysiology for asthma exacerbation, COPD exacerbation, or respiratory infection. Some of these effects were also observed with diesel exhaust (DE) or woodsmoke exposures; however, there was no attempt to attribute the effect to the particulate or gaseous components of the mixture. In the few controlled human exposure studies conducted in individuals with asthma or COPD, $PM_{2.5}$ exposure mostly had no effect on respiratory symptoms, lung function, or pulmonary inflammation. Short-term $PM_{2.5}$ exposure was not clearly related to respiratory effects in healthy people.

Evidence integrated across scientific disciplines linked respiratory effects to several $PM_{2.5}$ components such as elemental carbon/black carbon (EC/BC), organic carbon (OC), and metals and $PM_{2.5}$ sources such as wildfires and traffic. However, there were few studies on any given component or source, and disparate outcomes were examined across studies and disciplines, complicating the overall interpretation of results. Consequently, the 2009 PM ISA did not make a conclusion with respect to PM sources and components specifically for respiratory effects, but broadly concluded that "many [components] of PM can be linked with differing health effects, and the evidence is not yet sufficient to allow differentiation of those components or sources that are more closely related to specific health outcomes" (U.S. EPA, 2009).

The following section on short-term $PM_{2.5}$ exposure and respiratory effects opens with a discussion of biological plausibility (Section 5.1.1) that provides background for the subsequent sections in which groups of related endpoints are presented in the context of relevant disease pathways. The organization of sections by outcome group aims to clearly characterize the extent of coherence among related endpoints (e.g., hospital admissions, symptoms, inflammation) and biological plausibility of $PM_{2.5}$ effects. These outcome groups include asthma exacerbation (Section 5.1.2), COPD exacerbation (Section 5.1.4), respiratory infection (Section 5.1.5), combinations of respiratory-related disease hospital admissions and ED visits (Section 5.1.6), and respiratory mortality (Section 5.1.9). New to this ISA are distinct discussions of allergy exacerbation (Section 5.1.3), respiratory effects in healthy populations (Section 5.1.7), and respiratory effects in populations with cardiovascular disease (Section 5.1.8). Section 5.1.10 comprises an integrated discussion of policy-relevant considerations across the epidemiologic studies evaluated within Section 5.1. The evaluation of whether there is evidence of differential associations by various $PM_{2.5}$ components and sources, compared to $PM_{2.5}$ mass, is detailed in Section 5.1.11.

### 5.1.1 Biological Plausibility

This section describes biological pathways that potentially underlie respiratory health effects resulting from short-term exposure to $PM_{2.5}$. Figure 5-1 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how short-term exposure to $PM_{2.5}$ may lead to respiratory health effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.1. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.

Once $PM_{2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). Insoluble and soluble components of $PM_{2.5}$ may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS), and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

Evidence that short-term exposure to $PM_{2.5}$ may affect the respiratory tract generally falls along two proposed pathways (Figure 5-1). The first pathway begins with injury, inflammation, and oxidative stress responses, which are difficult to disentangle. Inflammation generally occurs as a consequence of injury and oxidative stress, but it can also lead to further oxidative stress and injury due to secondary production of ROS by inflammatory cells. The second pathway begins with the activation of sensory nerves in the respiratory tract that can trigger local reflex responses and transmit signals to regions of the central nervous system that regulate autonomic outflow.




COPD = chronic obstructive pulmonary disease; HR = heart rate; HRV = heart rate variability; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving $PM_{2.5}$ exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-1 Potential biological pathways for respiratory effects following short-term $PM_{2.5}$ exposure.**

#### 5.1.1.1 Injury, Inflammation, and Oxidative Stress

Regarding the first pathway, a large body of evidence mainly from animal toxicological studies (Section 5.1.7.3 and Section 5.1.8) found injury, inflammation, and oxidative stress responses in healthy individuals and animals. These responses are highly variable. In studies involving concentrated ambient particles (CAPs) exposure, variability may be due to differences in concentration and sources of $PM_{2.5}$ present in the airshed. Multiday exposures generally resulted in more robust responses than exposures of a few hours. Some studies in humans and animals that examined markers in bronchoalveolar lavage fluid (BALF) found increased numbers of macrophages and neutrophils. Animal toxicological studies examining responses in lung tissue found markers of injury and oxidative stress, such as increased lung water and protein carbonyl content (Rhoden et al., 2004; Gurgueira et al., 2002), and markers of

inflammation such as recruitment of macrophage populations (Xu et al., 2013). Other studies found evidence of mild morphologic changes, such as hyperplasia of the bronchoalveolar duct (Batalha et al., 2002) and changes in the mucus content of the nasal epithelium (Yoshizaki et al., 2016), that could be downstream effects of inflammation following inhalation of $PM_{2.5}$. Inflammation may lead to other downstream effects, such as lung function decrements. A decrease in maximal mid-expiratory flow coupled with a decrease in oxygen saturation, possibly indicating dysfunction of small peripheral airways, was observed in healthy humans following inhalation of $PM_{2.5}$ (Gong et al., 2005). It is not clear whether the decrement in lung function seen in this study was due to inflammation or to autonomic nervous system (ANS) responses, which are discussed below.

Some experimental evidence focuses on respiratory responses in specific disease states, such as asthma and COPD, in which inflammation is known to play an important role. In animal models of allergic airway disease, which share many phenotypic features with asthma in humans, short-term exposure to $PM_{2.5}$ led to morphologic changes due to allergic responses and airway remodeling (Section 5.1.2.4). These morphologic changes could lead to lung function decrements and respiratory symptoms, both of which are associated with $PM_{2.5}$ concentrations in epidemiologic panel studies of humans with asthma (Section 5.1.2.2 and Section 5.1.2.3). Further, evidence from epidemiologic panel studies in children with asthma linked $PM_{2.5}$ concentrations to the inflammatory marker leukotriene E4, asthma symptoms, medication use (Section 5.1.2.2 and Section 5.1.2.4), and decrements in lung function (Section 5.1.2.3). Overall, these results provide plausibility for epidemiologic findings of hospital admissions and ED visits for asthma (Section 5.1.2.1).

Injury and inflammatory responses to inhaled CAPs were more robust in animal models of COPD than in healthy animals (Saldiva et al., 2002; Kodavanti et al., 2000; Clarke et al., 1999). Lung function-related changes in oxygen saturation, $FEV_1$, and tidal volume were seen in controlled human exposure studies involving human subjects with COPD and in animal models of COPD following short-term exposure to $PM_{2.5}$ (Gong et al., 2005; Saldiva et al., 2002; Clarke et al., 1999) and provide plausibility for epidemiologic findings of exacerbation of COPD (Section 5.1.4). Whether these COPD-related changes in lung function were due to inflammation or to ANS responses, which are discussed below, is not clear.

In animal toxicological studies, inhalation of $PM_{2.5}$ resulted in additional effects on the immune system subsequent to respiratory tract inflammation and oxidative stress. Allergic sensitization occurred in one study using diesel exhaust particles [DEPs; Whitekus et al. (2002)]. It was blocked by treatment with antioxidants (depicted by the solid line connecting oxidative stress and allergic sensitization in Figure 5-1), indicating a role for oxidative stress in mediating the response. Allergic sensitization is an early step in the development of an allergic phenotype, which could contribute to both lung function decrements and respiratory symptoms. Another study found altered macrophage function and increased susceptibility to an infectious agent following inhalation of CAPs (Zelikoff et al., 2003). This

demonstration of impaired host defense provides plausibility for epidemiologic findings of respiratory infection (Section 5.2.6).

#### 5.1.1.2 Activation of Sensory Nerves

Regarding the second pathway, activation of sensory nerves, animal toxicological studies described in the previous ISA and later in this chapter demonstrate changes in respiratory rate and lung volumes (i.e., rapid, shallow breathing; Section 5.1.7 and Section 5.1.8). These responses are characteristic of airway irritant responses. Activation of sensory nerves in the respiratory tract can trigger local reflex responses resulting in lung function decrements and airway inflammation. Evidence that lung irritant responses are mediated by parasympathetic pathways involving the vagus nerve is provided by a study in which DEPs were intra-tracheally instilled into a rodent [Mcqueen et al. (2007); this evidence is depicted as a solid line connecting activation of sensory nerves and local reflex responses in Figure 5-1]. In this study, pretreatment with atropine, an inhibitor of parasympathetic pathways, and vagotomy, which involves severing of the vagus nerve, blocked the irritant response to DEP. Airway irritant responses serve as adaptive responses to a noxious chemical that can potentially decrease exposure to that chemical. While some studies in humans and animals involving inhalation of $PM_{2.5}$ found $FEV_1$ changes, it is not clear whether this effect was mediated by airway irritant responses or by inflammation.

Activation of sensory nerves in the respiratory tract can also transmit signals to regions of the central nervous system that regulate autonomic outflow and influence all the internal organs, including the heart. Involvement of specific receptors on the sensory nerves, the transient receptor potential (TRP) sensory nerve receptors, was demonstrated by Ghelfi et al. (2008) because TRP antagonists blocked downstream effects of exposure to $PM_{2.5}$ on the heart (depicted by the solid line connecting activation of sensory nerves and cardiac oxidative stress and function in Figure 5-1). In this study, modulation of the ANS resulted in altered autonomic outflow, which was manifested as a change in heart rate (see Section 8.1.1 and Section 6.1.1).

Furthermore, studies suggest connections between $PM_{2.5}$-mediated modulation of the ANS and other effects. A study in mice found that short-term exposure to $PM_{2.5}$ increased sympathetic nervous system (SNS) activity, as indicated by increased norepinephrine levels in lung and brown adipose tissue (Chiarella et al., 2014). Furthermore, inhalation of $PM_{2.5}$ increased BALF cytokine levels, an effect which was enhanced by β2 adrenergic receptor agonists, which mimic the actions of norepinephrine. By comparing responses in wild-type and knockout mice lacking the β2 adrenergic receptor specifically in alveolar macrophage, it was demonstrated that inhalation of $PM_{2.5}$ enhanced cytokine release from alveolar macrophages. This involvement of the SNS in $PM_{2.5}$-mediated inflammatory responses is depicted by the solid line connecting modulation of the ANS and respiratory tract inflammation in Figure 5-1. The SNS is one arm of the ANS (the other arm being the parasympathetic nervous system). This is likely to represent a positive feedback mechanism by which ANS responses may enhance inflammation.

Another study found upregulation of the renin-angiotensin system (RAS), as indicated by an increase in mRNA for angiotensin receptor type 1 and angiotensin converting enzyme, in the lung (Aztatzi-Aguilar et al., 2015). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. The SNS and the RAS are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. However, it is not known whether SNS activation or some other mechanism mediated the changes in the RAS observed in the respiratory tract in this study.

#### 5.1.1.3 Summary

As described here, there are two proposed pathways by which short-term exposure to $PM_{2.5}$ may lead to respiratory health effects. One pathway involves respiratory tract injury, inflammation, and oxidative stress that may lead to morphologic changes and lung function decrements, which are linked to asthma and COPD exacerbations. Respiratory tract inflammation may also lead to altered host defense, which is linked to increased respiratory infections. The second pathway involves the activation of sensory nerves in the respiratory tract leading to lung function decrements, which are linked to asthma and COPD exacerbations. While experimental studies involving animals or human subjects contribute most of the evidence of upstream effects, epidemiologic studies found associations between exposure to $PM_{2.5}$ and both respiratory tract inflammation and lung function decrements. Together, these proposed pathways provide biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.1.12).

### 5.1.2 Asthma Exacerbation

Asthma is a chronic inflammatory lung disease characterized by reversible airway obstruction and increased airway responsiveness. Exacerbation of disease is associated with symptoms such as wheeze, cough, chest tightness, and shortness of breath. Symptoms may be treated with asthma medication, and uncontrollable symptoms may result in individuals seeking medical treatment (e.g., visiting a hospital). Previous findings linking short-term $PM_{2.5}$ exposure to asthma exacerbation, particularly from epidemiologic studies of children, representing one line of evidence informing the determination of a *likely to be causal relationship* with respiratory effects. Some incoherence was noted in the evidence for children with asthma in that $PM_{2.5}$ concentrations were associated with respiratory symptoms and lung function decrements but inconsistently and imprecisely associated with hospital admissions and ED visits for asthma. However, the main uncertainty was whether $PM_{2.5}$ exposure had an effect independent of correlated copollutants. In the few epidemiologic studies that examined copollutant confounding, $PM_{2.5}$ associations with asthma-related effects did not always persist in models that included $O_3$, $NO_2$, CO, or $SO_2$. Further, in the 2009 PM ISA, coherence between evidence for allergic responses and epidemiologic findings for asthma exacerbation was not assessed for short-term $PM_{2.5}$ exposure. In controlled human

exposure and animal toxicological studies reviewed in the 2009 PM ISA, short-term $PM_{2.5}$ exposure induced allergic inflammation, which is part of the pathophysiology for allergic asthma. Allergic asthma is the most common asthmatic phenotype in children, and allergic inflammation could link $PM_{2.5}$ exposure and asthma exacerbation.

In characterizing the current state of the evidence, this section begins by considering the effects of short-term exposure to $PM_{2.5}$ on clinical indicators of asthma exacerbation (i.e., hospital admissions, ED visits, and physician visits for asthma) and then considers respiratory symptoms and asthma medication use in people with asthma. The evaluation follows with a consideration of the effects of short-term exposure to $PM_{2.5}$ on lung function, which may indicate airway obstruction and poorer control of asthma. The last section describes the evidence for subclinical effects such as pulmonary inflammation and oxidative stress resulting from short-term exposure to $PM_{2.5}$.

In addition to examining the relationship between short-term $PM_{2.5}$ exposure and asthma exacerbation, some epidemiologic studies often conduct analyses to assess whether the associations observed are due to chance, confounding, or other biases. For this reason, the evidence across epidemiologic studies is not discussed within this section, but evaluated in Section 5.1.10 in an integrative manner focusing specifically on those analyses that address policy-relevant issues. These include evaluations of copollutant confounding (Section 5.1.10.1), model specification (Section 5.1.10.2), lag structure (Section 5.1.10.3), the role of season and temperature on $PM_{2.5}$ associations (Section 5.1.10.4), averaging time of $PM_{2.5}$ concentrations (Section 5.1.10.5), and concentration-response (C-R) and threshold analyses (Section 5.1.10.6). The studies that inform these issues and evaluated within these sections are primarily epidemiologic studies that conducted time-series or case-crossover analyses examining asthma hospital admissions and ED visits.

#### 5.1.2.1 Hospital Admissions and Emergency Department (ED) Visits

The 2009 PM ISA reported inconsistent evidence of associations between short-term increases in $PM_{2.5}$ concentration and hospital admissions and ED visits for asthma in children, but it reported generally consistent positive associations in studies focusing on adults and people of all ages combined (U.S. EPA, 2009). However, the evaluation of results from studies conducted in populations of children is complicated by the difficulty in reliably diagnosing asthma in children <5 years of age because young children often have transient wheeze (NAEPP, 2007). The inclusion of children <5 years of age may add some uncertainty to the results of studies focusing on all children, but the few studies that presented results in children older than 5 years did indicate $PM_{2.5}$-associated increases in asthma hospital admissions and ED visits. The examination of potential copollutant confounding was not thoroughly considered by the studies evaluated in the 2009 PM ISA but provided some evidence that $PM_{2.5}$-asthma hospital admission and ED visit associations are robust to the inclusion of gaseous pollutants in copollutant models. Across studies, associations were observed for a range of lags, with evidence that risk

estimates for asthma hospital admissions and ED visits increased in magnitude for longer or cumulative lags.

Asthma hospital admissions and ED visit studies are evaluated separately because only a small percentage of asthma ED visits result in a hospital admission. As a result, asthma ED visits may represent less severe outcomes compared with asthma hospital admissions. For each of the studies evaluated in this section, Table 5-1 presents the air quality characteristics of each city, or across all cities, the exposure assignment approach used, and information on copollutants examined in each asthma hospital admission and ED visit study. Other recent studies of asthma hospital admissions and ED visits are not the focus of this evaluation because they did not address uncertainties and limitations in the evidence previously identified, and therefore, do not directly inform the discussion of policy-relevant considerations detailed in Section 5.1.10. Additionally, many of these studies were conducted in small single cities, encompassed a short study duration, or had insufficient sample size. The full list of these studies can be found here: (https:/hero.epa.gov/hero/particulate-matter).

Recent studies expand the evidence base from the 2009 PM ISA (U.S. EPA, 2009) with respect to the evaluation of asthma hospital admissions and further reinforce the results reported in studies that examined asthma ED visits. As summarized in Figure 5-2 and Figure 5-3, both studies of hospital admissions and ED visits report evidence of consistent positive associations when examining children and people of all ages, with inconsistent evidence of associations with short-term $PM_{2.5}$ exposure for older adults (i.e., generally >65 years of age). These results are further supported by meta-analyses that include studies reviewed in and published since the 2009 PM ISA (Fan et al., 2015; Zheng et al., 2015). The results from asthma hospital admission and ED visit studies are supported by a study focusing on asthma physician visits in Atlanta, GA, for the initial time period of the study, but this pattern of associations was not observed for the later time period (Sinclair et al., 2010). However, it is important to note that the severity of a $PM_{2.5}$-related asthma exacerbation, personal behavior such as delaying a visit to the doctor for less severe symptoms, and insurance type (i.e., physician visits which often are ascertained for members of a managed care organization) may dictate whether an individual visits the doctor or a hospital, making it difficult to readily compare results between studies focusing on physician visits versus hospital admissions and ED visits.




avg = average; DL = distributed lag; ED = emergency department; ICU = intensive care unit; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm;

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]ICU hospital admissions.

[b]Non-ICU hospital admissions.

[c]Values of confidence intervals not reported, but above the null.

[d]Combination of hospital admissions and ED visits.

[e]Time-series model results.

[f]Case-crossover model results.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-2 Summary of associations between short-term $PM_{2.5}$ exposures and asthma hospital admissions for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**




avg = average; DL = distributed lag; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-3 Summary of associations from studies of short-term $PM_{2.5}$ exposures and asthma emergency department visits for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

**Table 5-1 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration µg/m[3a] | Upper Percentile Concentrations µg/m[3a] | Copollutant Examination |
|---|---|---|---|---|
| *Hospital Admissions* | | | | |
| †Yap et al. (2013)<br>12 counties, Central Valley and South Coast, CA<br>2000−2005<br>1−9 yr | Average of all monitors in each county | 12.8−24.6 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties<br>1999−2010<br>≥65 yr | Average of all monitors in each county | U.S.: 12.3<br>Northeast: 12.0<br>Midwest: 12.9<br>South: 12.4<br>West: 11.3 | Max U.S.: 20.2<br>Northeast: 16.4<br>Midwest: 16.5<br>South: 16.5<br>West: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Hebbern and Cakmak (2015)<br>10 Canadian cities<br>1994−1997<br>All ages | Average of all monitors in each city | 2.6−21.4 | NR | Correlation (*r*): NA<br>Copollutant models with: Pollen |
| †Silverman and Ito (2010)<br>New York, NY<br>1999−2006 (warm season only)<br>All ages, 6−18 yr, ≥50 yr | Average of 24 monitors | 13[b] | 75th: 21<br>90th: 29 | Correlation (*r*): 0.59 $O_3$<br>Copollutant models with: $O_3$ |
| †Liu et al. (2016)<br>Greater Houston area, TX<br>2008−2013<br>All ages | Average of four monitors in one county, study area covers nine counties | 12.0 | 90th: 18.5 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration μg/m³ᵃ | Upper Percentile Concentrations μg/m³ᵃ | Copollutant Examination |
|---|---|---|---|---|
| †Kim et al. (2012)<br>Denver, CO<br>2003−2007<br>All ages | One monitor | 7.9 | Max: 59.4 | Correlation (*r*): 0.46 EC, 0.54, OC, 0.68 $SO_4$, 0.82, $NO_3$<br>Copollutant models with: NA |
| †Iskandar et al. (2012)<br>Copenhagen, Denmark<br>2001−2008<br>0−18 yr | One monitor | 10.3 | 75th: 11.8 | Correlation (*r*): 0.33 $NO_2$, 0.28 $NO_X$, 0.85 $PM_{10}$, 0.26 UFP<br>Copollutant models with: $NO_2$, $NO_X$, UFP |
| †Chen et al. (2016)<br>Adelaide, Australia<br>2003−2013<br>0−17 yr | One monitor | 7.8 | 75th: 9.1<br>Max: 61.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Cheng et al. (2015)<br>Kaohsiung, Taiwan<br>2006−2010<br>All ages | Six monitors averaged | 45.9 | 75th: 61.9<br>Max: 144 | Correlation (*r*): 0.69 $PM_{10-2.5}$, 0.40 $O_3$, 0.67 $NO_2$, 0.69 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ (but all stratified by temperature) |
| †Zhao et al. (2016)<br>Dongguan, China<br>2013−2015<br>All ages | Five monitors averaged | 42.6 | 75th: 56.8<br>Max: 192.7 | Correlation (*r*): 0.40 $O_3$, 0.67 $NO_2$, 0.69 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, $SO_2$ |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration µg/m³[a] | Upper Percentile Concentrations µg/m³[a] | Copollutant Examination |
|---|---|---|---|---|
| *ED Visits* | | | | |
| ATSDR (2006)<br>Manhattan and Bronx, NY<br>1999−2000<br>All ages | One monitor per borough | 24-h avg<br>Manhattan: 16.7<br>Bronx: 15.0<br>1-h max<br>Manhattan: 27.6<br>Bronx: 27.6 | NR | Correlation (*r*): Bronx<br>24-h avg: 0.19 $O_3$, 0.61 $NO_2$, 0.45 $SO_2$, 0.19 pollen, 0.32 mold<br>1-h max: 0.35 $O_3$, 0.55 $NO_2$, 0.28 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, $SO_2$ |
| Ito et al. (2007)<br>New York, NY<br>1999−2002<br>All ages | Average of 30 monitors | 15.1 | 75th: 19<br>95th: 32 | Correlation (*r*): NA<br>Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ |
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000<br>All ages | One monitor | 19.2 | 90th: 32.3 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Stieb et al. (2009)<br>Seven Canadian cities<br>1992−2003, varies across cities<br>All ages | One monitor to average of seven<br>One monitor Halifax, Ottawa, Vancouver. Three Edmonton. Seven Montreal, Toronto. | Halifax: 9.8<br>Montreal: 8.6<br>Toronto: 9.1<br>Ottawa: 6.7<br>Edmonton: 8.5<br>Vancouver: 6.8 | 75th, Halifax: 11.3<br>Montreal: 10.9<br>Toronto: 11.9<br>Ottawa: 8.7<br>Edmonton: 10.9<br>Vancouver: 8.5 | No copollutant model<br>$r = -0.05$ to 0.62 $O_3$, 0.27−0.51 $NO_2$, 0.01−0.42 CO, 0.01−0.55 $SO_2$ |
| Paulu and Smith (2008)<br>Maine, whole state<br>2000−2003 (warm season only)<br>All ages | Kriging of monitors<br>Estimates for ZIP code centroid. Number monitors and method validation NR. | 8−9[b] | Max across yr: 20 in 2000 to 42 in 2003 | Does not persist with: $O_3$<br>*r* across yr = 0.76−0.87 $O_3$ |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration µg/m³ᵃ | Upper Percentile Concentrations µg/m³ᵃ | Copollutant Examination |
|---|---|---|---|---|
| †Alhanti et al. (2016)<br>Three U.S. cities<br>1993−2009<br>5−18 yr, ≥65 yr | Population weighted average across monitors in each city | Atlanta, GA: 14.1<br>St. Louis, MO: 13.6<br>Dallas, TX: 11.1 | NR | Correlation (*r*): 0.57 $O_3$, 0.39 $NO_2$ Atlanta, GA; 0.42 $O_3$, −0.15 $NO_2$ Dallas, TX; 0.29 $O_3$, 0.29 $NO_2$ St. Louis, MO<br>Copollutant models with: NA |
| †Krall et al. (2016)<br>Four U.S. cities<br>1999−2010<br>All ages | One monitor in each city | Atlanta, GA: 15.6<br>St. Louis, MO: 13.6<br>Dallas, TX: 10.7<br>Birmingham, AL: 17.0 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Malig et al. (2013)<br>35 California counties<br>2005−2008<br>All ages | Nearest monitor within 20 km from population-weighted centroid of each patient's residential ZIP code | 5.2−19.8 | NR | Correlation (*r*): NA<br>Copollutant models with: $PM_{10-2.5}$ |
| †Ostro et al. (2016)<br>2005−2009<br>Eight California metro areas<br>All ages | Nearest monitor within 20 km from population-weighted centroid of each patient's residential ZIP code | 16.5 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Xiao et al. (2016)<br>Georgia<br>2002−2008<br>2−18 yr | Combination of CMAQ model estimates and ground-based measurements at 12-km grid cells as detailed in Friberg et al. (2016); 10-fold cross validation, 76%; grid cells averaged over each ZIP code | 13.2 | 75th: 16.1<br>Max: 86.4 | Correlation (*r*): 0.61 $O_3$, 0.22 $NO_2$, 0.26 CO, 0.21 $SO_2$<br>Copollutant models with: NA |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration µg/m[3a] | Upper Percentile Concentrations µg/m[3a] | Copollutant Examination |
|---|---|---|---|---|
| †Strickland et al. (2015)<br>Georgia<br>2002−2010<br>2−18 yr | Satellite aerosol optical depth measurements at 1-km as detailed in Hu et al. (2014); $R^2$ ranged from 0.71 = 0.85; grid cells averaged over each ZIP code | 12.9[b] | 75th: 17.4<br>99th: 37.4 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Gleason et al. (2014)<br>New Jersey, whole state<br>2004−2007 (warm season only)<br>3−17 yr | Fuse-CMAQ at 12-km grid cells assigned to geocoded address | NR | Max: 47.2 | Correlation (*r*): <0.34 pollens, 0.56 $O_3$<br>Copollutant models with: Pollen |
| †Weichenthal et al. (2016)<br>Ontario, Canada (15 cities)<br>2004−2011<br>All ages | Nearest monitor to population-weighted ZIP code centroid or single available monitor | 7.1 | Max: 56.8 | Correlation (*r*): <0.42 $NO_2$<br>Copollutant models with: $O_3$, $NO_2$, oxidative potential |
| †Strickland et al. (2010)<br>1993−2004<br>Atlanta, GA<br>5−17 yr | Population-weighted average across monitors | 16.4 | NR | Correlation (*r*): Warm season = 0.50 $O_3$, 0.36 $NO_2$, 0.32 CO, 0.13 $SO_2$; cold season = −0.12 $O_3$, 0.37 $NO_2$, 0.38 CO, 0.00 $SO_2$.<br>Copollutant models with: NA |
| †Sarnat et al. (2015)<br>St. Louis, MO<br>2001−2003<br>All ages | One monitor | 18.0 | NR | Correlation (*r*): 0.25 CO, 0.35 $NO_2$, 0.08 $SO_2$, 0.23 $O_3$<br>Copollutant models with: NA |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration µg/m³[a] | Upper Percentile Concentrations µg/m³[a] | Copollutant Examination |
|---|---|---|---|---|
| †Byers et al. (2015)<br>Indianapolis, IN<br>2007−2011<br>All ages, 5−17 yr, ≥45 yr | Average of three monitors | 13.4 | NR | Correlation (*r*): 0.38 $SO_2$ |
| †Kim et al. (2015)[c]<br>Seoul, South Korea<br>2008−2011<br>All ages | Number of monitors not reported | 24.8 | 75th: 30.8 | Correlation (*r*): 0.02 $O_3$, 0.6 $PM_{10-2.5}$<br>Copollutant models with: NA |
| *Physician Visits* | | | | |
| †Sinclair et al. (2010)<br>Atlanta, GA<br>1998−2002<br>All ages | One monitor | Overall: 17.1<br>August 1998−August 2000: 18.4<br>September 2000−December 2002: 16.2 | NR | Correlation (*r*): Warm season = 0.63 $O_3$<br>Copollutant models with: NA |
| *Hospital Admissions and ED Visits, Separately* | | | | |
| Slaughter et al. (2005)<br>Spokane, WA<br>1995−1999<br>All ages | One monitor | NR | 90: 20.2 | Correlation (*r*): 0.62 CO<br>Copollutant models with: NA |
| †Winquist et al. (2012)<br>St. Louis, MO<br>2001−2007<br>All ages, 2−18 yr, ≥65 yr | One monitor | 14.4 | Max: 56.6 | Correlation (*r*): 0.25 $O_3$<br>Copollutant models with: NA |

**Table 5-1 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions, emergency department visits, physician visits for asthma.**

| Study, Location, Years, Age Range | Exposure Assessment | Mean Concentration μg/m³ᵃ | Upper Percentile Concentrations μg/m³ᵃ | Copollutant Examination |
|---|---|---|---|---|
| *Hospital Admissions and ED Visits, Combined* | | | | |
| †Li et al. (2011)<br>Detroit, MI<br>2004−2006<br>2−18 yr | Average of four monitors | 15.0 | 75th: 18.5<br>Max: 69.0 | Correlation (*r*): Across monitors = 0.59, 0.64 $NO_2$, 0.53, 0.43 $SO_2$, 0.30, 0.41 CO<br>Copollutant models with: NA |

avg = average; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; EC = elemental carbon; ED = emergency department; h = hour(s); km = kilometer; μg/m³ = micrograms per cubic meter; max = maximum; NA = not available; $NO_2$ = nitrogen dioxide; $NO_3$ = nitrate; $NO_X$ = sum of $NO_2$ and nitric oxide; NR = not reported; $O_3$ = ozone; OC = organic carbon; PM = particulate matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; $R^2$ = coefficient of determination; $SO_2$ = sulfur dioxide; $SO_4$ = sulfate; UFP = ultrafine particles; yr = year(s).

[a]All data are for 24-h avg unless otherwise specified.

[b]Median concentration.

[c]$PM_{2.5}$ data only available for 1 yr (2010).

†Studies published since the 2009 PM ISA.

#### 5.1.2.1.1 Hospital Admissions

Across recent studies, evidence supports an association between short-term $PM_{2.5}$ exposure and asthma hospital admissions, particularly in analyses of children and people of all ages (Figure 5-2). This evidence is supported by studies that examined associations with $PM_{2.5}$ within a state, across multiple cities, or individual cities. In 12 California counties encompassing the south coast and Central Valley, Yap et al. (2013) focused on examining the influence of socioeconomic status (SES) on hospital admissions for pediatric (children ages 1 to 9 years) respiratory conditions associated with $PM_{2.5}$ exposure (Chapter 12). For childhood asthma hospital admissions, the authors reported positive associations across each individual city with varying width of confidence intervals, resulting in relative risks for south coast and Central Valley combined ranging from 1.03−1.07 at lag 0−2 days. While Yap et al. (2013) reported evidence of positive associations in children, Bell et al. (2015) in a study of 213 U.S. counties focusing on older adults (i.e., ≥65 years of age), 70 of which had asthma data, did not observe an increase in asthma hospital admissions (RR: 1.00 [95% CI: 0.99, 1.01]; lag 1), but the authors only examined single-day lags.

Additional single-city studies conducted in the U.S., Canada, and internationally further examined associations between short-term $PM_{2.5}$ exposure and asthma hospital admissions in different age groups (i.e., people of all ages, children, and older adults). In New York City, NY, Silverman and Ito (2010) focused on asthma hospital admissions consisting of severe episodes that required a stay in the intensive care unit (ICU) and those that did not (non-ICU) across several different age ranges. Due to the focus on both $PM_{2.5}$ and $O_3$, the study authors limited analyses to the warm season (April−August). The authors examined people of all ages as well as children and adults. An increased risk for total asthma hospital admissions (combined ICU and non-ICU) for children 6−18 years of age was reported for $PM_{2.5}$ (RR: 1.16 [95% CI: 1.10, 1.22]; lag 0−1). An elevated risk due to $PM_{2.5}$ exposure was also evident when examining both ICU and non-ICU admissions for children 6−18 years of age (Figure 5-2). Results similar in magnitude were observed for both children and people of all ages, with associations smaller in magnitude and with wider confidence intervals for ages 50 and older. The results of Silverman and Ito (2010) are consistent with a study conducted by Winquist et al. (2012) in St. Louis, MO that also examined associations across several age ranges. The authors reported the strongest evidence of an association when examining people of all ages and children 2−18 years of age, with no evidence of an association for older adults (Figure 5-2). Kim et al. (2012), in a study in Denver, CO examined a longer lag structure, a 14-day distributed lag model, and reported evidence of a positive association between short-term $PM_{2.5}$ exposure and asthma hospital admissions for people of all ages (quantitative results not presented). However, Liu et al. (2016), in a study conducted in the greater Houston, TX area, did not report evidence of an association with $PM_{2.5}$ and unscheduled hospital admissions (quantitative results not presented). It is important to note that the population examined in Liu et al. (2016) consisted of individuals with private insurance, which differs from the other studies evaluated in this section that did

not differentiate among insurance coverage when identifying hospital admissions; therefore, the results may not be comparable.

Studies that examined several age ranges tended to indicate stronger associations, in both magnitude and precision, for children. Additional studies focusing only on children provide supporting evidence for associations between short-term $PM_{2.5}$ exposure and asthma hospital admissions. Li et al. (2011) in Detroit, MI; Chen et al. (2016) in Adelaide, Australia; and Iskandar et al. (2012) in Copenhagen, Denmark all reported evidence of positive associations at lag 0−4 days (Figure 5-2).

#### 5.1.2.1.2 Emergency Department (ED) Visits

Similar to hospital admission studies, recent ED visit studies provide evidence of generally consistent positive associations with short-term $PM_{2.5}$ exposures, particularly in studies focusing only on children and people of all ages, but not older adults (Figure 5-3). However, compared to the hospital admission studies, the magnitude of the association tends to be smaller for ED visits. The evidence supporting an association between short-term $PM_{2.5}$ exposure and asthma ED visits is derived from studies conducted over an entire state, across multiple cities, or in individual cities. Additional studies focusing on exposure-related issues, such as exposure assignment (Sarnat et al., 2013b; Strickland et al., 2011) and air exchange rates (Sarnat et al., 2013a), have also focused on examining the relationship between short-term $PM_{2.5}$ exposure and asthma ED visits. They provide additional supporting evidence and are characterized in Chapter 3 (Section 3.3.2.1 and Section 3.3.2.4.2).

Both Malig et al. (2013) and Ostro et al. (2016) in multilocation studies conducted in California that focused on people of all ages, 35 counties and 8 metropolitan areas, respectively, provided evidence of positive associations at lag 0. Ostro et al. (2016) reported an OR of 1.01 (95% CI: 1.00, 1.02), and Malig et al. (2013) reported an OR of 1.02 (95% CI: 1.01, 1.03). These results are consistent with those of Weichenthal et al. (2016) who also reported a positive association with asthma ED visits for people of all ages in a study in Ontario, Canada. This study, however, examined a multiday lag of 0−2 days. Krall et al. (2016) in a study of four U.S. cities (i.e., Atlanta, GA; Birmingham, AL; St. Louis, MO; and Dallas, TX) that primarily focused on $PM_{2.5}$ sources also reported positive associations with asthma/wheeze ED visits in city-specific analyses for people of all ages at lag 3 (quantitative results not presented). Additional evidence from single-city studies conducted in St. Louis, MO (Sarnat et al., 2015; Winquist et al., 2012) and Seoul, South Korea (Kim et al., 2015) reported associations similar in magnitude to the multilocation studies, but with wider confidence intervals (Figure 5-3). However, Byers et al. (2015) reported no evidence of an association for asthma hospital admissions for people of all ages in a study conducted in Indianapolis, IN (RR: 0.99 [95% CI: 0.98, 1.01]; lag 0−2).

While a few of the studies that conducted analyses focusing on people of all ages also included analyses on other age ranges including children (Byers et al., 2015; Winquist et al., 2012), several recent studies have focused exclusively on the relationship between short-term $PM_{2.5}$ exposure and asthma ED

visits in children. Both Winquist et al. (2012) and Byers et al. (2015) reported associations larger in magnitude in children compared with people of all ages combined in St. Louis, MO (RR: 1.05 [95% CI: 1.02, 1.09]; lag 0−4) and Indianapolis, IN (RR: 1.01 [95% CI: 0.98, 1.05]; lag 0−2), respectively. The results of Winquist et al. (2012) and Byers et al. (2015) are consistent with single-city (Strickland et al., 2010) and whole-state (Xiao et al., 2016; Gleason and Fagliano, 2015; Strickland et al., 2015) analyses that focused on pediatric asthma ED visits (Figure 5-3), with ORs and RRs across studies ranging from 1.01−1.05. An additional study encompassing three U.S. cities (i.e., Atlanta, GA, St. Louis, MO; and Dallas, TX), which also examined associations in older adults, provides additional support for the associations observed in other recent studies focusing on children [RR: 1.03 (95% CI: 1.01, 1.05); lag 0−2; Alhanti et al. (2016)].

Most of the studies that examined the association between short-term $PM_{2.5}$ exposure and asthma ED visits focused on analyses for people of all ages and/or children, with a more limited number of studies examining potential $PM_{2.5}$ effects in adults and older adults (Alhanti et al., 2016; Byers et al., 2015; Winquist et al., 2012). Both Byers et al. (2015) in Indianapolis, IN and Winquist et al. (2012) in St. Louis, MO reported evidence of a null association with asthma ED visits in adults 45 and older, and 65 and older, respectively (Figure 5-3). However, Alhanti et al. (2016) in three U.S. cities reported an RR of 1.03 (95% CI: 0.99, 1.06) at lag 0−2. Although Alhanti et al. (2016) included St. Louis, MO in the three U.S. cities examined, when examining city-specific results, the overall association is heavily influenced by Atlanta, GA, with the St. Louis, MO result being consistent with that reported in Winquist et al. (2012).

#### 5.1.2.1.3 Summary of Asthma Hospital Admissions and Emergency Department (ED) Visits

Building off the evidence detailed in the 2009 PM ISA (U.S. EPA, 2009), recent epidemiologic studies strengthen the evidence for a relationship between short-term $PM_{2.5}$ exposure and asthma-related hospital admissions and between short-term $PM_{2.5}$ exposure and ED visits in analyses of children and people of all ages. Evidence for a relationship in older adults continues to be inconsistent. The main results of studies detailed within this section are supported by analyses that examined specific policy-relevant issues as detailed in Section 5.1.10. Specifically, analyses of potential copollutant confounding provide evidence that $PM_{2.5}$ associations are relatively unchanged in models with gaseous pollutants and $PM_{10-2.5}$, but the evidence is more limited for $PM_{10-2.5}$ (Section 5.1.10). Although in some instances the results from copollutant models are attenuated, they remain positive overall. The associations observed across studies were found to be robust in sensitivity analyses that examined alternative model specifications to account for temporal trends as well as the potential confounding effects of weather.

Additionally, the overall body of evidence indicating a relationship between short-term $PM_{2.5}$ exposure and asthma hospital admissions and ED visits is supported by studies that conducted analyses to

further elucidate this relationship. Across studies that examined whether there was evidence of seasonal patterns, studies that divided the year into warm and cold season reported associations larger in magnitude for the warmer months. These results are supported by studies that examined all four seasons of the year, but they also indicate that effects may be strongest over more defined periods of the year (i.e., the spring; Section 5.1.10.4.1). Additionally, examinations of the C-R relationship provide some evidence for a linear relationship for short-term $PM_{2.5}$ exposure and asthma hospital admissions and ED visits. However, complicating the interpretation of these results is both the lack of thorough empirical evaluations of alternatives to linearity as well as the results from cutpoint analyses that provide some potential indication for nonlinearity in the relationship between short-term $PM_{2.5}$ exposure and asthma hospital admission and ED visits (Section 5.1.10.6).

### 5.1.2.2 Respiratory Symptoms and Asthma Medication Use in Populations with Asthma

Studies evaluating the effects of short-term $PM_{2.5}$ exposure on respiratory symptoms and asthma medication use consisted only of epidemiologic studies. Results will be discussed separately for children with asthma and for adults with asthma.

#### 5.1.2.2.1 Children

Uncontrollable respiratory symptoms, such as cough, wheeze, sputum production, shortness of breath, and chest tightness, can lead people with asthma to seek medical care. Thus, along with medication use in children, studies examining the relation between $PM_{2.5}$ and increases in asthma symptoms may provide support for the observed increases in asthma hospital admissions and ED visits in children, as discussed in Section 5.1.2.1. A limited number of panel studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) provide evidence of an association between $PM_{2.5}$ and respiratory symptoms (Mar et al., 2004; Gent et al., 2003; Slaughter et al., 2003) and medication use (Gent et al., 2009; Rabinovitch et al., 2006; Slaughter et al., 2003) in children with asthma. In studies that examined copollutant confounding, associations between $PM_{2.5}$ and asthma severity were robust to the inclusion of CO in a copollutant model (Slaughter et al., 2003), while $PM_{2.5}$ associations with persistent cough, chest tightness, and shortness of breath no longer persisted in models adjusting for $O_3$ (Gent et al., 2003).

A few recent studies provide some additional evidence of an association between $PM_{2.5}$ and a composite index of multiple symptoms (Figure 5-4). In a panel study including 90 schoolchildren with asthma in Santiago, Chile, $PM_{2.5}$ concentrations were associated with increases in coughing and wheezing, as well as a composite index of respiratory symptoms (Prieto-Parra et al., 2017). The observed associations were strongest in magnitude for 7-day avg $PM_{2.5}$. Similarly, among children at two schools in El Paso, TX, 5-day avg $PM_{2.5}$ concentrations measured outside of the schools were associated with poorer asthma control scores, which reflect symptoms and activity levels (Zora et al., 2013). The two schools

included in the study differed in nearby traffic levels but varied similarly in outdoor $PM_{2.5}$ concentration over time (Section 3.4.3.1). In contrast, students attending schools with varying nearby traffic levels were also examined in the Bronx, NY, although asthma symptoms were not associated with outdoor school or total personal $PM_{2.5}$ concentrations (Spira-Cohen et al., 2011). A low correlation between school and personal $PM_{2.5}$ concentrations ($r = 0.17$) and a reportedly high proportion of time spent indoors (89%), suggests that personal $PM_{2.5}$ exposure was largely influenced by indoor rather than ambient sources. In an additional study related to respiratory symptoms, asthma-related school absence was associated with 19-day avg $PM_{2.5}$ concentrations in a U.S. multicity study (O'Connor et al., 2008). Notably, it is difficult to control for confounding by meteorological factors over long averaging times. Study-specific details, including cohort descriptions and air quality characteristics, are highlighted in Table 5-2.

In addition to respiratory symptoms, recent studies of medication use in children add to the limited evidence base, providing some additional evidence of $PM_{2.5}$-associated increases in the use of bronchodilators, which can provide quick relief from asthma symptoms (Figure 5-4). Panel studies of schoolchildren with asthma in Denver, CO (Rabinovitch et al., 2011) and Mexico City (Escamilla-Nuñez et al., 2008) observed associations between $PM_{2.5}$ concentrations and bronchodilator use. Escamilla-Nuñez et al. (2008) reported comparable associations using lag 0 and 5-day avg $PM_{2.5}$, while Rabinovitch et al. (2011) observed associations that were stronger in magnitude when estimated using 2-day moving avg $PM_{2.5}$ compared with single-day lags. In contrast, $PM_{2.5}$ concentrations were associated with decreased bronchodilator use in a panel study in Santiago, Chile (Prieto-Parra et al., 2017).




avg = average; CI = confidence interval, h = hour(s); ICS = inhaled corticosteroid; µg/m$^3$ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Studies in black were included in the 2009 PM ISA. Effect estimates are standardized to a 10-µg/m$^3$ increase in 24-h avg $PM_{2.5}$. Lag times reported in days. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-4 Summary of associations between short-term $PM_{2.5}$ exposures and respiratory symptoms and medication use in populations with asthma.**

**Table 5-2 Epidemiologic studies of short-term exposure to $PM_{2.5}$ and respiratory symptoms and medication use in children with asthma.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Spira-Cohen et al. (2011)<br>Bronx, NY<br>2002−2005 | n = 40, ages 10−12 yr<br>86% with rescue inhaler use<br>Daily diary for 1 mo<br>No information on participation rate<br>89% time spent indoors | School outdoor and total personal<br>24-h avg<br>*r* = 0.17 school and personal children walk to school | Mean<br>School: 14.3<br>Total personal: 24.1 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Zora et al. (2013)<br>El Paso, TX<br>March−June 2010 | n = 36, ages 6−11 yr<br>33% ICS use, 47% atopy<br>Weekly measures for 13 weeks<br>95% follow-up participation | School outdoor<br>96-h avg<br>Two schools: High and low traffic area<br>*r* = 0.89 between schools, 0.91 between monitors, 0.73−0.86 school and monitor | Mean, max<br>School 1: 13.8, 24.9<br>School 2: 9.9, 18.5 | Correlation (*r*): (School 1, School 2) −0.33, −0.19 $NO_2$; −0.02, 0.25 benzene; 0.10, 0.33 toluene; 0.47, 0.28 $O_3$<br>Copollutant models with: NA |
| †Rabinovitch et al. (2011); Rabinovitch et al. (2006)<br>Denver, CO<br>2002−2005 | n = 82 (3-yr study), 73 (2-yr study)<br>65−86% moderate/severe asthma, 82−90% ICS use<br>Daily measures for 4−7 mo<br>No information on participation rate | One monitor<br>24-h avg, 10-h avg (12−11 a.m.), 1-h max (12−11 a.m.)<br>4.3 km from school<br>*r* = 0.92 monitor and school | Mean, max for yr 1−3<br>24-h avg: 6.5−8.2, 20.5−23.7<br>10-h avg: 7.4−9.1, 22.7−30.2<br>1-h max: 16.8−22.9, 39−52 (95th) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Escamilla-Nuñez et al. (2008)<br>Mexico City, Mexico<br>2003−2005 | n = 147, ages 9−14 yr<br>43% persistent asthma, 89% atopy<br>Daily diary for mean 22 weeks<br>94% follow-up participation | One monitor<br>24-h avg<br>Within 5 km of school or home<br>*r* = 0.77 monitor and school | Mean: 27.8 | Correlation (*r*): 0.62 $NO_2$, 0.54 $O_3$<br>Copollutant models with: NA |

**Table 5-2 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory symptoms and medication use in children with asthma.**

| Study | Study Population | Exposure Assessment | Concentration (µg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| Prieto-Parra et al. (2017)<br>Santiago, Chile<br>May−September 2010−2011 | n = 89, ages 6−14 yr<br>50% mild asthma, 53% ICS use, 64% atopy<br>Daily diary for 3 mo<br>79% follow-up participation | One monitor<br>Most homes within 3 km | Mean: 30 | Correlation (*r*): NA<br>Copollutant models with: $PM_{10}$, $NO_2$, $O_3$, $SO_2$, K, Mo, Pb, S, Se, and V |
| †Mann et al. (2010)<br>Fresno, Clovis, CA<br>2000−2005 | n = 280, mean (SD) age 8.1 (1.7)<br>25% moderate/severe asthma, 38% ICS use, 63% atopy<br>Daily diary for 2 weeks, every 3 mo<br>89% participation from enrolled | One monitor<br>24-h avg<br>Within 20 km of home | Median: 18.7<br>75th: 32.0<br>Max: 137 | Correlation (*r*): 0.63 $NO_2$, −0.45 $O_3$, −0.23 $PM_{10-2.5}$, 0.76 EC<br>Copollutant models with: $PM_{10-2.5}$ |
| Gent et al. (2009)<br>New Haven, CT<br>2000−2004 | n = 149, ages 4−12 yr<br>33% moderate/severe asthma<br>Daily diary for mean 313 days<br>No information on participation | One monitor<br>24-h avg<br>Near highway, 0.9−27 km from homes (mean 10 km) | Mean: 17.0 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Slaughter et al. (2003)<br>Seattle, WA<br>Years NR | n = 133, ages 5−12 yr<br>100% mild/moderate asthma<br>Daily diary for 28−112 days<br>No information on participation | Three monitors averaged<br>24-h avg | NR | Correlation (*r*): 0.82 CO<br>Copollutant models with: CO |
| Mar et al. (2004)<br>Spokane, WA<br>1997−1999 | n = 9, ages 7−12 yr<br>100% regular medication use<br>Daily diary for mean 580 days<br>No information on participation | One monitor | Means<br>1997: 11.0<br>1998: 10.3<br>1999: 8.1 | Correlation (*r*): 0.61 $PM_{10}$, 0.92 $PM_1$, 0.28 $PM_{10-2.5}$<br>Copollutant models with: NA |

avg = average; CO = carbon monoxide; h = hour(s); ICS = inhaled corticosteroid use; IQR = interquartile range; K = potassium; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; mo = month(s); Mo = molybdenum; n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; Pb = lead; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; *r* = correlation coefficient; S = sulfur; SD = standard deviation; Se = selenium; $SO_2$ = sulfur dioxide; V = vanadium; yr = year(s).

†Studies published since the 2009 PM ISA.

Recent evidence of associations from studies that measured $PM_{2.5}$ concentrations outside of children's schools, representing exposure where children spend a large part of their day, increases confidence in the associations observed. Additionally, recruitment mostly occurred at schools; thus, the study populations were likely representative of the general population of children with asthma. The representativeness of results is also supported by the high follow-up participation rates (79−95%; Table 5-2). Meanwhile, potential copollutant confounding remains a source of uncertainty given the lack of studies that report copollutant models. In limited copollutant results described in the 2009 PM ISA (U.S. EPA, 2009), $PM_{2.5}$ associations appeared robust to adjustments for CO, but not $O_3$, despite high copollutant correlation [$r > 0.7$; Gent et al. (2003) and Slaughter et al. (2003)]. Recent studies show moderate correlations ($0.4 < r < 0.7$) for $PM_{2.5}$ with $O_3$ and $NO_2$ (Table 5-2), although only a single study presented copollutant models. The association between $PM_{2.5}$ and asthma control in schoolchildren was attenuated but still positive with adjustment for $NO_2$, $O_3$, benzene, or toluene, which were all weakly to moderately correlated ($r < 0.5$) with $PM_{2.5}$ (Zora et al., 2013). Copollutant confounding is discussed further in Section 5.1.10.1.

#### 5.1.2.2.2 Adults

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) reported inconsistent evidence of an association between $PM_{2.5}$ and respiratory symptoms and medication use in adults with asthma. Recent studies provide limited evidence of association between $PM_{2.5}$ and respiratory symptoms or markers for medication use in adults with asthma (Figure 5-4). A U.S.-wide cross-sectional analysis indicates increases in any asthma symptom with increases in county-average $PM_{2.5}$ concentrations modeled by CMAQ (Mirabelli et al., 2016). Analysis of the C-R relationship isolates the association to lower concentrations, ranging from 4.0 to 7.1 $\mu g/m^3$. However, this study is limited by its cross-sectional design, and residual confounding may arise from the 14-day $PM_{2.5}$ averaging time and lack of consideration of confounding by community-level SES. A recent study in Milan, Italy measured levels of the beta-agonist salbutamol in untreated wastewater samples to estimate the daily population-level use of short-acting beta-antagonists (Fattore et al., 2016). Single-day $PM_{2.5}$ lags, ranging from 0 to 10 days, were associated with increases in daily defined doses of short-acting beta-antagonists, with associations that were strongest in magnitude at lags 7 and 8 (RR: 1.07 [95% CI: 1.02, 1.12]). The validity and reliability of wastewater levels of medication as an indicator for medication use is untested, but previous results show increases in self-reported beta-agonist and ICS use with increases in $PM_{2.5}$ concentrations averaged over 5 days (von Klot et al., 2002). Other recent studies of associations between personal exposure to $PM_{2.5}$ and respiratory symptoms, examined in aggregate or individually, are limited by simple correlation analyses on observations (Larsson et al., 2010) or by temporal mismatch between 2-day $PM_{2.5}$ exposure and 4-week symptom interval (Maestrelli et al., 2011).

### 5.1.2.3 Lung Function Changes in Populations with Asthma

Several epidemiologic studies evaluated the effects of short-term $PM_{2.5}$ exposure on lung function. Results will be discussed separately for children with asthma and for adults with asthma. Some studies in adults employed scripted exposures to further inform the relationship between short-term $PM_{2.5}$ exposure and lung function. Scripted studies measuring personal ambient $PM_{2.5}$ exposures are designed to minimize uncertainty in the $PM_{2.5}$ exposure metric by always measuring $PM_{2.5}$ at the site of exposure, ensuring exposure to sources of $PM_{2.5}$ and measuring outcomes at well-defined lags after exposure. Several controlled human exposure and animal toxicological studies examined lung function changes in individuals with asthma or animal models of allergic airway disease.

#### 5.1.2.3.1 Children

Lung function metrics can indicate airway obstruction, which is the defining characteristic of asthma. Further, specific lung function metrics, such as $FEV_1$, have been shown to have prognostic value for asthma exacerbation (Pijnenburg et al., 2015), such that $PM_{2.5}$-related decrements in lung function may provide support for the observed increases in asthma hospital admissions and ED visits in children, as discussed in Section 5.1.2.1. In the 2009 PM ISA (U.S. EPA, 2009), several panel studies of children with asthma provide generally consistent evidence of an association between short-term $PM_{2.5}$ concentrations and decreased $FEV_1$. $PM_{2.5}$ exposure in particular microenvironments was also associated with lung function decrements in studies examined in the 2009 PM ISA. In Seattle, WA, decrements in some measures of lung function (PEF, MEF, $FEV_1$) were associated with $PM_{2.5}$ concentrations (Allen et al., 2008; Trenga et al., 2006). Based on the ratio of personal to ambient sulfur concentrations, total personal $PM_{2.5}$ exposure was partitioned into ambient-generated and nonambient-generated fractions. Only the ambient-generated $PM_{2.5}$ was associated with lung function decrements [$FEV_1$, PEF, MEF; Allen et al. (2008)]. $PM_{2.5}$ concentrations at fixed-site monitors were associated with larger decrements in $FEV_1$ among children with asthma in Denver, CO after adjusting for an estimate of the ambient-generated portion based on the ratio of personal to ambient sulfur concentrations (Strand et al., 2006). Notably, there was a lack of studies that examined potential confounding by copollutants, raising uncertainties about the independence of the observed associations.

Several recent studies continue to provide evidence of an association between short-term $PM_{2.5}$ exposure and $FEV_1$ decrements in children with asthma. Like the studies of respiratory symptoms in children with asthma (Section 5.1.2.2), lung function studies followed children with asthma in an array of cities in the U.S., Canada, and Asia (Table 5-3) that are similar to the locations of studies that examined asthma hospital admissions and ED visits (Section 5.1.2.1). In Riverside and Whittier, CA, personal $PM_{2.5}$ and monitor $PM_{2.5}$ concentrations were associated with decreased $FEV_1$ (Delfino et al., 2008). Associations were strongest in magnitude for personal $PM_{2.5}$ exposures, particularly those for 1- and 8-hour max concentrations, suggesting that peak exposures in a certain microenvironment may have

increased relevance to lung function. Similarly, among children attending two schools with varying nearby traffic levels in the Bronx, NY, Spira-Cohen et al. (2011) reported decrements in $FEV_1$ in relation to personal $PM_{2.5}$ concentrations averaged in the 12 hours prior to spirometry. The authors did not observe a similar association with $PM_{2.5}$ exposure estimated from monitors outside of the schools. In Windsor, Canada, in another panel of schoolchildren with asthma, Dales et al. (2009) observed associations between 24-hour avg $PM_{2.5}$ concentrations and nighttime $FEV_1$ decrements, as well as 12-hour avg $PM_{2.5}$ and diurnal $FEV_1$. $PM_{2.5}$ exposure was estimated from a city monitor, although most panel subjects reportedly lived within 10 km downwind of the monitor. In contrast, Smargiassi et al. (2014) reported that lung function was not associated with personal $PM_{2.5}$ in a panel study following 72 children with asthma for 10 consecutive days in Montreal, Canada.

Within studies that compared multiple exposure assignment methods, $FEV_1$ decrements were larger in relation to $PM_{2.5}$ exposure estimated from personal samplers compared with fixed-site monitors (Spira-Cohen et al., 2011; Delfino et al., 2008). This result is generally consistent with evidence from the 2009 PM ISA (U.S. EPA, 2009) and potentially indicates reduced exposure measurement error in the personal exposure measures. The errors and uncertainties related to various exposure assignment methods (Section 3.3.5), and the relation between personal and ambient concentrations (Section 3.4.1.3), are discussed in further detail in Chapter 3. These results for personal exposure also suggest that $PM_{2.5}$ exposure in microenvironments may have an independent effect on lung function. However, uncertainties remain regarding the independent effect of $PM_{2.5}$ given the limited number of studies that examine potential copollutant confounding and the general limitations of copollutant models. A single recent study examined copollutant models and reported diurnal and nighttime $FEV_1$ associations with $PM_{2.5}$ that were robust to adjustment for $O_3$ (Dales et al., 2009). Nighttime $FEV_1$ associations were also generally unchanged in models including $NO_2$ or $SO_2$, while diurnal $FEV_1$ decrements were attenuated, but still negative. Notably, the correlation between $PM_{2.5}$ and $O_3$ ($r = 0.26$) was much lower than $PM_{2.5}$-$NO_2$ ($r = 0.68$) and $PM_{2.5}$-$SO_2$ ($r = 0.43$) correlations. Further discussion of copollutant confounding is provided in Section 5.1.10.1.

**Table 5-3 Epidemiologic studies of short-term exposure to $PM_{2.5}$ and lung function in populations with asthma.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| *Children* | | | | |
| †Spira-Cohen et al. (2011)<br>Bronx, NY<br>2002−2005 | n = 40, ages 10−12 yr<br>86% rescue inhaler use<br>Daily supervised measures—1 mo<br>No information on participation rate<br>89% time spent indoors | School outdoor and total personal<br>12-h avg (9 a.m.−9 p.m.), 24-h avg<br>*r* = 0.17 school and personal<br>Most children walk to school | Mean<br>School: 14.3<br>Total personal: 24.1 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Delfino et al. (2008)<br>Riverside, Whittier, CA<br>July−December 2003 and 2004 | n = 53, ages 9−18 yr<br>100% mild/moderate persistent asthma, 62% controlled medication use<br>Daily home measures—10 days<br>No information on participation rate | One monitor and total personal<br>24-h avg, 1-h max, 8-h max<br>Within 16 km of homes in Riverside, CA, 8 km in Whittier, CA.<br>*r* = 0.60 personal-monitor<br>100% above limit of detection | Mean, max<br>Monitor, 24-h avg: 23.3, 87.2<br>Total personal<br>24-h avg: 31.2, 180<br>1-h max: 90.1, 603.4<br>8-h max: 46.2, 241 | Correlation (*r*): (personal, ambient) 0.22, 0.51 EC; 0.26, 0.62 OC; 0.38, 0.36 $NO_2$<br>Copollutant models with: $NO_2$ |
| †Smargiassi et al. (2014)<br>Montreal, Canada<br>October 2009−April 2010 | n = 72, ages 8−12 yr<br>43% ICS use, 68% atopic<br>Daily supervised measures—10 days<br>No information on participation rate | Total personal<br>24-h avg<br>12% below limit of detection | Mean: 9.6<br>75th: 11.7<br>Max: 100 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Jacobson et al. (2012)<br>Alta Floresta, Brazil<br>August−December 2006 | n = 56, ages 8−15 yr<br>5% asthma medication use<br>Daily supervised measures—4 mo<br>90% follow-up participation | School outdoor<br>24-h avg, 6-h avg (12−5:30 a.m. to 6−11:30 p.m.), 12-h avg (12−11:30 a.m. to 12−11:30 p.m.) | | |

**Table 5-3 (Continued): Epidemiologic studies of $PM_{2.5}$ and lung function in populations with asthma.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| Allen et al. (2008); Trenga et al. (2006)<br>Seattle, WA<br>1999−2002 | n = 17, ages 6−13 yr<br>Most mild persistent asthma, 65% asthma medication use<br>Daily supervised measures—5−10 days, multiple sessions for some subjects<br>No information on participation rate | Outdoor home, total personal, ambient<br>24-h avg<br>Ambient estimated from personal-to-ambient sulfur ratio and outdoor home $PM_{2.5}$. | Mean/median, 75th<br>Outdoor home: 11.2, 14.7<br>Total personal: 11.3, 16.3<br>Ambient: 6.3, 7.6 | Correlation (*r*): (home monitor, ambient monitor) 0.51, 0.56 $NO_2$; 0.70, 0.77 CO<br>Copollutant models with: NA |
| Barraza-Villarreal et al. (2008)<br>Mexico City, Mexico<br>2003−2005 | n = 158, ages 6−14 yr<br>55% mild intermittent asthma, 6% ICS use, 89% atopy<br>Supervised measures every 15 days—mean 22 weeks<br>No information on participation rate | One monitor<br>8-h moving avg<br>Within 5 km of school or home<br>*r* = 0.77 monitor-school | 8-h avg<br>Mean: 28.9<br>Max: 103 | Correlation (*r*): 0.46 $O_3$, 0.61 $NO_2$<br>Copollutant models with: $O_3$ |
| O'Connor et al. (2008)<br>Boston, MA; Bronx, Manhattan, NY; Chicago, IL; Dallas, TX; Tucson, AZ; Seattle, WA | n = 861, ages 5−12 yr<br>100% persistent asthma, 100% atopy, 12% ICS use<br>Daily home measures—2 weeks every 2 mo for 2 yr<br>70% max measures obtained | Monitors averaged in city<br>Number NR<br>24-h avg<br>Within median 2.3 km of home | NR | Correlation (*r*): 0.59 $NO_2$, 0.37 $SO_2$, −0.02 $O_3$, 0.44 CO<br>Copollutant models with: NA |
| †Dales et al. (2009)<br>Windsor, Canada<br>October−December 2005 | n = 182, ages 9−14 yr<br>58% medication use<br>Daily home measures—28 days<br>No information on participation rate<br>Mean 1.6 and 2.2 h/day outdoors | Two monitors averaged<br>24-h avg, 12-h avg (12−8 a.m., 8 a.m.−8 p.m.)<br>99% within 10 km of monitors | 24-h avg<br>Mean: 7.8<br>75th: 10.0 | Correlation (*r*): −0.26 $O_3$, 0.68 $NO_2$, 0.43 $SO_2$<br>Copollutant models with: $NO_2$, $SO_2$, and $O_3$ |
| †Yamazaki et al. (2011)<br>Yotsukaido, Japan<br>October−December 2000 | n = 17, ages 8−15 yr<br>Children in long-term hospital care<br>100% severe, 100% medication use, 100% atopy<br>Daily supervised measures—2−3 mo<br>No information on participation rate | One monitor next to hospital<br>24-h avg, 1-h avg | Mean<br>6−7 a.m.: 24.0<br>12−1 p.m.: 26.9<br>6−7 p.m.: 30.0 | Correlation (*r*): (morning, noon, evening, night) −0.44, −0.24, −0.27, −0.40 $O_3$; 0.54, 0.78, 0.62, 0.56<br>Copollutant models with: $O_3$ |

**Table 5-3 (Continued): Epidemiologic studies of $PM_{2.5}$ and lung function in populations with asthma.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m$^3$) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Hong et al. (2010)<br>Seoul, South Korea<br>May−June 2007 | n = 18, mean (SD) age 9.3 (0.5) yr<br>No information on asthma severity<br>Daily home measures—1 mo<br>No information on participation rate | Monitors in city, number NR<br>24-h avg | Mean: 36.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| *Adults* | | | | |
| McCreanor et al. (2007)<br>London, U.K.<br>2003−2005 | n = 60, ages 19−55 yr<br>100% mild/moderate asthma, 100% AHR, 84% atopy<br>Supervised measures—high and low traffic<br>No information on participation rate | Personal ambient<br>2-h avg (10:30−12:30 a.m.)<br>Scripted exposure walking on high-traffic road and in park, 3 weeks apart | Median, max<br>High-traffic road: 28.3, 76.1<br>Park: 11.9, 55.9 | Correlation (*r*): 0.62 UFP, 0.60 $NO_2$, 0.76 C, 0.73 EC<br>Copollutant models with: $NO_2$ |
| †Mirabelli et al. (2015)<br>Atlanta, GA<br>2009−2011 | n = 18, ages NR.<br>Mean $FEV_1$: 100% predicted<br>Supervised measures—pre- and postcommute, two exposures<br>92% completed 2nd commute | Personal in-vehicle<br>2-h avg (7−9 a.m.)<br>Scripted exposure driving car on highway, median 17/13 weeks apart | Mean (SD)<br>Asthma control > median: 23.8 (11.7)<br>Asthma control < median: 21.5 (11.1) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Maestrelli et al. (2011)<br>Padua, Italy<br>Years NR | n = 32, mean (SD) age 40 (7.5) yr<br>56% severe asthma, 91% atopy<br>Supervised measures, six over 2 yr<br>76% with ≥3 measures | Total personal<br>24-h avg | NR | Correlation (*r*): NA<br>Copollutant models with: NA |

AHR = airway hyperresponsiveness; avg = average; C = carbon; CO = carbon monoxide; EC = elemental carbon; $FEV_1$ = forced expiratory volume in 1 second; h = hour(s); ICS = inhaled corticosteroid use; km = kilometer; max = maximum; μg/m$^3$ = micrograms per cubic meter; mo = month(s); n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; OC = organic carbon; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation coefficient; SD = standard deviation; $SO_2$ = sulfur dioxide; UFP = ultrafine particles; yr = year(s).

†Studies published since the 2009 PM ISA.

A few recent studies have also examined other lung function metrics. In the study of schoolchildren in New York, NY, discussed previously, Spira-Cohen et al. (2011) observed an association between 12-hour avg personal $PM_{2.5}$ exposure and PEF decrements. As with the examination of $FEV_1$, the authors did not observe an association with $PM_{2.5}$ at school-site monitors. In a panel study of children receiving long-term in-hospital care in Yotsukaido, Japan, $PM_{2.5}$ concentrations averaged over the 24 hours prior to spirometry were associated with both morning and evening PEF decrements (Yamazaki et al., 2011). Given the severity of asthma in this population, the results might not be applicable to the general population with asthma. PEF decrements were also associated with 24-hour avg $PM_{2.5}$ concentrations in a panel of schoolchildren in Seoul, South Korea (Hong et al., 2010). While the authors examined several single-day lags, ranging from 0 to 4 days, they only observed an association at lag 0. As discussed previously, Smargiassi et al. (2014) reported that personal $PM_{2.5}$ exposure was not related to an array of lung function metrics, including FVC and $FEF_{25-75}$.

In summary, recent studies add to the existing evidence linking short-term $PM_{2.5}$ exposure to decrements in $FEV_1$ in children with asthma. While the previously existing evidence base for $PM_{2.5}$-related decrements in PEF is less consistent than that for $FEV_1$, a few recent studies provide generally consistent evidence indicating an association. Importantly, uncertainty regarding potential copollutant confounding remains.

#### 5.1.2.3.2 Adults

A single study evaluated in the 2009 PM ISA (U.S. EPA, 2009) examined the association between short-term exposure to $PM_{2.5}$ and lung function in adults with asthma. In a panel of 60 adults with asthma in London, average $PM_{2.5}$ concentrations measured over a 2-hour outdoor walk was associated with decrements in $FEV_1$ and $MMEF_{25-75\%}$, but not FVC (McCreanor et al., 2007). Studies published since the 2009 PM ISA are few and results are inconsistent. Mirabelli et al. (2015) studied adults with asthma in Atlanta, GA and reported decreased $FEV_1$ associated with 2-hour avg personal $PM_{2.5}$ exposure measured 3 hours before spirometry. $PM_{2.5}$ concentrations were measured during scripted commutes (i.e., pre-planned routes) through rush hour traffic, resulting in higher exposure levels. The observed associations were larger and more precise in participants with poorly controlled asthma. In contrast, in Padua, Italy, Maestrelli et al. (2011) tested the relationship between $FEV_1$ and 24-hour avg personal $PM_{2.5}$ exposure the day before spirometry and reported no association in adults with asthma. This study was limited by a design that designated 6 single-day examination visits across a 2-year period, precluding the opportunity to examine alternative exposure lags. Additionally, low variability in personal $PM_{2.5}$ measurements may have contributed to the lack of an observed association.

#### 5.1.2.3.3 Controlled Human Exposure Studies

Individuals with pre-existing airway diseases like asthma may suffer increased deleterious health effects from exposure to PM compared with individuals without pre-existing airway disease. Increased susceptibility of a $PM_{2.5}$-related health effect may be associated with specific mechanisms known to underlie the pathology of asthma, namely elevated inflammation and altered immune activity. However, there is little evidence from studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that exposure to $PM_{2.5}$ results in decrements in lung function in individuals with asthma. Although a study evaluated in the 2009 PM ISA Petrovic et al. (2000) observed that a 2-hour exposure to $PM_{2.5}$ CAPs (92 μg/m$^3$) resulted in decreases in thoracic gas volume in healthy volunteers, other measures of lung function (spirometry, diffusing capacity, airway resistance) were unaffected. This general lack of effect of $PM_{2.5}$ exposure on lung function has also been shown in a study investigating the exposure of individuals with asthma to $PM_{2.5}$ CAPs (Gong et al., 2003). A recent study examining the respiratory effects of $PM_{2.5}$ on individuals with asthma has been conducted by Urch et al. (2010) using a CAP facility for $PM_{2.5}$ located in downtown Toronto, Canada (study details in Table 5-4). Exposure to either $PM_{2.5}$ CAPs alone or in addition to $O_3$ did not affect any measurement of pulmonary function, breathing parameters (tidal volume, breathing frequency, minute ventilation), or airway responsiveness (PC20), compared with exposure to a filtered-air control. The lack of effect of $PM_{2.5}$ CAPs on respiratory function observed in Urch et al. (2010) is consistent with the results of previous controlled human exposure studies in which worsening of pulmonary function was not observed.

**Table 5-4 Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and lung function in individuals with asthma.**

| Study | Study Design | Disease Status; n; Sex | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|---|---|---|---|---|
| Urch et al. (2010) | Blinded randomized block design | Healthy nonsmokers (13) and individuals with asthma (10); n = 23; 11 M, 12 F | $PM_{2.5}$ CAPs only: 64 ± 3 or 140 ± 6 μg/m$^3$ $PM_{2.5}$<br>CAPs + $O_3$: 68 ± 5 or 142 ± 7 μg/m$^3$ $PM_{2.5}$ + 119 ± 1 ppb $O_3$<br>Comparison group for both groups was filtered air; all exposures were for 2 h carried out at rest | Spirometry (pre-, 10-min, and 20-h postexposure): Flow-volume, DLCO, MV, VT |

CAPs = concentrated ambient particles; DLCO = diffusion capacity for CO; F = female; h = hour(s); M = male; μg/m$^3$ = micrograms per cubic meter; min = minute(s); MV = minute volume; n = number of subjects; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; ppb = parts per billion; VT = tidal volume.

#### 5.1.2.3.4 Animal Toxicological Studies

The 2009 PM ISA (U.S. EPA, 2009) evaluated a limited number of inhalation studies examining pulmonary function in animal models of allergic airway disease, which share phenotypic features with asthma in humans. One study reported increased airway responsiveness to methacholine, as indicated by enhanced pause (Penh), following short-term exposure to diesel exhaust (DE). However, this study did not determine whether effects were due to particles or to gases in the mixture. No additional studies have become available since then. In many animal studies, changes in ventilatory patterns are assessed using whole-body plethysmography, for which measurements are reported as Penh. Some investigators consider Penh solely an indicator of altered ventilatory timing (see Section 5.1.7.4) in the absence of other measurements to confirm changes in airway responsiveness.

#### 5.1.2.3.5 Summary of Lung Function in Populations with Asthma

Overall, panel studies in children with asthma find generally consistent evidence of associations between short-term $PM_{2.5}$ exposure and lung function decrements. However, uncertainty regarding potential copollutant confounding remains. Evidence is more limited and less consistent in panel studies involving adults with asthma. Further, several controlled human exposure studies failed to observe lung function decrements in adults with asthma following short-term $PM_{2.5}$ exposure. No studies have examined this endpoint in animal models of allergic disease, which share many phenotypic features with asthma in humans.

### 5.1.2.4 Subclinical Effects Underlying Asthma Exacerbation

Several epidemiologic studies evaluated the effects of short-term $PM_{2.5}$ exposure on subclinical effects. Results are discussed separately for children with asthma and adults with asthma. Some studies in adults employed scripted exposures to further evaluate this relationship. Scripted studies measuring personal ambient $PM_{2.5}$ exposures are designed to minimize uncertainty in the $PM_{2.5}$ exposure metric by always measuring $PM_{2.5}$ at the site of exposure, ensuring exposure to sources of $PM_{2.5}$ and measuring outcomes at well-defined lags after exposure. Several controlled human exposure and animal toxicological studies examined subclinical effects underlying asthma exacerbation.

#### 5.1.2.4.1 Children

Evidence described in the preceding sections for $PM_{2.5}$-related increases in asthma hospital admissions, asthma ED visits, and respiratory symptoms and lung function in children with asthma indicates a potential link between $PM_{2.5}$ exposure and asthma exacerbation. The 2009 PM ISA (U.S. EPA, 2009) also described generally consistent epidemiologic evidence linking increases in pulmonary

inflammation in children with asthma to short-term personal $PM_{2.5}$ exposure and ambient $PM_{2.5}$ concentrations. Most studies examined exhaled nitric oxide (eNO) as an indicator of pulmonary inflammation. The relevance of eNO to asthma exacerbation is well supported. Levels of eNO have been associated with eosinophil counts (Brody et al., 2013), which mediate inflammation in allergic asthma. Further, eNO is higher in people with asthma and increases during acute exacerbation (Soto-Ramos et al., 2013; Kharitonov and Barnes, 2000). In the U.S., associations between short-term $PM_{2.5}$ exposure and eNO were observed in panel studies of children with asthma in southern California (Delfino et al., 2006) and Seattle, WA (Allen et al., 2008; Koenig et al., 2005). In Seattle, WA, total personal $PM_{2.5}$ exposure was partitioned into ambient-generated and nonambient-generated fractions based on the ratio of personal to ambient sulfur concentrations. Only the ambient-generated $PM_{2.5}$ was associated with pulmonary inflammation (Allen et al., 2008). Associations were also observed in most (Liu et al., 2009; Murata et al., 2007; Fischer et al., 2002), but not all (Holguin et al., 2007), studies of children outside of the U.S.

Several recent studies provide less consistent evidence of an association between short-term $PM_{2.5}$ exposure and pulmonary inflammation in children with asthma (Figure 5-5). Study-specific details, including cohort descriptions and air quality characteristics, are highlighted in Table 5-5. Among children at four schools in the neighboring cities of El Paso, TX and Ciudad Juarez, Mexico, eNO was associated with 48-hour avg outdoor $PM_{2.5}$ (Sarnat et al., 2012). Notably, the observed association was largely driven by results from children in one school (Ciudad Juarez) with the highest mean $PM_{2.5}$ concentrations. While Sarnat et al. (2012) reported a small, imprecise association between 2-day avg outdoor $PM_{2.5}$ concentration and eNO in El Paso, TX, a follow-up study of children in the same El Paso, TX schools observed null associations for 4-day avg outdoor $PM_{2.5}$ concentrations (Greenwald et al., 2013). Ambient $PM_{2.5}$ concentrations across the two studies were similar (Table 5-5). A reanalysis of Delfino et al. (2006) confirmed that eNO was not associated with $PM_{2.5}$ concentrations measured at fixed-site monitors within 12 km of subjects' residences in a panel study of children with asthma in southern California (Delfino et al., 2013). However, Delfino et al. (2006) did report an association with personal $PM_{2.5}$ in the initial study. In contrast to evidence of an association between personal $PM_{2.5}$ exposure an eNO, Maikawa et al. (2016) observed a negative association between previous-day personal $PM_{2.5}$ exposures and eNO in 62 children with asthma in Montreal, Canada.

Other recent studies that used fixed-site monitors to estimate short-term $PM_{2.5}$ concentrations reported more consistent evidence of an association between $PM_{2.5}$ and pulmonary inflammation in children with asthma. Panel studies of children in Beijing, China (Lin et al., 2011) and southern California (Berhane et al., 2011) reported eNO associations with 24-hour avg $PM_{2.5}$ concentrations on the same day of examination and 7-day avg concentrations prior to examination, respectively. Additionally, a panel study of schoolchildren with asthma in Denver, CO (Rabinovitch et al., 2011) indicated a $PM_{2.5}$ association with increases in urinary leukotriene E4, a cytokine involved in inflammation that is found to increase during asthma exacerbation. Results were similar by asthma severity, but varied across years, with the $PM_{2.5}$-associated increases in urinary leukotriene E4 limited to 2 of the first 3 study years. Only

some children overlapped across years, and $PM_{2.5}$ concentrations were slightly higher in Year 3 (Rabinovitch et al., 2011).




avg = average; CI = confidence interval; h = hour(s); µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies in red with a dagger are recent studies. Studies in black were included in the 2009 PM ISA. Effect estimates are standardized to a 10-µg/m³ increase in 24-h avg $PM_{2.5}$. Lag times reported in days. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-5 Summary of associations between short-term $PM_{2.5}$ exposures and exhaled nitric oxide in populations with asthma.**

**Table 5-5 Epidemiologic studies of short-term exposure to $PM_{2.5}$ and subclinical effects underlying asthma exacerbation.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| *Children* | | | | |
| †Sarnat et al. (2012)<br>El Paso, TX; Ciudad Juarez, Mexico<br>January−May 2008 | n = 58 (14−15/school), ages 6−12 yr<br>33% ICS use, 41% hay fever<br>Weekly eNO—16 weeks<br>Mean 14 measures/subject, 787 total<br>No information on participation rate | School outdoor<br>48-h avg<br>Schools A and B: Low and high traffic<br>Mean distance home−school: 3.2 km<br>*r* = 0.71−0.93 school−school (within city), 0.91 school−monitor, 0.73−0.86 school−monitor | Mean outdoor<br>Ciudad Juarez A: 31<br>Ciudad Juarez B: 20<br>El Paso, TX A: 8.8<br>El Paso, TX B: 15.6 | Correlation (*r*): (across schools) 0.00, 0.05, −0.39, −0.28 $NO_2$<br>Copollutant models with: $O_3$ and $NO_2$ |
| †Greenwald et al. (2013)<br>El Paso, TX<br>March−June 2010 | n = 38, mean age 10 yr<br>55% ICS use<br>Weekly eNO—13 weeks<br>536 total measures<br>No information on participation rate | School outdoor<br>96-h avg<br>School A and B: Low and high traffic<br>*r* = 0.89 school−school, 0.91 monitor−monitor, 0.73−0.86 school−monitor (Zora et al., 2013) | Mean (SD) outdoor<br>School A: 9.9<br>School B: 13.8 | Correlation (*r*): 0.20 $NO_2$, 0.30 BTEX, 0.44 cleaning product VOCs, 0.37 $SO_2$<br>Copollutant models with: NA |
| †Lin et al. (2011); Zhu (2013)<br>Beijing, China<br>June, September, December 2007 and June, September 2008 | n = 8, ages 9−12 yr<br>Daily eNO—10 days, 5 periods<br>1,581 total measures<br>No information on participation rate | One monitor, 0.65 km from school<br>24-h avg<br>*r* = 0.56 school−monitor | Mean across periods<br>212, 96.0, 144, 183, 46.4<br>Max overall: 311 | Correlation (*r*): 0.30 $NO_2$<br>Copollutant models with: $NO_2$, $SO_2$, and CO |

**Table 5-5 (Continued): Epidemiologic studies of $PM_{2.5}$ and subclinical effects underlying asthma exacerbation.**

| Study | Study Population | Exposure Assessment | Concentration (µg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Delfino et al. (2013) | n = 45, ages 9−18 yr<br>100% persistent asthma, 64% ICS use<br>Daily eNO—10 days<br>Number measures NR<br>No information on participation rate | One monitor per city<br>24-h avg<br>Within 12 km of Riverside, CA homes, 5 km of Whittier, CA homes | Mean: 23.2<br>Max: 87.2 | Correlation (*r*): 0.31 $NO_2$, 0.39 $O_3$<br>Copollutant models with: NA |
| Delfino et al. (2006)<br>Riverside, CA<br>August−December 2003<br>Whittier, CA<br>July−November 2004 | | Total personal, One monitor per city<br>24-h avg, 1-h max<br>*r* = 0.77 personal−home, 0.64 monitor−personal. | Mean, max<br>Total personal, 24-h avg<br>Riverside, CA: 32.8, 98<br>Whittier, CA: 36.2, 197<br>Total personal, 1-h max<br>Riverside, CA: 97.9, 432<br>Whittier, CA: 93.6, 573<br>Monitor, 24-h avg<br>Riverside, CA: 36.6, 87<br>Whittier, CA: 18, 77 | Correlation (*r*): (personal, monitor) 0.33, 0.25 $NO_2$<br>Copollutant models with: $NO_2$ |
| †Maikawa et al. (2016)<br>Montreal, Canada<br>October 2009−April 2010 | n = 62, ages 8−12 yr<br>15% severe asthma, 24% ICS use<br>Daily eNO—10 days<br>Median three measures/subject | Total personal<br>24-h avg<br>55% samples had insufficient mass | Mean: 19.3<br>Max: 101 | Correlation (*r*): 0.00 $O_3$<br>Copollutant models with: $O_3$ |
| Allen et al. (2008); Mar et al. (2005)<br>Seattle, WA<br>1999−2002 | n = 17, ages 6−13 yr<br>Mostly mild persistent asthma, 65% asthma medication use<br>Daily eNO—5−10 days, multiple periods<br>6−20 measures/subject, 226 total<br>No information on participation rate | Home outdoor, total personal, ambient<br>24-h avg<br>Ambient estimated from personal-to-ambient sulfur ratio and outdoor home $PM_{2.5}$. | Mean/median, 75th<br>Outdoor home: 11.2, 14.7<br>Total personal: 11.3, 16.3<br>Ambient: 6.3, 7.6 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-5 (Continued): Epidemiologic studies of $PM_{2.5}$ and subclinical effects underlying asthma exacerbation.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Rabinovitch et al. (2011); Rabinovitch et al. (2006)<br>Denver, CO<br>2002−2005 | n = 82 (3-yr study), 73 (2-yr study)<br>65−86% moderate/severe asthma, 82−90% ICS use<br>Daily urinary LTE4—up to 8 days, two periods per yr<br>Median 11−13 measures/subject Yr 1−3<br>No information on participation rate | One monitor<br>24-h avg, 10-h avg (12−11 a.m.), 1-h max (12−11 a.m.)<br>4.3 km from school<br>*r* = 0.92 monitor and school | Mean, max for Yr 1−3<br>24-h avg: 6.5−8.2, 20.5−23.7<br>10-h avg: 7.4−9.1, 22.7−30.2<br>1-h max: 16.8−22.9, 39−52 (95th) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Barraza-Villarreal et al. (2008)<br>Mexico City, Mexico<br>2003−2005 | n = 158, ages 6−14 yr<br>55% mild intermittent asthma, 6% ICS use, 89% atopy<br>eNO, nasal lavage IL-8 every 15 days—mean 22 weeks<br>702 total measures<br>No information on participation rate | One monitor<br>8-h avg<br>Within 5 km of school or home<br>*r* = 0.77 monitor−school | Mean: 28.9<br>Max: 103 | Correlation (*r*): 0.46 $O_3$, 0.61 $NO_2$<br>Copollutant models with: $O_3$ |
| Liu et al. (2009); Liu (2013)<br>Windsor, Canada<br>October−December 2005 | n = 182, ages 9−14 yr<br>37% ICS use<br>Weekly eNO, TBARS—4 weeks<br>672 total measures<br>No information on participation rate | Two monitors averaged<br>24-h avg<br>99% homes within 10 km | Median (IQR): 6.5 (6.0)<br>95th: 19.0 | Correlation (*r*): −0.41 $O_3$, 0.71 $NO_2$, 0.56 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, and $SO_2$ |
| †Berhane et al. (2011)<br>13 southern California cities<br>2004−2005 | n = 169, ages 6−9 yr<br>One eNO measure, cross-sectional<br>No information on participation rate | One monitor per community<br>24-h avg | NR | Correlation (*r*): (warm season, cold season) 0.61, −0.05 $O_3$; 0.47, 0.65 $NO_2$<br>Copollutant models with: NA |

**Table 5-5 (Continued): Epidemiologic studies of $PM_{2.5}$ and subclinical effects underlying asthma exacerbation.**

| Study | Study Population | Exposure Assessment | Concentration (μg/m³) | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| *Adults* | | | | |
| McCreanor et al. (2007)<br>London, U.K.<br>2003−2005 | n = 60, ages 19−55 yr<br>100% mild/moderate asthma, 100% AHR, 84% atopy<br>2 eNO measures—high and low traffic<br>No information on participation rate | Personal ambient<br>2-h avg (10:30−12:30 a.m.)<br>Scripted exposure walking on high-traffic road and in park, 3 weeks apart | Median, max<br>High-traffic road: 28.3, 76.1<br>Park: 11.9, 55.9 | Correlation (*r*): 0.60 $NO_2$, 0.76 CO<br>Copollutant models with: $NO_2$ |
| †Mirabelli et al. (2015)<br>Atlanta, GA<br>2009−2011 | n = 18, ages NR.<br>Mean $FEV_1$: 100% predicted<br>Two measures—pre- and postcommute<br>Two periods<br>92% completed 2nd commute | Personal in-vehicle<br>2-h avg (7−9 a.m.)<br>Scripted exposure driving car on highway, median 17/13 weeks apart | Mean<br>Asthma control > median: 23.8<br>Asthma control < median: 21.5 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Maestrelli et al. (2011)<br>Padua, Italy<br>Years NR | n = 32, mean (SD) age 40 (7.5) yr<br>56% severe asthma, 69% ICS use, 91% atopy<br>Six eNO measures over 2 yr<br>166 total measures<br>No information on participation rate | Total personal<br>24-h avg | NR | Correlation (*r*): NA<br>Copollutant models with: NA |

AHR = airway hyperresponsiveness; avg = average; BTEX = benzene, toluene, ethylbenzene, xylene; CO = carbon monoxide; eNO = exhaled nitric oxide; $FEV_1$ = forced expiratory volume in 1 second; h = hour(s); ICS = inhaled corticosteroid use; IL-8 = interleukin-8; IQR = interquartile range; km = kilometer; LTE4 = leukotriene E4; max = maximum; μg/m³ = micrograms per cubic meter; n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation coefficient; SD = standard deviation; $SO_2$ = sulfur dioxide; TBARS = thiobarbituric acid reactive substances; VOCs = volatile organic compounds; yr = year(s).

†Studies published since the 2009 PM ISA.

The inconsistency in recent findings, as related to the 2009 PM ISA, is not explained by lower $PM_{2.5}$ concentrations in recent studies (Table 5-5) but may be influenced by location-specific differences in PM sources, study populations, or building infiltration characteristics (Section 3.4). Studies evaluated in the 2009 PM ISA observed associations in locations representing a wide range of $PM_{2.5}$ concentrations. Additionally, one strength of previously reviewed studies of pulmonary inflammation is that they examined the hourly lag structure of $PM_{2.5}$ associations. Most (Rabinovitch et al., 2006; Mar et al., 2005) results indicated an increase in inflammation with increases in $PM_{2.5}$ concentrations averaged over the preceding 1 to 11 hours. Associations were also observed with 1- or 8-hour max $PM_{2.5}$ that were larger than those for 24-hour avg $PM_{2.5}$ (Delfino et al., 2006; Rabinovitch et al., 2006). Other results indicate that $PM_{2.5}$ exposure may have a rapid and transient effect on pulmonary inflammation in people with asthma. For Seattle, WA and Riverside and Whittier, CA, distributed lag models show an increase in eNO with the 1-hour avg $PM_{2.5}$ concentration up to 5 or 10 hours prior but not with longer lags of 24−48 hours (Delfino et al., 2006; Mar et al., 2005). These results suggest that some of the recent studies may have examined exposure windows that were too long to detect an association, although Berhane et al. (2011) observed eNO associations with cumulative average $PM_{2.5}$ up to 30 days.

Additionally, recent studies of pulmonary inflammation do not establish an independent association with $PM_{2.5}$ exposure. One recent study reports $PM_{2.5}$ associations that are attenuated, but still positive in copollutant models with $NO_2$, $SO_2$, or CO (Lin et al., 2011). In a study evaluated in the 2009 PM ISA, personal $PM_{2.5}$ associations with eNO were robust to $NO_2$ adjustment (Delfino et al., 2006). The result for personal exposure supports an association with $PM_{2.5}$ that is independent of $NO_2$ exposure based on comparable exposure measurement error and low correlation ($r = 0.30$). However, the limited number of studies examining additional copollutants, in addition to some inconsistency in the observed associations in recent studies, leaves uncertainty as to whether $PM_{2.5}$ exposure leads to an increase in pulmonary inflammation in children with asthma. Further discussion of copollutant confounding is provided in Section 5.1.10.1.

#### 5.1.2.4.2 Adults

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) provided contrasting evidence of an association between short-term exposure to $PM_{2.5}$ and lung function in adults with asthma. In a panel of 60 adults with asthma in London, average $PM_{2.5}$ concentrations measured over a 2-hour outdoor walk was not associated with eNO measurements taken 3 to 7 hours post exposure (McCreanor et al., 2007). In contrast, in a panel of older adults in Seattle, WA, $PM_{2.5}$ concentrations measured outside of residences were associated with eNO in subjects with asthma. Recent studies are limited in number and results are also inconsistent (Figure 5-5). Mirabelli et al. (2015) studied adults with asthma in Atlanta, GA and reported increases in eNO associated with 2-hour avg personal $PM_{2.5}$ exposure measured 0, 1, 2, and 3 hours prior to spirometry. $PM_{2.5}$ concentrations were measured during scripted commutes through rush hour traffic, resulting in higher exposure levels. The observed associations were larger in participants with

poorly controlled asthma. In contrast, in Padua, Italy, Maestrelli et al. (2011) tested the relationship between eNO and 24-hour avg personal $PM_{2.5}$ exposure the day before spirometry and reported negative associations in adults with asthma. This study was limited by a design that designated 6 single-day examination visits across a 2-year period, precluding the opportunity to examine alternative exposure lags.

#### 5.1.2.4.3 Controlled Human Exposure Studies

There were no studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that specifically investigated the association between $PM_{2.5}$ CAPs exposure and subclinical effects underlying asthma exacerbation. Recently, Urch et al. (2010) investigated the respiratory effects of short-term exposure to $PM_{2.5}$ on individuals with asthma by using a CAP facility for $PM_{2.5}$ located in downtown Toronto, Canada (study details in Table 5-6) and found little change in sputum total cell counts, neutrophils, or macrophages when compared with pre-exposure levels.

**Table 5-6 Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and subclinical effects underlying asthma exacerbation.**

| Study | Study Design | Disease Status; n; Sex | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|---|---|---|---|---|
| Urch et al. (2010) | Blinded randomized block design | Healthy nonsmokers (13) and individuals with asthma (10); n = 23; 11 M, 12 F | $PM_{2.5}$ CAPs only: 64 ± 3 or 140 ± 6 μg/m³ $PM_{2.5}$<br>CAPs + $O_3$: 68 ± 5 or 142 ± 7 μg/m³ $PM_{2.5}$ + 119 ± 1 ppb $O_3$<br>Comparison group for both groups was filtered air; all exposures were for 2 h carried out at rest | Sputum (pre- and 3- and 20-h postexposure): IL-6, IL-8, and IL-10, TNF-α, leukotriene-B, differential cell counts<br>Venous blood (pre-, 10-min, and 3- and 20-h postexposure): IL-6, TNF-α |

CAPs = concentrated ambient particles; F = female; h = hour(s); IL-6 = Interleukin-6; IL-8 = Interleukin-8; IL-10 = Interleukin-10; M = male; μg/m³ = micrograms per cubic meter; min = minute(s); n = number of subjects; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; ppb = parts per billion; TNF-α = tumor necrosis factor α.

#### 5.1.2.4.4 Animal Toxicological Studies

Animal toxicological studies have focused on exacerbation of asthma in the context of allergic airway disease. Allergic airway disease (asthma, rhinitis, etc.) is a type of immune hypersensitivity that is

mediated by immunoglobulin E (IgE). Development of allergic airway disease requires sensitization (immunization) that requires presentation of a foreign antigen by antigen-presenting cells (dendritic cells and macrophage subsets) to T-lymphocytes, the activation and clonal expansion of B cells, and finally production of antigen-specific antibody (IgE) that binds to the antigen. Secondary exposure of previously sensitized individuals to the antigen (challenge, or elicitation phase), will activate IgE-mediated pathways that result in eosinophil recruitment, mucus production, and reactive airways.

The 2009 PM ISA (U.S. EPA, 2009) reviewed the evidence that exposure to $PM_{2.5}$ exacerbated allergic responses in laboratory rodents with pre-existing allergic airway disease. Several studies involved multiday exposures of ovalbumin (OVA)-sensitized and challenged Brown Norway rats to $PM_{2.5}$ CAPs. Increased nasal and airway mucosubstances, pulmonary inflammation, and retention of anthropogenic trace elements (La, V, Mn, S) in lung tissue were observed following 4−5 days of exposure to $PM_{2.5}$ CAPs in Detroit, MI (Harkema et al., 2004; Morishita et al., 2004). A 13-day exposure to $PM_{2.5}$ CAPs in Grand Rapids, MI resulted in no changes in BALF cells or gene expression in the whole lung (Heidenfelder et al., 2009). However, enhanced OVA-specific IgE and Muc5AC responses to ovalbumin (OVA) were observed. In addition, $PM_{2.5}$ CAPs exposure resulted in enhanced allergic bronchiolitis and alveolitis, as well as in epithelial hypertrophy and mucus cell metaplasia, which are characteristic of airway epithelial remodeling. Another study showed that enhancement of allergic responses in mice depended on proximity to the PM source following multiday exposure to roadway $PM_{2.5}$ CAPs in Los Angeles, CA (Kleinman et al., 2005). Additionally, a single acute exposure to re-aerosolized DEP resulted in dose-dependent increases in levels of the Th2 cytokine IL-4 in BALF in allergic mice (Farraj et al., 2006a, b).

Recently, Harkema et al. (2009) extended their field studies in Detroit, MI to determine whether $PM_{2.5}$ CAPs inhalation would modify the allergic responses during the process of allergen challenge of sensitized rats. Ovalbumin-sensitized Brown Norway rats that were exposed to Detroit, MI summertime $PM_{2.5}$ CAPs for the same 3 consecutive days of intra-nasal OVA challenge had increased lavaged total protein, secreted mucosubstances (Muc5AC), and numbers of lymphocytes and eosinophils compared with filtered-air-exposed, allergic rats ($p < 0.05$). $PM_{2.5}$ CAPs exposure did not increase OVA-specific IgE levels in BALF above that seen in response to OVA alone. Decreases in pulmonary gene expression of *TNF-α*, *IL-10*, and *IFNγ* (putative Th1 mediators) were also detected in $PM_{2.5}$ CAPs-exposed, OVA-challenged rats ($p \leq 0.05$). Under the same exposure protocol but in different rats and on different days with lower $PM_{2.5}$ CAPs concentration, inflammation responses were unaffected by $PM_{2.5}$ CAPs exposure. In addition to having greater $PM_{2.5}$ CAPs concentration, the first exposure study consisted of $PM_{2.5}$ that had more iron, sulfate, nitrate, and PAH content than during the second exposure study. Additional study details, for this recent study and a related one, are found in Table 5-7.

**Table 5-7 Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and subclinical effects underlying asthma exacerbation.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Harkema et al. (2009)<br>Species: rat<br>Sex: male<br>Strain: Brown Norway<br>Age/weight: 10−12 weeks | $PM_{2.5}$ CAPs<br>Detroit, MI (urban residential)<br>Particle size: 0.66−0.79 µm<br>Control: filtered air | Route: whole-body inhalation exposure<br>Dose/concentration: Period 1: 595 µg/m$^3$<br>Period 2: 356 µg/m$^3$<br>Duration: 8 h/day, 3 days, two exposure periods in July<br>Time to analysis: 24 h<br>All animals sensitized to OVA.<br>$PM_{2.5}$ CAPs inhalation during OVA challenge | Histopathology of nose and lung—light microscopy, airway labelling index<br>BALF cells<br>Gene expression-cytokines and Muc5AC |
| Wagner et al. (2012)<br>Species: rat<br>Strain: Brown Norway<br>Sex: male<br>Age/weight: 10−12 weeks | $PM_{2.5}$ CAPs<br>Urban Grand Rapids, MI<br>Urban Detroit, MI<br>Particle sizes: $PM_{2.5}$<br>Control: filtered control air | Route: whole-body inhalation<br>Dose/concentration<br>(D) Detroit, MI 542 µg/m$^3$<br>(GR) Grand Rapids, MI 519 µg/m$^3$<br>Dose/concentration<br>8 h × 1 day; begun 30 min after intra-nasal OVA challenge<br>Duration of exposure: 8 h<br>Time to analysis: 16 h postexposure | PM characterization<br>Histopathology—lung<br>BALF cells<br>Lung injury—BALF protein<br>BALF-Muc5AC content |

BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; h = hour(s); HEPA = high-efficiency particulate air; µg/m$^3$ = micrograms per cubic meter; min = minute(s); µm = micrometer; Muc5AC = Mucin 5AC, oligomeric mucus/gel-forming; OVA = ovalbumin; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Morphologic responses to short-term $PM_{2.5}$ CAPs exposure was also examined by Harkema et al. (2009). Both the nose and the lung were evaluated for histologic changes and epithelial cell proliferation. No additional effect on OVA-induced allergic rhinitis was seen in the animals exposed to $PM_{2.5}$ CAPs. However, exposure to $PM_{2.5}$ CAPs resulted in a greater severity of allergic bronchiolitis and alveolitis in OVA-sensitized and challenged rats. More severe mucus cell metaplasia was found, as evidenced by increased amounts of intra-epithelial mucosubstances in conducting airways ($p \leq 0.05$). Epithelial cell proliferation, as measured by labelling index in the airways, was not altered by $PM_{2.5}$ CAPs exposure. When the same exposure protocol was used but in different rats and on different days when $PM_{2.5}$ CAPs concentration was considerably lower, morphologic responses were unaffected by $PM_{2.5}$ CAPs exposure.

The OVA-allergic Brown Norway rat model was also used to compare the effects of $PM_{2.5}$ CAPs derived from two dissimilar urban airsheds in Grand Rapids, MI or Detroit, MI (Wagner et al., 2012).

Ovalbumin-sensitized rats were challenged with intra-nasal OVA and 30 minutes later breathed similar concentrations of $PM_{2.5}$ CAPs for 8 hours. Exposure to Detroit, MI $PM_{2.5}$ CAPs, which were characterized by high sulfates and local industrial emissions (high Pb, Zn, and V content), enhanced eosinophilic inflammation ($p < 0.05$), mucus hypersecretion ($p < 0.05$), and mucous cell metaplasia. However, the opposite responses were seen when allergic rats inhaled Grand Rapids, MI $PM_{2.5}$ CAPs, which were dominated by a large spike in morning traffic emissions ($NO_2$, CO, EC), but had low sulfates throughout the 8-hour exposure. Allergen-induced responses such as increases in airway eosinophils ($p < 0.05$), mucus hypersecretion ($p < 0.05$), and mucous cells were dampened in rats exposed to Grand Rapids, MI $PM_{2.5}$ CAPs.

In summary, several studies conducted in animal models of allergic airway disease provide evidence that exposure to $PM_{2.5}$ CAPs and DEP exacerbates allergic responses. In addition, one study found that $PM_{2.5}$ CAPs exposure resulted in an inhibition of allergic responses. These disparate findings may be due to source-related differences in the composition of $PM_{2.5}$ CAPs from different locations.

##### 5.1.2.4.5 Summary of Subclinical Effects Underlying Asthma Exacerbation

Overall, panel studies in children with asthma provide some evidence of associations between short-term $PM_{2.5}$ exposure and inflammatory markers, although uncertainty regarding potential copollutant confounding remains. Results were more consistent with shorter lag times. Evidence is mainly negative in panel studies and controlled human exposure studies involving adults with asthma. Further, several studies found that short-term $PM_{2.5}$ exposure led to allergic inflammation and airway remodeling in animal models of allergic disease, which share many phenotypic features with asthma in humans. However, in studies of $PM_{2.5}$ CAPs, the response was dependent on concentration and source profile of the airshed.

#### 5.1.2.5 Summary of Asthma Exacerbations

Recent epidemiologic studies strengthen the evidence for a relationship between short-term $PM_{2.5}$ exposure and asthma exacerbation in children. In particular, recent studies add evidence supporting associations between short-term $PM_{2.5}$ concentration and asthma hospital admissions, ED visits, and physician visits in children. Additional evidence of $PM_{2.5}$-related increases in asthma symptoms, lung function decrements, and pulmonary inflammation is provided by recent panel studies in children with asthma. Findings were not entirely consistent, but overall, several well-conducted studies measuring total personal exposure, residential outdoor concentration, and school outdoor $PM_{2.5}$ concentration observed associations with asthma-related effects. Evidence for a relationship between short-term $PM_{2.5}$ exposure and asthma exacerbation in adults continues to be inconsistent.

Evidence from experimental studies provides biological plausibility for associations seen in epidemiologic studies between short-term $PM_{2.5}$ exposure and asthma exacerbation. Although controlled human exposure studies were inconsistent in showing effects on lung function and pulmonary inflammation in individuals with asthma, animal toxicological studies demonstrated allergic inflammation, enhanced serum IgE, and airway remodeling in animal models of allergic airway disease. These changes may lead to lung function decrements and respiratory symptoms, which were observed in epidemiology studies in relation to $PM_{2.5}$ exposure (Figure 5-1).

Across the indicators of asthma exacerbation, associations continue to be observed with 24-hour avg $PM_{2.5}$ concentrations from the same day, from the few preceding days, or averaged over a few days (Section 5.1.10). Evidence does not clearly point to a stronger effect for a particular exposure lag. Recent epidemiologic studies add evidence from copollutant models showing that $PM_{2.5}$ associations are independent of a copollutant among $NO_2$, CO, and $O_3$. Based on more limited investigation, there is evidence that $PM_{2.5}$ associations may be modified by these copollutants and aeroallergens. Other copollutants have largely been unexamined. While there are some results from copollutant models based on personal exposure measurements that may have less differential exposure measurement error, scarce application of copollutant models limits the ability to analyze potential for confounding. Thus, as in the 2009 PM ISA (U.S. EPA, 2009), uncertainty remains in distinguishing an independent effect of $PM_{2.5}$ exposure on asthma exacerbation.

### 5.1.3 Allergy Exacerbation

Animal toxicological studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) provided evidence that $PM_{2.5}$ can facilitate delivery of allergenic material to the airways, promote allergic sensitization, and exacerbate allergic responses. The epidemiologic evidence, however, was limited, with a single study reporting an association between short-term $PM_{2.5}$ concentrations and hospital admissions for allergic rhinitis in children in Turkey (Tecer et al., 2008). Recent evidence that $PM_{2.5}$ exposure enhances allergic inflammation in animal models of allergic airway disease, described in Section 5.1.2.4, not only supports $PM_{2.5}$-related asthma exacerbation but also indicates that $PM_{2.5}$ exposure could affect respiratory responses in people with allergies, but not asthma. Several recent epidemiologic studies add to the evidence base, but do not consistently link short-term $PM_{2.5}$ exposure to allergy exacerbation in children or adults. Recent studies have examined an array of outcomes, including allergy symptoms and lung function changes and pulmonary inflammation in populations with allergies. Notably, lung function can decrease during an allergy exacerbation because of airway obstruction caused by Th2 cytokine-mediated inflammation, making lung function and pulmonary inflammation relevant markers of allergy exacerbation.

Whereas Tecer et al. (2008) found evidence of an association between short-term $PM_{2.5}$ concentrations and allergic rhinitis hospitalizations in children, Villeneuve et al. (2006) did not observe an

association between short-term $PM_{2.5}$ and physician visits for allergic rhinitis in individuals 65 years of age and older in Toronto. The authors examined single-day lags ranging from 0 to 7 days and reported mostly null associations, with some small positive and negative associations depending on the lag day. The contrasting results of the studies may indicate age-related differences in allergic rhinitis sensitivity to $PM_{2.5}$, but differences in study design and location make it difficult to draw conclusions. Other recent studies have examined the relationship between short-term exposure to $PM_{2.5}$ and skin allergies, including urticaria (Kousha and Valacchi, 2015) and atopic dermatitis symptoms (Song et al., 2011). Kousha and Valacchi (2015) monitored ED visits for urticaria in relations to short-term $PM_{2.5}$ concentrations in Windsor, Ontario. The authors only analyzed single-day lags, ranging from 0 to 7 days before ED visits, and reported associations at lags 1 (OR: 1.07 [95% CI: 0.99, 1. 16]), 2 (1.14 [1.05, 1. 23]), and 3 (1.07 [0.99, 1. 16]), with generally null results at other examined lag times. However, there are uncertainties in the urticaria results, because over 67% of the days included in the study period had less than two reported ED visits. Meanwhile, in a study of schoolchildren with atopic dermatitis in South Korea, $PM_{2.5}$ measured on the school rooftop was not associated with self-reported symptoms of itchy skin (Song et al., 2011).

As mentioned previously, lung function changes and pulmonary inflammation in populations with allergies may serve as markers of allergy exacerbation. In Mexico City, Barraza-Villarreal et al. (2008) examined the association between short-term $PM_{2.5}$ concentrations and several lung function and pulmonary inflammation metrics in schoolchildren with and without asthma. The authors reported that 72% of the 50 subjects without asthma were atopic, leading them to repeat the analysis in a subgroup of atopic children. In the subgroup analysis, $PM_{2.5}$ concentrations were positively associated with fractional exhaled nitric oxide (FeNO), a measure of airway inflammation, but no quantitative results were presented. The authors presumably did not observe similar associations with the other metrics examined in the main analysis, including IL-8, $FEV_1$, FVC, and $FEV_{25-75}$.

In summary, recent animal toxicological studies expand the existing evidence base, providing additional support for the biological plausibility of $PM_{2.5}$-related allergy exacerbation. In contrast, a limited number of epidemiologic studies provide inconsistent evidence of an association across multiple endpoints, including a variety of allergic symptoms and lung function changes and pulmonary inflammation in people with existing allergies.

### 5.1.4 Chronic Obstructive Pulmonary Disease (COPD) Exacerbation

Chronic obstructive pulmonary disease (COPD) is a lung disease characterized by destruction of alveolar tissue, airway remodeling, and airflow limitation. Reduced airflow is associated with decreased lung function, and clinical symptoms demonstrating exacerbation of COPD include cough, dyspnea, sputum production, and shortness of breath. Severe exacerbation can lead to ED visits or hospital admissions. The epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) provided evidence of consistent positive associations between short-term $PM_{2.5}$ exposure and increases in hospital

admissions and ED visits for COPD. Experimental studies evaluated in the 2009 PM ISA and the 2004 PM AQCD (U.S. EPA, 2004) provide biological plausibility for effects seen in epidemiologic studies. A limited number of controlled human exposure and animal toxicological studies have demonstrated changes in lung function-related parameters, as well as lung injury and inflammation. Recent studies of the relationship between short-term $PM_{2.5}$ exposure and COPD exacerbation mainly examine hospital admissions and ED visits and are generally consistent in showing associations with $PM_{2.5}$. A small body of studies expand the evidence base and show associations with respiratory symptoms and pulmonary inflammation in adults with COPD, in some cases with measures of personal $PM_{2.5}$. Results for lung function changes are inconsistent. Thus, there is variable coherence among various endpoints linked to COPD exacerbation.

In addition to examining the relationship between short-term $PM_{2.5}$ exposure and COPD exacerbation, some epidemiologic studies often conduct analyses to assess whether the associations observed are due to chance, confounding, or other biases. For this reason, the evidence across epidemiologic studies is not discussed within this section, but evaluated in an integrative manner, focusing specifically on those analyses that address policy-relevant issues. This information is presented in Section 5.1.10 and includes evaluations of copollutant confounding (Section 5.1.10.1), model specification (Section 5.1.10.2), lag structure (Section 5.1.10.3), the role of season and temperature on $PM_{2.5}$ associations (Section 5.1.10.4), averaging time of $PM_{2.5}$ concentrations (Section 5.1.10.5), and C-R and threshold analyses (Section 5.1.10.6). The studies that inform these issues and evaluated within these sections are primarily epidemiologic studies that conducted time-series or case-crossover analyses focusing on COPD hospital admissions and ED visits.

#### 5.1.4.1 Hospital Admissions and Emergency Department (ED) Visits

Associations between short-term exposure to $PM_{2.5}$ and hospital admissions and ED visits for COPD were generally positive among the multicity and single-city studies conducted in the U.S. and Canada and evaluated in the 2009 PM ISA (U.S. EPA, 2009). Multicity studies reviewed in the 2009 PM ISA examining $PM_{2.5}$ and hospital admissions for COPD reported both null [a Canadian study (Stieb et al., 2009)] and positive [a U.S. study (Dominici et al., 2006)] associations between COPD hospital admissions and $PM_{2.5}$. The results from multicity studies were supported by single-city studies conducted in the U.S. and Canada that reported positive associations between short-term exposure to $PM_{2.5}$ and hospital admissions and ED visits for COPD.

Recent studies examining associations between short-term $PM_{2.5}$ exposure and COPD hospital admissions and ED visits generally support the positive associations reported in the 2009 PM ISA. These recent studies report positive associations across both multi- and single-city studies, especially for hospital admissions in populations aged 65 years and older (see Figure 5-6, Table 5-8). However, most of

the recent studies that examine short-term $PM_{2.5}$ exposure and COPD ED visits consist of single-city studies.

For each of the studies evaluated in this section, Table 5-8 presents the air quality characteristics of each city, or across all cities, the exposure assignment approach used, and information on copollutants examined in each COPD hospital admission and ED visit study. Other recent studies of COPD hospital admissions and ED visits are not the focus of this evaluation because they did not address uncertainties and limitations in the evidence previously identified, and therefore, do not directly provide supporting evidence for the discussion of policy-relevant considerations detailed in Section 5.1.10. Additionally, many of these studies were conducted in small single cities, were of short study duration, or had insufficient sample size. The full list of these studies can be found here: https://hero.epa.gov/hero/particulate-matter.




avg = average; ED = emergency department; μg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

[a] Results for temperatures ≥25°C.
[b] Results for temperatures <25°C.

**Figure 5-6 Summary of associations between short-term $PM_{2.5}$ exposures and chronic obstructive pulmonary disease hospital admissions and emergency department visits for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

**Table 5-8 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| *Hospital Admissions* | | | | |
| †Bell et al. (2015)<br>213 U.S. counties<br>1999−2010<br>Older adults ≥65 yr | Monitors in county averaged<br>Number per county NR | U.S.: 12.3<br>Northeast: 12.0<br>Midwest: 12.9<br>South: 12.4<br>West: 11.3 | Max U.S.: 20.2<br>Northeast: 16.4<br>Midwest: 16.5<br>South: 16.5<br>West: 20.2 | Correlations (*r*): NA<br>Copollutant models with: NA |
| Dominici et al. (2006)<br>204 U.S. counties<br>†Peng et al. (2009b)<br>94 U.S. counties<br>1999−2002<br>Older adults ≥65 yr | Monitors in county averaged<br>Number per county NR | 13.4 | 75th: 15.2 | Correlations (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2014)<br>New York, New Jersey, Pennsylvania, Maryland, Delaware, Virginia, West Virginia, Washington, DC<br>2000−2006<br>Older adults ≥65 yr | Satellite-monitor hybrid model | Urban: 12.8<br>Rural: 11.5 | 75th<br>Urban: 16.7<br>Rural: 14.2<br>Max<br>Urban: 96.1<br>Rural: 95.9 | Correlations (*r*): NA<br>Copollutant models with: NA |
| Chen et al. (2004)<br>Vancouver, Canada<br>1995−1999<br>Older adults ≥65 yr | NR | 7.7 | 75th: 9.0<br>Max: 32 | Correlations (*r*): NA<br>Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ |

**Table 5-8 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| Ito (2003)<br>Detroit, MI<br>1992−1994<br>Older adults, age NR | One monitor in Windsor, Ontario | 18 | 75th: 21<br>95th: 42 | Correlations (*r*): NA<br>Copollutant models with: NA |
| †Halonen et al. (2009a)<br>Helsinki, Finland<br>1998−2004<br>Older adults ≥65 yr | Two monitors | Median: 8.8 | 75th: 11.0<br>Max: 41.5 | Correlation (*r*): 0.43 $O_3$.<br>Copollutant models with: $O_3$ |
| Moolgavkar (2003)<br>Los Angeles, CA<br>1987−1995<br>All adults | Monitors in city<br>Number of monitors NR | NR | NR | Correlation (*r*): NA<br>Copollutant models with: CO, $SO_2$, $NO_2$. |
| †Kim et al. (2012)<br>Denver, CO<br>2003−2007<br>All adults | One monitor | 8.0 | Max: 59.4 | Correlation (*r*): 0.30 $O_3$, 0.26 $NO_2$, 0.23 CO, 0.23 $SO_2$<br>Copollutant models with: NA |
| †Liu et al. (2016)<br>Greater Houston area, TX<br>2008−2013<br>All adults | Four monitors averaged from one county | 12.0 | 90th: 18.5 | Correlations (*r*): NA<br>Copollutant models with: NA |
| †Cheng et al. (2015)<br>Kaohsiung, Taiwan<br>2006−2010<br>All adults | Six monitors averaged | Median: 44.3 | 75th: 61.9<br>Max: 144 | Correlation (*r*): 0.42 $O_3$, 0.80 $NO_2$, 0.81 CO, 0.25 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ |

**Table 5-8 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Zhao et al. (2016)<br>Dongguan, China<br>2013−2015<br>All adults | Five monitors averaged | 42.6 | 75th: 56.8<br>Max: 193 | Correlation (*r*): 0.40 $O_3$, 0.67 $NO_2$, 0.69 $SO_2$<br>Copollutant models with: $O_3$, $SO_2$, $NO_2$ |
| †Belleudi et al. (2010)<br>Rome, Italy<br>2001−2005 | One monitor, 2 km from city center | 22.8 | | Correlation (*r*): 0.84 $PM_{10}$<br>Copollutant models with: NA |
| *ED Visits* | | | | |
| †Weichenthal et al. (2016)<br>15 cities Ontario, Canada<br>2004−2011<br>All ages | Nearest monitor to population-weighted ZIP code centroid or single available monitor | 7.1 | Max: 56.8 | Correlation (*r*): <0.42 $NO_2$<br>Copollutant models with: $O_3$ |
| †Sarnat et al. (2015)<br>St. Louis, MO (eight Missouri counties, eight Illinois counties)<br>2001−2003<br>All adults | One monitor | 18.0 | 75th: 22.7<br>Max: NR | Correlation (*r*): 0.23 $O_3$, 0.35 $NO_2$, 0.25 CO, 0.08 $SO_2$.<br>Copollutant models with: NA |
| †Krall et al. (2016)<br>Atlanta, GA, 1999−2009<br>Birmingham, AL, 2004−2010<br>St. Louis, MO, 2001−2007<br>Dallas, TX, 2006−2009<br>All adults | One monitor, each city | Atlanta, GA: 15.6<br>Birmingham, AL: 17.0<br>St. Louis, MO: 13.6<br>Dallas, TX: 10.7 | NR | Correlation (*r*): 0.57 $O_3$, 0.39 $NO_2$ Atlanta, GA, 0.42 $O_3$, −0.15 $NO_2$ Dallas, TX, 0.29 $O_3$, 0.29 $NO_2$ St. Louis, MO.<br>Copollutant models with: NA |

**Table 5-8 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for chronic obstructive pulmonary disease.**

| Study | Exposure Assessment | Mean Concentration μg/m³ | Upper Percentile Concentrations μg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000<br>All adults | One monitor | 19.2 | 90th: 32.3 | Correlations (*r*): NA<br>Copollutant models with: NA |
| †Rodopoulou et al. (2015)<br>Little Rock, AR<br>2002−2012<br>Adults >15 yr | One monitor | 12.4 | 75th: 15.6 | Correlation (*r*): 0.33 $O_3$<br>Copollutant models with: $O_3$ |
| †Malig et al. (2013);<br>†Ostro et al. (2016)<br>35 or 8 California counties<br>2005−2008<br>All adults | Nearest monitor | 35 counties: 5.2−19.8<br>8 counties: 16.5 overall | NR | Correlations (*r*): NA<br>Copollutant models with: NA |
| Stieb et al. (2009)<br>Halifax, Montreal, Toronto, Ottawa, Edmonton, Vancouver, Canada<br>1992−2003 across cities<br>All adults | One monitor Halifax, Ottawa, Vancouver; three Edmonton; seven Montreal, Toronto | Halifax: 9.8<br>Montreal: 8.6<br>Toronto: 9.1<br>Ottawa: 6.7<br>Edmonton: 8.5<br>Vancouver: 6.8 | 75th, Halifax: 11.3<br>Montreal: 10.9<br>Toronto: 11.9<br>Ottawa: 8.7<br>Edmonton: 10.9<br>Vancouver: 8.5 | Correlation (*r*): −0.05 to 0.62 $O_3$, 0.27−0.51 $NO_2$, 0.01−0.42 CO, 0.01−0.55 $SO_2$.<br>Copollutant models with: NA |
| *Hospital Admissions and ED Visits* | | | | |
| Slaughter et al. (2005)<br>Spokane, WA<br>1995−1999 | One monitor | NR | 90th: 20.2 | Correlation (*r*): 0.62 CO<br>Copollutant models with: NA |

CO = carbon monoxide; ED = emergency department; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year(s).

†Studies published since the 2009 PM ISA.

#### 5.1.4.1.1 Hospital Admissions

Several recent multicity studies conducted in the U.S. examined associations between short-term $PM_{2.5}$ exposure and COPD hospital admissions in individuals aged 65 years and older. In a multicity study conducted in the Mid-Atlantic region of the U.S., Kloog et al. (2014) examined associations between short-term $PM_{2.5}$ exposure and COPD hospital admissions by assigning exposure using a novel prediction model that combined land use regression with surface measurements of $PM_{2.5}$ concentration and satellite aerosol optical depth, a model that was also employed in a previous study conducted in New England (Kloog et al., 2012). The authors reported a 1.83% (95% CI: 1.18, 2.48) increase in COPD hospital admissions at model lag 0−1 days.

Bell et al. (2015) also examined COPD hospital admissions in adults ages 65 years and older in a multicounty time-series analysis conducted in 213 U.S. counties. However, unlike Kloog et al. (2014), where exposures were assigned using model predictions, Bell et al. (2015) assigned exposures through $PM_{2.5}$ data retrieved from ambient monitors in each county. The authors reported a 0.34% (95% CI: −0.05, 0.74) increase in COPD hospital admissions at lag 0, which is smaller in magnitude than the association observed in Kloog et al. (2014), but may reflect the different exposure assignment approaches (Section 3.4.4.1). Consistent with the U.S. multicity studies, Hwang et al. (2017) also reported a positive association of 2% (95% CI: 0.8, 2.9; lag 0−2) with COPD hospital admissions in a study of four cities in southwestern Taiwan focusing on people of all ages.

Several recent single-city studies in the U.S. reported inconsistent evidence of an association between short-term exposure to $PM_{2.5}$ and hospital admissions for COPD. Kim et al. (2012) found no evidence of an association with COPD hospital admissions in Denver, CO (quantitative results not reported). Several single-city international studies examined the association with COPD hospital admissions and support the evidence reported in the U.S. multicity studies. A single-city study conducted in Rome, Italy focusing on adults aged 35 years and older investigated the association between $PM_{2.5}$ and COPD hospital admissions in a case-crossover analysis (Belleudi et al., 2010). Effects were assessed at several single- (0−6) and multiday lags (0−1, 0−2, 0−5, and 0−6 days). The association for $PM_{2.5}$ at a 0-day lag was positive but with wide confidence intervals (1.88% [95% CI: −0.27, 4.09]). The evidence observed using a shorter distributed lag is consistent with the lag structure of associations observed in the other COPD hospital admission studies, although in many instances the lags examined were selected a priori. In a similar fashion, Halonen et al. (2009a) observed a 3% increase (95% CI: −1.9, 8.1) at lag 0 in a model adjusted for $O_3$ for hospital admissions in Helsinki, Finland, but with a wide confidence interval due to the low count of hospital admissions compared with other studies. Cheng et al. (2015), examining hospital admissions in a case-crossover study in Kaohsiung, Taiwan, found no association between $PM_{2.5}$ at a 0−2-day lag (RR: 1.00 [95% CI: 0.98, 1.03]).

#### 5.1.4.1.2 Emergency Department (ED) Visits

Several recent multicity studies conducted in the U.S. examined associations between short-term $PM_{2.5}$ exposure and COPD ED visits. In a multicity study conducted in 35 California counties, Malig et al. (2013) examined the association between short-term $PM_{2.5}$ exposures and respiratory ED visits, including COPD. In a time-stratified case-crossover analysis, the authors examined single-day lags and reported positive associations at lags 1 and 2 days, with the most precise estimate at lag 2 (1.47% [95% CI: 0.40, 2.6]). In a copollutant model with $PM_{10-2.5}$, the $PM_{2.5}$ association was relatively unchanged [1.58% (95% CI: 0.56, 2.62); Malig et al. (2013) and supplemental data file available on HERO]. The positive association observed in the multicounty study conducted by Malig et al. (2013) is supported by a study conducted in Little Rock, AR (Rodopoulou et al., 2015) that observed a 3.08% increase (95% CI: −0.98, 7.30) in COPD ED visits at lag 2. Rodopoulou et al. (2015) also examined the $PM_{2.5}$-COPD ED visits association in a copollutant model with $O_3$ and reported that the association remained positive, but confidence intervals increased in size (2.86% [95% CI: −1.35, 7.24]). A multicity case-crossover study of 15 cities in Ontario, Canada found an increase on the same order (2.2%) with higher precision (95% CI: 1.4, 2.9) than (Rodopoulou et al., 2015) using a 3-day mean lag structure. In contrast, Sarnat et al. (2015) in a time-series study of $PM_{2.5}$ and cardiorespiratory ED visits in the St. Louis Missouri-Illinois (MO-IL) metropolitan area also reported no evidence of an association with COPD ED visits (RR: 0.99 [95% CI: 0.95, 1.03]) in a 3-day unconstrained distributed lag model (i.e., lag 0−2).

#### 5.1.4.1.3 Summary of Chronic Obstructive Pulmonary Disease (COPD) Hospital Admissions and Emergency Department (ED) Visits

Consistent with the 2009 PM ISA (U.S. EPA, 2009), several recent studies examined COPD hospital admissions and ED visits and report generally positive associations with $PM_{2.5}$, with more recent multicity studies focusing on hospital admissions for older individuals (i.e., 65 years of age and older). Recent multicity and single-city studies conducted in the U.S. that focused on individuals 65 years of age and older reported positive associations between short-term $PM_{2.5}$ exposure and COPD hospital admissions. Associations of short-term $PM_{2.5}$ exposure and ED visits, although generally positive, were less precise due to most studies being conducted in individual cities. The results from the studies evaluated in this section are supported by a recent meta-analysis of 12 studies, some of which were reviewed in the 2009 PM ISA that reported a 3.1% (95% CI: 1.6,4.6) increase in COPD hospital admissions (Li et al., 2015a). As detailed in Section 5.1.10.1, the assessment of potential copollutant confounding in studies of COPD hospital admissions and ED visits was limited but provided evidence that associations were relatively unchanged in copollutant models. Additionally, although not extensively examined, studies generally provide evidence of larger associations in the cold or winter season compared with warmer months (Section 5.1.10.4.1). However, the studies that examined seasonal patterns of associations did not examine potential copollutant confounding by season.

#### 5.1.4.2 Respiratory Symptoms and Medication Use

A single study reviewed in the 2009 PM ISA (U.S. EPA, 2009) examined respiratory symptoms and medication use in adults with COPD and observed inconsistent evidence of an association with $PM_{2.5}$ across three single-day lags (Silkoff et al., 2005). A limited number of recent studies available for review followed populations consisting of adults with moderate or severe COPD. The results were not entirely consistent, although there was some evidence to indicate associations between $PM_{2.5}$ concentrations and increases in respiratory symptoms in adults with COPD. Study-specific details, air quality characteristics, and selected results from these studies are highlighted in Table 5-9. Wu et al. (2016) examined the self-reported occurrence of several respiratory symptoms in relation to short-term $PM_{2.5}$ concentrations in a panel study of 23 adults in Beijing. The authors reported associations between most multiday (2−7) avg $PM_{2.5}$ concentrations and sore throat, cough, sputum, wheeze, and dyspnea symptoms. Similarly, in a panel of 29 adults in Mexico City, total personal $PM_{2.5}$ exposure was associated with cough and phlegm, but not wheeze (Cortez-Lugo et al., 2015). A notable limitation of the study was the high loss to follow-up, with only 4 of the 29 subjects completing all three of the 2-week study phases. In contrast, in a study of adults in Worcester, MA, $PM_{2.5}$ was associated with a decrease in COPD exacerbations, defined as a worsening of respiratory symptoms (Devries et al., 2016). Studies accounted for potential confounding by temperature, season, and time trend and also adjusted for subject characteristics such as COPD severity, race, atopic status, and comorbidity. Few studies examined any copollutants. Associations of $PM_{2.5}$ concentrations with wheeze and dyspnea persisted with adjustment for $NO_2$ or $SO_2$ in Wu et al. (2016). However, correlations for $PM_{2.5}$ with $NO_2$ and $SO_2$ were high ($r = 0.80, 0.68$).

**Table 5-9 Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory symptoms, lung function, and pulmonary inflammation in adults with chronic obstructive pulmonary disease.**

| Study | Study Population | Exposure Assessment Concentration (μg/m³) | Single Pollutant Effect Estimate 95% CI[a] | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Chi et al. (2016)<br>Southwestern Taiwan<br>2014−2016 | n = 19, 68% severe COPD<br>Questionnaire every 2 mo for 1 yr<br>73% follow-up participation | Home outdoor<br>Three measures for 1-min<br>Mean: 120 | Score for $PM_{2.5}$ >35 vs. ≤35 μg/m³<br>Wheeze: 1.46, $p < 0.01$<br>Phlegm: −0.22, $p > 0.05$<br>Dyspnea: 0.84, $p > 0.05$<br>Activity limitation: −0.84, $p > 0.05$ | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Cortez-Lugo et al. (2015)<br>Mexico City, Mexico<br>Years NR | n = 29, mean 37% predicted $FEV_1$<br>Daily diary for three 12-day periods<br>Recruited from clinic<br>62% completed two or three sessions<br>90% time spent indoors | Total personal<br>2-day avg<br>Mean: 39 | Phlegm, lag 2: 1.23 (0.98, 1.54)<br>Cough, lag 2: 1.33 (1.05, 1.69)<br>Nighttime PEF (L/min)<br>Lag 1: 0.16 (−2.3, 2.6)<br>Lag 2: −3.0 (−5.7, −0.3) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Devries et al. (2016)<br>Worcester, MA<br>2011−2012 | n = 168, 68% severe COPD<br>Calls to nurse on symptom onset<br>Recruited from clinic<br>No information on participation rate | Three monitors averaged<br>Mean: 8.6<br>Max: 37.0 | Any symptom, lag 1: 0.54 (0.28, 1.10) | Correlation (*r*): (seasonal range) 0.41−0.83 $NO_2$, 0.30−0.79 $SO_2$<br>Copollutant models with: $NO_2$ and $SO_2$ |
| †Wu et al. (2016)<br>Beijing, China<br>January−April, August−September 2014 | n = 23, 81% moderate/severe COPD<br>Daily diary for 11−81 days<br>5−21 weekly eNO measures<br>Recruited from clinic<br>96% completed one or two test periods | One monitor<br>1.6−8.8 km from homes<br>24-h avg<br>Median, 75th<br>Period 1: 96.5, 149<br>Period 2: 65.5, 92.0 | Dyspnea, lag 0−4: 1.20 (1.10, 1.29)<br>Sputum, lag 0−4: 1.06 (1.0, 1.13)<br>Cough, lag 0−4: 1.05 (0.99, 1.14)<br>eNO, lag 0−4: 2.6% (0.4, 4.9) | Correlation (*r*): 0.80 $NO_2$, 0.68 $SO_2$, 0.84 $PM_{10}$<br>Copollutant models with: $NO_2$, $SO_2$, and $PM_{10}$ |

**Table 5-9 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory symptoms, lung function, and pulmonary inflammation in adults with chronic obstructive pulmonary disease.**

| Study | Study Population | Exposure Assessment Concentration (µg/m³) | Single Pollutant Effect Estimate 95% CI[a] | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| Trenga et al. (2006)<br>Seattle, WA<br>1999−2002 | n = 24, mean 56% predicted $FEV_1$<br>Daily $FEV_1$ for 36 sessions, 5−10 days each<br>Supervised spirometry<br>Recruited from clinics, senior centers, retirement homes | Total personal, fixed-site monitor, and home outdoor<br>24-h avg<br>Medians, 75th<br>Total personal: 11.3, 16.3<br>Monitor: 11.2, 16.9<br>Home outdoor: 9.6, 14.8 | Change in $FEV_1$ (mL), lag 1<br>Total personal: −19 (−74, 36)<br>Fixed-site monitor: −71 (−118, −23)<br>Home outdoor: −45 (−103, 12) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Ebelt et al. (2005)<br>Vancouver, Canada<br>1998 | n = 16, light/moderate COPD<br>5−7 $FEV_1$ measures, every 1.5 week<br>Supervised spirometry<br>No information on participation rate | Personal exposure, five monitors<br>24-h avg<br>Ambient exposure estimated from total personal $SO_4^{2-}$, air infiltration, time activity<br>Mean, max<br>Total personal: 18.5, 90.9<br>Ambient exposure: 7.9, 21.3<br>Monitor: 11.4, 28.7 | Change in $FEV_1$ (mL), lag 0<br>Total personal: −0.39 (−14, 14)<br>Ambient exposure: −66 (−124, −13)<br>Monitor: −27 (−88, 34) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-9 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory symptoms, lung function, and pulmonary inflammation in adults with chronic obstructive pulmonary disease.**

| Study | Study Population | Exposure Assessment Concentration (μg/m³) | Single Pollutant Effect Estimate 95% CI[a] | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Hsu et al. (2011)<br>New York, NY<br>November 2002−March 2003 | n = 9<br>Recruited from clinics<br>Daily $FEV_1$ and PEF for 12 days<br>Supervised spirometry<br>No information on participation rate | One monitor within 4.8 km of home<br>24-h avg<br>Concentrations NR | New York: Negative association of PEF with $PM_{2.5}$ at monitor at lag 1 but positive association of PEF with $PM_{2.5}$ at monitor at lag 0 | Correlation (*r*): NA<br>Copollutant models with: NA |

avg = average; CI = confidence interval; COPD = chronic obstructive pulmonary disease; eNO = exhaled nitric oxide; $FEV_1$ = forced expiratory volume in 1 second; h = hour(s); km = kilometer; L = liter; max = maximum; μg/m³ = micrograms per cubic meter; min = minute(s); mL = milliliter; mo = month(s); n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; PEF = peak expiratory flow; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; $SO_2$ = sulfur dioxide; $SO_4^{2-}$ = sulfate; yr = year(s).

[a]Unless otherwise specified, effect estimates are standardized to a 10-μg/m³ increase in $PM_{2.5}$.

†Studies published since the 2009 PM ISA.

### 5.1.4.3 Lung Function Changes in Adults with Chronic Obstructive Pulmonary Disease (COPD)

#### 5.1.4.3.1 Epidemiologic Studies

In the 2009 PM ISA (U.S. EPA, 2009), results from a limited number of epidemiologic studies indicated an association between PM and decreased $FEV_1$ in adults with COPD (Trenga et al., 2006; Ebelt et al., 2005). A few recent studies also evaluated lung function changes in populations with COPD and the results were inconsistent (Table 5-9). Recent studies used trained technicians to measure lung function, but the frequency of measurements varied from daily (Hsu et al., 2011) to less than once per week (Cortez-Lugo et al., 2015). Total personal $PM_{2.5}$ exposure was associated with decreased PEF in adults with COPD in Mexico City, who spent more than 90% of their time indoors (Cortez-Lugo et al., 2015). As discussed previously, there was high loss to follow-up in this study. Associations were observed with 2-day avg exposures lagged 2 or 3 days but not 0 or 1 days. In a small panel study of adults with COPD in New York City, NY, ambient $PM_{2.5}$ concentrations were associated with decreases in PEF at lag 1, but increases in PEF at lag 0 (Hsu et al., 2011). Given the short sampling period (12 days) and relatively small sample size (nine participants), the generalizability of the results is limited.

#### 5.1.4.3.2 Controlled Human Exposure Studies

Two studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) provide limited evidence for decreased lung function among subjects with COPD exposed to $PM_{2.5}$ (Gong et al., 2005; Gong et al., 2004a). Gong et al. (2004a) reported decreases in oxygen saturation among elderly COPD patients, although results were more consistent in elderly subjects without COPD; the authors reported no effects on spirometric measures of lung function. The association between $PM_{2.5}$ and decreased oxygen saturation in COPD patients was confirmed in Gong et al. (2005).

### 5.1.4.4 Subclinical Effects Underlying Exacerbation of Chronic Obstructive Pulmonary Disease (COPD)

#### 5.1.4.4.1 Epidemiologic Studies

A limited number of studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) reported evidence of an association between short-term $PM_{2.5}$ concentrations and pulmonary inflammation in adults with COPD. Studies examined exhaled nitric oxide (eNO) as an indicator of pulmonary inflammation, a key characteristic of COPD. Additionally, there is evidence that eNO increases during acute COPD

exacerbation (Perng and Chen, 2017). Small panel studies of older adults in Steubenville, OH (Adamkiewicz et al., 2004) and Seattle, WA, (Jansen et al., 2005) reported increases in eNO associated with 24-hour avg $PM_{2.5}$ concentrations measured at a single fixed-site monitor or outside of participants residences, respectively.

Information from the few available recent studies continues to support a relationship between $PM_{2.5}$ and increases in pulmonary inflammation in adults with COPD. Recent studies evaluated panels of older adults with COPD in Shanghai (Chen et al., 2015b) and Beijing, China (Wu et al., 2016). In both studies, $PM_{2.5}$ was measured at a single fixed-site monitor located within 4 km (Chen et al., 2015b) or 1.6−8.8 km (Wu et al., 2016) of subjects' residences, but information on the variability in $PM_{2.5}$ concentrations in the study areas was not reported. Chen et al. (2015b) observed eNO increases consistent with increases in $PM_{2.5}$ concentrations at 7−12-hour, 13−24-hour, 1-, 2-, and 3−7-day lags. Supporting these findings, the authors also reported associations between $PM_{2.5}$ and decreased methylation of the inducible nitric oxide synthase gene promoter that demonstrated the largest decrements at lag 0−6 hour. Lower methylation is associated with increased gene expression of inducible nitric oxide synthase which mediates production of nitric oxide. Wu et al. (2016) did not examine hourly lags but reported associations between eNO and cumulative average $PM_{2.5}$ concentrations ranging from 1 to 7 days. eNO associations were robust to adjustment for $NO_2$ but attenuated and no longer positive in two-pollutant models including $SO_2$ (Wu et al., 2016). However, there were high correlations of $PM_{2.5}$ with $NO_2$ and $SO_2$ ($r = 0.80, 0.68$). While these studies provide additional support to the previously limited evidence of an association between $PM_{2.5}$ exposure and pulmonary inflammation in adults with COPD, uncertainties remain in attributing the observed increases in pulmonary inflammation to $PM_{2.5}$ exposure, similar to findings for other indicators of COPD exacerbation.

#### 5.1.4.4.2 Controlled Human Exposure Studies

In the 2009 PM ISA (U.S. EPA, 2009), a limited number of studies investigated $PM_{2.5}$-induced health effects in adults with COPD. Gong et al. (2004a) and Gong et al. (2005) found a decrease in columnar epithelia cells ($p < 0.01$) following short-term exposure to $PM_{2.5}$. This effect was more pronounced in healthy subjects than in those with COPD.

#### 5.1.4.4.3 Animal Toxicological Studies

Although no additional toxicological studies on the effects of PM on COPD have become available in recent years, the 2004 PM AQCD (U.S. EPA, 2004) reported several studies that examined the effects of multiday exposure to $PM_{2.5}$ CAPs in rats with experimentally induced bronchitis, an animal model of COPD. Changes in tidal volume, BALF injury markers (protein, albumin, and *N*-acetyl glutaminidase), and numbers of BALF neutrophils and lymphocytes were greater in bronchitic rats than in

nonbronchitic rats exposed to $PM_{2.5}$ CAPs from Boston, MA (Saldiva et al., 2002; Clarke et al., 1999) and Research Triangle Park, NC (Kodavanti et al., 2000).

#### 5.1.4.5 Summary of Exacerbation of Chronic Obstructive Pulmonary Disease (COPD)

Recent studies generally support an association between short-term increases in $PM_{2.5}$ concentration and exacerbation of COPD. They expand on the array of COPD-related outcomes and add coherence for the observations of $PM_{2.5}$-related increases in COPD-related hospital admissions and ED visits. Overall, the evidence links short-term $PM_{2.5}$ exposure to COPD hospital admissions and ED visits. These findings are supported by recent observations of $PM_{2.5}$-related pulmonary inflammation, but evidence for $PM_{2.5}$-related symptoms and for decreases in lung function is less consistent. A strength of these studies is their assessment of personal $PM_{2.5}$ exposures. Overall, copollutant confounding was not adequately examined. Thus, the extent to which the results can be attributed specifically to $PM_{2.5}$ exposure is unclear. However, experimental studies in individuals with COPD and in an animal model of COPD support an independent effect of short-term $PM_{2.5}$ exposure on exacerbation of COPD. Changes in lung function-related parameters (oxygen saturation and tidal volume), as well as lung injury and inflammation, were observed following short-term $PM_{2.5}$ CAPs exposure and provide biological plausibility for the findings of the epidemiologic studies (Figure 5-1).

### 5.1.5 Respiratory Infection

The respiratory tract is protected from exogenous pathogens by lung host defenses that include mucociliary clearance, pathogen detoxification, and clearance by alveolar macrophages, as well as innate and adaptive immunity. Impairment of these defense mechanisms can increase the risk of respiratory infection. The 2009 PM ISA (U.S. EPA, 2009) described evidence supporting $PM_{2.5}$-related respiratory infection, but there was uncertainty due to a small evidence base relative to those for other respiratory effects. Previous epidemiologic studies consistently observed associations between $PM_{2.5}$ concentrations and hospital admissions or ED visits for indices aggregating various respiratory infections, particularly in U.S. and European cities. Findings from a limited number of studies also supported associations with pneumonia. In the 2004 PM AQCD and the 2009 PM ISA, controlled human exposure studies were not available to assess coherence, but an animal toxicological study demonstrated increased susceptibility to pneumonia infection and altered macrophage function following exposure to $PM_{2.5}$. Hospital admissions and ED visits make up most of the epidemiologic evidence of respiratory infections, and this evidence consistently indicates associations for $PM_{2.5}$ concentrations with multiple respiratory infections grouped together, but not individually, with pneumonia. Interpretation of the evidence, however, is complicated by the variety of respiratory infection outcomes examined.

In addition to examining the relationship between short-term $PM_{2.5}$ exposure and respiratory effects, some epidemiologic studies have conducted analyses to assess whether the associations observed are due to chance, confounding, or other biases. For this reason, this evidence across epidemiologic studies is not discussed within this section but evaluated in Section 5.1.10 in an integrative manner focusing specifically on those analyses that address policy-relevant issues. Those issues include evaluations of copollutant confounding (Section 5.1.10.1), model specification (Section 5.1.10.2), lag structure (Section 5.1.10.3), the role of season and temperature on $PM_{2.5}$ associations (Section 5.1.10.4), averaging time of $PM_{2.5}$ concentrations (Section 5.1.10.5), and C-R and threshold analyses (Section 5.1.10.6). The studies that inform these issues and evaluated within these sections are primarily epidemiologic studies that conducted time-series or case-crossover analyses focusing on respiratory infection hospital admissions and ED visits.

### 5.1.5.1 Hospital Admissions and Emergency Department (ED) Visits

Associations between short-term $PM_{2.5}$ exposure and hospital admissions and between short-term $PM_{2.5}$ exposure and ED visits for respiratory infections were consistently observed among multicity studies evaluated in the 2009 PM ISA (U.S. EPA, 2009), although the type of respiratory infection examined varied across the studies (i.e., acute bronchitis, bronchiolitis, and pneumonia). Several multicity studies reported associations between short-term $PM_{2.5}$ exposure and pneumonia and acute bronchitis in children. The overall evidence base examining short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for respiratory infections has expanded considerably since the 2009 PM ISA. These recent studies report generally positive associations between $PM_{2.5}$ and hospital admissions and ED visits for pneumonia, ear infections, and all respiratory infections grouped together (see Figure 5-7, Table 5-10). As in the 2009 PM ISA, combined respiratory infections capture a range of outcomes (pneumonia, ear infections, bronchiolitis, sinusitis), most of which are reported in studies primarily focusing on children.

For each of the studies evaluated in this section, Table 5-10 presents the air quality characteristics of each city, or across all cities, the exposure assignment approach used, and information on copollutants examined in each respiratory infection hospital admission and ED visit study. Other recent studies of respiratory infection hospital admissions and ED visits are not the focus of this evaluation because they did not address uncertainties and limitations in the evidence previously identified, and therefore, do not directly support the discussion of policy-relevant considerations detailed in Section 5.1.10. Additionally, many of these studies were conducted in small single cities, were of a short study duration, or had insufficient sample size. The full list of these studies can be found here: https://hero.epa.gov/hero/particulate-matter.




ED = emergency department; μg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA. Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

[a] Results for temperatures ≥25°C.
[b] Results for temperatures <25°C.

**Figure 5-7 Summary of associations between short-term $PM_{2.5}$ exposures and respiratory infection hospital admissions and emergency department visits for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

**Table 5-10 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | Mean Concentration µg/m$^3$ | Upper Percentile Concentrations µg/m$^3$ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| *Children* | | | | | |
| Lin et al. (2005)<br>Toronto, Canada<br>1998−2001 | Four monitors averaged | Hospital admissions<br>URI + LRI | 9.6 | 75th: 12.3<br>Max: 50.5 | Correlation (*r*): 0.56 $O_3$, 0.48 $NO_2$, 0.10 CO, 0.47 $SO_2$<br>Copollutant models with: NA |
| †Yap et al. (2013)<br>12 counties, Central Valley and South Coast, CA<br>2000−2005 | Monitors in county averaged<br>Number per county NR. 73 monitors total in state. | Hospital admissions<br>ARI and pneumonia | 12.8 Sacramento, CA to 24.6 Riverside, CA | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Darrow et al. (2014)<br>Atlanta, GA<br>1993−2010 | 11 monitors combined for each census tract | ED visits<br>URI and pneumonia | 14.1 | 75th: 17.8<br>95th: 27.4<br>Max: 75.2 | Correlation (*r*): 0.30 $O_3$, 0.41 $NO_2$, 0.45 CO<br>Copollutant models with: NA |
| †Xiao et al. (2016); †Strickland et al. (2015)<br>Georgia, whole state<br>2002−2008 or 2010 | Fuse-CMAQ; satellite-monitor model | ED visits<br>URI, pneumonia, ear infection, chronic sinusitis | Fuse-CMAQ<br>Mean<br>13.2<br>Satellite-monitor<br>Median<br>State: 12.9<br>Large urban: 13.0<br>Nonurban: 12.9 | Fuse-CMAQ<br>75th: 16.1<br>Max: 86.4<br>Satellite-monitor<br>State<br>75th: 17.4<br>99th: 37.4 | Correlation (*r*): 0.61 $O_3$, 0.22 $NO_2$, 0.26 CO, 0.21 $SO_2$<br>Copollutant models with: NA |
| †Zemek et al. (2010)<br>Edmonton, Canada<br>1998−2002 | Three monitors averaged | ED visits<br>Ear infection | 8.5 | 75th: 10.9 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-10 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| †Kousha and Castner (2016)<br>Windsor, Canada<br>2004−2010 | Average of monitors in city | ED visits<br>Ear infection | 4.7 | NR | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| *Older Adults* | | | | | |
| Dominici et al. (2006)<br>204 U.S. counties<br>1999−2002 | Monitors in county averaged<br>Number per county NR | Hospital admissions<br>URI + LRI | 13.4 | 75th: 15.2 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties<br>1999−2010 | Monitors in county averaged<br>Number per county NR | Hospital admissions<br>URI + LRI | U.S.: 12.3<br>Northeast: 12.0<br>Midwest: 12.9<br>South: 12.4<br>West: 11.3 | Max U.S.: 20.2<br>Northeast: 16.4<br>Midwest: 16.5<br>South: 16.5<br>West: 20.2 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| Ito (2003)<br>Detroit, MI<br>1992−1994 | One monitor<br>Sited in Windsor, Ontario | Hospital admissions<br>Type of infection NR | 18 | 75th: 21<br>95th: 42 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| Zanobetti and Schwartz (2006)<br>Boston, MA<br>1995−1999 | One monitor<br>Data missing for 1998 | Hospital admissions<br>Pneumonia | Median:<br>11.1 | 75th: 16.1<br>95th: 26.3 | Correlation (*r*): 0.20 $O_3$, 0.55, $NO_2$, 0.52 CO<br>Copollutant models with: NA |
| †Halonen et al. (2009b)<br>Helsinki, Finland<br>1998−2004 | | Hospital admissions<br>Pneumonia | Median:<br>9.5 | 75th: 11.7<br>Max: 69.5 | Correlation (*r*): 0.39 $NO_2$, 0.30 CO<br>Copollutant models with: $NO_2$, CO |

**Table 5-10 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | Mean Concentration μg/m³ | Upper Percentile Concentrations μg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| *All Adults* | | | | | |
| †Halonen et al. (2009a)<br>Helsinki, Finland<br>1998−2004 | Two monitors | Hospital admissions<br>Pneumonia | Median:<br>8.8 | 75th: 11.0<br>Max: 41.5 | Correlation (*r*): 0.43 $O_3$.<br>Copollutant models with: $O_3$ |
| †Rodopoulou et al. (2015)<br>Little Rock, AR<br>2002−2012 | One monitor | ED visits<br>ARI and pneumonia | 12.4 | 75th: 15.6 | Correlation (*r*): 0.33 $O_3$<br>Copollutant models with: $O_3$ |
| †Liu et al. (2016)<br>Greater Houston area, TX<br>2008−2013<br>Mostly adults (92%) | Four monitors averaged | Hospital admissions<br>Pneumonia | 12.0 | 90th: 18.5 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| †Belleudi et al. (2010)<br>Rome, Italy<br>2001−2005 | One monitor | Hospital admissions<br>LRI | 22.8 | 75th: 27.8 | Correlation (*r*): 0.84 $PM_{10}$<br>Copollutant models with: NA |
| †Sarnat et al. (2015)<br>St. Louis, MO (eight Missouri counties, eight Illinois counties)<br>2001−2003<br>All adults | One monitor | ED visits<br>Pneumonia | 18.0 | 75th: 22.7<br>Max: NR | Correlation (*r*): 0.23 $O_3$, 0.35 $NO_2$, 0.25 CO, 0.08 $SO_2$<br>Copollutant models with: NA |
| *All Ages* | | | | | |
| †Krall et al. (2016)<br>Atlanta, GA, 1999−2009<br>Birmingham, AL, 2004−2010<br>St. Louis, MO, 2001−2007<br>Dallas, TX, 2006−2009 | One monitor in each city | ED visits<br>URI and pneumonia | Atlanta, GA: 15.6<br>Birmingham, AL: 17.0<br>St. Louis, MO: 13.6<br>Dallas, TX: 10.7 | NR | Correlation (*r*): 0.57 $O_3$, 0.39 $NO_2$ Atlanta, GA; 0.42 $O_3$, −0.15 $NO_2$ Dallas, TX; 0.29 $O_3$, 0.29 $NO_2$ St. Louis, MO.<br>Copollutant models with: NA |

**Table 5-10 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| Peel et al. (2005)<br>Atlanta, GA<br>1998−2000 | One monitor | ED visits<br>URI and pneumonia | 19.2 | 90th: 32.3 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| †Malig et al. (2013)<br>35 California counties 2005−2008<br>†Ostro et al. (2016)<br>Eight California counties 2005−2008 | Nearest monitor<br>Monitor within 25 or 20 km of population-weighted ZIP code centroid | ED visits<br>ARI and pneumonia | 35 counties: 5.2 to 19.8<br>8 counties: 16.5 overall | NR | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| Stieb et al. (2009)<br>Halifax, Montreal, Toronto, Ottawa, Edmonton, Vancouver, Canada<br>1992−2003 across cities | One monitor | ED visits<br>URI + LRI | 6.7−9.8 | 75th<br>8.7−11.9 | Correlation (*r*): −0.05 to 0.62 $O_3$, 0.27−0.51 $NO_2$, 0.01−0.42 CO, 0.01−0.55 $SO_2$.<br>Copollutant models with: NA |
| Host et al. (2008)<br>Paris, Le Havre, Toulouse, Rouen, Marseille, Lille, France, 2000−2003 | Seven monitors | Hospital admissions<br>URI + LRI | 13.8−18.8 | 95th<br>25.0−33.0 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| †Winquist et al. (2012)<br>St. Louis, MO<br>2001−2007 | One monitor | Hospital admissions and ED visits<br>Pneumonia | 14.4 | Max: 56.6 | Correlation (*r*): 0.25 $O_3$<br>Copollutant models with: NA |
| †Kim et al. (2012)<br>Denver, CO<br>2003−2007 | One monitor | ED visits<br>Pneumonia | 8.0 | Max: 59.4 | Correlation (*r*): 0.30 $O_3$, 0.26 $NO_2$, 0.23 CO, 0.23 $SO_2$<br>Copollutant models with: NA |
| †Cheng et al. (2015)<br>Kaohsiung, Taiwan<br>2006−2010 | Six monitors averaged | Hospital admissions<br>Pneumonia | Median:<br>44.3 | 75th: 61.9<br>Max: 144 | Correlation (*r*): 0.42 $O_3$, 0.80 $NO_2$, 0.81 CO, 0.25 $SO_2$<br>Copollutant models with: $O_3$, $NO_2$, CO, $SO_2$ |

**Table 5-10 (Continued): Epidemiologic studies of $PM_{2.5}$ and hospital admissions and emergency department visits for respiratory infection.**

| Study | Exposure Assessment | Outcome Assessment | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|---|
| †Grineski et al. (2011)<br>El Paso, TX<br>2000−2003 | Two monitors averaged | Hospital admissions<br>Acute bronchitis | 12.8 | 75th: 15.6<br>95th: 26.6<br>Max: 119.1 | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |
| †Winquist et al. (2012)<br>St. Louis, MO<br>2001−2007 | Two monitors averaged | Hospital admissions and ED visits | 14.4 | Max: 56.6 | Correlation (*r*): 0.25 $O_3$<br>Copollutant models with: NA |
| †Sinclair et al. (2010)<br>Atlanta, GA<br>1998−2002 | One monitor | Outpatient visits for acute respiratory illness | 17.1 | NR | Copollutant correlation (*r*): NA<br>Copollutant models with: NA |

ARI = acute respiratory infection; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; ED = emergency department; LRI = lower respiratory infection; max = maximum; µg/m³ = micrograms per cubic meter; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; *r* = correlation coefficient; $SO_2$ = sulfur dioxide; URI = upper respiratory infection.

†Studies published since the 2009 PM ISA.

#### 5.1.5.1.1 Hospital Admissions

Studies examined the association between short-term $PM_{2.5}$ exposure and hospital admissions for a variety of respiratory infections. Several recent multicity studies conducted in the U.S. examined associations between short-term $PM_{2.5}$ exposure and hospital admissions for respiratory infections in children aged 1 to 9 years (Yap et al., 2013) and in individuals 65 years of age and older (Bell et al., 2015). Yap et al. (2013) evaluated pediatric (children aged 1 to 9 years) hospital admissions for respiratory conditions associated with $PM_{2.5}$ exposures in 12 California counties. For acute respiratory infections, including pneumonia, relative risks (RR) ranged from 1.03 to 1.07 in Los Angeles, Riverside, San Bernardino, and San Diego, CA counties at lags 0−2 days. The association for combined respiratory infection hospital admissions was significantly higher in the south coast than the Central Valley (RR 1.07 vs. 0.99); confidence intervals were not reported. In addition to this evidence for pediatric infections, in a multicounty time-series analysis of adults conducted in 213 U.S. counties, Bell et al. (2015) reported a 0.21% (95% CI: −0.07, 0.49) increase in combined respiratory tract infection hospital admissions among adults aged 65 years and older at lag 0.

In addition to the multicity studies presented above, several single-city studies were conducted in the U.S. and internationally that examined respiratory infection hospital admissions. Grineski et al. (2011) primarily focused on examining the effect of dust and low wind events on asthma and acute bronchitis hospital admissions in El Paso, TX. The authors reported imprecise associations with $PM_{2.5}$ and acute bronchitis hospital admissions across both single and multiday lags with an OR of 1.01 (95% CI: 0.92, 1.12) at lag 0−3 days. By contrast, in Denver, CO, Kim et al. (2012) reported no association between $PM_{2.5}$ and pneumonia hospital admissions at any lag when examining a distributed lag model of 0−14 days (quantitative results not presented). Winquist et al. (2012) conducted a study in the St. Louis, MO metropolitan area to evaluate the effect of the type of health care visit on the association with short-term air pollution exposures, including $PM_{2.5}$. This study compared four visit types including ED visits, hospital admissions, hospital admissions that came through the ED, and nonelective hospital admissions. The authors found that compared with ED visits patients, hospital admission patients tended to be older, had evidence of greater severity for some outcomes, and had a different mix of specific outcomes. For pneumonia, associations with $PM_{2.5}$ were positive only among the 2−18-year-old group for ED visits, nonelective hospital admissions, and hospital admissions through ED types of visits. The only positive association was observed for hospital admissions through ED visits (0.43% [95% CI: −0.56, 0.68] at lag 0−4 days). In Rome, Italy, Belleudi et al. (2010) reported evidence of an association between $PM_{2.5}$ and lower respiratory tract infection hospital admissions among adults aged 35 years and older (3.62% [95% CI: −0.96, 8.42]; lag 0−6 DL).

#### 5.1.5.1.2 Emergency Department (ED) Visits

Several recent multicity studies conducted in the U.S. examined associations between short-term $PM_{2.5}$ exposure and respiratory infection-related ED visits. In a multicity study conducted in 35 California counties, Malig et al. (2013) examined the association between short-term $PM_{2.5}$ exposures and ED visits, including pneumonia and acute respiratory infections. Using a time-stratified case-crossover analysis, the authors reported positive associations at 1-day lags between short-term $PM_{2.5}$ and acute respiratory infections (1.9% [95% CI: 1.1, 2.7]) and pneumonia (0.86% [95% CI: −0.06, 1.8]) ED visits in single-pollutant models.

The evidence for associations with ED visits from single-city studies also has expanded considerably since the 2009 PM ISA (U.S. EPA, 2009). Winquist et al. (2012) observed a positive association for hospital admissions through ED visits, which can be compared with a more recent study conducted in the same St. Louis, Missouri-Illinois (MO-IL) metropolitan area. However, unlike Winquist et al. (2012), Sarnat et al. (2015) found no evidence of an associations between $PM_{2.5}$ and pneumonia ED visits (RR: 0.98 [95% CI: 0.96, 1.00]) at lag 0−2 days.

Several studies investigated the associations between $PM_{2.5}$ and ED visits related to several respiratory infections in Atlanta, GA. Darrow et al. (2014) conducted an 18-year (1993−2010) study examining the association between $PM_{2.5}$ and pediatric (ages 0−4) ED visits for respiratory infections, including bronchitis and bronchiolitis, pneumonia, and upper respiratory infection (URI). Daily concentrations of ambient air pollution from several networks of ambient monitors were combined using population-weighting. Pneumonia ED visits were positively associated with $PM_{2.5}$ (for children aged 0−4 years, RR: 1.01 [95% CI: 0.99, 1.03]). $PM_{2.5}$ at lag 0−2 days was not associated with an increase in ED visits for bronchiolitis and bronchitis, but results for URI and pneumonia were positive, albeit with wide confidence intervals, for children aged 1−4 years. In the same location, Strickland et al. (2015) examined children ages 0−18 years old between 2002−2010 in a case-crossover study using predicted daily $PM_{2.5}$ concentrations from a two-stage spatiotemporal model with geographical weighting. The authors found that the association with ED visits for bronchitis and upper respiratory infection increased slightly at lag 0-day (OR: 1.010 [95% CI: 0.994, 1.027], and OR: 1.015 [95% CI: 1.008, 1.022]). In contrast, the association for pneumonia-related ED visits were essentially null at both a 0-day lag (OR: 0.999 [95% CI: 0.979, 1.019]) and a 1-day lag (OR: 1.001 [95% CI: 0.981, 1.022]).

In contrast to the results of Winquist et al. (2012), other single-city studies such as Darrow et al. (2014), Strickland et al. (2015), and Rodopoulou et al. (2015) found no associations for respiratory infection ED visits. For example, in Little Rock, AR, Rodopoulou et al. (2015) found an association of −1.34% (95% CI: −5.31, 2.79) among all age groups using a 2-day lag. The association slightly increased to −0.82% after the inclusion of $O_3$ in a copollutant model (95% CI: −4.96, 3.50).

### 5.1.5.2 Outpatient and Physician Visit Studies

A study conducted in Atlanta, GA, Sinclair et al. (2010) examined the association between air pollution and several respiratory-related outpatient visits, including upper and lower respiratory infections. The authors separated the analysis into two consecutive time periods to compare the air pollutant concentrations and relationships for acute respiratory visits for the 25-month time period examined in a previous study (August 1998−August 2000) and an additional 28-month time period of available data from the Atlanta Aerosol Research and Inhalation Epidemiology Study (ARIES; September 2000−December 2002). Across the two-time periods, 24-hour avg $PM_{2.5}$ concentrations were lower in the 28- versus the 25-month time period (16.2 vs. 18.4 $\mu g/m^3$, respectively). A comparison of the two-time periods indicated that associations for $PM_{2.5}$ tended to be larger in the earlier 25-month period than in the later 28-month period. The highest association with LRI was observed for lag 3−5 in the 25-month time period (RR: 1.071 [95% CI: 1.003, 1.144]). For URI in the 25-month period, the association was positive at lag 0−2 days (RR: 1.015 [95% CI: 0.990, 1.040]). Note, however, that the severity of a $PM_{2.5}$-related respiratory outcome, personal behavior like delaying a visit to the doctor for less severe symptoms, and insurance type (i.e., physician visits which often are ascertained for members of a managed care organization) may dictate whether individuals visit the doctor or a hospital, making it difficult to readily compare results between studies focusing on physician visits versus hospital admissions and ED visits.

### 5.1.5.3 Subclinical Effects Underlying Respiratory Infection

Subclinical effects have been investigated solely in animal toxicological studies. As described in the 2004 PM AQCD (U.S. EPA, 2004), Zelikoff et al. (2003) showed that exposure to $PM_{2.5}$ CAPs in New York City, NY resulted in altered macrophage function in rats. In addition, a greater bacterial burden was found when infection with *S. pneumoniae* was followed 48 hours later by $PM_{2.5}$ CAPs exposure. However, when $PM_{2.5}$ CAPs exposure preceded *S. pneumoniae* infection, it had little effect on bacterial burden. Studies described in the 2009 PM ISA (U.S. EPA, 2009) demonstrated altered susceptibility to infectious agents following exposure to whole motor vehicle exhaust and effects due to metal-enriched particles (i.e., ROFA). Recent studies of respiratory-related infection did not examine the effects of $PM_{2.5}$ CAPs or seek to distinguish between the effect of gaseous and particulate components in a mixture.

### 5.1.5.4 Summary of Respiratory Infection

The body of evidence for associations between short-term exposure to $PM_{2.5}$ and respiratory infection consists mainly of studies of hospital admissions and ED visits. These studies increased in number since the last review. However, because of variability in the type of respiratory infection outcome examined, the overall interpretation of findings is more complicated. Associations reported in single-city studies were often imprecise, with confidence intervals crossing the null. A few recent single-city studies

reported positive associations for acute bronchitis hospital admissions and respiratory tract infection hospital admissions. Additionally, one multicity study conducted in the U.S. and another one in Canada found positive associations between short-term $PM_{2.5}$ exposure and hospital admissions for respiratory infections. Most single-city studies in the U.S. consistently reported positive associations for pneumonia (adults and children, ages 0–4), but this effect was not observed for bronchiolitis and bronchitis in children ages 0–4 years. In contrast, a study of acute respiratory infection ED visits reported no evidence of an association with $PM_{2.5}$. However, a single-city U.S. study reported positive associations with outpatient visits for lower and upper respiratory tract infections. These outpatient visits studies generally provide inconsistent evidence for seasonal patterns in the strength of association. A single experimental study in animals, demonstrating altered macrophage function and increased susceptibility to pneumonia in response to $PM_{2.5}$ CAPs exposure, supports the findings of the epidemiologic studies.

### 5.1.6 Combinations of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits

In addition to individual respiratory diseases, epidemiologic studies examined respiratory diseases in aggregate where, in some cases, the aggregate represented all respiratory diseases while, in others, a specific combination of respiratory diseases was represented (e.g., COPD, asthma, and respiratory infections). In the 2009 PM ISA (U.S. EPA, 2009), a small number of studies examined short-term $PM_{2.5}$ exposure and all respiratory-related diseases in the context of hospital admissions and ED visits. These studies generally comprised single-city studies and reported evidence of consistent, positive associations when examining effects in children, people of all ages, adults, and older adults (i.e., ≥65 years of age) at lags within the range of 0 to 2 days. However, across these studies the evaluation of potential copollutant confounding was limited to analyses of $PM_{10-2.5}$, with no evaluation of gaseous pollutants. When interpreting these results, it is often difficult to determine whether the associations observed indicate that $PM_{2.5}$ may affect the spectrum of respiratory diseases or reflects the evidence supporting associations with specific respiratory diseases, such as asthma.

Studies published since the completion of the 2009 PM ISA (U.S. EPA, 2009) report generally consistent, positive associations across studies of hospital admissions and ED visits for all age ranges, particularly in multicity studies (Figure 5-8). Among studies that examined both combinations of respiratory diseases grouped together and individual respiratory diseases, as detailed in previous sections within this chapter, most observed positive $PM_{2.5}$ associations with asthma (Section 5.1.2), respiratory infection (Section 5.1.5), or both, with results for COPD (Section 5.1.4) being more variable. However, some studies show associations with all three respiratory diseases. For studies that did not observe $PM_{2.5}$-related increases in hospital admissions or ED visits for all respiratory-related diseases, associations were often observed for individual respiratory diseases within the same study, for example asthma [e.g., Yap et al. (2013)]. As in the individual respiratory diseases discussed earlier in this chapter, positive associations with respiratory-related diseases are more consistently observed among children and when

examining people of all ages. However, recent studies further expand analyses with older adults, with multicity studies conducted in the U.S. providing evidence of consistent, positive associations between short-term $PM_{2.5}$ exposure and respiratory-related diseases.




avg = average; DL = distributed lag; ED = emergency department; μg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text: U.S. and Canadian studies included in the 2009 PM ISA.

[a]Five European cities as part of the MED-PARTICLES project.

[b]Only four of the five cities had $PM_{2.5}$ data.

[c]Quantitative data for confidence intervals not reported, but above the null.

[d]Monitoring data result.

[e]Downscaler Community Multiscale Air Quality (CMAQ) model, only counties and days with monitoring data.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-8 Summary of associations from studies of short-term $PM_{2.5}$ exposure and respiratory-related hospital admission and emergency department visits for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

Consistent with earlier sections, the focus of this section is on those studies that address uncertainties and limitations in the evidence for association between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions and ED visits identified at the completion of the 2009 PM ISA (U.S. EPA, 2009). For each of the studies that evaluated hospital admissions and ED visits for combinations of respiratory-related diseases, Table 5-11 presents the air quality characteristics of each

city, or across all cities, the exposure assignment approach used, and information on copollutants examined. Other recent studies of hospital admissions and ED visits for respiratory-related diseases that did not address uncertainties and limitations in the evidence previously identified are not the focus of this evaluation. Additionally, many of these other studies were conducted in small single cities, were of a short study duration, or had insufficient sample size. The full list of these other studies can be found in HERO: https://hero.epa.gov/hero/particulate-matter.

**Table 5-11 Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m$^3$ | Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|---|
| *Hospital Admissions* | | | | | |
| Bell et al. (2008)<br>202 U.S. counties<br>1999−2005<br>≥65 yr | Average of all monitors in each county | 490−492, 464−466, 480−487 | NR | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| Bell et al. (2009a)<br>168 U.S. counties<br>1999−2005<br>≥65 yr | Average of all monitors in each county | 490−492, 464−466, 480−487 | NR | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| Ostro et al. (2009)<br>Six California counties<br>2000−2003<br><19 yr | Average of all monitors in each county | 460−519 | 19.4 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| Fung et al. (2006)<br>Vancouver, Canada<br>1995−1999<br>≥65 yr | Average of all monitors | 460−519 | 7.7 | Max: 32 | Correlation (*r*): −0.03 $O_3$, 0.36 $NO_2$, 0.23 CO, 0.42 $SO_2$<br>Copollutant models with: NA |
| Burnett et al. (1997)<br>Toronto, Canada<br>1992−1994, summers only<br>All ages | One monitor | 464−466, 490, 480−486, 491−494, 496 | 16.8 | 75th: 23<br>95th: 40<br>Max: 66 | Correlation (*r*): 0.32 $O_3$, 0.45 $NO_2$, 0.42 CO, 0.49 $SO_2$<br>Copollutant models with: $O_3$, CO, $NO_2$, $SO_2$ |

**Table 5-11 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|---|
| †Powell et al. (2015)<br>110 U.S. counties<br>1999−2010<br>≥65 yr | Average of all monitors in each county | 464−466, 480−487, 490−492 | 12.1[a] | 75: 14.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bravo et al. (2017)<br>708 U.S. counties, eastern 2/3rd of U.S.<br>2002−2006<br>≥65 yr | (1) Average of all monitors within a county<br>(2) County-level population-weighted average of $PM_{2.5}$ concentrations predicted by downscaler CMAQ at census tract centroids<br>(3) Same as (2), but only for counties and days with monitoring data | 464−466, 480−487, 490−492 | Monitors: 12.5<br>Downscaler CMAQ: 12.6<br>Downscaler CMAQ Subset: 12.6 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties<br>1999−2010<br>≥65 yr | Average of all monitors in each county | 464−466, 480−487, 490−492, 493 | U.S.: 12.3<br>Northeast: 12.0<br>Midwest: 12.9<br>South: 12.4<br>West: 11.3 | Max U.S.: 20.2<br>Northeast: 16.4<br>Midwest: 16.5<br>South: 16.5<br>West: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Zanobetti et al. (2009)<br>26 U.S. counties<br>2000−2003<br>≥65 yr | Average of all monitors in each county | 460−519 | 15.3 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2014)<br>Three Connecticut and one Massachusetts counties<br>2000−2004<br>≥65 yr | One monitor in each of three counties, two averaged in one Connecticut county | 464−466, 480−487, 490−492 | 14.0 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-11 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration μg/m³ | Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|---|
| †Kloog et al. (2012)<br>New England<br>2000−2006<br>≥65 yr | Predicted daily concentrations to 10 × 10-km grid cells based on AOD observation data and 78 monitoring sites as detailed in Kloog et al. (2011), $R^2$ = 0.81, then matched to ZIP codes | 460−519 | 9.6 | 75th: 11.7<br>Max: 72.6 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2014)[b]<br>Mid-Atlantic states<br>2000−2006<br>≥65 yr | Predicted daily concentrations to 10 × 10-km² grid cells based on AOD observation data and 161 monitoring sites as detailed in Kloog et al. (2011), $R^2$ = 0.81, then matched to ZIP codes | 460−519 | 11.9 | 75th: 14.7<br>Max: 95.9 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Yap et al. (2013)<br>12 counties, Central Valley and South Coast, CA<br>2000−2005<br>1−9 yr | Average of all monitors in each county | 460−466, 480−486, 493 | 12.8−24.6 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Samoli et al. (2016a)<br>Five European cities<br>2001−2011<br>All ages | Average of all monitors in each city | 466, 480−487, 490−492, 494, 496, 493 | 7.8−22.7 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Lanzinger et al. (2016b)[c]<br>Four European cities (UFIREG)<br>2011−2014<br>All ages | Average of all monitors in each city | J00−J99 | 14.9−20.7 | Max: 78.8−114.8 | Correlation (*r*): 0.55−0.73 $NO_2$, 0.40−0.61 $PM_{10-2.5}$, 0.25−0.37 UFP, 0.49−0.50 PNC<br>Copollutant models with: NA |

**Table 5-11 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration μg/m³ | Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|---|
| †Basagaña et al. (2015)<br>Five European cities<br>(MED-PARTICLES)<br>2001−2010<br>All ages | One monitor in each city | 460−519, J00−J99 | 16.0−27.6 | NR | Correlation (*r*): NR<br>Copollutant models with: NR |
| †Stafoggia et al. (2013)<br>Eight European cities<br>(MED-PARTICLES)<br>2003−2013<br>≥15 yr | Average of all monitors in each city | 460−519 | 17.2−34.4 | NR | Correlation (*r*): >0.60 with $NO_2$<br>Copollutant models with: $O_3$, $NO_2$, $PM_{10-2.5}$ |
| †Jones et al. (2015)<br>New York State<br>2000−2005<br>All ages | Fused-CMAQ[d] to 12-km² grid cells, geocoded addresses to each grid cell | 491, 492, 493, 496 | 8.0 | 75th: 11.1<br>Max: 69.5 | Correlation (*r*): −0.34−0.59 $O_3$<br>Copollutant models with: NA |
| †Kim et al. (2012)<br>Denver, CO<br>2003−2007<br>All ages | One monitor | 480−486, 490−493, 496 | 7.9 | Max: 59.4 | Correlation (*r*): 0.68 $SO_4^{2-}$, 0.82 $NO_3^-$<br>Copollutant models with: NA |
| †Kollanus et al. (2016)<br>Helsinki, Finland<br>2001−2010<br>All ages | One urban background monitor and one regional background monitor | J00−J99 | 8.6 | 75th: 10.8<br>Max: 54.1 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-11 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|---|
| *ED Visits* | | | | | |
| Peel et al. (2005)<br>Atlanta, GA<br>1993−2000<br>All ages | One monitor | 460−466, 477, 480−486, 491, 492, 496, 493, 786.09 | 19.2 | 90th: 32.3 | Correlation (*r*): 0.55−0.68, CO, $NO_2$<br>Copollutant models with: NA |
| Tolbert et al. (2007)<br>Atlanta, GA<br>1993−2004<br>All ages | One monitor | 460−465, 460.0, 477, 480−486, 491, 492, 496, 493, 786.07, 786.09, 466.1, 466.11, 466.19 | 17.1 | 75th: 21.9<br>90th: 28.8<br>Max: 65.8 | Correlation (*r*): 0.62 $O_3$, 0.47 $NO_2$, 0.47 CO, 0.17 $SO_2$, 0.47 $PM_{10-2.5}$<br>Copollutant models with: NA |
| †Malig et al. (2013)<br>35 California counties<br>2005−2008<br>All ages | Nearest monitor within 20 km from population-weighted centroid of each patient's residential ZIP code | 460−519 | 5.2−19.8 | NR | Correlation (*r*): NA<br>Copollutant models with: $PM_{10-2.5}$ |
| †Krall et al. (2016)<br>Four U.S. cities<br>1999−2010 | One monitor in each city | 460−465, 466.0, 477, 480−486, 491−493, 496, 786.07 | Atlanta, GA: 15.6<br>St. Louis, MO: 13.6<br>Dallas, TX: 10.7<br>Birmingham, AL: 17.0 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Darrow et al. (2011)<br>Atlanta, GA<br>1998−2004<br>All ages | One monitor<br>24-h avg, 1-h max, commute (7−10 a.m.), daytime (8 a.m.−7 p.m.), nighttime (12−7 a.m.) | 460−466, 477, 480−486, 491−493, 496, 786.09 | 24-h avg: 16<br>1-h max: 29<br>Commute: 17<br>Daytime: 15<br>Nighttime: 17 | 75th, Max:<br>24-h avg: 21, 72<br>1-h max: 36, 188<br>Commute: 21, 76<br>Daytime: 19, 71<br>Nighttime: 14, 88 | Correlation (*r*): 24-h avg: 0.46 $O_3$, 0.52 $NO_2$, 0.45 CO. Similar for 1-h max, higher for nighttime, lower for daytime and commute.<br>Copollutant models with: NA |

**Table 5-11 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory-related hospital admissions and emergency department visits.**

| Study, Location, Years, Age Range | Exposure Assessment | ICD Codes ICD-9 or ICD-10 | Mean Concentration µg/m³ | Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|---|
| †Weichenthal et al. (2016)<br>Ontario, Canada (15 cities)<br>2004−2011<br>All ages | Nearest monitor to population-weighted ZIP code centroid or single available monitor | J00−J99 | 7.1 | Max: 56.8 | Correlation (*r*): <0.42 $NO_2$<br>Copollutant models with: $O_3$, $NO_2$, oxidative potential |
| *Hospital Admissions and ED Visits, Separately* | | | | | |
| Slaughter et al. (2005)<br>Spokane, WA<br>1995−1999<br>All ages | One monitor | 464−466, 490, 480−487, 491−494, 496 | NR | 90: 20.2 | Correlation (*r*): 0.62 CO; 0.31 $PM_{10-2.5}$<br>Copollutant models with: NA |
| †Winquist et al. (2012)<br>St. Louis, MO<br>2001−2007<br>All ages | One monitor | 460−465, 466.0, 466.1, 466.11, 466.19, 477, 480−486, 491−493, 496, 786.07 | 14.4 | 75th: 22.7<br>Max: 56.6 | Correlation (*r*): 0.25 $O_3$<br>Copollutant models with: NA |
| †Rodopoulou et al. (2014)<br>Doña Ana County, NM<br>2007−2010<br>≥18 yr | Three monitors | 460−465, 466, 480−486, 490−493, 496 | 10.9 | 75th: 13<br>Max: 55.6 | Correlation (*r*): −0.05 $O_3$<br>Copollutant models with: NA |

AOD = aerosol optical depth; avg = average; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; ED = emergency department; h = hour(s); ICD = International Statistical Classification of Diseases and Related Health Problems; km = kilometer; max = maximum; MED-PARTICLES = particles size and composition in Mediterranean countries: Geographical variability and short-term health effects; µg/m³ = micrograms per cubic meter; NA = not available; $NO_2$ = nitrogen dioxide; $NO_3^-$ = nitrate ion; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PNC = particle number concentration; *r* = correlation coefficient; $R^2$ = coefficient of determination; $SO_2$ = sulfur dioxide; $SO_4^{2-}$ = sulfate ion; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy; UFP = ultrafine particles; yr = year(s).

[a]Median concentration.

[b]$PM_{2.5}$ concentrations are for lag 0−1 day.

[c]Only four of the five cities had $PM_{2.5}$ data.

[d]CMAQ predictions bias corrected using monitored data.

†Studies published since the 2009 PM ISA.

#### 5.1.6.1 Hospital Admissions

Recent studies that examined the association between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions build upon the evidence detailed in the 2009 PM ISA (U.S. EPA, 2009), particularly the examination of effects in older adults (i.e., ≥65 years of age). Multicity studies conducted in Europe (Lanzinger et al., 2016b; Samoli et al., 2016a; Basagaña et al., 2015) and Finland (Kollanus et al., 2016) that examined people of all ages provide evidence of consistent, positive associations that are similar in magnitude to those reported in the U.S. and Canadian studies evaluated in the 2009 PM ISA (Figure 5-8). The results from analyses of people of all ages are further supported by Stafoggia et al. (2013) in a study of eight southern European cities that reported a 1.36% (95% CI: 0.23, 2.49) increase in hospital admissions at lag 0−5 days, as well as a meta-analysis conducted by Adar et al. (2014) (RR: 1.01 [95% CI: 1.00, 1.02]). However, single-city studies conducted in St. Louis, MO (Winquist et al., 2012) and Doña Ana County, NM (Rodopoulou et al., 2014), do not provide consistent evidence of an association with respiratory-related diseases in all-ages analyses.

Studies that examined the relationship between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions in children are few, but generally report associations that are similar in magnitude to previous studies. An exception is the study conducted by Yap et al. (2013) in 12 California counties focusing on children 1 to 9 years of age that showed no evidence of an association in the Central Valley counties (RR = 1.0) but a positive association in the south coast counties (RR = 1.07) at lag 0−2 days. Winquist et al. (2012) also reported a positive association for children in St. Louis, MO, but the confidence intervals were wide (RR: 1.02 [95% CI: 0.96, 1.07]; lag 0−4 DL).

Most of the recent studies of respiratory-related hospital admissions focus on older adults and consisted mostly of multicity or entire state analysis conducted in the U.S. These recent multicity studies report evidence of consistent, positive associations, except the study by Kollanus et al. (2016) in four cities in Finland (Figure 5-8). The associations reported across the U.S. for multicity studies are based on a variety of exposure assignment approaches (see Table 5-11), all of which resulted in associations that were similar in magnitude. In a multicounty time-series analysis conducted in 213 U.S. counties from 1999−2010, Bell et al. (2015) observed a 0.25% (95% CI: 0.01, 0.48) increase in all respiratory hospital admissions at lag 0 among adults aged 65 years and older. In a similar study of 110 U.S. counties, Powell et al. (2015) reported results consistent with Bell et al. (2015) (0.67% [95% CI: 0.14, 1.21]; lag 0). Bell et al. (2014) also examined single-day lags, but in four counties in Connecticut and Massachusetts, and reported evidence of positive associations across lags of 0 to 2 days, albeit with wide confidence intervals (quantitative results not presented). Additional evidence of a positive association between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions is provided by Zanobetti et al. (2009) in an analysis of 26 U.S. counties in which a 2.1% (95% CI: 1.2, 3.0) increase in hospital admissions was reported at lag 0−1. The results from the epidemiologic studies that relied on community-based monitors

are supported by a series of studies that used a combination of monitored, modeled, and in some cases, satellite-based $PM_{2.5}$ concentrations. In a multicity study conducted in the New England region of the U.S., Kloog et al. (2012) assessed exposure using a novel prediction model that combined land use regression with surface $PM_{2.5}$ measurements from satellite aerosol optical depth. The authors observed a 0.70% (95% CI: 0.35, 1.05) increase in respiratory-related hospital admissions for a 0−1-day lag. In a sensitivity analysis using monitor-based exposure assessment in the time-series analysis, Kloog et al. (2012) reported similar results (1.51% [95% CI: 0.42, 2.60]), but with slightly larger confidence intervals. Kloog et al. (2014) built upon the exposure assessment used in Kloog et al. (2012) in a study conducted in the Mid-Atlantic region of the U.S. The authors reported a 2.2% (95% CI: 1.9, 2.6) increase in respiratory-related hospital admissions at lag 0−1 day. The results of Kloog et al. (2012) and Kloog et al. (2014) are supported by Bravo et al. (2017) in a study of 708 U.S. counties. The authors examined associations between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions using three different exposure assessment approaches: (1) a population-weighted average of $PM_{2.5}$ concentration computed in 708 U.S. counties using a downscaled CMAQ model (Section 3.3.2.4.3); (2) a population-weighted average of downscaled CMAQ-simulated $PM_{2.5}$ concentrations computed in the 418 U.S. counties that have monitoring data; and (3) $PM_{2.5}$ concentrations from the 418 U.S. counties with fixed-site monitors. Across these three exposure assignment approaches, the authors reported a relatively consistent percent increase in hospital admissions at lag 0: (1) 1.16% (95% CI: 0.88, 1.45); (2) 1.11 (95% CI: 0.66, 1.56); and (3) 1.10% (95% CI: 0.70, 1.50).

#### 5.1.6.2 Emergency Department (ED) Visits

Compared to studies that examined hospital admissions for respiratory-related diseases, fewer studies focused on ED visits, with the majority examining associations with short-term $PM_{2.5}$ exposure in analyses of all ages. Additionally, a recent study, which examined associations with PM size fractions smaller than 2.5 µm, but larger than UFP (i.e., number concentration [NC] and surface area concentration [SC] for particles 100−300 nm), also supports the positive associations with respiratory-related ED visits observed for $PM_{2.5}$ (Leitte et al., 2011). Whereas, many hospital admission studies were conducted over multiple cities or entire states, the ED visit studies are mostly limited to individual cities.

Malig et al. (2013), in a study of 35 California counties, reported a 1.6% (95% CI: 0.98, 2.27) increase in respiratory-related ED visits at lag 1. Building on the previous studies conducted in Atlanta, GA (Tolbert et al., 2007; Peel et al., 2005), Darrow et al. (2011) also examined associations between short-term $PM_{2.5}$ exposures and respiratory-related ED visits, reporting an association similar in magnitude to the previous studies (0.4% [95% CI: −0.2, 1.0]; lag 1). Additionally, Krall et al. (2016), in a study of four U.S. cities (i.e., Atlanta, GA, Birmingham, AL, St. Louis, MO, and Dallas, TX), reported positive associations for each city at lag 0 (quantitative results not presented). Single-city studies conducted in Canada and the U.S. report associations that overall are consistently positive and generally similar in magnitude to Malig et al. (2013) (Figure 5-8). Across the studies evaluated, only Winquist et al.

(2012) examined associations with respiratory related ED visits in children (i.e., 2−18 years of age) in St. Louis, MO, and reported an association larger in magnitude (RR: 1.03 [95% CI: 1.02, 1.05]; lag 0−4 DL) compared with that observed for people of all ages (RR: 1.01 [95% CI: 1.0, 1.02]; lag 0−4 DL). Of the few studies that examined effects in older adults (Rodopoulou et al., 2014; Winquist et al., 2012), there was no evidence of an association between short-term $PM_{2.5}$ exposure and respiratory-related ED visits.

### 5.1.6.3 Summary of Respiratory-Related Hospital Admissions and Emergency Department (ED) Visits

Recent epidemiologic studies that examined short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for respiratory-related diseases generally support the results from studies evaluated in the 2009 PM ISA (U.S. EPA, 2009). Across studies, there is evidence of generally consistent, positive associations among children, with a growing body of evidence for older adults, primarily from multicity U.S.-based studies (Figure 5-8). Additional studies focusing on people of all ages, also provide evidence supporting an association with $PM_{2.5}$, with most of the studies conducted in individual cities.

The main results of studies detailed within this section are supported by analyses that examined specific policy-relevant issues as detailed in Section 5.1.10. Compared with the 2009 PM ISA (U.S. EPA, 2009), recent studies examine potential copollutant confounding, but overall, the assessment is limited to only a few studies. These studies demonstrate that associations between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions and ED visits are relatively unchanged in models with gaseous pollutants and $PM_{10-2.5}$ (Section 5.1.10.1). In addition to copollutant confounding, several studies examined the influence of alternative model specifications on the $PM_{2.5}$ association with respiratory-related hospital admissions and ED visits and found that associations remained relatively unchanged when accounting for temporal trends and weather covariates using different specifications (Section 5.1.10.2). Analyses that focused on whether there are differences by season provide some evidence that $PM_{2.5}$ associations are larger during the warmer months, but some studies reported larger associations during the colder months (Section 5.1.10.4.1). The difference in associations by season could reflect geographic variability that continues to be observed in multicity studies. However, to date it remains unclear what factors contribute to the observed geographic variability in $PM_{2.5}$ associations with respiratory-related diseases (Bell et al., 2009a).

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) tended to support $PM_{2.5}$ associations within the first few days after exposure (i.e., lag 0 to 3 days). Recent studies support that evidence and provide some preliminary evidence that $PM_{2.5}$ effects may be more prolonged, ranging from 0−5 days (Section 5.1.10.3). To date, very few studies have examined subdaily averaging times of $PM_{2.5}$ concentrations (Section 5.1.10.5). In terms of respiratory-related hospital admissions and ED visits, available evidence indicates that subdaily averaging times do not result in stronger associations with respiratory-related hospital admissions and ED visits than 24-hour avg times (Section 5.1.10.5). Lastly, recent evaluations of the C-R relationship between short-term $PM_{2.5}$ exposure and respiratory-related

hospital admissions and ED visits provide evidence of a linear relationship, but this evidence is based on rather limited analyses that did not empirically evaluate alternatives to linearity (Section 5.1.10.6).

### 5.1.7 Respiratory Effects in Healthy Populations

The 2009 PM ISA (U.S. EPA, 2009) did not have a discussion devoted to evaluating the relationship between short-term $PM_{2.5}$ exposure and respiratory effects in healthy populations, but relevant epidemiologic studies provided inconsistent evidence for $PM_{2.5}$-related decreases in lung function and increases in pulmonary inflammation. No evidence was found for increases in respiratory symptoms in individuals with no underlying respiratory disease. Controlled human exposure studies evaluated in the 2009 PM ISA provided no evidence for changes in lung function and limited evidence for pulmonary inflammation, while animal toxicological studies more consistently provided evidence for $PM_{2.5}$ exposure-related effects.

To characterize the current state of the evidence, this section focuses on results specific to healthy populations. Some studies employed scripted exposures in an attempt to further inform the relationship between short-term $PM_{2.5}$ exposure and respiratory effects. Scripted studies measuring personal ambient $PM_{2.5}$ exposures are designed to minimize uncertainty in the $PM_{2.5}$ exposure metric by always measuring $PM_{2.5}$ at the site of exposure, ensuring exposure to sources of $PM_{2.5}$, and measuring outcomes at well-defined lags after exposure.

There are recent epidemiologic studies in populations with 13−28% prevalence of asthma, COPD, or atopy, some of which indicate $PM_{2.5}$-associated increases in respiratory effects. However, these studies are not evaluated in this section, because it is not known whether the results apply to the healthy portion of the population or are instead driven solely by an association in individuals with pre-existing respiratory conditions; these studies can be found in HERO (https://hero.epa.gov/hero/particulate-matter). Further, these studies do not provide additional insight on issues such as copollutant confounding, effects at low $PM_{2.5}$ exposure concentrations, or critical exposure periods.

#### 5.1.7.1 Epidemiologic Studies

The 2009 PM ISA (U.S. EPA, 2009) evaluated a limited number of epidemiologic studies that examined respiratory effects in healthy populations. A study of adult school crossing guards in New Jersey observed decreases in lung function associated with 1-hour max $PM_{2.5}$ concentrations (Fan et al., 2008). In contrast, Holguin et al. (2007) did not observe an association between $PM_{2.5}$ and lung function or lung inflammation in a study of school children in Ciudad Juarez, Mexico. Several recent studies are available for evaluation, with most focusing on lung function changes and/or lung inflammation in healthy populations. Study-specific details, including cohort descriptions and air quality characteristics are highlighted in Table 5-12.

#### 5.1.7.1.1 Respiratory Symptoms

While respiratory symptoms are frequently studied in populations with pre-existing respiratory conditions, such as asthma or COPD, the outcome is less often examined in healthy populations. Therefore, only a single recent study is available for review. In a study of school children in Santiago, Chile, 7-day avg $PM_{2.5}$ was associated with increased odds of cough and a composite index of respiratory symptoms (Prieto-Parra et al., 2017). The associations were relatively unchanged in two-pollutant models with $PM_{10}$, $NO_2$, $SO_2$, or $O_3$. However, copollutant correlations were not reported, limiting the interpretability of the models.

#### 5.1.7.1.2 Lung Function Changes

The majority of recent studies on lung function changes in relation to $PM_{2.5}$ concentrations examined adults during scripted exposures and exposure interventions. Studies examining lung function changes in adults after commuting in cars, buses, or on bicycles, did not observe associations between personal ambient $PM_{2.5}$ exposure and $FEV_1$ (Mirabelli et al., 2015; Weichenthal et al., 2011; Zuurbier et al., 2011b). In a study of adults commuting 2 hours through Atlanta, GA traffic, Mirabelli et al. (2015) reported $PM_{2.5}$-related decreases in FVC immediately after the commute. The association appeared to be transient, with no association observed 3 hours post commute.

A number of studies in the U.S. (Mirowsky et al., 2015), Canada (Dales et al., 2013), and Europe (Matt et al., 2016; Kubesch et al., 2015; Steenhof et al., 2013; Strak et al., 2012) used quasi-experimental designs to assign participants to either rest or exercise in different locations with notable pollutant contrasts. Similar to the studies of scripted commutes through traffic, many of these quasi-experimental studies observed null associations between lung function and $PM_{2.5}$ (Kubesch et al., 2015; Mirowsky et al., 2015; Strak et al., 2012). In contrast, Dales et al. (2013) observed decreases in $FEV_1$ and $FEF_{25-75}$ associated with 8-hour avg $PM_{2.5}$ concentrations in Sault Ste. Marie, Canada. Associations were observed despite low mean concentrations of 8-hour avg $PM_{2.5}$. Additionally, in Barcelona, Spain, Matt et al. (2016) reported that healthy adults experienced decreased $FEV_1$ associated with 2-hour avg $PM_{2.5}$ immediately after exposure. Notably, $PM_{2.5}$ was associated with increased $FEV_1$ 7 hours after exposure, again indicating potentially transient effects. Another study in China implemented an exposure intervention by moving healthy, nonsmoking adults from an industrial town to a less polluted city for 9 days (Hong et al., 2010). Participants experienced increased $FEV_1$ and PEF associated with decreased 24-hour avg $PM_{2.5}$.

Only a few studies examined lung function is healthy children. School children in an agricultural area of Brazil experienced decreases in PEF in association with $PM_{2.5}$ concentrations measured outside of school; concentrations were averaged over the 6, 12, or 24 hours preceding spirometry (Jacobson et al., 2012). In Seoul, South Korea (Hong et al., 2010), composite monitor 24-hour avg $PM_{2.5}$ was associated with a small, imprecise decrease in PEF in schoolchildren at lags 0 and 3, but no other lags up to 4 days.

The location of the monitors relative to the school was not specified, so it is not clear to what degree exposure measurement error might have affected the results (Section 3.4.2.2).

#### 5.1.7.1.3 Subclinical Effects

Most recent studies of subclinical respiratory effects in healthy populations examined eNO as an indicator of pulmonary inflammation. Many of the same studies that were evaluated in the previous subsection on lung function also measured eNO. Therefore, the majority of recent studies similarly examined adults during scripted exposures. Studies of adults during and after commuting in cars, buses, or on bicycles, generally observed associations between personal ambient $PM_{2.5}$ exposure and subclinical respiratory effects (Mirabelli et al., 2015; Weichenthal et al., 2011; Zuurbier et al., 2011b). Mirabelli et al. (2015) observed associations between eNO and $PM_{2.5}$ concentrations during a 2-hour scripted commute through Atlanta, GA traffic. The authors reported $PM_{2.5}$-related increases in eNO levels 0, 1, 2, and 3 hours post commute. A similar $PM_{2.5}$-related increase in eNO was reported in a group of adults cycling alongside high- and low-traffic roads in Ottawa, Canada (Weichenthal et al., 2011). The observed associations with personal $PM_{2.5}$ concentrations were strongest 2 hours after cycling. Conversely, $PM_{2.5}$ was associated with a decrease in eNO in a study of adults commuting 2 hours by either car, bus, or bike in the Netherlands (Zuurbier et al., 2011b). However, the authors also noted that personal ambient $PM_{2.5}$ was associated with a decrease in club cell secretory protein (CC16), a pulmonary biomarker that is often decreased in subjects with lung epithelial damage.

Results from studies using quasi-experimental designs were less consistent than scripted exposure studies, despite having similarly high mean concentrations of $PM_{2.5}$. In New York, $PM_{2.5}$ exposure while walking near high-traffic roads and in a forest was associated with eNO 24 hours after exposure (Mirowsky et al., 2015). However, eNO was not associated with $PM_{2.5}$ in studies in which participants were randomized to exercise or rest at locations with air pollution exposure contrasts in Barcelona, Spain (Kubesch et al., 2015) or Utrecht, the Netherlands (Strak et al., 2012). As part of the same project in the Netherlands, Steenhof et al. (2013) reported an association between $PM_{2.5}$ exposure and nasal lavage levels of the pro-inflammatory cytokine, IL-6. The observed association was persistent in two-pollutant models including $NO_X$, $O_3$, or $SO_2$ (Steenhof et al., 2013).

A single study examined subclinical effects in school children. Carlsen et al. (2016) observed a 5.4 ppb (95% CI: −3.1, 13.0 ppb) increase in eNO associated with 2-day avg $PM_{2.5}$ at two schools in Umea, Sweden. $PM_{2.5}$ was measured at monitors located within 1.5 km of the two schools. Although copollutant models were not examined, $PM_{2.5}$ was weakly correlated with $NO_X$ and only moderately correlated with $O_3$.

**Table 5-12 Epidemiologic studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy populations.**

| Study | Study Population | Exposure Assessment Concentration in (µg/m³) | Single-Pollutant Association 95% CI | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| *Exposure Interventions* | | | | |
| †Hao et al. (2017)<br>Shanghai and Shandong, China<br>2012 | n = 42, ages 50−61 yr<br>9-day relocation from higher to lower air pollution city<br>Outcomes every other day | Total personal<br>24-h avg<br>Mean (SD)<br>Shanghai: 95.1<br>Shandong: 187 | Per 10 µg/m³ decrease<br>$FEV_1$: 9.0 (3.6, 14.4) mL<br>PEF: 33.2 (4.8, 61.5) mL/sec | Correlation (*r*): NA<br>Copollutant models with: $NO_2$ |
| *Scripted Outdoor Exposures* | | | | |
| †Mirabelli et al. (2015)<br>Atlanta, GA<br>2009−2011 | n = 21, ages NR<br>Morning commute on highway<br>Two times each, 75 observations<br>Outcomes 0, 1, 2, 3 h after | Personal in-vehicle<br>2-h avg (7−9 a.m.)<br>Mean: 28.8 | Per 20.9 µg/m³<br>eNO, 0 h: 2.4% (−3.3, 8.5)<br>$FEV_1$ percent predicted, 0 h: −0.42% (−2.2, 1.3) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Mirowsky et al. (2015)<br>New York, Sterling Forest NY; Nutley, NJ<br>June−September 2011−2012 | n = 26, ages 18−33 yr<br>Walking on highway bridge, no-truck highway, forest<br>One time each, 70 observations<br>Outcomes 0, 24 h after | Personal ambient<br>2-h avg<br>Mean, max<br>Bridge: 31, 45<br>No-truck highway: 21, 50<br>Forest: 13, 24 | Increment NR<br>eNO, 0 h: −0.38% (−1.6, 0.31)<br>eNO, 24 h: 0.87% (−0.09, 1.8) | Correlation (*r*): 0.66 $PM_{10}$, 0.29 EC, 0.38 BC, 0.4 OC, 0.39 $O_3$<br>Copollutant models with: NA |
| †Dales et al. (2013)<br>Sault Ste. Marie, Canada<br>May−August 2010 | n = 61, mean (SD) age 24 (6) yr<br>Near steel plant, college campus five times each<br>Outcomes 0 h after | Personal ambient<br>8-h avg<br>Mean (SD)<br>Steel plant: 12.8<br>College campus: 11.6 | Per 9 µg/m³<br>$FEV_1$: −0.42% (−0.83, 0)<br>$FEF_{25-75}$: −0.92% (−1.7, −0.12) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-12 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory effects in healthy populations.**

| Study | Study Population | Exposure Assessment Concentration in (μg/m$^3$) | Single-Pollutant Association 95% CI | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Weichenthal et al. (2011)<br>Ottawa, Canada<br>May−September 2010 | n = 42, ages 19−58 yr<br>Cycling on high- and low-traffic road<br>One time each, 118 observations<br>Outcomes 0, 1, 2, 3 h after | Personal ambient<br>1-h avg<br>Mean, max<br>High-traffic road: 12.2, 34<br>Low-traffic road: 8.1, 26 | Per 8.7 μg/m$^3$<br>1-h postexposure<br>$FEV_1$: −16 (−90, 58) mL<br>2-h postexposure<br>eNO: 1.1 (0.08, 2.2) ppb | Correlation ($r$): (high traffic, low traffic) 0.06, −0.22 UFP; 0.32, 0.24 BC; 0.75, 0.59 CO; −0.30, −0.04 $SO_2$; 0.31, 0.45 $NO_2$; 0.58, 0.36 $O_3$<br>Copollutant models with: NA |
| †Strak et al. (2012); †Steenhof et al. (2013)<br>Utrecht, the Netherlands<br>March−October 2009 | n = 31, ages 19−26 yr<br>Free-flowing traffic road, stop-and-go traffic road, urban site, farm, underground train station<br>One time each, with exercise<br>Outcomes 0, 2, 22 h after | Personal ambient<br>5-h avg<br>Geometric mean, max<br>39, 167 | Per 11.5 μg/m$^3$<br>FVC: 0.08%, $p > 0.10$<br>eNO: 0.17%, $p > 0.10$<br>For outdoor sites only<br>Nasal lavage IL-6: 16%, $p < 0.05$ | Correlation ($r$): −0.65 $O_3$, 0.21 $NO_2$, 0.31 $NO_X$<br>Copollutant models with: $O_3$, $SO_2$, $NO_X$ |
| †Zuurbier et al. (2011b); †Zuurbier et al. (2011a)<br>Arnhem, the Netherlands<br>June 2007−June 2008 | n = 34, ages 23−55 yr<br>Commute in car, bus, bike<br>One time each, 352 observations<br>Outcomes 0, 6 h after | Personal ambient<br>2-h avg<br>Mean, max<br>Diesel bus: 39.1, 324<br>Diesel car: 58.1, 358<br>Gas car: 68.1, 403<br>Bike, high traffic: 49.8, 219<br>Bike, low traffic: 65.2, 241 | Per 68.1 μg/m$^3$, 6 h postexposure<br>$FEV_1$: 0.02% (−0.41, 0.45)<br>MMEF: 0.60% (−0.73, 1.9)<br>eNO: −2.5% (−5.9, 1.1)<br>CC16: −1.3% (−6.8, 0.3) | Correlation ($r$): NA<br>Copollutant models with: $NO_2$ |
| †Matt et al. (2016)<br>November 2013−March 2014<br>Barcelona, Spain | n = 30, ages 19−57 yr<br>Bridge over high-traffic road, seaside park<br>One time each, with exercise and rest<br>Outcomes 0, 7 h after | Personal ambient<br>2-h avg<br>Mean, 95th<br>High-traffic: 82, 92<br>Seaside park: 39, 48 | Per 1 μg/m$^3$, 0-h postexposure<br>$FEV_1$: −0.55 (−1.4, 0.31) mL<br>PEF: −0.06 (−0.32, 0.21) L/min<br>Per 1 μg/m$^3$, 7-h postexposure<br>$FEV_1$: 0.43 (−0.52, 1.4) mL<br>PEF: 0.15 (−0.05, 0.35) L/min | Correlation ($r$): −0.04 high-traffic, 0.7 seaside park $NO_X$<br>Copollutant models with: NA |

**Table 5-12 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory effects in healthy populations.**

| Study | Study Population | Exposure Assessment Concentration in (μg/m³) | Single-Pollutant Association 95% CI | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Kubesch et al. (2015)<br>Barcelona, Spain<br>February−November 2011 | n = 28, ages 18−60 yr<br>Bridge over high-traffic road, marketplace<br>One time each, with exercise and rest<br>Outcomes 0, 3, 6 h after | Personal ambient<br>2-h avg<br>Mean, 95th<br>High-traffic: 80.8, 88.6<br>Marketplace: 30.0, 37.7 | Per IQR (NR)<br>$FEV_1$: 0.00 (−0.02, 0.02) mL<br>$FEF_{25-75}$: −0.05 (−0.11, 0) mL<br>eNO: 0.40 (−0.53, 1.3) ppb | Correlation (*r*): 0.91 $NO_X$<br>Copollutant models with: NA |
| Fan et al. (2008)<br>Patterson, NJ<br>February−May 2005 | n = 11, mean (SD) age 61 (14) yr<br>Crossing guards at work<br>Three work shifts, 27 observations<br>Outcomes 0 h after | Personal ambient<br>Mean (SD), max difference from 24-h avg<br>1-h avg: 35.2, 87<br>1-h max: 71.3, 278 | Increment NR<br>$FEV_1$, 1-h avg: 20 (−58, 98) mL<br>$FEV_1$, 1-h max: −130 (−287, 27) mL | Correlation (*r*): NA<br>Copollutant models with: NA |
| *General Community Exposures* | | | | |
| Holguin et al. (2007)<br>Ciudad Juarez, Mexico<br>2002−2003 | n = 99, ages 6−12 yr<br>Biweekly measures for 4 mo | Outdoor school<br>Children live 0.2−0.7 km away<br>24-h avg<br>Mean: 17.5 | No quantitative results | Correlation (*r*): 0.30 $NO_2$, 0.49 EC<br>Copollutant models with: NA |
| †Carlsen et al. (2016)<br>Umea, Vasterbotten, Sweden<br>April−June 2011 | n = 95, ages 11−12 yr<br>Two measures/week for 2 mo<br>973 observations | Monitors within 1.5 km of schools<br>24-h avg<br>Mean: 5.6<br>Max: 16.7 | Per 10 μg/m³<br>eNO (ppb)<br>Lag 0: 1.9 (−5.8, 10)<br>Lag 0−1: 5.4 (−3.1, 13) | Correlation (*r*): 0.01 $PM_{10-2.5}$, 0.36 $NO_2$, 0.42 $O_3$<br>Copollutant models with: NA |
| †Jacobson et al. (2012)<br>Alta Floresta, Brazil<br>August−December 2006 | n = 224, ages 8−15 yr<br>Daily measures for 4 mo | School outdoor<br>24-h avg, 6-h avg (12−6 a.m.), 12-h avg (12 a.m.−noon)<br>Mean, 90th for 24-h avg<br>24.4, 44.1 | Per 10 μg/m³<br>PEF (L/min)<br>24-h avg: −0.38 (−0.63, −0.13)<br>6-h avg: −0.36 (−0.66, −0.06)<br>12-h avg: −0.31 (−0.65, 0.02) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-12 (Continued): Epidemiologic studies of $PM_{2.5}$ and respiratory effects in healthy populations.**

| Study | Study Population | Exposure Assessment Concentration in (µg/m$^3$) | Single-Pollutant Association 95% CI | $PM_{2.5}$ Copollutant Model Results and Correlations |
|---|---|---|---|---|
| †Prieto-Parra et al. (2017)<br>Santiago, Chile<br>May−September 2010−2011 | n = 83, ages 6−14 yr<br>Daily measures for 3 mo<br>Mean observations: 100 in yr 1, 80 in yr 2 | One monitor<br>Most children live within 3 km<br>Mean: 30 | OR per 10 µg/m$^3$, lag 0−6<br>Cough: 1.22 (CI NR)<br>Three symptom index: 1.28 | Correlation (*r*): NA<br>Copollutant models with: $PM_{10}$, $NO_2$, $O_3$, $SO_2$, K, Mo, Pb, S, Se, and V |
| †Hong et al. (2010)<br>Seoul, South Korea<br>May−June 2007 | n = 92, mean age = 9 (SD = 0.5) yr<br>Daily measures for 1 mo | Monitors in city, number NR<br>24-h avg<br>Mean: 36.2 | No quantitative results | Correlation (*r*): NA<br>Copollutant models with: NA |

avg = average; BC = black carbon; CC16 = club cell protein; CI = confidence interval; CO = carbon monoxide; EC = elemental carbon; eNO = exhaled nitric oxide; $FEF_{25-75}$ = forced expiratory flow between 25 and 75% of forced vital capacity; $FEV_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; h = hour(s); IL-6 = interleukin-6; IQR = interquartile range; K = potassium; km = kilometer; L = liter; µg/m$^3$ = micrograms per cubic meter; min = minute(s); mL = milliliter; max = maximum; MMEF = maximum midexpiratory flow; mo = month(s); Mo = molybdenum; n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; $NO_X$ = sum of $NO_2$ and nitric oxide; NR = not reported; $O_3$ = ozone; OC = organic carbon; OR = odds ratio; Pb = lead; PEF = peak expiratory flow; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; ppb = parts per billion; *r* = correlation coefficient; S = sulfur; SD = standard deviation; Se = selenium; sec = second(s); $SO_2$ = sulfur dioxide; UFP = ultrafine particles; V = vanadium; yr = year(s).

†Studies published since the 2009 PM ISA.

### 5.1.7.2 Controlled Human Exposure Studies

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) provided little evidence that exposure to $PM_{2.5}$ results in decrements in lung function in healthy populations. Although Petrovic et al. (2000) observed that a 2-hour exposure to $PM_{2.5}$ (92 µg/$m^3$) resulted in decreases in thoracic gas volume, other measures of lung function (spirometry, diffusing capacity, airway resistance) were unaffected. No clear effect of short-term exposure to $PM_{2.5}$ on lung function was demonstrated in several studies investigating the exposure of healthy volunteers to $PM_{2.5}$ CAPs (Gong et al., 2003; Ghio et al., 2000; Gong et al., 2000) or urban traffic particles. In a recent study, Huang et al. (2012) exposed healthy volunteers to $PM_{2.5}$ CAPs collected from Chapel Hill, NC. The authors reported no changes in multiple markers of lung function (including FVC, $FEV_1$, and $FEF_{25-75}$) or in the marker for diffusion capacity DLCO at 1 and 18 hours postexposure (study details in Table 5-13).

The 2009 PM ISA (U.S. EPA, 2009) provided limited evidence that exposure to $PM_{2.5}$ resulted in subclinical or inflammatory effects in healthy populations. Ghio et al. (2000) reported an increase in airway and alveolar neutrophils following exposure to $PM_{2.5}$ CAPs. A follow-up analysis of Ghio et al. (2000) determined the increase in BALF neutrophils was associated with the Fe, Se, and $SO_4^{2-}$ content of the particulate matter (Huang et al., 2003). Recently, the healthy population respiratory response to $PM_{2.5}$ has been further examined by Behbod et al. (2013) and Huang et al. (2012). These studies involved exposure to $PM_{2.5}$ CAPs at either approximately 250 µg/$m^3$ (Behbod et al., 2013) or 90 µg/$m^3$ for approximately 2 hours [Huang et al. (2012); additional study details are in Table 5-13]. Multiple markers of airway inflammation were measured. Behbod et al. (2013) reported that relative to filtered air, no significant airway (sputum) responses were observed in subjects exposed to Toronto, Ontario $PM_{2.5}$ CAPs. Exposures to relatively lower levels of $PM_{2.5}$ CAPs [approximately 90 µg/$m^3$; Huang et al. (2012)] corroborated the effects seen in the higher exposure study (Behbod et al., 2013) in that the exposure to Chapel Hill, NC $PM_{2.5}$ CAPs had no effect on IL-6, IL-8, or α1-antitrypsin in the bronchoalveolar lavage of exposed healthy subjects, although changes in blood parameters were observed (see Section 6.1.11).

**Table 5-13 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy populations.**

| Study | Study Design | Disease Status; n; Sex; (Age) | Exposure Details (Concentration; Duration; Comparison Group) | Endpoints Measured |
|---|---|---|---|---|
| Behbod et al. (2013) | Double-blind, randomized cross-over block design | Healthy nonsmokers; n = 35; 11 M, 12 F (18−60 yr) | 234.7 µg/m³ $PM_{2.5}$ CAPs, Toronto, ON. (IQR: 52.4 µg/m³) for 130 min (120-min exposure + 10 min to complete tests) at rest. Comparison groups were either (1) filtered air or (2) medical air; a minimum 2-week washout period was used between exposures. | Sputum (pre- and 24-h postexposure): Total cell and neutrophil counts |
| Huang et al. (2012) | Not specifically stated | Healthy nonsmokers; n = 23; 15 M, 8 F (20−36 yr) | 89.5 ± 10.7 µg/m³ $PM_{2.5}$ CAPs or 73.4 ± 9.9 µg/m³ $PM_{2.5}$ CAPs + 0.5 ppm $NO_2$ for 2 h, Chapel Hill, NC. During exposure, subjects completed four cycles of 15 min each rest or exercise. Comparison group was clean air. | Lung function<br>BAL (18-h postexposure): IL-6, IL-8, α1-antitrypsin, LDH, differential leucocyte counts |

BAL = bronchoalveolar lavage; CAPs = concentrated ambient particles; F = female; h = hour(s); IL-6 = interleukin-6; IL-8 = interleukin-8; IQR = interquartile range; LDH = lactate dehydrogenase; M = male; µg/m³ = micrograms per cubic meter; min = minute(s); n = number of subjects; $NO_2$ = nitrogen dioxide; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; ppm = parts per million; yr = year(s).

### 5.1.7.3 Animal Toxicological Studies

#### 5.1.7.3.1 Lung Function

The 2004 PM AQCD (U.S. EPA, 2004) and the 2009 PM ISA (U.S. EPA, 2009) reported several animal toxicological studies that measured pulmonary function following single or multiday exposure to $PM_{2.5}$ CAPs. Decreased breathing frequency (or respiratory rate) was observed in dogs exposed to $PM_{2.5}$ CAPs in Boston, MA by tracheostomy exposure (Godleski et al., 2000). In addition, a strong increase in airway irritation, as indicated by decreases in end inspiratory pause and increases in end expiratory pause, pause, and enhanced pause (Penh) was observed (Nikolov et al., 2008). Increased tidal volume was found in rats exposed to $PM_{2.5}$ CAPs in Boston, MA (Clarke et al., 1999) but not in New York City, NY (Gordon et al., 2000). Increases in inspiratory and expiratory times were not seen in Wistar Kyoto rats

exposed to $PM_{2.5}$ CAPs in Research Triangle Park, NC (Kodavanti et al., 2005). Results of these studies, showing changes in breathing frequency and depth of breathing, indicate that short-term $PM_{2.5}$ exposure stimulated airway irritant responses by activating sensory nerves and local reflexes.

Recently, Diaz et al. (2013) evaluated the effects of exposure to $PM_{2.5}$ roadway tunnel particles on pulmonary function in Sprague-Dawley rats. A 2-day exposure to tunnel particles with gases removed by a denuder resulted in increased rapid shallow breathing, as indicated by increased frequency and decreased tidal volume, minute volume, inspiratory time, and expiratory time ($p < 0.05$). This breathing pattern, as well as the observed decrease in expiratory flow at 50% ($EF_{50}$; $p = 0.01$), provide evidence of an irritative respiratory response. A 2-day exposure to a secondary organic aerosol formed from photochemical oxidation of primary tunnel gases (SOA) resulted in increases in pauses, including Penh ($p \leq 0.05$). A 4-day exposure to SOA decreased several parameters including frequency, tidal volume, minute volume, $EF_{50}$, and Vi, an indicator of respiratory drive ($p < 0.05$). A 4-day exposure to photochemically aged primary particles plus SOA (P + SOA) produced the largest change in breathing parameters including decreased volumes, flow, respiratory drive, and respiratory effort ($p < 0.05$). This pattern is reflective of rapid shallow breathing and suggests an irritative respiratory response with an additional effect at the thoracic level. Additional study details for this study, and other recent toxicological studies, are found in Table 5-14.

The effect of social stress on pulmonary function was examined in older Sprague-Dawley rats exposed to $PM_{2.5}$ CAPs in Boston, MA (Clougherty et al., 2010). In stressed animals, $PM_{2.5}$ CAPs exposure was associated with increased breathing frequency ($p = 0.001$), lower tidal volume ($p = 0.001$), lower PEF ($p = 0.003$), and shorter times ($p < 0.001$), suggesting rapid shallow breathing. In unstressed animals, $PM_{2.5}$ CAPs exposure was associated with increased PIF ($p = 0.03$) and greater MV ($p = 0.05$).

Effects on other pulmonary function parameters have been reported. Amatullah et al. (2012) found that a 4-hour exposure of BALB/c mice to $PM_{2.5}$ CAPs in Toronto increased quasi-static elastance of the lung ($p < 0.05$). Yoshizaki et al. (2017) examined sex-related differences in tracheal hyperreactivity of BALB/c mice due to a multiday exposure to $PM_{2.5}$ CAPs in São Paulo, Brazil. Tracheal rings from male mice that were exposed to $PM_{2.5}$ CAPs were hyporesponsive to methacholine, a bronchoconstrictor, compared with tracheal rings from male mice exposed to ambient air ($p < 0.05$). Tracheal rings from diestrus female mice that were exposed to $PM_{2.5}$ CAPs responded similarly to methacholine as tracheal rings from female mice exposed to ambient air. However, tracheal rings from estrus and proestrus female mice were hyperresponsive to methacholine compared with air controls ($p < 0.05$).

**Table 5-14 Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Amatullah et al. (2012)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 6−8 weeks, 18 g | $PM_{2.5}$ CAPs Toronto<br>Particle size: $PM_{0.15-2.5}$<br>Control: HEPA-filtered air | Route: nose-only inhalation<br>Dose/concentration: $PM_{0.15-2.5}$ 254 µg/m³<br>Duration: 4 h<br>Time to analysis: at end of exposure<br>Modifier: baseline ECG | Pulmonary function<br>BALF cells |
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | $PM_{2.5}$ CAPs Mexico City<br>Particle size: $PM_{2.5}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration: $PM_{2.5}$ 178 µg/m³<br>Duration: acute 5 h/day, 3 days<br>Subchronic 5 h/day, 4 days/week, 8 weeks<br>Time to analysis: 24 h | Gene expression and protein levels—lung tissue IL-6, components of the RAS and kallikrein-kinin endocrine system-heme oxygenase-1 |
| Budinger et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>wild type and IL-6 knockouts<br>Age/weight: 8−12 weeks | $PM_{2.5}$ CAPs Chicago, IL<br>Particle size: $PM_{2.5}$<br>Control: filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 88.5 ± 13.4 µg/m³<br>Duration: 8 h/day for 3 days | BALF and lung tissue-protein level and gene expression of inflammatory mediators<br>Plasma—biomarkers of coagulation |
| Chiarella et al. (2014)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>wild type and Adrβ knockouts<br>Age/weight: 8−12 weeks | $PM_{2.5}$ CAPs Chicago, IL<br>Particle size: $PM_{2.5}$<br>Control: filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 109.1 ± 6.1 µg/m³<br>Duration: 8 h/day for 3 days | BALF and lung tissue—IL-6, norepinephrine<br>Brown adipose tissue—norepinephrine |
| Clougherty et al. (2010)<br>Species: rat<br>Sex: male<br>Age/weight: 12 weeks | $PM_{2.5}$ CAPs Boston, MA<br>Particle size: PM ≤ 2.5 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 374 µg/m³<br>With large variance<br>Duration: 10 days, 5 h/day<br>Time to analysis: respiratory data was collected during exposure at 10 min. intervals using Buxco<br>Coexposure: stress | Pulmonary function<br>• Peak inspiratory flow<br>• Minute volume<br>• Breathing frequency<br>• Inspiratory time<br>• Expiratory time<br>• Expiratory flows<br>• Tidal volume |

**Table 5-14 (Continued): Study-specific details from animal toxicologic studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Diaz et al. (2013)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley<br>Age/weight: 250−300 g | Roadway tunnel particles (gases removed by denuder)<br>Primary particles (P)<br>Primary particles and secondary aerosol (P-SOA)<br>Secondary organic aerosol (SOA)<br>Particle size: PM < 2.5 µm<br>Control: filtered air (oxidizable gases, VOC and particles removed) | Route: whole-body Inhalation<br>Dose/concentration: P—47.5 µg/m³<br>P + SOA—50 µg/m³<br>SOA—48.7 µg/m³<br>Duration: 2−4 days, 5 h/day<br>Time to analysis: 24 or 48 h<br>Coexposure:<br>NO: P—71.2 ppb<br>P + SOA—2.1 ppb<br>SOA—27.1 ppb<br>$NO_X$: P—92.6 ppb<br>P + SOA—37.5 ppb<br>SOA—56.9 ppb | BALF cells<br>Lung function<br>• Tidal volume<br>• Minute volume<br>• Expiratory time<br>• Inspiratory time<br>• Expiratory flow at 50% (flow)<br>• Pause<br>• Enhanced pause<br>• End expiratory pause<br>• End inspiratory pause<br>• Peak of inspiratory flow<br>• Inspiratory time |
| Kim et al. (2016b)<br>Species: mouse<br>Sex: male<br>Strain: BALB/c<br>Age/weight: 6−10 weeks | DEP (NIST SRM)<br>Particle size: not reported | Route: inhalation<br>Dose/concentration: 2 mg/m³<br>Duration: 1 h/day for 5 days<br>Time to analysis: 9 days | Middle ear: gene expression microarray and pathway analysis |
| Mauderly et al. (2011)<br>Species: Mouse<br>Sex: male and female<br>Strain: C57BL/8, A/J, BALB/c<br>Age/weight: 10−13 weeks (C57BL/6)<br>5−8 weeks (A/J)<br>3 weeks gestation, 4 weeks after birth (BALB/c)<br><br>Species: Rat<br>Sex: male and female<br>Strain: F344<br>Age/weight: 7−9 weeks | Simulated coal emissions low, medium, high doses and high-dose filtered groups<br>Particle size: not reported in this publication. Likely PM <2.5<br>Control: clean air | Route: whole-body Inhalation<br>Dose/concentration: 1,000, 300, 100 µg/m³<br>Duration: 6 mo or 1 week, 7 days/week, 6 h/day | BALF cells/cytokines (F344 rats)<br>• MIP-2<br>• Leukocytes |

**Table 5-14 (Continued): Study-specific details from animal toxicologic studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Plummer et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>Age/weight: 12−14 weeks, 25−30 g | $PM_{2.5}$ CAPs from Fresno, CA, (F, urban) or Westside (W, rural) locations in California, in two seasons (summer, winter)<br>Particle size: $PM_{2.5}$<br>Control: ambient air | Route: whole-body inhalation<br>Dose/concentration: F/summer 284 μg/m$^3$, F/winter 156 μg/m$^3$, W/summer 126 μg/m$^3$, W/winter 86 μg/m$^3$<br>Duration: 6 h/day for 10 days<br>Time to analysis: 48 h<br>Note: composition of $PM_{2.5}$ CAPs defined for organic/elemental carbon, nitrate, sulfate, ammonia, chloride | BALF cells<br>Lung tissue Cytokine/chemokine<br>Histopathology—lung |
| Rohr et al. (2010)<br>Species: Rat<br>Sex: Male<br>Strain: SH<br>WKY<br>Age/weight: 11−12 weeks | $PM_{2.5}$ CAPs residential urban Detroit, MI<br>Particle size: $PM_{2.5}$<br>Control: HEPA-filtered clean air | Route: whole-body inhalation<br>Dose/concentration: 507 μg/m$^3$<br>Duration of exposure: 8 h, 13 consecutive days<br>Time to analysis: 24 h | BALF cells<br>Lung injury<br>• BALF protein content |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6<br>Age/weight: 6−8 weeks | DEP, resuspended<br>Particle size: 1.5−3.0 μm ± 1.3−1.6 μm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 315.3 ± 50.7 μg/m$^3$<br>Duration: 6 h | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |
| Xu et al. (2013)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>Age/weight: 3 weeks | $PM_{2.5}$ CAPs Columbus, OH<br>Particle size: $PM_{2.5}$<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 143.8 μg/m$^3$<br>Duration: 6 h/day, 5 days/week, 5, 14, 21 days<br>Time to analysis: immediately postexposure | Immunohistochemistry—lung<br>BALF cells—flow cytometry |
| Yoshizaki et al. (2016)<br>Species: mouse<br>Sex: male and female<br>Strain: BALB/c<br>Age/weight: 21 days | $PM_{2.5}$ CAPs São Paulo, Brazil<br>Particle size: $PM_{0.1-2.5}$ μm<br>Control: ambient air | Route: whole-body Inhalation<br>Dose/concentration: cumulative dose × time $PM_{2.5}$: 594 ± 77 μg/m$^3$<br>Duration: multiday<br>Coexposure: other ambient pollutants and also $PM_{10}$ | Gene expression and protein levels—nasal epithelium AhR, estrogen receptor, cytochrome P450 enzymes<br>Immunohistochemistry—nasal epithelium mucus profile and mucus content |

**Table 5-14 (Continued): Study-specific details from animal toxicologic studies of short-term $PM_{2.5}$ exposure and respiratory effects in healthy animals.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Yoshizaki et al. (2017)<br>Species: mouse<br>Sex: male and female (diestrus, proestrus, and estrus)<br>Strain: BALB/c<br>Age/weight: 21 days | $PM_{2.5}$ CAPs São Paulo, Brazil<br>Particle size:<br>$PM_{0.1-2.5}$ µm<br>Control: ambient air | Route: whole-body Inhalation<br>Dose/concentration: Cumulative dose × time $PM_{2.5}$: 600 µg/m$^3$<br>Duration: multiday<br>Coexposure: other ambient pollutants, $PM_{10}$ | Ex vivo tracheal rings—reactivity to methacholine<br>BALF cells and cytokines<br>Lung immunohistochemistry |

Adrβ = beta adrenergic receptor; AhR = aryl hydrocarbon receptor; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; DEP = diesel exhaust particles; ECG = electrocardiogram; F = urban; g = gram; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin-6; mg = milligram; µg/m$^3$ = micrograms per cubic meter; min = minute(s); MIP-2 = macrophage inflammatory protein-2; µm = micrometer; mo = month(s); NIST SRM = National Institute of Standards and Technology Standard Reference Material; NO = nitric oxide; $NO_X$ = oxides of nitrogen; P = primary particles; P-SOA = primary particles plus secondary organic aerosol; PM = particulate matter; $PM_{0.1-2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than 2.5 µm and greater than or equal to 0.1 µm; $PM_{0.15-2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than 2.5 µm and greater than or equal to 0.15 µm; ; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; ppb = parts per billion; RAS = renin-angiotensin system; SH = spontaneously hypertensive; SOA = secondary organic aerosol; VOC = volatile organic carbon; W = rural; WKY = Wistar Kyoto.

#### 5.1.7.3.2 Respiratory Tract Injury

As described in the 2009 PM ISA (U.S. EPA, 2009), several studies examined injury and altered lung barrier/secretory function in response to single or multiday exposure to $PM_{2.5}$ CAPs. While increased BALF protein and lung water content were observed in rats exposed to $PM_{2.5}$ CAPs in Boston, MA (Gurgueira et al., 2002; Clarke et al., 1999), injury indices were not observed in rats exposed to $PM_{2.5}$ CAPs in New York City, NY and Research Triangle Park, NC (Gordon et al., 2000; Kodavanti et al., 2000). Recently, Rohr et al. (2010) exposed Wistar Kyoto rats to residential urban $PM_{2.5}$ CAPs in Detroit, MI for 13 days and found increased BALF protein content ($p < 0.05$). Indices of injury (BALF protein and LDH activity) were not increased by any exposure to San Joaquin Valley, CA $PM_{2.5}$ CAPs despite evidence of inflammation (Plummer et al., 2012). Additional study details are found in Table 5-14.

#### 5.1.7.3.3 Respiratory Tract Oxidative Stress

As described in the 2009 PM ISA (U.S. EPA, 2009), several studies examined oxidative stress in response to $PM_{2.5}$ exposure. Increased lung chemiluminescence, activities of manganese superoxide dismutase (MnSOD) and catalase, thiobarbituric acid reactive substances (TBARS), and protein carbonyl content were reported in rats exposed to $PM_{2.5}$ CAPs in Boston, MA (Rhoden et al., 2004; Gurgueira et al., 2002). Pretreatment with the thiol antioxidant *N*-acetylcysteine blocked PM-mediated oxidative stress in Rhoden et al. (2004). In a recent study, tissue heme oxygenase-1 activity, an index of oxidative stress,

was not increased by any exposure to San Joaquin Valley, CA $PM_{2.5}$ CAPs (Plummer et al., 2012) despite evidence of inflammation (Table 5-14).

#### 5.1.7.3.4 Respiratory Tract Inflammation

The 2004 PM AQCD (U.S. EPA, 2004) and 2009 PM ISA (U.S. EPA, 2009) reported several studies that examined the effect of single and multiday exposure to $PM_{2.5}$ on inflammation. Exposure to $PM_{2.5}$ CAPS in Boston, MA resulted in increased BALF neutrophils in dogs [exposed by tracheostomy; Godleski et al. (2000)] and increases in BALF neutrophils and lymphocytes in rats (Rhoden et al., 2004; Saldiva et al., 2002; Clarke et al., 1999), while BALF macrophages were decreased (Clarke et al., 1999). Godleski et al. (2002) found concentration-dependent increases in numbers of BALF neutrophils and increases in gene expression of inflammatory mediators following exposure to $PM_{2.5}$ CAPs in Boston, MA. Increases in BALF total cells, neutrophils, and macrophages were also seen in rats exposed to $PM_{2.5}$ CAPs from Fresno, CA (Smith et al., 2003). Exposure of rats to $PM_{2.5}$ CAPs in New York City, NY resulted in increased lavageable cells in one study (Zelikoff et al., 2003) and no increases in inflammatory cells in another (Gordon et al., 2000). Similarly, exposure to $PM_{2.5}$ CAPs in Research Triangle Park, NC had disparate effects in different studies (Kodavanti et al., 2005; Kodavanti et al., 2000). Other studies investigated the effects of exposure to traffic-related air pollution, such as whole DE or GE or on-road highway aerosols, on pulmonary inflammation. However, these studies did not distinguish between the effects of the gaseous or particulate parts of the mixture.

Similarly, recent studies do not consistently show inflammation following inhalation exposure to $PM_{2.5}$. Amatullah et al. (2012) found no changes in BALF inflammatory cells immediately following a 4-hour exposure of BALB/c mice to $PM_{2.5}$ CAPs in Toronto (Table 5-14). No increases in BALF inflammatory cells were found in Wistar Kyoto rats exposed for 13 days to $PM_{2.5}$ CAPs in Detroit, MI despite an increase in BALF protein, an index of lung injury (Rohr et al., 2010). In contrast, increases in lung tissue and BALF IL-6 were observed following multiday exposure of C57BL/6 mice to $PM_{2.5}$ CAPs in Chicago, IL (Chiarella et al., 2014; Budinger et al., 2011) and Mexico City (Aztatzi-Aguilar et al., 2015). Budinger et al. (2011) also reported increases in BALF MCP-1 and TNF-α. In IL-6 knockout mice, short-term $PM_{2.5}$ exposure failed to increase IL-6 levels, while the other two mediators were unaffected. In addition, upregulation of the IL-6 target genes surfactant protein B and tissue factor in lung tissue and thrombin-antithrombin complex in plasma was observed in wild type, but not in IL-6 knockout mice. These results demonstrate the involvement of lung IL-6 in mediating systemic increases in thrombin-antithrombin complex, a key mediator of thrombosis. Furthermore, increased numbers of neutrophils in the BALF were found in C57BL/6 mice exposed for 10 days to $PM_{2.5}$ CAPs in California [$p < 0.05$; Plummer et al. (2012)]. In this latter study, $PM_{2.5}$ CAPs were collected during two seasons (summer and winter) from an urban (Fresno, CA) and a rural site (Westside) near Fresno, CA. While BALF neutrophils were increased in mice exposed to Westside summer and Westside winter $PM_{2.5}$ CAPs ($p < 0.05$), levels of KC, MCP-1, and IFN-γ were decreased in lung tissue from mice exposed to Fresno,

CA summer $PM_{2.5}$ CAPs ($p < 0.05$). This study demonstrates that urban and rural sites within the same airshed and season can have PM with differing ability to produce inflammation.

Xu et al. (2013) conducted a time course study of pulmonary inflammation in C57BL/6 mice exposed for 5, 14, and 21 days to $PM_{2.5}$ CAPs in Columbus, OH. No increases in numbers of macrophages or neutrophils were found in BALF. However, immunohistochemically staining of lung tissue showed increases in macrophages (using F4/80 + as the marker) at the three time points ($p < 0.05$), peaking at 5 days. No increases in neutrophils (using NIMPR14 as the marker) were seen in lung tissue. This study is unique in demonstrating early recruitment of macrophages to lung tissue in the absence of neutrophils and is indicative of innate immune system activation.

Other studies examined the effects of source-related $PM_{2.5}$ on pulmonary inflammation. Tyler et al. (2016) exposed C57BL/6 mice to resuspended DEP for 6 hours and found no increase in inflammatory cells or cytokines in the BALF and no increase in particle uptake in bronchial macrophages, despite inflammation in the hippocampus (Section 8.1.3). Diaz et al. (2013) exposed Sprague-Dawley rats to three kinds of $PM_{2.5}$—primary particles that were obtained directly from a tunnel with roadway gases removed by a denuder (P), secondary organic aerosols formed from photochemical oxidation of the primary tunnel gases (SOA), and photochemically aged primary particles plus SOA (P + SOA). Lymphocytes in BALF increased following 1-day exposure to P ($p < 0.05$) and 2-day exposure to P + SOA ($p < 0.07$), while neutrophils in BALF increased after 2-day exposure to SOA ($p < 0.01$) and P + SOA ($p < 0.05$). Mauderly et al. (2011) exposed mice and rats for 1 week to simulated coal emissions with and without the addition of a particle filter. The increase in MIP-2 seen in the BALF of F344 ($p < 0.05$) was prevented by filtration, indicating that the particulate part of the mixture had a role in the pro-inflammatory response.

Two of the aforementioned studies investigated the relationship between pulmonary inflammation and neurohumoral or endocrine pathways. Chiarella et al. (2014) evaluated the role of the SNS in modulating inflammation following exposure to $PM_{2.5}$ using knockout mice lacking the β2-adrenergic receptor, specifically on macrophages. While wild type C57BL/6 mice exposed for several days to $PM_{2.5}$ CAPs in Chicago, IL had increased IL-6 mRNA and protein in BALF ($p < 0.05$), knockout mice had a greatly diminished response ($p < 0.05$). This finding implicates agonists of the β2-adrenergic receptor (i.e., catecholamines) as partly responsible for the effects of $PM_{2.5}$ on IL-6 through the stimulation of β2-adrenergic receptors on lung macrophages. Supporting evidence was provided by the finding that treatment with an agonist of the β2-adrenergic receptor enhanced IL-6 levels in the BALF of wild type mice exposed to $PM_{2.5}$ ($p < 0.05$). Additionally, levels of the catecholamine norepinephrine were increased in BALF and brown adipose tissue following $PM_{2.5}$ exposure ($p < 0.05$), indicative of increased sympathetic tone. Taken together, the results of this study provide evidence that exposure to $PM_{2.5}$ activates the sympathetic nervous system, which enhances the release of IL-6 from lung macrophages. This study also examined the downstream effects of macrophage-derived IL-6 on thrombosis (see Section 6.1.12).

Aztatzi-Aguilar et al. (2015) evaluated the RAS and kallikrein-kinin endocrine system in the lung in Sprague-Dawley rats exposed for several days to $PM_{2.5}$ CAPs in Mexico City. Increased protein expression of IL-6 in lung tissue ($p < 0.05$) was accompanied by increased expression of the angiotensin I receptor gene, reduced angiotensin I receptor protein levels, and increased angiotensin-converting enzyme mRNA levels ($p < 0.05$). Protein levels of angiotensin converting enzyme and mRNA levels of angiotensin II receptor mRNA were not affected. In addition, $PM_{2.5}$ CAPs exposure resulted in increased mRNA levels for kallikrein-1 enzyme ($p < 0.05$). Kallikrein-1 is a serine protease enzyme required to produce kinin peptides, which are necessary to activate bradykinin receptors. The RAS mediates vasoconstriction and vascular oxidative stress and inflammation and is counterbalanced by the kallikrein-kinin endocrine system via bradykinin-mediated production of nitric oxide, an important vasodilator. The SNS is known to regulate the endocrine systems. Although not specifically examined in this study, $PM_{2.5}$ exposure-mediated activation of the SNS activation may link $PM_{2.5}$ exposure and the RAS.

#### 5.1.7.3.5 Morphology

As described in the 2009 PM ISA (U.S. EPA, 2009), several studies found that exposure to $PM_{2.5}$ CAPs in Boston, MA resulted in mild morphological changes in the lung including hyperplasia of the terminal bronchiolar and alveolar ductal epithelium and pulmonary arteriolar edema (Rhoden et al., 2004; Batalha et al., 2002; Saldiva et al., 2002). Recently, Yoshizaki et al. (2016) evaluated the effects of multiday exposure to São Paulo, Brazil $PM_{2.5}$ CAPs on nasal epithelium in male and female BALB/c mice. The influence of estrus cycle in females was also determined. $PM_{2.5}$ CAPs exposure resulted in an increase in acidic mucus content in males and a decrease in acidic mucus content in females ($p < 0.05$; Table 5-14). $PM_{2.5}$ CAPs exposure had no effect on neutral mucus content in either male or female mice. In addition, estrus cycle had no effect on mucus content or response to $PM_{2.5}$ CAPs exposure. Upregulation of message and protein levels of estrogen, aryl hydrocarbon receptors, and cytochrome P450 proteins was examined in nasal epithelium. $PM_{2.5}$ CAPs exposure resulted in decreased mRNA levels of estrogen receptor β2 and cytochrome p450 1b1 in female mice ($p < 0.01$). Female rats in diestrus, but not estrus or proestrus, exhibited decreased mRNA levels of estrogen receptor β2, cytochrome p450 1b1, and cytochrome p450 1a2 ($p < 0.05$). Estrogen receptor protein levels were decreased in nasal epithelium and aryl hydrocarbon receptor protein levels were increased in submucosal gland by $PM_{2.5}$ CAPs exposure in female mice ($p < 0.05$). Only female rats in estrus (not diestrus or proestrus) exhibited these changes ($p < 0.05$).

#### 5.1.7.3.6 Allergic Sensitization

The 2009 PM ISA (U.S. EPA, 2009) described numerous studies demonstrating the adjuvant potential of PM. While most of these studies involved intra-nasal or other noninhalation routes of

exposure, one inhalation study demonstrated a strong adjuvant effect of PM (Whitekus et al., 2002). In this study, mice were exposed to resuspended DEP and subsequently challenged with OVA. OVA-specific IgG1 and IgE were enhanced by DEP exposure in the absence of general markers of inflammation. This effect, as well as DEP-mediated lipid peroxidation and protein oxidation, was blocked by pretreatment with the thiol antioxidants *N*-acetylcysteine and bucillamine. These results indicate that oxidative stress plays a role in DEP-mediated allergic sensitization. Recent studies that have become available since the last review, while supportive of the adjuvant potential of $PM_{2.5}$, involve noninhalation routes of exposure (i.e., subcutaneous, intraperitoneal, and oropharyngeal aspiration).

##### 5.1.7.3.7 Pathways Related to Otitis Media

Kim et al. (2016b) conducted a transcriptomic analysis in the middle ear following exposure to DEP (Table 5-14). BALB/c mice were exposed to resuspended DEP for several days and gene expression microarray and pathway analysis were performed on tissue collected 9 days later. In the middle ear, numerous genes were upregulated or downregulated because of DEP exposure. Pathway analysis identified several of these genes as potential biomarkers for DEP-related otitis media including cholinergic receptor muscarinic 1, erythropoietin, son of sevenless homolog 1, estrogen receptor 1, cluster of differentiation 4, and interferon α 1.

### 5.1.7.4 Summary of Respiratory Effects in Healthy Populations

Similar to results described in the 2009 PM ISA (U.S. EPA, 2009), evaluation of the current epidemiologic evidence indicates that short-term $PM_{2.5}$ exposures are inconsistently related to respiratory effects in healthy adults. Where there is supporting evidence, changes tend to be transient, and confounding by copollutants is inadequately examined. For general community daily average exposures, there is some consistent epidemiologic evidence for $PM_{2.5}$-related respiratory effects in healthy children, but the evidence is limited in number for any one particular endpoint. In addition to the limited supporting evidence, uncertainties remain as to whether short-term $PM_{2.5}$ exposure leads to overt and persistent respiratory effects in healthy populations or is related to such effects across a wide range of $PM_{2.5}$ concentrations.

Controlled human exposure and animal toxicological studies also examined pulmonary function and inflammation responses to short-term exposure to $PM_{2.5}$ CAPs. While evidence from controlled human exposure studies was inconsistent, animal toxicological studies clearly demonstrated changes in pulmonary function and inflammation. Recent evidence supports the previously observed involvement of airway irritant responses in mediating the changes in respiratory function, such as rapid shallow breathing, seen following exposure to $PM_{2.5}$. BALF cellular infiltrates are commonly found following exposure to $PM_{2.5}$ and appear to primarily involve recruitment of macrophages and neutrophils into the

airways. In addition, several studies implicate changes in various cytokines in BALF and lung tissue. Increases in numbers of specific macrophages in lung tissue provides evidence for the activation of innate immunity over several days to several weeks. Pulmonary injury and oxidative stress responses were inconsistent. However, a study evaluated in the 2009 PM ISA demonstrated oxidative stress-mediated allergic sensitization due to inhalation of $PM_{2.5}$. Different regions of the respiratory tract are affected by short-term $PM_{2.5}$ exposure with morphologic changes observed in the terminal bronchiolar and alveolar regions and changes in mucus profile found in in nasal epithelium. A mechanistic study shows involvement of the SNS in augmenting macrophage-mediated inflammatory effects following exposure to $PM_{2.5}$. In addition, the RAS and kallikrein-kinin endocrine system in the lung were affected by short-term exposure to $PM_{2.5}$.

Variability in results observed in controlled human exposure and animal toxicological studies could be due to the time points assessed (too long after exposure), the nature of the exposures (dose, particle composition), the sensitivity of the model (species, strain, age, predisposing factors) and the sensitivity of the measurements used. When $PM_{2.5}$ CAPs are used, the composition of the PM, which is related to source and season, could add to this variability. Finally, whether the exposure was a single time or repeated could have a large effect. Repeated exposures, even those less than 30 days, may trigger adaptive physiologic and cellular responses that are not present for very short-term single exposure studies, such as single acute exposures.

### 5.1.8 Respiratory Effects in Populations with Cardiovascular Disease

Given the prevalence of cardiovascular disease in the general population and the interrelationships between the cardiovascular and respiratory systems, numerous animal toxicological studies have been conducted in animal models of cardiovascular disease. Many of these studies were evaluated in the 2004 PM AQCD and the 2009 PM ISA (U.S. EPA, 2009). Pulmonary function responses were examined following single and multiday exposure of hypertensive rats to $PM_{2.5}$ CAPs from New York, NY, Research Triangle Park, NC, Taiwan, and Boston, MA (Kodavanti et al., 2005; Lei et al., 2004; Nadziejko et al., 2002; Godleski et al., 2000). Alterations in tidal volume and breathing frequency were found, indicating the involvement of airway irritant receptors and the triggering of local reflexes in the response to short-term $PM_{2.5}$ exposure. Multiday exposure of spontaneously hypertensive (SH) rats to $PM_{2.5}$ CAPs in the Netherlands altered levels of BALF CC16 in a concentration-dependent manner (Kooter et al., 2006). CC16 is a secretory product of nonciliated bronchiolar club cells and is a marker of injury and thought to contribute to the control of inflammation. However, there was no evidence of pulmonary injury (as assessed by BALF LDH levels) in this study or in another study involving $PM_{2.5}$ CAPs in Research Triangle Park, NC (Kodavanti et al., 2005). Kooter et al. (2006) also found that a multiday exposure of SH rats to $PM_{2.5}$ CAPs in the Netherlands increased levels of heme oxygenase-1, an indicator of oxidative stress. Several studies in hypertensive rats evaluated pulmonary inflammation following exposure to $PM_{2.5}$ CAPs. While some studies found increased numbers of inflammatory cells in

BALF [and even a correlation between $PM_{2.5}$ CAPs concentrations and numbers of neutrophils (Cassee et al., 2005; Lei et al., 2004)], others did not (Kooter et al., 2006; Kodavanti et al., 2005). Campen et al. (2006) found a concentration-dependent effect on inflammation in $PM_{2.5}$-exposed ApoE knockout mice, a model of atherosclerosis.

A few recent studies add to this evidence base (Table 5-15). Rohr et al. (2010) exposed SH rats to $PM_{2.5}$ CAPs in Detroit, MI and found no evidence of lung injury as assessed by BALF protein levels. Farraj et al. (2015) studied the effect of a 4-hour exposure of SH rats to $PM_{2.5}$ CAPs in two seasons, summer and winter, in Research Triangle Park, NC. Activities of LDH, glutathione S transferase, and CuZn SOD, indicators of injury and oxidative stress, were decreased by exposure to summer $PM_{2.5}$ CAPs but not winter $PM_{2.5}$ CAPs ($p \leq 0.05$). $PM_{2.5}$ CAPs concentration was higher in summer than in winter, but metal exposure concentrations were roughly equivalent. Concomitant exposure to 200 ppb $O_3$ appeared to have little additional effect on these parameters. No effects on inflammation were found by Rohr et al. (2010) or Farraj et al. (2015). Furthermore, Tyler et al. (2016) conducted an inhalation exposure of ApoE knockout mice to resuspended DEP and found no increase in inflammatory cells or cytokines in the BALF and no increase in particle uptake in bronchial macrophages, despite inflammatory effects in the hippocampus (Section 8.1.3). Overall, short-term $PM_{2.5}$ exposure results in pulmonary effects in some studies but not others. Among the respiratory endpoints, the most consistent evidence is for changes in pulmonary function.

**Table 5-15 Study-specific details from animal toxicological studies of short-term $PM_{2.5}$ exposure and respiratory effects in models of cardiovascular disease.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Farraj et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: SH<br>Age/weight: 12 weeks | $PM_{2.5}$ CAPs<br>Research Triangle Park, NC<br>Particle size: 324 nm summer, 125 nm winter<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 85−170 μg/m$^3$<br>Duration: 4 h<br>Time to analysis: 24 h<br>Modifier: telemeter implanted, summer and winter | Lung injury—BALF LDH activity<br>Inflammation—BALF cells<br>BALF antioxidant enzymes—GST and CuZn SOD |
| Rohr et al. (2010)<br>Species: rat<br>Sex: male<br>Strain: SH<br>WKY<br>Age/weight: 11−12 weeks | $PM_{2.5}$ CAPs residential urban Detroit, MI<br>Particle sizes: $PM_{2.5}$ | Route: whole-body inhalation<br>Dose/concentration: 507 μg/m$^3$<br>Duration of exposure: 8 h, 13 consecutive days<br>Time to analysis: 24 h | BALF cells<br>Lung injury<br>• BALF protein content |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: ApoE knockout<br>Age/weight: 6−8 weeks | DEP, resuspended<br>Particle size: 1.5−3.0 ± 1.3−1.6 μm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 300 μg/m$^3$<br>Duration: 6 h | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |

ApoE = apolipoprotein E; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; CuZn SOD = copper, zinc superoxide dismutase; DEP = diesel exhaust particles; GST = glutathione S transferase; h = hour(s); LDH = lactate dehydrogenase; μg/m$^3$ = micrograms per cubic meter; nm = nanometer; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive; WKY = Wistar Kyoto.

### 5.1.9 Respiratory Mortality

Studies that examine the association between short-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as respiratory mortality, provide additional evidence for $PM_{2.5}$-related respiratory effects, specifically, whether there is evidence of an overall continuum of effects. The multicity epidemiologic studies evaluated in the 2009 PM ISA provided evidence of consistent positive associations, ranging from 1.0−2.2% for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations, between short-term $PM_{2.5}$ exposure and respiratory mortality (U.S. EPA, 2009). However, compared with associations between short-term $PM_{2.5}$ exposure and cardiovascular and total (nonaccidental) mortality, confidence intervals were larger because respiratory mortality comprises a smaller percentage of all mortalities. Across studies, the $PM_{2.5}$ effect on respiratory mortality was observed to be immediate, with associations occurring in the range of lag 0 to 2 day(s). A limitation within the evidence was that multicity studies did not extensively examine potential copollutant confounding, but evidence from

single-city studies suggested that the $PM_{2.5}$-respiratory mortality relationship was not confounded by gaseous copollutants. Additionally, there was limited coherence across epidemiologic and controlled human exposure studies, further complicating the interpretation of the associations observed for short-term $PM_{2.5}$ exposure and respiratory mortality.

Recent multicity epidemiologic studies along with meta-analyses provide additional evidence of generally consistent positive associations between short-term $PM_{2.5}$ exposure and respiratory mortality (Figure 11-2). In addition to providing evidence that supports the immediate timing of respiratory mortality effects (i.e., lag 0 to 1 days), some recent studies also provide initial evidence that respiratory mortality effects from short-term $PM_{2.5}$ exposure may be more prolonged (i.e., lags >2 days). Unlike the studies evaluated in the 2009 PM ISA (U.S. EPA, 2009), some recent studies have also further evaluated the $PM_{2.5}$-respiratory mortality relationship by examining cause-specific respiratory mortality outcomes [i.e., COPD, pneumonia, and LRTI; Janssen et al. (2013) and Samoli et al. (2014)]. Overall, the results reported in the studies that examine cause-specific respiratory mortality outcomes are generally consistent with the results for all respiratory mortality, but the smaller number of mortality events observed results in unstable estimates with larger uncertainty.

Evidence to further characterize the $PM_{2.5}$-respiratory mortality relationship is also provided by recent epidemiologic studies. Overall, these studies continue to support a relationship between $PM_{2.5}$ and respiratory mortality and provide additional evidence that: (1) gaseous pollutants do not confound the $PM_{2.5}$-respiratory mortality relationship; (2) $PM_{2.5}$ effects on respiratory mortality may not be limited to the first few days after exposure; (3) the magnitude of the association tends to be largest during warmer months; and (4) there is inconsistent evidence that temperature extremes modify associations between short-term $PM_{2.5}$ exposure and respiratory mortality (see Section 5.1.10).

### 5.1.10 Policy-Relevant Considerations

Epidemiologic studies that examined short-term $PM_{2.5}$ exposure and respiratory-related effects often conduct additional analyses to assess whether the associations observed are due to chance, confounding, or other biases. Within this section, evidence is evaluated across epidemiologic studies to further assess the association between short-term $PM_{2.5}$ exposure and respiratory-related effects, focusing specifically on those analyses that address policy-relevant issues, including copollutant confounding (Section 5.1.10.1), model specification (Section 5.1.10.2), lag structure (Section 5.1.10.3), the role of season and temperature on $PM_{2.5}$ associations (Section 5.1.10.4), averaging time of $PM_{2.5}$ concentrations (Section 5.1.10.5), and C-R and threshold analyses (Section 5.1.10.6). The studies that attempt to address these issues are primarily epidemiologic studies that conducted time-series or case-crossover analyses focusing on respiratory-related ED visits and hospital admissions and respiratory mortality. Studies examining additional endpoints, such as subclinical markers of a PM-related respiratory effect (e.g., lung

function, inflammation, etc.), may also address some of these issues, but are not the focus of this evaluation.

#### 5.1.10.1 Examination of Potential Copollutant Confounding

The potential confounding effect of copollutants is a previously identified source of uncertainty in examining the relationship between short-term $PM_{2.5}$ exposure and respiratory effects, and thus requires careful consideration particularly with respect to whether the magnitude and direction of $PM_{2.5}$ risk estimates change in copollutant models. Compared with the evidence available at the completion of the 2009 PM ISA, many recent studies conducted analyses to assess whether the relationship between short-term $PM_{2.5}$ exposures and respiratory-related effects, specifically hospital admissions, ED visits, and respiratory mortality, are confounded by copollutants. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ (Figure 5-9), $NO_2$ (Figure 5-10), $SO_2$ (Figure 5-11), CO (Figure 5-12), and $PM_{10-2.5}$ (Figure 5-13). These recent studies address a previously identified data gap by providing information on the extent to which effects associated with exposure to $PM_{2.5}$ are independent of coexposures to correlated copollutants. Generally, these studies indicate that the association between short-term $PM_{2.5}$ exposures and respiratory health outcomes is robust to the inclusion of copollutants in a statistical model. This evidence provides support for an independent association between $PM_{2.5}$ concentrations and respiratory-related effects.

Building off studies evaluated in the 2009 PM ISA, recent studies that examined the potential confounding effects of $O_3$ on associations between short-term $PM_{2.5}$ exposure and respiratory-related outcomes continue to report correlations between $O_3$ and $PM_{2.5}$ ranging from low (<0.4) to high (>0.7). Across the respiratory-related outcomes examined, where positive associations with $PM_{2.5}$ were reported in single-pollutant models, associations were often attenuated in copollutant models, but remained positive. The most extensive evaluation of potential copollutant confounding was for studies focusing on asthma hospital admissions and ED visits, for which recent studies report results that are consistent with those observed in studies evaluated in the 2009 PM ISA (Figure 5-9). Additionally, recent evidence provides additional support for positive $PM_{2.5}$ associations with hospital admissions and ED visits for all respiratory diseases as well as initial evidence indicating that $PM_{2.5}$ associations with respiratory mortality are relatively unchanged in copollutant models with $O_3$. Although panel studies infrequently reported results from copollutant models, adverse associations reported across several endpoints were generally persistent, albeit attenuated in some copollutant models with $O_3$. Individual panel study results from copollutant models with $O_3$ are discussed within the relevant endpoint sections (Section 5.1.2.2, Section 5.1.2.3, and Section 5.1.7.1).




avg = average; COPD = chronic obstructive pulmonary disease; DL = distributed lag; ED = emergency department; HA = hospital admission; ICU = intensive care unit; μg/m$^3$ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]Copollutant analyses for warm season only.

[b]Copollutant analysis only conducted for lag 0−5 days.

[c]ICU admissions.

[d]non-ICU admissions.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-9 Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with ozone for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

Across studies, $PM_{2.5}$ associations with respiratory-related outcomes remain positive, although in some cases attenuated, in copollutant models with $NO_2$. Generally, $PM_{2.5}$ was reported to be low to moderately correlated with $NO_2$ ($r < 0.7$). Similar to the evaluation of copollutant models with $O_3$, most of the evidence with respect to potential copollutant confounding by $NO_2$ is from studies examining asthma hospital admissions and ED visits, with recent studies supporting the results from studies evaluated in the 2009 PM ISA. Recent studies also build on the initial evidence reported in the 2009 PM ISA that $PM_{2.5}$ associations are robust to control for $NO_2$ in studies examining hospital admissions and ED visits for all respiratory diseases and provide initial evidence that $PM_{2.5}$ associations with respiratory mortality are also robust (Figure 5-10). While panel studies infrequently reported results from copollutant models, adverse associations reported across several endpoints were persistent, although in some cases attenuated, in copollutant models with $NO_2$. Individual panel study results from copollutant models with

$NO_2$ are discussed within the relevant endpoint sections (Section 5.1.2.2, Section 5.1.2.3, Section 5.1.2.4, Section 5.1.4.2, Section 5.1.4.4, and Section 5.1.7.1).




avg = average; COPD = chronic obstructive pulmonary disease; DL = distributed lag; ED = emergency department; HA = hospital admission; $\mu g/m^3$ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]Copollutant analyses for warm season only.

[b]Copollutant analysis only conducted for lag 0−5 days.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-10 Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with nitrogen dioxide for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The examination of potential copollutant confounding by $SO_2$ on the relationship between short-term $PM_{2.5}$ exposure and respiratory-related outcomes is similar to that observed for $O_3$ and $NO_2$, with most of the evidence from studies examining asthma hospital admissions and ED visits (Figure 5-11). Across studies, correlations between $PM_{2.5}$ and $SO_2$ were primarily <0.5. Most of the studies that examined copollutant models with $SO_2$ were evaluated in the 2009 PM ISA, but recent studies add to the

evidence base for asthma hospital admissions and ED visits, further demonstrating that associations are relatively unchanged in copollutant models with $SO_2$, while also providing new evidence for respiratory mortality. Even though panel studies infrequently reported results from copollutant models, adverse associations reported across several endpoints were generally persistent, although in some cases attenuated, in copollutant models with $SO_2$. Individual panel study results from copollutant models with $SO_2$ are discussed within the relevant endpoint sections (Section 5.1.2.3, Section 5.1.2.4, Section 5.1.4.2, Section 5.1.4.4, and Section 5.1.7.1).




avg = average; COPD = chronic obstructive pulmonary disease; DL = distributed lag; ED = emergency department; HA = hospital admission; µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]Copollutant analyses for warm season only.

[b]Copollutant analysis only conducted for lag 0−5 days.

[c]Correlations were <0.4 in all cities except Milan and Turin where it was ~0.6.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-11 Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with sulfur dioxide for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

Compared to $O_3$, $NO_2$, and $SO_2$ the assessment of potential copollutant confounding by CO has not been extensively examined in recent studies (Figure 5-12). However, across the studies evaluated in the 2009 PM ISA, along with the recent study conducted by Sarnat et al. (2015) examining asthma ED

visits, evidence indicates that in studies that observed positive associations with $PM_{2.5}$, the association was relatively unchanged in copollutant models with CO.




avg = average; COPD = chronic obstructive pulmonary disease; DL = distributed lag; ED = emergency department; HA = hospital admission; μg/m$^3$ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]Copollutant analyses for warm season only.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-12 Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with carbon monoxide for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

Recent studies also greatly expand upon the examination of potential copollutant confounding by $PM_{10-2.5}$ (Figure 5-13). Across the studies evaluated, correlations between $PM_{2.5}$ and $PM_{10-2.5}$ were primarily low ($r < 0.4$). $PM_{2.5}$ associations for all respiratory-related outcomes are generally unchanged in models that adjust for $PM_{10-2.5}$. However, an uncertainty across studies that examined either single- or copollutant models that include $PM_{10-2.5}$ is the variety of methods employed to estimate $PM_{10-2.5}$ concentrations and the potential measurement error associated with each method (Section 2.5.1.2.3 and Section 3.3.1.1).




ARI = acute respiratory infection; avg = average; COPD = chronic obstructive pulmonary disease; ED = emergency department; HA = hospital admission; μg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm.

Note: †Studies published since the 2009 PM ISA. Black text = U.S. and Canadian studies included in the 2009 PM ISA.

[a]Copollutant analysis only conducted for lag 0−5.

Corresponding quantitative results are reported in Supplemental Material (U.S. EPA, 2018).

**Figure 5-13 Summary of associations for short-term $PM_{2.5}$ exposure and respiratory-related outcomes from copollutant models with $PM_{10-2.5}$ for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

In conclusion, since the 2009 PM ISA, there has been growth in the number of studies that examined potential confounding of the relationship between short-term $PM_{2.5}$ exposure and respiratory-related outcomes by copollutants. These recent studies provide additional evidence supporting that $PM_{2.5}$ associations are relatively unchanged, although in some instances attenuated as well as increased, in copollutant models with gaseous and particle pollutants.

#### 5.1.10.1.1 $PM_{2.5}$ within the Multipollutant Mixture

Although copollutant models are important in assessing potential copollutant confounding, it is well known that collinearity between pollutants can result in unstable estimates and that air masses are not limited to just two pollutants (Dominici et al., 2010). Therefore, in addition to copollutant models, studies

that examine multipollutant exposures can provide additional information on the role of $PM_{2.5}$ within the complex air pollution mixture.

Analyses of pollutant mixtures, which use an array of statistical methods and pollutant combinations, for respiratory-related effects have focused on asthma ED visits. These studies indicate increases in asthma ED visits when ambient concentrations of $PM_{2.5}$ and a copollutant(s) are simultaneously high, but do not clearly show a larger increase than with $PM_{2.5}$ alone. In analyses conducted in Atlanta, GA (Winquist et al., 2014a) and then subsequently for the entire state of Georgia (Xiao et al., 2016), $PM_{2.5}$ was a priori grouped with the other criteria pollutants (i.e., $O_3$, CO, $NO_2$, and $SO_2$) to examine their joint effect on pediatric asthma ED visits. In both studies, $PM_{2.5}$ was associated with pediatric asthma ED visits in single-pollutant models. However, in Xiao et al. (2016) joint effect models were relatively similar to the single-pollutant model, but in Winquist et al. (2014a) the joint effect model results were much larger (quantitative results only presented for warm season, no interaction model; Table 5-16).

Instead of defining air pollution mixtures a priori, other analyses examined whether there were groups of days with similar pollution profiles, specifically days representative of high and low air pollution exposures based on quartiles of $PM_{2.5}$, $NO_2$, CO, and $O_3$ concentrations using a classification and regression tree (C&RT) approach. This approach was used to examine associations between high and low air pollution days and asthma in Atlanta, GA; St. Louis, MO; and Dallas, TX. In Atlanta, GA. Gass et al. (2014) reported that RRs with $PM_{2.5}$ were largest in magnitude for days when $PM_{2.5}$ concentrations were in the highest quartile, while $NO_2$ was in the lowest two quartiles, as well as days when both $NO_2$ and $PM_{2.5}$ were in higher quartiles. Gass et al. (2015) expanded the analysis of Gass et al. (2014) to include Atlanta, GA, St. Louis, MO, and Dallas, TX. The authors observed that pollution profiles varied across cities resulting in the overall quartiles of pollutant concentrations for a particular mixture sometimes differing from the distribution of concentrations within an individual city. For example, $PM_{2.5}$ concentrations were in the 4th quartile for one city, but the overall mixture across cities showed that $PM_{2.5}$ concentrations were in the 1st quartile. Gass et al. (2015) reported evidence of mixtures with high $PM_{2.5}$ concentrations having the association largest in magnitude, but associations were similar in magnitude in instances when $PM_{2.5}$ concentrations were in the lowest quartile.

Whereas the other multipollutant studies focused on examining combinations of pollutants at different parts of the individual pollutant concentration distribution, Toti et al. (2016) in Houston, TX focused on pollutant concentrations on same and successive days that were in the 4th quartile of each pollutant concentration distribution. Across the different combinations, as well as those that included $PM_{2.5}$, the authors reported ORs that were relatively similar in magnitude. In contrast with U.S. cities, the association between asthma ED visits and an air quality health index (AQHI), which combines $PM_{2.5}$, $NO_2$, and $O_3$ based on mortality risk, in Windsor, ON, appears to be influenced by either $PM_{2.5}$ or $O_3$, depending on the lag (Szyszkowicz and Kousha, 2014). The OR for the AQHI was similar to that of $O_3$ at lag 0 and that of $PM_{2.5}$ at lags 4 and 5 (Table 5-16). Whereas the previous studies evaluated focused on

multipollutant mixtures, Weichenthal et al. (2016) examined whether there was evidence of effect modification of the $PM_{2.5}$-asthma ED visit association in 15 Ontario cities. The authors observed that the $PM_{2.5}$ association increased with increasing city-level oxidative potential of $PM_{2.5}$, $NO_2$, and $O_3$ combined (Weichenthal et al., 2016).

In summary, the studies that examined multipollutant mixtures that include $PM_{2.5}$ indicate that mixtures encompassing days with high $PM_{2.5}$ concentrations are often those mixtures with the highest risk estimates. Additionally, when comparing single-pollutant $PM_{2.5}$ results with those based on mixtures, the risk estimate associated with the mixture is relatively similar and, in some cases, larger than that observed for $PM_{2.5}$.

**Table 5-16 Combined influence of short-term $PM_{2.5}$ exposure and copollutants on emergency department visits for asthma.**

| Study | $PM_{2.5}$ Single-Pollutant OR/RR 95% CI | Combined OR or RR (95% CI) |
|---|---|---|
| †Xiao et al. (2016)<br>Georgia<br>2002−2008 | Per 6.9 μg/m³<br>1.03 (1.02, 1.04); lag 0−2 | Joint Effect Model, Criteria Pollutants Combination ($O_3$, CO, $NO_2$, $SO_2$, and $PM_{2.5}$); lag 0−2 per IQR increase in each pollutant<br>No interactions: 1.03 (1.01, 1.05)<br>Interactions: 1.06 (1.02, 1.09) |
| †Winquist et al. (2014a)<br>Atlanta, GA<br>1998−2004 | Per 9.2 μg/m³, warm season<br>1.04 (1.02, 1.07) | Joint Effect Model, Criteria Pollutant Combination ($O_3$, CO, $NO_2$, $SO_2$, and $PM_{2.5}$)<br>Warm season, no interactions: 1.13 (1.06, 1.21) |
| †Gass et al. (2014)<br>Atlanta, GA<br>1999−2009 | NR | C&RT to group days by $PM_{2.5}$, $NO_2$, $O_3$, and CO quartiles<br>Q1 $PM_{2.5}$, $NO_2$, CO, and $O_3$: 1.0 (reference)<br>Q4 $PM_{2.5}$, Q1−4 $O_3$, Q1 or 2 $NO_2$, Q1−4 CO: 1.10 (1.05, 1.16)<br>Q4 $PM_{2.5}$, Q1−3 $O_3$, Q3 $NO_2$, Q1−4 CO: 1.08 (1.01, 1.15)<br>Q1 $PM_{2.5}$, Q1−4 $O_3$, Q3 or 4 $NO_2$, Q1−4 CO: 1.08 (1.03, 1.14) |
| †Gass et al. (2015)<br>Atlanta, GA, 1999−2009<br>St. Louis, MO<br>2001−2007<br>Dallas, TX<br>2006−2008 | NR | C&RT to group days by $PM_{2.5}$, $NO_2$, and $O_3$ quartiles<br>Q1 $PM_{2.5}$, $NO_2$, and $O_3$: 1.0 (reference)<br>Q4 $PM_{2.5}$, Q3 $O_3$, Q1 or 2 $NO_2$: 1.07 (1.03, 1.12)<br>Q1 $PM_{2.5}$, Q3 $O_3$, Q3 or 4 $NO_2$: 1.04 (0.99, 1.08)<br>Q1−4 $PM_{2.5}$, Q4 $O_3$, Q3 $NO_2$: 1.05 (1.01, 1.09) |

**Table 5-16 (Continued): Combined influence of $PM_{2.5}$ and copollutants on emergency department visits for asthma.**

| Study | $PM_{2.5}$ Single-Pollutant OR/RR 95% CI | Combined OR or RR (95% CI) |
|---|---|---|
| †Toti et al. (2016)<br>Houston, TX<br>2006−2012 | NR | Association rule mining to estimate ORs for all $PM_{2.5}$, $O_3$, $NO_2$, $SO_2$, CO, and lag 0 to 4-day combinations and identify unique, statistically significant ORs.<br>Q1−3 of each pollutant in combination: 1.0 (reference)<br>Q4 $PM_{2.5}$ lag 0 and Q4 $O_3$ lag 0: 1.20 (1.02, 1.41)<br>Q4 $PM_{2.5}$ lag 0, Q4 $NO_2$ lag 0 and Q4 $O_3$ lag 2: 1.33 (1.00, 1.65) |
| †Szyszkowicz and Kousha (2014)<br>Windsor, ON, Canada<br>2004−2010 | Per IQR (not reported) increase<br>Lag 0: 1.02 (0.97, 1.06)<br>Lag 3: 1.03 (0.99, 1.08)<br>Lag 4: 1.05 (1.01, 1.09) | AQHI combining $PM_{2.5}$, $O_3$, and $NO_2$ (per 1 unit)<br>Lag 0: 1.03 (0.99, 1.07)<br>Lag 3: 1.02 (0.98, 1.06)<br>Lag 4: 1.04 (1.01, 1.08) |
| †Weichenthal et al. (2016)<br>15 cities Ontario, Canada<br>2004−2011 | Lag 0−2 avg, per 10 $\mu g/m^3$<br>1.06 (1.05, 1.07) | Effect modification by oxidative potential of $PM_{2.5}$, $NO_2$, and $O_3$<br>Q1: 1.02 (0.99, 1.04)<br>Q2: 1.06 (1.00, 1.13)<br>Q3: 1.08 (0.97, 1.19)<br>Q4: 1.10 (1.05, 1.15) |

AQHI = Air Quality Health Index; avg = average; C&RT = classification and regression tree; CI = confidence interval; CO = carbon monoxide; IQR = interquartile range; $\mu g/m^3$ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; OR = odds ratio; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; Q1 = 1st quartile; Q2 = 2nd quartile; Q3 = 3rd quartile; Q4 = 4th quartile; RR = relative risk; $SO_2$ = sulfur dioxide.

†Studies published since the 2009 PM ISA.

### 5.1.10.2 Model Specification

An underlying uncertainty in interpreting epidemiologic study results is the difference in the magnitude and precision, and sometimes direction, of risk estimates across studies. It has remained difficult to explain why there are differences in risk estimates, but it is often thought to reflect the different statistical models used in each study. However, it has also been hypothesized that other factors may also be contributing to these observed differences such as differences in $PM_{2.5}$ composition or demographics between study locations (e.g., Section 11.6.3).

Recent epidemiologic studies have conducted sensitivity analyses to assess whether $PM_{2.5}$ associations with respiratory-related outcomes are dependent on the statistical model employed, in an attempt to reduce potential biases in observed associations. Such sensitivity analyses assess the influence of alternative model specifications, such as by increasing the degrees of freedom (df) to account for temporal trends or by including alternative weather covariates. Collectively, recent studies that examined model specification provide evidence that $PM_{2.5}$ associations are generally robust to increasing the df per year to account for temporal trends, but in some cases attenuation of the association was observed when

these additional df's were included. Additionally, studies reported that $PM_{2.5}$ associations are relatively unchanged regardless of the weather covariates included in statistical models (i.e., different weather variables or lag days and df specified for the weather variables). Collectively, these studies reduce the uncertainty associated with the differences in the magnitude and direction of risk estimates in epidemiologic studies potentially resulting from the different statistical models employed across studies.

Several studies examined different approaches to control for seasonality or temporal trends by either increasing or decreasing the df/year used in studies of short-term $PM_{2.5}$ exposure and respiratory-related effects. $PM_{2.5}$-associated increases in asthma hospital admissions and ED visits were consistently observed when different df/year were used to account for temporal trends. For example, studies conducted in several U.S. cities reported that $PM_{2.5}$ associations remained robust to alternative degrees of freedom (2−28 df/year) for temporal trends (Alhanti et al., 2016; Sarnat et al., 2015; Kim et al., 2012; Silverman and Ito, 2010). When examining all respiratory-related hospital admissions and ED visits, an examination of the control for temporal trends was limited to a few studies, all of which were conducted in Europe, (Stafoggia et al., 2013) in eight European cities, and (Lanzinger et al., 2016b) in the UFIREG project. Stafoggia et al. (2013) provided evidence that uniformly applying the same df/year across all cities could underestimate the $PM_{2.5}$ association. This was demonstrated in an analysis that compared results for models where 8 df/year was applied to each city or where the df/year applied to each city was selected by minimizing the absolute value of the sum of the partial autocorrelation functions (PACF) with the base model that employed a three-way interaction between year, month, and day of week to account for temporal trends. The authors reported that using 8 df/year attenuated the association, while the PACF approach, which resulted in df/year ranging from 3−9 for each city, resulted in relatively unchanged $PM_{2.5}$ risk estimates. However, Lanzinger et al. (2016b) reported that $PM_{2.5}$ associations were relatively unchanged in models employing 3, 4, or 6 df/year to account for temporal trends.

In addition to conducting sensitivity analyses that examined control for temporal trends, some studies also assessed whether associations between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions and ED visits were sensitive to alternative weather covariates. Altering the lags (e.g., 0, 2-day avg) for temperature and humidity in New Jersey (Gleason et al., 2014), or adjusting for maximum temperature in Atlanta, GA and St. Louis, MO (Alhanti et al., 2016) resulted in $PM_{2.5}$ associations that were relatively unchanged. Stafoggia et al. (2013) also examined the influence of including a longer temperature lag (i.e., 0−6 days) in the model to account for the potential prolonged effects of temperature on respiratory diseases. Replacing the 0−1-day lag temperature covariate with a 0−6-day lag term resulted in a relatively similar effect (lag 0−1: 1.36% [95% CI: 0.23, 2.49]; lag 0−6: 1.48% [95% CI: 0.29, 2.69]).

While most studies examined the influence of model specification on $PM_{2.5}$ associations with respiratory-related effects by specifically including alternative weather covariates in statistical models, a few studies conducted analyses to examine whether there was evidence of model misspecification and potential residual confounding. In studies conducted in Atlanta, GA (Strickland et al., 2010) and St.

Louis, MO (Sarnat et al., 2015), model misspecification was evaluated by examining associations with $PM_{2.5}$ concentrations on the day after an asthma ED visit (lag −1 day). In both studies the results of the base model are relatively similar to those reported for lag −1 day [i.e., Strickland et al. (2010) warm season RR: 1.05 (95% CI: 1.02, 1.08), lag 0−2, RR: 1.03 (95% CI: 1.00, 1.05), lag −1; Sarnat et al. (2015) all year RR: 1.04 (95% CI: 1.01, 1.06), lag 0−2, RR: 1.02 (95% CI: 0.99, 1.04), lag −1]. The smaller association, closer to the null in both studies, indicates that potential confounders of the relationship between short-term $PM_{2.5}$ exposure and asthma ED visits were adequately accounted for in the statistical model.

Across studies that examined alternative model specifications, replacing covariates used in the base model to account for the confounding effects of weather did not result in measurable changes in $PM_{2.5}$ associations for respiratory-related effects. Additionally, there was little evidence that increasing the df/year to account for temporal trends influenced $PM_{2.5}$ associations; however, initial evidence indicates that applying the same df/year across individual cities in a multicity study may contribute to underestimating $PM_{2.5}$ risk estimates.

#### 5.1.10.3 Lag Structure

An examination of associations between short-term $PM_{2.5}$ exposure and respiratory-related effects across different lag days can provide evidence to support whether $PM_{2.5}$ elicits an immediate, delayed, or prolonged effect on health. As detailed throughout this chapter, evidence from studies that examine respiratory-related hospital admissions and ED visits indicates positive associations across single-day as well as multiday lags ranging from 0 to 4 days. However, to date many studies have not systematically evaluated different lags to examine the timing of effects, specifically whether there is evidence of an immediate (lag 0−1), delayed (lag 2−5), or prolonged (lag 0−5) $PM_{2.5}$ effect. An examination of lag structure in recent studies focusing on asthma, COPD, respiratory infections, and all respiratory-related hospital admissions and ED visits indicates that the strongest association in terms of magnitude and precision is generally within a few days after exposure for each of these outcomes, but there is some evidence demonstrating the potential for a prolonged $PM_{2.5}$ effect.

Among children in Atlanta, GA (Strickland et al., 2010) and individuals of all ages in Denver, CO (Kim et al., 2012), the pattern of associations for $PM_{2.5}$-asthma ED visits varied. In Strickland et al. (2010), lag 0 was reported to have the largest association, but positive associations persisted across single-day lags of 1 to 7 days (Figure 5-14).




CI = confidence interval; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RR = relative risk.

Source: Reprinted with permission of the American Thoracic Society. Copyright © 2019 American Thoracic Society. Strickland et al. (2010). The *American Journal of Respiratory and Critical Care Medicine* is an official journal of the American Thoracic Society.

**Figure 5-14 Rate ratio and 95% confidence intervals for individual lag days from a constrained cubic polynomial distributed lag model examining associations between short-term $PM_{2.5}$ exposure and pediatric asthma emergency department visits in Atlanta, GA.**

In contrast to the relatively immediate effect observed in Strickland et al. (2010), Kim et al. (2012) reported positive associations across the full range of lags examined (0−14), with the strongest associations, in terms of magnitude and precision, observed at lags 4 to 12 days, indicating a potential delayed response to short-term $PM_{2.5}$ exposure (Figure 5-15). When examining a distributed lag model of 0 to 7 days in Adelaide, Australia, Chen et al. (2016) observed an inconsistent pattern of associations, with the strongest associations for asthma hospital admissions occurring at lags 2 and 4 days. When comparing results from multiday averages and distributed lag models, risk estimates were found to be larger for the distributed lag model in Atlanta, GA [Strickland et al. (2010); lag 0−2 RR: 1.05 (95% CI: 1.02, 1.08); lag 0−7 DL RR: 1.10 (95% CI: 1.07, 1.14)], but a similar magnitude of an association was observed at shorter and longer distributed lag models in St. Louis, MO [Sarnat et al. (2015); lag 0−2: 1.04 (95% CI: 1.01, 1.06); lag 0−4 DL RR: 1.04 (95% CI: 1.01, 1.08)].




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RR = relative risk.
Source: Kim et al. (2012).

**Figure 5-15 Relative risk and 95% confidence intervals for individual lag days from a constrained distributed lag model examining associations between short-term $PM_{2.5}$ exposure and asthma hospital admissions in Denver, CO.**

The assessment of associations across different lags was more limited for COPD and respiratory infection than for asthma. Belleudi et al. (2010) examined both single-day and multiday lags (0 to 6 days, 0−1, 0−2, 0−5, and 0−6) for both COPD and lower respiratory tract infections. For COPD, the authors reported positive associations across a few single-day lags with the strongest association in terms of magnitude and precision observed at lag 0 (1.88% [95% CI: −0.27, 4.09]) and 2 (1.76% [95% CI: −0.18, 3.73]), with no evidence of an association for any of the multiday lags examined. However, for lower respiratory tract infections, positive associations were observed across single-day lags ranging from 1 to 5 days, but the magnitude of the association varied, with the largest being at lags 2 (2.82%) and 3 (3.04%). The multiple single-day lags reporting positive associations was supported when examining multiday averages, which provide evidence of a prolonged effect of short-term $PM_{2.5}$ exposure on lower respiratory tract infection (lag 0−5: 3.71 [95% CI: −0.57, 8.17]; lag 0−6: 3.62 [95% CI: −0.96, 8.42]).

Associations across different lags were further evaluated in recent studies focusing on all respiratory-related hospital admissions and ED visits. Overall, consistent, positive associations are reported across a range of single-day lags in multiple multicity studies (Bravo et al., 2017; Lanzinger et al., 2016b; Samoli et al., 2016a; Jones et al., 2015; Stafoggia et al., 2013). Some recent studies examined associations over a range of single-day lags through either a traditional single-day lag model or a distributed lag model. For example, Samoli et al. (2016a) and Jones et al. (2015) examined a series of single-day lags and reported positive associations that were similar in magnitude across each individual

lag, but with wide confidence intervals. In contrast to Samoli et al. (2016a) and Jones et al. (2015), Kim et al. (2012) did not report evidence of an association between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions when examining the individual lag days of a 0 to 14 day constrained distributed lag model. However, the results for combinations of respiratory-related diseases differed from those observed for asthma hospital admissions in Kim et al. (2012) where, as previously mentioned, positive associations were observed at lags 4 to 12 days. In single-day lags of 0 to 2 days, Bravo et al. (2017) reported a 0.79% increase (95% CI: 0.62, 0.97) at lag 0 in hospital admissions, but no evidence of an association at lags 1 or 2 days. However, when examining a distributed lag model of 0−7 days, the magnitude of the association increased as lag days increased providing some evidence of a potential prolonged $PM_{2.5}$ effect. However, confidence intervals also increased (Figure 5-16).




avg = average; µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Bravo et al. (2017).

**Figure 5-16 Percent increase in respiratory-related hospital admissions for a distributed lag model up to 0−7 days for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations across 708 U.S. counties.**

The results of Bravo et al. (2017) are consistent with both Lanzinger et al. (2016b) and Stafoggia et al. (2013) who observed positive associations across each of the lags examined, with the largest

association occurring at lag 0−5 days in both studies. [Lanzinger et al. (2016b): 2.8%, lag 0−1; 5.1%, lag 2−5; and 6.0%, lag 0−5; Stafoggia et al. (2013): 0.49, lag 0−1; 1.1%, lag 2−5; and 1.4%, lag 0−5].

Analyses of respiratory mortality provide further information about the lag structure of associations between short-term $PM_{2.5}$ exposure and respiratory morbidity outcomes. Multicity epidemiologic studies that examined cause-specific mortality in the 2009 PM ISA observed immediate effects with consistent positive associations for respiratory mortality at lags ranging from 0 to 2 days; however, these lags were selected a priori. Lippmann et al. (2013b), within the NPACT study, and Janssen et al. (2013), in a study conducted in the Netherlands, examined $PM_{2.5}$-respiratory mortality associations at single-day lags ranging from 0 to 3 days. Whereas Lippmann et al. (2013b) reported the strongest association at lag 1, Janssen et al. (2013) reported evidence of larger associations and with greater precision up to lags of 3 days. Stafoggia et al. (2017), examining single-day lags ranging from 0 to 10 days, provide evidence that potentially supports the pattern of associations observed in both Lippmann et al. (2013b) and Janssen et al. (2013). The authors reported evidence of an immediate effect at lag 1, but also evidence of positive associations similar in magnitude at lags 3, 6, and 7 (quantitative results not presented). However, confidence intervals were wide, complicating the comparison of results across studies.

An examination of multiday lags by Lee et al. (2015) found a similar magnitude of an association across lags ranging from 0−1 to 0−4 days, which is consistent with the results of the studies examining single-day lags. However, Samoli et al. (2013), when examining lags indicative of immediate, delayed, and prolonged effects, reported evidence of an immediate $PM_{2.5}$ effect on respiratory mortality (0.72% [95% CI: −0.11, 1.6]; lag 0−1) that was larger at longer lags (lag 2−5: 1.6% [95% CI: 0.62, 2.7]; lag 0−5: 1.9% [95% CI: 0.7, 3.1]). These results were further confirmed when examining single-day lags in a polynomial-distributed lag model of 0−7 days, in which associations were relatively consistent in magnitude from 0 to 2 days and then steadily increased out to 7 days.

Across the respiratory-related hospital admission and ED visit and mortality studies evaluated that conducted systematic evaluations of $PM_{2.5}$ associations across a range of lags, recent studies further support studies evaluated in the 2009 PM ISA that provided evidence of associations at lags ranging from 0−5 days. Studies of respiratory morbidity, specifically asthma and all respiratory-related hospital admissions and ED visits, along with more limited evidence from studies of COPD and respiratory infection, provide support that longer $PM_{2.5}$ exposures (i.e., 0−5-day lags) are associated with respiratory-related effects. Studies of respiratory mortality tended to support more immediate $PM_{2.5}$ effects (i.e., lags of 0 to 2 days), but initial evidence of stronger associations, in terms of magnitude and precision, at lags of 0−5 days is consistent with the pattern of associations observed in the hospital admission and ED visit studies.

### 5.1.10.4 The Role of Season and Temperature on $PM_{2.5}$ Associations

The examination of seasonal differences in $PM_{2.5}$ associations within studies that focus on respiratory-related hospital admissions and ED visits, as well as respiratory mortality, can provide information useful to assessing whether specific sources that vary by season are contributing to the $PM_{2.5}$ associations observed in all-year analyses. Additional studies that examine potential modification of $PM_{2.5}$ associations by temperature can further clarify the effects of season on observed associations. Studies evaluated in the 2009 PM ISA demonstrated seasonal variability in $PM_{2.5}$ associations with respiratory-related effects, with some studies reporting associations in warmer months and others in colder months; this variability is further supported by recent studies. Few recent studies have examined potential modification of $PM_{2.5}$ associations by temperature.

#### 5.1.10.4.1 Season

Recent studies have further examined the role of season on the relationship between short-term $PM_{2.5}$ exposure and respiratory-related effects, with the most extensive analyses focusing on asthma and all respiratory-related hospital admissions and ED visits. In studies of respiratory-related hospital admissions and ED visits, the warm season was most often defined as April−September, particularly for most northern U.S. cities, but in some cases, the warm months were May−October, such as for Atlanta, GA. $PM_{2.5}$-associated increases in asthma ED visits were observed in New Jersey in studies restricted to the warm season (Gleason and Fagliano, 2015; Gleason et al., 2014). Seasonal differences in associations are also supported by Malig et al. (2013) in a study of 35 California counties and asthma ED visits, who reported associations larger in magnitude in the warm than in the cold season, as well as Stafoggia et al. (2013), in a study of eight European cities, who examined whether associations between short-term $PM_{2.5}$ exposure and all respiratory-related hospital admissions in the warm season were larger in magnitude than those observed in the all-year analysis. When restricting the analysis to the warm season (April−September), Stafoggia et al. (2013) reported a larger percent increase in respiratory-related hospital admissions (4.49% [95% CI: 1.72, 7.35]; lag 0−5) compared with the all-year analysis (1.36% [95% CI: 0.23, 2.49]; lag 0−5).

An examination of associations between short-term $PM_{2.5}$ exposure and asthma hospital admissions and ED visits in the cold season in U.S. locations were null except in New York, NY (Silverman and Ito, 2010; Ito et al., 2007). Additionally, (Rodopoulou et al., 2014) in a study examining all respiratory disease and acute respiratory infection ED visits in New Mexico, (Belleudi et al., 2010) in a study conducted in Rome, Italy focusing on respiratory infection ED visits, and (Lanzinger et al., 2016b) in a study of four European cities focusing on all respiratory-related hospital admissions reported evidence of associations larger in the cold versus the warm season. The pattern of seasonal associations was also found to differ between two Australian cities, with a larger association in the warm season in Sydney (Jalaludin et al., 2008) and in the cold season in Adelaide (Chen et al., 2016).

Additional studies conducted more refined analyses, focusing on all four seasons, to examine potential seasonal differences in $PM_{2.5}$ associations with respiratory-related hospital admissions and ED visits. For studies of asthma hospital admission and ED visits, an examination of $PM_{2.5}$ associations by the four seasons is limited to Detroit, MI and Seoul, South Korea, but are consistent with each other in showing associations only in the spring [i.e., March−May; Li et al. (2011) and Kim et al. (2015)]. However, studies focusing on all respiratory-related hospital admissions and ED visits reported a slightly different pattern of associations. Zanobetti et al. (2009), in a study of 26 U.S. counties, reported the largest association in the spring (4.34% [95% CI: 2.19, 6.54]; lag 0−1) with the percent increase in respiratory-related hospital admissions ranging from 1.26−1.79% in the other seasons. Jones et al. (2015), in a study in New York state observed a slightly different pattern of associations across the seasons than Zanobetti et al. (2009). Focusing on lag 1, the authors reported the largest associations in the summer and fall with little evidence of an association in the winter and spring. Bell et al. (2015), in a study of 213 U.S. counties, observed stronger associations with respiratory tract infection hospital admissions in the spring (0.80% [95% CI: 0.02, 1.58]) and winter (0.40% [95% CI: −0.29, 1.10]) than in the fall and spring when no evidence of an association was reported. The results from studies examining all four seasons support the results from studies that reported stronger associations during the warm season, but also provide some evidence that the greatest risk of $PM_{2.5}$-related respiratory effects may span into months traditionally defined as representing the cold season.

While studies in the 2009 PM ISA focusing on respiratory morbidity conducted seasonal analyses, studies focusing on mortality were limited to total (nonaccidental) mortality. These studies generally reported larger associations in warmer months (see Section 11.1.6.1) but there is uncertainty as to whether the same pattern of associations exists for cause-specific mortality, including respiratory mortality.

Recent multicity studies conducted in the U.S. (Dai et al., 2014; Lippmann et al., 2013a), Europe (Pascal et al., 2014; Samoli et al., 2013), and Asia (Lee et al., 2015) examined whether there was evidence of seasonal differences in the $PM_{2.5}$-respiratory mortality relationship. Within the NPACT study (Lippmann et al., 2013a), the examination of seasonal $PM_{2.5}$ associations showed a pattern of associations consistent with what was observed for total mortality (i.e., associations larger in magnitude during the warm season). However, compared with the all-year analysis, there was evidence of positive associations in the warm season across all lags examined, with associations similar in magnitude (~0.5% increase) at lags 0, 1, and 3 days. There was also evidence of a positive association with respiratory mortality during the cold season, but only at lag 1 (0.40% [95% CI: −0.34, 1.1]). Dai et al. (2014), in a study of 75 U.S. cities, reported results that were generally consistent with Lippmann et al. (2013a), but examined associations across all four seasons and found the $PM_{2.5}$-respiratory mortality association was largest during the spring (4.0% [95% CI: 2.9, 5.2]; lag 0−1), with positive, but smaller, associations across the other seasons ranging from 0.58−1.1%.

Additional studies conducted in Europe report results consistent with those studies conducted in the U.S. In the MED-PARTICLES project, Samoli et al. (2013) examined short-term $PM_{2.5}$ exposure and respiratory mortality at lag 0−5 days and reported larger associations in the warm season (6.5% [95% CI: 2.6, 10.5]) than in the cold season (1.7% [95% CI: 0.27, 3.2]). In France, Pascal et al. (2014) reported similar results, but in an analysis of all four seasons. Associations between short-term $PM_{2.5}$ exposure and respiratory mortality were only positive during the spring and summer seasons, but confidence intervals were wide (quantitative results not presented).

Although the studies that examined U.S. and European cities provide consistent evidence of $PM_{2.5}$-respiratory mortality associations being larger during warmer months (i.e., spring and summer), a study conducted in 11 east Asian cities observed a different pattern of associations. Lee et al. (2015) reported that $PM_{2.5}$ associations with respiratory mortality were larger in the cold season (1.3% [95% CI: 0.38, 2.2]) than in the warm season (0.63% [95% CI: −0.21, 1.5]). It is unclear why these results differ from the other studies, but mean $PM_{2.5}$ concentrations and mean temperature tended to be higher across the cities in Lee et al. (2015) compared with the cities in the other studies evaluated in this section.

Across the multicity studies that examined seasonal associations results indicate that associations between short-term $PM_{2.5}$ exposure and respiratory mortality tend to be larger during warmer parts of the year (i.e., spring and summer), specifically in locations where mean $PM_{2.5}$ concentrations and temperature are more like those observed in the U.S. These results are supported by studies that conducted more refined examinations of seasonal associations by each of the four seasons and observed associations larger in the spring and summer.

In addition to traditional analyses that examine whether $PM_{2.5}$-respiratory-related hospital admission and ED visit associations vary by season; other studies have examined whether specific weather patterns influence associations. Hebbern and Cakmak (2015), in a study conducted in 10 Canadian cities, examined the association between short-term $PM_{2.5}$ exposure and asthma hospital admissions to determine whether the association was modified by specific synoptic weather patterns. Individual days were grouped into synoptic weather types based on temperature, humidity, and other factors. $PM_{2.5}$ associations with asthma hospital admissions were reported to be largest for days classified as moist polar and transitional types and lowest for dry tropical and moist tropical days. Interestingly, these latter categories had higher $PM_{2.5}$ concentrations. However, when adjusting for aeroallergens, Hebbern and Cakmak (2015) observed that the difference in associations between weather types was absent.

#### Aeroallergens

Although seasonal analyses can inform whether $PM_{2.5}$-asthma hospital admission and ED visit associations are influenced by weather, another tangentially related factor that has a strong seasonal component is aeroallergens. As mentioned above, Hebbern and Cakmak (2015) reported that

$PM_{2.5}$-asthma hospital admissions varied by synoptic weather pattern, but not when controlling for aeroallergens. However, in the models that controlled for aeroallergens, the RRs across all weather types, although attenuated, remained positive and were relatively similar, ranging from approximately 1.05−1.1 (Figure 5-17). Instead of controlling for the potential confounding effects of aeroallergens, Gleason et al. (2014), in a study conducted in New Jersey, examined whether the $PM_{2.5}$-asthma ED visit association varied across $PM_{2.5}$ quintiles depending on high and low levels of tree, grass, weed, and ragweed pollen. The authors observed no evidence of effect modification across the quintiles for high and low tree and grass pollen levels, and across all quintiles and levels of ragweed except for the combination of high ragweed and the highest quintile of $PM_{2.5}$ concentrations. However, when examining high ragweed pollen levels, as $PM_{2.5}$ concentrations increased there was evidence of effect modification (Table 5-17).




DM = dry moderate; DP = dry polar; DT = dry tropical; MM = moist moderate; MP = moist polar; MT = moist tropical; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; TR = transitional weather types.
Note: Black circles represent before and gray circles represent after adjustment for aeroallergens.
Source: Hebbern and Cakmak (2015).

**Figure 5-17 Pooled relative risks across 10 Canadian cities by synoptic weather category.**

**Table 5-17 Odds ratios for quintile analyses in Gleason et al. (2014) from single-pollutant $PM_{2.5}$ analyses and analyses examining effect modification by high weed pollen days.**

| Study | $PM_{2.5}$ Analysis OR (95% CI) | Effect Modification Analysis OR (95% CI) |
|---|---|---|
| †Gleason et al. (2014)<br>New Jersey, whole state<br>2004−2007 | Lag 0:<br>0.53−6.1 μg/m³: 1.0 (reference)<br>6.1−8.5 μg/m³: 1.0 (0.95, 1.06)<br>8.5−11.4 μg/m³: 0.99 (0.94, 1.04)<br>11.4−16.8 μg/m³: 1.01 (0.96, 1.06)<br>>16.9 μg/m³: 1.05 (0.99, 1.11) | Effect modification of $PM_{2.5}$ associations by high weed pollen levels (lag 0−2) by $PM_{2.5}$ quintiles (lag 0):<br>0.53−6.1 μg/m³: 1.0 (reference)<br>6.1−8.5 μg/m³: 1.57 (1.14, 2.17)<br>8.5−11.4 μg/m³: 1.53 (1.11, 2.12)<br>11.4−16.8 μg/m³: 2.32 (1.61, 3.34)<br>>16.9 μg/m³: 2.51 (1.73, 3.64) |

CI = confidence interval; μg/m³ = micrograms per cubic meter; OR = odds ratio; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

†Study published since the 2009 PM ISA.

#### 5.1.10.4.2 Temperature

Instead of conducting traditional seasonal analyses, some recent studies examined whether there was evidence that higher temperatures modified the relationship between short-term $PM_{2.5}$ exposure and asthma hospital admissions and respiratory mortality. Cheng et al. (2015) examined whether specific temperatures modified the $PM_{2.5}$-asthma hospital admission association in Kaohsiung, Taiwan. The authors reported that $PM_{2.5}$ associations were larger in magnitude when analyses were restricted to days with lower temperatures, 13−25°C (RR: 1.10 [95% CI: 1.06, 1.13]) compared with days with higher temperatures (i.e., >25°C, RR: 1.02 [95% CI: 0.98, 1.06]).

Pascal et al. (2014) examined the impact of temperature on the $PM_{2.5}$-respiratory mortality relationship across nine French cities by comparing associations on warm and nonwarm days, wherein warm days were defined as those days when the mean temperature exceed the 97.5th percentile of the mean temperature distribution. Pascal et al. (2014) reported no evidence of an interaction between $PM_{2.5}$ and warm days on respiratory mortality.

Additional studies conducted in Asia, although at higher mean $PM_{2.5}$ concentrations (i.e., in many cases >20 μg/m³), also examined whether high temperatures modify the $PM_{2.5}$-respiratory mortality relationship. Li et al. (2015b) examined whether same-day temperature, either higher (>23.5°C) or lower temperatures (<2.6°C), modifies the $PM_{2.5}$-respiratory mortality relationship at lag 0 and 1. At lag 0, there was evidence of a larger association at high temperatures (1.7% [95% CI: 0.92, 3.3]) than at medium temperatures (0.76% [95% CI: −0.04, 2.0]), with no evidence of an association at low temperatures. However, at lag 1, the strongest evidence of an association was only for the medium temperatures (0.80%

[95% CI: −0.15, 1.8]). Sun et al. (2015) provided evidence contradictory to the results of Li et al. (2015b). At lag 0−1 days, the authors observed positive associations at high (≥25°C) and medium temperatures, ranging from 0.26−0.39%, but the magnitude of the association was much smaller than that observed for low temperatures (<22°C; 1.2% [95% CI: 0.51, 1.8]). Unlike Li et al. (2015b), Sun et al. (2015) did not specifically focus on the tails of the temperature distribution, which complicates the interpretation of the results between the two studies, especially considering that the low temperature category in Sun et al. (2015) is relatively similar to the high temperature category in Li et al. (2015b). Overall, the evidence across studies is inconclusive as to whether specific temperature ranges modify the association between short-term $PM_{2.5}$ exposure and respiratory mortality.

### 5.1.10.5 Averaging Time of $PM_{2.5}$ Concentrations

Collectively, the combination of studies evaluated in the 2009 PM ISA and within this section largely support an association between short-term $PM_{2.5}$ exposures and increases in respiratory-related hospital admissions and ED visits, specifically when using a 24-hour avg $PM_{2.5}$ concentration averaging time. To date, very few studies have examined associations with subdaily averaging times for $PM_{2.5}$ concentrations (e.g., 1-hour max), with some evidence indicating associations between ED visits and 1-hour max $PM_{2.5}$ concentrations. Previously, in Bronx, NY, RRs for asthma ED visits were similar for 24-hour avg and 1-hour max $PM_{2.5}$ concentrations (ATSDR, 2006). The two averaging times were found to be highly correlated ($r = 0.78$), but the spatiotemporal variability of 1-hour max concentrations was not reported. Similarly, other studies that examined subdaily averaging times have not provided information on the spatiotemporal variability of other exposure metrics, such as 3- or 6-hour avg $PM_{2.5}$ concentrations, which were examined in studies conducted in six Canadian cities (Stieb et al., 2009) and Seoul, South Korea (Kim et al., 2015). However, in both studies, the authors reported no evidence of an association between 24-hour avg $PM_{2.5}$ concentrations and asthma ED visits, nor was there evidence of an association using the subdaily averaging times.

Darrow et al. (2011) systematically examined a series of averaging times to assess whether the 24-hour exposure metric was appropriate. The authors examined several subdaily averaging times (i.e., 1-hour max, commute time avg [7−10 a.m. and 6−9 p.m.], daytime avg [8 a.m.−7 p.m.], and nighttime avg [12−6 a.m.]) in addition to the traditional 24-hour avg when examining the relationship between short-term $PM_{2.5}$ exposure and respiratory-related ED visits. The averaging times were found to be highly correlated with one another, with $r = 0.79−0.94$, which is consistent with ATSDR (2006). Across the averaging times examined, the authors reported relatively consistent positive associations of similar magnitude, but confidence intervals were wide (Figure 5-18).




ave/avg = average; hr = hour(s); IQR = interquartile range; max = maximum; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; *r* = correlation coefficient.

Source: Darrow et al. (2011).

**Figure 5-18 Association between short-term $PM_{2.5}$ exposure and respiratory-related emergency department visits in Atlanta, GA at lag 1 for 24-hour avg and subdaily exposure metrics.**

While hospital admission and ED visit studies can examine alternative averaging times for the exposure metric if ambient monitoring data is available, panel studies using personal monitors can examine more refined timescales of exposure but are limited to studies of pulmonary inflammation and lung function. A strength of studies of pulmonary inflammation is examination of the hourly lag structure of $PM_{2.5}$ associations. Most (Barraza-Villarreal et al., 2008; Rabinovitch et al., 2006; Mar et al., 2005) but not all (Berhane et al., 2011) results show an increase in inflammation with increases in $PM_{2.5}$ concentration averaged over the preceding 1 to 11 hours. Additional support is provided by associations with mean personal $PM_{1.5}$ exposure in nonhome/school locations (Rabinovitch et al., 2016). Associations also were observed with 1- or 8-hour max $PM_{2.5}$ that were larger than those for 24-hour avg $PM_{2.5}$ (Delfino et al., 2006; Rabinovitch et al., 2006). Maximum concentrations occurred before inflammation was measured. Some results indicate that $PM_{2.5}$ exposure may have a rapid and transient effect on pulmonary inflammation in people with asthma. For Seattle, WA and Riverside and Whittier, CA, distributed lag models show an increase in eNO with the 1-hour avg $PM_{2.5}$ concentration up to 5 or

10 hours prior but not with longer lags of 24−48 hours (Delfino et al., 2006; Mar et al., 2005). eNO measured at well-defined intervals after a scripted 2-hour exposure during morning commutes increased 3 hours postexposure (Mirabelli et al., 2015). Longer lags were not examined, and a similar previous study did not observe any changes up to 22 hours after exposure (McCreanor et al., 2007). Note that most of the recent studies examined 24-hour or multiday avg $PM_{2.5}$, which may explain the inconsistency in associations observed (see section on eNO). However, studies evaluated in the 2009 PM ISA also used 24-hour or multiday avg $PM_{2.5}$ concentrations and reported positive associations (Liu et al., 2009; Allen et al., 2008; Delfino et al., 2006).

Additional studies examined subdaily averaging times through 1- to 8-hour scripted outdoor exposures near pollution sources. Epidemiologic studies of scripted outdoor exposures examined $PM_{2.5}$ at high-traffic locations and found inconsistent results with respect to respiratory effects in healthy populations. Among epidemiologic studies of adults commuting by car, bus, or bicycle, working as school crossing guards or traffic police, or spending time in high-traffic areas, $PM_{2.5}$ was associated with increases in pulmonary inflammation (Mirowsky et al., 2015; Zhao et al., 2015; Steenhof et al., 2013) or decreases in lung function (Huang et al., 2016; Shakya et al., 2016; Mirabelli et al., 2015; Weichenthal et al., 2011). Effects were not observed in other studies of pulmonary inflammation (Zuurbier et al., 2011a) or lung function decrements (Matt et al., 2016; Zhao et al., 2015; Zuurbier et al., 2011b; Fan et al., 2008). For $PM_{2.5}$ exposures of 1−8 hours, no distinct pattern of association or effect is observed by exposure duration or concentration. Among epidemiologic studies in the U.S., Canada, and Europe conducted near traffic or a steel plant, 1- to 8-hour avg $PM_{2.5}$ concentrations with means 8.1−39 $\mu g/m^3$ were linked to respiratory effects in some studies (Mirabelli et al., 2015; Mirowsky et al., 2015; Dales et al., 2013), but not in others (Strak et al., 2012; Weichenthal et al., 2011). Results are inconsistent at concentrations higher than 39 $\mu g/m^3$ as well, but associations were observed in traffic police, adults exercising outdoors, or adults exposed in a transport hub (Huang et al., 2016; Shakya et al., 2016; Kesavachandran et al., 2015; Zhao et al., 2015) with mean 2- to 8-hour avg $PM_{2.5}$ concentrations 53−323 $\mu g/m^3$.

Across the studies that examined subdaily averaging times and subsequent respiratory effects, the effects tend to be transient. $PM_{2.5}$-associated increases in pulmonary inflammation and oxidative stress (Steenhof et al., 2013; Weichenthal et al., 2011) or decreases in lung function (Mirabelli et al., 2015) often were isolated to immediately or 1 or 2 hours after exposure near traffic, but not 3 to 18 hours after exposure. $PM_{2.5}$ exposure while walking near high-traffic roads and in a forest was associated with eNO 24 hours after exposure (Mirowsky et al., 2015), but lung function decreased only immediately after exposure.

#### 5.1.10.6 Concentration-Response Relationship and Threshold Analyses

At the completion of the 2009 PM ISA, the examination of the PM C-R relationship in epidemiologic studies focused on mortality and cardiovascular outcomes. Recent studies expanded the

evaluation of the $PM_{2.5}$ C-R relationship to encompass respiratory-related outcomes, including respiratory-related hospital admissions and ED visits with a focus on examining both the shape of the C-R curve and whether a threshold exists below which there is no evidence of an effect. Across studies, different analytical methods have been used to examine the C-R relationship, either explicitly examining the shape of the C-R curve and whether there is evidence of linearity across the full range of $PM_{2.5}$ concentrations, or through cutpoint analyses that examine the risk of a $PM_{2.5}$-related respiratory effect changes within specified ranges of different $PM_{2.5}$ concentrations.

Studies conducted in Atlanta, GA (Strickland et al., 2010), Ontario, Canada (Weichenthal et al., 2016), Dongguan, China (Zhao et al., 2016), and New York, NY (Silverman and Ito, 2010) focused on examining the shape of the $PM_{2.5}$ C-R curve for asthma ED visits or hospital admissions. In a study by Strickland et al. (2010), which focused on pediatric ED visits, a locally weighted scatterplot smoothing (LOESS) C-R analysis provided evidence of a linear C-R relationship for $PM_{2.5}$ in the warm season along the distribution of $PM_{2.5}$ concentrations from the 5th to 95th percentile (Figure 5-19).




avg = average; μg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Solid line = smoothed concentration-response estimate. Dashed line = twice-standard error estimates.

Source: Reprinted with permission of the American Thoracic Society. Copyright © 2019 American Thoracic Society. Strickland et al. (2010). The *American Journal of Respiratory and Critical Care Medicine* is an official journal of the American Thoracic Society.

**Figure 5-19 Concentration-response for associations between 3-day avg (lag 0−2) $PM_{2.5}$ concentrations and emergency department visits for pediatric asthma at the 5th to 95th percentile of $PM_{2.5}$ concentrations in the Atlanta, GA area during the warm season.**

Additionally, Weichenthal et al. (2016) examined the C-R relationship for asthma ED visits among children <9 years of age and all ages in 15 Ontario cities in a case-crossover analysis. The authors examined the C-R curve across the range of $PM_{2.5}$ concentrations representing the 95th percentile of the observed difference in lag 0−2 $PM_{2.5}$ concentrations between case and control days, which represented concentrations ranging from 0−10 μg/m$^3$, and reported evidence of a linear relationship for both age ranges, but confidence intervals were larger for the all ages analysis (Panel B of Figure 5-20). Evidence of a linear relationship was also observed by Zhao et al. (2016) at $PM_{2.5}$ concentrations much higher than those examined in the U.S. and Canadian studies. Although the results of Strickland et al. (2010), Weichenthal et al. (2016), and Zhao et al. (2016) are informative for assessing the shape of the C-R curve, the authors did not empirically examine alternatives to linearity.




CI = confidence interval; μg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Solid lines represent point estimates, and dashed lines represent 95% confidence intervals.

Source: Weichenthal et al. (2016).

**Figure 5-20 Concentration-response curve for lag 0−2-day $PM_{2.5}$ concentrations and asthma emergency department visits for children (<9 years old; Panel A) and all ages (Panel B).**

Silverman and Ito (2010) assessed whether there was evidence for deviations in linearity for the relationship between short-term $PM_{2.5}$ exposure at lag 0−1 day and asthma hospital admissions by including a smooth function of lag 0−1-day ozone concentrations in the model. When comparing the

results from the function including natural splines to account for potential deviations in linearity to a linear fitted model, the authors observed no evidence that a nonlinear model better represents the C-R relationship (Figure 5-21).




avg = average; NAAQS = National Ambient Air Quality Standard; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RR = relative risk.

Note: Solid lines = smoothed fitted data, large dashed lines = 95% confidence intervals, short dashed lines = linear fitted data, vertical solid line = current 24-hour avg $PM_{2.5}$ NAAQS.

Source: Silverman and Ito (2010).

**Figure 5-21 Estimated relative risks for short-term $PM_{2.5}$ exposure and asthma hospital admissions at lag 0−1 adjusted for ozone at lag 0−1 allowing for a possible nonlinear relationship in New York, NY.**

Additional studies focusing on respiratory-related hospital admissions also examined whether there was evidence of linearity and reported results consistent with the studies focusing on asthma hospital admissions and ED visits.

Weichenthal et al. (2016) also examined the C-R relationship for COPD ED visits in 15 cities in Ontario, Canada. Using the same approach to examine the C-R curve for asthma ED visits, in the COPD analysis the authors reported evidence of a linear relationship (Figure 5-22). The C-R analyses conducted

by Weichenthal et al. (2016) and Stafoggia et al. (2013) are also supported by Zhao et al. (2016) in a study conducted in Dongguan, China that demonstrated a linear relationship, albeit at $PM_{2.5}$ concentrations much higher than those examined in the U.S. and Canadian studies.




CI = confidence interval; $\mu g/m^3$ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Weichenthal et al. (2016).

**Figure 5-22 Concentration-response relationship between 0−2 day mean $PM_{2.5}$ concentrations and chronic obstructive pulmonary disease emergency department visits in Ontario, Canada.**

While the studies discussed up to this point have focused specifically on the shape of the C-R curve across the full range of $PM_{2.5}$ concentrations in their respective study locations, other studies have focused analyses on specific ranges of $PM_{2.5}$ concentrations to examine whether there is evidence of deviations in linearity. In a study conducted in Detroit, MI, Li et al. (2011) examined whether there is evidence of a nonlinear C-R relationship between air pollutants and pediatric asthma ED visits. Associations with $PM_{2.5}$ were examined in both a time-series and time-stratified, case-crossover study design assuming (1) a linear relationship and (2) a nonlinear relationship starting at 12 $\mu g/m^3$ (i.e., the maximum likelihood estimate within the 10th to 95th percentile concentration where a change in linearity may occur), which was identified as somewhere in the range of the 35th to 49th percentile of $PM_{2.5}$ concentrations for the time-series and case-crossover analysis, respectively. It is important to note that in the analysis that assumed a nonlinear relationship, the authors did not assume zero risk below the

inflection point, which would represent a true threshold. The focus of the analysis by Li et al. (2011) was on identifying whether risk increased above that observed in the linear models at $PM_{2.5}$ concentrations above 12 μg/m$^3$. In the analyses assuming linearity, the authors examined single-day lags of 3 and 5 days and multiday lags of 0−2 and 0−4 days. Positive associations were observed for all lags examined and were relatively consistent across models, with the strongest association, in terms of magnitude and precision, for a 0−4-day lag (time series RR: 1.03 [95% CI: 1.00, 1.07]; case-crossover OR: 1.04 [95% CI: 1.01, 1.07]). In the models that examined whether there was evidence of nonlinearity, the authors reported larger risk estimates for $PM_{2.5}$ concentrations above 12 μg/m$^3$, indicating potential nonlinearity in the $PM_{2.5}$-asthma hospital admissions and ED visit relationship (time series RR: 1.07 [95% CI: 1.03, 1.11]; case-crossover OR: 1.06 [95% CI: 1.03, 1.09]).

Instead of examining the association between short-term $PM_{2.5}$ exposure and asthma hospital admissions and between short-term $PM_{2.5}$ exposure and ED visits at one point along the distribution of $PM_{2.5}$ concentrations, as was done by Li et al. (2011), Strickland et al. (2010) in Atlanta, GA, Gleason et al. (2014) in New Jersey, and Stafoggia et al. (2013) in eight European cities examined whether the associations varied across defined cutpoints along the distribution of $PM_{2.5}$ concentrations. Both studies provide some evidence indicating potential nonlinearity in the C-R relationship. In a quintile analysis of lag 0−2-day $PM_{2.5}$ concentrations, Strickland et al. (2010) examined whether risk estimates increased across the quintiles in both the warm and cold season when compared with the 1st quintile (i.e., <10 μg/m$^3$). Results were null across all quintiles for the cold season except the highest quintile (i.e., 23.8 ≤ 65.8; RR: 1.05 [95% CI: 0.99, 1.11]). However, in the warm season, there was evidence of an increase in the magnitude of the association from the 3rd to 5th quintiles, ranging from 1.01−1.05, although confidence intervals were wide. Gleason et al. (2014), who also focused on lag 0−2 $PM_{2.5}$ concentrations, similarly reported a positive association for the highest quintile (i.e., 16.9−47.2 μg/m$^3$; OR: 1.04 [95% CI: 0.98, 1.10]). However, the authors observed no evidence of an association for $PM_{2.5}$ concentrations in the range of the 3rd and 4th quintiles (i.e., 8.5−16.8 μg/m$^3$), but reported the association largest in magnitude for the 2nd quintile (i.e., 6.1−8.5 μg/m$^3$; OR: 1.06 [95% CI: 1.01, 1.12]). Instead of focusing on quintiles, Stafoggia et al. (2013) examined associations between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions across various concentration ranges relative to 5 μg/m$^3$. The authors first combined results across each individual city by incorporating a natural spline with two equally spaced knots and then applying a metasmoothing approach to develop a combined result across the cities. As demonstrated in Figure 5-23, Stafoggia et al. (2013) reported positive associations across each of the cutpoints evaluated, indicating no evidence of a threshold.




CI = confidence interval; µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Stafoggia et al. (2013).

**Figure 5-23 Cutpoint analysis examining the association between short-term $PM_{2.5}$ exposure and respiratory-related hospital admissions, lag 0−5, relative to 5 µg/m³.**

Across the studies that examined the shape of the C-R curve, there is some evidence for a linear relationship for short-term $PM_{2.5}$ exposure and both respiratory disease and asthma hospital admissions and ED visits. However, complicating the interpretation of these results is both the lack of thorough empirical evaluations of alternatives to linearity as well as the results from cutpoint analyses that provide some potential indication for nonlinearity in the relationship between short-term $PM_{2.5}$ exposure and respiratory disease and asthma hospital admission and ED visits.

### 5.1.11 Short-term exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects

While many PM components are associated with a range of health effects, the 2009 PM ISA concluded that there was “not yet sufficient evidence to allow differentiation of those [components] or sources that more closely related to specific health outcomes” compared to $PM_{2.5}$ mass (U.S. EPA, 2009). For respiratory effects, studies available at the completion of the 2009 PM ISA that examined PM components were few, and the overall evidence linking increases in respiratory effects with short-term exposure to $PM_{2.5}$ components and sources was less consistent than for other health outcomes (i.e., cardiovascular disease and mortality). However, there was some evidence of positive associations

between respiratory ED visits and decrements in lung function with sulfate. In addition, several PM sources (i.e., crustal/soil/road dust and traffic) were associated with increased respiratory symptoms in children with asthma and decreased PEF in adults with asthma. Generally, studies that evaluated individual PM components with respiratory morbidity and mortality observed inconsistent results, with limited evidence from a few studies that several metals (i.e., Cu, Pb, Zn), as well as OC, were associated with respiratory health effects.

To provide a thorough and consistent evaluation of the evidence with respect to whether a component(s) or source(s) are more strongly related to respiratory effects than $PM_{2.5}$ mass, the evidence is organized by component or source and discussed in the context of associations with $PM_{2.5}$ mass. Additionally, the evidence for components and sources is evaluated in the context of broad health outcome categories, allowing for an integration of evidence related to specific outcomes (e.g., asthma exacerbation). The examination of the relationship between $PM_{2.5}$ components and respiratory effects can generally be divided into two types of analyses: (1) those that examine whether specific components modify the $PM_{2.5}$-respiratory effects association or (2) those that examine whether an individual component is associated with respiratory effects and is potentially a better indicator of PM toxicity than PM mass. Although the first approach is considered one of the techniques used to assess component toxicity, as detailed in Mostofsky et al. (2012), these studies are often used to examine heterogeneity in $PM_{2.5}$-respiratory effect risk estimates. As a result, the focus of this section is on population-level epidemiologic studies using those techniques that fall under the second approach, which includes assessing $PM_{2.5}$ component effect by component concentration, component proportion, component concentration adjusted for $PM_{2.5}$ mass, component residual, or $PM_{2.5}$ residual (Mostofsky et al., 2012).

This section summarizes the evidence evaluating associations between individual components or sources and asthma exacerbation, respiratory infection, or respiratory effects in healthy populations in the context of associations between those respiratory effects and $PM_{2.5}$ mass. EC/BC was the component most often evaluated in studies of respiratory morbidity, and asthma exacerbations were the respiratory effect most commonly examined. Generally, some studies report positive associations between some components and sources and various respiratory health outcomes, although the consistency and coherence of this evidence varies. For example, recent studies examined exposure to the EC/BC component of $PM_{2.5}$ and observed consistent associations with indicators of asthma exacerbation in children, although the associations were similar to those observed with total $PM_{2.5}$ exposure. Expanded results for $NO_3^-$ and $PM_{2.5}$ from road dust are inconsistent across the array of respiratory outcomes as is new information on PAHs and oxidative potential of $PM_{2.5}$. Overall, associations with respiratory effects are not more clearly linked to a specific PM component or source compared with $PM_{2.5}$ total mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ and a particular component or source. The evidence for $PM_{2.5}$ components and sources is detailed below.

#### 5.1.11.1 Elemental and Black Carbon

A large body of recent studies consistently links short-term increases in EC/BC concentration with respiratory effects, with the most studies examining asthma-related effects in children. Studies that observed positive associations between exposure to EC/BC and asthma-related effects in children also observed similar associations with $PM_{2.5}$ mass (Figure 5-24). For EC/BC, results are coherent among asthma ED visits, asthma symptoms, and pulmonary inflammation in populations with asthma. However, like trends observed for $PM_{2.5}$ mass, EC/BC associations with lung function are inconsistent. Neither EC/BC nor $PM_{2.5}$ is consistently associated with COPD exacerbation, and the evidence for EC/BC associations with respiratory infection, combinations of respiratory-related outcomes, or respiratory effects in healthy populations is limited and inconsistent. Within most (Sarnat et al., 2015; Winquist et al., 2014b; Kim et al., 2012) but not all (Xiao et al., 2016) U.S. studies, EC was associated with effects related to asthma but not COPD or respiratory infection. Across respiratory effects, there is generally no difference in the pattern or consistency of associations between EC/BC and $PM_{2.5}$ (Figure 5-24).

Most studies associated respiratory effects with both $PM_{2.5}$ and EC/BC, although some showed associations with only one or the other. Many results point to similar magnitude of association for EC/BC and $PM_{2.5}$, often presented per IQR increase in concentration. Some studies estimated larger effects for EC/BC; others estimated larger effects for $PM_{2.5}$. Respiratory effects were associated with EC/BC in cities across regions of the U.S.; no pattern in the presence of an association for EC/BC or the magnitude relative to $PM_{2.5}$ is discerned by geographic location. In the nationwide U.S. Medicare population, EC was not associated with hospital admissions for all respiratory diseases combined (Levy et al., 2012). These results add 2 years to those of Peng et al. (2009a) (2000−2008 vs. 2000−2006), who reported an association with EC. The recent analysis by Levy et al. (2012) indicated the likelihood of greater risk for EC than $PM_{2.5}$ in the East. For locations showing similar magnitude associations for EC/BC and $PM_{2.5}$, correlations ranged from 0.23−0.83. Across these studies, no pattern is observed for EC/BC by its correlation with $PM_{2.5}$. Most studies were conducted across seasons, so a pattern of association for EC by season is not discernable. Where stratified by season, EC/BC and $PM_{2.5}$ associations were similar in the same season. Warm season associations with asthma ED visits were indicated in Atlanta, GA and St. Louis, MO (Winquist et al., 2014b; Strickland et al., 2010), and cold season associations with pneumonia hospital admissions were indicated in Boston, MA (Zanobetti and Schwartz, 2006).




BC = black carbon, COPD = chronic obstructive pulmonary disease; EC = elemental carbon, $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, negative associations, and statistically significant negative associations.

**Figure 5-24 Associations for short-term exposure to $PM_{2.5}$ total mass and elemental or black carbon with respiratory effects by outcome group.**

Potential measurement error is an important consideration in drawing inferences from associations observed with EC/BC and in comparing the effects relative to $PM_{2.5}$. Consistent with the contribution of local motor vehicle emissions to EC/BC and regional sources to $PM_{2.5}$, some studies indicated greater spatiotemporal variability in concentrations of EC/BC than $PM_{2.5}$. Both BC and $PM_{2.5}$ were highly correlated between two schools in Ciudad Juarez, Mexico [$r = 0.85$ for BC, $r = 0.93$ for $PM_{2.5}$; Sarnat et al. (2012)] but not between schools in El Paso, TX, where the correlation was moderate for BC and high for $PM_{2.5}$ [$r = 0.60$ for BC, $r = 0.89$ for $PM_{2.5}$; Zora et al. (2013) and Greenwald et al. (2013)]. In New York, NY, correlations between BC and $PM_{2.5}$ were moderate, and varied across schools [$r = 0.47–0.68$; Patel et al. (2010)]. For those schools that varied in proximity to or intensity of traffic, the school-based EC/BC and $PM_{2.5}$ may have had more comparable exposure error than measurements at

central site monitors. Across studies, concentrations of EC/BC measured at schools were associated with larger increases in symptoms and pulmonary inflammation and larger decreases in lung function among children with asthma (Greenwald et al., 2013; Patel et al., 2013; Zora et al., 2013; Sarnat et al., 2012; Spira-Cohen et al., 2011; Patel et al., 2010).

The associations for respiratory effects and EC or $PM_{2.5}$ measured from personal exposures likely have comparable exposure error. Total personal EC concentrations, but not $PM_{2.5}$ concentrations, were associated with asthma-related effects among children in New York, NY (Spira-Cohen et al., 2011), whereas the opposite was observed for children in Los Angeles, CA (Delfino et al., 2008). One explanation could be variation in sources, for example, indoor exposures. EC and $PM_{2.5}$ were more highly correlated for ambient ($r = 0.51$) than personal measurements ($r = 0.22, 0.43$). Personal EC was weakly correlated with school EC in New York, NY ($r = 0.27$) and uncorrelated with central site EC in Los Angeles, CA ($r = -0.01$). The relative effect of personal ambient $PM_{2.5}$ and EC exposures also varied for adults (mostly healthy populations) exposed for 2−5 hour in high- and low-traffic locations. Some studies estimated larger effects for $PM_{2.5}$, and correlations with EC/BC were low [$r = 0.29, 0.39$; Mirabelli et al. (2015), Mirowsky et al. (2015), and Kubesch et al. (2015)]. Other studies estimated similar effects for EC/BC and $PM_{2.5}$ (Huang et al., 2016; Steenhof et al., 2013; Strak et al., 2012; Zuurbier et al., 2011b).

Associations with asthma-related hospital admissions and ED visits are generally the same for EC/BC and $PM_{2.5}$ measured at central site monitors. Effect estimates were similar per IQR increases in EC and $PM_{2.5}$ during 1993−2001 (Strickland et al., 2011; Strickland et al., 2010) but stronger for $PM_{2.5}$ in later years [2002−2010; Strickland et al. (2014)]. For both EC and $PM_{2.5}$, similar effects were estimated when assigning exposure using concentrations at a monitor in the city center and those averaged across monitors using population density weighting. The representativeness of EC and $PM_{2.5}$ metrics is supported by high correlations between exposure assessment methods ($r = 0.96$ for $PM_{2.5}$, 0.80 for EC) and the high density of asthma ED visits in the city center. There are greater uncertainties in comparisons in St. Louis, MO showing larger or similar increases in asthma ED visits for $PM_{2.5}$ than EC/BC when a single monitor was used (Sarnat et al., 2015; Winquist et al., 2014b). EC concentrations were spatiotemporally variable relative to $PM_{2.5}$ (median inter-site $r = 0.88$ for $PM_{2.5}$ and 0.47 for EC).

Recent statistical analyses support an association for EC/BC independent of $PM_{2.5}$. Robust associations for EC are observed after adjusting for the non-EC portion of $PM_{2.5}$, which made up 96% of the total mass (Sarnat et al., 2012), or adjusting for the residuals from a model regressing EC with $PM_{2.5}$ (Basagaña et al., 2015). The latter also showed an association for $PM_{2.5}$. In copollutant models, associations for EC/BC persist when adjusted for $PM_{2.5}$, but associations for $PM_{2.5}$ adjusted for EC/BC were attenuated in some cases (Samoli et al., 2016c; Lin et al., 2011). A role for EC in modifying $PM_{2.5}$ effects is unclear based on contrasting results in the Medicare population. The $PM_{2.5}$ association with aggregated respiratory-related hospital admissions or ED visits increased as the EC fraction of long-term average $PM_{2.5}$ increased when assessed in 106 U.S. counties for 2000−2005 (Bell et al., 2009b) but was unaffected when assessed in 26 cities for 2000−2003 (Zanobetti et al., 2009). Across the 26 cities, EC

comprised 2−14% of total $PM_{2.5}$ mass. Other studies showed no consistent difference in association between EC and $PM_{2.5}$ in locations where EC made up 4−8% of $PM_{2.5}$ (Basagaña et al., 2015; Sarnat et al., 2015; Bell et al., 2014; Winquist et al., 2014b; Spira-Cohen et al., 2011; Peng et al., 2009a). Whether EC/BC has an effect independent of traffic-related copollutants is still uncertain. Correlations were high with UFP ($r$ = 0.84−0.86) but ranged widely with $NO_2$ or $NO_X$ ($r$ = 0.36−0.76). In copollutant models that examined only $NO_2$ or $NO_X$, associations for personal ambient EC were robust in some cases (Strak et al., 2012) but attenuated in others (Steenhof et al., 2013; McCreanor et al., 2007). Among children in New York, NY, associations for total personal EC were robust to adjustment for school $NO_2$ (Spira-Cohen et al., 2011), but inferences from the results were limited by potential differential measurement error. A similar uncertainty applies to results for asthma ED visits in Georgia, which did not indicate synergistic interactions for EC with the highly correlated $NO_2$, CO, and OC (Xiao et al., 2016). The fused-CMAQ model's predictive capacity of EC, CO, and OC concentrations was mediocre (cross-validation $R^2$ = 0.53−0.54).

Overall, there is generally no difference in the pattern or consistency of associations between EC/BC and $PM_{2.5}$ across respiratory effects. A large body of recent studies that consistently observed positive associations between exposure to EC/BC and respiratory effects also observed similar associations with $PM_{2.5}$ mass. These results continue to support the conclusion in the 2009 PM ISA that there is "not yet sufficient evidence to allow differentiation of those [components] or sources that more closely related to specific health outcomes" compared with $PM_{2.5}$ mass (U.S. EPA, 2009).

#### 5.1.11.2 Organic Carbon

In contrast with studies characterized in the 2009 PM ISA, recent studies consistently report a positive association of OC with asthma-related hospital admissions, ED visits, symptoms, and pulmonary inflammation but not lung function decrements. Recent results from a limited number of studies demonstrate consistent positive associations between OC exposure and combinations of respiratory-related diseases but not COPD exacerbation, respiratory infection, or respiratory effects in healthy populations. Across these studies, the consistency and magnitude of respiratory effect associations are generally similar for OC and $PM_{2.5}$, and these studies report moderate to high correlations between OC and $PM_{2.5}$ [$r$ = 0.51−0.87; Krall et al. (2016); Xiao et al. (2016); Basagaña et al. (2015); Jones et al. (2015); Sarnat et al. (2015); Kim et al. (2012)] and a large contribution of OC to total $PM_{2.5}$ mass [Section 2.5.1.1.6 and 11 and 21% in Jones et al. (2015) and Sarnat et al. (2015)]. In contrast, a recent analysis of the U.S. Medicare population indicates greater risk of hospital admission for respiratory infection for OC than $PM_{2.5}$ (Levy et al., 2012).

Like $PM_{2.5}$, OC was associated with respiratory effects in studies of children or those including people of all ages in locations across U.S. regions. During 2000−2008, OC was linked to hospital admissions for respiratory infection in 98 eastern but not 21 western U.S. counties (Levy et al., 2012).

Risk estimates for $PM_{2.5}$ with hospital admissions for COPD plus respiratory infection during 2000−2003 did not vary by the long-term average OC to $PM_{2.5}$ ratio, which ranged 0.10 to 0.99 across 26 cities and four seasons (Zanobetti et al., 2009). Both OC and $PM_{2.5}$ show associations in the cold and warm season, but few seasonal analyses were conducted. Except for pneumonia, associations for OC and $PM_{2.5}$ are larger in the warm season in U.S. locations (Jones et al., 2015; Winquist et al., 2014b; Strickland et al., 2010).

The lack of clear differences in associations between OC and $PM_{2.5}$ is observed across exposure assessment methods, including concentrations at central site monitors in Atlanta, GA where OC and $PM_{2.5}$ similarly showed spatiotemporal homogeneity [$r = 0.96$ for $PM_{2.5}$, 0.89 for OC between a monitor in the city center and a population-weighted average; Strickland et al. (2011)] and St. Louis, MO where OC was more variable than $PM_{2.5}$ [median inter-site $r = 0.43$ for OC, 0.88 for $PM_{2.5}$; Sarnat et al. (2015)]. Results did not consistently differ between OC and $PM_{2.5}$ for weakly correlated ($r = 0.26$) total personal exposures of children with asthma (Delfino et al., 2008; Delfino et al., 2006) and moderately to highly correlated ($r = 0.40−0.79$) personal ambient exposures of adults during 2 or 5 hours spent in high- or varying-traffic locations (Mirabelli et al., 2015; Mirowsky et al., 2015; Strak et al., 2012). In addition to the uncertainty of associations of OC that are independent of the effects of $PM_{2.5}$ mass, it is also unclear whether the association for OC with respiratory effects is independent of moderately correlated $NO_2$ or EC/BC ($r = 0.44−0.51$ with $NO_2$, 0.53−0.64 with EC), given that no studies examined confounding.

#### 5.1.11.3 Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium

Several recent studies add to the limited body of evidence in the 2009 PM ISA for associations of $SO_4^{2-}$ and asthma exacerbation, and several recent studies contribute evidence to characterize the associations between $NO_3^-$, and ammonium ($NH_4^+$) and respiratory effects (Figure 5-25). Evidence for effects on asthma exacerbation are generally more consistent than associations for other respiratory outcomes. In most locations, results are similar between $PM_{2.5}$ and $SO_4^{2-}$ or $NH_4^+$ in direction and magnitude of association. In the U.S., Europe, and Asia, there was consistent evidence of positive associations for $SO_4^{2-}$, $NH_4^+$, and $NO_3^-$ (Wang and Lin, 2016; Jones et al., 2015; Steenhof et al., 2013; Kim et al., 2012; Atkinson et al., 2010). However, in some instances, associations were observed with $NO_3^-$ but not $SO_4^{2-}$ (Ostro et al., 2016; Mann et al., 2010), or associations were observed with $SO_4^{2-}$ but not $NO_3^-$ (Sarnat et al., 2015; Darrow et al., 2014; Strickland et al., 2014). Analyses of the U.S. Medicare population did not report consistently positive associations for $SO_4^{2-}$ or $NO_3^-$ across respiratory effects. For 2000−2008, hospital admissions for respiratory infection were not associated with $SO_4^{2-}$ or $NO_3^-$ in the East or West (Levy et al., 2012). For 2000−2006, hospital admissions for respiratory infection and COPD combined were associated with $SO_4^{2-}$ not $NO_3^-$ (Peng et al., 2009a).

For U.S. locations, associations for $SO_4^{2-}$, $NO_3^-$, and $NH_4^+$ tend to follow their relation to total $PM_{2.5}$ mass. Where associations were observed for $SO_4^{2-}$ but not $NO_3^-$, $PM_{2.5}$ was highly correlated with

$SO_4^{2-}$ ($r$ = 0.74−0.81) not $NO_3^-$ [$r$ = 0.02−0.45; Sarnat et al. (2015); Darrow et al. (2014); Strickland et al. (2014); Peng et al. (2009a)]. The converse was observed in California [$r$ for $PM_{2.5}$ = 0.9 with $NO_3^-$ and <0.5 with $SO_4^{2-}$; Ostro et al. (2009)]. Where associations were observed with $SO_4^{2-}$ and $NO_3^-$, both were highly correlated with $PM_{2.5}$ [$r$ = 0.68−0.97 for $SO_4^{2-}$, 0.51−0.82 for $NO_3^-$; Wang and Lin (2016); Jones et al. (2015); Kim et al. (2012); Atkinson et al. (2010)]. The few available seasonal analyses show higher concentrations of $SO_4^{2-}$ and $NH_4^+$ in the warm season and of $NO_3^-$ in the cold season.

Analyses of effect measure modification also do not clearly show that $SO_4^{2-}$, $NO_3^-$, or $NH_4^+$ influences $PM_{2.5}$-associated respiratory effects. Consistent with previous findings (Bell et al., 2009b), recent results in the Medicare population show no clear difference in $PM_{2.5}$-associated respiratory hospital admissions by the ratio of $SO_4^{2-}$, $NO_3^-$, or $NH_4^+$ to $PM_{2.5}$ in New York state (Jones et al., 2015) and low probability that risk for $SO_4^{2-}$ or $NO_3^-$ is greater than that for $PM_{2.5}$ in the U.S. overall (Levy et al., 2012). No clear independent association for $SO_4^{2-}$ is indicated with adjustment for the non-$SO_4^{2-}$ portion of $PM_{2.5}$ in St. Louis, MO (Sarnat et al., 2015) or residuals from a model regressing $PM_{2.5}$ on $SO_4^{2-}$ concentrations in Europe (Basagaña et al., 2015). In California, the association for $NO_3^-$ was robust to adjustment for a factor of traffic-related $PM_{2.5}$ components (Ostro et al., 2016).

#### 5.1.11.4 Metals

Compared with $PM_{2.5}$ mass, short-term exposures to metal components of $PM_{2.5}$ are inconsistently associated with respiratory effects (Figure 5-25). Relatively few of the many recent studies reported associations with a metal that differed substantially from the association with $PM_{2.5}$ mass (Ferreira et al., 2016; Bell et al., 2014; Strak et al., 2012; Hong et al., 2010). Most studies that included a metal component of $PM_{2.5}$ observed an association with some metal, and studies that examined numerous metals observed an association with multiple metals. However, findings are inconsistent for any individual metal or the sum of metals. Fe, Zn, Cu, Ca, K, and Si are most studied, and many associations are positive for Fe or Zn with indicators of asthma exacerbation (Prieto-Parra et al., 2017; Mirabelli et al., 2015; Hong et al., 2010; Sinclair et al., 2010; Gent et al., 2009; Ostro et al., 2009). Results are mostly null for Al, Mn, Pb, As, Se, Br, Ti, and V (Basagaña et al., 2015; Bell et al., 2014).

Neither the percentage contribution metals make to $PM_{2.5}$ mass nor the correlation between metal and $PM_{2.5}$ mass concentrations affected the pattern of associations between metal components and respiratory effects. Where metals comprised less than 1% of $PM_{2.5}$, associations with respiratory effects were observed in Bell et al. (2014), but not Sarnat et al. (2015). The range of correlations between metals and $PM_{2.5}$ ($r$ = 0.25−0.63) did not clearly differ between studies that observed (Krall et al., 2016; Basagaña et al., 2015; Ostro et al., 2009) and did not observe (Basagaña et al., 2015; Sarnat et al., 2015) positive associations with metals. Few seasonal analyses were conducted to assess a pattern of association. Previous nationwide analyses indicate that the $PM_{2.5}$ association with respiratory hospital admissions varies across cities depending on the percentage of Na, Ca, Ni, or V (Bell et al., 2009b;

Zanobetti et al., 2009), with Bell et al. (2009b) indicating effect modification by Ni or V only when New York, NY counties were included. Recent studies confirm a positive association with Ni and V in the Northeast [i.e., Connecticut and Massachusetts; Bell et al. (2014) and Gent et al. (2009)].




BC = black carbon; Ca = calcium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; n = the number of studies evaluating $PM_{2.5}$ mass or components; Ni = nickel; $NO_3^-$ = nitrate; NR = not reported; OC = organic carbon; PAH = polycyclic aromatic hydrocarbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, Si = silicon; $SO_4^{2-}$ = sulfate; Zn = zinc.

Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, negative associations, and statistically significant negative associations.

**Figure 5-25 Distribution of associations for all respiratory effects and short-term $PM_{2.5}$ mass and $PM_{2.5}$ components exposure.**

Ambient concentrations of metals can be spatiotemporally more heterogeneous than $PM_{2.5}$ total mass. In St. Louis, MO, $PM_{2.5}$ but not metals was associated with asthma ED visits, and Fe, Cu, and Zn were variable across monitors [median $r = 0.54$ for Fe, 0.03 for Cu and Zn; Sarnat et al. (2015)]. Exposure measurement error could have contributed to inconsistent findings for metals. However, personal Fe exposures while driving in a car or in locations with varying traffic levels were inconsistently associated with lung function decrements or increases in pulmonary inflammation (Mirabelli et al., 2015; Strak et al., 2012).

#### 5.1.11.5 Other $PM_{2.5}$ components

Information from a limited number of recent studies links respiratory effects with oxidative potential of $PM_{2.5}$ and chlorine but is inconsistent for polycyclic aromatic hydrocarbons, alkanes, hopanes, and endotoxin. Studies in various locations are available for each of these $PM_{2.5}$ components and for a variety of respiratory effects, however few studies evaluate the same combination of $PM_{2.5}$ component and respiratory effect [e.g., Maikawa et al. (2016); Mirabelli et al. (2015); Sarnat et al. (2015); Delfino et al. (2013)]. Notably, for the studies examining oxidative potential of $PM_{2.5}$, associations were not observed with total $PM_{2.5}$ mass. Associations for polycyclic aromatic hydrocarbons and alkanes were linked to sources such as traffic or petroleum industries, and associations for endotoxin were linked to farm exposures.

#### 5.1.11.6 Sources of $PM_{2.5}$

A limited number of studies in the 2009 PM ISA examined associations between respiratory effects and sources of $PM_{2.5}$ (e.g., crustal, soil, road dust, traffic). Several recent studies, which apportioned $PM_{2.5}$ components into source factors, provide some evidence linking $PM_{2.5}$ from traffic to asthma exacerbation and $PM_{2.5}$ from biomass burning to asthma exacerbation and respiratory infection (Figure 5-25 and Figure 5-26). These respiratory effects are also consistently associated with short-term $PM_{2.5}$ exposures during wildfires. Evidence is inconsistent for $PM_{2.5}$ from dust or soil, and as examined in few studies, oil, salt, long-range transport, and local industry. Results do not appear to depend on the contribution or correlation of a source to $PM_{2.5}$ mass. For example, associations were observed with biomass-related $PM_{2.5}$ comprising 2.8 to 15.8% of mass and showing correlations with $PM_{2.5}$ mass from 0.24 to 0.84. In contrast, long-range transport contributed 30−57% to $PM_{2.5}$ mass. Further, studies that examined numerous sources tended to observe associations with $PM_{2.5}$ with combustion-related activities, specifically traffic and biomass. Some U.S., Canadian, and European studies observed respiratory effects in association with source-specific $PM_{2.5}$ but not with $PM_{2.5}$ mass (Brand et al., 2016; Bell et al., 2014; Alessandrini et al., 2013; Gent et al., 2009); however, findings overall are more consistent for $PM_{2.5}$ mass. No clear difference in associations between total $PM_{2.5}$ mass or source-specific $PM_{2.5}$ and respiratory effects is indicated across studies during wildfire and nonwildfire study periods (Kollanus et al., 2016; Salimi et al., 2016; Delfino et al., 2009).

Respiratory effects were associated with $PM_{2.5}$ from motor vehicles or biomass in various U.S. regions, including a study of Atlanta, GA; Birmingham, AL; Dallas, TX; and St. Louis, MO, where $PM_{2.5}$ components were apportioned into similar factors (Krall et al., 2016). Examination of wildfire-related $PM_{2.5}$ mostly focused on the western U.S., including an analysis of 561 counties (Liu et al., 2017), but also included a study focusing on a peat fire in North Carolina (Rappold et al., 2012). No distinct seasonal pattern is discerned for associations with source-specific $PM_{2.5}$, but many wildfires occur during the warm season.




BC = black carbon; Ca = calcium; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; n = the number of studies evaluating $PM_{2.5}$ mass or components; $NO_3^-$ = nitrate; NR = not reported; OC = organic carbon; PAH = polycyclic aromatic hydrocarbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, Si = silicon; $SO_4^{2-}$ = sulfate; Zn = zinc.

Note: Colored bars indicate the proportion of those studies observing statistically significant positive associations, positive associations, null associations, and negative associations.

**Figure 5-26 Associations for asthma exacerbations with short-term exposure to $PM_{2.5}$ mass and components.**

The results for source-specific $PM_{2.5}$ do not always agree with those for the components that make up the source factors. Respiratory effects are inconsistently associated with dust- or soil-related $PM_{2.5}$, Si, Ca, and Al, as well as with salt-related $PM_{2.5}$, Na, and Cl (Section 5.1.11.4). In northeastern U.S. locations, associations were observed with Ni or V but not oil-related $PM_{2.5}$ (Bell et al., 2014; Gent et al., 2009). Similarly, associations are observed with $SO_4^{2-}$ or $NO_3^-$ but inconsistently for factors representing long-range transported $PM_{2.5}$. In New Mexico, no association was observed for $PM_{2.5}$ or for air masses identified as originating from regions in the western U.S. (Rodopoulou et al., 2014). Results agree better for motor vehicle-related $PM_{2.5}$, as evidence also links asthma-related effects to EC (Section 5.1.11.1), OC (Section 5.1.11.2), Zn, and Fe (Section 5.1.11.4), which comprised most motor vehicle source factors. A few studies observed associations with EC/BC or OC but not motor vehicle-related $PM_{2.5}$ (Krall et al., 2016; Bell et al., 2014). The influence of total $PM_{2.5}$ mass or EC/BC does not clearly depend on proximity to traffic. With scripted exposures near roadways, $PM_{2.5}$ and EC/BC

are inconsistently associated with respiratory effects in healthy populations (Section 5.1.7). However, similar inconsistency is observed for children with asthma attending school near major roads (Greenwald et al., 2013; Sarnat et al., 2012). For biomass-related $PM_{2.5}$, the results for asthma-related effects tend to correspond with K or OC within studies, but across studies, consistency is observed for OC (Section 5.1.11.2) not K (Section 5.1.11.4).

#### 5.1.11.7 Summary

Generally, some studies report positive associations between some components and sources and various respiratory health outcomes, although the consistency and coherence of this evidence varies across components and sources. Overall, associations with respiratory effects are not more clearly linked to a particular PM component or source compared with $PM_{2.5}$ total mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ and a specific component or source (Figure 5-25). The majority of studies evaluating $PM_{2.5}$ components examined associations with asthma exacerbation, and these results are presented in Figure 5-26. Some recent studies did not observe increased respiratory effects with $PM_{2.5}$ mass, but did with PM components and sources, typically EC/BC (Section 5.1.11.1) and metals (Section 5.1.11.4). However, in most cases, associations were observed with $PM_{2.5}$ as well as components or sources.

### 5.1.12 Summary and Causality Determination

The 2009 PM ISA (U.S. EPA, 2009) concluded that there is a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[60] This conclusion was based mainly on epidemiologic evidence demonstrating associations between short-term $PM_{2.5}$ exposure and various respiratory effects. There was more limited evidence from controlled human exposure and animal toxicological studies, which provided coherence and biological plausibility for a subset of epidemiologic findings. Epidemiologic evidence was consistent for COPD exacerbation, respiratory infection, and respiratory mortality and was inconsistent for asthma-related hospital admissions and ED visits. However, associations between short-term $PM_{2.5}$ exposure and increased respiratory symptoms and decreases in lung function were observed in children with asthma. Evidence supporting an independent effect of $PM_{2.5}$ on the respiratory system was provided by animal toxicological studies of $PM_{2.5}$ CAPs, which demonstrated changes in some pulmonary function parameters, as well as inflammation, oxidative stress, injury, enhanced allergic responses, and reduced host defenses. Many of these effects have been implicated in the pathophysiology for asthma exacerbation, COPD exacerbation, or respiratory infection. In the few controlled human exposure studies conducted in individuals with asthma or COPD, $PM_{2.5}$

[60] As detailed in the Preface, risk estimates are for a 10-μg/$m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations unless otherwise noted.

exposure mostly had no effect on respiratory symptoms, lung function, or pulmonary inflammation. Short-term $PM_{2.5}$ exposure was not clearly related to respiratory effects in healthy people. For many endpoints, the recent epidemiologic evidence is expanded compared with evidence available in the 2009 PM ISA. However, recent controlled human exposure and animal toxicological studies are limited in number. While there are more analyses of potential copollutant confounding indicating that associations are robust to the inclusion of gaseous pollutants, uncertainties remain due to the limited experimental evidence supporting an independent $PM_{2.5}$ effect from controlled human exposure and toxicological studies. The evidence for the relationship between short-term exposure to $PM_{2.5}$ and respiratory effects is summarized in Table 5-18, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

For asthma exacerbation, the key epidemiologic evidence consists of hospital admissions and ED visits. Recent studies strengthen the relationship between asthma exacerbation in children and short-term $PM_{2.5}$ exposure, while, in adults, the relationship continues to be inconsistent. Exposure measurement error related to uncharacterized spatial variability tends to be lower in $PM_{2.5}$ mass concentration compared with other size fractions and species (Section 3.4.2.2). Copollutant models are examined in recent studies of children and people of all ages and add evidence of robust $PM_{2.5}$ associations after adjustment for gaseous copollutants or pollen. Recent studies continue to indicate $PM_{2.5}$-related increases in asthma symptoms and medication use in children, with less consistent evidence for lung function decrements and pulmonary inflammation. In adults, asthma studies with personal 2-hour ambient $PM_{2.5}$ exposures were associated with lung function decrements. Although controlled human exposure studies find little evidence for altered lung function and pulmonary inflammation, animal toxicological studies show enhancement of allergic inflammation, other allergic responses, and airway remodeling in animal models of allergic airway disease. These results provide coherence with and biological plausibility for epidemiologic findings of allergic asthma, the most common phenotype in children. Overall, several well-conducted epidemiologic studies with total personal, residential outdoor, and school outdoor $PM_{2.5}$ measurements show associations with asthma-related effects.

**Table 5-18 Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Asthma Exacerbation* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in asthma-related hospital admissions and ED visits in children, and all ages combined in studies conducted in the U.S. and Canada. | Section 5.1.2.1.1<br>Section 5.1.2.1.2 | 7.9−12.9<br>7.1−19.2 |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | Expanded examination of potential copollutant confounding for asthma-related hospital admissions and ED visits in recent studies, with evidence that associations remain robust in models with gaseous pollutants. No studies provide copollutant model results with $PM_{10-2.5}$.<br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 5.1.10.1 | |
| Coherence in epidemiologic studies across the continuum of effects | Panel studies in children with asthma provide support for asthma exacerbation in children, with consistent associations for respiratory symptoms and medication use, and lung function decrements. Less consistent evidence for pulmonary inflammation. | Section 5.1.2.2<br>Section 5.1.2.3<br>Section 5.1.2.4 | |
| Lack of evidence from controlled human exposure studies | In adults with asthma, most measures of lung function are unaffected. There is a lack of evidence for pulmonary inflammation. | Section 5.1.2.3.3<br>Section 5.1.2.4.3<br>Urch et al. (2010) | 64 |
| Some evidence from toxicological studies at relevant concentrations | Most studies show enhancement of allergic inflammation, other allergic responses, or airway remodeling in animal model of allergic airway disease. | Section 5.1.2.4.4<br>Harkema et al. (2009)<br>Wagner et al. (2012) | 356−596 |

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Biological plausibility | Evidence from animal toxicological studies provides biological plausibility for epidemiologic findings for exacerbation of allergic asthma, the most common asthma phenotype in children. | Section 5.1.2.4.4 | |
| *Exacerbation of COPD* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in COPD-related hospital admissions and ED visits in studies conducted in the U.S. and Canada. | Section 5.1.4.1.1<br>Section 5.1.4.1.2 | 7.7−18.0<br>7.1−19.2 |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | Limited examination of potential copollutant confounding for COPD-related hospital admissions and ED visits, with evidence that associations remain robust in models with gaseous pollutants. Limited information is available regarding models with $PM_{10-2.5}$.<br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 5.1.10.1 | |
| Some coherence in epidemiologic studies across the continuum of effects | Panel studies in adults with COPD provide support for COPD exacerbation with consistent evidence of increased eNO in response to short-term $PM_{2.5}$ exposure. Less consistent evidence for respiratory symptoms and lung function. | Section 5.1.4.2<br>Section 5.1.4.3<br>Section 5.1.4.4 | |
| Limited evidence from a controlled human exposure study and animal toxicological studies at relevant concentrations | Some evidence of lung injury, inflammation, and decrements in lung function. | Section 5.1.4.3<br>Section 5.1.4.4 | 171−1,200 |
| Biological plausibility | Evidence from animal toxicological studies provides biological plausibility for epidemiologic findings for COPD. | Section 5.1.4.4.3 | |

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Respiratory Mortality* | | | |
| Consistent epidemiologic evidence from multiple, studies at relevant $PM_{2.5}$ concentrations | Consistent evidence of increases in mortality in response to short-term $PM_{2.5}$ exposure in multicity studies in the U.S. and Canada. Evidence of immediate effects (lag 0 to 1 days), and some recent evidence of prolonged effects (lags >2 days). | Section 5.1.9 | 7.9−19.9 |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | Potential copollutant confounding is examined in a limited number of studies with some evidence that associations remain robust in models with gaseous pollutants and $PM_{10-2.5}$. | Section 5.1.10.1 | |
| Morbidity evidence provides some coherence with underlying causes of respiratory mortality | Animal toxicological and epidemiologic evidence of COPD exacerbation and respiratory infection provide coherence for cause-specific respiratory mortality. | Section 5.1.4<br>Section 5.1.5 | |
| *Other Respiratory Endpoints* | | | |
| Epidemiologic studies provide some evidence of an association with respiratory infection and with consistent positive associations when examining combined respiratory-related diseases | Generally positive associations in hospital admissions and ED visits for combinations of respiratory infections; with more limited and inconsistent evidence for specific respiratory infections, such as pneumonia. | Section 5.1.5.1<br>Section 5.1.5.2 | 9.8−19.2<br>12.9−14.1 |
| | Increases in hospital admissions and ED visits for combined respiratory-related diseases in multicity studies, with expanded evidence for effects in older adults. Supporting evidence from other multicity studies as well as single city studies in children, adults, older adults, and people of all ages. | Section 5.1.6.1<br>Section 5.1.6.2 | 9.6−19.4<br>7.1−19.2 |

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| Limited evaluation of confounding by copollutants | Potential copollutant confounding remains unexamined in studies of respiratory infection. | Section 5.1.10.1 | |
| | Potential copollutant confounding is examined in a limited number of studies, with evidence that associations generally remain robust in models with gaseous pollutants and $PM_{10-2.5}$. | Section 5.1.10.1 | |
| Limited evidence from toxicological studies at relevant concentrations | Results show altered host defense and greater susceptibility to bacterial infection. | Zelikoff et al. (2003) | 100−250 |
| Inconsistent epidemiologic evidence from studies examining respiratory effects in healthy populations and allergy exacerbation | Short-term $PM_{2.5}$ exposures are inconsistently related to respiratory effects in panel studies of healthy adults. A limited number of panel studies in healthy children provide some evidence of an association with respiratory effects. | Section 5.1.7.1 | |
| | Inconsistent increases in physician visits for allergic diseases and self-reported allergies across a limited number of studies. | Section 5.1.3 | |
| Inconsistent evidence from controlled human exposure studies | Evidence is inconsistent for decrements in lung function and pulmonary inflammation. | Section 5.1.7.2 | 90−234 |

**Table 5-18 (Continued): Summary of evidence for a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Some evidence for respiratory effects from toxicological studies conducted at relevant concentrations | Results show pulmonary injury, oxidative stress, inflammation, morphologic changes, and allergic sensitization, but not in every study. Responses tend to be more robust following multiday exposures. Evidence for irritant responses (changes in respiratory rate and lung volumes) is more consistent. | Section 5.1.7.3 | 48−343 |

COPD = chronic obstructive pulmonary disease; ED = emergency department; eNO = exhaled nitric oxide; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $r$ = correlation coefficient.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

Epidemiologic evidence is also expanded for COPD-related hospital admissions and ED visits. The 2009 PM ISA described consistent associations in most of those studies conducted in the U.S. or Canada. Additional U.S. analyses of the Medicare population provide supporting evidence, as do many multicity U.S. and Canadian studies. However, many studies of single cities do not indicate associations. Although recent studies add inconsistent findings, the overall evidence links recent COPD hospital admission and ED visits to short-term $PM_{2.5}$ exposures. A common uncertainty across the studies is the lack of examination of copollutants to assess the potential for confounding and compare to previous findings showing attenuation of the $PM_{2.5}$ associations with adjustment for $NO_2$. However, recent observations of $PM_{2.5}$-related increases in COPD symptoms, medication use, pulmonary inflammation, and decreases in lung function in epidemiologic studies support and add coherence for the hospital admission and ED visits studies. Results of controlled human exposure and animal toxicological studies show decrements in lung function, pulmonary inflammation, and lung injury, providing coherence with and biological plausibility for epidemiologic findings.

Studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) consistently observed associations between $PM_{2.5}$ concentrations and hospital admissions or ED visits for respiratory infections, which often encompassed multiple individual respiratory infections, but not for pneumonia alone. Recent studies expand findings but are not consistent with the results of older studies because the respiratory infection-related outcomes examined were heterogeneous. Many studies of respiratory infection did not

examine any copollutants, making it unclear whether $PM_{2.5}$ associations are independent of copollutants. Results from an animal toxicological study demonstrate biological plausibility by showing altered host defense and greater susceptibility to bacterial infection as a result of short-term $PM_{2.5}$ exposure.

Studies of combined respiratory-related hospital admissions and ED visits examine groups of specific diseases or examine all respiratory-related diseases. Associations are seen in children, people of all ages, and older adults from single-city studies and in people of all ages in multicity studies. Studies of respiratory mortality also report associations in single- and multicity studies, although confidence intervals are sometimes wide, as reflected by the small percentage of deaths that are due to respiratory mortality [~9%; NHLBI (2017)]. Potential copollutant confounding is examined in a few studies of aggregated respiratory condition and respiratory mortality and while there is some evidence indicating that associations remain robust in models with gaseous pollutants or $PM_{10-2.5}$, uncertainty remains.

In epidemiologic studies in healthy populations, changes in lung function and pulmonary inflammation are observed, but changes tend to be transient and copollutant confounding is inadequately examined. Controlled human exposure and animal toxicological studies provide evidence for lung function decrements and pulmonary inflammation, as well as for pulmonary injury, oxidative stress, morphologic changes, and allergic sensitization. However, effects were not observed in every study.

The strongest evidence of an effect of short-term $PM_{2.5}$ exposure on respiratory effects is provided by epidemiologic studies of asthma and COPD exacerbation. While animal toxicological studies provide biological plausibility for these findings, some uncertainty remains with respect to the independence of $PM_{2.5}$ effects. **Overall, the collective evidence is sufficient to conclude a *likely to be causal relationship* between short-term $PM_{2.5}$ exposure and respiratory effects.**

## 5.2 Long-Term $PM_{2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA concluded that a *likely to be causal relationship* exists between long-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[61] This conclusion was based mainly on epidemiologic evidence demonstrating associations between long-term $PM_{2.5}$ exposure and changes in lung function or lung function growth rate in children. Biological plausibility was provided by a single animal toxicological study involving pre- and postnatal exposure to $PM_{2.5}$ CAPs that found impaired lung development. Epidemiologic evidence for associations between long-term $PM_{2.5}$ exposure and other respiratory outcomes such as the development of asthma, the development of allergic disease, the development of COPD, respiratory infection, and the severity of disease was limited, both in the number of studies available and the consistency of the results. In an animal toxicological study, long-term exposure to $PM_{2.5}$ CAPs also led to morphological changes in nasal airways of healthy animals.

[61] As detailed in the Preface, risk estimates are for a 5-μg/m³ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

Additional animal toxicological studies involved exposure to mixtures, such as motor vehicle exhaust and woodsmoke, and effects were not attributed to the particulate or gaseous components of the mixture.

Recent evidence continues to link long-term exposure to $PM_{2.5}$ and reduced lung development in children and supports $PM_{2.5}$-related acceleration of lung function decline in adults (Section 5.2.2). The recent body of literature enhances the limited evidence base, providing further evidence that long-term exposure to $PM_{2.5}$ is associated with asthma development in children (Section 5.2.3) and COPD development in adults (Section 5.2.5). Epidemiologic evidence for the development of allergic disease (Section 5.2.4), respiratory infection (Section 5.2.6), and severity of disease (Section 5.2.7) is inconsistent. Recent animal toxicological studies provide evidence for respiratory effects in healthy populations (Section 5.2.8) and animal models of cardiovascular disease (Section 5.2.9), including pulmonary oxidative stress and inflammation. Studies focusing on the nasal airways find inflammation and morphologic changes (Section 5.2.8). The epidemiologic literature provides evidence for respiratory mortality in relationship to long-term $PM_{2.5}$ exposure (Section 5.2.10) and examines the relationship between the decline in $PM_{2.5}$ levels and metrics of respiratory health (Section 5.2.11). Findings that improved respiratory health in children are linked to decreased $PM_{2.5}$ concentrations add to the evidence base linking long-term $PM_{2.5}$ exposure and respiratory effects. However, uncertainty with respect to copollutant confounding remains.

### 5.2.1 Biological Plausibility

This section describes biological pathways that potentially underlie respiratory health effects resulting from long-term exposure to $PM_{2.5}$. Figure 5-27 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that lead to downstream events observed in epidemiologic studies. This discussion of how long-term exposure to $PM_{2.5}$ may lead to respiratory health effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 5.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the 2009 PM ISA are discussed in Preface Section P.3.2.1.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 5-27 Potential biological pathways for respiratory effects following long-term $PM_{2.5}$ exposure.**

Once $PM_{2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). Insoluble and soluble components of $PM_{2.5}$ may interact with respiratory tract cells, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS), and this capacity is termed “oxidative potential.” Furthermore, respiratory tract cells may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, insoluble particles may translocate to the interstitial space beneath the respiratory epithelium and

accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to respiratory health effects.

Evidence that long-term exposure to $PM_{2.5}$ may affect the respiratory tract generally falls along one proposed pathway (Figure 5-27). It begins with injury, oxidative stress, and inflammation in the respiratory tract, as demonstrated by animal toxicological studies. These responses, which are difficult to disentangle, were also observed in some studies of short-term exposure to $PM_{2.5}$ (Figure 5-1). Persistent or intermittent exposure to $PM_{2.5}$ over months to years may lead to cumulative or chronic effects, including the development of asthma or impaired lung development, as measured by decrements in lung function growth.

Inhalation of CAPs resulted in the upregulation of the renin-angiotensin system (RAS), as indicated by an increase in mRNA and protein levels of angiotensin receptor type 1, in rodent lung tissue (Aztatzi-Aguilar et al., 2015). Angiotensin receptor type 1 mediates the effects of angiotensin II, which is a potent vasoconstrictor and mediator in the vasculature. This response was accompanied by upregulation of heme oxygenase-1, an antioxidant enzyme induced in response to oxidative stress. Whether upregulation of the RAS was mediated by inflammation or oxidative stress is not clear. The SNS and the RAS are known to interact in a positive feedback fashion (Section 8.1.2) with important ramifications in the cardiovascular system. But, there is no evidence that long-term exposure to $PM_{2.5}$ leads to activation of sensory nerves or to modulation of ANS responses, as was observed in the case of short-term exposure to $PM_{2.5}$ (Figure 5-1). Thus, there is no evidence to support a relationship between activation of sensory nerves and changes in the RAS following long-term exposure to $PM_{2.5}$.

Some animal toxicological studies shed light on specific types of inflammation such as Th1 and Th2 innate immunity. Long-term inhalation of CAPs increased levels of oxidized phospholipids in the BALF (Deiuliis et al., 2012; Kampfrath et al., 2011). Specific macrophage and T-cell subtypes were also increased in lung tissue. These results are consistent with the known role of oxidized phospholipids in activating the toll-like receptor 4 (TLR4) system. The TLR4 system stimulates macrophages to release cytokines that recruit and activate T cells. This response is a proinflammatory Th1 innate immune response capable of transmitting cell signals to the systemic circulation, leading to systemic inflammation (see Section 6.2.1). Th2 innate immune responses were also demonstrated following inhalation of $PM_{2.5}$. Long-term exposure to diesel exhaust particles (DEPs) resulted in increased levels of Th2 cytokines in BALF (Kim et al., 2016a). This response was accompanied by methacholine-induced changes in enhanced pause (Penh), which may indicate an increase in airway responsiveness. These changes are consistent with the development of an allergic asthmatic phenotype and possibly underlie epidemiologic findings linking exposure to $PM_{2.5}$ and the development of asthma (Section 5.2.3).

Other animal toxicological studies focused on respiratory responses in a specific region (e.g., the nose) or in the context of a specific disease state (e.g., cardiovascular disease) or lifestage (e.g., young animals). Oxidative stress, injury, inflammation, and morphologic changes were demonstrated in nasal mucosa following long-term exposure to $PM_{2.5}$ (Guo et al., 2017; Ramanathan et al., 2017). Findings of

increased malondialdehyde, cytokines, numbers of eosinophils and neutrophils, markers of eosinophil, and neutrophil activation, as well as nasal epithelial necrosis, increased septal thickness, and sinonasal epithelial cell barrier dysfunction were reported. Inflammatory responses, such as upregulation of cytokine mRNA and monocytic infiltration in the lung, were found in two animal models of cardiovascular disease following CAPs exposure (Ying et al., 2015; Xu et al., 2012). Experimental studies in young animals exposed to $PM_{2.5}$ also demonstrated oxidative stress-related changes in lungs following pre- and postnatal exposures (Song et al., 2017) and secretory changes in nasal mucosa following neonatal exposure (Pires-Neto et al., 2006). Further, inhalation of CAPs in the pre- and postnatal period resulted in decreased lung function (i.e., decreased inspiratory and expiratory volumes) and altered lung morphology [i.e., decreased alveolar surface to volume ratio; Mauad et al. (2008)]. These changes reflect impaired lung development likely due to incomplete alveolarization and the enlargement of air spaces as a result of exposure to $PM_{2.5}$. They provide plausibility for decrements in lung function growth seen in epidemiologic studies (Section 5.2.2).

As described, there is one main pathway, with many branches, by which long-term exposure to $PM_{2.5}$ could lead to respiratory health effects. It involves respiratory tract injury, inflammation, and oxidative stress as initial events. There is evidence of Th1 and Th2 innate immune system activation. The latter response, indicating the development of an allergic phenotype, may lead to increases in airway responsiveness, which are linked to the development of asthma. Inflammatory changes in the upper respiratory tract (i.e., the nose) of adult animals likely triggered the observed morphologic changes and barrier dysfunction. Respiratory tract inflammation may also lead to morphologic changes and lung function decrements in young animals, which are linked to impaired lung development. The multibranched pathway described here provides biological plausibility for epidemiologic evidence of respiratory health effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 5.2.13).

In addition, evidence for type 1 innate immune system activation in the respiratory tract provides a link to systemic inflammation resulting from long-term exposure to $PM_{2.5}$ (Section 6.2.1). This pathway may contribute to extrapulmonary effects following inhalation of $PM_{2.5}$.

### 5.2.2 Lung Function and Development

In the 2009 PM ISA (U.S. EPA, 2009), the strongest evidence for a relationship between long-term $PM_{2.5}$ exposure and respiratory effects was provided by epidemiologic studies examining lung function or lung function growth rate in children. Changes in lung function over time in children are indicative of lung development. In adults, lung function measurements may provide an indicator of declining lung function over time. Epidemiologic evidence supported an association between long-term $PM_{2.5}$ exposure and reduced lung development in children in different cohorts and locations. An animal toxicological study provided support for the epidemiologic evidence because pre- and postnatal exposure

to ambient levels of urban particles was found to impair mouse lung development. Recent studies provide further support demonstrating a relationship between long-term exposure to $PM_{2.5}$ and reduced lung development in children as well as the possible acceleration of lung function decline in adults.

#### 5.2.2.1 Lung Development

Lung development occurs from the fetal period through early adulthood, comprising a long window of potential vulnerability to environmental stressors, such as PM (Stanojevic et al., 2008; Zeman and Bennett, 2006; Thurlbeck, 1982). Because measures of lung function capture the cumulative effects of pulmonary growth, damage, and repair (Wang et al., 1993), they are effective indicators of pulmonary health, and changes in lung function over time are indicative of lung development.

##### 5.2.2.1.1 Epidemiologic Studies

Epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) indicated that long-term exposure to $PM_{2.5}$ is associated with decrements in lung development in schoolchildren. Key evidence informing the relationship came from analyses of the Children's Health Study (CHS), a prospective cohort study of children in 12 southern California communities. Two studies of this cohort that were reviewed in the 2004 PM AQCD (U.S. EPA, 2004) observed decrements in annual pulmonary growth rates for all of the examined lung function measures (FVC, $FEV_1$, MMEF, and $FEF_{75}$) in relation to long-term in $PM_{2.5}$ exposure (Gauderman et al., 2002; Gauderman et al., 2000). Gauderman et al. (2000) examined lung function growth over a 4-year period for three age cohorts within CHS, including 4th, 7th, and 10th graders. The authors consistently reported the strongest associations in magnitude and precision in 4th graders and the weakest associations in 10th graders for all lung development metrics. A study reviewed in the 2009 PM ISA expanded on the previous CHS analyses, following children for 8 years (Gauderman et al., 2004). Gauderman et al. (2004) reported that PM-related deficits in average lung development between ages 10 and 18 years resulted in clinically important deficits in attained lung function at age 18 years (Gauderman et al., 2004).

Recent data from studies based in the U.S. and Asia continue to provide evidence for $PM_{2.5}$-related decrements in lung development in children (Figure 5-28). The focus of this section is on longitudinal epidemiologic studies conducted in cohorts in diverse locations with a wide range of ambient $PM_{2.5}$ concentrations. Study-specific details, air quality characteristics, and select results from these studies are highlighted in Table 5-19. The CHS is further evaluated in recent studies that provide supporting evidence in multiple cohorts recruited in 1993 and 1996 and followed through 2007 (Gauderman et al., 2015; Breton et al., 2011). Recent results from the CHS not only corroborate previous results, but they also indicate improvements in lung development in association with declining $PM_{2.5}$ concentrations [Gauderman et al. (2015); Section 5.2.11]. Results from the CHS indicate that long-term

$PM_{2.5}$ exposure may affect lung development during adolescence (age 10−18 years), a period of rapid, nonlinear growth (Wang et al., 1993). Associations during adolescence also are supported in a multicity cohort in Taiwan (Hwang et al., 2015). However, mean $PM_{2.5}$ concentrations in this study were notably higher than those in the CHS studies. As examined in a limited number of recent studies, evidence is less clear for effects during the linear growth period of preadolescence. $PM_{2.5}$ was associated with reduced lung development in a cohort in China that included children ages 6−12 years at baseline (Roy et al., 2012). However, no association was observed between $PM_{2.5}$ and lung development in the PIAMA cohort between ages 8 and 12 years (Gehring et al., 2015a). Information on critical periods of exposure is limited, as most studies examined concurrent exposure. In the PIAMA cohort, lung development was not associated with $PM_{2.5}$ exposure estimated for the concurrent period or birth year (Gehring et al., 2015a).




avg = average; CHS = Children's Health Study; CI = confidence interval; $FEV_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; IDW = inverse-distance weighting; IQR = interquartile range; LUR = land use regression; µg/m³ = micrograms per cubic meter; mL = milliliter; MMEF = maximum midexpiratory flow; N = sample size; PF = pulmonary function; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; sec = second(s); yr = year(s).

[a]$FEV_1$ and FVC are measured in mL, MMEF is measured in mL/sec.

[b]Effect estimates are standardized to a 5-µg/m³ increase in $PM_{2.5}$.

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Corresponding quantitative results and study details are reported in Table 5-19.

**Figure 5-28 Longitudinal repeated measure studies of long-term $PM_{2.5}$ exposure and lung development.**

**Table 5-19 Associations of long-term $PM_{2.5}$ exposure with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Gauderman et al. (2004)<br>12 southern California communities<br>1993−2000 | CHS 1993 cohort<br>n = 1,759<br>Followed ages 10−18 yr<br>10% loss to follow-up per yr | One monitor in each of 12 communities<br>Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994).<br>Annual average, concurrent exposure<br>Range of means across communities: 6−28 μg/m$^3$ | Change in 8-yr avg growth:<br>FVC (mL):<br>−13.2 (−36.4, 10.1)<br>$FEV_1$ (mL):<br>−17.5 (−33.6, −1.4)<br>MMEF (mL/sec):<br>−37.0 (−75.8, 1.7) | Correlation (*r*): 0.33 $O_3$, 0.79 $NO_2$, 0.87 acid vapor<br>Copollutant models with: NA |
| †Breton et al. (2011)<br>12 southern California communities<br>1993 or 1996−2000 | CHS 1993 and 1996 cohorts<br>n = 2,106<br>Followed ages 10−18 yr<br>10% loss to follow-up per yr<br>(No evidence of relation between participation and baseline lung function or air pollution exposure) | One monitor in each of 12 communities<br>Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994).<br>Annual average, concurrent exposure<br>Range of means across communities: 6−28 μg/m$^3$ | Change in 8-yr avg growth:<br>FVC (mL):<br>−23.3 (−38.3, −8.4)<br>$FEV_1$ (mL):<br>−22.5 (−40.7, −4.2)<br>MMEF (mL/sec):<br>−37.0 (−64.1, −10.0) | Correlation (*r*): 0.79 $NO_2$<br>Copollutant models with: NA |
| †Gauderman et al. (2015)<br>Five southern California communities<br>1994−2011 | CHS<br>1994−1998, 1997−2001, and 2007−2011 cohorts<br>n = 2,120<br>Followed ages 11−15 yr<br>25% loss to follow-up.<br>(No evidence of relation between participation and baseline lung function or air pollution exposure) | One monitor in each of five communities.<br>4-yr avg<br>Range of means across communities: 21.3−31.5 μg/m$^3$ in 1994−1997 and 11.9−17.8 μg/m$^3$ in 2007−2010 | Change in 4-yr avg growth per decrease in $PM_{2.5}$:[b]<br>$FEV_1$ (mL):<br>26.0 (6.8, 45.2)<br>FVC (mL):<br>50.4 (26.1, 74.6) | Correlation (*r*):<br>0.82 $NO_2$, 0.39 $O_3$<br>Copollutant models with: NA |

**Table 5-19 (Continued): Associations of $PM_{2.5}$ with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Gehring et al. (2015a)<br>The Netherlands<br>1996−2010 | PIAMA<br>n = 3,702<br>Followed age 8−12 yr<br>15% original cohort had data at age 8 and 12 yr | Annual average estimated at birth residence (birth year) and current address (at time of questionnaire) using LUR.<br>LOOCV $R^2$ = 0.61.<br>Mean: 16.4 µg/m³<br>75th: 25.3 µg/m³<br>95th: 26.4 µg/m³ | Change in annual average growth:<br>FVC (mL):<br>−1.7 (−41.3, 37.9)<br>$FEV_1$ (mL):<br>28.3 (−22.5, 79.2) | Correlation (*r*):<br>0.73 $NO_2$ (at birth address)<br>Copollutant models with: NA |
| †Hwang et al. (2015)<br>14 Taiwan communities<br>2007-2009 | TCHS<br>n = 2,941<br>Followed age 12−14 yr<br>8.6% loss to follow-up | 14 monitors combined by IDW to obtain ambient $PM_{2.5}$ concentration estimates outside each home.<br>Annual average, concurrent exposure<br>Mean: 34.5 µg/m³<br>75th: 43.8 µg/m³ | Change in 2-yr avg growth:<br>Boys<br>$FEV_1$ (mL):<br>−23.7 (−35.3, 12.2)<br>FVC (mL):<br>−21.5 (−33.7, −9.2)<br>Girls<br>$FEV_1$ (mL):<br>−15.9 (−26.0, −5.7)<br>FVC (mL):<br>−17.8 (−27.5, −8.2) | Correlation (*r*):<br>$NO_2$: 0.25 $NO_2$, 0.03 CO, 0.69 $SO_2$<br>Copollutant models with: $NO_2$ and CO |

**Table 5-19 (Continued): Associations of $PM_{2.5}$ with lung development in children from longitudinal studies with repeated measures.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Roy et al. (2012)<br>Four Chinese cities<br>1993-1996 | n = 3,273<br>Followed for 3 yr starting from ages 6−12 yr<br>76% with ≥3 measures. Sensitivity analyses show results not biased due to loss to follow-up | School outdoor monitors<br>3-yr avg and 3-mo avg concurrent exposure<br>Mean:<br>148 μg/m³ urban Guangzhou<br>52 μg/m³ suburban Wuhan | Change in annual average growth:<br>$FEV_1$ (mL):<br>−0.7 (−0.9, −0.5)<br>FVC (mL):<br>−0.7 (−1.0, −0.5) | Correlation ($r$): NA<br>Copollutant models with: NA |

avg = average; CHS = Children's Health Study; CI = confidence interval; CO = carbon monoxide; $FEV_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; IDW = inverse-distance weighting; LOOCV = leave one out cross-validation; LUR = land use regression; μg/m³ = micrograms per cubic meter; mL = milliliter; MMEF = maximum midexpiratory flow; mo = month(s); n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm, $r$ = correlation coefficient; $R^2$ = coefficient of determination; sec = second(s); $SO_2$ = sulfur dioxide; TCHS = Taiwan Children's Health Study; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m³ increase in $PM_{2.5}$.

[b]Effect estimates are standardized to a 5-μg/m³ decrease in $PM_{2.5}$.

†Studies published since the 2009 PM ISA.

### Copollutant Confounding and Other Sources of Uncertainty

Due to a limited number of studies that examined potential copollutant confounding, uncertainty remains in distinguishing an independent effect of long-term $PM_{2.5}$ exposure on lung development. In the only study to report results from copollutant models, Hwang et al. (2015) observed that $PM_{2.5}$-associated decrements in lung development persisted in copollutant models that included $NO_2$ or CO. $NO_2$ and CO were weakly correlated with $PM_{2.5}$ ($r = 0.25$ and 0.03, respectively). Other studies that reported copollutant correlations observed moderate to high correlations for most pollutants ($NO_2$: $r = 0.73-0.87$, $SO_2$: $r = 0.69$, $O_3$: $r = 0.33-0.39$; Table 5-19).

Because results for lung development are based on changes in lung function measured over time, loss to follow-up and the method of lung function assessment could be additional sources of error or bias. However, neither is indicated to have systematically influenced the evidence for $PM_{2.5}$ associations. As detailed in Table 5-19, attrition of 10% or less was reported in some studies (Hwang et al., 2015; Breton et al., 2011). Others reported higher loss to follow-up (Gauderman et al., 2015; Gehring et al., 2015a; Roy et al., 2012), but reported similar characteristics between participants and nonparticipants, or no relation between participation and either baseline lung function or exposure to air pollution. Additionally, in a study that had changes in the device used to measure lung function, $PM_{2.5}$ associations were robust to adjustment for a factor representing the difference between devices (Gauderman et al., 2015).

Finally, the CHS studies in this section rely on exposure estimates from single fixed-site monitors within each community, which may result in misclassification of exposure. However, analyses of some individual CHS communities show low-to-moderate spatial heterogeneity of ambient $PM_{2.5}$ concentrations. In Long Beach, CA, $PM_{2.5}$ concentrations were moderately to highly correlated ($r = 0.67-0.91$) across four sites within 6.4 km of each other, including two schools attended by CHS cohort subjects (Krudysz et al., 2008). In Riverside, CA, $PM_{2.5}$ concentrations at a fixed-site monitor explained 96% of the variance in concentrations outside the homes of children with asthma (Ducret-Stich et al., 2012). Further, an analysis of multiple CHS communities described monitoring sites in some but not all communities as well representing the range of residential and school outdoor $PM_{2.5}$ concentrations of subjects. Thus, long-term concentrations measured at fixed-site monitors are unlikely to introduce major exposure measurement error.

#### 5.2.2.1.2 Animal Toxicological Studies

The 2009 PM ISA evaluated studies that examined lung development. These studies involved early-life exposure to ambient levels of urban particles in São Paulo, Brazil (Mauad et al., 2008; Pires-Neto et al., 2006). Urban air PM mainly consisted of $PM_{2.5}$, but it also contained some $PM_{10}$; other ambient pollutants were also present. Control mice were exposed to filtered urban air, which contained greatly reduced concentrations of PM. Mauad et al. (2008) found decreased inspiratory and expiratory

volumes in mice exposed both pre- and postnatally compared to control animals. Alveolar surface-to-volume ratio was also decreased in animals exposed during both the pre- and postnatal periods. No changes in lung function or morphology were observed in animals exposed only prenatally or only postnatally. These results reflect altered lung development resulting from $PM_{2.5}$ exposure. Pires-Neto et al. (2006) found secretory changes in the nasal cavity of neonatal mice exposed for 5 months to urban PM from São Paulo Brazil. Specifically, production of acidic mucosubstances was increased, potentially representing impaired respiratory defense mechanisms. Interpretation of effects due to long-term urban air exposure is complicated by the presence of $PM_{10-2.5}$. Recently, Song et al. (2017) demonstrated changes in lung molecular clock gene expression resulting from pre- and postnatal exposure of rats to ambient levels of urban particles in Beijing, China. Control rats were exposed to filtered urban air, which contained greatly reduced concentrations of PM. In addition, altered lung morphology and oxidative stress were observed in rat pups and in pregnant rats. These findings are discussed in Section 9.3.3.

### 5.2.2.2 Lung Function

The relationship between long-term $PM_{2.5}$ exposure and lung function in children and in adults was examined in numerous epidemiologic studies.

#### 5.2.2.2.1 Children

In addition to lung development, several studies have examined the effects of long-term $PM_{2.5}$ exposure in relation to attained pulmonary function at a given point in time. Epidemiologic studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) indicated that long-term exposure to $PM_{2.5}$ is associated with decrements in attained lung function in children. Notably, in the CHS analysis described in Section 5.2.2.1.1, Gauderman et al. (2004) observed that 18-year-olds had increased risk of clinically low $FEV_1$ measurements in communities with higher $PM_{2.5}$ concentrations. However, unlike the results reported for lung development, the attained lung function estimates did not include adjustment for potential confounders, introducing uncertainty into the interpretation of the results. European birth cohort studies also generally reported evidence of an effect on lung function metrics when examining long-term $PM_{2.5}$ exposure (Oftedal et al., 2008; Schikowski et al., 2005; Ackermann-Liebrich et al., 1997), but results were not entirely consistent (Gotschi et al., 2008). None of the lung function studies reviewed in the 2009 PM ISA examined copollutant models. Recent studies available for review add to the existing evidence supporting an association between long-term exposure to $PM_{2.5}$ and decreased lung function in children. These studies examine a variety of exposure periods, exposure methods, cohorts, locations, and exposure levels. Additionally, a limited number of copollutant models indicate that the observed $PM_{2.5}$ effect may be independent of $NO_2$, CO, and $O_3$ exposures. Study-specific details, air quality characteristics, and select results from these studies are presented in Table 5-20.

**Table 5-20 Associations of long-term $PM_{2.5}$ exposure with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| *Children* | | | | |
| †Gehring et al. (2013)<br>Germany, Sweden, the U.K., and the Netherlands | ESCAPE project: BAMSE, GINIplus, LISAplus, MAAS, and PIAMA<br>n = 5,357<br>Followed to ages 6−8 yr | Annual average $PM_{2.5}$ concentrations estimated at birth residence (birth yr) and current address (at time of lung function measurement) using LUR.<br>LOOCV $R^2$ = 0.21−0.79<br>RMSE: 0.8−1.2<br>Mean: 7.8−17.4 μg/m³ | Current address exposure<br>$FEV_1$ (percent diff.): −2.5 (−4.6, −0.4)<br>FVC (percent diff.): −8.8 (−20.5, 4.5)<br>PEF (percent diff.): −2.1 (−4.1, −0.1)<br>$FEV_1$ <85% predicted (OR): 1.41 (0.74, 2.71) | Correlation (*r*): 0.75 $NO_2$, 0.57 $NO_X$, 0.50 $PM_{10}$, 0.58 $PM_{10-2.5}$<br>Copollutant models with: $NO_2$ |
| †Wang et al. (2015b)<br>The Netherlands<br>1996−2005 | PIAMA<br>n = 1,058<br>Followed to age 8 yr<br>68% participation rate | Annual average $PM_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR.<br>LOOCV $R^2$ = 0.61<br>RMSE: 1.21<br>Median: 16.5 μg/m³<br>IQR: 15.6−16.7 μg/m³<br>Alternatively, dispersion models predicted $PM_{2.5}$ concentration at a 1 × 1-km grid level.<br>Median: 16.8 μg/m³<br>IQR: 13.6−17.3 μg/m³ | Results presented graphically. LUR and dispersion model $PM_{2.5}$ estimates were associated with decreased $FEV_1$ and FVC, but not PEF. Associations were stronger but less precise using LUR $PM_{2.5}$ estimates. | Correlation (*r*): 0.75 $NO_2$ (LUR), 0.92 $NO_2$ (Disp.)<br>Copollutant models with: $NO_2$ |

**Table 5-20 (Continued): Associations of $PM_{2.5}$ with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Rice et al. (2015b)<br>Massachusetts<br>1999–2010 | Project Viva—prebirth cohort<br>n = 614<br>Followed to a mean age of 7.7 yr | Annual average $PM_{2.5}$ concentrations for first yr of life, previous yr, and lifetime exposure were estimated at 10 × 10-km grid level using AOD observation data from satellite imagery. Resolved to 50 × 50 m using land use terms and assigned to participants' home addresses.<br>10-fold cross-validated LOOCV $R^2$: 0.83<br>First yr mean: 12.1 μg/m³<br>Lifetime mean: 10.7 μg/m³<br>Last yr mean: 9.4 μg/m³ | Last yr exposure<br>$FEV_1$ (mL): −60.3 (−112, −8.5)<br>FVC (mL): −54.5 (−110, 0.5)<br>$FEV_1$ <80% predicted (OR): 2.4 (1.1, 5.2)<br>FVC <80% predicted (OR): 1.7 (0.4, 6.7) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Urman et al. (2014)<br>Southern California<br>2002–2008 | CHS<br>n = 1,811<br>Followed to ages 5–7 yr<br>82% participation | One monitor in each of 12 communities<br>Children's homes and schools in same neighborhoods as monitoring sites (Navidi et al., 1999; Navidi et al., 1994).<br>6-yr avg, (lifetime) exposure<br>Range of means across communities: 6–28 μg/m³ | $FEV_1$ (percent diff.): −1.1 (−1.7, −0.5)<br>FVC (percent diff.): −0.8 (−1.5, −0.2) | Correlation (*r*): 0.8 $PM_{10}$, 0.6 $NO_2$<br>Copollutant models with: NA |
| †Eenhuizen et al. (2013)<br>The Netherlands<br>1996–2001 | PIAMA<br>n = 880<br>Followed to age 4 yr<br>49% of participants had valid Rint data | Annual average $PM_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR.<br>LUR model explained 73% of $PM_{2.5}$ spatial variability.<br>Mean: 16.9 μg/m³<br>IQR: 14.9–18.2 μg/m³ | Change in Rint (kPa·s·L⁻¹)<br>0.06 (0.02, 0.11) | Correlation (*r*): 0.93 $NO_2$<br>Copollutant models with: NA |
| †Gehring et al. (2015a)<br>The Netherlands<br>1996–2010 | PIAMA<br>n = 3,702<br>Followed age 8–12 yr<br>15% original cohort had data at age 8 and 12 yr | Annual average $PM_{2.5}$ concentrations estimated at current address (at time of lung function measurement) using LUR.<br>LOOCV $R^2$ = 0.61.<br>Mean: 16.4 μg/m³<br>75th: 25.3 μg/m³<br>95th: 26.4 μg/m³ | Current address exposure<br>$FEV_1$ (percent diff.): −4.2 (−9.2, 0.8)<br>FVC (percent diff.): −2.9 (−7.5, 1.7)<br>$FEF_{25-75}$ (percent diff.): −10.0 (−25.4, 6.3) | Correlation (*r*): 0.73 $NO_2$ (at birth address)<br>Copollutant models with: NA |

**Table 5-20 (Continued): Associations of $PM_{2.5}$ with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| *Adults* | | | | |
| Rice et al. (2015a)<br>Northeastern U.S.<br>1995−2011 | Framingham Heart Study<br>n = 4,872<br>Participants had at least two spirometry measurements between 1995 and 2011. Mean age was 50.4 yr (SD = 12.4) | Annual average $PM_{2.5}$ concentrations were estimated in the index yr (2001) using satellite imagery to create a 10 × 10-km spatial grid across the Northeast. Estimates were resolved to residences within a 50 × 50-m grid using land use terms.<br>10-fold CV $R^2$ = 0.85<br>Mean: 10.8 µg/m³<br>Max: 21.7 µg/m³ | Difference in annual rate of change:<br>$FEV_1$ (mL/yr): −5.25 (−10.25, −0.5)<br>FVC (mL/yr): −5.0 (−10.25, 0.25)<br>$FEV_1$:FVC (percent/yr): −0.03 (−0.10, 0.05)<br>Difference in mean lung function:<br>$FEV_1$ (mL): −33.8 (−66.5, −0.8)<br>FVC (mL): −46.8 (−84.0, −9.5)<br>$FEV_1$:FVC (percent): 0.0 (−0.5, 0.5) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Adam et al. (2015)<br>Cohorts across Europe<br>1985−2009 | ESCAPE project study of five European Cohorts: ECRHS, EGEA, NSHD, SALIA, and SAPALDIA.<br>n = 7,613<br>Participants had two spirometry measurements. The baseline measurement was between 1985 and 1995, depending on the cohort. The follow-up measurement was between 2001 and 2010.<br>Mean age ranged from 43.0 to 73.3 yr across cohorts. | Annual average $PM_{2.5}$ concentrations estimated using land use regression to spatially refine estimates from city-level monitors between 2008 and 2011.<br>Mean: 9.5−17.8 across cohorts.<br>IQR: 1.1−7.0 across cohorts. | Difference in annual rate of change:<br>$FEV_1$ (mL/yr): −0.14 (−2.26, 1.98)<br>FVC (mL/yr): −1.37 (−4.04, 1.29)<br>Difference in mean lung function:<br>$FEV_1$ (mL): −21.14 (−56.37, 14.08)<br>FVC (mL): −36.39 (−83.29, 10.50) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-20 (Continued): Associations of $PM_{2.5}$ with lung function in children and adults.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Adar et al. (2015)<br>Six U.S. states<br>2004−2007 | MESA<br>n = 3,791<br>Randomly selected MESA participants completed spirometry measurements.<br>45−84 yr old | Time varying annual average ambient $PM_{2.5}$ concentration based on residential history (spatiotemporal model). 1-yr avg the yr prior to baseline exam. 20-yr avg for models derived from AQS estimates of $PM_{10}$ and $PM_{2.5}$:$PM_{10}$ ratio.<br>Model fit $R^2$ = 0.90−0.97; CV $R^2$ = 0.72<br>1-yr mean: 14.2 μg/m³<br>20-yr mean: 22.2 μg/m³ | Difference in mean lung function:<br>1-yr avg<br>$FEV_1$ (mL): −20 (−80, 41)<br>FVC (mL): −59 (−132, 13)<br>$FEV_1$:FVC (percent): 0.2 (−0.9, 1.3)<br>20-yr avg<br>$FEV_1$ (mL): −13 (−37, 11)<br>FVC (mL): −6 (−35, 22)<br>$FEV_1$:FVC (percent): −0.3 (−0.7, 0.2) | Correlation (*r*): 0.5−0.6 $NO_X$, 0.7−0.9 $PM_{10}$<br>Copollutant models with: NA |
| Boogaard et al. (2013)<br>The Netherlands (multicity)<br>2008−2010 | 12 locations in the Netherlands<br>n = 640<br>Participants had two respiratory function exams 2 yr apart (pre- and post-traffic policy-related air pollution reduction).<br>83% ≥30 yr old<br>89% ≥18 yr old | Average $PM_{2.5}$ concentrations were estimated from monitors at 12 locations that took six 1-week samples over a 6 mo period.<br>Mean: 16.0 μg/m³<br>Max: 19.4 μg/m³ | Percent change in FVC per decrease in $PM_{2.5}$:[b]<br>1.67 (−0.40, 3.75) | Correlation (*r*): NA<br>Copollutant models with: NA |

AOD = aerosol optical depth; avg = average; AQS = Air Quality System; BAMSE = Children, Allergy, Milieu, Stockholm, Epidemiological Survey; CHS = Children's Health Study, CI = confidence interval, CV = cross-validation; diff. = difference; Disp. = dispersion; ECRHS = European Community Respiratory Health Survey; EGEA = French Epidemiological study on Genetics and Environment of Asthma; ESCAPE = European Study of Cohorts for Air Pollution Effects; $FEF_{25-75}$ = forced expiratory flow between 25 and 75% of forced vital capacity; $FEV_1$ = forced expiratory volume in 1 second, FVC = forced vital capacity, GINIplus = German Infant Nutrition Intervention plus environmental and genetic influences; IQR = interquartile range, km = kilometer; kPa = kilopascal; L = liter; LISAplus = Lifestyle Factors on the Development of the Immune System and Asthma; LOOCV = leave one out cross-validation, LUR = land use regression, MAAS = Manchester Asthma and Allergy Study; MESA = Multi-Ethnic Study of Atherosclerosis, mL = milliliter; mo = month; μg/m³ = micrograms per cubic meter; n = sample size; NA = not available; $NO_2$ = nitrogen dioxide, $NO_X$ = the sum of NO and $NO_2$; NSHD = National Survey of Health and Development; OR = odds ratio; PEF = peak expiratory flow; PIAMA = Prevention and Incidence of Asthma and Mite Allergy, $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm, $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient, $R^2$ = coefficient of determination; Rint = interrupter resistance, RMSE = root-mean-squared error; SALIA = Study on the influence of Air pollution on Lung function, Inflammation and Aging; SAPALDIA = Swiss Cohort Study on Air Pollution and Lung and Heart Diseases in Adults; SD = standard deviation, sec = second; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m³ increase in $PM_{2.5}$.

[b]Effect estimates are standardized to a 5-μg/m³ decrease in $PM_{2.5}$.

†Studies published since the 2009 PM ISA.

Recently reviewed studies provide consistent evidence that long-term exposure to $PM_{2.5}$ is associated with decreased lung function in children (Figure 5-29 and Table 5-20). Like the results from Gauderman et al. (2004), a small prebirth cohort study in Massachusetts (Rice et al., 2015b) and an ESCAPE analysis of multiple European cohorts (Gehring et al., 2013) observed increased odds of clinically low $FEV_1$ and FVC measurements in relation to long-term $PM_{2.5}$ exposure. Associations between $PM_{2.5}$ and lung function were also observed as a measure of percent difference or absolute change in spirometry measures in the aforementioned studies (Rice et al., 2015b; Gehring et al., 2013), the CHS cohort (Urman et al., 2014), and the PIAMA cohort (Gehring et al., 2015a; Wang et al., 2015b). The reviewed studies used an array of exposure assessment methods to produce long-term $PM_{2.5}$ estimates, including LUR models, dispersion models, hybrid models incorporating AOD observation data with land use variables, and fixed-site monitors. Associations were evident across the various exposure assignment techniques. Wang et al. (2015b) directly compared results from dispersion- and land use regression (LUR)-modeled $PM_{2.5}$ estimates in relation to lung function metrics. The authors observed $PM_{2.5}$-related decreases in $FEV_1$ and FVC for both exposure assessment techniques, but noted larger but less precise (i.e., wider 95% CIs) decreases for LUR-modeled increases in $PM_{2.5}$ (quantitative results not provided; results presented graphically). These results suggest robust evidence of an association despite differences in exposure measurement error across exposure assessment methods.

Most of the reviewed studies focused on lung function in 6 to 8-year-old children. Obtaining valid spirometric lung function data is sometimes not possible in younger children. Alternatively, interrupter resistance (Rint) is a reliable technique to assess airway resistance in preschool aged children. In the PIAMA cohort, Eenhuizen et al. (2013) reported increases in Rint consistent with long-term $PM_{2.5}$ exposure estimated outside participants' birth addresses. Higher Rint was associated with lower $FEV_1$ levels at age 8 years, suggesting that Rint may be a predictor of later lung function.




AOD = aerosol optical depth, CHS = Children's Health Study, CI = confidence interval, ESCAPE = European Study of Cohorts for Air Pollution Effects; $FEF_{25-75}$ = forced expiratory flow between 25 and 75% of forced vital capacity, $FEV_1$ = forced expiratory volume in 1 second, FVC = forced vital capacity, LUR = land use regression; µg/m³ = micrograms per cubic meter; n = sample size; PEF = peak expiratory flow; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: †Studies published since the 2009 PM ISA. Panel A depicts percent difference in lung function metrics. Panel B depicts odds of lung function metrics below normal levels (85% predicted). Red text/circles = studies published since the completion of the 2009 PM ISA. Effect estimates are standardized to a 5-µg/m³ increase in $PM_{2.5}$. Corresponding quantitative results and study details are reported in Table 5-20.

**Figure 5-29 Long-term exposure to $PM_{2.5}$ and lung function in children.**

A few studies examined varying windows of exposure to assess periods of potential sensitivity to PM exposure. Rice et al. (2015b) incorporated satellite-derived aerosol optical depth (AOD) observations into a land use regression model to estimate participants' exposure to ambient $PM_{2.5}$ in the first year of life, in the year prior to lung function testing, and averaged over their lifetime. The observed associations across lung function metrics were consistently stronger in magnitude, but not always precision, for $PM_{2.5}$ concentrations estimated in the year prior to examination. A similar finding was reported in the European

Study of Cohorts for Air Pollution Effects (ESCAPE) project analysis. Gehring et al. (2013) noted higher effect estimates for $FEV_1$ in relation to a 5-μg/m$^3$ increase in outdoor $PM_{2.5}$ concentrations estimated at current residence at the time of lung function measurement (−2.49% difference [95% CI: −4.57, −0.36]) compared to exposure assigned at the participants' birth address (−1.22% [95% CI: −3.20, 0.80]). Notably, the ESCAPE project and the Prevention and Incidence of Asthma and Mite Allergy (PIAMA) cohort, discussed with regards to exposure windows in Section 5.2.3.1, use LUR models to estimate exposure after follow-up. The LUR was constructed for the cohort's current age and adjusted based on the year of lung function testing. The ratio of $PM_{2.5}$ concentration at a fixed-site monitor in the year of birth and during the year of lung function testing was used to extrapolate concentrations back to birth year at the birth residential location for each participant. Hence, changes in spatial variability between birth and the year of lung function testing were not captured. Despite the resulting uncertainty, the potentially enhanced lung-function sensitivity to $PM_{2.5}$ exposures closer to lung function examination may explain why the CHS analysis by Urman et al. (2014), which implemented a surrogate for lifetime exposure, observed a smaller effect estimate than studies that used current address or previous year $PM_{2.5}$ estimates (Table 5-20).

#### Copollutant Confounding

Several studies of pulmonary function in children provide information on potential copollutant confounding through the evaluation of two-pollutant models. These studies add to the strength of the evidence by establishing a $PM_{2.5}$ relationship with observed lung function decrements that is generally unchanged in models with other pollutants [quantitative results presented in Supplemental Material (U.S. EPA, 2018)]. $PM_{2.5}$ correlations with $NO_2$ ranged from 0.25 to 0.75, across studies. In studies that reported higher correlations ($r = 0.75$), associations between $PM_{2.5}$ and lung decrements were attenuated but still negative in copollutant models adjusting for $NO_2$ (Wang et al., 2015b; Gehring et al., 2013). Meanwhile, in studies with low $PM_{2.5}$-$NO_2$ correlations ($r = 0.25$−$0.33$), associations were relatively unchanged in copollutant models (Chen et al., 2015a; Hwang et al., 2015). Hwang et al. (2015) and Chen et al. (2015a) also reported declines in lung function that persisted in copollutant models adjusting for CO, $O_3$, and $SO_2$. However, these studies of school-children in Taiwan lack generalizability given $PM_{2.5}$ concentrations that are much higher than studies in North America and Europe.

#### 5.2.2.2.2 Adults

Lung function generally peaks in adults around the age of 25, and then slowly declines throughout adulthood (Götschi et al., 2008). In addition to studies of lung function in children, some studies have investigated whether long-term $PM_{2.5}$ exposure accelerates the rate of decline in lung function as adults age. A limited number of studies reviewed in the 2009 PM ISA (U.S. EPA, 2009) observed contrasting evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults. A longitudinal study of adults from 10 European countries found that annual $PM_{2.5}$

concentrations were not associated with lung function decrements measured from two spirometry tests taken approximately 10 years apart (Götschi et al., 2008). However, $PM_{2.5}$ exposures were estimated at the end of the study period, which may have introduced bias if the pattern of spatial variability of $PM_{2.5}$ concentrations did not remain constant across cities over the 10-year study period. In contrast, cross-sectional studies reported associations between annual average $PM_{2.5}$ and mean lung function (Schikowski et al., 2005; Ackermann-Liebrich et al., 1997). A limited number of recent longitudinal and cross-sectional studies in the U.S. and Europe have reported more consistent evidence that $PM_{2.5}$ is associated with decreased lung function parameters in adults. As with past studies, lung function in these cohorts was assessed either as a measure of lung function decline over time or cross-sectionally as a single measure in time. These cross-sectional measurements are generally less informative than longitudinal studies because they do not establish a temporal relationship between the exposure and outcome of interest. Study-specific details, air quality characteristics, and select results from these studies are presented in Table 5-20.

The Framingham Heart Study examined the association between long-term exposure to $PM_{2.5}$ and longitudinal decline in lung function over a 15-year period (Rice et al., 2015a). Rice et al. (2015a) reported a 5.25 mL/year (95% CI: 0.5, 10.5) faster rate of decline in $FEV_1$ and a 5 mL/year (95% CI: −0.25, 10.25) faster decline in FVC per 5-μg/m$^3$ increase in annual average $PM_{2.5}$ concentrations in the index year. The authors also observed $PM_{2.5}$ associations with cross-sectional $FEV_1$ and FVC measures but did not observe evidence of associations with $FEV_1$:FVC in longitudinal or cross-sectional analyses. In an ESCAPE project analysis of five European cohorts, Adam et al. (2015) also reported evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults. Lung function measurements taken approximately 10 years apart indicated that long-term $PM_{2.5}$ exposure was associated with an accelerated decrease in FVC (−1.37 mL/year [95% CI: −4.04, 1.29]), but not $FEV_1$ (−0.14 mL [95% CI: −2.26, 1.98]). However, similar to Götschi et al. (2008) discussed above, $PM_{2.5}$ was estimated (2008−2011) after the two spirometry tests were conducted (1985−2010). $PM_{2.5}$ was also negatively associated with cross-sectional $FEV_1$ and FVC levels measured during the second exam (Adam et al., 2015). Supporting evidence of a longitudinal association between $PM_{2.5}$ concentrations and lung function in adults, Boogaard et al. (2013) examined traffic policy-related reductions in air pollution and found improvements in lung function associated with declining $PM_{2.5}$ concentrations (Section 5.2.11).

In the Multi-Ethnic Study of Atherosclerosis (MESA), the association between long-term exposure to $PM_{2.5}$ and lung function was examined cross-sectionally (Adar et al., 2015). $PM_{2.5}$ was estimated using area-specific prediction models based on pollution measurements at the community or residential level in a subset of participants (MESA Air), which were incorporated with local geographic, meteorological, and emission data into a hierarchical spatiotemporal model to predict long-term exposure outside of participants' homes. $PM_{2.5}$ levels 1 year prior to baseline exam and 20-year avg exposures were estimated, and both were negatively associated with $FEV_1$ and FVC and with higher odds of airflow limitation. Similar to the Framingham Heart Study (Rice et al., 2015a), the authors found null associations between long-term exposure to $PM_{2.5}$ and $FEV_1$:FVC (Adar et al., 2015).

#### 5.2.2.3 Summary of Lung Function and Development

In summary, recent epidemiologic studies enhance the evidence that was available in the 2009 PM ISA (U.S. EPA, 2009) suggesting that long-term exposure to $PM_{2.5}$ is associated with impaired lung function and lung function growth in children. Notably, extended CHS analyses continue to report $PM_{2.5}$-related decrements in lung development during the adolescent growth period. These updated analyses comprise additional cohorts with differing demographics and indicate that declining $PM_{2.5}$ concentrations are associated with improvements in lung development. Studies of attained lung function in children provide consistent evidence supporting the association observed with lung development. The strength of the epidemiology evidence was in the variety of exposure methods, study locations, and exposure levels for which associations were present. Additionally, a limited number of copollutant models indicate that the observed $PM_{2.5}$ effect may be independent of $NO_2$, CO, and $O_3$. The available evidence also indicates that $PM_{2.5}$ concentrations estimated proximate to lung function examination are most strongly associated with measures of attained lung function. These findings are supported by an animal toxicological study that demonstrated impaired lung development, as measured by decrements in lung function and changes in alveolar structure, as a result of pre- and postnatal exposure to $PM_{2.5}$. In a limited number of studies, altered nasal morphology and evidence of respiratory tract inflammation and oxidative stress were found in animals exposed to $PM_{2.5}$ during early lifestages.

While the 2009 PM ISA (U.S. EPA, 2009) noted inconsistent evidence of an association between long-term exposure to $PM_{2.5}$ and lung function in adults, more recent large prospective cohort studies have consistently observed $PM_{2.5}$-related accelerations of lung function decline in adults. This finding is corroborated by evidence of lung function improvement in areas with declining $PM_{2.5}$ concentrations. Studies of lung function in adults have not adequately examined potential copollutant confounding.

### 5.2.3 Development of Asthma

Asthma is described by the National Heart, Lung, and Blood Institute as a chronic inflammatory disease of the airways that develops over time (NHLBI NAEPP, 2007). Pulmonary inflammation can increase airway responsiveness and induce airway remodeling, resulting in bronchoconstriction (bronchial smooth muscle contraction), and in turn, episodes of shortness of breath, coughing, wheezing, and chest tightness. When the pathophysiology of asthma advances in its development to the stage where the symptoms lead people to seek medical treatment, a diagnosis of asthma can result. A potential outcome of asthma development is that the pattern of reduced growth in lung function seen in early childhood persists into adulthood (McGeachie et al., 2016), potentially resulting in alterations to lung structure as adults (Donohue et al., 2013). In this section, asthma in children is discussed first, followed by asthma in adults, and subclinical effects underlying asthma development, such as pulmonary inflammation and increased airway responsiveness. While the evidence-base remains limited for subclinical effects and asthma in adults, recent studies of asthma in children supplement the limited number of studies reviewed in the

2009 PM ISA (U.S. EPA, 2009) and provide evidence of an association between long-term $PM_{2.5}$ exposure and asthma development in children.

#### 5.2.3.1 Asthma in Children

Epidemiologic studies evaluated in the 2009 PM ISA (U.S. EPA, 2009) that examined asthma development in children were limited in number. In a birth cohort study in the Netherlands, early-life $PM_{2.5}$ exposure was associated with doctor-diagnosed asthma at age 4 years (Brauer et al., 2007). In the southern California Children's Health Study (CHS), $PM_{2.5}$ was examined in relation to the association between lung function and asthma incidence. The protective association between lung function and new onset asthma observed in the overall population was not present in high $PM_{2.5}$ communities (Islam et al., 2007).

The recent body of literature enhances the limited evidence base, providing further evidence that long-term exposure to $PM_{2.5}$ is associated with asthma development in children. The strongest evidence supporting the relationship between long-term exposure to $PM_{2.5}$ and childhood asthma comes from several recent prospective and retrospective cohort studies conducted in North America and Europe. Longitudinal epidemiologic studies, which follow subjects over time, can better characterize the temporal sequence between $PM_{2.5}$ exposures and the incidence of asthma by ascertaining the first record of a physician diagnosis. In this regard, longitudinal studies distinguish between asthma onset and asthma exacerbation. Study-specific details, air quality characteristics, and select results from these studies, discussed throughout this section, are highlighted in Table 5-21. In most studies, asthma incidence was ascertained through validated questionnaires that asked parents about the child ever having a physician diagnosis of asthma at baseline, and, at each follow-up, questions about a diagnosis of asthma in the intervening period. In other studies, asthma was assessed by pediatric allergist evaluation (Carlsten et al., 2011) and primary care physician diagnosis or hospitalization due to asthma (Tétreault et al., 2016a; Clark et al., 2010).

**Table 5-21 Longitudinal studies of long-term $PM_{2.5}$ exposure and asthma incidence in children.**

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| Brauer et al. (2007)<br>The Netherlands<br>1997−2001<br>Prospective cohort | PIAMA<br>n = 3,934<br>Follow-up: at 4 yr old<br>85.3% follow-up participation at 4 yr | GIS model<br>Long-term average $PM_{2.5}$ concentration for the first 4 yr of life<br>Mean: 16.9 μg/m$^3$<br>Max: 25.2 μg/m$^3$ | OR: 1.6 (1.1, 2.2) | Correlation (*r*): 0.96 $NO_2$<br>Copollutant models with: NA |
| †Carlsten et al. (2011)<br>Vancouver, Canada<br>1995−2002<br>Prospective cohort | CAPPS: a high-risk asthma birth cohort<br>n = 184<br>Follow-up: at 7 yr old<br>63% follow-up participation at 7 yr | Annual average $PM_{2.5}$ concentration estimated at birth residence (birth yr) using LUR.<br>Mean: 5.6 μg/m$^3$ | OR: 4.0 (1.4, 11.5) | Correlation (*r*): 0.7 $NO_2$<br>Copollutant models with: NA |
| †Gehring et al. (2010)<br>The Netherlands<br>1996−2004<br>Prospective cohort | PIAMA<br>n = 3,863<br>Follow-up: annually from birth to 8 yr<br>94.4% participation at yr 1, 82% at yr 8 | Annual average $PM_{2.5}$ concentration estimated at birth residence (birth yr) using LUR.<br>Cross-validation RMSE for validation 1.59 μg/m$^3$; Model $R^2$ = 0.78<br>Mean: 17.5 μg/m$^3$<br>Max: 25.7 μg/m$^3$ | Without adjustment for study region<br>OR: 1.5 (1.2, 1.9)<br>With adjustment for study region<br>OR: 1.4 (0.95, 2.1) | Correlation (*r*): 0.93 $NO_2$<br>Copollutant models with: NA |
| †Gehring et al. (2015a)<br>The Netherlands<br>1996−2008<br>Prospective cohort | PIAMA<br>n = 3,702 children<br>Follow-up: annually from birth to 8 yr and again at age 11−12 yr | Annual average $PM_{2.5}$ concentration estimated at birth residence (birth yr) and current address (at time of questionnaire) using LUR.<br>LOOCV $R^2$ = 0.61<br>Median: 16.5 μg/m$^3$<br>75th: 25.3 μg/m$^3$<br>95th: 26.4 μg/m$^3$ | Birth address<br>OR: 1.6 (0.9, 2.9)<br>Current address<br>OR: 1.2 (0.6, 2.4)<br>(Birth address $PM_{2.5}$ vs. current address $PM_{2.5}$ correlation [*r*]: 0.74) | Correlation (*r*): 0.73 $NO_2$ (at birth address)<br>Copollutant models with: NA |
| †Yang et al. (2016)<br>The Netherlands<br>1996−2011<br>Prospective cohort | PIAMA<br>n = 3,701 children<br>Follow-up: annually from birth to 8 yr and again at age 11−12 yr and 14 yr | Annual average $PM_{2.5}$ concentration estimated at birth residence (birth yr) and current address (at time of questionnaire) using LUR.<br>LOOCV $R^2$ = 0.61; Model $R^2$ = 0.67 | Birth address<br>OR: 1.4 (0.8, 2.5)<br>Current address<br>OR: 1.1 (0.6, 2.0) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-21 (Continued): Longitudinal studies of long-term $PM_{2.5}$ exposure and asthma incidence in children.**

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †MacIntyre et al. (2014a)<br>Vancouver, Canada; the Netherlands; and Germany.<br>Pooled analysis of prospective cohorts. | TAG: A pooled analysis of CAPPS Vancouver, PIAMA, LISA, and GINI birth cohorts<br>n = 2,743 | Annual average $PM_{2.5}$ concentration estimated at birth residence (birth yr) using LUR.<br>For LISA/GINI $R^2$ = 0.56; RMSE for model validation: 1.35 μg/m$^3$<br>Model validation for CAPPS and PIAMA as noted above<br>Mean: 15.2 μg/m$^3$<br>Max: 25.1 μg/m$^3$ | Current asthma<br>OR: 2.5 (1.5, 4.3)<br>Ever asthma<br>OR: 1.2 (0.8, 1.8) | Correlation (*r*): 0.23 $NO_2$<br>Copollutant models with: $NO_2$ |
| †Gehring et al. (2015b)<br>Sweden, Germany, and the Netherlands.<br>Pooled and meta-analyses of prospective cohorts | BAMSE, PIAMA, LISA, and GINI<br>n = 14,126<br>Followed to 14−16 yr of age | LUR was used to estimate annual average $PM_{2.5}$ concentrations at the participant's birth and current home addresses.<br>Model $R^2$ BAMSE: 87%; GINI/LISA North: 83%; GINI/LISA South: 69%; and PIAMA: 67%.<br>$PM_{2.5}$ concentrations at birth address<br>Mean across cohorts: 7.8 to 17.4 μg/m$^3$ | Random-effects meta-analysis<br>Birth yr<br>OR: 1.3 (0.9,1.7)<br>Current address<br>OR: 1.1 (0.9, 1.5) | Correlation with $NO_2$ "high." Quantitative results not reported.<br>Copollutant models with: NA |
| †McConnell et al. (2010)<br>Southern California<br>2002−2006<br>Prospective cohort | CHS<br>n = 2,497 children; ages 4.8−9.0 yr at enrollment<br>Follow-up: 3 yr<br>74% follow-up participation | Annual average $PM_{2.5}$ concentration from one fixed-site monitor per community. Concurrent exposure. | HR: 1.2 (0.97, 1.4) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Clark et al. (2010)<br>Southwest British Columbia, Canada<br>1999−2004<br>Prospective case control | British Columbia population-based birth cohort<br>n = 20,130<br>Follow-up: 3−4 yr to diagnosis by age 4 yr | LUR model used to estimate annual average $PM_{2.5}$ concentration at birth residence for 1st-yr and in utero exposure.<br>Also assessed exposure concentration estimated by $PM_{2.5}$ concentrations at industrial point sources using an IDW However, there was no association for prenatal exposure estimated by an IDW summation of emissions from point sources.<br>Mean:<br>LUR 4.5 μg/m$^3$<br>IDW 5.62 μg/m$^3$ | Prenatal<br>IDW: 0.8 (0.6, 1.0)<br>LUR: 1.1 (1.0, 1.2)<br>First yr<br>IDW: 1.3 (0.9, 1.9)<br>LUR: 1.1 (0.95, 1.2) | Correlations among pollutants were stated to be generally high. Quantitative results not reported.<br>Copollutant models with: NA |

**Table 5-21 (Continued): Longitudinal studies of long-term $PM_{2.5}$ exposure and asthma incidence in children.**

| Study | Study Population | Exposure Assessment | Effect estimates 95% CI[a] | Copollutant Examination |
|---|---|---|---|---|
| †Nishimura et al. (2013)<br>Chicago, IL; Bronx, NY; Houston, TX; San Francisco Bay Area, CA; Puerto Rico<br>Retrospective case control | GALA II and SAGE II<br>n = 948<br>Ages 8−21 yr | Average $PM_{2.5}$ concentration for 1st yr and first 3 yr of life estimated using IDW of four closest monitors within 50 km of birth residence.<br>Mean across cities: 8.1 to 17.0 μg/m$^3$ | First yr of life exposure<br>All cities combined: 1.2 (0.6, 2.3)<br>(Houston, TX: 1.2 [0.6, 15.5];<br>Puerto Rico: 1.6 [0.8, 3.3];<br>Chicago, IL: 0.5 [0.1, 1.6];<br>New York, NY: 3.7 [1.0, 13.7]<br>San Francisco, CA [GALA]: 0.4 [0.1 to 1.8];<br>San Francisco, CA [SAGE]: 0.7 [0.2, 2.4]) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Tétreault et al. (2016a)<br>Quebec, Canada<br>1996−2011 | The Quebec Integrated Chronic Disease Surveillance System was used to create an open birth cohort<br>n = 1,183,865 | Mean $PM_{2.5}$ concentrations at birth address estimated at the postal code scale during 2001−2006 derived using satellite imagery and a CTM. Concentrations were assumed to be constant throughout the study period.<br>Mean: 9.86 μg/m$^3$<br>Max: 14.85 μg/m$^3$ | Birth address HR: 1.23 (1.21 to 1.24) | Correlation (*r*): NA<br>Copollutant models with: NA |

BAMSE = Children, Allergy, Milieu, Stockholm, Epidemiological Survey; CAPPS = Canadian Asthma Primary Preventions Study; CHS = Children's Health Study; CI = confidence interval; CTM = chemical transport model; GALA II = Genes environments and Admixture in Latino Americans; GINI = German Infant Nutrition Intervention; GIS = geographic information system; HR = hazard ratio; IDW = inverse-distance weighting; km = kilometer; LISA = Lifestyle Factors on the Development of the Immune System and Asthma; LOOCV = leave one out cross-validation; LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; n = sample size; NA = not available; $NO_2$ = nitrogen dioxide; NR = not reported; OR = odds ratio; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation coefficient; $R^2$ = coefficient of determination; RMSE = root-mean-squared error; SAGE II = Study of African Americans, Asthma, Genes, and Environments; TAG = Traffic, Asthma, and Genetics; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m$^3$ increase in $PM_{2.5}$.

†Studies published since the 2009 PM ISA.

Most recent asthma incidence studies focus on birth year as the period of potentially heightened sensitivity to $PM_{2.5}$ exposure and examine asthma incidence across varying follow-up times. The association between birth-year $PM_{2.5}$ exposure and diagnosis of asthma at age 7 years was examined in a birth cohort of children at high-risk for asthma (n = 186) in Vancouver, Canada (Carlsten et al., 2011). The smaller sample size compared to other recent studies is balanced by using a high-risk cohort, which results in a higher proportion of cases compared to general population studies. Despite low mean outdoor

$PM_{2.5}$ concentrations at birth residences (5.6 μg/m$^3$), Carlsten et al. (2011) observed that $PM_{2.5}$ was associated with increased odds of asthma diagnosis (OR: 4.0 [95% CI: 1.4, 11.5]). In a larger study with relatively low mean $PM_{2.5}$ concentrations (9.9 μg/m$^3$; max: 14.9), Tétreault et al. (2016a) reported a positive and precise association between $PM_{2.5}$ and onset of asthma in an administrative cohort study of over 1 million children (HR: 1.23 [95% CI: 1.21 to 1.24]). The observed HR was robust to sensitivity analyses examining the impact of time-varying $PM_{2.5}$ concentrations and more rigorous case definitions for children under 5 years. Other studies conducted at higher $PM_{2.5}$ concentrations also reported generally positive associations between $PM_{2.5}$ and asthma incidence (Figure 5-30). A pooled retrospective case-control analysis of minority children provided an exception to the generally consistent evidence of an association (Nishimura et al., 2013). However, the study had low statistical power due to missing $PM_{2.5}$ concentration measurements for some regions.




CI = confidence interval, HR = hazard ratio, LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; N = sample size; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm..

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Odds ratios are standardized to an increment of 5 μg/m$^3$. Corresponding quantitative results and study details are reported in Table 5-21.

**Figure 5-30 Long-term exposure to $PM_{2.5}$ and asthma incidence in children.**

Several studies examined alternate exposure windows to assess other periods of potential sensitivity to PM exposure in the development of asthma. Two studies of the PIAMA cohort in the Netherlands (Yang et al., 2016; Gehring et al., 2015a) and one pooled analysis of four European birth cohorts (Gehring et al., 2015b) observed that asthma incidence was associated with $PM_{2.5}$ concentrations outside birth residences, and reported attenuated but still positive associations with $PM_{2.5}$ concentrations at the address of the participant at the time of follow-up (quantitative results presented in Table 5-21). As discussed in Section 5.2.2.2.1, exposure was modeled after follow-up for all of these cohorts, such that exposure estimates are representative of spatially relative concentrations. An earlier PIAMA study stratified by participants who had and had not moved from their birth address (movers vs. nonmovers) and observed associations between $PM_{2.5}$ and incident asthma that were slightly stronger in magnitude in nonmovers (OR: 1.6 [95% CI: 1.1, 2.3]) than movers [OR: 1.3 (95% CI: 0.97, 1.8); Gehring et al. (2010)]. While the difference in ORs is not large, the stratified results may suggest continued sensitivity to $PM_{2.5}$ exposure later in life. In a nested case-control study in British Columbia, Clark et al. (2010) examined asthma incidence at ages 3−4 years in association with $PM_{2.5}$ concentrations in both the prenatal period and first year of life. The authors reported similar asthma-$PM_{2.5}$ associations for prenatal and first year of life exposures estimated by LUR (OR: 1.1 [95% CI: 1.0, 1.2] and OR: 1.1 [95% CI: 0.95, 1.2] for prenatal and first year $PM_{2.5}$ averages, respectively).

Recent studies of asthma prevalence generally provide supporting evidence for an association with $PM_{2.5}$ (Gehring et al., 2015b; Hasunuma et al., 2014; MacIntyre et al., 2014a; Mölter et al., 2014), although some did not (Fuertes et al., 2013b; Akinbami et al., 2010). Supporting evidence was also reported in studies examining $PM_{2.5}$ and wheeze, a common symptom of asthma. Repeated wheeze in 2-year-olds was prospectively studied in a pregnancy cohort of women (n = 708) receiving care at Brigham and Women's Hospital in Boston, MA (Chiu et al., 2014). Prenatal $PM_{2.5}$ exposure, estimated using a hybrid model incorporating AOD observations with land use predictors to yield residence-specific ambient $PM_{2.5}$ concentration estimates, was associated with increased odds of repeated wheeze at age 2 years (OR: 2.0 [95% CI: 1.2, 3.4] for above median vs. below median $PM_{2.5}$ concentrations). In the larger PIAMA cohort study detailed in Table 5-21, Gehring et al. (2010) observed increased odds of parental-reported prevalent wheeze during the first 8 years of life associated with long-term $PM_{2.5}$ concentration (OR: 1.3 [95% CI: 1.1, 1.6]).

#### 5.2.3.1.1 Copollutant Confounding

Most of the reviewed studies of asthma incidence in children did not present results from copollutant models. This may be the result of consistently high correlations reported between $PM_{2.5}$ and other pollutants across studies (Table 5-21), which reduces the reliability of copollutant models. MacIntyre et al. (2014a) observed a weak correlation between $PM_{2.5}$ and $NO_2$ ($r = 0.23$) in a pooled analysis of four birth cohorts. The association observed between birth-year $PM_{2.5}$ exposure and having a current asthma diagnosis (OR: 2.5 [95% CI: 1.5, 4.3]) remained after adjustment for $NO_2$ in a copollutant

model (OR: 4.5 [95% CI: 1.4, 14.2]). However, given the lack of additional studies, uncertainties remain regarding whether the association between $PM_{2.5}$ and asthma incidence in children is independent of coexposure to other pollutants.

#### 5.2.3.1.2 Concentration-Response Relationship

The shape of the C-R relationship between asthma incidence in children and long-term exposure to $PM_{2.5}$ was examined in (Tétreault et al., 2016a). To examine whether there is evidence of linearity in the relationship restricted cubic splines with three knots were included in the model. For $PM_{2.5}$, as well as $O_3$ and $NO_2$, nonlinear models did not result in better fits than the linear models for both exposures outside the home address at birth and for time-varying exposures during the follow-up period. Carlsten et al. (2011) examined the $PM_{2.5}$-asthma incidence association across exposure quartiles and reported monotonically increasing risk. However, this analysis stratified an already small sample size, resulting in wide CIs for each quartile estimate of risk. A C-R relationship was also evaluated in a study of childhood wheeze. Chiu et al. (2014) used penalized spline models to assess the nature of the relationship between prenatal $PM_{2.5}$ exposure and repeated wheeze. As depicted in Figure 5-31, the C-R relationship was approximately linear with some evidence of a less steep relationship at the higher exposure levels, albeit with high uncertainty due to limited data at higher exposures. Confidence in the shape of the curve, as indicated by the dotted lines surrounding the spline curve, is highest from about 10 to 12 $\mu g/m^3$, where most of the observations occur. None of the evaluated studies provide a thorough empirical evaluation of alternatives to linearity, limiting the conclusions that can be drawn with respect to the shape of the C-R relationship.




μg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Solid lines depict the penalized spline curve, and dotted lines indicate the 95% confidence bounds.

Source: Chiu et al. (2014).

**Figure 5-31 Concentration-response relationship of prenatal $PM_{2.5}$ with children's repeated wheeze.**

### 5.2.3.2 Asthma in Adults

No studies of long-term $PM_{2.5}$ exposure and asthma in adults were discussed in the 2009 PM ISA (U.S. EPA, 2009). Since then, several recent studies have examined incidence and prevalence of asthma and wheeze in adults in several cohorts. Contrary to the recent evidence supporting the presence of an association in children, the results for adult populations have been largely inconsistent. Study-specific details, including study locations, cohort descriptions, air quality characteristics, and select results from these studies, are highlighted in Table 5-22. A forest plot of the effect estimates, depicting the heterogeneity of results across studies, is presented in Figure 5-32.

**Table 5-22 Long-term $PM_{2.5}$ exposure and asthma and wheeze incidence and prevalence in adults.**

| Study | Study Population | Exposure Assessment | Effect estimates (95% CI) per 5 μg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| *Asthma Incidence* | | | | |
| †Young et al. (2014)<br>U.S.<br>2003−2012<br>Prospective cohort | The Sister Study; cohort of women with at least one sister with a diagnosis of breast cancer.<br>n = 39,350<br>Enrollment from 2003−2006. Follow-up from 2008−2012 (participation >99%) | Kriging regression monitor values using geographic variables.<br>Annual average $PM_{2.5}$ concentration estimated outside home address at enrollment.<br>Cross-validated $R^2$: 0.88<br>Mean: 10.8 μg/m$^3$<br>Range: 1.9−18.0 μg/m$^3$ | Incident asthma<br>OR: 1.3 (0.99, 1.7)<br>Incident wheeze<br>OR: 1.2 (1.1, 1.4) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †To et al. (2015)<br>Ontario, Canada<br>1980−2003<br>Prospective cohort | The Canadian National Breast Screening Study<br>n = 29,549 women, ages 40−59 yr at enrollment<br>Enrollment from 1980−1985. Follow-up using administrative databases from 1992−2003 | Long-term average $PM_{2.5}$ concentrations from 1998−2006 estimated at 10 ×10-km grid level using AOD observations from satellite imagery.<br>$R^2$ with ground monitors: 0.77<br>Mean: 12.47 (SD = 2.40) μg/m$^3$ | RR: 1.0 (0.92, 1.25) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Jacquemin et al. (2015)<br>24 European cities<br>Combination of six prospective cohorts | The European Study of Cohorts for Air Pollution Effects<br>n = 17,098 | LUR models of annual average $PM_{2.5}$ concentration at participants' address at follow-up.<br>Range of means across cities: 10 to 18 μg/m$^3$ | OR: 1.0 (0.88, 1.2) | Correlation (*r*): (range across cities) 0.60−0.90 $NO_2$; 0.51−0.94 $NO_X$; 0.63−0.88 $PM_{10}$; 0.22−0.67 $PM_{10-2.5}$<br>Copollutant models with: NA<br>Copollutant models NR |
| *Asthma Prevalence* | | | | |
| †Schultz et al. (2017)<br>Wisconsin<br>2008−2013<br>Cross sectional | SHOW; probabilistic survey design<br>n = 3,381 adults ages 21+ yr | Annual average $PM_{2.5}$ concentration estimates from U.S. EPA Bayesian space-time downscaler. 12 × 12-km gridded estimates were linked to participants' home addresses. 1-yr lag.<br>5th: 10.9 μg/m$^3$<br>Max: 15.1 μg/m$^3$ | Prevalent asthma<br>OR: 3.6 (2.4, 5.4)<br>Prevalent wheeze<br>OR: 0.97 (0.58, 1.6) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 5-22 (Continued): Long-term $PM_{2.5}$ exposure and asthma and wheeze incidence and prevalence in adults.**

| Study | Study Population | Exposure Assessment | Effect estimates (95% CI) per 5 μg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Rice et al. (2015a)<br>New England<br>Enrollments<br>Offspring: 1971−1975<br>Third generation: 2002−2005<br>Cross-sectional analysis of longitudinal data | Framingham Offspring and Third Generational Cohorts<br>n = 2,855<br>Biennial follow-up | Annual average $PM_{2.5}$ concentrations for 2001 were estimated at 10 × 10-km grid level using AOD observations from satellite. Resolved to 50 × 50 m using land use terms and assigned to participants' home addresses.<br>10-fold cross-validated LOOCV $R^2$: 0.85<br>Mean: 10.8 μg/m$^3$<br>Max: 21.7 μg/m$^3$ | Prevalent asthma<br>OR: 0.93 (0.67, 1.3)<br>Prevalent wheeze<br>OR: 0.95 (0.68, 1.3) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Nachman and Parker (2012)<br>U.S.<br>2002−2005<br>Cross sectional | NHIS; multistage probability survey<br>n = 109,485 adults ages 18+ yr | Annual average $PM_{2.5}$ concentrations were estimated from a kriging model used to interpolate monitor concentrations.<br>Median: 12.6 μg/m$^3$<br>Max: 24.7 μg/m$^3$ | OR: 0.98 (0.94, 1.03) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †To et al. (2015)<br>See details above | See details above | See details above | RR: 1.1 (1.0, 1.3) | See details above |

AOD = aerosol optical depth; CI = confidence interval; km = kilometer; LOOCV = leave one out cross-validation; LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; n = sample size; NA = not available; NHIS = National Health Interview Survey; $NO_2$ = nitrogen dioxide; $NO_X$ = sum of $NO_2$ and nitric oxide, NR = not reported; OR = odds ratio; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; RR = relative risk; SD = standard deviation; SHOW = Survey of the Health of Wisconsin; yr = year(s).

[a]Effect estimates are standardized to a 5-μg/m$^3$ increase in $PM_{2.5}$.

†Studies published since the 2009 PM ISA.

A limited number of studies on incident asthma in adults reported inconsistent evidence of an association. In a large prospective cohort study of women across the U.S., asthma incidence was associated 1-year avg $PM_{2.5}$ concentrations at the beginning of follow-up [OR: 1.3 (95% CI: 0.99, 1.7); Young et al. (2014)]. Cases were defined by self-reporting of all three of the following conditions: asthma diagnosis by a doctor, use of asthma medication, and presence of asthma symptoms. In support of the association seen with incident asthma, Young et al. (2014) also reported an increase in wheeze incidence associated with long-term exposure to $PM_{2.5}$. In contrast, the ESCAPE study, an analysis of six European cohorts, did not observe an association between long-term $PM_{2.5}$ concentrations and asthma onset in adults (Jacquemin et al., 2015). The finding was unchanged in a sensitivity analysis aimed at reducing exposure measurement error by restricting the analysis to cities with better LUR model validation.

Similarly, in a large cohort study of chronic disease prevalence in women living in Ontario, Canada, To et al. (2015) also reported a null association. However, because $PM_{2.5}$ concentrations were estimated from satellite observations of AOD taken in the middle of the study period, asthma cases were restricted to the years after exposure estimates were available, which reduced the case number and power of the study. Using the entire study population, To et al. (2015) observed an association between long-term $PM_{2.5}$ exposure and asthma prevalence.




CI = confidence interval; μg/m³ = micrograms per cubic meter; N = sample size; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Black text/circles = studies evaluated in the 2009 PM ISA. Red text/circles = studies published since the completion of the 2009 PM ISA. Odds ratios are standardized to an increment of 5 μg/m³. Corresponding quantitative results and study details are reported in Table 5-22.

**Figure 5-32 Asthma and wheeze incidence and prevalence in adults in relation to long-term $PM_{2.5}$ exposure.**

In addition to the To et al. (2015) study, there were a few other studies that examined asthma prevalence in adults. These studies were of cross-sectional design and the results, similar to studies of asthma incidence, were also inconsistent. While a health survey-based study of adults in Wisconsin reported evidence of a large increase in odds of asthma prevalence in association with annual average $PM_{2.5}$ concentration in the previous year (OR: 3.58 [95% CI: 2.36, 5.43]), the authors did not observe an association with prevalent wheeze (Schultz et al., 2017). In contrast, cross-sectional analyses of a longitudinal cohort (Rice et al., 2015a) and a national health survey (Nachman and Parker, 2012) observed null associations between long-term exposure to $PM_{2.5}$ and asthma prevalence in adults.

#### 5.2.3.3 Subclinical Effects Underlying Development of Asthma

Subclinical effects underlying the development of asthma, including airway inflammation and airway hyperresponsiveness, have been examined in both epidemiologic studies and animal toxicological studies. The 2009 PM ISA (U.S. EPA, 2009) reported a cross-sectional analysis of school children in Windsor, Ontario that observed an increase in airway inflammation (as measured by exhaled nitric oxide [eNO]) corresponding to an increase in annual $PM_{2.5}$ concentrations (Dales et al., 2008). Also reviewed in the 2009 PM ISA were several studies that reported subclinical effects underlying the development of asthma following long-term exposure to DE or woodsmoke. However, these studies did not distinguish between effects due to gases or particles in the mixture.

##### 5.2.3.3.1 Epidemiologic Studies

Recently, a longitudinal study of the CHS cohort reported that, in models adjusted for short-term $PM_{2.5}$ exposure, annual $PM_{2.5}$ concentrations were associated with a 10.3 ppb (95% CI: 3.0, 17.6) increase in FeNO (Berhane et al., 2014). Results from a prior CHS analysis (Bastain et al., 2011) showed that elevated eNO was associated with increased risk of new onset asthma. However, potential copollutant confounding was not examined in either study. Thus, there are a limited number of epidemiologic studies providing evidence for subclinical effects underlying the development of asthma in association with long-term exposure to $PM_{2.5}$.

##### 5.2.3.3.2 Animal Toxicological Study

Recently, a study evaluating the effects of $PM_{2.5}$ on the development of asthma has become available. Kim et al. (2016a) exposed BALB/c mice to nebulized DEPs for 4, 8, and 12 weeks and found increased BALF levels of the Th2 cytokines IL-5 (8 and 12 weeks) and IL-13 (4 and 12 weeks; $p < 0.05$). Because these mice were naïve and not sensitized or challenged with allergens, this result provides evidence that $PM_{2.5}$ can induce an immune phenotype in the absence of an allergen. In addition, airway

responsiveness to methacholine was assessed using whole-body plethysmography to measure Penh. Methacholine is a muscarinic receptor agonist that elicits bronchoconstriction and is used to evaluate airway hyperresponsiveness, a hallmark of asthma. DEP exposure resulted in increased Penh at all three time points studied ($p < 0.01$). As discussed in Section 5.1.2.3.5, there is uncertainty associated with the use of Penh for the determination of airway responsiveness. Additional study details are found in Table 5-23.

**Table 5-23 Study-specific details from an animal toxicological study of long-term $PM_{2.5}$ exposure and subclinical effects underlying development of asthma.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Kim et al. (2016a)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 5−6 weeks | DEP nebulized<br>Particle size: mean diameter 0.4 µm before nebulization and 1−5 µm after nebulization<br>Control: saline solution | Dose/concentration: 0.1 and 3 mg/m$^3$ DEP or saline<br>(Only results from 0.1 mg/m$^3$ reported here)<br>Duration: 1 h/day, 5 days/week for 4, 8, and 12 weeks<br>Time to analysis: 1 day after last exposure | Penh-methacholine challenge<br>BALF cells<br>BALF cytokines<br>Histochemistry<br>• Masson trichome staining of lung |

BALF = bronchoalveolar lavage fluid; DEP = diesel exhaust particles; h = hour(s); µg/m$^3$ = micrograms per cubic meter; Penh = enhanced pause; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

### 5.2.4 Development of Allergic Disease

The 2009 PM ISA (U.S. EPA, 2009) reviewed a limited number of epidemiologic studies examining a range of allergic indicators that found a mix of positive and null associations with long-term exposure to $PM_{2.5}$. While several studies reported $PM_{2.5}$ associations with hay fever/allergic rhinitis, indoor and outdoor allergic sensitization, and/or eczema, there was comparable evidence of null associations across the same endpoints within the reviewed studies. Most studies examining allergic endpoints assessed prevalence outcomes cross sectionally. In addition to a lack of prospective studies on allergic disease incidence, none of the studies reviewed in the 2009 PM ISA used copollutant models to evaluate the independent effect of $PM_{2.5}$. Studies published since the completion of the 2009 PM ISA encompass two main indicators of allergic disease: hay fever/allergic rhinitis diagnosis and allergic sensitization. In addition, a single recent animal toxicological study provided evidence that long-term $PM_{2.5}$ exposure can promote the development of a Th2 phenotype (see Section 5.2.3.3.2).

Allergic sensitization, measured by detectable allergen-specific IgE levels, was examined in the recent evidence base. A pooled analysis of five European birth cohorts reported that annual average $PM_{2.5}$ concentrations outside participants' birth addresses were associated with higher odds of sensitization to any common allergen at ages 4 and 8 years (Gruzieva et al., 2014). However, the association was driven by results from the PIAMA cohort in the Netherlands (Gehring et al., 2010), whereas analyses of other cohorts included in the pooled analysis, such as the LISA and GINI cohorts (Fuertes et al., 2013b), did not observe associations. The PIAMA cohort study observed associations with $PM_{2.5}$ concentrations outside birth addresses that were larger in magnitude compared to current addresses, but also reported associations that were larger in magnitude among nonmovers compared to movers (Gehring et al., 2010). As discussed in Section 5.2.3 on asthma development, early-life exposure may be important to allergic sensitization, but the critical exposure window may continue into later childhood. In a 2005−2006 NHANES study comprising a nationally representative sample of the U.S. population, Weir et al. (2013) found that annual average $PM_{2.5}$ concentration was associated with increased odds of sensitization to indoor allergens for exposure assigned from monitors within 20 miles of the participants' home address (OR: 1.27 [95% CI: 1.12, 1.45]) and using geocoded CMAQ $PM_{2.5}$ concentration estimates (OR: 1.26 [95% CI: 1.16, 1.38]). Associations with sensitization to food allergens were positive but imprecise, while sensitization to outdoor allergens were not related to annual average $PM_{2.5}$ concentrations. Although copollutant models were not examined, $PM_{2.5}$ was weakly correlated with $NO_2$ and $O_3$.

Other recent studies examined parental and self-reported hay fever/allergic rhinitis and rhino conjunctivitis in children and adults. A few studies of the PIAMA cohort reported that $PM_{2.5}$ assigned at birth address was not associated with increased odds of hay fever (Gehring et al., 2010) or rhino conjunctivitis incidence (Gehring et al., 2015b) in children. However, an association of $PM_{2.5}$ with hay fever was present in children who did not move during follow-up (OR: 1.43 [95% CI: 1.01, 2.04]). The lack of an association in the overall population may have been due to exposure measurement error for children who moved, as evident in the association among nonmovers. In contrast to Gehring et al. (2010), a pooled analysis of six Canadian and European cohorts (CAPPS, SAGE, PIAMA, BAMSE, and GINI/LISA), reported that birth-year $PM_{2.5}$ was associated with a 37% increase in odds of allergic rhinitis at age 7−8 years [95% CI: 1, 86%; Fuertes et al. (2013a)]. Wang et al. (2015a) also observed a positive association between parental-reported allergic rhinitis and cumulative long-term $PM_{2.5}$ exposure in a cohort of kindergarteners living within 10 km of an air quality monitoring station. In a cross-sectional study of adults in Wisconsin, Schultz et al. (2017) observed no evidence of a linear association between annual $PM_{2.5}$ concentrations and subjects who self-reported a physician diagnosis of allergies or hay fever (OR: 1.06 [95% CI: 0.74, 1.53]). However, the authors reported increased odds of allergies or hay fever for participants in the second (9.32−10.20 $\mu g/m^3$; OR: 1.38 [95% CI: 1.03, 1.76]) and third (10.21−10.85 $\mu g/m^3$; OR: 1.33 [95% CI: 1.00, 1.76]) quartiles of PM exposure compared to those in the first (6.59−9.31 $\mu g/m^3$), suggesting a potential nonlinear association.

In summary, recent studies evaluated associations between long-term exposure to $PM_{2.5}$ and various allergic outcomes in a mix of large representative cohort and cross-sectional survey studies.

While recent evidence includes more longitudinal study designs, there are no studies that evaluate copollutant models. Despite this limitation, there is generally consistent evidence of an association between long-term $PM_{2.5}$ exposure and allergic sensitization in single pollutant models. However, as seen in Weir et al. (2013) and studies reviewed in the 2009 PM ISA (U.S. EPA, 2009), consistent associations with specific allergens have not emerged. The findings for allergic rhinitis were inconsistent, although a limited number of studies that aimed to reduce exposure measurement error, either by restricting distance between study participants and monitors or by excluding participants who moved, did observe associations. Overall, evidence indicates an association between long-term exposure to $PM_{2.5}$ and at least some manifestations of allergic disease. Limited evidence from a single animal toxicological study showing that long-term exposure to DEP promotes the development of an allergic phenotype supports for epidemiologic findings of allergic responses.

### 5.2.5 Development of Chronic Obstructive Pulmonary Disease (COPD)

There were no epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ and COPD available for inclusion in the 2009 PM ISA (U.S. EPA, 2009). An animal toxicological study provided evidence for the development of emphysema, a form of COPD, following long-term exposure to woodsmoke, but did not distinguish between effects due to gases or particles in the mixture. Several recent epidemiologic studies examined COPD as an outcome using medical records data, lung function measures, and imaging data obtained in cohorts and cross-sectional studies based in North America and Europe. Studies also examined specific forms of COPD, including emphysema, marked by destruction of the alveolar region of the lungs, and chronic bronchitis, or long-term inflammation of the bronchial tubes. These studies are discussed below. There are no recent animal toxicological studies examining long-term exposure to $PM_{2.5}$ and COPD.

Recent large cohort studies examined the association between long-term $PM_{2.5}$ and COPD development. In a study of COPD incidence in the U.K., a dispersion model was used to assign annual-average $PM_{2.5}$ exposure to nearest postal code centroid for each patient (Atkinson et al., 2015). The authors reported that $PM_{2.5}$ was associated with higher odds of first COPD hospitalization (OR: 1.14 [95% CI: 0.96, 1.36]), but not for COPD diagnosis from a general practitioner (OR: 0.98 [95% CI: 0.84, 1.16]). Hospital admissions records may represent more severe cases of COPD, which may explain the difference in effect estimates. The COPD hospitalization results persisted in two-pollutant models with $SO_2$, $NO_2$, and $O_3$ ($r < 0.5$ for all pollutants). Similarly, 5-year avg $PM_{2.5}$ was associated with an increase, with wide confidence intervals, in the risk of hospitalization due to COPD (RR: 1.06 [95% CI: 0.93, 1.20]) in a large population-based cohort in metropolitan Vancouver (Gan et al., 2013). The study was limited to participants who had no previous record of COPD diagnosis, but hospitalization records were analyzed only for a few years prior. Thus, the hospitalization could reflect exacerbation of a previously diagnosed disease, rather than COPD onset. In a large cohort study of chronic disease prevalence in women living in Ontario, Canada, To et al. (2015) assigned $PM_{2.5}$ exposure at a postal code level using

satellite-based AOD observation data. The authors reported that the incidence and prevalence of COPD were associated with 8-year avg $PM_{2.5}$ concentrations. Contrasting evidence was observed in an ESCAPE project pooled analysis of four European cohorts (Schikowski et al., 2014). COPD was defined using prebronchodilator $FEV_1$:FVC below the lower limit of normal (LLN) and the Global Initiative for Chronic Obstructive Lung Disease (GOLD) definition ($FEV_1$:FVC < 0.70). Annual $PM_{2.5}$ concentrations, estimated by LUR, were not associated with incidence (OR: 1.06 [95% CI: 0.73, 1.53]) or prevalence (OR: 0.95 [95% CI: 0.47, 1.9]) of COPD defined by LLN. Similar estimates were obtained using the GOLD definition of COPD.

A limited number of studies examined specific forms of COPD, including emphysema and chronic bronchitis. As discussed in the 2009 PM ISA (U.S. EPA, 2009), McConnell et al. (2003) reported associations between annual and 4-year avg $PM_{2.5}$ and bronchitic symptoms in a prospective study of children in 12 CHS communities. A recent pooled analysis of five European cohorts also examined chronic bronchitis in relation to $PM_{2.5}$ (Cai et al., 2014). Annual average $PM_{2.5}$ concentrations were not associated with chronic bronchitis in the overall population (OR: 0.90 [95% CI: 0.74, 1.09]), but were associated with chronic bronchitis in a subanalysis of nonsmokers (OR: 1.28 [95% CI: 0.95, 1.72]). A U.S. cross-sectional study using data from the National Health Interview Survey (NHIS) also observed an association between $PM_{2.5}$ concentrations in the past year and the odds of chronic bronchitis [OR: 1.08 (95% CI: 0.94, 1.24); Nachman and Parker (2012)]. The association between emphysema and exposure to $PM_{2.5}$ was examined cross sectionally in the MESA study (Adar et al., 2015). PM concentrations 1 year prior to baseline exam and 20-year avg exposures were estimated. Percent emphysema, determined from CT scans, was positively associated with both 1- and 20-year avg $PM_{2.5}$. However, these results were driven by lower mean percent emphysema in one city (St. Paul, MN) with the lowest $PM_{2.5}$ concentrations, and the associations were no longer positive after adjustment for study site, or in analyses excluding St. Paul, MN.

Recent studies provide some evidence that long-term $PM_{2.5}$ exposure may be associated with development of COPD in adults, but uncertainties remain. Notably, studies of COPD hospitalization may reflect exacerbation of previously diagnosed disease rather than disease onset. Additionally, hospitalizations may represent severe cases of COPD and may not account for the potential effect of short-term exposures leading to these acute events. There is also a lack of available studies that examine potential copollutant confounding. However, one study observed that $PM_{2.5}$ was associated with first-time COPD hospitalization independent of gaseous pollutants (Atkinson et al., 2015). Overall, a limited number of studies also provide evidence of an association between long-term exposure to $PM_{2.5}$ and chronic bronchitis, a specific form of COPD.

### 5.2.6 Respiratory Infection

In the 2009 PM ISA (U.S. EPA, 2009), results from epidemiologic studies indicated an association between PM and respiratory infection. However, this association was largely evident in studies of short-term PM exposure, as only one study examined the relationship between long-term exposure to $PM_{2.5}$ and respiratory infection. Several animal toxicological studies examined the effects of long-term exposure to DE on host defense. While evidence for altered host defense was found, these studies did not distinguish between effects due to gases or particles in the DE mixture. Recent epidemiologic studies in North America and Europe have examined the associations between long-term exposure to $PM_{2.5}$ and infant bronchiolitis, pneumonia, croup, and otitis media. There are no recent animal toxicological studies of long-term $PM_{2.5}$ exposure and host defense.

The association between infant bronchiolitis and long-term $PM_{2.5}$ exposure was examined in three large cohorts (Karr et al., 2009b; Karr et al., 2009a; Karr et al., 2007). A prominent respiratory infection in infancy, bronchiolitis is primarily caused by the respiratory syncytial virus (RSV) and results in inflammation of the bronchioles. As discussed in the 2009 PM ISA (U.S. EPA, 2009), Karr et al. (2009b) examined infant bronchiolitis hospitalization in a birth registry cohort in the Puget Sound region of Washington. Two similar studies, which were not reviewed in the 2009 PM ISA, also examined infant bronchiolitis in the Georgia Air Basin of British Columbia (Karr et al., 2009a) and the South Coast Air Basin of California (Karr et al., 2007). Each nested case-control study examined cumulative lifetime exposure to $PM_{2.5}$ in relation to bronchiolitis incidence in the first year of life. The results were inconsistent across studies.

Karr et al. (2009b) assigned lifetime average $PM_{2.5}$ from the closest fixed-site monitor within 20 km of subjects' residential postal code. The authors reported that $PM_{2.5}$ concentrations were associated with RSV bronchiolitis, but not all bronchiolitis, which includes bronchiolitis due to other infectious agents. However, in a model examining effect modification, Karr et al. (2009b) reported an association with all bronchiolitis for infants living within 5 km of a fixed-site monitor. The restricted analysis may have reduced exposure measurement error, as infants spend most of their time in or near their homes (Wiley et al., 1991). Karr et al. (2007) did not exclude maternal-infant pairs based on distance to monitor but reported that 90% of study participants lived within 17.7 km of a monitor. The authors observed a 4% increase in the odds of bronchiolitis hospitalization in the first year of life in relation to cumulative lifetime $PM_{2.5}$ exposure (95% CI: 2, 7). The association with $PM_{2.5}$ was robust to the inclusion of $O_3$ in a copollutant model (4% [95% CI: 2, 7]; $r = -0.24$). In contrast to evidence observed in Washington (Karr et al., 2009b) and California (Karr et al., 2007), Karr et al. (2009a) reported null associations between lifetime $PM_{2.5}$ exposure and infant bronchiolitis in British Columbia. The analysis included infants living within 10 km of a monitor and modeled exposure concentrations using an LUR model to produce similar results. A comparison of the $PM_{2.5}$ distributions across the three studies shows that mean concentration and variance are smallest in British Columbia (Figure 5-33). The narrow exposure range, resulting in limited variability in $PM_{2.5}$ concentrations, may have contributed to the lack of an observed association.




μg/m³ = micrograms per cubic meter.

Note: Large dots represent means; bold vertical lines represent medians. Red lines represent ± one standard deviation. For British Columbia, 25th and 75th percentiles were not reported, and so the interquartile range was assumed to center around the mean value. The maximum value for southern California was 111.0 μg/m³. The interquartile ranges the South Coast Air Basin, Puget Sound Region, and Georgia Air Basin were 10, 3.8, and 1.5 μg/m³, respectively.

**Figure 5-33 Exposure measurements from South Coast Air Basin (Karr et al., 2007), Puget Sound Region, WA (Karr et al., 2007), and Georgia Air Basin, British Columbia (Karr et al., 2009b).**

A limited number of studies evaluated other respiratory infection endpoints in infants or adults. MacIntyre et al. (2014b) examined parental-reported pneumonia, otitis media, and croup in an ESCAPE project pooled analysis of 10 European cohorts. $PM_{2.5}$ estimated outside birth residence was associated with an imprecise increase in odds of pneumonia in the first 36 months of life across all cohorts (OR: 2.58 [95% CI: 0.91, 7.27]). The association with $PM_{2.5}$ was attenuated, but still positive, in a two-pollutant model adjusting for $NO_2$ (OR: 1.91 [95% CI: 0.56, 6.57]; $r = 0.42-0.8$). A sensitivity analysis looking at alternative outcome windows showed the strongest association between long-term $PM_{2.5}$ and pneumonia diagnosed in the first year of life. Associations were null or negative for croup and otitis media. In a case-control study in Ontario, Canada, Neupane et al. (2010) assessed the risk of hospitalization for community-acquired pneumonia in adults 65 years of age or older in relation to long-term exposure to $PM_{2.5}$. A notable strength of this study was the use of radiologically confirmed pneumonia to reduce potential outcome misclassification. The authors assigned exposure at the residential level using two deterministic interpolation methods, bicubic splines and inverse-distance weighting, to estimate $PM_{2.5}$ concentrations at locations not coinciding with four air-quality monitors. Risk of hospitalization for pneumonia was associated with annual average $PM_{2.5}$ concentration, as estimated by both bicubic splines

(OR: 1.6 [95% CI: 0.99, 2.63]) and inverse-distance weighting (OR: 3.7 [95% CI: 1.3, 10.1]). However, given the acute nature of the examined outcome, some uncertainty remains regarding potential confounding due to short-term $PM_{2.5}$ exposure.

In summary, recent epidemiologic studies do not indicate a clear relationship between long-term $PM_{2.5}$ exposures and respiratory infection in infants or adults. While the limited number of studies reviewed generally reported associations between $PM_{2.5}$ and at least some of the examined respiratory infection outcomes, there was limited overlap in endpoints across studies. Where the same endpoint was examined across multiple studies, large birth cohort studies found some evidence of an association between $PM_{2.5}$ and infant bronchiolitis (Karr et al., 2009b; Karr et al., 2007), but the results were not entirely consistent (Karr et al., 2009a).

### 5.2.7 Severity of Respiratory Disease

The 2009 PM ISA (U.S. EPA, 2009) reported evidence of an association between long-term $PM_{2.5}$ concentrations and increased severity of respiratory disease in two cohort studies. In one of these, an association between long-term $PM_{2.5}$ concentrations and increased disease severity was indicated by higher odds of bronchitic symptoms in children with asthma (McConnell et al., 2003). Stages of asthma can range in severity from mild, moderate, moderate-persistent, to severe (NHLBI NAEPP, 2007). In a second cohort study reported in the 2009 PM ISA (U.S. EPA, 2009), there was evidence for higher odds of exacerbation in persons with cystic fibrosis (CF). Goss et al. (2004) observed that long-term $PM_{2.5}$ exposure was associated with increased odds of two or more CF exacerbations. CF exacerbations were defined as a CF-related pulmonary condition requiring admission to the hospital or use of home intravenous antibiotics. Particle deposition is increased in CF and particle distribution in the lungs is enhanced in poorly ventilated tracheobronchial regions in CF patients (Brown et al., 2001). Such focal deposition may partially explain the reported association of PM and CF exacerbation. No recent studies examined CF exacerbations in relation to long-term $PM_{2.5}$ concentrations. The 2009 PM ISA also evaluated an animal toxicological study that reported exacerbation of an asthma-like phenotype following long-term DE exposure. However, this study did not distinguish between effects due to gases or particles in the mixture. In addition, animal toxicological evidence for COPD exacerbation following long-term exposure to urban air exposure was reported; however, there was no measurement of $PM_{2.5}$ concentrations.

A limited number of recent epidemiologic studies showed an association between long-term exposure to $PM_{2.5}$ and severity demonstrated by increased risk of asthma hospitalizations and ED visits in children. A recent study also provided evidence of a similar association in adults. However, potential confounding by short-term exposures remains an uncertainty in ascertaining the independent effect of long-term $PM_{2.5}$ exposure. One recent animal toxicological study evaluated the exacerbation of asthma in an animal model of allergic airway disease.

### 5.2.7.1 Epidemiologic Studies

Exacerbation of asthma symptoms is an indicator of severity, with more severe symptoms potentially resulting in hospitalization. Recent studies have evaluated the relationship between long-term exposure to $PM_{2.5}$ and asthma-related hospitalizations and ED visits in children. In a cross-sectional analysis using data from the California Health Interview Survey (CHIS), Wilhelm et al. (2008) assessed asthma hospitalization and emergency room visits in children 0 to 17 years old. Annual average $PM_{2.5}$ concentrations in Los Angeles and San Diego, CA counties, measured by the nearest monitor within a 5-mile range, were not strongly associated with increased odds of asthma-related hospitalizations or emergency room visits (OR: 1.04 [95% CI: 0.68, 1.58]). However, there was an association in a copollutant model controlling for $O_3$ (OR: 1.9 [95% CI: 0.99, 3.7]). Meanwhile, a population-based cohort study of children in Quebec, Canada, the design of which is described in more detail in Tétreault et al. (2016a) and Section 5.2.3.1, also examined exacerbation of asthma in children (Tétreault et al., 2016b). The authors reported increases in hospital admissions and ED visits in relation to $PM_{2.5}$ concentrations measured outside birth residence (HR: 1.15 [95% CI: 1.14 to 1.15]) and using a time-varying model (HR: 1.07 [95% CI: 1.05 to 1.09]). $PM_{2.5}$ concentrations were estimated over a $10 \times 10$-km grid using satellite-based AOD observation data downscaled by the GEOS-Chem CTM. While these studies provide some evidence of an association between long-term exposure to $PM_{2.5}$ and asthma severity, neither study controlled for short-term exposures. Given the acute nature of the health endpoint, the observed effect could be partially or fully attributable to short-term increases in air pollution on the days prior to admission. Increases in asthma symptoms were also associated with long-term $PM_{2.5}$ concentrations in a cross-sectional study of adults (Balmes et al., 2014). Although asthma symptoms were self-reported using a non-validated ordinal questionnaire, responses are unlikely to be differentially misclassified according to exposure. Overall, recent studies examine asthma exacerbation in children and adults and provide additional evidence of a $PM_{2.5}$ effect on asthma severity. However, given the acute nature of the examined outcomes, some uncertainty remains regarding potential confounding due to short-term $PM_{2.5}$ exposure.

### 5.2.7.2 Animal Toxicological Study

Recently, a study evaluating the effects of $PM_{2.5}$ on severity of disease has become available. In Farraj et al. (2010), the effects of long-term DEP exposure were studied in an allergic mouse model. BALB/c mice, which had been sensitized with OVA, were exposed to DEP for 4 weeks, with OVA challenges occurring at 2 and 4 weeks. DEP exposure had no effect on the many OVA-induced changes in BALF cells, cytokines, and injury markers (LDH, albumin, protein), except for a decrease in IL-4 ($p < 0.05$). This may be due to the analysis occurring 5 days after the last DEP exposure. Typically, acute inflammatory responses are measured at 24−48 hours after exposure to PM. Furthermore, Farraj et al. (2010) found that DEP exposure had no effect on airway responsiveness, as assessed by

methacholine-induced changes in lung resistance, in the allergic mice. Additional study details for this study are found in Table 5-24.

**Table 5-24 Study-specific details from an animal toxicological study of long-term $PM_{2.5}$ exposure and severity of an asthma-like phenotype.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Farraj et al. (2010)<br>Species: mouse<br>Sex: male<br>Strain: BALB/c<br>Age/weight: 6 weeks | DEP<br>NIST SRM 29 + 5<br>Particle size: 1.2 μm MMAD<br>Control: saline aerosol | Route: nose-only inhalation<br>Dose/concentration: 2.0 $mg/m^3$<br>Duration: 1 time per week for 4 weeks<br>Time to analysis: 5 days from last DEP<br>Coexposure: sham sensitization and saline aerosols. Diesel combustion gases not defined. | Lung injury<br>• BALF LDH, albumin, and protein<br>BALF cytokines<br>Lung function |

BALF = bronchoalveolar lavage fluid; DEP = diesel exhaust particles; LDH = lactate dehydrogenase; $\mu g/m^3$ = micrograms per cubic meter; μm = micrometer; MMAD = mass median aerodynamic diameter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; NIST SRM = National Institute of Standards and Technology Standard Reference Material.

### 5.2.8 Subclinical Effects in Healthy Populations

Animal toxicological studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in healthy populations. The 2009 PM ISA (U.S. EPA, 2009) reported several studies that evaluated the effects of long-term exposure to $PM_{2.5}$ on subclinical effects in healthy populations. These studies provided evidence of pulmonary injury, inflammation, oxidative stress, and morphological alterations following long-term exposure to DE, GE, and woodsmoke. While most studies made no effort to distinguish between effects due to gases or particles in the mixture, one study examined the effects of particle filtration. Injury and inflammatory responses to DE were diminished as a result of particle filtration, indicating that PM played a role in the responses. Recent animal toxicological studies examined subclinical effects related to an asthma-like phenotype as discussed above (see Section 5.2.3.3.2 and Section 5.2.7). Other respiratory-related subclinical effects, including oxidative stress, inflammation, and altered morphology have been investigated in studies of long-term $PM_{2.5}$ exposure. These results are discussed below, with additional study details found in Table 5-25.

**Table 5-25 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and subclinical effects.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: Sprague-Dawley | $PM_{2.5}$ CAPs<br>Mexico City<br>Particle size: $PM_{2.5}$<br>Control: filtered air | Route: inhalation<br>Dose/concentration:<br>$PM_{2.5}$ 178 μg/m$^3$<br>Duration:<br>acute 5 h/day, 3 days<br>subchronic 5 h/day, 4 days/week, 8 weeks<br>Time to analysis: 24 h | Gene and protein expression<br>• IL-6<br>• Kallikrein-kinin system<br>• RAS<br>• Heme oxygenase-1 |
| Deiuliis et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6 (wild type)<br>• CXCR3 knockout<br>• FOXp3-GFP knockout<br>Age/weight: 12 weeks | $PM_{2.5}$ CAPs<br>Columbus, OH<br>Particle size: ≤$PM_{2.5}$<br>Control: HEPA-filtered air | Route: whole-body inhalation<br>Dose/concentration: 115.5 μg/m$^3$<br>Duration: 6 h/day, 5 days/week, 24−28 weeks<br>Time to analysis: 1 h | Histopathology—lung<br>Oxidative stress:<br>• oxidized PAPC in BALF<br>T cell subsets<br>• CD3$^+$ lymphocytes—T regs<br>Gene expression-*1L-17α*, and *CXCR3* in CD4$^+$ T cells from lung |
| Guo et al. (2017)<br>Species: rat<br>Sex: female<br>Strain: Sprague-Dawley<br>Age/weight: 4−5 weeks | Ambient particles (Shanghai, China), liquid aerosol generator<br>Particle size: $PM_{2.5}$<br>Control: saline aerosol | Route: whole-body inhalation<br>Dose/concentration: 200, 1,000, and 3,000 μg/m$^3$<br>Duration: 3 h/day for 30 days | Nasal mucosa—<br>• Malondialdehyde<br>• SOD<br>• ATPases<br>• Mitochondrial mRNA and protein<br>• Histological and ultrastructural analysis<br>• Serum cytokines |
| Kampfrath et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: BALB/c (wild type) and TLR4 knockout<br>Age/weight: 6 weeks | $PM_{2.5}$ CAPs<br>Columbus, OH<br>Particle size: ≤$PM_{2.5}$<br>Control: HEPA-filtered air | Route: whole-body inhalation<br>Dose/concentration: 92.4 μg/m$^3$<br>Duration: 6 h/day, 5 days/week, 20 weeks | Oxidative stress: oxidized PAPC in BALF |

**Table 5-25 (Continued): Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and subclinical effects.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Kim et al. (2016a)<br>Species: mouse<br>Sex: female<br>Strain: BALB/c<br>Age/weight: 5−6 weeks | DEP nebulized<br>Particle size: mean diameter 0.4 µm before nebulization and 1−5 µm after nebulization<br>Control: saline aerosol | Dose/concentration: 0.1 and 3 mg/m³ DEP or saline (only results from 0.1 mg/m³ reported here)<br>Duration: 1 h/day, 5 days/week for 4, 8, and 12 weeks<br>Time to analysis: 1 day after last exposure | BALF cells<br>BALF cytokines<br>Histochemistry<br>• Masson trichome staining of lung |
| Ramanathan et al. (2017)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>Age/weight: 8 weeks | $PM_{2.5}$ CAPs<br>Baltimore, MD<br>Particle size: $PM_{2.5}$<br>Control: filtered air | Dose/concentration: 60.92 ± 21.31 µg/m³<br>Controls: 8.09 ± 2.61 µg/m³<br>Duration: 6 h/day, 5 days/week, 16 weeks | Nasal histopathology<br>Nasal airway lavage: Inflammatory cells, cytokines, albumin |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6 and ApoE knockout<br>Age/weight: 6−8 weeks | DEP, resuspended<br>Particle size: 1.5−3.0 ± 1.3−1.6 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 315.3 ± 50.7 µg/m³<br>Duration: 6 h/days for 30 days | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |

ApoE = apolipoprotein E; ATPase = adenosine triphosphatase; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; CD = cluster of differentiation; CXCR3 = chemokine receptor CXCR3; DEP = diesel exhaust particle; FOXp3-GFP = forkhead box P3 green fluorescent protein; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin-6; IL-17α = interleukin-17 α; µg/m³ = micrograms per cubic meter; µm = micrometer; mRNA = messenger ribonucleic acid; PAPC = 1-palmitoyl-2-arachidonoyl-sn-phosphatidylcholine; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RAS = renin-angiotensin system; SOD = superoxide dismutase, T-regs = regulatory T lymphocytes; TLR4 = toll-like receptor 4.

### 5.2.8.1 Respiratory Tract Oxidative Stress

The 2009 PM ISA (U.S. EPA, 2009) evaluated several studies that examined oxidative stress following long-term exposure to DE. These studies did not distinguish between effects due to gases or particles in the mixture. Recently, Kampfrath et al. (2011) investigated the effects of a 20-week exposure to $PM_{2.5}$ CAPs in Columbus, OH on oxidized phospholipids in the lung. Responses were compared in wild type and toll-like receptor 4 (TLR4)-deficient BALB/c mice. Increased levels of two oxidized forms of 1-palmitoyl-2-arachidonoyl-sn-glycero-3-phosphocholine (PAPC), the most common phospholipid in BALF, were observed in wild-type mice exposed to $PM_{2.5}$ CAPs. Statistical analysis of these results was not presented. In a follow-up study, Deiuliis et al. (2012) demonstrated the presence of oxidized PAPC in BALF in C57BL/6 mice exposed for 28 weeks to $PM_{2.5}$ CAPs in Columbus, OH ($p = 0.001$), thus confirming the results of Kampfrath et al. (2011). Because oxidized lipids play a role in activating T cells, inflammatory T cells were also examined (see below). Aztatzi-Aguilar et al. (2015) found increased lung tissue heme oxygenase-1 activity in Sprague-Dawley rats following 8-weeks of exposure $PM_{2.5}$ CAPs in

Mexico City ($p < 0.05$), while no changes in γ-glutamyl cysteine ligase catalytic subunit, another index of oxidative stress, were observed.

### 5.2.8.2 Respiratory Tract Inflammation

The 2009 PM ISA (U.S. EPA, 2009) reported several studies evaluating inflammation following long-term exposure to DE and woodsmoke. These studies did not distinguish between effects due to gases or particles in the mixture. Recently, Deiuliis et al. (2012) exposed wild-type C57BL/6 mice and mice deficient in T-cell chemokine receptor 3 (CXCR3) for 28 weeks to $PM_{2.5}$ CAPs in Columbus, OH. $PM_{2.5}$ CAPs exposure resulted in increased numbers of $CD11c^+$, but not $CD11b^+$, macrophages ($p < 0.0002$) in the lungs of wild-type mice, as assessed by flow cytometry. CXCR3 deficiency decreased basal numbers of these macrophage subtypes and responses to $PM_{2.5}$ CAPs exposure. In wild-type mice, $PM_{2.5}$ CAPs exposure resulted in increased numbers of T-cell subsets, including $CD3^+$ ($p = 0.005$), $CD4^+$ ($p = 0.007$), and $CD8^+$ lymphocytes ($p = 0.04$). Basal levels of these subsets and responses to $PM_{2.5}$ CAPs exposure were attenuated in CXCR3-deficient mice. A similar pattern of response was observed for activated $CD4^+$ $CD44^+$ $CD26L^-$ T cells ($p = 0.01$). However, in the case of central memory $CD4^+$ $CD44^+$ $CD26L^+$ $CCR7^+$ T cells, $PM_{2.5}$ CAPs exposure induced increases in both wild-type ($p = 0.01$) and CXCR4-deficient mice ($p = 0.04$). Expression of CXCR3 on $CD4^+$ ($p = 0.005$), but not $CD8^+$, T cells was increased by $PM_{2.5}$ CAPs. Gene expression was also evaluated in isolated lung $CD4^+$ T cell. Long-term $PM_{2.5}$ CAPs exposure increased expression of *CXCR3* and, *IL-17α*, but not *CCR3*, *CCR4*, and *IL-4*. These results show that long-term exposure to $PM_{2.5}$ CAPs induced T-cell infiltration and increased activation of effector T cells in the lungs and suggests a Th1 rather than a Th2 response. The role of CXCR3 in mediating the effects of $PM_{2.5}$ CAPs is unclear because its deficiency had effects on both basal and PM-stimulated inflammation. Results of this study indicate that activation of macrophages by oxidized phospholipids (see above) may lead to the release of cytokines, which recruit and activate T cells as part of a proinflammatory Th1 response.

Kim et al. (2016a) exposed BALB/c mice to nebulized DEP for 4, 8, and 12 weeks. DEP exposure resulted in increased numbers of BALF lymphocytes at 4 and 12 weeks ($p < 0.05$). Numbers of other inflammatory cells and total cells in BALF were not altered. However, increased levels of cytokines IFN-γ, IL-6, VEGF, and TGF-β were observed in BALF at 12 weeks ($p < 0.05$). In contrast, two other studies found no evidence of inflammation following long-term $PM_{2.5}$ exposure. No increase in BALF inflammatory cells or cytokines or particle uptake into bronchial macrophages was observed in C57BL/7 mice exposed to resuspended DEP for 30 days (Tyler et al., 2016). However, inflammatory effects were observed in the hippocampus (Section 8.1.3). Aztatzi-Aguilar et al. (2015) exposed Sprague-Dawley rats for 8 weeks to $PM_{2.5}$ CAPs in Mexico City and found decreased protein expression of IL-6 in lung tissue ($p < 0.05$). However, long-term $PM_{2.5}$ CAPs exposure also had several effects on the RAS in the lung ($p < 0.05$). This included induced lung expression of the angiotensin 1 receptor gene, and increased

angiotensin 1 receptor protein levels. Protein levels and mRNA of angiotensin converting enzyme were not impacted. Components of the RAS play an important role in the pulmonary circulation.

#### 5.2.8.3 Morphological Effects

In a long-term exposure study involving DEP, Kim et al. (2016a) found increased collagen deposition, as assessed by Masson trichrome staining, at 4, 8, and 12 weeks ($p < 0.05$; see Section 5.2.3.3.2). Increased and disordered collagen deposition underlies lung fibrosis, which is mediated in part by the cytokine TGF-β, whose levels were increased as a result of DEP exposure in this study ($p < 0.05$).

Recent studies also examine effects on nasal mucosa (Guo et al., 2017; Ramanathan et al., 2017). Guo et al. (2017) evaluated nasal injury and oxidative stress in Sprague-Dawley rats following 30-day inhalation of two concentrations of resuspended $PM_{2.5}$ from Shanghai, China. Long-term exposure to $PM_{2.5}$ resulted in increased malondialdehyde levels in nasal mucosa ($p < 0.05$). Morphological alterations were observed, including nasal epithelial necrosis, disarray of cilia, vascular congestion, and edema. At the ultrastructural level, mitochondrial alterations were observed, including swelling, cristae disorder, and vacuolization. Activities of several enzymes (superoxide dismutase, sodium potassium ATPase, calcium ATPase) in nasal mucosa were decreased by exposure ($p < 0.01$). Gene expression of *OPA1* and *Mnf1* and levels of the corresponding proteins, which are involved in mitochondrial fusion and fission, were increased by long-term exposure to both concentrations of $PM_{2.5}$ ($p < 0.01$). Ramanathan et al. (2017) examined the effects of a 16-week exposure to $PM_{2.5}$ CAPs in Baltimore, MD on the sinonasal barrier of C57BL/6 mice. Numbers of macrophages, neutrophils, and eosinophils were increased in NALF ($p < 0.05$). Levels of proinflammatory cytokines were also increased in NALF, including IL-1β, IL-13, and eotaxin-1. Immunostaining of sinonasal mucosa revealed increased staining for myeloperoxidase and eosinophil major basic protein positive cells ($p < 0.05$). Evidence for sinonasal epithelial cell barrier dysfunction was provided by decreased expression of tight junction and adherens junction proteins claudin-1 and E-cadherin and by increased levels of serum albumin in NALF ($p < 0.05$). Furthermore, morphometric analysis of the septal subepithelial thickness showed an increase as a result of long-term exposure to $PM_{2.5}$ ($p < 0.001$).

#### 5.2.8.4 Summary of Subclinical Effects in Healthy Populations

Recent studies and one older study provided evidence for several subclinical effects potentially underlying the development of respiratory disease following long-term $PM_{2.5}$ exposure in healthy animal models. These include pulmonary injury, oxidative stress, inflammation, and altered morphology. In particular, increases in tissue and BALF expression of antioxidant genes and proteins and increases in BALF levels of oxidized phospholipids were found. Upregulation of cytokines in the lungs and

infiltration of inflammatory cells, including lymphocytes, monocytes, and specific T-cells subtypes consistent with a Th1 proinflammatory response, were also observed. In addition, long-term $PM_{2.5}$ exposure resulted in increased collagen deposition, an early step in the development of lung fibrosis, and upregulation of the RAS. While the above-mentioned studies focused on the lower airways, changes to the upper airways were also demonstrated. Two studies found evidence of oxidative stress, injury, inflammation, and morphologic changes in nasal mucosa resulting from long-term exposure to $PM_{2.5}$.

### 5.2.9 Subclinical Effects in Populations with Cardiovascular Disease

Animal toxicological studies provide evidence for subclinical effects potentially underlying the development of respiratory disease in populations with cardiovascular disease. The 2009 PM ISA (U.S. EPA, 2009) reported several studies that evaluated the effects of long-term exposure to $PM_{2.5}$ in animal models of cardiovascular disease, mainly focusing on pulmonary inflammation. In ApoE and LDL knockout mice, exposure for 1−5 months to $PM_{2.5}$ CAPs resulted in upregulation of gene expression in lung tissue, although no increases in BALF inflammatory cells were found. Inflammation and altered morphology were observed following long-term exposure to DE in spontaneously hypertensive (SH) rats. However, there was no attempt to distinguish between effects due to gases or particles in the DE mixture.

Recent studies examined pulmonary oxidative stress and inflammation. Evidence for pulmonary inflammation was found in SH rats exposed to $PM_{2.5}$ CAPs in Columbus, OH for 15 weeks (Ying et al., 2015). Expression of *TNF-α* and *IL-6* mRNA in lung tissue was increased at 15 weeks ($p < 0.05$) and remained elevated 5 weeks following the end of exposure. Xu et al. (2012) exposed ApoE knockout mice to $PM_{2.5}$ CAPs in Tuxedo, NY for 3 months. Monocytic infiltration into the lung was observed, as evidenced by increased numbers of F4/F80+ macrophage ($p < 0.001$). Wan et al. (2014) conducted a 2-month-long field study of ApoE knockout mice exposed to ambient air in Beijing and fed a Western diet. Urban air PM mainly consisted of $PM_{2.5}$, but it also contained some $PM_{10}$; other ambient pollutants were also present. Control mice were exposed to filtered ambient air, which contained greatly reduced concentrations of $PM_{2.5}$. Long-term exposure to Beijing urban air increased BALF levels of oxidized LDL and MDA, decreased BALF SOD and GSHPx activity, and increased BALF levels of IL-6 and TNF-α protein ($p < 0.05$). In contrast, Tyler et al. (2016) exposed ApoE knockout mice to resuspended DEP for 30 days and found no increase in inflammatory cells or cytokines in the BALF, although particle uptake into bronchial macrophages was increased ($p < 0.001$). Effects were also seen in the hippocampus (Section 8.2.3). Overall, evidence for inflammation was found in lung tissue following long-term exposure to $PM_{2.5}$ CAPs, but not in BALF following long-term exposure to DEP. Interpretation of effects due to long-term urban air exposure is complicated by the presence of $PM_{10-2.5}$. Additional study details are found in Table 5-26.

**Table 5-26 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and subclinical effects in populations with cardiovascular disease.**

| Study/Study Population | Pollutant | Exposure | Endpoints |
|---|---|---|---|
| Tyler et al. (2016)<br>Species: mouse<br>Strain: ApoE knockout<br>Age/weight: 6−8 weeks | DEP, resuspended<br>Particle size: 1.5−3.0 ± 1.3−1.6 μm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 315.3 ± 50.7 μg/m$^3$<br>Duration: 6 h/day for 30 days | BALF cells and cytokines<br>Particle uptake in bronchial macrophages |
| Wan et al. (2014)<br>Species: mouse<br>Sex: male<br>Strain: ApoE knockout (C57BL/6)<br>Age/weight: 9 weeks | Beijing PM<br>Particle sizes: $PM_{2.5}$ + $PM_{10}$<br>Control: HEPA-filtered ambient air | Route: ambient Beijing air<br>Dose/concentration: $PM_{2.5}$ 63.1 μg/m$^3$<br>$PM_{10-2.5}$ 37.2 μg/m$^3$ (estimated as the difference of $PM_{10}$ and $PM_{2.5}$ concentration measurements made with one continuous monitor)<br>Duration of exposure: 24 h/day, 7 days/week for 2 mo<br>Coexposure: Western diet | BALF cytokines—IL-6 and TNF-α<br>Oxidative stress markers—Ox LDL, malondialdehyde, SOD and GSHPx |
| Xu et al. (2012)<br>Species: mouse<br>Sex: male<br>Strain: ApoE knockout<br>Age/weight: 8 weeks | $PM_{2.5}$ CAPs<br>Tuxedo, NY<br>Particle sizes: $PM_{2.5}$<br>Control: filtered air | Route: Whole-body inhalation<br>Dose/concentration: $PM_{2.5}$ CAPs 70 μg/m$^3$<br>Duration of exposure: 6 h/day, 5 days/week for 3 mo | Histopathology—lung |
| Ying et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: SHR<br>Age/weight: 5 weeks | $PM_{2.5}$ CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 128.3 ± 60.4 μg/m$^3$<br>Duration: 6 h/day, 5 days/week for 15 weeks<br>Time to analysis: immediately or 5 weeks later | Gene expression—inflammatory markers in lung |

ApoE = apolipoprotein E; BALF = bronchoalveolar lavage fluid; CAPs = concentrated ambient particles; DEP = diesel exhaust particle; GSHPX = glutathione peroxidase; h = hour(s); HEPA = high-efficiency particulate air; IL-6 = interleukin-6; μg/m$^3$ = micrograms per cubic meter; μm = micrometer; mo = month(s); Ox-LDL = oxidized low-density lipoprotein; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm, $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm, SHR = spontaneously hypertensive rat; SOD = superoxide dismutase; TNF-α = tumor necrosis factor α.

### 5.2.10 Respiratory Mortality

Studies that examine the association between long-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as respiratory mortality, provide additional evidence for $PM_{2.5}$-related respiratory effects, specifically whether there is evidence of an overall continuum of effects. Evidence from studies of long-term $PM_{2.5}$ exposure and mortality are presented in detail in Chapter 11. Evidence from studies investigating respiratory mortality provided limited and inconsistent evidence for a respiratory effect related to long-term $PM_{2.5}$ exposure in the 2009 PM ISA (U.S. EPA, 2009) and are summarized here to inform the effect of long-term $PM_{2.5}$ exposure on the continuum of respiratory health effects. The 2009 PM ISA (U.S. EPA, 2009) included evidence from two large, multicity U.S. studies: the American Cancer Society (ACS) cohort (Pope III et al., 2004) and the Harvard Six Cities cohort (Laden et al., 2006). Recent updates to these studies, as well as results from recent cohort studies, contribute to the body of evidence for this relationship (Figure 5-34).

Several recent analyses further evaluated the associations of long-term $PM_{2.5}$ exposures with risk of respiratory mortality based on the original ACS study (Pope et al., 1995), adding details about deaths due to respiratory disease (including COPD), and extending the follow-up period for the ACS to 22 years (1982−2004). In particular, Pope et al. (2014) and Turner et al. (2016) used the extended follow-up period of the ACS to examine the associations between long-term $PM_{2.5}$ exposure and respiratory disease and COPD. The results of these extended analyses demonstrated positive associations with respiratory disease and COPD mortality, which had not been previously evaluated among the ACS cohort. Similarly, Lepeule et al. (2012) reported the results of an extended analysis of the Harvard Six Cities cohort, extending the follow-up period to include deaths between 1974 and 2009. This was the first time that COPD mortality was evaluated among the Harvard Six Cities cohort; the relative risk was positive, but imprecise due to the smaller number of COPD deaths compared to deaths from other causes.

Several additional U.S. cohort studies evaluated the association between long-term $PM_{2.5}$ exposure and respiratory mortality. In a nationwide cohort of older Americans, Thurston et al. (2016) used monthly estimates of $PM_{2.5}$ concentration to assign annual mean concentrations to participants in the NIH-AARP cohort study and observed a positive association with respiratory mortality. The California Teachers Study (Lipsett et al., 2011; Ostro et al., 2010) examined the association between $PM_{2.5}$ and mortality among female public-school teachers and observed positive associations between long-term $PM_{2.5}$ exposure and respiratory mortality. In a reanalysis of the cohort with refined exposure assessment, Ostro et al. (2015) used a chemical transport model (CTM) to predict $PM_{2.5}$ concentrations with a 4-km spatial resolution, observing a null association between $PM_{2.5}$ exposure and respiratory mortality. Hart et al. (2011) examined the association between residential exposure to $PM_{2.5}$ estimated from a single year of monitoring data (2000) and mortality among men in the U.S. trucking industry in the Trucking Industry Particle Study (TrIPS). The results for respiratory mortality were similar to those reported by Lipsett et al. (2011) for respiratory mortality. The results for COPD mortality were null for the cohort and positive, although imprecise for a sensitivity analyses excluding long-haul drivers.




ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; COPD = chronic obstructive pulmonary disease; IQR = interquartile range; km = kilometer; NIH-AARP = National Institutes of Health—American Association of Retired Persons; LUR-BME = land use regression—Bayesian maximum entropy exposure model; μg/m$^3$ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5-μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Study results from Lepeule et al. (2012) are representative of results from the Harvard Six Cities cohort; Study results from Turner et al. (2016) are representative of the results from the American Cancer Society cohort.

**Figure 5-34 Associations between long-term exposure to $PM_{2.5}$ and respiratory mortality in recent North American cohorts.**

In an extended reanalysis of the CanCHEC, Crouse et al. (2015) observed associations for respiratory and COPD mortality that were just below the null value. The general pattern and magnitude of these associations were generally unchanged in cumulative risk models that include $O_3$ and/or $NO_2$. Pinault et al. (2016) linked a subset of participants from the CanCHEC to the Canadian Community Health Survey and observed positive associations with respiratory mortality. Pinault et al. (2016) was able

to use the individual-level covariate data on age, sex, smoking, alcohol consumption, obesity, and fruit/vegetable consumption that was not available in the larger CanCHEC. The inclusion of these individual-level data may help to explain the inconsistent results observed by Crouse et al. (2015) and Pinault et al. (2016).

Overall, the results of these recent U.S. cohort studies demonstrate a generally consistent, positive association between long-term $PM_{2.5}$ exposure and respiratory mortality, although the results from the two Canadian studies are inconsistent. In addition, a study conducted in Europe that pooled data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and respiratory mortality observed an association for respiratory mortality near the null value (Dimakopoulou et al., 2014). The associations for respiratory mortality in analysis of pooled data were generally positive, although some inconsistencies among the results from different analyses of the same cohort provide some uncertainty in the stability of these results (Pinault et al., 2016; Crouse et al., 2015; Ostro et al., 2015; Ostro et al., 2010). Recent studies have evaluated the association between long-term $PM_{2.5}$ exposure and COPD mortality, a cause of death for which there has previously been little examination. These studies report modest positive associations with COPD mortality and the hazard ratios are generally less precise than those for respiratory mortality. A single study (Turner et al., 2016) examined deaths due to respiratory infection and long-term $PM_{2.5}$ exposure and observed a positive association.

#### 5.2.10.1 Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

In the examination of potential confounding effects of copollutants on the relationship between long-term $PM_{2.5}$ exposure and respiratory mortality, it is informative to evaluate whether $PM_{2.5}$ risk estimates are changed in copollutant models. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ and $NO_2$ (Figure 5-35). These recent studies address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of coexposure to correlated copollutants in long-term analyses.




ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; COPD = chronic obstructive pulmonary disease; μg/m³ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Circles and squares represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled symbols represent effect of $PM_{2.5}$ in single pollutant models, open circles represent effect of $PM_{2.5}$ adjusted for $O_3$; open squares represent effect of $PM_{2.5}$ adjusted for $NO_2$. Associations are presented per 5-μg/m³ increase in pollutant concentration.

**Figure 5-35 Long-term exposure to $PM_{2.5}$ and mortality in single pollutant models and models adjusted for ozone or nitrogen dioxide.**

The results for associations between long-term $PM_{2.5}$ exposure and respiratory mortality in single pollutant models and copollutant models adjusted for $O_3$ and $NO_2$ are shown in Figure 5-35. The correlations between $PM_{2.5}$ and $O_3$ exposures in the studies that conducted copollutant analyses were generally positive and moderate to strong, ranging from $r = 0.49$ to 0.73. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $O_3$. The associations persisted across different specific causes of respiratory mortality. The correlations between $PM_{2.5}$ and $NO_2$ exposures in studies that conducted copollutant analyses were positive and moderate ($r = 0.40$; $r = 0.55$). In one study (Jerrett et al., 2013), the $PM_{2.5}$ effect estimates remained relatively unchanged in a copollutant model adjusted for $NO_2$, whereas in another (Crouse et al., 2015), the $PM_{2.5}$ estimates increased and changed from negative to positive after adjusting for $NO_2$ for respiratory and COPD mortality.

### 5.2.11 Respiratory Effects and Declining $PM_{2.5}$ Concentrations

In the 2009 PM ISA (U.S. EPA, 2009), none of the reviewed studies related declining concentrations of long-term $PM_{2.5}$ to respiratory health endpoints. A reduction in air pollution can restore "biological normality by removal of an abnormal exposure" (Rose, 1981). In populations, this has been shown to lead to a reduction of risk in many people and result in a decline in cases of respiratory disease or improved lung function and development. Recent studies examine $PM_{2.5}$ decreases and improvements in respiratory health in children and adults. The majority of this recent evidence comes from prospective cohort studies of decreased $PM_{2.5}$ concentrations in CHS communities that observed improved respiratory health in children (Berhane et al., 2016; Gauderman et al., 2015).

#### 5.2.11.1 Bronchitis

Since the beginning of the CHS studies, pollutant levels have been declining in the CHS southern California communities. Recently, Berhane et al. (2016) prospectively examined the relationship between declining pollutant levels and self-reported chronic bronchitis symptoms in three cohorts of children (n = 4,602) in eight communities. From 1992 to 2012, mean $PM_{2.5}$ concentrations declined across all communities from 20.5 to 14.4 $\mu g/m^3$. Due to significant differences in chronic bronchitis prevalence by asthma status, the authors presented separate results for children without asthma and children with asthma. As depicted in Figure 5-36, communities with greater reductions of $PM_{2.5}$ had larger unadjusted reductions of bronchitis symptoms. The relationship was noticeably stronger in children with asthma. In adjusted models, a 5-$\mu g/m^3$ decrease in $PM_{2.5}$ was associated with a 25% (95% CI: 11, 37) decrease in odds of bronchitic symptoms in 10-year-old children with asthma. Berhane et al. (2016) also observed decreases in bronchitic symptoms in 10-year-olds without asthma (OR: 0.84 [95% CI: 0.76, 0.93] per 5-$\mu g/m^3$ decrease in $PM_{2.5}$). The observed associations were relatively unchanged in copollutant models controlling for $O_3$ ($r = 0.54$). Copollutant models with other pollutants were not examined due to high

correlations ($NO_2$: $r$ = 84; $PM_{10}$: $r$ = 0.88). Meanwhile, observed decrements in bronchitic symptoms in 15-year-olds were similar, but slightly stronger than those seen in 10-year-olds.




µm/m³ = micrometer per cubic meter.
Source: Berhane et al. (2016).

**Figure 5-36 Estimated bronchitic symptom prevalence at age 10 years versus long-term change in mean $PM_{2.5}$ concentrations among Children's Health Study (CHS) participants by asthma status.**

#### 5.2.11.2 Pulmonary Function

A recent study combined data obtained from three separate CHS cohorts to examine the association between long-term reductions in air pollution and lung development in children between the ages of 11 and 15 years (Gilliland et al., 2017; Gauderman et al., 2015). Study-specific details, including results, are presented in Table 5-19 (Section 5.2.2.1). Briefly, the study sample included children recruited from three separate CHS cohorts spread out over a 20-year period. The analysis was restricted to the five study communities (Long Beach, Mira Loma, Riverside, San Dimas, and Upland, CA) in which pulmonary function testing was performed in all three cohorts (n = 2,120). Significant improvements in lung-function growth were observed within and across communities as air quality improved over the study period (see Figure 5-37 for unadjusted relationship and Table 5-19 for fully adjusted model results).




FEV$_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; μg/m$^3$ = micrograms per cubic meter; mL = milliliter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The 4-year mean growth in FEV$_1$ and the mean growth in FVC from 11 to 15 years of age are plotted against the corresponding levels of $PM_{2.5}$ for each community and cohort.

Source: Gauderman et al. (2015).

**Figure 5-37 Mean 4-year lung-function growth versus the mean levels of $PM_{2.5}$.**

A similar study examined the impact of improved air quality on lung function in adults (Boogaard et al., 2013). Boogaard et al. (2013) conducted a small population-based study, aiming to describe the effect of traffic policy-related reductions in air pollution in 12 locations in the Netherlands (8 urban, 4 suburban). Study details and results are presented in Table 5-20 (Section 5.2.2.2). In summary, baseline lung function was measured in 746 participants prior to implementation of a low emission zone traffic policy. Lung function was measured again at follow-up, 2 years after policy implementation (87% follow-up). In adjusted analyses, 2-year declines in $PM_{2.5}$ were associated with increases in FVC and decreases in airway resistance, indicating improvements in lung function associated with reductions in $PM_{2.5}$.

### 5.2.11.3 Summary

Initial studies examining the relationship between improvements in air quality and whether this resulted in beneficial changes in respiratory effects observed a consistent relationship between decreasing $PM_{2.5}$ concentrations and improved respiratory health. These results provide corroborating evidence of an association between $PM_{2.5}$ and lung development (Section 5.2.2) and bronchitis (Section 5.2.5). Examination of potential copollutant confounding was limited, but there was evidence that the $PM_{2.5}$ effect was robust in models including $O_3$ (Berhane et al., 2016).

### 5.2.12 Associations between Long-Term Exposure to $PM_{2.5}$ Components and Sources and Respiratory Effects

The 2009 PM ISA (U.S. EPA, 2009) did not include an organized discussion of the potential relationship between long-term exposure to $PM_{2.5}$ components and respiratory effects. The limited number of available studies found some evidence of an association between respiratory health and exposure to elemental and organic carbon (EC and OC), but no studies examining metals were available. In addition to constituting a small body of evidence, the EC and OC results did not adjust for $PM_{2.5}$ mass, which raises additional uncertainties considering that EC and OC are components within the complex mixture that is $PM_{2.5}$, and the generally high correlations ($r > 0.7$) between EC, OC, and $PM_{2.5}$. Since the completion of the 2009 PM ISA, several recent studies have further examined $PM_{2.5}$ components, including metals, and a limited number of these studies have attempted to control for potential confounding by $PM_{2.5}$ mass. In addition to studies of carbon fractions and metals, a recent study also examined respiratory health effects related to the oxidative potential (OP) of $PM_{2.5}$. Due to a limited number of studies for most individual components, and even fewer studies for any given endpoint, no single component is identified as having a stronger relationship with respiratory effects or one that clearly differs from that of $PM_{2.5}$ total mass. All of the studies presented in Figure 5-38 are discussed in greater detail throughout this chapter, such that the discussion in this section will not focus on specific study details unless they are specifically relevant to interpretation of $PM_{2.5}$ component results.

Figure 5-39 charts the trend of results for $PM_{2.5}$ mass and individual $PM_{2.5}$ components studies detailed in Figure 5-38. The focus of the figure and the ensuing discussion is on studies of lung function and asthma, for which there is evidence of an association with long-term exposure to $PM_{2.5}$. Where available, the chart reflects $PM_{2.5}$ mass-adjusted component results.




BC = black carbon; COPD = chronic obstructive pulmonary disease; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; $FEV_1$ = forced expiratory volume in 1 second; FVC = forced vital capacity; K = potassium; Ni = nickel; OC = organic carbon; $OP^{DTT}$ = oxidative potential from dithiothreitol; $OP^{ESR}$ = oxidative potential from electron spin resonance; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm, S = sulfur; Si = silicon; V = vanadium; Zn = zinc.

[a]$PM_{2.5}$ estimate came from a different study of the same cohort (Eeftens et al., 2014).

‡Associations adjusted for $PM_{2.5}$ mass.

Note: † $PM_{2.5}$ component studies published since the 2009 PM ISA. Dark blue = study reported statistically significant association between $PM_{2.5}$/component and impaired respiratory health outcome; light blue = study reported association between $PM_{2.5}$/component and impaired respiratory health outcome regardless of width of confidence intervals; light orange = study reported null or inverse association; red = study reported statistically significant association between $PM_{2.5}$/component and improved respiratory health outcome; gray = study did not examine individual component. Studies sorted by outcome.

**Figure 5-38 Heat map of associations observed between long-term exposure $PM_{2.5}$ and $PM_{2.5}$ components and respiratory health.**




BC = black carbon, Cr = chromium; Cu = copper, EC = elemental carbon, Fe = iron, K = potassium, n = number of estimates across the studies detailed in Figure 5-38 for $PM_{2.5}$ mass or the individual $PM_{2.5}$ components, Ni = nickel, NR = not reported; OC = organic carbon, OP-DTT = oxidative potential from dithiothreitol; OP-ESR = oxidative potential from electron spin resonance; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm, S = sulfur; Si = silicon, V = vanadium; Zn = zinc.

Note: Bars represent the percentage of results for $PM_{2.5}$ mass or $PM_{2.5}$ components from lung function and asthma studies detailed in Figure 5-38 that show statistically significant impaired respiratory health (dark blue), impaired respiratory health (light blue), null/improved respiratory health (light orange), or statistically significant improved respiratory health (red). When available, this figure uses $PM_{2.5}$ mass-adjusted component associations. See Figure 5-38 for more details.

**Figure 5-39 Distribution of associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in Figure 5-38.**

### 5.2.12.1 Elemental Carbon, Black Carbon, and Organic Carbon

As discussed in the 2009 PM ISA (U.S. EPA, 2009), Gauderman et al. (2004) examined the relationship between lung function growth and long-term exposure to EC and OC. The authors observed evidence of an association between EC and OC exposure and lung development in children, as measured by 8-year growth in $FEV_1$, FVC, and MMEF. In a recent, expanded CHS analysis examining an additional cohort, Breton et al. (2011) observed similar results to Gauderman et al. (2004). However,

$PM_{2.5}$ effects were noted in both studies, and EC and OC were highly correlated with $PM_{2.5}$ ($r = 0.91$ for both components), adding uncertainty to the independent effect of either component. Results from a limited number of recent studies also suggest a potential link between EC and asthma incidence in children. However, the results are not as consistent as those for $PM_{2.5}$.

#### 5.2.12.2 Metals

Elemental fractions of $PM_{2.5}$ were examined as predictors of lung function in two European cohort studies (Gehring et al., 2015a; Eeftens et al., 2014). In an ESCAPE project analysis of 6- to 8-year-old children in five European birth cohorts, Eeftens et al. (2014) reported small reductions in $FEV_1$, between 0.5 and 1.5%, associated with IQR increases in Cu, Fe, Ni, S, and V. However, after adjustment for $PM_{2.5}$ mass, all negative associations were null except for Fe and S. Similar single-pollutant results were noted in 8- to 12-year-old children in the PIAMA cohort (Gehring et al., 2015a), which was also included in the ESCAPE analysis. The authors did not report $PM_{2.5}$-mass adjusted results. Gehring et al. (2015a) also reported associations between all examined metals and asthma incidence (Cu, Fe, K, Ni, S, Si, V, and Zn).

As discussed previously for EC and OC, moderate to high correlations with $PM_{2.5}$, as well as negated effects in models adjusting for $PM_{2.5}$, indicate uncertainty about the independence of the observed associations between elemental fractions of $PM_{2.5}$ and respiratory health. Additionally, the ESCAPE cohorts, including PIAMA, implemented LUR models to estimate exposure to $PM_{2.5}$ components. The models predicted concentration variance with varying degrees of accuracy ($R^2 = 0.53-0.79$), potentially introducing more exposure measurement error for some components compared to others (de Hoogh et al., 2013). Overall, explained variance was generally higher for $PM_{2.5}$ mass compared to components, indicating greater confidence in the $PM_{2.5}$ concentrations as compared to components.

#### 5.2.12.3 Oxidative Potential

Information from recent studies on the oxidative potential (OP) of $PM_{2.5}$ (i.e., the inherent capacity of PM to generate reactive oxygen species) is presented in a study of the PIAMA cohort in the Netherlands (Yang et al., 2016). The authors propose a link between oxidative potential of $PM_{2.5}$, $PM_{2.5}$ exposure, oxidative stress and inflammation, and respiratory health effects. Yang et al. (2016) reported associations with asthma incidence and lung function decrements ($FEV_1$ and FVC). Results were dependent on the methods used to quantify OP, with health effects observed with OP measured using the dithiothreitol assay, but null effects for OP measured using spin resonance assay. Results also differed by exposure period, with stronger associations generally observed between the aforementioned respiratory health effects and OP estimated (by LUR) for the concurrent period, compared to OP estimated at

participants' birth address. Asthma and lung function associations with OP persisted with adjustment in two-pollutant models for $PM_{2.5}$, $NO_2$, and several $PM_{2.5}$ metals.

#### 5.2.12.4 Summary

Overall, recent studies add evidence for respiratory effects related to long-term $PM_{2.5}$ component exposures. However, evidence remains limited for any component being more strongly associated with a specific respiratory effect compared to $PM_{2.5}$ mass. Additionally, due to generally high component correlations with $PM_{2.5}$ mass, it is uncertain whether the exposure estimates adequately represent exposure to the components rather than a marker for $PM_{2.5}$, which is more strongly associated with respiratory health effects across many studies.

### 5.2.13 Summary and Causality Determination

The 2009 PM ISA (U.S. EPA, 2009) concluded that there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects (U.S. EPA, 2009).[62] This conclusion was based mainly on epidemiologic evidence demonstrating associations between long-term $PM_{2.5}$ exposure and changes in lung function or lung function growth rate in children. Correlations of $PM_{2.5}$ concentrations with concentrations of other air pollutants, and a limited number of studies that examined potential copollutant confounding, made the interpretation of epidemiologic results more challenging. However, the consistency of findings across different locations supported an independent effect of $PM_{2.5}$. Biological plausibility was provided by a single animal toxicological study involving pre- and postnatal exposure to $PM_{2.5}$ CAPs that found impaired lung development. Recent studies enhance the evidence base.
The evidence for the relationship between long-term exposure to $PM_{2.5}$ and respiratory effects is summarized in Table 5-27, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

[62] As detailed in the Preface, risk estimates are for a 5-µg/m$^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

**Table 5-27 Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Lung Function and Development* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Studies provide evidence of decrements in lung function growth and for decrements in attained lung function in children in multiple cohorts. | Children: Gauderman et al. (2015); Gehring et al. (2015a); Gauderman et al. (2004) | Children: CHS community mean concentration range: 6−28<br>PIAMA cohort: 16.4 |
| | Evidence of $PM_{2.5}$-related acceleration of lung function decline in adults. | Adults: Rice et al. (2015a)<br>Adam et al. (2015)<br>Section 5.2.2 | Adults: Framingham: 10.8<br>ESCAPE range: 9.5−17.8 |
| | Supporting evidence $PM_{2.5}$-related respiratory effects provided by studies showing improvements in lung function growth associated with declining $PM_{2.5}$ concentrations. | Gauderman et al. (2015)<br>Boogaard et al. (2013)<br>Section 5.2.11 | |
| Limited evaluation of confounding by copollutants | Potential copollutant confounding for lung function growth is examined in a limited number of studies, with some evidence that associations remain robust in models with gaseous pollutants. However, there is uncertainty regarding studies in Asia due to high annual $PM_{2.5}$ concentrations. | Hwang et al. (2015)<br>Gehring et al. (2013)<br>Wang et al. (2015b) | |
| Limited evidence from toxicological studies at relevant concentrations | Evidence of impaired mouse lung development with pre- and postnatal exposure to ambient concentrations of urban fine particles. | Mauad et al. (2008) | 17 |
| Biological plausibility | Evidence from an animal toxicological study provides biological plausibility for epidemiologic evidence indicating $PM_{2.5}$-related reductions in lung function growth. | Section 5.2.1 | |

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| *Development of Asthma* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Longitudinal studies provide evidence of associations with asthma incidence in children. | Carlsten et al. (2011)<br>Tétreault et al. (2016a)<br>Gehring et al. (2015b)<br>Section 5.2.3.1 | 5.2−16.5 |
| | Evidence for a relationship between $PM_{2.5}$ exposure and asthma prevalence in children and childhood wheeze. | Chiu et al. (2014)<br>Section 5.2.3.1 | 11.2 |
| Limited evaluation of confounding by copollutants | Potential copollutant confounding for asthma incidence in children is examined in a single study, with limited evidence that associations remain robust in models with $NO_2$. | MacIntyre et al. (2014a) | |
| Coherence in epidemiologic studies across the continuum of effects | Supporting evidence provided by associations with eNO, a marker of pulmonary inflammation. | Dales et al. (2008)<br>Berhane et al. (2014) | |
| Limited evidence from toxicological studies at relevant concentrations | Results show the development of an allergic Th2 phenotype, increased bronchial obstruction, and collagen deposition in the lungs of DEP-exposed mice. | Kim et al. (2016a) | 100 |
| Biological plausibility | Evidence from an animal toxicological study provides biological plausibility for epidemiologic findings for the development of asthma. | Section 5.2.3.3 | |
| *Respiratory Effects in Healthy Populations* | | | |
| Strong evidence from toxicological studies at relevant concentrations | Results show oxidative stress, inflammation, and morphologic changes in both the upper (nasal) and lower airways. Upregulation of the RAS was also reported. | Section 5.2.8 | 61−200 |

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Respiratory Mortality* | | | |
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Cohort studies show positive associations for respiratory mortality and cause-specific respiratory mortality, including COPD and infection. | Thurston et al. (2016)<br>Lipsett et al. (2011)<br>Ostro et al. (2010)<br>Hart et al. (2011)<br>Pinault et al. (2016)<br>Crouse et al. (2015)<br>Turner et al. (2016)<br>Pope et al. (2014)<br>Lepeule et al. (2012) | 10.2−13.6<br>15.6<br>17.0<br>14.1<br>6.3<br>8.9<br>12.6<br>12.6<br>11.4−23.6 |
| Uncertainty regarding confounding by copollutants and exposure measurement error | Potential copollutant confounding is examined in a few studies with some evidence that associations remained robust in models with gaseous pollutants. Exposure measurement error is less likely for long-term $PM_{2.5}$ compared with shorter averaging times and other size fractions. | Section 5.2.10 | |
| Morbidity evidence provides some coherence with underlying causes of respiratory mortality | Epidemiologic evidence of COPD development and respiratory infection provide some coherence for cause-specific respiratory mortality. | Section 5.2.5<br>Section 5.2.6 | |
| *Other Respiratory Endpoints* | | | |
| Limited epidemiologic evidence from studies of allergic disease, severity of respiratory disease, and COPD development | Generally consistent evidence of an association for allergic sensitization. However, there is not evidence of consistent associations with specific allergens. | Gruzieva et al. (2014)<br>Gehring et al. (2010)<br>Weir et al. (2013)<br>Section 5.2.4 | 12.7−16.9 |
| | Limited evidence of increased bronchitic symptoms and increased hospitalizations in children with asthma. | McConnell et al. (2003)<br>Tétreault et al. (2016b)<br>Section 5.2.7 | 9.9−13.8 |
| | Cohort studies provide some evidence of associations with COPD development. | Atkinson et al. (2015)<br>Gan et al. (2013)<br>To et al. (2015)<br>Section 5.2.5 | 4.1−12.5 |

**Table 5-27 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Coherence of related effects across disciplines | Evidence from an animal toxicological study provides coherence with epidemiologic findings for the development of an allergic phenotype. | Kim et al. (2016a) | 100 |
| | Exposure to DEP did not worsen the asthma phenotype. | Farraj et al. (2010) | 2,000 |
| Other uncertainties | Studies of COPD development and severity of respiratory disease may not account for the potential effect of short-term exposures leading to these acute events. | Section 5.2.5<br>Section 5.2.7 | |

CHS = Children's Health Study; COPD = chronic obstructive pulmonary disease; DEP = diesel exhaust particles; eNO = exhaled nitric oxide; ESCAPE = European Study of Cohorts for Air Pollution Effects; μg/m³ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RAS = renin-angiotensin system.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

Multiple cohort studies measuring lung function development over time continue to support the relationship between long-term $PM_{2.5}$ exposure and decrements in lung function growth, providing evidence for a robust and consistent association across study locations, exposure assessment methods, and time periods (Section 5.2.2). The relationship between $PM_{2.5}$ and lung function development is further supported by a recent study that related declining $PM_{2.5}$ concentrations to improvements in pulmonary function growth. Epidemiologic studies also examined asthma development in children (Section 5.2.3). A few recent prospective cohort studies in children found generally positive associations, but several are imprecise (i.e., reporting wide confidence intervals). Supporting evidence is provided by studies of asthma prevalence in children, by studies of childhood wheeze, and by studies of eNO, a marker of pulmonary inflammation. A recent animal toxicological study showing the development of an allergic phenotype and an increase in a marker of airway responsiveness provides biological plausibility for allergic asthma. One epidemiologic study reports a copollutant model with $NO_2$, in which the $PM_{2.5}$ effect persisted. Other epidemiologic studies focusing on lung function in adults and report a $PM_{2.5}$-related acceleration of lung function decline in adults, while improvement was observed with declining $PM_{2.5}$ concentrations (Section 5.2.11). Declining $PM_{2.5}$ concentrations are also associated with an improvement in chronic bronchitis symptoms in children in a recent longitudinal study, strengthening evidence reported

in the 2009 PM ISA for a relationship between increased chronic bronchitic symptoms and long-term $PM_{2.5}$ exposure (Section 5.2.11).

A common uncertainty across the epidemiologic studies is the lack of examination of copollutants to assess the potential for confounding. While there is some evidence that associations remain robust in models with gaseous pollutants, several studies examining copollutant confounding are conducted in Asia, and thus have limited generalizability due to high annual pollutant concentrations. Exposure measurement error is less likely for long-term $PM_{2.5}$ compared with shorter averaging times and other size fractions (Section 3.4.5). Animal toxicological studies continue to provide evidence that long-term exposure to $PM_{2.5}$ results in a variety of respiratory effects. Recent studies show pulmonary oxidative stress, inflammation, and morphologic changes in the upper (nasal) and lower airways. Other results show changes consistent with the development of allergy and asthma and impaired lung development, which are mentioned above. **Overall, the collective evidence is sufficient to conclude a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and respiratory effects.**

## 5.3 Short-Term $PM_{10-2.5}$ Exposure and Respiratory Effects

The 2009 PM ISA (U.S. EPA, 2009) concluded that the relationship between short-term exposure to $PM_{10-2.5}$ and respiratory effects is "suggestive of a causal relationship" (U.S. EPA, 2009), based on a limited number of epidemiologic studies supporting associations with some respiratory effects and a limited number of experimental studies that provide biological plausibility.[63] Epidemiologic findings were consistent for hospital admissions and ED visits for respiratory infection and respiratory-related diseases, but not for COPD. Evidence that short-term $PM_{10-2.5}$ exposure exacerbates asthma was inconsistent in epidemiologic studies. In addition, these studies were characterized by overall uncertainty in the exposure assignment approach. Limited information was available regarding potential copollutant confounding across the array of respiratory effects examined. Controlled human exposure studies of short-term $PM_{10-2.5}$ exposure found no lung function decrements and inconsistent evidence for pulmonary inflammation in healthy individuals or human subjects with asthma. Animal toxicological studies were limited to those using noninhalation (e.g., intra-tracheal instillation) routes of $PM_{10-2.5}$ exposure.

Recent epidemiologic findings more consistently link $PM_{10-2.5}$ to asthma exacerbation, and a recent controlled human exposure study in individuals with asthma found pulmonary inflammation and other alterations of the immune system following short-term exposure to $PM_{10-2.5}$ CAPs (Section 5.3.2). Recent animal toxicological studies use noninhalation routes of $PM_{10-2.5}$ exposure and demonstrate enhanced allergic responses in models of allergic airway disease, which share phenotypic features with asthma in humans. Recent epidemiologic findings are more consistent than previous findings for COPD exacerbation (Section 5.3.3), consistent with previous findings for respiratory-related diseases

[63] As detailed in the Preface, risk estimates are for a 10-μg/m$^3$ increase in 24-hour avg $PM_{10-2.5}$ concentrations unless otherwise noted.

# CHAPTER 6 CARDIOVASCULAR EFFECTS

***Summary of Causality Determinations for Short- and Long-Term Particulate Matter (PM) Exposure and Cardiovascular Effects***

This chapter characterizes the scientific evidence that supports causality determinations for short- and long-term PM exposure and cardiovascular effects. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (see Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015). The evidence presented throughout this chapter support the following causality conclusions:

| Size Fraction | Causality Determination |
|---|---|
| *Short-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer |
| *Long-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Inadequate |

## 6.1 Short-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

The 2009 PM ISA concluded that "a causal relationship exists between short-term exposure to $PM_{2.5}$ and cardiovascular effects." This conclusion was based on multiple lines of evidence including consistently positive associations between short-term exposure to $PM_{2.5}$ and emergency department (ED) visits and hospital admissions for cardiovascular disease (U.S. EPA, 2009). Results from hospital admissions and ED visit studies were supported by associations between $PM_{2.5}$ and cardiovascular mortality. In addition, controlled human exposure (CHE) and animal toxicological studies provided evidence of changes in various measures of cardiovascular function, thereby establishing biological plausibility for the epidemiologic findings. The most consistent $PM_{2.5}$ effect was for reduced vascular function. Toxicological studies finding reduced myocardial blood flow during ischemia and altered vascular reactivity provided coherence and biological plausibility for the myocardial ischemia that was observed in both controlled human exposure and epidemiologic studies. Further, $PM_{2.5}$ effects on ST

segment depression—an electrocardiogram change that potentially indicates ischemia—were also observed.

Key uncertainties from the last review included inconsistent results across disciplines with respect to the relationship between short-term exposure to $PM_{2.5}$ and changes in blood pressure, blood coagulation markers, and markers of systemic inflammation. In addition, uncertainties remained with respect to biological plausibility; that is, how inhalation exposure to $PM_{2.5}$ could trigger molecular, cellular, and tissue responses that result in serious cardiovascular outcomes. For example, in the 2009 PM ISA (U.S. EPA, 2009), there was a growing body of evidence from CHE, animal toxicological, and epidemiologic studies demonstrating changes in markers of systemic oxidative stress following $PM_{2.5}$ exposure. However, uncertainties remained as to the relationship between changes in markers of oxidative stress and more serious cardiovascular health outcomes.

Since the last review, the evidence relating short-term $PM_{2.5}$ concentrated ambient particulate (CAP) exposure and cardiovascular effects has expanded greatly, further strengthening the conclusions reached in the 2009 PM ISA. Recent health evidence continues to show a clear relationship between short-term $PM_{2.5}$ exposure and cardiovascular outcomes such as ED visits and hospital admissions for ischemic heart disease (IHD) and heart failure. Additionally, recent epidemiologic studies confirm the relationship between short-term exposure to $PM_{2.5}$ and cardiovascular mortality. Results from epidemiologic studies are supported by CHE and animal toxicological evidence demonstrating that exposure to $PM_{2.5}$ can result in a variety of cardiovascular effects, including endothelial dysfunction, increases in blood pressure, and conduction abnormalities. Thus, the epidemiologic, CHE, and animal toxicological evidence presented in this section continues to support a *causal relationship* between short-term $PM_{2.5}$ exposures and cardiovascular effects, with the strongest evidence supporting this determination still coming from the epidemiologic literature. As discussed in detail below, recent evidence also reduces uncertainties from the previous review with respect to the potential for copollutant confounding and provides additional evidence for biological plausibility.

The subsections below provide an evaluation of the most policy-relevant scientific evidence relating short-term $PM_{2.5}$ exposure to cardiovascular effects. To clearly characterize and put this evidence into context, we first discuss the biological plausibility of cardiovascular effects following short-term $PM_{2.5}$ exposure (Section 6.1.1). Following this discussion, the health evidence relating short-term $PM_{2.5}$ exposure and specific cardiovascular outcomes is discussed in detail. These outcomes include: ischemic heart disease and myocardial infarction (Section 6.1.2), heart failure and impaired heart function (Section 6.1.3) cardiac electrophysiology and arrhythmia (Section 6.1.4), cerebrovascular disease and stroke (Section 6.1.5), increased blood pressure and hypertension (Section 6.1.6), peripheral vascular disease (PVD), venous thromboembolism, and pulmonary embolisms (Section 6.1.7), combinations of cardiovascular-related ED visits and hospital admissions (Section 6.1.8), and cardiovascular-related mortality (Section 6.1.9). Additionally within this section, the evidence for an effect of $PM_{2.5}$ exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are discussed

(Section 6.1.10, Section 6.1.11, Section 6.1.12, and Section 6.1.13), as are policy-relevant considerations (Section 6.1.14), and the relationship between health effects and exposure to specific $PM_{2.5}$ components (Section 6.1.15). Finally, the collective body of evidence is integrated across and within scientific disciplines,[65] and the rationale for the causality determination is outlined in (Section 6.1.16). Of note, when discussing the health effects evidence and causality determinations, results from epidemiologic studies that adjusted for potential confounders are presented when available and new epidemiologic, CHE, and animal toxicological studies that address uncertainties and limitations noted in the 2009 PM ISA are emphasized.

### 6.1.1 Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from short-term inhalation exposure to $PM_{2.5}$. Figure 6-1 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately lead to the apical cardiovascular events observed in epidemiologic studies (e.g., ED visits and hospital admissions). This discussion of how short-term exposure to $PM_{2.5}$ may lead to these cardiovascular events also provides biological plausibility for the epidemiologic results reported later in Section 6.1. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.1. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

When considering the available health evidence, plausible pathways connecting short-term exposure to $PM_{2.5}$ to the apical events reported in epidemiologic studies are proposed in Figure 6-1. The first pathway begins as respiratory tract inflammation leading to systemic inflammation.[66] The second pathway involves activation of sensory nerve pathways in the respiratory tract that lead to modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that short-term exposure to $PM_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as emergency department (ED) visits and hospital admissions for IHD and heart failure, and ultimately mortality

[65] As detailed in the Preface, risk estimates are for a 10-$\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations unless otherwise noted.
[66] It is also possible that particles ~200 nm or less, or soluble particle components, can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.




HR = heart rate; HRV = heart rate variability; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to short-term $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving $PM_{2.5}$ exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-1 Potential biological pathways for cardiovascular effects following short-term exposure to $PM_{2.5}$.**

Short-term inhalation exposure to $PM_{2.5}$ may result in respiratory tract inflammation and oxidative stress (Chapter 5). Inflammatory mediators such as cytokines produced in the respiratory tract have the potential to enter into the circulatory system where they may amplify the initial inflammatory response and/or cause distal pathophysiological events that can contribute to overt cardiovascular disease. For example, following short-term $PM_{2.5}$ exposure in mice, Budinger et al. (2011) demonstrated that inflammation that began in the lung resulted in an increase in circulating markers of coagulation. Thus, we note evidence from CHE (Behbod et al., 2013; Urch et al., 2010; Brook et al., 2009; Gong et al., 2004), epidemiologic panel (Steenhof et al., 2014; Strak et al., 2013a; Huttunen et al., 2012; Delfino et al., 2009b), and animal toxicological (Aragon et al., 2015; Xu et al., 2013) studies that short-term exposure to $PM_{2.5}$ can result in an increase in circulating inflammatory cells and cytokines. Elevated levels of

cytokines such as interlukin-6 (IL-6) have been correlated with elevated markers of thrombosis (Chiarella et al., 2014; Budinger et al., 2011). Note also that in CHE (Lucking et al., 2011; Ghio et al., 2003; Gong et al., 2003; Ghio et al., 2000), epidemiologic panel (Croft et al., 2017; Strak et al., 2013a), and animal toxicological (Budinger et al., 2011; Kodavanti et al., 2005) studies that there is evidence of increased protein levels associated with coagulation and/or decreased protein levels associated with fibrinolysis following short-term $PM_{2.5}$ exposure. This alteration in hemostasis increases the potential for thrombosis (Lucking et al., 2011), which can potentially exacerbate existing IHD and hear failure.

In addition to affecting hemostasis, systemic inflammation and/or oxidative stress may result in impaired vascular function. Impaired vascular function stems from impaired functioning of the endothelium, which maintains the normal balance of mediators that promote vasorelaxation (e.g., nitric oxide) and vasoconstriction (e.g., endothelin-1). In endothelial dysfunction, the balance is tipped towards greater production of vasoconstrictors causing increased vascular resistance which could lead to rupture of existing plaques (Halvorsen et al., 2008). Dislodged plaques may then obstruct blood flow to the heart or stimulate intravascular clotting (Karoly et al., 2007), both of which could result in acute myocardial ischemia, and set the stage for heart failure. If the dislodged plaque obstructs blood flow to the brain, the potential for a stoke exists. Impaired vascular function has been reported following short-term $PM_{2.5}$ exposure in CHE (Hemmingsen et al., 2015b; Tong et al., 2015; Lucking et al., 2011; Brook et al., 2009), epidemiologic panel (Ljungman et al., 2014; Madrigano et al., 2010; Liu et al., 2009), and animal toxicological studies (Davel et al., 2012; Haberzettl et al., 2012; O'Toole et al., 2010). In addition, clinical indicators of potential ischemia (e.g., ST segment depression on an electrocardiogram) have been shown in epidemiologic panel studies (Delfino et al., 2011; Zhang et al., 2009) following short-term exposure to $PM_{2.5}$. Impaired vascular function can also lead to increases in blood pressure (BP) through vasoconstriction. Given that increases in BP may exacerbate IHD or heart failure through shear stress-induced arterial thrombosis and/or impaired vascular function, it is notable that following short-term $PM_{2.5}$ exposure, there is direct evidence for increases in BP from CHE (Tong et al., 2015; Bellavia et al., 2013; Brook et al., 2009), epidemiologic panel (Hicken et al., 2014; Brook et al., 2011; Dvonch et al., 2009), and animal toxicological studies (Bartoli et al., 2009; Ito et al., 2008; Chang et al., 2007; Chang et al., 2004). These studies are consistent with additional evidence from animal toxicological studies (Aztatzi-Aguilar et al., 2015; Ghelfi et al., 2010) reporting increases in renin-angiotensin system gene expression consistent with vasoconstriction and increases in BP. Taken together, there are plausible pathways by which respiratory tract inflammation could exacerbate existing IHD and heart failure, contribute to the development of a myocardial infarction or stroke, and lead to ED visits and hospital admissions.

There is also evidence that exposure to $PM_{2.5}$ could lead to these outcomes through activation of sensory nerves in the respiratory tract (Chapter 5). Once activated, autonomic nervous system modulation may cause a shift toward increased sympathetic tone. Shifts toward increased sympathetic nervous system tone may result in increases in BP and decreased in vascular function, which as mentioned above, could exacerbate IHD and/or heart failure. It is therefore important to note that there is evidence from CHE

(Tong et al., 2012), epidemiologic panel (Liu et al., 2015b; Hampel et al., 2014; Weichenthal et al., 2014a; Zanobetti et al., 2010), and animal toxicological studies (Wagner et al., 2014a; Wagner et al., 2014b; Rohr et al., 2011) of autonomic nervous system modulation—including a shift toward increased sympathetic tone (as evidenced by changes in HRV and/or HR)—following short-term $PM_{2.5}$ exposure. Modulation of the autonomic nervous system may also contribute to conduction abnormalities (Ghelfi et al., 2010) or worsening of arrhythmia (Cascio, 2016). Thus, also of note is evidence from CHE (Tong et al., 2012; Sivagangabalan et al., 2011), epidemiologic panel (Zanobetti et al., 2014a; Link et al., 2013; Dockery et al., 2005a; Dockery et al., 2005b; Rich et al., 2005; Peters et al., 2000), and animal toxicological studies (Farraj et al., 2015; Ghelfi et al., 2010; Nadziejko et al., 2004) that short-term exposure to $PM_{2.5}$ can result in conduction abnormalities or arrhythmia, which could then potentially exacerbate IHD, and subsequently, heart failure. Taken together, there are multiple potential pathways by which activation of sensory nerves in the respiratory tract may lead to worsening of IHD or heart failure.

In addition to the proposed pathways depicted in Figure 6-1, we need to mention the interconnection between the respiratory effects discussed in Chapter 5 and the biological plausibility of cardiovascular effects. For example, there is an established relationship between reduced pulmonary function and cardiovascular disease (Jönsson et al., 2018). Thus, it is possible that worsening of heart failure due to short-term $PM_{2.5}$ exposure could present in individuals with pre-existing respiratory disease (e.g., COPD) as respiratory effects (e.g., cough, wheeze) with accompanying dyspnea. In addition, following $PM_{2.5}$ instillation, (Rivero et al., 2005) reported thickening of pulmonary arterioles in rats. Similarly, intranasal exposure to $PM_{2.5}$ and antigen, but not to antigen alone was found to result in indicators of pulmonary hypertension as well as an increase in right ventricular pressure (Grunig et al., 2014; Park et al., 2014) in mice. These animal toxicological studies are in agreement with an epidemiologic study finding an association between daily $PM_{2.5}$ concentrations and an increase in pulmonary arterial pressure (Rich et al., 2008). Increased pulmonary pressure due to short-term $PM_{2.5}$ exposure could potentially worsen right ventricular dysfunction and result in reduced blood flow to the left ventricle, and thus, impair left ventricular filling (i.e., diastole). This reduced blood flow could worsen a common type of heart failure that is prevalent in individuals with COPD. Specifically, heart failure characterized by impaired left ventricular filling with preserved ejection fraction (i.e., preserved systolic function).

When considering the available evidence, there are plausible pathways connecting short-term exposure to $PM_{2.5}$ to cardiovascular effects (Figure 6-1). The first potential pathway begins with respiratory tract inflammation that may lead to systemic inflammation, altered hemostasis, impaired vascular function, and potential worsening of IHD and heart failure. The second potential pathway involves the activation of sensory nerves in the respiratory tract that may modulate autonomic nervous system responses potentially leading to exacerbation of IHD and heart failure through changes in BP and worsening of conduction abnormalities or arrhythmia. Moreover, interplay between respiratory and cardiovascular effects could lead to worsening of cardiovascular disease. Collectively, these proposed pathways provide biological plausibility for epidemiologic results of ED visits and hospital admissions

for cardiovascular-related causes and will be used to inform a causality determination, which is discussed later in the chapter (Section 6.1.16).

## 6.1.2 Ischemic Heart Disease and Myocardial Infarction

IHD is a chronic condition characterized by atherosclerosis and reduced blood flow to the heart (Section 6.2.2 and Section 6.2.4). Myocardial infarction (MI), more commonly known as a heart attack, occurs when heart tissue death occurs secondary to prolonged ischemia. The effect of short-term $PM_{2.5}$ exposure on acute MI, complications from recent MI, and other acute or chronic IHD are generally evaluated using ICD codes recorded when a patient is admitted or discharged from the hospital or emergency department (ICD9: 410−414 or ICD10: I20−I25). In experimental or epidemiologic panel studies, indicators of MI include ST segment depression as measured by an electrocardiograph (ECG). The ST segment of an electrocardiogram recorded by surface electrodes corresponds to the electrical activity of the heart registered between ventricular depolarization and repolarization and is normally isoelectric.

In the 2009 PM ISA, most of the evidence for IHD and MI was from epidemiologic studies of emergency department (ED) visits and hospital admissions. This evidence included the U.S. Medicare Air Pollution Study [MCAPS; Dominici et al. (2006)], a four-city study in Australia (Barnett et al., 2006), and a study among older adults in several French cities (Host et al., 2008). The positive associations reported in these studies were important considerations in determining a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects.

Evidence from the current review strengthens the epidemiologic results reported in the 2009 PM ISA. Several new epidemiologic studies conducted in the U.S. and Europe provide additional evidence of positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions (Section 6.2.2.1). Uncertainties noted in the last review with respect to exposure measurement error for those not living near a $PM_{2.5}$ monitor were reduced in the current review by considering recent studies that applied hybrid exposure assessment techniques that combine land use regression data with satellite aerosol optical depth (AOD) measurements and $PM_{2.5}$ concentrations measured at fixed-site monitors to estimate $PM_{2.5}$ concentrations. In addition to these ED visit and hospital admissions studies, there is also evidence for ST segment depression from epidemiologic panel studies (Section 6.1.2.2).

### 6.1.2.1 Emergency Department (ED) Visits and Hospital Admissions

In the last review, epidemiologic studies that examined the effect of $PM_{2.5}$ on IHD ED visits and hospital admissions provided some of the strongest evidence supporting the *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects, including several multicity studies [U.S. Medicare Air Pollution Study [MCAPS; (Dominici et al., 2006)], a study of older adults (aged 65+ years) in four

cities in Australia (Barnett et al., 2006), and a study of older adults in several French cities (Host et al., 2008)]. In the current review, several recent multicity studies in the U.S. and Europe provide additional evidence for positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions, including some conducted in areas of lower $PM_{2.5}$ concentrations than those included in the 2009 PM ISA. This section first reviews recent studies that have considered IHD as a composite endpoint, and subsequently considers those studies focusing specifically on MI and angina. Additional study details and results are presented in Table 6-1.

Since the 2009 PM ISA, studies using the large Medicare database have evaluated IHD hospital admission records and observed a 0.18% (95% CI: −0.09, 0.45) increase in admissions associated with $PM_{2.5}$ concentrations on the same day (Bell et al., 2015) and a 0.99% (95% CI: 0.62, 1.37) increase over the previous 2 days [lag 0−1; Kloog et al. (2014)]. Unlike most previous studies that relied on monitored $PM_{2.5}$ concentrations, Kloog et al. (2014) applied land use regression (LUR) in conjunction with satellite AOD observations and monitoring data to estimate $PM_{2.5}$ exposures across the study area. This hybrid prediction model attempts to reduce exposure measurement error through more spatially resolved exposure estimates and to increase coverage by estimating exposure for populations that do not live near a $PM_{2.5}$ monitor. Similarly, two multicity studies conducted in New York observed positive associations between short-term $PM_{2.5}$ concentrations and ED visits and hospital admissions for IHD (Hsu et al., 2017; Haley et al., 2009). Hsu et al. (2017) used a hybrid estimate of $PM_{2.5}$ from monitoring data and CMAQ output; the authors reported a positive association with IHD in the greater New York City (NYC) region (including NYC, counties to the north of NYC, and Long Island), but null associations in the remaining regions of the state. Talbott et al. (2014) examined hospital admissions for IHD in seven U.S. states (Florida, Massachusetts, New Hampshire, New Jersey, New Mexico, New York, and Washington) and reported positive associations in New Jersey and New York, but not in the other five states. Neither Hsu et al. (2017) nor Talbott et al. (2014) presented pooled results across all study areas; however, inconsistent results between regions provide evidence of potential regional heterogeneity. In contrast to other large, multicity studies, an administrative database study across England and Wales observed a decrease in risk of hospitalizations for IHD corresponding to increasing $PM_{2.5}$ concentrations averaged over the previous 5 days (RR: 0.986, 95% CI: 0.975, 0.996), and in sensitivity analyses at lag 0−1 [quantitative results not presented; Milojevic et al. (2014)]. Recent single-city studies were inconsistent in observing associations between $PM_{2.5}$ concentrations and IHD, with one study observing positive associations in Denver, CO (Kim et al., 2012) and another observing a null association in St. Louis, MO [(Sarnat et al., 2015); Figure 6-2].

**Table 6-1 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Monitors in county averaged.<br>Number NR. Study population resided an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | IHD | 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998−2001)<br>Age ≥65 yr | Monitors in city averaged: 3 monitors Sydney, 2 monitors Melbourne and Perth, 1 monitor Brisbane. | IHD | 8.1 to 9.7 (NR) (across four cities)<br>Max: 29.3 to 122.8 (across four cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Host et al. (2007)<br>Six French cities (2000−2003)<br>Age ≥65 yr | Monitors in city averaged: 4 monitors Paris, 1 monitor Toulouse, 2 monitors other cities. Residents within 20 km. Between-monitor $r > 0.60$. | IHD | 13.8 to 18.6 (NR) (across six cities)<br>95th: 25.0 to 33.0 (across six cities) | Correlation (*r*): $PM_{10-2.5}$: 0.28−0.73 across cities<br>Copollutant models with: NA |
| Zanobetti and Schwartz (2006)<br>Boston, MA (1995−1999)<br>Age ≥65 yr | 1 monitor<br>Data missing for 1998. | MI | Median: 11.1 (IQR 8.9)<br>75th: 16.1 | Correlation (*r*): BC: 0.66, $NO_2$: 0.55, CO: 0.52, $O_3$: 0.20<br>Copollutant models with: NA |

**Table 6-1 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Bell et al. (2015)<br>213 U.S. counties (1999−2010)<br>Age ≥65 yr | Monitors in county averaged | IHD, MI | 12.3 (NR)<br>Max: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2014)<br>Seven Mid-Atlantic states and Washington, DC (2000−2006)<br>Age ≥65 yr | Spatiotemporal modeling incorporating 10 × 10 km satellite-derived AOD observations, $PM_{2.5}$ monitoring data, and land use variables. Cross-validation $R^2$ = 0.81. | IHD | 2-day avg: 11.92 (5.68)<br>75th: 14.65<br>Max: 95.85 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Haley et al. (2009)<br>Eight New York cities (2001−2005) | Weighted averages across monitors in each city; 39 monitors in total. | IHD | 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Hsu et al. (2017)<br>Four New York regions (1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]; 12 × 12 km grid resolution with patient residential address. | IHD | Graphically reported only | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states (2001−2009) | Fuse-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | IHD, MI | 6.46 to 12.83 (2.55 to 7.66) (across seven states)<br>75th: 7.64 to 16.55 (across seven states) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | IHD, MI | Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation (*r*): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41 |

**Table 6-1 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

| Study/Location/Population | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Zanobetti et al. (2009)<br>26 U.S. cities (2000−2003)<br>Age ≥65 yr | Monitors in county averaged; 1 to 4 monitors per county.<br>Monitor data discarded if between-monitor correlation <0.8 | MI | 2-day avg: 15.3 (8.2)<br>(across 26 cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Weichenthal et al. (2016b)<br>16 Cities in Ontario, Canada (2004−2011) | Nearest monitor to patient's population-weighted postal code centroid | MI | 6.91 (5.97)<br>Max: 56.8 | Correlation (*r*): $NO_2$: 0.51, $O_3$: −0.49<br>Copollutant models with: $NO_2$, $O_3$ |

AOD = aerosol optical depth; BC = black carbon; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IHD = ischemic heart disease; IQR = interquartile range; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; MI = Myocardial Infarction; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient; $R^2$ = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Overall, recent epidemiologic studies expand upon the strong evidence presented in the 2009 PM ISA (U.S. EPA, 2009) and continue to provide evidence for positive associations between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions. The strongest recent evidence comes from analyses of the MCAPS study, as well as other multi-city studies. In addition, several recent studies used hybrid exposure assessment techniques incorporating both remote sensing and monitor data. Such techniques permit the inclusion of study subjects that do not live near PM monitors, thereby addressing a previous source of uncertainty in this body of evidence. While the evidence base remains strong overall, a couple of recent single-city studies did not observe a positive association between short-term $PM_{2.5}$ exposure and IHD ED visits and hospital admissions.

#### 6.1.2.1.1 Acute Myocardial Infarction (MI) and Angina Pectoris

A prevailing hypothesis in the literature is that $PM_{2.5}$ could be more strongly associated with the more specific outcome of MI rather than the composite endpoint of IHD. In the 2009 PM ISA, a limited number of epidemiologic studies generally observed positive associations between $PM_{2.5}$ and MI, although not without some inconsistency in results across registry-based studies (Sullivan et al., 2005; Peters et al., 2004; Peters et al., 2001). Recent studies evaluating the potential association between $PM_{2.5}$ and MI continue to provide evidence of a positive association based on additional administrative database and registry-based studies; however, some inconsistency in results remains, and the evidence overall is less consistent when compared with associations between $PM_{2.5}$ and IHD.

Recent investigations of MI, which have included larger administrative database studies, generally reported positive associations (Figure 6-2), using either $PM_{2.5}$ concentration estimates from local monitors or spatiotemporal models incorporating land use variables, AOD observations, and monitor measurements (Section 3.3, Table 6-1). Several U.S. studies reported positive associations at short lag periods (Ostro et al., 2016; Talbott et al., 2014; Zanobetti et al., 2009), with the notable exception of a large, nationwide Medicare study that observed null associations at lag 0 (Bell et al., 2015). Similarly, a study in England and Wales observed a negative association for MI (Milojevic et al., 2014) for a longer multi-day lag period (lag 0−4) and a null association for analyses at lag 0−1. Note that Talbott et al. (2014) observed some evidence of regional heterogeneity, with positive associations in three of the seven U.S. states. Meanwhile, recent multicity Canadian studies reported positive associations between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for MI [Stieb et al. (2009); Szyszkowicz (2009); Weichenthal et al. (2016b); Figure 6-2]. Weichenthal et al. (2016b) also examined effect modification by city-level $PM_{2.5}$ oxidative potential and observed an increasing association between $PM_{2.5}$ and MI as oxidative potential increased. Recent administrative studies of MI add to the limited number of studies from the 2009 PM ISA. Although not all studies observed positive associations, overall, recent administrative studies continue to provide evidence of a positive association between $PM_{2.5}$ and MI, particularly for immediate lag periods (see Section 6.2).




CI = confidence interval; h = hour; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; MI = myocardial infarction; NSTEMI = non-ST segment elevation MI; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; STEMI = ST segment elevation MI.

Note: Corresponding quantitative results are reported in Supplemental Table S6-1 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-2 Results of studies of short-term ambient $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease and myocardial infarction.**

While these administrative-based studies generally observe positive associations between $PM_{2.5}$ and MI, smaller recent studies based on MI registries, which are thought to have less outcome misclassification than administrative data sets, have not consistently observed associations between $PM_{2.5}$

exposure and MI incidence (Pope et al., 2015; Gardner et al., 2014; Rich et al., 2010). $PM_{2.5}$ exposure estimates from studies based on MI registries were based on either data from the nearest available monitoring station or on averages of measured concentrations from multiple monitors. The results of MI registry studies are consistent with the 2009 PM ISA, wherein registry-based MI studies reported inconsistent results for an association between $PM_{2.5}$ and MI. However, some inconsistency may be due to the type of event, because studies of ST segment elevation MI [STEMI; Pope et al. (2015); Gardner et al. (2014)] and transmural MI (Rich et al., 2010) reported positive associations, whereas null or negative associations were observed in studies of non-ST segment elevation MI (Pope et al., 2015; Gardner et al., 2014). In contrast, results from European studies, which had generally higher mean $PM_{2.5}$ concentrations, do not provide consistent evidence for an association between $PM_{2.5}$ and STEMI (Caussin et al., 2015; Claeys et al., 2015).

While the above studies reported inconsistent associations, recent meta-analyses by Mustafic et al. (2012) and Luo et al. (2015) reported overall associations between $PM_{2.5}$ and ED visits or hospital admissions for MI that were both positive and statistically significant. The magnitude of the association based on the meta-analytic summary estimates is on the order of 2 to 2.5% excess risk of ED visits and hospital admissions for MI.

In summary, several large studies published since the release of the 2009 PM ISA (U.S. EPA, 2009) provide continued support for an association between $PM_{2.5}$ exposure and ED visits or hospital admissions for IHD among study populations that generally had lower $PM_{2.5}$ exposures (Table 6-1) than those reported in the 2009 PM ISA. The evidence is not entirely consistent, particularly across recent registry-based studies of MI. While the registry-based studies are likely to reduce outcome misclassification, they are less generalizable to the U.S. population than the large, administrative-based studies. The positive associations reported across these administrative-based studies is supported by formal meta-analyses that document the presence of an association between $PM_{2.5}$ and MI. Many of these studies conducted exposure assessment using a single monitor or an average of fixed-site monitors, which restricts the study population to people living near monitors. However, several studies used modeled $PM_{2.5}$ concentrations to study a wider population, including rural populations, addressing a previously identified uncertainty. Overall, consistent, positive associations across multicity studies continue to provide strong evidence for the relationship between short-term $PM_{2.5}$ and IHD.

#### 6.1.2.2 Epidemiologic Studies of ST Segment Depression

The 2009 PM ISA reviewed a handful of panel studies investigating ST segment changes in relation to short-term exposure to $PM_{2.5}$. These studies reported associations between 1 hour−2 days $PM_{2.5}$ concentrations and ST segment depression. Since the 2009 PM ISA, two studies have examined potential changes in ST segment depression relative to $PM_{2.5}$ concentrations. In a study of 38 older adults with IHD in nursing homes in Los Angeles, CA, Delfino et al. (2011) observed that $PM_{2.5}$ concentrations averaged

over 1 hour up to 4 days were associated with ST segment depression ≥1.0 mm (OR: 1.68 [95% CI: 1.20, 2.35]). Notably, this association was attenuated in models including black carbon (BC) or primary organic carbon (OC), but remained positive. In another study, Zhang et al. (2009) observed associations between $PM_{2.5}$ concentrations and ST segment abnormality in the Women's Health Initiative at lag 0−2 days (4% [95% CI: −3, to 10]). Evidence from these recent studies further support results from the 2009 PM ISA. More information on these studies can be found in Table 6-2 below.

**Table 6-2 Details from epidemiologic studies of ST segment depression.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Delfino et al. (2011)<br>Los Angeles, CA<br>2005−2007 | n = 38 nonsmoking older adults (≥65 yr) with history of coronary artery disease.<br>Consecutive ECG monitoring for two 5-day periods in the warm and cool season (7,273 h of measurements).<br>Hourly diary during study periods.<br>Recruited from 4 retirement communities. | Residential monitoring<br>24 h avg<br>Mean (SD): 21.1 (11.4)<br>Max: 77.4 | ST segment depression<br>1-day avg: 1.68 (1.20, 2.43)<br>2-day avg: 1.62 (1.08, 2.43) | Correlation (*r*) = 0.44 OC, 0.58 BC, 0.43 primary OC, 0.2 $PM_{0.25}$, 0.14 $NO_X$, 0.31 CO, 0.04 $O_3$<br>Copollutant models with: BC, OC. |
| †Zhang et al. (2009)<br>49 U.S. cities<br>1999−2003 | Women's Health Initiative<br>n = 55,529 postmenopausal women, 52−90 yr<br>52% with hypertension<br>20% with hypercholesterolemia | Kriging of fixed-site monitors for participants' geocoded address<br>24 h avg<br>Mean (SD): 13.9 (7) | Minnesota Code 4 (ST segment abnormalities)<br>Lag 0−2: 1.04 (0.97, 1.10) | Correlation (*r*): NR |

avg = average; BC = black carbon; CI = confidence interval; CO = carbon monoxide; ECG = electrocardiograph; h = hour; n = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{0.25}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 0.25 μm; *r* = correlation coefficient; SD = standard deviation; ST = beginning of S wave to end of T wave; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.3 Heart Failure and Impaired Heart Function

Heart failure refers to a set of conditions in which the heart's pumping action is weakened. In congestive heart failure (CHF), the flow of blood from the heart slows, failing to meet the oxygen demands of the body, and returning blood can back up, causing swelling or edema in the lungs or other tissues (typically in the legs and ankles). The effect of short-term $PM_{2.5}$ exposure on people with CHF—which is a chronic condition—is generally evaluated using ICD codes recorded when a patient is admitted or discharged from the hospital or ED. The relevant diagnostic codes for heart failure are ICD9 428 and ICD10 I50. These codes encompass left, systolic, diastolic, and combined heart failure (Section 6.2.5). In experimental studies, indicators of heart failure include decreased contractility and/or relaxation in response to pharmacological challenge, reduced ejection fraction (i.e., the percent of blood pumped from the ventricle during each contraction) and decreases in left ventricular developed pressure (LVDP). Effects on endpoints such as these are plausible given the evidence that short-term $PM_{2.5}$ exposure can result in a number of cardiovascular effects, including arrhythmia and increases in BP.

In the 2009 PM ISA, the majority of the evidence for heart failure was from epidemiologic studies of ED visits and hospital admissions. The strongest evidence for an association came from multicity studies in the U.S. (Dominici et al., 2006) and Australia (Barnett et al., 2006). Results from single-city studies reviewed in the 2009 PM ISA also provided supporting evidence of a positive association between short-term exposure to $PM_{2.5}$ and CHF-related ED visits and hospital admissions (Section 6.1.3.1). In the 2009 PM ISA, there was also limited evidence of decreased contractility in mice following exposure to carbon particles, but not in studies using $PM_{2.5}$ CAPs.

Evidence from the current review strengthens the epidemiologic results reported in the 2009 PM ISA. Since the last review, multicity epidemiologic studies conducted in the U.S., Canada, and Europe generally report positive associations between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure. Additional evidence of these associations was also found in single-city studies, although these results tended to be more inconsistent. Supporting the ED visit and hospital admissions studies was a single toxicological study showing impaired contractility and LVDP following short-term $PM_{2.5}$ exposure (Kurhanewicz et al., 2014).

#### 6.1.3.1 Emergency Department (ED) Visits and Hospital Admissions

Numerous studies reviewed in the 2009 PM ISA provided evidence of positive associations between short-term $PM_{2.5}$ exposure and ED visits or hospital admissions for heart failure. The strongest evidence came from multicity studies in the U.S. (Dominici et al., 2006) and Australia (Barnett et al., 2006). Results from single-city studies reviewed in the 2009 PM ISA provided additional evidence of positive associations between $PM_{2.5}$ and CHF.

Since the 2009 PM ISA, a number of recent studies add to the available evidence and further support a positive association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure (Table 6-3), including among study populations that had lower $PM_{2.5}$ exposures than those in the 2009 PM ISA.

**Table 6-3 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Monitors in county averaged. Number NR. Study population resided an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | Heart failure | 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998−2001) | Monitors in city averaged.<br>3 monitors Sydney, 2 monitors Melbourne and Perth, 1 monitor Brisbane. | Heart failure | 8.1 to 9.7 (NR) (across four cities)<br>Max: 29.3 to 122.8 (across four cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties (1999−2010)<br>Age ≥65 yr | Monitors in county averaged. | Heart failure | 12.3 (NR)<br>Max: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Zanobetti et al. (2009)<br>26 U.S. cities (2000−2003)<br>Age ≥65 yr | Monitors in county averaged.<br>1 to 4 monitors per county.<br>Monitor data discarded if between-monitor correlation <0.8 | Heart failure | 2-day avg: 15.3 (8.2)<br>(across 26 cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states (2001−2009) | Fused-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | Heart failure | 6.46 to 12.83 (2.55 to 7.66)<br>(across seven states)<br>75th: 7.64 to 16.55 (across seven states) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |

**Table 6-3 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Hsu et al. (2017)<br>Four New York regions<br>(1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)].<br>12 × 12 km grid resolution with patient residential address. | Heart failure | Graphically reported only | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Haley et al. (2009)<br>Eight New York cities (2001−2005) | Weighted averages across monitors in each city; 39 monitors in total. | Heart failure | 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Ostro et al. (2016)<br>Eight California counties<br>(2005−2009) | Nearest monitor within 20 km of population-weighted centroid of ZIP code | Heart failure | Overall mean: 16.5 (IQR: 11.4; across 8 counties) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Stieb et al. (2009)<br>Six Canadian cities (1992−2003) | Monitors in city averaged.<br>1 monitor Halifax, Ottawa, Vancouver;<br>3 Edmonton;<br>7 Montreal and Toronto | Heart failure | 6.7 to 9.8<br>75th: 8.5 to 11.3 | Correlation (*r*): $O_3$: −0.05−0.62; $NO_2$: 0.27−0.51; $SO_2$: 0.01−0.55; CO: 0.01−0.42<br>Copollutant models with: NA |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | Heart failure | Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation (*r*): CO: 0.48; $NO_2$: 0.53, $O_3$: −0.10; $PM_{10}$: 0.86, $SO_2$: 0.41<br>Copollutant models with: NA |
| †Rodopoulou et al. (2015)<br>Central Arkansas<br>(2002−2012) | Single monitor—NCore site (AQS #05-119-0007) | Heart failure and hypertensive heart disease | 12.4<br>75th: 15.6 | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |

**Table 6-3 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for congestive heart failure.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| †Sarnat et al. (2015)<br>St. Louis, MO–IL metropolitan area<br>(2001–2003) | Monitors in metropolitan area averaged; 13 monitors in total | Heart failure | 18.0 | Correlation (*r*): CO: 0.25; $NO_2$: 0.35, $O_3$: 0.23; $SO_2$: 0.08<br>Copollutant models with: CO, $NO_2$, $O_3$, $SO_2$ |

AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; μg/m$^3$ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m$^3$ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m$^3$. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Several recent multicity studies in the U.S., Canada, and Europe examined the relationship between $PM_{2.5}$ and ED visits and hospital admissions for heart failure and generally observed positive associations (Figure 6-3). Two large Medicare studies (Bell et al., 2015; Zanobetti et al., 2009) observed similar estimates to those published by Dominici et al. (2006), reporting a 1.1% (95% CI: 0.8, 1.5) and 1.9% (95% CI: 1.2, 2.5) increase in hospital admissions, respectively. Talbott et al. (2014) examined hospital admissions in seven U.S. states and, although they did not pool their results, they observed positive associations between same-day hospital admissions for heart failure and $PM_{2.5}$ concentrations in Massachusetts, New Jersey, and New York, but not in New Hampshire, Washington, New Mexico, or Florida. Similarly, another large administrative data study in New York, which estimated $PM_{2.5}$ exposures using a hybrid of both monitored $PM_{2.5}$ data and modeled $PM_{2.5}$ estimates, reported a positive association with heart failure in the greater NYC region, but null associations throughout the remainder of the state (Hsu et al., 2017). The observed differences in effect estimates within or between states in Talbott et al. (2014) and Hsu et al. (2017) indicated the potential for regionally heterogeneous associations. Smaller multicity studies in New York (Haley et al., 2009), California (Ostro et al., 2016), and Canada (Stieb et al., 2009) reported positive associations between $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure, which showed increases ranging from 1.1 to 8.0%. In contrast, a study of hospital admissions for heart failure in England and Wales reported a null association between short-term $PM_{2.5}$ exposure and heart failure (Milojevic et al., 2014).

| Study | Outcome | Location | Mean PM2.5 (µg/m3) | Lag | Notes |
|---|---|---|---|---|---|
| Dominici et al. (2006) | HF | 204 U.S. Counties | 13.4 | 0 | Ages 65+ |
| Barnett et al. (2006) | HF | 4 Australian Cities | 8.1-9.7 | 0-1 | Ages 14-64 |
| | | | | 0-1 | Ages 65+ |
| †Bell et al. (2015) | HF | 213 U.S. Counties | 12.3 | 0 | Ages 65+ |
| †Zanobetti et al. (2009) | HF | 26 U.S. Cities | 15.3 | 0-1 | Ages 65+ |
| †Talbott et al. (2014) | HF | 7 U.S. States | 6.5-12.8 | 0-2 | Florida |
| | | | | 0-2 | Massachusetts |
| | | | | 0-2 | New Jersey |
| | | | | 0-2 | New Hampshire |
| | | | | 0-2 | New Mexico |
| | | | | 0-2 | New York |
| | | | | 0-2 | Washington |
| †Hsu et al. (2017) | HF | 4 NY Regions | NR | 0 | NYC, Long Island & Hudson |
| | | | | 0 | Adirondack & North |
| | | | | 0 | Mohawk Valley & Binghamton |
| | | | | 0 | Central & Western NY |
| †Haley et al. (2009) | HF | 8 New York Cities | 5.8 | 0 | |
| †Ostro et al. (2016) | HF | 8 CA counties | 16.5 | 0 | |
| †Stieb et al. (2009) | HF | 6 Canadian Cities | 8.2 | 0 | |
| †Milojevic et al. (2014) | HF | 15 Conurbations, UK | 10 (Med.) | 0-4 | |
| †Rodopoulou et al. (2015) | HF & HHD | Little Rock, AR | 12.4 | 1 | |
| †Sarnat et al. (2015) | HF | St. Louis, MO | 18 | 0-2 | |




CI = confidence interval; HF = heart failure; HHD = hypertensive heart disease; Med = median; µg/m³ = micrograms per cubic meter; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Corresponding quantitative results are reported in Supplemental Table S6-3 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-3 Results of studies of short-term ambient $PM_{2.5}$ concentrations and hospital admissions and emergency department visits for heart failure.**

In summary, recent multicity studies, along with studies published in the 2009 PM ISA, provide continued evidence for an association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for heart failure, including among study populations with generally lower $PM_{2.5}$ concentrations than those in the previous ISA (Table 6-3). Several studies conducted exposure assessment using a single monitor or an average of fixed-site monitors, an exposure protocol that restricts the study

population to people living near monitors and which may result in exposure misclassification due to spatial variation of $PM_{2.5}$. However, consistent positive associations across multicity and single-city studies continue to provide strong evidence for an association between short-term $PM_{2.5}$ and CHF that is unlikely to be driven by chance or systemic bias.

### 6.1.3.2 Controlled Human Exposure Studies of Impaired Heart Function

In the 2009 PM ISA, there were no CHE studies examining the effect of short-term exposure to $PM_{2.5}$ on impaired heart function. Since the publication of that document, Vieira et al. (2016b) have reported that in both exercising heart-failure patients and control patients, short-term exposure to diesel exhaust (DE) results in statistically significant ($p < 0.05$) decreases in estimated left ventricular stroke volume (i.e., the amount of blood the left ventricle pumps per beat). The authors also reported that particle filtration of DE attenuated this effect in both groups. More information on this study can be found in Table 6-4 below.

**Table 6-4 Study-specific details from a controlled human exposure study of short-term $PM_{2.5}$ exposure and impaired heart function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Vieira et al. (2016b) | Healthy adults<br>n = 8 M, 7 F; 45 ± 10 yr; 7 with a history of smoking<br>Heart failure patients<br>n = 16 M, 10 F; 51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 μg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer<br>25 ± 6 μg/m³ $PM_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | $O_2$ pulse as a surrogate for stroke volume during 6 min walking exposure |

CHE = controlled human exposure; DE = diesel exhaust; F = female; M = male; μg/m³ = micrograms per cubic meter; min = minute; n = number; $O_2$ = oxygen; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; yr = year.

### 6.1.3.3 Toxicological Studies of Impaired Heart Function

A study in the 2009 PM ISA (U.S. EPA, 2009) found decreased contractility after exposure to black carbon in mice (Yan et al., 2008). Since the 2009 PM ISA, Kurhanewicz et al. (2014) demonstrated that in mice, short-term $PM_{2.5}$ exposure caused statistically significant decreases ($p < 0.05$) in LVDP and contractility compared with filtered air controls. However, a separate study in rats did not report cardiac gene expression consistent with cardiac damage (Aztatzi-Aguilar et al., 2015) following short-term $PM_{2.5}$

exposure. Taken together, there is some additional evidence from more recent toxicological studies that short-term exposure to $PM_{2.5}$ may cause impaired heart function in mice. More information on studies published since the 2009 PM ISA can be found in Table 6-5 below.

**Table 6-5 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired heart function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Kurhanewicz et al. (2014) | C57BL/6 mice; F, n = 5−8 per treatment group | Inhalation of 190 μg/m³ $PM_{2.5}$ for 4 h from Research Triangle Park, NC | LVDP and contractility 24 h postexposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m³ $PM_{2.5}$ for 5 h/day for 3 days from a high traffic and industrial area north of Mexico City in early summer | Gene expression consistent with cardiac damage (*Acta1* and *Col3a1*) in heart tissue collected 24 h postexposure |

*Acta1* = skeletal alpha-actin; *Col3a1* = collagen Type 3 alpha; F = female; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; LVDP = left ventricular developed pressure; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 6.1.4 Ventricular Depolarization, Repolarization, and Arrhythmia

In epidemiologic studies, the effect of short-term $PM_{2.5}$ exposure on arrhythmia is generally evaluated using ICD codes for ED visits, hospital admissions, and out-of-hospital cardiac arrests (OHCA) that typically result from ventricular arrhythmia. In addition, there is a body of epidemiologic studies that examine arrhythmias recorded on implantable cardiodefibrillators.

Experimental and epidemiologic panel studies typically use surface ECGs to measure electrical activity in the heart resulting from depolarization and repolarization of the atria and ventricles. The P wave of the ECG represents atrial depolarization, the QRS represents ventricular depolarization, and the T wave represents ventricular repolarization. Because the ventricles account for the largest proportion of heart mass overall and thus are the primary determinants of the electrical activity recorded in the ECG, ECG changes indicating abnormal electrical activity in the ventricles are of greatest concern. Such endpoints denoting ventricular electrical activity include QTc interval, transmural dispersion (Tp-Te) duration, and T-wave shape. Changes in QTc, RT, and/or Tp-Te duration as wells as changes in T-wave shape and amplitude may indicate abnormal impulse propagation in the ventricles. Effects on these endpoints are plausible given that exposure to PM is associated with changes in cardiac autonomic tone and systemic inflammatory responses that may in turn influence cardiac ion channels, adrenergic and cholinergic receptors, and gap junction proteins, all of which contribute to normal impulse conduction in

heart muscle (Brook et al., 2004). Cardiac arrhythmias can vary in severity from the benign to the potentially lethal, like cardiac arrest, in which loss of heart function occurs due to an electrical disturbance that disrupts the heart's pumping action.

Few studies of arrhythmia-related hospitalizations were available in the 2009 PM ISA, and evidence remains limited. However, there is some evidence from epidemiologic panel studies of an association between short-term $PM_{2.5}$ exposure and potential indicators of arrhythmia. Moreover, both CHE and animal toxicological studies provide some evidence that $PM_{2.5}$ exposure influences the electrical activity of the heart.

The 2009 PM ISA reviewed a handful of small studies examining the association between $PM_{2.5}$ exposure and OHCA. No evidence of an association was reported. Since the publication of the 2009 PM ISA, additional ED visit and hospital admissions studies with substantially larger populations have evaluated the relationship between short-term $PM_{2.5}$ exposure and OHCA. In contrast to the studies from the previous review, recent studies have reported generally positive associations between short-term $PM_{2.5}$ exposure and OHCA. Nevertheless, potential copollutant confounding remains an uncertainty in these studies.

### 6.1.4.1 Emergency Department (ED) Visits and Hospital Admissions for Arrhythmia and Out-of-Hospital Cardiac Arrest

A number of studies based on administrative databases have sought to evaluate the association between short-term $PM_{2.5}$ exposure and hospital admissions for cardiac arrhythmias (also known as dysrhythmias). In these studies, a primary discharge diagnosis of ICD-9 427 has typically been used to identify hospitalized patients. ICD-9 427 includes a heterogeneous group of arrhythmias including paroxysmal ventricular or supraventricular tachycardia, atrial fibrillation and flutter, ventricular fibrillation and flutter, cardiac arrest, premature beats, and sinoatrial node dysfunction.

#### 6.1.4.1.1 Arrhythmias

In the 2009 PM ISA, studies of arrhythmia-related hospital admissions reported inconsistent results, with most studies providing little evidence of an association. The multicity U.S. MCAPS study observed a modest increase (0.6% [95% CI: 0.0−1.2]) in hospital admissions for the combined outcome of cardiac arrhythmias and conduction disorders (Dominici et al., 2006). However, a multicity study in Australia and New Zealand (Barnett et al., 2006) and a study in Atlanta, GA (Metzger et al., 2004) observed null associations between arrhythmia ED visits and hospital admissions and $PM_{2.5}$ exposure. Since the publication of the 2009 PM ISA, recent studies continue to provide inconsistent evidence of an association (Table 6-6).

**Table 6-6 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cardiac arrhythmia.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Monitors in county averaged. Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | Arrhythmia | 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties (1999−2010)<br>Age ≥65 yr | Monitors in county averaged | Heart rhythm disturbance | 12.3<br>Max: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states (2001−2009) | Fused-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | Arrhythmia | 6.46 to 12.83 (across seven states)<br>75th: 7.64 to 16.55 (across seven states) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Hsu et al. (2017)<br>Four New York regions (1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)]. 12 × 12 km grid resolution with patient residential address. | Arrhythmia | Graphically reported only | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | Arrhythmia<br>Atrial fibrillation | Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation (*r*): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41<br>Copollutant models with: NA |
| †Stieb et al. (2009)<br>Six Canadian cities (1992−2003) | Monitors in city averaged.<br>1 monitor Halifax, Ottawa, Vancouver; 3 Edmonton; 7 Montreal and Toronto | Arrhythmia | 6.7 to 9.8<br>75th: 8.5 to 11.3 | Correlation (*r*): $O_3$: −0.05−0.62; $NO_2$: 0.27−0.51; $SO_2$: 0.01−0.55; CO: 0.01−0.42<br>Copollutant models with: NA |

**Table 6-6 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cardiac arrhythmia.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Haley et al. (2009)<br>Eight New York cities<br>(2001−2005) | Weighted averages across monitors in each city.<br>39 monitors in total. | Rhythm/ conduction | 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Ostro et al. (2016)<br>Eight California counties<br>(2005−2009) | Nearest monitor<br>Within 20 km of population-weighted centroid of ZIP code | Arrhythmia | Overall mean: 16.5 (IQR: 11.4; across 8 counties) | Correlation (*r*): NA<br>Copollutant models with: NA |

AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; *r* = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Several multicity studies in the U.S., Canada, and Europe examined the relationship between $PM_{2.5}$ exposure and arrhythmia-related ED visits and hospital admissions and observed inconsistent associations (Figure 6-4). As in the U.S. MCAPS study by Dominici et al. (2006), Bell et al. (2015) reported a positive increase (0.6% [95% CI: 0.3, 1.0]) in risk of hospitalization for heart rhythm disturbance (ICD 426, 427) among Medicare beneficiaries. Talbott et al. (2014) also examined hospital admissions for arrhythmias in seven U.S. states, and although they did not pool their results, they observed evidence of same-day positive associations in Massachusetts, New Jersey, and New York. Another large administrative data study in New York, using a hybrid estimation of $PM_{2.5}$ exposure combining monitor data and model predictions, reported a positive association with arrhythmia hospital admissions in the NYC region, but null and imprecise associations (i.e., wide 95% CI; Figure 6-4) in the other three New York regions (Hsu et al., 2017). Conversely, Milojevic et al. (2014) looked at arrhythmia hospital admissions in England and Wales and found negative associations with $PM_{2.5}$ concentrations. However, the examined lag period (lag 0−4) was long and could have diluted any immediate effect, because the authors conducted a sensitivity analysis and reported that arrhythmia hospital admissions were positively associated with $PM_{2.5}$ exposure at lag 0−1 (quantitative results not presented). Additional multicity studies in Canada (Stieb et al., 2009), New York (Haley et al., 2009), and California (Ostro et al., 2016) also reported null or negative associations.

Results from single-city studies in the U.S. were also inconsistent, with some studies reporting generally null associations (Rodopoulou et al., 2015; Sarnat et al., 2015), while another study observed a

positive association [quantitative results not presented (Bunch et al., 2011)]. Overall, recent evidence continues to be inconsistent for an association between short-term in $PM_{2.5}$ exposure and ED visits and hospital admissions for arrhythmias.

| Study | Outcome | Location | Mean PM2.5 (µg/m3) | Lag | Notes |
|---|---|---|---|---|---|
| Dominici et al. (2006) | Arrhythmia | 204 U.S. Counties | 13.4 | 0 | Age 65+ |
| †Bell et al. (2015) | Arrhythmia | 213 U.S. Counties | 12.3 | 0 | Age 65+ |
| †Talbott et al. (2014) | Arrhythmia | 7 U.S. States | 6.5-12.8 | 0 | Massachusetts |
| | | | | 0 | New Jersey |
| | | | | 0 | New York |
| †Hsu et al. (2017) | Arrhythmia | 4 NY Regions | NR | 0 | NYC, Long Island & Hudson |
| | | | | | Central & Western NY |
| †Milojevic et al. (2014) | Arrhythmia | 15 Conurbations, UK | 10 (Med.) | 0-4 | |
| | Atrial Fibrillation | | | 0-4 | |
| †Stieb et al. (2009) | Arrhythmia | 6 Canadian Cities | 6.7-9.8 | 0 | |
| †Haley et al. (2009) | Arrhythmia | 8 New York Cities | 5.8 | 0 | |
| †Ostro et al. (2016) | Arrhythmia | 8 CA counties | 16.5 | 0 | |
| †Sarnat et al. (2015) | Arrhythmia | St. Louis, MO | 18.0 | 0-2 | |
| †Rodopoulou et al. (2015) | Arrhythmia | Little Rock, AR | 12.4 | 1 | |
| | | | | 1 | Cold Season |
| | | | | 1 | Warm Season |




CI = confidence interval; Med = median; µg/m³ = micrograms per cubic meter; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Note: Corresponding quantitative results are reported in Supplemental Table S6-4 (U.S. EPA, 2018).
†Studies published since the 2009 PM ISA.

**Figure 6-4 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for arrhythmia.**

#### 6.1.4.1.2 Out-of-Hospital Cardiac Arrest

The majority of out-of-hospital cardiac arrests (OHCA) are due to cardiac arrhythmias. The 2009 PM ISA reviewed several studies examining the association between $PM_{2.5}$ and OHCA (Rosenthal et al., 2008; Sullivan et al., 2003; Levy et al., 2001). Two of these studies were conducted in Seattle and reported no evidence of an association between $PM_{2.5}$ and OHCA (Sullivan et al., 2003; Levy et al., 2001). The third, a study in Indianapolis, IN did not observe an association with $PM_{2.5}$ (Rosenthal et al., 2008). However, Rosenthal et al. (2008) found a positive association between hourly $PM_{2.5}$ and the subset of events that were witnessed by bystanders, which potentially reduces misclassification of outcome in regard to cause and timing. Since the publication of the 2009 PM ISA, a number of additional studies have been published on $PM_{2.5}$ and OHCA. The recent literature reports consistent, positive associations between short-term exposure to $PM_{2.5}$ and risk of OHCA (Table 6-7).

**Table 6-7 Epidemiologic studies of short-term $PM_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Sullivan et al. (2003)<br>Seattle, WA (1985−1994) | Monitors in city averaged.<br>3 monitors; $R^2$ = 0.85. | OHCA | Nephelometry ($0.71 \times 10^{-1}$ km$^{-1}$ bsp)<br>IQR: 13.8 µg/m³ | OR<br>Lag 0: 0.96 (0.91, 1.01)<br>Lag 1: 0.96 (0.91, 1.01)<br>Lag 2: 1.00 (0.95, 1.06) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Levy et al. (2001)<br>Seattle, WA (1988−1994) Age 25−75 yr Married and in-person interview | Monitors in city averaged.<br>3 monitors $R^2$ to $PM_{2.5}$ = 0.85. | OHCA | 18.4 (NR)<br>75th: 23.0<br>Max: 96.0 | RR<br>Lag 1: 0.89 (0.78, 1.02) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Rosenthal et al. (2008)<br>Indianapolis, IN (2002−2006) | 1 monitor 2002 data from separate monitor.<br>$R^2$ = 0.87. | OHCA | Median: 13.9<br>75th: 19.5<br>90th: 25.8 | HR<br>All OHCA<br>Lag 0: 1.02 (0.94, 1.11)<br>Witnessed OHCA (n = 511)<br>Lag 0: 1.12 (1.01, 1.25) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-7 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Ensor et al. (2013)<br>Houston, TX<br>(2004−2011)<br>Age ≥18 yr | Monitors in city averaged.<br>12 monitors. | OHCA | 1 h avg: 11.42 (5.89)<br>75th: 14.37<br>95th: 22.8<br>11.42 (4.73)<br>75th: 13.71<br>95th: 20.96 | RR<br>Hourly lag<br>Lag 0: 1.015 (0.977, 1.057)<br>Lag 1: 1.018 (0.978, 1.059)<br>Daily lag<br>Lag 0−1: 1.066 (1.008, 1.126)<br>Lag 1−2: 1.078 (1.020, 1.140) | Correlation (*r*): $NO_2$: 0.24, $SO_2$: 0.05, CO: 0.34, $O_3$: 0.01<br>Copollutant models with: NA |
| †Silverman et al. (2010)<br>New York, NY<br>(2002−2006) | Monitors in city averaged.<br>33 monitors located within 32 km radius of NYC center. | OHCA | Median: 12<br>IQR: 10<br>75th: 18<br>95th: 30 | RR<br>Case crossover; Lag 0−1<br>All year: 1.04 (0.99, 1.08)<br>Warm: 1.08 (1.02, 1.15)<br>Cold: 0.99 (0.93, 1.06)<br>Time series; Lag 0−1<br>All Year: 1.06 (1.02, 1.10)<br>Warm: 1.09 (1.03, 1.15)<br>Cold: 1.01 (0.95, 1.07) | Correlation (*r*): Warm season: $NO_2$: 0.77, $SO_2$: 0.66, CO: 0.67, $O_3$: −0.43; Cold season: $NO_2$: 0.54, $SO_2$: 0.51, CO: 0.40, $O_3$: 0.63<br>Copollutant models with: NA |
| †Dennekamp et al. (2010)<br>Melbourne, Australia<br>(2003−2006)<br>Age ≥35 yr | 1 monitor. | OHCA | 6.35<br>IQR: 4.26<br>75th: 7.45 | RR<br>Lag 0: 1.058 (1.013, 1.106)<br>Lag 1: 1.059 (1.008, 1.113)<br>Lag 0−1: 1.087 (1.031, 1.146) | Correlation (*r*): $NO_2$: 0.49, $O_3$: 0.13, CO: 0.55<br>Copollutant models with: $NO_2$, $O_3$, CO |
| †Raza et al. (2014)<br>Stockholm, Sweden<br>(2000−2010) | Monitors in city averaged.<br>Number NR. | OHCA | 8.1<br>IQR: 4.81<br>Max: 161.7 | No quantitative results presented; results presented graphically. No association between $PM_{2.5}$ and OHCA (OR ~1.00). | Correlation (*r*): $NO_2$: 0.24, $O_3$ (urban): 0.17, $O_3$ (rural): 0.25, $PM_{10-2.5}$: 0.19<br>Copollutant models with: NA |

**Table 6-7 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and out-of-hospital cardiac arrest.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates[a] 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Rosenthal et al. (2013)<br>Helsinki, Finland<br>(1998−2006) | 2 monitors<br>Data for 1999−2006 from Kallio site (urban background, nearest road >80 m), while for 1998 Vallila site used (near major urban road). Correlation between Kallio and Vallila 0.83. | OHCA | 1-h avg: 8.7<br>IQR: 7.7 | OR<br>All cardiac causes<br>Lag 0 h: 1.09 (1.01, 1.17)<br>Lag 1 h: 1.08 (1.01, 1.16)<br>Lag 0 days: 1.09 (1.00, 1.20)<br>Lag 0−3 days: 1.07 (0.95, 1.21)<br>MI-caused OHCA<br>Lag 0 h: 1.19 (1.04, 1.36)<br>Lag 1 h: 1.19 (1.04, 1.35)<br>Lag 0 days: 1.23 (1.04, 1.45)<br>Lag 0−3 days: 1.15 (0.91, 1.43) | Correlation (*r*): <0.6 for $PM_{10-2.5}$, UFP, $SO_2$, $O_3$, CO, NO, and $NO_2$.<br>Copollutant models with: $PM_{10-2.5}$, UFP, $SO_2$, $O_3$, CO, NO, and $NO_2$. |
| †Straney et al. (2014)<br>Perth, Australia<br>(2000−2010)<br>Age ≥35 yr | Nearest monitor to arrest location.<br>4 available $PM_{2.5}$ monitors. | OHCA | 1-h avg<br>Median: 6.8<br>75th: 9.8<br>95th: 17.7 | OR<br>Lag 0−8 h: 1.06 (1.00, 1.12)<br>Lag 0−12 h: 1.07 (1.01, 1.14)<br>Lag 0−24 h: 1.09 (1.02, 1.17)<br>Lag 0−48 h: 1.11 (1.01, 1.20) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Wichmann et al. (2013)<br>Copenhagen, Denmark<br>(2000−2010) | 1 monitor<br>Restricted to cases ~5 km of monitor. | OHCA | 10.16<br>75th: 11.57 | RR<br>Lag 2: 1.049 (0.964, 1.141)<br>Lag 3: 1.090 (1.004, 1.184)<br>Lag 4: 1.107 (1.020, 1.199) | Correlation (*r*): $NO_X$: 0.37, $NO_2$: 0.40, $O_3$: 0.11, CO: 0.37, UFP: 0.34, $PM_{10-2.5}$: 0.10<br>Copollutant models with: $O_3$ |

bsp= black smoke particle; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; OHCA = out-of-hospital cardiac arrest; OR = odds ratio; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; *r* = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; UFP = ultrafine particles; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

A number of recently published studies report positive associations between $PM_{2.5}$ exposure and OHCA in the U.S., Europe, and Australia. In the U.S., Ensor et al. (2013) and Silverman et al. (2010) observed positive associations in Houston, TX (lag 0−1, lag 1−2) and New York City, NY (lag 0−1), respectively (see Table 6-7). In Australia, Dennekamp et al. (2010) reported an 8.7% (95% CI: 3.1, 14.6) increase in OHCA in Melbourne, while Straney et al. (2014) also observed a positive association in Perth (OR: 1.11, 95% CI: 1.01, 1.20; lag 0−48 hours). European studies also observed positive associations in Copenhagen, Denmark [e.g., RR: 1.090 (95% CI: 1.004, 1.184); lag 3; Wichmann et al. (2013)] and Helsinki, Finland [e.g., OR: 1.09 (95% CI: 1.00, 1.20); lag 0; Rosenthal et al. (2013); see Table 6-7]. However, a study in Stockholm, Sweden found no evidence of an association [quantitative results not presented; Raza et al. (2014)]. The study by Rosenthal et al. (2013) in Helsinki additionally considered whether associations differ depending on the type of OHCA, specifically comparing those due to myocardial infarction with those due to other cardiac causes. The authors found that $PM_{2.5}$ was more strongly associated with OHCA presumed to be due to myocardial infarction.

In summary, the current state of the literature provides evidence for an association between short-term $PM_{2.5}$ exposure and OHCA. This association is typically observed with $PM_{2.5}$ concentrations averaged over the past 0 to 2 days, although associations with $PM_{2.5}$ concentrations as far back as 4 days before the event have been reported. Additionally, all of the studies in this section relied on a single monitor or an average of fixed-site monitors to estimate $PM_{2.5}$ exposure, which restricts the study population to people living near monitors, a limitation identified in the 2009 PM ISA that persists even when the recent body of evidence is included.

#### 6.1.4.2 Epidemiologic Studies of Arrhythmia and Conduction Abnormalities

The body of evidence examining the relationship between ventricular arrhythmias and short-term exposures to $PM_{2.5}$ is small and limited to studies that were evaluated in the 2009 PM ISA (U.S. EPA, 2009). These studies included patients with implantable cardioverter defibrillators (ICDs) and examined associations between ICD-detected arrhythmic events and $PM_{2.5}$ exposures. Generally, there were inconsistent results across study cohorts, with some evidence for positive associations in studies conducted in Boston, MA using 1- or 2-day averages of $PM_{2.5}$. However, results from other studies did not demonstrate a consistent relationship between short-term $PM_{2.5}$ exposures and ventricular arrhythmias.

No recently published panel studies are available to help clarify the relationship between ventricular arrhythmia and $PM_{2.5}$ exposures; however, there is new evidence for other types of arrhythmic measures, including ectopy and atrial fibrillation. Several panel studies used ECG measurements to examine for the presence of ectopic beats or tachycardia, which are often benign but can indicate greater risk for more serious arrhythmias, particularly when heart disease is present.

As in the 2009 PM ISA (U.S. EPA, 2009), recent studies have generally found positive associations between ectopic measures and short-term $PM_{2.5}$ exposures (Table 6-8). Among a large cohort of older men in the Boston, MA area included in the Normative Ageing Study, positive associations were observed between 2- and 4-day averages of $PM_{2.5}$ predictions, obtained from a geospatial model incorporating AOD observations and surface monitoring $PM_{2.5}$ data, and arrhythmia measured as ventricular ectopy [bigeminy, trigeminy or couplet episodes; OR: 1.45 (95% CI: 1.08, 1.96) and 1.79 (95% CI: 1.22, 2.59); Zanobetti et al. (2014a)]. Similarly, in a study of nursing home residents with coronary artery disease in Los Angeles, CA, ventricular tachycardia was associated with exposure to $PM_{2.5}$ in the prior 24-hour period [29% higher daily rate (95% CI: 1, 63); Bartell et al. (2013)]. Another measure of ectopy, premature ventricular contractions, was positively associated with 30-minute personal exposures to $PM_{2.5}$ in a large panel of healthy, nonsmoking adults in central Pennsylvania (He et al., 2011). Characteristics of cardiac rate and rhythm, including measures of supraventricular or ventricular ectopic runs, were also associated with $PM_{2.5}$ exposures in a study conducted in Ottawa, Canada in patients having ECGs for clinical purposes, but confidence intervals around these associations were large (Cakmak et al., 2014). In addition, Cakmak et al. (2014) reported strong, positive associations with heart block, or the failure of the SA signal to move through the AV node.

Atrial fibrillation has also been examined with $PM_{2.5}$ exposures in a few recent studies. This arrhythmic disorder in the atria can cause symptoms such as fatigue, palpitations, shortness of breath, and anxiety. Atrial fibrillation also greatly increase risk for stroke, dementia, congestive heart failure, and premature mortality (Kwok et al., 2011; Paquette et al., 2000; Benjamin et al., 1998). As described in the 2009 PM ISA, Rich et al. (2006b) found positive, but imprecise associations between atrial fibrillation and 24-hour $PM_{2.5}$ exposures in a cohort of patients with ICDs. A recent study, also conducted in Boston, MA observed associations between $PM_{2.5}$ over the subsequent 0−24 hours and higher risk of atrial fibrillation in a cohort of patients with ICDs (26% [95% CI: 8, 47]), but associations in this study were strongest for subdaily averaging times [e.g., 2 or 6 hours; Link et al. (2013)]. This study also found that associations were stronger when analyses were limited to study participants residing within 25 km of the monitoring station compared with those residing within a 50 km radius (Link et al., 2013). Similar results were observed by Liao et al. (2011) in a panel study in Pennsylvania that observed associations with atrial fibrillation for $PM_{2.5}$ exposures 30 minutes to 2 hours prior. In contrast, other studies examining atrial fibrillation or premature atrial contractions found weak or null associations with 24-hour $PM_{2.5}$ exposures (Cakmak et al., 2014; He et al., 2011).

In summary, there is recent evidence of an association with measures of ectopy and atrial fibrillation with short-term exposure to $PM_{2.5}$.

**Table 6-8 Epidemiologic studies of short-term $PM_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Bartell et al. (2013)<br>Los Angeles, CA<br>2005−2007 | n = 55 nonsmoking older adults (≥65 yr) with history of coronary artery disease.<br>Consecutive ECG monitoring for two 5-day periods in the warm and cool season (8,952 h of measurements).<br>Recruited from 4 retirement communities. | Monitoring outside residences<br>24-h avg<br>Mean (SD): 21.1 (11.4)<br>Max: 77.4 | Ventricular tachycardia:<br>1.29 (1.01, 1.63) | Correlation ($r$) = 0.44 OC, 0.58 BC, 0.14 $NO_X$, 0.31 CO, 0.04 $O_3$ |
| †Cakmak et al. (2014)<br>Ottawa and Gatineau, Canada (2004−2009) | n = 8,595 observations.<br>Mean age: 59 yr (12−99).<br>ECG monitoring for 24 h; participants included all residents referred for a 24-h period of cardiac monitoring. | One fixed-site monitor in Gatineau<br>Average of 3 area monitors in Ottawa<br>Annual mean (SD): 13.11 (9.93)<br>Warm season (SD): 11.69 (9.96)<br>Cool season (SD): 14.55 (9.67) | Atrial fibrillation/flutter (Highest daily 3-h avg, IQR 10.72 μg/m³):<br>2.11 (−1.25, 5.58)<br>Supraventricular ectopic runs:<br>1.05 (−2.34, 4.56)<br>Ventricular ectopic runs:<br>1.05 (−0.26, 2.38)<br>Heart block:<br>1.13 (1.045, 1.21) | NR |
| Dockery et al. (2005a)<br>Boston, MA (1995−2002) | N = 203 patients with ICDs living within 40 km of monitoring site.<br>84 patients with detected ventricular episode. | Fixed-site monitor<br>48-h avg<br>Mean: 10.3<br>95th: 23.3<br>IQR 6.9 | Ventricular arrhythmic episode<br>1.12 (0.94, 1.33)<br>Ventricular arrhythmia following arrhythmic episode in past 3 days<br>1.98 (1.46, 2.65) | NR |

**Table 6-8 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| Dockery et al. (2005b)<br>Boston, MA (1995−2002) | n = 195 patients with ICDs<br>Mean age: 63.6 yr (19−90).<br>Follow-up visits approximately every 3 mo over study period. | Two fixed-site monitors<br>24-h avg<br>Mean: 11.6<br>Max: 53.2<br>IQR 7 (48 h) | Ventricular arrhythmias<br>2-day avg: 1.10 (0.92, 1.34)<br>Ventricular arrhythmia following arrhythmia episode in prior 3 days<br>1.96 (1.38, 2.77)<br>Supraventricular arrhythmias<br>1.34 (0.81, 2.26)<br>Supraventricular arrhythmias following arrhythmia episode in past 3 days<br>1.27 (0.32, 4.99) | Correlation (*r*) = 0.54 $NO_2$, 0.41 CO, 0.33 $SO_2$, 0.18 $O_3$, 0.77 $SO_4^{2-}$, 0.67 BC<br>Copollutant models with: $NO_2$, CO, and $SO_2$. |
| †He et al. (2011)<br>Harrisburg, PA November 2007−June 2009 | Air Pollution and Cardiac Risk and its Time Course (APACR) study.<br>n = 105 healthy, nonsmoking individuals >45 yr.<br>Holter monitoring performed continuously for 24 h. | Total personal exposure monitoring<br>1-min measurements averaged every 30-min<br>24-h avg<br>Mean (SD): 13.49 (22) | Premature ventricular contractions count, Lag 0: 1.08 (1.05, 1.10)<br>Premature atrial contractions count, Lag 0: 0.94 (0.85, 1.04)<br>Total ectopy count, Lag 0: 1.05 (1.02, 1.07) | Correlations NR. |
| †Liao et al. (2009)<br>49 U.S. cities (1999−2004) | The Environmental Epidemiology of Arrhythmogenesis in Women's Health Initiative (EEAWHI).<br>N = 57,422 postmenopausal women (50−79 yr). | Kriging interpolation of fixed-site monitors for participants' geocoded address<br>24-h avg<br>Mean: 13.8 (7.9)<br>95th: 29.1 | Ventricular ectopy<br>Lag 2: 1.09 (0.98, 1.21)<br>Supraventricular ectopy<br>Lag 2: 1.01 (0.93, 1.10) | Correlations (*r*): NR. |

**Table 6-8 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| †Liao et al. (2011)<br>Harrisburg, PA | Air Pollution and Cardiac Risk and its Time Course (APACR) study.<br>N = 106 nonsmoking adults (≥45 yr).<br>Holter monitoring performed continuously for 24 h. | Total personal<br>1-min measurements averaged every 30-min<br>24 h avg<br>Mean (SD): 13.61 (21.59) | | Correlations (*r*): NR. |
| †Link et al. (2013)<br>Boston, MA (2006−2010) | N = 49 patients with ICDs living within 50 km of clinic.<br>Follow-up every 3 mo over study period | Fixed-site monitor<br>24 h avg: 8.4<br>75th: 10.2 | Risk of ICD-detected atrial fibrillation<br>24-h avg: 1.30 (0.88, 1.80)<br>2-h avg: 1.26 (1.08, 1.47); IQR: 6 | Correlation (*r*): 0.22 $SO_2$, 0.37 $NO_2$, 0.18 $O_3$, 0.64 BC, 0.82 $SO_4^{2-}$, −0.17 PNC |
| Metzger et al. (2007)<br>Atlanta, GA (1998−2002) | N = 518 patients with ICDs<br>Mean age 61 yr. | Fixed-site monitor<br>24-h avg<br>Mean (SD): 17.8 (8.6) | All ventricular tachyarrhythmia events<br>Lag 0: 0.995 (0.953, 1.039)<br>Events resulting in defibrillation<br>Lag 0: 0.969 (0.846, 1.110) | Correlation (*r*): 0.47 PM coarse, 0.64 $O_3$, 0.49 $NO_2$, 0.46 CO, 0.2 $SO_2$ |
| Peters et al. (2000)<br>Eastern Massachusetts (1995−1997) | N = 100 patients with ICDs with clinic follow-up every 3−6 mo.<br>Mean age 62.2 yr.<br>33 patients with a measured defibrillator discharge, 6 patients with ≥10 discharges. | Fixed-site monitor<br>24-h avg<br>Mean: 12.7<br>Max: 53.2 | Defibrillator discharge (patients with at least one event)<br>Lag 2: 1.05 (0.88, 1.26)<br>Defibrillator discharge (patients with ≥10 events)<br>Lag 2: 1.25 (1.01, 1.55) | Correlation (*r*): 0.74 BC, 0.56 CO, 0.06 $O_3$, 0.57 $NO_2$, 0.37 $SO_2$ |
| Rich et al. (2006a)<br>St. Louis, MO (2001−2002) | N = 55 patients with ICDs living within 40 km of monitoring station.<br>Mean age 63 yr<br>139 arrhythmic events. | Fixed-site monitor<br>24-h avg<br>Mean: 16.2<br>75th: 21.8 | Ventricular arrhythmia<br>Lag 0−23 h: 0.95 (0.71, 1.28) | Correlation (*r*): NR. |

**Table 6-8 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and arrhythmia.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|
| Rich et al. (2005)<br>Boston, MA (1995−2002) | N = 203 patients with ICDs living within 40 km of monitoring site.<br>84 patients with detected ventricular episode.<br>Case cross-over analysis. | Fixed-site monitor<br>24-h avg<br>Mean: 9.8<br>Max: 53.2<br>IQR lag 0−2: 9.2<br>IQR lag 0−23: 7.8 | Ventricular arrhythmia<br>Lag 0−2 h: 1.09 (0.95, 1.231)<br>Lag 0−23 h: 1.25 (1.03, 1.51)<br>Ventricular arrhythmia following arrhythmic event in prior 3 days<br>Lag 0−23 h:<br>1.43 (1.05, 1.96) | Correlation (*r*): NR.<br>Copollutant models with: $O_3$, $NO_2$, and $SO_2$. |
| Rich et al. (2006b)<br>Boston, MA (1995−2002) | N = 203 patients with ICDs residing within 40 km radius of monitor.<br>29 patients with a measured atrial fibrillation. | Fixed-site monitor, hourly measurements<br>24 h avg<br>Mean: 9.8<br>Max: 53.2 | Paroxysmal atrial fibrillation<br>Lag 0: 1.44 (0.81, 2.56)<br>Lag 0−23: 1.17 (0.55, 2.48) | Correlation (*r*): NR. |
| Sarnat et al. (2006)<br>Steubenville, OH (June−December 2000) | N = 32 nonsmoking older adults living within a community.<br>30-min Holter monitoring at weekly clinic visits.<br>88% female. | Fixed-site monitor<br>24 h avg<br>Mean (SD): 19.6 (10.4)<br>Max: 48.4 | 5-day avg:<br>Supraventricular ectopy 1.42 (0.99, 2.04)<br>Ventricular ectopy<br>1.02 (0.63, 1.65) | Correlation (*r*): 0.89 $SO_4^{2-}$, 0.51 EC, 0.20 $O_3$, 0.34 $NO_2$, 0.47 $SO_2$, 0.45 CO |
| †Zanobetti et al. (2014a)<br>Boston, MA (2000−2010) | Normative Aging Study.<br>N = 1,448 measurements.<br>5−10 min ECG recordings were taken at clinic visits. | Estimated from model integrating data from satellite-derived AOD observations (10 × 10 $km^2$ resolution), 78 ground monitoring sites, and land use variables. | Ventricular ectopy<br>2-day avg: 1.45% (1.08, 1.96)<br>4-day avg: 1.79% (1.22, 2.59) | Correlation (*r*): NR. |

AOD = aerosol optical depth; APACR = Air Pollution and Cardiac Risk; avg = average; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; EEAWHI = The Environmental Epidemiology of Arrhythmogenesis in Women's Health Initiative; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; max = maximum; $\mu g/m^3$ = micrograms per cubic meter; min = minute; mo = month; N, n = number; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; PNC = particle number count; *r* = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; $SO_4^{2-}$ = sulfate; yr = year.

†Studies published since the 2009 PM ISA.

#### 6.1.4.2.1 Conduction Abnormalities

Electrocardiograms register the electrical activity of the whole heart across time using skin surface electrodes. Depolarization and repolarization of the ventricles occurs during the QT interval. Electrical impulse (i.e., action potential) propagation involves a complex interplay of sodium, potassium, and calcium channels. Disturbances in depolarization and repolarization can be measured by QRS width, QT prolongation (or QTc corrected for heart rate), T-wave width, and T-wave complexity and are associated with increased risks of ventricular arrhythmias (Castro-Torres et al., 2015).

A limited number of studies was available in the 2009 PM ISA (U.S. EPA, 2009) that considered the association between PM and ECG markers of repolarization. These publications all used the same panel of study participants with ischemic heart disease from Erfurt, Germany and demonstrated associations between higher 5-hour levels of $PM_{2.5}$ and lower T-wave amplitude, higher T-wave complexity, and longer QT duration.

A number of additional studies have been published since the 2009 PM ISA that examine associations between short-term $PM_{2.5}$ concentrations and ventricular depolarization and repolarization changes, but there is considerable variability in the ECG endpoints studied, and findings across these studies are inconsistent. These results are summarized below and in Table 6-9.

Short-term $PM_{2.5}$ exposure and repolarization disturbances related to QTc prolongation, T-wave amplitude, or T-wave width were examined in several studies (Rich et al., 2012; Baja et al., 2010; Hampel et al., 2010; Liao et al., 2010; Zhang et al., 2009). In a large cross-sectional analysis from the national Women's Health Initiative, authors reported associations between $PM_{2.5}$ concentrations (lag 0−2) and a 5% increase in the relative odds of a T-wave abnormality in postmenopausal women in addition to associations with reduced T-wave amplitude (Zhang et al., 2009). However, strong positive associations between $PM_{2.5}$ concentrations averaged over the previous 0−23 hours and T-wave amplitude were reported in a panel study of ischemic heart disease participants from Augsburg, Germany [3.3% increased T-amplitude (95% CI 0.2, 6.3); Hampel et al. (2010)]. Similarly, QTc prolongation, a more well-studied risk marker for ventricular arrhythmias, was associated with 0 to up to 5-day averages of $PM_{2.5}$ concentrations in this panel of MI survivors [e.g., 0.5% (95% CI 0.0, 1.0), 24−47 hour average of $PM_{2.5}$; Hampel et al. (2010)]. Positive associations between short-term $PM_{2.5}$ exposure and QTc prolongation were also observed in a panel of healthy adults in Pennsylvania (Liao et al., 2010), but not among adults in Boston, MA (Baja et al., 2010). No associations were observed between $PM_{2.5}$ levels and QTc prolongation or time between T-wave peak and T-wave end in cardiac rehabilitation patients in New York (Rich et al., 2012). Although evidence from recent studies is inconclusive, taken together these studies indicate a potential for cardiac depolarization and repolarization disturbances by $PM_{2.5}$. These disturbances may increase the risk for malignant ventricular arrhythmias that could result in cardiac arrest.

**Table 6-9 Epidemiologic studies of short-term $PM_{2.5}$ exposure and conduction abnormalities.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Baja et al. (2010)<br>Boston, MA (2000−2008) | Normative Aging Study<br>n = 580 men.<br>ECG measurements recorded for 5−10 min during study visits (every 3−5 yr), 926 valid readings. | Fixed-site monitor<br>10-h avg<br>Mean (SD): 10.72 (7.88) | Change in mean QTc (msec)<br>Lag 4-h: 0.64 (−1.60, 2.89) | *r* = 0.69 for BC, others NR |
| †Hampel et al. (2010)<br>Augsburg, Germany<br>May 2003−February 2004 | N = 67 nonsmoking MI survivors.<br>Participants submitted 16-sec ECG readings either when experiencing symptoms or at the same time daily. | Fixed-site monitor<br>24-h avg<br>Mean (SD): 17.7 (6.2) | % change in QTc<br>24−47-h avg: 0.5 (0.0, 1.0)<br>48−71-h avg: 0.4 (0.0, 0.9)<br>% change in T-wave amplitude<br>0−23-h avg: 3.3 (0.2, 6.3)<br>24−47-h avg: 2.8 (−0.3, 5.9) | *r* = 0.80 $PM_{10-2.5}$,<br>0.32 PNC,<br>0.55 $NO_2$,<br>0.56 CO |
| †Liao et al. (2010)<br>(November 2007−June 2009) | Air Pollution and Cardiac Risk and its Time Course (APACR) study.<br>N = 106 nonsmoking adults (≥45 yr).<br>Holter monitoring performed continuously for 24 h. | Total personal<br>1-min measurements averaged every 30-min<br>24 h avg<br>Mean (SD): 13.61 (21.59) | QTcB (ms)<br>Lag 4-h: 1.24 (1.04, 1.49) | Correlations NR. |
| †Rich et al. (2012)<br>Rochester, NY<br>(June 2006−November 2009) | N = 76 participants with recent MI or unstable angina, residing within 21 km of monitor.<br>Up to 10 weekly ECG measurements (1−3-h) conducted for each participant. | Fixed-site monitor<br>24-h avg<br>Mean (SD): 8.67 (6.06)<br>Max: 42.85<br>IQR: 6.5 for 24 h | QTc (msec)<br>Lag 96−119-h: 0.56 (−0.97, 2.09) | *r* = -0.07 UFP |

**Table 6-9 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and conduction abnormalities.**

| Study | Study Population | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Zhang et al. (2009)<br>49 U.S. cities (1999−2003) | Women's Health Initiative.<br>n = 55,529 postmenopausal women, 52−90 yr.<br>52% with hypertension<br>20% with hypercholesterolemia. | Kriging interpolation of fixed-site monitors for participants' geocoded address<br>24-h avg<br>Mean (SD): 13.9 (7) | Minnesota Code 5 (T-wave abnormality) (per 10 μg/m$^3$)<br>Lag 0−2: 1.05 (1.00, 1.09)<br>Changes in T-wave amplitude (μV) (per 10-μg/m$^3$)<br>Lag 0−2: −2.20 (−5.38, 1.06) | Correlations NR |

APACR = Air Pollution and Cardiac Risk; avg = average; BC = black carbon; c = corrected for heart rate; CI = confidence interval; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; h = hour; IQR=interquartile range; km = kilometer, μg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; ms = millisecond; N, n = number; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PNC = particle number count; QT = time interval between from beginning of the Q wave, to end of the T wave; QTcB = Bazett's HR-corrected QT; sec = second; SD = standard deviation; μV = micro Volts; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.4.3 Controlled Human Exposure Studies for Arrhythmia and Conduction Abnormalities

In previous reviews, very few controlled human exposure studies were available that examined the relationship between short-term $PM_{2.5}$ exposure and ventricular arrhythmia. The 2004 ACQD included one study reporting that healthy adults exposed to $PM_{2.5}$ CAPs displayed no significant changes in ECG (Gong et al., 2000). These results remained consistent when this experiment was repeated with additional subjects exposed to a similar concentration of $PM_{2.5}$ (Gong et al., 2003). However, Gong et al. (2004) did report that ectopic heartbeats (i.e., a type of arrhythmia) increased in healthy subjects, but decreased in COPD subjects.

Recent CHE studies have expanded our knowledge of the relationship between $PM_{2.5}$ and indicators of possible ventricular arrhythmia. In healthy adults, there was little change and no statistically significant differences in T-wave amplitude (Kusha et al., 2012) or Tp-Te (Sivagangabalan et al., 2011) when exposure to $PM_{2.5}$ CAPs was compared with control exposures. In addition, Huang et al. (2012) found no difference in ECG measures when CAP exposure was compared with clean air, but noted that CAP concentrations were lower than those used in previous studies where the authors previously reported cardiovascular effects. In contrast to these studies, Sivagangabalan et al. (2011) reported QT dispersion

(Max QT interval-Min QT interval) increased ($p = 0.008$) following $PM_{2.5}$ CAP exposure when compared with filtered air (FA). Moreover, in a double-blind dietary intervention study of healthy middle-aged adults, participants were supplemented with either fish oil or olive oil for 28-days prior to FA (Day 1) and then CAP exposure (Day 2). Results indicated that the duration of the QTc interval was statistically significantly ($p < 0.05$) increased 20 hours after exposure in the olive oil group only. In contrast, relative to FA exposure, Tp-Te was increased significantly ($p < 0.05$) in the fish oil group only. The authors concluded that fish oil blocked CAP-induced QTc prolongation, but not Tp-Te prolongation (Tong et al., 2012).

Taken together, there is some evidence from CHE studies that short-term exposure to $PM_{2.5}$ can result in abnormal electrical activity in the heart. For more information on these recently published studies, see Table 6-10 below.

**Table 6-10 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and arrhythmia and conduction abnormalities.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Tong et al. (2012) | Healthy adults<br>n = 8 M 21 F;<br>50−72 yr<br>57.4 ± 1.4 | 278 ± 19 μg/m³ CAP for 2 h at rest<br>CAPS from Chapel Hill, NC<br>Effect of 28-day supplementation pre-exposure with fish oil or olive oil | QTc and Tp-Te pre-exposure, and 20 h postexposure |
| Kusha et al. (2012) | Healthy adults<br>n = 8 M 9 F;<br>18−38 yr<br>M 28.1 ± 7.0;<br>F 23.7 ± 4.3 | 154 ± 54 μg/m³ $PM_{2.5}$; CAP from Toronto | T-wave alternans magnitude measured continuously during exposure |
| Sivagangabalan et al. (2011) | Healthy adults<br>n = 11 M, 14 F;<br>18−50 yr | 150 μg/m³ CAP from Toronto | QT and Tp-Te: throughout the exposure |
| Huang et al. (2012) | Healthy adults<br>n = 7 M, 8 F;<br>20−36 yr | 89.5 ± 10.7 μg/m³ $PM_{2.5}$ CAPs for 2 h. During exposure, subjects completed 4 cycles of 15 min each rest or exercise. | HRV time-domain endpoints: 18 h postexposure<br>HRV frequency domain: 1 and 18 h postexposure |

c = corrected for heart rate; CAP = concentrated ambient particle; CHE = controlled human exposure; ECG = electrocardiogram; F = female; h = hour; HRV = heart rate variability; M = male; μg/m³ = micrograms per cubic meter; min = minute; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; QT = time interval between from beginning of the Q wave, to end of the T wave; SD = standard deviation; Tp-Te = time interval from peak to end of the T wave; yr = year.

#### 6.1.4.4 Toxicological Studies for Arrhythmia and Conduction Abnormalities

In the 2009 PM ISA, Wellenius et al. (2006) reported that inhalation of $PM_{2.5}$ decreased incidence of supraventricular arrhythmia in a rat model of acute myocardial infarction. In contrast, Nadziejko et al. (2004) found that in male rats that develop spontaneous arrhythmias, inhalation exposure to $PM_{2.5}$ increased ($p < 0.05$) the frequency of irregular and delayed heart beats.

Since the publication of the 2009 PM ISA, there is additional evidence that short-term exposure to $PM_{2.5}$ can result in conduction abnormalities that may be indicative of arrhythmias. In rats, Ghelfi et al. (2010) reported that short-term exposure to $PM_{2.5}$ significantly increased ($p < 0.05$) P-wave duration and the RTp interval, while decreasing Tp-Te ($p = 0.02$). Of note, these authors also reported that blocking synthesis of the hormone angiotensin (see Section 6.1.6.4.1) reversed these effects. Similarly, in spontaneously hypertensive (SH) rats, Farraj et al. (2015) reported a statistically significant decrease ($p < 0.05$) in the duration of the PR interval during short-term exposure to $PM_{2.5}$ in summer, but not winter. These authors also showed that short-term exposure to summer but not winter $PM_{2.5}$ increased sensitivity to triggered cardiac arrhythmia.

In contrast to the results presented above, Ghelfi et al. (2010) did not find a statistically significant effect of short-term $PM_{2.5}$ exposure on the QRS complex and both Ghelfi et al. (2010) and Farraj et al. (2015) reported no change in the QT interval in response to short-term exposure to $PM_{2.5}$. In addition, in female mice Kurhanewicz et al. (2014) did not find statistically significant indicators of conduction abnormalities in response to short-term $PM_{2.5}$ exposure.

Overall, the current ISA provides evidence that short-term $PM_{2.5}$ exposure may increase the potential for developing an arrhythmia. Most studies found at least some indication of conduction abnormalities as measured by ECG. There is also some evidence that these abnormalities may depend on the season when the $PM_{2.5}$ was collected. More information on studies published since the 2009 PM ISA can be found in Table 6-11 below.

**Table 6-11 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and arrhythmia and conduction abnormalities.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Farraj et al. (2015) | Adult SH rats (12 weeks) M, n = 6/group | Inhalation of 168.7 μg/m$^3$ summer or 78.5 μg/m$^3$ winter $PM_{2.5}$ CAPs collected from Durham, NC.<br>Exposed for 4 h | QTc and PR in the time period immediately post to 6 h post arrhythmia development using aconitine infusion 1-day postexposure. |
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 510 μg/m$^3$ $PM_{2.5}$ some groups pretreated with valsartan or benazepril<br>Exposed for 5 h | PR, QT, QRS, RTp, Tp-Te, and Pdur measured continuously during exposure |
| Kurhanewicz et al. (2014) | Adult, C57BL/6 mice, F, n = 5−8/group | Inhalation of 190 μg/m$^3$ $PM_{2.5}$ from Research Triangle Park, NC<br>Exposed for 4 h. | QRS, QTc, P wave, Tp-Te ST, and RT measured continuously pre- to postexposure |

c = corrected for heart rate; CAPs = concentrated ambient particles; F = female; h = hour; M = male; μg/m$^3$ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Pdur = time interval of a complete P wave; PR = time interval between the beginning of the P wave to the peak of the R wave; QRS = time interval between the beginning of the Q wave and the peak of the S wave; QT = time interval between from beginning of the Q wave, to end of the T wave; RTp = time interval between the beginning of R wave and peak of the T wave; SH = spontaneously hypertensive; ST = beginning of S wave to end of T wave; Tp-Te = time interval from peak to end of the T wave.

### 6.1.5 Cerebrovascular Disease and Stroke

Cerebrovascular disease (CBVD) typically includes conditions classified under ICD10 codes I60−I69 (ICD 9: 430−438) such as hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries. Ischemic stroke results from an obstruction within a blood vessel that supplies oxygen to the brain, potentially leading to infarction, and accounts for 87% of all strokes (Goldberger et al., 2008). Hemorrhagic stroke is less common but results in a disproportionate number of fatalities. The hemorrhagic stroke subtype results from a brain aneurysm or leaking vessel in the brain and can be further categorized by brain region (e.g., intracerebral or subarachnoid). Older age, female sex, smoking, obesity, and prior stroke are known risk factors for stroke and should be considered in epidemiologic analysis. Comorbidities that increase stroke risk but may also be associated with $PM_{2.5}$ exposure include hypertension, diabetes and CHD, and atrial fibrillation.

In the 2009 PM ISA, inconsistent results were found in several epidemiologic studies that considered the relationship between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for

CBVD. Similarly, results from studies published since the last review for CBVD or all stroke outcomes have been largely inconsistent, with most studies reporting a lack of an association.

#### 6.1.5.1 Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed several epidemiologic studies of short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for CBVD and reported inconsistent results across studies. For example, the U.S. MCAPS study observed a modest increase (0.8% [95% CI: 0.3−1.4]) in hospital admissions for CBVD (Dominici et al., 2006); however, a multicity study in Australia and New Zealand observed a null association (Barnett et al., 2006). This section first reviews recent studies that have considered all strokes or CBVD as a composite endpoint, and subsequently considers those studies focusing specifically on ischemic or hemorrhagic strokes. Results from recent studies examining CBVD or all stroke outcomes, as well as those examining more specific stroke outcomes, have been largely inconsistent. Study details and results are presented in Table 6-12.

**Table 6-12 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Monitors in county averaged.<br>Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | CBVD | 24-h avg: 13.4 (IQR 3.9)<br>75th: 15.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. counties (1999−2010)<br>Age ≥65 yr | Monitors in county averaged. | CBVD | 24-h avg: 12.3<br>Max: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-12 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Kloog et al. (2012)<br>Six New England states (2000−2008)<br>Age ≥65 yr | LUR modeling at 10 × 10 km spatial resolution using satellite-derived AOD observations. Cross-validation $R^2$ = 0.85. | Stroke | 24-h avg: 9.6<br>75th: 11.7<br>Max: 72.6 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2014)<br>Seven Mid-Atlantic states and Washington, DC (2000−2006)<br>Age ≥65 yr | LUR modeling at 10 × 10 km spatial resolution using satellite-derived AOD observations. Cross-validation $R^2$ = 0.81. | Stroke | 2-day avg: 11.92<br>75th: 14.65<br>Max: 95.85 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Haley et al. (2009)<br>Eight New York cities (2001−2005) | Weighted averages across monitors in each city.<br>39 monitors in total | CBVD | 24-h avg: 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Hsu et al. (2017)<br>Four New York regions (1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)].<br>12 × 12 km grid resolution with patient residential address | CBVD | Graphically reported only | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | Stroke | 24-h avg<br>Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation (*r*): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states (2001−2009) | Fuse-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | CBVD | 24-h avg: 6.46 to 12.83 (across seven states)<br>75th: 7.64 to 16.55 (across seven states) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Kim et al. (2012)<br>Denver, CO (2003−2007) | 1 monitor.<br>90% of 5 county population within 25 km of monitor. | CBVD | 24-h avg: 7.98<br>Max: 59.41 | Correlation (*r*): $O_3$: 0.30, $NO_2$: 0.26, CO: 0.23, $SO_2$: 0.23<br>Copollutant models with: NA |

**Table 6-12 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Villeneuve et al. (2012)<br>Edmonton, Canada (2003−2009)<br>Ages ≥20 yr | Monitors in city averaged.<br>3 monitors. | Stroke<br>Hemorrhagic stroke<br>Ischemic stroke<br>Transient ischemic attacks | 24-h avg: 8.1<br>75th: 10.2 | Correlation (*r*): NA<br>Copollutant models with: $SO_2$, $NO_2$, CO, $O_3$ |
| †Yitshak Sade et al. (2015)<br>Southern Israel (2005−2012) | Hybrid model at 1 × 1 km spatial resolution using LUR and satellite-derived AOD observations. Out-of-sample cross-validation $R^2$ = 0.72. | Ischemic stroke<br>Hemorrhagic stroke | 24-h avg<br>Winter: 21.9<br>Spring: 21.6<br>Summer: 20.4<br>Fall: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Wellenius et al. (2012a)<br>Boston, MA (1999−2008) | 1 monitor.<br>Patients excluded if >40 km, sensitivity analysis at >20 km. | Acute ischemic stroke | 24-h avg: 10.2<br>75th: 12.5 | Correlation (*r*): $NO_2$: 0.46, CO: 0.35, $O_3$: 0.24<br>Copollutant models with: NA |
| †Lisabeth et al. (2008)<br>Nueces County, TX (2001−2005)<br>Age ≥45 yr | 1 monitor. | Ischemic stroke<br>Transient ischemic attacks | 24-h avg<br>Median: 7.0<br>IQR: 4.8−10.0 | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Wing et al. (2015)<br>Nueces County, TX (2000−2012)<br>Age ≥45 yr | 1 monitor.<br>85% cases within 20 km, median distance 6.9 km. | Ischemic stroke | 24-h avg: 7.7<br>IQR: 5.7−10.6 | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †O'Donnell et al. (2011)<br>Eight cities in Ontario, Canada (2003−2008) | Monitors in city averaged.<br>7 monitors Toronto; 6 monitors Hamilton; 1 monitor London, Ottawa, Kingston, North Bay, Thunder Bay, Sudbury.<br>Excluded if >50, 40, or 20 km from monitor in analyses. | Acute ischemic stroke | 24-h avg: 6.9<br>(across eight cities) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-12 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease and stroke.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Chen et al. (2014b)<br>Edmonton, Canada<br>(1998−2002)<br>Age ≥25 yr | Monitors in city averaged.<br>3 monitors. | Acute ischemic stroke | 1-h avg: 8.53<br>95th: 22.00 | Correlation ($r$): $NO_2$: 0.43, $SO_2$: 0.15, CO: 0.48, $O_3$: −0.15, $PM_{10}$: 0.79<br>Copollutant models with: NA |

AOD = aerosol optical depth; avg = average; CBVD = cerebrovascular disease; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; h = hour; IQR = interquartile range; km = kilometer; LUR = land use regression; max = maximum; μg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $r$ = correlation coefficient; $R^2$ = correlation coefficient; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Recent multicity studies examining the composite endpoint of all strokes or CBVD in relation to short-term $PM_{2.5}$ exposure have generally reported the lack of a positive association, although a few studies have found small but precise associations. The results of Bell et al. (2015) provide modest evidence for a positive association between $PM_{2.5}$ and CBVD in the Medicare study (0.7% [95% CI: 0.3, 1.0] at lag 0), and are consistent with the results of Dominici et al. (2006), included in the 2009 PM ISA. In contrast, several additional multicity studies primarily observed null or negative associations across study regions using novel $PM_{2.5}$ exposure metrics that combine measured and modeled $PM_{2.5}$ concentrations (Hsu et al., 2017; Kloog et al., 2014; Talbott et al., 2014; Kloog et al., 2012) or measured $PM_{2.5}$ concentrations from monitors (Milojevic et al., 2014; Haley et al., 2009). Positive associations were reported in certain regions of some studies, such as New York state (Talbott et al., 2014) and the New York City, NY metro area (Hsu et al., 2017). Single-city studies in the U.S. and Canada tended to report null associations (Rodopoulou et al., 2015; Kim et al., 2012; Villeneuve et al., 2012). Overall, recent epidemiologic evidence for an association between short-term $PM_{2.5}$ exposure and composite CBVD endpoints continues to be inconsistent, although studies have generally reported null or low-magnitude associations (Figure 6-5).

| Study | Outcome | Location | Mean PM2.5 (μg/m3) | Lag | Notes |
|---|---|---|---|---|---|
| Dominici et al. (2006) | CBVD | 204 U.S. Counties | 13.4 | 0 | Age 65+ |
| †Bell et al. (2015) | CBVD | 213 U.S. Counties | 12.3 | 0 | Age 65+ |
| †Kloog et al. (2012) | Stroke | 6 New England States | 9.6 | 0-1 | Age 65+ |
| †Kloog et al. (2014) | Stroke | 7 Mid-Atlantic States | 11.9 | 0-1 | Age 65+ |
| †Haley et al. (2009) | CBVD | 8 New York Cities | 5.8 | 0 | |
| †Milojevic et al. (2014) | Stroke | 15 Conurbations, UK | 10 (Med.) | 0-4 | |
| †Talbott et al. (2014) | CBVD | 7 U.S. States | 6.5-12.8 | 0 | Massachusetts |
| | | | | 0 | New Hampshire |
| | | | | 0 | New York |
| †Hsu et al. (2017) | CBVD | 4 NY Regions | NR | 0 | NYC, Long Island & Hudson |
| | | | | | Central & Western NY |
| †Villeneuve et al. (2012) | Stroke | Denver, CO | 8.1 | 0 | Age 20+ |
| | Hemorrhagic Stroke | | | 0 | Age 20+ |
| | Ischemic Stroke | | | 0 | Age 20+ |
| | Transient Ischemic Attacks | | | 0 | Age 20+ |
| †Wellenius et al. (2012) | Acute Ischemic Stroke | Boston, MA | 10.2 | 0-24h | |
| †Lisabeth et al. (2008) | Ischemic Stroke and Transient Ischemic Attacks | Nueces County, TX | 7.0 | 1 | Age 45+ |
| †Wing et al. (2015) | Ischemic Stroke | Nueces County, TX | 7.7 | 0 | Age 45+ |
| †O'Donnell et al. (2011) | Acute Ischemic Stroke | 8 Cities in Ontario | 6.9 | 0-47h | |
| | | | | 0-47h | Subjects ≤ 20km from monitor |




CBVD = cerebrovascular disease; h = hour; km = kilometer; Med = median; μg/m³ = micrograms per cubic meter; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Corresponding quantitative results are reported in Supplemental Table S6-5 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-5** **Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for cerebrovascular disease.**

#### 6.1.5.1.1 Emergency Department (ED) Visits and Hospital Admissions Visits for Stroke Subtypes

Cerebrovascular disease and stroke ED visits and hospital admissions can be further classified as ischemic strokes, hemorrhagic strokes, transient ischemic attacks (TIAs), and a number of other, less well-defined clinical syndromes resulting from derangements in the cerebral circulation. Studies focused specifically on ischemic stroke have yielded inconsistent results (Figure 6-5). The observed variability in

results among these studies may be due to the majority of the studies being conducted in single cities and having smaller sample sizes because of the focus on a more specific outcome. Several U.S.-based single-city studies reported positive associations for ischemic stroke in Boston, MA (Wellenius et al., 2012a) and Nueces County, TX (Wing et al., 2015; Lisabeth et al., 2008). Conversely, other single-city studies have reported null or negative associations in Edmonton, Canada (Chen et al., 2014b; Villeneuve et al., 2012) and southern Israel (Yitshak Sade et al., 2015). Additionally, a null association (OR: 0.99 [95% CI: 0.94, 1.05]) was observed in Ontario, Canada (O'Donnell et al., 2011) using data from a stroke registry, which is thought to have reduced outcome misclassification compared with administrative data sets.

Fewer studies have focused specifically on the association between $PM_{2.5}$ and the risk of hemorrhagic stroke, in part because hemorrhagic strokes are much less common than ischemic strokes. Several recent studies provide contrasting results, including null associations observed in small studies in Edmonton, Canada (Villeneuve et al., 2012) and southern Israel (Yitshak Sade et al., 2015). Overall, the recent epidemiologic evidence for an association between short-term $PM_{2.5}$ and various stroke subtypes continues to remain inconsistent and limited.

### 6.1.6 Blood Pressure and Hypertension

The pressure on blood vessel walls from circulating blood is referred to as BP. Persistently elevated BP is referred to as hypertension. Increases in BP can lead to a number of cardiovascular endpoints including IHD, heart failure, and arrhythmia (Section 6.1.1). BP is tightly regulated through numerous homeostatic mechanisms including those in the renal system (Section 6.1.6.4.1). Thus, this section presents evidence for potential $PM_{2.5}$-induced changes in BP through the renal system, in addition to discussing the effect of $PM_{2.5}$ exposure on changes in systolic blood pressure (SBP), diastolic blood pressure (DBP), mean arterial pressure (MAP), and pulse pressure.

In the 2009 PM ISA, there were no epidemiologic studies examining the relationship between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for hypertension. However, there was some evidence from CHE and animal toxicological studies for a relationship between short-term $PM_{2.5}$ exposure and increases in BP.

The evidence relating short-term $PM_{2.5}$ exposure and increases in BP or to hypertension has increased since the last review. Although more recent ED visit and hospital admissions studies for hypertension are largely inconsistent (i.e., some studies show positive associations while others do not), evidence from CHE and animal toxicological studies generally show changes in some measure of BP following short-term $PM_{2.5}$ exposure. Notably, results from animal toxicological studies also suggest that diet and genetics may be influential factors in BP changes following short-term $PM_{2.5}$ exposure (Section 6.1.6.4).

### 6.1.6.1 Emergency Department (ED) Visits and Hospital Admissions

Patients with a primary discharge diagnosis related to hypertension are likely have a documented history of hypertension and present to EDs because they are experiencing asymptomatic blood pressure elevations, severe hypertension accompanied by concerning symptoms, or a hypertension-related emergency (Bender et al., 2006). It is important to note in interpreting the results of these studies that patients experiencing an acute cardiovascular event (e.g., acute coronary event or stroke) would likely have a primary discharge diagnosis related to the acute cardiovascular event, even if hypertension was believed to be a proximal cause (Szyszkowicz et al., 2012).

The 2009 PM ISA did not review any epidemiologic studies of ambient $PM_{2.5}$ and ED visits and hospital admissions for hypertension. This section focuses on the few available recent studies providing limited and inconsistent evidence of an association between hypertension and short-term $PM_{2.5}$ exposure (Table 6-13).

**Table 6-13 Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Hsu et al. (2017)<br>Four New York regions<br>(1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)].<br>12 × 12 km grid resolution with patient residential address. | Hypertension | NR | RR (Lag 0)<br>NYC, Long Island, and Hudson:<br>1.019 (1.007, 1.032)<br>Adirondack and North:<br>1.065 (0.979, 1.154)<br>Mohawk Valley and Binghamton:<br>1.020 (0.939, 1.108)<br>Central and western New York:<br>1.007 (0.976, 1.039) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |

**Table 6-13 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m$^3$ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Rodopoulou et al. (2015)<br>Little Rock, AR<br>(2002−2012)<br>Age ≥15 yr | 1 monitor.<br>60% residents within 10 km. | Hypertension | 24-h avg: 12.4<br>75th: 15.6 | RR<br>Year-Round (Lag 1):<br>0.990 (0.973, 1.007)<br>Cold Season (Lag 1):<br>1.020 (0.946, 1.047)<br>Warm Season (Lag 1):<br>0.988 (0.966, 0.991) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Szyszkowicz et al. (2012)<br>Edmonton, Canada<br>(1992−2002)<br>All ages | Average of 3 monitors.<br>Max distance apart 10 km<br>(Zemek et al., 2010). | Hypertension | 24-h avg: 8.5<br>75th: 10.9 | OR<br>Lag 0: 1.02 (0.98, 1.06)<br>Lag 1: 1.03 (0.99, 1.07)<br>Lag 5: 1.02 (0.98, 1.06)<br>Lag 6: 1.06 (1.02, 1.09) | Correlation (*r*): $PM_{10}$: 0.76, $NO_2$: 0.39, CO: 0.32, $SO_2$: 0.21, $O_3$: 0.05<br>Copollutant models with: NA |
| †Franck et al. (2011)<br>Leipzig, Germany<br>(February 2002−January 2003) | Monitors in city averaged.<br>Number monitors NR.<br>City approx. 200 km$^2$. | Hypertension | 24-h avg: 20.61<br>Max: 84.06 | No quantitative results presented; results presented graphically. Negative associations at lags 0 and 1. Positive associations at lags 8 and 9. | Correlation (*r*): UFP: −0.06<br>Copollutant models with: NA |

**Table 6-13 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for hypertension.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Brook and Kousha (2015)<br>Calgary and Edmonton, Canada (January 2010–December 2011) | Average of monitors in 35 km of patient ZIP code centroid. | Hypertension | 24-h avg<br>Calgary:<br>Median: 10.1<br>Max: 138.4<br>Edmonton:<br>Median: 8.1<br>Max: 156.3 | OR<br>Males; cold season; Lag 6: 1.158 (1.006, 1.323)<br>Females; cold season;<br>Lag 5: 1.141 (1.012, 1.275) | Correlation (*r*): NA<br>Copollutant models with: NA |

CI = confidence interval; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide, h = hour; km = kilometer; max = maximum; μg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; OR = odds ratio; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; UFP = ultrafine particles; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

A study of hypertension ED visits and hospital admissions in New York State using a hybrid method to estimate $PM_{2.5}$ exposure from monitor and modeled data over the years 1991−2006 (Hsu et al., 2017) reported a 1.93% (95% CI: 0.69, 3.18) increased risk of ED visits on the concurrent day (lag 0) near New York City, NY; however, Hsu et al. (2017) observed no associations in the remaining regions of the state. Hsu et al. (2017) did not present pooled results across the state, but the differing results across the state provide evidence of potential regional heterogeneity in risk estimates. In contrast, a single-city study in Little Rock, AR, reported a negative association for the risk of ED visits [−1.03% (95% CI: −2.69, 0.67), lag 1; Rodopoulou et al. (2015)]. The observed association was attenuated but remained negative in a copollutant model adjusting for $O_3$ (−0.58% [95% CI: −2.34, 1.21], lag 1). Rodopoulou et al. (2015) reported a positive association in the cold season, indicating that a negative association in the warm season is driving the overall results. Similarly, a two-city Canadian study in Edmonton and Calgary observed positive associations in the cold season (Brook and Kousha, 2015). The authors did not report quantitative results for the warm season, but they stated that there were "no statistically significant positive results." In a study in Edmonton, Canada, Szyszkowicz et al. (2012) observed a positive year-round association between short-term $PM_{2.5}$ concentrations and hypertension. Additionally, a single-city study examined emergency calls for hypertensive crisis in Leipzig, Germany across multiple lag periods. Franck et al. (2011) reported generally negative or null associations across lag periods (lag 1 to 7).

In summary, there is limited and inconsistent evidence for a year-round association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for hypertension. Studies reported evidence of seasonal differences, with positive associations in the cold season and negative or null associations in the warm season (Brook and Kousha, 2015; Rodopoulou et al., 2015); however, among these studies only Rodopoulou et al. (2015) examined the potential for copollutant confounding, which remains an important limitation for both year-round and seasonal analyses.

### 6.1.6.2 Epidemiologic Studies of Changes in Blood Pressure (BP)

Studies of short-term $PM_{2.5}$ exposure and BP included in the 2009 PM ISA (U.S. EPA, 2009) were limited in size and number and results were not consistent across studies. While the majority of studies supported associations between $PM_{2.5}$ and higher systolic blood pressure (SBP) and diastolic blood pressure (DBP), other studies reported lower BP or no association. Several studies have since been published investigating associations between short-term $PM_{2.5}$ concentrations and blood pressure, but overall, the recent evidence is similar to that in that last review in providing mixed evidence for associations (Table 6-14).

Since the publication of the 2009 PM ISA, several quasi-experimental studies have become available. As noted previously, these studies are particularly useful in that they include well-characterized exposures across a range of $PM_{2.5}$ concentrations. Across these studies, results generally did not show associations between short-term $PM_{2.5}$ exposures and changes in SBP or DBP. Kubesch et al. (2014) and Weichenthal et al. (2014a) conducted similar randomized crossover studies with participants exposed for 2 hours to ambient $PM_{2.5}$ in a high or low exposure site. Whereas Kubesch et al. (2014) reported positive associations for BP and $PM_{2.5}$ during the exposure period and up to 5 hours afterward, Weichenthal et al. (2014a) reported null associations with $PM_{2.5}$ exposure and SBP or DBP 3 hours post exposure. Chung et al. (2015) similarly observed no associations with BP in a study examining $PM_{2.5}$ from traffic exposures and BP measurements from individuals living in communities near highways and other living in urban background locations.

Liu et al. (2014c) and Morishita et al. (2015a) also conducted studies using ambient gradients of $PM_{2.5}$ concentrations by transporting study participants to specific locations to reflect differences in $PM_{2.5}$ concentrations. Liu et al. (2014c) monitored BP during 5-day exposures near a steel mill (daily average $PM_{2.5}$ 11.0 $\mu g/m^3$) and on a college campus (daily average $PM_{2.5}$ 9.4 $\mu g/m^3$), and Morishita et al. (2015a) transported study participants from a rural Michigan community to an urban area over 5 days; neither study reported an association between $PM_{2.5}$ and changes in BP.

The relationship between short-term $PM_{2.5}$ exposures and BP has also been examined in well-established cohorts including the Multi-Ethnic Study of Atherosclerosis (MESA), the Normative Aging Study (NAS), the Detroit Exposure and Aerosol Research Study (DEARS), and the Detroit Healthy Environments Partnership (DHEP) study. Whereas Hicken et al. (2013), Mordukhovich et al.

(2009), and Wilker et al. (2009) did not find associations in participants from the MESA or NAS with 1-hour to 1-month concentrations of $PM_{2.5}$, Dvonch et al. (2009), Hicken et al. (2014), and Brook et al. (2011) found some evidence of a relationship in studies conducted in Detroit, MI. While Brook et al. (2011) and Hicken et al. (2014) found positive associations between SBP and 1-day lag $PM_{2.5}$ concentrations or 48-hour averages, respectively, Dvonch et al. (2009) reported negative associations for SBP. Taken together, results from these panel studies in healthy populations do not provide strong support for a consistent relationship between BP and short-term exposures to $PM_{2.5}$.

In contrast, panel studies including older adult populations report consistent evidence for a relationship between $PM_{2.5}$ and BP, particularly studies including participants living in nursing homes or senior communities, which allow for improved exposure assessment. Jacobs et al. (2012) examined BP in nursing homes residents and found positive associations between 24-hour $PM_{2.5}$ concentrations and SBP, but only in participants on antihypertensive medication. No associations were found for DBP. Liu et al. (2009) and Wellenius et al. (2012b) also examined BP in nursing home residents or community dwelling seniors, respectively, and reported positive associations between $PM_{2.5}$ and BP. Whereas Liu et al. (2009) found increases in SBP relative to 24-hour $PM_{2.5}$ levels, Wellenius et al. (2012b) reported positive associations for both SBP and DBP across averaging times ranging from 1 to 28 days, with the strongest associations for 7 and 14 day averages. In addition to examining older adult populations, Rich et al. (2012) looked at associations between BP and $PM_{2.5}$ exposures in a panel of cardiac rehabilitation patients and reported positive associations for SBP and the $PM_{2.5}$ levels in the preceding 6 hours.

Recent evidence is similar to that evaluated in the 2009 PM ISA (U.S. EPA, 2009) and studies continue to demonstrate inconsistent results across a variety of study designs. There is, however, some indication of associations between short-term exposures to $PM_{2.5}$ and changes in BP in subpopulations, including older adults and individuals with pre-existing cardiovascular disease.

**Table 6-14 Epidemiologic studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Kubesch et al. (2014)<br>Barcelona, Spain<br>(February−November 2011) | n = 31 healthy, nonsmoking adults, 18−60 yr<br>(28 completed all exposures).<br>Participants exposed from 8:00−10:00 a.m. at a high- and low-traffic site, with and without moderate exercise.<br>BP measurements taken before, during, and after exposure. | Monitoring conducted at site of exposure<br>2-h avg<br>High traffic site<br>Mean: 80.8<br>Max: 128.6<br>Low traffic site<br>Mean: 30.0<br>Max: 80.0 | Postexposure<br>SBP (mm Hg): 0.95 (0, 1.91)<br>DBP (mm Hg): 0.26 (−0.4, 0.92)<br>Intra-exposure<br>SBP (mm Hg): 1.26 (−0.82, 3.34)<br>DBP (mm Hg): 0.97 (−0.88, 2.83)<br>IQR not reported | Correlation (*r*) = 0.85 UFP, 0.93 BC, 0.91 $NO_X$, 0.58 PM coarse |
| †Liu et al. (2014c)<br>Sault Ste. Marie, Ontario, Canada<br>(May−August 2010) | N = 66 healthy, nonsmoking adults, 18−55 years<br>(61 completed the study).<br>Participants were randomly assigned to exposures that included<br>5 consecutive 8-h days with a 30-min exercise period near a steel plant or a college campus. BP measurements taken before, during, and after exposure. | Monitoring conducted at site of exposure<br>Daily average<br>Near steel plant<br>11 (4.0−25.8)<br>Near college campus<br>9.4 (3.3−25) | % Change<br>SBP<br>Lag 0: −0.38 (−1.29, 0.55)<br>Lag 1: −0.05 (−0.98, 0.88)<br>DBP<br>Lag 0: −0.33 (−1.07, 0.41)<br>Lag 1: −0.22 (−1.04, 0.60) | Correlations (*r*) NR |
| †Morishita et al. (2015a)<br>Dearborn, MI<br>(June−August 2009)<br>(June−July 2010) | N = 25 healthy, nonsmoking adults, 18−50 yr.<br>Participants were transported from rural residence to an area of high PM exposure for 4−5 h on 5 consecutive days.<br>BP measured daily after exposure. | Monitoring conducted at site of exposure<br>Average concentration during exposure periods:<br>10.8 ± 6.8 | "$PM_{2.5}$ mass alone was not associated with other health outcomes" | Correlations (*r*): NR. |

**Table 6-14 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Weichenthal et al. (2014a)<br>Montreal, Canada<br>(Summer 2013) | N = 53 healthy, nonsmoking women, 18−45 yr.<br>Participants cycled continuously for 2 h in a high- and low-traffic setting.<br>BP measured before and after exposure | 2-h avg<br>High Traffic:<br>15.7 (15.9)<br>Low Traffic:<br>13.4 (13.8) | % change per 15.2 μg/m³ $PM_{2.5}$<br>SBP: 0.358 (−0.970, 1.69)<br>DBP: −0.717 (−2.54, 1.11) | Correlations (*r*):<br>0.080 UFP,<br>0.13 BC,<br>0.043 $NO_2$,<br>0.048 $O_3$ |
| †Chung et al. (2015)<br>Boston, MA<br>(August 2009−June 2011) | Community Assessment of Freeway Exposure and Health study.<br>N = 270 adults living in either a community near a major freeway or community representing urban background.<br>BP measured at one (n = 50) or two clinic visits (220). | Fixed-site monitor located at clinic site; 7 km from participants' homes<br>24-h avg<br>Mean (SD):<br>7.80(3.70)<br>Max: 20.9 | Null associations reported for 24-hour $PM_{2.5}$ | Correlations (*r*):<br>0.79 BC,<br>−0.01 PNC,<br>0.43 $NO_2$, 0.48 $O_3$ |
| †Rich et al. (2012)<br>Rochester, NY<br>(June 2006−November 2009) | N = 76 patients in a 10-week cardiac rehabilitation program due to recent coronary event (83% ≥ 50 yr).<br>BP measured at the beginning of each clinic visit. | Fixed-site monitor for $PM_{2.5}$ located 1.2 km from clinic.<br>UFPs measured at clinic site.<br>24-h avg<br>Mean: 8.7 (6.1)<br>75th percentile: 11.1<br>Max: 42.85 | % Change<br>SBP<br>0−5 h avg: 1.31 (0.03, 2.60); IQR 7.2<br>DBP<br>96−119 h avg: 0.43 (−0.34, 1.20) | Correlations (*r*):<br>NR. |
| †Jacobs et al. (2012)<br>Antwerp, Belgium<br>(June 2007−October 2009) | N = 88 individuals living in one of five older adult "service flats"; 64.8% taking antihypertensive medication; 39% with past CVD.<br>BP measured at 2 clinic visits. | Fixed-site monitor located 4−28 km from older adult 'service flats'<br>24-h avg<br>Mean: 24.4 (19.0)<br>Max: 100.6 | SBP (mm Hg)<br>No antihypertensives<br>−1.49 (−5.00, 2.02)<br>W/hypertensives<br>2.26 (0.53, 3.94)<br>DBP<br>No antihypertensive<br>0.77 (−1.54, 3.03)<br>W/hypertensives<br>0.36 (−0.72, 1.44) | Correlations (*r*):<br>NR. |

**Table 6-14 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Wellenius et al. (2012b)<br>Boston, MA (2005−2008) | MOBILIZE study<br>N = 747 healthy older adults, ≥70 yr; 20% adults with diabetes, 79% with hypertension, 47% with hyperlipidemia<br>BP measured at 2 clinic visits with participants in supine and standing positions | Fixed-site monitor located <20 km from participants'' homes<br>24-h avg<br>Mean: 8.6 ± 4.9 | SBP (mm Hg, standing)<br>1 day: 0.20(−1.63, 2.04)<br>5 days: 2.31 (−0.77, 5.38)<br>7 days: 3.68 (0.00, 8.82)<br>14 days: 4.41 (0.00, 8.82)<br>21 days: 3.23 (−1.61, 8.06)<br>28 days: 2.76 (−2.76, 8.28)<br>DBP (mm Hg, standing)<br>1 day: 0.20 (−0.82, 1.22)<br>5 days: 1.03 (−0.77, 2.31)<br>7 days: 1.84 (0.00, 2.68)<br>14 days: 2.06 (0.00, 4.41)<br>21 days: 1.29 (−1.29, 3.87)<br>28 days: 0.69 (−2.07, 3.45) | Correlations (*r*): NR. |
| †Liu et al. (2009)<br>Windsor, Ontario (February−March 2007) | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr.<br>BP collected from 5−16 24-h periods. | Personal monitoring for 24-h before clinic visits<br>Median: 6.3<br>95th: 16.6<br>Outdoor monitoring at nursing homes, 24-h avg<br>Median: 15.3<br>95th: 24.2 | Personal (IQR 7.1)<br>SBP (mm Hg): 3.43 (1.43)<br>DBP (mm Hg): 0.00 (1.26)<br>Outdoor (IQR 5.6)<br>SBP (mm Hg): -0.61 (0.99)<br>DBP (mm Hg): 1.43 (0.89) | Correlations (*r*): 0.57 (outdoor $PM_{2.5}$ and BC) |

**Table 6-14 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examination |
|---|---|---|---|---|
| †Brook et al. (2011)<br>Detroit, MI (2005−2007) | Detroit Exposure and Aerosol Research Study (DEARS).<br>N = 65 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources.<br>BP measured at participants' homes for up to 5 consecutive evenings. | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD):<br>21.9 ± 24.8<br>Max: 225.4<br>Ambient<br>Mean (SD):<br>15.4 ± 7.5<br>Max: 41.0 | Ambient, 1-day lag<br>SBP (mm Hg): 0.32 (−1.052, 1.692)<br>DBP (mm Hg): 0.02 (−1.019, 1.059)<br>Personal, 1-day lag<br>SBP (mm Hg): 1.41 (0.763, 2.057)<br>DBP (mm Hg): 0.44 (−0.070, 0.950 | Correlations ($r$): NR. |
| †Dvonch et al. (2009)<br>Detroit, MI<br>(May 2001−April 2003) | Detroit Healthy Environments Partnership.<br>N = 347 participants residing in 3 communities<br>BP measurements taken at 2 study visits | Community monitors located within 5 km of study participants<br>Annual average across sites:<br>15.0 (8.2) | Lag 2<br>SBP (mm Hg):3.24<br>DBP (mm Hg): −0.92<br>Per 10 μg/m³ $PM_{2.5}$<br>95% CIs NR | Correlations ($r$): NR. |
| †Wilker et al. (2009)<br>Boston, MA (1995−2006) | Normative Aging Study.<br>N = 945 healthy men, 21−80 yr.<br>Blood pressure measurements taken at clinic visits every 3−5 yr. | Fixed-site monitor<br>48-h avg<br>Mean (SD): 11.9 (6.1) | 48-h avg<br>SBP (mm Hg): 0.69 (−0.15, 1.53)<br>DBP (mm Hg): −0.018 (−0.45, 0.41) | Correlations ($r$): NR. |
| †Mordukhovich et al. (2009)<br>Boston, MA<br>(April 1999−December 2007) | Normative Aging Study.<br>N = 791 healthy men, 21−80 yr.<br>BP measured at clinic visits every 3−5 yr. | Fixed-site monitor<br>7-day moving avg<br>Mean (SD): 12.06 (4.93) | 7-day moving avg<br>SBP (mm Hg): 0.90 (−1.43, 3.23)<br>DBP (mm Hg): 0.02 (−1.20, 1.22) | Correlations ($r$): NR. |

avg = average; BC = black carbon; BP = blood pressure; CI = confidence interval; CO = carbon monoxide; CVD = cardiovascular disease; DBP = diastolic blood pressure; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; ECG = electrocardiograph; h = hour; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; μg/m³ = micrograms per cubic meter; mm Hg = millimeters of Mercury; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; N = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PNC = particle number count; $r$ = correlation coefficient; SBP = systolic blood pressure; $SO_4^{2-}$ = sulfate; $SO_2$ = sulfur dioxide; SD = standard deviation; UFP = ultrafine particles; yr = year.

†Studies published since the 2009 PM ISA.