### 6.1.6.3 Controlled Human Exposure Studies of Changes in Blood Pressure (BP)

Previous work in the 2004 AQCD reported decreased SBP in asthmatics and increased SBP in healthy subjects after exposure to $PM_{2.5}$ CAPs from Los Angeles while exercising (Gong et al., 2003). The same study found no significant change in DBP. In studies included in the last ISA, Fakhri et al. (2009) and Mills et al. (2008) reported no significant $PM_{2.5}$ CAP effect on BP.

A few recent CHE studies have expanded our understanding of the relationship between exposure to $PM_{2.5}$ and changes in BP. Bellavia et al. (2013) reported significant elevations in SBP ($p = 0.001$), and an increase in DBP that was not statistically significant in healthy adults after exposure to fine CAPs from Toronto, Canada relative to FA. Similarly, Brook et al. (2009) examined the effect of $PM_{2.5}$ CAP exposure on BP in healthy adults in Toronto, Canada. The authors reported that DBP increased linearly during the exposure, resulting in a significant 2.9 mm Hg increase (CAPs; $p = 0.002$) upon completion of the exposure. A trend toward elevated SBP with CAP exposure was also reported. Tong et al. (2015) also found an association between $PM_{2.5}$ CAP exposure and BP. Adults in their late 50s were randomization into either fish oil, olive oil, or naïve groups for a 28-day supplementation period. In the naïve group at 30 minutes postexposure, DBP increased by 2.1 mm Hg relative to FA exposure ($p = 0.04$). This same relative increase was observed 60 minutes after exposure in the fish oil ($p = 0.008$) and olive oil ($p = 0.03$) supplemented groups. Increases in SBP, which were not statistically significant, were also reported in all treatment groups.

In contrast to the studies described above, Lucking et al. (2011) found no differences in BP post DE, particle filtered DE, or FA exposure in healthy men. Similarly, in older overweight, but healthy participants, Hemmingsen et al. (2015b) found no significant changes in BP after exposure to filtered or nonfiltered traffic-related air pollution (TRAP) from Copenhagen, Denmark using a relatively low $PM_{2.5}$ exposure concentration (Table 6-15). Direct changes in blood pressure were also not reported in the FILTER-HF CHE study (Vieira et al., 2016b). This study tested whether introducing a respiratory filter could attenuate the cardiovascular effects of acute DE exposure in patients with heart failure, or in healthy individuals. When the FILTER-HF patients and healthy controls exercised for 6 minutes, BP increased with exercise but there were no statistically significant differences with DE exposure with or without filtration, although the study report noted that assessing changes in blood pressure in the heart failure group is difficult given that use of beta-blockers could have blunted the effect.

A few CHE studies in the current review indicate that $PM_{2.5}$ CAP, but not exposure to DE has an effect on BP. However, these studies are not entirely consistent with respect to reporting changes in SBP versus DBP. Nevertheless, in studies where increases in one measure of BP (e.g., SBP), but not the other (e.g., DBP) was found to be statistically significant, that other measure of BP usually trended toward statistical significance. Notably, these more recent studies are not in agreement with CAP results from the

last review. This could be due to differences in study design or particle composition across the different studies. There is also some evidence that changes in blood pressure may be partially due to the endotoxin present in the PM samples (Zhong et al., 2015). Overall, the more recent CHE studies provide some evidence that short-term $PM_{2.5}$ exposure can result in changes in blood pressure following CAPS but not DE exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-15 below.

**Table 6-15 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Bellavia et al. (2013) | Healthy adults<br>n = 8 M, 7 F<br>18−60 yr old<br>27.7 ± NA | ~242 μg/m³ $PM_{2.5}$ CAP for 130 min at rest<br>PM collected from a busy street in Toronto, Canada | BP: 10 min pre-exposure, 5 min postexposure<br>DNA methylation: 1 h postexposure |
| Brook et al. (2009)<br>Toronto cohort | Healthy adults<br>n = 16 M; 15 F<br>27 ± 8 | 148.5 ± 54.4 μg/m³ $PM_{2.5}$ CAP for 2 h<br>CAP from Toronto | BP: during exposure |
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F;<br>55−83 yr | 24 ± 13 μg/m³ (nonfiltered)<br>3.0 ± 1.2 μg/m³ (filtered) $PM_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | BP: ≤1 h postexposure |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F;<br>57.8 ± 1.3 yr | 253 ± 16 μg/m³ of $PM_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | BP: 15 min intervals during 2 h exposure and 30 min intervals pre- and postexposure |
| Vieira et al. (2016b) | Healthy adults<br>n = 8 M, 7 F;<br>45 ± 10 yr; 7 with a history of smoking<br>Heart failure patients<br>n = 16 M, 10 F;<br>51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 μg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer<br>25 ± 6 μg/m³ $PM_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | BP: continuously during 6 min walking exposure |

**Table 6-15 (Continued): Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Zhong et al. (2015) | Healthy adults<br>n = 23 M, 27 F;<br>18−60 yr | Endotoxin and B-1,3-d-glucan associated with: 250 µg/m³ $PM_{2.5}$ CAPs (target)<br>200 µg/m³ course CAPs (target)<br>7.07 and IQR 7.09 ng/m³ for 130 min at rest<br>CAPs collected from a heavy-traffic 4-lane street in Toronto | BP: pre-exposure, 0.5 h and 20 h postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 µg/m³ fine DE mass<br>7.2 ± 2.0 µg/m³ fine mass in filtered DE<br>1 h exposure 15 min exercise (25 L/min per m² body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | BP: pre-exposure, immediately post-exposure, 6 h, and 8 h postexposure |

BP = blood pressure; CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; DNA = deoxyribonucleic acid; h = hour; F = female; IQR = interquartile range; L = liter; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; NA = not applicable; ng = nanogram; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation; yr = year.

### 6.1.6.4 Toxicological Studies of Changes in Blood Pressure (BP)

In the 2009 PM ISA, studies generally reported an increase in some measure of BP following short-term $PM_{2.5}$ exposure to CAPs (Bartoli et al., 2009; Ito et al., 2008; Chang et al., 2004). Since the publication of the 2009 PM ISA, Wagner et al. (2014b) reported statistically significant changes ($p < 0.05$) in SBP, DBP, and MAP in SH rats in three of four independent experiments compared with control animals. In an earlier study, this group similarly reported that Sprague-Dawley rats with cardio-metabolic syndrome fed a high fructose diet had a statistically significant decrease ($p < 0.05$) in SBP, DBP, and MAP during $PM_{2.5}$ exposure relative to control exposed animals (Wagner et al., 2014a). More information on studies published since the 2009 PM ISA can be found in Table 6-16 below.

**Table 6-16 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Wagner et al. (2014b) | Adult SH rats, M, n = 8/treatment group. | Inhalation of $PM_{2.5}$ CAPs from Dearborn, MI collected in summer; four independent experiments; $PM_{2.5}$ concentrations were 415 ± 99, 642 ± 294, 767 ± 256, and 364 ± 58 μg/m³, respectively, 8 h/day for 4 days to air or CAPs. | BP during exposure |
| Wagner et al. (2014a) | Adult Sprague-Dawley rats, M, n = 4−8 per treatment group, fed either a normal diet or a high-fructose diet. | Inhalation of 356 μg/m³ $PM_{2.5}$ CAPs from Dearborn, MI; 8 h/day for 9 consecutive weekdays. | BP during exposure and during non-exposure times in the evening and weekend |

BP = blood pressure; CAP = concentrated ambient particle; h = hour; M = male; MI = myocardial infarction; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

#### 6.1.6.4.1 Renin-Angiotensin System

Renin is secreted by the juxtaglomerular apparatus of the kidney and converts angiotensinogen to angiotensin I (AngI). In the lung, kidney, and vascular endothelium, angiotensin-converting enzyme (ACE) cleaves AngI to release AngII, which can bind the angiotensin type 1 receptor (At1r) to cause vasoconstriction and a subsequent increase in blood pressure. It can also stimulate the release of aldosterone, which also increases blood pressure. Given this direct link between changes in the renin-angiotensin system and increases in blood pressure, the effect of short-term $PM_{2.5}$ inhalation on this system was evaluated.

The 2009 PM ISA included no short-term studies on the renin-angiotensin system following short-term exposure to $PM_{2.5}$ CAPs. Since the 2009 PM ISA, a study in rats has demonstrated that short-term exposure to $PM_{2.5}$ increases ($p < 0.05$) plasma Ang II levels (Ghelfi et al., 2010). In an additional study, Aztatzi-Aguilar et al. (2015) found a statistically significant increase ($p < 0.05$) in At1r, but not ACE mRNA in the heart. Aztatzi-Aguilar et al. (2015) also found a statistically significant increase ($p < 0.05$) in mRNA expression of the receptor B1r in the heart, which is interesting given that increases in this receptor are indicative of vasodilation rather than vasoconstriction. Taken together, there is some evidence that short-term $PM_{2.5}$ exposure can lead to changes in multiple pathways involved in the regulation of vasoconstriction/vasodilation, and thus, blood pressure. More information on studies published since the 2009 PM ISA can be found in Table 6-17 below. In summary, studies published since the conclusion of the 2009 PM ISA with respect to changes in BP measurements and the

renin-angiotensin system provide some additional evidence that short-term exposure to $PM_{2.5}$ can result in changes in BP. These studies also provide some evidence that genetic or dietary factor may influence the effect of $PM_{2.5}$ exposure on BP.

**Table 6-17 Study-specific details from animal toxicological studies of the renin-angiotensin system.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 390 μg/m³ $PM_{2.5}$ some groups pretreated with valsartan or benazepril<br>5 h exposure | Plasma angiotensin II immediately after exposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m³ $PM_{2.5}$ for 5 h/day for 3 days from a high-traffic, industrial area north of Mexico City in early summer | Angiotensin and bradykinin system gene expression in heart tissue collected 24 h after exposure. |

CAPs = concentrated ambient particles; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 6.1.7 Venous Thromboembolism Disease and Pulmonary Embolism

Thrombosis refers to the formation of a blood clot inside a blood vessel. An embolus is a blood clot that breaks free and travels from its initial site of formation. The clot can then become lodged and occlude blood flow, resulting in an embolism. Clots typically form in the deep (i.e., popliteal, femoral, iliac) veins of the lower extremities and can give rise to emboli that lodge in the pulmonary arteries. These deep vein thromboses (DVTs) and pulmonary emboli (PE) are the most common subtypes of venous thromboembolism (VTE).

In the 2009 PM ISA, there were two hospital admission studies looking at the relationship between short-term $PM_{2.5}$ exposure and peripheral vascular disease (PVD). One of these studies found a positive association between hospital admissions for PVD and short-term $PM_{2.5}$ exposure while the other study observed a negative association. Thus, there was only limited evidence of an association between $PM_{2.5}$ exposure and PVD hospital admissions in the last review.

Some epidemiologic studies published since the 2009 PM ISA provide additional evidence that short-term $PM_{2.5}$ exposures may be associated with increased risk of hospital admissions for PVD. However, considerable uncertainties remain with respect to the potential for copollutant confounding, given that copollutant analyses were generally lacking in these studies. Nevertheless, the lack of

copollutant analyses in epidemiologic studies is at least partially mitigated by CHE and animal toxicological studies that provide biological plausibility for these associations by demonstrating changes in hemostasis following short-term $PM_{2.5}$ exposure (Section 6.2.1). Nonetheless, the relationship between ED visit and hospital admissions studies for PVD and short-term $PM_{2.5}$ exposure is still considered to be uncertain.

#### 6.1.7.1 Emergency Department (ED) Visits and Hospital Admissions

The 2009 PM ISA reviewed a limited number of studies examining the association between $PM_{2.5}$ and PVD. The MCAPS study among U.S. Medicare beneficiaries by Dominici et al. (2006) reported a positive association between hospital admissions for PVD and $PM_{2.5}$ concentrations on the same day (lag 0). Conversely, a single-city study in Toronto observed a negative association between PVD and $PM_{2.5}$ (Burnett et al., 1999). Several recent studies evaluating $PM_{2.5}$ exposure and PVD, venous thromboembolism (VTE), pulmonary embolism, and deep vein thrombosis are now available, and provide emerging evidence that $PM_{2.5}$ may be associated with specific forms of PVD, but there is still a limited evidence base (Table 6-18).

**Table 6-18 Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations μg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Dominici et al. (2006)<br>204 U.S. urban counties (1999−2002)<br>Age ≥65 yr | Concentrations from monitors in county averaged.<br>Number NR. Study population reside an average of 5.9 miles from monitor. Median pairwise correlation between same-county monitors 0.91. | PVD | 24-h avg: 13.4 (IQR 3.9)<br>75th: 15.2 | No quantitative results presented; results presented graphically. Positive associations at lags 0 and 2. | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-18 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| Burnett et al. (1999)<br>Toronto, Canada<br>(1980−1994) | 1 monitor.<br>$PM_{2.5}$, $PM_{10}$, $PM_{10-2.5}$ values not available for full study period. Values estimated from single TSS monitor. | PVD | 24-h avg: 18.0<br>75th: 22.0<br>Max: 90.0 | No quantitative results presented. Authors state that there was a negative association. | Correlation (*r*): $NO_2$: 0.52, $SO_2$: 0.53, CO: 0.49, $O_3$: 0.10, $PM_{10}$: 0.91, $PM_{10-2.5}$: 0.47<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>140 U.S. counties<br>(1999−2010)<br>Age ≥65 yr | Concentrations from monitors in county averaged. | PVD | 24-h avg: 12.3<br>Max: 20.2 | RR<br>Lag 0: 1.013 (1.005, 1.021) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Haley et al. (2009)<br>Eight New York cities<br>(2001−2005) | Weighted averages across monitors in each city.<br>39 monitors in total. | PVD | 24-h avg: 5.8 (IQR 5.9)<br>75th: 8.0<br>Max: 42.2 | RR<br>Lag 0: 1.036 (1.007, 1.066)<br>Lag 1: 1.003 (0.989, 1.018) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states<br>(2001−2009) | Fused-CMAQ<br>CMAQ model combined with monitoring data, downscaled to census tract resolution. | PVD | 24-h avg: 6.46 to 12.83<br>(across seven states)<br>75th: 7.64 to 16.55<br>(across seven states) | Select ORs<br>New Jersey<br>Lag 0: 1.023 (0.996, 1.050)<br>Lag 1: 1.030 (1.005, 1.056)<br>Lag 2: 1.034 (1.010, 1.059)<br>Lag 3: 1.059 (1.024, 1.095)<br>New York<br>Lag 0: 1.031 (1.015, 1.049) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |

**Table 6-18 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Dales et al. (2010)<br>Santiago, Chile<br>(April 1998–August 2005) | Concentrations from monitors assigned to central and adjacent municipalities.<br>6 monitors. | VTE, PE | 24-h avg: 32.99<br>IQR: 20.02 | RR<br>VTE<br>Lag 0−1: 1.023 (1.014, 1.031)<br>PE<br>Lag 0−1: 1.023 (1.016, 1.029) | Correlation (*r*): $NO_2$: 0.73−0.92, $SO_2$: 0.72−0.83, CO: 0.40−0.83, $O_3$: −0.32 to −0.14, $PM_{10}$: 0.85−0.92<br>Copollutant models with: NA |
| †Shih et al. (2011)<br>40 U.S. cities (1993−1998)<br>Women, Ages 50−79 yr | National scale spatial interpolation by kriging using U.S. EPA AQS monitors.<br>$PM_{2.5}$ data 1999−2004 only. | VTE | 24-h avg: 13.5 | HR<br>VTE<br>Lag 0: 1.04 (0.89, 1.22) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2015)<br>Northeastern U.S. (13 states)<br>(2000−2008)<br>Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations. 10 × 10 km spatial resolution. Cross-validation $R^2$ using monitors within 10 km: 0.82. | DVT, PE | 2-day avg: 12.6 (6.8)<br>75th: 15.9<br>Max: 96.0 | RR<br>DVT<br>Lag 0: 1.006 (1.001, 1.011)<br>Lag 0−1: 1.006 (1.000, 1.013)<br>Lag 0−2: 1.007 (1.000, 1.014)<br>PE<br>Lag 0: 1.007 (1.000, 1.014)<br>Lag 0−1: 1.004 (0.993, 1.014)<br>Lag 0−2: 1.006 (1.001, 1.011) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-18 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ concentrations and hospital admission and emergency department visits for peripheral vascular disease.**

| Study | Exposure Assessment | Outcome | Mean and Upper Percentile Concentrations µg/m³ | Effect Estimates 95% CI | Copollutant Examination |
|---|---|---|---|---|---|
| †Milojevic et al. (2014)<br>†Milojevic et al. (2015)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (50 km).<br>Number NR. | PE | 24-h avg<br>Median: 10.0 (IQR 8.0)<br>75th: 15.0 | RR<br>PE<br>Lag 0−4: 0.959 (0.927, 0.992) | Correlation (*r*): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41<br>Copollutant models with: NA |

AOD = aerosol optical depth; CI = confidence interval; AQS = Air Quality System; CMAQ = Community Multiscale Air Quality; CO = carbon monoxide; DVT = deep vein thrombosis; HR = hazard ratio; IQR = interquartile range; km = kilometer; max = maximum; µg/m³ = micrograms per cubic meter; NA = not applicable; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; OR = odds ratio; PE = pulmonary embolism; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PVD = peripheral vascular disease; *r* = correlation coefficient; $R^2$ = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; TSS = total suspended solids; VTE = venous thromboembolism; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 µg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 µg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Bell et al. (2015) considered PVD hospital admissions among U.S. Medicare beneficiaries in 140 U.S. counties. The authors observed a 1.26% (95% CI: 0.48, 2.05) increase in hospital admissions associated with $PM_{2.5}$ concentrations on the same day (lag 0). This association was consistent with the results of the Dominici et al. (2006) MCAPS study reviewed in the 2009 PM ISA and with a recent Medicare-based study in eight New York cities (Haley et al., 2009). A study of seven U.S. states also reported an association in New York and in New Jersey, but did not observe an association in five other participating states (Talbott et al., 2014).

In addition to studies evaluating the association between $PM_{2.5}$ and PVD, a few recent studies specifically evaluated VTE, and related outcomes of deep vein and pulmonary embolism. The studies of VTE reported inconsistent results. In Santiago, Chile, Dales et al. (2010) observed a positive association between hospital admissions for VTE and $PM_{2.5}$ concentrations at lag 0−1 (OR: 1.02 [95% CI: 1.01, 1.03]). However, a U.S. Women's Health Initiative study did not report evidence of a positive association (Shih et al., 2011).

Studies examining deep vein thrombosis and pulmonary embolism provide inconsistent evidence of an association. In a study of Medicare beneficiaries in the northeastern U.S. using spatiotemporal monitoring that incorporated land use variables and AOD to estimate $PM_{2.5}$ concentrations, Kloog et al.

(2015) observed that $PM_{2.5}$ concentrations were associated with a 0.59% (95% CI: 0.07, 1.11) higher risk of pulmonary embolism at lag 0−2 and a 0.64% (95% CI: 0.03, 1.25) higher risk of hospital admissions for deep vein thrombosis at lag 0−1. In Santiago, Chile, Dales et al. (2010) also observed an association between $PM_{2.5}$ and pulmonary embolism. On the other hand, in a large study from England and Wales, Milojevic et al. (2014) reported a decrease in risk of hospital admissions for pulmonary embolism at lag 0−4 (−4.11% [95% CI: −7.29, −0.81]).

In summary, there is limited, but generally consistent evidence that short-term $PM_{2.5}$ exposure is associated with increased hospital admissions for PVD. However, the number of studies available for review is still limited and considerable uncertainties remain. Specifically, none of the reviewed studies evaluated potential copollutant confounding. Evidence regarding specific forms of PVD (i.e., VTE, deep vein thrombosis, and pulmonary embolism) is inconsistent and insufficient to determine the presence of an association.

### 6.1.8 Combinations of Cardiovascular-Related Emergency Department (ED) Visits and Hospital Admissions

In addition to individual cardiovascular diseases, epidemiologic studies examined cardiovascular diseases in aggregate where, in some cases, the aggregate represented all cardiovascular diseases while, in others, a specific combination of cardiovascular diseases was represented. For example, many epidemiologic studies consider hospital admissions and ED visits for combined cardiovascular-related effects, including diseases of the circulatory system. This endpoint encompasses ED visits and hospital admissions for ischemic heart disease, MI, PVD, heart failure, arrhythmia, CBVD and stroke, and diseases of pulmonary circulation. Fewer studies examine the endpoint of cardiac diseases, a subset of CVD that excludes hospitalizations for cerebrovascular disease, peripheral vascular disease, and other circulatory diseases not involving the heart or coronary circulation. The 2004 PM AQCD discussed time-series studies examining the association between ambient $PM_{2.5}$ concentrations and CVD ED visits and hospital admissions. The 2009 PM ISA further reviewed studies providing strong evidence of an association from multicity studies of adults ages 65 years and older (Bell et al., 2008; Host et al., 2008; Barnett et al., 2006). Several single-city studies also generally supported an association between $PM_{2.5}$ and CVD ED visits and hospital admissions. Recent studies tend to focus on overall CVD visits and continue to add to the available evidence supporting an association of daily changes in $PM_{2.5}$ with ED visits and hospital admissions for CVD. Study details and results are presented in Table 6-19.

**Table 6-19 Epidemiologic studies of short-term $PM_{2.5}$ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations µg/m$^3$ | Copollutant Examination |
|---|---|---|---|---|
| Bell et al. (2008)<br>202 U.S. counties (1999−2010)<br>Age ≥65 yr | Concentrations from monitors in county averaged. | CVD<br>438, 430−438, 410−414, 429, 440−449 | NR | Correlation (*r*): NA<br>Copollutant models with: NA |
| Host et al. (2008)<br>Six French cities (2000−2003) | Concentration from monitors in city averaged.<br>4 monitors Paris, 1 Toulouse, 2 other cities. Residence within 20 km. Between-monitor $r > 0.6$. | CVD, Cardiac Diseases<br>I00−I99, I00−I52, I20−I25 | 24-h avg: 13.8 to 18.6 (across six cities)<br>95th: 25.0 to 33.0 (across six cities) | Correlation (*r*): $PM_{10-2.5}$: 0.28−0.73<br>Copollutant models with: NA |
| Barnett et al. (2006)<br>Four Australian cities (1998−2001) | Concentrations from monitors in city averaged.<br>3 monitors Sydney, 2 monitors. Melbourne and Perth, 1 monitor Brisbane. | CVD, Cardiac Diseases<br>390−459 | 24-h avg: 8.1 to 9.7 (across four cities)<br>Max: 29.3 to 122.8 (across four cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2015)<br>213 U.S. Counties (1999−2010)<br>Age ≥65 yr | Concentrations from monitors in county averaged. | CVD<br>428, 426−427, 430−438, 410−414, 429, 440−448 | 24-h avg: 12.3<br>Max: 20.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bell et al. (2014)<br>Four counties in Massachusetts and Connecticut (2000−2004)<br>Age ≥65 yr | 1 monitor per county for 3 counties, one CT county used populated-weighted average of 2 monitors. | CVD<br>428, 426−427, 430−438, 410−414, 429, 440−448 | 24-h avg: 14.0<br>Median: 11.7 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2012)<br>Six New England states (2000−2008)<br>Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations 10 × 10 km spatial resolution. Cross-validation $R^2 = 0.85$. | CVD<br>390−429 | 24-h avg: 9.6<br>75th: 11.7<br>Max: 72.6 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-19 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations µg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Kloog et al. (2014)<br>Seven Mid-Atlantic states and Washington, DC<br>(2000−2006)<br>Age ≥65 yr | Spatiotemporal monitoring incorporating land use variables and AOD observations.<br>10 × 10 km spatial resolution.<br>Cross-validation $R^2$ = 0.81. | CVD<br>390−459 | 2-day avg: 11.92<br>75th: 14.65<br>Max: 95.85 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bravo et al. (2017)<br>708 U.S. counties<br>(2002−2006)<br>Age ≥65 yr | Fused-CMAQ Downscaler Model CMAQ combined with monitoring data; census tract estimates used to predict county level 24 h $PM_{2.5}$. | CVD<br>390−459 | Mean: 12.60 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Hsu et al. (2017)<br>Four New York regions<br>(1991−2006) | Adjusted CMAQ-simulated model [see Hogrefe et al. (2009)].<br>12 × 12 km grid resolution with patient residential address. | CVD<br>393−396, 401−405, 410−414, 427, 428, 430−434, 436−438 | NR | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Peng et al. (2009)<br>119 U.S. counties<br>(2000−2006)<br>Age ≥65 yr | Concentrations from monitors in county averaged.<br>Most counties contain 2 monitors, 12 counties with 1.<br>Within county *r* = 0.85 (0.83−0.95). | CVD<br>428, 430−438, 410−414, 429, 440−448 | 24-h avg: 11.79<br>Median: 9.4 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Talbott et al. (2014)<br>Seven U.S. states<br>(2001−2009) | Fused-CMAQ<br>Downscaler model combined with monitoring data, downscaled to census tract resolution. | CVD<br>390−459 | 24-h avg: 6.46 to 12.83<br>(across seven states)<br>75th: 7.64 to 16.55<br>(across seven states) | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Ostro et al. (2016)<br>Eight California counties<br>(2005−2009) | Nearest monitor Within 20 km of population-weighted centroid of ZIP code. | CVD<br>390−459 | Overall mean: 16.5 (IQR: 11.4; across 8 counties) | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 6-19 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ concentrations and combinations of cardiovascular-related hospital admissions and emergency department visits.**

| Study | Exposure Assessment | Outcome ICD Codes | Mean and Upper Percentile Concentrations μg/m³ | Copollutant Examination |
|---|---|---|---|---|
| †Zanobetti et al. (2009)<br>26 U.S. cities (2000−2003)<br>Age ≥65 yr | Concentrations from monitors in county averaged<br>1 to 4 monitors per county.<br>Monitor data discarded if between-monitor correlation <0.8. | CVD<br>390−429 | 2-day avg: 15.3<br>(across 26 cities) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Milojevic et al. (2014)<br>15 Conurbations in England and Wales (2003−2009) | Nearest monitor to patient's residence (within 50 km).<br>Number NR. | CVD<br>I00−I99 | 24-h avg<br>Median: 10.0 (IQR 8.0)<br>75th: 15.0 | Correlation (*r*): CO: 0.48, $NO_2$: 0.53, $O_3$: −0.10, $PM_{10}$: 0.86, $SO_2$: 0.41<br>Copollutant models with: NA |
| †Stafoggia et al. (2013)<br>Eight European cities (2001−2010)<br>Age ≥15 yr | Concentrations from monitors in city averaged.<br>Number NR. | CVD<br>390−459/I00−I99 | 24-h avg: 17.2 to 34.4<br>(across eight cities) | Correlation (*r*): $NO_2$: >0.6<br>Copollutant models with: $PM_{10-2.5}$, $O_3$, $NO_2$. |

avg = average; CMAQ = Community Multiscale Air Quality; CVD = cardiovascular disease; CO = carbon monoxide; ED = emergency department; HR = hazard ratio; ICD = implantable cardiac device; max = maximum; μg/m³ = micrograms per cubic meter; NA = not applicable; NR = not reported; $NO_2$ = nitrogen dioxide; OR = odds ratio; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient; $R^2$ = correlation coefficient; RR = relative risk; $SO_2$ = sulfur dioxide; yr = year.

For the included epidemiologic studies, the focus is on those studies conducted in areas where mean $PM_{2.5}$ concentrations are <20 μg/m³ or, in the case of a multicity study, where more than half of the cities have concentrations <20 μg/m³. Other studies may be included if they contribute to evaluating important uncertainties (see Preface).

†Studies published since the 2009 PM ISA.

Epidemiologic studies that examined the effect of $PM_{2.5}$ on CVD ED visits and hospital admissions generally observed evidence of consistent positive associations. Several recent multicity studies in the U.S. and Europe provide additional support for positive associations between short-term $PM_{2.5}$ exposure and CVD ED visits and hospital admissions (Figure 6-6). While most studies of ED visits and hospital admissions rely on fixed-site monitoring, several recent studies assigned $PM_{2.5}$ exposure using spatiotemporal models of $PM_{2.5}$ concentration incorporating land use variables, AOD observations, and surface measurements. Studies using Medicare hospital admissions in the Northeast and Mid-Atlantic reported a 1.03% (95% CI: 0.69, 1.45) and 0.78% (95% CI: 0.54, 1.01) increase in CVD admissions over the previous two days (lag 0−1), respectively (Kloog et al., 2014; Kloog et al., 2012). A similar study of

708 urban and rural U.S. counties also reported a 0.79% (95% CI: 0.62, 0.97) increased risk of CVD-related hospital admissions associated with $PM_{2.5}$ exposure over the previous 2 days (Bravo et al., 2017). Additionally, a study of seven U.S. states reported positive associations in Massachusetts, New Jersey, and New York, but did not observe a positive association in the other four states (Talbott et al., 2014), while a study of New York state observed a positive association near New York City, NY at lag 0, but null results across the remaining regions of the state (Hsu et al., 2017).

There have been several recent multicity studies in the U.S. using $PM_{2.5}$ concentrations measured from single monitors or averaged across monitors to assign $PM_{2.5}$ exposure. The majority of these studies examined Medicare populations in cities across the U.S. Studies using Medicare hospital admissions records for CVD in 213 (Bell et al., 2015), 119 (Peng et al., 2009), and 26 (Zanobetti et al., 2009) geographically diverse U.S. counties all reported increases in risk ranging from 0.6 to 1.9% (Figure 6-6). A Medicare study in four northeastern counties also showed evidence of a positive association (Bell et al., 2014). In non-Medicare populations, a study of eight California counties reported a positive increase in risk with $PM_{2.5}$ at lag 2 [0.61% (95% CI: −0.18, 1.49); Ostro et al. (2016)].

Multicity studies in Europe also provide generally consistent evidence of a positive association between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. The MED-PARTICLES study performed in eight southern European cities reported a 0.51% (95% CI: 0.12, 0.90) higher rate of cardiovascular-related hospital admissions for $PM_{2.5}$ concentrations averaged over the same and previous days [lag 0−1; Stafoggia et al. (2013)]. A four-city MED-PARTICLES study in Spain and Italy also observed a positive, but less precise (i.e., wider 95% CIs), association between $PM_{2.5}$ exposure and cardiovascular-related hospital admissions [1.18% (95% CI: 0.32, 2.04); Basagaña et al. (2015)]. On the other hand, Milojevic et al. (2014) considered cardiovascular-related hospital admissions in England and Wales and reported a negative association for $PM_{2.5}$ concentrations at lag 0−4. Results from a number of single-city studies tended to be inconsistent, likely due to their generally smaller sample size and focus on a single location (Sarnat et al., 2015; Rodopoulou et al., 2014; Kim et al., 2012; Ito et al., 2011; Lall et al., 2011).

In summary, recent studies continue to provide evidence of a positive association between $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. Evidence of this association is provided by a number of multicity studies conducted across the U.S. and Europe. Single-city studies offer less consistent evidence.

| Study | Outcome | Location | Mean PM2.5 (µg/m3) | Lag | Notes |
|---|---|---|---|---|---|
| Bell et al. (2008) | CVD | 202 U.S. Counties | NR | 0 | Age 65+ |
| Host et al. (2008) | CVD | 6 French Cities | 13.8-18.8 | 0-1 | |
| | | | | | Age 65+ |
| Barnett et al. (2006) | CVD | 4 Australian Cities | 8.1-9.7 | 0-1 | |
| | | | | | Age 65+ |
| †Kloog et al. (2012) | CVD | 6 New England States | 9.6 | 0-1 | Age 65+ |
| †Kloog et al. (2014) | CVD | 7 Mid-Atlantic States | 11.9 | 0-1 | Age 65+ |
| †Bravo et al. (2017) | CVD | 708 US Counties | 12.6 | 0 | Age 65+ |
| †Hsu et al. (2017) | CVD | 4 NY Regions | NR | 0 | NYC, Long Island & Hudson |
| | | | | 0 | Adirondack & North |
| | | | | 0 | Mohawk Valley & Binghamton |
| | | | | 0 | Central & Western NY |
| †Bell et al. (2015) | CVD | 213 U.S. Counties | 12.3 | 0 | Age 65+ |
| †Peng et al. (2009) | CVD | 119 U.S. Counties | 11.8 | 0 | Age 65+ |
| †Zanobetti et al. (2009) | CVD | 26 U.S. Cities | 15.3 | 0-1 | Age 65+ |
| †Bell et al. (2014) | CVD | 4 Counties, MA & CT | 14 | 0 | Age 65+ |
| †Ostro et al. (2016) | CVD | 8 CA counties | 16.5 | 0 | |
| †Talbott et al. (2014) | CVD | 7 U.S. States | 6.5-12.8 | 0-2 | Florida |
| | | | | 0-2 | Massachusetts |
| | | | | 0-2 | New Jersey |
| | | | | 0-2 | New Hampshire |
| | | | | 0-2 | New Mexico |
| | | | | 0-2 | New York |
| | | | | 0-2 | Washington |
| †Stafoggia et al. (2013) | CVD | 8 European Cities | 17.2-34.4 | 0-1 | Age 15+ |
| †Basagaña et al. (2015) | CVD | 4 Cities, Spain & Italy | 20.7-27.6 | 0 | |
| †Milojevic et al. (2014) | CVD | 15 Conurbations, UK | 10 (Med.) | 0-4 | |
| †Kim et al. (2012) | CVD | Denver, CO | 8 | 0-1 | |
| †Rodopoulou et al. (2015) | CVD | Little Rock, AR | 12.4 | 1 | |
| | | | | | 65+ |
| †Rodopoulou et al. (2014) | CVD | Dona Ana County, NM | 10.9 | 1 | ED visit |
| | | | | 1 | HA |
| | | | | 1 | 65+, ED Visit |
| | | | | 1 | 65+, HA |
| †Sarnat et al. (2015) | CVD | St. Louis, MO | 18 | 0-2 | |




CI = confidence interval; CVD = cardiovascular disease; ED = emergency department; HA = hospital admissions; Med = median; µg/m³ = micrograms per cubic meter; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Corresponding quantitative results are reported in Supplemental Table S6-6 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-6 Results of studies of short-term $PM_{2.5}$ exposure and combinations of cardiovascular-related hospital admissions and emergency department visits for a 10-µg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

### 6.1.9 Cardiovascular Mortality

Studies that examine the association between short-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for $PM_{2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects. The multicity epidemiologic studies evaluated in the 2009 PM ISA provided evidence of consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular mortality, ranging from 0.47−0.94% for a 10-μg/m$^3$ increase in 24-hour average $PM_{2.5}$ concentrations (U.S. EPA, 2009). Across studies, the $PM_{2.5}$ effect on cardiovascular mortality was observed to be immediate, with associations occurring in the range of lag 0 to 1 day(s). A limitation within the evidence was that multicity studies did not extensively examine potential copollutant confounding, but evidence from single city studies suggested that the $PM_{2.5}$-cardiovascular mortality relationship was not confounded by gaseous copollutants. In addition, evidence from animal toxicological and controlled human exposure studies provided coherence and biological plausibility for the $PM_{2.5}$-related cardiovascular mortality associations reported in the epidemiologic studies (U.S. EPA, 2009).

Recent multicity epidemiologic studies provide additional evidence of consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular mortality at lags consistent with the 2009 PM ISA (i.e., lags 0 to 1 day; Figure 6-7). Unlike the studies evaluated in the 2009 PM ISA, some recent studies have also further evaluated the $PM_{2.5}$-cardiovascular mortality relationship by examining cause-specific cardiovascular mortality outcomes (e.g., stroke, heart failure; Figure 6-7). Across multicity studies, there is evidence of a positive association for some of these cardiovascular mortality outcomes; however, the overall evidence is not as consistent as that observed when examining all cardiovascular mortality as detailed in Figure 6-7. This pattern of associations across cardiovascular mortality outcomes is also reflected in a single-city study conducted in Pittsburgh, PA that focused only on copollutant models including $O_3$ (i.e., authors did not report results of single pollutant models), but reported mean $PM_{2.5}$ concentrations similar to those observed in the multicity studies [i.e., 13.9 μg/m$^3$; Dabass et al. (2016a)]. The difference in results across cardiovascular mortality outcomes can likely be attributed to the smaller number of mortality events observed when examining some cause-specific cardiovascular mortality outcomes, which results in unstable estimates with larger uncertainty. As a result, those studies included in the discussion of policy-relevant considerations in Section 6.1.14, specifically potential copollutant confounding, lag structure of associations, and effect modification by season and temperature, focus on the combination of all cardiovascular mortality outcomes.




avg = average; CHF = congestive heart failure; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; MI = myocardial infarction; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Lee et al. (2015b) did not provide 95% confidence intervals for the MI and stroke results. Corresponding quantitative results are reported in Supplemental Table S6-7 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-7 Percent increase in cause-specific cardiovascular mortality outcomes for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations observed in multicity studies and meta-analyses.**

### 6.1.10 Heart Rate (HR) and Heart Rate Variability (HRV)

Heart rate (HR), a key prognostic indicator, is modulated at the sinoatrial node of the heart by both parasympathetic and sympathetic branches of the autonomic nervous system. In general, increased sympathetic activation increases HR, while enhanced activation of parasympathetic, vagal tone, decreases HR, but HR does not, however, provide direct information on the relative contribution of each arm of the autonomic nervous system (Lahiri et al., 2008). Heart rate variability (HRV) represents the degree of difference in the inter-beat intervals of successive heartbeats and is an indicator of the relative balance of sympathetic and parasympathetic tone to the heart and their interaction (Rowan III et al., 2007). Low HRV is associated with an increased risk of cardiac arrhythmia (Corey et al., 2006) and an increased risk of mortality in people with previous myocardial infarction (Fauchier et al., 2004; Bigger et al., 1992). In general, the two most common ways for measuring HRV are time domain measures of variability and frequency domain analysis of the power spectrum. With respect to time domain measures, the standard deviation of NN intervals (i.e., normal-to-normal or the interval between consecutive normal beats;

SDNN) reflects total heart rate variability, and the root mean square of successive differences in NN intervals (rMSSD) reflects parasympathetic influence on the heart. In terms of frequency domain, the high frequency (HF) domain is widely thought to reflect cardiac parasympathetic activity, whereas the low frequency (LF) domain has been posited as an indicator of the interaction of the sympathetic and parasympathetic nervous systems (Billman, 2013), although its linkage with sympathetic tone is controversial and uncertain (Notarius et al., 1999).

In the 2009 PM ISA (U.S. EPA, 2009), numerous epidemiologic panel studies observed positive associations between short-term $PM_{2.5}$ and changes in HRV indices. Some studies also reported stronger HRV decreases in individuals with pre-existing disease. In addition, CHE studies reported that changes in HRV following $PM_{2.5}$ exposures occurred more consistently in older adults.

Since the publication of the 2009 PM ISA, there have been a number of studies across disciplines indicating a relationship between short-term exposure to $PM_{2.5}$ and changes in HRV. A number of epidemiologic panel studies using quasi-experimental designs suggest that short-term exposure to $PM_{2.5}$ can elicit a change in HRV. In agreement with these panel studies is limited evidence from CHE studies reporting a shift toward sympathetic predominance following exposure to $PM_{2.5}$. Finally, there is also limited evidence for $PM_{2.5}$ effects on HRV that may be modified by seasonal/dietary/genetic factors from animal toxicological studies. Thus, in the current review there is additional evidence across disciplines that short-term exposure to $PM_{2.5}$, can lead to changes in HRV.

With respect to HR, in the current review epidemiologic panel studies generally reported inconsistent results across a handful of studies. That is, while some studies showed a change in HR following short-term exposure to $PM_{2.5}$, other panel studies did not. In addition, there was no evidence of changes in HR from CHE studies, but some evidence from animal toxicological studies indicating that short-term $PM_{2.5}$ exposure can result in changes in HR. Taken together, evidence for changes in HR in response to short-term $PM_{2.5}$ exposure is limited across disciplines.

#### 6.1.10.1 Epidemiologic Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

The epidemiologic panel study evidence in the 2009 PM ISA (U.S. EPA, 2009) included numerous studies that observed associations between short-term $PM_{2.5}$ concentrations over hours to days and decreases in HRV (Table 6-20). Most of the studies reported associations between higher concentrations of $PM_{2.5}$ averaged over 24−48 hours and lower SDNN, rMSSD, and HF. Some studies also reported stronger HRV decreases among individuals with pre-existing diabetes, glucose intolerance, ischemic heart disease, or hypertension. Strong decreases were also seen in subgroups defined by genetic polymorphisms in oxidative-stress-related genes, those having lower intake of dietary methyl nutrients, and those with genetic polymorphisms of methionine metabolism and chronic lead exposure. The $PM_{2.5}$ associations with HRV were less marked in individuals on prescription beta-blocker medication or those

who reported taking omega-3-fatty acid supplements. No epidemiologic panel studies that examined HR were evaluated in the 2009 PM ISA.

Several panel studies published since the last review demonstrate the potential for $PM_{2.5}$ exposures to elicit a rapid change in HRV. These studies used quasi-experimental designs to evaluate the relationship between HRV indices and well-defined $PM_{2.5}$ exposures primarily related to traffic. Weichenthal et al. (2014a) specifically evaluated effects related to 2-hour exposures in high and low traffic settings and found that time-domain measures of HRV (rMSSD and pNN50) were reduced in the 3 hours following exposures, but estimates for SDNN, LF, HF, and LF:HF were imprecise (i.e., wide confidence intervals around effect estimates). Another study evaluating traffic exposures monitored participants over the course of a day and examined 5-minute HRV measures relative to concurrent and up to very short lags of $PM_{2.5}$ concentrations with consideration of time spent commuting. In this study, Hampel et al. (2014) observed consistent decreases in rMSSD and SDNN with concurrent and up to 30-minute lags of ambient $PM_{2.5}$ concentrations in nontraffic environments (−1.03% change in SDNN [95% CI −1.61, −0.44]; −1.37% change in rMSSD [95% CI −2.03, −0.72] per 5.4 $\mu g/m^3$, 15−19-minute lag), but generally found increases in SDNN with $PM_{2.5}$ concentrations during traffic exposures and varied estimates for rMSSD. Nyhan et al. (2014) and Liu et al. (2015b) conducted studies examining HRV in young healthy participants during different modes of commuting (e.g., subway, bus, cars, walking, cycling); however, results from these studies were not consistent. While Nyhan et al. (2014) did not observe associations between SDNN or rMSSD and ambient $PM_{2.5}$ concentrations, Liu et al. (2015b) reported consistent decreases in SDNN and rMSSD with increases in $PM_{2.5}$ concentrations for all commuters, with the strongest associations for walking commutes.

In two related studies, Brook et al. (2013b) and Morishita et al. (2015a) examined exposures to traffic-related $PM_{2.5}$ in Detroit, MI. In both of these studies, 25 healthy rural residents in Michigan were transported to urban locations on a daily basis under controlled conditions so as to minimize ambient exposures for 5 consecutive days for 4−5 hours. 5-day averaged $PM_{2.5}$ exposures measured at home residence and the urban site were associated with a 13-ms lower SDNN (95% CI: −25, −0.9) in the first published study (Brook et al., 2013b), whereas nonsignificant estimates were reported for same-day averaged $PM_{2.5}$ in a second publication (Morishita et al., 2015a).

Other recently available studies focused on associations between $PM_{2.5}$ exposure and changes in HRV in specific subpopulations, including those with pre-existing cardiovascular disease and older adults. Zanobetti et al. (2010) found decreases in rMSSD and HF with increases in PM averaged over 30 minutes up to 5 days in adults with ischemic heart disease. Furthermore, this study observed even larger reductions with traffic exposures in the 2 hours preceding HRV measures (−15.2% RMSSD [95% CI: −24.8, −4.4]; −39.2% HF [95% CI: −58.0, −12.0]). Although Schneider et al. (2010) also found evidence for reductions in rMSSD and pNN50 with increasing $PM_{2.5}$ concentrations (−3.75% rMSSD [95% CI: −7.98, 0.68]; −10.20% pNN50 (95% CI: −21.47, 0.25]), other studies conducted in panels with pre-existing cardiovascular disease did not find associations between $PM_{2.5}$ and SDNN, rMSSD, or

pNN50 for averaging periods ranging from 1 hour up to 5 days (Bartell et al., 2013; Rich et al., 2012). In a panel of individuals with diabetes or glucose intolerance in Augsburg, Germany, very short averaging periods calculated from fixed-site monitors, including concurrent time of ECG recording up to 6-hour lags of hourly averages, were associated with 2−5% lower SDNN per 12.3 μg/m³ $PM_{2.5}$. Concurrent $PM_{2.5}$ was also associated with 7% lower rMSSD [95% CI: −12, −2; Hampel et al. (2012)]. In a follow-up analysis, a 3.3% lower SDNN (95% CI: −5.8, −0.7) and 6.9% lower rMSSD (95% CI: −11.7, −1.7) were associated with 1-hour average $PM_{2.5}$ per 12.3 μg/m³ (Peters et al., 2015).

HRV has also been examined in studies conducted with well-established cohorts including the MESA and the NAS. In the MESA, the strongest associations for HRV were reported between 2-day average $PM_{2.5}$ and reductions in rMSSD in repeated 10-second ECGs [−2.06% rMSSD (95% CI: −4.02, 0.0); Park et al. (2010)]. Similar associations were observed for SDNN (Park et al., 2010). Consistent with these results, the NAS used 7-minute ECGs and reported reductions in SDNN, LF, and HF (−3.8% [95% CI: −0.2, −7.4], −7.8% [95% CI: −0.4, −15.3], and −10.6% [95% CI: −1.8, −19.4]) for 2-day $PM_{2.5}$ exposures (Ren et al., 2010).

Changes in HR related to short-term exposures to $PM_{2.5}$ were generally inconsistent across the studies examining associations. Although Lee et al. (2014) found decreases in HR associated with increases in 1-day lag $PM_{2.5}$ concentrations, Liu et al. (2009) found increases in HR with increasing 24-hour $PM_{2.5}$ concentrations. Increases in HR were also observed in a panel of adults with personal monitoring in Detroit relative to 1- to 10-hour averages of $PM_{2.5}$ exposure, but no associations were observed for 10- to 20-hour averages of $PM_{2.5}$ exposure or for a 1-day lag (Brook et al., 2011; Brook et al., 2010b). Morishita et al. (2015a) reported positive associations between HR and $PM_{2.5}$ in a quasi-experimental study in healthy adults transported to an urban exposure site for 5 consecutive days.

**Table 6-20 Epidemiologic studies of short-term $PM_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Morishita et al. (2015a)<br>Dearborn, MI<br>June−August 2009<br>June−July 2010 | N = 25 healthy, nonsmoking adults, 18−50 yr.<br>Participants were transported from a rural residence to a high-PM exposure area; exposures were for 4−5 h on 5 consecutive days.<br>HRV (supine, resting) recorded for 6-min after exposure. | Monitoring conducted at site of exposure<br>Average concentration during exposure periods: 10.8 ± 6.8 | Same-day $PM_{2.5}$<br>SDNN, LF, HF, LF:HF | Copollutant models with: $SO_4^{2-}$, metals, and sources |
| †Weichenthal et al. (2014a)<br>Montreal, Canada<br>Summer 2013 | N = 53 healthy, nonsmoking women, 18−45 yr.<br>Participants cycled continuously for 2 h in a high- and low-traffic setting (approximately 11:00 a.m.−1:00 p.m.). | Personal monitoring 2-h avg<br>High Traffic: 15.7 (15.9)<br>Low Traffic: 13.4 (13.8) | pNN50, rMSSD, SDNN, LF, HF, LF:HF | Copollutant models with: BC, $NO_2$, $O_3$, and UFPs |
| †Brook et al. (2013b)<br>Dearborn, MI<br>June−August 2009, 2010 | N = 25 healthy, nonsmoking adults (18−50 yr).<br>Participants resided in locations with urban background levels of $PM_{2.5}$; transported to urban site for 4−5 h exposure blocks on 5 consecutive days.<br>HRV measured (6-min recordings) 7-day before exposure, 3-h after last exposure, and 7-day after exposure. | Monitoring conducted at exposure site and at 2 fixed-site monitors<br>Urban site—averaged over exposure block<br>Mean (SD): 11.5 (4.8)<br>Fixed sites—7-day avg before end of exposure block<br>Mean (SD): 9.7 (3.9)<br>Fixed sites—7-day avg postexposure<br>Mean (SD): 10.3 (2.7) | SDNN, HF, LF, LF:HF | Correlation (*r*): NR |

**Table 6-20 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Hampel et al. (2014)<br>Augsburg, Germany<br>March 2008 | N = 5 healthy, nonsmoking adults.<br>HRV measured in 5-min intervals over 23 h. | Personal monitoring, $PM_{2.5}$<br>5-min, Mean (SD)<br>13.2 (36.8)<br>In traffic by car: 3.0 (1.0)<br>In traffic by foot/bike: 6.6 (3.8)<br>Not in traffic: 14.9 (40.0)<br>Max: 387.1<br>Personal monitoring, UFPs<br>5-min, Mean (SD)<br>19,304 (32,651)<br>In traffic by car: 7,507 (5,148)<br>In traffic by foot/bike: 7,386 (5,462)<br>Not in traffic: 21,674 (35,222) | HR, LF, HF, SDNN, rMSSD | Copollutant models with: UFPs, CO |
| †Liu et al. (2015b)<br>Taipei, Taiwan<br>January−March, 2012−2014 | N = 120 young, healthy students, 19−24 yr.<br>Participants monitored during 1-h (9:00 a.m.−10:00 a.m.) commutes by subway, bus, car, and walking.<br>HRV measured during 1-h commute in 5-min segments. | Personal monitoring<br>Mean (SD); Max<br>Subway: 22.3 (6.9); 42.1<br>Bus: 32.2 (12.4); 53.9<br>Car: 29.2 (11.3); 11.3<br>Walking: 42.1 (18.2); 88.1 | SDNN, rMSSD | Copollutant models with: VOCs |
| †Nyhan et al. (2014)<br>Dublin, Ireland | N = 32 young, healthy adults, 18−35 yr.<br>Participants monitored during 2−7 commutes (bus, train, walking, or cycling) from 8:00 a.m.−9:00 a.m.<br>HRV measured during 1-h commute in 5-min segments. | Personal monitoring<br>Mean (SD)<br>All: 31.2 (42.0)<br>Bus: 18.2 (17.8)<br>Train: 35.8 (29.0)<br>Pedestrian: 28.7 (25.3)<br>Cyclist: 39.1 (30.4) | SDNN, rMSSD | Correlation (*r*): NR |

**Table 6-20 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Rich et al. (2012)<br>Rochester, NY<br>June 2006–November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program from recent coronary event (83% ≥50 yr).<br>HRV indices determined using Holter monitoring conducted during clinic visit (1-3 h). | Fixed-site monitor for $PM_{2.5}$ located 1.2 km from clinic.<br>UFPs measured at clinic site.<br>24-h avg<br>Mean: 8.7 (6.1)<br>75th percentile: 11.1<br>Max: 42.85 | SDNN and rMSSD | Copollutant models with: UFP |
| †Schneider et al. (2010)<br>Erfurt, Germany<br>October 2000–April 2001 | N = 56 patients with CAD, >50 yr.<br>HRV measured up to 12 times; 5-min ECG recordings used for HR, HF, LF, and rMSSD; 24-h recordings used for HR, SDNN, rMSSD, and pNN50. | Fixed-site monitor<br>24-h<br>Mean (SD) 20.3 (14.8)<br>75th: 26.2<br>Max: 84 | HR, SDNN, rMSSD, LF, pNN50 | Correlations (*r*): 0.5 UFP, 0.8 EC, 0.7 OC<br>Copollutant models with: UFP, EC, OC |
| †Zanobetti et al. (2010)<br>Boston, MA<br>October 1999–January 2003 | N = 46 patients with CAD, 43–75 yr, residences average of 16.7 km from monitor.<br>HRV measured over 24-h at 4 study visits; 30-min intervals used for SDNN and rMSSD. | Fixed-site monitor<br>72-h Mean: 9.93<br>95th: 19.31 | SDNN, rMSSD, HF, TP | Correlations (*r*): 0.46 $NO_2$, 0.29 $O_3$<br>Copollutant models with: BC, $O_3$, $NO_2$ |
| †Bartell et al. (2013)<br>Los Angeles, CA<br>2005–2007 | N = 50 adults with CAD, ≥71 yr, residing in four retirement communities.<br>HRV measured from Holter monitoring conducted for two 5-day periods; 1-h intervals used for SDNN and rMSSD. | Residential monitoring<br>24-h avg<br>Mean (SD): 21.1 (11.4)<br>Max: 77.4 | SDNN, rMSSD, pNN50 | Correlations (*r*): 0.44 OC, 0.58 BC, 0.14 $NO_x$, 0.31CO, −0.38 $O_3$<br>Copollutant models with: BC, OC (primary and secondary), UFPs, $NO_x$, $O_3$, CO |
| †Lee et al. (2014)<br>Boston, MA<br>March–August 2004 | N = 21 adults, 21–69 yr, residing in inner-city neighborhood.<br>HRV measured from two 24-h monitoring periods; 5-min intervals used for SDNN. | Personal monitoring<br>5-min<br>Mean (SD): 29.8 (77.7) | SDNN | Correlation (*r*): NR |

**Table 6-20 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and heart rate variability.**

| Study | Study Population and Design | Exposure Assessment | HRV Parameters Examined | Copollutants Examined |
|---|---|---|---|---|
| †Brook et al. (2010b)<br>Detroit, MI<br>2005−2007 | Detroit Exposure and Aerosol Research Study (DEARS).<br>N = 51 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources.<br>BP measured at participants' homes for up to 5 consecutive evenings. | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD):<br>18.0 ± 10.4<br>Max: 51.9<br>Ambient<br>Mean (SD): 15.8 ± 7.6<br>Max: 38.9 | HR | Correlation (*r*): NR |
| †Park et al. (2010)<br>Six U.S. communities<br>July 2000−August 2002 | N = 5,465 adults, 45−85 yr.<br>HRV measured with three consecutive 10-sec recordings. | Fixed-site monitoring<br>48-h avg<br>14.3 | SDNN, rMSSD | Correlation (*r*): NR |
| †Ren et al. (2010)<br>Boston, MA<br>November 2000−December 2007 | N = 686 men, mean age 73 yr.<br>HRV measured over 7-min. | Fixed-site monitoring<br>48-h<br>Mean (SD): 11.32 (6.53) | SDNN, LF, HF | Correlation (*r*): NR |

avg = average; BC = black carbon; BP = blood pressure; CAD = coronary artery disease; CO = carbon monoxide; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; ECG = electrocardiograph; h = hour; HF = high frequency; HR = heart rate; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; LF = low frequency; LF:HF = ratio of low frequency to high frequency; min = minute; N = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PNC = particle number count; pNN50 = percentage of successive RR intervals that differ by more than 50ms; rMSSD = root mean square of successive differences in R-R intervals; *r* = correlation coefficient; SD = standard deviation; SDNN = standard deviation of normal to normal R-R intervals; $SO_4^{2-}$ = sulfate; $SO_2$ = sulfur dioxide; SD = standard deviation; TP = total power; UFP = ultrafine particles; VOC = volatile organic compound; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.10.2 Controlled Human Exposure Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA, a study examined healthy adults and adults with asthma exposed for 2 hours to $PM_{2.5}$ (Gong et al., 2003) and found significant decreases in HR in both groups. Decreases in HRV in response to short-term $PM_{2.5}$ exposure were more consistent in CHE studies of older adults (Gong et al., 2004; Devlin et al., 2003).

Since the 2009 PM ISA, a few CHE studies have examined the effect of $PM_{2.5}$ on HR. Sivagangabalan et al. (2011) and Brook et al. (2009) reported that exposure to $PM_{2.5}$ CAPs did not result

in a statistically significant difference in HR relative to FA. Similarly, in heart failure patients and healthy subjects, the FILTER-HF study indicated that HR was not significantly changed with exposure to DE or filtered DE when compared with exposure to clean air. When the FILTER-HF patients exercised for 6 minutes, heart rate increased with exercise, but there were no significant differences with air pollution exposure with or without filtration (Vieira et al., 2016b).

Recent CHE studies have reported changes in indices of HRV following short-term $PM_{2.5}$ exposure. In Copenhagen, Denmark, Hemmingsen et al. (2015b) exposed older overweight, but healthy men and women to TRAP that was nonfiltered or particle filtered. HF was statistically significantly decreased ($p < 0.05$) and LF was statistically significantly increased ($p = 0.027$) when nonfiltered TRAP was compared with particle filtered TRAP after 5 hours of exposure. In addition, SDNN was transiently reduced by 13% ($p = 0.045$) after first entering the nonfiltered TRAP chamber, but notably, this effect did not persist. In a dietary intervention study, Tong et al. (2012) found that after a 28-day supplementation period with olive oil, there was a lower HF:LF ratio immediately after CAP exposure in older adults. This reflected an immediate increase in LF that persisted 20 hours postexposure. There were no changes in HRV time domain measurements in this study. In an additional CAP study, Brook et al. (2009) reported that exposure to $PM_{2.5}$ CAPs did not result in significant reductions in time or frequency domains of HRV. Moreover, Huang et al. (2012) found no difference in measures of time or frequency domains of HRV when CAP exposure was compared with clean air exposure but noted that CAP concentrations were lower than those used in previous studies in which cardiovascular effects were reported.

As previously noted, the FILTER-HF CHE study examined whether introducing a respiratory filter could attenuate the cardiovascular effects of acute DE exposure in patients with heart failure. Results indicated that time and frequency metrics of HRV were not significantly changed with exposure to DE or filtered DE when compared with clean air exposure (Vieira et al., 2016a).

Overall, the recent CHE studies discussed above provide inconsistent evidence of a change in HRV following $PM_{2.5}$ CAP exposure, but not following exposure to DE. Moreover, there is no evidence from these studies for changes in heart rate following short-term exposure to $PM_{2.5}$. More information on studies published since the 2009 PM ISA can be found in Table 6-21 below.

**Table 6-21 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and heart rate and heart rate variability.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Brook et al. (2009)<br>Toronto Cohort | Healthy adults<br>n = 16 M, 15 F<br>27 ± 8 yr | 148.5 ± 54.4 μg/m³ $PM_{2.5}$ CAPs for 2 h<br>CAPs from Toronto | HR: during exposure<br>HRV time and frequency domains: pre- and just before end of exposure |
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F<br>55−83 yr | 24 ± 13 μg/m³ (nonfiltered)<br>3.0 ± 1.2 μg/m³ (filtered) $PM_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | HRV: ≤1 h postexposure |
| Huang et al. (2012) | Healthy adults<br>n = 7 M, 8 F<br>20−36 yr | 89.5 ± 10.7 μg/m³ $PM_{2.5}$ CAPs for 2 h. During exposure, subjects completed 4 cycles of 15 min each rest or exercise | HRV time-domain endpoints: 18 h postexposure<br>HRV frequency domain: 1 and 18 h postexposure |
| Tong et al. (2012) | Healthy adults<br>n = 8 M 21 F<br>50−72 yr<br>Mean = 57.4 ± 1.4 yr | 278 ± 19 μg/m³ CAP for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | HRV frequency and repolarization metrics: 105 min pre-, and 2 h, 20 h postexposure<br>HRV time domain: Holter device was wore for entire 48-h period calculated from two 24-h periods |
| Vieira et al. (2016a) | Healthy adults<br>n = 8 M, 7 F<br>45 ± 10 yr; 14 white; 7 with a history of smoking<br>Heart failure patients<br>n = 16 M, 10 F<br>51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 μg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer<br>25 ± 6 μg/m³ $PM_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | HRV: continuously during 21 min exposure, (15 min at rest and 6 min while walking) |
| Sivagangabalan et al. (2011) | Healthy adults<br>n = 11 M, 14 F<br>18−50 yr | 150 μg/m³ CAP for 2 h at rest<br>CAPs from Toronto | HR |

CAPs = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; HR = heart rate; HRV = heart rate variability; M = male; μg/m³ = micrograms per cubic meter; min = minute; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SD = standard deviation.

### 6.1.10.3 Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA (U.S. EPA, 2009) there was some animal toxicological evidence for changes in HR following short-term exposure to $PM_{2.5}$ CAPs. Since then, Rohr et al. (2011), using data collected every 30 seconds or integrated over 8 hours, reported that winter ($p < 0.05$), but not summer, short-term $PM_{2.5}$ exposure resulted in a statistically significant increase in HR in SH rats. Similarly, Farraj et al. (2015) reported that during winter, but not summer, $PM_{2.5}$ CAPs exposure statistically significantly decreased ($p < 0.05$) HR in SH rats compared with controls. Wagner et al. (2014b) also found a statistically significant increase in HR in two of four independent experiments in SH rats. In a separate study that evaluated diet, Wagner et al. (2014a) reported a statistically significant decrease ($p < 0.05$) in HR in Sprague-Dawley rats fed a normal or high-fructose chow following $PM_{2.5}$ exposure compared with controls. However, Kurhanewicz et al. (2014) found no change in HR following $PM_{2.5}$ exposure in mice compared with filtered-air control animals.

Overall, there is some evidence that exposure to $PM_{2.5}$ can lead to changes in HR, although the directions of these HR changes are not entirely consistent. These results could be due to differences in study parameters, such as species, strain, diet, or the season in which the $PM_{2.5}$ was collected. More information on studies published since the 2009 PM ISA can be found in Table 6-22 below.

#### 6.1.10.3.1 Heart Rate Variability (HRV)

The 2009 PM ISA provided some evidence of changes in HRV following short-term $PM_{2.5}$ CAPs exposure in SH rats, but not in wild-type or $ApoE^{-/-}$ mice (U.S. EPA, 2009). Since the publication of the 2009 PM ISA, Rohr et al. (2011) collected $PM_{2.5}$ data every 30 minutes during exposure and reported that in the summer there was a statistically significant reduction in SDNN ($p = 0.003$), but not rMSSD in SH rats, whereas a statistically significant change ($p = 0.027$) in rMSSD, but not SDNN was reported in the winter. Interestingly, these authors also reported no significant effects on rMSSD or SDNN in summer or winter using 8-hour integrated $PM_{2.5}$ measurements. In addition, Wagner et al. (2014a) found that changes in HRV metrics in Sprague-Dawley rats were dependent upon diet; that is, SDNN and rMSSD both increased ($p < 0.05$) following short-term exposure to $PM_{2.5}$ CAPs in animals fed a high fructose diet. However, SDNN and rMSSD both decreased ($p < 0.05$) in normal-chow-fed rats (Wagner et al., 2014a) following short-term $PM_{2.5}$ exposure.

In addition to the studies presented above, Kurhanewicz et al. (2014) and Farraj et al. (2015) reported that short-term $PM_{2.5}$ exposure did not alter time or frequency measures of HRV. Similarly, in SH rats exposed to $PM_{2.5}$, Wagner et al. (2014b) found no statistically significant change in rMSSD in four independent experiments and no statistically significant changes in SDNN in three of four of these experiments.

Taken together, there is at least some evidence from animal toxicological studies that short-term exposure to $PM_{2.5}$ may lead to changes in HRV. Moreover, these studies demonstrate that changes in HRV may be dependent upon the season in which $PM_{2.5}$ is collected and the diet of the animal being exposed. More information on studies published since the 2009 PM ISA can be found in Table 6-22 below.

**Table 6-22 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and heart rate and heart rate variability.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Farraj et al. (2015) | Adult SH rats (12 weeks), M, n = 6/group | Inhalation of 168.7 μg/m³ summer or 78.5 μg/m³ winter $PM_{2.5}$ CAPS collected from Durham, NC.<br>4-h exposure | HR, HRV time, and frequency domains, in the time period immediately after to 6 h postexposure |
| Kurhanewicz et al. (2014) | Adult, C57BL/6 mice, F, (10−12 weeks), n = 5−8/group | Inhalation of 190 μg/m³ $PM_{2.5}$ from Research Triangle Park, NC<br>Exposed for 4 h | HR, HRV time, and frequency domains continuously pre- to postexposure |
| Rohr et al. (2011) | SH rats, M, 13−14 weeks old, n = 8 per treatment group | Inhalation of 518 μg/m³ and 357 μg/m³ $PM_{2.5}$ CAPs in the summer and winter, respectively from Detroit, MI, 8 h/day for 13 days | HR, HRV time, and frequency domains during exposure |
| Wagner et al. (2014b) | Adult SH rats, M,<br>n = 8/treatment group | Inhalation of $PM_{2.5}$ CAPs from Dearborn, MI collected in summer; four independent experiments; $PM_{2.5}$ concentrations were 415 ± 99, 642 ± 294, 767 ± 256, and 364 ± 58 μg/m³, respectively. 8 h/day for 4 days to air or CAPs | HR, HRV time domains during exposure |
| Wagner et al. (2014a) | Adult Sprague-Dawley rats, M, n = 4−8 per treatment group, fed either a normal diet or a high-fructose diet | Inhalation of 356 μg/m³ $PM_{2.5}$ CAPs from Dearborn, MI; 8 h/day for 9 consecutive weekdays | HR, HRV time domains during exposure, and during nonexposure times in the evening and weekend |

CAPs = concentrated ambient particles; F = female; h = hour; HR = heart rate; HRV = heart rate variability; M = male; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive.

### 6.1.11 Systemic Inflammation, Oxidative Stress, and Blood Lipids

As discussed in detail above (Section 6.1.1), systemic inflammation has been linked to a number of CVD-related outcomes. For example, circulating cytokines such as IL-6 can stimulate the liver to release inflammatory proteins (e.g., C-reactive protein [CRP]) and coagulation factors that can ultimately increase the risk of thrombosis and embolism. Similarly, oxidative stress can result in damage to healthy cells and blood vessels and further increase the inflammatory response. Thus, this section discusses the evidence for changes in markers of systemic inflammation and oxidative stress following short-term $PM_{2.5}$ exposures.

In the 2009 PM ISA (U.S. EPA, 2009), the evidence for systemic inflammation following short-term exposure to $PM_{2.5}$ was limited. This remains the case in the current ISA. That is, while some epidemiologic panel, CHE, and animal toxicological studies report changes in markers of inflammation such as IL-6 and inflammatory proteins such as CRP following short-term exposure to $PM_{2.5}$, other studies do not show changes in these and other markers of inflammation. However, markers of systemic inflammation such as cytokines are often transiently expressed, thus making it difficult to consistently find changes across studies using a variety of methodological approaches.

With respect to oxidative stress, in the 2009 PM ISA there were a few animal toxicological studies that provided mostly positive evidence of an effect of short-term $PM_{2.5}$ CAP exposure on markers of oxidative stress. Since the 2009 PM ISA, a couple of additional toxicological studies in animals have reported changes in measures of oxidative stress following short-term $PM_{2.5}$ exposure. Thus, there is recent evidence for oxidative stress following short-term exposure to $PM_{2.5}$, that adds to similar evidence from the previous review.

#### 6.1.11.1 Epidemiologic Studies of Systemic Inflammation and Oxidative Stress

Numerous recently published epidemiologic studies have examined associations between inflammatory biomarkers in circulation and short-term exposure to $PM_{2.5}$ (Table 6-23), but overall, across study designs and populations, results are inconsistent. In a study of healthy volunteers in Utrecht, the Netherlands, Strak et al. (2013a) and Steenhof et al. (2014) provided some evidence of positive associations in healthy populations that were exposed to five different sites that differed appreciably in $PM_{2.5}$ concentrations. Results demonstrated that increases in $PM_{2.5}$ concentrations were associated with increased CRP as well as higher white blood count, particularly neutrophils (Steenhof et al., 2014).

In contrast, in the Heinz Nixdorf Recall study from the Ruhr Area in Germany, associations were not observed between $PM_{2.5}$ and CRP. The study included almost 4,000 population-based participants and used a chemical transport model with a spatial resolution of 1 × 1 km to estimate $PM_{2.5}$ exposures. Hertel et al. (2010) also observed null associations between $PM_{2.5}$ and CRP in healthy individuals in Utah based

on measurements taken on days with low, moderate, and high $PM_{2.5}$ concentrations. Karottki et al. (2014) conducted a study that included 78 adults from 58 homes and found that 48-hour average concentrations of $PM_{2.5}$ were associated with increased CRP. Null associations were observed for IL-6, IL1B, IL-8, white blood counts, or IFN-γ (Karottki et al., 2014).

Several studies focused on populations with pre-existing cardiovascular disease, which provide some evidence for $PM_{2.5}$-associated changes in inflammatory biomarkers. Huttunen et al. (2012) conducted a study with 52 older adults with ischemic heart diseases and found that bi-weekly measures of IL-12 and CRP for a 6-month period were associated with ambient $PM_{2.5}$. Other well-conducted studies demonstrated similar associations between $PM_{2.5}$ and inflammatory IL-6 and TNF in a panel of older adults, with the strongest associations being observed for 5-day averages (Wittkopp et al., 2013; Delfino et al., 2009b). However, other studies in panels of older adults, including some with pre-existing cardiovascular conditions, did not find evidence for associations with inflammatory markers. In a panel of patients with recent myocardial infarction or unstable angina participating in a cardiac rehabilitation program in Rochester, NY, null associations were observed between CRP and $PM_{2.5}$ levels averaged over 5 hours up to 5 days (Wang et al., 2016; Rich et al., 2012), except for a positive association with 72−95 hour lag concentrations. Short-term $PM_{2.5}$ exposure was not associated with CRP or myeloperoxidase, markers of systematic inflammation, in a panel of adults with acute coronary syndrome or nonemergent cardiac catheterization (Croft et al., 2017). Similarly, Liu et al. (2009) conducted a repeated-measures study with a panel of older adults residing in three nursing homes and did not observe evidence for associations between $PM_{2.5}$ and markers for inflammation and oxidative stress. $PM_{2.5}$ was also not associated with CRP, IL-6, or serum amyloid A in a study of 115 postmenopausal women residing in the Seattle, WA area (Williams et al., 2011).

**Table 6-23 Epidemiologic studies of short-term $PM_{2.5}$ exposure and systemic inflammation and oxidative stress.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Strak et al. (2013a)<br>†Steenhof et al. (2014)<br>Utrecht, the Netherlands<br>March–October 2009 | N = 31 healthy, adult university students.<br>Participants were randomly assigned to five different exposure sites (underground train station, farm, continuous and stop/go traffic, and urban background); 5-h exposures with intermittent exercise.<br>Endpoints examined 2 and 18-h after exposure. | Monitoring conducted at exposure site<br>5-h mean $PM_{2.5}$ (range)<br>Underground: 140 (123−167)<br>Continuous traffic: 23 (17−39)<br>Stop/go traffic: 20 (13−63)<br>Farm: 36 (18−95)<br>Urban background: 16 (8−30) | CRP, WBCs | Correlations (*r*): 0.22 coarse PM, 0.07 UFP, 0.17 EC, 0.39 OC, 0.72 $SO_4^{2-}$, −0.15 $O_3$, 0.45 $NO_2$ |
| †O'Toole et al. (2010)<br>Provo, UT<br>January–March 2009 | N = 16 healthy adults, 18−25 yr.<br>Endpoints examined on days with high, moderate, and low PM concentrations. | $PM_{2.5}$ concentrations reported graphically<br>High days: >40 μg/m³<br>Moderate days: 20−40 μg/m³<br>Low days: <10 μg/m³ | CRP | Correlations (*r*): NR. |
| †Huttunen et al. (2012)<br>November 2005–May 2006 | N = 52 adults with ischemic heart disease, >50 yr.<br>Participants followed for 24 weeks. | Fixed-site monitor<br>24-h mean (SD):<br>8.7 (5.7)<br>75th: 11.2<br>Max: 27.4 | IL12, IL8, CRP, MPO, WBCs | Correlations (*r*): 0.34 UFPs, 0.57 $PM_{10-2.5}$ |
| †Rich et al. (2012)<br>Rochester, NY<br>June 2006−November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program due to recent coronary event (83% ≥50 yr).<br>Up to 10 repeated measurements from weekly visits. | Fixed-site monitor for $PM_{2.5}$ located 1.2 km from clinic.<br>UFPs measured at clinic site.<br>24-h mean (SD): 8.7 (6.1)<br>75th percentile: 11.1 | WBCs, CRP | Correlations (*r*): NR> |
| †Croft et al. (2017)<br>November 2011−December 2013 (winter months)<br>Rochester, NY | N = 135 patients with acute coronary syndrome or nonemergent cardiac catheterization, >18 yr.<br>Blood draws at time of catheterization. | Fixed-site monitoring<br>24-h mean (SD): 6.9 (3.1)<br>Max: 15.3 | CRP, MPO | Correlations (*r*): 0.65 BC, 0.44 UFPs |

**Table 6-23 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and systemic inflammation and oxidative stress.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Liu et al. (2009)<br>Windsor, Ontario<br>February−March 2007 | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr.<br>Blood samples collected 2−3 times from each subject during study. | Personal monitoring for 24-h before clinic visits<br>Median: 6.3<br>95th: 16.6<br>Outdoor monitoring at nursing homes, 24-h avg<br>Median: 15.3<br>95th: 24.2 | CRP, IL-6, TNF-α, TBARS, 8-isoprostane | Correlations (*r*): 0.57 BC |
| †Wittkopp et al. (2013)<br>Los Angeles, CA | N = 60 adults with coronary artery disease residing in four retirement communities, >60 yr.<br>Blood samples collected weekly for 12 weeks. | Residential monitor<br>24-h<br>Mean (SD): 11.37 (9.40) | CRP, TNF-α sTNF-RII, IL-6, IL-6sr | Correlations (*r*): NR. |
| †Karottki et al. (2014)<br>October 2011−February 2012 | N = 78 nonsmoking, healthy adults, 41−68 yr, from 58 residences.<br>Blood samples collected after 2-day monitoring period. | Fixed-site monitor<br>48-h<br>Median: 14.4<br>95th: 40.5 | CRP, WBCs | Correlations (*r*): 0.32 UFPs |
| †Hertel et al. (2010)<br>Ruhr area, Germany<br>2000−2003 | N = 3,999 participants, 45−75 yr, with risk factors for CVD.<br>Blood samples collected at baseline assessment. | Fixed-site monitor<br>24-h<br>17.23 (10.81)<br>Max: 187 | CRP | Correlations (*r*): NR. |

avg = average; BC = black carbon; CI = confidence interval; CO = carbon monoxide; CRP = c-reactive protein; CVD = cardiovascular disease; EC = elemental carbon; ECG = electrocardiograph; h = hour; ICD = implantable cardiac device; IL-6 = interleukin 6; IL-6sr = interleukin 6 soluble receptor; IL-8 = interleukin 8; IL-12 = interleukin 12; IQR = interquartile range; km = kilometer; max = maximum; $\mu g/m^3$ = micrograms per cubic meter; MPO = myeloperoxidase; N = number; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PNC = particle number count; *r* = correlation coefficient; $SO_4^{2-}$ = sulfate; $SO_2$ = sulfur dioxide; SD = standard deviation; sTNF-RII = soluble tumor necrosis factor receptor 2; TBARS = thiobarbituric acid reactive substances; TNF-α = tumor necrosis factor alpha; UFP = ultrafine particles; WBC = white blood cell; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.11.2 Controlled Human Exposure Studies of Short-Term $PM_{2.5}$ Exposure and Systemic Inflammation, Oxidative Stress, and Blood Lipids

#### 6.1.11.2.1 Systemic Inflammation

In the 2004 PM AQCD, exposure to $PM_{2.5}$ CAPs was not found to effect IL-6, TNF-α, white blood cell [WBC count, or CRP (Ghio et al., 2003)]. Nor was exposure to $PM_{2.5}$ CAPs found to effect serum amyloid A levels (Gong et al., 2003). Gong et al. (2004), however, reported that the number of peripheral basophils increased in healthy, but not in COPD, subjects after short-term exposure to $PM_{2.5}$.

A few CHE studies published since the 2009 PM ISA found at least some evidence of inflammation following short-term exposure to $PM_{2.5}$. Behbod et al. (2013) reported that exposure to $PM_{2.5}$ CAPs resulted in healthy adults having increased blood leukocytes and neutrophils at 24 hours, but not 3-hour postexposure. These authors also reported that the effect at 24-hours was partially due to the endotoxin present in the sample. Similarly, Brook et al. (2009) reported that blood neutrophils and total white blood cells, but not TNF-α, were higher immediately after ($p < 0.01$ vs. pre-exposure value for the same visit), but not 24-hour post CAP exposure. Notably however, these changes were not statistically significant when compare with FA exposure (Brook et al., 2009). In an additional study, Urch et al. (2010) used two different $PM_{2.5}$ CAP exposure levels and reported a statistically significant increase ($p < 0.05$) in blood IL-6 levels for the higher CAP ($140 \pm 6$ μg/m³) condition ($p < 0.0001$) at 3-hour, but not immediately after or the day after exposure. In addition, no significant effects were observed at the lower CAP level ($64 \pm 3$ μg/m³).

Although the studies mentioned above include some evidence for increases in inflammatory markers following short-term exposure to $PM_{2.5}$, some of these and other studies also reported no statistical change in a number of inflammatory markers (Vieira et al., 2016a; Hemmingsen et al., 2015a; Liu et al., 2015a; Tong et al., 2015; Behbod et al., 2013; Hazucha et al., 2013; Tong et al., 2012; Lucking et al., 2011; Urch et al., 2010). For example, relative to baseline Tong et al. (2015) reported no statistical difference in serum levels of CRP, ICAM-1, VCAM-1, IL-6, and TNF-α following $PM_{2.5}$ exposure. Similarly, Liu et al. (2015a) did not report a statistically significant change in IL-6 or CRP, and Hemmingsen et al. (2015a) did not report an increase in CRP or inflammatory cells following short-term $PM_{2.5}$ exposure.

Overall, although inconsistencies exist, these studies show some evidence that short-term $PM_{2.5}$ exposure can result in systemic inflammation (Table 6-24). Moreover, one study also provides evidence that the amount of endotoxin present in $PM_{2.5}$ exposure appreciably contributes to its inflammatory potential.

#### 6.1.11.2.2 Oxidative Stress

With respect to markers of oxidative stress, Liu et al. (2015a) reported increased levels ($p < 0.05$) of the lipid peroxidation biomarker malondialdehyde (MDA) in urine, but not blood following short-term exposure to $PM_{2.5}$. However, in the same study there was little postexposure change in urine levels of the DNA oxidative damage biomarker OHdG. Similarly, Hemmingsen et al. (2015a) did not report changes in blood markers of oxidative stress when $PM_{2.5}$ exposure was compared with FA exposure. Thus, there is little evidence from CHE studies of a relationship between markers of oxidative stress and $PM_{2.5}$. However, given the potential transient nature for markers of oxidative stress, results of these studies may have been different if additional time points had been selected for blood and urine collection. More information on studies published since the 2009 PM ISA can be found in Table 6-24.

#### 6.1.11.2.3 Blood Lipids

Controlled human exposure studies of metabolic homeostasis are described in Table 6-24 Ramanathan et al. (2016) reported an increasing trend in the high-density lipoprotein (HDL) oxidant index (HOI) that became significant ($p < 0.05$) when compared with the baseline HOI at 1 hour, but not 20 hours postexposure. These results suggested that PM reduced the antioxidant and anti-inflammatory capacity of HDL particles. Hazucha et al. (2013) identified specific effects on blood lipids and reported a 4.5 and 4.1% decrease ($p < 0.05$) in blood HDL 3 and 22 hours after controlled chamber exposure to $PM_{2.5}$ CAPs in ex- and lifetime smokers.

**Table 6-24 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Behbod et al. (2013) | Healthy adults<br>N = 19 M; 16 F<br>18−60 yr old | ~250 μg/m³ fine CAP (0.1 to 2.5 microns)<br>~200 μg/m³ course CAP (2.5 to 10 microns)<br>For 130 min<br>CAP from busy Toronto street<br>Correlated effects with presence of endotoxin | Inflammatory cells and markers of inflammation ~45 m pre-exposure and 3 h and 24 h after start of each exposure |
| Brook et al. (2009)<br>Toronto Cohort | Healthy adults<br>n = 16 M; 15 F<br>27 ± 8 | 148.5 ± 54.4 μg/m³ $PM_{2.5}$ CAP<br>for 2 h<br>CAP from Toronto | Markers of inflammation: pre-, post-, and 24 h postexposure |

**Table 6-24 (Continued): Study-specific details from CHE studies of short-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F;<br>55−83 yr | 24 ± 13 μg/m³ (nonfiltered)<br>3.0 ± 1.2 μg/m³ (filtered) $PM_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | Markers of inflammation and oxidative stress: ≤1 h postexposure |
| Liu et al. (2015a) | Healthy adults<br>n = 50; 18−60 yr<br>28 ± 9 | 238.4 ± 62.0 μg/m³ fine cap<br>212.9 ± 52 μg/m³ course cap<br>135.8 ± 67.2 μg/m³ ultrafine cap for 130 min individually | Markers of inflammation:<br>1 h and 21 h postexposure |
| Ramanathan et al. (2016) | Healthy adults | Used stored plasma samples from:<br>148.5 ± 54.4 μg/m³ $PM_{2.5}$ (652,259 ± 460,843 particles ≥0.3 μm, 2,987 ± 1,918 particles ≥2.0 μm)<br>2 h exposure at rest | HDL antioxidant and anti-inflammatory capacity: pre-, 1 h, and 20 h postexposure |
| Tong et al. (2012) | Healthy adults<br>n = 8 M 21 F<br>50−72 yr<br>57.4 ± 1.4 | 278 ± 19 μg/m³ CAP for 2 h at rest<br>CAPS from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Inflammatory cells: 2 h pre-, postexposure and next day follow-up |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F | 253 ± 16 μg/m³ of $PM_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Markers of inflammation markers immediately after or 20 h postexposure |
| Urch et al. (2010) | 13 non-asthmatics and 10 mild asthmatics<br>n = 11 M 13 F<br>18−40 yr | 150 μg/m³ $PM_{2.5}$ for 2 h at rest | Inflammatory cells and cytokines in blood: pre-exposure, 10 min, 3 h, 20 h, postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 μg/m³ fine DE particles<br>7.2 ± 2.0 μg/m³ particles filtered DE<br>1 h exposure 15 min exercise (25 L/min per m² body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | Markers of inflammation: pre-exposure, 2, 6, and 8 h post |

**Table 6-24 (Continued): Study-specific details from CHE studies of short-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Vieira et al. (2016a) | Healthy adults<br>n = 8 M, 7 F<br>45 ± 10 yr; 14 white; 7 with a history of smoking<br>Heart failure patients<br>n = 16 M, 10 F<br>51 ± 9 yr; 19 white; 17 with a history of smoking | 325 ± 31 μg/m³ $PM_{2.5}$ DE generated from a diesel engine and conditioned through a refrigerated metal retainer<br>25 ± 6 μg/m³ $PM_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | Markers of systemic inflammation, immediately postexposure |
| Hazucha et al. (2013) | Current and ex-smokers;<br>n = 11; 3 M, 8 F<br>35−74 yr | 108.7 ± 24.8 μg/m³ $PM_{2.5}$ for 2 h at rest | Markers of inflammation: 3 h and 22 h postexposure and blood HDL levels |

CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; HDL = high-density lipoproteins; M = male; μg/m³ = micrograms per cubic meter; min = minute; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SD = standard deviation; yr = year.

### 6.1.11.3 Toxicological Studies of Systemic Inflammation, Oxidative Stress, and Blood Lipids

#### 6.1.11.3.1 Systemic Inflammation

Toxicological studies in the 2009 PM ISA (U.S. EPA, 2009) that evaluated inflammation reported inconsistent results. Although Kodavanti et al. (2005) reported no increase in white blood cells (WBCs) after short-term $PM_{2.5}$ exposure, an additional study reported a significant decrease in WBC following short-term $PM_{2.5}$ exposure (Kooter et al., 2006).

Since the 2009 PM ISA, Xu et al. (2013) investigated the pulmonary and systemic inflammatory effects of $PM_{2.5}$ in mice at 5, 14, and 21 days postexposure. PM significantly increased ($p < 0.05$) monocyte chemoattractant protein-1 levels at 5 days only, while TNF-α, and IL-12 were not statistically significantly altered. However, short-term $PM_{2.5}$ exposure significantly ($p < 0.05$) increased leukocyte ($p < 0.05$) adhesion (14 day) and rolling (21 day) in the mesenteric microvasculature compared with FA exposure. Davel et al. (2012) also reported that pulmonary arterial tissue TNF-α protein was significantly increased ($p < 0.05$), while IL-1β and IL-6 proteins were not modified following $PM_{2.5}$ exposure in rats. They also reported no statistically significant differences in plasma levels of TNF-α, IL-1β, and IL-6, nor did they report appreciable differences in a number of inflammatory cell types in the $PM_{2.5}$-exposed

animals compared with control animals. Taken together, there is at least some evidence from toxicological studies of an effect of short-term $PM_{2.5}$ exposure on markers of systemic inflammation, and the ability to observe these effects are likely highly influenced by study design (e.g., exposure duration and sample collection times postexposure). More information on these studies and their design can be found in Table 6-25.

**Table 6-25 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and systemic inflammation, oxidative stress, and blood lipids.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Xu et al. (2013) | Adult C57Bl/6 mice, lacking *Adrb1*, *Adrb2*, both, or neither | Inhalation of 143.8 μg/m³ $PM_{2.5}$ CAPs, for 6 h/day, 5 days/week for 5, 14, and 21 days from Columbus, OH | Leukocyte rolling after 4 and 21 days exposure and blood markers of inflammation after 5, 14, and 21 days exposure |
| Davel et al. (2012) | 3-mo old Wistar rats, M | Inhalation of 600 μg/m³ $PM_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Protein markers of inflammation in the pulmonary artery postexposure<br>Markers of inflammation in the blood postexposure<br>Detection of superoxide in the pulmonary artery using hydroethidine fluorescence |
| Ghelfi et al. (2010) | Adult Sprague-Dawley rats, n = 80 total | Inhalation of 510 μg/m³ $PM_{2.5}$ CAPs some groups pretreated with valsartan or benazepril 5 h exposure | Markers of oxidative stress measured by chemiluminescence and TBARS |
| Haberzettl et al. (2016) | Mouse, male, C57BL/6J, ND or HFD, 8–12 wks, n = 4-8 | Louisville, KY CAPs $PM_{2.5}$; 30−100 μg/m³ Group 1: exposed for 6 h/d for 9 days. Group 2: treated with daily dose of water, metformin (50 mg/kg dose 2 days before, 100 mg/kg dose 1 day before and 300 mg/kg at the time of, or 1 mg/kg rosiglitazone 2 mg/kg 2 days before 9 day CAP exposure in drinking water. | Blood triglycerides, measures of cholesterol post exposure |

CAPs = concentrated ambient particle; DE = diesel exhaust; h = hour; M = male; μg/m³ = micrograms per cubic meter; mo = month; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TBARS = thiobarbituric acid reactive substances.

#### 6.1.11.3.1 Oxidative Stress

The 2009 PM ISA (U.S. EPA, 2009) evaluated the effects of short-term $PM_{2.5}$ CAPs exposure on markers of oxidative stress in animal toxicological studies and generally reported increases in these markers (Ghelfi et al., 2008; Rhoden et al., 2005; Gurgueira et al., 2002). Since the publication of the 2009 PM ISA, Davel et al. (2012) used hydroethidine fluorescence (a probe that detects superoxides) to show that short-term exposure to $PM_{2.5}$ can induce oxidative stress in pulmonary arteries of rats when compared to FA control. Similarly, Ghelfi et al. (2010) found that short-term exposure to $PM_{2.5}$ resulted in changes in markers of oxidative stress. Thus, there is limited additional evidence that short-term exposure to $PM_{2.5}$ can result in oxidative stress.

#### 6.1.11.3.2 Blood Lipids

A single short-term animal toxicological study examined the effect of $PM_{2.5}$ exposure on blood lipid levels. Haberzettl et al. (2016) reported no $PM_{2.5}$ mediated effects on blood triglycerides, HDL, low-density lipoprotein (LDL), or HDL:LDL ratio. Thus, there is no new evidence from animal toxicological studies that short-term $PM_{2.5}$ exposure can affect levels of these blood lipids.

### 6.1.12 Coagulation

Coagulation refers to the process by which blood changes from a liquid to a semi-solid state in order to form a clot. Increases in coagulation factors (e.g., fibrinogen, thrombin) or decreases in factors that promote fibrinolysis such as tissue plasminogen activator (tPA) can promote clot formation, and thus, increase the potential for an MI or perhaps an embolism.

In previous reviews, evidence from epidemiologic panel, CHE, and animal toxicological studies were inconsistent, with some studies showing changes in markers of coagulation following $PM_{2.5}$ exposure and other studies not. In general, this situation continues to be true in the current review. In epidemiologic panel studies, the evidence for associations with fibrinogen was limited across studies, and the evidence for other biomarkers was similarly limited. Likewise, CHE studies provided inconsistent evidence across these studies of an effect of short-term $PM_{2.5}$ exposure on indicators for thrombosis and coagulation. Notably however, there was some evidence for changes in markers of coagulation following short-term exposure to $PM_{2.5}$ from toxicological studies in mice, but not rats. Specifically, these studies provide evidence from genetic mouse models that activation of the β-adrenergic pathway or the sympathetic nervous system contributes to changes in markers of coagulation following short-term $PM_{2.5}$ exposures (Chiarella et al., 2014). Overall, there is limited but inconsistent evidence across studies suggesting a $PM_{2.5}$ effect on blood markers of coagulation or fibrinolysis.

#### 6.1.12.1 Epidemiologic Studies of Coagulation

Several recently available studies have examined associations between short-term exposures to $PM_{2.5}$ and biomarkers related to coagulation, with fibrinogen being the most commonly studied (Table 6-26). As in the 2009 PM ISA (U.S. EPA, 2009), the evidence for associations for fibrinogen with short-term exposures to $PM_{2.5}$ remains inconsistent across studies, and the evidence for other biomarkers remains limited.

Of the recent studies, one was quasi-experimental in design. Strak et al. (2013a) conducted a study with 31 healthy volunteers in Utrecht, the Netherlands where participants were assigned in random order to five locations to capture distinct pollutant exposures, including two traffic sites, an underground train station, a farm, and an urban background site. In two-pollutant models, 5-hour exposures to $PM_{2.5}$ at outdoor sites were associated with increases in von Willebrand factor (vWF) and platelet counts but not fibrinogen or tPA/PAI-1 complex (Strak et al., 2013a). In a follow-up analysis using an alternative determination of coagulation status, null associations were observed for $PM_{2.5}$ concentrations and FXII-mediated (intrinsic) thrombin generation (Strak et al., 2013b).

O'Toole et al. (2010) conducted a study designed to capture gradients in $PM_{2.5}$ concentrations. Blood samples were collected from young, healthy adults on a day with high $PM_{2.5}$ concentrations, a day with moderate concentrations, and 2 days with low concentrations. Results from this study demonstrated an increase in platelet-monocyte aggregates with increasing $PM_{2.5}$ concentrations; however, associations were not observed for pro-coagulation factor fibrinogen.

Other studies have evaluated associations for fibrinogen, lipoprotein-associated phospholipase A2, and vWF in panels with pre-existing cardiovascular conditions. Results across these studies are inconsistent (Croft et al., 2017; Wang et al., 2016; Huttunen et al., 2012; Rich et al., 2012; Brüske et al., 2011; O'Toole et al., 2010; Peters et al., 2009). Croft et al. (2017) reported positive associations between fibrinogen and 1, 12, and 24-hour lags of $PM_{2.5}$ exposure but found no evidence of associations for d-Dimer or vWF in a panel of adults with acute coronary syndrome or nonemergent cardiac catheterization. Huttunen et al. (2012), Rich et al. (2012), Brüske et al. (2011), and Peters et al. (2009) did not observe associations of $PM_{2.5}$ exposure with fibrinogen or other biomarkers.

Overall these panel studies do not provide strong support for associations between short-term $PM_{2.5}$ exposures and fibrinogen. Similarly, studies for other biomarkers of coagulation remain limited, as was the case in the last review. More information on these studies can be found in Table 6-26.

**Table 6-26 Epidemiologic studies of short-term $PM_{2.5}$ exposure and coagulation.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Strak et al. (2013a)<br>†Strak et al. (2013b)<br>Utrecht, the Netherlands<br>March–October 2009 | N = 31 healthy, adult university students.<br>Participants were randomly assigned to five different exposure sites (underground train station, farm, continuous and stop/go traffic, and urban background); 5-h exposures with intermittent exercise.<br>Endpoints examined 2 and 18-h after exposure. | Monitoring conducted at exposure site<br>5-h mean $PM_{2.5}$ (range)<br>Underground: 140 (123−167)<br>Continuous traffic: 23 (17−39)<br>Stop/go traffic: 20 (13−63)<br>Farm: 36 (18−95)<br>Urban background: 16 (8−30) | Fibrinogen, platelet counts, vWF, thrombin potential, FXII-mediated thrombin generation | Correlations (*r*): 0.22 coarse PM, 0.07 UFP, 0.17 EC, 0.39 OC, 0.72 $SO_4^{2-}$, −0.15 $O_3$, 0.45 $NO_2$ |
| †O'Toole et al. (2010)<br>Provo, UT<br>January–March 2009 | N = 16 healthy adults, 18−25 yr.<br>Endpoints examined on days with high, moderate, and low PM concentrations. | $PM_{2.5}$ concentrations reported graphically<br>High days: >40 μg/m³<br>Moderate days: 20−40 μg/m³<br>Low days: <10 μg/m³ | Platelet-monocyte aggregates and fibrinogen | Correlations (*r*): NR. |
| †Huttunen et al. (2012)<br>November 2005−May 2006 | N = 52 adults with ischemic heart disease, >50 yr.<br>Participants followed for 24 weeks. | Fixed-site monitor<br>24-h mean (SD):<br>8.7 (5.1)<br>75th: 11.2<br>Max: 27.4 | Fibrinogen | Correlations (*r*): 0.34 UFPs, 0.57 $PM_{10-2.5}$ |
| †Peters et al. (2009)<br>May 2003−July 2004<br>Five European cities | AIRGENE study.<br>N = 854 patients with history of MI, mean age 63 yr. | Fixed-site monitor<br>24-h mean (range):<br>16.4 (0−95) | Fibrinogen | Correlations (*r*): NR. |

**Table 6-26 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and coagulation.**

| Study | Study Population and Design | Exposure Assessment | Endpoints Examined | Copollutants Examined |
|---|---|---|---|---|
| †Brüske et al. (2011)<br>Augsburg, Germany<br>May 2003−February 2004 | AIRGENE study.<br>N = 200 patients with history of MI, mean age 62 yr.<br>Up to 6 repeated measurements from visits every 4−6 weeks. | Fixed-site monitor<br>24-h mean (SD):<br>17.4 (6.2)<br>Max: 36.7 | Lipoprotein-associated phospholipase A2 | Correlations (*r*): 0.58 CO, 0.57 $NO_2$, 0.42 $SO_2$, −0.08 $O_3$ |
| †Rich et al. (2012)<br>Rochester, NY<br>June 2006−November 2009 | N = 76 patients in a 10-week cardiac rehabilitation program from recent coronary event (83% ≥50 yr).<br>Up to 10 repeated measurements from weekly visits. | Fixed-site monitor for $PM_{2.5}$ located 1.2 km from clinic.<br>UFPs measured at clinic site.<br>24-h mean (SD): 8.7 (6.1)<br>75th percentile: 11.1 | Fibrinogen | Correlations (*r*): NA |
| †Croft et al. (2017)<br>Rochester, NY<br>November 2011−December 2013 (winter months) | N = 135 patients with acute coronary syndrome or nonemergent cardiac catheterization, >18 yr.<br>Blood draws at time of catheterization. | Fixed-site monitoring<br>24-h mean (SD): 6.9 (3.1)<br>Max: 15.3 | Fibrinogen, vWF | Correlations (*r*): 0.65 BC, 0.44 UFPs |

BC = black carbon; CI = confidence interval; CO = carbon monoxide; EC = elemental carbon; ECG = electrocardiograph; FXII = coagulation factor XII; h = hour; ICD = implantable cardiac device; IQR = interquartile range; km = kilometer; max = maximum; μg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; PNC = particle number count; SD = standard deviation; $SO_4^{2-}$ = sulfate; $SO_2$ = sulfur dioxide; SD = standard deviation; UFP = ultrafine particles; vWF = von Willebrand factor; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.12.2 Controlled Human Exposure Studies of Coagulation

Previous reviews described multiple CHE studies that evaluated the potential for thrombosis and coagulation following exposure to fine particles. Studies exposed healthy adults to $PM_{2.5}$ CAPs and reported increased levels of fibrinogen (a marker for increased tendency for blood to coagulate) in both studies (Ghio et al., 2003; Ghio et al., 2000). However, in an additional study, Gong et al. (2003) did not find an increase in fibrinogen, or of two other coagulation markers: factor VII, or vWF. In fact, there was a decrease in factor VII. A later study by the same group in the same location evaluated older adults with COPD and also reported no associations between these coagulation indices and $PM_{2.5}$ exposure (Gong et al., 2004). In the previous ISA, Bräuner et al. (2008) did not observe any particle induced change in

plasma fibrinogen, factor VII, or platelet count after 6 or 24 hours of exposure. Similarly, Larsson et al. (2007) observed no change in PAI-1 or fibrinogen in peripheral blood of healthy adult volunteers after an exposure to road tunnel traffic with a $PM_{2.5}$ concentration of 46–81 $\mu g/m^3$.

Recent studies have also examined the relationship between short-term $PM_{2.5}$ exposure and the potential for increased coagulation. Lucking et al. (2011) exposed healthy young men to FA, DE, and DE filtered using a particle trap (filtered DE). Results indicated no statistically significant difference in platelet levels. Results also indicated no statistically significant difference in tPA release (i.e., an anticoagulant) when comparing DE to FA exposures in response to the blood vessel dilator bradykinin. However, exposure to filtered DE resulted in enhanced tPA release in response to bradykinin compared with unfiltered DE ($p = 0.03$), suggesting that $PM_{2.5}$ from DE can suppress tPA release.

In the same study, Lucking et al. (2011) also performed ex vivo analyses using a Badimon chamber model 2 hours after each exposure. The procedure was designed to mimic the rheological conditions in the blood vessels of people with mild coronary artery disease (low-shear) and more severe coronary stenosis (high-shear). When study participant's blood was pumped from the antecubital vein through the low-shear, and then the high-shear chambers, there was thrombus formation after unfiltered DE exposure compared with FA exposure in both stress chambers: 21.8% (low); $p = 0.001$ and 14.8% (high); $p = 0.02$. Exposure to filtered DE significantly reduced thrombus formation in the low-shear chamber by 15.7% ($p = 0.023$), thereby indicating that particles were at least partially responsible for thrombus formation under low-shear conditions.

In contrast to the results above, Hazucha et al. (2013) found no change in plasminogen, vWF, tPA, D-dimer, or PAI-1 following $PM_{2.5}$ exposure relative to pre-exposure levels in adults who currently or previously smoked. Similarly, in a dietary supplementation study, Tong et al. (2015) reported no difference in plasminogen, vWF, or fibrinogen levels immediately after, or 20 hours postexposure in naïve or subjects supplemented with olive or fish oil for 4 weeks prior to $PM_{2.5}$ exposure. However, these authors also reported that in volunteers supplemented with olive oil there was a statistically significant ($p < 0.05$) increase in tPA and a decrease in D-dimer levels relative to baseline (Tong et al., 2015). In a prior dietary intervention study, these authors (Tong et al., 2012) also reported no changes in platelets immediately after or 20 hours after $PM_{2.5}$ exposure in groups supplemented with olive or fish oil. Finally, Vieira et al. (2016a) also reported that exposure to DE or filtered DE did not increase platelets or other indicators of coagulation.

Taken together, the recent evidence from CHE studies appears to be inconsistent with respect to an effect of $PM_{2.5}$ exposure on indicators of thrombosis and coagulation. However, this is not particularly unexpected given variability in study design and subjects across these studies (Table 6-27). More information on studies published since the 2009 PM ISA can be found in Table 6-27.

**Table 6-27 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and coagulation.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Hazucha et al. (2013) | Current and ex-smokers;<br>n = 11; 3 M, 8 F<br>35−74 yr | 108.7 ± 24.8 μg/m³ $PM_{2.5}$ for 2 h at rest | Markers of coagulation: 3 h and 22 h postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 μg/m³ fine DE particles<br>7.2 ± 2.0 μg/m³ particles filtered DE<br>1 h exposure 15 min exercise (25 L/min per m² body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | Fibrinolytic function markers: 2 h, 6 h, and 8 h postexposure<br>Ex vivo thrombus formation: 2 h post in Badimon chamber |
| Tong et al. (2012) | Healthy adults<br>n = 8 M, 21 F<br>50−72 yr<br>57.4 ± 1.4 | 278 ± 19 μg/m³ CAPs for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Platelets 2 h pre, immediately after and 20 h postexposure |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F<br>57.8 ± 1.3 yr | 253 ± 16 μg/m³ of $PM_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Markers of fibrinolysis: pre-, post-, and 20 h postexposure |

CAPs = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SD = standard deviation; yr = year.

### 6.1.12.3 Toxicological Studies of Coagulation and Thrombosis

In the 2009 PM ISA, Sun et al. (2008a) reported that $PM_{2.5}$ increased tissue factor (TF) expression in the aortas and in the atherosclerotic plaques of $ApoE^{-/-}$ mice fed a high-fat diet compared with filtered-air controls.

Since the publication of the 2009 PM ISA, additional rodent studies have specifically measured the effects of CAPs on hemostasis and thrombosis. In rats, exposure to ambient $PM_{2.5}$ did not alter fibrinogen, platelet counts, partial thromboplastin time to activation, or prothrombin time (Davel et al., 2012). In mice, however, Budinger et al. (2011) reported that short-term $PM_{2.5}$ exposure increased ($p < 0.05$) the formation of thrombin-anti-thrombin complexes in the plasma of wild type, but not $IL\text{-}6^{-/-}$ mice. In a follow-up mechanistic study, Chiarella et al. (2014) found that, in mice, $PM_{2.5}$-induced increases in plasma thrombin-antithrombin complexes were partially attenuated in the presence of the

catecholamine transport inhibitor reserpine, whereas treatment with the β2-agonist albuterol exacerbated PM-dependent indicators of thrombosis. Furthermore, these $PM_{2.5}$-mediated effects were lost by pharmacological inhibition or genetic loss of the β2-adrenergic receptor in murine alveolar macrophages. In summary, there is additional animal toxicological evidence in the current review that short-term exposure to $PM_{2.5}$ can result in an increase of factors consistent with coagulation and thrombosis in mice, but not rats. Moreover, a mechanistic study provides evidence that the β-adrenergic receptor is involved in this process in mice. Note that Budinger et al. (2011) and Chiarella et al. (2014) used both inhalation exposure as well as intratracheal instillation, but the results presented above are with respect to inhalation exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-28.

**Table 6-28 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and coagulation.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Budinger et al. (2011) | Adult, C57BL/6 and $IL6^{-/-}$ mice, M | Inhalation of 88.5 μg/m³ $PM_{2.5}$ CAPs for 8 h/day for 3 days | Formation of thrombin anti thrombin complexes after 3-day exposure |
| Chiarella et al. (2014) | Adult, C57BL/6, and $Adrb1^{-/-}$, $Adrb2^{-/-}$, or Adrb1 and $Adrb^{-/-}$mice | Inhalation $PM_{2.5}$ CAP (109 μg/m³), exposed for 8 h/day for 3 days | Plasma thrombin-anti-thrombin and thrombus formation time, TF mRNA levels after 3-day exposure |
| Davel et al. (2012) | 3-mo-old Wistar rats, M | Inhalation of 600 μg/m³ $PM_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Hematological variables, coagulation outcomes, after 15-day exposure |

CAP = concentrated ambient particle; h = hour; M = male; μg/m³ = micrograms per cubic meter; mo = month; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; mRNA = messenger ribonucleic acid; TF = tissue factor.

### 6.1.13 Endothelial Dysfunction and Arterial Stiffness

Endothelial dysfunction is the physiological impairment of the inner lining of blood vessels. Endothelial dysfunction is typically measured by flow-mediated dilation percent (FMD%). It is a noninvasive technique involving measurement of the percent change in brachial artery diameter (BAD) after reactive hyperemia [increased blood flow following removal of an artery-occluding blood pressure cuff; Thijssen et al. (2011)] or pharmacological challenge. In addition to measuring FMD or BAD, experimental studies often examine biomarkers that may be indicative of endothelial dysfunction or vascular damage. These biomarkers include endothelin 1 (ET-1), and changes in the number of circulating endothelial progenitor cells (EPCs).

In the previous review, there was limited evidence from animal toxicological studies for a relationship between short-term $PM_{2.5}$ exposure and increased molecular markers of endothelial dysfunction, but a single CHE study did not show a relationship between short-term $PM_{2.5}$ exposure and clinical measures of endothelial dysfunction (e.g., BAD). In contrast, there is considerable and consistent recent evidence of endothelial dysfunction following short-term $PM_{2.5}$ exposure. Specifically, there is at least some evidence from more recent epidemiologic panel studies and consistent evidence from CHE and animal toxicological studies of endothelial dysfunction or markers of endothelial dysfunction following short-term exposure to $PM_{2.5}$.

Arterial stiffness is associated with a variety of cardiovascular risk factors and outcomes (Laurent et al., 2006). Carotid-femoral pulse wave velocity (PWV) is used to directly and noninvasively measure arterial stiffness. PWV measures the velocity at which the pulse generated by the heart travels through the arteries, typically measured by the foot-to-foot method (end-diastole of the wave in the carotid artery to end-diastole of the wave in the femoral artery). There is no recent evidence that short-term exposure to $PM_{2.5}$ can cause changes in arterial stiffness.

### 6.1.13.1 Epidemiologic Studies of Impaired Vascular Function

Several epidemiologic studies examined the relationship between ambient $PM_{2.5}$ and vasomotor function, particularly for brachial artery diameter and flow- or nitroglycerin-mediated dilation (Table 6-29).

A series of analyses were done using the Detroit Exposure and Aerosol Research Study (DEARS) data, focusing on personal measures of $PM_{2.5}$ and vascular measurements in nonsmoking adults. In these studies, positive associations were observed between 2-hour $PM_{2.5}$ and vasoconstriction, as indicated by brachial artery diameter (BAD); however, vasodilation was observed relative to $PM_{2.5}$ concentrations with a 2-day lag (Brook et al., 2011; Brook et al., 2010b). Flow-mediated dilation (FMD) and nitroglycerin-mediated dilation (NMD) were also measured in these studies, but associations were only observed for 2-hour averages of $PM_{2.5}$ and decreases in FMD. Other studies examining BAD, FMD, and NMD did not provide evidence of associations in either older or younger adults (Liu et al., 2014c; Liu et al., 2009).

#### 6.1.13.1.1 Digital Vascular Function

By measuring the microvessel pulse wave amplitude of the index finger in the resting state and after cuff-induced occlusion, short-term $PM_{2.5}$ changes can be studied in relation to resting pulse wave amplitude and to endothelium-dependent reactive hyperemia. In roughly 2,400 participants of the Framingham Heart Study living in Boston, MA, higher 1, 2, and 3-day averages of ambient $PM_{2.5}$ concentrations were associated with higher microvessel dilation (Ljungman et al., 2014). Another

measure of microvascular function is central retinal arterial and venous diameter, for which narrower arterial equivalents and wider venular equivalents are linked, with increased risk for more severe cardiovascular events, including myocardial infarction and stroke. In the MESA study, preceding-day $PM_{2.5}$ levels were associated with smaller central retinal arteriolar equivalents, and null associations were observed for venular equivalents (Adar et al., 2010).

#### 6.1.13.1.2 Arterial Stiffness

Arterial stiffness can be measured using the augmentation index (AI). Increases in this index indicate greater arterial stiffness and may represent increased risk of an adverse cardiovascular event. Stiffening of the elastic arteries has been associated with premature mortality and morbidity (Avolio et al., 2009; Laurent et al., 2001), plausibly increasing the cardiac load and leading to higher pulse pressure into the peripheral circulation and thus contributing to end-organ damage in the brain and kidneys (Mitchell, 2008). Several different measures of arterial stiffness are available including carotid femoral pulse wave velocity (CFPWV), AI, and aortic pulse pressure. CFPWV is generally considered to be the best approach (Mitchell, 2009). Morishita et al. (2015a) examined changes in AI relative to ambient $PM_{2.5}$ in a small panel of healthy adults and found no evidence of an association with same day $PM_{2.5}$ exposures.

#### 6.1.13.1.3 Biomarkers of Endothelial Injury

Two studies reviewed in the 2009 PM ISA reported positive associations between short-term levels of PM and endothelial biomarkers (Delfino et al., 2008; O'Neill et al., 2007). Higher mean $PM_{2.5}$ during the preceding 1−6 days was associated with higher intercellular adhesion molecule-1 (ICAM-1) and vascular cell adhesion molecule-1 (VCAM-1) in 92 Boston, MA residents with type 2 diabetes (O'Neill et al., 2007). ICAM-1, VCAM-1, endothelial-leucocyte adhesion molecule (E-selectin), and P-selectin are specific markers of endothelial activation. Markers of vasodilation include vascular endothelial growth factor (VEGF), and markers of vasoconstriction include endothelin-1 (ET-1).

Other recently published studies have examined the relationship between short-term $PM_{2.5}$ concentrations and adhesion molecules. Madrigano et al. (2010) and Wilker et al. (2011) conducted analyses as part of the Normative Ageing Study from Boston, MA and examined 7-day and 2-day average $PM_{2.5}$ exposures, respectively. Results from these studies demonstrate that 7-day, but not 2-day, average level of $PM_{2.5}$ are associated with both higher VCAM-1 (6.0% [95% CI: 1.4, 10.9]) and ICAM-1 (7.4% [95% CI: 3.8, 11.1]).

Liu et al. (2009) also examined biomarkers related to vascular function in 28 nonsmoking seniors in nursing homes in Windsor, Ontario with residential monitoring. Positive associations were observed for personal $PM_{2.5}$ exposures and VEGF, but not for personal exposures and ET-1 or with ambient $PM_{2.5}$ concentrations (Liu et al., 2009).

In summary, these studies overall indicate possible PM effects on adhesion molecules (VCAM-1 and ICAM-1), but the evidence base is limited. More information on these studies can be found in Table 6-29.

**Table 6-29 Epidemiologic studies of short-term $PM_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Weichenthal et al. (2014a)<br>Montreal, Canada<br>Summer 2013 | N = 53 healthy, nonsmoking women, 18−45 yr<br>Participants cycled continuously for 2 h in a high and low traffic setting (approximately 11:00 a.m.−1:00 p.m.)<br>RHI measured 3 h after exposures (nitroglycerin-mediated) | Personal monitoring<br>2-h avg<br>High Traffic:<br>15.7 (15.9)<br>Low Traffic:<br>13.4 (13.8) | RHI<br>1.56% (−2.89, 6.02)<br>per 15.2 μg/m$^3$ | Correlations (*r*): NR. |
| †Brook et al. (2013b)<br>Dearborn, MI<br>June−August 2009, 2010 | N = 25 healthy, nonsmoking adults (18−50 yr)<br>Participants resided in locations with urban background levels of $PM_{2.5}$; transported to urban site for 4−5 h exposure blocks on 5 consecutive days.<br>Measurements taken 7-day before exposure, 3-h after last exposure, and 7-day after exposure | Monitoring conducted at exposure site and at 2 fixed-site monitor<br>Urban site—averaged over exposure block<br>Mean (SD): 11.5 (4.8)<br>Fixed sites—7-day avg before end of exposure block<br>Mean (SD): 9.7 (3.9)<br>Fixed sites—7-day avg postexposure<br>Mean (SD): 10.3 (2.7) | RHI, AI, PWV<br>"No other CV outcome or blood biomarker (cytokines, PBMC) beyond HOMA-IR and SDNN was associated with the 5-day $PM_{2.5}$ exposure levels." | Correlations (*r*): NR. |

**Table 6-29 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Morishita et al. (2015a)<br>Dearborn, MI<br>June−August 2009<br>June−July 2010 | N = 25 healthy, nonsmoking adults, 18−50 yr<br>Participants were transported from rural residence to a high PM exposure; exposures were for 4-5 h on 5 consecutive days.<br>Reactive hyperemia determined by finger pulse amplitude tonometry each day after exposure | Monitoring conducted at site of exposure<br>Average concentration during exposure periods:<br>10.8 ± 6.8 | RHI, AI, PWV<br>"$PM_{2.5}$ mass alone was not associated with other health outcomes" | Correlations (*r*):<br>0.59 EC, 0.47 OC |
| †Liu et al. (2014c)<br>Sault Ste. Marie, Ontario, Canada<br>May–August 2010 | N = 66 healthy, nonsmoking adults, 18−55 yr (61 completed the study)<br>Participants were randomly assigned to exposures that included 5 consecutive 8-h days with a 30-min exercise period near a steel plant | Monitoring conducted at site of exposure<br>Daily average (5−95th)<br>11 (4.0−25.8) | % Change<br>Lag 0: 0.04 (−0.11, 0.18)<br>Lag 1: −0.01 (−0.14, 0.12)<br>Per 9.6 μg/m$^3$ $PM_{2.5}$ | Correlations (*r*):<br>NR. |
| †Liu et al. (2009)<br>Windsor, Ontario<br>February−March 2007 | N = 29 healthy, nonsmoking older adults recruited from 3 nursing homes, ≥65 yr | Personal monitoring for 24-h before clinic visits<br>Median: 6.3<br>95th: 16.6<br>Outdoor monitoring at nursing homes, 24-h avg<br>Median: 15.3<br>95th: 24.2 | BAD: 0.02 (0.02)<br>FMD: 0.18 (0.19)<br>Per IQR: 5.6 μg/m$^3$ $PM_{2.5}$ | Correlations (*r*):<br>0.57 BC |
| †Adar et al. (2010)<br>Six U.S. communities<br>July 2000−August 2002 | MESA<br>N = 5,465 adults, 46−87 yr<br>CRAE measured at second MESA examine | Fixed-site monitoring<br>24-h avg<br>15.4 (9.1) | 24-h lag<br>CRAE<br>−0.6 μm (−1.0, −0.2)<br>CRVE<br>−0.1 (−0.7, 0.5) | Correlations (*r*):<br>NR. |

**Table 6-29 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Ljungman et al. (2014)<br>Boston, MA<br>2003−2008 | Framingham Heart Study Offspring and Third Generation Cohorts<br>N = 2,369 participants residing within 50 km of monitor<br>Peripheral arterial tonometry hyperemic response measured at clinic visit | Fixed-site monitoring<br>24-h avg<br>Mean (SD): 9.6 (5.3) | PAT<br>Results reported graphically; 1 to 5-day avg null, 7-day avg positive<br>PWA<br>2-day avg<br>5.9% (1.9, 10.0)<br>3-day avg<br>6.4% (2.0, 10.9)<br>Per 5 μg/m³ $PM_{2.5}$ | Correlations (*r*):<br>0.69 BC, −0.16 UFPs, 0.86 $SO_4^{2-}$, 0.37 $NO_X$, 0.20 $O_3$ |
| †Madrigano et al. (2010)<br>Boston, MA<br>1999−2008 | Normative Aging Study<br>N = 809 white men<br>Blood drawn at 1−5 visits per participant, visits occurred every 3−5 yr | Fixed-site monitoring<br>24-h avg<br>10.67 (6.49) | Biomarkers examined: sICAM-1, sVCAM-1 | Correlations (*r*): NR. |
| †Wilker et al. (2011)<br>Boston, MA<br>1999−2008 | Normative Aging Study<br>N = 723 white men<br>Blood drawn at 1−5 visits per participant, visits occurred every 3−5 yr | Fixed-site monitoring<br>IQR: 4.27 | Biomarkers examined: sICAM-1, sVCAM-1 | Correlations (*r*): NR. |
| †Brook et al. (2010b)<br>Detroit, MI<br>2005−2007 | Detroit Exposure and Aerosol Research Study (DEARS)<br>N = 51 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources<br>CV measurements taken on five consecutive evenings | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD): 18.0 ± 10.4<br>Max: 51.9<br>Ambient<br>Mean (SD): 15.8 ± 7.6<br>Max: 38.9 | Results reported graphically.<br>BAD: Positive association for 2-h lag<br>FMD: Negative association for 2-h lag | Correlations (*r*): NR. |

**Table 6-29 (Continued): Epidemiologic studies of short-term $PM_{2.5}$ exposure and endothelial dysfunction.**

| Study | Study Population and Design | Exposure Assessment | Effect Estimates 95% CI | Copollutants Examined |
|---|---|---|---|---|
| †Brook et al. (2011)<br>Detroit, MI<br>2005−2007 | Detroit Exposure and Aerosol Research Study (DEARS)<br>N = 65 healthy nonsmoking adults residing in suburban neighborhoods affected by various sources<br>BP measured at participants' homes for up to 5 consecutive evenings | Personal and fixed-site monitoring<br>24-h avg<br>Total personal<br>Mean (SD): 21.9 ± 24.8<br>Max: 225.4<br>Ambient<br>Mean (SD): 15.4 ± 7.5<br>Max: 41.0 | Lag 2, personal exposure<br>BAD (mm)<br>−0.08 (−0.158, −0.002)<br>NMD (%)<br>0.13 (−1.771, 2.031)<br>FMD (%)<br>−0.59 (−1.629, 0.449) | Correlations (*r*): NR. |

AI = augmentation index; avg = average; BAD = brachial artery diameter; BC = black carbon; CI = confidence interval; CRAE = central retinal artery equivalent; CRVE = central retinal vein equivalent; CV = cardiovascular; DEARS = Detroit Exposure and Aerosol Research Study; EC = elemental carbon; FMD = flow-mediated dilation; h = hour; HOMA-IR = Homeostatic Model Assessment of Insulin Resistance; IQR = interquartile range; km = kilometer; MESA = Multi-Ethnic Study of Atherosclerosis; $\mu g/m^3$ = micrograms per cubic meter; mm = millimeter; NMD = nitroglycerin-mediated dilation; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; OC = organic carbon; PAT = pulse amplitude tonometry; PBMC = peripheral blood mononuclear cells; PWV = pulse wave velocity; RHI = reactive hyperemia index; SD = standard deviation; SDNN = standard deviation of normal to normal R-R intervals; $SO_4^{2-}$ = sulfate; UFP = ultrafine particle; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.13.2 Controlled Human Exposure Studies of Short-Term $PM_{2.5}$ Exposure and Impaired Vascular Function

In the 2009 PM ISA (U.S. EPA, 2009), a couple of CHE studies examined the relationship between $PM_{2.5}$ exposure and vascular function. Mills et al. (2008) reported no effect on vasoconstriction following $PM_{2.5}$ CAP exposure but noted that the lack of response could be due to the particles used in this study being largely not combustion derived. In addition, Bräuner et al. (2008) found no changes in vasoconstriction following a low concentration ~10.5 $\mu g/m^3$ 24-hour exposure to unfiltered or particle filtered $PM_{2.5}$ urban traffic particles. In the current review, additional CHE studies have explored the relationship between exposure to $PM_{2.5}$ and vascular function. As described below, these studies generally report decreases in vascular function following $PM_{2.5}$ CAP and unfiltered DE exposure.

Studies using ambient particles (Hemmingsen et al., 2015b; Tong et al., 2015; Brook et al., 2009) found at least some measure of impaired vascular function following $PM_{2.5}$ exposure. Hemmingsen et al. (2015b) reported a 12% significant decrease in brachial artery flow following nitroglycerin ($p = 0.033$) administration and a 5% decrease (not statistically significant) after reactive hyperemia when comparing nonfiltered with particle-filtered air from Copenhagen, Denmark. Similarly, in a dietary supplementation study, healthy older adults were randomized to fish oil, olive oil, or naïve treatment groups for a 28-day

supplementation period followed by exposure to FA then CAPs (Tong et al., 2015). In response to reactive hyperemia, the authors reported significantly decreased FMD of the brachial artery immediately after CAP exposure in both the naïve; ($p = 0.03$) and fish oil ($p = 0.01$) groups relative to baseline measurement before treatment. Notably, at 20 hours postexposure, FMD for the fish oil group remained lower ($p = 0.01$). Finally, Brook et al. (2009) examined the effects of $PM_{2.5}$ from Toronto, Canada on vascular function in healthy adults. The authors reported no decreases in FMD or NMD immediately after exposure, but they did report that FMD, but not NMD, was statistically significantly decreased 24 hours after CAP exposure compared with baseline for the same visit ($p < 0.05$), but not compared with FA exposure.

A PM effect on vascular function was also reported in a filtered DE study by Lucking et al. (2011). Healthy young men were exposed to FA, unfiltered DE, and filtered DE. When unfiltered DE was compared with FA, forearm blood flow was found to be impaired in response to the endothelium-dependent vasoactive substances acetylcholine ($p = 0.01$) and bradykinin ($p = 0.009$), as well as the endothelium-independent (and nitric oxide [NO] independent) vasoactive substance Verapamil ($p = 0.03$). Importantly, no impaired response was seen when comparing filtered DE with FA, thereby indicating that it was the particles that were likely responsible for the impaired blood flow following administration of the vasoactive agents. Finally, there was no statistically significant difference in forearm blood flow between DE and FA in response to the endothelial-independent vasodilator sodium nitroprusside (SNP); but interestingly, there was increased blood flow in response to SNP when comparing filtered DE with unfiltered DE ($p = 0.04$). Similarly, in the FILTER-HF study, healthy adult controls and heart failure patients were exposed to DE or filtered DE. A statistically significant 21% decrease in blood flow was demonstrated in the heart failure group only ($p < 0.05$) after reactive hyperemia, and this effect was almost completely attenuated ($p = 0.019$) with particle filtration (Vieira et al., 2016a).

With respect to biomarkers of endothelial dysfunction, Tong et al. (2015) reported a statistically significant ($p < 0.05$) increase in the vasoconstrictor ET-1 in blood 20 hours postexposure in the naïve treatment group relative to baseline. In addition, Liu et al. (2015a) examined the potential for $PM_{2.5}$ CAP exposure to increase blood and urine levels of VEGF and ET-1. Statistically significant increases in ET-1 and VEGF were not found in the blood, but urine sampling revealed a statistically significant increase for VEGF at 1 hour, but not 21 hours (although still elevated). The authors also provided evidence that CAP endotoxin content may partially contribute to the observed effects. Similarly, Zhong et al. (2015) reported that increases in VEGF in response to PM exposure are also associated with the amount of endotoxin present in the sample.

Taken together, recent CHE studies do show evidence of a $PM_{2.5}$ effect on vascular function. In contrast to the results reported in a couple of studies from the previous review, all of the current studies generally report some effect of $PM_{2.5}$ ambient particles or DE particles on measures of blood flow. However, the timing of the response varied among studies. Studies were also not completely consistent

with respect to the decreased blood flow response when comparing endothelial-dependent with endothelial-independent mechanisms. It is also possible that particle source and composition influence the potential response.

In addition, there was some evidence for an increase in markers associated with endothelial dysfunction in blood and urine. Specifically, levels of the potent vasoconstrictor ET-1 was found to be significantly increased following $PM_{2.5}$ exposure in one of the two studies. Nevertheless, there was also a statistically significant increase in urinary VEGF in a single study. It is difficult interpret what this could mean because VEGF can act not only as a vasodilator, but also as a marker for vascular damage indicating the initiation of vascular repair mechanisms.

#### 6.1.13.2.1 Arterial Stiffness

Arterial stiffness can be measured using the AI. Increases in this index indicate greater arterial stiffness and may represent increased risk of an adverse cardiovascular event. In the FILTER-HF study, heart failure and healthy control patients were exposed to FA, DE, or filtered DE and decreases in AI were not attenuated with particle filtration (Vieira et al., 2016a). Thus, DE-dependent decreased arterial stiffness in heart failure patients is related to exposure to the entire DE mixture and is not $PM_{2.5}$ dependent. Similarly, Lucking et al. (2011) examined the potential for arterial stiffness following FA, DE, and filtered DE exposure in healthy young men and found no differences in indicators of arterial stiffness among any of the treatment groups. Thus, there is no evidence from CHE studies of a relationship between increased arterial stiffness and exposure to filtered DE. More information on studies published since the 2009 PM ISA can be found in Table 6-30.

**Table 6-30 Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Brook et al. (2009)<br>Toronto Cohort | Healthy adults<br>n = 16 M; 15 F<br>27 ± 8 yr | 148.5 ± 54.4 μg/m³ $PM_{2.5}$ CAP or 132.4 ± 38.7 μg/m³ $PM_{2.5}$ CAP and 109 ± 5.6 ppb $O_3$ for 2 h<br>CAP from Toronto | Reactive hyperemia and Nitroglycerine Induced vasodilation postexposure: pre-, post-, and 24 h postexposure<br>Markers of vascular constriction: pre-, post-, and 24 h postexposure |

**Table 6-30 (Continued): Study-specific details from controlled human exposure studies of short-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Population | Exposure Details (Concentration; Duration) | Endpoints Examined |
|---|---|---|---|
| Hemmingsen et al. (2015b) | Healthy overweight older adults<br>n = 25 M, 35 F; 55−83 yr | 24 ± 13 µg/m³ (nonfiltered)<br>3.0 ± 1.2 µg/m³ (filtered) $PM_{2.5}$ for 5 h at rest<br>PM collected from a busy street in central Copenhagen, Denmark | Reactive hyperemia and nitroglycerine induced vasodilation postexposure |
| Liu et al. (2015a) | Healthy adults<br>n = 50; 18−60 yr<br>28 ± 9 | 238.4 ± 62.0 µg/m³ fine cap from Toronto for 130 min | Biomarkers of vascular function measured pre-, 1 h, and 21 h postexposure |
| Lucking et al. (2011) | Healthy young men<br>n = 19, 25 ± 3 yr | 320 ± 10 µg/m³ fine DE particles<br>7.2 ± 2.0 µg/m³ particles filtered DE<br>1 h exposure 15 min exercise (25 L/min per m² body) alternating with 15 min rest<br>Particles generated with a Volvo diesel engine | Vascular function: 6−8 h postexposure,<br>Arterial stiffness: 5, 20, 30, and 50 m postexposure |
| Tong et al. (2015) | Healthy older adults<br>n = 10 M, 32 F;<br>57.8 ± 1.3 yr | 253 ± 16 µg/m³ of $PM_{2.5}$ for 2 h at rest<br>CAPs from Chapel Hill, NC<br>Effect of supplementation with fish oil or olive oil | Reactive hyperemia: pre-, post-, 20 h postexposure<br>Markers of vasoconstriction: pre-post-, and 20 h postexposure |
| Vieira et al. (2016b) | Healthy adults<br>n = 8 M, 7 F;<br>45 ± 10 yr; 7 with a history of smoking)<br>Heart failure patients<br>n = 16 M, 10 F;<br>51 ± 9 yr; 19 white; 17 with a history of smoking) | 325 ± 31 µg/m³ $PM_{2.5}$ DE generated from a diesel engine (Branco BD-2500 CFE, Toyama, São Paulo, Brazil) and conditioned through a refrigerated metal retainer<br>25 ± 6 µg/m³ $PM_{2.5}$ filtered DE<br>21 min total exposure, 15 at rest and 6 while walking | Reactive hyperemia and AI: during exposure |
| Zhong et al. (2015) | Healthy adults<br>n = 23 M, 27 F;<br>18−60 yr | Endotoxin and B-1,3-d-glucan associated with: 250 µg/m³ $PM_{2.5}$ CAPs (target)<br>200 µg/m³ Course CAPs (target) 7.07 and IQR 7.09 ng/m³<br>for 130 min at rest<br>CAPs collected from a heavy-traffic 4-lane street in Toronto, Canada. | Biomarkers of vascular function: >8 h postexposure |

AI = augmentation index; CAP = concentrated ambient particle; CHE = controlled human exposure; DE = diesel exhaust; F = female; h = hour; IQR = interquartile range; M = male; µg/m³ = micrograms per cubic meter; min = minute; n = number; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; mRNA = messenger ribonucleic acid; ppb = parts per billion; yr = year.

### 6.1.13.3 Toxicological Studies of Impaired Vascular Function

Since the publication of the 2009 PM ISA, several studies have evaluated the short-term effects of $PM_{2.5}$ exposure on endothelial dysfunction. Specifically, O'Toole et al. (2010) found that short-term $PM_{2.5}$ exposure reduced ($p < 0.05$) the level of circulating endothelial progenitor cells (EPCs). Haberzettl et al. (2012) confirmed this finding and identified that the reduction in circulation was not due to EPC death or tissue deposition. Instead, they found that CAP exposure increased ($p < 0.05$) the number of resident EPCs in the bone marrow and that this was at least in part due to impaired VEGF signaling causing decreased translocation into the blood. In an additional study, Davel et al. (2012) reported that short-term exposure to $PM_{2.5}$ impaired acetylcholine-induced relaxation, but not NTP-induced relaxation ($p < 0.05$) in pulmonary arterial rings from $PM_{2.5}$-exposed rats when compared with FA controls. Similarly, compared with control animal serum, Aragon et al. (2015) reported that treatment of naïve aortic rings with serum from mice exposed to the particle portion of mixed vehicle emissions (i.e., mixture of gas and diesel exhaust), but not $PM_{2.5}$ from road dust, resulted in impaired acetylcholine-induced relaxation ($p < 0.05$). Overall, these toxicological studies reported consistent evidence that short-term exposure to $PM_{2.5}$ can result in indicators of endothelial dysfunction. More information on studies published since the 2009 PM ISA can be found in Table 6-31.

**Table 6-31 Study-specific details from toxicological studies of short-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Davel et al. (2012) | 3-mo old Wistar rats, M | Inhalation of 600 μg/m³ $PM_{2.5}$ CAPs for 3 h/day for 2 weeks from São Paulo, Brazil | Acetylcholine- and NTP-induced relaxation of pulmonary artery segments postexposure |
| O'Toole et al. (2010) | C57BL/6 mice<br>n = 28 | Inhalation of 30−100 μg/m³ $PM_{2.5}$ for 6 h/day for 9 days from Louisville, KY | Number of circulating endothelial progenitor cells in blood postexposure |
| Haberzettl et al. (2012) | Adult C57BL/6 mice, M, 8−12 weeks | Inhalation of 30−100 μg/m³ $PM_{2.5}$ for 4, 9, or 30 days from Louisville, KY during August or June 2009 | Number of circulating endothelial progenitor cells<br>VEGF signaling postexposure |
| Aragon et al. (2015) | Adult C57BL/6 mice, M, 6−8 weeks | Inhalation of $PM_{2.5}$ road dust for 6 h from Phoenix and Tucson, AZ | Acetylcholine-induced relaxation of aortic rings |

CAP = concentrated ambient particle; h = hour; M = male; μg/m³ = micrograms per cubic meter; mo = month; n = number
NTP = sodium nitroprusside; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; mRNA = messenger ribonucleic acid; VEGF = vascular endothelial growth factor.

### 6.1.14 Policy-Relevant Considerations

Epidemiologic studies that examined short-term $PM_{2.5}$ exposure and cardiovascular-related effects often conduct additional analyses to assess whether the associations observed are due to chance, confounding, or other biases. Within this section, evidence is evaluated across epidemiologic studies to further assess the association between short-term $PM_{2.5}$ exposure and cardiovascular-related effects, focusing specifically on those analyses that address policy-relevant issues, such as copollutant confounding (Section 6.1.14.1), the role of season and temperature on $PM_{2.5}$ associations (Section 6.1.14.2), and the effects of lag structure (Section 6.1.14.3). Information pertinent to these issues comes mainly from epidemiologic studies that conducted time-series or case-crossover analyses focusing on cardiovascular-related ED visits and hospital admissions and cardiovascular mortality. Studies examining additional endpoints, such as subclinical markers of a PM-related cardiovascular effect (e.g., heart rate variability, inflammation, etc.), may also examine some of these issues, but are not the focus of this evaluation.

#### 6.1.14.1 Examination of Potential Copollutant Confounding

Copollutant models are used to evaluate the potential for other pollutants to confound risk estimates of short-term PM2.5 exposure and cardiovascular effects. Since the 2009 PM ISA, many studies have examined the potential confounding by copollutants. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ (Figure 6-8), $NO_2$, (Figure 6-9), $SO_2$ (Figure 6-10), CO (Figure 6-11), and $PM_{10-2.5}$ (Figure 6-12). These recent studies address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of co-exposure to correlated copollutants. Generally, these studies provide evidence for a direct relationship between $PM_{2.5}$ exposure and cardiovascular-related health effects independent of other copollutants.

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $O_3$ are shown in Figure 6-8. The correlations between $PM_{2.5}$ and $O_3$ exposures in the studies that conducted copollutant analyses were generally positive and low to moderate, ranging from $r = -0.49$ to 0.57. Across studies, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $O_3$. The trend persisted for aggregate CVD outcomes, as well as specific cardiovascular endpoints, such as IHD, heart failure, arrhythmia, cerebrovascular disease, and cardiovascular mortality. There were several exceptions to the trend. The effect of short-term $PM_{2.5}$ exposure on out-of-hospital cardiac arrest (Rosenthal et al., 2013) decreased substantially and became negative after adjusting for $O_3$ in the model. Conversely, the effect of short-term $PM_{2.5}$ exposure on MIs (Weichenthal et al., 2016b) increased after adjusting for $O_3$ in the model.




CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; NR = not reported; $O_3$ = ozone; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TIA = transient ischemic attack.

Associations are presented per 10-μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $O_3$. Supplemental Table S6-8 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-8 Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for ozone for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $NO_2$ are presented in Figure 6-9. For this pair of pollutants, the correlations were generally positive and moderate to high, ranging from $r = -0.45$ to 0.80. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted

for $NO_2$ across CVD effects. However, there were several exceptions to the trend, and in each of these cases the effect of short-term $PM_{2.5}$ exposure decreased after adjusting for $NO_2$ in the model (Chang et al., 2015; Chang et al., 2013; Chiu and Yang, 2013; Dennekamp et al., 2010). There were no instances in which the inverse was observed (i.e., higher $PM_{2.5}$ associations after adjusting for $NO_2$).




CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Associations are presented per 10-μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $NO_2$. Supplemental Table S6-9 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-9 Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for nitrogen dioxide for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $SO_2$ are presented in Figure 6-10. For this pair of pollutants, the correlations were generally positive and low to moderate, ranging from $r = -0.25$ to 0.61. Like ozone, the $PM_{2.5}$ effect estimates generally remained relatively unchanged in copollutant models adjusted for $SO_2$ across CVD effects. In some instances, the magnitude of the $PM_{2.5}$ association increased slightly after adjusting for $SO_2$.




ARR = arrhythmia; CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; HF = heart failure; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $SO_2$ = sulfur dioxide.

Associations are presented per 10-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $SO_2$. Supplemental Table S6-10 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-10 Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for sulfur dioxide for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for CO are presented in Figure 6-11. For this pair of pollutants, the correlations were generally positive and moderate to high, ranging from $r = -0.33$ to 0.81. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for CO across CVD effects. However, there were several exceptions to the trend. Like $NO_2$, there were several instances in which the effect of short-term $PM_{2.5}$ exposure decreased after adjusting for CO in the model (Chang et al., 2015; Chiu et al., 2014; Chiu and Yang, 2013; Hsieh et al., 2013; Dennekamp et al., 2010). There were no instances in which the inverse was observed (i.e., higher $PM_{2.5}$ associations after adjusting for $NO_2$).




ARR = arrhythmia; CBVD = cerebrovascular disease; CI = confidence interval; CO = carbon monoxide; CVD = cardiovascular disease; HF = heart failure; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Associations are presented per 10-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for CO. Supplemental Table S6-11 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-11 Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for carbon monoxide for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

The results for associations between short-term $PM_{2.5}$ exposure and cardiovascular effects in single pollutant models and copollutant models adjusted for $PM_{10-2.5}$ are presented in Figure 6-12. For this pair of pollutants, the correlations were generally positive and low to moderate, ranging from $r = -0.12$ to 0.68. Like ozone and $SO_2$, the $PM_{2.5}$ effect estimates generally remained relatively unchanged in copollutant models adjusted for $PM_{10-2.5}$ across CVD effects, except for in the study by Rosenthal et al. (2013), for which the association was attenuated and became negative after adjusting for $PM_{10-2.5}$.




CBVD = cerebrovascular disease; CI = confidence interval; CVD = cardiovascular disease; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; NR = not reported; OHCA = out-of-hospital cardiac arrest; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; TIA = transient ischemic attack.

Associations are presented per 10-μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled circles represent effect of $PM_{2.5}$ in single pollutant models, white circles represent effect of $PM_{2.5}$ adjusted for $PM_{10-2.5}$. Supplemental Table S6-12 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-12 Associations between short-term exposure to $PM_{2.5}$ and cardiovascular effects in single pollutant models and models adjusted for $PM_{10-2.5}$ for a 10-μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations.**

Overall, many more studies evaluating potential copollutant confounding using two-pollutant models were available than in the 2009 PM ISA. This new evidence generally demonstrates that the associations observed with $PM_{2.5}$ and cardiovascular effects in single pollutant models remain relatively unchanged in copollutant models, indicating that the observed associations with $PM_{2.5}$ are not artifacts due to confounding of another air pollutant. We did not observe any difference in the trend or pattern of these results across cardiovascular endpoints (e.g., aggregate CVD endpoints, IHD, heart failure, cardiovascular mortality). While the evidence is generally consistent across the copollutants evaluated, it was especially consistent for air pollutants that are not typically associated with traffic (i.e., ozone, $SO_2$, $PM_{10-2.5}$). Although few, some inconsistencies were observed for the traffic-related pollutants (i.e., $NO_2$, CO), which generally had higher correlations with $PM_{2.5}$ than the other copollutants. Because of these higher correlations, it is difficult to distinguish whether any attenuation in $PM_{2.5}$ associations after adjusting for copollutants could be due to confounding, or whether collinearity may play a role.

#### 6.1.14.1.1 $PM_{2.5}$ within the Multipollutant Mixture

Although copollutant models are important in assessing potential copollutant confounding, it is well known that collinearity between pollutants can result in unstable estimates and that air masses are not limited to just two pollutants (Dominici et al., 2010). Therefore, in addition to copollutant models, studies that examine multipollutant exposures can provide additional information on the role of $PM_{2.5}$ within the complex air pollution mixture.

Analyses of pollutant mixtures use an array of statistical methods and pollutant combinations while examining cardiovascular-related effects, and were recently reviewed by Luben et al. (2018). Luben et al. (2018) conducted a cross-disciplinary evaluation of the multipollutant effects on cardiovascular disease, integrating results from epidemiologic studies with controlled human exposure and animal toxicological studies. Overall, the review showed that little evidence was available to characterize the multipollutant effects of air pollution on cardiovascular outcomes. Across the limited number of studies, the evidence neither consistently nor coherently indicated a stronger or weaker effect of combined exposure to $PM_{2.5}$ and another pollutant compared with exposure to a single pollutant alone.

### 6.1.14.2 The Role of Season and Temperature on $PM_{2.5}$ Associations

The examination of seasonal differences in $PM_{2.5}$ associations within studies that focus on cardiovascular-related hospital admissions and ED visits, as well as cardiovascular mortality, can provide information that could be used to assess whether specific sources that vary by season are contributing to the $PM_{2.5}$ associations observed in all-year analyses. Additional studies that examine potential modification of $PM_{2.5}$ associations by temperature can further clarify the effect of season on observed associations. Studies evaluated in the 2009 PM ISA, demonstrated seasonal variability in $PM_{2.5}$

associations with cardiovascular-related effects. These results are further supported by recent studies, but fewer recent studies have examined potential modification of $PM_{2.5}$ associations by temperature.

Different trends are observed when the role of season or temperature is evaluated across different cardiovascular endpoints. For example, among studies that evaluated short-term $PM_{2.5}$ exposure and ischemic heart disease, several studies observed no seasonal differences in associations (Rich et al., 2010; Szyszkowicz, 2009; Zanobetti et al., 2009), while Talbott et al. (2014) observed stronger associations during the cool season in some regions of New York. Similarly, there was no consistent trend for the effect of $PM_{2.5}$ on cerebrovascular disease across different seasons, with some studies observing stronger associations in the warm season (Chen et al., 2014b; Villeneuve et al., 2012), others observing strong associations in the cool season (Talbott et al., 2014), and still others observing no seasonal differences in the association with $PM_{2.5}$ (O'Donnell et al., 2011).

Season had a more consistent effect on the relationship between short-term $PM_{2.5}$ exposure and other cardiovascular endpoints like heart failure, arrhythmias, and aggregate cardiovascular disease. For both heart failure and arrhythmias, each of the limited number of studies reported stronger associations with short-term $PM_{2.5}$ exposure during the cool season. This general trend was also observed in studies evaluating aggregate CVD endpoints, with most of these studies observing stronger associations in the cool season. Conversely, most of the studies evaluating the role of season or temperature on the effect of short-term $PM_{2.5}$ exposure on cardiovascular mortality observed stronger associations in the warm season. This trend was consistent across studies conducted in North America and Europe, whereas studies conducted in Asia tended to report stronger associations during the cool season or with lower temperatures.

Overall, there is no consistent role of season or temperature on the effect of short-term $PM_{2.5}$ exposure on cardiovascular morbidity or mortality. A limited number of studies evaluated each of the different cardiovascular endpoints, and the evidence from these few studies indicates inconsistent or no seasonal effects for some endpoints (i.e., ischemic heart disease, cerebrovascular disease), whereas the limited evidence more consistently indicates stronger associations during the cool season (for heart failure, arrhythmia, aggregate cardiovascular disease) or warm season (for cardiovascular mortality). Other factors contribute uncertainty to this body of evidence. Variability in season-stratified results for different single-day lags make it difficult to draw inferences from this body of evidence. For example, Ito et al. (2011) observed no seasonal differences in the associations with CVD mortality for Lag Day 1, but when evaluating Lag Day 0, the authors reported strong positive associations in the warm season and strong negative associations during the cool season. Additionally, there is evidence of regional heterogeneity in the role of season on the effect of short-term $PM_{2.5}$ exposure on cardiovascular endpoints. Regional heterogeneity in results was observed both within studies that included multiple geographic study locations [e.g., Talbott et al. (2014)] and across studies conducted in geographic locations (e.g., among studies of CVD mortality, more likely to observe stronger associations in warm season for studies conducted in North America and Europe, but more likely to see stronger associations

during cool season/cooler temperatures for studies conducted in Asia). Overall, the evidence across studies is inconclusive as to whether season or temperature modifies the association between short-term $PM_{2.5}$ exposure and cardiovascular endpoints.

#### 6.1.14.3 Lag Structure

An examination of the association between short-term $PM_{2.5}$ exposure and cardiovascular effects across different lag days can help determine whether $PM_{2.5}$ elicits an immediate, delayed, or prolonged effect on these endpoints, and whether this effect is consistent across cardiovascular endpoints. Recent studies provide evidence that allows for the comparison of immediate (single or multiday lags including lags 0−1), delayed (single or multiday lags including lags 2−5), or prolonged (multiday lags spanning at least 4 days, e.g., lag 0−5) exposure periods. Generally, evidence from studies that evaluate cardiovascular hospital admissions and ED visits indicates positive associations within the first few days after exposure, specifically for immediate single-day lags (i.e., lag days 0 or 1) and multiday lags (i.e., lag days 0−1, 0−2, or 0−3), with greater magnitude and precision of the association for multiday lags than for single-day lags.

Generally, among studies that compared different single-day or multiday lag periods in evaluations of aggregate CVD hospital admissions and ED visits, stronger associations were observed for immediate lag days, especially lag 0, compared with delayed or prolonged lag periods (Bell et al., 2014; Talbott et al., 2014; Qiu et al., 2013; Stafoggia et al., 2013; Kim et al., 2012; Ito et al., 2011). For example, the left panel of Figure 6-13 [single day lag figure from Kim et al. (2012)] demonstrates the stronger positive association for aggregate CVD hospital admissions with exposure on lag 0 compared with other single-day lags reported by Kim et al. (2012). Among studies that compared single-day lags and multiday lag periods, stronger associations were observed with multiday lag periods (e.g., lag 0−1, 0−2) and aggregate CVD hospital admissions and ED visits (Talbott et al., 2014; Qiu et al., 2013), although Bravo et al. (2017) observed generally similar effects for both single-day and multiday lag periods spanning immediate, delayed, and prolonged exposure windows. Also, Milojevic et al. (2014) observed no difference in effects when examining immediate (i.e., 0−1) or prolonged (i.e., 0−4) multiday lags.

As with the results for studies focusing on aggregate CVD outcomes, comparison of lag periods in studies of several cause-specific CVD hospital admission and ED visits reported the strongest associations with immediate lag periods. Studies that examined the lag structure of associations between $PM_{2.5}$ and IHD (including MI and MI subtypes) largely provide evidence of immediate $PM_{2.5}$ effects with null or negative associations when examining delayed lags (Weichenthal et al., 2016b; Talbott et al., 2014; Kim et al., 2012; Rich et al., 2010; Haley et al., 2009; Stieb et al., 2009). For example, the right panel of Figure 6-13 demonstrates the stronger positive association for IHD hospital admissions with exposure on lag 0 compared with other single-day lags reported by Kim et al. (2012). The observed risks

were generally greater in magnitude for multiday lags (i.e., lag 0−1) than for single-day lags (i.e., lag 0, lag 1). Similar results were observed for studies investigating short-term $PM_{2.5}$ exposure and heart failure (Talbott et al., 2014; Haley et al., 2009; Stieb et al., 2009), although Kim et al. (2012) observed positive associations for delayed lags (single day lags 2, 3, and 4) and a negative association for lag day 0. Among recent studies evaluating the relationship between short-term $PM_{2.5}$ exposure and OHCA, authors generally observed the strongest associations for immediate lag periods (Ensor et al., 2013; Rosenthal et al., 2013; Dennekamp et al., 2010; Silverman et al., 2010), although some found delayed associations days (Wichmann et al., 2013).




CVD = cardiovascular disease; IHD = ischemic heart disease; IQR = interquartile range; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RR = relative risk.

**Figure 6-13 Pattern of relative risks for single day lags 0−14 for aggregate cardiovascular disease hospitalizations (left) and ischemic heart disease hospitalizations (right) reported by Kim et al. (2012).**

Most of the studies that examined multiple lag periods reported no evidence of a positive association between short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for CBVD at any of the lag periods evaluated (Qiu et al., 2013; Kim et al., 2012; O'Donnell et al., 2011; Haley et al., 2009). However, when evaluating specific stroke subtypes, Lisabeth et al. (2008) and Wing et al. (2015) observed positive associations between $PM_{2.5}$ concentrations and ischemic stroke for immediate lag days (lags 0 or 1), but not for delayed lags (single day lags 2, 3, 4, 5). Limited evidence was inconsistent when comparing different lag periods in studies of ED visits and hospital admissions for arrhythmia. Talbott et al. (2014) reported positive associations for immediate lag periods (lag 0, 1, 0−1) with stronger associations observed for multiday lags than for single-day lags. In contrast, Haley et al. (2009) observed negative associations for both immediate (i.e., 0, 1) and delayed (i.e., 2, 3, 4) single day lags in their evaluation of arrhythmia ED visits.

Recent multicity studies of short-term $PM_{2.5}$ exposure and cardiovascular mortality have conducted extensive examinations of the lag structure of associations. Of these studies, some only examined single-day lags (Lippmann et al., 2013c) or multiday lags (Milojevic et al., 2014); a few examined multiday lags aimed at specifically addressing whether there is evidence of an immediate (lag 0−1 days), delayed (lag 2−5 days), or prolonged (lag 0−5 days) effect of $PM_{2.5}$ on cardiovascular mortality. Several studies provide evidence of an immediate $PM_{2.5}$ effect on cardiovascular mortality with the largest associations at lag 0 (Stafoggia et al., 2017; Janssen et al., 2013; Lippmann et al., 2013c; Samoli et al., 2013). Lanzinger et al. (2016a) and Samoli et al. (2013) provided some evidence indicating the potential for stronger associations with short-term $PM_{2.5}$ exposure averaged over delayed (e.g., lag 2−5) and prolonged (e.g., lag 0−5) lag periods and CVD mortality. Overall, recent multicity studies that examined the lag structure of associations generally support the immediate effect of $PM_{2.5}$ on cardiovascular mortality, but also provide some evidence that associations may exist for exposures averaged over longer durations. However, the initial studies examining multiday lags providing evidence of a delayed or prolonged effect are not supported when examining a series of single-day lags over the same duration.

Additionally, few studies examined subdaily averaging times, or exposures averaged over one or multiple hours during lag day 0. In Rochester, NY, Gardner et al. (2014) observed positive associations between STEMI and $PM_{2.5}$ at lags of 0 hours and 0−2 hours, with evidence of positive associations for multi-hour lags up to 24 hours. Several studies investigating OHCA also examined subdaily averaging times, and generally observed positive associations, although the associations were consistently higher in magnitude for daily lags (single and multiday lags 0−4) than subdaily lags (Straney et al., 2014; Ensor et al., 2013; Rosenthal et al., 2013). For example, Ensor et al. (2013) observed a small increase in risk of OHCA consistent with an increase in $PM_{2.5}$ concentrations in the hour preceding the OHCA event (1.84% [95% CI: −2.16, 5.90]), but a larger magnitude association corresponding to an increase in 2-day moving average $PM_{2.5}$ (6.58% [95% CI: 0.83, 12.64]). Wellenius et al. (2012a) considered subdaily averaging times when evaluating CBVD endpoints and observed positive associations for ischemic stroke at hourly lags ranging from 0 to 26 hours, with the largest magnitude of associations for lags from 8 to 20 hours. Overall, these evaluation of subdaily lags provide additional support for the immediate effect of short-term $PM_{2.5}$ exposure on cardiovascular hospital admissions, ED visits, and mortality.

In summary, there is evidence to support an immediate effect of short-term $PM_{2.5}$ exposure on hospital admissions and ED visits for aggregate CVD outcomes, IHD, heart failure, and OHCA, as well as for cardiovascular mortality. This evidence comes from the evaluation of both single-day and multiday lags, as well as studies that evaluated subdaily lag periods. In contrast, the evidence is less consistent across studies, as well as across different lag periods within the same study, for associations between short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for CBVD or arrhythmia. Overall, stronger associations were observed for immediate lags for most CVD outcomes, and the associations tended to be stronger for immediate multiday lag periods (i.e., 0−1, 0−2) compared with immediate single-day lag periods (i.e., 0, 1).

### 6.1.15 Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects

While many PM components are associated with a range of health effects, the 2009 PM ISA concluded that there was insufficient evidence to differentiate between the PM components or sources that were more closely related to health effects than $PM_{2.5}$ mass alone (U.S. EPA, 2009). However, there was some evidence for associations between increases in cardiovascular effects (e.g., hospital admissions and cardiovascular mortality) with sulfate particles and elemental carbon (EC). In addition, several PM sources (i.e., crustal/soil/road dust and traffic) were associated with increased cardiovascular mortality and ST segment changes. Generally, studies in the 2009 PM ISA that evaluated individual PM components and sources observed inconsistent results, with no apparent trend or pattern of effect across $PM_{2.5}$ components or across CVD endpoints.

Numerous recent studies have examined short-term exposure to $PM_{2.5}$ sources or components and cardiovascular effects, and the results are generally consistent with those reported in the 2009 PM ISA. To clearly illustrate the uncertainty in attributing cardiovascular effects to individual $PM_{2.5}$ components or sources versus $PM_{2.5}$ mass, this section is organized by component or source and discussed in the context of associations with $PM_{2.5}$ mass. In cases where studies examined short-term exposure to a $PM_{2.5}$ component or source and any cardiovascular health outcome, the evidence for the relationship is evaluated and synthesized below. This approach allows for integration across cardiovascular health endpoints in the evaluation of $PM_{2.5}$ components and sources. In each case, the evidence for the $PM_{2.5}$ component or source was evaluated in the context of the available evidence for the relationship with $PM_{2.5}$ mass.

The examination of the relationship between $PM_{2.5}$ components and CVD can generally be divided into two types of analyses: (1) those that examine whether specific components modify the $PM_{2.5}$-cardiovascular effects association or (2) those that examine whether an individual component is associated with cardiovascular effects and potentially a better indicator of PM toxicity than PM mass. Although the first approach is considered one of the techniques used to assess component toxicity as detailed in Mostofsky et al. (2012), studies using this approach are often those examining heterogeneity in $PM_{2.5}$-CVD risk estimates. Thus, the focus of this section is on those techniques that fall under the second approach, which includes assessing $PM_{2.5}$ component effect by component concentration or component concentration adjusted for $PM_{2.5}$ mass. Other techniques identified by Mostofsky et al. (2012) that would fall under the second approach (i.e., component residual or $PM_{2.5}$ residual) were not used in evaluating $PM_{2.5}$ components and CVD health effects.

Taking this approach, the evidence does not show that an individual PM component or source is more consistently associated with CVD health endpoints. The largest body of evidence examining the association with $PM_{2.5}$ components is for ED visits or hospital admissions for aggregate CVD, and these results are summarized in Figure 6-14 and Figure 6-15. Figure 6-14 provides a snapshot of the evidence from studies of aggregate CVD ED visits and hospital admissions that evaluated associations with both

$PM_{2.5}$ and $PM_{2.5}$ components. The evidence varies among components, with some studies finding positive associations between almost all $PM_{2.5}$ components evaluated and various cardiovascular health outcomes. The figure shows the most consistent, positive associations with $PM_{2.5}$ mass, although similar patterns of associations are observed with EC, OC, and although evaluated in fewer studies, several metals (e.g., V, Zn, Si, Ni). Overall, associations with aggregate CVD ED visits and hospital admissions are not more clearly linked to a particular $PM_{2.5}$ component compared with $PM_{2.5}$ mass, and within-study comparisons do not show a consistent difference in association between $PM_{2.5}$ mass and a particular component (Figure 6-14). While the number of studies is more limited for other CVD endpoints (e.g., cause-specific ED visits and hospital admissions, measures of blood pressure, HRV, vascular function, and biomarkers of inflammation and oxidative stress), similar trends in associations are observed within and across studies evaluating these endpoints. Several sources of uncertainty common among studies of $PM_{2.5}$ components and sources limit their ability to contribute to causal inference. These include measurement error due to spatiotemporal heterogeneity and poorly addressed potential confounding by other components in the $PM_{2.5}$ mixture. The evidence for $PM_{2.5}$ components and sources is detailed below.

| | Ito et al. (2013) | Lall et al. (2011) | Kioumourtzoglou et al. (2013) | Ostro et al. (2016) | Kim et al. (2012) | Sarnat et al. (2015) | Zanobetti et al. (2009) | Peng et al. (2009) | Levy et al. (2012) | Bell et al. (2014) | Ito et al. (2011) | Liu et al. (2016) | Basagaña et al. (2014) | Samoli et al. (2016) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD | CVD |
| $PM_{2.5}$ | [illegible] | [illegible] | 0-1 | 2 | 0-1 | 0-2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0 | [illegible] | 1, 0-6 |
| OC | [illegible] | | 0-1 | 0,1,2 | [illegible] | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | |
| EC | [illegible] | 0 | 0-1 | [illegible] | [illegible] | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | [illegible] |
| $SO_4^{2-}$ | 0-3 | | | 0,1,2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0 | |
| $NO_3^-$ | 0-3 | | | 2 | 0 | 0-2 | | 0,1,2 | 0 | | 0 | 0 | 0,1,2 | |
| Ca | | | | | | 0-2 | | | | [illegible] | | 0 | 0,1,2 | |
| V | [illegible] | | | 0,1,2 | | | [illegible] | | | [illegible] | 0 | 0 | 0,1,2 | |
| Zn | 0-3 | | | [illegible] | | 0-2 | | | | [illegible] | 0 | [illegible] | 1 | |
| Si | [illegible] | 1,2 | | 1 | | 0-2 | | 0,1,2 | | | [illegible] | 0 | 0,1,2 | |
| Na | | | | | | | [illegible] | 0,1,2 | | | 0 | 0 | | |
| Fe | [illegible] | | | 0,1,2 | | 0-2 | | | | | | 0 | 0 | |
| K | | | | [illegible] | | 0-2 | | | | | | 0 | 0,1,2 | |
| Cu | 0-3 | | | 0,1,2 | | 0-2 | | | | | | 0 | 0,1,2 | |
| Ti | | | | 0,1,2 | | | | | | | | 0 | 0,1,2 | |
| Mn | | 0,1,2,3 | | 0,1,2 | | | | | | | | 0 | 0 | |
| Br | | | | | | | [illegible] | | | | 0 | 0 | | |
| Ni | | 3 | | 0,1,2 | | | [illegible] | | | | 0 | 0 | 0,1,2 | |

Br = bromine; Ca = calcium; Cu = copper; CVD = cardiovascular disease; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; Si = silicon; $SO_4^{2-}$ = sulfate; Ti = titanium; V = vanadium; Zn = zinc.

Note: Cells represent associations examined for studies of $PM_{2.5}$ mass and $PM_{2.5}$ components and combinations of cardiovascular-related hospital admissions or emergency department visits. Numbers within cells represent lag(s) at which an association was observed. Dark blue = statistically significant positive association; light blue = positive association; light orange = null or negative association; red = statistically significant negative association; gray = component not examined. Only $PM_{2.5}$ components for which there were at least three studies available were included in the table.

**Figure 6-14 Heat map of associations observed between short-term $PM_{2.5}$ and $PM_{2.5}$ component exposure and combinations of cardiovascular-related hospital admissions and emergency department visits.**




Br = bromine; Ca = calcium; Cu = copper; CVD = cardiovascular disease; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; n = number of studies that provided an estimate; Na = sodium; Ni = nickel; $NO_3^-$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Si = silicon; $SO_4$ = sulfate; Ti = titanium; V = vanadium; Zn = zinc.

Note: Bars represent the percent of associations across studies for $PM_{2.5}$ mass or $PM_{2.5}$ components for combinations of cardiovascular-related hospital admissions and emergency department visits where dark blue = statistically significantly positive, light blue = positive, light orange = null/negative, red = statistically significantly negative, and gray hatch = not examined.

**Figure 6-15 Distribution of associations for combinations of cardiovascular-related hospital admissions and emergency department visits and short-term $PM_{2.5}$ and $PM_{2.5}$ components exposure in studies detailed in Figure 6-14.**

#### 6.1.15.1 Elemental and Black Carbon

In coronary artery disease patients in Boston, MA similar negative associations were observed between $PM_{2.5}$ and BC with rMSSD for 30-minute up to 5-day exposures (Zanobetti et al., 2010). Negative associations were also observed for heart failure, although associations were stronger for BC than $PM_{2.5}$ with averaging times from 2−5 days. No associations were observed in this panel for $PM_{2.5}$ exposures with SDNN, but BC exposures from 30-minutes up to 2-hours were reduced (Zanobetti et al., 2010). Associations were similar for BC and $PM_{2.5}$ in studies conducted with panels having pre-existing cardiovascular disease because Schneider et al. (2010) and Bartell et al. (2013) observed negative

associations between BC and $PM_{2.5}$ with pNN50 and rMSSD, or HRV, respectively. Finally, Weichenthal et al. (2014a), in a quasi-experimental study that included women cycling on high and low traffic routes for 2-hours, found that associations between SDNN, LF, and LF:HF were similarly positive for both $PM_{2.5}$ and BC. However, negative associations observed between $PM_{2.5}$ and rMSSD and pNN50 were not observed for BC.

Several studies examined associations between measures of vascular function and ambient BC concentrations in addition to $PM_{2.5}$. While Madrigano et al. (2010) reported positive associations between VCAM-1 and BC that were not observed for $PM_{2.5}$, other studies did not find associations between BC and VCAM-1 or other biomarkers of vascular function such as VEGF, ICAM-1, and ET-1 (Wilker et al., 2011; Liu et al., 2009). Ljungman et al. (2014) reported evidence for associations between BC and pulse wave amplitude for 2 to 5-day averages in the Framingham Heart Study, which was consistent with results for $PM_{2.5}$.

In a quasi-experimental study conducted by Strak et al. (2013a), associations were null for fibrinogen and platelet counts with $PM_{2.5}$ and BC; however, positive associations were reported between $PM_{2.5}$ and vWF that were not observed for BC. Conversely, substantial reductions in lag time in FXII-mediated (intrinsic) thrombin generation were associated with BC exposures but not $PM_{2.5}$ exposures (Strak et al., 2013b). Croft et al. (2017) and Chen et al. (2017) also examined associations between BC and biomarkers related to coagulation in panels of adults with pre-existing cardiovascular conditions and observed positive associations between BC and fibrinogen and 12-hour- up to 3-day-lagged exposures; although associations with $PM_{2.5}$ were only observed by Croft et al. (2017) and with 1−24 hour lags. Associations were not observed for D-dimer or vWF in these studies.

In a panel study including 31 young, healthy adults exposed to air pollution at five different sites with intermittent exercise, Steenhof et al. (2014) reported mixed results for associations between elemental carbon (EC) and WBC counts measured 2 and 18 hours postexposure, although patterns in associations were very similar to those for $PM_{2.5}$. More specifically, positive associations were observed for WBC counts, neutrophils 2 hours postexposure, and monocytes 18 hours postexposure. In this same panel, positive associations were observed for both $PM_{2.5}$ and EC, but the magnitude of effect was smaller for EC (Strak et al., 2013a).

Liu et al. (2009) did not find evidence for associations between 24-hour outdoor BC or personal measurements of $PM_{2.5}$ and biomarkers for inflammation or oxidative stress (i.e., IL6, TNF-α, TBARS, 8-isoprostane) in a panel of older adults residing in retirement communities. Similar results were observed in studies conducted by Wittkopp et al. (2013) and Chen et al. (2017) in panels of adults with coronary artery disease or having risk factors for CVD because null associations were observed for CRP and up to 5-day averages of EC or 3-day lags for BC. In contrast, Croft et al. (2017) reported positive associations for CRP and 12 and 24-hour lags of BC, although negative associations were observed with myeloperoxidase, a marker for neutrophil activity.

#### 6.1.15.2 Organic Carbon

In contrast with previous studies, recent studies generally support an association of OC with CVD-related hospital admissions, ED visits, cardiovascular function metrics (e.g., HRV), and biomarkers of inflammation (e.g., WBC, CRP). Due to the relatively few studies, it is difficult to judge the consistency of recent results for any one CVD endpoint. That said, the consistency and magnitude of CVD effect associations generally are similar for OC and $PM_{2.5}$ (Figure 6-14 and Figure 6-15), which are in line with the large contribution of OC to total $PM_{2.5}$ mass (Section 2.4.4).

Like $PM_{2.5}$, OC was associated with CVD-related ED visits and hospital admissions in locations across U.S. regions. One of the most informative studies is an extensive analysis of Medicare beneficiaries in 64 cities, which found CVD hospital admissions were associated with OC, particularly during the cold season at lag 0 (Ito et al., 2013). While these associations were strongest at lag 0 in the cold season, OC showed associations present at longer lag periods; however, no individual component had stronger associations than $PM_{2.5}$ mass. A study in Denver, CO reported that $PM_{2.5}$ concentrations of OC were associated with hospital admissions for IHD and aggregate CVD (Kim et al., 2012). On the other hand, in Denver, CO Kim et al. (2012) did not observe a positive association between OC and CBVD hospital admissions. Sarnat et al. (2015) observed a positive association between ED visits for heart failure and $PM_{2.5}$ OC content in the St. Louis, MO metropolitan area. A study of eight California counties found a small positive association with CVD hospital admissions and vehicle-related $PM_{2.5}$ and OC.

A recent study evaluated HRV metrics and exposure to OC in patients with IHD in Erfurt, Germany and found that an increase in 24-hour exposure to OC was associated with decreases in heart failure, rMSSD, and pNN50; similar associations were observed for $PM_{2.5}$ except for the association with heart failure (Schneider et al., 2010). In addition, several studies observed positive associations between OC exposure and biomarkers of coagulation and inflammation. In a quasi-experimental study conducted in Utrecht, the Netherlands, OC was associated with fibrinogen, platelet counts, and vWF (Strak et al., 2013a), whereas associations were only observed between $PM_{2.5}$ and vWF in this study. Chen et al. (2017) did not observe associations between fibrinogen and OC or $PM_{2.5}$, but positive associations were reported for D-dimer and OC with 1- and 2-day lagged exposures. In a recent panel study, Steenhof et al. (2014) reported mixed results for associations between OC and WBC counts measured 2 and 18 hours postexposure, although patterns in associations were generally like those for $PM_{2.5}$. More specifically, positive associations were observed for WBC counts and monocytes 18 hours postexposure, although OC was associated with lymphocytes and not neutrophils in contrast to $PM_{2.5}$. In this same panel, positive associations were observed for both $PM_{2.5}$ and OC, but the magnitude of effect was larger for OC (Strak et al., 2013a). Wittkopp et al. (2013) and Chen et al. (2017) examined OC in a panel of older adults and those with risk factors for cardiovascular disease, respectively, and did not find evidence for associations with CRP, although Wittkopp et al. (2013) found positive associations with soluble receptor for IL-6 that were not observed for $PM_{2.5}$.

#### 6.1.15.3 Secondary $PM_{2.5}$—Sulfate, Nitrate, Ammonium

Several recent studies add to the limited supporting evidence in the 2009 PM ISA for associations of sulfate ($SO_4^{2-}$), nitrate ($NO_3^-$), and ammonium ($NH_4^+$) with CVD ED visits and hospital admissions, although the evidence is not entirely consistent. Evidence for effects on other CVD outcomes is limited. In most locations, results are similar between $PM_{2.5}$ and sulfate and nitrate in direction and magnitude of association.

An analysis of Medicare data across 119 U.S. counties found that nitrates from $PM_{2.5}$ were associated with CVD hospital admissions (Levy et al., 2012), and Peng et al. (2009) observed a similar pattern in the same population over a slightly shorter time period. Similarly, Sarnat et al. (2015) observed that ED visits for IHD were positively associated with $PM_{2.5}$ nitrates in St. Louis, MO. In four cities in southern Europe, Basagaña et al. (2015) reported positive associations with sulfate from $PM_{2.5}$. In contrast, studies in Denver, CO (Kim et al., 2012), Houston, TX (Liu et al., 2016b), and California (Ostro et al., 2016) reported that $PM_{2.5}$ concentrations of sulfates and nitrates were not associated with aggregate CVD hospital admissions. Using data for transmural myocardial infarctions in the NJ MIDAS registry, Rich et al. (2010) observed the largest effects on the days with the highest tertile of sulfate, nitrate, and ammonium, and the lowest tertile of elemental carbon. The authors interpreted their findings as indicating that $PM_{2.5}$ on days with pollution mixtures that are formed through atmospheric chemistry and depleted in primary $PM_{2.5}$ pollutants were most strongly associated with transmural infarctions.

Evidence for associations between sulfate or nitrate and other CVD endpoints is more limited, but generally positive. Despite reporting a generally null association between $PM_{2.5}$ and ICD activations, Anderson et al. (2010) observed a positive association between $SO_4^{2-}$ and atrial fibrillation in London, England. Strak et al. (2013a) examined associations between sulfate and nitrate with fibrinogen, platelet counts, and vWF. Positive associations were observed for both nitrate and sulfate with fibrinogen, although associations with $PM_{2.5}$ were null. In contrast, $PM_{2.5}$ and sulfate were positively associated with vWF, but associations with nitrate were null. In addition, the extrinsic coagulation pathway was positively associated with nitrate and sulfate, but null for $PM_{2.5}$ (Strak et al., 2013b).

#### 6.1.15.4 Metals

Compared with $PM_{2.5}$ mass, short-term increases in ambient concentrations of metals are inconsistently associated with CVD ED visits and hospital admissions. In the expanded body of recent studies, none observed associations with a metal but not $PM_{2.5}$ mass (Figure 6-15). Most studies observed an association with some metal, and studies that examined numerous metals often observed an association with multiple metals. However, findings are inconsistent for any individual metal or the sum of metals.

Among Medicare beneficiaries in Connecticut and Massachusetts, Bell et al. (2014) found that $PM_{2.5}$ measured as calcium, zinc and potassium were positively associated with CVD hospital admissions.

In an additional study of Medicare beneficiaries in 64 cities, CVD hospital admissions were associated with copper, iron, selenium, silicon, and zinc (Ito et al., 2013). No individual component had stronger associations than $PM_{2.5}$ mass. In separate analyses of hospital admissions (Liu et al., 2016b) and ED visits (Liu et al., 2016a) in Houston, TX, the authors reported positive associations between stroke and bromine, nickel (ED visits) and As (hospital admissions), but observed negative associations for zinc, calcium, iron, potassium, manganese, vanadium, (ED visits), and potassium, (hospital admissions). Sarnat et al. (2015) reported that ED visits for IHD were negatively associated with 24-hour concentrations of $PM_{2.5}$ Fe and Si concentrations in St. Louis, MO, whereas CVD hospital admissions were negatively associated with Si concentrations. A study of eight California counties (Ostro et al., 2016) found a small positive association with potassium, and zinc, while Basagaña et al. (2015) reported positive associations with zinc, iron, and manganese from $PM_{2.5}$ in four cities in southern Europe.

In Atlanta, GA, Suh et al. (2011) observed that $PM_{2.5}$ transition metals were associated with CVD (specifically, IHD) and hospital admissions. Similarly, in New York City, NY, Ito et al. (2011) found that most of the $PM_{2.5}$ chemical components considered were associated with CVD hospital admissions, making it difficult to draw conclusions about specific components.

Ambient concentrations of metals can be spatiotemporally more heterogeneous than $PM_{2.5}$ total mass, and thus, exposure measurement error could contribute to inconsistent findings for metals. Another uncertainty not addressed in the evidence base is whether metals are independently associated with CVD effects because gaseous pollutants were not examined and correlations with gases and other $PM_{2.5}$ components generally not reported.

#### 6.1.15.5 Other $PM_{2.5}$ components

New information links cardiovascular effects with cyclohexanes and hopanes, although information for each is available from only a few studies and locations. In a combined analysis from Atlanta, GA, Birmingham, AL, and Dallas, TX, Kioumourtzoglou et al. (2013) observed that cyclohexane concentrations, a marker of gasoline exhaust, were associated with higher rates of IHD and heart failure. Sarnat et al. (2015) observed a positive association between ED visits for heart failure and hopanes in the St. Louis, MO metropolitan area, although Kioumourtzoglou et al. (2013) reported null associations with hopanes.

#### 6.1.15.6 Sources of $PM_{2.5}$

Several recent studies apportioned $PM_{2.5}$ components into source factors and provide some evidence linking $PM_{2.5}$ from traffic to cardiovascular hospital admissions. Studies of CVD hospital admissions are not entirely consistent, but they provide some evidence for an association with $PM_{2.5}$

concentration during wildfires. Evidence is generally sparse for $PM_{2.5}$ from dust or soil, oil, salt, and local industry.

Some studies have attempted to identify specific sources or components of $PM_{2.5}$ that may be most strongly associated with hospital admissions or ED visits for CVD. Cardiovascular hospital admissions were associated with $PM_{2.5}$ from motor vehicles or traffic in various U.S. regions. In New York City, NY, Lall et al. (2011) found that IHD, heart failure, and cerebrovascular disease hospital admissions were associated with $PM_{2.5}$ from traffic, but not other $PM_{2.5}$ components. In a subsequent analysis in the same data set, Lall et al. (2011) found that $PM_{2.5}$ derived from traffic was associated with same-day rates of hospital admissions for CVD while $PM_{2.5}$ from soil was inversely related. A study of eight California counties found small, positive associations with hospital admissions for IHD, heart failure, and arrhythmia and vehicle- or soil-related $PM_{2.5}$ in addition to $PM_{2.5}$ mass (Ostro et al., 2016). In source-based analyses, Ito et al. (2013) reported an association with the traffic category during the cold season and CVD hospital admissions. Another large, multicity Medicare study also found that CVD hospitalizations were strongly related to $PM_{2.5}$ components from traffic sources, as well as sea salt/street salt, industrial combustions, and soil and road sources (Zanobetti et al., 2009). A study of Medicare beneficiaries by Zanobetti et al. (2009) noted stronger associations with MI and $PM_{2.5}$ from traffic, industrial combustion sources, sea salt/street salt, industrial sources, and wood burning and soil. Ostro et al. (2016) also examined $PM_{2.5}$ in relation to MI, and although they reported no association with $PM_{2.5}$ mass, they did report small positive associations with vehicle- and soil-related $PM_{2.5}$.

Examination of wildfire-related $PM_{2.5}$ was available from different regions across the U.S. In the 2009 PM ISA, Delfino et al. (2009a) reported positive associations of total CVD admissions, IHD, CHF, and CBVD with southern California wildfires during 2003. Smaller studies reported inconsistent evidence of associations across outcomes. A study during a month of Colorado wildfires in 2012 reported generally null associations for all CVD outcomes except IHD (Alman et al., 2016). Conversely, a small study in Albuquerque, NM reported positive associations with total CVD admissions, CBVD, and PVD during a 2011 wildfire (Resnick et al., 2015). Additionally, two small studies of a rural North Carolina peat wildfire events reported positive associations with hypertension and all-cause cardiac outcomes (Tinling et al., 2016) and CHF (Rappold et al., 2012; Rappold et al., 2011). In a large study of 561 urban and rural counties in the western U.S. using Medicare data, Liu et al. (2017) reported null associations between total CVD HA/ED visits on wildfire smoke days compared with nonsmoke days from 2004−2009. This study is notable for the ability to incorporate many rural counties into the analysis by using modeled wildfire-specific $PM_{2.5}$ data; however, the use of dichotomous exposure to define smoke and nonsmoke days may be source of exposure misclassification, even in sensitivity analyses. Furthermore, although wildfires are generally regional events, the use of county-level exposure assignment may contribute to exposure misclassification, particularly among large, rural western counties. Overall, evidence is limited for any association between exposure to wildfire derived $PM_{2.5}$ and cardiovascular HA/ED visits. Variability in study results may be related to regional heterogeneity in wildfire characteristics that depend on fuel sources, ecology, and meteorological conditions.

### 6.1.15.7 Associations between $PM_{2.5}$ Components and Sources and Effects in People with Diabetes

Short-term exposure to BC is associated with increases in inflammatory markers and HOMA-IR (Brook et al., 2016; O'Neill et al., 2007), decreased HRV and BAD (Table 6-32). Sulfate was associated with circulating markers of inflammation but not with BAD, FMD, or NMD. OC was negatively associated with BAD (Zanobetti et al., 2014b). The single study that considered copollutant confounding reported that the association between BC and HRV did not persist after adjustment for $NO_2$ or CO.

**Table 6-32 Summary of studies evaluating short-term exposure to $PM_{2.5}$ components and sources in people with diabetes.**

| Study | Study Population | Exposure Assessment | Concentration | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| O'Neill et al. (2007)<br>Boston, MA<br>1998−2002 | N = 92 RCT participants<br>Type 2 diabetes | 24-h avg<br>1 monitor within 1.5 km of clinic | BC<br>Mean (SD): 1.1 (0.8)<br>IQR 0.6 | ICAM-1<br>VCAM-1<br>vWF | NR |
| †Brook et al. (2016)<br>Beijing, China<br>BC | Adults with metabolic syndrome | 24-h avg, lag 1−7 day, 3 monitors | BC<br>Mean (SD) 6.5 (3.7)<br>IQR 4.5 | HOMA-IR | NR |
| †Sun et al. (2015)<br>Shanghai, China<br>2010 | N = 53<br>Type 2 diabetes | 4-h moving avg prior to clinic visit, monitor near residence (April, June, September) | BC<br>Mean (SD): 4.09 (2.37) | SDNN | Correlations (*r*): PNC5−560 = 0.52<br>2-pollutant models decreased after adjustment for Ozone<br>Increased/null after adjustment for $NO_2$ and CO |
| †Zanobetti et al. (2014b)<br>Boston, MA<br>2006−2010<br>Five follow-up exams 2 weeks apart | N = 64<br>49−54 yr<br>Type 2 diabetes | 24 h avg, 1 monitor, reside within 25 km<br>1 and 5-day avg concentrations | BC<br>Mean 0.61<br>Median 0.54<br>IQR 0.35 | BAD<br>FMD<br>NMD | Correlations (*r*): $PM_{2.5}$ = 0.65, OC = 0.50, PN = −0.05, $SO_4$ = 0.52 |
| †Zanobetti et al. (2014b)<br>Boston, MA<br>2006−2010<br>Five follow-up exams 2 weeks apart | N = 64<br>49−54 yr<br>Type 2 diabetes | 24 h avg, 1 monitor, reside within 25 km<br>1 and 5-day avg concentrations | OC<br>Mean 3.03<br>Median 2.85<br>IQR 1.75 | BAD<br>FMD<br>NMD | Correlations (*r*): $PM_{2.5}$ = 0.54, BC = 0.50, PN = −0.15, $SO_4$ = 0.48 |

**Table 6-32 (Continued): Summary of studies evaluating short-term exposure to $PM_{2.5}$ components and sources in people with diabetes.**

| Study | Study Population | Exposure Assessment | Concentration | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Zanobetti et al. (2014b)<br>Boston, MA<br>2006−2010<br>Five follow-up exams 2 weeks apart | N = 64<br>49−54 yr<br>Type 2 diabetes | 24 h avg, 1 monitor, reside within 25 km<br>1 and 5-day avg concentrations | Sulfate<br>Mean 2.13<br>Median 1.61<br>IQR 1.47 | BAD<br>FMD<br>NMD | Correlations (*r*):<br>$PM_{2.5}$ = 0.76,<br>BC = 0.52,<br>PN = −0.27,<br>OC = 0.43 |
| †O'Neill et al. (2007)<br>Boston, MA<br>1998−2002 | N = 92 RCT participants<br>Type 2 diabetes | 24-h avg<br>1 monitor within 1.5 km of clinic | Sulfate<br>Mean (SD): 3.0 (2.0)<br>IQR 2.2 | ICAM-1<br>VCAM-1<br>vWF | NR |

avg = average; BAD = brachial artery diameter; BC = black carbon; CO = carbon monoxide; FMD = flow-mediated dilation; h = hour; HOMA-IR = Homeostatic Model Assessment of Insulin Resistance; ICAM-1 = intercellular adhesion molecule 1; IQR = interquartile range; km = kilometer; N = number; NDM = nitroglycerin-mediated dilation; $NO_2$ = nitrogen dioxide; NR = not reported; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PN = particle number; PNC = particle number count; *r* = correlation coefficient; RCT = randomized controlled trial; SD = standard deviation; $SO_4$ = sulfate; VCAM-1 = vascular cell adhesion molecule 1; vWF = Von Willebrand factor; yr = year.

†Studies published since the 2009 PM ISA.

### 6.1.15.8 Toxicological Studies of Individual Components and Sources as Part of the Particulate Matter (PM) Mixture

It is still unknown whether particular sources or components of $PM_{2.5}$ are responsible for health effects or if certain sources and components can be ruled out as not contributing to adverse health effects. At the time of the last PM NAAQS review, the ISA concluded that "many constituents of PM can be linked with differing health effects and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to health outcomes" (U.S. EPA, 2009). The following section is organized by health endpoint and exposure duration and includes in vivo toxicology studies in which animals were exposed via inhalation. Lippmann et al. (2013b) conducted a series of studies in $ApoE^{-/-}$ mice that were exposed to $PM_{2.5}$ CAPs for 6 hours/day, 5 days/week for a total of 6 months (NPACT Study 1). Beginning in 2007, separate studies were conducted in Manhattan, NY, Tuxedo, NY, East Lansing, MI, Seattle, WA, and Irvine, CA, with the last one concluding in 2011. At all locations, mice were exposed to CAPs at nominal 8−10 times ambient concentrations, resulting in mean exposure concentrations of 138 µg/m³ at Irvine, CA, 136 µg/m³ at Tuxedo, NY, 122.9 µg/m³ at Manhattan, NY, 67.8 µg/m³ at East Lansing, MI, and 60.5 µg/m³ at Seattle, WA. Measured $PM_{2.5}$ components included for source apportionment included Al, Ba, Br, Ca, Cu, Cr, Fe, K, Mn, Ni, P, Pb, S, Se, Si, V, Zn, and EC. In addition, $NO_2$ data were used for the Manhattan, NY analysis to aid in identifying and separating a traffic source category. Acute CAPs exposure resulted in some changes in HR and HRV measurements. Generally, the most significant effects were observed for mice exposed to $PM_{2.5}$ from both sites in New

York. Decreases in HR and LF:HF and increases in SDNN and rMSSD at lag 0 and 1 (and to a lesser extent at lag 2) were seen in animals exposed to Manhattan, NY $PM_{2.5}$. For Tuxedo, NY, the pattern was opposite, with significant increases in HR and LF:HF and significant decreases in SDNN and rMSSD at lag 0 (and to a lesser extent at lag 1 and 2). Very few significant changes in heart rate variability parameters were observed in animals exposed to $PM_{2.5}$ in East Lansing, MI, Seattle, WA, or Irvine, CA.

The number of significant changes in HR and HRV by site at Lag Day 0 were analyzed for 16 individual components. Across all of the sites, the greatest number of HR/HRV changes were for Na (149), Br (144), and Si (138). As mentioned previously, Manhattan and Tuxedo, NY had double the number of HR/HRV changes compared with East Lansing, MI, Seattle, WA, or Irvine, CA. For Manhattan, NY, the greatest number of HR/HRV changes was for Ni and P (both with 68) followed by Na (65), V (59), S (54), and EC (50). The pattern was different for Tuxedo, NY, with the greatest number of HR/HRV changes associated with Br (49), P (46), S (43), and K (42). The fewest number of HR/HRV changes across all sites was for Cr (31), Pb (40), Cu (57), and Mn (59).

Embedded within the NPACT study, a subset of data and results were provided in Chen et al. (2010). This subset focused on the Manhattan and Tuxedo, NY (aka Sterling Forest, NY) exposures and HR and HRV changes. $ApoE^{-/-}$ mice were exposed to filtered air or $PM_{2.5}$ CAPs from May to September 2007. Mean CAPs concentrations in Manhattan, NY were identical to those reported in Lippmann et al. (2013b) of 122.9 $\mu g/m^3$ and slightly higher than those reported in Lippmann et al. (2013b) of 133.3 $\mu g/m^3$ in Sterling Forest, NY. Notably, the changes in HR and HRV parameters with CAPs concentration were similar to those in the NPACT study. Decreases in HR and LF:HF and increases in SDNN, rMSSD, LF, and HF were observed with mice exposed to Manhattan, NY CAPs at all time periods (9 a.m.−2 p.m., 7 p.m.−10 p.m., 1 a.m.−4 a.m.) for lags 0 and 1. At Sterling Forest, NY, increases in HR and decreases in SDNN, rMSSD, LF, and HF were observed at lag 0 and select periods at lag 1. When examining 20 individual elements with HR and HRV responses, Br, EC, Na, Ni, P, S, and V consistently resulted in significant changes across all time periods (magnitude and directions not provided) on lags 0 and 1 at the Manhattan, NY site. Al and Se were associated with significant changes at lag 1 only and Ni and P were associated with significant changes at lag 2. At the Sterling Forest, NY site, only S was associated with significant changes at lag 0, with Br and Zn at lag 1, and only Si for lags 0 and 1.

Two pollutant regression models were also performed using CAPs, S, or EC as one factor and individual components as the second factor. For animals exposed to Manhattan, NY CAPs, the CAPs associations were more strongly associated with altered cardiac function than were most of the elements for lag 0 and 1. Ni and S had stronger associations with ECG changes than did the other elements at lag 0. For animals exposed to Sterling Forest, NY CAPs, the CAPs association were also stronger than those for the other elements at lag 0. Br, S, Si, and Zn were more strongly associated at lag 1 and lag 2 compared with other elements.

In a study conducted for 13 consecutive days (8 hours/day) in summer 2005 and winter 2006 in southwest Detroit, MI, ECG changes were assessed in male SH rats exposed to $PM_{2.5}$ CAPs (Rohr et al.,

2011). Mean concentration of CAPs during the summer exposure was 518 μg/m$^3$, with mean exposure concentrations in the winter being 357 μg/m$^3$. PM composition was much more variable in summer than in winter. Over the entire 8-hour exposure period in summer, significant differences in HR, SDNN, or rMSSD were not observed between air controls and CAPs-exposed animals. When 30-minute intervals were examined during summer exposures, reductions in SDNN were associated with EC, Fe, Sr, Mg, As, Ca, Ti, Mn, Se, Ba, Sb, Pb, Ce, and Zn. Over the entire 8-hour period in winter, only HR demonstrated significant responses. Increased HR was associated with Mg and decreased HR was associated with Fe, Ti, Cu, Pb, Sn, Co, EC, OC, Se, and In. For 30-minute intervals in winter, both HR and rMSSD were significantly different between the air and CAPs exposed groups. Generally, HR was decreased in the PM-exposed animals and rMSSD was increased. Reductions in HR were associated with Ba, As, Tb, EC, Cd, Zn, S, Sr, Mn, Ca, Ti, Fe, Rb, Cr, Mg, Se, Sb, K, and Cu; only La had an association with increased HR. Increases in rMSSD were associated with Ba, EC, Zn, As, and Rb.

In a study using methods similar to Rohr et al. (2011), male SH rats were exposed to $PM_{2.5}$ CAPs from Steubenville, OH for 13 consecutive days (8 hours/day) in August 2006 (Kamal et al., 2011). During exposure, winds originated from the southwest (SW) or northeast (NE). Mean CAPs concentration over the exposure period was 406 μg/m$^3$. Approximately 30 $PM_{2.5}$ components were identified and used in univariate regression to connect to ECG changes. Furthermore, PMF was used to determine the major emission sources contributing the $PM_{2.5}$ concentrations during the study period. Sulfate and OC made up over 50% of CAPs mass. Using 30-minute average data over the entire exposure period (regardless of wind direction), significant CAPs effects were observed for HR and SDNN, but not rMSSD. When separating out wind direction, HR and SDNN changes were significant for both the SW and NE wind directions, whereas rMSSD changes were only significant for the SW wind direction. Generally, decreases in HR were observed with wind originating from the NE and associated with S, Se, Pb, Rb, Mn, Zn, Sr, Fe, Cd. In contrast, increases in HR were observed with wind originating from the SW and associated with Mo, La, PM mass, Ce, V, Ti, As, and Sb. For SDNN, most of the changes were decreases with more components associated when winds were from the NE (Sb, Pb, Zn, Rb, As, Sn, K, V, Cd, Mo, Ti, Cr). Fewer components were associated with decreased SDNN with winds from the SE (Mo, As, Sb). Changes in rMSSD were only observed with wind from the SW, with both increases (Al, Mg) and decreases noted (Mo, V). To assess the contribution of $PM_{2.5}$-grouped components on resultant health effects in toxicological studies, we used the approach from Stanek et al. (2011). This approach is consistent with the Review Panel of the NPACT initiative that states both source categories and component concentrations should be used directly in the health analyses (assuming the study design permits) with a focus on examining consistencies and differences between the two approaches (Lippmann et al., 2013b). Four criteria were applied to the studies that were identified during the literature search. Each study needed to meet all the criteria to be included:

- exposures conducted using $PM_{2.5}$ from U.S. airsheds or those representative of the U.S. (e.g., Europe, Canada);
- inclusion of at least five PM components;

- grouping of PM components using statistical methods, for which the groups were not predefined based on common physical or chemical properties (e.g., water soluble vs. nonsoluble); and
- formal statistical analysis investigating the relationship between groups of PM components or PM sources and health effects.

Studies that examined $PM_{2.5}$ using individual components or individual source emissions are not included because this is a limited approach that does not consider the combined contribution of the $PM_{2.5}$ mixture to health effects.

In the NPACT Study 1 (Lippmann et al., 2013b), a source characterization statistical model was used to determine associations between identified source categories and the HR and HRV changes. Table 6-33 shows general HR and HRV results over the exposure period for each location and identified source category. This is a semi-quantitative evaluation of the number of significant associations, given that there were six cardiac measures (HR, SDNN, rMSSD, LF, HF, and LF:HF) analyzed over four different time periods (9 a.m.–2 p.m., 7 p.m.–10 p.m., 10 p.m.–1 a.m., 1 a.m.–3 a.m.) and three different lags (0, 1, and 2).

As expected, those locations with greater $PM_{2.5}$ responses, also demonstrated more counts of significant associations between source categories and HR and HRV measurements, albeit all locations had at least one source category strongly associated with a change in cardiac function.

Looking across locations and source categories, soil was associated with HR/HRV changes in mice exposed to $PM_{2.5}$ at any location, with the greatest frequencies occurring on lag 1 or 2. Residual oil combustion was most frequently associated with HR/HRV changes in Manhattan across all lags and was also frequently observed in Seattle, WA and Irvine, CA, albeit to a greater extent on lags 1 and 2 in Seattle. There was a much greater frequency of HR/HRV changes related to traffic in Manhattan, NY than in Seattle, WA and Irvine, CA, which is likely explained by the fact that the laboratory in Manhattan, NY is located close to busy roads. The source categories of secondary aerosols in Manhattan, NY, sulfur-coal in Tuxedo, NY and East Lansing, MI, and sulfates in Seattle, WA were all associated with HR/HRV changes. However, the frequency of these changes was less than for other source categories, except for Tuxedo, NY (where concentrations were much higher than Seattle, WA or East Lansing, MI). In Manhattan, NY, Tuxedo, NY, Seattle, WA, and Irvine, CA, salt was also associated with HR/HRV changes, with frequency of occurrence being in the middle of the range of all source categories at each location; the timing of the associations (i.e., lag) varied by location. Biomass combustion was associated with HR/HRV changes only in Seattle, WA and Irvine, CA, with the association only being observed at lag 0 in Seattle, WA.

**Table 6-33 NPACT study results for identified source categories and occurrence of heart rate and heart rate variability changes.**

| Location | Identified Source Categories | General HR and HRV Results |
|---|---|---|
| Manhattan, NY | Incineration (Pb, Zn); Steel (Fe, Mn); Soil (Al, Si, Ca); Residual oil combustion (Ni, V); Sulfur-coal (S, Se); Fireworks (K, Ba, Cr); Salt (Na, Mg, Cl); Traffic (EC, $NO_2$); Secondary aerosols (S, OC) | Residual oil combustion had the largest number of HR/HRV changes (54); combining sulfur-coal and secondary aerosol source categories to represent regionally transported $PM_{2.5}$ had even greater number of responses (59); salt and traffic demonstrated changes (48 and 44, respectively); changes associated with soil were less frequent (13); for steel and incineration, the strongest associations were on lag 0 with little response on lag 1 or 2 |
| Tuxedo, NY | Sulfur-coal (Se, S, P, Br); Soil (Si, Ti, Al, Ca); Salt (Na, Cl); Ni refinery (Fe, Ni, Zn, Ca, Mn, V) | Sulfur-coal had the highest number of HR/HRV changes (27), with soil having the second most (24); soil had the highest number of responses on lag 1 (18); almost all salt significant associations were on lag 0 (13 of 14) |
| East Lansing, MI | Soil (Si, Ca, Al, Fe); Sulfur-coal (S); Residual oil combustion (V, Ni); Zn-Cl (Zn, Cl); EC-OC (EC, OC) | Overall there were much fewer instances of significant HR/HRV associations compared with other sites (20 total across all source categories); soil and Zn-Cl had the highest number of HR/HRV changes (6 each), although greatest soil associations were observed with lag 2; the highest number of sulfur-coal associations were observed at lag 0 (4); Few associations were seen with OC-EC and residual oil combustion (2 and 1, respectively) |
| Seattle, WA | Salt (Na, Mg, Cl); Soil (Al, Si, Ca, Fe); Traffic and road dust (Ca, Mn, Cu, Fe, Zn, EC); Biomass combustion (K, Cu, EC); Residual oil combustion (V, Ni); Sulfates (S, Br) | Soil had the most HR/HRV changes (31) across all lags; residual oil combustion and salt had the second and third most responses (13 and 8, respectively) with both demonstrating more changes at lag 2; biomass combustion was only associated with HR/HRV changes on lag 0 (6), and sulfates only associated with HR/HRV changes on lag 2 (5) |
| Irvine, CA | Residual oil combustion (V, Ni); Soil (Si, Al); Traffic (Mn, Cu, Ca, EC); Biomass combustion (K, EC); Salt (Cl, K); Metals (Pb, Zn) | Soil had the most number of significant HR/HRV changes (20), with most observed on lag 2 (14); a similar temporal relationship was demonstrated with biomass combustion (11 total, with 6 on lag 2); residual oil combustion was third (10) distributed evenly across the lags; soil, metals and traffic had much fewer significant associations with HR/HRV changes (5, 4, and 3, respectively) |

Al = aluminum; Ba = barium; Br = bromine; Ca = calcium; Cl = chlorine; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; HR = heart rate; HRV = heart rate variability; K = potassium; Mg = magnesium; Mn = manganese; Na = sodium; Ni = nickel; $NO_2$ = nitrogen dioxide; NPACT = National Particle Component Toxicity; OC = organic carbon; P = phosphorus; Pb = lead; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; S = sulfur; Se = selenium; Si = silicon; Ti = titanium; V = vanadium; Zn = zinc.

### 6.1.16 Summary and Causality Determination

A large body of recent evidence confirms and extends the evidence from the 2009 PM ISA (U.S. EPA, 2009) indicating a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The strongest evidence in the 2009 PM ISA was from epidemiologic studies of ED visits and hospital admissions for IHD and heart failure, with supporting evidence from epidemiologic studies of cardiovascular mortality. Changes in various measures of cardiovascular function in CHE studies provided some biological plausibility for these associations. In addition, animal toxicological studies reporting some evidence of reduced myocardial blood flow during ischemia, altered vascular reactivity, and ST segment depression provided additional biological plausibility. In the current review, evidence supporting the causality determination includes generally positive associations reported from epidemiologic studies of hospital admissions and ED visits for cardiovascular-related effects, and in particular, for IHD and heart failure. Results from these observational studies are supported by experimental evidence from CHE and animal toxicological studies of endothelial dysfunction, as well as endpoints indicating impaired cardiac function, increased risk of arrhythmia, changes in HRV, increases in BP, and increases in indicators of systemic inflammation, oxidative stress, and coagulation. Additional results from observational panel studies, although not entirely consistent, provide at least some evidence of increased risk of arrhythmia, decreases in HRV, increases in BP, and ST segment depression. Thus, epidemiologic panel studies also provide some support to the causality determination and to biological plausibility. Finally, epidemiologic studies of CVD-related mortality provide additional evidence that demonstrates a continuum of effects from biomarkers of inflammation and coagulation, subclinical endpoints (e.g., HRV, BP, endothelial dysfunction), ED visits and hospital admissions, and eventually death. The current body of evidence also reduces uncertainties from the previous review related to potential copollutant confounding and limited biological plausibility for CVD effects following short-term $PM_{2.5}$ exposure. Evidence supporting the causality determination for short-term $PM_{2.5}$ exposure and cardiovascular effects reached in this ISA is discussed below and summarized in Table 6-34, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

The generally consistent, positive associations observed in numerous epidemiologic studies of ED visits and hospital admissions for IHD, heart failure, and combined cardiovascular-related endpoints contribute to the evidence supporting a *causal relationship* between short-term $PM_{2.5}$ exposure and CVD. Among this body of evidence, nationwide studies of older adults using Medicare reported positive associations between $PM_{2.5}$ concentrations and heart failure hospital admissions (Section 6.1.3.1). Consistent with the results of these large Medicare studies, additional multicity studies conducted in the Northeast reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits or hospital admissions for IHD (Section 6.1.2.1), whereas studies conducted in the U.S. and Canada reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits for heart failure. Results from epidemiologic studies conducted in single cities contribute additional support to the causality determination but are less consistent, showing both positive and null associations between $PM_{2.5}$ concentrations and these endpoints (Section 6.1.2 and Section 6.1.3). Overall, the recent body of IHD and

heart failure epidemiologic evidence agrees with the evidence from previous ISAs reporting mainly positive associations between short-term $PM_{2.5}$ concentrations and ED visits and hospital admissions. In addition, several of the more recent CHE, animal toxicological, and epidemiologic panel studies provide plausible evidence that $PM_{2.5}$ exposure could result in IHD or heart failure through pathways that include endothelial dysfunction, arterial thrombosis, and arrhythmia (Section 6.1.1). Recent epidemiologic panel studies also support the plausibility for IHD and heart failure endpoints by reporting some evidence of ST segment depression (Section 6.1.2.2), and a recent CHE study and animal toxicological study show decreased cardiac function following short-term $PM_{2.5}$ exposure (Section 6.1.3.2 and Section 6.1.3.3).

Results from additional CHE studies published since the last review also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The most consistent evidence from these studies is for endothelial dysfunction as measured by changes in BAD or FMD. More specifically, and in contrast to the last review where a couple of studies did not find changes in endothelial function, multiple studies in the current review examining the potential for endothelial dysfunction reported an effect of $PM_{2.5}$ on measures of blood flow (Section 6.1.13.2) relative to FA exposure. Nevertheless, all studies were not in agreement with respect to the timing of the effect or the mechanism by which reduced blood flow was occurring (i.e., endothelial independent- vs. endothelial-dependent mechanisms). In addition to endothelial dysfunction, CHE studies published since the last review using CAPs, but not filtered DE, generally reported evidence for small increases in blood pressure, although there were inconsistencies across studies with respect to changes in SBP and DBP. It is notable however, that in recent CAPs studies where increases in one measure of BP (e.g., SBP), but not the other (e.g., DBP) was found to be statistically significant, that other measure of BP usually changed as well, but the change was not found to be statistically significant (Section 6.1.6.3). That said, these recent results are not in agreement with a couple of older controlled human exposure studies that reported no appreciable changes in blood pressure following short-term $PM_{2.5}$ exposure. In addition, although not entirely consistent, there is further evidence from recent CHE studies for conduction abnormalities/arrhythmia (Section 6.1.4.3), changes in HRV (Section 6.1.10.2), changes in hemostasis that could promote clot formation (Section 6.1.12.2), and increases in inflammatory cells and markers (Section 6.1.11.2). Thus, although uncertainties remain, CHE studies are in coherence with epidemiologic studies by demonstrating that short-term exposure to $PM_{2.5}$ may result in the types of cardiovascular endpoints that could lead to ED visits and hospital admissions.

Animal toxicological studies published since the 2009 PM ISA also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. A recent study demonstrating decreased cardiac contractility and left ventricular pressure in mice is coherent with the results of epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and heart failure (Section 6.1.3.3). In addition, like in the CHE studies, there is generally consistent evidence in animal toxicological studies for indicators of endothelial dysfunction (Section 6.1.13.3). Studies in animals also provide evidence for changes in several other cardiovascular endpoints following short-term $PM_{2.5}$ exposure. Although not entirely consistent, these studies provide at least some evidence of conduction abnormalities and

arrhythmia (Section 6.1.4.4), changes in HRV (Section 6.1.10.3), changes in BP (Section 6.1.6.4), and evidence for systemic inflammation and oxidative stress (Section 6.1.11.3). Finally, these toxicological studies also suggest that genetic background, diet, and PM composition may influence the effect of short-term $PM_{2.5}$ exposure on some of these health endpoints.

As outlined above, across the scientific disciplines, there is evidence for a continuum of cardiovascular-related health effects following short-term exposure to $PM_{2.5}$. These effects range from relatively modest increases in biomarkers related to inflammation and coagulation, to subclinical CVD endpoints such as endothelial dysfunction, to ED visits and hospital admissions for outcomes such as IHD and heart failure. In coherence with this continuum of effects is a body of epidemiologic studies reporting a relatively consistent relationship between short-term $PM_{2.5}$ exposure and CVD-related mortality. These epidemiologic studies also reduce a key uncertainty from the last review by providing evidence that gaseous pollutants are not likely to confound the $PM_{2.5}$-cardiovascular mortality relationship.

Taken together, the recent evidence described throughout Section 6.1 extends the consistency and coherence of the evidence base reported in the 2009 PM ISA and 2004 AQCD. Direct evidence for $PM_{2.5}$ exposure-related cardiovascular effects can be found in several CHE and animal toxicological studies. In coherence with these results are epidemiologic panel studies also finding that $PM_{2.5}$ exposure is associated with some of the same cardiovascular endpoints reported in CHE and animal toxicological studies. There is a limited number of studies evaluating some of these endpoints, and there are some inconsistencies in results across some of these animal toxicological, CHE, and epidemiologic panel studies, although this may be due to substantial differences in study design, study populations, or differences in PM composition across air sheds. Nonetheless, the results from these epidemiologic panel, CHE, and animal toxicological studies, in particular those related to endothelial dysfunction, impaired cardiac function, ST segment depression, thrombosis, conduction abnormalities, and BP, provide coherence and biological plausibility for the consistent results from epidemiologic studies observing positive associations between short-term $PM_{2.5}$ concentrations and IHD and heart failure, and ultimately cardiovascular mortality. **Overall, considering the entire evidence base, there continues to be sufficient evidence to conclude that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and cardiovascular effects.**

**Table 6-34 Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in ED visits and hospital admissions for IHD and CHF in multicity studies conducted in the U.S., Canada, Europe, and Asia<br>Increases in cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. | Section 6.1.2.1<br>Section 6.1.3.1<br>Section 6.1.9 | 5.8−18.6<br>5.8−18.0 |
| Evidence from controlled human exposure studies at relevant $PM_{2.5}$ concentrations | Consistent changes in measures of endothelial dysfunction<br>Generally consistent recent evidence for small increases in measures of blood pressure following CAPs exposure<br>Although not entirely consistent, there is additional evidence of conduction abnormalities, heart rate variability, impaired heart function, systemic inflammation/oxidative stress | Section 6.1.13.2<br>Section 6.1.6.3<br>Section 6.1.4.3<br>Section 6.1.3.2<br>Section 6.1.10.2<br>Section 6.1.11.2 | 24−325<br>See Tables in identified sections |
| Consistent evidence from animal toxicological studies at relevant $PM_{2.5}$ concentrations | Consistent changes in indicators of endothelial dysfunction.<br>Additional evidence of changes in impaired heart function, conduction abnormalities/arrhythmia, heart rate variability, blood pressure, systemic inflammation/oxidative stress | Section 6.1.13.3<br>Section 6.1.6.4<br>Section 6.1.4.4<br>Section 6.1.3.3<br>Section 6.1.11.3 | 168.7−510<br>See Tables in identified sections |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | The magnitude of $PM_{2.5}$ associations remain positive, but in some cases are reduced with larger confidence intervals in copollutant models with gaseous pollutants. Further support from copollutant analyses indicates positive associations for cardiovascular mortality. Recent studies that examined potential copollutant confounding are limited to studies conducted in Europe and Asia.<br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 6.1.14.1 | |

**Table 6-34 (Continued): Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| Consistent positive epidemiologic evidence for associations between $PM_{2.5}$ exposure and CVD ED visits and hospital admissions across exposure measurement metrics | Positive associations consistently observed across studies that used ground-based (i.e., monitors), model (e.g., CMAQ, dispersion models), and remote sensing (e.g., AOD measurements from satellites) methods, including hybrid methods that combine two or more of these methods. | Kloog et al. (2014) | |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure. Includes evidence for reduced myocardial blood flow, altered vascular reactivity, and ST segment depression. | Section 6.1.1<br>Figure 6-1 | |
| Uncertainty regarding geographic heterogeneity in $PM_{2.5}$ associations | Multicity U.S. studies demonstrate city-to-city and regional heterogeneity in $PM_{2.5}$-CVD ED-visit and hospital-admission associations. Evidence supports the supposition that a combination of factors including composition and exposure factors may contribute to the observed heterogeneity. | Section 6.1.2.1<br>Section 6.1.3.1 | |

AOD = aerosol optical depth; CHF = congestive heart failure; CMAQ = Community Multiscale Air Quality; CVD = cardiovascular disease; ED = emergency department; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; ST = beginning of S wave to end of T wave.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

## 6.2 Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

The scientific evidence pertaining to the cardiovascular effects of $PM_{2.5}$ reviewed in the 2009 PM ISA was "sufficient to infer a causal relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects" (U.S. EPA, 2009). The strongest line of evidence included findings from several large U.S. cohort studies that consistently showed positive associations between $PM_{2.5}$ exposure and cardiovascular mortality (Krewski et al., 2009; Miller et al., 2007; Laden et al., 2006; Pope III et al., 2004). While several studies included in the 2009 PM ISA reported associations of long-term $PM_{10}$ exposure with morbidity, outcomes such as post-MI congestive heart failure [CHF; Zanobetti and Schwartz (2007)] and

deep vein thrombosis [DVT; Baccarelli et al. (2008)], epidemiologic evidence relating to $PM_{2.5}$ was limited to a study of postmenopausal women (Miller et al., 2007) and cross-sectional analyses of self-reported cardiovascular effects among participants in the German Heinz Nixdorf Recall (HNR) study (Hoffmann et al., 2009; Hoffmann et al., 2006). These studies reported associations with coronary heart disease (CHD) and stroke. Biological plausibility and coherence with the epidemiologic findings were provided by studies using genetic mouse models of atherosclerosis demonstrating enhanced atherosclerotic plaque development and inflammation following 4- to 6-month exposures to $PM_{2.5}$ CAPs (U.S. EPA, 2009). Evidence from a limited number of toxicological studies in mice reporting CAPs-induced effects on coagulation factors, hypertension, and vascular reactivity was also used to support the causality determination. Recent epidemiologic studies add to the already strong evidence base supporting the association of long-term exposure to $PM_{2.5}$ with cardiovascular mortality (Section 6.2.10). Associations between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity outcomes (i.e., IHD, stroke) were observed in some studies with the most consistent results in people with pre-existing diseases (Chapter 12). Additional experimental studies of long-term exposure to $PM_{2.5}$ CAPs add to the collective evidence available to support a direct effect of $PM_{2.5}$ on the cardiovascular system, and they provide biological plausibility for associations observed in epidemiologic studies.

Some uncertainties remained to be addressed at the completion of the 2009 PM ISA despite the strong evidence supporting a *causal relationship* between long-term exposure to $PM_{2.5}$ and cardiovascular effects. The following sections evaluate the most policy-relevant scientific evidence, focusing on the extent to which recently available studies further characterize the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular effects. Specifically, the current section focuses on studies in which long-term average $PM_{2.5}$ concentrations are less than 20 $\mu g/m^3$, whereas the epidemiologic studies supporting the causality determination in the 2009 PM ISA were generally conducted in urban areas where mean $PM_{2.5}$ concentrations ranged up to 29.0 $\mu g/m^3$. In addition, an expanded set of longitudinal epidemiologic analyses is currently available to assess the effect of long-term exposure to $PM_{2.5}$ on the incidence of cardiovascular disease and to examine temporal changes in specific endpoints, such as coronary artery calcium (CAC), markers of systemic inflammation, and coagulation. A more extensive literature on CAPs exposure reduces the uncertainties related to the inclusion of diesel and other mixture studies in the 2009 PM ISA. These studies, in combination with a limited number of recently available epidemiologic analyses that examine copollutant confounding, strengthen the evidence for a direct effect of long-term $PM_{2.5}$ on the cardiovascular system. Finally, an expanded set of studies describing the shape of the C-R function across the range of $PM_{2.5}$ concentrations is available, and studies that use spatiotemporal exposure models to characterize exposure of populations at greater distance from air monitors add to the collective evidence in the current review.

The subsections below evaluate the most policy-relevant scientific evidence relating-long-tern $PM_{2.5}$ exposure to cardiovascular effects. To clearly characterize and put this evidence into context, there is first a discussion of the biological plausibility of cardiovascular effects following long-tern $PM_{2.5}$ exposure (Section 6.2.1). Following this discussion, the health evidence relating long-tern $PM_{2.5}$ exposure

and specific cardiovascular health outcomes is discussed in detail. These include ischemic heart disease and myocardial infarction (Section 6.2.2), cerebrovascular disease and stroke (Section 6.2.3), atherosclerosis (Section 6.2.4), heart failure and impaired heart function (Section 6.2.5), cardiac electrophysiology and arrhythmia (Section 6.2.6), blood pressure and hypertension (Section 6.2.7), peripheral vascular disease (PVD), venous thromboembolism and pulmonary embolisms (Section 6.2.8), combinations of cardiovascular-related outcomes (Section 6.2.9), and cardiovascular-related mortality (Section 6.2.10). The evidence for an effect of $PM_{2.5}$ exposures on endpoints such as changes in heart rate variability (HRV) and endothelial function are discussed (Section 6.2.11, Section 6.2.12, Section 6.2.13, and, Section 6.2.14), as are copollutant confounding (Section 6.2.15), shape of the concentration response function (Section 6.2.16), and the relationship between health effects and exposure to specific $PM_{2.5}$ components (Section 6.2.17). Finally, the collective body of evidence is integrated across and within scientific disciplines,[67] and the rationale for the causality determination is outlined in Section 6.2.18.

### 6.2.1 Biological Plausibility

This subsection describes the biological pathways that potentially underlie cardiovascular effects resulting from long-term inhalation exposure to $PM_{2.5}$. Figure 6-16 graphically depicts these proposed pathways as a continuum of pathophysiological responses—connected by arrows—that may ultimately lead to the apical cardiovascular events observed in long-term epidemiologic studies. This discussion of how long-term exposure to $PM_{2.5}$ may lead to these cardiovascular events also provides biological plausibility for the epidemiologic results reported later in Section 6.2. In addition, most studies cited in this subsection are discussed in greater detail throughout Section 6.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

[67] As detailed in the Preface, risk estimates are for a 5-µg/m³ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.




HR = heart rate; HRV = heart rate variability; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to long-term $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving $PM_{2.5}$ exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 6-16 Potential biological pathways for cardiovascular effects following long-term exposure to $PM_{2.5}$.**

When considering the available health evidence, plausible pathways connecting long-term exposure to $PM_{2.5}$ to the apical events reported in epidemiologic studies are proposed in Figure 6-16. The first proposed pathway begins as respiratory tract inflammation leading to systemic inflammation.[68] The second proposed pathway involves modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that long-term exposure to $PM_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as IHD and heart failure.

Long-term inhalation exposure to $PM_{2.5}$ may result in respiratory tract inflammation and oxidative stress (Section 5.2). Inflammatory mediators such as cytokines produced in the respiratory tract can enter into the circulatory system where they may cause distal pathophysiological responses that could lead to overt cardiovascular disease. For example, following long-term exposure to $PM_{2.5}$, Kampfrath et

[68] It is also possible that particles ~200 nm or less, or soluble particle components, can translocate directly into the circulatory system (Chapter 4) and lead to systemic inflammation, although the extent to which particle translocation occurs remains unclear.

al. (2011) reported that vascular dysfunction occurred via NADPH oxidase and inflammatory pathways that require toll-like receptor 4 (TLR4). In addition, release of inflammatory mediators into the circulation such as monocyte chemoattractant protein 1 (MCP-1) can cause the recruitment of additional inflammatory cells, and thus amplify the initial inflammatory response (Carr et al., 1994). Thus, we note evidence from long-term experimental studies in animals (Tanwar et al., 2017; Aztatzi-Aguilar et al., 2015; Gorr et al., 2014; Lippmann et al., 2013a; Ying et al., 2013; Deiuliis et al., 2012; Wold et al., 2012; Kampfrath et al., 2011) demonstrating an increase in inflammatory cells, cytokines, or oxidative stress markers in the circulatory system following long-term $PM_{2.5}$ exposure. The release of cytokines such as IL-6 into the circulation can stimulate the liver to release inflammatory proteins and coagulation factors that can alter hemostasis and increase the potential for thrombosis (Lucking et al., 2011; van Eeden et al., 2005). Evidence from several $PM_{2.5}$ epidemiologic studies identified an association between long-term exposure to $PM_{2.5}$ and coagulation factor and/or liver-derived inflammatory markers (e.g., CRP) in the blood (Hajat et al., 2015; Viehmann et al., 2015; Hennig et al., 2014; Ostro et al., 2014). These observed effects may alter the balance between pro- and anticoagulation proteins and therefore increase the potential for thrombosis, which may then promote IHD, stroke, or thromboembolic disease elsewhere in the body. Systemic inflammation has also been shown to induce impaired vascular function (Kampfrath et al., 2011)—a systemic pathological condition characterized by the altered production of vasoconstrictors (e.g., ET-1) and vasodilators (e.g., NO)—that over time promotes plaque formation leading to atherosclerosis. Specifically, vascular dysfunction is often accompanied by endothelial cell expression of adhesion molecules and the release of chemo attractants for inflammatory cells. Macrophages may then internalize circulating lipids leading to the formation of foam cells, which are a hallmark of atherosclerotic lesions that may increase in size with $PM_{2.5}$ exposure, particularly in the presence of genetic and dietary risk factors (Rao et al., 2014; Lippmann et al., 2013a). Over time, these atherosclerotic lesions may become calcified as evidenced in a longitudinal epidemiologic study of $PM_{2.5}$ (Kaufman et al., 2016), and this often leads to arteriole stiffening and promotion of IHD or stroke. Importantly, evidence for impaired vascular function in response to long-term exposure to $PM_{2.5}$ is found in animal experimental studies (Ying et al., 2015; Kampfrath et al., 2011; Sun et al., 2008b).

In addition to long-term $PM_{2.5}$ exposure leading to cardiovascular disease through inflammatory pathways, there is also evidence that exposure to $PM_{2.5}$ could lead to cardiovascular disease through modulation of the autonomic nervous system, but the mechanism for doing so remains unclear. Nonetheless, there is evidence from studies in animals demonstrating modulation of autonomic function (as evidenced by changes in HRV and/or HR) following long-term $PM_{2.5}$ exposure (Ying et al., 2014; Lippmann et al., 2013a; Wold et al., 2012). Moreover, there is evidence for an increase in BP (Aztatzi-Aguilar et al., 2016; Ying et al., 2015; Wold et al., 2012) in animals following long-term $PM_{2.5}$ exposure. These results are consistent with associations reported in epidemiologic studies between long-term exposure to $PM_{2.5}$ and increases in BP and hypertension (Aaron et al., 2016; Zhang et al., 2016; Chen et al., 2014a). These increases are important given that hypertension can lead to heart failure through cardiac remodeling that results in reduced pumping efficiency. Similarly, hypertension can contribute to impaired vascular function and atherosclerosis (Brook et al., 2010a), which as noted above, may lead to IHD.

Hypertension may also result in arrhythmia through cardiac remodeling (Cascio, 2016; Brook et al., 2010a). Thus, epidemiologic evidence of associations between long-term exposure to $PM_{2.5}$ and indicators of potential arrhythmia (Van Hee et al., 2011) are particularly noteworthy. Arrhythmia can also contribute to IHD and stroke. For example, atrial fibrillation (a type of arrhythmia) is characterized by blood pooling and potentially clotting in the upper chamber (atria) of the heart. These clots can ultimately be pumped out of the heart and lodged in arteries supplying the brain with oxygen, thereby resulting in a stroke. Studies of hypertension and arrhythmia therefore provide additional plausibility for epidemiologic studies finding associations between long-term exposure to $PM_{2.5}$ and IHD, heart failure, stroke, and ultimately mortality.

When considering the available evidence, there are plausible pathways connecting long-term exposure to $PM_{2.5}$ to cardiovascular effects. The first proposed pathway begins with respiratory tract injury and inflammation that may enter into the circulatory system, potentially inducing a series of pathophysiological responses that could ultimately result in IHD, stroke, heart failure, or thromboembolic disease elsewhere in the body (Figure 6-16). The second proposed pathway involves changes in the autonomic nervous system that may result in hypertension, arrhythmia, and potentially the same apical events (Figure 6-16). Moreover, as described in Section 6.1.1, there is also an interplay between respiratory and cardiovascular effects that could potentially lead to cardiovascular disease. For example, it is possible that heart failure due to long-term $PM_{2.5}$ exposure could present in individuals with pre-existing respiratory disease (e.g., COPD) as respiratory effects (e.g., cough, wheeze) with accompanying dyspnea. Taken together, these proposed pathways provide biological plausibility for epidemiologic results indicating cardiovascular effects and will be used to inform a causality determination, which is discussed later in the chapter (Section 6.2.18).

### 6.2.2 Ischemic Heart Disease and Myocardial Infarction

The terms ischemic heart disease (IHD), coronary artery disease (CAD), or coronary heart disease (CHD) are generally interchangeable when used in the epidemiologic literature on the effects of air pollution. The majority of IHD is caused by atherosclerosis (Section 6.2.4), which can lead to the blockage of the coronary arteries and restriction of blood flow to the heart muscle. A myocardial infarction (MI) or heart attack is an acute event that results in heart muscle tissue death secondary to coronary artery occlusion. Studies that examine the ability of short-term exposure to $PM_{2.5}$ to trigger an MI are discussed in Section 6.1.2, whereas the studies examining the effect of long-term exposure on the incidence of MI or IHD are discussed here (Section 6.2.2).

The literature examining the association of long-term exposure to $PM_{2.5}$ with IHDs has expanded substantially from the few studies available for inclusion in the 2009 PM ISA. Overall, findings from recent epidemiologic studies do not provide entirely consistent evidence of an association between

long-term exposure to $PM_{2.5}$ and IHD in the populations studied. The strongest evidence of an association with IHD, however, is found in populations with pre-existing diseases (Chapter 12).

#### 6.2.2.1 Epidemiologic Studies

This section evaluates the epidemiologic studies reporting associations of long-term exposure to $PM_{2.5}$ with the development, prevalence, or recurrence of IHDs, including MI (Table 6-35).

**Table 6-35 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2000<br>Follow-up: 1994−1998 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000)<br>Most women within 10 km of monitor | Median 13.4<br>IQR 11.6−18.3 | MI and CHD<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations: NR |
| †Hart et al. (2015b)<br>U.S. (contiguous states)<br>Prospective cohort<br>$PM_{2.5}$: 1989−2006<br>Follow-up: 1988−2006 | NHS<br>N = 114,537<br>Follow-up: ~16 yr | Annual average at residential address, spatiotemporal model with monthly surface $PM_{2.5}$ measurements; (C-V $R^2$ 0.76 and 0.77 pre- [limited $PM_{2.5}$ data] and post-1999, respectively)<br>See Yanosky et al. (2009) for details | Mean (1989−2006): 13.4 (SD:3.3)<br>Mean: 2000−2006: 12 (SD: 2.8) | Self-reported physician diagnosed IHD with medical record review | Copollutant models: NR<br>Copollutant Correlations: $PM_{10-2.5}$: $r$ = 0.2; $PM_{10}$: $r$ = 0.67 |
| †Lipsett et al. (2011)<br>California<br>Prospective cohort<br>$PM_{2.5}$: 1999−2005<br>Follow-up: 1995−2000 | CTS<br>N = 124,614<br>Average follow-up: 5.6 yr | Multiyear average using IDW interpolation of monitors within 20 km (250- by 250-m grid) residential address | Mean:15.64 (SD: 4.48)<br>IQR: 8.02<br>Range: 3.11−28.35 | Incident MI (hospital records) | Copollutant model: NR<br>Copollutant Correlations: $PM_{10}$: $r$ = 0.91, $NO_2$: $r$ = 0.81, CO: $r$ = 0.53, $SO_2$: $r$ = 0.02 |

**Table 6-35 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration μg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>$PM_{2.5}$: 1988−2002<br>Follow-up: 1989−January 2003 | HPFU<br>N = 51,529<br>males | Annual average at residential address; spatiotemporal model with monthly surface $PM_{2.5}$ measurements; (C-V $R^2$ = 0.77, and 0.69; precision = 2.2 and 2.7 μg/m³, post-1999 and pre-1999, respectively); see Yanosky et al. (2009) for details | Mean: 17.8 (SD: 3.4)<br>IQR: 4.3 | Nonfatal MI (medical record review) | Copollutant model: $PM_{10-2.5}$<br>Copollutant correlations: NR |
| †Madrigano et al. (2013)<br>Worcester, MA<br>Incident case control<br>Exposure: 2000<br>Cases: 1995−2003 | Worcester Heart Attack Study<br>n = 4,467 Acute MI cases; n = 9,072 controls | Annual average at residential address; spatiotemporal model with monthly surface $PM_{2.5}$ measurements; observations of AOD calibrated to LUR (78 monitors); exposure (10- by 10-km grid)<br>Mean out-of-sample $R^2$ = 0.85<br>Kloog et al. (2011) | Mean (area $PM_{2.5}$): 9.43 (SD: 44); Mean (local $PM_{2.5}$) 1.07 (SD: 1.56); Mean (total $PM_{2.5}$): 10.5 (SD: 1.55) | Confirmed AMI | Copollutant model: regional $PM_{2.5}$ adjusted for local $PM_{2.5}$ from traffic<br>Copollutant correlations: NR |
| †Hartiala et al. (2016)<br>Ohio<br>Prospective<br>$PM_{2.5}$: 1998−2010<br>Outcome 2001-2007 (recruitment), follow-up after 3 yr (through2010) | N = 6,575<br>Ohio residents undergoing elective cardiac evaluation | 3-yr avg IDW interpolation at ZIP code centroid | Mean: 15.5<br>SD 1.1 | Confirmed MI (adjudicated diagnosis) | $NO_2$ $r$ = 0.15<br>Copollutant model: NR |
| †Cesaroni et al. (2014)<br>11 Cohorts in Finland, Sweden, Italy, Denmark, and Germany<br>Prospective cohort<br>$PM_{2.5}$: 2008−2011<br>Follow-up: 1992−2007, depending on cohort | ESCAPE<br>N = 100,166<br>Average follow-up: 11.5 yr | Annual average $PM_{2.5}$ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance $R^2$ ≥0.61 | Mean ranged from 7.3 (SD = 1.3) to 31 (1.7) | IHD (hospital records) | Copollutant models: NR<br>Correlations available for each cohort reported |
| †Hoffmann et al. (2015)<br>Prospective cohort<br>$PM_{2.5}$: August 2008−September 2009<br>Outcome: 2000−2003 (baseline) | HNR study<br>N = 4,433<br>Average follow-up: 7.9 yr | Annual average $PM_{2.5}$ at residential address estimated by LUR with input from 20 locations | Mean: 18.4 | MI, sudden cardiac death and fatal CHD<br>Medical record review by committee | Copollutant models: NR<br>Copollutant correlations: NR |

**Table 6-35 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and ischemic heart disease.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013)<br>205 medical practices, U.K.<br>Prospective cohort<br>$PM_{2.5}$: 2002<br>Follow-up: 2003−2007 | General Practice database<br>N = 836,557 patients (40−89 yr) | Annual average (2002) estimated using dispersion model (1- by 1-km grid) linked to residential postal code<br>$PM_{2.5}$ model validation: $R^2$ = 0.5 (correlation with national air quality network) | Mean 12.9 (SD 1.4)<br>Range 7.2−20.2<br>IQR: 1.9 | MI (medical records) | Copollutant models: NR<br>PM10 $r$ = 0.99, $SO_2$ $r$ = 0.53; $NO_2$ $r$ = 0.87; $O_3$ $r$ = −0.43 |
| †Tonne et al. (2015)<br>Greater, London<br>Prospective cohort<br>$PM_{2.5}$: 2003−2010<br>Follow-up: 2003−2007(recruitment) followed through 2010 | MINAP (MI Survivors)<br>N = 18,138<br>Average follow-up 4 yr | Annual average estimated using dispersion models (20 by 20 m grid) time-varying exposure assigned within 100 m of patients' residential postal code centroid | Mean: 14.6 (SD: 1.3); IQR: 1.5 | Readmission for STEMI or non-STEMI and death combined | Copollutant models: NR<br>Copollutant correlations:<br>$PM_{10}$ $r$ = 0.96; $O_3$ $r$ = −0.82, $NO_X$ $r$ = 0.73; $NO_2$ $r$ = 0.71 |
| †Koton et al. (2013)<br>Eight medical centers, Israel<br>$PM_{2.5}$: 2003−2005<br>Follow-up: 1992, 1993−2005 | Post-MI patients (≥65 yr) admitted to medical centers<br>Average follow-up 13.2 yr<br>N = 341 | Multiyear average at residence, kriging interpolation (12 monitors)<br>Imputed values uncertainty lower than 7 µg/m³ (C-V error 1.6−6% overall) | Median: 23.9 (Range: 17.0−26.6) | Recurrent MI, heart failure, stroke or TIA | Copollutant models: NR<br>Copollutant correlations: NR |

AOD = aerosol optical depth; avg = average; CHD = coronary heart disease; C-V = cross validation; CTS = California Teacher Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; HPFU = Health Professionals Follow-Up; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LUR = land use regression; µg/m³ = micrograms per cubic meter; MINAP = Myocardial Ischemia National Audit Project; MI = myocardial infarction; N, n = number of subjects; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; $r$ = correlation; $R^2$ = coefficient of determination; SD = standard deviation; STEMI = ST elevation myocardial infarction; TIA = transient ischemic attack; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

Associations in prospective cohort studies are presented in Figure 6-17. In a large, prospective study reviewed in the 2009 PM ISA, Miller et al. (2007) reported a hazard ratio (HR) for incident CHD morbidity and mortality of 1.10 (95% CI: 1.02, 1.19) among postmenopausal women. Several recent studies have followed up on this finding by examining the effect of long-term exposure to $PM_{2.5}$ in women. Hart et al. (2015b) observed no association between long-term exposure to $PM_{2.5}$ and incident CHD among women enrolled in the Nurses' Health Study (NHS; HR: 1.01 [95% CI: 0.96, 1.07]),

although increased CHD risk was observed among women with diabetes (HR: 1.10 [95% CI: 0.99, 1.21]). The women in NHS were younger (38% premenopausal) than the women in the Women's Health Initiative (WHI), potentially explaining the discrepancy in the findings between these studies. In an analysis of women enrolled in the California Teachers' Study (CTS), Lipsett et al. (2011) reported no association with incident MI (hospitalizations and deaths combined; HR: 0.99 [95% CI: 0.91, 1.08]), although increased risks of fatal IHD (see Section 6.2.10) and stroke were observed (see Section 6.2.3). Results from a CTS sensitivity analysis that was restricted to postmenopausal women did not indicate a positive association (Lipsett et al., 2011).

The remaining North American studies, which examined populations of men, or both men and women, generally report positive associations between long-term $PM_{2.5}$ exposure and MI, although the width of the confidence intervals varies between studies. Puett et al. (2011) conducted a prospective analysis of the Health Professionals Follow-up Study (HPFS), which consists of male medical professionals reporting an association of 1.08 (95% CI: 0.90, 1.28). This association was largely unchanged after adjustment for $PM_{10-2.5}$ (Puett et al., 2011). In an incident case-control analysis of confirmed acute MI, Madrigano et al. (2013) reported a stronger association (OR: 1.21 [95% CI: 1.00, 1.38]) between long-term exposure to $PM_{2.5}$ and acute MI. This study derived exposure metrics to distinguish regional $PM_{2.5}$ from local traffic-related $PM_{2.5}$ sources of exposure and found the association with regional $PM_{2.5}$ was not attenuated in a copollutant model containing local traffic-related $PM_{2.5}$. A limitation of this study was its lack of adjustment for smoking. In another study, Hartiala et al. (2016) reported an association of long-term exposure to $PM_{2.5}$ with confirmed MI among those undergoing cardiac evaluation at a clinic in Ohio. Notably, Madrigano et al. (2013) and Hartiala et al. (2016) confirmed potential cases of MI.




AQCD = Air Quality Criteria Document; CHD = coronary heart disease; CI = confidence interval; CTS = California Teachers Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; GP = general practitioner; HNR = Heinz Nixdorf Recall; HPFU = Health Professionals Follow-Up; IHD = ischemic heart disease; µg/m³ = micrograms per cubic meter; MI = myocardial infarction; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; WHI = Women's Health Initiative.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in µg/m³. Hazard Ratios are standardized to a 5-µg/m³ increase in $PM_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-13 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-17 Associations between long-term exposure to $PM_{2.5}$ and ischemic heart disease or myocardial infarction. Associations are presented per 5-µg/m³ increase in pollutant concentration.**

Several European studies examined the association of long-term $PM_{2.5}$ and IHD or MI reporting somewhat inconsistent results across cohorts. A study from the European ESCAPE project, which includes 11 cohorts in five European countries [Finland, Sweden, Denmark, Germany, and Italy; Cesaroni et al. (2014)] is available for review. Average annual exposure to $PM_{2.5}$ was assigned using the area-specific land use regression models. Cohort-specific hazard ratios were variable, and the pooled effect estimate for $PM_{2.5}$ was 1.13 (95% CI: 0.98, 1.30). In sensitivity analyses, the authors considered exposures below various thresholds of average $PM_{2.5}$ concentrations. For the seven cohorts with participants exposed to <15 µg/m³ average annual $PM_{2.5}$, the meta-analyzed hazard ratio was 1.19 (95% CI: 1.00, 1.42). The outcome determination in the ESCAPE project was cohort specific, but most cohorts

used ICD codes linked with hospital and death records and defined incidence based on outcome dates. Although most of the cohorts did not include physician review and adjudication for case identification, a separate analysis of data from the HNR study (Hoffmann et al., 2015), with case review by an independent committee, reported no association between coronary events (MI, fatal CHD, and sudden death) and long-term $PM_{2.5}$ exposures, after adjustment for noise and other covariates (HR: 1.00 [95% CI: 0.38, 2.67]), although an association with stroke was observed (Section 6.2.3). The confidence intervals from the HNR study were wide due to the small number of cases (n = 135 for coronary events). In another European study, Atkinson et al. (2013) reported a negative association between long-term $PM_{2.5}$ exposure and MI ascertained from a database of information from general practitioners in the U.K. Studies of recurrent MI among MI survivors yielded positive associations (Tonne et al., 2015; Koton et al., 2013). Koton et al. (2013) treated several important confounders (e.g., smoking) as time-varying, and both Koton et al. (2013) and Hartiala et al. (2016) included review and adjudication of potential cases, in contrast with some of the larger studies discussed above.

Several cross-sectional analyses, including analyses of U.S. national survey data, are available to consider the association of long-term $PM_{2.5}$ exposure with prevalent IHD or hospital admissions (To et al., 2015; Beckerman et al., 2012; Feng and Yang, 2012; Gan et al., 2011). Overall, results from these studies do not provide consistent evidence of an association and only Gan et al. (2011) considered the temporality of the association.

In summary, some well-conducted prospective studies indicate an association between long-term exposure to $PM_{2.5}$ and IHD outcomes in postmenopausal women (Miller et al., 2007) and in a meta-analysis of European cohorts (Cesaroni et al., 2014). Studies also indicated the potential for those with pre-existing disease to be at elevated risk of IHD morbidity [e.g., diabetics in the NHS (Hart et al., 2015b), cardiac patients (Hartiala et al., 2016), or those who experienced a previous MI (Tonne et al., 2015; Koton et al., 2013)]. Most studies considered important covariates such as menopausal status, hormone replacement therapy, smoking, and socioeconomic status (SES). Although the WHI analysis of Miller et al. (2007) did not adjust for SES, Chi et al. (2016a) considered both individual and neighborhood level SES in a subsequent WHI analysis of combined coronary events (see Section 6.2.9), reporting that the association remained unchanged after adjustment for these factors. Lipsett et al. (2011) reported no association between $PM_{2.5}$ exposure and incidence of MI in the CTS, including in a sensitivity restricted to postmenopausal women; however, it is notable that an association with cardiovascular-related mortality was observed in this study. Similarly, no association with coronary events was observed in the HNR study but an association with stroke was reported (Hoffmann et al., 2015). The risk estimate reported by Miller et al. (2007) was for coronary events (i.e., morbidity and mortality combined) providing coherence for the evidence of consistent positive associations between long-term $PM_{2.5}$ exposure and mortality from cardiovascular causes. Several exposure assessment methods, including spatiotemporal models and LUR, were applied but no studies examined the influence of the choice of exposure model within a study. Consideration of confounding by copollutants was

limited; correlations reported between pollutants varied by cohort but were generally moderate to high (Table 6-35).

## 6.2.3 Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries (see Section 6.1.5). The 2009 PM ISA identified one study that indicated a positive association between $PM_{2.5}$ and cerebrovascular morbidity and mortality in postmenopausal women (Miller et al., 2007). Although the results are not entirely consistent across studies or stroke subtype, some recent well-conducted studies also support a positive association between long-term exposure to $PM_{2.5}$ and stroke.

### 6.2.3.1 Epidemiologic Studies

Studies of the association between long-term exposure to $PM_{2.5}$ and cerebrovascular diseases are summarized in Table 6-36.

**Table 6-36 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2000<br>Follow-up: 1994−1998 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000), most women within 10 km of monitor | Median: 13.4<br>IQR: 11.6−18.3 | CBVD<br>Stroke<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations ($r$): NR |
| †Hart et al. (2015b)<br>U.S. (contiguous states)<br>Prospective cohort<br>$PM_{2.5}$: 1989−2006<br>Follow-up: 1988−2006 | NHS<br>N = 114,537<br>Follow-up: ~16 yr | Annual average at residential address; spatiotemporal model with monthly surface $PM_{2.5}$ measurements; C-V $R^2$ 0.76 and 0.77 pre- (limited $PM_{2.5}$ data) and post-1999, respectively; see Yanosky et al. (2009) | Mean (1989−2006): 13.4 (SD: 3.3)<br>Mean: 2000−2006: 12 (SD: 2.8) | Self-reported physician diagnosed Stroke | Copollutant model: NR<br>Copollutant correlations ($r$): $PM_{10-2.5}$: $r$ = 0.2; $PM_{10}$: $r$ = 0.67 |
| †Lipsett et al. (2011)<br>California<br>Prospective cohort<br>$PM_{2.5}$: 1999−2005<br>Follow-up: 1995−2000 | CTS<br>N = 124,614<br>Average follow-up: 5.6 yr | Multiyear average using IDW interpolation of monitors within 20 km (250 by 250 m grid) residential address | Mean:15.64 (SD: 4.48)<br>IQR: 8.02<br>Range: 3.11−28.35 | Incident Stroke (hospital records) | Copollutant model: NR<br>Copollutant correlations($r$):<br>$PM_{10}$: $r$ = 0.91, $NO_2$: $r$ = 0.81, CO: $r$ = 0.53, $SO_2$: $r$ = 0.02 |
| †Puett et al. (2011)<br>Northeast and Midwest, U.S. (13 contiguous states)<br>Prospective cohort<br>$PM_{10-2.5}$: 1988−2002<br>Follow-up: 1989−January 2003 | Health Professionals Follow-up Study<br>N = 51,529<br>Average follow-up NR | Annual average at residential address, spatiotemporal model with monthly surface $PM_{2.5}$ measurements; C-V $R^2$ = 0.77, and 0.69; precision = 2.2 and 2.7 μg/m$^3$, (post-1999 and pre-1999, respectively); see Yanosky et al. (2009) | Mean: 17.8 (SD: 3.4)<br>IQR: 4.3 | IS, HS (medical record review) | Copollutant model: $PM_{10-2.5}$<br>Copollutant correlations($r$): NR |

**Table 6-36 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Hartiala et al. (2016)<br>Ohio<br>$PM_{2.5}$: 1998−2010<br>Outcome 2001-2007 (recruitment), followed through 2010 | N = 6,575<br>Cardiac evaluation patients<br>Ohio residents | 3-yr avg IDW interpolation at ZIP code centroid | Mean: 15.5<br>SD: 1.1 | Stroke | Copollutant correlations(*r*):<br>$NO_2$ = 0.15<br>Copollutant model: NR |
| †Stafoggia et al. (2014)<br>11 Cohorts in Finland, Sweden, Italy, Denmark, and Germany<br>Prospective cohort<br>$PM_{2.5}$: 2008−2011<br>Follow-up: 1992−2007, depending on cohort | ESCAPE<br>99,446 | Annual average $PM_{2.5}$ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance: $R^2 \geq 0.61$ | Mean ranged from 7.3 (SD = 1.3) to 31 (1.7) | CBVD (medical and death record review) | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Hoffmann et al. (2015)<br>Ruhr region, Germany<br>Follow-up: 2000-2003, followed through 2012<br>$PM_{2.5}$: August 2008−July 2009 | HNR study<br>N = 4,433 | Annual average $PM_{2.5}$ estimated by LUR with input from measurements from 20 locations per study area<br>Model performance: $R^2 \geq 0.61$<br>See Cesaroni et al. (2014) | Mean: 18.4 (SD: 1.06); 5−95th: 3.51 | Self-reported stroke with medical record review | Copollutant model: NR<br>Copollutant correlations (*r*): NR |

**Table 6-36 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cerebrovascular disease.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013)<br>U.K.<br>Prospective cohort<br>$PM_{2.5}$: 2002<br>Follow-up:2003−2007 | General Practice database<br>N = 205 practices<br>N = 836,557 patients (40−89 yr) | Annual average (2002), dispersion model (1- by 1-km grid) at residential postal code<br>$PM_{2.5}$ model validation: $R^2$ = 0.5 (correlation with national air quality network) | Mean: 12.9 (SD: 1.4)<br>Range: 7.2−20.2<br>IQR: 1.9 | Stroke (medical records ICD10 I61) | Copollutant model: NR<br>Copollutant correlations ($r$): $PM_{10}$ $r$ = 0.99, $SO_2$ $r$ = 0.53; $NO_2$ $r$ = 0.87; $O_3$ $r$ = −0.43 |
| †Koton et al. (2013)<br>Eight medical centers, Israel<br>$PM_{2.5}$: 2003−2005<br>Follow-up: 1992, 1993−2005 | Post-MI patients (≥65 yr) admitted to medical centers<br>Average follow-up 13.2 yr<br>N = 160 cases | Multiyear average at geocoded residential address, kriging interpolation (12 monitors)<br>Imputed values with kriging uncertainty lower than 7 μg/m$^3$ (C-V error 1.6−6% overall) | Median: 23.9 (Range: 17.0−26.6) | Recurrent stroke or TIA | Copollutant model: NR<br>Copollutant correlations ($r$): NR |

avg = average; AOD = aerosol optical depth; CBVD = cerebrovascular disease; CTS = California Teacher Study; C-V = cross validation; ESCAPE = European Study of Cohorts for Air Pollution Effects; FSA = forward sortation area; HNR = Heinz Nixdorf Recall; HS = Hemorrhagic stroke; ICD = International Classification of Disease; IQR = interquartile range; IS = ischemic stroke; μg/m$^3$ = micrograms per cubic meter; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; N, n = number of subjects; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $r$ = correlation; SD = standard deviation; $SO_2$ = sulfur dioxide; TIA = transient ischemic attack; yr = year.

†Studies published since the 2009 PM ISA.

Prospective studies of the association between long-term $PM_{2.5}$ exposure and the incidence of stroke are presented in Figure 6-18. In a study reviewed in the 2009 PM ISA Miller et al. (2007) reported associations of both CBVD and stroke with long-term exposure to $PM_{2.5}$ among postmenopausal women enrolled in WHI who were free of the conditions at baseline (HR CBVD: 1.16 [95% CI: 1.04, 1.30] and HR stroke: 1.13 [95% CI: 1.04, 1.30]). Several recent studies conducted in cohorts of women are available for comparison with the WHI findings. The CTS reported associations of $PM_{2.5}$ on incident stroke [HR: 1.07 (95% CI: 0.99, 1.15); Lipsett et al. (2011)]. The association with incident stroke did not include the null value when the sample was restricted to postmenopausal women (HR: 1.09 [95% CI: 1.01, 1.17]). A prospective analysis of the relatively younger women enrolled in the NHS reported an increased risk among women with diabetes (HR: 1.29 [95% CI: 1.14, 1.45]) but not in the population overall [HR: 1.01 (95% CI: 0.96, 1.05); Hart et al. (2015b)].

Several U.S. studies of men or men and women combined were also available for review. In a cohort of men enrolled in the HPFU study, Puett et al. (2011) examined the effect of long-term exposure to $PM_{2.5}$ on hemorrhagic stroke (HS) and ischemic stroke (IS), classified using National Survey of Stroke criteria and reviewed by physicians. The number of cases was small (n = 230 for IS and n = 70 for HS), resulting in estimates with wide CIs (HR: 0.80 [95% CI: 0.61, 1.08] for IS and HR: 1.18 [95% CI: 0.74, 1.87] for HS). In a study of cardiac patients in Ohio, Hartiala et al. (2016) reported an imprecise association (i.e., wide confidence intervals) between long-term exposure to $PM_{2.5}$ and stroke (HR: 1.17 [95% CI: 0.49, 2.87]) in the model that adjusted for cardiovascular risk factors (i.e., age, sex, smoking, and level of education).

| Study | Cohort | Outcome | Years | Mean (μg/m3) |
|---|---|---|---|---|
| Miller et al. 2007 | WHI-Women (post-menopause) 36 Urban Sites, US | Stroke | 1994-1998 | 13.4 |
| †Hart et al. 2015 | NHS- Women, 48 States, U.S | Stroke | 1989-2006 | 13.4 |
| †Lipsett et al. 2011 | CTS -Women, Los Angeles, California, U.S. | Stroke | 1999-2005 | 15.6 |
| †Puett et al. 2011 | HPFU, Men, 13 States, U.S. | IS | 1988-2002 | 17.8 |
| †Puett et al. 2011 | HPFU, Men, 13 States, U.S. | HS | 1988-2002 | 17.8 |
| †Hartiala et al. 2016 | Cardiac Patients, Ohio, U.S. | Stroke | 1998-2010 | 15.5 |
| †Stafoggia et al. 2014 | ESCAPE- 11 Cohorts Europe | Stroke | 2008-2011 | 7.3-31 |
| †Hoffmann et al. 2015 | HNR study, Ruhr area, Germany | Stroke | 2008-2009 | 18.4 |
| †Atkinson et al. 2013 | GP Database, U.K. | Stroke | 2003-2007 | 12.9 |
| †Koton et al. 2013 | 8 Centers, Israel | Post MI Stroke | 2003-2005 | 23.9 |




AQCD = Air Quality Criteria Document; CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; GP = general practitioner; HPFU = Health Professional's Follow-Up; HNR = Heinz Nixdorf Recall; HS = hemorrhagic stroke; IS = ischemic stroke; μg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; NHS = Nurses' Health Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; WHI = Women's Health Initiative.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in μg/m$^3$. Hazard ratios are standardized to a 5-μg/m$^3$ increase in $PM_{2.5}$ concentrations. Corresponding quantitative results are reported in Supplemental Table 6S-14 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-18 Associations between long-term exposure to $PM_{2.5}$ and the incidence of stroke for a 5-μg/m$^3$ increase in $PM_{2.5}$ concentrations.**

Within the ESCAPE, long-term exposure to $PM_{2.5}$ was positively associated with incident stroke (HR: 1.19 [95% CI: 0.88, 1.62]) in the fully adjusted model, which included variables to control for SES (Stafoggia et al., 2014). Researchers observed a more precise result when restricting to the six cohorts for which the LUR model performed the best ($R^2$ >0.6; HR 1.75 [1.30, 2.35]). Additionally, stratified analyses indicated that effects may be larger in magnitude in older age groups and among never smokers. The authors restricted the analysis to individuals exposed to <15-μg/m$^3$ concentrations of $PM_{2.5}$ and observed an HR of 1.33 (95% CI: 1.01, 1.77). As mentioned previously, most ESCAPE cohorts did not

have physician review and adjudication of cases. A separate analysis of data from the HNR study, one of the ESCAPE cohorts, with case review by an independent committee, reported a relatively large association between long-term $PM_{2.5}$ exposure and stroke that persisted after adjustment for noise (HR: 5.24 [95% CI: 1.39, 19.65]). In contrast to these studies indicating an association between $PM_{2.5}$ and stroke, the previously described English general practice database found no association; however, cases were not validated by physician review and the $PM_{2.5}$ prediction model performance was relatively low [$R^2 = 0.5$; Atkinson et al. (2013)]. A final study examined the effect of $PM_{2.5}$ on first stroke and recurrent stroke in a cohort of Israeli first MI patients (Koton et al., 2013). Numbers of events were small and exposures higher than some areas in the U.S. (median $PM_{2.5}$: 23.9 μg/m$^3$); however, cases were validated by physician review and analyses included time-varying confounders. The study reported an imprecise relationship between $PM_{2.5}$ and the first stroke after MI (HR: 1.05 [95% CI: 0.71, 1.58]) but a larger magnitude association for recurrent strokes (HR: 1.22 [95% CI: 0.95, 1.55]).

Several cross-sectional or ecological analyses of prevalent stroke or first hospital admission for stroke that provide some support for the associations observed in prospective studies were also conducted (To et al., 2015; Feng and Yang, 2012; Johnson et al., 2010).

In summary, studies of women enrolled in the WHI study and in the CTS support a positive association between long-term exposure to $PM_{2.5}$ and stroke (Lipsett et al., 2011; Miller et al., 2007). Hart et al. (2015b) reported an association in women with diabetes but not in the NHS population overall. Evidence was inconsistent across other populations studied and confidence intervals around effect estimates were generally wide (Figure 6-18). Several studies are limited by lack of physician adjudication of stroke and outcomes and small sample sizes for stroke subtype analyses. The exposure assessment methods that were applied varied by study but included spatiotemporal models and LUR. There was no evaluation of the influence of the exposure model choice within a study, and analysis of copollutant confounding was limited.

#### 6.2.3.1.1 Subclinical Cerebrovascular Disease

Various diagnostic tools can be used to examine risk of cerebrovascular disease. Cerebrovascular hemodynamics, measured through transcranial Doppler ultrasound, is an important component of assessing cerebrovascular blood flow. White matter hyperintensity, detected through magnetic resonance imaging (MRI), is thought to be caused in part by ischemia in the brain and has been shown to predict stroke, dementia, and death (Debette and Markus, 2010). Covert or silent brain infarcts can also be detected with MRI. Both white matter hyperintensity and covert brain infarcts can appear in people with no history of clinical cerebrovascular event history and can therefore be used as markers of subclinical disease in asymptomatic individuals. Recent epidemiologic studies have examined subclinical measures of cerebrovascular disease. No studies of this type were available for the 2009 PM ISA (U.S. EPA, 2009). There is a paucity of laboratory animal studies on stroke and cerebrovascular disease with long-term particle exposure. There were no studies on this endpoint in the 2009 PM ISA, and no new studies have

been published since. The nervous system chapter in this ISA reviews studies of brain morphology that are relevant to cerebrovascular disease.

Wellenius et al. (2013) assessed cerebrovascular hemodynamics within the NAS, a cohort of older adults in Boston, by calculating cerebrovascular resistance (i.e., mean arterial blood pressure/middle cerebral artery blood flow velocity) at rest as well as in response to a $CO_2$ challenge (i.e., induces cerebral vasodilation and increased blood flow) and a sit-to-stand maneuver (i.e., cerebral autoregulation). Although no effects of $PM_{2.5}$ were observed on cerebral vasoreactivity or autoregulation, there was an effect of 28-day avg $PM_{2.5}$ on increasing resting cerebrovascular resistance (14.33% [95% CI: 6.17, 23.00]) due to a decreasing resting middle cerebral artery blood flow [−12.50% (95% CI: −17, 7.0,); Wellenius et al. (2013)]. Wilker et al. (2015) examined the effect of $PM_{2.5}$ on white matter hyperintensity and the presence of covert brain infarcts (binary) among participants with no history of dementia, stroke, or transient ischemic attack. Although there was little evidence of a $PM_{2.5}$ association with white matter hyperintensity, a predictor of stroke, there was a relationship with the presence of cerebral brain infarcts (OR: 2.20 [95% CI: 1.05, 4.66]). Although studies are limited in number, they provide some evidence to support an effect of $PM_{2.5}$ on cerebrovascular conditions in participants exposed to average $PM_{2.5}$ exposures of 12.6 and 12.1 μg/m$^3$ [Wellenius et al. (2013) and Wilker et al. (2015), respectively].

### 6.2.4 Atherosclerosis

Atherosclerosis is the process of plaque buildup into lesions on the walls of the coronary arteries that can lead to vessel narrowing, reduced blood flow to the heart, and IHD. The development of atherosclerosis is dependent on the interplay between plasma lipoproteins, inflammation, endothelial activation, and neutrophil attraction to the endothelium, extravasation, and lipid uptake. Risk factors for atherosclerosis include high LDL/low HDL cholesterol, high blood pressure, diabetes, obesity, smoking, and increasing age. The 2009 PM ISA reviewed a series of cross-sectional studies examining measures that assessed atherosclerosis within large arterial vascular beds in distinct regions of the body (i.e., carotid intima-media thickness [CIMT], CAC, and ankle-brachial index [ABI]). Overall, findings from these studies were inconsistent, with studies reporting null or positive but imprecise associations with CIMT, CAC, and ABI (U.S. EPA, 2009). Exposure measurement error and variation in baseline measures of atherosclerosis as well as statistical power were noted as possible explanations for the lack of association observed in these studies. Although findings from more recent studies are not entirely consistent across populations and measures of atherosclerosis, an extended MESA analysis reported a longitudinal increase in CAC (Kaufman et al., 2016). At the time the 2009 PM ISA was completed, a limited number of experimental animal studies provided some biological plausibility for $PM_{2.5}$-induced atherosclerotic plaque development, with several of the experiments conducted in the same laboratory (U.S. EPA, 2009). An additional experimental study is currently available for review.

#### 6.2.4.1 Epidemiologic Studies

Studies that examined the relationship between long-term exposure to $PM_{2.5}$ and measures of atherosclerosis are characterized in Table 6-37.

Several analyses from the MESA air cohort, which comprises a large ethnically diverse study population recruited between 2000 and 2002 from six U.S. communities thus allowing within-city contrasts, were conducted. Recent analyses of this cohort contribute to the evidence describing the relationship between long-term exposure to $PM_{2.5}$ and atherosclerosis. In general, cross-sectional analyses that included control for study site reported no association regardless of the $PM_{2.5}$ exposure assessment method (Adar et al., 2013; Sun et al., 2013). Results from an interim longitudinal analysis (Adar et al., 2013) showing a $PM_{2.5}$-associated increase in cIMT were not retained when additional years of follow-up were available (Kaufman et al., 2016). Kaufman et al. (2016) observed no association with cIMT (−0.9 mm [95% CI: −3.0, 5.0]) while reporting a 4.1-Agatston-unit increase per year (95% CI: 1.4, 6.8) for CAC. CAC is a stronger predictor of subsequent CHD than cIMT, which typically indicates earlier vascular injury than CAC, in MESA study participants (Gepner et al., 2015). The effect of $PM_{2.5}$ on CAC progression was stronger in people with hypertension, those who are not obese, and older adults. Modification of this association by race was not observed. Chi et al. (2016b) also observed in the MESA cohort associations of long-term $PM_{2.5}$ exposure with DNA methylation in circulating monocytes. By contrast, Dorans et al. (2016) reported an imprecise (i.e., wide CIs) association between exposure to long-term $PM_{2.5}$ and CAC progression using defined thresholds based on the variability of within-person repeated CAC measurements in the Framingham Heart Study (OR: 1.23 [95% CI: 0.77, 1.92]). The change in CAC in association with long-term exposure to $PM_{2.5}$ was also reported (−2.86 [95% CI: −8.57, 2.86]). The shape of the concentration-response functions for these studies are discussed in Section 6.2.16.

**Table 6-37 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Kaufman et al. (2016)<br>Six urban sites, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2005−2009<br>Follow-up: 2000−2010, 2012 | MESA<br>45−84 yr (baseline)<br>N = 3,459<br>Follow-up: 10 yr | Annual average derived from individual-weighted indoor and outdoor ambient $PM_{2.5}$ spatiotemporal model with residential history, Model fit $R^2$ = 0.90−0.97<br>C-V $R^2$ = 0.72 (0.54−0.85 depending on site) | Mean: 14.2 (range: 9.2−22.6)<br>IQR range: 12.9−15.7 | cIMT<br>CAC | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Chi et al. (2016b)<br>Four urban sites, U.S.<br>Cross sectional<br>Follow-up: 2000−2010, 2012 | MESA<br>N = 1,207<br>≥55 yr | Annual average prior to blood draw, at residence using spatiotemporal model see Keller et al. (2015) | 10.7<br>IQR: 2.2 | DNA methylation in circulating monocytes | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Dorans et al. (2016)<br>$PM_{2.5}$: 2003−2009<br>Outcome: 2002−2005 and 2008−2011 | Framingham Heart Study Offspring<br>N = 3,399 | Annual average at grid of residence (1 × 1 km), spatiotemporal model, C-V $R^2$ = 0.88 | Median (IQR): 10.7 (1.4) for 2003<br>Median (IQR): 9.8 (1.1) for 2003−2009 | CAC | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Hartiala et al. (2016)<br>Ohio residents<br>Prospective cohort<br>$PM_{2.5}$: 1998−2010<br>Outcome: 2001−2007 (recruitment), followed through 2010 | CAD patients<br>N = 6,575<br>Follow-up = 3 yr | 3-yr avg using IDW interpolation at ZIP code level (within 50 km of monitor) | Mean: 15.5 (SD: 1.1) | Severity of atherosclerosis (vessels with ≥50% stenosis) | Copollutant model: NR<br>Copollutant correlations (*r*): NR |

**Table 6-37 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Künzli et al. (2010)<br>Los Angeles, CA<br>Prospective analysis of 5 RCTs<br>$PM_{2.5}$: 2000 | Healthy adults<br>N = 1,483<br>40−82 yr (baseline)<br>VEAPS: 1996−2000<br>BVAIT: 2001−2006<br>EPAT: 1994−1998<br>TART: 1997−2000<br>WELLHART: 1995−2000<br>Average follow-up: 2−3 yr | Annual mean at residence, kriging interpolation (25 × 25-m grid), 23 monitors<br>Model performance: NR | Mean: 20.8 (SD: 2.4)<br>IQR: 20.5−22.1 | Change in cIMT | Copollutant model: Adjusted for proximity to traffic<br>Copollutant correlations (*r*): NR |
| †Gan et al. (2014)<br>Vancouver, Canada<br>Prospective cohort<br>$PM_{2.5}$: 2003<br>Follow-up: 2004/2005−2009/2011 | M-CHAT<br>N = 509<br>30−65 (baseline)<br>Follow-up: ~5 yr | Annual mean at residence, LUR<br>Model fit $R^2$ = 0.52; mean error-1.50 µg/m³ | Mean: 4.1 (SD: 1.45)<br>IQR: 1.4 | Change in cIMT | Copollutant model: NR<br>Copollutant Correlations (*r*): BC 0.13; $NO_2$ 0.45, NO 0.43; noise 0.19 |
| †Aguilera et al. (2016)<br>Four cities, Switzerland<br>Cross-sectional<br>$PM_{2.5}$: 2001/2002−2010/2011<br>Outcome: 2010, 2011 | SAPALDIA<br>50 yr (or older, baseline)<br>N = 1,503 | Multiyear average at residential address (2001−2011) estimated using Gaussian dispersion models (200 × 200-m grid) | Mean: 17 (SD: 2.0) (2001−2011)<br>Annual average: 15.2 (SD: 1.6) | cIMT | Copollutant model: NR<br>Copollutant correlations (*r*): $PM_{2.5}$ last yr and 2001−2011 0.96; $PM_{2.5}$ vehicular 0.80; $PM_{2.5}$ crustal 0.75; PNC 0.86, LDSA 0.94 |
| *Young Adults* | | | | | |
| †Lenters et al. (2010)<br>Utrecht, Netherlands<br>Cross-sectional<br>$PM_{2.5}$: 2000<br>Outcome: 1999−2000 | ARYA<br>N = 745 | Annual average (2000) at childhood home address using regional concentrations and LUR see Beelen et al. (2008) | Mean: 20.7 (SD: 1.2)<br>5th−90th: 16.5−19.9 | cIMT<br>(Pulse wave velocity discussed under arterial stiffness) | Copollutant model: NR<br>Copollutant correlations (*r*): $NO_2$ > 0.5 |

**Table 6-37 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and atherosclerosis.**

| Study | Study Population | Exposure Assessment | Concentration μg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Breton et al. (2016)<br>Retrospective cohort<br>$PM_{2.5}$: 1980−2009<br>Outcome: 2007, 2009 | College students<br>TROY<br>N = 768 | Monthly average to estimate prenatal exposure using IDW spatial interpolation at residential history (interpolation range 50 km unless data available within 5 km)<br>Leave one out cross-validation: $R^2$ 0.53 | Mean: 19.5 (SD: 6.1) | Carotid artery arterial stiffness and cIMT | Copollutant model: NR<br>Copollutant correlations ($r$): 1st trimester: $O_3$ −0.01, $NO_2$ 0.71, $PM_{10}$ 0.89 (Note: generally consistent across trimesters) |
| †Breton et al. (2012)<br>Retrospective cohort<br>$PM_{2.5}$: 1980−2009<br>Outcome: 2007, 2009 | College students<br>TROY<br>N = 768 | Monthly average to estimate childhood exposure (0−5 yr, 6−12 yr) and lifetime average using IDW spatial interpolation at residential address (interpolation range 50 km unless data available within 5 km) | 0−5 yr: 18.2 (SD: 5.3)<br>6−12 yr: 15.7 (SD 5.0)<br>Lifetime: 15.7 (SD: 5.0) | cIMT | Copollutant model: NR<br>Copollutant correlations ($r$): age 0−5: $NO_2$ 0.77, $O_3$ 0.9, $PM_{10}$ 0.89<br>Age 6−12: $NO_2$ 0.8, $O_3$ −0.15, $PM_{10}$ 0.85<br>Lifetime: $NO_2$ 0.82, $O_3$ −0.04, $PM_{10}$ 0.87 |

ARYA = Atherosclerosis Risk in Young Adults; avg = average; BVAIT = B-Vitamin Atherosclerosis Intervention Trial; CAC = coronary artery calcification; cIMT = carotid intima media thickness; CTM = chemical transport model; EPAT = Estrogen in the Prevention of Atherosclerosis Trial; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LDSA = lung deposited surface area; LUR = land use regression; M-CHAT = Multicultural Community Health Assessment Trial; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m³ = micrograms per cubic meter; N = number of subjects; NO = nitric oxide; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $r$ = correlation; $R^2$ = coefficient of determination; RCTs = Randomized Controlled Trials; SAPALDIA = Swiss cohort study on Air Pollution and Lung and Heart Diseases; SD = standard deviation; TART = Troglitazone Atherosclerosis Regression Trial (; TROY = Testing Responses on Youth; VEAPS = Vitamin E Atherosclerosis Progression Study; WELLHART = Women's Estrogen-Progestin Lipid-Lowering Regression Trial; yr = year.

†Studies published since the 2009 PM ISA.

Several other studies examined the longitudinal changes in atherosclerosis indicated by the presence of lesions or cIMT, but studies of CAC were not available to compare with results reported in the MESA and Framingham Health Studies. Long-term exposure to $PM_{2.5}$ was associated with both mild and severe atherosclerosis, defined as ≥50 stenosis in 1−2 and >3 vessels, respectively, among coronary artery disease patients in Ohio (Hartiala et al., 2016). Künzli et al. (2010) examined the relationship between long-term exposure to $PM_{2.5}$ and the rate of atherosclerosis progression, reporting a small positive association of $PM_{2.5}$ with cIMT progression rate (1.27 μm/year [95% CI: −0.16, 2.69]). The association of $PM_{2.5}$ with cIMT was more than twofold larger, however, among those living within 100 m of a highway. By contrast, Gan et al. (2014) observed no association with change in cIMT in a smaller sample (N = 509) in Vancouver, Canada where the mean $PM_{2.5}$ concentration is relatively low (4 μg/m$^3$).

Several cross-sectional analyses examined atherosclerotic lesions and cIMT and reported results that were not entirely consistent (Aguilera et al., 2016; Newman et al., 2015; Perez et al., 2015; Bauer et al., 2010). Studies of the effect of exposure during prenatal and childhood lifestages and atherosclerosis as young adults were also conducted. Among young adults in their 20s, neither Lenters et al. (2010) nor Breton et al. (2012) observed large (relative to the width of the confidence interval) increases in cIMT in association with $PM_{2.5}$ exposure, regardless of the childhood exposure window (0.69 μm [95% CI: −4.41, 5.79] and −1.51 [95% CI: −5.19, 2.17]). In an analysis focusing on prenatal exposure, Breton et al. (2016) reported an imprecise (i.e., wide CIs) small magnitude association with $PM_{2.5}$ (1.48% increase in cIMT [95% CI: −1.77, 4.74]).

In summary, several epidemiologic studies have continued to examine the relationship between long-term $PM_{2.5}$ exposure and atherosclerosis among adults since the completion of the 2009 PM ISA. These studies were conducted within North America and Europe, with some extending analyses of the same populations discussed in the 2009 PM ISA (i.e., MESA, HNR). A strength of the expanded body of literature is that it includes analyses of the longitudinal change in measures of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ (Hartiala et al., 2016; Kaufman et al., 2016; Gan et al., 2014; Künzli et al., 2010). MESA analyses supported a $PM_{2.5}$ effect on CAC among middle to older aged adults, while the Dorans et al. (2016) analysis of Framingham Heart Study Offspring did not provide support for an association with CAC progression or longitudinal change in CAC. Associations of long-term exposure to $PM_{2.5}$ with cIMT were not consistently observed across cohorts or when variable methods (e.g., exposure assessment methods) were applied within the same cohort. Relationships between $PM_{2.5}$ and CIMT at younger ages were generally not supported in the limited number of studies. Consideration of copollutant confounding was limited across the evidence base.

### 6.2.4.2 Toxicological Studies of Atherosclerosis

Atherosclerosis and related pathways have been studied primarily in the apolipoprotein E (ApoE) knockout mouse (Piedrahita et al., 1992; Zhang et al., 1992). The ApoE molecule is involved in the

clearance of fats and cholesterol. When ApoE (or the LDL receptor) is deleted from the genome, mice develop severely elevated lipid and cholesterol profiles. As a result, the lipid uptake into the vasculature is increased and the atherosclerotic process is dramatically hastened. Furthermore, the LDLs in $ApoE^{-/-}$ mice are highly susceptible to oxidation (Hayek et al., 1994). These mice exhibit cholesterol levels exceeding 1,000 mg/dL [normal is ~150 mg/dL; Huber et al. (1999); Moore et al. (2005)]. However, it should be noted that this model is primarily one of peripheral vascular disease rather than coronary artery disease.

In the 2009 PM ISA, studies found increased atherosclerotic plaque area in aortas of $ApoE^{-/-}$ mice exposed to $PM_{2.5}$ CAPs for 4−6 months from an exurban site located in Tuxedo, NY or an urban site located in Manhattan, NY. Since the publication of the 2009 PM ISA, Lippmann et al. (2013a) have conducted additional plaque progression analyses in Irvine, CA; East Lansing, MI; and Seattle, WA, as well as in Tuxedo and Manhattan, NY. The authors reported that plaque progression in $ApoE^{-/-}$ mice varied by site. Specifically, increased ($p < 0.05$) plaque areas relative to control animals were identified in the brachiocephalic artery of mice exposed to $PM_{2.5}$ from Manhattan, NY (6 months after exposure), Tuxedo, NY (3 and 6 months after exposure), and ($p < 0.05$) in East Lansing, MI. Increased (6 months after exposure, $p < 0.05$) plaque progression relative to control animals was also identified in the left common carotid artery of mice exposed to $PM_{2.5}$ from Tuxedo, NY (6 months after exposure) and Irvine, CA (2 months after exposure). Animals exposed to $PM_{2.5}$ from Seattle, WA did not have increased plaque progression relative to controls in either the brachiocephalic or the carotid arteries. However, it is important to note that the mice were older in the studies performed in Seattle, WA and Irvine, CA. Therefore, the Seattle, WA and Irvine, CA mice were older at the onset of PM exposures than animals used in studies at the other sites, and this could have affected the results of these studies. Nonetheless, the results in other locations provide evidence for $PM_{2.5}$-mediated effects on atherosclerotic plaque progression in a genetically susceptible mouse model. More information on this study can be found in Table 6-38 below.

**Table 6-38 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and atherosclerosis.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Lippmann et al. (2013a)<br>NPACT Study 1 | $ApoE^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 µg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | Atherosclerotic plaque progression by ultrasound 2 mo, 4 mo, and 6 mo postexposure |

$ApoE^{-/-}$ = apolipoprotein E knockout; CAPs = concentrated ambient particles; h = hour; M = male; µg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; post = after exposure.

### 6.2.5 Heart Failure and Impaired Heart Function

Heart failure refers to a set of conditions including congestive heart failure (CHF) in which the heart's pumping action is weakened. In CHF, the blood flow from the heart slows and fails to meet the oxygen demands of the body; returning blood can back up, causing swelling, or edema, in the lungs or other tissues (typically in the legs and ankles). Risk factors for heart failure include IHD, high blood pressure, atrial fibrillation, and diabetes. Right-sided heart failure, is typically a consequence of left-sided heart failure but can also result from damage to the pulmonary vasculature, which can result in increased right ventricular (RV) mass, reduced flow to the left ventricle, and reduced left ventricular (LV) mass. In chronic heart failure, the heart typically enlarges and develops more muscle mass. LV mass is known to predict the development of heart failure and can be assessed with magnetic resonance imaging [MRI; Drazner et al. (2004)]. Ejection fraction (EF), which is the percent of blood that is pumped from the ventricle during each contraction, is another measure of how well the heart pumps that can be assessed through echocardiography. Although depressed EF provides evidence of heart failure, EF may be normal in a large proportion of heart failure patients. There were no studies examining the association between long-term exposure to $PM_{2.5}$ and CHF reviewed in the 2009 PM ISA. Since then, the evidence has expanded substantially, with recent epidemiologic and toxicological studies providing support for an effect of long-term exposure to $PM_{2.5}$ on CHF and impaired cardiac function.

#### 6.2.5.1 Epidemiologic Studies

There were no epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ and CHF reviewed in the 2009 PM ISA (U.S. EPA, 2009). A few recent studies have examined the effects of $PM_{2.5}$ on heart failure or related indices (Table 6-39) and generally report positive associations. The U.K. general practice cohort described in Section 6.2.2, which included nearly 13,000 cases of incident heart failure identified by ICD codes with physician review, reported a positive association with long-term exposure to $PM_{2.5}$ [HR: 1.17 (95% CI: 1.03, 1.32); Atkinson et al. (2013)]. A relatively small Israeli cohort was exposed to higher $PM_{2.5}$ concentrations than most areas of the U.S. (median [range]: 23.9 [17.0−26.6]). This study benefitted from physician review of medical records for case ascertainment and reported an HR for heart failure and recurrent heart failure after first MI with increasing $PM_{2.5}$ of 1.22 [95% CI: 0.89, 1.67; Koton et al. (2013)]. In addition to the studies in Table 6-39, a cross-sectional analysis of women reported a positive association between $PM_{2.5}$ and the prevalence of heart failure [OR: 1.14 (95% CI: 1.06, 1.23); To et al. (2015)].

No association of long-term exposure to $PM_{2.5}$ with left ventricular mass index LVMI or depressed EF was observed in a cross-sectional analysis of the MESA cohort after adjustment for study center (Van Hee et al., 2009). An increase in RV mass (0.11 g [95% CI: −0.05, 0.27]), however, was observed in the MESA cohort in association with long-term exposure to $PM_{2.5}$ after controlling for site and other covariates (Aaron et al., 2016). Associations with RV end-diastolic volume and RV mass

end-diastolic volume ratio were also observed in this study, but were attenuated after adjustment for site. A sensitivity analysis showed that the increase in RV mass persisted after adjustment for LV mass, indicating that the findings may be explained by pulmonary vascular damage. D'Souza et al. (2017) found that this increase in RV mass was slightly reduced but remained after adjustment for $PM_{10-2.5}$ and $NO_2$.

Ohlwein et al. (2016) conducted a cross-sectional analysis of the SALIA cohort to determine the association, using an adjusted means ratio (MR) of long-term $PM_{2.5}$ exposure with diastolic function. Two metrics, E/E′ ratio and left atrial volume index (LAVI), were determined. The E/E′ ratio is the ratio of peak early diastolic filling velocity to peak early diastolic mitral annulus velocity and a value less than eight indicates normal diastolic function. LAVI is an indicator of diastolic function severity and a known predictor for cardiovascular disease. The authors observed that LAVI was increased in association with long-term exposure to $PM_{2.5}$.

In summary, the small number of studies provide evidence supporting a possible relationship between heart failure and $PM_{2.5}$, with the epidemiologic studies of long-term exposure to $PM_{2.5}$ reporting positive associations. An association with RV mass was observed, but no association was seen with LVM or EF, among MESA participants. A cross-sectional association between $PM_{2.5}$ and increased LAVI was observed in the SALIA cohort.

**Table 6-39 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and heart failure.**

| Study | Study Population | Exposure Assessment | Concentration µg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013)<br>U.K.<br>Prospective cohort<br>$PM_{2.5}$: 2002<br>Follow-up:2003−2007 | General practice database<br>N = 205 practices<br>N = 836,557 patients (40−89 yr) | Annual average (2002) dispersion model (1 × 1-km grid) at residential postal code<br>$PM_{2.5}$ model validation: $R^2$ = 0.5 (correlation with national air quality network) | Mean: 12.9 (SD: 1.4)<br>Range: 7.2−20.2<br>IQR: 1.9 | Heart failure (ICD10 I50) | Copollutant model: NR<br>Copollutant correlations (*r*): $PM_{10}$ 0.99, $SO_2$ 0.53; $NO_2$ 0.87; $O_3$ -0.43 |
| †Koton et al. (2013)<br>Eight medical centers, Israel<br>$PM_{2.5}$: 2003−2005<br>Follow-up: 1992, 1993−2005 | Post-MI patients (≥65 yr) admitted to medical centers<br>Average follow-up 13.2 yr<br>N = 258 | Multiyear average estimated using kriging interpolation (12 monitors); exposure assigned based on geocoded residential address<br>Imputed values with kriging uncertainty lower than 7 µg/m$^3$ (cross-validation error 1.6−6% overall) | Median: 23.9 (Range: 17.0−26.6) | Heart failure re-admission | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Van Hee et al. (2009)<br>Six communities, U.S.<br>Cross sectional<br>$PM_{2.5}$: 2000<br>Baseline exam: 2000−2002 | MESA<br>N = 6,814 | Annual average kriging interpolation at residential address | Range of annual mean ~12−22 | LVMI (cardiac MRI) | Copollutant model: NR<br>Copollutant correlations (*r*): NR |

**Table 6-39 (Continued): Characteristics of the studies examining the association between long-term $PM_{2.5}$ exposures and heart failure.**

| Study | Study Population | Exposure Assessment | Concentration μg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Aaron et al. (2016)<br>$PM_{2.5}$: 1999−2001<br>MRI: 2000−2002 | MESA<br>N = 4,204<br>45−84 yr | Spatiotemporal model to estimate annual average concentration at residence. Secondary model to estimate individually weighted $PM_{2.5}$ concentration using infiltration fraction | Mean: 16.4<br>SD: 3.4 (ambient)<br>Mean: 11<br>SD: 3.7 | RV mass, volume, EF | Copollutant model with $PM_{10-2.5}$, $NO_2$ (D'Souza et al., 2017)<br>Copollutant correlations (*r*): NR |
| †Ohlwein et al. (2016)<br>Cross sectional<br>$PM_{2.5}$: 2008−2009<br>Baseline: 2007, 2010 | SALIA<br>N = 402<br>Women, 69−79 yr | LUR at residence<br>Model fit $R^2$ = 0.88, cross-validation $R^2$ = 0.79 | Median: 17.4<br>IQR: 16.9−18.8 | E/E' ratio<br>LAVI<br>(tissue doppler) | Copollutant model: NR<br>Copollutant correlations (*r*): 0.85 for $NO_X$, 0.86 for $NO_2$ |

CHF = congestive heart failure; E/E' = ratio of peak early diastolic filling velocity to peak early diastolic mitral annulus velocity; IQR = interquartile range; km = kilometer; LAVI = left atrial volume index; LUR = land use regression; LVMI = Left ventricular mass index; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m³ = micrograms per cubic meter; MRI = magnetic resonance imaging; N = number of subjects ; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; r=correlation; RVM = right ventricular mass; RVV = right ventricular volume; SALIA = Study on the Influence of Air Pollution on the Lung; SD = standard deviation; yr = year.

†Studies published since the 2009 PM ISA.

### 6.2.5.2 Toxicological Studies of Impaired Heart Function

There were no animal studies in the 2009 PM ISA examining heart failure in response to long-term $PM_{2.5}$ exposure. Since the publication of the 2009 PM ISA, Aztatzi-Aguilar et al. (2015) reported increased ($p < 0.05$) coronary artery wall thickness and a statistically significant ($p < 0.05$) increase in two genes typically associated with responding to cardiac damage: *Acta 1* and *Col3a1*. Similarly, Ying et al. (2015) reported that long-term exposure to $PM_{2.5}$ increased ($p < 0.05$) heart weight, and ($p < 0.05$) contractility of aortic rings in response to phenylephrine, while decreasing ($p < 0.05$) stroke volume, and ($p < 0.05$) cardiac output in SH rats. Importantly, these effects were reversible after stopping $PM_{2.5}$ exposure and allowing 5 weeks of recovery time. These authors also found an increase in the cardiac hypertrophic markers *Acta1* and *Myh7* ($p < 0.05$), but not in *Serca2*. In an additional study, Wold et al. (2012) reported that relative to controls, mice exposed long-term to $PM_{2.5}$ had a statistically significant increase in heart weight ($p < 0.05$), displayed cardiac remodeling as evidenced by increased diastolic dimensions, and had a statistically significant decrease ($p < 0.05$) in contractility in response to dobutamine but preserved coronary flow. Cardiac remodeling results were consistent with additional experiments indicating a statistically significant decrease in ($p < 0.05$) Serca-2 protein levels, increased ($p < 0.05$) myosin heavy chain β protein levels, and increased ($p < 0.05$) collagen expression in whole heart homogenates (Wold et al., 2012). However, in contrast to these studies, Lippmann et al. (2013a) did not find changes in cardiac function measurement following long-term exposure of $ApoE^{-/-}$ mice to $PM_{2.5}$ from Manhattan or Tuxedo, NY. Nonetheless, there is evidence across multiple animal toxicological studies demonstrating that long-term exposure to $PM_{2.5}$ may lead to impaired heart function.

Recent studies also highlight that exposure to $PM_{2.5}$ during gestation may result in cardiac dysfunction later in life. Gorr et al. (2014) exposed female mice to $PM_{2.5}$ during pregnancy and while nursing and then assessed cardiac function in offspring. The authors reported that at adulthood, offspring had reduced left ventricular fractioning with greater ventricular systolic diameter ($p < 0.05$), reduced ejection fraction ($p = 0.0005$), and other indicators of cardiac dysfunction when compared with FA control mice. In a follow-up study using a similar exposure scenario, Tanwar et al. (2017) confirmed earlier findings of ventricular dysfunction and reported collagen deposition, as well as prolonged increased ($p > 0.05$) action potentials in isolated cardiomyocytes. They also measured decreased levels of calcium homeostasis proteins (Serca-2A, NCX, *p*-PLN). Furthermore, looking at similar outcomes as Gorr et al. (2014) demonstrated that prenatal exposure alone was sufficient to produce heart failure in adulthood. More information on studies published since the 2009 PM ISA can be found in Table 6-40 below.

**Table 6-40 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and impaired heart function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m$^3$ $PM_{2.5}$ from a high-traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week) | Coronary artery wall thickness measured in myocardial slices collected 24 h postexposure<br>Gene expression consistent with cardiac damage in heart tissue collected 24 h postexposure |
| Gorr et al. (2014) | Pregnant (in utero) and neonatal FVB mice offspring | Inhalation of 51.69 μg/m$^3$ $PM_{2.5}$ CAPS from Columbus, OH, exposures of dams for 6 h/day, 7 days/week, from the day after vaginal plug discovery until weaning of pups. After weaning, mice were exposed to room air until 3 mo old | Birth weight, body and heart weights, end-systolic and end-diastolic ventricular dimensions, fractional shortening, and posterior wall thickness. Contraction length and calcium reuptake during relaxation, cardiac collagen content. |
| Tanwar et al. (2017) | FVB mice, pregnant (in utero) and offspring | In utero inhalation of 73.61 μg/m$^3$ $PM_{2.5}$ CAPs for 6 h/day, 7 days/week throughout pregnancy | Pressure-volume loop, fractional shortening, left ventricular end-systolic and -diastolic diameter, left ventricular posterior wall thickness, end-systolic elastance, contractile reserve, contractility, collagen deposition, inflammatory response, epigenetic markers 12 week after birth |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 μg/m$^3$ (16.9−266.4 μg/m$^3$) $PM_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | Heart weight, contractility, cardiac remodeling, hypertrophic markers, cardiac fibrosis postexposure |
| Ying et al. (2015) | 4-week old SH rats, M, n = 6/treatment group | Inhalation of 128.3 ± 60.4 μg/m$^3$ $PM_{2.5}$ CAPs<br>Exposed 6 h/day, 5 days/week for 15 week from Columbus, OH | Heart weight, contractility of aortic rings, stroke volume and cardiac output post 15-week exposure; other exposed rats were not sacrificed so that stroke volume and cardiac output analysis could be repeated after removal of $PM_{2.5}$ exposure.<br>Hypertrophic markers 15 weeks postexposure |
| Lippmann et al. (2013a)<br>NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Tuxedo, NY, Manhattan, NY (136, 123 μg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | Ejection fraction, fractional shortening, cardiac wall thickness |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAPs = concentrated ambient particles; h = hour; M = male; μg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive.

### 6.2.6 Ventricular Depolarization, Repolarization, and Arrhythmia

Electrical activity in the heart is typically measured using surface electrocardiography (ECG). ECGs measure electrical activity in the heart due to depolarization and repolarization of the atria and ventricles (see Section 6.1.4). Atrial fibrillation (AF) is the most common type of arrhythmia. Despite being common, clinical and subclinical forms of AF are associated with reduced functional status and quality of life, as well as downstream consequences such as ischemic stroke (Prystowsky et al., 1996; Laupacis et al., 1994) and CHF (Roy et al., 2009), contributing to both cardiovascular disease (CVD) and all-cause mortality (Kannel et al., 1983). Ventricular fibrillation in contrast, is a well-known cause of sudden cardiac death and commonly associated with myocardial infarction, heart failure, cardiomyopathy, and other forms of structural (e.g., valvular) heart disease. Pathophysiologic mechanisms underlying arrhythmia include electrolyte abnormalities, modulation of the ANS, membrane channels, gap junctions, oxidant stress, myocardial stretch, and ischemia. Ventricular conduction and repolarization abnormalities such as QRS and QT interval prolongation, their subclinical correlates including left ventricular hypertrophy, and clinical antecedents including hypertension are also associated with cardiac arrest (Rautaharju et al., 1994).

In a study reviewed in the 2009 PM ISA, Liao et al. (2009) reported that, among women enrolled in the WHI clinical trials, neither 30- nor 365-day $PM_{2.5}$ concentrations were associated with supraventricular or ventricular ectopy, which are the most frequent forms of arrhythmia in the general population. The association between long-term exposure to $PM_{2.5}$ and ventricular repolarization abnormalities was not studied at the time the 2009 PM ISA was published. There are no experimental animal studies and such studies continue to be lacking.

#### 6.2.6.1 Epidemiologic Studies

Several recent studies have examined the association between long-term exposure to $PM_{2.5}$ and arrhythmogenic effects in additional populations (Table 6-41). Atkinson et al. (2013) found that ICD-coded arrhythmias and cardiac arrest were not associated with annual mean $PM_{2.5}$ concentrations. In the REGARDS cohort, O'Neal et al. (2016) examined the cross-sectional association with premature atrial contractions (PACs) and long-term $PM_{2.5}$ exposure reporting (OR: 1.19 [95% CI: 1.05, 1.34]). Van Hee et al. (2011) examined associations between ventricular conduction, repolarization, and spatiotemporally modeled annual mean $PM_{2.5}$ concentrations of 4,783 MESA participants in six U.S. centers. Consistent with O'Neal et al. (2016), Van Hee et al. (2011) found ORs and strong, positive associations between prolonged QRS, prolonged QT, and long-term $PM_{2.5}$ concentrations. The study also found increasing ORs, when controlling for study center, that were robust to additional control for subclinical atherosclerosis. These findings supported the importance of the study's within-city $PM_{2.5}$ gradients and the potential for an atherosclerosis-independent mechanism of ECG effects (Van Hee et al., 2011).

**Table 6-41 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and arrhythmia and ventricular conduction.**

| Study | Study Population | Exposure Assessment | Concentration ($\mu g/m^3$) | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Atkinson et al. (2013)<br>U.K.<br>Prospective cohort<br>$PM_{2.5}$: 2002<br>Follow-up: 2003−2007 | General practice database<br>N = 205 practices<br>N = 836,557 patients (40−89 yr) | Annual average (2002) estimated using dispersion model (1 × 1-km grid) linked to residential postal code<br>$PM_{2.5}$ model validation: $R^2$ = 0.5 (correlation with national air quality network) | Mean 12.9 (SD 1.4)<br>Range 7.2−20.2<br>IQR: 1.9 | Arrhythmia and cardiac arrest | Copollutant model: NR<br>Copollutant correlations (*r*):<br>$PM_{10}$ *r* = 0.99, $SO_2$ *r* = 0.53; $NO_2$ *r* = 0.87; $O_3$ *r* = −0.43 |
| Liao et al. (2009)<br>24 states, U.S. | WHI<br>N = 57,422 | 30-day and annual average estimated using log-normal kriging interpolation at geocoded residential address | NR | VE and SVE detected on ECG | Copollutant model: NR<br>Copollutant correlations (*r*):<br>NR |
| †O'Neal et al. (2016)<br>Southern states, U.S.<br>Cross sectional<br>2003−2007 | REGARDS<br>N = 26,609 | 1-yr avg, MODIS plus ground measurements, 10 × 10-km grid | Mean 13.5 (SD = 1.9) | Premature atrial contraction | Copollutant model: NR<br>Copollutant correlations (*r*):<br>NR |
| Van Hee et al. (2009)<br>Six Communities, U.S.<br>Cross sectional<br>$PM_{2.5}$: 2000<br>Baseline exam: 2000−2002 | MESA<br>N = 6,814 | Annual average $PM_{2.5}$ predictions using hierarchical spatiotemporal model [see Szpiro et al. (2010)]<br>RMSE: 0.34−0.94 $\mu g/m^3$ | Range in annual average (1 yr prior to outcome) ~12−22 | QT prolongation<br>Intraventricular conduction decay (12 lead ECG) | Copollutant model: NR<br>Copollutant correlations (*r*):<br>NR |

avg = average; ECG = electrocardiograph; ICD = International Classification of Disease; IQR = interquartile range; km = kilometer; MESA = Multi-Ethnic Study of Atherosclerosis; $\mu g/m^3$ = micrograms per cubic meter; N, n = number of subjects; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; QT = time interval between from beginning of the Q-wave to end of the T-wave; *r* = correlation; $R^2$ = coefficient of determination; REGARDS = Reasons for Geographic and Racial Differences in Stroke; RMSE = root-mean-squared error; SD = standard deviation; $SO_2$ = sulfur dioxide; SVE = supraventricular ectopy; VE= ventricular entropy; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

### 6.2.7 Blood Pressure and Hypertension

High blood pressure is typically defined as a systolic blood pressure above 140 mm Hg or a diastolic blood pressure above 90 mm Hg. Hypertension, the clinically relevant consequence of chronically high blood pressure, typically develops over years. Small population-level changes in blood pressure, even in the absence of clinical hypertension, can have large effects on clinical outcome prevalence (Rose, 1985). Pulse pressure (PP) or the difference between SBP and DBP, as well as mean arterial pressure (MAP), which is a function of cardiac output, systemic vascular resistance, and central venous pressure, are additional outcome metrics used in studies of air pollution on blood pressure. Because high blood pressure increases the force on the artery walls, it can damage the blood vessels and increase risk for cardiovascular disease and stroke. Ventricular remodeling that occurs with hypertension leads to the repolarization abnormalities (see Section 6.2.6) that often accompany hypertension and chronic conditions such as diabetes and renal disease. Further, hypertension is one of the array of conditions, including high blood sugar, excess body fat around waste, and abnormal triglycerides, that constitutes metabolic syndrome (see Chapter 7), which is a risk factor for heart disease, stroke, and diabetes.

The 2009 PM ISA reviewed a limited number of studies examining the relationship between long-term PM exposure and blood pressure. These studies generally reported small associations. The body of literature has grown substantially, and currently includes longitudinal analyses generally showing small magnitude increases in SBP, PP, and MAP in association with long-term exposure to $PM_{2.5}$. Recent studies of children did not support an association between long-term $PM_{2.5}$ exposure and blood pressure.

#### 6.2.7.1 Epidemiologic Studies

##### 6.2.7.1.1 Blood Pressure

Several analyses of data from established cohorts, that generally report associations between increasing long-term $PM_{2.5}$ concentration and increasing blood pressure, are available for review (Table 6-42). Hicken et al. (2013) completed blood pressure measurements among 5,570 MESA participants with $PM_{2.5}$ exposure assigned using 30-day avg from all monitors within their MESA site. Chan et al. (2015) examined 43,629 participants from across the U.S. enrolled in the Sister Study. Both studies showed elevated SBP, PP, and MAP with $PM_{2.5}$ exposures but no effect on DBP. A sensitivity analysis in the MESA study using 60-day avg $PM_{2.5}$ exposure yielded similar results. Effect sizes reported in these studies were typically small [e.g., SBP: 1.4 (0.4, 1.7) mm Hg (Chan et al., 2015); SBP: 0.95 (0.5, 1.4) mm Hg (Hicken et al., 2013)]. No evidence of modification by race was observed, while associations with blood pressure were higher in the higher income group in MESA (Hicken et al., 2013). Wellenius et al.

(2012b) examined blood pressure changes during an orthostatic challenge of older adult participants in the MOBILIZE study (changes between supine blood pressure and 1- and 3-minute standing blood pressure). Although effects of $PM_{2.5}$ were observed on static supine and standing diastolic blood pressures, no evidence was found to indicate that $PM_{2.5}$ exposure over the previous 28 days influenced the change in blood pressure that occurred between supine and standing states. By contrast, the pooled analysis of 12 European cohorts from ESCAPE, reported null effects of $PM_{2.5}$ for both systolic and diastolic blood pressure (Fuks et al., 2014). Study-specific estimates were variable in magnitude and direction (Fuks et al., 2014). Meta-analyzed associations reported in the ESCAPE study were strengthened after adjustment for $NO_2$.

### Children

Studies (Table 6-43) examining long-term $PM_{2.5}$ exposure and blood pressure among children (Bilenko et al., 2015a; Bilenko et al., 2015b; Liu et al., 2014a) were completed in the U.S. and Europe. A study of newborns in Massachusetts reported that SBP measured 30 hours (on average) after birth was associated with higher $PM_{2.5}$ averaged over the 30-, but not 60- or 90-day periods before birth (van Rossem et al., 2015). Trimester-specific associations between $PM_{2.5}$ and increased SBP were positive in this study but confidence intervals were wide (β: 0.66 [95% CI: −1.31, 2.62]). The three studies of annual $PM_{2.5}$ exposure conducted in European countries among 10- and 12-year-olds (Bilenko et al., 2015a; Bilenko et al., 2015b; Liu et al., 2014a) did not provide evidence supporting an association between long-term $PM_{2.5}$ exposure and increased blood pressure in children. Both small increases and small decreases were observed in these studies.

**Table 6-42 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and blood pressure in adults.**

| Study | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Hicken et al. (2013)<br>Cross sectional<br>$PM_{2.5}$: 2002<br>Outcome: 2000−2002 | MESA<br>N = 6,814<br>45−85 yr | 1 mo avg prior to exam estimated from daily monitor average | NR | Mean difference in SBP, DBP, PP, and MAP | Copollutant models: NR<br>Copollutant correlations (*r*): NR |
| †Chan et al. (2015)<br>Cross sectional<br>$PM_{2.5}$: 2006<br>Outcome: 2003, 2009 | Sister Study<br>N = 43,629<br>35−76 yr | Annual average at residential address estimated kriging interpolation incorporating satellite observations of AOD, see Sampson et al. (2013) C-V $R^2$ = 0.88 | Nationwide IQR: 8.8−12.4 (regional distribution) | SBP, DBP, PP, MAP | Copollutant models: NR<br>Copollutant correlations (*r*): NR |
| †Wellenius et al. (2012b)<br>$PM_{2.5}$: 2005−2008<br>Outcome: 2005−2008 | MOBILIZE Boston<br>N = 747<br>≥70 yr | 28-d avg of daily measurements within 10 km of clinic and 20 km of participants' residence | Mean: 8.6<br>IQR: 4.9 | Change in SBP, DBP, supine SBP, supine DBP | Copollutant models: NR<br>Copollutant correlations (*r*): NR |

**Table 6-42 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and blood pressure in adults.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Fuks et al. (2014)<br>12 cohorts, 9 countries, Europe<br>Outcome: 1990−2000<br>$PM_{2.5}$: NR<br>Fuks et al. (2011) | ESCAPE<br>N = 164,484 | Annual average estimated using LUR residential address<br>See Eeftens et al. (2012)<br>Mean model fit $R^2$ = 0.71 | Mean: 12 (range of means: 6.6−18.4) | Blood pressure<br>Hypertension<br>Intake of BP lowering medication | Copollutant correlations (*r*):<br>$PM_{2.5}$ absorbance 0.47−0.99<br>$PM_{10-2.5}$ 0.02−0.77<br>$NO_2$ 0.19−0.88<br>(range depends on study area)<br>Copollutant models adjusted for $NO_2$, traffic noise |

AOD = aerosol optical depth; avg = average; BP = blood pressure; C-V = cross validated; DBP = diastolic blood pressure; ESCAPE = European Study of Cohorts for Air Pollution Exposure Effects; km = kilometer; LUR = land use regression; MAP = mean arterial pressure; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m$^3$ = micrograms per cubic meter; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; mo = month; N, n = number of subjects; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PP = pulse pressure; *r* = correlation; $R^2$ = coefficient of determination; SBP = systolic blood pressure; yr = year.

†Studies published since the 2009 PM ISA.

**Table 6-43 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and blood pressure in children.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †van Rossem et al. (2015)<br>1999−2002 1st prenatal visit<br>$PM_{2.5}$ 2000−2008 | Project Viva<br>N = 1,131<br>mother-infant pairs | Spatiotemporal models including satellite observations of AOD, 10 × 10-km grid linked to residence, out of sample $R^2$ 0.87<br>Temporal model using a fixed-site monitor, reside within 40 km | 90-day median:<br>11.8; IQR: 2.3 (spatiotemporal)<br>90-day median: 10.9; IQR: 2 (temporal) | Newborn blood pressure | Copollutant model: NR<br>Copollutant correlations (*r*): 0.5 BC<br>0.41 $NO_2$<br>0.20 $NO_X$<br>0.20 03<br>0.29 CO |
| †Liu et al. (2014a)<br>Munich, Leipzig, Wesel, Germany<br>$PM_{2.5}$: 2008−2009 | GINIplus<br>LISAplus<br>N = 2,368<br>10 yr old | Annual average estimated at residence using LUR<br>See Eeftens et al. (2012) | Mean 14.88<br>IQR: 4.07 | SBP<br>DBP | Copollutant model: NR<br>Copollutant correlations (*r*): NR |
| †Bilenko et al. (2015a)<br>$PM_{2.5}$: February 2009−February 2010<br>Outcome: concurrent (12 yr after recruitment 1996, 1997) | PIAMA<br>N = 1,147<br>Children<br>12 yr | Annual average estimated at residence (birth and concurrently with exam) using LUR | Mean 16.3<br>IQR: 1.2 | SPB<br>DBP | Copollutant model: NR<br>Copollutant correlations (*r*): NR |

**Table 6-43 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and blood pressure in children.**

| Study | Study Population | Exposure Assessment | Concentration µg/m[3] | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Bilenko et al. (2015b)<br>Cross-sectional<br>$PM_{2.5}$: February 2009−February 2010<br>Outcome: concurrent (12 yr after recruitment 1996, 1997) | PIAMA<br>N = 1,432<br>12 yr old | Annual average estimated at residence (birth and concurrently with exam) using LUR<br>See de Hoogh et al. (2013) | Median: 16.5<br>IQR: 1.2 | SPB<br>DBP | Copollutant model: NR<br>Copollutant correlations (*r*): 0.67 noise, 0.82 $PM_{2.5}$ abs |

abs = absolute; AOD = aerosol optical depth; BC = black carbon; CO = carbon monoxide; DBP = diastolic blood pressure; GINIplus = German Infant Nutritional Intervention plus environmental and genetic influences on allergy development; IQR = interquartile range; km = kilometer; LISAplus = Lifestyle-Related Factors on the Immune System and Development of Allergies in Childhood Study; LUR = land use regression; µg/m³ = micrograms per cubic meter; MOBILIZE = Maintenance of Balance, Independent Living, Intellect, and Zest in the Elderly of Boston; N, n = number of subjects; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; PIAMA = Prevention and Incidence of Asthma and Mite Allergy; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; *r* = correlation; SBP = systolic blood pressure; yr = year.

†Studies published since the 2009 PM ISA.

#### 6.2.7.1.2 Hypertension

Prospective studies of the association between long-term exposure to $PM_{2.5}$ and hypertension are described in Table 6-44. Zhang et al. (2016) conducted a prospective analysis of long-term exposure to $PM_{2.5}$ and self-reported hypertension among women enrolled in the NHS. A positive association of incident hypertension with annual average $PM_{2.5}$ exposure was reported (HR: 1.02 [95% CI: 1.00, 1.03]). By contrast, Coogan et al. (2016) reported no association between long-term $PM_{2.5}$ exposure and hypertension in the Black Women's Health Study (BWHS; HR: 0.98 [95% CI: 0.88, 1.11]). This finding, which was based on a refined spatiotemporal exposure model and included additional years of follow-up, supersedes the earlier report indicating a large but imprecise association with hypertension in this cohort [HR: 1.22 (95% CI: 0.97, 1.52); Coogan et al. (2012)]. The largest study of incident hypertension, conducted within a population-based sample of Ontario, Canada residents, reported a fully adjusted HR of 1.07 [95% CI: 1.03, 1.11; Chen et al. (2014a)]. This study used the Ontario hypertension database to classify hypertension, including those with at least one hospital admission with a diagnosis of hypertension or two physician claims for hypertension within a 2-year period. Larger magnitude associations were reported among participants with diabetes (HR: 1.23 [95% CI: 1.04, 1.46] vs. 1.05 [95% CI: 1.01, 1.10] among those without diabetes). There was no statistical evidence of modification by other factors (i.e., age, sex, BMI, education, smoking, and COPD). Results of Chen et al. (2014a) that pertain to the shape of the C-R function are discussed in Section 6.2.16.

Several additional studies have examined the cross-sectional association between long-term $PM_{2.5}$ exposure and hypertension (To et al., 2015; Babisch et al., 2014; Fuks et al., 2014; Johnson and Parker, 2009). These cross-sectional studies generally provide support for an association between long-term exposure to $PM_{2.5}$ and the prevalence of hypertension.

**Table 6-44 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and hypertension.**

| Study | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome(s) | Copollutants Examined |
|---|---|---|---|---|---|
| †Zhang et al. (2016)<br>Prospective cohort<br>$PM_{2.5}$: 1998−2007<br>Outcome: 1988−2008 | NHS<br>N = 74,880 | Time varying annual average estimated to compute 24-mo and cumulative average using spatiotemporal models (1 × 1-km grid)<br>C-V $R^2$ = 0.77<br>See Yanosky et al. (2014) | Mean: 15.61 | Hypertension<br>SBP/DBP>140/90 mm Hg | Correlations (*r*): $PM_{10-2.5}$ 0.37<br>Copollutant model adjusted for $PM_{10-2.5}$ |
| †Coogan et al. (2016)<br>Prospective cohort<br>$PM_{2.5}$: 1995−2009<br>Follow-up: 1995−2011 | BWHS<br>N = 9,579 black women free of hypertension at baseline<br>(21−69 yr) | LUR and BME in spatiotemporal model, exposure assigned at residence | Mean: 13.9<br>IQR: 2.9 | Self-report of doctor diagnosed<br>Hypertension and concurrent use of antihypertensive medication | Copollutant model: NR<br>Copollutant Correlations (*r*): NR |
| †Chen et al. (2014a)<br>Ontario, Canada<br>Prospective cohort<br>$PM_{2.5}$: 2001−2006<br>Outcome: 1996, 2005−December 2010 | Ontario Hypertension Database<br>N = 79,942<br>≥35 yr (baseline) | Annual average at postal code estimated using satellite observations of AOD | Mean: 10.7 (range: 2.9−19.2) | Hypertension registry (ICD diagnostic codes 401-405, ICD10 I10-I13/15) | Copollutant model: NR<br>Copollutant Correlations (*r*): NR |

AOD = aerosol optical depth; BME = Bayesian maximum entropy; BWHS = Black Women's Health Study; C-V = cross validation; DBP = diastolic blood pressure; ICD = International Classification of Disease; IDW = inverse-distance weighted; IQR = interquartile range; km = kilometer; LUR = land use regression; µg/m³ = micrograms per cubic meter; mo = month; N = number; NHS = Nurses' Health Study; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; *r* = correlation; $R^2$ = coefficient of determination; SBP = systolic blood pressure; yr = year.

†Studies published since the 2009 PM ISA.

In summary, this expanded body of literature provides evidence of association between long-term $PM_{2.5}$ exposure, blood pressure, and hypertension, even though the consistency of the associations varied with the specific outcome and averaging times examined. Limited evidence from studies of adult blood pressure indicated increases in systolic and diastolic blood pressure (SBP, DBP), as well as pulse pressure (PP) and mean arterial pressure (MAP), in association with 28- to 60-day avg exposures. Studies of children did not consistently report associations between long-term exposures of months to years and increased blood pressure.

#### 6.2.7.1.3 Gestational Hypertension and Pre-eclampsia

Epidemiologic studies examining increases in $PM_{2.5}$ concentrations and hypertensive disorders of pregnancy, including pre-eclampsia, are discussed in detail in Section 9.2.1. Overall, these do not show consistent results. The methods by which exposure was assigned in these studies may contribute to the heterogeneity in associations observed across these studies. For example, the association between a composite outcome of gestational hypertensive disorders and $PM_{2.5}$ changed based on how concentrations were determined in a study conducted in California (Wu et al., 2011; Wu et al., 2009). However, two meta-analyses have estimated positive odds ratios (ORs 1.15-1.47) for $PM_{2.5}$ and pre-eclampsia; however, both had large heterogeneity scores, and therefore, a combined effect may be inappropriate (Hu et al., 2014; Pedersen et al., 2014).

#### 6.2.7.1.4 Renal Function

Observed effects of long-term $PM_{2.5}$ exposure on renal function may be secondary to hypertension because chronic increases in vascular pressure can contribute to glomerular and renal vasculature injury, which can lead to progressive renal dysfunction. The relationship between BP and renal function is complicated, however, because hypertension contributes to renal dysfunction but damage to the kidneys can also cause increased BP. The 2009 PM ISA did not review studies of the association between long-term exposure to $PM_{2.5}$ and renal function. The literature remains limited but an epidemiologic study of older adult males in the NAS (Mehta et al., 2016) reported an association between annual average $PM_{2.5}$ exposure and lower estimated glomerular filtration rate (eGFR; −4.45 mL/min/1.73 $m^2$ [95% CI: −7.12, −1.81]). A longitudinal decrease was also observed as a per year reduction in eGFR in this study.

### 6.2.7.2 Toxicological Studies of Changes in Blood Pressure (BP)

In the current ISA, studies using rats have demonstrated increased ($p < 0.05$) blood pressure in response to long-term $PM_{2.5}$ exposure. Aztatzi-Aguilar et al. (2016) exposed adult male Sprague-Dawley

rats to Mexico City fine CAPs and measured BP on the 4th day of each weekly exposure for 8 weeks. The mean arterial pressure (MAP) was calculated and found to be increased ($p < 0.05$) at Weeks 1, 5, and 8. In an additional study, Ying et al. (2015) identified that long-term CAPs exposure increased ($p < 0.05$) BP in SH rats compared with filtered air controls. This increase in BP persisted throughout the 15-week exposure but returned to baseline 2 weeks after $PM_{2.5}$ was withdrawn. Furthermore, Wold et al. (2012) found that, relative to controls, mice exposed long-term to $PM_{2.5}$ had a statistically significant increase in SBP, DBP, and MAP, while pulse pressure decreased relative to controls ($p > 0.05$). In summary, these studies individually and collectively support the supposition that long-term $PM_{2.5}$ exposure can increase BP. More information on studies published since the 2009 PM ISA can be found in Table 6-45 below.

#### 6.2.7.2.1 Renin-Angiotensin System

As noted above (see Section 6.1.6.4.1), the renin-angiotensin system can have direct effects on changes in blood pressure. Since the publication of the 2009 PM ISA, additional studies have evaluated the effects of PM on this system. Long-term $PM_{2.5}$ exposure resulted in a statistically significant increase ($p < 0.05$) in *At1r* and *B1r* mRNA levels in rat heart tissue, whereas *At2r*, and *Ace* were not appreciably changed (Aztatzi-Aguilar et al., 2015). In a follow-up study, Aztatzi-Aguilar et al. (2016) found that in rat kidney tissue, although mRNA levels of *Ace* and *At1r* statistically significantly decreased at 8 weeks postexposure ($p > 0.05$), protein levels statistically significantly increased ($p < 0.05$) relative to controls. In addition, the authors also reported that *B1r* mRNA and protein was statistically significantly ($p < 0.05$) higher following long-term $PM_{2.5}$ exposure. Thus, there is evidence that long-term $PM_{2.5}$ exposure can result in the types of changes in the renin-angiotensin system that could lead to changes in blood pressure.

**Table 6-45 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and blood pressure.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m³ $PM_{2.5}$ from a high-traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week). | Angiotensin and bradykinin system gene and protein expression in heart tissue postexposure |
| Aztatzi-Aguilar et al. (2016) | Sprague-Dawley rats, M, n = 12/group | Inhalation of 375 μg/m³ $PM_{2.5}$ CAPs, 5 h/day, 4 day/week, for 8 weeks from Mexico City | Mean blood pressure on the 4th day of each weekly exposure for 8 weeks<br>Angiotensin and bradykinin system gene and protein expression in kidney tissue postexposure |
| Ying et al. (2015) | 4-week old M SH rats, n = 6/group | Inhalation of 128.3 ± 60.4 μg/m³ $PM_{2.5}$ CAPs for 6 h/day, 5 days/week for 15 weeks from Columbus, OH | SBP measured weekly during exposure |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 μg/m³ (16.9−266.4 μg/m³) $PM_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | SBP, DBP, and MAP recorded daily for 3 days postexposure |

BP = blood pressure; CAP = concentrated ambient particle; DBP = diastolic blood pressure; h = hour; M = male, MAP = mean arterial pressure; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SBP = systolic blood pressure; SH = spontaneously hypertensive.

### 6.2.8 Venous Thromboembolism Disease and Pulmonary Embolism

Thrombosis refers to intravascular formation of a blood clot inside the blood vessel. The clot can form an embolism that moves from its point of origin to a distant vessel where it can become lodged and occlude blood flow. Thrombi typically form in the deep (i.e., popliteal, femoral, iliac) veins of the lower extremities and can give rise to emboli that lodge in the pulmonary arteries. Deep vein thromboses (DVTs) and pulmonary emboli (PE) are the most common subtypes of venous thromboembolism (VTE). Although no studies of $PM_{2.5}$ were in the 2009 PM ISA, a case-control study reported an association between $PM_{10}$ exposure and risk of DVT (Baccarelli et al., 2008). Recent longitudinal analyses report inconsistent results regarding the association of long-term exposure to $PM_{2.5}$ and VTE.

#### 6.2.8.1 Epidemiologic Studies

Following the DVT study of Baccarelli et al. (2008), longitudinal analyses of the WHI (Shih et al., 2011) and the NHS (Pun et al., 2015) examined other $PM_{2.5}$ in relation to VTE. Shih et al. (2011) found no evidence of association with VTE (HR: 0.93 [95% CI: 0.54, 1.60]), nor did they find evidence of an interaction with hormone therapy as did Baccarelli et al. (2008). By contrast, Pun et al. (2015) reported a positive association (HR: 1.11 [95% CI: 1.00, 1.24]) among women in the NHS. VTE events are uncommon, especially in women with and without established risk factors for VTE and its subtypes. Overall, the evidence remains limited (Table 6-46).

**Table 6-46 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and thromboembolism.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Shih et al. (2011)<br>40 centers, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 1999−2004<br>Follow-up: 1993, 1998−2004 | WHI<br>Postmenopausal women with no history of DVT<br>N = 26,450<br>Mean follow-up 7.7 yr | Annual average estimated using kriging interpolation at geocoded residential address | Mean: 13.4 | Physician adjudicated DVT | Copollutant model: NR<br>Copollutant Correlations (*r*): NR |
| †Pun et al. (2015)<br>11 states, U.S.<br>$PM_{2.5}$: 1988−2007<br>Follow-up: 1992−2008 | NHS | Annual average estimated using spatiotemporal model at residential address<br>C-V regression slope = 0.87, error 1.81 μg/m$^3$ | Mean: 12.6<br>IQR: 4.1 | Self-reported diagnosis of PE confirmed by physician medical record review | Copollutant model: NR<br>Copollutant Correlations (*r*): NR |

C-V = cross validation; DVT = deep vein thrombosis; IQR = interquartile range; μg/m$^3$ = micrograms per cubic meter; N = number; NHS = Nurses' Health Study; NR = not reported; PE = pulmonary embolism; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; *r* = correlation; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

### 6.2.9 Combinations of Cardiovascular-Related Outcomes

Several studies define outcome categories that aggregate across specific types of cardiovascular and cerebrovascular disease (CVD and CBVD; Table 6-47). The outcomes, variously defined and combined, include MI, angina, atherosclerosis, aneurysm, chronic and acute ischemic heart disease, stroke or other cerebrovascular disease, coronary heart disease, heart failure, cardiac arrest, arterial embolism and thrombosis, and peripheral vascular disease, as well as relevant procedures such as revascularization, angioplasty, bypass, or cardiac device implants. Associations of long-term exposure to $PM_{2.5}$ with such combinations of clinical outcomes are presented here with an emphasis on studies that leverage large sample sizes and numbers of events within aggregated outcome groupings to conduct stratified analyses.

The analysis of postmenopausal women enrolled in WHI (Miller et al., 2007) was described in the 2009 PM ISA and reported an association of 1.11 (95% CI: 1.04, 1.19) for long-term exposure to $PM_{2.5}$ and coronary events, including MI, revascularization, and death from CHD. Recent studies continue to strengthen the evidence supporting an effect of long-term exposure $PM_{2.5}$ on combinations of cardiovascular outcomes. In a follow-up WHI analysis, Chi et al. (2016a) examined modification by individual and neighborhood-level socioeconomic status (SES) to determine whether these factors could explain the findings of Miller et al. (2007). The authors found that the association was not attenuated after adjustment for SES indicators (HR: 1.14 [95% CI: 1.02, 1.27]). Although individual SES did not modify the association between long-term exposure to $PM_{2.5}$ and CVD, there was statistical evidence of modification by neighborhood SES. The strongest association was found in most disadvantaged neighborhood SES group (HR: 1.39 [95% CI: 1.21, 1.61]) with a null association in the least disadvantaged neighborhood SES group (HR: 0.90 [95% CI: 0.72, 1.07]).

In an analysis of data from Medicare recipients across the U.S. Makar et al. (2017) examined the association of 2-year $PM_{2.5}$ concentrations with hospital admissions for diseases of the circulatory system among those with annual average concentrations less than 12 $\mu g/m^3$. Authors found an increase in circulatory system hospital admissions (HR: 1.06 [95% CI: 1.02, 1.09], cutpoint of 12 $\mu g/m^3$ and HR: 1.18 [95% CI 1.10, 1.27] cutpoint of 8 $\mu g/m^3$). Positive associations between long-term exposure to $PM_{2.5}$ and cardiovascular disease were reported in cross-sectional studies (Feng and Yang, 2012; Johnson and Parker, 2009).

In summary, these studies generally support an effect of long-term exposure $PM_{2.5}$ on a variety of pooled cardiovascular outcomes. These studies are generally large, allowing stratified analyses. Findings of Feng and Yang (2012) and Hart et al. (2015b) related to regional differences in the association between long-term exposure to $PM_{2.5}$ and CVDs are discussed in Section 6.2.17.

**Table 6-47 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cardiovascular diseases.**

| Study | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| Miller et al. (2007)<br>36 metro areas, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2000<br>Follow-up: 1994, 1998−2002 | WHI observational cohort<br>N = 65,893<br>Median follow-up: 6 yr | Annual average of closest monitor (2000) within 10 km of monitor | Median: 13.4<br>IQR: 11.6-18.3 | CVD event (MI, revascularization, stroke, death from CHD, CBVD)<br>Medical record review by physician adjudicators | Copollutant model: NR<br>Copollutant correlations: NR |
| †Chi et al. (2016a)<br>40 Centers, U.S.<br>Prospective cohort<br>$PM_{2.5}$: 2000<br>Follow-up: 1993-1998 (baseline), followed through 2005 | WHI observational cohort<br>Postmenopausal women<br>50−79 yr<br>N = 51,754<br>Mean follow-up: 7.6 yr | Annual average (2000) kriging interpolation to estimate concentration at residential address<br>C-V $R^2$ = 0.88<br>(Sampson et al., 2013) | Mean: 12.7 (SD: 2.9)<br>IQR: 4.1 | CVD event (MI, stroke, death from CHD or CBVD) | Copollutant model: NR<br>Copollutant correlations: NR |
| †Makar et al. (2017)<br>Prospective cohort<br>$PM_{2.5}$: 2000−2010<br>Outcome: 2002−2010 | Medicare<br>N = 32,119<br>MCBS participants<br>65+ yr | Spatiotemporal model incorporating satellite observations of AOD over a 1 × 1-km grid for entire U.S.<br>C-V $R^2$ = 0.84 | Full cohort mean: 12<br>IQR: 3.41<br>Low pollution cohort mean: 10.18<br>IQR: 2.46 | Circulatory system HA<br>ICD9: 390−459 | Copollutant model: NR<br>Copollutant correlations: NR |

AOD = aerosol optical depth; CBVD = cerebrovascular disease; CHD = coronary heart disease; CVD = cardiovascular disease; C-V = cross validation, HA = hospital admission; ICD = International Classification of Disease; IQR = interquartile range; km = kilometer; MCBS = Medicare Current Beneficiary Survey; MI = myocardial infarction; N, n = number of subjects; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $R^2$ = coefficient of determination; SD = standard deviation; WHI = Women's Health Initiative; yr = year.

†Studies published since the 2009 PM ISA.

### 6.2.10 Long-Term $PM_{2.5}$ Exposure and Cardiovascular Mortality

Studies that examine the association between long-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for $PM_{2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects. Evidence from studies of long-term $PM_{2.5}$ exposure and mortality are presented in detail in Section 11.2. Studies investigating cardiovascular mortality provided some of the strongest evidence for a cardiovascular effect related to long-term $PM_{2.5}$ exposure in the 2009 PM ISA (U.S. EPA, 2009) and are summarized here to inform the effect of long-term $PM_{2.5}$ exposure on the continuum of cardiovascular effects. The 2009 PM ISA (U.S. EPA, 2009) included evidence from several multicity U.S. studies, including the American Cancer Society (ACS) cohort (Pope III et al., 2004), the Harvard Six Cities cohort (Laden et al., 2006), the Women's Health Initiative [WHI; Miller et al. (2007)], and the Seventh-Day Adventist (AHSMOG) cohort (Chen et al., 2005). These studies continue to provide strong support for the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular mortality. In addition, extended analyses of the ACS and Harvard Six Cities studies, as well as results from recent cohort studies contribute to the body of evidence for this relationship (Figure 6-19).

Pope et al. (2014) and Turner et al. (2016) used the extended follow-up period of the ACS to examine the associations between long-term $PM_{2.5}$ exposure and cardiovascular, ischemic heart disease, heart failure and cardiac arrest, cerebrovascular disease, and hypertensive disease. The results of these extended analyses were consistent with previous results from the ACS cohort for cardiovascular and ischemic heart disease. In addition, these extended analyses provide associations for causes of death that had previously not been evaluated among the ACS cohort. Positive associations were observed with heart failure and cardiac arrest, cerebrovascular disease, and hypertensive disorder. Lepeule et al. (2012) reported the results of an extended analysis of the Harvard Six Cities cohort, extending the follow-up period to include deaths between 1974 and 2009, and the strong association with cardiovascular mortality persisted.

A recent series of studies conducted in Canada linked census data with data from the Canadian Mortality Database to create the Canadian Census Health and Environment Cohort (CanCHEC). These studies evaluated the relationship between long-term $PM_{2.5}$ exposure and CVD (including IHD, CBVD, and circulatory) mortality. The study authors observed positive associations between CVD mortality and long-term $PM_{2.5}$ exposure, with similar estimates for satellite-derived estimates and ground monitor estimates. The strongest association was for IHD mortality and the weakest was for cerebrovascular mortality (Figure 6-19). Chen et al. (2016) limited their analyses to CanCHEC participants residing in Ontario who had experienced an acute myocardial infarction and observed positive associations with CVD and IHD deaths, as well as deaths due to subsequent acute myocardial infarctions. Crouse et al. (2015) extended the follow-up period of the CanCHEC to include 5 additional years (1991−2006) and

observed positive associations for cardiovascular mortality, with the strongest association observed between long-term exposure to $PM_{2.5}$ and mortality due to diabetes, followed by IHD. The association for cerebrovascular mortality was just below the null value. The general pattern and magnitude of these associations were generally unchanged in cumulative risk models that include $O_3$ and/or $NO_2$. Weichenthal et al. (2016a) evaluated the subset of the CanCHEC living within 5 km of a ground monitor (n = 193,300) and observed associations with IHD mortality that were close to the null value.

Several recent U.S. cohort studies examined the association between long-term $PM_{2.5}$ exposure and cardiovascular mortality. The California Teachers Study (Lipsett et al., 2011; Ostro et al., 2010) observed positive associations between long-term $PM_{2.5}$ exposure and IHD and cerebrovascular mortality, with the strongest association observed with IHD (HR: 1.70 [95% CI: 1.51, 1.91]). Analyses restricted to postmenopausal women yielded results like those for all subjects. Puett et al. (2009) examined the association between long-term $PM_{2.5}$ exposure and all-cause mortality among a cohort of female nurses in the Nurses' Health Study. The authors observed positive associations with CHD mortality (HR: 1.42 [95% CI: 1.03, 1.94]). Using a design like that of the Nurses' Health Study, Puett et al. (2011) investigated the effect of long-term $PM_{2.5}$ exposure and mortality among men enrolled in the Health Professionals Follow-Up Study cohort. Near null associations were observed for CHD mortality in this cohort. Hart et al. (2011) examined the association between residential exposure to $PM_{2.5}$ and mortality among men in the U.S. trucking industry in the Trucking Industry Particle Study (TrIPS) and observed a modest positive association with cardiovascular mortality.




ACS = American Cancer Society; AHSMOG = Adventist Health Study and Smog; AMI = acute myocardial infarction; AQCD = Air Quality Criteria Document; CBVD = cerebrovascular disease; CCHS = Canadian Community Health Survey; CHD = coronary heart disease; CI = confidence interval; CVD = cardiovascular disease; EFFECT = Enhanced Feedback for Effective Cardiac Treatment; H6C = Harvard Six Cities; HF = heart failure; IDW = inverse-distance weighting; IHD = ischemic heart disease; IQR = interquartile range; km = kilometer; μg/m$^3$ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TrIPS = Trucking Industry Particle Study; WHI = Women's Health Initiative.

Associations are presented per 5-μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Study results from Lepeule et al. (2012) are representative of results from the Harvard Six Cities cohort; study results from Pope et al. (2014) are representative of the results from the American Cancer Society cohort. For complete results from ACS cohort, see Figure 11-17.

†Studies published since the 2009 PM ISA.

**Figure 6-19 Associations between long-term exposure to $PM_{2.5}$ and cardiovascular mortality in recent North American cohorts.**

The magnitude of the associations for long-term $PM_{2.5}$ exposure and cardiovascular mortality among women (Hart et al., 2015a; Lipsett et al., 2011; Ostro et al., 2010; Puett et al., 2009) was higher than those observed in many of the other North American cohorts of men or men and women combined,

but similar to that observed by Miller et al. (2007), who also evaluated fatal CHD events among a cohort of postmenopausal women. Several studies that included cohorts of both men and women conducted stratified analyses to see whether there was a difference in the association based on sex. Thurston et al. (2016) observed no difference between men and women when examining cardiovascular mortality. Weichenthal et al. (2014b) and Pinault et al. (2016) reported slightly higher associations in men than in women, whereas Beelen et al. (2014) observed higher associations among women compared with men. It is unclear why cohort studies that include only women tend to observe higher associations between long-term exposure to $PM_{2.5}$ and cardiovascular mortality than other cohorts. When cohorts that include both men and women are stratified by sex, the higher association among women is much less consistent.

Overall, the results of these recent U.S. and Canadian cohort studies demonstrate a consistent, positive association between long-term $PM_{2.5}$ exposure and cardiovascular mortality across various spatial extents, exposure assessment techniques, statistical techniques, and locations where mean annual average concentrations are ≤12 μg/m³ (see Chapter 11 for study details related to exposure assessment and statistical methods). Additional cohort studies conducted in Europe observed similarly consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (see Table 11-6 in Section 11.2.2.2) and support the evidence from the U.S. and Canada. Particularly noteworthy is a study conducted in Europe that combined data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and cardiovascular (Beelen et al., 2014) mortality. Generally, the associations for cardiovascular mortality were near the null value, except for the subset of cardiovascular deaths attributable to cerebrovascular disease [HR: 1.21 (95% CI: 0.87, 1.69) per 5-μg/m³ increase in $PM_{2.5}$; Beelen et al. (2014)].

## 6.2.11 Heart Rate (HR) and Heart Rate Variability (HRV)

Heart rate variability (HRV) represents the degree of difference in the inter-beat intervals of successive heartbeats, and it is an indicator of the balance between the sympathetic and parasympathetic arms of the autonomic nervous system. Heart rate (HR) is modulated at the sinoatrial node by both parasympathetic and sympathetic branches of the autonomic nervous system (see Section 6.1.10).

### 6.2.11.1 Epidemiologic Studies of Heart Rate Variability (HRV)

Most studies have focused on the association between short-term PM exposure and HRV (see Section 6.1.10). There were no studies of the association between long-term PM exposure and HRV in the 2009 PM ISA (U.S. EPA, 2009). In a recent study, Park et al. (2010) examined the long-term $PM_{2.5}$-HRV association. Thirty- to 60-day mean $PM_{2.5}$ concentrations from the closest monitor with available data were assigned to geocoded addresses of MESA cohort participants at the baseline cohort exam (2000−2002). Although some inverse HRV-$PM_{2.5}$ associations were observed in the population,

overall, the evidence of decreased HRV (i.e., rMSSD, SDNN) was stronger among MESA participants with metabolic syndrome than without metabolic syndrome. Such $PM_{2.5}$-associated decreases in HRV are thought to be harmful given that reduced HRV is a risk factor for cardiovascular disease. This finding in MESA is consistent with that of Whitsel et al. (2009) who reported an inverse association between long-term $PM_{10}$ exposure and HRV that was stronger among those with impaired glucose metabolism (IGM) enrolled in the WHI clinical trial studies.

#### 6.2.11.2 Toxicological Studies of Heart Rate (HR) and Heart Rate Variability (HRV)

In the 2009 PM ISA, long-term effects of $PM_{2.5}$ exposure on HRV and HR were not reported. Since the publication of the last review, the HEI NPACT study (Lippmann et al., 2013a) examined the effects of long-term $PM_{2.5}$ exposure from five airsheds (Tuxedo, NY; Manhattan, NY; East Lansing, MI; Seattle, WA; and Irvine, CA) on measures of HRV in $ApoE^{-/-}$ mice. These authors estimated by fitted curve statistically significant increases in HR in Manhattan, NY for the first 50 days of the experiment that gradually decreased over the rest of the study. In contrast, using the same methodology, the authors estimated a statistically significant decrease in HR in Tuxedo, NY after 75 days. There were no statistically significant chronic changes in HR at other locations. In an additional study, Wold et al. (2012) reported that long-term $PM_{2.5}$ exposure increased HR in SH rats. With respect to HRV, no changes were associated with chronic $PM_{2.5}$ exposure at any location in the NPACT study (Lippmann et al., 2013a). Thus, there is some evidence from animal toxicological studies for changes in HR, but not HRV following long-term exposure to $PM_{2.5}$. More information on studies published since the 2009 PM ISA can be found in Table 6-48 below.

**Table 6-48 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and heart rate and heart rate variability.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Lippmann et al. (2013a)<br>NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 μg/m$^3$, respectively) for 6 h/day, 5 days/week for 6 mo | HR<br>HRV time and frequency domains |
| Wold et al. (2012) | 8-week old C57BL/6 mice, M | Inhalation of 85 μg/m$^3$ (16.9−266.4 μg/m$^3$) $PM_{2.5}$, for 6 h/day, 5 days/week, for 9 mo from Columbus, OH | HR postexposure |

ApoE$^{-/-}$ = apolipoprotein E knockout; CAP = concentrated ambient particle; h = hour; HR = heart rate; HRV = heart rate variability; M = male; μg/m$^3$ = micrograms per cubic meter; mo = month; n = number; NPACT = National Particle Component Toxicity; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

## 6.2.12 Systemic Inflammation, Oxidative Stress, and Blood Lipids

Chronic systemic inflammation is known to affect the vascular system, potentially leading to thrombosis, plaque rupture, MI and stroke, metabolic effects, as well as effects in other organ systems (e.g., central nervous and reproductive systems). Systemic inflammation is associated with changes in the acute phase response, circulating white blood cells, pro-coagulation effects, and endothelial dysfunction. The epidemiologic studies that were reviewed in the 2009 PM ISA were limited to a cross-sectional study of the association of long-term exposure to $PM_{10}$ with inflammation and coagulation and ecological studies of hematologic measures that could potentially provide insight into oxygen carrying capacity, viscosity, and pro-coagulant potential of the blood (U.S. EPA, 2009). Recent longitudinal analyses that consider the time-dependent nature of pulmonary and systemic inflammatory responses have been conducted, and generally show effects on markers of inflammation. Recent experimental studies also add to the evidence reviewed in the 2009 PM ISA that demonstrated inflammatory effects in animals.

### 6.2.12.1 Epidemiologic Studies

#### 6.2.12.1.1 Systemic Inflammation

Several studies of long-term $PM_{2.5}$ exposure and C-reactive protein (CRP) were published since the 2009 PM ISA. CRP is an acute phase reactant, a well-known biomarker of inflammation, and a

clinical tool that can be used to inform decisions regarding treatment of patients with an intermediate risk of atherosclerotic cardiovascular disease (Goff et al., 2014; Pearson et al., 2003). Findings from several recent studies that considered the temporality of the $PM_{2.5}$-CRP association generally found positive associations between 1- to 12-month mean $PM_{2.5}$ exposures and log-transformed CRP as determined by a variety of methods. These longitudinal studies leveraged the availability of repeated, time-varying measures of both the exposure and outcome, applying multi-variable adjusted mixed models and were conducted in well characterized U.S. and European cohorts including the Study of Women's Health Across the Nation (SWAN) [12.75% change (95% CI: 5.1, 21.45); Ostro et al. (2014)] and the HNR study [22.65% change (95% CI: 13.8, 31.65), Hennig et al. (2014); and 11.25% change (95% CI (1.25, 21.88), Viehmann et al. (2015)]. Viehmann et al. (2015) also reported results indicating that white cell count (WCC) may increase with long-term exposure to $PM_{2.5}$ (3.13% change WCC [95% CI: 0.83, 5.42]) among the HNR study population. The longitudinal analysis of the MESA cohort provided little support for an association with CRP (1% change [95% CI: −4, 6]), although a 6% (95% CI: 2, 9) higher IL-6, another indicator of systemic inflammation, was reported (Hajat et al., 2015). A meta-analysis of cross-sectional results from the ESCAPE cohorts (Lanki et al., 2015) provided little support for an association between long-term exposure to $PM_{2.5}$ and CRP (2.4% difference [95% CI: −7.5, 13.4]). A cross-sectional analysis of the NHANES participants reported small magnitude associations of annual average $PM_{2.5}$ exposure, with CRP which was stronger in people with diabetes (Dabass et al., 2016b).

#### 6.2.12.1.2 Blood Lipids

The previous PM ISA did not include any relevant epidemiologic studies describing associations between long-term exposure to $PM_{2.5}$ and blood lipid levels. The available literature includes ecological studies or studies conducted at relatively high concentrations [>20; Calderón-Garcidueñas et al. (2013); Chuang et al. (2011)]. In addition, Wallwork et al. (2017) examined blood lipids in the context of all the components of metabolic syndrome and observed increased triglycerides among older adult males in the NAS in association with annual average $PM_{2.5}$ concentration. Yitshak Sade et al. (2016) examined blood lipids, in addition to HbA1c and FBG, and reported associations of 3-month avg $PM_{2.5}$ exposure with HDL and LDL in a retrospective study in Israel noting larger effect sizes among those with diabetes.

### 6.2.12.2 Toxicological Studies

The 2009 PM ISA included findings from several studies that pointed to inflammation in response to long-term $PM_{2.5}$ exposure, particularly in association with atherosclerotic progression (2009 PM ISA). More recent animal toxicological studies continue to provide evidence that long-term exposure to $PM_{2.5}$ may result in inflammatory effects. More specifically, a recent study demonstrated statistically significant ($p < 0.05$) changes in circulating T-cell populations in mice following long-term $PM_{2.5}$ exposure (Deiuliis et al., 2012). Similarly, Kampfrath et al. (2011) demonstrated in mice that long-term

exposure to $PM_{2.5}$ results in increased ($p < 0.05$) inflammatory monocytes in the blood from the bone marrow, and that this increase in monocytes is at least partially dependent on TLR4 expression.

#### 6.2.12.2.1 Systemic Inflammation

When examining cytokines and other inflammatory mediators, Tanwar et al. (2017) reported increased mRNA expression of the cytokines IL-1β and IL-6, as well as the matrix metalloproteinases MMP-9 and MMP-13 at birth in heart tissue of mice exposed to $PM_{2.5}$ in utero. In addition, Aztatzi-Aguilar et al. (2015) found increased ($p < 0.05$) IL-6 protein levels in mouse hearts, and Ying et al. (2013) reported increased ($p < 0.05$) IL-6, TNF-α, and MCP-1 mRNA, but not E-selectin, ICAM-1, or VCAM-1 in mesenteric arteries when compared to control mice exposed to FA. Similarly, an additional study in mice reported that long-term exposure to $PM_{2.5}$ was found to statistically significantly increase ($p < 0.05$) plasma levels of TNF-α and MCP-1, but not IL-6, IL-12, or IL-10, or IFN-γ when compared to control animals (Kampfrath et al., 2011). Moreover, Kampfrath et al. (2011) demonstrated that upregulation of these cytokines was at least partially dependent on TLR4 expression. In $ApoE^{-/-}$ mice, Lippmann et al. (2013a) reported increased IL-10 ($p < 0.05$) following 3 months of exposure in Manhattan, NY and decreased ($p < 0.05$) IL-6 and IL-10 at 6 months in Irvine, CA relative to control mice. Other locations did not have statistically significant changes in IL-6 or IL-10 and no location reported appreciable changes in CRP, TNF-α, IL-13, MCP-1, or IL-12. In addition, in Irvine, CA, there was a statistically significant change (increase; $p > 0.05$) in GM-CSF. Together, these studies may appear inconsistent; however, markers of systemic inflammation are often transiently expressed, thus making it difficult to consistently report changes across studies that use different study designs and a variety of methodological approaches. Thus, although inconsistencies exist, these studies show some evidence that long-term $PM_{2.5}$ exposure can result in systemic inflammation.

#### 6.2.12.2.2 Oxidative Stress

With respect to oxidative stress, Rao et al. (2014) reported that relative to FA, long-term exposure of $ApoE^{-/-}$ mice to $PM_{2.5}$ resulted in increased oxidation of cholesterol. Moreover, Kampfrath et al. (2011) demonstrated that long-term exposure to $PM_{2.5}$ in mice results in an increase in NADPH oxidase-derived $O_2^-$ production in the aorta. In contrast, Ying et al. (2013) did not find that long-term $PM_{2.5}$ exposure resulted in a statistically significant effect on the oxidative stress marker 8-isoprostane. Thus, there is limited evidence of oxidative stress following long-term $PM_{2.5}$ exposure. More information on studies published since the 2009 PM ISA can be found in Table 6-49 below.

#### 6.2.12.2.3 Blood Lipids

In mice, long-term $PM_{2.5}$ CAPs exposures resulted in increased ($p < 0.05$) liver [116 μg/m³ for 17 weeks; Liu et al. (2014b)] and blood [74 μg/m³ for 9 months; Zheng et al. (2013)] triglycerides and blood cholesterol (Zheng et al., 2013) levels. Note, however, that rodent cholesterol dietary intake and plasma clearance is markedly higher than humans meaning that rodents, on average, have much lower plasma LDL levels (7 mg/dL) than humans (120 mg/dL). Study characteristics are detailed in Table 6-49.

**Table 6-49 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Tanwar et al. (2017) | FVB mice, pregnant F, and offspring | In utero inhalation of 73.61 μg/m³ $PM_{2.5}$ CAPs for 6 h/day, 7 days/week throughout pregnancy. | Markers of inflammation in hearts of mice at birth after exposure in utero |
| Lippmann et al. (2013a)<br>NPACT Study 1 | ApoE$^{-/-}$ mice, M, n = 4−8 per treatment group | CAPs from Irvine, CA; Tuxedo, NY; Manhattan, NY; East Lansing, MI; or Seattle, WA (138, 136, 123, 68, or 60 μg/m³, respectively) for 6 h/day, 5 days/week for 6 mo | Markers of inflammation in blood at 3 and 6 mo postexposure |
| Aztatzi-Aguilar et al. (2015) | Adult Sprague-Dawley rats, M, n = 4 per treatment group | Inhalation of 178 μg/m³ $PM_{2.5}$ from a high traffic and industrial area north of Mexico City in early summer for 5 h/day for 8 weeks (4 days/week). | Markers of inflammation in heart tissue collected 24 h postexposure |
| Ying et al. (2013) | Adult ApoE$^{-/-}$ mice, M | Inhalation of 69.6 μg/m³ $PM_{2.5}$ CAPs for 6 h/day, 5 days/week for 12 weeks. | Markers of systemic inflammation in mesenteric artery tissue<br>Marker of oxidative stress |
| Kampfrath et al. (2011) | BALB/c mice, M<br>TLR4 null mice, M<br>TRR4 wt mice, M | Inhalation of 92.4 μg/m³ $PM_{2.5}$ for 6 h/day 5 days/week for 20 weeks from Columbus, OH | Monocyte population counts and egress from bone marrow to blood postexposure<br>Markers of systemic inflammation postexposure<br>Markers of oxidative stress |
| Rao et al. (2014) | ApoE$^{-/-}$ mice, M | 9.1 ± 7.3 μg/m³ from Columbus, OH for 6 mo | Cholesterol oxidation |

**Table 6-49 (Continued): Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and inflammation, oxidative stress, and blood lipids.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Deiuliis et al. (2012) | C57BL/6 mice, M | Inhalation of 115.5 μg/m³ $PM_{2.5}$ for 6 h/day 5 days/week for 24−28 weeks | Changes in circulating T-cell populations postexposure |
| Zheng et al. (2013) | Mouse, male, C57BL/6, ND or high fat (HFD), 6 weeks, n = 4 FA, n = 5 CAPs exposed | Columbus, OH CAPs, $PM_{2.5}$; 74.6 μg/m³; 6 h/day, 5 days/week for 3 or 10 weeks, whole body inhalation | Liver and plasma lipids, gene expression, |
| Liu et al. (2014b) | Mouse, male, C57BL/6 and $Ccr2^{-/-}$ (inflammation model), ND or HFD, 18 weeks, WT-FA (n = 8), WT-PM (n = 9), CCR2-FA (n = 9), CCR2-PM (n = 8) | Columbus, OH CAPs $PM_{2.5}$; 116.9 μg/m³; 6 h/day, 5 days/week for 17 weeks, whole body inhalation | Liver and plasma lipids |

$ApoE^{-/-}$ = apolipoprotein E knockout; CAP = concentrated ambient particle; F = female; FA = filtered air; h = hour; M = male; μg/m³ = micrograms per cubic meter; mo = month; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive; TLR = toll-like receptor; WT = wild type.

## 6.2.13 Coagulation

Systemic inflammation is associated with pro-coagulation effects. Fibrinogen, a soluble glycoprotein and acute phase reactant that can be proteolytically converted to fibrin, cross-linked into clots, and degraded into dimerized fragments called D-dimers, are potential predictors of cardiovascular thrombosis. There were no studies of long-term exposure to $PM_{2.5}$ and markers of coagulation in the 2009 PM ISA (U.S. EPA, 2009). Several recent epidemiologic studies provide evidence that long-term exposure to $PM_{2.5}$ can affect fibrinogen, D-dimer, and platelet count.

### 6.2.13.1 Epidemiologic Studies

Longitudinal analyses of the U.S. or European cohorts are available. Viehmann et al. (2015) reported a positive association between $PM_{2.5}$ and fibrinogen among the HNR study population (0.21% change [95% CI: −2.08, 2.29]) and a positive, $PM_{2.5}$-platelet count association (4.79% change [95% CI: 2.92, 6.88]). Hajat et al. (2015) observed a positive $PM_{2.5}$-D-dimer association (7% change [95% CI: 2, 13]) and inverse $PM_{2.5}$-fibrinogen association (−3.45% change [−7.43, 0.52]) among MESA participants. In addition, 28-day $PM_{2.5}$ was not associated with increased fibrinogen in a longitudinal analysis of the NAS cohort (Bind et al., 2012). Cross-sectional studies do not generally support an

association. A meta-analyses of cross-sectional, study-specific results, from the ESCAPE cohorts does not indicate an association between $PM_{2.5}$ and fibrinogen [0.5% change (95% CI: −1.1, 2); Lanki et al. (2015)]. A cross-sectional analysis of the NHANES participants reported no association of annual average exposure to $PM_{2.5}$ with fibrinogen (Dabass et al., 2016b).

### 6.2.14 Impaired Vascular Function and Arterial Stiffness

Endothelial dysfunction is the physiological impairment of the inner lining of the blood vessels. Endothelial dysfunction is typically measured by flow-mediated dilation percent (FMD%). This method is a noninvasive technique involving measurement of the percent change in brachial artery diameter (BAD) after reactive hyperemia [increased blood flow following removal of an artery-occluding blood pressure cuff; Thijssen et al. (2011)]. Biomarkers of endothelial activation, including intercellular adhesion molecule-1 (ICAM-1), vascular cell adhesion molecule 1 (VCAM-1), and E-selectin, soluble forms of which are released in response to inflammation-induced endothelium damage, are also examined in epidemiologic studies.

Arterial stiffness is associated with a variety of cardiovascular risk factors and outcomes (Laurent et al., 2006). Carotid-femoral pulse wave velocity (PWV) is the gold standard for directly and noninvasively measuring arterial stiffness. PWV measures the velocity at which the pulse generated by the heart travels through the arteries, typically measured by the foot-to-foot method (end-diastole of the wave in the carotid artery to end-diastole of the wave in the femoral artery). Increases in PWV are indicative of increased arterial stiffness. Several tools can be used to detect the pulse wave as it travels, including pressure, distension, and Doppler, allowing PWV to be calculated as the distance divided by change in time between the two points. The augmentation index is an indirect measure of arterial stiffness and cannot be used in place of PWV in assessing regional stiffness; however, its measurement in concert with PWV can provide additional evidence for arterial stiffness. Large and small artery compliance and Young's modulus (a measure of elasticity adjusted for wall thickness) are measures of local arterial stiffness, which require more advanced measurement techniques. Aside from PWV, evidence supporting the validity of arterial stiffness measures as predictors of cardiovascular outcomes is not extensive.

#### 6.2.14.1 Epidemiologic Studies

There were no epidemiologic studies of long-term exposure to $PM_{2.5}$ and FMD, BAD, or markers of endothelial activation reviewed in the 2009 PM ISA. A limited number of studies have been published subsequently. In an analysis of MESA data, Krishnan et al. (2012) reported that $PM_{2.5}$ was inversely associated with FMD% (−0.50% change FMD [95% CI: −1.00, −0.05]) with potential effect modification by sex, smoking status, age, and hypertensive status but not associated with BAD (0.00% difference BAD [95% CI: −0.10, 1.00]). Wilker et al. (2014) reported a comparable inverse association (−0.40% change

[95% CI: −0.68, −0.13]) between $PM_{2.5}$ and FMD% among a subset of participants in the Framingham Offspring Study and Third Generation Studies. Wilker et al. (2014) also examined associations with measures of arterial and microvascular function, BAD, baseline mean flow velocity, and mean hyperemic flow velocity. Long-term exposure to $PM_{2.5}$ was associated with lower FMD and lower hyperemic flow velocity (-0.40% [95% CI: −0.68, −0.13] and −1.80 cm/s change [95% CI: −3.45, −0.15], respectively). Hajat et al. (2015) observed no association of annual $PM_{2.5}$ exposure with soluble ICAM-1 (−2.07% [95% CI: −7.69, 3.56]) or E-selectin (1.08% [95% CI: −0.66, 2.82]). In addition, Tallon et al. (2017) reported an association (OR: 1.27 [95% CI: 0.87, 1.84]) with erectile dysfunction, which may be a consequence of $PM_{2.5}$-mediated effects on vascular function.

There were no studies of long-term $PM_{2.5}$ exposure and PWV reviewed in the 2009 PM ISA. Currently available studies do not provide evidence of an effect of $PM_{2.5}$ on arterial stiffness. A cross-sectional analysis of the Atherosclerosis Risk in Young Adults study in which PWV could only be measured in a subset of participants (Lenters et al., 2010) reported no association (−0.99% change PWV [95% CI: −6.7, 4.71]). Similarly, Liu et al. (2016b) measured large and small artery compliance as well as Young's modulus among participants in the MESA population and found no associations between $PM_{2.5}$ and arterial stiffness overall or stratified by sites (0.4% difference PWV [95% CI: 0.7, −0.15]). There was evidence of possible effect modification by race and diabetes (O'Neill et al., 2011).

#### 6.2.14.2 Toxicological Studies

Since the publication of the 2009 PM ISA, Ying et al. (2015) reported that long-term exposure to $PM_{2.5}$ in SH rats resulted in statistically significant ($p < 0.05$) reduced vasodilation in response to the vasodilator acetylcholine. Similarly, these authors also demonstrated that long-term exposure to $PM_{2.5}$ resulted in a statistically significant ($p < 0.05$) increase in the contractile response following treatment of aortic rings with vasoconstrictors. Thus, long-term $PM_{2.5}$ exposure can result in greater contractility and reduced dilation in SH rats. These results are in agreement with an additional study in mouse aortic rings that reported both reduced vasodilation in response to acetylcholine as well as increased contractile response following vasoconstrictor treatment (Kampfrath et al., 2011). Thus, there is some evidence that long-term exposure to $PM_{2.5}$ can result in impaired vascular function. More information on these studies can be found in Table 6-50 below.

**Table 6-50 Study-specific details from toxicological studies of long-term $PM_{2.5}$ exposure and impaired vascular function.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Ying et al. (2015) | 4-week old SH rats, M, n = 6/treatment group | Inhalation of 128.3 ± 60.4 μg/m³ $PM_{2.5}$ CAPs<br>Exposed 6 h/day, 5 days/week for 15 weeks from Columbus, OH | Contractility of rat aortic rings,<br>Hypertrophic markers 15 weeks post |
| Kampfrath et al. (2011) | BALB/c mice, M<br>TLR4 null mice, male<br>TRR4 WT mice, male | Inhalation of 92.4 μg/m³ $PM_{2.5}$ for 6 h/day<br>5 days/week for 20 weeks from Columbus, OH | Contractility of mouse aortic rings |

CAP = concentrated ambient particle; h = hour; M = male; μg/m³ = micrograms per cubic meter; n = number; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SH = spontaneously hypertensive; WT = wild type.

## 6.2.15 Copollutant Confounding

The independence of the association between long-term exposure to $PM_{2.5}$ and cardiovascular effects can be examined using copollutant models. A change in the $PM_{2.5}$ risk estimates, after adjustment for copollutants, may indicate the potential for confounding. Recent studies presenting copollutant model results address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of co-exposure to correlated copollutants in long-term analyses. A limited number of studies are available to assess copollutant confounding of the association between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity (Figure 6-20). Overall, risk estimates from these few studies remain largely unchanged after adjustment for $PM_{10-2.5}$, $NO_2$, and $PM_{2.5}$ from traffic sources.




BPLM = blood pressure lowering medication; CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; HPFU = Health Professionals Follow-Up; MI = myocardial infraction; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm. Associations are presented per 5-µg/m$^3$ increase in pollutant concentration. Corresponding quantitative results are reported in Supplemental Table 6S-16 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-20 Associations between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity in single-pollutant models and models adjusted for copollutants.**

There is a larger body of studies that examined the potential for copollutant confounding of the association between long-term exposure to $PM_{2.5}$ and mortality from cardiovascular causes. The results for associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in single-pollutant models and copollutant models adjusted for ozone are shown in Figure 6-21. The correlations between $PM_{2.5}$ and ozone exposures in the studies that conducted copollutant analyses were generally positive and moderate to strong, ranging from $r = 0.49$ to 0.73. Generally, the $PM_{2.5}$ effect estimates remained

relatively unchanged in copollutant models adjusted for ozone. The trend persisted across different specific causes of cardiovascular mortality. There was one exception to the trend. The effect of long-term $PM_{2.5}$ exposure on CHD mortality among women in the AHSMOG cohort (Chen et al., 2005) increased after adjusting for ozone in the model. The results for associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in single pollutant models and copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, or $SO_2$ are shown in Figure 6-22. The correlations between $PM_{2.5}$ and $NO_2$ exposures in studies that conducted copollutant analyses were positive and weak ($r = 0.25$) or moderate ($r = 0.40$; $r = 0.55$). The correlations between $PM_{2.5}$ and $PM_{10-2.5}$ were not reported in the single study evaluating coarse particles (Puett et al., 2009). One study (Chen et al., 2005) evaluated $SO_2$ in copollutant models and reported a correlation of $r = 0.30$. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, or $SO_2$.




ACS = American Cancer Society; AHSMOG = Adventist Health Study and Smog; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CHD = coronary heart disease; COPD = chronic obstructive pulmonary disease; CPD = cardiopulmonary disease; CVD = cardiovascular disease; IHD = ischemic heart disease; NIH-AARP = National Institutes of Health—American Association of Retired Persons; NR = not reported; r = correlation.

Associations are presented per 5-µg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black circles represent effect of $PM_{2.5}$ in single-pollutant models; white circles represent effect of $PM_{2.5}$ adjusted for ozone. Corresponding quantitative results are reported in Supplemental Table 6S-17 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-21 Associations between long-term exposure to $PM_{2.5}$ and cardiovascular mortality in single-pollutant models and models adjusted for ozone.**




ACS = American Cancer Society; AHSMOG = Adventist Health Study on Smog; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CHD = coronary heart disease; COPD = chronic obstructive pulmonary disease; CPD = cardiopulmonary disease; CVD = cardiovascular disease; IHD = ischemic heart disease; $\mu g/m^3$ = micrograms per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; r = correlation; $SO_2$ = sulfur dioxide.

Associations are presented per 5-$\mu g/m^3$ increase in pollutant concentration. Circles, squares, and triangles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled symbols represent effect of $PM_{2.5}$ in single-pollutant models; open circles represent effect of $PM_{2.5}$ adjusted for $NO_2$; open squares represent effect of $PM_{2.5}$ adjusted for $PM_{10-2.5}$; open triangles represent effect of $PM_{2.5}$ adjusted for $SO_2$. Corresponding quantitative results are reported in Supplemental Table 6S-18 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 6-22 Long-term exposure to $PM_{2.5}$ and cardiovascular mortality in single-pollutant models and models adjusted for other pollutants.**

### 6.2.16 Concentration-Response Relationship

An important consideration in characterizing the association between long-term $PM_{2.5}$ exposure and mortality is whether the concentration-response relationship is linear across the full concentration range that is encountered, or if there are concentration ranges where there are departures from linearity. The 2009 PM ISA characterized the results of an analysis by Miller et al. (2007) that demonstrated that the shape of the concentration-response curve for cardiovascular mortality was generally linear. Recent studies add to the evidence base on the C-R relationships for cardiovascular morbidity (Table 6-51) and mortality (Table 6-52) outcomes. However, complicating the interpretation of these results is both the lack of thorough empirical evaluations of alternatives to linearity as well as the results from cutpoint analyses that provide some potential indication for nonlinearity in the relationship between long-term $PM_{2.5}$ exposure and cardiovascular disease.

Two analyses of the C-R function for the relationship between $PM_{2.5}$ and CAC are available. Kaufman et al. (2016) generated a C-R curve using a thin plate regression spline with 5 degrees of freedom. The curve shows an increase in CAC with increasing long-term exposure to $PM_{2.5}$ and attenuation of the curve at higher concentrations (Figure 6-23). Dorans et al. (2016) reported a deviation from linearity such that log-transformed CAC increased with increasing $PM_{2.5}$ concentrations at lower concentrations ($<\sim 10\ \mu g/m^3$) while log-transformed CAC decreased with increasing $PM_{2.5}$ at higher concentrations (Figure 6-24). A restricted cubic spline with 5 knots was used to examine the shape curve. The concentration and variability in the $PM_{2.5}$ concentrations were notably lower in the Framingham Heart Study cohort than in the MESA population.

Chen et al. (2014a) examined the shape of the C-R function or the relationship between long-term $PM_{2.5}$ exposure and hypertension using a natural cubic spline with 2 degrees of freedom, as shown in Figure 6-25. The reference concentration for the HRs, which generally increase in a linear fashion, was $2.9\ \mu g/m^3$. In an analysis of IHD incidence, Cesaroni et al. (2014) restricted the data used in their meta-analysis of ESCAPE cohorts to include only those exposed below various thresholds. For the cohorts with participants exposed to $<15\ \mu g/m^3$ average annual $PM_{2.5}$, the meta-analyzed HR for the association of long-term $PM_{2.5}$ exposure and IHD incidence was like the HR for the entire range of concentrations (1.19 [95% CI: 1.00, 1.42]).

**Table 6-51 Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity.**

| Study Location—Cohort (Table/Figure from Reference) | Outcome | Exposure $PM_{2.5}$ Mean: (Range) in μg/m³ | Statistical Analysis Summary |
|---|---|---|---|
| Cesaroni et al. (2014)<br>11 cohorts Europe<br>ESCAPE | IHD Incidence | NR | Restricted the meta-analysis to persons exposed below various thresholds.<br>HR <15 μg/m³ similar to the HR across the full range of concentrations |
| Kaufman et al. (2016)<br>Six urban sites, U.S.<br>MESA | CAC | Mean: 14.2 (range: 9.2−22.6) | Thin plate regression spline with 5 degrees of freedom.<br>Attenuation at higher concentrations suggested |
| Dorans et al. (2016)<br>Framingham Heart Study Offspring | CAC | Median: 10.7<br>IQR: (1.4) for 2003 | Restricted cubic spline with 5 knots.<br>Nonlinear relationship of log CAC with long-term $PM_{2.5}$ concentration observed |
| Chen et al. (2014a)<br>Ontario, Canada | Hypertension | Mean: 10.7 (range: 2.9−19.2) | Natural cubic spline with 2 degrees of freedom (reference concentration 2.9 μg/m³).<br>No evidence of departure from linearity across the range of concentrations |

CAC = coronary artery calcification; ESCAPE = European Study of Cohorts for Air Pollution Effects; HR = hazard ratio; IHD = ischemic heart disease; IQR = interquartile range; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.




CAC = coronary artery calcification; μg/m³ = micrograms per cubic meter; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; ppb = parts per billion.
Source: Permission pending, Kaufman et al. (2016).

**Figure 6-23 The linear longitudinal association of long-term average $PM_{2.5}$ concentrations with coronary artery calcification progression (Agatston units per year) across the range of concentrations.**




CAC = coronary artery calcification; µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: Permission pending, Dorans et al. (2016).

**Figure 6-24 Nonlinear association of annual average $PM_{2.5}$ concentration (2003) and natural log-transformed coronary artery calcification.**




BMI = body mass index; COPD = chronic obstructive pulmonary disease; µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SES = socioeconomic status. The relative risks are adjusted covariates including sex, marital status, education, income, body mass index, physical activity, smoking, alcohol use, diet, race, urban residency, neighborhood-level socioeconomic status, unemployment rate, diabetes, and chronic obstructive pulmonary disease.

Source: Permission pending, Chen et al. (2014a).

**Figure 6-25 Concentration-response relationship between long-term $PM_{2.5}$ exposure and incident hypertension.**

A number of recent studies have conducted analyses to inform the shape of the concentration-response relationship for the association between long-term exposure to $PM_{2.5}$ and mortality, and are summarized in Table 6-52. Generally, most of the results from these analyses continue to support a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient

concentrations of $PM_{2.5}$. A number of the concentration-response analyses include concentration ranges ≤12 µg/m³. For example, Lepeule et al. (2012) observed a linear, no-threshold concentration-response relationship for cardiovascular mortality in the most recent analysis of the Harvard Six Cities study, with confidence in the relationship down to a concentration of 8 µg/m³ (Figure 6-26). Similar linear, no-threshold concentration-response curves were observed for cardiovascular mortality in other studies (Thurston et al., 2016; Villeneuve et al., 2015; Cesaroni et al., 2013; Gan et al., 2011). However, some studies reported that the slope of the concentration-response function tended to be steeper at lower concentrations, especially for IHD mortality. For example, in Crouse et al. (2012), statistical tests did not provide evidence for departure from linearity in the concentration-response function for IHD, but the risk was greater (HR = 1.20) at lower concentrations (<10 µg/m³) than at higher concentrations (10−15 µg/m³) of $PM_{2.5}$ (Figure 6-27). Similar results were observed in other studies (Jerrett et al., 2016; Weichenthal et al., 2014b). Additional evidence to support a supralinear concentration-response relationship comes from a series of studies that looked at exposure to $PM_{2.5}$ from both ambient air pollution and cigarette smoke (Pope et al., 2011; Pope et al., 2009). These studies concluded that including the full concentration range of $PM_{2.5}$ from both ambient air pollution and cigarette smoking, it is clear that the relationship between long-term exposure and cardiovascular mortality cannot be adequately characterized as linear. The concentration-response relationship is much steeper at lower $PM_{2.5}$ concentrations (such as those due to ambient air pollution) than at the higher concentrations associated with cigarette smoking. This indicates the importance of considering the cause of death when characterizing the concentration-response relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality.

**Table 6-52 Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular mortality.**

| Study Location—Cohort (Table or Figure from Reference) | Exposure $PM_{2.5}$ Mean; (Range) in µg/m³ | Statistical Analysis Summary |
|---|---|---|
| Cesaroni et al. (2013)<br>Italy—RoLS<br>(Figure 2B) | Eulerian Dispersion Model (1 × 1 km)<br>23.0; (7.2−32.1) | Natural splines with 2, 3, or 4 df, compared goodness-of-fit using BIC and likelihood ratio test<br>No evidence of deviation from linearity; results similar for 2, 3, or 4 df |
| Crouse et al. (2012)<br>Canada—CanCHEC<br>(Figure 2A-D) | Ground monitors in 11 cities; satellite RS (10 × 10 km)<br>11.2; (1.9−19.2) | Natural splines with 2, 3, or 4 df, compared goodness-of-fit using BIC. Log function of $PM_{2.5}$ (ln[$PM_{2.5}$ + 1]) yielded lower BIC than each of the spline models<br>No evidence for departure from linearity for, CVD or CBVD. Risk was higher (HR = 1.20) from 5 to 10 µg/m³, and lower (HR = 1.12) from 10 to 15 µg/m³ for IHD mortality |
| Gan et al. (2011) | LUR<br>4.08; (0−10.24) | Study subjects divided into quintiles based on $PM_{2.5}$ concentration |

**Table 6-52 (Continued): Summary of epidemiologic studies examining the concentration-response relationship or conduction threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular mortality.**

| Study Location—Cohort (Table or Figure from Reference) | Exposure $PM_{2.5}$ Mean; (Range) in μg/m³ | Statistical Analysis Summary |
|---|---|---|
| Canada—Metro Vancouver<br>(Figure 1b) | | Consistent magnitude of RRs across quintiles suggests linearity. (Magnitude of effect is near null) |
| Jerrett et al. (2016)<br>U.S.—ACS<br>(Figures S2 and S3) | BME LUR: 12.0;<br>(1.5−26.6)<br>Satellite RS: 11.9;<br>(1.9−24.6) | Natural splines with 2 df<br>BME LUR curve is generally linear and has a steeper slope compared to the satellite RS curve, although slope decreases at concentrations above 20 μg/m³; satellite RS curve is generally linear although slope begins to flatten for concentrations above has 13−15 μg/m³ |
| Lepeule et al. (2012)<br>U.S.—HSC<br>(Supplemental Figure 1) | Ground monitor<br>15.9; (11.4−23.6) | Penalized spline models<br>Linear relationship with exposures down to 8 μg/m³. No evidence of a threshold. Highest confidence from 10−20 μg/m³ based on greatest data density |
| Thurston et al. (2016)<br>U.S.—NIH—AARP<br>(Figure 2) | Hybrid LUR geo-statistical model<br>12.2; (2.9−28.0) | Natural spline plots with 4 df (Referent HR = 1.0 at mean exposure level)<br>Observed linear relationship |
| Villeneuve et al. (2015)<br>Canada—CNBSS<br>(Figure 3) | Satellite RS<br>(10 × 10 km)<br>9.1; (0.1−20.0) | C-R: Natural cubic spline functions with 3 df; threshold analysis: newly defined exposure variables based on concentration corresponding to the largest log-likelihood value from the Cox model<br>Linear relationships for CVD and IHD mortality; threshold analysis demonstrates no improvement in fit over a no-threshold linear model for CVD and IHD mortality |
| Weichenthal et al. (2014b)<br>U.S.—Ag Health<br>(Figure 2) | Satellite RS<br>(10 × 10 km)<br>8.84; (5.7−19.2) | Natural splines with 2 df. Natural splines with 3 and 4 df were examined but did not improve model fit<br>Linear increase observed from 6 to 10 μg/m³, with slope flattening out for concentrations between 10 and 14 μg/m³ |

AARP = American Association of Retired Persons; ACS = American Cancer Society; BIC = Bayesian information criterion; BME = Bayesian maximum entropy; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CVD = cardiovascular disease; df = degrees of freedom; HSC = Harvard Six Cities; HR = hazard ratio; IHD = ischemic heart disease; km = kilometer; LUR = land use regression; μg/m³ = micrograms per cubic meter; NIH = National Institute of Health; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RoLS = Rome Longitudinal Study; RS = remote sensing.




µg/m³ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: Reprinted with permission from Lepeule et al. (2012).

**Figure 6-26 Concentration-response relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality in the Harvard Six Cities study using penalized splines (1974−2009).**




CanCHEC = Canadian Census Health and Environment Cohort; df = degrees of freedom; IHD = ischemic heart disease; μg/m³ = micrograms per cubic meter; ns = natural spline; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm. Mean $PM_{2.5}$: 8.7 μg/m³; natural splines with four degrees of freedom. Dotted lines indicate 95% confidence intervals.

Source: Reprinted with Permission from Crouse et al. (2012).

**Figure 6-27 Concentration-response curve for ischemic heart disease mortality in the CanCHEC study.**

### 6.2.17 Associations between $PM_{2.5}$ Components and Sources and Cardiovascular Effects

There were no studies that examined the association between $PM_{2.5}$ components and cardiovascular outcomes available for review in the 2009 PM ISA. A limited number of studies have been published since the previous review. Overall, this set of studies reports a range of findings from positive and statistically significant to null or negative (Figure 6-28). Figure 6-29 presents associations for specific

studies showing the lack of comparability across studies regarding the cardiovascular outcome and the component examined.

Wolf et al. (2015b) reported positive associations of $PM_{2.5}$ and $PM_{2.5}$ components with coronary events in the ESCAPE study. Gan et al. (2011) reported an association between long-term black carbon (BC) exposure and CHD hospitalizations but not between long-term $PM_{2.5}$ exposure and CHD hospitalizations in Vancouver, Canada. As discussed in Section 6.2.4 on atherosclerosis, Kaufman et al. (2016) reported a longitudinal association between exposure to $PM_{2.5}$ and CAC, but not between $PM_{2.5}$ and cIMT as indicated in the interim analysis of Adar et al. (2013). Consequently, associations of $PM_{2.5}$ components with cIMT (Kim et al., 2014; Sun et al., 2013) are not pictured in Figure 6-28. Kaufman et al. (2016) did not observe an association between black carbon (BC) and increased CAC. Wellenius et al. (2012b) reported significant associations of both 28-day avg $PM_{2.5}$ and 28-day avg BC exposure with resting supine DBP. Nonsignificant increases between both pollutants and resting supine SBP were also observed. Association between $PM_{2.5}$ and most measured components and DBP were observed among children (12 years old) participating in the PIAMA cohort in the Netherlands (Bilenko et al., 2015a). Positive associations between IL-6 and fibrinogen but not CRP or d-Dimer were observed for both $PM_{2.5}$ and BC (Hajat et al., 2015; Bind et al., 2012).




BC = black carbon; Cu = copper; Fe = iron; K = potassium; n = number of studies that provided an estimate; Ni = nickel; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; S = sulfur; Si = silica; V = vanadium; Zn = zinc.

Note: Bars represent the percent of associations across studies for $PM_{2.5}$ mass or $PM_{2.5}$ components for long-term exposure studies of cardiovascular outcomes where dark blue = statistically significantly positive, light blue = positive/null, light orange = null/negative, red = statistically significantly negative.

**Figure 6-28** **Distribution of associations of long-term exposure to $PM_{2.5}$ and $PM_{2.5}$ component concentrations with cardiovascular outcomes.**




BC = black carbon; CAC = coronary artery calcification; CHD = coronary heart disease; CRP = C-reactive protein; Cu = copper; CVD = cardiovascular disease; DBP = diastolic blood pressure; Fe = iron; IL6 = interleukin 6; K = potassium; Ni = nickel; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; S = sulfur; SBP = systolic blood pressure; Si = silica; V = vanadium; Zn = zinc.

Note: Cells represent associations examined for studies of long-term exposure to $PM_{2.5}$ mass and $PM_{2.5}$ components and cardiovascular outcomes. Dark blue = statistically significant positive association; light blue = positive or null association; light orange = null or negative association; red = statistically significant negative association; gray = component not examined. Only $PM_{2.5}$ components for which there were at least three studies available were included in the table.

**Figure 6-29 Results of studies of long-term exposure to $PM_{2.5}$ and $PM_{2.5}$ component concentrations and cardiovascular outcomes.**

### Regional Heterogeneity

The 2009 PM ISA concluded that there is variation in both $PM_{2.5}$ mass and composition between cities and that the variation may be partly due to differences in $PM_{2.5}$ sources as well as meteorology and topography. Although east-west gradients were observed for PM components including $SO_4^{2-}$, OC, and $NO_3^-$, the amount of city-specific speciated $PM_{2.5}$ data was limited and did not explain the heterogeneous effect estimates for PM across locations. No national-scale studies that examined regional differences in the associations between long-term exposure to $PM_{2.5}$ and cardiovascular effects were included in the 2009 PM ISA, however, a large U.S.-based multicity study of short-term exposure and CVD hospital admissions provided evidence indicating larger risks in the Northeast than in the West, and multicity epidemiologic studies of cardiovascular mortality generally reported a similar pattern.

A limited number of studies published since the 2009 PM ISA have examined regional differences in the associations between long-term exposure and cardiovascular outcomes, including CHD and stroke. An analysis of region-specific HRs in the NHS indicated slight increases in the Northeast and the South compared with the Midwest and West, although confidence intervals were wide. In a sensitivity analysis restricted to more recent years (2000−2006), the regional differences were more pronounced. Note that Hart et al. (2015b) observed no overall association between long-term exposure to $PM_{2.5}$ and

incident CHD (HR: 1.01 95% CI: 0.96, 1.07). Feng and Yang (2012) compared prevalence odds ratios across nine U.S. regions and reported that the largest ORs for the associations with MI and CHD were in "east central" region of the U.S.

#### Sources

The literature examining the relationship between sources of $PM_{2.5}$ and health effects that was included in the 2009 PM ISA was limited to a small number of studies examining the associations of traffic-related sources with mortality. The evidence provided by these studies was insufficient to distinguish specific sources that could be linked to health effects. Aguilera et al. (2016) reported an association between cIMT and $PM_{2.5}$ from traffic but not between cIMT and $PM_{2.5}$ from crustal sources. Positive cross-sectional associations of cIMT with traffic load and traffic intensity were reported in a meta-analysis of four ESCAPE cohorts. $PM_{2.5}$ from traffic exhaust was associated with readmission for MI in MINAP study in London (Tonne et al., 2015). However, these studies were not designed to evaluate whether long-term exposure to $PM_{2.5}$ traffic sources was more strongly or independently associated with cardiovascular effects.

### 6.2.17.1 Toxicological Studies of Individual Components and Sources as Part of a Particulate Matter Mixture

Campen et al. (2014) exposed young, male $ApoE^{-/-}$ mice on a high fat, high cholesterol diet to motor vehicle exhaust (MVE), MVE with particles removed, sulfate particles, ammonium nitrate particles, or paved road dust at target concentrations of 300 $\mu g/m^3$ for 50 days (6 hours/day, 7 day/week). Given that the MVE exposures included gases, the focus of the discussion on this study is on those exposures that contained particles only. Measurements informative for biologic pathways of vascular toxicity, atherosclerosis, and coronary artery disease were obtained the day following the last exposure. Multiple Additive Regression Tree (MART) analysis was performed to assess the relationship between concentrations of individual components with the measurements of biological endpoints. Ultimately a "predictor values" of ranked components is produced based on the strength of their association with each biological marker. In addition, an estimated concentration-response curve is generated using the biological outcome and the predictor after accounting for the average effects of all other chemical predictors across their experimental exposure ranges. MART analysis chemical predictor variables include particle mass, ammonium, elements, nitrate, sulfate, EC, OC, particle phase organics (i.e., organic acids, organic phenols, organic sterols, organic sugars, organic hopanes, organic steranes, organic PAHs, organic nitro-PAHs, and organic alkanes). There were very few changes in biologic endpoints for the sulfate, ammonium nitrate or road dust exposures compared with control animals exposed to air. Compared with air controls, the sulfate exposure resulted in significant enhancement of Phenylephrine (PE)-induced contraction in mouse aortas, whereas ammonium nitrate exposure resulted in significantly diminished PE-induced contraction. Plaque area was also increased and linked to ammonium nitrate,

albeit the group size was quite small (as low as 3). Two measurements appeared dependent on PM (more so than the gases)—oxidized low-density lipoprotein and vasoconstriction. However, in general, MVE gases were required to elicit significant responses in toxicological measurements, and the PM alone did not seem to drive any of the statistically significant effects observed.

Chen et al. (2010) examined mice exposed to Manhattan, NY and Sterling Forest, NY (Tuxedo, NY) CAPs as a part of the NPACT study. They evaluated changes in HR and HRV parameters with source categories identified using factor analysis of 17 components (including $NO_2$ to identify a traffic factor). Seven factors were identified for Manhattan, NY and four factors for Sterling Forest, NY.

Table 6-53 shows general ECG results over the exposure period for each location and the identified source category. This is a semi-quantitative evaluation of the number of significant associations, given that there were 6 HR/HRV parameters (HR, SDNN, rMSSD, LF, HF, and LF:HF) analyzed over 4 different time periods (9:00 a.m.−2:00 p.m., 7:00 p.m.−10:00 p.m., 10:00 p.m.−1:00 a.m., 1:00 a.m.−3:00 a.m.) and three different lags (0, 1, and 2 days).

In looking at the two sites, long-range transport was associated with changes in cardiac function with both Manhattan, NY and Sterling Forest, NY CAPS. In contrast, the residual oil source factor was associated with the highest number of changes in HR and HRV in Manhattan, NY and the least in Sterling Forest, NY (albeit, it was a combined residual oil and traffic source factor). The number of occurrences of HR and HRV changes associated with soil was similar across the two sites, with most occurrences at lag 0 in Manhattan, NY and lag 1 in Sterling Forest, NY.

In another study of rats exposed to $PM_{2.5}$ CAPs in Detroit, for the summer months, 29 components were analyzed and PMF was used to investigate source factors (Rohr et al., 2011). Decreases in SDNN using 30-minute data were associated with four of six identified source factors: iron/steel manufacturing, sludge incinerator, cement/lime production, and gasoline and diesel-powered vehicles. The strongest association was with the vehicle source factor and no association was observed with the refinery or secondary sulfate source factors. As in summer, six source factors were identified in winter. However, there were differences in that sludge incinerator source was only identified in summer and the iron/steel manufacturing was a part of the gasoline and diesel powered-vehicles and metal processing in winter. Increased HR in winter was associated with a refinery source factor and decreased HR was associated with the sludge incineration, cement/lime production, and coal/secondary sulfate factors. For rMSSD, increases were associated with two factors: (1) coal/secondary sulfate and gasoline and (2) diesel-powered vehicles and iron/steel manufacturing.

**Table 6-53 Study results for identified source categories and occurrence of heart rate and heart rate variability changes (Chen et al., 2010).**

| Location | Identified Source Categories | General HR and HRV Results |
|---|---|---|
| Manhattan, NY | Incineration (Cu, Zn, Pb); soil (Al, Si, Ca); long-range transport (S, Se, Br, EC); iron-manganese (Fe, Mn); residual oil (V, Ni, EC); traffic (EC, $NO_2$); fireworks (K, Cu, Ba) | Residual oil had the most number of changes in HR/HRV (59) that were fairly evenly split across lags and time periods; long-range transport had the second most changes (45), with the majority at lag 0 and 1 day; traffic (30), FeMn (22), and incineration (21) were 3rd, 4th, and 5th for number of changes, respectively; FeMn had the greatest number of responses on lag 0, and incineration had the greatest number of responses at lag 1; HR/HRV changes attributed to soil (14) were nearly all observed on lag 0; fireworks was associated with 1 HR/HRV change at lag 0 during the 7 p.m.−10 p.m. time period |
| Sterling Forest, NY | Long-range transport (S, Se, Br, EC); residual oil/traffic (V, BC); Ni-refinery (Ni, Cr, Fe); Soil (Al, Si, Ca) | Long-range transport had twice the number of occurrences of HR/HRV changes (34) compared with the next source factor, Ni refinery (17); the most numerous changes were at lag 0 and 1 for long-range transport; the highest number of changes in HR/HRV for soil were observed at lag 1 (7 of 11); residual oil/traffic had the fewest counts of HR/HRV changes (3), all of which were observed at lag 0 in the 1 a.m.−4 a.m. time period |

Al = aluminum; Ba = barium; BC = black carbon; Br = bromine; Ca = calcium; Cl = chlorine; Cr = chromium; Cu = copper; EC = elemental carbon; Fe = iron; FeMn = ferro manganese; HR = heart rate; HRV = heart rate variability; K = potassium; Mg = magnesium; Mn = manganese; Na = sodium; Ni = nickel; $NO_2$ = nitrogen dioxide; Pb = lead; S = sulfur; Se = selenium; Si = silicon; V = vanadium; Zn = zinc.

In a study similar to that of Rohr et al. (2011) that took place in Steubenville, OH, approximately 30 $PM_{2.5}$ components were measured and used to identify source factors using PMF (Kamal et al., 2011). Six factors were identified: coal/secondary, incineration, lead, metal coating/processing, mobile sources, and iron/steel manufacturing. There was a distinct difference in source contribution and ECG effects based on wind direction. Increased HR was associated with SW winds and the metal processing factor, whereas decreased HR was associated with NE winds and incineration, lead, and iron/steel manufacturing factors. Decreased SDNN was associated with NE winds and the incineration factor and with SW winds and the metal factor. Increased rMSSD was only associated with combined winds and the iron/steel manufacturing factor.

### 6.2.18 Summary and Causality Determination

The evidence reviewed in the 2009 PM ISA provided the rationale to conclude that there is a "causal relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects" (U.S. EPA, 2009).

Studies of mortality from cardiovascular causes provided the strongest evidence in support of this conclusion. While several studies included in the 2009 PM ISA reported associations between long-term $PM_{10}$ exposure and morbidity outcomes such as post-MI CHF and DVT, studies of $PM_{2.5}$ were limited. One large prospective study of postmenopausal women reported an increased risk of cardiovascular events, including CHD and stroke, in association with long-term exposure to $PM_{2.5}$ (Miller et al., 2007). Cross-sectional analyses provided supporting evidence and experimental studies demonstrating enhanced atherosclerotic plaque development and inflammation following long-term exposures to $PM_{2.5}$ CAPs provided biological plausibility for the epidemiologic findings. In addition, evidence from the limited number of toxicological studies reporting CAPs-induced effects on hypertension and vascular reactivity were drawn upon to support the causality determination. With respect to the current review, the evidence for the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular effects is described below and summarized in Table 6-54, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

The studies of long-term exposure to $PM_{2.5}$ and cardiovascular mortality continue to provide strong evidence of a *causal relationship* between long-term exposure to $PM_{2.5}$ and cardiovascular effects. Results from recent U.S. and Canadian cohort studies demonstrate consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (see Figure 6-19). Overall, the studies reporting positive associations examined the relationship at varying spatial scales and employed different exposure assessment and statistical methods (Section 6.2.10). The studies were conducted in locations where mean annual average concentrations ranged from 4.08−17.9 μg/m$^3$. Generally, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$. In addition, most of the results from analyses examining the C-R function for cardiovascular mortality supported a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$ (Table 6-52).

The body of literature examining the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity has greatly expanded since the 2009 PM ISA, with positive associations reported in several cohorts. The findings from the WHI cohort of postmenopausal women (Miller et al., 2007), reporting associations of long-term $PM_{2.5}$ and coronary events, were strengthened through a subsequent analysis, which considered potential confounding and modification by SES and applied enhanced exposure assessment methods (Chi et al., 2016a). However, analyses of the NHS and CTS, which are both cohorts of women and include extensive data on covariates (i.e., hormone use, menopausal status, and SES), were not entirely consistent with the WHI findings. Although the NHS cohort is comparable to WHI in that it is made of predominantly postmenopausal women, no associations with CHD or stroke were observed in this population (Hart et al., 2015b). An association with stroke, but not CHD, that was stronger among postmenopausal women was observed in the CTS (Lipsett et al., 2011). Several studies conducted among cardiovascular disease patient populations generally reported positive associations with MI (Hartiala et al., 2016; Tonne et al., 2015; Koton et al., 2013), and a sensitivity

analysis of the NHS restricted to women with diabetes detected a positive association with CHD. Although the evidence is not consistent across the populations studied, heterogeneity is expected when the methods, or the underlying distribution of covariates vary across studies (Higgins, 2008).

Longitudinal change in measures of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ add to the collective evidence base (Hartiala et al., 2016; Kaufman et al., 2016; Gan et al., 2014; Künzli et al., 2010). Findings were somewhat variable across cohorts and depended, in part, on the vascular bed in which atherosclerosis was evaluated. Kaufman et al. (2016) reported an association of $PM_{2.5}$ with CAC among middle to older aged adults in the MESA study, while Dorans et al. (2016) reported no association in the Framingham Heart Study. Associations of long-term exposure to $PM_{2.5}$ with cIMT were not consistently observed across cohorts or between analyses of the same cohort with variable methods. Relationships between $PM_{2.5}$ and CIMT at younger ages were not observed. However, a recent toxicological study adds to similar evidence from the 2009 PM ISA by demonstrating increased plaque progression in $ApoE^{-/-}$ mice following long-term exposure to $PM_{2.5}$ collected from multiple locations across the U.S. (Section 6.2.4.2). Thus, this study provides direct evidence that long-term exposure to $PM_{2.5}$ may result in atherosclerotic plaque progression. This study is also coherent with the epidemiologic studies discussed above reporting positive associations between long-term exposure to $PM_{2.5}$ and indicators of atherosclerosis.

A small number of epidemiologic studies also report positive associations between long-term $PM_{2.5}$ exposure and heart failure (Section 6.2.5), blood pressure, and hypertension (Section 6.2.7). These heart failure studies are in agreement with animal toxicological studies demonstrating decreased cardiac contractility and function and increased coronary artery wall thickness following long-term $PM_{2.5}$ exposure (Section 6.2.5.2). Similarly, a limited number of animal toxicological studies demonstrating a relationship between long-term exposure to $PM_{2.5}$ and consistent increases in BP in rats and mice are coherent with epidemiologic studies reporting positive associations between long-term exposure to $PM_{2.5}$ and hypertension.

Longitudinal epidemiologic analyses also support the observation of positive associations with markers of systemic inflammation (Section 6.2.12), coagulation (Section 6.2.13), and endothelial dysfunction (Section 6.2.14). These results are in coherence with animal toxicological studies generally reporting increased markers of systemic inflammation and oxidative stress (Section 6.2.12.2), as well as with toxicological studies generally demonstrating endothelial dysfunction as evidenced by reduced vasodilation in response to acetylcholine (Section 6.2.14).

There is also consistent evidence from multiple epidemiologic studies that long-term exposure to $PM_{2.5}$ is associated with mortality from cardiovascular causes. Associations with CHD, stroke, and atherosclerosis progression were observed in several additional epidemiologic studies, providing coherence with the mortality findings. Results from copollutant models generally support the independence of the $PM_{2.5}$ associations. Additional evidence of the direct effect of $PM_{2.5}$ on the cardiovascular system is provided by experimental studies in animals, which in part, demonstrate

biologically plausible pathways by which long-term inhalation exposure to $PM_{2.5}$ could potentially result in outcomes such as CHD, stroke, CHF, and cardiovascular mortality (Section 6.2.1). **Together, these epidemiologic and experimental studies constitute strong evidence that a *causal relationship* exists between long-term exposure to $PM_{2.5}$ and cardiovascular effects.**

**Table 6-54 Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in U.S. and Canadian cohorts; positive associations persisted after adjustment for common confounders. | Section 6.2.10<br>Figure 6-19 | Mean concentrations ranged from 4.08 (CCHS)—17.9 CA Teachers |
| | Positive associations observed in studies examining varying spatial scales and across different exposure assessment and statistical methods. | Section 6.2.10 | |
| Evidence from copollutant models generally supports an independent $PM_{2.5}$ association | Positive associations observed between long-term $PM_{2.5}$ exposure and cardiovascular mortality remain relatively unchanged after adjustment for copollutants.<br>Correlations with ozone were generally moderate to high (0.49−0.73).<br>When reported, correlations with $SO_2$, $NO_2$, and $PM_{10-2.5}$ ranged from weak to moderate ($r$ = 0.25−0.55). | Section 6.2.15<br>Figure 6-21<br>Figure 6-22 | |
| Epidemiologic evidence supports a linear no-threshold concentration response (C-R) relationship. | Most analyses support a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$.<br>Confidence in C-R relationship extends to 8 μg/m³ in Harvard Six Cities study | Section 6.2.16<br>Lepeule et al. (2012) | |

**Table 6-54 (Continued): Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| Inconsistent evidence from epidemiologic studies of CHD or stroke | Association with coronary events, CHD, and stroke (mortality and morbidity combined) that persist after adjustment for SES reported in the WHI study.<br>Association with stroke but not CHD in the CA Teachers cohort<br>No association with CHD or stroke in the NHS or HPFU | Section 6.2.2<br>Section 6.2.3 | Range: 13.4 – 17.8 |
| Generally consistent evidence of an association with CHD or stroke among those with pre-existing disease | Consistent associations with MI in patient populations<br>Association among women with diabetes in NHS | Hartiala et al. (2016)<br>Tonne et al. (2015)<br>Koton et al. (2013)<br>Hart et al. (2015b) | Mean: 15.5<br>Mean: 14.6<br>Mean: 23.9<br>Mean: 13.4 |
| Some, but not all, epidemiologic studies provide evidence for effect of long-term $PM_{2.5}$ on CAC | Longitudinal change in CAC observed in MESA but not in Framingham Heart Offspring study | Section 6.2.4<br>Kaufman et al. (2016)<br>Dorans et al. (2016) | Mean: 14.2<br>Median: 9.8 |
| Consistent evidence from animal toxicological studies at relevant $PM_{2.5}$ concentrations | Consistent changes in measures of impaired heart function and blood pressure<br>Additional evidence of atherosclerosis, systemic inflammation, changes in endothelial function | Section 6.2.5.2<br>Section 6.2.7.2<br>Section 6.2.4.2<br>Section 6.2.12.2<br>Section 6.2.14.2 | ~85−30<br>See Tables in identified sections |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to long-term $PM_{2.5}$ exposure. Includes evidence for impaired heart function, atherosclerosis, and increased blood pressure | Section 6.2.1 | |

CAC = coronary artery calcification; CCHS = Canadian Community Health Survey; CHD = coronary heart disease; HPFU = Health Professionals Follow-Up; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m$^3$ = micrograms per cubic meter; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $r$ = correlation; SES = socioeconomic status; $SO_2$ = sulfur dioxide.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Tables I and II of the Preamble.

[b]Describes the key evidence and references contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

# CHAPTER 8 NERVOUS SYSTEM EFFECTS

***Summary of Causality Determinations for Short- and Long-Term Particulate Matter (PM) Exposure and Nervous System Effects***

This chapter characterizes the scientific evidence that supports causality determinations for short- and long-term PM exposure and nervous system effects. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (see Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015).

| Size Fraction | Causality Determination |
|---|---|
| *Short-Term Exposure* | |
| $PM_{2.5}$ | Suggestive of, but not sufficient to infer |
| $PM_{10-2.5}$ | Inadequate |
| UFP | Suggestive of, but not sufficient to infer |
| *Long-Term Exposure* | |
| $PM_{2.5}$ | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Suggestive of, but not sufficient to infer |

## 8.1 Short-Term $PM_{2.5}$ Exposure and Nervous System Effects

The evidence in the 2009 PM ISA was characterized as "inadequate to determine if a causal relationship exists" between short-term $PM_{2.5}$ exposure and nervous system effects exists (U.S. EPA, 2009). A small number of experimental animal studies relevant to the assessment were available for review. Exposure to $PM_{2.5}$ CAPs resulted in pro-inflammatory responses in the brain (Campbell et al., 2005) and modulation of norepinephrine and corticosterone levels, which are indicative of sympathetic nervous system (SNS) and hypothalamic-pituitary-adrenal (HPA) stress axis activation (Sirivelu et al., 2006). Studies found that exposure to $PM_{2.5}$ CAPs could affect the autonomic nervous system (ANS) by activating sensory nerves in the respiratory tract, leading to cardiac oxidative stress and changes in cardiac function (Ghelfi et al., 2008; Rhoden et al., 2005). In addition, multiple studies reported that short-term exposure to $PM_{2.5}$ is associated with changes in heart rate variability (HRV), which reflect an imbalance between the sympathetic and parasympathetic arms of the ANS (Section 6.1.1). Findings from recent experimental studies are generally consistent with previous studies, adding to the evidence that

**Table 8-7 (Continued): Summary of evidence that is *suggestive of, but not sufficient to infer, a causal relationship* between short-term $PM_{2.5}$ exposure and nervous system effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Uncertainty regarding confounding by copollutants | No epidemiologic studies reported findings from 2-pollutant models. | Section 8.1.4 | |

ANS = autonomic nervous system; BALF = bronchoalveolar lavage fluid; BAT = brown adipose tissue; CRH = corticotropin releasing hormone; HAED = hospital admission/emergency department; HRV = heart rate variability; μg/m³ = micrograms per cubic meter; NFκB = nuclear factor kappa B; NR = not reported; PD = Parkinson's disease; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble.

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is characterized.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated (for experimental studies, ≤2 mg/m³).

†Studies published since the 2009 PM ISA.

## 8.2 Long-Term $PM_{2.5}$ Exposure and Nervous System Effects

The 2009 PM ISA described the limited available studies of the effects of long-term exposures to $PM_{2.5}$ on the nervous system (U.S. EPA, 2009). A study in mongrel dogs from two areas of Mexico with contrasting air pollution levels ($PM_{2.5}$ annual average concentration 21.5 μg/m³ vs. <15 μg/m³) reported inflammation and stress protein responses in the brain, but had limitations stemming from its ecological design (Calderón-Garcidueñas et al., 2003). Another study found Parkinson's disease-like brain histopathology following long-term exposure to $PM_{2.5}$ CAPs in ApoE knockout mice (Veronesi et al., 2005). There were no epidemiologic studies of long-term exposure to $PM_{2.5}$, although an analysis of NHANES III respondents reported an association between annual average $PM_{10}$ concentration and cognitive function, which was approximately null after adjusting for race or ethnicity and SES (Chen and Schwartz, 2009). Recent studies add to the information, specifically strengthening the lines of evidence indicating that long-term exposure to $PM_{2.5}$ can lead to effects on the brain associated with neurodegeneration (i.e., neuroinflammation and reductions in brain volume), as well as cognitive effects in older adults.

The discussion of long-term $PM_{2.5}$ exposure and nervous system effects opens with a discussion of biological plausibility (Section 8.2.1) that provides background for the subsequent sections in which groups of related endpoints are presented in the context of relevant disease pathways. These outcome groupings are (1) activation of the SNS and HPA stress axis (Section 8.2.2), (2) brain inflammation and oxidative stress (Section 8.2.3), (3) morphologic changes in the brain (Section 8.2.4), (4) cognitive and

behavioral effect (Section 8.2.5), (5) neurodegenerative diseases (Section 8.2.6) and (6) neurodevelopmental effects (Section 8.2.7). Evidence pertaining to $PM_{2.5}$ components is summarized in Section 8.2.8. Finally, the collective body of evidence is integrated[78] across and within scientific disciplines, and the rationale for the causality determination is outlined in Section 8.2.6.

### 8.2.1 Biological Plausibility

This section describes biological pathways that potentially underlie the development of nervous system effects resulting from long-term exposure to $PM_{2.5}$. Figure 8-2 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how long-term exposure to $PM_{2.5}$ may lead to nervous system effects contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 8.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface Section P.3.2.1.

Once $PM_{2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). $PM_{2.5}$ and its soluble components may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS), and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA, 2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to health effects. Inflammatory mediators may diffuse from the respiratory tract into the systemic circulation and lead to inflammation in extrapulmonary compartments (Section 6.2.1). Soluble components of $PM_{2.5}$, and poorly soluble particles that are part of the $PM_{2.5}$ fraction and smaller than approximately 200 nm, may translocate into the systemic circulation and contribute to inflammatory or other processes in extrapulmonary compartments. A fraction of $PM_{2.5}$ may deposit on the olfactory epithelium. Soluble components of $PM_{2.5}$, and poorly soluble particles that are part of the $PM_{2.5}$ fraction and smaller than approximately 200 nm, may also be transported via the olfactory nerve to the olfactory bulb of the brain. The extent to which translocation into the systemic circulation or transport to the olfactory bulb occurs is currently uncertain. For further discussion of translocation and olfactory transport, see Chapter 4.

[78] As detailed in the Preface, risk estimates are for a 5-µg/m$^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Solid arrows denote evidence of essentiality as provided, for example, by an inhibitor of the pathway or a genetic knockout model used in an experimental study involving PM2.5 exposure. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 8-2 Potential biological pathways for nervous system effects following long-term $PM_{2.5}$ exposure.**

Evidence that long-term exposure to $PM_{2.5}$ may affect the nervous system generally falls along two different pathways (Figure 8-2). The first pathway involves activation of the SNS, possibly by upregulation of the RAS. This pathway may lead to downstream systemic effects. The second pathway begins with pulmonary inflammation, leading to systemic inflammation and resulting in neuroinflammation. Neurodegenerative and neurodevelopmental disorders may be downstream effects of neuroinflammation. Evidence for both pathways is described below.

#### 8.2.1.1 Upregulation of the Renin-Angiotensin (RAS) and Activation of the Sympathetic Nervous System (SNS)

Activation of the SNS resulting from long-term $PM_{2.5}$ exposure may occur secondarily to RAS upregulation. Unlike the case of short-term exposure to $PM_{2.5}$, there is a lack of evidence that long-term $PM_{2.5}$ exposure results in activation of sensory nerves in the respiratory tract. However, animal toxicological studies support a role for the RAS. Aztatzi-Aguilar et al. (2015) and Aztatzi-Aguilar et al. (2016) demonstrated that long-term exposure to $PM_{2.5}$ upregulates components of the RAS in the heart, lung, and kidneys (Section 5.2.8 and Section 6.2.7.2). Interaction between SNS and the RAS has important ramifications for cardiovascular health and disease. Angiotensin II enhances the release of norepinephrine from sympathetic nerve endings via the angiotensin 1 receptor (Brasch et al., 1993). SNS activation, in turn, stimulates secretion of the angiotensin II precursor protein, renin, from the kidney, thus providing positive feedback for the pathway (Gordon et al., 1967). Evidence that increased SNS activity leads to hypertension following long-term $PM_{2.5}$ CAPs exposure was provided by Ying et al. (2014). In this study, acute inhibition of the SNS resulted in decreased blood pressure. The solid line depicted in Figure 8-2 that connects activation of the SNS and increased blood pressure indicates that the SNS mediates the increased blood pressure observed following long-term exposure to $PM_{2.5}$.

#### 8.2.1.2 Inflammation

Deposition of $PM_{2.5}$ in the respiratory tract may lead to pulmonary inflammation (see Section 5.2.1) and to systemic inflammation (see Section 6.2.1), which in turn may lead to neuroinflammation. This inflammation could be due to peripheral immune activation, or to systemic circulation of $PM_{2.5}$ that results in particle uptake in the brain, or to olfactory transport of poorly soluble particles and their soluble components. Alternatively, inflammation of the brain may occur secondarily to a neuroendocrine stress response resulting from activation of the HPA stress axis (Kodavanti, 2016).

Several animal toxicological studies in adult rodents demonstrated neuroinflammation in the cerebral cortex, hippocampus, substantia nigra, and hypothalamus following $PM_{2.5}$ exposure (Tyler et al., 2016; Hogan et al., 2015; Ying et al., 2015; Liu et al., 2014; Ying et al., 2014; Fonken et al., 2011; Veronesi et al., 2005). One study found hippocampal inflammation in the absence of pulmonary inflammation (Tyler et al., 2016). Another found that inflammation in the hypothalamus, but not in the lung, was reversed following cessation of exposure (Ying et al., 2015). Evidence for a link between hypothalamic inflammation and peripheral effects was provided by animal toxicological studies using an inhibitor of inflammation (Zhao et al., 2015; Liu et al., 2014). The solid line depicted in Figure 8-2, which connects neuroinflammation with metabolic syndrome and with myocardial inflammation, indicates that hypothalamic inflammation mediates these peripheral effects following long-term exposure to $PM_{2.5}$. Hypothalamic inflammation may possibly activate the SNS (Ying et al., 2014).

In animal toxicological studies, neuroinflammation and astrocyte activation (an index of injury) were observed in specific brain regions following long-term exposure to $PM_{2.5}$. These responses were accompanied by neurodegeneration in those regions, which included the hippocampus (Hogan et al., 2015; Fonken et al., 2011) and the substantia nigra (Veronesi et al., 2005). Hippocampal changes occurred in conjunction with impaired learning and memory and with behavioral issues. Lesions in the substantia nigra are hallmarks of Parkinson's disease. In addition, an animal toxicological study found increased markers of Alzheimer's disease in the cerebral cortex (Bhatt et al., 2015). Epidemiologic studies observed associations between exposure to $PM_{2.5}$ and decreases in cortical white and gray matter and in cerebral brain volume (Casanova et al., 2016; Chen et al., 2015; Wilker et al., 2015). Epidemiologic studies also provide evidence of cognitive impairment and Alzheimer's and Parkinson's disease in association with exposure to $PM_{2.5}$ (Section 8.2.6).

Neuroinflammation may lead to neurodevelopmental disorders in developing animals. In an animal toxicological study, prenatal exposure to $PM_{2.5}$ resulted in neuroinflammation in the hippocampus and corpus callosum (Klocke et al., 2017). These changes were sex-specific, occurring only in males. Morphologic changes, which were not sex-specific, were found in these same brain regions and were accompanied by enlarged lateral ventricles (i.e., ventriculomegaly). This study suggests a link between exposure to $PM_{2.5}$ and neurodevelopmental disorders; however, there was no evidence of cognitive or behavioral effects.

#### 8.2.1.3 Summary of Biological Plausibility

As described here, there are two proposed pathways by which long-term exposure to $PM_{2.5}$ may lead to nervous system effects. The first pathway begins with upregulation of the RAS, which in turn may activate the SNS. Altered autonomic tone may result in a wide range of systemic responses. As proof of this concept, animal toxicological evidence supports a direct link between the SNS and increased blood pressure following long-term $PM_{2.5}$ exposure. The second proposed pathway begins with pulmonary/systemic inflammation or olfactory transport of $PM_{2.5}$ and leads to neuroinflammation. Animal toxicological evidence supports a direct link between neuroinflammation and peripheral effects associated with metabolic syndrome and myocardial inflammation. In addition, neuroinflammation may lead to neurodegeneration and the development of Alzheimer's disease, as well as to impaired learning and memory and to behavioral issues. While experimental studies in animals contribute most of the evidence of upstream events, epidemiologic studies report associations between long-term exposure to $PM_{2.5}$ and reduced brain volume and cognitive impairment in adults. Neuroinflammation and neurodegeneration provide biological plausibility for epidemiologic results of increased hospital admissions or emergency department visits for Alzheimer's and Parkinson's disease. In developing animals, neuroinflammation may lead to neurodevelopmental disorders. These pathways will be used to inform a causality determination, which is discussed later in the chapter (Section 8.2.9).

### 8.2.2 Activation of the Sympathetic Nervous System and the Hypothalamic-Pituitary-Adrenal (HPA) Stress Axis

Activation of the SNS by long-term $PM_{2.5}$ exposure was investigated in animal toxicological studies (Table 8-8). Ying et al. (2014) evaluated the contribution of SNS to sustained increases in blood pressure, which have previously been observed in animals chronically exposed to $PM_{2.5}$. While studies have identified several mechanisms underlying this response, sympathetic activation had not been tested. C57BL/6J mice were exposed for 6 months to $PM_{2.5}$ CAPs in Columbus, OH. Exposure to $PM_{2.5}$ CAPs increased mean arterial blood pressure ($p < 0.05$) but did not affect heart rate or locomotor activity. Exposure to $PM_{2.5}$ CAPs also resulted in vascular dysfunction, which was measured ex vivo in terms of contractile response to phenylephrine and relaxation response to acetylcholine in mesenteric arteries (a type of resistance vessel; $p < 0.05$). Two measures of sympathetic tone, low-frequency blood pressure variability and urinary norepinephrine excretion, were also increased in $PM_{2.5}$ CAPs-exposed mice ($p < 0.05$). Pharmacologic agents were used to test the role of the ANS in mediating responses to CAPs. Propranolol decreased heart rate in $PM_{2.5}$ CAPs-exposed mice ($p < 0.05$), but not in controls. However, propranolol did not alter blood pressure in either group. Atropine had no effect on heart rate or blood pressure in either group. Acute inhibition of the central SNS with guanfacine resulted in a large decrease in blood pressure in both controls and $PM_{2.5}$ CAPs-exposed mice. This decrease was greater in $PM_{2.5}$ CAPs-exposed mice than in controls ($p < 0.05$). $PM_{2.5}$ CAPs exposure also increased the hypertensive response to air-jet stress ($p < 0.05$). Because sympathetic tone is modulated by hypothalamic inflammation in response to several pathophysiological signals, markers of hypothalamic inflammation were examined in $PM_{2.5}$ CAPs-exposed animals. Results, described in Section 8.2.3, provide evidence that $PM_{2.5}$ CAPs exposure mediates hypothalamic inflammation that may be linked to activation of the SNS and to an increase in sympathetic tone. Results of this study also indicate that increased sympathetic tone contributes to hypertension in response to $PM_{2.5}$ CAPs exposure.

Fonken et al. (2011) examined stress-related responses in C57BL/6J mice exposed for 10 months to $PM_{2.5}$ CAPs in Columbus, OH. No differences were found in serum corticosterone concentrations between control and $PM_{2.5}$-exposed mice, despite evidence of inflammation and morphological changes in the brain as described in Section 8.2.3 and Section 8.2.4.

In addition, the RAS may contribute to SNS activity. Long-term exposure to $PM_{2.5}$ CAPs resulted in upregulation of components of the RAS such as angiotensin I receptor and angiotensin-converting enzyme in the heart, lung, and kidneys [Aztatzi-Aguilar et al. (2015) and Aztatzi-Aguilar et al. (2016); see Section 5.2.8, and Section 6.2.7.2]. Activity of the angiotensin-converting enzyme results in angiotensin II formation from angiotensin I. Angiotensin II enhances the release of norepinephrine from sympathetic nerve endings via the angiotensin 1 receptor (Brasch et al., 1993). Sympathetic nerve activation, in turn, stimulates secretion of the angiotensin II precursor protein (renin) from the kidney, thus providing positive feedback for the pathway (Gordon et al., 1967).

**Table 8-8 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and activation of the sympathetic nervous system and hypothalamic-pituitary-adrenal stress axis.**

| Study/Study Population | Pollutant | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Fonken et al. (2011)<br>Species: mouse<br>Strain: C57BL/6J<br>Sex: male<br>Age/weight: 4 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 94.4 μg/m$^3$<br>Duration: 6 h/day, 5 days/week for 10 mo<br>Time to analysis: behavioral testing occurred after approximately 9 mo. Exposures were suspended for 3 weeks then resumed for 1 mo prior to tissue collection | Serum corticosterone |
| Ying et al. (2014)<br>Species: mouse<br>Strain: C57BL/6J<br>Sex: male<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 107 μg/m$^3$<br>Duration: 6 h/day, 5 days/week for 6 mo | Sympathetic tone<br>• Urinary norepinephrine levels<br>• Low frequency variation of blood pressure<br>Blood pressure<br>Vascular dysfunction<br>Heart rate<br>Locomotion |

CAPs = concentrated ambient particles; h = hour(s); HEPA = high-efficiency particulate air; μg/m$^3$ = micrograms per cubic meter; mo = month(s); $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 8.2.3 Brain Inflammation and Oxidative Stress

Recent experimental animal studies showing that long-term exposure to $PM_{2.5}$ CAPs can result in brain inflammation (Table 8-9) and oxidative stress add to the sparse evidence presented in the 2009 PM ISA. Several studies demonstrated that $PM_{2.5}$ CAPs exposure induced neuroinflammation and astrocyte activation in specific brain regions, as described below. Findings from these studies as they relate to neurodegeneration (Section 8.2.6), cognitive impairment, and behavioral effects (Section 8.2.5) are discussed in more detail in the sections that follow.

**Table 8-9 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and brain inflammation and oxidative stress.**

| Study/Study Population | Pollutant | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Bhatt et al. (2015)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle size: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 65.7 ± 354.2 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 3 or 9 mo | Immunoassays of temporal cortex<br>Cytokines<br>COX-1, COX-2<br>Markers of oxidative stress 3-NT, HNE-adducts<br>Markers of astrocyte (GFAP), glial (IBA-1) or vascular (VCAM-1) activation<br>Markers of Alzheimer's disease: Aβ, tau, APP, and cleaving enzyme BACE<br>Postsynaptic marker PSD-95<br>DNA methylation |
| Fonken et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6J<br>Age/weight: 4 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 94.4 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 10 mo<br>Time to analysis: exposures were suspended for 3 weeks then resumed for 1 mo prior to tissue collection | Brain tissue—hippocampus<br>• Morphology<br>• Gene expression |
| Hogan et al. (2015)<br>Species: mouse<br>Sex: male<br>Strain: C3H/HeNHsd<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: N/A<br>Duration: 6 h/day, 5 days/week for 4 weeks | Brain tissue—hippocampus<br>• Morphology<br>• Gene expression |
| Liu et al. (2014)<br>Species: mouse<br>Sex: NR<br>Strain: KKay<br>Age/weight: 5−7 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 107 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 4, 5, or 8 weeks | Hypothalamic tissue: gene expression and immunostaining—inflammatory markers in hypothalamus<br>Brain tissue: LC/MS—<br>Oxidized phospholipids<br>Glucose homeostasis<br>Insulin sensitivity<br>Oxygen consumption<br>Heat production<br>Blood and peripheral tissues:<br>Markers of inflammation |

**Table 8-9 (Continued): Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and brain inflammation and oxidative stress.**

| Study/Study Population | Pollutant | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Ljubimova et al. (2013)<br>Species: rat<br>Sex: male<br>Strain: Fischer 344<br>Age/weight: 3−7 weeks | CAPs from Riverside, CA (summer)<br>Particle size: 2.5 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 149 ± 24 µg/m$^3$<br>67 ± 6 particles/cm$^3$ 10$^{-3}$<br>Duration: 5 h/day, 4 days/week for 1, 3, and 10 mo | Brain tissue—immunohistochemistry<br>Gene expression—mRNA |
| Tyler et al. (2016)<br>Species: mouse<br>Strain: C57BL/6 and ApoE knockout<br>Age/weight: 6−8 weeks | DEP, resuspended<br>Particle size: 1.5−3.0 µm ± 1.3−1.6 µm<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 315.3 ± 50.7 µg/m$^3$<br>Duration: 6 h/day for 30 days | Hippocampus tissue: cytokine gene expression |
| Ying et al. (2014)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6J<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 107 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 6 mo | Brain tissue: gene expression—inflammatory markers in hypothalamus |
| Ying et al. (2015)<br>Species: rat<br>Sex: male<br>Strain: SHR<br>Age/weight: 5 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: filtered air | Route: whole-body inhalation<br>Dose/concentration: 128.3 ± 60.4 µg/m$^3$<br>Duration: 6 h/day, 5 days/week for 15 weeks<br>Time to analysis: immediately or 5 weeks later | Gene expression—inflammatory markers<br>In hypothalamic, lung, heart tissue |

3-NT = 3-nitrotyrosine; Aβ = amyloid beta; ApoE = apolipoprotein E; APP = amyloid precursor protein; BACE = beta-site APP-cleaving enzyme; CAPs = concentrated ambient particles; cm = centimeter; COX = cyclooxygenase; DEP = diesel exhaust particle; DNA = deoxyribonucleic acid; GFAP = glial fibrillary acidic protein; h = hour(s); HEPA = high-efficiency particulate air; HNE = hydroxynonenal; IBA-1 = ionized calcium binding adaptor molecule; LC/MS = liquid chromatography/mass spectrometry; µg/m$^3$ = micrograms per cubic meter; µm = micrometer; mo = month(s); mRNA = messenger ribonucleic acid; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; PSD = postsynaptic density protein; SHR = spontaneously hypertensive rat; VCAM = vascular cell adhesion molecule.

Hippocampal inflammation was examined in several recent studies. Fonken et al. (2011) investigated the effects of a 10-month exposure to $PM_{2.5}$ CAPs from Columbus, OH on neuroinflammation and oxidative stress in the hippocampus of C57BL/6 mice. $PM_{2.5}$ CAPs exposure increased gene expression of proinflammatory cytokines *TNF-α* and *IL-1β* ($p < 0.05$), but not of *IL-6* and *HMGB1*. Upregulation of *HO-1*, a marker of oxidative stress ($p < 0.05$), was also seen, while the microglial marker *MAC1* was unchanged. Another study by the same group of investigators evaluated

neuroinflammation in the hippocampus of $PM_{2.5}$ CAPs-exposed C3H/HeNHsd mice (Hogan et al., 2015). This mouse model is a nocturnal species with intact melatonin production. CAPs exposures for 4 weeks in Columbus, OH during a 14:10 light/dark cycle resulted in upregulation of *IL-6* ($p < 0.05$), but not *TNF-α* or *IL-1β*. Tyler et al. (2016) exposed C67BL/6 and ApoE knockout mice to resuspended DEP for 30 days. In the hippocampus, there were increases in levels of mRNA for *TGF-β* in C67BL/6 mice ($p < 0.05$), but no changes in cytokine gene expression in ApoE knockout mice ($p < 0.05$). No inflammatory effects were seen in BALF, although particle uptake into bronchial macrophages was increased in ApoE knockout, but not in C57BL/6 mice (see Section 5.2.9).

Ying et al. (2014) found evidence of hypothalamic inflammation in C57BL/6J mice exposed for 6 months to $PM_{2.5}$ CAPs from Columbus, OH. Increased hypothalamic gene expression of E-selectin, *TNF-α*, and *ICAM-1* ($p < 0.05$) were observed. In addition, phosphorylation of inhibitor of nuclear factor-κB kinase (IKK) was increased in the arcuate nucleus but not in the paraventricular nucleus of the hypothalamus, while the number of c-fos positive cells was increased in both ($p < 0.05$). These results indicate activation of the NFκB pathway and upregulation of pro-inflammatory genes as a result of exposure to $PM_{2.5}$ CAPs. Hypothalamic inflammation was also demonstrated in Liu et al. (2014), in a genetically susceptible model of type 2 diabetes, the KKay mouse, following exposure to $PM_{2.5}$ CAPs from Columbus, OH for 4−8 weeks. Increased gene expression of *IL-6*, *TNF-α*, and *IKKβ* was observed ($p < 0.05$). In addition, the amount of oxidized phospholipid Ox-PAPC, which can activate TLR pathways, was increased in brain tissue. TLR pathways are involved in activation of the innate immune system. Subsequently, mice were treated with an inhibitor of IKKβ, which blocks NFκB activation, by inter-cerebroventricular infusion during a 4-week exposure to $PM_{2.5}$ CAPs. Central IKKβ inhibition dampened the effects of CAPs exposure on hypothalamic inflammation, including *IL-6* and *IKKβ* gene expression and activation of microglia and astrocytes, as indicated by ionized calcium binding adaptor molecule (IBA-1) and glial fibrillary acidic protein (GFAP) immunostaining, respectively ($p < 0.05$). Exposure to $PM_{2.5}$ CAPs enhanced hyperglycemia, insulin resistance, and peripheral inflammation (see Section 7.2.3.2) that was dampened by IKKβ inhibition. Liu et al. (2014) provided evidence that the central nervous system, possibly via hypothalamic inflammation, contributes to the diabetic phenotype in CAPs-exposed susceptible mice. Treatment with this same inhibitor of IKKβ by intra-cerebroventricular infusion blocked myocardial inflammation in a separate study of long-term $PM_{2.5}$ CAPs exposure in KKay mice (Zhao et al., 2015). Evidence of hypothalamic inflammation was also found in spontaneously hypertensive (SH) rats exposed to CAPs from Columbus, OH for 15 weeks (Ying et al., 2015). Levels of *TNF-α* mRNA in the hypothalamus was increased ($p < 0.05$) and returned to baseline 5 weeks following the end of exposure.

Bhatt et al. (2015) investigated the effects of $PM_{2.5}$ CAPs exposure on brain inflammation and markers of Alzheimer's disease in C57BL/6 mice. Exposure to $PM_{2.5}$ CAPs from Columbus, OH for 9 months, but not 3 months, resulted in increases in several indices of inflammation and early Alzheimer's disease-related pathology in the temporal cortex. These included a subset of cytokines, cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2), PSD-95, and amyloid-β 1−40 ($p < 0.05$). A

decrease in amyloid precursor protein (APP) levels was observed, along with an increase in the beta-site APP-cleaving enzyme (BACE; $p < 0.05$). No changes in tau protein, synaptophysin, markers of oxidative stress, or DNA methylation or activation of astrocytes (GFAP), glia (IBA-1), or endothelial cells (VCAM-1) were found.

However, changes in gene expression were not found in every study involving $PM_{2.5}$ CAPs. Ljubimova et al. (2013) examined changes in global gene expression in the brain, as well as expression of *Arc* and *Rac1* genes and their protein products, in Fischer 344 rats exposed to $PM_{2.5}$ CAPs in Riverside, CA for 1, 3, and 10 months. Exposure did not induce changes in expression of *Arc* or *Rac1* genes or their protein products in this study.

In summary, inflammation was observed in the hippocampus, hypothalamus, and temporal cortex of several different mice strains exposed for 1−10 months to $PM_{2.5}$ CAPs. Hippocampal inflammation, in the absence of pulmonary inflammation, was also found in mice exposed to traffic-related $PM_{2.5}$. In a mouse model of diabetes, $PM_{2.5}$ CAPs-exposure induced hypothalamic inflammation that was linked to a worsening of the diabetic phenotype and to myocardial inflammation. Hypothalamic inflammation was found to be reversible with cessation of exposure in SH rats. In the temporal cortex, brain inflammation was observed in conjunction with markers of Alzheimer's disease following $PM_{2.5}$ CAPs exposure. Oxidative stress was also seen in the hippocampus and hypothalamus.

### 8.2.4 Morphologic Changes in the Brain

There were no epidemiologic studies relating long-term exposure to $PM_{2.5}$ to changes in brain morphology evaluated in the 2009 PM ISA. However, an animal toxicological study found Parkinson's disease-like brain histopathology following long-term exposure to $PM_{2.5}$ CAPs in ApoE knockout mice (Veronesi et al., 2005). Dopaminergic neurons were decreased in the substantia nigra, which is part of the midbrain, and GFAP immunoreactivity, an indicator of astrocyte activation, was increased in the nucleus compacta, which is part of the substantia nigra.

Recent analyses from two established cohorts (Casanova et al., 2016; Chen et al., 2015; Wilker et al., 2015), using magnetic resonance imaging (MRI) to identify attributes or changes in brain structure that may stem from neurodegenerative processes or cerebrovascular dysfunction, show $PM_{2.5}$-associated reductions in brain volume (Table 8-10). Morphologic changes in the brain were also demonstrated in experimental animal studies (Table 8-11). These changes were accompanied by inflammation (Section 8.2.3).

#### 8.2.4.1 Epidemiologic Studies

The effect of long-term exposure to $PM_{2.5}$ on brain morphology, using MRI scans, was examined in a few recent studies (Table 8-10). Chen et al. (2015) examined brain morphology in older women (age 65−80) who were free of dementia at baseline when they were enrolled in the Women's Health Initiative Memory Study (WHIMS). Information on a wide array of covariates including individual characteristics such as hormone replacement therapy, BMI, lifestyle, depression, cardiovascular risk factors, and SES was collected for WHIMS. A pattern of lower white matter (WM) volume of the frontal, parietal, and temporal areas of the brain in fully adjusted models with increasing cumulative $PM_{2.5}$ exposures was observed (−8.30 $cm^3$ [95% CI: −4.70, −11.89] decrease in total WM). Details on the quantitative relationship between $PM_{2.5}$ and gray matter (GM) were not reported because the results did not reach statistical significance. This research was extended through the analyses conducted by Casanova et al. (2016) using finely grained voxel-wise methods, which are better able to detect patterns that extend across multiple brain regions. Increased 3-year avg $PM_{2.5}$ concentrations were associated with smaller subcortical WM and smaller cortical GM volumes in the multivariable models used in this study. The exposure metrics (3-year avg and cumulative average) used in WHIMS analysis were highly correlated ($r = 0.93$).

In a cross-sectional analysis of the Framingham Heart Offspring Study, Wilker et al. (2015) examined the association of long-term $PM_{2.5}$ exposure with total cerebral brain volume, hippocampal volume, WM hyperintensity volume, and preclinical brain infarcts among older men and women (≥60 years old) who were free of dementia and stroke. Wilker et al. (2015) reported that total cerebral brain volume was smaller with increasing $PM_{2.5}$ exposure after adjusting for covariates (−0.80 % [95% CI: −1.48, −0.13] total cerebral brain volume). After further adjustment for risk factors for cardiovascular disease, this association persisted but lost precision. An increased risk of covert brain infarcts was also observed (OR: 2.58 [95% CI: 1.27, 5.24]).

**Table 8-10 Epidemiologic studies examining the association between long-term $PM_{2.5}$ exposure and brain morphology using magnetic resonance imaging.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Chen et al. (2015)<br>2 RCTs, U.S.<br>$PM_{2.5}$: 1999−2006<br>Outcome: 2005−2006 | WHIMS<br>N = 1,403 | Cumulative average for geocoded residential history, BME-based spatiotemporal model, C-V $R^2 = 0.9$ | Median: 12.24<br>IQR: 10.67−14.16 | GM, WM volumes | Correlations (*r*): NR<br>Copollutant models: NR |
| †Casanova et al. (2016)<br>$PM_{2.5}$: 1999−2010<br>Outcome: 1996/1998−2005−2006 | WHIMS<br>N = 1,365 | 3-yr avg at residence, BME spatiotemporal model to estimate C-V $R^2 = 0.74$ | NR | GM, WM, hippocampal volumes | Correlations (*r*): NR<br>Copollutant models: NR |
| †Wilker et al. (2015)<br>Cross sectional<br>$PM_{2.5}$: 2000<br>Outcome: 1998−2001 | Framingham Offspring Study<br>N = 943 | Satellite-derived AOD with LUR, see Kloog et al. (2012) | Median: 11.1<br>IQR: 1.7 | Hippocampal volume, WM hyperintensity volume<br>Total cerebral brain volume | Correlations (*r*): NR<br>Copollutant models: NR |

AOD = aerosol optical depth; avg = average; BME = Bayesian maximum entropy; C-V = cross-validation; GM = gray matter; IQR = interquartile range; LUR = land use regression; µg/m³ = micrograms per cubic meter; N, n = number of subjects; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; *r* = correlation; $R^2$ = coefficient of determination; RCT = randomized clinical trial; WHIMS = Women's Health Initiative Memory Study; WM = white matter; yr = year(s).

†Studies published since the 2009 PM ISA.

### 8.2.4.2 Animal Toxicological Studies

Fonken et al. (2011) investigated morphologic changes in the hippocampus of C57BL/6 mice exposed for 10 months to $PM_{2.5}$ CAPs from Columbus, OH (Table 8-11). $PM_{2.5}$ CAPs exposure resulted in structural changes in the hippocampus. Apical spine density in the CA1 region of the hippocampus was decreased ($p < 0.05$). Basilar spine density in the CA1 region and spine density in the CA3 and dentate gyrus (DG) regions were unchanged. Apical dendritic length and cell complexity were also decreased by $PM_{2.5}$ CAPs exposure ($p < 0.05$), although cell body area was unchanged. Another study by the same group of investigators found altered brain morphology in C3H/HeNHsd mice exposed for 4 weeks to $PM_{2.5}$ CAPs during a 14:10 light/dark cycle [Hogan et al. (2015); Table 8-11]. This mouse model is a nocturnal species with intact melatonin production. $PM_{2.5}$ CAPs exposures resulted in decreased apical

and basilar spine densities, apical dendritic length, and cell body area in the CA1 region of the hippocampus ($p < 0.05$).

**Table 8-11 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and morphologic effects.**

| Study/Study Population | Pollutant | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Fonken et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6J<br>Age/weight: 4 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 94.4 μg/m$^3$<br>Duration: 6 h/day, 5 days/week for 10 mo<br>Time to analysis: exposures were suspended for 3 weeks then resumed for 1 mo prior to tissue collection | Brain tissue—hippocampus<br>• Morphology |
| Hogan et al. (2015)<br>Species: mouse<br>Sex: male<br>Strain: C3H/HeNHsd<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: N/A<br>Duration: 6 h/day, 5 days/week for 4 weeks | Brain tissue—hippocampus<br>• Morphology |

CAPs = concentrated ambient particles; h = hour(s); HEPA = high-efficiency particulate air; μg/m$^3$ = micrograms per cubic meter; mo = month(s); $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 8.2.5 Cognitive and Behavioral Effects

Although no epidemiologic or animal toxicological studies relating long-term exposure to $PM_{2.5}$ to cognitive and behavioral effects were evaluated in the 2009 PM ISA (U.S. EPA, 2009), Chen and Schwartz (2009) reported a cross-sectional association of annual average exposure to $PM_{10}$ with cognitive function using data from NHANES III. Multiple additional studies reporting associations with dichotomous measures of cognitive function or effects on continuous measures of global or domain specific subtests of cognitive function add to the evidence in the current review. Overall, these studies were heterogeneous in their methods and design, and their findings were not entirely consistent. Several studies reported associations with long-term exposure to $PM_{2.5}$, however.

#### 8.2.5.1 Animal Toxicological Studies

Fonken et al. (2011) investigated affective and cognitive processes in C57BL/6 mice exposed for 10 months to $PM_{2.5}$ CAPs in Columbus, OH (Table 8-12). Behavioral testing showed that $PM_{2.5}$ CAPs exposure had a number of effects, including impaired spatial learning and spatial memory, as measured in the Barnes maze ($p < 0.05$); increased behavioral despair and a more rapid onset of behavioral despair as measured in the Porsolt forced swim test ($p < 0.05$); and increased anxiety-like behavior in one of two tasks (time spent in the center of an open field, $p < 0.05$). Neuroinflammation and morphologic changes, described in Section 8.2.3 and Section 8.2.4.2, may be related to changes in cognition and affective processes. Another study by the same group of investigators examined affective and cognitive processes in C3H/HeNHsd mice exposed for 4 weeks to $PM_{2.5}$ CAPs during a 14:10 light/dark cycle (Hogan et al., 2015). This mouse model is a nocturnal species with intact melatonin production. Behavioral testing demonstrated an effect of CAPs exposure on locomotion and anxiety-like responses (time spent in the center of an open field, $p < 0.05$), but no effects on depressive responses.

**Table 8-12 Study-specific details from animal toxicological studies of long-term $PM_{2.5}$ exposure and cognitive and behavioral effects.**

| Study/Study Population | Pollutant | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Fonken et al. (2011)<br>Species: mouse<br>Sex: male<br>Strain: C57BL/6J<br>Age/weight: 4 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: 94.4 μg/m$^3$<br>Duration: 6 h/day, 5 days/week for 10 mo<br>Time to analysis: behavioral testing occurred after approximately 9 mo. Exposures were suspended for 3 weeks then resumed for 1 mo prior to tissue collection | Behavioral testing<br>Physical measurements<br>Locomotor behavior and anxiety-like responses<br>Cognitive processes—learning and memory |
| Hogan et al. (2015)<br>Species: mouse<br>Sex: male<br>Strain: C3H/HeNHsd<br>Age/weight: 8 weeks | CAPs from Columbus, OH<br>Particle sizes: $PM_{2.5}$<br>Control: HEPA-filtered ambient air | Route: whole-body inhalation<br>Dose/concentration: N/A<br>Duration: 6 h/day, 5 days/week for 4 weeks | Behavioral testing<br>• Locomotor behavior<br>• Anxiety-like responses<br>• Depressive-like responses |

CAPs = concentrated ambient particulates; h = hour(s); HEPA = high-efficiency particulate air; μg/m$^3$ = micrograms per cubic meter; mo = month(s); $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

### 8.2.5.2 Epidemiologic Studies

Studies that modeled cognitive decline as a dichotomous outcome are presented in Figure 8-3. Cacciottolo et al. (2017) examined the effect of long-term $PM_{2.5}$ exposure on accelerated global cognitive decline among WHIMS participants using a cutpoint of ≥8 points on the Modified Mini-Mental State (3MS). The authors report an increased risk of accelerated global cognitive decline in adjusted models (HR: 1.81 [95% CI: 1.42, 2.32] comparing 3-year moving avg concentration >12 to ≤12 μg/m$^3$) in the women, with a larger HR among carriers of the ApoE allele Ɛ4/4. Cacciottolo et al. (2017) considered potential confounders including age, geographic region, education income, employment, lifestyle factors, and clinical characteristics (i.e., hormone treatment, depression, BMI, hypercholesterolemia, hypertension, diabetes, history of CVD) in their analysis. In a study of the effect of $PM_{2.5}$ on preclinical cognitive impairment, Loop et al. (2013) analyzed data from a large U.S. cohort designed to study stroke (REGARDS). Authors conducted a cross-sectional analysis of incident cognitive impairment using logistic regression and adjusting for length of follow-up. $PM_{2.5}$ exposure was not associated with cognitive impairment, defined as a score of ≤4 on a telephone administered Six-Item Screener (SIS), after full adjustment for potential confounders including demographic factors and incident stroke. Ailshire et al. (2017) analyzed U.S. national-scale data from the Americans Changing Lives (ACL) survey and reported an increased error rate on the Short Portable Mental Status Questionnaire (SPMSQ) in association with $PM_{2.5}$ exposure that was worse in areas of high neighborhood stress. Tzivian et al. (2016) reported a positive association between long-term $PM_{2.5}$ exposure and prevalence of mild cognitive impairment (MCI) in the HRS study (OR: 1.67 [95% CI: 1.18, 2.29]) that remained after adjustment for noise. MCI was defined to identify cases with subjective cognitive complaints and objective impairment that did not reach the criteria for dementia.




3MS = Modified Mini-Mental State; ACL = Americans Changing Lives; CI = confidence interval; HRS = Health and Retirement Survey; μg/m³ = micrograms per cubic meter; MCI = mild cognitive impairment; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; REGARDS = Reasons for Geographic and Racial Differences in Stroke; SIS = Six-Item Screener; SPMSQ = Short Portable Mental Status Questionnaire; WHIMS = Women's Health Initiative Memory Study.

Circles represent beta coefficients; horizontal lines represent 95% confidence intervals. Red text and circles represent recent evidence not considered in previous ISAs or Air Quality Criteria Documents. Concentrations are in μg/m³. Results are standardized to a 5-μg/m³ increase in $PM_{2.5}$ concentrations (unless otherwise noted). Corresponding quantitative results are reported in Supplemental Table S8-1 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 8-3 Associations between long-term $PM_{2.5}$ exposure and cognitive effects.**

Small changes on cognitive test scores were observed in some but not all studies that evaluated these changes using continuous variables (Table 8-13, Figure 8-4). Weuve et al. (2012) measured the change in cognitive function of women enrolled in the Nurses' Health Study (NHS) with no history of stroke, using the validated Telephone Interview for Cognitive Status (TICS) instrument. Investigators used month-long average $PM_{2.5}$ concentrations to compute metrics indicating $PM_{2.5}$ exposures for several highly correlated time periods prior to the cognitive function assessment. Results for the longest duration multiyear exposure metric are included in Figure 8-4. $PM_{2.5}$ was associated with a small decrease in global cognitive test score during the 2-year period between successive outcome measurements (β: −0.01

[95% CI: −0.02, 0.00]). This association persisted after adjusting for potential confounders including SES and cardiovascular conditions (i.e., high blood pressure, CHD, CHF, coronary artery bypass graft, TIA, and carotid endarterectomy). Tonne et al. (2014) used a set of tests designed to measure reasoning, memory, semantic fluency, and phonemic fluency to examine the association with long-term exposure to $PM_{2.5}$. Only associations with 5-year avg concentrations are presented in Figure 8-4 because results were generally similar across exposure metrics. The study authors reported 5-year declines on several cognitive tests (e.g., reasoning: −0.06 [95% CI: −0.15, 0.03] and memory: −0.15 [95% CI: −0.36, 0.07]).

Several cross-sectional analyses were also conducted. Ailshire and Crimmins (2014) used the TICS instrument to assess the cross-sectional association of annual average $PM_{2.5}$ concentration with cognitive effects, reporting associations comparing the upper and third quartiles of exposure with the reference category (8.9 $\mu g/m^3$). The component of the TICS score reflecting episodic memory, rather than mental status, appeared to drive the observed association. In a cross-sectional analysis of several clinical trial participants enrolled through the University of Southern California, Gatto et al. (2014) found small decreases in global cognition, as well as decreases in several domain-specific tests that composed a global cognition score. In the SALIA cohort, Schikowski et al. (2015) examined the association of $PM_{2.5}$ exposure with several domain-specific tests of the Consortium to Establish a Registry for Alzheimer's Disease (CERAD) battery, which includes the Mini-Mental State Examination (MMSE). Although no association of $PM_{2.5}$ with global cognition was observed, associations with a figure-copying subtest measuring constructional praxis were reported (ten subtests were administered).




BVAIT = B-Vitamin Atherosclerosis Intervention Trial; CERAD = Consortium to Establish a Registry for Alzheimer's Disease; CI = confidence interval; ELITE = Early vs. Late Intervention Trial with Estradiol; HRS = Health and Retirement Study; μg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SALIA = Study of the Influence of Air Pollution on Lung Function; TICS = Telephone Interview for Cognitive Status; Whitehall II = Study of British Civil Servants; v = versus; WISH = Women's Isoflavone Soy Health.

Note: Ailshire and Crimmins (2014) and Gatto et al. (2014) specify exposure categories and compare the categories with a reference group (8.9 μg/m³). Circles represent beta coefficients; horizontal lines represent 95% confidence intervals. Red text and circles represent recent evidence not considered in previous ISAs or Air Quality Criteria Documents. Concentrations are in μg/m³. Results are standardized to a 5-μg/m³ increase in $PM_{2.5}$ concentrations (unless otherwise noted). Corresponding quantitative results are reported in Supplemental Table S8-2 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 8-4 Associations between long-term PM2.5 exposur and cognitive effects.**

**Table 8-13 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cognitive function.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Cacciottolo et al. (2017)<br>Prospective cohort<br>$PM_{2.5}$: 1999−2010<br>Outcome: 1995/1999−2010 | WHIMS<br>N = 3,467 women (65−79 yr) w/specific ApoE alleles | 3-yr moving avg for geocoded residential history, BME-based spatiotemporal model, C-V $R^2$ = 0.7 | Median: 12.24<br>IQR: 10.67−14.16 | Accelerated cognitive decline (≥8-point loss on 3MS) and dementia (determined by central adjudication)<br>Interaction with ApoE alleles | Correlations (*r*): NR<br>Copollutant models: NR |
| †Loop et al. (2013)<br>48 contiguous U.S. states<br>Prospective cohort<br>$PM_{2.5}$: 2003−2009<br>Outcome: 2003/2007−2009 | REGARDS (mean age 64 yr)<br>N = 20,150 | 1 yr avg (prior to baseline), AOD plus monitors, 10 × 10 km grid, see Al-Hamdan et al. (2014) | Median: 13.6<br>IQR: 12.2−14.8 | SIS score ≤4 | Correlations (*r*): NR<br>Copollutant models: NR |
| †Tzivian et al. (2016)<br>German Ruhr area<br>Cross sectional<br>$PM_{2.5}$: 2008−2009<br>Outcome: 2006/2008 | HNR study<br>N = 4,086<br>50−80 yr | Annual average at residential address, LUR, $R^2$ comparing modeled and measured $PM_{2.5}$ = 0.88 | Mean: 18.39 (SD: 1.05)<br>IQR: 1.4 | MCI [Petersen/International Working group on MCI criteria; Petersen (2004)] | Correlations (*r*): NR<br>Copollutant models: NR |
| †Weuve et al. (2012)<br>11 U.S. states<br>Longitudinal cohort<br>$PM_{2.5}$: 1988−2007 | NHS<br>Women ≥70 yr<br>N = 19,409 | 1 mo, 1-, 2-, 5-yr avg prior to baseline assessment. Pre- and post−1999 | 5 yr avg: 8.5 | TICS Global score | $PM_{10-2.5}$<br>Correlations (*r*) = 0.1−0.22 depending on metric<br>(*r* across averaging times of each size fraction 0.97−0.98) |

**Table 8-13 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cognitive function.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration μg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Tonne et al. (2014)<br>Greater London<br>Longitudinal cohort<br>$PM_{2.5}$ 2003−2009<br>Outcome: 2007/2009 | Whitehall II (mean 66 yr)<br>N = 2,867 | Annual average, 1 yr lag 4, 3 yr avg, 5 yr avg, dispersion model, *r* = 0.74 (2008, 15 monitors) | 5 yr avg: 14.9<br>IQR: 1.1 | Cognitive test performance<br>5 yr decline | $PM_{2.5}$ exhaust |
| †Ailshire and Crimmins (2014)<br>U.S. national survey<br>Cross sectional<br>2004 | HRS<br>N = 13,996<br>≥50 yr | Annual average (2004), within 60-km census tract centroid for residence | Median: 12.2<br>IQR: 3.9 | Episodic memory and mental status<br>TICS | Correlations (*r*): NR<br>Copollutant models: NR |
| †Ailshire et al. (2017)<br>U.S. national survey<br>$PM_{2.5}$ = 2001<br>Outcome: 2001/2002 | ACL<br>N = 79<br>≥55 yr | Annual average, within 60 km of census tract centroid | Mean: 13.78<br>SD: 3.13 | Rate of incorrect response on SPMSQ | Correlations (*r*): NR<br>Copollutant models: NR |
| †Gatto et al. (2014)<br>Los Angeles, CA<br>Cross sectional<br>2000−2006 | BVAIT, WISH, ELITE (mean age 60.5 yr)<br>N = 1,496 | 1-yr avg for year of randomization at residence, IDW interpolation of monitor concentration (within 5 km or average of 3 monitors within 100 km) See Peters et al. (2004) | NR | 14 cognitive tests and global score | Copollutant correlations (*r*): Ozone (*r* = 0.62), $NO_2$ (*r* = 0.8) |

**Table 8-13 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and cognitive function.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Schikowski et al. (2015)<br>Ruhr and southern Muensterland, Germany<br>Cross sectional<br>Outcome 2007−2009<br>$PM_{2.5}$: 2009−2010<br>Back-extrapolation: 1985/1995 (baseline exam) | SALIA<br>Women (mean 73.4 yr)<br>N = 789 | Multiyear average, LUR with back extrapolation, see Eeftens et al. (2012a)<br>Mean model explained variance $R^2$ = 0.71 (range: 0.32−0.81) C-R $R^2$ 8−11% lower | Median 33.3 and IQR 4.7 at baseline (1995)<br>Median 17.4 and IQR 1.8 at follow-up (2007) | Global Cognition (MMSE and CERAD)<br>Fig-C<br>Modification by ApoE allele | Correlations (*r*): NR<br>Copollutant models: NR |

3MS = Modified Mini-Mental State; ACL = Americans' Changing Lives; AOD = aerosol optical depth; ApoE = apolipoprotein E; avg = average; BME = Bayesian maximum entropy; BVAIT = B-Vitamin Atherosclerosis Intervention Trial; C-R = concentration-response; C-V = cross-validation; CERAD = Consortium to Establish a Registry for Alzheimer's Disease; ELITE = Early vs. Late Intervention Trial with Estradiol; HNR = Heinz Nixdorf Recall; HRS = Health and Retirement Study; IDW = inverse distance weighting; IQR = interquartile range; km = kilometer; LUR = land use regression; μg/m$^3$ = micrograms per cubic meter; MCI = mild cognitive impairment; MMSE = mini mental state examination; mo = month(s); N, n = number of subjects; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation; $R^2$ = coefficient of determination; REGARDS = Reasons for Geographic and Racial Differences in Stroke; SALIA = Study of the Influence of Air Pollution on Lung Function, Inflammation, and Aging; SD = standard deviation; SIS = Six-Item Screener (cognitive function); SPMSQ = Short Portable Mental Status Questionnaire; TICS = Telephone Interview for Cognitive Status; WHIMS = Women's Health Initiative Memory Study; Whitehall II = Study of British Civil Servants; WISH = Women's Isoflavone Soy Health; yr = year(s).

†Studies published since the 2009 PM ISA.

#### 8.2.5.2.1 Anxiety and Depression

No analyses of the association of long-term exposure to $PM_{2.5}$ with anxiety or depression were evaluated in the 2009 PM ISA. Several studies are currently available that examine associations with depressive, anxiety, or use of psychiatric medication (Figure 8-5, Table 8-14). Overall, these studies do not report consistently positive associations, and the magnitude of the association varies substantially by study. Within the European ESCAPE project, statistical evidence of heterogeneity across cohorts was observed, precluding meta-analysis of cohort-specific results.




CI = confidence interval; ESCAPE = European Study of Cohorts for Air Pollution Effects; FINRISK = Finland Risk; KORA = Cooperative Health Research in the Region of Augsburg; μg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or Air Quality Criteria Documents. Mean concentrations in μg/m³. Hazard Ratios are standardized to a 5-μg/m³ increase in $PM_{2.5}$ concentrations (unless otherwise noted). Corresponding quantitative results are reported in Supplemental Table S8-3 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 8-5 Associations between long-term $PM_{2.5}$ exposure and indicators of depression or anxiety.**

**Table 8-14 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and indicators of depression or anxiety.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Power et al. (2015)<br>$PM_{2.5}$: 1988−2004<br>Outcome: 2004 | NHS<br>N = 71,271<br>Mean age 70 yr | Multiyear, annual average, 1, 3, and 6 mo prior to outcome, spatiotemporal, at residence (pre-1999 $PM_{2.5}$ estimated from $PM_{10}$ ratio) | Mean (SD):<br>1 mo = 12.74 (4.18);<br>3 mo = 12.13 (3.4),<br>6 mo = 11.59 (2.60);<br>12 mo = 11.38 (2.60);<br>1988−2003 = 13.75 (2.82) | Crown-Crisp phobic anxiety scale score ≥6 (prevalent) | Correlations (*r*): 0.24 $PM_{10-2.5}$<br>Copollutant model: NR |
| †Zijlema et al. (2016)<br>Cross-sectional<br>$PM_{2.5}$ ESCAPE: 2008−2011<br>$PM_{2.5}$ EU-wide protocols: 2005−2007 | ESCAPE plus LifeLines<br>N = 70,928 | LUR, at residence using ESCAPE and EU-wide protocols incorporating satellite derived AOD (Vienneau et al., 2013; Eeftens et al., 2012b). | Lifelines (highest): Median 15.4<br>IQR 0.16 | Depressed mood, questionnaire or interview | ESCAPE correlations (*r*): 0.44−0.53 $NO_2$<br>EU-wide correlations (*r*): 0.33−0.53 |
| †Oudin et al. (2016)<br>4 counties, Sweden<br>Longitudinal<br>$PM_{2.5}$: 2005−2010<br>Outcome: 2005−2010 | Swedish National Register<br>N = 552,221 | Annual average for year of inclusion, LUR (estimated from ratio with $PM_{10}$), resolution of 1 km; C-V $R^2$ $PM_{10}$ = 0.85−0.95 | NR | Medication for psychiatric disorders | Correlations (*r*): NR<br>Copollutant models: NR<br>Note: $PM_{10}$ results presented because they were similar to $PM_{2.5}$ results |
| †Kim et al. (2016)<br>Seoul, South Korea<br>Longitudinal<br>$PM_{2.5}$: 2007−2010<br>Outcome: 2008−2010 | NHID<br>N = 27,270 | 1 yr moving avg, 27 monitors | 26.7<br>Range across districts 2007: 19.8−27.4 | Major depressive disorder (ICD10 F32.x, F33.x, F34.1, F41.2) | Correlations (*r*): NR<br>Copollutant models: NR |

AOD = aerosol optical depth; avg = average; C-V = cross-validation; ESCAPE = European Study of Cohorts for Air Pollution Effects; EU = European Union; ICD10 = International Classification of Disease 10th revision; IQR = interquartile range; km = kilometer; LUR = land use regression; µg/m³ = micrograms per cubic meter; mo = month(s); N,n = number of subjects; NHID = National Health Insurance Database; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; *r* = correlation; $R^2$ = coefficient of determination; SD = standard deviation; yr = year(s).

†Studies published since the 2009 PM ISA.

Power et al. (2015) analyzed data from the NHS to determine the association between several exposure metrics averaged from 1 month to multiple years (1988−2004) and anxiety among older women. The study authors observed positive associations between prevalent anxiety and multiyear average concentration (OR: 1.04 [95% CI: 1.00, 1.09]). The associations with shorter averaging times were also present (e.g., OR: 1.06 [95% CI: 1.03, 1.09] per 5-$\mu g/m^3$ increase in 1-month avg concentration), and models that adjusted for averaging time indicated the strongest associations were with shorter averaging times. In a cross-sectional analysis of ESCAPE, Zijlema et al. (2016) observed heterogenous results across cohorts with a large imprecise positive association among FINRISK participants (OR: 1.39 [95% CI: 0.64, 3.05]) and associations that were close to the null in other cohorts. In a longitudinal analysis of the use of psychiatric medication reported in the national registry of Sweden, Oudin et al. (2016) reported a small positive association between use of psychiatric medication and $PM_{10}$ (OR: 1.02 [95% CI: 1.00, 1.04]), noting that the association was similar to the association with $PM_{2.5}$. A relatively large association with major depressive disorder was reported by Kim et al. (2016) in an analysis of the National Health Insurance Database (NHID) of Korea (HR: 1.21 [95% CI: 1.07, 1.38]), where the annual average $PM_{2.5}$ concentration was 26.7 $\mu g/m^3$.

### 8.2.6 Neurodegenerative Diseases

No epidemiologic studies of the effect of long-term exposure to $PM_{2.5}$ and neurodegenerative disease were evaluated in the previous ISA (U.S. EPA, 2009). A limited number of studies of Parkinson's disease, Alzheimer's disease, and dementia are currently available for review (Figure 8-6, Table 8-15). Animal toxicological evidence of neurodegenerative diseases following long-term $PM_{2.5}$ exposure includes the demonstration of Parkinson's disease-like brain histopathology (Veronesi et al., 2005), which is discussed in the 2009 PM ISA and in Section 8.2.4, and the demonstration of early markers of Alzheimer's disease (Bhatt et al., 2015), which is discussed in Section 8.2.3.

| Study | Cohort | Outcome | Years | Mean |
|---|---|---|---|---|
| †Liu et al 2016 | PAGE NIH-AARP | Parkinson Disease | 2000 | 13.1 |
| †Palacios et al. 2014 | NHS | Parkinson Disease | 1988-2007 | 15 |
| †Kioumourtzoglou et al. 2015 | Medicare | Parkinson Disease | 1999-2010 | 12 |
| †Kirrane et al. 2015 | AHS | Parkinson Disease | 2002-2005 | 12.6 |
| †Cacciottolo et al. 2017 | WHIMS | All-Cause Dementia | 1999-2010 | ≤12 v >12 |
| †Jung et al. 2014 | LHID2000 | Alzheimer Disease | 2000-2010 | 34.4 |
| †Kioumourtzoglou et al. 2015 | Medicare | Alzheimer Disease | 1999-2010 | 12 |
| †Kioumourtzoglou et al. 2015 | Medicare | Dementia | 1999-2010 | 12 |




AHS = Agricultural Health Study; CI = confidence interval; LHID2000 = Longitudinal Health Insurance Database for 2000; μg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study, PAGE NIH-AARP = Parkinson's Genes and Environment study, National Institutes of Health—American Association of Retired People, $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; v = versus; WHIMS = Women's Health Initiative Memory Study.

Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or Air Quality Control Documents. Mean concentrations in μg/m³. Hazard Ratios are standardized to a 5-μg/m³ increase in $PM_{2.5}$ concentrations (unless otherwise noted). Corresponding quantitative results are reported in Supplemental Table S8-4 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 8-6 Associations between long-term $PM_{2.5}$ exposure and neurodegenerative diseases.**

**Table 8-15 Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and neurodegenerative diseases.**

| Study<br>Location/Years | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Liu et al. (2016)<br>6 states, U.S.<br>Case control<br>$PM_{2.5}$: 2000<br>Outcome: 1995−2006 | PAGE NIH-AARP<br>N = 1,556 cases<br>N = 3,313 controls | Annual average 1990 and 2000, kriging interpolation at residence, C-V $R^2$ = 0.88 | Range: 4.4−26.9<br>IQR: 3.8 | Neurologist confirmed PD in validation study (88% of cases) | Correlations (*r*): $NO_2$ *r* = 0.62<br>Copollutant model: NR |
| †Palacios et al. (2014)<br>Longitudinal cohort<br>$PM_{2.5}$: 1988−2007 (estimated from $PM_{10}$ ratio prior to 1999)<br>Outcome: 1990−2008 | NHS<br>N = 115,767<br>N = 508 PD cases | Cumulative average up to 2 yr prior to PD onset, estimated spatiotemporal model at residential address [see Puett et al. (2008)] | NR | Neurologist confirmed or medical record review PD | Correlations (*r*): $PM_{10}$ *r* = 0.73; $PM_{10-2.5}$ *r* = 0.26<br>Copollutant model: NR |
| †Kioumourtzoglou et al. (2015)<br>50 cities, northeastern U.S.<br>Longitudinal cohort<br>$PM_{2.5}$: 1999−2010<br>Outcome: 1999−2010 | Medicare 65+ yr<br>N = 119,425 PD admissions<br>N = 266,735 AD admissions<br>N = 203,463 dementia admissions | City-specific average assigned for each year of follow-up (1999−2010), adjusted for calendar year | Mean: 12 (SD: 1.6)<br>IQR: 3.8 | PD: ICD9 332<br>AD: ICD9 331<br>Dementia: ICD9 290 | Correlations (*r*): NR<br>Copollutant models: NR |
| †Kirrane et al. (2015)<br>Case control<br>$PM_{2.5}$: 2002−2005<br>Outcome: 1993−2010 | AHS farmers and spouses<br>N = 301 cases<br>N = 83,042 controls | 4-yr avg, monitor plus CMAQ, 12 × 12 grid at residential address | Mean, North Carolina: 12.6<br>IQR: 4.2<br>Mean, Iowa: 8.9<br>IQR: 0.5 | Self-reported doctor diagnosed Parkinson's disease | Correlations (*r*): NR<br>Copollutant models: NR |

**Table 8-15 (Continued): Characteristics of epidemiologic studies examining the association between long-term $PM_{2.5}$ exposures and neurodegenerative diseases.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutants Examined |
|---|---|---|---|---|---|
| †Cacciottolo et al. (2017)<br>Prospective cohort<br>$PM_{2.5}$: 1999−2010<br>Outcome: 1995/1999−2010 | WHIMS<br>n = 3,467 women (65−79 yr) w/specific ApoE alleles | 3-yr moving avg for geocoded residential history, BME-based spatiotemporal model, C-V $R^2$ = 0.7 | Median: 12.24<br>IQR: 10.67−14.16 | Dementia (determined by central adjudication) | Correlations ($r$): NR<br>Copollutant models: NR |
| †Jung et al. (2014)<br>Taiwan<br>Longitudinal cohort<br>$PM_{2.5}$: 2000−2010<br>Outcome: 2001−2010 | LHID2000<br>N = 95,960 | Annual average at baseline, IDW of 3 monitors within 25 km of postal code centroid for residence (also computed change in $PM_{2.5}$ from follow-up) | Mean: 34.4<br>IQR: 13 | ICD9 331 (consensus diagnosis in administrative database) | Correlations ($r$): Ozone $r$ = 0.4, $SO_2$ $r$ = 0.51<br>Copollutant model: NR |

AD = Alzheimer's disease; AHS = Agricultural Health Study; ApoE = apolipoprotein E; avg = average; BME = Bayesian maximum entropy; C-V = cross-validation; CMAQ = Community Multiscale Air Quality; ICD9 = International Classification of Disease 9th revision; IDW = inverse distance weighting; IQR = interquartile range; LHID2000 = Longitudinal Health Insurance Database for 2000; µg/m³ = micrograms per cubic meter; N, n = number of subjects; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; NR = not reported; PAGE NIH-AARP = Parkinson's Genes and Environment study, National Institutes of Health—American Association of Retired People; PD = Parkinson's disease; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal aerodynamic diameter less than or equal to 10 µm; $r$ = correlation; $R^2$ = coefficient of determination; SD = standard deviation; $SO_2$ = sulfur dioxide; WHIMS = Women's Health Initiative Memory Study; yr = year(s).

†Studies published since the 2009 PM ISA.

The set of studies of Parkinson's disease includes a case-control analysis from the Parkinson Genes and Environment study, National Institutes of Health, American Association of Retired People (PAGE NIH-AARP) study (Liu et al., 2016) and a prospective analysis from the NHS (Palacios et al., 2014). These studies are well-conducted, in that self-reported outcomes were validated and individual-level data on an array of covariates including sex, smoking, and caffeine use was considered in the analyses. Although slightly increased, the relative risks reported in both studies were small relative to their wide confidence intervals, providing little evidence of an association (HR: 1.03 [95% CI 0.92, 1.13] in the PAGE NIH-AARP study and HR of 1.04 [95% CI: 0.9, 1.20] in the NHS study). Kioumourtzoglou et al. (2015) reported large positive associations between long-term exposure to $PM_{2.5}$ and first hospital admission for Parkinson's disease (ascertained using primary or secondary diagnosis code), indicating higher risk of Parkinson's-related complications that require hospitalization among older adults receiving Medicare benefits in 50 northeastern U.S. cities (HR: 1.44 [95% CI 1.22, 1.70]). Although age and sex were controlled in the analysis, individual-level data on smoking or dietary covariates was not available, nor was the outcome validated in this study. The other study of $PM_{2.5}$ exposure and Parkinson's disease analyzed data from rural populations in North Carolina and Iowa, reporting an imprecise, positive association between 4-year avg $PM_{2.5}$ concentration and Parkinson's disease (OR: 1.34 [95% CI: 0.93, 1.93]) among farmers in North Carolina, while no association was observed among farmers in Iowa where exposures were much lower [OR: 0.91 (95% CI: 0.75, 1.11) per IQR (0.7 μg/m$^3$) increase; Kirrane et al. (2015)]. Self-reported doctor-diagnosed Parkinson's disease was validated for a subset of participants in this study.

Studies of Alzheimer's disease and dementia are also plotted on Figure 8-6. Some studies report positive associations with long-term $PM_{2.5}$ exposure, but findings are not consistent overall. In the analysis of the WHIMS cohort described previously, Cacciottolo et al. (2017) found an increased risk of all-cause dementia comparing 3-year moving avg exposure to $PM_{2.5}$ of <12 μg/m$^3$ to ≥12 μg/m$^3$ (HR: 1.92 [95% CI: 1.32, 2.8]). In a study in China where concentrations are relatively high, Jung et al. (2014) found little evidence of an association between annual average $PM_{2.5}$ exposure at baseline and Alzheimer's disease, although an increase in $PM_{2.5}$ during follow-up was associated with the disease. Similar to their results for Parkinson's disease Kioumourtzoglou et al. (2015) reported large associations of hospital admissions for Alzheimer's disease and dementia with $PM_{2.5}$ among Medicare recipients (HR: 2.0 [95% CI: 1.7, 2.35] and HR of 1.46 [95% CI: 1.29, 1.66], respectively).

### 8.2.7 Neurodevelopmental Effects

No epidemiologic studies of neurodevelopmental effects in children were available for review in the 2009 PM ISA. Currently there is a small body of literature examining the association of exposure to $PM_{2.5}$ during perinatal and childhood lifestages with cognitive and behavioral effects that do not provide consistent evidence of an association (Figure 8-7, Table 8-16). In addition, there is a limited number of studies examining the association of $PM_{2.5}$ during these lifestages with autism spectrum disorder (ASD).

This set of studies report positive associations that are coherent with findings from an experimental animal study of $PM_{2.5}$ CAPs exposure demonstrating neuroinflammation and morphologic change that is associated with various human neuropathologies, including ASD.




BSID = Bayley Scale of Infant Development, CI = confidence interval; FSIQ = Full-scale intelligence quotient, GASP = Gene and Environment Prospective Study on Infancy, INMA = Childhood and Environment cohort, IQ = intelligence quotient; KBIT-2 = Kaufman Brief Intelligence Test Second Edition, $\mu g/m^3$ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; WISC = Wechsler Intelligence Scale for Children.

Circles represent beta coefficients; horizontal lines represent 95% confidence intervals. Red text and circles represent recent evidence not considered in previous ISAs or Air Quality Criteria Documents. Concentrations are in $\mu g/m^3$. Results are standardized to a 5-$\mu g/m^3$ increase in $PM_{2.5}$ concentrations (unless otherwise noted). Corresponding quantitative results are reported in Supplemental Table S8-5 (U.S. EPA, 2018).

†Studies published since the 2009 PM ISA.

**Figure 8-7 Associations between long-term $PM_{2.5}$ exposure and cognitive effects.**

**Table 8-16 Characteristics of epidemiologic studies examining the association between short-term $PM_{2.5}$ exposure and cognitive effects in children.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration μg/m$^3$ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Harris et al. (2015)<br>Eastern Massachusetts<br>$PM_{2.5}$: 2009−2011<br>Outcome: 1999/2002−2011 | Project Viva Children (mean = 8 yr)<br>N = 1,109 | 6-yr avg, LUR with satellite derived AOD | Mean: 11.3 (SD: 1.7) | Verbal IQ<br>Nonverbal IQ<br>Visual motor<br>Design memory<br>Picture memory | Correlations (*r*): NR<br>Copollutant models: NR |
| †Guxens et al. (2014)<br>6 European cohorts<br>$PM_{2.5}$: 2008−2011<br>Outcome: 1997−2008 | Generation R<br>N = 9,482<br>Children 1−6 yr | LUR to estimate concentration at residence of birth, back extrapolated through pregnancy | Mean range: 13.4−22.3 | General cognition, language development, global psychomotor development at 1−6 yr of age (test depended on cohort): | Correlations (*r*): NR<br>Copollutant models: NR |
| †Porta et al. (2015)<br>Rome, Italy<br>Prospective cohort<br>$PM_{2.5}$: 2010−2011<br>Outcome: 2002−2011 | GASPII<br>Children 7 yr<br>N = 474 | Pregnancy average and average from birth to age 7, LUR fit using 40 monitors, assigned at residence, C-V $R^2$ = 0.79 | Mean 19.5 (SD: 2.2)<br>IQR 2 | WISC III (13 subtests) | Correlations (*r*): NR<br>Copollutant models: NR |
| †Lertxundi et al. (2015)<br>Guipuzcoa valleys, Spain<br>2006−2008 | INMA<br>N = 438 | Trimester average of nearest monitor (van Buuren, 2007) | Mean: 16.98 (SD: 6.57) | BSID at 13−18 mo | Correlations (*r*): *r* = 0.045 $NO_2$<br>Copollutant correlations: NR |

**Table 8-16 (Continued): Studies of the association between short-term $PM_{2.5}$ exposure and cognitive effects in children.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Saenen et al. (2016)<br>Flanders, Belgium<br>$PM_{2.5}$: 2011−2013 | COGNAC<br>Children | Daily average, spatiotemporal model (satellite, land cover and monitor data), at school and at residential address, lags 0−2 days<br>$R^2$ = 0.8 | Median 15.7<br>IQR 1.16 at home | Attention: continuous performance, Stroop Memory: digit span forward, digit span backward<br>Visual processing speed: digit symbol, pattern comparison | Correlations ($r$): NR<br>Copollutant models: NR |

AOD = aerosol optical depth; avg = average; BSID = Bayley Scale of Infant Development; C-V = cross-validation; COGNAC = Cognition and Air Pollution in Children; GASP = Gene and Environment Prospective Study on Infancy; INMA = Childhood and Environment cohort; IQ = intelligence quotient; IQR = interquartile range; LUR = land use regression; $\mu g/m^3$ = micrograms per cubic meter; N,n = number of subjects; $NO_2$ = nitrogen dioxide; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $r$ = correlation; $R^2$ = coefficient of determination; SD = standard deviation; WISC = Wechsler Intelligence Scale for Children; yr = year(s).

†Studies published since the 2009 PM ISA.

#### 8.2.7.1 Cognitive and Behavioral Effects

Harris et al. (2015) examined the effect of long-term $PM_{2.5}$ exposure during pregnancy and from birth through 6 years of age on cognition in children enrolled in Project Viva, which follows mother-infant pairs (N = 1,109) from birth through various lifestages during childhood. The weakly positive and negative associations with cognitive assessment scores that were reported did not provide evidence for an effect of $PM_{2.5}$ on cognition in these children. Porta et al. (2015) followed a cohort of infants born (n = 719) in Rome between 2003 to 2004 and administered the Wechsler Intelligence Scale for Children (WISC) III at age 7 (n = 474). Authors reported results expressed as point reductions in Full Scale (β: −0.95 [95% CI: −3.95, 2.05]), Verbal (β: 0.22 [95% CI: −2.75, 3.20]) and Performance IQ (β: −2.05 [95% CI: −1.70, 0.60]), as well as results for several WISC subscales that provided little support for an association between pregnancy or childhood $PM_{2.5}$ exposures and cognitive effects. Guxens et al. (2014) reported no decrease in general cognition score in association with $PM_{2.5}$ exposure (β: 0.09 [95% CI: −2.95, 3.12]), although a decrease in psychomotor development was observed (β: −1.64 [95% CI: −3.47, 0.18]). Lertxundi et al. (2015) reported decrements in motor scale score with increasing $PM_{2.5}$ concentrations but little evidence of an association with mental score on the Bayley Scale of Infant Development (BSID). Results persisted after adjustment for $NO_2$, and associations were relatively large closer to roads and pollution-producing facilities. $PM_{2.5}$ exposures were associated with decreases on tests of attention (continuous performance and Stroop) but not with other neurobehavioral tests in the COGNAC study (Saenen et al., 2016).

#### 8.2.7.2 Autism

Autism is a condition that includes a spectrum of impairments affecting social interaction, language development, and communication skills and that often involves rigid and repetitive behaviors.

##### 8.2.7.2.1 Epidemiologic Studies

At present, there is a European pooled cohort study that examined autistic traits and multiple U.S.-based case-control studies that examine ASD in association with $PM_{2.5}$ exposure during pregnancy. Guxens et al. (2015) observed no associations between $PM_{2.5}$ during pregnancy and either borderline clinical or clinical autistic traits using information from cohort studies across four European countries. Of the case-control studies examining ASD, two used monitors to assign $PM_{2.5}$ exposures (Becerra et al., 2013; Volk et al., 2013), while the others used LUR methods to assign exposure (Raz et al., 2015; Talbott et al., 2015). Positive associations were observed between $PM_{2.5}$ exposures and ASD in studies that used both monitors and LUR models to assign exposure and for various exposure periods used in different studies. Volk et al. (2013), Talbott et al. (2015), and Raz et al. (2015) observed positive associations

similar in magnitude for both entire pregnancy exposure and first year of life exposure. Specifically, Volk et al. (2013) observed positive associations for both entire pregnancy exposure (OR range: 1.52 [95% CI: 1.46, 1.59]) and first year of life exposure (OR: 1.54 [95% CI: 1.24, 1.92]) in a California population. In a six-county region of southwestern Pennsylvania, Talbott et al. (2015) observed positive associations with $PM_{2.5}$ exposure during pregnancy (OR: 1.38 [95% CI: 0.80, 2.36]) and first year of life (OR: 1.74 [95% CI: 0.91, 3.30]), as well as cumulative exposures from 3 months preconception through first year of life (OR: 1.97 [95% CI: 0.97, 4.04]). Raz et al. (2015) reported a positive OR for ASD with entire pregnancy exposure, after adjusting for exposures 9 months before and after pregnancy (OR: 1.74 [95% CI: 1.08, 2.47]). In Los Angeles, CA, Becerra et al. (2013) reported a positive OR for ASD with entire pregnancy exposure (OR: 1.07 [95% CI: 1.00, 1.16]), although the magnitude was lower than that observed in the other studies. Building on the positive associations observed by Volk et al. (2013), follow-up studies provide some initial evidence for gene-environment interactions with $PM_{2.5}$ concentrations and MET receptor variants (Volk et al., 2014) but not for copy number variation (Kim et al., 2017). Interpretation of these results is limited by the lack of control for potential confounding by copollutants, the small number of studies, and uncertainty regarding critical exposure windows (Table 8-17).

**Table 8-17 Characteristics of epidemiologic studies examining the association of long-term $PM_{2.5}$ exposure and autism spectrum disorders.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Guxens et al. (2015)<br>Cross sectional<br>$PM_{2.5}$: 2008−2011 with back extrapolation | ESCAPE<br>Mother child pairs<br>n = 8,079 | LUR to estimate $PM_{2.5}$ at birth residence (pregnancy period) | NR | Autistic traits using A-TAC | Correlations (*r*): NR<br>Copollutant models: NR |
| †Becerra et al. (2013); Volk et al. (2013)<br>California (statewide)<br>Population-based case-control<br>1997−2008 | CHARGE<br>n = 279 cases<br>n = 245 controls<br>24−60 mo old | IDW of 4 closest monitors within 50 km | NR | Evaluation in person using ADOS and parent administered ADI-R | Correlations (*r*): $PM_{10}$ *r* = 0.84, Ozone *r* = 0.26, $NO_2$ = 0.64<br>Copollutant models: NR |
| †Becerra et al. (2013)<br>Los Angeles, CA<br>Case control<br>Births: 1995−2006<br>AD diagnosis: 1998−2009 | N = 7,603 cases (10 controls per case)<br>3−5 yr | Nearest ambient monitor and LUR, concentration during pregnancy linked to residence at birth | Mean: 19.6 | Primary diagnosis of AD (DSM IV-R) | Correlations (*r*): CO *r* = 0.6, NO *r* = 0.58, Ozone *r* = −0.47, $PM_{10}$ *r* = 0.58<br>Copollutant models: NR |
| †Raz et al. (2015)<br>50 states, U.S.<br>Nested case control | NHS<br>n = 245 cases<br>n = 1,522 controls | Spatiotemporal model (Yanosky et al., 2009) to estimate exposure at residence before, during, and after pregnancy. | NR | Self-report on telephone interview to ascertain autistic disorder using parent administered ADI-R; SRS for 90% of eligible cases | Correlations (*r*): NR<br>Copollutant models: NR |

**Table 8-17 (Continued): Characteristics of epidemiologic studies examining the association of long-term $PM_{2.5}$ exposure and autism spectrum disorders.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Talbott et al. (2015)<br>Southwestern Pennsylvania<br>Case control<br>2005−2009 | Mother, infant pairs<br>n = 217 cases and 226 controls | LUR to estimate exposure at residence 3 mo prior and 2 yr after birth | 14.1 (prepregnancy through age 2) | Score ≥15 on SCQ, documentation including ADOS or diagnosis from psychologist | Correlations (*r*): NR<br>Copollutant models: NR |

AD = autism disorder, ADI-R = Autism Diagnostic Interview-Revised, A-TAC = Autism—Tics, Attention Deficit and Hyperactivity Disorders, and Other Comorbidities, ADOS = Autism Diagnostic Observation Schedule; CHARGE = Childhood Autism Risks from Genetics and the Environment study, CO = carbon monoxide; DSM IV-R = Diagnostic and Statistical Manual of Mental Disorders, 4th Edition Text Revision, ESCAPE = European Study of Cohorts for Air Pollution Effects, IDW = inverse distance weighting; km = kilometer; LUR = land use regression, $\mu g/m^3$ = micrograms per cubic meter; mo = month(s); N, n = number of subjects, NHS = Nurses' Health Study, NO = nitric oxide; $NO_2$ = nitrogen dioxide; NR = not reported, $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal aerodynamic diameter less than or equal to 10 μm; *r* = correlation; SCQ = Social Communication Questionnaire, SRS = Social Responsiveness Scale; yr = year(s).

†Studies published since the 2009 PM ISA.

#### 8.2.7.2.2 Animal Toxicological Studies

Klocke et al. (2017) examined the effects of prenatal exposure (GDs 0.5 to 16.5) to $PM_{2.5}$ CAPs in Sterling Forest, NY using B6C3F1 mice (Table 8-18). At postnatal day (PND) 11−15, both male and female offspring had increased microglial activation, an indicator of inflammation, in the corpus callosum ($p < 0.05$). Males had decreased total number of microglia ($p < 0.05$) and females trended in this direction (not statistically significant) but had increased iron deposition in the corpus callosum ($p < 0.05$). In the hippocampus, female offspring had increases in activated microglia ($p < 0.01$) with no change in number of microglia; the male hippocampal microglia were not affected. In addition, both male and female offspring had ventriculomegaly, increased corpus callosum area and hypermyelination, and reduced hippocampal area ($p < 0.05$). Frontal cortex thickness was not affected by CAPs exposure. Various human neuropathologies are associated with ventriculomegaly including schizophrenia, ASD, and ADHD.

**Table 8-18 Study-specific details from an animal toxicological study of long-term $PM_{2.5}$ exposure and neurodevelopmental effects.**

| Study | Study Population | Exposure Details | Endpoints Examined |
|---|---|---|---|
| Klocke et al. (2017) | Male and female B6C3F1 mice (8−10 weeks old) were mated and then dams were exposed to Sterling Forest, NY CAPs. | Prenatal exposure to filtered air or Sterling Forest, NY $PM_{2.5}$ CAPs for 6 h/day during gestation (GDs 0.5 to 16.5). Mean CAPs concentration over the exposure period averaged 92.7 ± 19.2 (mean ± SD) µg/m³ compared with 3.5 ± 0.9 µg/m³ for FA controls. CAPs exposure levels ranged from 32.95 to 184.43 µg/m³ over the duration of the exposure period. PM was a mixture of $PM_{2.5}$ and UFP. | Offspring neuropathological outcomes including brain structure and size (ventriculomegaly), microglial activation (inflammation), myelination, corpus callosum iron content in association with myelination. |

CAPs = concentrated ambient particles; FA = filtered air; GD = gestation day; h = hour(s); µg/m³ = micrograms per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; SD = standard deviation; UFP = ultrafine particle.

### 8.2.8 Components and Sources of $PM_{2.5}$

No studies relevant to our understanding of the effect of long-term exposure to components or sources of $PM_{2.5}$ were evaluated in the 2009 PM ISA (U.S. EPA, 2009). Currently, there are several studies of traffic exposures among children, as well as a study of adults, available for consideration (Table 8-19). These studies examine cognitive effects in the populations studied. Overall, the evidence base remains limited and the few available studies do not provide evidence to support an independent effect of sources or components of $PM_{2.5}$ that is distinct from the effect of long-term exposure to $PM_{2.5}$ mass.

Basagaña et al. (2016) conducted an analysis of the data previously examined by Sunyer et al. (2015) and described in Section 8.6.6. In this longitudinal repeated-measures study, the authors report lower growth in memory and attentiveness in association with metrics for traffic-related $PM_{2.5}$ derived using constrained positive matrix factorization (PMF) based on 33 chemical species. Chen et al. (2016) conducted a repeated measures analysis of the association of long-term $PM_{2.5}$ and BC exposure with measures of attention, memory, and processing in children. Long-term exposure to $PM_{2.5}$ was associated with decreased performance on measure of attention, while little evidence of associations with BC was provided by the study. Finally, the cross-sectional analysis of Project Viva participants reported by Harris et al. (2015) did not show an association between BC and cognitive effects. Among adults, Tonne et al. (2014) used a set of tests designed to measure reasoning, memory, semantic fluency, and phonemic fluency to examine the association with long-term exposure to $PM_{2.5}$ from traffic, estimated using a dispersion model. $PM_{2.5}$ from traffic was exhibited a similar pattern of association with cognition as with $PM_{2.5}$ mass.

**Table 8-19 Characteristics of epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ sources and components and cognitive function.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration µg/m³ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Harris et al. (2015)<br>Eastern Massachusetts<br>BC: 2009−2011<br>Outcome: 1999/2002−2011 | Project Viva children (mean = 8 yr)<br>N = 1,109 | 6 yr avg, LUR with satellite-derived AOD | Mean: 0.56 (SD: 0.16) | Verbal IQ<br>Nonverbal IQ<br>Visual motor<br>Design memory<br>Picture memory | Correlations (*r*): NR<br>Copollutant models: NR |
| †Basagaña et al. (2016)<br>Barcelona, Spain<br>January 2012−March 2013 | N = 2,618 school children | Source-specific $PM_{2.5}$ using source apportionment assigned to the school: mineral, traffic, organic/textile/chalk, secondary sulfate and organics, secondary nitrate, road dust, metallurgy, sea spray, heavy oil combustion | Median $PM_{2.5}$ outdoors: 28<br>Median $PM_{2.5}$ indoors: 36 | Working memory<br>Superior working memory<br>Inattentiveness | Correlations (*r*): NR<br>Copollutant models: NR |
| †Saenen et al. (2016)<br>Flanders, Belgium<br>2011−2013 | COGNAC children | Annual average BC prior to testing, spatiotemporal model (satellite, land cover and monitor data) C-V $R^2$ = 0.8 | Median: 1.54<br>IQR: 0.20 | Stroop (selective attention), continuous performance (sustained attention), digit span forward and backward (short-term memory), digit symbol and pattern comparison (visual processing) | Correlations (*r*): NR<br>Copollutant models: NR |

**Table 8-19 (Continued): Characteristics of epidemiologic studies examining the association between long-term exposure to $PM_{2.5}$ sources and components and cognitive function.**

| Study Location/Years | Study Population | Exposure Assessment | Concentration $\mu g/m^3$ | Outcome | Copollutant Examination |
|---|---|---|---|---|---|
| †Tonne et al. (2014)<br>Greater London<br>Longitudinal cohort $PM_{2.5}$ (exhaust) 2003−2009<br>Outcome: 2007/2009 | Whitehall II (mean 66 yr)<br>N = 2,867 | 1 yr avg, 1 yr lag 4, 3 yr avg, 5 yr avg, dispersion model, Correlation between model and measurements, $r$ = 0.74 (2008, 15 monitors) | 5 yr avg<br>0.64<br>IQR: 0.27 | Cognitive test performance<br>5-yr decline | Correlations ($r$): NR<br>Copollutant models: NR |

AOD = aerosol optical depth, avg = average; BC = black carbon; COGNAC = Cognition and Air Pollution in Children; C-V = cross-validation; IQ = intelligence quotient; IQR = interquartile range; LUR = land use regression; $\mu g/m^3$ = micrograms per cubic meter; N, n = number of subjects; NR = not reported; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $r$ = correlation; $R^2$ = coefficient of determination: SD = standard deviation; yr = year(s).

†Studies published since the 2009 PM ISA.

### 8.2.9 Summary and Causality Determination

The evidence that long-term exposure to $PM_{2.5}$ can affect the nervous system has grown substantially since the 2009 PM ISA (U.S. EPA, 2009). There is evidence from animal toxicological studies demonstrating a link between long-term $PM_{2.5}$ exposure-mediated activation of the SNS and downstream cardiovascular effects. In addition, evidence for neuroinflammation and downstream consequences is well substantiated and coherent across experimental animal and epidemiologic studies. Specifically, toxicological studies in adult animals demonstrate neuroinflammation, neurodegeneration, indicators of Alzheimer's disease, impaired learning and memory, and altered behavior. Epidemiologic studies provide support, reporting changes in brain morphology (i.e., neurodegeneration), cognitive decrements, and dementia in adult populations. The evidence characterizing the relationship between long-term exposure to $PM_{2.5}$ and effects on the nervous system is detailed below (Table 8-20), using the framework for causality determination described in the Preamble to the ISAs (U.S. EPA, 2015).

**Table 8-20 Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Brain Inflammation and Oxidative Stress* | | | |
| Consistent evidence from multiple toxicological studies at relevant $PM_{2.5}$ concentrations | Multiple toxicological studies in adult animals demonstrate changes in the hippocampus | †Fonken et al. (2011) | 94.4 |
| | | †Hogan et al. (2015) | 315.3 |
| | | †Tyler et al. (2016) | |
| | Cerebral cortex | Veronesi et al. (2005) | 110 |
| | | †Bhatt et al. (2015) | 65.7 |
| | Hypothalamus | †Ying et al. (2014) | 107 |
| | | †Ying et al. (2015) | 128.3 |
| | | †Liu et al. (2014) | 107 |
| | | †Tyler et al. (2016) | 315.3 |
| | Inhibition of hypothalamic inflammation blocked metabolic effects | †Liu et al. (2014) | 107 |

**Table 8-20 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Activation of the Sympathetic Nervous System* | | | |
| Limited toxicological evidence at relevant $PM_{2.5}$ concentrations | Inhibition of SNS resulted in decreased blood pressure | †Ying et al. (2014) | 107 |
| *Reduced Cognitive Function and Neurodegeneration Adults* | | | |
| Epidemiologic studies of established cohorts report reductions in brain volume | Evidence from WHIMS and Framingham Offspring report associations with reduced WM volume | †Chen et al. (2015) | 12.24 |
| | | †Casanova et al. (2016) | NR |
| | | †Wilker et al. (2015) | 11.1 |
| Uncertainty regarding the independent effect of the $PM_{2.5}$ association | Copollutant model results are generally lacking | Section 8.2.5<br>Section 8.2.6 | |
| Coherence provided by evidence from toxicological studies at relevant $PM_{2.5}$ concentrations | Toxicological studies demonstrate neurodegenerative changes in substantia nigra or hippocampus | †Veronesi et al. (2005) | 110 |
| | | †Fonken et al. (2011) | 94.4 |
| | | †Hogan et al. (2015) | |
| Epidemiologic studies of established cohorts report consistent associations with reduced cognitive function | Longitudinal analyses of WHIMS, NHS, and Whitehall II report associations with cognitive decline | †Cacciottolo et al. (2017) | 12.2 |
| | | †Weuve et al. (2012) | 8.5 (5 yr avg) |
| | | †Tonne et al. (2014) | 14.9 |
| Coherence provided by toxicological studies of cognitive effects | Impaired learning and memory demonstrated in mice | †Fonken et al. (2011) | 94.4 |
| | | †Hogan et al. (2015) | |
| Inconsistent evidence from studies of neurodegenerative diseases | Studies relying on neurologist confirmed PD provided no evidence of an association | †Liu et al. (2016) | 4.4−26.9 |
| | | †Palacios et al. (2014) | NR |
| | Association with all-cause dementia determined by physician adjudication observed in WHIMS but not in registry based follow-up study of Alzheimer's disease in China | †Cacciottolo et al. (2017) | 12.2 |
| | | †Jung et al. (2014) | 34.4 |

**Table 8-20 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| *Neurodevelopmental Effects in Children* | | | |
| Evidence from limited number epidemiologic studies of autism generally positive, but with substantial uncertainties remaining | U.S. case-control studies observe positive associations with $PM_{2.5}$ exposures and ASD<br>European pooled cohort study observed no associations with clinical autistic traits | Section 8.2.7.2 | 14.0−19.6 |
| Uncertainty regarding the independent effect of $PM_{2.5}$ and the critical window of exposure | Copollutant model results are limited and the critical exposure window is not known | Section 8.2.7 | |
| Limited and inconsistent epidemiologic evidence for other neurodevelopmental outcomes | Generally null or inconsistent associations between $PM_{2.5}$ exposures and cognitive assessment scores | Section 8.2.7.1 | |
| Limited toxicological evidence providing coherence | Neuroinflammation and morphologic changes including ventriculomegaly were demonstrated following prenatal exposure | †Klocke et al. (2017) | 92.7 |
| *Biological Plausibility* | | | |
| Biological plausibility provided by animal toxicological and epidemiologic studies | Pathways involving (1) SNS activation and (2) inflammation leading to morphologic changes in the brain, neurodegeneration and neurodevelopmental effects are demonstrated | Section 8.2.1 | |

ASD = autism spectrum disorder; avg = average; μg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study; NR = not reported; PD = Parkinson's disease; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SNS = sympathetic nervous system; WHIMS = Women's Health Initiative Memory Study; yr = year(s).

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble.

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is characterized.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated (for experimental studies, ≤2 mg/m³).

†Studies published since the 2009 PM ISA.

Animal toxicological studies of long-term $PM_{2.5}$ exposure provide evidence that the central nervous system mediates responses outside of the brain (i.e., peripheral responses). One study linked hypertension to an increase in sympathetic tone (Ying et al., 2014). Another study in a mouse model of diabetes linked exaggeration of the diabetic phenotype to hypothalamic inflammation (Liu et al., 2014). A relationship between hypothalamic inflammation and sympathetic tone was proposed (Ying et al., 2014).

Long-term exposure of adult animals resulted in inflammation and neurodegeneration in specific regions of the brain including the hippocampus (Fonken et al., 2011). Changes in the hippocampus were accompanied by impaired learning and memory and by altered behavior (Fonken et al., 2011). Long-term exposure to $PM_{2.5}$ was associated with accelerated global cognitive decline in longitudinal analysis of women enrolled in WHIMS (Cacciottolo et al., 2017). This decline was larger among those with ApoE alleles thought to confer an increased risk of Alzheimer's disease. Further, morphologic changes (i.e., reduction in total WM, subcortical WM, and cortical GM) compatible with these observations of cognitive decline were also observed in this cohort (Casanova et al., 2016; Chen et al., 2015). In a cross-sectional analysis of the Framingham Heart Offspring study, Wilker et al. (2015) reported that total cerebral brain volume was smaller with increasing $PM_{2.5}$. Decrements on cognitive tests were observed in longitudinal analyses of the NHS and in the British Whitehall II cohort (Tonne et al., 2014; Weuve et al., 2012). The Wilker et al. (2015) and Weuve et al. (2012) studies are notable in that they controlled for a wide range of covariates including SES and vascular factors. None of these studies considered copollutant confounding, however. Cross-sectional analyses were less consistent in their observation of associations between long-term $PM_{2.5}$ exposure and cognitive function. Specifically, cognitive impairment was not associated with long-term $PM_{2.5}$ exposure in the REGARDS (Loop et al., 2013) or SALIA cohorts (Schikowski et al., 2015), but positive associations were reported in U.S. surveys (Tzivian et al., 2016; Ailshire and Crimmins, 2014) and in an analysis of clinical trial participants from southern California (Gatto et al., 2014).

Evidence for a relationship between long-term $PM_{2.5}$ exposure and Alzheimer's disease and dementia is provided by both animal toxicological and epidemiologic studies. Early markers of Alzheimer's disease pathology were increased in the temporal cortex of mice exposed to $PM_{2.5}$ CAPs for 9 months, but not 3 months (Bhatt et al., 2015). An association between long-term $PM_{2.5}$ exposure and all-cause dementia was observed among WHIMS participants (Cacciottolo et al., 2017) and with hospitalizations among Medicare recipients for Alzheimer's disease and dementia, which may be related to complications from the disease (Kioumourtzoglou et al., 2015). However, a large registry-based study conducted in China, where exposure levels are high relative to the U.S., reported no evidence of an association with Alzheimer's disease (Jung et al., 2014).

Although an experimental animal study demonstrating loss of dopaminergic neurons in the substantia nigra (Veronesi et al., 2005) provided biological plausibility for an association of long-term $PM_{2.5}$ exposure with Parkinson's disease, associations were not consistently observed in epidemiologic studies. Incident case control or longitudinal analyses relying on neurologist confirmed Parkinson's

disease, provided no evidence of an association with $PM_{2.5}$ (Liu et al., 2016; Palacios et al., 2014). There was some evidence that long-term exposure to $PM_{2.5}$ was associated with hospital admission for Parkinson's disease in the aforementioned study of Medicare recipients indicating the potential for long-term exposure to $PM_{2.5}$ to increase the risk of complications that require hospitalization in neurodegenerative disease patients (Kioumourtzoglou et al., 2015).

Several epidemiologic studies of the association of $PM_{2.5}$ exposure during pregnancy or at other childhood lifestages, with cognitive or motor development in children were conducted. Studies have generally found little evidence of association with cognitive development for entire pregnancy, 3rd trimester, or childhood exposures (Harris et al., 2015; Lertxundi et al., 2015; Porta et al., 2015; Guxens et al., 2014). Where decrements on tests of cognition were observed, confidence intervals were wide. Associations with ASD were observed in several epidemiologic studies but control for potential confounding by copollutants in these studies was limited, the number of studies was small, and uncertainty remains regarding critical exposure windows. Biological plausibility for associations observed of $PM_{2.5}$ with ASD is provided by an animal toxicological study. Klocke et al. (2017) reported inflammatory and morphologic changes in corpus callosum and hippocampus, as well as ventriculomegaly in young animals exposed prenatally to $PM_{2.5}$ CAPs.

The strongest evidence of an effect of long-term exposure to $PM_{2.5}$ on the nervous system is provided by toxicological studies from multiple research groups that show inflammation, oxidative stress, morphologic changes, and neurodegeneration in multiple brain regions following long-term exposure of adult animals to $PM_{2.5}$ CAPs. These findings are coherent with a number of epidemiologic studies reporting consistent associations with cognitive decrements and with all-cause dementia. The evidence from studies of neurodevelopmental effects do not substantially contribute to the causality determination for nervous system effects. **Overall, the collective evidence is sufficient to conclude a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and nervous system effects.**

## 8.3 Short-Term $PM_{10-2.5}$ Exposure and Nervous System Effects

The previous ISA did not report any studies of nervous system effects as a result of short-term exposure to $PM_{10-2.5}$. Although the evidence continues to be limited, there are some recent studies available for review. The discussion opens with a discussion of biological plausibility (Section 8.3.1) that provides background for the subsequent sections in which groups of related endpoints are presented in the context of relevant disease pathways. These outcome groupings are (1) activation of the SNS and HPA stress axis (Section 8.3.2) and (2) brain inflammation and oxidative stress (Section 8.3.3). The collective

# CHAPTER 10 CANCER

***Summary of Causality Determinations for Long-Term Particulate Matter (PM) Exposure and Cancer***

This chapter characterizes the scientific evidence that supports causality determinations for long-term PM exposure and cancer. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015).

| Size Fraction | Causality Determination |
|---|---|
| $PM_{2.5}$ | Likely to be causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Inadequate |

## 10.1 Introduction

### 10.1.1 Evaluation of the Relationship between Long-Term PM Exposure and Cancer

The 2009 Particulate Matter Integrated Science Assessment (2009 PM ISA) evaluated the relationship between long-term PM exposure and cancer, with an emphasis on specific PM size fractions [$PM_{2.5}$, $PM_{10-2.5}$, and UFPs; U.S. EPA (2009)], with most studies focused on $PM_{2.5}$ exposure. This body of evidence was supported by decades of research on whole PM exposures (i.e., no defined size fraction), including diesel exhaust, gasoline exhaust, and wood smoke.

Since then, the International Agency for Research on Cancer (IARC) has classified outdoor air pollution, including PM, as a Group 1 carcinogen [carcinogenic to humans; IARC (2016)]. IARC conducted a weight-of-evidence assessment for hazard identification that evaluated epidemiologic, animal toxicological, and mechanistic studies associated with outdoor air pollution. Studies evaluated in the IARC assessment consisted of those that examined inhalation as well as other routes of exposure, PM concentrations higher than 1−2 orders of magnitude above ambient, and individual PM components and specific PM size fractions. The conclusion of the IARC assessment was based primarily on epidemiology studies of ambient $PM_{2.5}$ exposures and lung cancer incidence and mortality, on inhalation studies of promotion-initiation in mice exposed to ambient air $PM_{10}$, and on evidence from mechanistic studies using PM of various size fractions. In contrast, this ISA is tasked with evaluating only inhalation

exposures of specific PM size fractions at relevant ambient concentrations (i.e., up to one to two orders of magnitude above ambient). The evaluation of the relationship between long-term exposure to $PM_{2.5}$, as well as other PM size fractions, and cancer is guided by the overall scope of the ISA as detailed in the Particulate Matter Integrated Review Plan (U.S. EPA, 2016) and summarized briefly in the Preface (Section P.3.1).

### 10.1.2 Carcinogens and the Development of Cancer

Development of cancer is a complex, multistep disease process (Figure 10-1). Evidence collected over decades of scientific research suggests that dysregulation of cellular pathways controlling cell growth, survival, and genetic stability results in aberrant, unregulated cell division and is central to disease initiation and progression. The most widely accepted pathway to unregulated growth is accumulation of mutations in critical genes. However, more recently, epigenetic mechanisms, such as gene silencing through promotor methylation or receptor-mediated cell proliferation, have been proposed to be important to disease development (Smith et al., 2016).




Note: This scheme depicts important steps in the development of cancer and is adapted from Goodson et al. (2015) and Smart et al. (2008).

**Figure 10-1 Key steps in the development of cancer.**

Hanahan and Weinberg (2000) and Hanahan and Weinberg (2011) proposed several hallmarks of cancer that describe the phenotype of cancer cells and developed tumors. These hallmarks organize the dysregulated pathways identified in cancer cells in terms of biological properties that are acquired during tumor development in humans (Hanahan and Weinberg, 2011). They include sustained proliferative signaling, evasion of growth suppressors, resistance of cell death, enabling of replicative immortality, induction of angiogenesis, activation of invasion and metastasis, reprogramming of energy metabolism, and evasion of immune destruction. Few studies of exposure to PM size fractions have specifically examined dysregulated pathways associated with cancer cells and developed tumors. However, as

described below, some studies of exposure to PM size fractions demonstrate perturbation of pathways related to the hallmarks of cancer, such as methylation of a tumor suppressor gene, which is relevant to evasion of growth suppressors.

Smith et al. (2016) proposed 10 characteristics of carcinogens as important to the etiology and progression of cancer. These characteristics are related to the mechanisms through which it is currently thought carcinogenic agents act. Although the Group 1 (known) human carcinogens evaluated by Smith et al. (2016) frequently exhibited one or more of these 10 characteristics, not all agents that exhibit one or more of these characteristics is necessarily a human carcinogen. In addition, other characteristics may also be necessary for cancer formation. The 10 characteristics proposed by Smith et al. (2016) include the ability to (1) be electrophilic either directly or after metabolic activation, (2) be genotoxic, (3) alter DNA repair or cause genomic instability, (4) induce epigenetic alterations, (5) induce oxidative stress, (6) induce chronic inflammation, (7) be immunosuppressive, (8) modulate receptor-mediated effects, (9) cause immortalization, and (10) alter cell proliferation, cell death, or nutrient supply. Numerous studies published before the 2009 PM ISA showed that PM of various size fractions exhibits many of these characteristics, especially the first six (IARC, 2016). Studies published since the 2009 PM ISA provide evidence that the PM size fractions of interest in this ISA, (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFP) exhibit several of the key characteristics of carcinogens. New findings describe the capability of these PM size fractions to induce oxidative stress and damage DNA, which can be processed by the cell into gene and chromosomal mutations. Furthermore, studies link PM size fractions to the expression of genes that are relevant to metabolic activation or biotransformation and to epigenetic alterations.

In addition to consideration of the hallmarks of cancer (Hanahan and Weinberg, 2011, 2000) and the characteristics of carcinogens (Smith et al., 2016), studies examining the effects of exposure to PM size fractions provide information on other cancer-related biomarkers. Some studies detail the presence of mutagenic compounds in PM size fractions collected from ambient air, while others measure the formation of DNA adducts and carcinogenic potential.

## 10.2 $PM_{2.5}$ Exposure and Cancer

The 2009 PM ISA concluded that the overall body of evidence was "suggestive of a causal relationship between relevant $PM_{2.5}$ exposures and cancer" (U.S. EPA, 2009).[82] This conclusion was based primarily on positive associations observed in epidemiologic studies of lung cancer mortality. Epidemiologic studies evaluating $PM_{2.5}$ and lung cancer incidence or cancers of other organs and systems generally did not show evidence of an association. Toxicological studies did not focus on exposures to specific PM size fractions, but rather investigated the effects of exposures to total ambient PM, or other source-based PM such as wood smoke. Collectively, results of in vitro studies were consistent with the

[82] As detailed in the Preface, risk estimates are for a 5-μg/m$^3$ increase in annual $PM_{2.5}$ concentrations unless otherwise noted.

larger body of evidence demonstrating that ambient PM and PM from specific combustion sources are mutagenic and genotoxic. However, animal inhalation studies found no evidence of tumor formation in response to chronic exposures, except for one study demonstrating enhanced formation of urethane-induced tumors. In addition, a small number of studies provided preliminary evidence that PM exposure can lead to changes in methylation of DNA, which may also contribute to biological events related to cancer.

Recent studies expand upon the evidence for long-term $PM_{2.5}$ exposure and cancer detailed in the 2009 PM ISA. Although previous studies tended to focus more broadly on PM exposures, recent studies address a number of uncertainties and limitations with respect to the role of $PM_{2.5}$ exposure in the development of cancer. Evidence from experimental and epidemiologic studies demonstrate that $PM_{2.5}$ exposure can lead to a range of effects indicative of mutagenicity, genotoxicity, and carcinogenicity, as well as epigenetic effects. These cellular and molecular changes are supported by epidemiologic evidence demonstrating consistent positive associations between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence.

The following sections evaluate studies published since completion of the 2009 PM ISA. Although the ISA is tasked with reviewing new evidence describing the mutagenicity, genotoxicity, and carcinogenicity for each PM size fraction, it is recognized that there exists a large body of historical evidence demonstrating these effects resulting from exposure to total PM. Throughout this section recent studies are evaluated in the context of this larger collective body of evidence.

### 10.2.1 Biological Plausibility

This section describes biological pathways that potentially underlie the development of cancer resulting from exposure to $PM_{2.5}$. Figure 10-2 graphically depicts the proposed pathways as a continuum of upstream events, connected by arrows, that may lead to downstream events observed in epidemiologic studies. This discussion of how exposure to $PM_{2.5}$ may lead to the development of cancer contributes to an understanding of the biological plausibility of epidemiologic results evaluated later in Section 10.2. Note that the structure of the biological plausibility sections and the role of biological plausibility in contributing to the weight-of-evidence analysis used in the PM ISA are discussed in Preface (Section P.3.2.1).

Once $PM_{2.5}$ deposits in the respiratory tract, it may be retained, cleared, or solubilized (see Chapter 4). $PM_{2.5}$ and its soluble components may interact with cells in the respiratory tract, such as epithelial cells, inflammatory cells, and sensory nerve cells. One way in which this may occur is through reduction-oxidation (redox) reactions. As discussed in Section 2.3.3, PM may generate reactive oxygen species (ROS) and this capacity is termed "oxidative potential." Furthermore, cells in the respiratory tract may respond to the presence of PM by generating ROS. Further discussion of these redox reactions, which may contribute to oxidative stress, is found in Section 5.1.1 of the 2009 PM ISA (U.S. EPA,

2009). In addition, poorly soluble particles may translocate to the interstitial space beneath the respiratory epithelium and accumulate in the lymph nodes (see Chapter 4). Immune system responses due to the presence of particles in the interstitial space may contribute to chronic health effects. Inflammatory mediators may diffuse from the respiratory tract into the systemic circulation and lead to inflammation in extrapulmonary compartments (see Chapter 6). Soluble components of $PM_{2.5}$ and poorly soluble particles that are part of the $PM_{2.5}$ fraction and smaller than approximately 200 nm may translocate into the systemic circulation and contribute to inflammatory or other processes in extrapulmonary compartments. A fraction of $PM_{2.5}$ may deposit on the olfactory epithelium. Soluble components of $PM_{2.5}$ and poorly soluble particles that are part of the $PM_{2.5}$ fraction and smaller than approximately 200 nm may be transported via the olfactory nerve to the olfactory bulb of the brain. The extent to which translocation into the systemic circulation or transport to the olfactory bulb occurs is currently uncertain. For further discussion of translocation and olfactory transport, see Chapter 4. The potential contribution of olfactory transport to brain inflammation or to upregulation of gene expression in the brain is discussed in Chapter 8.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: The boxes above represent the effects for which there is experimental or epidemiologic evidence related to $PM_{2.5}$ exposure, and the arrows indicate a proposed relationship between those effects. Shading around multiple boxes is used to denote a grouping of these effects. Arrows may connect individual boxes, groupings of boxes, and individual boxes within groupings of boxes. Progression of effects is generally depicted from left to right and color coded (gray = exposure; green = initial effect; blue = intermediate effect; orange = effect at the population level or a key clinical effect). Here, population-level effects generally reflect results of epidemiologic studies. When there are gaps in the evidence, there are complementary gaps in the figure and the accompanying text below.

**Figure 10-2 Potential biological pathways for the development of cancer following exposure to $PM_{2.5}$.**

Evidence is accumulating that exposure to $PM_{2.5}$ may lead to carcinogenesis by two pathways. The first pathway involves genotoxicity, where electrophilic compounds induce DNA damage, such as DNA strand breaks or DNA adducts (where a compound is bound covalently to DNA), and such damage

is then processed by the cell to result in a change in DNA sequence—that is, a mutation. The second pathway involves epigenetic effects that alter gene expression, further altering cell growth, regulation, and other processes. Carcinogenesis is essentially dysregulated growth; one or the other or a combination of both pathways above can lead to cancer. A general scheme for cancer induction involves initiation, promotion, and progression, leading eventually to tissue invasion and metastasis. Although most of epidemiologic evidence links $PM_{2.5}$ exposure to lung cancer, a plausible link to other kinds of cancer may exist. Evidence for these pathways and cancer-related biomarkers is described below. A discussion of the hallmarks of cancer (Hanahan and Weinberg, 2011, 2000) and the characteristics of carcinogens (Smith et al., 2016), as they relate to $PM_{2.5}$, follows.

#### 10.2.1.1 Genotoxicity

Genotoxicity is a term that refers to DNA damage, mutations, or both (Shaughnessy and DeMarini, 2009). DNA damage consists of alterations to DNA such as a DNA strand break (breakage of the phosphodiester bonds) or a DNA adduct (the covalent binding of a chemical to DNA). The DNA damage itself generally does not alter the sequence or number of the four bases/nucleotides in DNA, whose order form the basis of the genetic code. DNA damage can be caused by spontaneous errors of nucleic acid metabolism or by endogenous or exogenous mutagens. In contrast, mutations are changes in DNA sequence (i.e., in the order or number of the bases/nucleotides), and they occur when the cell processes DNA damage incorrectly, such as by failing to repair the damage or by trying to perform DNA replication past the unrepaired damage. Thus, mutagenesis is a cellular process, usually involving DNA replication and DNA repair. There are three classes of mutations: gene, chromosomal, and genomic. Mutations within a single gene are called gene or point mutations, such as base substitutions. Mutations involving more than one gene are called chromosomal mutations, such as chromosomal aberrations involving multigenetic deletions, inversions, duplications, or translocations. The gain or loss of a whole chromosome (aneuploidy) is an example of genomic mutation. As detailed below, $PM_{2.5}$ exposure is associated with mutagenicity, DNA adducts and other DNA damage, oxidative stress, biotransformation, and chromosomal (or cytogenetic) effects.

Mutations are considered biomarkers of early biological effect (Demetriou et al., 2012). The Ames *Salmonella*/mammalian-microsome mutagenicity assay is a bacterial assay and the most widely used assay of any kind for detecting the mutagenic activity of an agent (Claxton et al., 2010). In the absence of metabolic activation, it detects agents that are called direct-acting mutagens; in the presence of metabolic activation, it detects agents that are indirect-acting mutagens (i.e., those requiring metabolism to electrophilic forms). The somatic mutation theory of cancer is the most widely accepted theory of cancer etiology, and it postulates that cancer occurs at a minimum from the accumulation of mutations in critical genes. The presence of mutagens within PM and the mutagenicity of organic extracts of PM provide biological plausibility for observations made in epidemiologic studies of cancer incidence. Although the Ames assay has several technical limitations and is criticized for its use of bacteria as a

model species, more than four decades of published results evaluating 10,000 compounds have clearly demonstrated the validity of this assay for evaluating the mutagenicity of PM collected from ambient air (Claxton et al., 2010; U.S. EPA, 2009). New studies published since the 2009 PM ISA provide evidence to support mutagenicity resulting from $PM_{2.5}$ exposure (Section 10.2.2.1).

DNA adducts are a type of DNA damage and serve as a biological marker of exposure (Demetriou et al., 2012). They form via a covalent bond between DNA and a carcinogen or a metabolite of a carcinogen. Repair proteins may remove DNA adducts. However, persistent adducts may result in mutations when the DNA polymerase tries to replicate past the adduct, resulting in nucleotide (base) substitutions, deletions, duplications, and chromosome rearrangements. An in vitro toxicological study described in the 2009 PM ISA provides evidence for the formation of DNA adducts following exposure to $PM_{2.5}$ (De Kok et al., 2005). In this study, rat liver S9 metabolism was found to increase DNA reactivity (i.e., the induction of DNA adducts). Supporting evidence is provided by recent epidemiologic studies showing benzo[a]pyrene (B[a]P)-like DNA adducts in association with $PM_{2.5}$ exposure (Li et al., 2014; Rossner et al., 2013b). Other types of DNA damage involve the formation of oxidized bases or nucleotides, as well as the induction of single- or double-strand breaks, all of which can be determined by the comet assay (Demarini, 2013). Evidence for such DNA damage following $PM_{2.5}$ exposure is provided by several in vitro studies using the comet assay and by a study measuring phosphorylated H2AX, which measures double-strand breaks (Section 10.2.2.2). A single epidemiologic study provides supportive evidence for an association between exposure to $PM_{2.5}$ and DNA damage, as assessed by the comet assay (Chu et al., 2015).

Some of the studies examining DNA damage identified oxidized bases, suggesting a role for oxidative stress in the development of the DNA lesions (Section 10.2.2.2). These oxidized DNA nucleobases are considered a biomarker of exposure (Demetriou et al., 2012). Exposure to PM can result in oxidative stress, either through the direct generation of ROS or indirectly through the induction of inflammation. Treatment with an antioxidant blocked strand breaks due to $PM_{2.5}$ exposure (Oh et al., 2011). Other in vitro studies showed that exposure to $PM_{2.5}$ increased the production of reactive oxygen species (ROS) in vitro. The in vitro results are supported by both animal toxicological and controlled human exposure studies. An inhalation study involving $PM_{2.5}$ in male mice found oxidized DNA bases in lung tissue (Soberanes et al., 2012). A study in human subjects found increased lipid peroxidation products in urine (Liu et al., 2015). The presence of oxidative stress-mediated DNA lesions, including adducts, can introduce fixed mutations into the genome after incorrect repair of the damaged base or replication past the base by low-fidelity DNA polymerases. The potential for oxidative stress to result in mutagenesis is underscored by the DNA repair mechanisms that have evolved to protect the genome from mutagenesis caused by these lesions.

Some components of PM, especially organic compounds, may undergo metabolism in a variety of cell types, resulting in electrophilic compounds that may bind to DNA, RNA, or proteins. Evidence that genes participating in polycyclic aromatic hydrocarbon (PAH) biotransformation are upregulated as a

result of $PM_{2.5}$ exposure is provided by in vitro studies (Borgie et al., 2015b; Gualtieri et al., 2011). Biotransformation via CYP1A1 may result in the production of PAH metabolites capable of reacting with DNA to form bulky DNA adducts. As in the case of oxidative-stress mediated DNA adducts, when DNA repair of bulky adducts is absent or ineffective, mutational events may occur.

Cytogenetic effects, such as micronuclei formation and chromosomal aberrations, are also biomarkers of genotoxicity (Demarini, 2013). Micronuclei are small nuclei formed either by chromosomal breakage or aneuploidy, which is the addition or deletion of a whole chromosome (Demetriou et al., 2012). $PM_{2.5}$ exposure increased micronuclei formation in vitro (Lemos et al., 2016; Oh et al., 2011). This effect was blocked by an antioxidant, suggesting that oxidative stress may play a role (Oh et al., 2011). The formation of micronuclei correlated with the amount of DNA damage detected by the comet assay in the same study. Epidemiologic studies provide supporting evidence of chromosomal aberrations in association with $PM_{2.5}$ exposure (Rossner et al., 2013a; Rossner et al., 2011).

#### 10.2.1.2 Epigenetic Effects

Epigenetic mechanisms regulate the transcription of genes without altering the nucleotide sequence of DNA. Three sets of epigenetic effects were examined in studies of $PM_{2.5}$: methylation of tumor suppressor genes, global DNA methylation, and alteration in noncoding miRNA. Changes in DNA methylation patterns can affect gene expression and genomic instability (Demetriou et al., 2012). Such changes are considered a biomarker of early exposure. In general, transcription repression is associated with DNA methylation in promoter regions of genes. Inhalation exposure to $PM_{2.5}$ increased methylation of the p16 promotor in the lung (Soberanes et al., 2012). The p16 protein is a tumor suppressor, suggesting an epigenetic mechanism for dysregulated growth. Methylation of repetitive elements, a surrogate of global DNA methylation, was correlated with $PM_{2.5}$ concentrations in blood and lung tissue of Wistar rats (Ding et al., 2016). Global DNA methylation is a measure of genomic instability, which can contribute to the accumulation of mutations in critical genes involved in the development of cancer. In general, hypomethylation is associated with genomic instability. In an in vitro study, methylation of repetitive elements and methyltransferase gene expression were decreased due to $PM_{2.5}$ exposure (Miousse et al., 2015). Support for a relationship between $PM_{2.5}$ exposure and global DNA methylation is provided by several epidemiologic studies (Section 10.2.3). Alteration in a third type of epigenetic effect, specific noncoding miRNA, was also found as a result of $PM_{2.5}$ exposure (Borgie et al., 2015b). These effects may contribute to the accumulation of mutations or dysregulated growth.

#### 10.2.1.3 Carcinogenic Potential

None of the toxicological studies involving $PM_{2.5}$ exposure provides direct evidence of carcinogenesis. However, an animal inhalation study found that $PM_{2.5}$ exposure led to tumor promotion in

a model of urethane-induced tumor initiation (Cangerana Pereira et al., 2011). Furthermore, exposure to $PM_{2.5}$ in vitro increased cell invasion, a measure of metastatic potential, which correlated with PAH content (Yue et al., 2015). This effect was blocked by treatment with an antioxidant, suggesting a role for oxidative stress. Epidemiologic studies provide initial evidence that exposure to long-term $PM_{2.5}$ concentrations may contribute to reduced cancer survival (Section 10.2.5.3). Reduced survival could be due to an enhancement of tumor progression, metastasis/tissue invasion, or some other mechanism.

#### 10.2.1.4 Characteristics of Carcinogens and Hallmarks of Cancer

$PM_{2.5}$, as described in the studies evaluated in this chapter, exhibits several characteristics of carcinogens (Smith et al., 2016). Exposure to $PM_{2.5}$ results in genotoxic effects, epigenetic alterations, and oxidative stress. In addition, exposure to $PM_{2.5}$ induces expression of genes involved in PAH biotransformation, indicating that $PM_{2.5}$ contains electrophilic species. Additional studies provide evidence that $PM_{2.5}$ exposure may lead to perturbations of pathways related to the hallmarks of cancer (Hanahan and Weinberg, 2011, 2000). Findings of enhanced tumor formation may indicate the sustaining of proliferative signaling; increased cell invasion may indicate the activating of invasion and metastasis; methylation of a tumor suppression gene may indicate the evading of growth suppressors; and increased telomerase activity may indicate the enabling of replicative immortality.

#### 10.2.1.5 Summary of Biological Plausibility

There are two proposed pathways by which exposure to $PM_{2.5}$ could lead to the development of cancer. The first pathway involves genotoxicity, including DNA damage that could lead to mutational events, such as gene mutation and cytogenetic effects. The second pathway involves epigenetic effects, including methylation of a tumor suppressor gene. Although experimental studies in animals and humans contribute most of the evidence of upstream events, epidemiologic studies report associations between exposure to $PM_{2.5}$ and DNA damage (including DNA adducts), chromosomal mutation (chromosomal aberrations), and epigenetic changes (altered global DNA methylation). Evidence of tumor promotion, a measure of carcinogenic potential, was found in an animal toxicological study. Together, these proposed pathways provide biological plausibility for the epidemiologic results of lung cancer incidence and mortality and will be used to inform a causality determination, which is discussed later in the chapter (Section 10.2.7).

### 10.2.2 Genotoxicity

In the 2009 PM ISA, there were many toxicological studies that examined mutagenicity, DNA damage, and other endpoints related to genotoxicity. The presence of mutagens in PM extracts collected

from ambient air was first demonstrated by Pitts et al. (1975). In agreement with that work and many similar subsequent findings published over the past 40 years, results from studies evaluated in the 2009 PM ISA confirmed that PM and/or PM extracts collected from both ambient air and multiple combustion sources can induce DNA mutations in various strains of *Salmonella* developed by Bruce Ames and others. PM exposure in other in vitro assay systems resulted in changes in molecular and cellular markers that have been associated with genotoxicity. In addition, an in vivo study by Sato et al. (2003) reported increased DNA adducts in lung, liver, and nasal mucosal tissues after inhalation exposure to urban roadside air. Because this study evaluated effects of exposure to a mixture of PM and gases, it does not inform the current ISA, which identifies the hazard for effects after exposures to only the PM component of complex mixtures. Furthermore, a small number of epidemiologic studies evaluated in the 2009 PM ISA examined molecular and cellular markers that have often been linked with genotoxicity. Many of these studies focused only on $PM_{10}$ exposures or individual components of PM. As a result, these epidemiologic studies did not thoroughly examine the relationship between $PM_{2.5}$ exposure and genotoxicity.

As noted in the 2009 PM ISA, few studies were available that investigated the effects of exposures to specific PM size fractions. There were no new studies that evaluated in vivo effects of exposures to $PM_{2.5}$ present in ambient air, although new in vitro studies were reviewed that confirmed previous reports demonstrating induction of mutagenesis, DNA strand breaks, micronuclei, and oxidative stress after $PM_{2.5}$ and/or $PM_{2.5}$ extract exposures. The relationships, however, between observations from in vitro assays and in vivo endpoints and complex biological disease processes like carcinogenesis remained uncertain. Moreover, the diversity of in vitro assay protocols and measured endpoints limited the ability to draw more than general conclusions regarding the carcinogenic potential of $PM_{2.5}$.

Since the 2009 PM ISA, new studies continue to investigate mutagenicity, genotoxicity, and carcinogenicity of PM, including many studies that evaluate the effects of total particulate matter (TPM), $PM_{10}$, and total PM collected from specific combustion sources including diesel and gasoline exhaust and woodsmoke. In addition, recent studies also investigate cancer-related effects following inhalation of $PM_{2.5}$ CAPs, ambient air, and emissions from specific combustion sources. The findings from these studies are supportive of findings from previous studies. However, as discussed in the Preface, the focus of the PM ISA is on evaluating the health effects due to exposures to specific PM size fractions (i.e., $PM_{2.5}$, $PM_{10-2.5}$, and UFPs). As a result, this section evaluates mutagenicity, genotoxicity, and other endpoints associated with carcinogenesis and cancer with a focus on exposures to $PM_{2.5}$.

#### 10.2.2.1 Mutagenicity

Evidence for mutagenicity is provided by toxicological studies. The Ames *Salmonella*/mammalian-microsome mutagenicity assay has been used for more than 40 years to identify the presence of chemical mutagens (Claxton et al., 2010; Ames, 1971). Developed to screen single

chemicals for their potential to induce mutagenesis, the assay was first extended to investigate the mutagenicity of extracted organic material (EOM) from PM collected from air in Los Angeles (Pitts et al., 1975). The *Salmonella* test provided a simple, fast, and inexpensive method for detecting the presence of mutagens within the complex mixture of chemical species that can be present in ambient air.

Assay results over the past 40 years have provided meaningful information regarding the mutagenicity of airborne compounds. The *Salmonella* test, however, is not without technical limitations. For example, it is difficult to draw detailed conclusions based upon direct comparisons between study results because of assay sensitivity to differences in methods. Many studies examine only the organic matter adsorbed onto collected particles, and extraction protocols, including solvent and extraction method selection, have been shown to affect the amount and class of compounds recovered (Claxton et al., 2004). In addition, several strains of *Salmonella* and variations in assay protocols have been developed. One advantage of the assay is that various strains selectively respond to specific chemical classes, such as nitroarenes, PAHs, or aromatic amines, providing the ability to infer some of the chemical classes responsible for the mutagenicity. However, differences in strains and protocols can modify the reproducibility of results and/or the sensitivity of the assay to certain classes of mutagens (Claxton et al., 2004; Gatehouse et al., 1994). Moreover, studies have revealed that mutagenicity fluctuates seasonally (Claxton et al., 2004). Together, these factors can affect the number of revertant colonies observed and thus limit direct comparisons between disparate studies.

Analyses using various databases have been performed to see how well the *Salmonella* mutagenicity assay predicts rodent carcinogenicity. The values that have been calculated for both the sensitivity (the percentage of known carcinogens to elicit a positive response in *Salmonella*) and specificity (the percentage of known noncarcinogens to elicit a negative response in *Salmonella*) are 45−80 and 67−100% for sensitivity and specificity, respectively (Kirkland et al., 2005; Zeiger, 1998; Zeiger et al., 1990; Tennant et al., 1987; Kier et al., 1986). Thus, agents that are not carcinogenic in rodents can also be mutagenic in the assay, and some chemical classes of rodent carcinogens are not mutagenic in the *Salmonella* assay (Zeiger et al., 1990). Considering also that PM is a heterogeneous and dynamic mixture with many unknown chemical species, *Salmonella* assay results are accordingly accompanied by uncertainty.

As discussed above, most studies of PM with the *Salmonella* mutagenicity assay evaluated only the EOM adsorbed onto particles. Because extraction results in an enriched preparation of organic compounds, the concentration applied in the assay may not reflect the administered dose delivered to the lung via inhalation of ambient air, nor accurately represent the mixture present on PM because species such as metals and volatile organic compounds (VOCs) will be refractory to organic extraction. Further, the bioavailability of extracted compounds may not be comparable to the bioavailability of those adsorbed onto particles.

As with many bioassays, the *Salmonella* strains used in the Ames assay have been engineered to improve their ability to detect mutagens. Thus, there is a mutation in a gene coding for a component of

the cell wall that makes the cells more permeable to large molecules. This permits PM components such as PAHs to enter the cell and get to the DNA. Likewise, there are various DNA repair deficiencies, such as the elimination of nucleotide excision repair or the addition of error-prone DNA repair, that also enhance the sensitivity of the strains to mutagens. Several different mutations in the histidine genes are present in the strains, permitting the detection of all six types of base substitutions, a 2-base frameshift mutation, as well as some small deletions. One of the most important developments that has made the strains especially useful for complex mixtures is the development of strains with various metabolic capabilities, permitting the inference of specific chemical classes in a complex mixture as being responsible for some of the mutagenicity of that mixture. Thus, some strains express excess nitroreductase, which activates nitroarenes, whereas others express acetyltransferase, which can help activate aromatic amines.

Although many new studies using the *Salmonella*/mammalian-microsome assays have been published, only a fraction evaluated the mutagenic activity of $PM_{2.5}$. Of these, all were conducted outside of the U.S. in Brazil, Japan, India, and Italy. In general, the findings support previously published results that organic extracts from collected PM (various size fractions) contain compounds capable of inducing mutagenesis in the *Salmonella* assay. Specifically, results from these studies demonstrate that organic extracts of $PM_{2.5}$ collected from diverse sampling locations exhibit mutagenic activity. The induction of mutations in both the absence and presence of mammalian S9 fractions indicate the presence of compounds that are capable of interacting with DNA without biotransformation as well as those that require metabolic activation to generate ultimate carcinogens (Lemos et al., 2016; Traversi et al., 2014; de Rainho et al., 2013; Rainho et al., 2013; Lemos et al., 2012; Singla et al., 2012; Traversi et al., 2011; Kawanaka et al., 2008; Traversi et al., 2008). In addition to these general findings, several studies also identified the presence of certain compound classes, seasonal variation in mutagenic activity, and the tendency for $PM_{2.5}$ to elicit a greater increase in mutagenicity compared with $PM_{10}$ (Lemos et al., 2016; Traversi et al., 2014; de Rainho et al., 2013; Rainho et al., 2013; Lemos et al., 2012; Singla et al., 2012; Traversi et al., 2011; Kawanaka et al., 2008; Traversi et al., 2008).

As has been documented by past studies, use of plasmid-modified strains sensitive to nitro-PAH species in new studies has confirmed the presence of those compounds in airborne particulate matter from sites in Brazil and Italy. Sites included low-traffic areas identified as urban background or residential locations (Lemos et al., 2016; de Rainho et al., 2013; Rainho et al., 2013; Lemos et al., 2012; Traversi et al., 2011). For example, Traversi et al. (2011) used three isogenic strains with varying nitroreductase activity to qualitatively demonstrate the contribution of nitroaromatic compounds to the overall mutagenicity observed. $PM_{2.5}$ was most mutagenic in strains with elevated nitroreductase activity, suggesting the presence of nitroaromatic compounds in the extracts evaluated. The knowledge that these compounds are present in PM emissions and that they can induce mutagenesis in the *Salmonella* assay is well established (NTP, 2014; Claxton et al., 2004; Purohit and Basu, 2000; Rosenkranz and Mermelstein, 1983).

Kawanaka et al. (2008) investigated the mutagenicity of EOM from $PM_{2.5}$ collected roadside in Saitama City, Japan. Using a cascade impactor, the study authors collected 12 fractions of varying aerodynamic diameters, including fine fractions (<0.12, 0.12−0.20, 0.20−0.30, 0.30−0.50, 0.70−1.2, 1.2−2.1, 2.1−3.5, 3.5−5.2, 5.2−7.8, 7.8−11, >11 µm). They then used the *Salmonella* assay to determine the mutagenic potency of each fraction and GC/NCI/MS/MS to determine the mass contribution of select nitroaromatic compounds to the total PM mass collected. They used known quantities of those compounds to estimate the contribution of those species to total mutagenicity. The authors reported that the quantity of nitro-PAHs per unit mass in the ultrafine fraction (<0.12) was greater than in that of $PM_{2.5}$ or $PM_{10-2.5}$. In addition, the authors determined that mutagenicity per unit mass of $PM_{2.5}$ was less than that of UFP in both strains. Moreover, of the six nitroaromatic compounds evaluated, the contribution to mutagenic activity calculated was greatest for 1,8-dinitropyrene in all three fractions of PM extracts evaluated. Because of biological variability of the *Salmonella* assay, as well as incomplete details regarding the statistical analysis of the data collected, it is difficult to calculate definitive values for these contributions.

Several studies evaluated seasonal variation in mutagenesis using the *Salmonella* assay (Lemos et al., 2016; Traversi et al., 2011; Traversi et al., 2008). Each observed greater mutagenic activity in extracts from PM collected during the autumn and winter seasons than in extracts from PM collected during the spring and summer seasons. These findings agree with previous studies that have also demonstrated the inverse correlation between temperature and mutagenic activity (IARC, 2016; Claxton et al., 2004). Singla et al. (2012) also compared seasonal variation in mutagenic activity. Although the authors did not provide a statistical analysis of the variation in values, they did report a consistent trend in which the mutagenicity of extracts from PM collected during the winter season was greater than the mutagenicity of those from PM collected during the monsoon season. In this study, they suggested that this divergence may be due not only to the increase in temperature, but also to the increase in rainfall.

Singla et al. (2012) and Traversi et al. (2011) analyzed the mutagenic activity of $PM_{2.5}$ and $PM_{10}$ collected during the same time frames. In experiments using the frameshift strain TA98 without the addition of S9, which especially detects nitroarenes (Singla et al., 2012), the authors reported that the organic extracts collected from $PM_{2.5}$ had higher mutagenic potencies that those from $PM_{10}$. However, this same effect was not observed in experiments using TA100, which detects primarily PAHs. Likewise, in the study by Traversi et al. (2011), the mutagenic potency of the organics extracted from $PM_{2.5}$ was 6.5-fold greater than that from $PM_{10}$ in strain TA98. Further, the authors reported greater mutagenicity for the organic extracts from $PM_{2.5}$ collected in the winter season compared with that from $PM_{10}$ when using the nitro-PAH sensitive YG1021 strain (5.75-fold increase). A third study carried out a similar analysis. Lemos et al. (2012) compared the mutagenic activity of organic extracts from $PM_{2.5}$ and total suspended particles (TSP). The authors reported that the mutagenic potencies of the organic extracts from $PM_{2.5}$ were generally greater than those from TSP; however, a statistical analysis was not provided. Lemos et al. (2012) showed that an aqueous extract generated sequentially after the organic extraction was not mutagenic, showing that all the measured mutagenic activity was in the organic extract.

In summary, while the Ames *Salmonella*/mammalian-microsome mutagenicity assay has several technical limitations and is criticized because of its use of bacteria as a model species, four decades of published results from this assay have clearly demonstrated the presence of mutagenic agents in PM of various size fractions collected from ambient air (IARC, 2016; U.S. EPA, 2009). New studies involving $PM_{2.5}$ exposure published since the 2009 PM ISA also provide evidence of the presence of mutagenic agents (Lemos et al., 2016; Traversi et al., 2014; de Rainho et al., 2013; Rainho et al., 2013; Lemos et al., 2012; Singla et al., 2012; Traversi et al., 2011; Kawanaka et al., 2008; Traversi et al., 2008).

### 10.2.2.2 DNA Damage

#### 10.2.2.2.1 Toxicological Studies

In addition to *Salmonella* studies that evaluated mutagenicity, new reports that measured other effects relevant to genotoxicity and carcinogenicity as a result of $PM_{2.5}$ exposures have been published. Many of these studies used a variety of in vitro assays including cell-free and cell culture systems that are designed to identify specific cellular endpoints. For example, the comet assay measures DNA single- and double-strand breaks and can be adapted to identify the presence of apurinic and apyrimidinic (together noted as AP) sites by the introduction of alkaline conditions, and certain types of damaged bases, including oxidized bases, through the additional use of lesion-specific endonucleases (Collins et al., 2008). Several other assays to identify the presence of oxidative stress after $PM_{2.5}$ exposures have also been used in new studies. The relevance of data generated in the comet assay is supported by the fact that oxidative stress is one of the key characteristics of carcinogens (Smith et al., 2016).

The presence of ROS in a cell is a consequence of normal physiological processes, however oxidative stress, which is the imbalance between the generation of ROS and the protective mechanisms by which ROS are detoxified or ROS-induced damage is repaired, has been associated with the development of several health effects including cancer. ROS and ROS-induced lipid peroxidation products interact with DNA to form DNA lesions such as 7,8-dihydro-8-oxoguanine (8-oxoG), thymine glycol, 2,6-diamino-4-hydroxy-5-formamidopyrimidine (FaPy), etheno-DNA adducts, and malondialdehyde DNA adducts (Smart et al., 2008). The presence of these lesions can lead to the introduction of fixed mutations into the genome after incorrect repair of the damaged base or replication past the base by low fidelity DNA polymerases. The potential for oxidative stress to result in mutagenesis is underscored by the DNA repair mechanisms that have evolved to protect the genome from mutagenesis caused by these lesions. Increased 8-oxoG levels, one of the most widely studied lesions, has been demonstrated to result in spontaneous tumorigenesis in MTH1-deficient mice (Tsuzuki et al., 2001).

Since the 2009 PM ISA, several new studies have been published to identify the potential for oxidative stress resulting from exposure to $PM_{2.5}$. They have focused primarily on evaluating the oxidative potential of PM in acellular in vitro assays, as well as the capability of PM to induce oxidative

stress in cultured cells. Because an important source of oxidative stress is inflammation, one new study measured in vitro inflammatory responses to $PM_{2.5}$ exposure. Evidence for inflammation at the organ and system level resulting from $PM_{2.5}$ exposure is described in Chapter 4 and Chapter 5.

Collectively, results from the in vitro studies demonstrate that damage to DNA bases and DNA strands can occur from exposure to $PM_{2.5}$ in these systems and that production of ROS may contribute to that damage. As with *Salmonella* assay results, the findings are limited by the well understood caveats that apply to many in vitro model systems, including uncertainty regarding the relationship between measures of molecular markers and in vivo outcomes. As with the *Salmonella* assay, PM processing after collection and use of extracted material in many studies may result in PM that is not representative of that in ambient air and/or alter its toxicity. For example, Turner et al. (2015) investigated how the use of EOM from collected particles may affect results for a suite of in vitro toxicity tests. The authors reported that the use of EOM from diesel exhaust particles (DEP) induced greater biological responses than intact DEP in suspension. They also evaluated the effect of cell type and observed that, in general, human premacrophage monocyte (GDM-1) cells were more sensitive than A549 cells.

Several studies measured DNA damage after exposure to ambient $PM_{2.5}$ (Lemos et al., 2016; Danielsen et al., 2011; Oh et al., 2011; Bonetta et al., 2009) and DEP (Dumax-Vorzet et al., 2015; Jalava et al., 2015; Gualtieri et al., 2011) using the comet assay. Although the variety of PM preparation and comet assay methods make direct comparisons difficult, the results suggest that exposure of cultured cells in vitro to $PM_{2.5}$ extracted material and/or suspensions can result in DNA damage. Oh et al. (2011) collected $PM_{2.5}$ from a traffic area in Suwon City, South Korea that was located approximately 20 miles south of Seoul and exposed human bronchial epithelial (BEAS-2B) cells to the organic crude extracted (CE) fraction as well as fractions of the CE that were separated by acid-base partitioning. Using the alkaline comet assay, the authors identified increased damage compared with control in the CE as well as the aliphatic, aromatic, and slightly polar fractions ($p < 0.01$). Repetition of the same assay with the addition of several different oxidant modulators rescued the damage to some extent in all cases, suggesting that the observed damage was, in part, the result of oxidative stress. Further, the authors also assessed the presence of specific lesions through the addition of formamidopyrimidine DNA glycosylase (FPG) and endonuclease III which can detect the presence of oxidized bases and some alkylation damage. For these experiments, increased damage was observed compared with controls in the CE as well as the fractions noted above ($p < 0.01$), providing support for the hypothesis that $PM_{2.5}$-induced oxidative stress can result in DNA damage.

These findings are supported by others (Danielsen et al., 2011; Gualtieri et al., 2011). Danielsen et al. (2011) detected DNA damage in A549 and human monocyte (THP-1) cells after exposure to PM (collection efficiency of 60−80% between 0.2 and 0.8 μm; upper cutpoint of 2.3 μm) suspension collected from two sites near Slagslunde, North Zealand, Denmark and confirmed the capability of the collected PM to generate ROS in other acellular and cell culture-based assays. Throughout their results, however, statistically significant increases ($p < 0.05$) were frequently observed only after exposure to suspension

concentrations of greatest magnitude. In the study by Gualtieri et al. (2011), exposure to $PM_{2.5}$ suspension from PM collected near Milan, Italy resulted in an increase in DNA damage ($p < 0.05$) in BEAS-2B cells compared with controls.

In contrast to the findings by Danielsen et al. (2011) and Gualtieri et al. (2011), Jalava et al. (2015) did not observe DNA damage after exposure to fine PM suspensions. In this study, the authors exposed mouse macrophages (RAW 264.7) to $PM_{10-2.5}$, $PM_{2.5-1}$, $PM_{1-0.2}$, and $PM_{0.2}$ suspensions collected at Nanjing University in China and measured DNA damage using the alkaline comet assay. Although the authors noted an increase in damage following some exposures to PM of other size fractions, there was no change in the damage measured in suspensions of $PM_{2.5-1}$ or $PM_{1-0.2}$ compared with controls.

Bonetta et al. (2009) also demonstrated the capability of PM extract exposure to result in DNA damage in the comet assay and observed that the amount of damage measured can vary with sampling location, which is consistent with similar findings in *Salmonella* assay studies. Using aqueous and organic extracts from $PM_{2.5}$ collected at urban, highway, and industrial sites near Alessandria, Italy, DNA damage was measured in human lung epithelial (A549) cells with the comet assay. The authors reported that exposure to organic extracts from $PM_{2.5}$ collected from all three sites resulted in an increase in damage using the alkaline comet assay compared with controls ($p < 0.001$). The increase was greatest for exposure to the highway site $PM_{2.5}$ organic extracts ($p$-value not provided). Exposure to aqueous extracts resulted in an increase in damage compared with control ($p < 0.001$) using the FPG-modified alkaline comet assay for $PM_{2.5}$ collected from the industrial site only.

Wessels et al. (2010) demonstrated that DNA damage after exposure to subfractions of $PM_{2.5}$ can vary with sampling location. To represent and compare diverse PM mixture profiles, the authors collected PM from four locations, including a rural location at a beach on the west coast of Ireland and three urban locations in Birmingham, U.K. that varied in the extent to which vehicle traffic would contribute to the PM mixture sampled. Five size fractions were collected. $PM_{2.5}$ was collected in four fractions of particles with aerodynamic diameters of <0.5, 0.5−0.95, 0.95−1.5, and 1.5−3 µm. The fifth fraction comprised particles with diameters in the range of 3−7 µm. To evaluate the genotoxicity of aqueous PM suspensions, cultured A549 cells were used in the FPG-modified comet assay. The authors generally observed greater amounts of DNA damage after exposure to urban roadside PM suspensions compared with exposure to PM of equal mass collected from the rural site ($p < 0.1$) for size fractions with aerodynamic diameters of <0.5, 0.95−1.5, and 1.5−3 µm. This contrasts with the 3−7 µm fraction for which there was not a significant difference in the amount of damage induced after exposure to PM collected from any of the urban locations compared with that collected from the rural location. The variation in damage between size fractions was also examined. After adjusting for sampling site, the amount of DNA damage induced by extracts of PM from different particle size fractions was similar.

Borgie et al. (2015b) compared the effects of exposure to intact ambient $PM_{2.5}$ with aerodynamic diameters between 0.3 and 2.5 µm (described as $PM_{2.5-0.3}$) collected from an urban site in Beirut, Lebanon with that collected from a rural site in Byblos, Lebanon 35 km away. The authors measured

phosphorylated H2AX (γ-H2AX), a marker of DNA double strand breaks (DSB), in cultured BEAS-2B cells. Exposure to $PM_{2.5}$ collected from the urban location increased double-strand breaks at both low and high concentrations (3 and 12 μg/cm$^2$). In contrast, exposure to $PM_{2.5}$ collected from the rural location induced breaks at the high concentration (12 μg/cm$^2$) only ($p < 0.05$), indicating that the $PM_{2.5}$ collected from the urban location had greater DNA damaging potency than that collected from the rural location.

The induction of oxidative stress after exposure to ambient $PM_{2.5}$ and DEP extracts and suspensions in cell culture demonstrated by comet assay results has been supported by studies that have used other in vitro methods to measure oxidative stress (Dumax-Vorzet et al., 2015; Miousse et al., 2015; Mirowsky et al., 2015; Gordon et al., 2013). Mirowsky et al. (2015) collected $PM_{2.5}$ as well as $PM_{10-2.5}$ from two rural and three urban sites in California and generated aqueous suspensions of both soluble and insoluble material. Using cultured human pulmonary microvasculature endothelial (HPMEC-ST11.6R) cells, they measured ROS with 2′,7′-dichlorofluorescein diacetate (DCFH-DA). DCFH-DA, after removal of the acetate groups by cellular esterases, can be oxidized to highly fluorescent DCF that can then be used to quantify the amount of intracellular ROS. They found that two variables, the size fraction and location at which the PM was collected, can affect the amount of intracellular ROS generated after exposure to aqueous PM suspension. Suspensions of $PM_{2.5}$ collected at urban sites were characterized by less ROS activity than those of $PM_{10-2.5}$ ($p < 0.001$). The same outcome was not observed, however, after exposure to $PM_{2.5}$ and $PM_{10-2.5}$ suspensions from the rural sites because the ROS activity generated by both was similar. When comparing the same size fractions between urban and rural sites, no differences were reported between sites for the $PM_{2.5}$ suspensions, whereas greater ROS activity was observed in experiments with $PM_{10-2.5}$ from the urban sites than $PM_{10-2.5}$ collected at the rural sites ($p$-value not provided).

Additional studies were identified that also used the DCFA-FA assay to assess intracellular ROS after exposure to PM (Dumax-Vorzet et al., 2015; Gordon et al., 2013). Gordon et al. (2013) exposed BEAS-2B and HBEpC cells to suspensions of size-fractionated PM from ambient air collected from five diverse sampling locations across the U.S. The PM size fractions collected were described as $PM_{2.5-0.2}$, $PM_{10-2.5}$, and $PM_{0.2}$. Like several other findings already highlighted, the authors reported variation in ROS production because of sampling site, season, and particle size. The report also noted that exposure to the $PM_{2.5}$ resulted in ROS production that was less than that of either $PM_{10-2.5}$ or UFP on an equal mass exposure when sampling locations were combined. Dumax-Vorzet et al. (2015) used cultured mouse embryonic fibroblasts (MEFs) in the DCFA-DA assay in addition to an acellular plasmid scission assay to estimate ROS after exposure to DEP suspension. The authors noted a dose-dependent increase in ROS ($p$-value not provided) using both methods.

Studies that used in vitro methods other than DCFA-FA to evaluate ROS or measured other endpoints relevant to oxidative stress have also been published. A change in superoxide was not detected in a study by Miousse et al. (2015) using dihydroethidium oxidation after exposure to aqueous extracts from $PM_{2.5}$ collected at an underground parking deck, but an increase in catalase expression ($p < 0.01$)

was noted by the authors. Mirowsky et al. (2015) evaluated infiltrating polymorphonuclear cells (PMNs) because inflammation and ROS generated by PMNs in response to PM exposure has also been proposed as a pathway that may result in genotoxicity. The authors compared the effect of exposure on the percent of PMNs in lavage fluid for the various sampling locations and PM size fractions using oropharyngeal aspiration of aqueous PM suspension exposure in mice (FVB/N). Except for one rural location, the increase in percentage of PMNs after exposure to $PM_{2.5}$ suspensions were less than that after exposure to $PM_{10-2.5}$ ($p < 0.001$). Upregulation of genes involved in antioxidant defense (i.e., the Phase 2 enzymes) were also observed in different in vitro systems after $PM_{2.5}$ exposure. Borgie et al. (2015b), as described above, found increased gene expression of NQO1 in BEAS-2B cells.

In addition to in vitro studies, one in vivo study examined DNA damage. Exposure of male C57BL/6 mice to concentrated ambient $PM_{2.5}$ ($PM_{2.5}$ CAPs) in Chicago, IL resulted in an increase in 8-oxoG positive nuclei in lung tissue [$p < 0.01$; Soberanes et al. (2012)]. This finding provides evidence of oxidative DNA damage in lungs following $PM_{2.5}$ exposure.

In summary, numerous in vitro studies conducted in cultured cells provide evidence of DNA damage, measured as single- and double-strand breaks, following exposure to suspended $PM_{2.5}$ or $PM_{2.5}$ extracts. Increased ROS production was also found in cellular assays. These results indicate that exposure to $PM_{2.5}$ induces oxidative stress, one of the identified characteristics of a carcinogen (Smith et al., 2016). Additionally, there is evidence of a direct relationship between oxidative stress and DNA damage. In an in vivo study, $PM_{2.5}$ CAPs inhalation resulted in oxidative DNA damage in lungs.

#### 10.2.2.2.2 Controlled Human Exposure Studies

Controlled human exposure studies have evaluated various markers relevant to DNA damage. Hemmingsen et al. (2015) reported mostly negative findings for DNA damage and oxidative stress from a controlled, cross-over, repeated-measures human exposure study carried out in central Copenhagen, Denmark. In this study, overweight, older adults were exposed for 5 hours in chambers with and without high-efficiency particulate absorption filters. Peripheral blood mononuclear cells collected immediately before and after the exposure were negative for change from controls for several endpoints evaluated. These include ROS production, DNA strand breaks, oxidized DNA bases, and mRNA expression of *CCL2*, *IL8*, *TNF*, *HMOX1*, and *OGG1*. The only positive association identified was between FPG-sensitive sites and exposure to urban air, although this result was not statistically significant.

Another controlled human exposure study by Liu et al. (2015) measured malondialdehyde (MDA) in blood and urine and 8-oxo-dG in urine. The former is a lipid peroxidation product capable of reacting with DNA bases, whereas the latter is excreted after oxidized dGTP molecules in cellular dNTP pools used for nuclear and mitochondrial DNA replication throughout the cell are acted upon by MTH1 followed by 8-oxo-dGMPase in the process of dNTP pool sanitization. In this single-blind randomized crossover study, nonsmoking adults were exposed for 130 minutes to $PM_{10-2.5}$, $PM_{2.5}$, and UFP CAPs

drawn from a downtown street in Toronto, Canada. Participant blood and urine were collected before exposure and after exposure at two time points (1 hour, 21 hours). Positive associations between urinary MDA concentrations and $PM_{2.5}$ CAPs were reported for both time points (1-hour post exposure: $p < 0.05$; 21 hours post exposure $p < 0.1$). Urinary creatinine was used to normalize biomarker concentrations. No association was observed between blood MDA concentration and concentration of $PM_{2.5}$.

##### 10.2.2.2.3 Epidemiologic Studies

Several recent studies have examined a variety of molecular and cellular markers often associated with DNA damage. Study characteristics including $PM_{2.5}$ concentrations, study population, and exposure assignment approach for the studies that examined long-term $PM_{2.5}$ exposure and DNA damage are detailed in Table 10-1.

Rossner et al. (2013b) examined bulky B[a]P-like DNA adducts in study populations in two Czech Republic cities, Prague and a more polluted city (i.e., higher concentrations of not only PM but other pollutants as well), Ostrava. Whereas the study population in Prague consisted of only nonsmoking policeman, the study population in Ostrava was comprised of policeman, office workers, and volunteers. This resulted in two different types of study populations where one consisted of individuals that may have smoked. Smoking status was not specifically adjusted for in the statistical models, but measures of cotinine in the blood, a proxy for tobacco smoke exposure was included as a covariate. This study found a higher number of B[a]P-like adducts in people that resided in Ostrava in association with $PM_{2.5}$ concentrations (β: 0.002 [95% CI: 0.002, 0.003]). These results were consistent with Li et al. (2014) in a study conducted in Shanghai, China that examined B[a]P-like adducts in a population of nonsmoking men that were traffic policemen or office workers. Using $PM_{2.5}$ concentrations collected through personal monitoring the 24-hours preceding biological sample collection, the authors observed an overall increase in BPDE-DNA adducts (0.8% [95% CI: 0.4, 1.2]), which was driven by the exposure group (1.2% [95% CI: 0.6, 1.5]) consisting of traffic policeman with limited evidence of an increase (0.1% [95% CI: 0.02, 0.23]) in the control group (i.e., office workers).

**Table 10-1 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined DNA damage.**

| Study Years | Location Population | Endpoints | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|
| †Rossner et al. (2013b) (Winter and Summer 2009; Winter 2010) | Prague and Ostrava, Czech Republic (Prague: 61−65, nonsmoking policemen; Ostrava: 98−149; policemen, office workers, and volunteers) | B[a]P-like DNA adducts | Winter 2009: Prague: 13.8 Ostrava: 40.0 Summer 2009: Prague: 13.3 Ostrava: 12.0 Winter 2010: Prague: 42.6 Ostrava: 78.9 | Personal monitoring for 48 h in each month, ambient concentrations measured up to 90 days before personal sampling |
| †Li et al. (2014) (2009−2010) | Shanghai, China (107 traffic policemen, 101 office workers) | BPDE-DNA adducts | Traffic policemen: 115.4 Office workers: 74.9 | Personal 24-h concentrations |
| †Chu et al. (2015) (Not reported) | Zhuhai, Wuhan, and Tianjin China (307 subjects) | % tail DNA (comet assay) | Zhuhai: 68.4[a] Wuhan: 115.0[a] Tianjin: 146.6[a] | Personal 24-h concentrations |
| †Ma et al. (2015) (2013) | Shenyang, China (16 traffic policemen, 16 nonfield traffic policemen) | % tail DNA (comet assay) | Traffic policemen: 162.7 Nonfield traffic policemen: 51.5 | 2-week monitoring (April 8−19, 2013) campaign at traffic sites and indoor offices |

8-OHdG = 8-hydroxy-2′-deoxyguanosine; B[a]P = benzo[a]pyrene; BPDE = (+)-enantiomer of antibenzo[a]pyrene 7,8-diol-9,10-epoxide; DNA = deoxyribonucleic acid; μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Median concentration.

†Studies published since the 2009 PM ISA.

A study conducted in a cohort from three Chinese cities (Zhuhai, Wuhan, and Tianjin) broadly examined $PM_{2.5}$-modulated DNA damage by focusing on tail DNA and whether specific genetic polymorphisms modify the effect (Chu et al., 2015). Using $PM_{2.5}$ data from a personal monitoring campaign, Chu et al. (2015) reported evidence of a weak positive association between $PM_{2.5}$ concentrations and percentage of tail DNA from peripheral blood samples (β: 0.001 [95% CI: 0.000, 0.002]). These results are consistent with some of the results from Ma et al. (2015) in a study of DNA damage conducted in Shenyang consisting of traffic and nonfield traffic policemen. The authors graded the extent of DNA damage on a scale of 1 to 3, where 1 and 2 represented DNA damage <40% and 3 >40% damage. For DNA damage graded 1 and 2, Ma et al. (2015) did not observe a difference in the level of DNA damage between policemen exposed to high and low $PM_{2.5}$ concentrations. However, when

examining Grade 3, there was a much larger percent of DNA damage in the traffic policemen compared with the nonfield policemen.

#### 10.2.2.2.4 Summary

In summary, several lines of evidence provide support for a relationship between exposure to $PM_{2.5}$ and DNA damage. In vitro toxicological studies demonstrate that damage to DNA bases and DNA strands can occur after exposure to $PM_{2.5}$ in these systems and that production of ROS may contribute to that damage. An animal inhalation study (Soberanes et al., 2012) and a controlled human exposure study (Liu et al., 2015) also provide evidence of oxidative DNA damage. These findings are supported by epidemiologic studies that demonstrate DNA damage in association with $PM_{2.5}$ concentrations (Chu et al., 2015; Ma et al., 2015). In addition, epidemiologic studies indicate a larger percentage of B[a]P-like DNA adducts in people exposed to higher $PM_{2.5}$ concentrations (Li et al., 2014; Rossner et al., 2013b).

### 10.2.2.3 Cytogenetic Endpoints

#### 10.2.2.3.1 Toxicological Studies

New in vitro studies also demonstrated the presence of chromosomal abnormalities using the cytokinesis block micronucleus assay (CBMN) after exposure to $PM_{2.5}$ (Lemos et al., 2016; Oh et al., 2011). The CBMN assay detects acentric chromosome fragment loss and whole chromosome loss resulting from clastogenic and aneugenic agents, respectively (Kirsch-Volders et al., 2003). Lemos et al. (2016) exposed Chinese hamster lung fibroblasts (V79) to EOM material from $PM_{2.5}$ collected near a petrochemical complex in Triunfo, Brazil. In total, 23 results were reported comprising exposures to two concentrations of samples collected in two locations over several different seasons. Of those 23 results, increases over controls were noted for only three ($p < 0.05$). The remaining 20 results were negative for increases. Oh et al. (2011) also measured micronuclei and reported results consistent with comet assay results reported in the same study (see Section 10.2.2.2). Increases in micronuclei in the aliphatic, aromatic, and slightly polar fractions, as well as the highest doses of CE compared with controls ($p < 0.01$), were observed in organic extracts from $PM_{2.5}$ collected near Seoul, Korea, and this damage was prevented by the addition of ROS scavengers, as was the case for the comet assay results.

#### 10.2.2.3.2 Epidemiologic Studies

Recent studies have examined cytogenetic endpoints such as chromosomal aberrations and micronuclei. Study characteristics, including $PM_{2.5}$ concentrations, study population, and approaches to exposure assignment, are detailed in Table 10-2.

**Table 10-2 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cytogenetic endpoints.**

| Study Years | Location Population | Endpoints | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|
| †Rossner et al. (2011) (February−May 2007) | Prague, Czech Republic (59 city policemen) | FG/100; %AB.C; ace | February: 26.1 May: 28.4 | Personal monitoring for 48 h in each month, ambient concentrations measured up to 90 days before personal sampling |
| †Rossner et al. (2013a) (Winter and Summer 2009; Winter 2010) | Prague and Ostrava, Czech Republic (Prague: 61−65, nonsmoking policemen; Ostrava: 98−149; policemen, office workers, and volunteers) | FG/100; %AB.C; ace; MN/1,000 BC | Winter 2009: Prague: 13.8 Ostrava: 40.0 Summer 2009: Prague: 13.3 Ostrava: 12.0 Winter 2010: Prague: 42.6 Ostrava: 78.9 | Personal monitoring for 48 h in each month, ambient concentrations measured up to 90 days before personal sampling |
| †Ceretti et al. (2014) (Winter 2012 and 2013) | Brescia, Italy (RESPIRA, 181 children, 3−6 yr old) | % MN; % nuclear buds; % binucleated cells; % basal cells; % condensed chromatic cells; % karyorrhectic cells; % pyknotic cells; % karyolitic cells; % without nucleus cells | Same day[a]: 24−96 1 week: 32.8−93.1 2 weeks: 40.1−82.6 3 weeks: 41.7−70.1 | Ambient concentrations obtained from Regional Agency for Environmental Protection database |
| †O'Callaghan-Gordo et al. (2015) (February 2009−2010) | Crete, Greece (136 mother-child pairs) | MN/1,000 BC | 14.4[b] | 2-week monitoring at 40 sites used as input to LUR model based on ESCAPE protocol as detailed in Beelen et al. (2013); Eeftens et al. (2012b) to maternal home address |

%AB.C = percentage of aberrant cells; % MN = percent of micronuclei; ace = number of acentric fragments; FG/100 = genomic frequency of translocations; LUR = land use regression; μg/m³ = microgram per cubic meter; MN/1,000 BC = frequency of micronuclei per 1,000 binucleated cells; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RESPIRA = Italian acronym for Rischio ESPosizione Inquinamento aRia Atmosferica study.

[a]Range of mean concentrations across days of biological sampling, same day, and 1−3 weeks prior to biological sampling.

[b]Median concentration.

†Studies published since the 2009 PM ISA.

Recent studies conducted in the Czech Republic that examined the relationship between $PM_{2.5}$ exposure and cytogenetic effects did not report clear evidence of associations. Rossner et al. (2011), in a study of nonsmoking policemen working more than 8 hours outdoors per day in Prague, reported no association between $PM_{2.5}$ concentrations measured by ambient monitors in the 2 days prior to personal sampling and the genomic frequency of translocations, percentage of aberrant cells, or the number of acentric fragments. However, when examining different time windows by extending out to longer lags, there was evidence of a positive association between $PM_{2.5}$ concentrations in the 15−28 days prior to personal sampling and the number of acentric fragments (β: 0.64 [95% CI: 0.05, 1.24]). This initial study by Rossner et al. (2011), which focused on Prague, was expanded on to include participants that were defined as living in a more polluted city, Ostrava (Rossner et al., 2013a). As detailed in Section 10.2.2.2, the study populations between Prague and Ostrava differed in that individuals in Ostrava may have smoked. Similar to Rossner et al. (2013b), smoking status was not specifically adjusted for in Rossner et al. (2013a), but measures of cotinine in the blood, a proxy for tobacco smoke exposure was included as a covariate. Rossner et al. (2013a) examined the same markers of chromosomal aberration as Rossner et al. (2011), but also examined the number of micronuclei. When comparing the stable chromosomal aberrations (i.e., genomic frequency of translocations, percentage of aberrant cells, or the number of acentric fragments), the authors observed relatively similar results in both study locations in the 2 days prior to personal sampling even though the $PM_{2.5}$ concentrations were much higher in Ostrava. However, when examining longer lags of exposure (i.e., 1−14 days prior to sampling) there was evidence of a positive association between $PM_{2.5}$ concentrations and the percentage of aberrant cells in Prague (OR: 2.43 [95% CI: 1.26, 4.68], increment not specific). An examination of the frequency of micronuclei found a lower percentage in Ostrava (β: −0.032 [95% CI: −0.042, −0.022]) than Prague (β: −0.074 [95% CI: −0.114, −0.034]).

Additional studies conducted in Italy and Greece examined associations between $PM_{2.5}$ and cytogenetic endpoints with a focus on micronuclei frequency. Ceretti et al. (2014) as part of the RESPIRA study, examined cytogenetic endpoints in exfoliated buccal cells of children residing in Brescia, Italy. The study focused on air pollution concentrations during the winter months because that period of the year has higher concentrations of pollutants, including $PM_{2.5}$. The authors reported no evidence of a positive association between $PM_{2.5}$ concentrations and micronuclei frequency, whether assessed on the same day or during the 1, 2, or 3 weeks before biological sample collection. However, there was some evidence of increases in the frequency of nuclear buds, binucleated cells, basal cells, and condensed chromatin cells with $PM_{2.5}$ concentrations in the 1 week prior to biological sample collection. O'Callaghan-Gordo et al. (2015) took a different approach to examining micronuclei frequency in children by focusing on whether a higher micronuclei frequency in pregnant women attributed to air pollution exposure led to higher micronuclei frequencies in children at the time of birth. As part of the Rhea mother-child cohort, O'Callaghan-Gordo et al. (2015) reported positive associations between $PM_{2.5}$ concentrations over the entire pregnancy and micronuclei frequency in maternal (RR: 1.5 [95% CI: 1.0, 2.3]), but not cord, blood (RR: 0.97 [95% CI: 0.63, 1.50]). However, when stratifying by smoking status, an association larger in magnitude was observed in smoking mothers (RR: 1.7 [95% CI: 0.95, 3.1]) than in nonsmokers (RR: 1.4

[95% CI: 0.80, 2.5]), but 95% confidence intervals crossed the null for both. Additionally, the association between $PM_{2.5}$ and micronuclei frequency was found to be increased among women with a lower intake of vitamin C during pregnancy (i.e., <85 ng/day).

##### 10.2.2.3.3 Summary

In summary, there is some support for a relationship between exposure to $PM_{2.5}$ and cytogenetic effects. Toxicological studies demonstrate chromosomal abnormalities and micronuclei formation after exposure to $PM_{2.5}$ in in vitro systems and suggest that production of ROS may contribute to the damage (Oh et al., 2011). Epidemiologic studies provide weaker evidence of cytogenetic effects in association with exposure to $PM_{2.5}$; however, there is initial evidence that micronuclei frequency may be correlated with the intake of an antioxidant nutrient (O'Callaghan-Gordo et al., 2015).

#### 10.2.2.4 Other Markers

##### 10.2.2.4.1 Toxicological Studies

Studies have also evaluated several other molecular and cellular endpoints relevant to carcinogenesis. Many of these studies describe events important to the DNA damage response and gene expression that may be relevant to cancer initiation and progression. Expression of genes that participate in PAH biotransformation have been commonly measured in new studies and include *AhR*, *AhRR*, *ARNT*, *CYP1A1*, and *CYP1B1* (Yoshizaki et al., 2016; Borgie et al., 2015b; Gualtieri et al., 2011; Oh et al., 2011). Biotransformation may result in the production of PAH metabolites capable of reacting with DNA to form DNA adducts. When DNA repair is absent or ineffective, DNA adducts may be processed by the cell into mutations.

Borgie et al. (2015b) compared the effects of exposure to intact ambient $PM_{2.5}$ with aerodynamic diameters between 0.3 and 2.5 µm (described as $PM_{2.5-0.3}$) collected from an urban site in Beirut, Lebanon to that collected from a rural site in Byblos, Lebanon 35 km away. The authors measured *AhR*, *ARNT*, *AhRR*, *CYP1A1*, and *CYP1B1* gene expression in cultured BEAS-2B cells. A general pattern was observed for measurements of *CYP1A1* and *AhRR* expression. Specifically, after exposure to $PM_{2.5}$ collected from the urban location, increases in expression were observed compared with controls after exposure to both low and high concentrations (3 and 12 µg/cm$^2$). In contrast, $PM_{2.5}$ collected from the rural location resulted in an increase compared with control for the high concentration exposure (12 µg/cm$^2$) only ($p < 0.05$), indicating that the $PM_{2.5}$ collected from the urban location may possess greater potency than that collected from the rural location. Some increases were also observed for *CYP1B1* expression, whereas results were generally negative for *AhR* and *ARNT* expression. The finding of increased *CYP1A1* expression was confirmed by Oh et al. (2011), discussed above. They estimated

CYP1A1 activity using the ethoxyresorufin-O-deethylase (EROD) assay and reported an increase compared with controls in the total extract as well as the aromatic fraction ($p < 0.01$). Gualtieri et al. (2011) also measured gene expression. Like both Borgie et al. (2015b) and Oh et al. (2011), they too noted an increase in *CYP1A1* ($p < 0.0001$), *CYP1B1* (*p*-value not provided), and *AhRR* (*p*-value not provided) expression. *AhR* (*p*-value not provided) and *ARNT* (*p*-value not provided) expression decreased after exposure of BEAS-2B cells to $PM_{2.5}$. Dumax-Vorzet et al. (2015) also measured *CYP1A1* expression; however, the authors did not observe evidence of an increase in *CYP1A1* mRNA after exposure to DEP particle suspension. Because the authors did observe an increase in ROS in the same study, they concluded that CYP1A1 activity was not the source of the increased ROS.

mRNA expression of some of the same genes detailed in the previous paragraph were measured in an animal study by Yoshizaki et al. (2016). In this study, mRNA from the nasal epithelium was quantified for *AhR*, *CYP1A1*, *CYP1A2*, *CYP1B1*, *Erβ-1*, and *Erβ-2* in male and female BALB/c mice exposed to $PM_{2.5}$ CAPs in São Paulo, Brazil. After exposure, only two changes were reported: *CYP1B1* mRNA expression was increased in exposed female ($p = 0.01$), but not male mice compared with animals exposed to ambient air, and *Erβ-2* mRNA expression was decreased in exposed female ($p = 0.007$), but not male mice compared with animals exposed to ambient air. There was no increase in mRNA for the other four genes evaluated in male or female mice. The authors also measured AhR- and Erβ-positive nuclei by immunohistochemistry in the nasal epithelium. They observed an increase in the percent of AhR-positive nuclei in $PM_{2.5}$-exposed female ($p = 0.044$) but not male mice compared with controls, and a decrease in the percent of Erβ-positive nuclei in female, but not male mice compared with mice exposed to ambient air.

In addition, one study evaluated the effect of $PM_{2.5}$ exposure on telomerase. Telomerase is a protein that adds telomere repeat sequences to the ends of chromosomes. This is one way in which cells avoid senescence and arrested cell division. Telomerase can play a role in cancer development by conferring cellular immortality. Borgie et al. (2015b) reported increased telomerase activity in cultured BEAS-2B cells exposed to $PM_{2.5}$.

#### 10.2.2.4.2 Controlled Human Exposure Studies

Hemmingsen et al. (2015) reported negative findings for mRNA expression of *CCL2*, *IL8*, *TNF*, *HMOX1*, and *OGG1* in a controlled, cross-over, repeated-measures human exposure study carried out in central Copenhagen, Denmark. In this study, overweight, older adults were exposed in chambers with and without high efficiency particulate absorption filters. Peripheral blood mononuclear cells collected immediately before and after the exposure were negative for change from controls for several endpoints evaluated.

#### 10.2.2.4.3 Epidemiologic Studies

In addition to examining specific changes in the genome that could lead to cancer, an additional study focused on whether $PM_{2.5}$ exposure resulted in differential expression of genes related to a specific health outcome, such as cancer (Chu et al., 2016). Within the TrIPS study, a panel of 63 nonsmoking white men were selected for examining the relationship between gene expression and long-term traffic-related pollution exposure (i.e., $PM_{2.5}$, EC, and OC). Long-term $PM_{2.5}$ exposure was defined as the exposure during the first and last work shift within a week. To focus the analysis on a collection of genes that may influence a health outcome, the authors applied Gene Set Enrichment Analysis (GSEA) to examine gene-specific networks. The GSEA analysis identified 44 genes that were previously related to various cellular and biological processes. Chu et al. (2016) then used GeneMANIA network analysis to examine the interrelationship among this core set of 44 genes. The authors found evidence that long-term exposure to traffic-related pollutants, including $PM_{2.5}$, increased the expression of five genes (*ACP1*, *HSP90AA1*, *LEF1*, *MLH1*, and *RBM5*) that are common in cancer pathogenesis.

#### 10.2.2.4.4 Summary

Studies in cultured cells in vitro and in an animal model have demonstrated the upregulation of genes involved in PAH biotransformation following exposure to suspended $PM_{2.5}$ or $PM_{2.5}$ extracts. These results indicate that $PM_{2.5}$ contains electrophilic species, one of the identified characteristics of a carcinogen (Smith et al., 2016). $PM_{2.5}$ exposure also increased telomerase activity in vitro. This result indicates that $PM_{2.5}$ may promote cellular immortalization, another of the characteristics of a carcinogen. Epidemiologic studies link exposure to $PM_{2.5}$ with the upregulation of several genes that may be involved in cancer pathogenesis.

### 10.2.2.5 Summary of Genotoxicity

Studies published since the completion of the 2009 PM ISA (U.S. EPA, 2009) provide a broader evaluation of the relationship between $PM_{2.5}$ exposure and mutagenicity, DNA damage, cytogenetic effects, and other markers of genotoxicity. Positive results in the *Salmonella* assay demonstrate the presence of species capable of inducing mutations as a result of direct interaction with DNA, as well as those that require metabolic activation. Because the most widely accepted theory of cancer etiology is the accumulation of mutations in critical genes, the presence of mutagens within $PM_{2.5}$ and the mutagenicity of organic extracts of $PM_{2.5}$ provide biological plausibility for observations made in epidemiologic studies. Further, results can suggest the presence of certain species such as nitro-polycyclic aromatic compounds (nitro-PAHs). The *Salmonella* assay, however, does not capture the complex biological in vivo activity of human cells, tissues, and other processes or systems of increasing biological organization. Therefore, although exposure to mutagens present in $PM_{2.5}$ clearly could result in the

introduction of mutations that could lead to initiated cells in vivo, strictly interpreted, the results from *Salmonella* only provide evidence for the presence of species capable of inducing mutagenesis. Thus, it is also necessary to consider results from in vitro assays that use mammalian cell lines and in vivo animal studies to completely characterize the effects of PM exposure in humans.

Toxicological studies conducted in mammalian cell lines demonstrated damage to DNA bases, DNA strand breaks, oxidative stress, micronuclei formation, and chromosomal aberrations in response to $PM_{2.5}$ exposure. Upregulation of enzymes involved in antioxidant defense or biotransformation was also found. Dampening oxidative stress using inhibitors decreased DNA damage and micronuclei formation, supporting a role for oxidative stress in mediating genotoxicity (Oh et al., 2011). Although limited in number, some in vivo studies also examined DNA damage following $PM_{2.5}$ exposure. One study, using $PM_{2.5}$ CAPs collected in Chicago, found evidence of oxidative DNA damage in lung tissue (Soberanes et al., 2012). Controlled human exposure studies, including a study using $PM_{2.5}$ CAPs, also demonstrated oxidative DNA damage. A limitation of the collective body of in vitro evidence is that $PM_{2.5}$ was mainly collected overseas in locations with high pollution levels. A limitation of the in vivo evidence is that there are only a few studies. However, one of these found both evidence of oxidative DNA damage and methylation of the promotor region of a tumor suppressor gene in the lung (see also Section 10.2.3.1).

Epidemiologic studies examined a variety of biomarkers and collectively did not provide clear evidence of a relationship between any specific marker and $PM_{2.5}$ exposure. Although there was some evidence indicating a larger percentage of B[a]P-like DNA adducts in people exposed to higher $PM_{2.5}$ concentrations (Li et al., 2014; Rossner et al., 2013b), clear associations between $PM_{2.5}$ and various cytogenetic parameters were not observed in recent studies in the Czech Republic (Rossner et al., 2013b; Rossner et al., 2011). Only one study examined the association between $PM_{2.5}$ and micronuclei frequency in maternal blood and reported evidence of increased micronuclei frequency, specifically in women with low intake of vitamin C during pregnancy (O'Callaghan-Gordo et al., 2015). Those studies that examined DNA damage, by focusing on tail DNA, reported weak positive associations between personal $PM_{2.5}$ concentrations and percentage of tail DNA (Chu et al., 2015; Ma et al., 2015). Additionally, there is preliminary evidence that long-term $PM_{2.5}$ exposure may result in the differential expression of genes linked with cancer pathogenesis.

### 10.2.3 Epigenetic Effects

Epigenetic mechanisms regulate the transcription of genes without altering the nucleotide sequence of DNA. These mechanisms, which generally involve DNA methylation, histone modifications, chromatin remodeling, and changes in noncoding mRNA and nuclear organization, may lead to alterations that are heritable or have long-term consequences (Keverne and Curley, 2008; Jones and Baylin, 2007). DNA methylation and histone modifications, which include methylation, acetylation, phosphorylation, ubiquitylation, and sumoylation, are known to be linked (Hitchler and Domann, 2007;

Jones and Baylin, 2007). Numerous studies have identified epigenetic processes in the control of cancer (Foley et al., 2009; Gopalakrishnan et al., 2008; Jones and Baylin, 2007; Valinluck et al., 2004), embryonic development (Foley et al., 2009; Gopalakrishnan et al., 2008; Keverne and Curley, 2008), and inflammation and other immune system functions (Adcock et al., 2007).

Epigenetic modifications resulting in decreased expression of tumor suppressor genes and increased expression of transforming genes have been observed in human tumors (Valinluck et al., 2004). In general, transcription repression is associated with DNA methylation in promoter regions of genes. Cytosine methylation in CpG dinucleotides has emerged as an important, heritable epigenetic modification that can result in chromatin remodeling and decreased gene expression. Global changes in DNA methylation are also seen in cancer and hypomethylation is associated with genomic instability (Gopalakrishnan et al., 2008).

Growing evidence demonstrates the epigenetic effects of PM exposure, which is associated primarily with alterations in DNA methylation. In the 2009 PM ISA, there were a small number of epidemiologic studies that examined epigenetic effects, specifically methylation. DNA methylation is an epigenetic mechanism that regulates the proper expression of genetic information in a tissue-, cell-, and sex-dependent manner and controls the expression of tumor promotor and suppressor genes and of repetitive elements. Repetitive elements constitute up to 2/3 of mammalian genomes and are heavily methylated to prevent their aberrant transcription. Thus, repetitive element methylation levels have been used as surrogate biomarkers of global DNA methylation, which is linked to genomic instability and thus may contribute to the accumulation of mutations. A large subset of studies has evaluated the effect of PM exposure on this marker. In particular, research has focused on retrotransposons long interspersed nuclear element-1 (LINE-1) and Alu (SINE in mouse) and satellite DNA. Studies evaluated in the 2009 PM ISA found inconsistent evidence of an association between PM exposure and methylation of Alu and LINE-1 sequences, two sequences linked previously with global genomic DNA methylation. Recent epidemiologic studies further evaluated DNA methylation and have provided evidence for both hyper- and hypomethylation in response to $PM_{2.5}$ exposure. Both DNA hyper- and hypomethylation have been observed in malignant cells. Recent animal toxicological studies investigated epigenetic effects resulting from $PM_{2.5}$ exposure and have provided evidence for methylation of a tumor promotor gene and alteration in noncoding mRNA.

#### 10.2.3.1 Methylation of Promoters of Tumor Suppressor Genes

Evidence that exposure to $PM_{2.5}$ results in the methylation of promoters of tumor suppressor genes is provided by animal toxicological studies. Soberanes et al. (2012) measured molecular markers that have been associated with an increased risk of cancer in a high-risk smoking cohort. Using male C57BL/6 mice, the authors reported increased promoter methylation of *p16* (*CDNK2A*), a tumor suppressor, and of matrix metalloproteinase-2 (*MMP-2*) compared with controls ($p < 0.001$) in whole

lung genomic DNA following inhalational exposure to $PM_{2.5}$ CAPs in Chicago, IL. Promoter methylation of these two genes has been linked to an increased risk for developing lung cancer. The authors also reported an increase in DNA methyltransferase 1 (*DNMT1*) mRNA and protein ($p < 0.01$), but not *DNMT3a* or *DNMT3b* expression. Finally, they also noted an increase in 8-oxoG positive nuclei in lung tissue ($p < 0.01$), supporting the presence of ROS following $PM_{2.5}$ exposure. Alveolar epithelial cells exposed to the same $PM_{2.5}$ CAPs exhibited increased *DNMT1* transcription and methylation of the *p16* and the *MMP-2* promoters; these effects were inhibited by treatment with an antioxidant targeted to mitochondria and by an inhibitor of JNK.

Another study using Wistar rats measured changes in *p16CDNK2A* (*CDNK2A*) and *APC* promoter methylation following $PM_{2.5}$ exposures of 4 hours to 28 days (Ding et al., 2016). Animals were exposed to ambient air at three sites in Zhejiang, China. Exposed rats were housed in cages roadside of a traffic tunnel and busy intersection; control rats were housed in cages at a university greenspace 0.5 mile from the nearest road. Although the authors made separate measurements for spring and autumn seasons, the DNA methylation was not different between the seasons, so seasonal data were analyzed together. The authors reported β-values and 95% confidence intervals for methylation of *p16CDNK2A* and *APC* promoters in peripheral blood and lung tissue after exposures of 4 hours and 7 days. They did not observe an association between $PM_{2.5}$ mass over exposures of these durations and *p16CDNK2A* promoter methylation in blood or lung tissue. An association was calculated for *APC* promoter methylation for only the 7-day exposure in lung tissue (0.009 [0.001, 0.019], $p = 0.046$). The study also reported associations after 14−28 days of exposure and noted a positive exposure between $PM_{2.5}$ mass and *p16CDNK2A* promoter methylation in blood (0.037 [0.017, 0.057], $p = 0.001$) and lung tissue (0.011 [0.003, 0.019], $p = 0.011$), as well as *APC* promoter methylation in lung tissue (0.008 [0.002, 0.015], $p = 0.046$). The authors noted that methylation changes generally returned to levels comparable to controls after the longer 28-day exposures. The appreciable difference in environment between the exposure sites and plausible introduction of other stressors into the environment of the experimental animals increases the uncertainty in the reported results.

### 10.2.3.2 Methylation of Repetitive Line Elements

#### 10.2.3.2.1 Toxicological Studies

In the experimental animal study discussed above using Wistar rats, Ding et al. (2016) also characterized global epigenetic changes represented by LINE-1 and Alu methylation after exposure to $PM_{2.5}$. Animals were exposed to low, medium, and high levels of traffic-related air pollution in Zhejiang, China. The authors reported β-values and 95% confidence intervals for methylation of LINE-1 in peripheral blood and lung tissue. They observed associations with 4-hour $PM_{2.5}$ exposure and decreased LINE-1 methylation in blood (−0.027 [−0.041, −0.013], $p = 0.003$) and lung (−0.041 [−0.049, −0.032],

$p < 0.001$) tissues as well as with exposure for 7 days (blood: −0.064 [−0.104, −0.023], $p = 0.003$; lung: −0.033 [−0.058, −0.008], $p = 0.012$). After 14 and 28 days, decreased LINE−1 methylation was associated with $PM_{2.5}$ exposure in the lung (−0.015 [−0.028, −0.002], $p = 0.024$). No associations were observed with Alu methylation. The authors did note that methylation changes generally returned to levels comparable to controls after the longer 28-day exposures.

Montrose et al. (2015) also investigated global DNA methylation in peripheral blood in a study of sled dogs residing in kennels in and near Fairbanks, AK. During Alaskan winters, severe temperature inversions cause elevated $PM_{2.5}$ concentrations in Fairbanks. Sled dogs housed at three kennels were selected to participate. Average $PM_{2.5}$ mass was 90 μg/m$^3$ at Kennel A, 48 μg/m$^3$ at Kennel B, and 16 μg/m$^3$ at Kennel C. The authors did not identify any differences in the levels of global DNA methylation or percentage of methylated cytosine bases between the dogs from three kennels, and thus did not find an association between $PM_{2.5}$ mass and global DNA methylation.

Epigenetic effects following PM exposure have also been investigated using in vitro methods. Miousse et al. (2015) measured epigenetic changes at repetitive sequences and changes in methyltransferase gene expression in cultured murine macrophages (RAW264.7) after exposure to aqueous extracts of PM (number median aerodynamic diameter of 0.42 μm) collected from the lowest level of a multilevel underground parking deck at the University of Arkansas in Little Rock. Measurements of *DNMT1* and *DNMT3b* mRNA transcripts following PM extract (50 μg/mL) exposure revealed a decrease after 24 hours compared with control ($p < 0.05$ and $p < 0.001$, respectively). No change was observed in the amount of *DNMT3a* mRNA measured at 24 hours, however, an increase was noted at 72 hours ($p < 0.001$). When the authors measured methyltransferase enzymatic activity, however, no change was observed after exposure to PM extracts. Several repetitive elements were studied to identify their methylation status and expression level after PM extract exposure. Weak hypomethylation of SINE B1/B2 was observed at the 24-hour time point control ($p < 0.01$ and $p < 0.05$, respectively). After 72 hours, methylation levels of SINE B1 returned to control levels; however, SINE B2 remained weakly hypomethylated ($p < 0.05$). Analysis of SINE B1/B2 expression did not reveal any differences between exposed and control cells at either time point. No change in methylation or expression of L1, the other transposable element evaluated, was observed.

In the same report, Miousse et al. (2015) also measured the change in methylation of major and minor satellites after 24 and 72 hours of exposure to aqueous extracts of PM. Only one change from the controls was observed: hypomethylation of the major satellites after 72 hours of exposure to 50 μg/mL PM extract. The authors also measured the corresponding mRNA levels. No change in expression of either the major or minor satellites at either time point was observed.

#### 10.2.3.2.2 Epidemiologic Studies

Recent epidemiologic studies have expanded upon the examination of the relationship between $PM_{2.5}$ exposure and DNA methylation. These studies include an examination of the methylation of specific parts of the genome that may play an important role in carcinogenesis, as well as an overall assessment of DNA methylation. Study characteristics, including $PM_{2.5}$ concentrations, study population, and approach to assigning $PM_{2.5}$ exposure, are detailed in Table 10-3.

**Table 10-3 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined DNA methylation.**

| Study Years | Location Population | Endpoints | Mean Concentration µg/m³ | Exposure assessment |
|---|---|---|---|---|
| †De Prins et al. (2013) (2010) | Flanders, Belgium (48 nonsmoking adults) | %5mdC | All-year: 17.1<br>Winter: 26.9<br>Summer: 15.2 | Ambient concentration interpolated to 4-km grid cell by the RIO model as detailed in Janssen et al. (2008) and assigned to residential address |
| †Madrigano et al. (2011) (1999−2007) | Boston, MA (706 men, NAS) | %5mC of LINE-1 and Alu | 28-day: 10.3<br>45-day: 10.3<br>60-day: 10.3<br>90-day: 10.4<br>180-day: 10.5 | Ambient concentrations from one monitor |
| †Panni et al. (2016) (KORA F3: 2004−2005; KORA F4: 2006−2008; NAS: 1999−2007) | Germany (KORA F3: 500; KORA F4: 1,799; NAS: 657 white men) | % methylation for every CpG site | KORA F3: 20.0<br>KORA F4: 14.2<br>NAS: 10.6 | Ambient concentrations from one monitor for each cohort |
| †Guo et al. (2014) (June−July 2008) | Beijing, China (Beijing Truck Driver Air Pollution Study, 60 truck drivers, 60 office workers) | %5mC of SATα, NBL2, and D4Z4 | Truck drivers: 126.8<br>Office workers: 94.6 | Average personal $PM_{2.5}$ on examination days using gravimetric samplers during 8 h of work |
| †Sanchez-Guerra et al. (2015) (June−July 2008) | Beijing, China (Beijing Truck Driver Air Pollution Study, 60 truck drivers, 60 office workers) | %5mC; %5hmC | Truck drivers: 126.8<br>Office workers: 94.6 | Average personal $PM_{2.5}$ on examination days using gravimetric samplers during 8 h of work |

**Table 10-3 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent studies that examined DNA methylation.**

| Study Years | Location Population | Endpoints | Mean Concentration µg/m³ | Exposure assessment |
|---|---|---|---|---|
| †Janssen et al. (2013) (2009−2012) | Limburg Province, Belgium (ENVIRONAGE; 240 mother-child pairs) | %5mdC | 1−5 days: 16.9<br>6−12 days: 16.9<br>6−21 days: 16.7<br>22−28 days: 17.3<br>1st trimester: 16.7<br>2nd trimester: 17.4<br>3rd trimester: 18.2<br>Entire pregnancy: 17.4 | Combination of kriging using land cover data from satellites and monitoring data at 4-km grid cells to estimate $PM_{2.5}$ at residential address as detailed in Janssen et al. (2008); temporal $R^2$ > 0.80, spatial $R^2$ > 0.80 |

%5hMC = percent of 5-hydroxymethylcytosine; %5mC = percent of 5-methylcytosine cytosine; %5mdC = percent of 5-methyl-2′-deoxycytidine; Alu = short interspersed nucleotide element Alu; CpG = cytosine-guanine dinucleotide; DNA = deoxyribonucleic acid; ENVIRONAGE = ENVIRonmental influence ON early AGEing; km = kilometer; KORA = Cooperative health research in the Region of Augsburg; LINE-1 = long interspersed nucleotide element-1; µg/m³ = microgram per cubic meter; NAS = Normative Aging Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $R^2$ = coefficient of determination; RIO = residual interpolation optimized model.

†Studies published since the 2009 PM ISA.

Those studies that examined overall global methylation provide an assessment as to whether exposure to $PM_{2.5}$ can result in either hyper- or hypomethylation of DNA. De Prins et al. (2013) in a study conducted in Flanders, Belgium examined global DNA methylation (percentage 5-methyl-2′-deoxycytidine, %5 mdC) in 48 nonsmoking adults. The authors examined methylation at two time periods, once in the summer and once in the winter, and whether any changes in methylation were associated with cumulative $PM_{2.5}$ exposures that were either short or long in duration (i.e., <1 week or up to a few months). In analyses combining the two sampling periods, De Prins et al. (2013) reported evidence indicating a reduction in overall DNA methylation across the lags examined with the magnitude of the reduction increasing over time, with the most pronounced reductions occurring at a 30-day lag (Estimated change in %5mdC: −0.14 [95% CI: −0.28, 0.00] for an IQR increase in $PM_{2.5}$ concentrations of 14.2 µg/m³) and 60-day lag (Estimated change in %5mdC: −0.18 [95% CI: −0.37, 0.01] for an IQR increase in $PM_{2.5}$ concentrations of 11.4 µg/m³). In seasonal analyses, there was also evidence of a reduction in methylation, but mostly in the summer and at shorter lags (i.e., 2-day and 3-day). In a subsequent genome-wide meta-analysis of DNA methylation in the Normative Aging Study (NAS) as well as the German KORA F3 and F4 studies, associations between $PM_{2.5}$ (trailing 2-day avg), $PM_{2.5}$ (trailing 7-day avg), and $PM_{2.5}$ (trailing 28-day avg) was found to result in 1, 1, and 10 CpG sites that had changes in methylation, respectively (Panni et al., 2016). At the 10 CpG sites identified using 28-day avg $PM_{2.5}$ exposure, 7 sites had higher methylation and 3 lower methylation. In a sensitivity analysis, the authors reported associations with $PM_{2.5}$ (trailing 28-day avg) that were generally similar after adjusting for annual average $PM_{2.5}$ (trailing 1-year avg). Although De Prins et al. (2013) and Panni et al. (2016) examined global DNA methylation across the entire genome, Madrigano et al. (2011) examined global methylation by focusing on specific portions of the genome (i.e., the LINE-1 and Alu repetitive elements). Within the NAS cohort, the authors examined multiple exposure time windows: 28, 45, 60, 90,

and 180 days prior to biological sampling. For analyses focusing on $PM_{2.5}$ exposure, Madrigano et al. (2011) reported some evidence of a small decrease in methylation at 45 and 60 days for only LINE-1, but the 95% confidence intervals were large.

Additional studies that examined DNA methylation at specific sites of the genome relied on an assessment of $PM_{2.5}$ exposure using personal monitors. Guo et al. (2014) examined associations between personal $PM_{2.5}$ concentrations and blood DNA methylation (percentage 5-methylcytosine [%5mC]) of the tandem repeats SATα, NBL2, and D4Z4 in 60 office workers and 60 truck drivers within the Beijing Truck Driver Air Pollution Study. Biological samples from participants were provided twice, 1−2 weeks apart. The authors reported an inverse association between $PM_{2.5}$ concentrations and SATα methylation ($\beta = -1.35$, SE = 0.54) in office workers and truck drivers combined, with the association stronger in truck drivers ($\beta = -2.34$, SE = 0.94). There was also evidence of an inverse association between $PM_{2.5}$ concentrations and NBL2 methylation, but only in truck drivers ($\beta = -0.88$, SE = 0.84). These results indicate that higher exposures to $PM_{2.5}$ may result in the differential methylation of some parts of the genome. Sanchez-Guerra et al. (2015) also examined the Beijing Truck Driver Air Pollution Study cohort to examine methylation of both 5mC and 5-hydroxymethylcytosine (5hmC). Most DNA methylation studies focus on 5mC because it is often considered a marker of suppressed gene expression; however, 5mC is oxidized to 5hmC which is a potential marker of gene expression (Sanchez-Guerra et al., 2015). The authors examined whether PM exposure increases the oxidation of 5mC to 5hmC and subsequently increases blood levels of 5hmC. Using the same personal $PM_{2.5}$ measurements as the Beijing Truck Driver Air Pollution studies described previously, the authors did not report any evidence of an increase in 5hmC in response to $PM_{2.5}$ exposure.

Although the previous studies evaluated focused on DNA methylation in adults, a study conducted in Belgium examined the relationship between maternal $PM_{2.5}$ exposure and placental DNA methylation. Janssen et al. (2013) within the ENVIRONAGE cohort, examined the association between global DNA methylation and $PM_{2.5}$ exposure during each trimester of gestation and the entire pregnancy. The authors reported evidence of an overall reduction in placental DNA methylation by 2.2% (95% CI: −3.7, −0.73) when examining $PM_{2.5}$ exposures over the entire pregnancy. Analyses of individual trimesters, as well as a model that simultaneously included each trimester, provide evidence of the greatest reduction in methylation occurring in the 1st trimester, −2.4 and −2.1%, respectively.

#### 10.2.3.3 Noncoding Microribonucleic Acids (miRNAs)

In addition to DNA methylation, interest in how environmental exposures affect miRNA expression has also increased since the 2009 PM ISA. miRNAs are small, evolutionary conserved, noncoding RNAs involved in the regulation of gene expression. Recently, animal toxicological studies have reported that exposure to various environmental stressors, including PM, can lead to alterations in miRNA expression and subsequent alterations in the expression of genetic information.

Borgie et al. (2015b) compared the effects of exposure to intact ambient $PM_{2.5}$ with aerodynamic diameters between 0.3 and 2.5 µm (described as $PM_{2.5-0.3}$) collected from an urban site in Beirut, Lebanon to that collected from a rural site in Byblos, Lebanon, 35 km away. The authors measured *miR-21*, *miR-26b*, and *miR-27a* expression in cultured BEAS-2B cells. After exposure to PM collected from the urban location, *miR-21* expression was increased compared with controls after exposure to both low and high concentrations (3 and 12 µg/cm$^2$). In contrast, PM collected from the rural location resulted in an increase compared with control for the high-concentration exposure (12 µg/cm$^2$) only ($p < 0.05$), indicating that the $PM_{2.5}$ collected from the urban location may possess greater potency than that collected from the rural location.

#### 10.2.3.4 Summary of Epigenetic Effects

Studies published since the completion of the 2009 PM ISA provide a broader evaluation of the relationship between $PM_{2.5}$ exposure and epigenetic effects. An animal toxicological study involving inhalation of $PM_{2.5}$ CAPs (Chicago) found promoter methylation of the tumor suppressor gene *p16* and upregulation of methylation enzymes in lung tissue (Soberanes et al., 2012). An in vitro experiment in the same study found similar results, as well as evidence for oxidative stress contributing to the effects. Other evidence from animal toxicological studies includes methylation of *p16* and the repetitive line element LINE-1 in blood and lung tissue in association with $PM_{2.5}$ concentrations in a field study conducted in China (Ding et al., 2016) and upregulation of noncoding mRNA in an in vitro study involving $PM_{2.5}$ collected in Lebanon (Borgie et al., 2015b).

Recent epidemiologic studies of ambient and personal $PM_{2.5}$ concentrations generally reported some evidence of a change in DNA methylation. In studies examining both global methylation as well as methylation of specific genomic sites (i.e., CpG sites, LINE-1, Alu, SATα, and NBL2), there was evidence indicating hypomethylation in response to $PM_{2.5}$ exposure (Panni et al., 2016; Guo et al., 2014; De Prins et al., 2013; Madrigano et al., 2011). However, there was also evidence of hypermethylation in some instances (Panni et al., 2016). A recent study in a cohort of mother-child pairs in Belgium also noted associations with $PM_{2.5}$ concentrations and changes in global DNA methylation (Janssen et al., 2013). Collectively, studies of $PM_{2.5}$ exposure and DNA methylation provide some evidence of epigenetic effects, but the broad number of biomarkers and measures of DNA methylation examined complicate the overall interpretation of results across studies.

### 10.2.4 Carcinogenic Potential

In the 2009 PM ISA (U.S. EPA, 2009), there were a small number of in vivo toxicological studies that examined carcinogenic potential. No evidence of increased tumor formation was found after chronic inhalation of diesel exhaust (Reed et al., 2004) or hardwood smoke (Reed et al., 2006) in a cancer-prone

mouse model. However, urban air in Brazil enhanced the formation of tumors in mice that were pretreated with urethane to initiate tumor formation [i.e., a model of tumor promotion; Cury et al. (2000) and Reymao et al. (1997)]. Because these in vivo studies evaluated effects of exposure to mixtures of PM and gases, they do not directly inform the current ISA, which identifies the hazard for effects after exposures to only the PM component of complex mixtures. Studies published since the 2009 PM ISA include an in vivo study of tumor promotion and an in vitro study of cell invasion, which is an indicator of metastasis.

Cangerana Pereira et al. (2011) exposed female Swiss mice to ambient $PM_{2.5}$ in downtown São Paulo, Brazil, 20 m from the roadside. Some animals were pretreated with the tumor initiator urethane, while others received saline. Exposed animals were housed in exposure chambers fitted with a filter designed to trap large particles but not $PM_{2.5}$. Control group animals were housed in exposure chambers fitted with a series of three filters designed to trap all ambient particles. After 60 days of exposure to 4.54 $\mu g/m^3$ and 17.66 $\mu g/m^3$ $PM_{2.5}$ in the filtered and nonfiltered chambers respectively, the authors counted the number of urethane-induced nodules (classified as adenomas) present at the pleural surface. The number of nodules observed in urethane-pretreated mice exposed to $PM_{2.5}$ was $4.0 \pm 3.0$; the number of nodules observed in the urethane-pretreated control group was $2.0 \pm 2.0$ ($p = 0.02$). Of animals treated with saline rather than urethane, neither those exposed to $PM_{2.5}$ nor those exposed to filtered air developed tumors. The results of this study, together with previously published observations that investigated the effect of air pollution on urethane-exposed mice (Cury et al., 2000; Reymao et al., 1997), demonstrate that ambient PM may have a promoting effect in lung carcinogenesis. The mechanism by which exposure to $PM_{2.5}$ enhanced tumorigenesis in this study was not explored; however, activation of inflammatory pathways, suppression of DNA repair, and an enhancement of DNA replication errors are all possibilities.

Yue et al. (2015) collected $PM_{2.5}$ over spring, summer, autumn, and winter from a peri-urban residential area of Taiyuan, China. Using A549 cells and $PM_{2.5}$ suspensions in a cell invasion assay, the authors reported that cell invasion was greatest after exposure to $PM_{2.5}$ collected in the winter (*p*-values not provided). The concentrations of 18 PM-bound PAHs were also measured. The authors reported that the amounts of PAHs measured for each season roughly corresponded to the extent to which cell invasion was observed for the same season, that is, the amount of PM-bound PAH was greatest for that collected in the winter season, and the number of invading cells was greatest after exposure to PM collected during the winter season as well. When the authors repeated the experiment with a range of winter $PM_{2.5}$ suspension concentrations, the increase in invasive cells compared with controls was observed at the highest doses only (3 µg/mL: $p < 0.05$; 10 µg/mL: $p < 0.01$). The authors also measured changes in mRNA of genes important to the suppression and promotion of cell migration and invasion and noted a decrease in *E-cad* and *TIMP-2* and an increase in *Fib* and *MMP-2*. Lastly, the authors also demonstrated the generation of ROS after exposure to the winter $PM_{2.5}$ with the DCFH-DA assay and demonstrated attenuation of cell migration in the presence of the antioxidant *N*-acetyl-L-cysteine, providing support for the contribution of ROS to additional events relevant to carcinogenesis.

In summary, although neither of the toxicological studies involving $PM_{2.5}$ exposure provides direct evidence of carcinogenesis, both demonstrated increased carcinogenic potential. Chronic inhalation of $PM_{2.5}$ CAPs collected in Brazil resulted in tumor promotion in an animal model. Furthermore, exposure to $PM_{2.5}$ in vitro increased cell invasion, a measure of metastatic potential, which correlated with PAH content. This effect was blocked by treatment with an antioxidant, suggesting a role for oxidative stress in mediating cell invasion. Epidemiologic studies provide initial evidence that exposure to long-term $PM_{2.5}$ concentrations may contribute to reduced cancer survival (see Section 10.2.5.3). This reduced survival could be due to an enhancement of tumor progression, metastasis/tissue invasion, or some other mechanism.

### 10.2.5 Cancer Incidence, Mortality, and Survival

At the completion of the 2009 PM ISA, epidemiologic studies that examined the association between long-term $PM_{2.5}$ exposure and cancer primarily focused on lung cancer mortality, with a more limited number of studies examining lung cancer incidence and other types of cancers. Although these studies tended to support a relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality, the overall body of evidence was rather small and mostly limited to analyses and reanalyses of a few cohorts (i.e., American Cancer Society [ACS], Harvard Six Cities [HSC], Netherlands Cohort Study on Diet and Cancer [NLCS-Air], and Adventist Health and Smog Study [AHSMOG]). Since then, several new cohort studies and meta-analyses, as well as extensions and reanalyses of older cohorts, have examined $PM_{2.5}$ and both lung cancer incidence and mortality along with the potential relationship between long-term $PM_{2.5}$ exposure and cancers in other organs. Additionally, epidemiologic studies have examined the potential impact of $PM_{2.5}$ exposure on the survival of cancer patients. Overall, when evaluating recent epidemiologic studies, the strongest evidence demonstrating an association between long-term $PM_{2.5}$ exposure and cancer comes from studies that examine lung cancer incidence and mortality. This evidence is further supported by studies that examined associations in never smokers.

#### 10.2.5.1 Lung Cancer

Epidemiologic studies that examine the relationship between long-term $PM_{2.5}$ exposure and lung cancer often focus on lung cancer mortality, because the high case-fatality rate of lung cancer causes measures of lung cancer mortality and incidence to be comparable (Hamra et al., 2014). Recent studies of $PM_{2.5}$ and lung cancer have expanded upon the body of evidence for both lung cancer mortality and incidence. The following section focuses on those recent studies that adequately examine the relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence using either modeled or monitored $PM_{2.5}$ concentrations. Many of the studies that examine lung cancer mortality are also evaluated in the long-term $PM_{2.5}$ exposure and mortality section (see Section 11.1.2). As a result, the focus of this section is specifically on issues inherent to the evaluation of the relationship between

long-term $PM_{2.5}$ exposure and lung cancer mortality or incidence. Other studies with identified limitations including, but not limited to, ecological study design, estimation of $PM_{2.5}$ concentrations for entire study duration from concentrations of other pollutants using conversion factors, and inadequate control for potential confounders are not the focus of this section. These studies are available at: https://hero.epa.gov/hero/particulate-matter.

Study characteristics including $PM_{2.5}$ concentrations, study population including number of deaths or cases, and exposure assignment approach for the large cohort studies that focused on national or regional analyses evaluated in the 2009 PM ISA, along with recent cohort studies that examine lung cancer mortality and incidence are detailed in Table 10-4. The results from these studies are highlighted in Figure 10-3, and provide evidence of generally consistent, positive associations across different exposure assignment approaches and study locations. Within the cohorts summarized in Table 10-4 and Figure 10-3, additional analyses were conducted to further examine the associations observed in the main analysis, which comprises the focus of the following sections.

**Table 10-4 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration µg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| **Lung Cancer Mortality** | | | | | |
| *North America* | | | | | |
| McDonnell et al. (2000)[a] | AHSMOG (California) | $PM_{2.5}$: 1973−1977<br>Follow-up: 1977−1992 | Deaths: 13[b]<br>Pop: 1,228[e] | 31.9 | Monthly average concentration for airshed where participant resided |
| Laden et al. (2006)[c,d] | HSC Extension (Six U.S. cities) | $PM_{2.5}$: 1979−1987; 1985−1998[e]<br>Follow-up: 1974−1998 | Deaths: 226<br>Pop: 8,096 | Across sites: 10.2−29.0<br>Overall mean: 16.4 | One centrally located monitoring site in each city |
| Krewski et al. (2009)[c,f] | ACS-CPS II (1979−1983: 58 U.S. MSAs; 1999−2000: 116 U.S. MSAs) | $PM_{2.5}$: 1979−1983/ 1999−2000<br>Follow-up: 1982−2000 | Deaths: NA<br>Pop: 351,338 (1979−1983) 499,968 (1999−2000) | 1979−1983: 21.2<br>1999−2000: 14.0 | Average of all monitoring sites in each MSA |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| †Jerrett et al. (2013) | ACS-CPS II (California) | $PM_{2.5}$: 1998−2002 Follow-up: 1982−2000 | Deaths: 1,481 Pop: 73,711 | 14.1 | LUR at geocoded addresses as detailed in Beckerman et al. (2013a) and van Donkelaar et al. (2010) |
| †Thurston et al. (2013) | ACS-CPS II (100 U.S. MSAs) | $PM_{2.5}$: 2000−2005 Follow-up: 1982−2004 | Deaths: NA Pop: 445,860 | 14.2 | Average of all monitoring sites in each MSA |
| †Turner et al. (2016) | ACS-CPS II | $PM_{2.5}$: 1999−2004 Follow-up: 1982−2004 | Deaths: 16,432 Pop: 669,046 | 12.6 | National-level hybrid LUR and BME interpolation model at geocoded address as detailed in Beckerman et al. (2013b); $R^2$ = 0.79 |
| †Turner et al. (2011) | ACS-CPS II (1979−1983: 61 U.S. MSAs; 1999−2000: 117 U.S. MSAs; 1979−1983/ 1999−2000: 53 U.S. MSAs) | $PM_{2.5}$: (1) 1979−1983; (2) 1999−2000; (3) 1979−1983/ 1999−2000 Follow-up: 1982−2008 | (1) Deaths: 772 Pop: 131,864 (2) Deaths: 1,042 Pop: 177,752 (3) Deaths: 714 Pop: 120,917 | 1979−1983: 21.1 1999−2000: 14.0 1979−1983/ 1999−2000: 17.6 | Average of all monitoring sites in each MSA |
| †Turner et al. (2014) | ACS-CPS II | $PM_{2.5}$: 1999−2004 Follow-up: 1982−1988 | Deaths: 1,921 Pop: 429,406 | 12.6 | National-level hybrid LUR and BME interpolation model at geocoded address as detailed in Beckerman et al. (2013b); $R^2$ = 0.79 |
| †Lipsett et al. (2011) | CTS (California) | $PM_{2.5}$: 1999−2005 Follow-up: 2000−2005 | Deaths: 234 Pop: 73,489 | 15.6 | IDW interpolation; limited to residences within 20 km from neighborhood and urban/regional monitors |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| †Hart et al. (2011) | TrIPS (U.S.) | $PM_{2.5}$: 2000<br>Follow-up: 1985−2000 | Deaths: 800<br>Pop: 53,814 | 14.1 | Annual average concentration in year 2000 from nearest monitoring location to last known residential address |
| †Crouse et al. (2015) | CanCHEC (Canada) | $PM_{2.5}$: 1998−2006<br>Follow-up: 1991−2006 | Deaths: 30,545<br>Pop: 2,521,525 | 8.9 | 10-km grid cells from three satellite instruments to residential postal code as detailed in van Donkelaar et al. (2014) |
| †Weichenthal et al. (2016) | CanCHEC (Ontario, Canada) | $PM_{2.5}$: 1998−2009<br>Follow-up: 1991−2009 | Deaths: 3,200<br>Pop: 193,300 | 9.8 | Mean concentration across all years of $PM_{2.5}$ data from provincial monitoring site within 5 km from residential address |
| †Pinault et al. (2016) | CCHS (Canada) | $PM_{2.5}$: 1998−2012<br>Follow-up: 2000−2011 | Deaths: 2,700<br>Pop: 299,500 | 6.3 | 1-km grid cells from satellite measurements in combination with GEOS-Chem using geographically weighted regression to residential address as detailed in van Donkelaar et al. (2015) |
| †Lepeule et al. (2012) | HSC (U.S.) | $PM_{2.5}$: 1979−2009[g]<br>Follow-up: 1974−2009 | Deaths: 350<br>Pop: 8,096 | Across sites: 11.4−23.6 | One centrally located monitor in each city measured $PM_{2.5}$ from 1979−1988. From 1988−1998, $PM_{2.5}$ estimated from $PM_{10}$ concentrations. From 1999−2009, $PM_{2.5}$ available from U.S. EPA monitors. |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m$^3$ | Exposure Assessment |
|---|---|---|---|---|---|
| †Villeneuve et al. (2015) | CNBSS (Canada) | $PM_{2.5}$: 1998−2006<br>Follow-up: 1980−2005 | Deaths: 1,011<br>Pop: 89,248 | 9.1[h] | 10-km grid cells from three satellite instruments adjusted using GEOS-Chem to residential postal code as detailed in van Donkelaar et al. (2010) and van Donkelaar et al. (2014) |
| *Europe* | | | | | |
| Naess et al. (2007)[c] | Oslo Cohort (Oslo, Norway) | $PM_{2.5}$: 1992−1995<br>Follow-up: 1992−1998 | Deaths: 1,453<br>Pop: 143,842 | 15.0 | AirQUIS dispersion model |
| Brunekreef et al. (2009)[i] originally detailed in Beelen et al. (2008b) | NLCS-Air (Netherlands) | $PM_{2.5}$: 1987−1996<br>Follow-up: 1987−1996 | Full cohort Deaths: 1,670<br>Case-Cohort deaths: 1,059<br>Pop: 117,528 | 28.2 | Combination of IDW interpolation and LUR as detailed in Beelen et al. (2007) |
| †Carey et al. (2013) | National English (U.K.) | $PM_{2.5}$: 2002<br>Follow-up: 2003−2007 | Deaths: 5,273<br>Pop: 830,842 | 12.9 | 1-km grid cells from air dispersion model based on estimation of emissions by sector; 1-km grid centroid linked to nearest residential postcode centroid as detailed in Atkinson et al. (2013); $R^2$ = 0.23−0.71 |
| †Cesaroni et al. (2013) | RoLS (Rome, Italy) | $PM_{2.5}$: 2005<br>Follow-up: 2001−2010 | Deaths: 12,208<br>Pop: 1,256,058 | 23.0 | 1-km grid Eulerian dispersion model to each residential address as detailed in Gariazzo et al. (2007) and Gariazzo et al. (2011) |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| *Asia* | | | | | |
| †Wong et al. (2016) | (Hong Kong) | $PM_{2.5}$: 1998−2011<br>Follow-up: 1998−2011 | Deaths: 1,408<br>Pop: 66,820 | 33.7 | Combination of monitoring data, geospatial height information, and satellite data to estimate concentrations at geocoded residential address as detailed in Li et al. (2005) and Lai et al. (2010) |
| **Lung Cancer Incidence** | | | | | |
| *North America* | | | | | |
| †Puett et al. (2014) | NHS<br>(U.S.) | $PM_{2.5}$: 1988−2007<br>Follow-up: 1994−2010 | Cases: 2,155<br>Pop: 103,650 | 13.1[i] | GIS-based spatiotemporal model to each residential address as detailed in Yanosky et al. (2008); $R^2$ = 0.76−0.77 |
| †Gharibvand et al. (2016) | AHSMOG-2<br>(U.S.) | $PM_{2.5}$: 2000−2001<br>Follow-up: 2002−2011 | Cases: 250<br>Pop: 80,285 | 12.9 | IDW interpolation to geocoded residential address |
| †Hystad et al. (2013) | NECSS<br>(Canada) | $PM_{2.5}$: 1975−1994<br>Follow-up: 1994−1997 | Cases: 2,390<br>Controls: 3,507 | 11.9 | Spatiotemporal model to geocoded postal code of residential address as detailed in Hystad et al. (2012) |
| †Tomczak et al. (2016) | CNBSS<br>(Canada) | $PM_{2.5}$: 1998−2006<br>Follow-up: 1980−2004 | Cases: 932<br>Pop: 89,234 | 9.1[i] | 10-km grid cells from three satellite instruments adjusted using GEOS-Chem to residential postal code as detailed in van Donkelaar et al. (2010) |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration µg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| *Europe* | | | | | |
| Brunekreef et al. (2009)[j] originally detailed in Beelen et al. (2008a) | NLCS-Air (Netherlands) | $PM_{2.5}$: 1987−1996<br>Follow-up: 1987−1996 | Full cohort Cases: 1,940<br>Case-Cohort Cases: 1,294<br>Pop: 111,816 | 28.3 | Combination of IDW interpolation and LUR as detailed in Beelen et al. (2007) |
| †Raaschou-Nielsen et al. (2013) | ESCAPE (Europe) | $PM_{2.5}$: 2008−2011<br>Follow-up: 1990s[k] | Cases: 2,095<br>Pop: 312,944 | Across sites: 6.6−31.0 | LUR at geocoded addresses as detailed in Eeftens et al. (2012a) |
| †Raaschou-Nielsen et al. (2016) | TRANSPHORM (Europe) | $PM_{2.5}$: 2008−2011<br>Follow-up: 1990s[l] | Cases: 1,878<br>Pop: 245,782 | Across sites: 6.6−31.0 | LUR at geocoded addresses as detailed in Eeftens et al. (2012a) |

**Table 10-4 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined lung cancer mortality and incidence and those evaluated in the 2009 PM ISA.**

| Study | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration µg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| †Hart et al. (2015) | NLCS-Air (Netherlands) | $PM_{2.5}$: 1987−1996<br>Follow-up: 1986−2003 | Cases: 3,355<br>Pop: 120,852 | 28.3 | Combination of IDW interpolation and LUR as detailed in Beelen et al. (2007) and Beelen et al. (2008a) |

ACS-CPS = American Cancer Society—Cancer Prevention Study; AHSMOG = Adventist Health Study on Smog; AirQUIS = Air Quality Information and Management System; avg = average; BME = Bayesian maximum entropy; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CNBSS = Canadian National Breast Screening Study; CTS = California Teacher's Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; GIS = geographic information system; HSC = Harvard Six Cities; IDW = inverse-distance weighted; km = kilometer; LUR = land use regression; µg/m³ = microgram per cubic meter; MSA = metropolitan statistical area; NA = not applicable; NECSS = National Enhanced Cancer Surveillance System ; NHS = Nurses' Health Study; NCLS-Air = Netherlands Cohort Study on Diet and Cancer; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $R^2$ = coefficient of determination; RoLS = Rome Longitudinal Study; TRANSPHORM = European Study of Transport-Related Air Pollution and Health Impacts-Integrated Methodologies for Assessing Particulate Matter; TrIPS = Trucking Industry Particle Study.

[a]Evaluated in 2004 PM AQCD.

[b]Males only.

[c]Evaluated in 2009 PM ISA.

[d]Builds off the studies conducted by Dockery et al. (1993) and Krewski et al. (2000).

[e]During this period $PM_{2.5}$ estimated using city-specific regression equations based on extinction coefficient.

[f]Builds off the studies conducted by Pope et al. (1995) and Pope et al. (2002).

[g]For a subset of years when $PM_{2.5}$ was not monitored 1986−1988 through 1998, $PM_{2.5}$ concentrations were estimated from $PM_{10}$.

[h]Median concentration.

[i]Overall 72 mo cumulative avg $PM_{2.5}$ concentration.

[j]$PM_{2.5}$ exposure assigned to residential address at 1986, study only reports population for all natural causes, not lung cancer, in Case-Cohort, and Beelen et al. (2008b) and Beelen et al. (2008a) presented the results of Brunekreef et al. (2009) prior to its publication.

[k]Only 14 or the 17 cohorts were examined for lung cancer, of the cohorts examined initial recruitment started generally in the 1990s with an average follow-up time of 12.8 years.

[l]TRANSPHORM used 14 of the 17 cohorts in the ESCAPE study where initial recruitment started generally in the 1990s with an average follow-up time of 13.1 years.

†Studies published since the 2009 PM ISA.

| Study | Cohort | Location | Follow-up Years | Qualifier |
|---|---|---|---|---|
| Krewski et al. (2009) | ACS (Re-analysis) | U.S. | 1982-2000 | |
| Laden et al. (2006) | HSC | 6 U.S. cities | 1974-1998 | |
| McDonnell et al. (2000) | AHSMOG | California | 1973-1977 | Men |
| Brunekreef et al. (2009)a | NLCS - Air | Netherlands | 1987-1996 | Full Cohort |
| Brunekreef et al. (2009)a | NLCS - Air | Netherlands | 1987-1996 | Case Cohort |
| †Thurston et al. (2013) | ACS-CPS II | U.S. | 1982-2004 | |
| †Turner et al. (2016) | ACS-CPS II | U.S. | 1982-2004 | |
| †Hart et al. (2011) | TrIPS | U.S. | 1985-2000 | Men |
| †Lepeule et al. (2012) | HSC | 6 U.S. cities | 1974-2009 | |
| †Lipsett et al. (2011) | CTS | California | 2000-2005 | Women |
| †Jerrett et al. (2013) | ACS-CPS II | California | 1982-2000 | |
| †Crouse et al. (2015) | CanCHEC | Canada | 1991-2006 | |
| †Pinault et al. (2016) | CCHS | Canada | 2000-2011 | |
| †Villeneuve et al. (2015) | CNBSS | Canada | 1980-2005 | Women |
| †Weichenthal et al. (2016) | CanCHEC | Ontario | 1991-2009 | |
| †Carey et al. (2013) | National English | United Kingdom | 2003-2007 | |
| †Cesaroni et al. (2013) | RoLS | Rome, Italy | 2001-2010 | |
| †Wong et al. (2016) | — | Hong Kong | 1998-2011 | |
| Brunekreef et al. (2009)b | NLCS - Air | Netherlands | 1987-1996 | Full Cohort |
| Brunekreef et al. (2009)b | NLCS - Air | Netherlands | 1987-1996 | Case Cohort |
| †Gharibvand et al. (2016) | AHSMOG-2 | U.S. | 2002-2011 | |
| †Puett et al. (2014) | NHS | U.S. | 1994-2010 | Women |
| †Hystad et al. (2013) | NECSS | Canada | 1994-1997 | |
| †Tomczak et al. (2016) | CNBSS | Canada | 1980-2004 | Women |
| †Raaschou-Nielsen et al. (2013) | ESCAPE | Europe | 1990s | |
| †Hart et al. (2015) | NCLS | Netherlands | 1986-2003 | |
| †Hamra et al. (2014)c | — | — | --- | 14 studies |
| †Yang et al. (2015)c | — | — | --- | 10 studies |
| †Chen et al. (2015)c | — | — | --- | 6 studies |
| †Cui et al. (2015)d | — | — | --- | 12 studies |




ACS-CPS = American Cancer Society—Cancer Prevention Study; AHSMOG = Adventist Health Study on Smog; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CNBSS = Canadian National Breast Screening Study; CTS = California Teacher's Study; ESCAPE = European Study of Cohorts for Air Pollution Effects; HSC = Harvard Six Cities; NCLS-Air = Netherlands Cohort Study on Diet and Cancer; NECSS = National Enhanced Cancer Surveillance System project; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; RoLS = Rome Longitudinal Study; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. Studies in black were included in the 2009 PM ISA. Hazard ratios are standardized to a 5-µg/m³ increase in annual $PM_{2.5}$ concentrations.

[a]Lung cancer mortality results originally reported in Beelen et al. (2008b).

[b]Lung cancer incidence results originally reported in Beelen et al. (2008a).

[c]Risk estimate is a combination of lung cancer mortality and incidence estimates.

[d]Risk estimate is only for lung cancer mortality.

Corresponding quantitative results are reported in Supplemental Material. See U.S. EPA (2018).

**Figure 10-3 Summary of associations reported in previous and recent cohort studies that examined long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence.**

#### 10.2.5.1.1 Lung Cancer Mortality

Recent studies that examined the association between long-term $PM_{2.5}$ exposure and lung cancer mortality have attempted to account for the potential confounding effects of exposure to cigarette smoke through detailed information on smoking status as well as exposure to second-hand smoke (SHS). These studies have assessed the role of smoking status on the relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality through two approaches, either including smoking status as a covariate in the main statistical model or examining whether smoking status modifies the $PM_{2.5}$-lung cancer mortality association. The following section discusses both approaches, focusing first on those studies that had individual-level data on smoking status and then those studies that used proxy measures to account for smoking status within the study population.

#### Individual-Level Data on Smoking Status

The majority of studies that examined the $PM_{2.5}$-lung cancer mortality relationship focused on the ACS-CPS II cohort, building off the initial work presented in Pope et al. (1995) and then reanalyzed in subsequent studies [e.g., Krewski et al. (2009)]. These studies differed primarily in the years of $PM_{2.5}$ data examined, years of follow-up, exposure assignment approaches, and geographic extent of the cohort examined (i.e., national or specific location; Table 10-4). A summary of the results from studies that focused on the ACS-CPS II cohort evaluated in this section are detailed in Table 10-5.

Whereas the initial ACS-CPS II studies focused on assigning exposure using the average $PM_{2.5}$ concentrations across all monitors, Jerrett et al. (2013) conducted a more detailed exposure assessment using LUR in a subset of the full cohort limited to California. The authors reported a positive association with lung cancer mortality (HR: 1.06 [95% CI: 0.96, 1.17]). Although specific to California, the results of Jerrett et al. (2013) were consistent with those observed in the full cohort using cruder exposure assessment techniques, which included Krewski et al. (2009) as well as a recent analysis by Thurston et al. (2013) that focused on mortality and long-term exposure to $PM_{2.5}$ components and sources. Using a similar exposure assignment approach as Krewski et al. (2009), Thurston et al. (2013) reported an HR of 1.03 (95% CI: 0.99, 1.08) for lung cancer mortality in a model adjusting for a range of individual- and ecological-level covariates including cigarette smoking history.

**Table 10-5 Summary of results from studies that examined long-term $PM_{2.5}$ exposure and mortality in the American Cancer Society—Cancer Prevention Study II (ACS-CPS II).**

| Study | ACS-CPS II Population | Location | Result[a] |
|---|---|---|---|
| Krewski et al. (2009) | Full cohort | National | 1.05 (1.02, 1.09) |
| †Jerrett et al. (2013) | Full cohort | California | 1.06 (0.96, 1.17) |
| †Thurston et al. (2013) | Full cohort | National | 1.03 (0.99, 1.08) |
| †Turner et al. (2016) | Full cohort | National | 1.04 (1.01, 1.08) |
| †Turner et al. (2011) | Never smokers | National | 1979−1983: 1.07 (0.99, 1.16)<br>1999−2000: 1.13 (1.01, 1.25)<br>1979−1983; 1999−2000: 1.09 (0.98, 1.21) |
| †Turner et al. (2014) | Full cohort[b] | National | Never smoker (high vs. low): 1.26 (0.90, 1.77)<br>Current smoker (high vs. low): 1.19 (1.03, 1.38) |

ACS-CPS = American Cancer Society—Cancer Prevention Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

[a]All results are for a 5 µg/m³ increase in $PM_{2.5}$ concentrations except Turner et al. (2014) in which results were based on comparing results between the 25th percentile (≤10.59 µg/m³) and 75th percentile (>14.44 µg/m³) of $PM_{2.5}$ concentrations.

[b]Study population that produced these results was smaller than the total population of the study detailed in Table 10-4, Never Smokers (Lung Cancer Deaths = 144, Population = 149,617); Current Smokers (Lung Cancer Deaths = 793, Population = 65,275).

†Studies published since the 2009 PM ISA.

Using a more refined exposure assignment approach in the full ACS-CPS II cohort, Turner et al. (2016) examined associations between both overall $PM_{2.5}$ concentrations using a national-level hybrid LUR Bayesian maximum entropy interpolation (LURBME) model as well as $PM_{2.5}$ concentrations decomposed into near-source LUR and regional (LURBME-LUR) components. The authors reported a positive association between overall $PM_{2.5}$ from the LURBME model and lung cancer mortality (HR: 1.04 [95% CI: 1.01, 1.08]). Positive associations were also observed when examining both the near-source (HR: 1.08 [95% CI: 0.98, 1.18]) and regional (HR: 1.04 [95% CI: 1.00, 1.07]) components of ambient $PM_{2.5}$ concentrations. The results of Turner et al. (2016) demonstrated that within the ACS-CPS II there is evidence of a consistent positive association between long-term $PM_{2.5}$ exposure and lung cancer mortality, regardless of the exposure assignment approach used (see Figure 10-3).

As detailed above, traditionally ACS-CPS II studies have included covariates for smoking status or exposure to SHS in statistical models but have not accounted for potential residual confounding by cigarette smoke. Often the examination of the association between long-term air pollution exposure, including $PM_{2.5}$, and lung cancer mortality in never smokers has been limited by the small number of lung cancer deaths (Turner et al., 2011). Within the ACS-CPS II cohort Turner et al. (2011) examined lung

cancer mortality only in never smokers by using the three $PM_{2.5}$ exposure periods (i.e., 1979−1983, 1999−2000, and average of 1979−1983 and 1999−2000) initially detailed in Pope et al. (2002). Across the three different exposure periods and the three different statistical models examined, which varied by the degree of individual- and ecological covariates included, associations were consistently positive with HRs ranging from 1.07−1.14. In the fully adjusted model, which in addition to controlling for a number of individual-level covariates also controlled for county-level residential radon concentrations, Turner et al. (2011) found little evidence that radon confounded the $PM_{2.5}$-lung cancer mortality relationship, reporting an HR of 1.07 (95% CI: 0.99, 1.16) and HR of 1.13 (95% CI: 1.10, 1.25) for 1979−1983 and 1999−2000, respectively.

In Turner et al. (2011), the examination of the relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality was on never smokers, while Turner et al. (2014) took this initial analysis one step further and focused on whether there is evidence of an interaction between long-term $PM_{2.5}$ exposure and smoking status. While the discussion of the interaction between smoking status and $PM_{2.5}$ is more informative in identifying populations potentially at increased risk of a PM-related health effect (see Chapter 12), analyses focusing solely on never smokers and current smokers in Turner et al. (2014) provided additional supporting evidence for a relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality. In analyses comparing lung cancer mortality in never smokers exposed to low ($\leq$25th percentile = 10.59 $\mu g/m^3$) and high (>75th percentile = 14.44 $\mu g/m^3$) $PM_{2.5}$ concentrations, the authors reported an HR of 1.26 (95% CI: 0.90, 1.77) while for current smokers the authors reported an HR of 1.19 (95% CI: 1.03, 1.38). Although 95% confidence intervals are larger for the strata of never smokers due to the small number of cases, the results of Turner et al. (2014) supported a relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality, particularly in locations with higher $PM_{2.5}$ concentrations.

Similar to the ACS-CPS II cohort, the HSC cohort contained detailed individual-level data on smoking status. Lepeule et al. (2012) extended the analysis of the original HSC cohort and reported a positive association between $PM_{2.5}$ concentrations in the 1−3 years prior to lung cancer death (or censoring; HR: 1.17 [95% CI: 1.03, 1.32]). This lag structure between $PM_{2.5}$ exposure and lung cancer mortality was observed also in the Canadian Community Health Survey (CCHS) cohort. In models controlling for smoking status using individual-level data, Pinault et al. (2016) reported an HR of 1.08 (95% CI: 0.99, 1.18) when examining $PM_{2.5}$ exposures over the 3 years prior to death.

In additional analyses stratifying by smoking status, Lepeule et al. (2012) reported that the association between $PM_{2.5}$ and lung cancer mortality persisted in never smokers, but the 95% confidence intervals were large (HR: 1.12 [95% CI: 0.73, 1.70]) because only 26 out of the 350 lung cancer deaths occurred in never smokers. Overall, the association largest in magnitude for $PM_{2.5}$ and lung cancer mortality were observed for former smokers (HR: 1.40 [95% CI: 1.14, 1.73]). The results of Lepeule et al. (2012), indicating an association larger in magnitude for never smokers compared with the full cohort, were consistent with the results of Carey et al. (2013) in a National English cohort. Carey et al. (2013)

reported an HR of 1.22 (95% CI: 1.08, 1.41) in a model that included covariates for smoking and BMI. In models including additional variables for education and income separately, the lung cancer mortality association was attenuated but remained positive (with income: HR = 1.05; with education HR = 1.11). When restricting the analysis to never smokers, the authors observed a rather large increase in the lung cancer mortality association (HR: 1.41 [95% CI: 1.22, 1.62]).

There was no evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer mortality in two cohorts of women, the California Teachers Study (CTS) and the Canadian National Breast Screening Survey (CNBSS). In the CTS, 67% of participants were never smokers, and Lipsett et al. (2011) reported no evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer mortality (HR: 0.97 [95% CI: 0.84, 1.13]). The results from the CTS cohort are consistent with the CNBSS cohort, which had a lower percentage of never smokers, 49.3% [HR: 0.98 (95% CI: 0.89, 1.09); Villeneuve et al. (2015)]. In the CTS cohort, the null $PM_{2.5}$-lung cancer mortality association persisted in several sensitivity analyses including, but not limited to, only post-menopausal women as well as women who did not relocate during follow-up. However, when focusing on only never smokers, Lipsett et al. (2011) reported that the association between long-term $PM_{2.5}$ exposure and lung cancer mortality was positive, but imprecise (HR: 1.27 [95% CI: 0.91, 1.78]) due to the small number of lung cancer deaths (i.e., 50) in this subset of the cohort, which is consistent with never smoker analyses in both Lepeule et al. (2012) and Carey et al. (2013). Villeneuve et al. (2015) in the CNBSS cohort only reported results by smoking status in analyses of all cancers and did not observe a similar pattern of associations as the other cohorts when stratifying by smoking status (i.e., associations larger in magnitude for never smokers).

Across the lung cancer mortality studies, the magnitude of the association was generally consistent in areas where mean $PM_{2.5}$ concentrations were generally below 15 μg/m$^3$ (i.e., in the U.S. and Canadian cohorts), and below 30 μg/m$^3$ in all studies except Wong et al. (2016) (Table 10-4). Wong et al. (2016) in a study conducted in Hong Kong that examined long-term $PM_{2.5}$ exposure and all cancers, in a model controlling for smoking status, reported an association for lung cancer mortality similar in magnitude (HR: 1.07 [95% CI: 0.98, 1.17]) to that observed in the other cohort studies. Additionally, unlike the other studies evaluated in this section in which the age of study participants was broader, the cohort was limited to those 65 years of age and older. The interpretation of these results is complicated when examining associations by smoking status. For men, 85% of the lung cancer mortality cases were in ever smokers, while for women 72% were in never smokers. However, when examining associations in each subset of the cohort, no evidence of an association was observed in women that were never smokers or ever smokers, while the strongest association was in ever smoker men (HR: 1.17 [95% CI: 1.02, 1.33]). There was evidence of a positive association for never smoker men, but the 95% confidence intervals were large due to the small number of cases (HR: 1.09 [95% CI: 0.72, 1.66]).

### Proxy Measures of Smoking Status

In addition to the cohorts discussed above that controlled for smoking status or examined whether there was evidence of effect measure modification by smoking status, several cohorts examined the association between long-term $PM_{2.5}$ exposure and lung cancer mortality without the ability to account for smoking status through detailed individual-level data. In an analysis of the Canadian Census Health and Environment Cohort (CanCHEC), Crouse et al. (2015) used a 7-year moving window of $PM_{2.5}$ concentrations for each year of follow-up to report an HR of 1.03 (95% CI: 1.01, 1.05). To adjust for smoking status and obesity, the authors used ancillary data on smoking and obesity to adjust for both risk factors not included in the original data set. Applying this method to account for smoking status and obesity resulted in a slightly larger HR = 1.06 (95% CI: 1.04, 1.09). A subsequent analysis of CanCHEC conducted by Weichenthal et al. (2016) limited to Ontario and focusing on $PM_{2.5}$ oxidative potential (see Section 10.2.5) also reported results for $PM_{2.5}$ and the HR was larger in magnitude (HR: 1.12 [95% CI: 1.00, 1.25]) compared with the HR reported in the full CanCHEC study (Crouse et al., 2015). The difference in results between the Ontario and national CanCHEC studies could be attributed to several factors (e.g., demographic differences), along with the exposure assignment approach employed in each study (see Table 10-4). Similar to Crouse et al. (2015), Weichenthal et al. (2016) indirectly adjusted for smoking status and obesity by including a variable in the statistical model that accounted for both by examining a secondary nationally representative data set (i.e., CCHS). They found the results were similar to those observed in the main model (HR: 1.09 [95% CI: 0.97, 1.22]). Cesaroni et al. (2013) in the Rome Longitudinal Study (RoLS) also used proxy measures to account for smoking status but relied on measures of neighborhood socioeconomic level and pre-existing comorbidities, which have been shown to be associated with smoking, to develop an indicator variable meant to control for smoking status. Using time-dependent annual $PM_{2.5}$ concentrations the authors reported a positive association (HR: 1.02 [95% CI: 1.00, 1.05]) between $PM_{2.5}$ exposure and lung cancer mortality.

While the previous studies detailed within this section focused specifically on ambient $PM_{2.5}$ exposure and lung cancer mortality in the general population, Hart et al. (2011) examined ambient air pollution exposures and cause-specific mortality, including lung cancer, in an occupational cohort from the Trucking Industry Particle Study (TrIPS). The TrIPS cohort consisted of men employed in the trucking industry, and similar to the CanCHEC and RoLS cohorts, the authors did not have individual-level data to account for smoking status. However, unlike in other studies using the CanCHEC and RoLS cohorts, the authors did not attempt to indirectly adjust for smoking status. While most of the studies detailed in this section relied on multiple years of $PM_{2.5}$ data, only data from the year 2000 was available. In analyses focusing on the full cohort, the authors reported a positive association between $PM_{2.5}$ exposure and lung cancer mortality (HR: 1.03 [95% CI: 0.94, 1.12]). To further assess the association between $PM_{2.5}$ exposure and cause-specific mortality, Hart et al. (2011) conducted a sensitivity analysis that excluded long haul truckers, which potentially reduces exposure misclassification by focusing on those truckers that return home nightly because $PM_{2.5}$ exposures are assigned at the residential address. In the subset analysis, the authors tended to observe associations larger in magnitude

across mortality outcomes compared with the full cohort, although confidence intervals were larger (lung cancer; HR: 1.08 [95% CI: 0.97, 1.21]).

#### Summary

In summary, results from recent epidemiologic studies that examined the association between long-term $PM_{2.5}$ exposure and lung cancer mortality are generally consistent with those studies evaluated in the 2009 PM ISA (Figure 10-3). Additional reanalyses of the ACS cohort using different years of $PM_{2.5}$ data and follow-up along with exposure assignment approaches and geographic extent of the cohort continue to provide evidence of consistent positive associations between long-term $PM_{2.5}$ exposure and lung cancer mortality. Additional epidemiologic studies that used individual-level data to control for smoking status conducted both within the U.S. and internationally, also provide evidence of generally consistent positive associations. The positive associations observed across studies are further supported by studies that conducted analyses focusing on never smokers that also reported positive associations, albeit with wide confidence intervals due to the small number of lung cancer mortality cases within the population of never smokers. There was no evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer mortality in two cohorts of women (i.e., CTS and CNBSS cohorts). However, an analysis of never smokers in the CTS cohort reported evidence of a positive association that was consistent with the other studies evaluated within the section that conducted analyses of never smokers. The results across studies that had individual-level data on smoking status are supported by additional epidemiologic studies in cohorts that relied upon proxy measures to account for smoking status.

#### 10.2.5.1.2 Lung Cancer Incidence

Although there is a high case-fatality rate for lung cancer, at the completion of the 2009 PM ISA (U.S. EPA, 2009), an uncertainty identified was the limited number of studies that examined lung cancer incidence. These studies did not provide evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer incidence. Since the completion of the 2009 PM ISA, a larger number of studies have examined lung cancer incidence, but overall the total number of studies remains small compared to lung cancer mortality. Similar to some of the lung cancer mortality studies, the lung cancer incidence studies also conducted stratified analyses by smoking status, which can contribute to assessing whether a relationship exists between long-term $PM_{2.5}$ exposure and lung cancer by focusing on never smokers. A unique feature of lung cancer incidence studies that also allows for further assessment of the $PM_{2.5}$-lung cancer relationship is their ability to examine associations by the histological subtype of lung cancer. Specifically, an assessment of adenocarcinoma, the predominate subtype that develops in nonsmokers, can contribute to further accounting for residual confounding due to smoking (Hystad et al., 2013). The following lung cancer incidence studies examine both associations stratified by smoking status, and in most cases also histological subtype.

Within the U.S., the Nurses' Health Study (NHS) cohort (Puett et al., 2014) and the AHSMOG-2 cohort (Gharibvand et al., 2016) both examined the association between long-term $PM_{2.5}$ exposure and lung cancer incidence. In the NHS cohort, Puett et al. (2014) used 72-month avg predicted $PM_{2.5}$ concentrations as the exposure metric, but owing to the lack of $PM_{2.5}$ monitors before 1999, $PM_{2.5}$ concentrations for earlier time periods of the study were estimated from $PM_{10}$. The authors reported evidence of a small positive association with wide confidence interval for lung cancer incidence in the full cohort when adjusting for smoking status and SHS exposure (HR: 1.03 [95% CI: 0.95, 1.12] when examining 72-month avg $PM_{2.5}$ concentrations). In a subset analysis of only never smokers the authors reported an association larger in magnitude (HR: 1.12 [95% CI: 0.87, 1.44]), which was also observed when combining never smokers and former smokers that had quit more than 10 years ago (HR: 1.17 [95% CI: 1.03, 1.33]). There was no evidence of an association when examining the combination of current smokers and former smokers that stopped smoking within the last 10 years. Lung cancer incidence was further evaluated through an examination of histological subtypes, specifically adenocarcinomas, which comprise 44% of all lung cancer cases (Puett et al., 2014). Compared with the full cohort, when examining adenocarcinomas, the authors observed associations larger in magnitude for both the full cohort and the subset of never smokers and former smokers that had quit more than 10 years ago with HRs ranging from 1.15−1.29, but across categories confidence intervals were wide.

Gharibvand et al. (2016) within the AHSMOG-2 cohort examined mean monthly $PM_{2.5}$ concentrations over a 24-month period. In the cohort approximately 80% of the participants were never smokers, and they represented 46% of the lung cancer cases. In the full cohort, Gharibvand et al. (2016) reported evidence of a positive association when examining monthly average $PM_{2.5}$ concentrations (HR: 1.20 [95% CI: 1.02, 1.42]), which was similar in magnitude when examining both never (HR: 1.15 [95% CI: 0.95, 1.39]) and ever (HR: 1.22 [95% CI: 1.01, 1.48]) smokers. Overall, the lung cancer incidence associations in the AHSMOG-2 cohort are larger in magnitude than those observed in Puett et al. (2014), which could be attributed to the larger percentage of never smokers or long-term former smokers in the study population. On average within the cohort, participants who have ever smoked stopped 24 years ago (Gharibvand et al., 2016). In an attempt to assess the influence of differences in time activity on the observed associations, the authors examined average daily time spent outdoors and time lived at each residential location and found in both instances associations were similar in magnitude to the full cohort for those people that spent more than 1 hour per day outdoors and resided at their current address for more than 5 years. Of the lung cancer cases, approximately 66% were adenocarcinomas, which is a much larger percent than was observed in the NHS cohort, but the authors did not examine associations by histological subtype.

Additional national cohorts conducted in Canada provide evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer incidence that is similar in magnitude to that observed in AHSMOG-2 (Gharibvand et al., 2016). Hystad et al. (2013) used a case-control study with participants identified through the National Enhanced Cancer Surveillance System (NECSS) project. To reduce exposure misclassification and account for time activity, the study was limited to cases and controls that

had complete 20-year residential histories. In fully adjusted models that accounted for smoking status, the authors reported evidence of a positive association between annual $PM_{2.5}$ concentrations and lung cancer incidence (OR: 1.14 [95% CI: 0.97, 1.33]). Hystad et al. (2013) further assessed whether the exposure assignment approach used influenced the $PM_{2.5}$-lung cancer incidence association observed, and found that across exposure assignment approaches, which included using fixed-site monitoring data, satellite data, a historical regression model, and two different versions of a spatiotemporal model, the magnitude of associations was generally consistent (Figure 10-4). In additional analyses stratified by smoking status, the authors observed the strongest association among former smokers (OR: 1.20 [95% CI: 0.98, 1.48]), with no evidence of an association in never smokers (OR: 0.97 [95% CI: 0.62, 1.53]), which could be attributed to only 6% of all lung cancer cases in this population being never smokers. In histological subtype analyses, Hystad et al. (2013) did not observe a clear relationship between long-term $PM_{2.5}$ exposure and one subtype, which differs from the results of Puett et al. (2014), which indicated associations larger in magnitude for adenocarcinomas.




OR = odds ratio; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Hystad et al. (2013).

**Figure 10-4** **$PM_{2.5}$—lung cancer incidence odds ratios for a 10 µg/m$^3$ increase in $PM_{2.5}$ concentrations from sensitivity analyses using different exposure assignment approaches in the Canadian National Enhanced Cancer Surveillance System (NECSS) study.**

The main results of Hystad et al. (2013) were consistent with those observed in another Canadian cohort (CNBSS) by Tomczak et al. (2016), which is the same cohort that was examined for lung cancer mortality by Villeneuve et al. (2015) detailed above. In a model controlling for smoking status and other SES-related variables, the authors observed evidence of an increase in lung cancer incidence in this cohort of women (HR: 1.16 [95% CI: 1.05, 1.28]). In analyses stratified by smoking status, no association was observed for never smokers, while the association for ever smokers was consistent with that observed in the full cohort, indicating that this subset of the cohort is responsible for the overall association (HR: 1.18

[95% CI: 1.06, 1.32]). Tomczak et al. (2016) also conducted histological subtype analyses and observed evidence of a positive association for small cell carcinoma and adenocarcinoma. Although the 95% confidence intervals for the histological subtype analyses in Hystad et al. (2013) were large resulting in the inability to clearly identify differences across subtypes, the central estimates were also largest in magnitude for small cell carcinoma and adenocarcinoma.

The examination of $PM_{2.5}$ and lung cancer incidence in the European Study of Cohorts for Air Pollution Effects (ESCAPE) study resulted in an association similar in magnitude to that observed in the AHSMOG-2, NECSS, and CNBSS cohorts discussed above [HR: 1.18 (95% CI: 0.96, 1.46); Raaschou-Nielsen et al. (2013)]. The results of Raaschou-Nielsen et al. (2013) were the same as those reported by Raaschou-Nielsen et al. (2016) as part of the European Study of Transport-Related Air Pollution and Health Impacts-Integrated Methodologies for Assessing Particulate Matter (TRANSPHORM) project, which also used data from the ESCAPE study, but focused on associations between long-term $PM_{2.5}$ component exposures and lung cancer incidence. In additional analyses conducted by Raaschou-Nielsen et al. (2013) that attempted to reduce the impact of exposure misclassification by focusing on those residents who did not change residence during the follow-up period, the authors reported an association similar in magnitude to the full cohort (HR: 1.20 [95% CI: 0.96, 1.51]), which is consistent with the analysis focusing on people that resided at their residential location for over 5 years conducted by Gharibvand et al. (2016) in the AHSMOG-2 cohort. Analyses stratified by smoking status did not provide strong evidence for differences among never, former, and current smokers, but associations were largest in magnitude for never (HR = 1.21) and former (HR = 1.41) smokers although 95% confidence intervals were large. When examining histological subtypes, Raaschou-Nielsen et al. (2013) observed a positive association for adenocarcinomas (HR: 1.55 [95% CI: 1.05, 2.29]).

In another study conducted in Europe, Hart et al. (2015) in a cohort in the Netherlands (NLCS-Air), also observed evidence of a positive association between long-term $PM_{2.5}$ exposure and lung cancer incidence in models that included a variable to adjust for smoking status (HR: 1.08 [95% CI: 0.96, 1.21] for 1987−1996). Within this study a case-cohort approach was used as detailed in the original NCLS-Air cohort (Brunekreef et al., 2009; Beelen et al., 2008a). Interestingly the results of Hart et al. (2015) differed from those observed in the original NCLS-Air cohort analysis where no evidence of an association was reported with lung cancer incidence (Figure 10-3). Although not explicitly detailed in Hart et al. (2015), there were differences with the original NLCS-Air studies that could contribute to the disparate results observed between the original and extended analyses, specifically (1) an additional 6 years of follow-up, (2) the transition of some individuals to being classified as cases, (3) the exclusion of individuals without exposure or smoking status information, and (4) the use of age in years as the timescale instead of time in the study (Hart, 2017b). In addition to providing overall results, Hart et al. (2015) also attempted to adjust the observed association to account for exposure measurement error by using information from a validation study involving personal and near-home outdoor measurements of 47 nonsmokers from 2004−2005. After adjusting for exposure measurement error using a regression calibration analysis the $PM_{2.5}$-lung cancer incidence association increased in magnitude but had larger

confidence intervals (HR: 1.17 [95% CI: 0.93, 1.47]). The approach by Hart et al. (2015) along with those less computationally intensive approaches detailed in Raaschou-Nielsen et al. (2013) in the ESCAPE study and Gharibvand et al. (2016) in the AHSMOG-2 cohort consistently demonstrated that $PM_{2.5}$-lung cancer incidence associations are robust when trying to account for or reduce the potential impact of exposure measurement error. However, it should be noted that in Hart et al. (2015) residential address information was only available at baseline and the validation study was conducted after the follow-up period ended, both of which contribute some level of uncertainty in adjusting the association to account for exposure measurement error. Hart et al. (2015) also conducted histological subtype analyses, and observed positive associations across all subtypes, but no clear difference in associations between subtypes existed.

#### Summary

Recent epidemiologic studies build upon the limited number of studies evaluated in the 2009 PM ISA that examined the association between long-term $PM_{2.5}$ exposure and lung cancer incidence, and provide evidence of consistent positive associations (Figure 10-3). Consistent with lung cancer mortality studies, studies that conducted analyses focusing on the subset of the cohort that were never smokers generally reported evidence of positive associations, albeit with wide confidence intervals due to the small number of never smokers within the cohorts. A subset of the studies focusing on lung cancer incidence also examined histological subtype, which provided some evidence of positive associations for adenocarcinomas, the predominate subtype of lung cancer observed in never smokers. However, in some studies the examination of associations by histological subtype were limited by the small number of never smokers included within the cohort (e.g., NECSS cohort). In several studies, the $PM_{2.5}$-lung cancer incidence associations observed were further evaluated in sensitivity analyses that attempted to reduce exposure measurement error by accounting for length of time at residential address, examining different exposure assignment approaches, and conducting regression calibration to account for exposure measurement error. Across all approaches, associations between long-term $PM_{2.5}$ exposure and lung cancer incidence were found to remain relatively unchanged, but in some cases confidence intervals increased in width.

#### 10.2.5.1.3 Copollutant Models

Across the epidemiologic studies that examined associations between long-term $PM_{2.5}$ exposure and lung cancer incidence and mortality, only a few examined potential copollutant confounding. In the ACS-CPS II cohort, Jerrett et al. (2013) conducted copollutant analyses with $NO_2$ and $O_3$. Within the study, estimated $O_3$ concentrations at the residential address were derived from IDW, while the $NO_2$ concentrations were estimated using the same LUR model as $PM_{2.5}$. $PM_{2.5}$ was similarly correlated with both $NO_2$ and $O_3$ ($r = 0.55$). In a copollutant model with $NO_2$, the $PM_{2.5}$-lung cancer mortality association was attenuated and became null (HR: 0.99 [95% CI: 0.87, 1.11]), but remained relatively unchanged from

the single-pollutant model result in a copollutant model with $O_3$ (HR: 1.10 [95% CI: 0.99, 1.22]). These results are consistent with those observed in Lipsett et al. (2011) in the CTS cohort. The authors reported that $PM_{2.5}$ was moderately to highly correlated with $NO_X$, CO, $NO_2$, and $PM_{10}$ with correlations ranging from 0.52−0.91, but in copollutant models with $O_3$, the $PM_{2.5}$-lung cancer mortality association was relatively unchanged (HR: 1.04 [95% CI: 0.70, 1.53]) compared with the single-pollutant model result. The authors did not present results for copollutant models with the other pollutants examined.

Whereas the lung cancer mortality studies tended to report results for copollutant models with $O_3$, only Gharibvand et al. (2016) examined $PM_{2.5}$-lung cancer incidence associations in models with $O_3$. Within the AHSMOG-2 cohort, Gharibvand et al. (2016) observed that the $PM_{2.5}$-lung cancer incidence association was unchanged in copollutant models with $O_3$ (HR: 1.21 [95% CI: 1.02, 1.43]). Raaschou-Nielsen et al. (2013) within the ESCAPE study, also examined potential copollutant confounding of the $PM_{2.5}$-lung cancer incidence association and did not find any evidence of confounding in models with $NO_2$ and $PM_{10-2.5}$ (quantitative results not presented).

Across the small number of studies that examined potential copollutant confounding of the relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence, there is little evidence of copollutant confounding by $O_3$ with more limited information available to assess potential copollutant confounding for the other gaseous pollutants and particle size fractions. However, to date, studies have not systematically evaluated copollutant confounding across the gaseous pollutants.

#### 10.2.5.1.4 Concentration-Response Relationship

Epidemiologic studies that examined the C-R relationship between long-term $PM_{2.5}$ exposure and mortality have generally found evidence of a linear, no-threshold relationship (Section 11.2.4). However, fewer studies have examined the C-R relationship for cause-specific mortality outcomes, including lung cancer. Recent cohort studies of both lung cancer mortality and incidence have examined both the shape of the C-R relationship along with whether there is evidence of a threshold, or level below which there is no effect.

Across the studies evaluated, a few provided information on the shape of the $PM_{2.5}$-lung cancer mortality (Lepeule et al., 2012) and lung cancer incidence (Puett et al., 2014; Raaschou-Nielsen et al., 2013) C-R relationship, but did not extensively discuss the results. Lepeule et al. (2012) in the HSC cohort along with Puett et al. (2014) in the NHS cohort and Raaschou-Nielsen et al. (2013) in the ESCAPE study reported no evidence for deviations from linearity in the shape of the C-R relationship when examining alternative models. Additionally, Cesaroni et al. (2013) in the RoLS cohort examined a 20% random sample of the full cohort to assess the C-R relationship, but the small sample size resulted in an underestimation of the $PM_{2.5}$-lung cancer mortality association and an inability to fully characterize the C-R relationship. Although these studies provide limited information on the shape of the $PM_{2.5}$-lung

cancer mortality and incidence C-R relationship, studies by Pope et al. (2011) using the ACS cohort and Tomczak et al. (2016) using the CNBSS cohort conducted more extensive analyses.

Pope et al. (2011) examined lung cancer mortality, but to convey the public health burden associated with exposures to $PM_{2.5}$ of ambient origin compared the shape of the C-R relationship for lung cancer mortality across three different exposures: active smoking, SHS, and ambient $PM_{2.5}$ exposures. For this analysis the authors focused on only 6 years of follow-up because of the lack of smoking information after initial enrollment. Pope et al. (2011) calculated adjusted relative risks (RRs) for lung cancer mortality due to smoking status using the ACS cohort data and relied upon RRs from other cohort studies of lung cancer mortality due to long-term $PM_{2.5}$ exposure and SHS. Using the adjusted RRs and estimates of average inhaled dose of $PM_{2.5}$ from active smoking, average daily dose of inhaled $PM_{2.5}$ based on the range of $PM_{2.5}$ concentrations from recent U.S.-based cohort studies and average inhalation rates, and dose from SHS exposure based on approximate $PM_{2.5}$ exposures and average inhalation rates, Pope et al. (2011) fit an integrated-exposure response function using a simple power function. This functional form was selected because it allows for nonlinearity in the C-R relationship (Pope et al., 2011). In a plot of the relative risks for lung cancer mortality for ambient $PM_{2.5}$ exposure, SHS, and active smoking in relation to the estimated daily dose of $PM_{2.5}$ from different increments of cigarettes per day in smokers compared with never smokers, the authors observed evidence of a nearly linear relationship (Figure 10-5). This relationship persisted when examining lung cancer mortality in both men and women, and when accounting for smoking duration.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; RR = relative risk.
Note: Inset represents RR due to ambient $PM_{2.5}$ exposure and SHS. Diamonds = RR from studies of long-term $PM_{2.5}$ exposure and lung cancer mortality; stars = pooled RR estimates from studies of SHS and lung cancer mortality.
Source: Pope et al. (2011).

**Figure 10-5 Adjusted relative risk for lung cancer mortality plotted over estimated daily dose of $PM_{2.5}$ (milligrams) and increments of cigarette smoking (cigarettes per day) compared with never smokers.**

Tomczak et al. (2016) examined the shape of the C-R relationship for lung cancer incidence using the CNBSS. To examine whether there was evidence of nonlinearity in the C-R relationship, the authors considered a model with a natural cubic spline and 3 df. As depicted in Figure 10-6, Tomczak et al. (2016) observed evidence of nonlinearity in the $PM_{2.5}$-lung cancer incidence C-R relationship, which was depicted by a linear relationship up until approximately 12 μg/m$^3$ which then flattened out. The results of Tomczak et al. (2016) in this cohort of women differed from the examination of the C-R relationship in women by Pope et al. (2011) where the shape was found to be linear, which was consistent with the results of the full cohort. Although there is ambiguity in the shape of the C-R relationship above 12 μg/m$^3$ both Tomczak et al. (2016) and Pope et al. (2011) provided evidence of a linear C-R relationship in the range of $PM_{2.5}$ concentrations observed in the U.S.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Source: Tomczak et al. (2016).

**Figure 10-6 Concentration-response relationship between long-term $PM_{2.5}$ exposure and lung cancer incidence using a natural cubic spline and 3 degrees of freedom in the Canadian National Breast Cancer Screening Survey (CNBCSS) cohort.**

In addition to the studies that formally evaluated the C-R relationship, other studies used cutpoint analyses to examine whether there was evidence of a threshold or if the risk of lung cancer mortality or incidence varied across the range of $PM_{2.5}$ concentrations in each study. Turner et al. (2011) in the analysis of never smokers in the ACS-CPS II cohort examined the lung cancer mortality association across percentiles of the $PM_{2.5}$ distribution. When examining each percentile to the referent category (i.e., $PM_{2.5}$ concentrations less than 11.8 µg/m$^3$), the authors found relatively consistent associations with 95% confidence intervals increasing at higher concentrations, which is indicative of lower data density within those ranges of $PM_{2.5}$ concentrations (Figure 10-7).




μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Cutpoints represent the 25th (11.8 μg/m³), 50th (14.3 μg/m³), 75th (16 μg/m³), and 90th (17.9 μg/m³) percentiles.

Source: Reprinted with permission of the American Thoracic Society. Copyright © 2018 American Thoracic Society. Turner et al. (2011). The *American Journal of Respiratory and Critical Care Medicine* is an official journal of the American Thoracic Society.

**Figure 10-7 Fully adjusted hazard ratios (95% confidence intervals) for lung cancer mortality in categorical analyses of mean $PM_{2.5}$ (1999−2000) concentrations in never smokers in the American Cancer Society—Cancer Prevention Study II (ACS-CPS II) cohort.**

In an analysis of lung cancer mortality, the results of Turner et al. (2011) were consistent with those of Hystad et al. (2013) when examining lung cancer incidence in the NECSS cohort. In quintiles that encompassed $PM_{2.5}$ concentrations less than those observed in Turner et al. (2011), ranging from less than 9.0 μg/m³ for the referent category and above 14.7 μg/m³ for the 5th quintile, the OR for long-term $PM_{2.5}$ exposure and lung cancer incidence ranged from 1.09−1.18, while the full cohort observed an OR of 1.14.

Instead of comparing $PM_{2.5}$-lung cancer incidence associations across a range of concentrations, Raaschou-Nielsen et al. (2013) in the ESCAPE study conducted a cutpoint analysis to examine whether

there was evidence of an association between long-term $PM_{2.5}$ exposure and lung cancer incidence below defined $PM_{2.5}$ concentrations. In the cutpoint analysis, the authors excluded all participants with assigned $PM_{2.5}$ exposures that were above designated values (i.e., 10, 15, 20, and 25 μg/m$^3$). Across each of the cutpoint values, Raaschou-Nielsen et al. (2013) reported consistent positive associations although confidence intervals were large due to the limited sample size for each cutpoint value (HRs: 10 μg/m$^3$: 1.20 [95% CI: 0.55, 2.66]; 15 μg/m$^3$: 1.11 [95% CI: 0.85, 1.45]; 20 μg/m$^3$: 1.14 [95% CI: 0.90, 1.45]; 25 μg/m$^3$: 1.13 [95% CI: 0.90, 1.43]). The combination of results from cutpoint analyses by Turner et al. (2011), Hystad et al. (2013), and Raaschou-Nielsen et al. (2013) collectively provided evidence indicating no threshold down to the lowest cutpoint examined in each study (e.g., 9−11.8 μg/m$^3$).

Across the studies that examined long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence, evidence from analysis of the shape of the C-R relationship, cutpoint analyses, and threshold analyses all support a no-threshold, linear relationship across the range of $PM_{2.5}$ concentrations observed in the U.S. Although Tomczak et al. (2016) observed a potentially nonlinear C-R relationship, this plateauing of the $PM_{2.5}$ association occurred at concentrations higher than those observed in many areas of the U.S. and was not consistent with the results of Pope et al. (2011) when focusing on women in the ACS-CPS II cohort.

#### 10.2.5.1.5 Summary

Since the completion of the 2009 PM ISA, there has been a dramatic increase in the number of studies that examined the relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence using both previously examined cohorts as well as new cohorts. Collectively, these studies provide evidence of generally consistent, positive associations with both lung cancer mortality and incidence (Figure 10-3). These associations were observed across studies that adjusted for smoking status and exposure to SHS as well as those studies that had no direct measures of smoking status or used proxy measures to adjust for smoking.

In studies that conducted analyses on never smokers almost all of the studies, except a few conducted in Canada (Tomczak et al., 2016; Hystad et al., 2013) provided evidence of consistent positive associations. The positive associations for lung cancer in never smokers were confirmed by Turner et al. (2011) in a study of only never smokers in the ACS-CPS II cohort. The limited number of studies that examined potential copollutant confounding reported that $PM_{2.5}$-lung cancer mortality and incidence associations remained relatively unchanged, specifically for $O_3$, with less evidence for other pollutants. Additionally, an examination of the C-R relationship and whether a threshold exists provided evidence that supports a no-threshold, linear relationship along the $PM_{2.5}$ concentrations observed in most locations within the U.S., specifically at concentrations representative of the lowest cutpoint examined in studies, 9−11.8 μg/m$^3$, and where analyses of the C-R curve depict a widening of confidence intervals, ~6 μg/m$^3$.

The collective body of evidence for lung cancer mortality and incidence detailed within this section, forms a substantial portion of the evidence included in recent meta-analyses of $PM_{2.5}$ and lung cancer risk (Chen et al., 2015; Yang et al., 2015; Cui et al., 2014; Hamra et al., 2014). Although the criteria for study inclusion varied across each of these meta-analyses they all reported evidence of a positive association between long-term $PM_{2.5}$ exposure and lung cancer risk (Figure 10-3). Specifically, the Hamra et al. (2014) meta-analysis, which formed a strong basis for the IARC conclusion on PM and lung cancer, included the majority of the studies evaluated within this section, the sole difference being this section did not focus on those studies that did not directly measure $PM_{2.5}$.

#### 10.2.5.2 Other Cancers

The 2009 PM ISA concluded that there was no epidemiologic evidence supporting associations between long-term PM exposure in organs or systems other than the lung. However, the overall body of evidence was extremely limited. Since the completion of the 2009 PM ISA, a number of studies have explored the relationship between long-term $PM_{2.5}$ exposure and other cancers including, but not limited to the breast and brain, with the majority focusing on cancer incidence. Of these studies, some had inherent limitations, such as an ecologic study design, and, therefore, are not the focus of this section and are available at: https://hero.epa.gov/hero/particulate-matter. Study characteristics including $PM_{2.5}$ concentrations, study population, and exposure assignment approach for the studies that examined other cancer sites are detailed in Table 10-6.

**Table 10-6 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined long-term $PM_{2.5}$ exposure and cancer in other organs or systems.**

| Study Years | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| *Breast Cancer* | | | | | |
| †Hart et al. (2016)[a] | NHS II (U.S.) | $PM_{2.5}$: 1988−2007<br>Follow-up: 1993−2011 | Cases: 3,416<br>Pop: 115,921 | 12.6[b] | Monthly spatiotemporal prediction model to geocoded residential address as detailed in Yanosky et al. (2014) |
| †Reding et al. (2015)[a] | Sister study (U.S.) | $PM_{2.5}$: 2006<br>Follow-up: 2003−2013 | Cases: 1,749<br>Controls: 47,591 | 10.5 | Regionalized universal kriging model, as detailed in Sampson et al. (2013), to baseline home address |

**Table 10-6 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined long-term $PM_{2.5}$ exposure and cancer in other organs or systems.**

| Study Years | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| †Andersen et al. (2016) | DNC (Denmark) | $PM_{2.5}$: 1990−2013<br>Follow-up: 1993 or 1999−2013 | Cases: 1,145<br>Pop: 22,877 | 19.7 | Danish air pollution dispersion modeling system to estimate concentrations at residential address as detailed in Jensen et al. (2001) |
| †Wong et al. (2016)[c,f] | (Hong Kong) | $PM_{2.5}$: 1998−2011<br>Follow-up: 1998−2011 | Deaths: 111<br>Pop: 66,820 | 33.7 | Combination of monitoring data, geospatial height information, and satellite data to estimate concentrations at geocoded residential address as detailed in Li et al. (2005) and Lai et al. (2010) |
| *Brain Cancer* | | | | | |
| †Jørgensen et al. (2016)[a] | DNC (Denmark) | $PM_{2.5}$: 1990−2013<br>Follow-up: 1993 or 1999−2013 | Cases: 121<br>Pop: 25,143 | 19.7 | Danish air pollution dispersion modeling system to estimate concentrations at residential address as detailed in Jensen et al. (2001) |
| †McKean-Cowdin et al. (2009)[c] | ACS-CPS II (U.S.) | $PM_{2.5}$: 1979−1983/ 1999−2000<br>Follow-up: 1982−2000 | Deaths: 1,284<br>Pop: 630,487 | 1979−1983: 21.1<br>1999−2000: 14.0<br>Average: 17.7 | Average of all monitoring sites in each MSA |
| *Liver Cancer* | | | | | |
| †Pan et al. (2016) | REVEAL-HBV (Taiwan) | $PM_{2.5}$: 2006−2009<br>Follow-up: 1991−2009 | Cases: 464<br>Population: 23,820 | Main Island: 32.2<br>Penghu Islets: 24.2 | Ambient monitoring data from 75 fixed-site monitors across the study locations and modified ordinary kriging as detailed in Liao et al. (2006). $R^2 = 0.73$ |
| †Pedersen et al. (2017)[h] | ESCAPE (Europe) | $PM_{2.5}$: 2008−2011<br>Follow-up: 1985−2005 | Cases: 256<br>Population: 156,211 | DCH: 11.3<br>VHM and PP: 13.6 | LUR model as detailed in Beelen et al. (2013) to home address |

**Table 10-6 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined long-term $PM_{2.5}$ exposure and cancer in other organs or systems.**

| Study Years | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration µg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| *Leukemia* | | | | | |
| †Winters et al. (2015)[a] | (Canada) | $PM_{2.5}$: 1975−1994<br>Follow-up: 1975−1994 | Cases: 1,064<br>Controls: 5,029 | 11.4−11.7[e] | Combination of satellite and monitoring data at postal code of residential address as detailed in as detailed in Hystad et al. (2012) |
| †Badaloni et al. (2013)[a] | SETIL<br>(Italy) | $PM_{2.5}$: 2005<br>Follow-up: 1998−2001 | Cases: 620<br>Controls: 957 | 20.6−21.1[d] | National Integrated Model (MINNI), a dispersion model, to 4-km grid cell and estimated for each geocoded residence |
| †Heck et al. (2013)[a,g] | (California) | $PM_{2.5}$: 1998−2007<br>Follow-up: 1998−2007 | Cases: 479[i]<br>Controls: 26,159 | 17.2 | Monitoring station within 5 miles from address at birth |
| *Multiple Cancers* | | | | | |
| †Heck et al. (2013)[a,g] | (California) | $PM_{2.5}$: 1998−2007<br>Follow-up: 1998−2007 | Cases: 397<br>Controls: 26,159 | 17.2 | Monitoring station within 5 miles from address at birth |
| †Lavigne et al. (2017) | (Canada) | $PM_{2.5}$: 1998−2012<br>Follow-up: 1998−2012 | Cases: 2,044<br>Pop: 2,350,898 | 1st, 2nd, and 3rd trimester; entire pregnancy, 1st year: 9.6 | Satellite-derived estimates to 1-km resolution then adjusted based on GWR to centroid of residential 6-digit postal code as detailed in van Donkelaar et al. (2015) |

**Table 10-6 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined long-term $PM_{2.5}$ exposure and cancer in other organs or systems.**

| Study Years | Cohort Location | Years Air Quality/Follow-up | Events/ Population | Mean Concentration μg/m³ | Exposure Assessment |
|---|---|---|---|---|---|
| †Wong et al. (2016)[c,f] | (Hong Kong) | $PM_{2.5}$: 1998−2011<br>Follow-up: 1998−2011 | Deaths: 1,408<br>Pop: 66,820 | 33.7 | Combination of monitoring data, geospatial height information, and satellite data to estimate concentrations at geocoded residential address as detailed in Li et al. (2005) and Lai et al. (2010) |

ACS-CPS = American Cancer Society—Cancer Prevention Study; DCH = Diet, Cancer, and Health; DNC = Danish Nurse Cohort; ESCAPE = European Study of Cohorts for Air Pollution Effects; GWR = geographically weighted regression; km = kilometer; LUR = land use regression; μg/m³ = microgram per cubic meter; MSA = metropolitan statistical area; NHS II = Nurses' Health Study II; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $R^2$ = coefficient of determination; REVEAL-HBV = Risk Evaluation of Viral Load Elevation and Associated Liver Disease/Cancer-Hepatitis B Virus; SETIL = Study on the aetiology of malignancies in children; VHM and PP = Vorarlberg Health Monitoring and Promotion Program.

[a]Cancer incidence.

[b]Mean concentration obtained from Hart (2017a).

[c]Cancer mortality.

[d]Range of mean concentration across analyses conducted.

[e]Range of $PM_{2.5}$ concentrations across cases and controls.

[f]Wong et al. (2016) examined a range of cancers including all malignant, all digestive organs, lung, breast, female genital, male genital, urinary, and lymphohematopoietic.

[g]Heck et al. (2013) examined a number of types of childhood cancers including leukemia.

[h]Only 2 (DCH, Denmark [1993−1997] and VHM and PP, Austria [1985−2005]) of the 4 ESCAPE cohorts examined measured $PM_{2.5}$.

[i]397 cases of acute lymphoblastic leukemia and 82 cases of acute myeloid leukemia.

†Studies published since the 2009 PM ISA.

#### 10.2.5.2.1 Breast Cancer

Hart et al. (2016) and Reding et al. (2015) examined the association between long-term $PM_{2.5}$ exposure and breast cancer incidence in two U.S.-based cohorts, NHS II and Sister Study cohorts, respectively. In both studies, the authors observed relatively little evidence of an overall association for breast cancer incidence or by hormone receptor subtype. Using a 48-month avg of $PM_{2.5}$ concentrations, Hart et al. (2016) reported an HR of 0.95 (95% CI: 0.89, 1.01) for breast cancer incidence, which is similar to the results observed using a cumulative exposure metric (quantitative results not reported). Reding et al. (2015) also reported relatively little evidence for an association with breast cancer incidence using annual average $PM_{2.5}$ concentrations, HR = 1.04 (95% CI: 0.94, 1.16). The results of both U.S.-based studies are consistent with Andersen et al. (2016) in Denmark within the Danish Nurse Cohort (DNC) study, which provided no evidence of an association between 3-year running mean of $PM_{2.5}$

concentrations and breast cancer incidence (HR: 1.00 [95% CI: 0.87, 1.14]). However, in a study conducted at much higher $PM_{2.5}$ concentrations (>30 μg/$m^3$) in Hong Kong, Wong et al. (2016) reported a positive association with breast cancer mortality (HR: 1.34 [95% CI: 1.12, 1.60]).

#### 10.2.5.2.2 Brain Cancer

The examination of long-term $PM_{2.5}$ exposure and brain cancer consisted of studies focusing on both incidence (Jørgensen et al., 2016) and mortality (McKean-Cowdin et al., 2009). In the DNC study, which consisted of female nurses over the age of 44, Jørgensen et al. (2016) used a 3-year running avg of $PM_{2.5}$ concentrations and found evidence of a weak positive association for brain tumor incidence (HR: 1.09 [95% CI: 0.72, 1.65]), but no evidence of an association when focusing on malignant brain tumors (HR: 0.97 [95% CI: 0.47, 2.05]). The lack of an association with brain cancer incidence was supported by the results of McKean-Cowdin et al. (2009), using the ACS-CPS II cohort, when examining brain cancer mortality. When using three different exposure metrics representing $PM_{2.5}$ concentrations from 1979−1983 (RR: 0.94 [95% CI: 0.87, 1.01]), 1999−2000 (RR: 0.98 [95% CI: 0.89, 1.09]), and the average of the two time periods (RR: 0.95 [95% CI: 0.86, 1.05]), the authors reported no evidence of an association with brain cancer mortality.

#### 10.2.5.2.3 Liver Cancer

Recent studies conducted in Taiwan (Pan et al., 2016) and Europe (Pedersen et al., 2017) have examined the relationship between long-term $PM_{2.5}$ exposure and liver cancer incidence. Within the Risk Evaluation of Viral Load Elevation and Associated Liver Disease/Cancer-Hepatitis B Virus (REVEAL-HBV) cohort in Taiwan, Pan et al. (2016) examined long-term $PM_{2.5}$ exposure based on 4-year avg concentrations and liver cancer incidence on both the main islands and Penghu islets. Additionally, the authors examined whether there was evidence of a direct or indirect effect of long-term $PM_{2.5}$ exposure on serum alanine transaminase (ALT) levels, which is a marker of chronic liver tissue inflammation, and subsequently liver cancer incidence. During the course of the study, new cases of liver cancer were identified during follow-up by pathological examination. Between the two locations, the distribution of $PM_{2.5}$ concentrations varied dramatically with an IQR of 0.73 μ/$m^3$ on the Penghu islets and 13.1 μg/$m^3$ the main islands; therefore, results are not standardized to a 5 μg/$m^3$ increase, which as noted previously is the convention for the rest of the epidemiologic study results for $PM_{2.5}$ presented within this section. Based on an IQR increase, Pan et al. (2016) reported an HR of 1.22 (95% CI: 1.02, 1.47) on the Penghu islets and HR of 1.21 (95% CI: 0.95, 1.52) on the main islands. In the mediation analysis, there was evidence of an indirect effect of long-term $PM_{2.5}$ exposure on liver cancer incidence through elevated ALT levels, as well as some evidence of a potential direct effect. This initial evidence of a potential association between long-term $PM_{2.5}$ exposure and liver cancer is consistent with the results of Pedersen et al. (2017) in the ESCAPE study, which used a more rigorous exposure assignment method

than Pan et al. (2016). Focusing on the two cohorts conducted in Denmark and Italy that reported $PM_{2.5}$ concentrations, the authors reported a positive association with new liver cancer cases diagnosed during follow-up (HR: 1.34 [95% CI: 0.76, 2.35]), but the 95% confidence intervals were large.

#### 10.2.5.2.4 Leukemia

The association between long-term $PM_{2.5}$ exposure and incident leukemia was examined in cohorts consisting of children in Italy (Badaloni et al., 2013) and the U.S. (Heck et al., 2013), and adults in Canada (Winters et al., 2015). Badaloni et al. (2013) in the SETIL study (i.e., study on the etiology of lymphohematopoietic malignancies in children) examined incident leukemia in children ≤10 years of age in a case-control study. In quartile analyses using the entire cohort, as well as analyses limited to children between the ages of 0−4 years, and those children that did not change residence during the study, the authors observed no evidence of an association between long-term $PM_{2.5}$ exposure and incident leukemia. Heck et al. (2013) examined incident childhood cancer (ages <6 years) from the California Cancer Registry. In a case-control study, the authors did not observe clear evidence of an association between $PM_{2.5}$ and acute lymphoblastic leukemia (OR: 1.06 [95% CI: 0.95, 1.18]; n = 397) and no evidence of an association with acute myeloid leukemia (OR: 0.90 [95% CI: 0.70, 1.16]; n = 82). A similar result was observed by Winters et al. (2015) also using a case-control study design to examine incident leukemia in adults across Canadian provinces (except for Quebec and New Brunswick). The authors reported no evidence of an association between long-term $PM_{2.5}$ exposure and incident leukemia as well as chronic lymphocytic leukemia.

#### 10.2.5.2.5 Multiple Cancers

Although most of the studies that examine long-term $PM_{2.5}$ exposure and cancer focused on specific cancer types, a few studies examined a number of different cancer types. In a study conducted in Hong Kong, Wong et al. (2016) examined mortality attributed to a variety of cancers as detailed in Table 10-6. Within this study, $PM_{2.5}$ concentrations were much higher (mean = 33.7 μg/m$^3$) than in the other studies evaluated in this section. Across mortality outcomes attributed to cancer types, the authors observed strong positive associations (i.e., in terms of magnitude and precision) for all malignant, all digestive organs, and female genital cancers with HRs ranging from 1.10 to 1.32. There was no evidence of an association for male genital, urinary, or lymphohematopoietic cancer mortality.

Whereas Wong et al. (2016) focused on cancer mortality, Heck et al. (2013) and Lavigne et al. (2017) examined incident childhood cancers in California and Ontario, Canada, respectively. Heck et al. (2013) in a case-control study, examined associations between $PM_{2.5}$ exposure during the entire pregnancy and childhood cancer (ages <6 years). There was not clear evidence of an association between $PM_{2.5}$ and cancer risk for any of the cancer sites except for retinoblastoma (OR: 1.33 [95% CI: 1.06, 1.67]; n = 87). Lavigne et al. (2017) also examined multiple childhood cancers, but included cancer

diagnoses up to age 14 years. In addition to examining exposures during the entire pregnancy, the authors also examined trimester specific exposures as well as those during the first year of life. Focusing on cancers with greater than 200 cases during the study period (i.e., acute lymphoblastic leukemia, astrocytoma, and Wilms tumor) the authors reported evidence of a number of positive associations across trimesters, the entire pregnancy, and the first year of life for each of these cancers, but 95% confidence intervals were large for all except astrocytoma (HR: 1.80 [95% CI: 1.09, 2.92] for the 1st trimester and HR: 1.68 [95% CI: 1.00, 2.89] for the entire pregnancy). These results are inconsistent with Heck et al. (2013), which also examined astrocytoma and found no evidence of an association with $PM_{2.5}$ exposure during the entire pregnancy.

##### 10.2.5.2.6 Summary

Compared to the 2009 PM ISA, more recent studies have examined associations between long-term $PM_{2.5}$ exposure and cancer incidence and mortality beyond the respiratory system. Across the cancers examined, which includes breast cancer, brain cancer, liver cancer, and leukemia there is inconsistent evidence of an association with long-term $PM_{2.5}$ exposure. In addition to the cancers evaluated within this section, there are a few individual studies that examined ovarian cancer (Hung et al., 2012) and bladder cancer (Liu et al., 2009). Collectively, there are a small number of studies that examined other cancers and this evidence does not clearly depict an association between long-term $PM_{2.5}$ and cancer in other sites.

#### 10.2.5.3 Cancer Survival

The majority of air pollution epidemiologic studies focusing on cancer tend to examine whether long-term exposures are associated with cancer incidence or mortality, as previously detailed within this section. Recently, studies have also examined whether exposure to air pollutants, such as $PM_{2.5}$, can have a detrimental impact on cancer survival. Study characteristics for the studies that examined cancer survival in response to long-term $PM_{2.5}$ exposures are detailed in Table 10-7.

**Table 10-7 Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cancer survival.**

| Study Location, Years, Data | Population/Cancer | Mean Concentration μg/m$^3$ | Exposure Assessment | Results |
|---|---|---|---|---|
| †Xu et al. (2013)<br>Los Angeles, CA; Honolulu, HI<br>1992−2008<br>SEER | 58,586 respiratory cancer cases among whites<br>LA: 56,193<br>Honolulu: 2,393 | LA: 18.1<br>Honolulu: 4.3 | Average of all monitors in the county where the case resided to calculate county-level monthly mean, each case assigned monthly mean concentration for each month after diagnosis. | Kaplan-Meier Survival Analysis:<br>Higher mortality rate for respiratory cancer cases in areas with high $PM_{2.5}$ concentrations (LA) vs. low (Honolulu)<br>Cox Proportional Hazards Model:<br>Categorical analysis (LA only):[a]<br>Overall mortality: HR = 1.07 (95% CI: 1.02, 1.13)<br>Respiratory cancer mortality: HR = 1.08 (1.02, 1.14)<br>Continuous variable analysis (per 5 μg/m$^3$):<br>Overall mortality: HR = 1.57 (95% CI: 1.53, 1.61)<br>Respiratory cancer mortality: HR = 1.49 (1.45, 1.53) |

**Table 10-7 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cancer survival.**

| Study Location, Years, Data | Population/Cancer | Mean Concentration μg/m³ | Exposure Assessment | Results |
|---|---|---|---|---|
| †Eckel et al. (2016)<br>California<br>1988−2009[b]<br>CCR | 352,053 lung cancer cases | 13.7 | Monthly average concentrations interpolated to residential address using IDW of up to four closest monitors within 50-km radius; however, cases excluded if nearest monitor was >25 km away. Each case assigned monthly mean for each month after diagnosis. | Cox Proportional Hazards Model (per 5 μg/m³):<br>All-cause mortality: HR = 1.15 (95% CI: 1.15, 1.16)<br>Lung cancer mortality: HR = 1.14 (95% CI: 1.13, 1.15) |
| †Hu et al. (2013)<br>California<br>1999−2009<br>CA SEER | 255,128 female breast cancer cases | —[c] | Average of all monitors in the county where the case resided to calculate county-level monthly mean, each case assigned monthly mean concentration for each month after diagnosis. Cases excluded if any missing PM data during any month. | Kaplan-Meier Survival Analysis:<br>Higher mortality rate for breast cancer cases living in counties with high $PM_{2.5}$ concentrations vs. low<br>Cox Proportional Hazards Model:<br>Breast cancer mortality:<br>Categorical analysis:[d] 11.64−15.04 μg/m³: 1.24 (95% CI: 0.79, 1.94)<br>≥15.04 μg/m³: 1.76 (95% CI: 1.24, 2.49)<br>Continuous analysis (per 5 μg/m³): HR = 1.86 (95% CI: 1.12, 3.10) |

**Table 10-7 (Continued): Study-specific details and $PM_{2.5}$ concentrations from recent epidemiologic studies that examined cancer survival.**

| Study Location, Years, Data | Population/Cancer | Mean Concentration μg/m³ | Exposure Assessment | Results |
|---|---|---|---|---|
| †Deng et al. (2017)<br>California<br>2000−2009<br>CCR | 22,221<br>HCC liver cancer patients | Total: 13.3<br>Local: 12.9<br>Regional: 13.3<br>Distant: 14.0 | Same approach as described in Eckel et al. (2016) above. | Kaplan-Meier Survival Analysis:<br>Median survival (years) was higher for all-cause mortality for liver cancer patients overall, and specifically for local and regional stage patients.<br>Cox Proportional Hazards Model:<br>Categorical analysis:[e]<br>Overall results: 10−15 μg/m³:<br>15−20 μg/m³: 1.18 (95% CI: 1.12, 1.24)<br>20−25 μg/m³: 1.46 (95% CI: 1.36, 1.57)<br>25−30 μg/m³: 2.40 (95% CI: 2.14, 2.69)<br>≥30 μg/m³: 4.61 (95% CI: 3.87, 5.50)<br>Continuous analysis (per 5 μg/m³): 1.18 (95% CI: 1.16, 1.20) |

CA SEER = California Surveillance Epidemiology and End Results cancer registry; CCR = California Cancer Registry; CI = confidence interval; HHC = hepatocellular carcinoma; HR = hazard ratio; IDW = Inverse-distance weighted; km = kilometer; μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; SEER = Surveillance Epidemiology and End Results cancer registry.

[a]Honolulu cases were the referent, for both categorical and continuous analysis results are for the fully adjusted model.

[b]For $PM_{2.5}$ analysis, only cases diagnosed in 1998 or later included.

[c]Mean $PM_{2.5}$ concentration not reported, but study conducted categorical analysis with $PM_{2.5}$ tertiles of <11.64 μg/m³, 11.64−15.04 μg/m³, and ≥15.04 μg/m³.

[d]11.64 μg/m³ was the referent, results are for the fully adjusted mode.

[e]<10 μg/m³ was the referent.

†Studies published since the 2009 PM ISA.

Xu et al. (2013) and Eckel et al. (2016) examined cancer survival by focusing on both the influence of $PM_{2.5}$ concentrations on overall survival as well as the risk of death or cancer-related death in individuals with any respiratory or lung cancer, respectively. Xu et al. (2013) focused on two areas representative of high (Los Angeles) and low (Honolulu) $PM_{2.5}$ concentrations, while Eckel et al. (2016) focused specifically on whether lung cancer cases existed in areas with higher and lower $PM_{2.5}$ concentrations. In Xu et al. (2013) and Eckel et al. (2016), cancer survival was found to decrease in areas with higher $PM_{2.5}$ concentrations, which was further supported by the categorical analysis conducted in Xu et al. (2013) where there was evidence of increased risk of mortality among people with cancer when comparing the higher polluted area (Los Angeles) with the lower polluted area (Honolulu). Additionally, in analyses in both studies where $PM_{2.5}$ was included as a continuous variable there was evidence of positive associations between long-term $PM_{2.5}$ exposure and overall mortality and respiratory/lung cancer mortality (Table 10-7).

Additional evidence indicating a potential relationship between cancer survival and long-term $PM_{2.5}$ concentrations was provided by studies conducted in California that examined breast cancer survival (Hu et al., 2013) and liver cancer survival (Deng et al., 2017). Hu et al. (2013) reported evidence of higher breast cancer mortality in cases living in counties with higher $PM_{2.5}$ concentrations as well as a high overall risk of breast cancer death. In the study of liver cancer survival, Deng et al. (2017) observed an overall increase in the risk of all-cause mortality as well as evidence that mortality risk increases in liver cancer patients as $PM_{2.5}$ concentrations increased (Table 10-7). Both of these studies provide initial evidence that although long-term $PM_{2.5}$ exposure has not been associated with breast cancer incidence, and only a few studies have examined liver cancer incidence (see Section 10.2.5.3), underlying cancer may contribute to increasing the risk of death after diagnosis.

In addition to examining overall cancer survival, Eckel et al. (2016), Hu et al. (2013), and Deng et al. (2017) examined whether the stage of cancer diagnosis modified survival. In each of these studies there was initial evidence, through categorical analyses, of a nonlinear relationship between $PM_{2.5}$ exposure and cancer survival, where patients with less advanced cancer at diagnosis (i.e., local or regional) had lower survival if they resided in locations with higher rather than lower $PM_{2.5}$ concentrations (Table 10-7). This pattern of associations was not observed in patients diagnosed with distant (i.e., late) stage cancer likely due to the advanced stage of cancer and overall lower survival rate. Collectively, these studies provide initial evidence that exposure to long-term $PM_{2.5}$ concentrations may contribute to reduced cancer survival. However, caution is warranted in the interpretation of the results from these studies because they are all conducted in one location, California.

### 10.2.6 Associations between $PM_{2.5}$ Sources and Components and Cancer

As characterized throughout this ISA, PM itself is a complex mixture consisting of numerous individual components derived from a variety of sources (see Chapter 2). It has been well characterized over the years that a number of these individual components are mutagenic and carcinogenic (Claxton and Woodall, 2007; Claxton et al., 2004). The 2009 PM ISA noted that animal toxicological studies did not focus on specific PM size fractions, but instead emissions from various sources. The 2009 PM ISA concluded that ambient urban PM, emissions from wood smoke and coal combustion, and gasoline exhaust and DE are mutagenic, while PAHs are genotoxic. This conclusion is consistent with previous studies that demonstrated ambient PM and PM from specific combustion sources are mutagenic and genotoxic (U.S. EPA, 2009). Recent studies examined specific $PM_{2.5}$ components and in some cases related those components to specific sources to evaluate whether individual $PM_{2.5}$ components or sources are more closely related to lung cancer mortality and incidence, as well as DNA methylation, than $PM_{2.5}$ mass.

In the National Particle Component and Toxicity (NPACT) study, which focused on the ACS-CPS II cohort, Thurston et al. (2013) examined associations with individual $PM_{2.5}$ components and lung cancer mortality, and only observed evidence of positive associations with Se, a coal combustion tracer, and S. The authors used factor analysis and absolute principal component analysis (APCA) to identify source-related groupings and source categories, respectively. The results of the factor and source-apportionment analyses, which found positive associations with a coal combustion source, are consistent with the single-pollutant $PM_{2.5}$ component analyses. Thurston et al. (2013) did not observe evidence of clear associations with lung cancer mortality for any of the other source categories or tracer elements (quantitative results not presented). The ESCAPE study also examined associations between long-term exposure to $PM_{2.5}$ components and lung cancer mortality. Raaschou-Nielsen et al. (2016) examined associations with eight $PM_{2.5}$ components (Cu, Fe, K, Ni, S, Si, V, and Zn) estimated using LUR methods. Positive associations were observed with all $PM_{2.5}$ components (with the exception of V), albeit with wide confidence intervals, with HR ranging from 1.02 to 1.34 for an IQR increase in $PM_{2.5}$ component concentrations.

Instead of focusing on traditional $PM_{2.5}$ components, Weichenthal et al. (2016) in CanCHEC examined the association between $PM_{2.5}$ oxidative burden (the product of mass concentration and oxidative potential) and lung cancer mortality. Regional time-weighted $PM_{2.5}$ (2012−2013) average oxidative potential was assessed according to the ability of filter extracts to deplete glutathione and ascorbate in synthetic respiratory tract lining fluid (percent depletion/μg). As detailed previously, there was a positive association with $PM_{2.5}$ mass that was found to be stronger in terms of magnitude and precision when using the glutathione-related $PM_{2.5}$ oxidative burden exposure metric (HR per IQR change in $PM_{2.5}$ and glutathione-related oxidative potential: 1.12 [95% CI: 1.05, 1.19]). There was no association

with ascorbate-related $PM_{2.5}$ oxidative burden (HR per IQR change in $PM_{2.5}$ and ascorbate-related oxidative potential: 0.97 [95% CI: 0.93, 1.01]).

In addition to studies that examined associations between $PM_{2.5}$ components and lung cancer mortality and incidence, a few studies examined whether specific $PM_{2.5}$ components are more strongly related to DNA methylation. Madrigano et al. (2011) within the Normative Aging Study discussed previously, also examined associations between individual $PM_{2.5}$ components and DNA methylation. In addition to $PM_{2.5}$ mass, the authors also observed associations for a reduction in methylation when examining BC and $SO_4$, particularly in LINE-1, but 95% confidence intervals were large. Additional studies conducted within the Beijing Truck Driver Air Pollution Study cohort detailed previously, also examined the influence of individual $PM_{2.5}$ components on DNA methylation. Hou et al. (2014) examined whether specific $PM_{2.5}$ components (i.e., Al, Ca, Fe, K, S, Si, Ti, and Zn) altered methylation of the same tandem repeats examined in Guo et al. (2014). The authors observed when examining associations for 10% increase in each component that there was evidence of an increase in SATα methylation for S in office workers and in NBL2 methylation for Si and Ca in truck drivers. However, Hou et al. (2014) did not examine components that comprised a larger percentage of $PM_{2.5}$ mass. For example, both Si and Ca represented less than 2 and 1% of the total $PM_{2.5}$ mass exposure for truck drivers and office workers, respectively. The authors reported no evidence of associations with other elemental components (Al, K, Ti, Fe, and Zn) or a difference in the methylation of the tandem repeat D4Z4. Sanchez-Guerra et al. (2015) also examined the Beijing Truck Driver Air Pollution Study cohort, but as detailed above focused on methylation of both 5mC and 5hmC. The authors did not report any evidence of an increase in 5hmC for the components examined in Hou et al. (2014) as well as BC.

Overall, the studies that examined associations between long-term exposure to $PM_{2.5}$ components and sources and lung cancer mortality are consistent with previous evaluations that have indicated that components and sources related to combustion activities are mutagenic and genotoxic and provide biological plausibility for PM-related lung cancer incidence and mortality (U.S. EPA, 2009). Additionally, initial evidence indicates that $PM_{2.5}$ oxidative potential may be an important metric to consider in the future. The limited number of studies that examined associations between exposure to $PM_{2.5}$ components and DNA methylation as well as the limited number of components examined, did not provide consistent evidence that any one component altered DNA methylation.

### 10.2.7 Summary and Causality Determination

It has been well characterized in toxicological studies that ambient air has mutagenic properties (Claxton et al., 2004) and that extracts of PM from ambient air have carcinogenic properties (Claxton and Woodall, 2007). However, at the completion of the 2009 PM ISA, little information was available from studies employing specific PM size fractions, such as $PM_{2.5}$, or inhalation exposure. The evidence indicating that PM was both a mutagen and carcinogen was supported by epidemiologic evidence of

primarily positive associations in studies of lung cancer mortality, with limited evidence for lung cancer incidence and other cancers. Since the 2009 PM ISA, a several cohort studies using both traditional and more refined exposure assignment approaches provide evidence that primarily consists of positive associations between $PM_{2.5}$ exposure and both lung cancer mortality and lung cancer incidence, which is supported by subset analyses focusing on never smokers. In addition, $PM_{2.5}$ exhibits several key characteristics of carcinogens (Smith et al., 2016), as shown in toxicological studies demonstrating genotoxic effects, oxidative stress, electrophilicity, and epigenetic alterations, with supportive evidence provided by epidemiologic studies. Furthermore, $PM_{2.5}$ has been shown to act as a tumor promoter in a rodent model of urethane-initiated carcinogenesis. This biological plausibility, in combination with the epidemiologic evidence for $PM_{2.5}$ and lung cancer mortality and incidence, contributes to the conclusion of a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer. This section describes the evaluation of evidence for cancer, with respect to the causality determination for long-term exposure to $PM_{2.5}$ using the framework described in Table II of the Preamble to the ISAs (U.S. EPA, 2015). The key evidence, as it relates to the causal framework, is summarized in Table 10-8.

**Table 10-8 Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m³)[c] |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple, high-quality studies at relevant $PM_{2.5}$ concentrations | Increases in lung cancer mortality and incidence in cohort studies conducted in the U.S., Canada, Europe, and Asia. Supported by subset analyses reporting positive associations in never smokers. | Section 10.2.5.1.1<br>Figure 10-3 | Annual:<br>U.S. and Canada: 6.3−23.6<br>Europe: 6.6−31.0<br>Asia: 33.7<br>Table 10-4 |
| Limited epidemiologic evidence from copollutant models for an independent $PM_{2.5}$ association | Potential copollutant confounding for lung cancer mortality and incidence examined in a few studies with initial evidence that associations remained robust in models with $O_3$, with more limited information for other gaseous pollutants and particle size fractions. | Section 10.2.5.1.3 | — |
| Epidemiologic evidence supports a linear, no-threshold C-R relationship | Recent multicity studies conducted in the U.S., Canada, and Europe provide evidence of a linear, no-threshold C-R relationship for annual $PM_{2.5}$ concentrations observed within the U.S., but extensive systematic evaluations of alternatives to linearity have not been conducted. | Section 10.2.5.1.4 | — |

**Table 10-8 (Continued): Summary of evidence for a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m³)[c] |
|---|---|---|---|
| Extensive evidence for biological plausibility | Experimental studies provide evidence for oxidative stress in human subjects while in vivo inhalation studies in rodents indicate oxidative DNA damage and methylation of the promoter of a tumor suppressor gene promotor in the lung, upregulation of enzymes involved in biotransformation, and tumor promotion in a model of urethane-induced tumor initiation. Studies conducted in vitro show formation of DNA adducts, DNA damage, formation of micronuclei, oxidative stress, altered methylation of repetitive elements and miRNAs, increased telomerase activity, mutagenicity, and increased metastatic potential. Additionally, there is supporting epidemiologic evidence for micronuclei formation. | Liu et al. (2015)<br>Soberanes et al. (2012)<br>Yoshizaki et al. (2016)<br>Cangerana Pereira et al. (2011)<br>Section 10.2.1<br>Section 10.2.2<br>Section 10.2.3<br>Section 10.2.4<br>Section 10.2.5 | 238<br>100−120<br>594<br>17.66 |
| Coherence of cancer-related effects across disciplines | Epidemiologic evidence that is coherent with experimental evidence for DNA adduct formation, DNA damage, cytogenetic effects, and altered DNA methylation | Li et al. (2014);<br>Rossner et al. (2013b)<br>Chu et al. (2015)<br>Rossner et al. (2011)<br>O'Callaghan-Gordo et al. (2015)<br>Section 10.2.3 | 115.4<br>12.0−78.9<br>68.4−146.6<br>26.1−28.4<br>14.4 |

C-R = concentration–response; DNA = deoxyribonucleic acid; μg/m³ = microgram per cubic meter; miRNA = microribonucleic acid; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

Experimental and epidemiologic studies provide evidence indicating the potential role of $PM_{2.5}$ exposure in genotoxicity through an examination of cancer-related biomarkers, such as mutagenicity, DNA damage, and cytogenetic endpoints. Decades of research has laid a foundation supporting the mutagenic potential of PM. It has been clearly demonstrated in the Ames *Salmonella*/mammalian-microsome mutagenicity assay that PM contains mutagenic agents (Section 10.2.2.1). Although mutagenicity does not necessarily equate to carcinogenicity, the ability of PM to elicit mutations provides support for observations of an association with lung cancer mortality and incidence in epidemiologic studies. Both in vitro and in vivo toxicological studies indicate the potential for $PM_{2.5}$ exposure to result in DNA damage (Section 10.2.2.2), which is supported by limited evidence from epidemiologic panel studies (Chu et al., 2015) and findings of oxidative stress in a controlled human exposure study (Liu et al., 2015). When examining cytogenetic effects, a limited number of epidemiologic and toxicological studies provides coherence for micronuclei formation and chromosomal abnormalities (Section 10.2.2.3). Additionally, there was limited evidence for differential expression of genes that may be relevant to cancer pathogenesis. Across scientific disciplines, a broad array of biomarkers of genotoxicity were examined, which complicates the assessment of whether there was evidence for coherence of effects, but overall these studies provide some evidence of a relationship between $PM_{2.5}$ exposure and genotoxicity. Similarly, experimental and epidemiologic studies that examined epigenetic effects indicate changes in methylation, both hyper- and hypomethylation, globally as well as in some specific genomic sites, providing some support for $PM_{2.5}$ exposure contributing to genomic instability (Section 10.2.3). Toxicological evidence that the promoter region of a tumor suppressor gene, *p16*, was methylated in lung tissue as a result of inhalation exposure to $PM_{2.5}$ is consistent with one of the hallmarks of cancer (Hanahan and Weinberg, 2011, 2000), that is, the evading of growth suppressors (Section 10.2.3.1).

The experimental and epidemiologic evidence for genotoxicity and mutagenicity, as well as epigenetic effects, provides biological plausibility for a relationship between exposure to $PM_{2.5}$ and cancer development. In addition, $PM_{2.5}$ exposure enhanced tumor formation in an animal model of urethane-induced tumor initiation (Cangerana Pereira et al., 2011). This study supports a role for $PM_{2.5}$ exposure in tumor promotion, which is a measure of carcinogenic potential. Further substantiating the link between $PM_{2.5}$ exposure and cancer development are epidemiologic studies demonstrating primarily consistent positive associations between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence across studies using different exposure assignment methods (Section 10.2.5.1). The evidence of $PM_{2.5}$-related lung cancer mortality and incidence is further supported by a number of studies that examined associations by smoking status and reported generally positive associations in never smokers. Across studies, potential confounding by smoking status and exposure to SHS was adequately controlled through either direct measures of smoking status or by using proxy measures to adjust for smoking. Of those studies that did not report evidence of a positive association, only Lipsett et al. (2011) in the CTS cohort examined associations by smoking status for lung cancer mortality and also reported evidence of a positive, albeit imprecise, association in never smokers. A number of the studies focusing on lung cancer incidence examined associations by histological subtype, which allows for an assessment of adenocarcinoma, the predominate lung cancer subtype found in nonsmokers. Across studies that

examined histological subtypes, there was some evidence of positive associations with adenocarcinomas, but associations were imprecise (i.e., wide confidence intervals) and often also observed for other subtypes.

A limited number of recent lung cancer mortality and incidence studies conducted analyses to assess potential copollutant confounding and reported that $PM_{2.5}$ associations were relatively unchanged in models with $O_3$. However, there was a more limited assessment of potential copollutant confounding by other gaseous pollutants and particle size fractions (Section 10.2.5.1.3). Recent assessments of the C-R relationship between long-term $PM_{2.5}$ exposure and lung cancer mortality and incidence provide evidence of a linear, no-threshold relationship, specifically at concentrations representative of the lowest cutpoint examined in studies, 9−11.8 $\mu g/m^3$, and where analyses of the C-R curve depict a widening of confidence intervals, ~6 $\mu g/m^3$. However, in assessing the C-R relationship, epidemiologic studies have not conducted empirical evaluations of potential alternatives to linearity (Section 10.2.5.1.4).

In addition to lung cancer mortality and incidence, a number of recent studies examined cancers of other sites including breast cancer, brain cancer, liver cancer, and leukemia. Across the studies, the evidence does not clearly depict an association with other types of cancers (Section 10.2.5.2). However, emerging evidence examining cancer survival in people diagnosed with various stages of different types of cancers including respiratory cancer, lung cancer, breast cancer, and liver cancer indicates that long-term $PM_{2.5}$ exposure may contribute to reduced cancer survival, particularly in individuals with less advanced cancer diagnoses (Section 10.2.5.3).

Collectively, experimental and epidemiologic studies provide evidence for a relationship between $PM_{2.5}$ exposure and genotoxicity, epigenetic effects, and carcinogenic potential. Uncertainties exist due to the lack of consistency in specific cancer-related biomarkers associated with $PM_{2.5}$ exposure across both experimental and epidemiologic studies; however, $PM_{2.5}$ exhibits several characteristics of carcinogens. This provides biological plausibility for $PM_{2.5}$ exposure contributing to cancer development. **Overall, the combination of this evidence is sufficient to conclude there is a *likely to be causal relationship* between long-term $PM_{2.5}$ exposure and cancer.**

## 10.3 $PM_{10-2.5}$ Exposure and Cancer

The 2009 PM ISA concluded that the overall body of evidence was "inadequate to assess the relationship between long-term $PM_{10-2.5}$ exposures and cancer" (U.S. EPA, 2009).[83] This conclusion was based on the lack of epidemiologic studies that examined $PM_{10-2.5}$ exposure and cancer in both the 2004 PM AQCD and the 2009 PM ISA.

[83] As detailed in the Preface, risk estimates are for a 5-$\mu g/m^3$ increase in annual $PM_{10-2.5}$ concentrations unless otherwise noted.

# CHAPTER 11 MORTALITY

***Summary of Causality Determinations for Short- and Long-Term PM Exposure and Total (Nonaccidental) Mortality***

This chapter characterizes the scientific evidence that supports causality determinations for short- and long-term PM exposure and total mortality. The types of studies evaluated within this chapter are consistent with the overall scope of the ISA as detailed in the Preface (see Section P.3.1). In assessing the overall evidence, strengths and limitations of individual studies were evaluated based on scientific considerations detailed in the Appendix. More details on the causal framework used to reach these conclusions are included in the Preamble to the ISA (U.S. EPA, 2015b).

| Size Fraction | Causality Determination |
|---|---|
| *Short-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Inadequate |
| *Long-Term Exposure* | |
| $PM_{2.5}$ | Causal |
| $PM_{10-2.5}$ | Suggestive of, but not sufficient to infer |
| UFP | Inadequate |

## 11.1 Short-Term $PM_{2.5}$ Exposure and Total Mortality

The 2009 PM ISA concluded that "a causal relationship exists between short-term exposure to $PM_{2.5}$ and mortality" (U.S. EPA, 2009).[84] This conclusion was based on the evaluation of both multi- and single-city studies that further supported the consistent positive associations between short-term $PM_{2.5}$ exposure and mortality (i.e., total [nonaccidental] mortality) observed in the 2004 PM Air Quality Criteria Document [AQCD; U.S. EPA (2004)], with associations for total (nonaccidental) mortality ranging from 0.29% (Dominici et al., 2007) to 1.2% (Franklin et al., 2007). These associations were strongest, in terms of magnitude and precision, primarily at lags within the range of 0−1 days. Although an examination of the potential confounding effects of gaseous copollutants was limited in the studies evaluated in the 2009 PM ISA, evidence from single-city studies evaluated in the 2004 PM AQCD indicated that gaseous

[84] As detailed in the Preface, risk estimates are for a 10-μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations, unless otherwise noted.

copollutants have minimal effect on the $PM_{2.5}$-mortality relationship. The evaluation of cause-specific mortality found that risk estimates were larger in magnitude, but also had larger confidence intervals for respiratory mortality than for cardiovascular mortality. Although the largest mortality risk estimates were for respiratory mortality, the interpretation of the results was complicated by the limited coherence from studies of respiratory morbidity. However, the evidence from studies of cardiovascular morbidity provided both coherence and biological plausibility for the relationship between short-term $PM_{2.5}$ exposure and cardiovascular mortality.

The multicity studies evaluated in the 2009 PM ISA provided initial information with respect to seasonal patterns of associations and city-to-city heterogeneity in $PM_{2.5}$-mortality risk estimates along with potential factors that may explain some of this heterogeneity. An evaluation of $PM_{2.5}$-mortality risk estimates by season indicated that associations tend to be largest in magnitude during the spring. Additionally, multicity studies demonstrated a regional pattern in associations, with the magnitude being larger in the eastern U.S., but also indicated that nationally, and even within a region, there are differences among city-specific $PM_{2.5}$-mortality risk estimates. Although not systematically considered across the studies evaluated in the 2009 PM ISA, several studies examined factors that provided some evidence that may explain the heterogeneity in $PM_{2.5}$-mortality risk estimates observed both within and across studies, including exposure factors (e.g., air conditioning use), demographic differences, and $PM_{2.5}$ composition.

An evaluation of the concentration-response (C-R) relationship and whether a threshold exists was limited to multicity studies of $PM_{10}$. Collectively, the multicity studies that examined the C-R relationship between short-term $PM_{10}$ exposure and mortality reported evidence of a linear, no-threshold relationship. However, some studies that also examined the C-R relationship for individual cities provided initial evidence indicating potential city-to-city differences in the shape of the C-R curve.

In addition to examining the association between short-term $PM_{2.5}$ exposures and mortality with a focus on PM mass, a few multicity studies examined whether specific $PM_{2.5}$ components modified the $PM_{2.5}$-mortality relationship, whereas other studies focused on examining whether individual $PM_{2.5}$ components or PM sources were more strongly associated with mortality than $PM_{2.5}$ mass. In many cases, the evaluation of $PM_{2.5}$ components was limited because of the rather sparse temporal data coverage as a result of the every 3rd or 6th day sampling schedule of monitors. Collectively, these studies did not provide evidence that any one component or source is more strongly associated with mortality, which is consistent with the larger body of literature that examined the relationship between $PM_{2.5}$ components and sources and other health effects (U.S. EPA, 2009).

As detailed in the Preface, the focus of this section is on evaluating recently published studies that directly address policy-relevant issues (i.e., those studies in which mean 24-hour avg concentrations are less than 20 $\mu g/m^3$ across all cities or in which at least half of the cities have mean 24-hour avg concentrations less than 20 $\mu g/m^3$). Additionally, consistent with previous ISAs, this section focuses primarily on multicity studies because they examine the association between short-term $PM_{2.5}$ exposure and a health effect over a large geographic area. Such studies are conducted under diverse atmospheric

conditions and population demographics; and also use a consistent statistical methodology, which avoids the potential publication bias often associated with single-city studies (U.S. EPA, 2008). However, when applicable, single-city studies, as well as multicity studies with mean 24-hour avg concentrations greater than 20 μg/m$^3$, are evaluated if they: (1) encompass a long study-duration; (2) examine whether a specific population or lifestage is at increased risk of $PM_{2.5}$-related mortality (see Chapter 12); or (3) further characterize the relationship between short-term $PM_{2.5}$ exposure and mortality (e.g., copollutant analyses) not represented in the multicity studies with mean 24-hour avg concentrations less than 20 μg/m$^3$ (U.S. EPA, 2016, 2015a). Other recent studies that do not fit the criteria mentioned above are not the focus of this section, and are available at: https://hero.epa.gov/hero/particulate-matter.

The following sections provide a brief overview of the consistent, positive associations observed in recent studies of mortality and short-term $PM_{2.5}$ exposures, with the main focus on assessing the degree to which these studies further characterize the relationship between short-term $PM_{2.5}$ exposure and mortality detailed in the 2009 PM ISA (U.S. EPA, 2009). The multicity, as well as single-city studies, discussed throughout this section, along with study-specific details and air quality characteristics are highlighted in Table 11-1 and represent those studies that attempt to further characterize the $PM_{2.5}$-mortality evidence by examining: potential confounding (i.e., copollutants and seasonal/temporal trends); effect modification (e.g., stressors, pollutants, season); geographic heterogeneity in associations; shape of the C-R relationship and related issues (e.g., threshold, lag structure of associations); and the relationship between $PM_{2.5}$ components and sources and mortality.

**Table 11-1 Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD, the 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration (μg/m$^3$) | Upper Percentile Concentrations (μg/m$^3$) | Copollutant Examination |
|---|---|---|---|---|---|
| *North America* | | | | | |
| Burnett and Goldberg (2003)[a] Eight Canadian cities (1986−1996) | Total | One monitor in each of six cities and average of two monitors in two cities | 13.3 | 98th: 38.9<br>99th: 45.4<br>Max: 86.0 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-1 (Continued): Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD and 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration (μg/m³) | Upper Percentile Concentrations (μg/m³) | Copollutant Examination |
|---|---|---|---|---|---|
| Klemm and Mason (2003)[a]<br>Six U.S. cities<br>(1979−1988) | Total | One monitor in each city | 14.7[b] | 75th: 23.0<br>95th: 43.3 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Burnett et al. (2004)<br>12 Canadian cities<br>(1981−1999) | Total | Average of multiple monitors in each city | 12.8 | 98th: 38.0<br>99th: 45.0<br>Max: 86.0 | Correlation (*r*): 0.48 $NO_2$<br>Copollutant models with: $NO_2$ |
| Ostro et al. (2006)<br>Nine CA counties, U.S.<br>(1999−2002) | Total<br>Cardiovascular<br>Respiratory | One monitor or average of multiple monitors in each county | 19.9 | 98th: 38.9<br>99th: 45.4<br>Max: 160.0 | Correlation (*r*): 0.56 $NO_2$; 0.60 CO; −0.14 1-h $O_3$; −0.22 8-h $O_3$<br>Copollutant models with: NA |
| Franklin et al. (2008)<br>25 U.S. cities<br>(2000−2005) | Total<br>Cardiovascular<br>Respiratory | One monitor or average of multiple monitors in each city using method detailed in Schwartz (2000) | 14.8 | 98th: 43.0<br>99th: 50.9<br>Max: 239.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Franklin et al. (2007)<br>27 U.S. cities<br>(1997−2002) | Total<br>Cardiovascular<br>Respiratory | One monitor or average of multiple monitors in each city using method detailed in Schwartz (2000) | 15.6 | 98th: 45.8<br>99th: 54.7<br>Max: 239.0 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Dominici et al. (2007)<br>96 U.S. cities (NMMAPS)<br>(1999−2000) | Total<br>Cardiovascular<br>Respiratory | 10% trimmed mean of all monitors in a city | --- | --- | Correlation (*r*): NA<br>Copollutant models with: NA |
| Zanobetti and Schwartz (2009)<br>112 U.S. cities<br>(1999−2005) | Total<br>Cardiovascular<br>Respiratory | One monitor or average of multiple monitors in each city using method detailed in Schwartz (2000) | 13.2 | 98th: 34.3<br>99th: 38.6<br>Max: 57.4 | Correlation (*r*): NA<br>Copollutant models with: $PM_{10-2.5}$ |

**Table 11-1 (Continued): Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD and 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration (µg/m³) | Upper Percentile Concentrations (µg/m³) | Copollutant Examination |
|---|---|---|---|---|---|
| †Di et al. (2017a)<br>U.S.<br>(2000−2012) | All-cause | Daily predictions to 1 × 1 km grid using combination of monitoring data, satellite measurements and other data as detailed in Di et al. (2016) and Di et al. (2017b); $R^2$ = 0.84 | --- | --- | Correlation (*r*): NA<br>Copollutant models with: $O_3$ |
| †Lippmann et al. (2013a)<br>148 U.S. cities<br>(2001−2006) | Total<br>Cardiovascular<br>Respiratory | One monitor or average of multiple monitors in each city using method detailed in Schwartz (2000) | 7.9[b] | --- | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Zanobetti et al. (2014b)[d]<br>121 U.S. cities<br>(1999−2010) | All-cause | One monitor or average of multiple monitors in each city using method detailed in Schwartz (2000) | 4.37−17.97[c] | --- | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Baxter et al. (2017)<br>77 U.S. cities<br>(2001−2005) | Total | One monitor or average of multiple monitors in each city, when multiple monitors uncorrelated monitors ($r < 0.8$) excluded | Cluster 1: 13.0<br>Cluster 2: 13.6<br>Cluster 3: 12.2<br>Cluster 4: 14.1<br>Cluster 5: 13.7 | Max:<br>Cluster 1: 19.9<br>Cluster 2: 16.2<br>Cluster 3: 22.7<br>Cluster 4: 16.6<br>Cluster 5: 14.9 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Dai et al. (2014)<br>75 U.S. cities<br>(2000−2006) | Total<br>Cardiovascular<br>MI<br>Stroke<br>Respiratory | One monitor or average of multiple monitors in each city | 13.3 | — | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-1 (Continued): Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD and 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration ($\mu g/m^3$) | Upper Percentile Concentrations ($\mu g/m^3$) | Copollutant Examination |
|---|---|---|---|---|---|
| †Krall et al. (2013)<br>72 U.S. cities<br>(2000−2005) | Total | One monitor or arithmetic mean of all monitors in each city | 13.6 | Max: 22.8 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Kloog et al. (2013)<br>New England, U.S.<br>(2000−2008) | Total | Daily predictions to 10 × 10 km grid using combination of satellite measurements, monitor data, and LUR detailed in Kloog et al. (2011); $R^2$ = 0.84 (temporal) | 9.8 | 75th: 11.9 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Shi et al. (2015)[d]<br>New England, U.S.<br>(2003−2009) | All-cause | Daily predictions to 1 × 1 km grid using combination of satellite measurements, monitor data, and LUR detailed in Kloog et al. (2014); $R^2$ = 0.87 (temporal) | 8.2 | 75th: 10.6<br>Max: 53.9 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Lee et al. (2015c)<br>Three southeastern states, U.S. (North Carolina, South Carolina, Georgia)<br>(2007−2011) | Total<br>Cardiovascular<br>Stroke<br>CHF<br>MI<br>Respiratory | Daily predictions to 1 × 1 km grid cell using combination of satellite measurements, monitor data, and LUR detailed in Lee et al. (2015b);<br>$R^2$ = 0.70−0.81 | 11.1 | Max: 86.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Young et al. (2017)<br>California<br>(2000−2012)[e] | Total | Highest reporting monitor on each day in each air basin | 12.5−36.7[f] | NR | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-1 (Continued): Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD and 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration (µg/m³) | Upper Percentile Concentrations (µg/m³) | Copollutant Examination |
|---|---|---|---|---|---|
| *Europe* | | | | | |
| †Janssen et al. (2013)<br>Netherlands<br>(2008−2009) | Total<br>Cardiovascular<br>Respiratory | Nationwide average of 10 monitors | 16.3 | 75th: 20.9<br>Max: 106.1 | Correlation (*r*): 0.95 $PM_{10}$; 0.29 $PM_{10-2.5}$<br>Copollutant models with: $PM_{10-2.5}$ |
| †Pascal et al. (2014)<br>Nine French cities<br>(2001−2006) | Total<br>Cardiovascular<br>Cerebrovascular<br>Respiratory | Average of all monitors in each city | 13−18[c] | Max: 68−111 | Correlation (*r*): >0.80 (across cities) $PM_{10}$; <0.40 (across cities) $PM_{10-2.5}$; >0.7 (during summer across cities) $O_3$<br>Copollutant models with: $O_3$, $PM_{10-2.5}$ |
| †Samoli et al. (2013)<br>10 European Mediterranean cities (MED-PARTICLES)<br>(2001−2010) | Total<br>Cardiovascular<br>Respiratory | Average of all monitors in each city | 13.6−27.7[b,c] | 75th: 18.8−48.0 | Correlation (*r*): 0.2−0.7 $PM_{10-2.5}$; 0.3−0.8 $NO_2$; <0.6 $SO_2$; <0.6 $O_3$<br>Copollutant models with: $SO_2$, $NO_2$, $O_3$, $PM_{10-2.5}$ |
| †Lanzinger et al. (2016)<br>Five central European cities (UFIREG)<br>(2011−2014) | Total<br>Cardiovascular<br>Respiratory | Average of all monitors in each city | 14.9−20.7[f] | Max: 78.8−114.8 | Correlation (*r*): 0.55−0.73 $NO_2$; 0.93−0.97 $PM_{10}$; 0.40−0.61 $PM_{10-2.5}$; 0.25−0.37 UFP; 0.49−0.50 PNC<br>Copollutant models with: NA |
| †Stafoggia et al. (2017)[g]<br>Eight European cities<br>(1999−2013) | Total<br>Cardiovascular<br>Respiratory | Average of all monitors in each city | 8.0−23.0 | NA | Correlation (*r*): 0.09−0.56 UFP<br>Copollutant models with: NA |

**Table 11-1 (Continued): Study-specific details and $PM_{2.5}$ concentrations from multicity studies in the 2004 PM AQCD and 2009 PM ISA, and recent multicity studies.**

| Study/Location Years | Mortality Outcome(s) | Exposure Assessment | Mean Concentration (μg/m³) | Upper Percentile Concentrations (μg/m³) | Copollutant Examination |
|---|---|---|---|---|---|
| *Asia* | | | | | |
| †Lee et al. (2015a)<br>11 East Asian cities<br>(2001−2009) | Total<br>Cardiovascular<br>Respiratory | Average of all monitors in each city | 17.7−69.9[c] | 75th: 24.1−106.8 | Correlation (*r*): NA<br>Copollutant models with: $SO_2$, $NO_2$, $O_3$, $PM_{10-2.5}$ |
| †Ueda et al. (2009)<br>20 Japanese areas<br>(2002−2004) | Total | One monitor in each area | 11.8−22.8[c] | 90th: 21.5−38.2 | Correlation (*r*): 0.55 $NO_2$; 0.10 $O_X$<br>Copollutant models with: NA |

CHF = congestive heart failure; CO = carbon monoxide; km = kilometer; LUR = land use regression; max = maximum; μg/m³ = microgram per cubic meter; MI = myocardial infarction; NA = not available; NMMAPS = National Morbidity, Mortality, and Air Pollution Study; $NO_2$ = nitrogen dioxide; NR = not reported; $O_3$ = ozone; $O_X$ = photochemical oxidants; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; PNC = particle number concentration; *r* = correlation coefficient; $R^2$ = coefficient of determination; $SO_2$ = sulfur dioxide; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy; UFP = ultrafine particles.

[a]Multicity studies included in the 2004 PM AQCD.

[b]Median concentrations.

[c]Range of mean concentrations across all cities.

[d]Only had data for all-cause mortality including accidental mortalities; focused analyses on total (nonaccidental) mortality.

[e]Due to the sparsity of data for year 2000, it was excluded from the main analysis.

[f]Young et al. (2017) only reported average $PM_{2.5}$ concentrations for each year and not an average across all years; therefore this range represents the minimum and maximum concentration reported in any year across all air basins.

[g]Only 4 of the 5 cities had $PM_{2.5}$ data.

[h]Stafoggia et al. (2017) did not report quantitative estimates for cardiovascular and respiratory mortality.

†Studies published since the 2009 PM ISA.

### 11.1.1 Biological Plausibility for Short-Term $PM_{2.5}$ Exposure and Total (Nonaccidental) Mortality

The preceding chapters characterized evidence related to evaluating the biological plausibility by which short-term $PM_{2.5}$ exposure may lead to the morbidity effects that are the largest contributors to total (nonaccidental) mortality, specifically, cardiovascular and respiratory morbidity (Section 6.1.1 and Section 5.1.1, respectively). This evidence is derived from animal toxicological, controlled human exposure, and epidemiologic studies. Section 6.1.1 outlines the available evidence for plausible mechanisms by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the cardiovascular system and to population outcomes such as emergency department (ED)

visits and hospital admissions due to cardiovascular disease, particularly ischemic heart disease and congestive heart failure. Similarly, Section 5.1.1 characterizes the available evidence by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the respiratory system. However, the evidence for how the initial events and subsequent endpoints could lead to the observed increases in respiratory ED visits and hospital admissions, in particular for chronic obstructive pulmonary disease (COPD) and asthma is limited. Collectively, the progression demonstrated in the available evidence for cardiovascular morbidity (and to a lesser extent, respiratory morbidity) supports potential biological pathways by which short-term $PM_{2.5}$ exposures could result in mortality.

### 11.1.2 Associations between Short-Term $PM_{2.5}$ Exposure and Total (Nonaccidental) Mortality in All-Year Analyses

In previous PM reviews, specifically the 2004 PM AQCD (U.S. EPA, 2004) and the 2009 PM ISA (U.S. EPA, 2009), the number of multicity studies that examined the association between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality was rather limited, with the largest body of evidence encompassing single-city studies. The single-city studies evaluated in previous reviews were conducted in diverse geographic locations and reported generally consistent positive associations between $PM_{2.5}$ exposure and daily mortality. The limited number of large multicity studies included in those reviews could be attributed to the rather small sample of ambient $PM_{2.5}$ monitoring data available at that time, with most of the monitoring beginning in the years 1999 and 2000. Recent multicity studies encompass a larger number of years and sometimes include daily $PM_{2.5}$ concentrations, whereas previous studies were often limited to a shorter time series and to $PM_{2.5}$ data that was collected only every 3rd or 6th day.

Recent multicity studies conducted across the U.S., Canada, Europe, and Asia, as well as meta-analyses (Adar et al., 2014; Atkinson et al., 2014) that examined a larger number of studies of short-term $PM_{2.5}$ exposures and mortality report primarily consistent positive associations (Figure 11-1) within the range of risk estimates reported in the 2009 PM ISA [i.e., 0.19% (Lippmann et al., 2013a) to 2.80% (Kloog et al., 2013)]. An exception to this trend across multicity studies is Lanzinger et al. (2016), who as part of the "Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy" or UFIREG project, observed no evidence of an association between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality. The results of the UFIREG study may be a reflection of the short time series for each city included in the study (i.e., approximately 2 years), compared with the other multicity studies that consisted of longer study durations as summarized in Table 11-1. Additionally, in contrast to Ostro et al. (2006), a recent study by Young et al. (2017) did not provide any evidence of an association between short-term $PM_{2.5}$ exposure and mortality when examining eight air basins in California. The difference in results between these two studies could be attributed to: (1) the larger spatial domain over which exposure was assigned in Young et al. (2017), (i.e., an air basin [encompassing multiple counties]) compared with Ostro et al. (2006), (i.e., a single county); (2) the use of only the monitor with the highest concentration on each day to assign

exposure (Young et al., 2017) versus the averaging of all monitors over the spatial domain examined (Ostro et al., 2006); and (3) the different statistical models used in the studies.

#### 11.1.2.1 Examination of $PM_{2.5}$-Mortality Relationship through Causal Modeling Methods

In addition to traditional epidemiologic study designs (e.g., time series, case crossover), there has been a growing interest in causal modeling (or causal inference) methods to examine the $PM_{2.5}$-mortality relationship. Of the studies that examined short-term $PM_{2.5}$ exposure and mortality, two types of causal modeling approaches have been employed: (1) causal inference (Schwartz et al., 2017; Schwartz et al., 2015) and (2) quasi-experimental [Yorifuji et al. (2016); Table 11-2].

The goal of causal inference methods is to "estimate the difference (or ratio) in the expected value of [an] outcome in the population under the exposure they received versus what it would have been had they received an alternative exposure" (Schwartz et al., 2015). Schwartz et al. (2015) and Schwartz et al. (2017) examined instrumental variable and propensity score approaches using data from Boston, MA. Through the instrumental variable approach, a variable is constructed that is related only to the outcome through the exposure of interest, while the propensity score approach represents the conditional probability of exposure assignment given a vector of observed covariates (Schwartz et al., 2015).

Schwartz et al. (2015) and Schwartz et al. (2017) took different approaches to constructing instrumental variables, and both reported evidence of an association between the $PM_{2.5}$ instrument and mortality (Table 11-2). In Schwartz et al. (2017), this association was found to persist when limiting the analysis to days with 24-hour avg $PM_{2.5}$ concentrations <30 $\mu g/m^3$ (0.84% [95% CI: 0.19, 1.50]). Schwartz et al. (2015) and Schwartz et al. (2017) also conducted Granger-like causality tests to examine whether there was evidence of an association between mortality and $PM_{2.5}$ concentrations after the day of death, which would support the possibility that unmeasured confounders were not accounted for in the statistical model. Both Schwartz et al. (2015) and Schwartz et al. (2017) reported no evidence of an association with $PM_{2.5}$ concentrations measured after death.




avg = average; μg/m$^3$ = microgram per cubic meter; NMMAPS = National Morbidity, Mortality, and Air Pollution Study; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy.

Note: †Studies published since the 2009 PM ISA. Black circles = U.S. and Canadian multicity studies evaluated in the 2004 PM AQCD and 2009 PM ISA. Red circles = multicity studies and meta-analyses published since the completion of the 2009 PM ISA.

[a]Results are from modeled $PM_{2.5}$ analysis, analysis focusing on measured $PM_{2.5}$ reported 1.21% (95% CI: 0.94, 1.47).

[b]Only four of the five cities measured $PM_{2.5}$.

[c]Shi et al. (2015) and Zanobetti et al. (2014b) only had data for all-cause mortality including accidental mortalities.

[d]Main model used in Young et al. (2017) included current and average of 3 previous days daily maximum temperature, daily minimum temperature, and maximum daily relative humidity.

[e]Sensitivity analysis in Young et al. (2017) focusing on only the San Francisco Bay air basin, dropping out the maximum daily relative humidity term, where the shortest duration of lag days examined was 0−3 days.

[f]Ueda et al. (2009) presented results for three different modeling approaches, which are presented here: generalized additive model (GAM), generalized linear model (GLM), and case-crossover.

[g]Atkinson et al. (2014) primarily focused on single-day lag results.

[h]Adar et al. (2014) focused on single-day lag results, specifically lag 0, 1, or 2.

Corresponding quantitative results are reported in the Supplemental Material for this chapter, see U.S. EPA (2018).

**Figure 11-1 Summary of associations between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in multicity studies for a 10 μg/m$^3$ increase in 24-hour avg concentrations.**

**Table 11-2 Methods and results from epidemiologic studies that applied causal modeling methods.**

| Study | Method | Results |
|---|---|---|
| *Causal Inference* | | |
| †Schwartz et al. (2015)<br>Boston, MA<br>(2004−2009) | Instrumental variable: used back trajectories of $PM_{2.5}$ along with variables for wind speed and sea level pressure in a two-stage approach to develop temperature independent predictions of daily $PM_{2.5}$ concentrations (the instrument). Analyses used 2-day mean instrument concentrations. | 0.53% (95% CI: 0.09, 0.97) for a 1 μg/m³ increase in the instrument for $PM_{2.5}$ |
| | Propensity score: modeled $PM_{2.5}$ in a linear regression with variables for time, temperature, day of week, and copollutants ($O_3$, $NO_2$, $SO_2$, and CO). The predicted $PM_{2.5}$ concentrations from the model represent the propensity score. After trimming days with highest and lowest 5% propensity scores, divided the scores into deciles. Analyses used 2-day mean predicted $PM_{2.5}$ concentrations. | 0.50% (95% CI: 0.2, 0.8) for a 1 μg/m³ increase in $PM_{2.5}$ |
| | Sensitivity analysis: using an approach similar to Granger causality, the instrumental variable was used to examine the association between the instrument 2 days after the day of death on today's value of daily deaths. | Failed to reject null hypothesis, ($P = 0.93$) |
| †Schwartz et al. (2017)<br>Boston, MA<br>(2000−2009) | Instrumental variable: planetary boundary layer and wind speed at lag 0 and lag 1 were regressed on $PM_{2.5}$, BC, or $NO_2$ concentrations to generate a single instrumental variable for each pollutant representative of local pollution, taking into consideration variation within month-by-year strata and within deciles of temperature. Analyses used 2-day mean instrument concentrations. | 0.90% (95% CI: 0.25, 1.56) for an IQR increase in the instrument for local $PM_{2.5}$ |
| | Sensitivity analysis: using an approach similar to Granger causality, the instrumental variable was used to examine the association between the instrument 2 and 3 days after the day of death on today's value of daily deaths. | 0.18% (95% CI: −0.45, 0.81) for an IQR increase in the instrument for local $PM_{2.5}$ |
| *Quasi-Experimental* | | |
| †Yorifuji et al. (2016)<br>Tokyo, Japan<br>(2000−2012) | Compared mortality rates in Tokyo, Japan, which had a strict diesel emissions control ordinance in place and Osaka, Japan, which did not. Interrupted time-series analysis used to regress log of age-standardized mortality rates in Tokyo, weighted by daily trends in Osaka, on the $PM_{2.5}$ concentrations and estimated rate ratios across 3-yr intervals using the 3 yr prior to the ordinance as a reference period. | Difference in mortality between 2000−2003 and 2009−2012:<br>Total: −6.0%<br>Cardiovascular: −11.0%<br>IHD: −10.0%<br>Cerebrovascular: −6.2%<br>Pulmonary: −22.0% |

BC = black carbon, CI = confidence interval; CO = carbon monoxide; IHD = ischemic heart disease; IQR = interquartile range; μg/m³ = microgram per cubic meter; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $P$ = probability value; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $SO_2$ = sulfur dioxide; yr = year.

†Studies published since the 2009 PM ISA.

While Schwartz et al. (2015) and Schwartz et al. (2017) focused on causal modeling methods that produce alternative exposure variables, Yorifuji et al. (2016) conducted a quasi-experimental study that examined whether a specific regulatory action in Tokyo, Japan (i.e., a diesel emission control ordinance) resulted in a subsequent reduction in daily mortality (Table 11-2). The quasi-experimental design relies on some intervention that is meant to reduce ambient air pollution concentrations. Yorifuji et al. (2016) reported evidence of a reduction in mortality in Tokyo due to the ordinance, in comparison with Osaka, Japan, which did not have a similar diesel emission control ordinance.

Although the studies to date that have used causal modeling statistical approaches are limited to two locations, overall the studies provide additional support for the relationship between short-term $PM_{2.5}$ exposure and mortality described in previous and recent studies, including those highlighted in Figure 11-1. Additionally, the study by Yorifuji et al. (2016) demonstrates that improvements in air quality, including reductions in $PM_{2.5}$ concentrations, contribute to public health benefits such as reductions in daily mortality.

### 11.1.3 Associations between Short-Term $PM_{2.5}$ and Cause-Specific Mortality in All-Year Analyses

Single and multicity studies evaluated in the 2009 PM ISA that examined cause-specific mortality reported consistent positive associations with both cardiovascular and respiratory mortality. The magnitude of the association was larger for respiratory mortality, but also had greater confidence intervals due to the smaller number of respiratory-related deaths than cardiovascular-related deaths.

Recent multicity studies have further examined the relationship between short-term $PM_{2.5}$ exposure and cause-specific mortality, with some studies conducting additional examinations of specific cardiovascular or respiratory deaths (e.g., stroke, COPD as mentioned in Section 5.1.9 and Section 6.1.9). These studies generally report positive associations, which is consistent with the studies evaluated in the 2009 PM ISA. Overall, these studies report larger risk estimates for respiratory mortality, but many of the confidence intervals are larger than those for cardiovascular mortality because cardiovascular mortality represents a greater percentage of total mortality (~35%) than respiratory mortality [<10%; Figure 11-2; American Heart Association (2011)]. A more thorough discussion of cardiovascular- and respiratory-related mortality can be found in the respective cardiovascular and respiratory effects sections (Section 5.1.9 and Section 6.1.9).




avg = average; μg/m³ = microgram per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy.

Note: †Studies published since the 2009 PM ISA. Studies organized by lag structure, therefore, cardiovascular and respiratory mortality results are not in the same order. Black circles = U.S. and Canadian multicity studies evaluated in the 2004 PM AQCD and 2009 PM ISA. Red circles = multicity studies and meta-analyses published since the completion of the 2009 PM ISA.

[a]Only four of the five cities measured $PM_{2.5}$.

[b]Atkinson et al. (2014) primarily focused on single-day lag results.

[c]Adar et al. (2014) focused on single-day lag results, specifically lag 0, 1, or 2.

Corresponding quantitative results are reported in the Supplemental Material for this chapter, see U.S. EPA (2018).

**Figure 11-2 Summary of associations between short-term $PM_{2.5}$ exposure and cardiovascular and respiratory mortality in multicity studies for a 10 μg/m³ increase in 24-hour avg concentrations.**

### 11.1.4 Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

Analyses of potential copollutant confounding of the $PM_{2.5}$-mortality relationship in the 2009 PM ISA indicated that associations remain robust and relatively unchanged in copollutant models. These conclusions were based primarily on a multicity study conducted in Canada (Burnett et al., 2004) along with single-city studies reviewed in the 2004 PM AQCD (U.S. EPA, 2004) and on supporting evidence

from studies that examined the $PM_{10}$-mortality relationship. Recent multicity studies that assess the potential for copollutant confounding of the $PM_{2.5}$-mortality relationship are limited primarily to Europe and Asia. However, similar to the 2004 PM AQCD and 2009 PM ISA, analyses of potential confounding by gaseous pollutants (i.e., $SO_2$, $NO_2$, and $O_3$) were limited in number, with additional analyses focusing on copollutant models with $PM_{10-2.5}$. Overall, studies that examined potential copollutant confounding reported that $PM_{2.5}$-mortality risk estimates remained positive and relatively unchanged in models with both gaseous pollutants and $PM_{10-2.5}$, although confidence intervals increased in some cases. Across studies that examined potential confounding by gaseous copollutants (Di et al., 2017a; Lee et al., 2015a; Pascal et al., 2014; Samoli et al., 2013), the $PM_{2.5}$-mortality relationship was relatively unchanged (Figure 11-3). Those studies that presented correlation coefficients provide additional information to support the results from the copollutant analyses owing to the low ($r < 0.4$) to moderate correlations ($r = 0.4 < 0.7$) observed.

When assessing the evidence across the studies that examined potential copollutant confounding by $PM_{10-2.5}$, the approaches used to estimate $PM_{10-2.5}$ varied across studies. This variation could contribute to exposure measurement error and complicate the overall interpretation of results (Section 3.3.1.1). However, regardless of the method used to estimate $PM_{10-2.5}$ concentrations, in copollutant models the $PM_{2.5}$-mortality association was relatively unchanged, but in some cases confidence intervals were larger than in the single pollutant models (Figure 11-3). The results from multicity studies that examined potential confounding of the $PM_{2.5}$-mortality relationship by $PM_{10-2.5}$ are further supported by a meta-analysis conducted by Adar et al. (2014). The authors focused almost exclusively on the $PM_{10-2.5}$-mortality relationship, but also examined $PM_{2.5}$. In copollutant analyses, the authors observed that $PM_{2.5}$-mortality associations were relatively unchanged when including $PM_{10-2.5}$ in the model (quantitative results not presented).




avg = average; μg/m³ = microgram per cubic meter; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; $SO_2$ = sulfur dioxide.

Note: †Studies published since the 2009 PM ISA. Closed circles = single-pollutant results. Open circles = copollutant results.

[a]Data from 1998−2000 when PM measured by tapered element oscillating microbalance (TEOM). Standard error for the single-pollutant $PM_{2.5}$ result was not reported in the study so only the central estimate is included.

[b]Analysis focused on 112 U.S. cities, but $PM_{10-2.5}$ only measured in 47 U.S. cities.

Corresponding quantitative results are reported in the Supplemental Material for this chapter. See U.S. EPA (2018).

**Figure 11-3 Summary of association between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality for a 10 μg/m³ increase in 24-hour avg concentrations in single- and copollutant models from previous and recent multicity studies.**

## 11.1.5 Other Potential Confounders of the $PM_{2.5}$-Mortality Relationship

### 11.1.5.1 Long-Term Temporal Trends and Weather

In the 2009 PM ISA, studies that examined the influence of alternative model specification, in terms of controlling for temporal trends or the confounding effects of weather, were limited to studies of $PM_{10}$. Welty and Zeger (2005) conducted the most systematic evaluation and found that $PM_{10}$-mortality risk estimates remained robust across various combinations of degrees of freedom (df) to control for temporal trends and weather covariates. At the completion of the 2009 PM ISA, there were no studies of short-term $PM_{2.5}$ exposure and mortality that conducted similar analyses to address whether the results

observed in $PM_{10}$ studies were consistent for $PM_{2.5}$. Recent multicity, as well as a few single-city, studies specifically examined the influence of model specification on the $PM_{2.5}$-mortality association, while others conducted sensitivity analyses to examine whether the primary statistical model was appropriate.

Ueda et al. (2009) in a study of 20 Japanese cities and Sacks et al. (2012) in a study in Philadelphia, PA conducted systematic evaluations of alternative models to adjust for long-term temporal trends and weather covariates. Ueda et al. (2009) examined a generalized additive model (GAM), generalized linear model (GLM), and logistic regression through a case-crossover analysis to examine the relationship between short-term air pollution exposure, including $PM_{2.5}$, and mortality. Across models, the $PM_{2.5}$-mortality association remained relatively unchanged after increasing the df employed (i.e., 3 or 6) to control for the potential nonlinear relationship between ambient temperature and mortality. These results are consistent with Lee et al. (2015c) in a study of three southeastern U.S. states where the $PM_{2.5}$-mortality association remained robust when increasing the df for the temperature covariate from 2 to 4.

In Ueda et al. (2009), the largest influence on the $PM_{2.5}$-mortality association was observed for the GLM when changing the approach to adjust for seasonality from using an indicator variable of every 2 months to the more traditional approach of using a natural spline. The results using the natural spline in the GLM (0.43% [95% CI: 0.00, 0.86]; lag 1) were more consistent with those observed in the GAM (0.53% [95% CI: 0.13, 0.94]; lag 1) where penalized splines were used to adjust for seasonality. It is worth noting that overall the results of the comparisons conducted by Ueda et al. (2009) are consistent with previous analyses showing that the GLM, GAM, and case-crossover approach all result in relatively consistent results (Schwartz et al., 2003).

Sacks et al. (2012) took a different approach than Ueda et al. (2009) by examining the influence of model specification using the models employed in recent multicity studies conducted by Burnett and Goldberg (2003), Zanobetti and Schwartz (2009), Zanobetti and Schwartz (2008), Ostro et al. (2008), Samoli et al. (2005), and Dominici et al. (2005) within the context of a similar data set. These models differed by the approach used to control for long-term temporal trends (i.e., number of df per year) and the potential confounding effects of weather (i.e., the weather covariate included in the model, and the accompanying lag and/or df for the covariate). Focusing on daily cardiovascular mortality and daily air pollution concentrations, including $PM_{2.5}$, the authors observed in all-year analyses that results for $PM_{2.5}$ were relatively similar across models with the percent increase in cardiovascular mortality ranging from 1.5−2.0% (Figure 11-4). In seasonal analyses there was more variability in the magnitude of the association across models (i.e., cold season: 1.2−2.3%; warm season: 0.8−2.7%), but the direction of the association remained consistent.




APHEA2 = Air Pollution and Health: A European Approach 2; AT = apparent temperature; avg = average; μg/m$^3$ = microgram per cubic meter; NMMAPS = National Morbidity, Mortality, and Air Pollution Study; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: APHEA2 = Samoli et al. (2005); California = Ostro et al. (2008); Canada = Burnett and Goldberg (2003); Harvard = Zanobetti and Schwartz (2009); Harvard AT = Zanobetti and Schwartz (2008); and NMMAPS = Dominici et al. (2005).

Source: Sacks et al. (2012).

**Figure 11-4 Percent increase in cardiovascular mortality for a 10 μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations at lag 0−1 in Philadelphia, PA (May 1992−September 1995) across statistical models used in multicity studies.**

Whereas Ueda et al. (2009) and Sacks et al. (2012) conducted systematic evaluations on the influence of model specification on the $PM_{2.5}$-mortality relationship, other studies conducted more targeted analyses. Lee et al. (2015a) and Samoli et al. (2013) in 11 East Asian cities and 10 European Mediterranean cities, respectively, examined the influence of various approaches to control for long-term temporal trends on the $PM_{2.5}$-mortality relationship. In sensitivity analyses in which the df employed per year ranged from 6 to 12, Lee et al. (2015a) did not observe any evidence that $PM_{2.5}$-mortality risk estimates changed as the df increased. Samoli et al. (2013) examined alternative approaches to control for long-term temporal trends either by setting the df a priori using the absolute sum of the residuals of the partial autocorrelation function (PACF) or by using a case-crossover design in the context of a Poisson model with a three-way interaction. Across each approach, the authors observed that the magnitude of the association was smallest when specifying the df per year to use a priori, but a positive association persisted across all approaches ranging from 0.55 to 0.97%.

In the Denver Aerosol Sources and Health (DASH) study, Kim et al. (2015) further confirmed the results from previous studies that examined alternative specifications to account for long-term temporal trends and the confounding effects of weather. The authors examined both decreasing and increasing the df to control for long-term temporal trends, matching the lags of meteorological covariates to those of the pollutants, and a squared term and moving averages of extended days (i.e., lags 0, 1−3, and 4−7) for temperature. Across all of these alternative model specifications, Kim et al. (2015) found that results were

relatively consistent with the main statistical model (2.63% [95% CI: −0.22, 5.44]; lag 0−3 days unconstrained DL). Compared with Kim et al. (2015), Lee et al. (2015c) in a study of three southeastern U.S. states and Di et al. (2017a) in a national analysis examined only the sensitivity of the $PM_{2.5}$-mortality relationship to changing the df for weather covariates. Lee et al. (2015c) observed that increasing the df from 2 to 4 for the same-day temperature covariate resulted in relatively consistent risk estimates, with the percent increase in mortality ranging from 1.57 to 1.63% at lag 0−1 days. The results of Lee et al. (2015c) are consistent with those of Di et al. (2017a), who observed that increasing the natural spline df to 6 and 9 for both the temperature and dew point temperature covariates did not change the magnitude of the $PM_{2.5}$-mortality association when compared with the main analysis that used 3 df.

Recent studies of short-term $PM_{2.5}$ exposures and mortality that examined alternative approaches to controlling for long-term temporal trends and the confounding effects of weather in all-year analyses are consistent with the observations from studies focusing on $PM_{10}$ in the 2009 PM ISA. The limited assessment of model specification when conducting seasonal analyses provides some evidence that associations may be more sensitive to model specification. Overall, the results from these studies indicate that alternative approaches may influence the magnitude of the $PM_{2.5}$-mortality association but not the direction of the observed association.

#### 11.1.5.2 Influence of Long-Term $PM_{2.5}$ Concentrations on Short-Term $PM_{2.5}$ Associations

A question often posed is whether the associations observed in epidemiologic studies of short-term air pollution exposure reflect the effect of the short-term exposure on health or are partly a reflection of exposure to air pollution over many years. This question is often posed for $PM_{2.5}$, for which a large body of epidemiologic evidence demonstrates strong associations between both short- and long-term $PM_{2.5}$ exposure and mortality. In a study of the New England area, Shi et al. (2015) attempted to address the effect of different exposure durations on the $PM_{2.5}$-mortality relationship by examining both long- and short-term $PM_{2.5}$ exposures and mortality in the same statistical model. The authors observed in analyses using the full cohort that the association between short-term $PM_{2.5}$ exposure and mortality was relatively unchanged in models without adjustment (2.14% [95% CI: 1.38, 2.89]; lag 0−1) and with adjustment (2.08 [95% CI: 1.32, 2.84]) for long-term $PM_{2.5}$ exposures. These results provide additional evidence confirming the relationship between short-term $PM_{2.5}$ exposure and mortality.

### 11.1.6 Effect Modification of the $PM_{2.5}$-Mortality Relationship

The examination of effect modification of the $PM_{2.5}$-mortality relationship can be divided into several categories. Some studies have examined whether specific individual- or population-level characteristics modify the $PM_{2.5}$-mortality association. These studies can provide information about

whether certain populations are at increased risk of a PM-related health effect. Other studies have focused more broadly on examining those factors that potentially modify that $PM_{2.5}$-mortality association and which may explain some of the observed geographic heterogeneity in risk estimates. A detailed discussion of populations potentially at increased risk of PM-related health effects can be found in Chapter 12. As a result, this subsection focuses on exploring those factors that may modify the $PM_{2.5}$-mortality association and provide insight on the heterogeneity in risk estimates.

#### 11.1.6.1 Season

Examining whether $PM_{2.5}$-mortality associations differ by season can provide a better understanding of the overall relationship between short-term $PM_{2.5}$ exposure and mortality. The 2009 PM ISA reported some evidence that $PM_{2.5}$-mortality associations are larger in magnitude during the warm season, specifically the spring, with the majority of this evidence coming from U.S. multicity studies (Zanobetti and Schwartz, 2009; Franklin et al., 2008). Recent multicity studies generally support the seasonal patterns of associations previously observed, and because of the larger sample size, allow for a more robust evaluation of potential seasonal differences.

Among the recent U.S.-based multicity studies, Dai et al. (2014) observed a larger risk during the spring, with a 2.9% (95% CI: 2.2, 3.5) increase in total (nonaccidental) mortality at lag 0−1, but positive associations were observed across the summer, fall, and winter ranging from 0.46−1.2%. Although the magnitude of the association was larger in Dai et al. (2014), Lippmann et al. (2013a), within the NPACT study, observed a larger $PM_{2.5}$-mortality effect in the warm season (April−September; 0.35% [95% CI: 0.13, 0.58]; lag 0) and evidence of no association in the cold season among 148 U.S. cities. Interestingly, Krall et al. (2013) observed no evidence of seasonal differences in $PM_{2.5}$-mortality associations across 72 U.S. cities, which included the same study years as Dai et al. (2014) and Lippmann et al. (2013a). Although some design aspects differ among the studies, the overall design of Krall et al. (2013) and Lippmann et al. (2013a) are similar as are the underlying statistical models, which further complicates the interpretation of the disparate results between the studies with respect to seasonal associations. However, each of the studies reported positive associations in all-year analyses even though the magnitude varied (Figure 11-1).

European multicity studies support the results observed in Dai et al. (2014) and Lippmann et al. (2013a) of associations larger in magnitude during warmer months of the year. In a study of 20 European Mediterranean cities, Samoli et al. (2013) observed larger associations during the warm season (2.2% [95% CI: 1.5, 3.0]; lag 0−1) than in the cold season (0.23% [95% CI: −0.08, 0.54]). Pascal et al. (2014) also observed larger associations during the summer (3.4% [95% CI: 1.8, 5.1]; lag 0−1) compared with the other three seasons, with estimates ranging from −0.6 to 0.9%. However, in copollutant models with $O_3$, the authors observed that associations across all seasons persisted, except for summer (0.50% [95% CI: −3.3, 4.4]), indicating some evidence of potential confounding by $O_3$.

Across recent multicity studies, there was general agreement that $PM_{2.5}$-mortality associations were larger in magnitude during warmer months. However, it remains unclear whether copollutants confound the seasonal patterns in the associations observed. Across most studies, the pattern of seasonal associations persisted using different methods to examine whether there was evidence of seasonal differences in associations, with some studies relying on stratified analyses (Dai et al., 2014; Samoli et al., 2013) and others incorporating interaction terms between $PM_{2.5}$ and season (Pascal et al., 2014; Lippmann et al., 2013a).

#### 11.1.6.2 Temperature

Seasonal analyses, such as those discussed above, indirectly take into consideration the role of temperature on the $PM_{2.5}$-mortality association. However, these studies do not directly address the question of whether higher or lower temperature days modify the $PM_{2.5}$-mortality association. Studies by Dai et al. (2014) and Pascal et al. (2014) further explored the role of temperature on the $PM_{2.5}$-mortality relationship.

Previous studies have demonstrated an inverted U-shaped curve between temperature and indoor ventilation, which potentially influences exposure to $PM_{2.5}$ (Koutrakis et al., 2005). In a study of 75 U.S. cities, Dai et al. (2014) examined the influence of city-season mean temperature on the $PM_{2.5}$-mortality association. Consistent with the observations of Koutrakis et al. (2005), the authors found a smaller $PM_{2.5}$-mortality association during high and low temperatures, which could be attributed to reduced indoor penetration of $PM_{2.5}$ as a result of less ventilation (Figure 11-5).

Whereas Dai et al. (2014) focused on examining the $PM_{2.5}$-mortality relationship across the distribution of city-season temperatures, Pascal et al. (2014) focused on the "extra effect of PM during warm days." The authors defined warm days as those days "when the mean temperature equals or exceeds the 97.5th percentile of the mean temperature distribution" (Pascal et al., 2014). Stratifying on days above the 97.5th percentile, Pascal et al. (2014) reported a larger increase in nonaccidental mortality on warm days (1.4% [95% CI: −5.5, 8.9]; lag 0−1) than on nonwarm days (0.70% [95% CI: −0.10, 1.5]); however, confidence intervals were large, indicating a small number of days with temperatures within this range of the temperature distribution. The interaction term examining the additional PM-mortality effect attributed to high temperatures was similar to the warm days stratified result, that is, it indicates potential evidence of effect measure modification, but with wide confidence intervals (interaction ratio: 1.03 [95% CI: 0.97, 1.11]).




µg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Source: Dai et al. (2014).

**Figure 11-5 Relationship between estimated $PM_{2.5}$-mortality association and temperature in 75 U.S. cities.**

Additional studies conducted by Sun et al. (2015) and Li et al. (2015), in Hong Kong and Beijing, respectively, had mean $PM_{2.5}$ concentrations over 20 µg/m³ during the study duration, but used unique approaches to examine the potential interactive effect of temperature on the $PM_{2.5}$-mortality relationship. Sun et al. (2015) first identified the lag structure over which there was evidence of a temperature-mortality relationship for both cold and warm temperatures using generalized cross-validation (GCV). This process identified a 0- to 6-day lag for cold temperatures and a 0- to 1-day lag for warm temperatures. The authors then defined the cold and warm temperature cutoff by identifying the temperature at which the log relative risk of the temperature-mortality relationship was equal to zero, which results in low temperatures being defined as <22°C, medium temperatures as 22−25°C, and high temperatures as ≥25° C. In a stratified analysis, Sun et al. (2015) reported evidence of a larger association for $PM_{2.5}$ and total (nonaccidental) mortality in Hong Kong for lower temperatures (0.94% [95% CI: 0.65,

1.2]; lag 0−1) when compared with higher temperatures (0.47% [95% CI: 0.18, 0.76]). This pattern of associations persisted in copollutant models with $NO_2$, $SO_2$, and $O_3$.

A different pattern of $PM_{2.5}$-mortality associations was observed by Li et al. (2015) when examining the influence of temperature. The authors first visually examined the combined effects of temperature and $PM_{2.5}$ on mortality using a nonparametric bivariate response surface. Using the results of the bivariate model allowed for the identification of temperature ranges that could be examined by conducting a stratification analysis (i.e., low temperature <2.6°C, medium temperature 2.6−23.5°C, and high temperature >23.5°C). Whereas Sun et al. (2015) observed larger mortality associations only at higher temperatures, in the bivariate response model Li et al. (2015) reported evidence of larger $PM_{2.5}$-mortality associations at both low and high temperatures, specifically at lag 0 (Figure 11-6). However, it is important to note that the definition of low temperature for Li et al. (2015) and Sun et al. (2015) differed, complicating the comparison of results between these two studies.




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Note: *y*-axis = percent increase in mortality, *z*-axis = $PM_{2.5}$ concentrations, and *x*-axis = temperature (°C).
Source: Li et al. (2015).

**Figure 11-6 Bivariate $PM_{2.5}$-temperature response surfaces for total (nonaccidental) mortality using same-day 24-hour mean temperature and lag 0 and lag 1 $PM_{2.5}$ concentrations.**

The observation from the bivariate model was confirmed when examining $PM_{2.5}$-mortality associations at the various temperature ranges in the stratified analysis. The magnitude of the association was similar at both the low and high temperatures at both lag 0 (low temperature: 1.3 [95% CI: 0.46, 2.0];

high temperature: 1.4 [95% CI: 0.35, 2.4]) and lag 1 (low temperature: 1.1 [95% CI: 0.48, 1.7]; high temperature: 1.1 [95% CI: 0.76, 2.1]).

Overall, the potential modification of the $PM_{2.5}$-mortality relationship by temperature remains unclear. Although there is some evidence of an increase in the magnitude of the $PM_{2.5}$ association at both lower and higher temperatures in studies conducted at higher $PM_{2.5}$ concentrations, to date studies conducted within the U.S. have not provided evidence of a modification of the $PM_{2.5}$-mortality association by temperature.

### 11.1.6.3 City and Regional Characteristics

It has often been hypothesized that the heterogeneity in $PM_{2.5}$-mortality associations observed across cities could be attributed to city-specific differences in population demographics, $PM_{2.5}$ composition, or exposure characteristics. Studies of population demographics often focus on whether there is evidence of effect modification and not on how risk may change between cities due to demographic differences. In the 2009 PM ISA, the evaluation of the observed heterogeneity in $PM_{2.5}$-mortality associations was limited to studies examining whether individual $PM_{2.5}$ components or the prevalence of air conditioning (AC) use, a surrogate for decreased PM penetration indoors, modified the association. Although examining the modification of the PM-mortality relationship by $PM_{2.5}$ components included studies focusing on $PM_{10}$, several components were found to potentially explain the city-to-city heterogeneity overall (U.S. EPA, 2009). Additionally, there was some evidence that the prevalence of AC use across cities modifies the $PM_{2.5}$-mortality association and that $PM_{2.5}$-mortality associations vary by region of the country [i.e., east vs. west (U.S. EPA, 2009)]. Although $PM_{2.5}$ composition, AC use, and geographic location may explain some of the heterogeneity in $PM_{2.5}$-mortality risk estimates, at the completion of the 2009 PM ISA, the factors or combination of factors explaining the observed heterogeneity remained unclear. Recent studies discussed in the following sections have expanded upon the initial analyses detailed in the 2009 PM ISA by examining whether specific $PM_{2.5}$ components/mixtures or exposure characteristics provide information to explain the heterogeneity in $PM_{2.5}$-mortality associations observed in multicity studies.

#### 11.1.6.3.1 Composition/Mixtures

The examination of effect modification of the $PM_{2.5}$-mortality association, by either an individual $PM_{2.5}$ component or the proportion of a $PM_{2.5}$ component to mass, is one of the traditional approaches that has been employed to examine the influence of PM composition on the $PM_{2.5}$-mortality relationship. Although analyses using effect modification are often used to examine the association between a $PM_{2.5}$ component and a health outcome as detailed in Mostofsky et al. (2012), these studies are discussed within this section because they have primarily been used as a means to explain the heterogeneity in

$PM_{2.5}$-mortality risk estimates observed between cities or regions of a country. Other studies focusing specifically on examining the relationship between short-term exposures to individual $PM_{2.5}$ components and mortality are detailed in Section 11.1.11.

As part of the NPACT study and in a study of 75 U.S. cities, Lippmann et al. (2013a) and Dai et al. (2014) conducted analyses similar to those in Franklin et al. (2008), which was evaluated in the 2009 PM ISA, to examine whether specific pollutants modify the $PM_{2.5}$-mortality relationship. Lippmann et al. (2013a) examined the modifying effect of long-term average pollutant concentrations, while Dai et al. (2014) and Franklin et al. (2008) examined the $PM_{2.5}$ component to $PM_{2.5}$ mass proportion. In a second-stage analysis, Lippmann et al. (2013a) reported evidence that as the IQR of mean concentrations of pollutants increased across cities, the $PM_{2.5}$-mortality association increased in magnitude, specifically with $SO_4^{2-}$, weekday excess $PM_{2.5}$, Pb, and V. Additional evidence suggests that other pollutants (e.g., Cu, Se) may also contribute to modifying the $PM_{2.5}$-mortality association, but to a lesser extent, as was evident by the wider confidence intervals. Dai et al. (2014) used the monthly component-to-$PM_{2.5}$ proportion in the second-stage analysis to examine effect modification and observed, as the distribution of the proportion increased from the 10th to 90th percentile, evidence of larger $PM_{2.5}$-mortality associations for Si, S, and Ca. Although Dai et al. (2014) and Lippmann et al. (2013a) did not report results consistent with one another, Lippmann et al. (2013a) and Franklin et al. (2008) both reported some evidence that $SO_4^{2-}$ potentially increases the magnitude of the $PM_{2.5}$-mortality relationship and may explain some of the heterogeneity in risk estimates.

In addition to the traditional effect modification approaches to examining heterogeneity, such as those used in Lippmann et al. (2013a) and Dai et al. (2014), a number of recent studies have explored alternative, and more novel, approaches such as examining whether cities have unique pollution profiles or whether city- or region-specific pollutant characteristics help explain differences in $PM_{2.5}$-mortality risk estimates observed between cities and regions within the U.S. One such approach developed by Zanobetti et al. (2014a) explores whether distinct daily pollution profiles modify the $PM_{2.5}$-mortality relationship, and although limited to Boston, MA, could be applicable to examining heterogeneity between cities or regions. The authors used $PM_{2.5}$ component data along with gaseous pollutant data from 1999−2009 to identify five distinct pollution profiles by using *k*-means clustering, as described in Austin et al. (2012). The five clusters identified were defined as "low particles—high $O_3$"; "crustal"; "winter—primary"; "regional summer"; and "winter—low primary, higher $O_3$". In single-pollutant models with $PM_{2.5}$, the authors observed a 1.1% increase in mortality (95% CI: 0.0, 2.2) at lag 0 and a 2.3 % increase (95% CI: 0.9, 3.7) at lag 0−1. When examining whether days with specific pollution profiles modified the $PM_{2.5}$-mortality relationship, Zanobetti et al. (2014a) reported evidence that at lag 0 the "winter—primary" cluster, which has a strong contribution from traffic and oil combustion, had the largest effect, with some evidence that the "crustal" and "regional summer" clusters modified the association. A similar pattern of results was observed when examining lag 0−1, but with the magnitude of the association slightly larger for each pollution profile (Figure 11-7). Overall, this study indicates that specific pollution profiles may modify the $PM_{2.5}$-mortality relationship.




μg/m[3] = microgram per cubic meter; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: Zanobetti et al. (2014a).

**Figure 11-7 Percent increase in mortality for a 10 μg/m³ increase in $PM_{2.5}$ concentrations at lag 0 and lag 0−1 in single-pollutant models and models containing indicator variables representative of days with specific pollution profiles.**

Davis et al. (2011) approached the question of heterogeneity in $PM_{2.5}$-mortality risk estimates using a more qualitative approach. Specifically, the authors focused on whether there was evidence of broad regional patterns in $PM_{2.5}$ component concentrations by examining whether groups of cities have similar $PM_{2.5}$ component profiles and whether there are regional differences in individual $PM_{2.5}$ component concentrations. To conduct this analysis, the authors focused on 30 cities within the National Morbidity, Mortality, and Air Pollution Study (NMMAPS) that represented the 20 most populated cities as well as 10 midsize cities that were selected to provide regional coverage across the U.S. Data for the 20 $PM_{2.5}$ components examined within this study were obtained from the CSN for the years 2005−2007. Of the cities included in the study, only 17 large and 5 midsize cities had sufficient monitoring data to be included in the cluster analysis. After normalizing the data across cities by calculating the coefficient of divergence (COD) between data sets in each city, a hierarchical cluster analysis was used to group cities with similarities in $PM_{2.5}$ component concentrations. This analysis showed evidence of a north-south delineation in cities with similar $PM_{2.5}$ component concentrations as depicted in Figure 11-8, with the exception of three cities (i.e., Raleigh, San Diego, and Spokane), and not the east-west delineation that has often been observed when examining geographic differences in $PM_{2.5}$-mortality risk estimates, as discussed in the 2009 PM ISA (U.S. EPA, 2009). This potential north-south delineation was further

reflected when examining whether there are regional differences in individual $PM_{2.5}$ component concentrations using the Wilcoxon two-sample test. In east-west analyses, crustal components (e.g., Al, Si, Ti, Fe, and K) and nitrate were found to be higher in the West, whereas higher sulfur was observed in the East. There was no evidence of east-west differences in combustion-related components. However, when examining north-south contrasts there was evidence of higher concentrations of combustion-related components, sulfate and nitrate in the North and crustal components and OC in the South. Collectively these results support regional differences in the composition of $PM_{2.5}$. However, within geographic regions there is city-to-city heterogeneity in $PM_{2.5}$ mortality risk estimates, which complicates the interpretation of the regional pattern of associations observed in studies such as Davis et al. (2011).




$PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.
Note: N = north; S = south; W = west; E = east.
Source: Davis et al. (2011).

**Figure 11-8 Dendrogram showing relationships among the 17 largest and 5 midsize National Morbidity, Mortality, and Air Pollution Study (NMMAPS) cities using $PM_{2.5}$ composition data from Chemical Speciation Network (CSN) for 2005−2007.**

While Davis et al. (2011) focused on broad regional differences in the composition of $PM_{2.5}$ and its potential role in explaining the heterogeneity in $PM_{2.5}$-mortality risk estimates, Baxter et al. (2013)

focused specifically on identifying potential contributors to the city-to-city differences in risk estimates observed in multicity epidemiologic studies. Baxter et al. (2013) conducted a semiquantitative analysis focusing on $PM_{2.5}$ component and gaseous pollutant concentrations to gain a better understanding of their relationship with $PM_{2.5}$ mass, and their potential influence on $PM_{2.5}$-mortality risk estimates. Focusing on the results from a study of 27 U.S. cities conducted by Franklin et al. (2007), Baxter et al. (2013) explored city-specific air pollution characteristics for the two cities in each region of the U.S. with the largest and smallest $PM_{2.5}$-mortality risk estimates (i.e., Northeast: Boston, MA [largest] and Pittsburgh, PA; South: Memphis, TN [largest] and Birmingham, AL; Midwest: Milwaukee, WI [largest] and Detroit, MI; West: San Diego, CA [largest] and Riverside, CA). To explore air pollution characteristics of each city, the authors examined (1) percent contribution of each $PM_{2.5}$ component to $PM_{2.5}$ mass; (2 and 3) Spearman correlation and COD between each city pair and pollutant (21 $PM_{2.5}$ components, $PM_{2.5}$ mass, and gaseous pollutants); (4) Spearman correlation between each $PM_{2.5}$ component and gaseous pollutant and $PM_{2.5}$ mass in each city; and (5) composition of air pollution mixtures in each city. Their aim was to identify whether sources differ between cities by conducting a principal component analysis (PCA) including both PM and gaseous pollutant data. Although there were some differences between cities, this analysis did not identify one component or group of components that could explain the difference between city pairs. Additionally, in the source-based analysis, differences were observed between cities when focusing on local sources such as motor vehicle and industry, but one or more sources were not identified that could explain the difference in risk estimates between cities. Overall, the study by Baxter et al. (2013) indicates some differences in $PM_{2.5}$ composition and sources between cities, but also demonstrates that city-to-city differences in $PM_{2.5}$-mortality risk estimates are not limited to $PM_{2.5}$ source and composition differences.

#### 11.1.6.3.2 Exposure Factors

Many studies that have examined heterogeneity in $PM_{2.5}$-mortality risk estimates often examine whether specific city characteristics modify the association. This examination occurs in a second-stage analysis that focuses on the distribution of a factor (e.g., percentage poverty) across cities and how risk changes when moving from the low end to the high end of the distribution. Lippmann et al. (2013a) used this more traditional approach but focused on a suite of city-specific variables (i.e., land use, port-, and traffic-related data) that could reflect exposure differences. The evidence indicated that port berth volume within 60 miles of a city along with the sum of road lengths within a city increased the risk of $PM_{2.5}$-related mortality. There was also evidence that percent of a city developed and percent of a city with wetland positively increased risk, but with greater uncertainty. The relationship between $PM_{2.5}$-mortality risk and port berth volume is supported by the negative relationship with distance to large port. The results of Lippmann et al. (2013a) provides evidence that city-specific factors that may influence exposure can influence the $PM_{2.5}$-mortality relationship across cities.

Unlike Lippmann et al. (2013a), whose focus was on community-level factors that may modify the $PM_{2.5}$-mortality relationship, Baxter and Sacks (2014), which in some respect is an expansion of Baxter et al. (2013), focused on exploring whether city-specific exposure profiles have a role in explaining the observed heterogeneity. Using data from the American Housing Survey (AHS) for 94 Core-Based Statistical Areas (CBSAs) with a population greater than 500,000 from 2001−2005, the authors used k-means clustering to examine whether there were unique CBSA clusters based on residential infiltration factors (i.e., percent of homes with central AC, mean year when home was built, and mean home size) and both residential infiltration factors and commuting factors (i.e., mean in-vehicle commuting time and mean in-vehicle commuting distance). The residential infiltration factor analysis identified five clusters, with a large number of the cities in Clusters 1 (N = 24) and 3 (N = 40). The main difference between these clusters were the mean home age was slightly older for Cluster 1, while there was a greater percent of central AC in Cluster 3. There was evidence of a geographic pattern in the clustering of cities as reflected in Figure 11-9. The combination of residential infiltration and commuting factors resulted in the identification of 10 clusters. Across clusters, only two clusters had more than 11 CBSAs, Clusters 8 and 9, which primarily differed by percent of homes with central AC. Cities with shorter commuting times were found to also have shorter commuting distances. Although not as pronounced as the residential infiltration analysis, there tended to be a geographic pattern in the residential infiltration and commuting factor analysis (Figure 11-9). In Baxter and Sacks (2014), 66 of the CBSAs included cities in NMMAPS; therefore, the cluster analysis results were compared with city-specific $PM_{10}$-mortality risk estimates from NMMAPS. Recognizing the potential differences in infiltration between $PM_{2.5}$ and $PM_{10}$, given that $PM_{2.5}$ comprises varying proportions of $PM_{10}$, the results provide some evidence that cities with older homes and a smaller percent of central AC have higher risk estimates than do cities with newer homes and a larger percent of central AC. Although the addition of commuting factors to the cluster analysis could reveal some additional exposure nuances between cities, the small number of CBSAs in each cluster complicates the interpretation of the combined analyses. Overall, the results of Baxter and Sacks (2014) provide initial evidence that certain differences in exposure characteristics between cities may also contribute to explaining the city-to-city heterogeneity in $PM_{2.5}$-mortality risk estimates.




Source: Baxter and Sacks (2014).

**Figure 11-9** **Maps of Core-Based Statistical Areas (CBSAs) by cluster based on (A) residential infiltration factors and (B) residential infiltration and commuting factors.**

Baxter et al. (2017) built off the cluster analysis detailed in Baxter and Sacks (2014), and used only the residential infiltration-based clusters to explore whether there are differences in the $PM_{2.5}$-mortality association across clusters and whether the clusters explain the observed heterogeneity. In the analysis, 77 U.S. cities were grouped into five clusters based on prevalence of central air conditioning, mean year home was built, and mean size of home. Focusing on those clusters for which the number of cities included was greater than 5, there is some evidence of differences in $PM_{2.5}$ mortality risk estimates that could be attributed to differential exposure as a result of residential infiltration. For example, Clusters 1 and 3 were representative of smaller homes, but with differing age and percent of air conditioning. Cluster 3 homes had a higher percentage of central air conditioning and were newer than Cluster 1, but the risk estimates in both clusters were the smallest across clusters (Cluster 1: −0.01% [95% CI: −0.31, 0.29]; Cluster 3: 0.25 [95% CI: −0.15, 0.65]). Cluster 4, which was representative of larger homes that were older with a moderate percentage of central air conditioning (i.e., 55.7%) had the largest risk estimate (0.66% [95% CI: 0.35, 0.97]). These results are consistent with previous studies that have demonstrated that air exchange rates are higher in larger and older homes, resulting in increased exposures to ambient PM (Section 3.4.1.1). In a second-stage analysis, the authors further examined the role of the clusters in explaining the observed heterogeneity and whether the individual residential infiltration factors alone contributed to the heterogeneity. Baxter et al. (2017) reported that cluster assignment explained 6% of the observed heterogeneity, and that only larger home size modified the $PM_{2.5}$-mortality association, which is consistent with the results of the main cluster analysis.

### 11.1.7 Evaluation of Exposure Assessment Techniques

As described in the previous section, a number of factors have been considered to explain the heterogeneity in $PM_{2.5}$-mortality risk estimates. An underlying factor not discussed in the previous section is the potential role of exposure assessment and exposure misclassification (see Section 3.4.2). Traditionally, air pollution epidemiology studies have relied upon single monitors or the average of multiple monitors over some geographic extent (e.g., county) to assign exposure. Recent studies have examined the influence of distance to monitor on the $PM_{2.5}$-mortality association. Additionally, new and innovative approaches have been developed that use ensemble approaches to combine air pollution data from a number of sources, including ambient monitors, satellite data, as well as model predictions to obtain a more refined estimate of exposure. The following section discusses these approaches and how this information further informs the $PM_{2.5}$-mortality relationship.

#### 11.1.7.1 Monitor Representativeness

Recent studies by Davis et al. (2011), Kloog et al. (2013), Kim et al. (2015), and Di et al. (2017a) conducted sensitivity analyses to examine the potential influence of distance-to-monitor on the relationship between short-term $PM_{2.5}$ exposure and mortality. These types of analyses can provide

information on exposure assessment that may influence the city-to-city or regional heterogeneity observed in multicity epidemiologic studies.

As part of their analysis examining whether there are broad $PM_{2.5}$ composition differences between regions, Davis et al. (2011) also explored the representativeness of ambient monitors to reflect population exposure. Both on an individual-city level as well as the broad regional classifications identified (i.e., North vs. South and East vs. West), the authors examined the percentage of the population residing within 1, 5, 10, and 15 km from an AQS monitor. Less than 50% of the population across almost all cities resided within 5 km of a monitor. Interestingly, of the 20 cities with populations over 1 million people, almost half of the cities had up to 20% of the population residing greater than 15 km of an AQS monitor. In the regional designations, a larger percent of people was closer to monitors at all distances for both the East and North designations. The 2009 PM ISA (U.S. EPA, 2009) presented data for inter-monitor correlation versus distance between monitors to examine the influence of distance to monitor on exposure assessment (see Section 3.4.2.2). Correlations of around Pearson $R = 0.90$ were reported for inter-monitor distances of 15 km in three cities (Boston, Pittsburgh, and Los Angeles), with correlations largely above 0.8 at distances of 50 km in Boston in Pittsburgh. These findings indicate that temporal variability of $PM_{2.5}$ concentrations are often similar over urban scales. Therefore, large errors in the exposure time series are not expected across large distances for the cities included in Davis et al. (2011).

Recent studies examined the influence of distance-to-monitor on the association between short-term $PM_{2.5}$ exposure and mortality. Kloog et al. (2013) examined the effect of monitor distance on the daily $PM_{2.5}$-mortality association as part of a study conducted in Massachusetts. Within this study, daily $PM_{2.5}$ concentrations were predicted to 10 × 10 km grid cells using satellite data that were calibrated with ground-level $PM_{2.5}$ measurements. Additionally, land use regression and weather variables were used to predict $PM_{2.5}$ concentrations on days when AOD values were not available. In a sensitivity analysis, the authors examined associations based on distance to monitor, defined as greater than or less than 20 km from an ambient monitor. In models that included an interaction term for distance to monitor, Kloog et al. (2013) reported a 4.5% increase in mortality (95% CI: 2.6, 6.5) near a monitor and 1.4% increase in mortality (95% CI: 0.8, 2.0) far from a monitor at lag 0−1, compared with a 2.8% increase in mortality (95% CI: 2.0,3.5) across the study population. Di et al. (2017a) also conducted a sensitivity analysis examining $PM_{2.5}$-mortality associations based on the nearest monitor within 50 km. In the main analysis, the authors predicted $PM_{2.5}$ and $O_3$ concentrations to 1 × 1 km grid cells based on the combination of ambient monitoring data, satellite measurements, land use data, and chemical transport modeling. $PM_{2.5}$ exposures were assigned to the ZIP code level, and in a model that adjusted for $O_3$, Di et al. (2017a) reported a 1.05% increase (95% CI: 0.95, 1.15) in all-cause mortality at lag 0−1 days within the Medicare population. In the nearest monitor analysis, the authors also reported a positive association, but it was smaller in magnitude (0.83% [95% CI: 0.73, 0.93]; lag 0−1), which is consistent with the far-from-monitor results (i.e., >20 km) of Kloog et al. (2013) and indicative of some degree of exposure misclassification at distances further from monitors. However, Kim et al. (2015) as part of the DASH

study in Denver, CO, examined the $PM_{2.5}$-mortality association at 10 and 20 km buffers around a single monitor and found no evidence of a difference in the association across buffers. As discussed in Davis et al. (2011) and in Section 2.5.1.2.1, this result could reflect the spatial and temporal characteristics of $PM_{2.5}$ in Denver, which may differ from those observed in Kloog et al. (2013) in Massachusetts and Di et al. (2017a) nationally.

#### 11.1.7.2 Urban versus Rural Locations

As detailed in Chapter 3, new and innovative statistical approaches have been developed to obtain more refined exposure estimates, particularly in areas that do not have ambient monitors (i.e., rural locations). The studies by Kloog et al. (2013), Shi et al. (2015), and Lee et al. (2015c) all used similar approaches to estimate $PM_{2.5}$ concentrations based on satellite measurements, but it is unclear how well the approaches used in these studies estimate $PM_{2.5}$ concentrations in areas without monitors.

Of the studies conducted to date, only Lee et al. (2015c) explored the difference between urban and rural $PM_{2.5}$-mortality associations using both the modeled data, which incorporated satellite measurements, and the nearest ambient monitor across three southeastern U.S. states. Using the modeled $PM_{2.5}$ data, the authors reported evidence of a larger association in rural than urban locations, but when assigning exposure using data from ambient $PM_{2.5}$ monitors, the rural location association remained positive although attenuated (Figure 11-10). Overall, the results from Lee et al. (2015c) provide some evidence for potential differences in $PM_{2.5}$-mortality associations between urban and rural locations, but uncertainties remain because of the relative sparseness of monitors in rural locations and the known differences in $PM_{2.5}$ sources between locations.




avg = average; μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Source: Lee et al. (2015c).

**Figure 11-10 Percent increase in mortality at lag 0−1 for a 10 μg/m³ increase in 24-hour avg $PM_{2.5}$ concentrations based on location of residence using modeled and monitored $PM_{2.5}$ concentrations.**

## 11.1.8 Timing of Effects and Exposure Metrics

### 11.1.8.1 Lag Structure of Associations

Within the 2009 PM ISA, the studies evaluated indicated that the effect of short-term $PM_{2.5}$ exposure on mortality was immediate, occurring within the first few days after exposure, with the strongest evidence, in terms of magnitude and precision of the associations, in the range of 0 to 1 day. However, these studies defined the lags to examine a priori and often in accordance with the 1-in-3 or 1-in-6 day sampling schedule of ambient $PM_{2.5}$ monitors. Additionally, these mortality studies examined associations with $PM_{2.5}$ using a 24-hour avg exposure metric, resulting in the inability to determine whether subdaily exposure metrics (e.g., 1-hour max) capture other exposures of concern. Some studies published since the completion of the 2009 PM ISA have conducted more extensive examinations of the lag structure of associations for short-term $PM_{2.5}$ exposures and mortality, have focused on subdaily exposure metrics to understand the role of peak $PM_{2.5}$ concentrations on the $PM_{2.5}$-mortality relationship,

and have examined whether the risk of mortality attributed to short-term $PM_{2.5}$ exposure has changed over time.

The studies evaluated in the 2009 PM ISA did not conduct a systematic evaluation of the lag structure of associations between short-term $PM_{2.5}$ exposure and mortality, but reported evidence of consistent, positive associations within the first few days after exposure [i.e., 0−1 lag days; U.S. EPA (2009)]. Recent studies have conducted analyses aimed at understanding the timing of effects between short-term $PM_{2.5}$ exposure and mortality. Studies have ranged in their level of evaluation from examining multiple individual or multiday lags to more systematically examining whether there is evidence of immediate (e.g., lag 0−1 days), delayed (e.g., lag 2−5 days), or prolonged (e.g., lag 0−5 days) effects. However, some of the studies do not provide the information necessary to systematically evaluate the timing of the relationship between $PM_{2.5}$ exposure and mortality. For example, in a study conducted in the Netherlands, Janssen et al. (2013) examined single-day lags ranging from 0 to 3 days, along with the inclusion of a lag encompassing the average of 0−6 days. By not including information on lag days 4, 5, and 6 only the single-day lag information can be interpreted because it is not possible to differentiate whether considering a longer lag is reasonable.

The evidence from experimental studies can provide information on the biological plausibility of the timing between exposure and effect. In the case of cardiovascular mortality, which encompasses ~33% of total (nonaccidental) mortality (NHLBI, 2017), it has been shown that short-term $PM_{2.5}$ exposure results in rather immediate cardiovascular responses (Section 6.1.14.3), providing biological plausibility for the focus of most $PM_{2.5}$-mortality studies on shorter windows of exposure, in the range of 0 to 2 days. However, the evidence for a respiratory effect in response to short-term $PM_{2.5}$ exposure has been found to be more delayed, which provides biological plausibility for examining associations with respiratory mortality at longer lags (Section 5.1.10.3). Although the discussion of lag structure of associations for cause-specific mortality will be detailed in the respective cardiovascular and respiratory chapters, the biological plausibility of the timing of effects for cardiovascular and respiratory mortality provide the basis for focusing the discussion on the lag structure of associations on those studies that: (1) evaluate a series of single-day lags (e.g., lags 0 to 3 days); (2) conduct a systematic evaluation of different lags (e.g., single-day vs. distributed or average of multiple days); and (3) include all single days evaluated in the distributed or multiday average lags (i.e., if a study examines a distributed or multiday average lag of 0−6 days, it also examines single-day lags of 0 to 6 days).

Most of the recent studies that examined the lag structure of associations for the $PM_{2.5}$-mortality relationship either conducted analyses of single-day lags over multiple days or various iterations of multiday lags (e.g., 0−1, 0−2, 0−3, etc.). As part of the NPACT study, Lippmann et al. (2013b) examined single-day lags ranging from 0 to 3 days. In all-year analyses, the strongest associations, in terms of magnitude and precision, with total (nonaccidental) mortality were at lags 0 and 1 day, with associations persisting in the warm season and no evidence of an association in the cold season. The results of Lippmann et al. (2013b) are consistent with the pattern of associations observed in other multicity studies

that also examined a series of single-day lags (Di et al., 2017a; Stafoggia et al., 2017; Janssen et al., 2013). Di et al. (2017a) examined single-day lags of 0 to 4 days and compared these results with the main analysis that used a multiday lag of 0−1 days. Within Di et al. (2017a), the main analysis as well as these sensitivity analyses were based on a model that also adjusted for $O_3$. Across the single-day lags, results support an immediate effect as reflected by the association being largest in magnitude for lag 0 and 1 day (~0.75% increase in all-cause mortality), but these associations were smaller in magnitude when compared to the main analysis that used the multiday lag of 0−1 days (1.05% [95% CI: 0.95, 1.15]). When examining the other single-day lags, Di et al. (2017a) reported a much smaller association at lag 2 (~0.25% increase), with no evidence of an association at lag 3 and 4. In an examination of single-day lags (i.e., 0 to 3 days), Janssen et al. (2013) reported rather immediate effects, with associations similar in magnitude (0.8−1.0%) across each of the single-day lags. An examination of single-day lags ranging from 0 to 10 days in a study of eight European cities reported the strongest association at lag 1 (Stafoggia et al., 2017). The pattern of associations observed across studies that examined a series of single-day lags is consistent with the results reported by Lee et al. (2015a) that examined a series of multiday lags and observed the strongest associations for total (nonaccidental) mortality at lag 0−1, but associations remained positive when examining multiday lags up to 0−4 days.

In the MED-PARTICLES Project, Samoli et al. (2013) conducted a systematic evaluation of the lag structure of associations by examining whether there was evidence of an immediate (lag 0−1), delayed (lag 2−5), or prolonged (lag 0−5) $PM_{2.5}$-mortality effect. They also examined the pattern of associations over lags 0 to 7 days in a polynomial distributed lag model. The authors reported a 0.55% increase in total (nonaccidental) mortality (95% CI: 0.27, 0.84) at lag 0−1, a 0.51% increase (95% CI: 0.07, 0.96) at lag 2−5, and a 0.70% increase (95% CI: 0.22, 1.18) at lag 0−5. Although the 0−5 lag shows the largest association, the 0- to 1-day lag comprises a large amount of this effect. A closer examination of associations on a day-to-day basis through the polynomial distributed lag model shows evidence of the strongest associations within the range of 1 to 3 days (quantitative results not presented). The combination of the multi- and single-day lag analyses provides further support for the $PM_{2.5}$-mortality association being strongest within the first few days after exposure.

#### 11.1.8.2 24-Hour Average versus Subdaily (Peak) Exposures

Most of the studies conducted to date have examined the association between short-term $PM_{2.5}$ exposure and mortality using 24-hour avg exposure metrics. A few recent single-city studies examined alternative exposure metrics. In a study conducted in Oslo, Norway that estimated $PM_{2.5}$ concentrations using a dispersion model, Madsen et al. (2012) used the traditional 24-hour avg exposure metric along with one representative of peak exposures (i.e., the hourly average two daily rush hour periods; 08:00 a.m.−10:00 a.m. and 3:00 p.m.−5:00 p.m.). Within this study, mean peak concentrations were approximately 23 μg/m$^3$, while 24-hour avg concentrations were 15.1 μg/m$^3$. The authors observed the same pattern of associations across the single and multiday lags examined (i.e., lags 4 and 5, and 0−4 and

0−5 days) for the 24-hour avg and peak exposure metric, with the magnitude being slightly larger for the 24-hour avg metric (quantitative results not provided). Although Lin et al. (2016) examined peak and 24-hour avg $PM_{2.5}$ exposures that were much higher (i.e., 1-hour max = 66.9 μg/m$^3$ and 24-hour avg = 46.4 μg/m$^3$) than those reported in Madsen et al. (2012), the results from Lin et al. (2016) can aid in evaluating alternative exposure metrics. Unlike Madsen et al. (2012) who used $PM_{2.5}$ concentrations predicted from a dispersion model, $PM_{2.5}$ concentrations in Lin et al. (2016) were measured over 11 ambient monitors throughout Guangzhou, China. In analyses of peak and 24-hour avg $PM_{2.5}$ exposures and cardiovascular mortality at single-day lags ranging from 0 to 5 days, and multiday lags from 0 to 3 days, the authors observed a consistent pattern of associations across lags for both exposure metrics, with the magnitude of the association often larger in models with the 24-hour avg metric. The results of Lin et al. (2016) are consistent with those observed in Madsen et al. (2012) and together provided initial evidence that when comparing subdaily and 24-hour avg exposure metrics, the 24-hour avg exposure metric is consistently associated with mortality.

### 11.1.9 Alternative PM Size Fractions and Exposure Metrics

While most studies that examine the relationship between short-term $PM_{2.5}$ exposure and mortality focus on $PM_{2.5}$ mass, some studies have examined alternative exposure metrics, such as particle number concentration (NC), surface area concentration (SC), and mass concentration (MC) for PM size fractions smaller than $PM_{2.5}$ but larger than 100 nm. Particles smaller than 100 nm will be discussed in Section 11.5. To date, only a few studies examined PM size fractions smaller than 2.5 μm, and often these size fractions are included in studies that examine UFP exposure and mortality (Section 11.4.1). Across studies, generally positive associations were observed for particles >100 nm for NC, and <1.0 μm for SC and MC [see U.S. EPA (2018)], which supports the larger body of evidence demonstrating a consistent, positive association between short-term $PM_{2.5}$ exposure and mortality. However, these studies are conducted over a short duration and are limited to two locations [i.e., China (Meng et al., 2013; Leitte et al., 2012; Breitner et al., 2011) and Spain (Pererz et al., 2009)]. Additionally, although these studies report generally positive associations, it remains difficult to directly compare results from studies that use an NC or SC metric with those that use the traditional mass-based exposure metric.

### 11.1.10 Concentration-Response Relationship and Threshold Analyses

Previous reviews of PM, including the 2004 PM AQCD (U.S. EPA, 2004) along with the 2009 PM ISA (U.S. EPA, 2009), have highlighted the difficulty associated with examining the shape of the PM-mortality C-R relationship and determining whether a threshold exists below which mortality effects do not occur. Specifically, the 2004 AQCD and 2009 PM ISA stated that conducting C-R and threshold analyses is challenging because of the "(1) limited range of available concentration levels (i.e., sparse data at the low and high end); (2) heterogeneity of [at-risk] populations [between cities]; and (3) influence of

measurement error" (U.S. EPA, 2004). In the 2009 PM ISA, the examination of the PM-mortality C-R relationship was limited to studies of $PM_{10}$. Within the multicity studies examined, there was evidence of a linear, no-threshold C-R relationship between short-term PM exposures and mortality with some evidence of differences in the shape of the C-R curve across cities. A major limitation of the C-R analyses conducted to date has been the reliance on $PM_{10}$ data and the limited amount of data available to examine the shape of the C-R curve at the low end of the concentration distribution. Recent studies conducted in the U.S. (Di et al., 2017a; Lee et al., 2015c; Shi et al., 2015) and Europe (Samoli et al., 2013) provide information specifically on the C-R relationship between short-term $PM_{2.5}$ exposures and mortality in different regions of the world and at $PM_{2.5}$ concentrations at the lower end of the distribution.

In a study of states in the New England region of the U.S., Shi et al. (2015) conducted two analyses to address (1) whether associations are observed at concentrations <30 $\mu g/m^3$ and (2) the shape of the PM-mortality C-R relationship at concentrations <30 $\mu g/m^3$. In the analysis restricted to person-time with $PM_{2.5}$ concentrations <30 $\mu g/m^3$, Shi et al. (2015) reported associations similar in magnitude (2.14% [95% CI: 1.33, 2.95]) to those observed in the full cohort that included $PM_{2.5}$ concentrations >30 $\mu g/m^3$ (2.14% [95% CI: 1.38, 2.89]). Using the restricted data set, Shi et al. (2015) then examined the shape of the C-R relationship between short-term $PM_{2.5}$ concentrations and mortality by fitting a penalized regression spline where the degrees of freedom (df) of the spline were selected by generalized cross-validation. The authors reported no evidence of deviation from linearity but had less confidence in the shape of the curve at concentrations <5 $\mu g/m^3$ due to wider confidence intervals (Figure 11-11).




μg/m$^3$ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: Shi et al. (2015).

**Figure 11-11 Concentration-response relationship between short-term $PM_{2.5}$ concentrations and mortality (lag 0−1) in an analysis restricted to person-time with daily $PM_{2.5}$ concentrations <30 μg/m$^3$.**

Di et al. (2017a) examined the C-R relationship, focusing on questions similar to those examined by Shi et al. (2015), but in a national analysis of the Medicare population. In a copollutant model with $O_3$, the authors examined (1) whether associations are observed at $PM_{2.5}$ concentrations <25 μg/m$^3$ and (2) the shape of the PM-mortality C-R relationship, particularly at concentrations <25 μg/m$^3$. In the low-exposure analysis, Di et al. (2017a) reported an association larger in magnitude (1.61% [95% CI: 1.48, 1.74]; lag 0−1) than the main analysis (1.05% [95% CI: 0.95, 1.15]; lag 0−1), indicating a steeper slope at lower $PM_{2.5}$ concentrations. The results of the low exposure analysis were confirmed when

examining the shape of the C-R curve using penalized splines for both $PM_{2.5}$ and $O_3$, which reported evidence of an almost linear relationship, with no evidence of a threshold and a steeper slope at concentrations <25 μg/m³ (Figure 11-12). While the low-exposure results of Di et al. (2017a) differ from those of Shi et al. (2015), this difference could be due to the populations of the studies encompassing different age ranges (i.e., individuals over the age of 65, and the entire population, respectively).




μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: Di et al. (2017a).

**Figure 11-12 Two-pollutant analysis of the $PM_{2.5}$ concentration-response curve with penalized splines for both $PM_{2.5}$ and ozone to examine the percent increase in daily mortality at lag 0−1 days.**

Lee et al. (2015c) confirmed the findings of Shi et al. (2015) and Di et al. (2017a) that $PM_{2.5}$-mortality associations persist at low ambient $PM_{2.5}$ concentrations by conducting a subset analysis focusing on three southeastern U.S. states. The authors examined the association between short-term $PM_{2.5}$ exposure and mortality by limiting the data set to ZIP codes where the predicted annual $PM_{2.5}$ concentrations were less than 12 μg/m³, and in a separate analysis, focused on ZIP codes where predicted 24-hour avg $PM_{2.5}$ concentrations were less than 35 μg/m³. In the full cohort the authors reported a 1.56% increase in mortality (95% CI: 1.19, 1.94) at lag 0−1. In the cutpoint analyses focusing on the annual and daily cutpoints, Lee et al. (2015c) reported a 2.06% (95% CI: 1.97, 2.15) and 2.08% (95% CI: 1.99, 2.17) increase in mortality, respectively, providing evidence that $PM_{2.5}$-mortality associations remain and may be larger at low $PM_{2.5}$ concentrations.

While Shi et al. (2015), Lee et al. (2015c), and Di et al. (2017a) examined the shape of the C-R relationship between short-term $PM_{2.5}$ exposure and mortality across a distribution of data, Samoli et al. (2013) focused exclusively on whether there is evidence of a threshold at specific concentrations. As part of the MED-PARTICLES project, the authors examined threshold values ranging from 0 to 35 $\mu g/m^3$ at increments of 5 $\mu g/m^3$ across the 10 Mediterranean cities included in the study. The threshold model assumed the risk of mortality from short-term $PM_{2.5}$ exposure was zero below the threshold value. Evidence of a threshold was examined in each city by computing the deviance of the fitted model for each threshold value, the authors then computed an average deviance across all cities. The deviance for each threshold value was then examined to determine whether any threshold values minimized the mean deviance. Samoli et al. (2013) did not observe any evidence of a threshold, with the models assuming no threshold reporting the lowest mean deviance, and subsequently being considered the "best-fitting" models. Although the 24-hour avg $PM_{2.5}$ concentrations observed in the MED-PARTICLES cities were much higher than the $PM_{2.5}$ concentrations observed in Shi et al. (2015), the threshold analysis in Samoli et al. (2013) focusing on daily concentrations below 35 $\mu g/m^3$ provides additional support for a linear C-R relationship at concentrations relevant to U.S. cities.

Although difficulties remain in assessing the shape of the $PM_{2.5}$-mortality concentration-response relationship, as identified in the 2009 PM ISA, and studies have not conducted systematic evaluations of alternatives to linearity, recent studies continue to provide evidence of a no-threshold linear relationship, with less confidence at concentrations lower than 5 $\mu g/m^3$. Additionally, those studies that conducted analyses focused on examining associations at lower $PM_{2.5}$ concentrations provide initial evidence indicating that associations persist and may be larger (i.e., have a steeper slope) at lower $PM_{2.5}$ concentrations.

### 11.1.11 Associations between $PM_{2.5}$ Sources and Components and Mortality

The 2009 PM ISA examined the relationship between both $PM_{2.5}$ components and sources and individual health outcomes (e.g., mortality) and effects (e.g., blood pressure), as well as collectively across health outcomes, to assess whether any one source or component was more strongly related to a health outcome or effect. At the completion of the 2009 PM ISA, it was not evident that any one component or source was more strongly related to mortality, which was consistent with the broader conclusion on sources and components (U.S. EPA, 2009). Recent studies that examine both the relationship between short-term exposures to $PM_{2.5}$ components along with $PM_{2.5}$ mass provide additional evidence on whether $PM_{2.5}$ mass or an individual $PM_{2.5}$ component or source is more strongly associated with mortality.

#### 11.1.11.1 $PM_{2.5}$ Components

The examination of the relationship between $PM_{2.5}$ components and mortality can generally be divided into two types of analyses: (1) those that examine whether specific components modify the $PM_{2.5}$-mortality association or (2) those that examine whether an individual component is associated with mortality and potentially a better indicator of PM toxicity compared with $PM_{2.5}$ mass. Although approach (1) is considered one of the techniques used to assess component toxicity as detailed in Mostofsky et al. (2012), studies that use this approach are often those used to examine heterogeneity in $PM_{2.5}$-mortality risk estimates. As a result, the focus of this section is on those techniques that fall under approach (2), which includes assessing $PM_{2.5}$ component effect by component concentration, component proportion, component concentration adjusted for $PM_{2.5}$ mass, component residual, or $PM_{2.5}$ residual (Mostofsky et al., 2012). Multicity $PM_{2.5}$ mortality studies detailed in the 2009 PM ISA examined associations with individual components (Ostro et al., 2008; Ostro et al., 2007) and indicated that a number of components are associated with mortality. However, there were limitations in the air quality data (i.e., 1-in-3 or 1-in-6 sampling of $PM_{2.5}$ components) and only a small number of studies had been conducted that examined the relationship between $PM_{2.5}$ components and mortality (U.S. EPA, 2009).

Since the completion of the 2009 PM ISA (U.S. EPA, 2009), a growing number of studies have examined the relationship between short-term exposure to $PM_{2.5}$ components and mortality. These studies continue to support the conclusions of the 2009 PM ISA that many components are associated with mortality and there is no evidence that any one component is more strongly associated with mortality than $PM_{2.5}$ mass. The recent multicity studies and U.S.-based single-city studies are detailed in Table 11-3 along with study-specific details including statistical approach used to assess the $PM_{2.5}$ component effect and the $PM_{2.5}$ components examined.

The evaluation of the association between $PM_{2.5}$ components and mortality is complicated by the different methods applied across studies. Overall, the results for individual $PM_{2.5}$ components across studies are generally more imprecise than the results for $PM_{2.5}$ (i.e., much wider confidence intervals, often including the null value), which make the individual results, as well as results across studies, more difficult to interpret. Therefore, for purposes of characterizing results with respect to $PM_{2.5}$ components, a different convention is employed to evaluate the pattern of associations across studies. Specifically, risk estimates from studies are classified into four categories in Figure 11-13 and Figure 11-14: (1) statistically significant positive associations; (2) positive associations, regardless of width of the confidence interval; (3) null or negative association; and (4) statistically significant negative association. Figure 11-13 and Figure 11-14 summarize the results from studies that examined associations between short-term $PM_{2.5}$ mass and $PM_{2.5}$ components that will be evaluated in the following section.

**Table 11-3 Study-specific details of multicity and U.S.-based single-city studies that examine the relationship between short-term exposure to $PM_{2.5}$ components and mortality.**

| Study | Mortality Outcome | Data/Sampling Schedule | Statistical Approach Used | Components Examined |
|---|---|---|---|---|
| *Multicity Studies* | | | | |
| Ostro et al. (2007)<br>Six California counties, U.S.<br>(2000−2003) | Cardiovascular | SLAMS; 1-in-3 or 1-in-6 day schedule | Individual components included in single pollutant model | Al, Br, Ca, Cl, Cu, EC, Fe, K, Mn, Ni, $NO_3$, OC, Pb, S, Si, $SO_4$, Ti, V, Zn |
| Ostro et al. (2008)<br>Six California counties, U.S.<br>(2000−2003) | Cardiovascular | SLAMS; 1-in-3 or 1-in-6 day schedule | Individual components included in single pollutant model | Ca, Cl, Cu, EC, Fe, K, $NO_3$, OC, S, Si, $SO_4$, Ti, Zn |
| †Krall et al. (2013)<br>72 U.S. cities<br>(2000−2005) | Total | CSN; 1-in-3 or 1-in-6 day schedule | Individual components included in single pollutant model | EC, $Na^+$, $NO_3$, $NH_4$, OC, Si, $SO_4$ |
| †Lippmann et al. (2013a)<br>64 U.S. cities<br>(2001−2006) | Total | CSN; 1-in-3 or 1-in-6 day schedule | (1) Individual components included in single pollutant model; (2) individual components in copollutant model with $PM_{2.5}$ | As, Cu, EC, Fe, K, Na, Ni, $NO_3^-$, OC, Pb, $SO_4^{2-}$, Se, Si, V, Zn |
| †Basagaña et al. (2015)<br>Five South-European cities<br>(2003−2013) | Total cardiovascular respiratory | One monitor in each city; daily monitoring in two cities, biweekly monitoring in two cities, and once-a-week monitoring in one city | (1) Individual components included in single pollutant model; (2) individual component residual | Ca, Cu, EC, Fe, K, Mg, Mn, Ni, $NO_3^-$, OC, $SO_4^{2-}$, $SiO_2$, TC, Ti, V, Zn |
| *Single-City Studies* | | | | |
| †Kim et al. (2015)<br>Denver, CO<br>(2003−2007) | Total cardiovascular respiratory | Daily measurements from one monitor (DASH site) | (1) Individual components included in single pollutant model; (2) individual component residual | EC, $NO_3^-$, OC, $SO_4^{2-}$ |
| †Liu and Zhang (2015)<br>Houston, TX<br>(2000−2011) | Total | CSN; 1-in-3 or 1-in-6 day schedule | Individual components included in single pollutant model | Al, Br, Cr, Cu, EC, Fe, K, Mn, $Na^+$, $NH_4^+$, Ni, $NO_3^-$, OC, Si, $SO_4^{2-}$, V, Zn |
| †Zhou et al. (2011)<br>Detroit, MI<br>Seattle, WA<br>(2002−2004) | Total cardiovascular respiratory | Daily measurements from one monitor in each city | Individual components included in single pollutant model | Al, EC, Fe, K, Na, Ni, S, Si, V, Zn |

**Table 11-3 (Continued): Study-specific details of multicity and U.S. based single city studies that examine the relationship between short-term exposure to $PM_{2.5}$ components and mortality.**

| Study | Mortality Outcome | Data/Sampling Schedule | Statistical Approach Used | Components Examined |
|---|---|---|---|---|
| †Ito et al. (2011)<br>New York, NY<br>(2000−2006) | Cardiovascular | Three CSN monitors; 1-in-3 day sampling | Individual components included in single pollutant model | Br, EC, $Na^+$, Ni, $NO_3$, OC, $SO_4$, Se, Si, V, Zn |

Al = aluminum; As = arsenic; Br = bromine; Ca = calcium; Cl = chlorine; Cr = chromium; CSN = Chemical Speciation Network; Cu = copper; DASH = Denver Aerosol Sources and Health; EC = elemental carbon; Fe = iron; K = potassium; Mg = magnesium; Mn = manganese; Na = sodium; $NH_4$ = ammonium; Ni = nickel; $NO_3$ = nitrate; OC = organic carbon; Pb = lead; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; S = sulfur; Se = selenium; Si = silicon; $SiO_2$ = silicon dioxide; SLAMS = State and Local Air Monitoring Stations; $SO_4$ = sulfate; TC = total carbon; Ti = titanium; V = vanadium; Zn = zinc.

†Studies published since the 2009 PM ISA.

| PM$_{2.5}$ mass and component | Total Mortality | | | | | | Cardiovascular Mortality | | | | Respiratory Mortality | | Copollutant Analyses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ostro et al. (2007) | †Krall et al. (2013) | †Lippmann et al. (2013) [a] | †Basagaña et al. (2015) [b] | †Kim et al. (2015) [b] | †Lin et al. (2015) [b] | Ostro et al. (2008) [c] | †Ito et al. (2011) [c] | †Basagaña et al. (2015) [b] | †Kim et al. (2015) [b] | †Basagaña et al. (2015) [b] | †Kim et al. (2015) [b] | †Lippmann et al. (2013) [d] | †Basagaña et al. (2015) [e] | †Kim et al. (2015) [e] |
| PM$_{2.5}$ | 3 | 1 | 0 | 0 | 0-3 | 1 | 3 | 1 | 0 | 2,3 | 1 | 0 | --- | --- | --- |
| Cu | 1 | | 1,3 | 2 | | | | | 2 | | | | 1 | 2 | |
| EC | | 1 | 1,2 | 1 | 0-3 | 1 | 2 | 1 | 0 | 0 | 1 | 3 | | 1 | 0-3 |
| Fe | | | 1,3 | 1 | | 1 | 2 | | 0 | | 2 | | | 2 | |
| K | | | 1 | | | 1 | 2 | | 1 | | 2 | | 1 | | |
| Mn | | | | 1 | | 1 | | | 0 | | 0,1 | | | 1 | |
| Na | | 1 | 1 | | | | | 0 | | | | | | | |
| Ni | | | | 0 | | 1 | | 1,2,3 | 2 | | 1 | | | 0 | |
| NO$_3$ | 0 | 1 | | | 0-3 | 1 | 3 | 1 | 0,1 | 2 | 2 | 0 | | 1 | 0-3 |
| OC | | 1 | 1 | 2 | 1 | 1 | | 1 | 0 | 1 | 1 | 3 | 1 | 1 | 1 |
| Si | | 1 | 1 | 2 | | 1 | | 1 | | | 1 | | 1 | 2 | |
| SO$_4$ | | | 0,1 | | 0-3 | 1 | 3 | 1 | 0 | 3 | 0 | | 1 | | 0-3 |
| V | | | 3 | | | 1 | | 1 | 2 | | 1 | | 3 | | |
| Zn | | | | 0 | | 1 | 3 | 3 | 1 | | 0 | | | 0 | |

Note: †PM$_{2.5}$ component studies published since the 2009 PM ISA. PM$_{2.5}$ row = lag(s) at which association observed between short-term PM$_{2.5}$ exposure and mortality; PM$_{2.5}$ components rows = lag(s) at which association observed. Dark blue = study reported statistically significant positive association; light blue = study reported a positive association regardless of width of confidence intervals; light orange = study reported null or negative association; red = study reported statistically significant negative association; gray = study did not examine individual component. Only those PM$_{2.5}$ components that were examined in at least three studies that included results for total (nonaccidental) mortality are included in this table.

[a]Lippmann et al. (2013a) results representative of median interquartile range increase in individual PM$_{2.5}$ component concentrations for the 64 cities combined.

[b]Results representative of an interquartile range increase in individual PM$_{2.5}$ component concentrations.

[c]Studies only examined PM$_{2.5}$ component associations with cardiovascular mortality.

[d]Lippmann et al. (2013a) results representative of median interquartile range increase in individual PM$_{2.5}$ component concentrations for the 64 cities combined in copollutant model with PM$_{2.5}$.

[e]Basagaña et al. (2015) results using the PM$_{2.5}$ component residual method detailed by Mostofsky et al. (2012).

**Figure 11-13 Heat map of associations observed between short-term PM$_{2.5}$ and PM$_{2.5}$ components exposure and mortality in multi- and single-city studies.**




Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; N = number of studies that provided an estimate for $PM_{2.5}$ mass and individual $PM_{2.5}$ components; Na = sodium; Ni = nickel; $NO_3$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; Si = silicon; $SO_4$ = sulfate; V = vanadium; Zn = zinc.

Note: Bars represent the percent of associations across studies for $PM_{2.5}$ mass or $PM_{2.5}$ components detailed in Figure 11-13 that are statistically significant positive (dark blue), positive/null (light blue), null/negative (light orange), statistically significant negative (red), or not examined (gray).

**Figure 11-14 Distribution of total (nonaccidental) mortality associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in Figure 11-13.**

#### 11.1.11.1.1 Single Component Models

At the completion of the 2009 PM ISA, most studies that examined the association between short-term exposure to $PM_{2.5}$ components and mortality consisted of statistical models that examined component-mortality associations one at a time. Although informative, these studies are often difficult to interpret because they do not account for the individual component being part of $PM_{2.5}$ mass. Additionally, although often not reported, the correlations between individual $PM_{2.5}$ components and $PM_{2.5}$ mass are often moderate ($r = 0.4{-}0.7$) to high ($r > 0.7$), which complicates the interpretation of the single-component model results. Recent multi- and single-city studies have continued to examine $PM_{2.5}$ component-mortality associations in single-component models, but the addition of seasonal analyses for some studies have attempted to gain a broader understanding of how $PM_{2.5}$ mass and overall composition may change over the course of the year and affect health.

Multicity studies conducted by Lippmann et al. (2013a) as part of the NPACT study and Krall et al. (2013) in 72 U.S. cities primarily focused on single-component models to assess the relationship between $PM_{2.5}$ components and mortality. Lippmann et al. (2013a) examined the association between short-term exposure to $PM_{2.5}$ components, along with sources (see Section 11.1.11.2), across 64 U.S. cities. The components were selected for examination based on analyses of measurements obtained; monitor-to-monitor correlations for a subset of cities; and toxicological considerations (Lippmann et al., 2013a). In the main analyses, the authors did not use measured component data, but instead calculated the daily deviation from the monthly mean to "reduce the influence of the seasonal cycles of pollutants on the overall associations" (Lippmann et al., 2013a). In single-component models in an all-year analysis, the strongest associations were for Cu, K, OC, Si, and V although at different lags ranging from 1 to 3 days, while the $PM_{2.5}$ association was positive at lag 0 (Figure 11-13). In seasonal analyses, the $PM_{2.5}$ association was strongest in the warm season at lag 0 with no evidence of an association in the cold season. Across components, strong positive associations were observed only at lag 0 for Na, $NO_3^-$, and $SO_4^{2-}$, while other components were found to be positively associated at other lags including: EC, K, Na, OC, Pb, Si, and V. A different pattern of associations was observed in the cold season with evidence of positive associations across lags for As, Cu, EC, K, OC, Se, and Si. The different lag structure of associations for the individual components compared with $PM_{2.5}$ mass complicates the interpretation of the individual component results.

Krall et al. (2013) took a slightly different approach than Lippmann et al. (2013a) in an analysis of 72 U.S. cities, by focusing on those components that contribute the most (i.e., approximately 79−85%) of yearly and seasonal $PM_{2.5}$ mass. The authors developed city-specific component models and also examined associations by season (i.e., spring, summer, fall, and winter) and by region (i.e., Northeast, Southeast, southern Midwest, northern Midwest, Southwest, and Northwest). Krall et al. (2013) observed the strongest associations for OCM, EC, Si, and $Na^+$, but overall reported no evidence that any of these components is more strongly associated with mortality than $PM_{2.5}$ mass (Figure 11-15). Additionally, the authors reported no evidence that individual component associations varied by season or region.

In addition to the U.S. based multicity studies detailed above, Basagaña et al. (2015) examined the association between short-term exposure to $PM_{2.5}$ components and mortality in five cities in southern Europe as part of the MED-PARTICLES project. The components examined were selected a priori and based on their detectability in each of the five cities as well as evidence from the literature linking each of the $PM_{2.5}$ components with health. In single-component models the authors observed the strongest associations with $SiO_2$ and total (nonaccidental) mortality; $SiO_2$, Mg, and Mn and cardiovascular mortality; and $SO_4^{2-}$, K, and Mn and respiratory mortality.




IQR = interquartile range; EC = elemental carbon; OCM = organic carbon matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.
Source: Krall et al. (2013).

**Figure 11-15 Percent increase in mortality for $PM_{2.5}$ and $PM_{2.5}$ components for an interquartile range (IQR) increase in concentrations at lag 1 across 72 U.S. cities.**

U.S.-based single-city studies conducted in locations across the country provide additional information that can aid in interpreting $PM_{2.5}$ component results from multicity studies. In a study conducted in New York City, NY focusing on cardiovascular mortality, Ito et al. (2011) examined associations with $PM_{2.5}$ components that were selected for inclusion in the study "based on past source apportionment studies in New York City as well as recent health effects studies." In all-year analyses, when focusing on those components that are the largest contributors to $PM_{2.5}$ mass, the authors observed the strongest associations for EC, OC, and $SO_4^{2-}$ at lag 1. These results persisted in the warm season, but in the cold season the association remained the strongest for EC, although the positive magnitude of the association and precision were reduced for OC and $SO_4^{2-}$. Among the other components examined, associations were observed in all-year and seasonal analyses for Br and $Na^+$, whereas for Se there was evidence of an association in all-year and warm season analyses at lag 1, but not in the cold season. For

Ni, V, and Zn, there was no evidence of an association in all-year or warm season analyses, but evidence of an association at lag 3 in the cold season, which is consistent with the burning of residual oil in NYC (see Section 11.1.11.2).

Although Ito et al. (2011) examined seasonal differences in $PM_{2.5}$ component associations, the authors were limited by the 1-in-3 sampling schedule of the monitors. Examining the associations between total, cardiovascular and respiratory mortality and $PM_{2.5}$ components, Zhou et al. (2011) was able to more rigorously examine potential differences in seasonal associations (i.e., examine both single and multiday lags) than Ito et al. (2011) due to the availability of daily $PM_{2.5}$ component data. Similar to other component studies detailed in this section, the authors selected $PM_{2.5}$ components for inclusion in the study based on evidence from the toxicological literature. When examining the seasonal pattern of associations using a distributed lag model for 0−2 days, there was a clear difference in potential sources of $PM_{2.5}$ based on the strongest $PM_{2.5}$ associations with total and cause-specific mortality occurring in the warm season for Detroit and the cold season for Seattle (see Section 11.1.11.2). In both locations, mean 24-hour avg $PM_{2.5}$ concentrations were near or below 15 $\mu g/m^3$ for the duration of the study (Detroit = 15.1 $\mu g/m^3$; Seattle = 9.7 $\mu g/m^3$). The seasonal pattern in associations with $PM_{2.5}$ mass observed in both cities were consistent with seasonal $PM_{2.5}$ component associations. In Detroit in the warm season for total (nonaccidental) mortality, there was evidence of positive associations for S and EC, with a strong negative association for Si. This pattern of associations was similar for cardiovascular mortality, although the confidence intervals for each component were larger. Wider confidence intervals were also observed for respiratory mortality, with positive associations only for Ni and S. For Seattle in the cold season, the component associations observed for total (nonaccidental) mortality and cardiovascular mortality were similar, with positive associations observed for Al, Fe, K, Ni, S, Si, Zn, and EC. Additionally, there was some evidence of a positive association only between cardiovascular mortality and V. When examining respiratory mortality in Seattle, there was no evidence of a positive association with any $PM_{2.5}$ components. In both the Detroit and Seattle data sets, Zhou et al. (2011) conducted sensitivity analyses focusing on model specification and did not observe any evidence that $PM_{2.5}$ component-mortality associations changed when increasing the degrees of freedom to control for temporal trends or when using alternative temperature variables. Similar results were observed when examining $PM_{2.5}$ mass (see Section 11.1.5.1).

Kim et al. (2015) also used daily $PM_{2.5}$ component data in a study in Denver, CO that examined total (nonaccidental), cardiovascular, and respiratory mortality. However, unlike a number of the studies focusing on $PM_{2.5}$ components, the authors focused only on a few of the main contributors to $PM_{2.5}$ mass (i.e., EC, OC, $SO_4^{2-}$, and $NO_3^-$). Across mortality outcomes, the strongest associations were observed for total (nonaccidental) mortality for the 0−3 distributed lag model results for EC and OC, with less evidence of an association for $SO_4^{2-}$ and $NO_3^-$. For cardiovascular mortality, there was evidence only for a positive association with OC and lag 1; whereas for respiratory mortality there was evidence of a positive association at lag 3 for both EC and OC. Similar to Zhou et al. (2011) in sensitivity analyses focusing on model specification, the authors did not observe that $PM_{2.5}$ component-mortality associations

changed when increasing the degrees of freedom to control for temporal trends or when using alternative temperature variables.

As detailed above, the majority of $PM_{2.5}$ component studies have examined whether one or a combination of components are driving the $PM_{2.5}$ mass associations, but Liu and Zhang (2015) examined whether associations with $PM_{2.5}$ mass and components have changed over time. The design of this study is like that of Dominici et al. (2007) which also attempted to examine whether PM-mortality risks have changed over time, but on a national scale. As detailed in the 2009 PM ISA, "a flaw in the use of the time-series study design for this type of analysis is that it adjusts for long-term trends, and therefore, does not estimate the change in mortality in response to the gradual change in [PM]." As a result, the focus is on the $PM_{2.5}$ mass and component results detailed for the entire study period along with the seasonal analyses. As in previous studies, the components examined were selected a priori and based on evidence from the epidemiologic literature as well as a local source apportionment study (Liu and Zhang, 2015). When focusing on associations at lag 1, $PM_{2.5}$ mass had the strongest association, with evidence of a positive association for a number of individual components (Figure 11-13). When conducting seasonal analyses, the strongest associations tended to be observed during the winter, specifically for $NH_4^+$, Br, Cr, Mn, Ni, $SO_4^{2-}$, $NO_3^-$, V, EC, and OC. The seasonal component results are consistent with the $PM_{2.5}$ results for which the association with the largest magnitude was also observed to be in the winter.

#### 11.1.11.1.2 Additional $PM_{2.5}$ Component Analyses

The majority of $PM_{2.5}$ component studies conducted to date have focused almost exclusively on examining single-component models. However, a main limitation of single-component models is their inability to account for the potential confounding effects of $PM_{2.5}$ mass or other $PM_{2.5}$ components. As detailed in Mostofsky et al. (2012), several alternative statistical approaches can be used, each with its own strengths and limitations. A few of the studies detailed above that focused on single pollutant models also examined alternative models to provide further information on the $PM_{2.5}$ component-mortality relationship.

Lippmann et al. (2013a) used a traditional two-pollutant (i.e., copollutant) model to examine whether $PM_{2.5}$ mass confounds the component associations observed for a subset of the components examined. In an all-year analysis, component results were robust to inclusion of $PM_{2.5}$ in the model for OC, V, Si, K, and Cu, with evidence of potential confounding for EC and $SO_4^{2-}$, but these two components contribute a large percentage to $PM_{2.5}$ mass and are often found to be highly correlated. In seasonal analyses, all components were robust to the inclusion of $PM_{2.5}$ in the model in the warm season, with some evidence of attenuation of the component association in the cold season for V, Si, K, and Cu, whereas $SO_4^{2-}$ was found to be negatively associated with mortality.

Instead of applying a traditional copollutant model to examine component associations, Basagaña et al. (2015) and Kim et al. (2015) used the component residual approach. In this approach, the residuals

from the regression of $PM_{2.5}$ on each component are included in the model, which provides the effect of each individual component holding $PM_{2.5}$ constant and theoretically eliminates confounding by $PM_{2.5}$ (Mostofsky et al., 2012). Basagaña et al. (2015) reported evidence of positive associations across many components using the component residual approach to examine associations (Figure 11-13). Similarly, Kim et al. (2015) reported that individual component associations were relatively consistent with those observed in single-component models when using the component residual approach (Figure 11-13).

##### 11.1.11.1.3 Summary

Since the completion of the 2009 PM ISA there has been a growing body of single and multicity epidemiologic studies that examined the association between short-term exposures to $PM_{2.5}$ components and mortality. As depicted in Figure 11-13, $PM_{2.5}$ component studies reported positive associations with multiple PM components at various lags using both single component models as well as alternative models. Studies have demonstrated positive associations with a number of $PM_{2.5}$ components, but across studies there is a varying degree to which components have been found to be positively associated with mortality. In comparison, there is evidence of consistent positive associations between $PM_{2.5}$ mass and mortality across all studies examined (Figure 11-14). As demonstrated in some studies, the different pattern of component associations reflects the different sources of $PM_{2.5}$ across cities. Collectively, recent studies further support the conclusions of the 2009 PM ISA, indicating that many $PM_{2.5}$ components are associated with mortality, but no one component is more strongly associated with mortality than $PM_{2.5}$ mass.

#### 11.1.11.2 Sources

A few studies evaluated in the 2009 PM ISA conducted source apportionment analyses to examine whether specific sources of $PM_{2.5}$ are more strongly associated with mortality. These studies generally found that the most consistent associations were for $PM_{2.5}$ from combustion-related activities, which supports the results from studies evaluated in the 2004 PM AQCD (U.S. EPA, 2004). Recent studies focus primarily on examining individual $PM_{2.5}$ component associations, but also often link the components evaluated to specific $PM_{2.5}$ sources a priori. As a result, most recent studies do not rely on formal mathematical approaches, such as source apportionment, to identify sources in the context of examining the relationship between source exposures and daily mortality. As detailed in the Preface, the evaluation of associations between health effects and sources is limited to those studies that use mathematical approaches and do not identify sources a priori.

Within the NPACT study, Lippmann et al. (2013a) conducted a factor analysis to identify $PM_{2.5}$ sources. The factor analysis was conducted at the national level using $PM_{2.5}$ components along with gaseous pollutant data from all 64 U.S. cities to identify source categories: traffic (EC, OC, and $NO_2$), soil

(Al, Si, and Ti), coal combustion (As, Se, and $SO_2$), residual oil combustion (Ni and V), salt (Na and Cl), and metals (Fe, Mn, and Zn). These source categories were then applied to each of the 64 U.S. cities to see which sources were found in each city. Because the source categories were based on a mathematical model, they may not be representative of the sources in each city, and the interpretation of a source category on a city-to-city basis may be different (Lippmann et al., 2013a).

When examining source categories in each city, the number of cities that were found to contain each of the source categories varied. Across cities, the sources identified in each varied, with 63 cities having a traffic and soil source, 46 cities having a coal combustion source, 42 cities having a salt source, 29 cities having a residual oil combustion source, and 16 cities having a metals source. The results of the source analysis using the individual city results and the national results were found to be relatively similar. As depicted in Figure 11-16, in all-year and seasonal analyses, multiple sources were found to be associated with mortality at a number of lags.

In addition to Lippmann et al. (2013a) who defined specific sources using statistical approaches, Kollanus et al. (2016) examined whether there was evidence of differential effects on days impacted by vegetative fires (i.e., smoke days) compared with regular (i.e., nonsmoke) days in Helsinki, Finland. The authors predicted surface smoke concentrations at 1°×1° grid cells, and defined smoke days using three approaches: (1) 24-hour avg $PM_{2.5}$ concentrations at an urban background site ≥25 μg/m$^3$; (2) 24-hour avg $PM_{2.5}$ or $PM_{10}$ concentration at a regional background site ≥20 μg/m$^3$; or (3) the smoke prediction model indicated abundant or some smoke due to long-range transport from vegetative fires. On smoke days, mean $PM_{2.5}$ concentrations were more than three times higher than nonsmoke days (i.e., 30 vs. 8.6 μg/m$^3$); however, only 72 days during the 10-year study period were classified as smoke days. When comparing smoke to nonsmoke days, the percent increase in nonaccidental mortality was almost double on smoke days (i.e., lag 2: 2.5−2.7% for all ages and ≥65 years, respectively), but dramatically larger when examining cardiovascular mortality, for which there was no evidence of an association for nonsmoke days (i.e., 8.0−13.8% across individual lags of 0 and 3 day for all ages and ≥65 years).

In summary, the results of the limited number of recent studies further support studies evaluated in the 2004 PM AQCD and 2009 PM ISA demonstrating that combustion-related sources are often found to be associated with mortality. Collectively, the results of recent studies that examined the association between $PM_{2.5}$ sources and mortality are consistent with the conclusions of the 2009 PM ISA.




Source: Lippmann et al. (2013a).

**Figure 11-16 Percent increase in total (nonaccidental) mortality for individual cities within the 64 U.S. cities examined in the National Particle Component Toxicity (NPACT) study for a median interquartile range (IQR) increase in factor scores for the cities combined.**

### 11.1.12 Summary and Causality Determination

Recent multicity studies evaluated since the completion of the 2009 PM ISA continue to provide evidence of primarily positive associations between short-term $PM_{2.5}$ exposures and total (nonaccidental) mortality from studies conducted mostly in urban areas using traditional exposure assignment approaches (i.e., average of all available monitors) as well as studies with a larger spatial coverage (i.e., urban and

rural areas) employing new methods using all available $PM_{2.5}$ data (i.e., combination of monitoring, satellite, and LUR). Additionally, the evidence from recent studies further substantiates the relationship between short-term $PM_{2.5}$ exposure and mortality by providing additional information on potential copollutant confounding; effect modification (e.g., stressors, pollutants, season); geographic heterogeneity in associations; and the shape of the C-R relationship, which collectively reaffirms that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and mortality. The body of evidence for total mortality is supported by generally consistent positive associations with cardiovascular and respiratory mortality. Although there is coherence of effects across the scientific disciplines (i.e., animal toxicological, controlled human exposure studies, and epidemiologic) and biological plausibility for $PM_{2.5}$-related cardiovascular (Chapter 6) and respiratory (Chapter 5) morbidity, there is strong evidence indicating biological plausibility for $PM_{2.5}$-related cardiovascular mortality with more limited evidence for respiratory mortality. This section describes the evaluation of evidence for total (nonaccidental) mortality, with respect to the causality determination for short-term exposures to $PM_{2.5}$ using the framework described in Table II of the Preamble to the ISAs (U.S. EPA, 2015b). The key evidence, as it relates to the causal framework, is summarized in Table 11-4.

**Table 11-4 Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia.<br>Total mortality associations, further supported by increases in cardiovascular and respiratory mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. | Section 11.1.2<br>Figure 11-1<br>Figure 11-2<br>Section 5.1.9<br>Section 6.1.9 | Mean 24-h avg:<br>U.S. and Canada: 4.37−17.97<br>Europe: 13−27.7[d]<br>Asia: 11.8−69.9<br>Table 11-1 |

**Table 11-4 (Continued): Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m³)[c] |
|---|---|---|---|
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | The magnitude of $PM_{2.5}$ associations remain positive, but in some cases are reduced with larger confidence intervals in copollutant models with gaseous pollutants and $PM_{10-2.5}$, supporting the limited evidence from the 2009 PM ISA. Further support comes from copollutant analyses indicating positive associations for cardiovascular and respiratory mortality. Recent studies that examined potential copollutant confounding are limited to studies conducted in Europe and Asia.<br>When reported, correlations with gaseous copollutants were primarily in the low ($r < 0.4$) to moderate ($r \geq 0.4$ or $<0.8$) range. | Section 11.1.4<br>Figure 11-3<br>Section 5.1.10.1<br>Section 6.1.14.1 | |
| Epidemiologic evidence supports a linear, no-threshold C-R relationship | Recent multicity studies conducted in the U.S. and Europe provide direct evidence of a linear, no-threshold C-R relationship at lower $PM_{2.5}$ concentrations with initial evidence of a steeper slope, but extensive systematic evaluations of alternatives to linearity have not been conducted. | Section 11.1.10<br>Shi et al. (2015)<br>Lee et al. (2015c)<br>Di et al. (2017a) | |
| Biological plausibility from cardiovascular morbidity evidence | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure, specifically for ischemic events and heart failure, which is supported by experimental evidence and epidemiologic studies examining hospital admissions and ED visits. The collective body of cardiovascular morbidity evidence provides biological plausibility for a relationship between short-term $PM_{2.5}$ exposure and cardiovascular mortality, which comprises ~33% of total mortality.[e] | Section 6.1.16<br>Table 6-33 | |
| Limited biological plausibility from respiratory morbidity evidence | Limited evidence for coherence of effects across scientific disciplines and biological plausibility, with the strongest evidence for exacerbations of COPD and asthma. The collective body of respiratory morbidity evidence provides limited biological plausibility for a relationship between short-term $PM_{2.5}$ exposure and respiratory mortality, which comprises ~9% of total mortality.[e] | Section 5.1.12<br>Table 5-18 | |

**Table 11-4 (Continued): Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Uncertainty regarding geographic heterogeneity in $PM_{2.5}$ associations | Multicity U.S. studies demonstrate city-to-city and regional heterogeneity in $PM_{2.5}$-mortality associations. Evidence supports that a combination of factors, including composition and exposure factors may contribute to the observed heterogeneity. | Section 11.1.6.3 | |

avg = average; COPD = chronic obstructive pulmonary disease; C-R = concentration–response; ED = emergency department; h = hour; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; *r* = correlation coefficient.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015b).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to the causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

[d]Median concentration from Samoli et al. (2013).

[e]Statistics taken from NHLBI (2017).

Collectively, the evidence from recent multicity studies of short-term $PM_{2.5}$ exposures and mortality generally demonstrates positive associations with total (nonaccidental) mortality, with increases ranging from 0.19% (Lippmann et al., 2013a) to 2.80% (Kloog et al., 2013) at lags of 0 to 1 days in single-pollutant models. These results are further supported by initial studies employing causal inference and quasi-experimental statistical approaches (Section 11.1.2.1). Whereas most studies rely on assigning exposure using data from ambient monitors, some recent studies have also employed approaches that use all available $PM_{2.5}$ data (i.e., monitor, satellite, and LUR), allowing for the inclusion of less urban and rural locations in the analyses (Lee et al., 2015c; Shi et al., 2015; Kloog et al., 2013). Recent studies expand the assessment of potential copollutant confounding on the $PM_{2.5}$-mortality relationship, and provide additional evidence supporting the conclusion that $PM_{2.5}$ associations remain positive and relatively unchanged in copollutant models with both gaseous pollutants and $PM_{10-2.5}$, but this conclusion is based on a limited number of multicity studies conducted in Europe and Asia where mean 24-hour avg $PM_{2.5}$ concentrations are higher (Table 11-4). However, the low ($r < 0.4$) to moderate correlations ($r = 0.4 < 0.7$ between $PM_{2.5}$ and gaseous pollutants and $PM_{10-2.5}$ increase the confidence in $PM_{2.5}$ having an independent effect on mortality.

The positive associations for total (nonaccidental) mortality reported across the majority of studies evaluated is further supported by analyses focusing on cause-specific mortality that continue to provide evidence of generally consistent positive associations with both cardiovascular and respiratory mortality, except in the case of a multicity study conducted in Europe (Lanzinger et al., 2016). Risk estimates for cardiovascular mortality ranged from 0.09% (Lippmann et al., 2013a) to 2.32% (Lee et al.,

2015c), while those for respiratory mortality ranged from 0.09% (Lee et al., 2015c) to 2.30% (Janssen et al., 2013), but overall associations tend to be larger in magnitude for respiratory mortality. For both cardiovascular and respiratory mortality there was a limited assessment of potential copollutant confounding, but for both outcomes, initial evidence indicates that associations remain positive and relatively unchanged in models with gaseous pollutants and $PM_{10-2.5}$, further supporting the copollutant analyses conducted for total (nonaccidental) mortality. The strong evidence for ischemic events and heart failure as detailed in the assessment of cardiovascular morbidity (Chapter 6), provide strong biological plausibility for $PM_{2.5}$-related cardiovascular mortality, which comprises the largest percent of total mortality [i.e., ~33%; NHLBI (2017)]. Although there is evidence for exacerbations of COPD and asthma, the collective body of respiratory morbidity evidence provides limited biological plausibility for $PM_{2.5}$-related respiratory mortality (Chapter 5).

In addition to examining potential copollutant confounding, a number of studies also assessed whether statistical models adequately account for temporal trends and weather covariates. Across studies that evaluated model specification, $PM_{2.5}$-mortality, associations remained positive, although in some cases were attenuated, when using different approaches to account for temporal trends or weather covariates (Section 11.1.5). Seasonal analyses continue to provide evidence that associations are larger in magnitude during warmer months, but it remains unclear whether copollutants confound the associations observed. In addition to seasonal analyses, some studies also examined whether temperature modifies the $PM_{2.5}$-mortality relationship. Initial evidence indicates that the $PM_{2.5}$-mortality association may be larger in magnitude at lower and higher temperatures, but this observation has not been substantiated by studies conducted in the U.S. (Section 11.1.6.2).

At the completion of the 2009 PM ISA, one of the main uncertainties identified was the regional and city-to-city heterogeneity in $PM_{2.5}$-mortality associations observed in multicity studies. Recent studies examined both city specific as well as regional characteristics to identify the underlying factors that contribute to this heterogeneity (Section 11.1.6.3). Analyses focusing on effect modification of the $PM_{2.5}$-mortality relationship by $PM_{2.5}$ components, regional patterns in $PM_{2.5}$ components, and city-specific differences in composition and sources indicate some differences in the $PM_{2.5}$ composition and sources across cities and regions, but these differences do not fully explain the heterogeneity observed. Additional studies examined whether exposure factors play a role in explaining the heterogeneity in $PM_{2.5}$-mortality associations and found that some factors related to housing stock and commuting, as well as city-specific factors (e.g., land use, port volume, and traffic information), also explain some of the observed heterogeneity. Collectively, recent studies indicate that the heterogeneity in $PM_{2.5}$-mortality risk estimates cannot be attributed to one factor, but instead to a combination of factors, including, but not limited to, compositional and source differences, as well as exposure differences.

A number of recent studies conducted systematic evaluations of the lag structure of associations for the $PM_{2.5}$-mortality relationship by examining either multiday lags or a series of single-day lags, and these studies continue to support an immediate effect (i.e., lag 0 to 1 days) of short-term $PM_{2.5}$ exposures

on mortality (Section 11.1.8.1). Recent studies also conducted analyses comparing the traditional 24-hour avg exposure metric with a subdaily metric (i.e., 1-hour max). These initial studies provide evidence of a similar pattern of associations for both the 24-hour avg and 1-hour max metric, with a larger association for the 24-hour avg metric. Additionally, some studies examined alternative exposure metrics representing size fractions smaller than $PM_{2.5}$ and reflecting NC and SC. The generally positive associations reported with mortality for these smaller PM size fractions support the larger body of $PM_{2.5}$-mortality evidence, but it is difficult to compare NC and SC metrics with the traditional mass-based metric.

Building off the initial analysis of the C-R relationship between short-term PM exposure and mortality that focused on $PM_{10}$, recent multicity studies conducted in the U.S. and Europe examined the shape of the C-R relationship and whether a threshold exists specifically for $PM_{2.5}$ (Section 11.1.10). These studies have used different statistical approaches and consistently demonstrated a linear relationship with no evidence of a threshold. Additionally, recent analyses conducted at lower $PM_{2.5}$ concentrations (i.e., 24-hour avg $PM_{2.5}$ concentrations <30 $\mu g/m^3$) provide initial evidence indicating that $PM_{2.5}$-mortality associations persist and may be stronger (i.e., a steeper slope) at lower concentrations. However, to date, no extensive analyses have been conducted exploring alternatives to linearity when examining the shape of the $PM_{2.5}$-mortality C-R relationship.

Overall, recent epidemiologic studies build upon and further reaffirm the conclusions of the 2009 PM ISA for total mortality. The evidence particularly from the assessment of $PM_{2.5}$-related cardiovascular morbidity, with more limited evidence from respiratory morbidity, provides biological plausibility for mortality from short-term $PM_{2.5}$ exposures. In conclusion, the primarily positive associations observed across studies conducted in various locations is further supported by the results from copollutant analyses indicating robust associations, along with evidence from analyses of the C-R relationship. **Collectively, this body of evidence is sufficient to conclude that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and total mortality.**

## 11.2 Long-Term $PM_{2.5}$ Exposure and Total Mortality

The 2009 PM ISA reported that the evidence was "sufficient to conclude that the relationship between long-term $PM_{2.5}$ exposures and mortality is causal" (U.S. EPA, 2009).[85] Two seminal cohort studies, the American Cancer Society (ACS) and the Harvard Six Cities studies provided the strongest evidence for this conclusion (i.e., consistency across studies and among replication and reanalysis of the same cohort; study designs appropriate for causal inference); these were supported by evidence from other cohort studies conducted in North America and Europe. Evidence presented in the 2009 PM ISA was largely consistent with past studies reporting associations between long-term $PM_{2.5}$ exposure and

[85] As detailed in the Preface, risk estimates are for a 5-$\mu g/m^3$ increase in annual $PM_{2.5}$ concentrations, unless otherwise noted.

increased risk of human mortality. Additional analyses of the Harvard Six Cities cohort demonstrated a reduction in mortality risk associated with decreases in $PM_{2.5}$ concentrations (Laden et al., 2006). Similarly, Pope et al. (2009) reported that decreases in $PM_{2.5}$ concentrations were associated with increases in life expectancy. Another new line of evidence supporting the causality determination in the 2009 PM ISA was the increased risk in death from cardiovascular disease among a cohort of postmenopausal women with no previous history of cardiovascular disease (Miller et al., 2007).

The following section provides a brief, integrated evaluation of evidence for long-term $PM_{2.5}$ exposure and mortality presented in the previous NAAQS review with evidence that is newly available for this review (see Table 11-5 for study descriptions). This section focuses on assessing the degree to which these new studies further characterize the relationship between long-term $PM_{2.5}$ exposure and mortality, focusing on studies where long-term average $PM_{2.5}$ concentrations are less than 20 μg/m$^3$ across all cities or where at least half of the cities have long-term average $PM_{2.5}$ concentrations less than 20 μg/m$^3$ (see Preface). In particular, areas of research that provide information on differences in the exposure window used to evaluate long-term exposures and mortality or comparisons of statistical techniques will be summarized. Studies that address the variability in the associations observed across $PM_{2.5}$ epidemiologic studies because of exposure error and those that use different exposure assessment techniques will be emphasized. Another important consideration is to characterize the shape of the C-R relationship across the full concentration range observed in epidemiologic studies. The evidence in this section will focus on epidemiologic studies because experimental studies of long-term exposure and mortality are generally not conducted. However, this section will draw from the morbidity evidence presented for different health endpoints across the scientific disciplines (i.e., animal toxicological, epidemiologic and controlled human exposure studies) to support the associations observed for cause-specific mortality.

**Table 11-5 North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m$^3$) | Copollutant Examination |
|---|---|---|---|---|
| Laden et al. (2006)<br>Multicity; U.S.<br>$PM_{2.5}$: 1979−1998<br>Follow-up: 1979−1998<br>Cohort study | Harvard Six Cities study<br>n = 8,096 white participants enrolled between 1974 and 1977 | City-specific averages from monitors (1979−1987); City-specific regression equations based on extinction coefficient and $PM_{10}$ fixed-site monitoring data (1985−1998); *r* = 0.93 | Mean: 10.2−22.0 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m$^3$) | Copollutant Examination |
|---|---|---|---|---|
| Pope et al. (2009)<br>Multicity; U.S.<br>$PM_{2.5}$: 1979−1983; 1999−2000<br>Follow-up: 1978−1982; 1997−2001<br>Cohort study | American Cancer Society Cancer Prevention Study II<br>n = 383,000 population in study area (1980)<br>n = 482,000 population in study area (2000) | City-specific averages from fixed-site monitors | 1979−1983<br>Mean: 20.61<br>1999−2000<br>Mean: 14.10 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Miller et al. (2007)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000<br>Follow-up: 1994−2003<br>Cohort study | Women's Health Initiative<br>n = 58,610 postmenopausal women; 349,643 person-years of follow-up | City-specific averages from fixed-site monitors within 30 km | Mean: 13.5<br>90th: 18.3<br>Range: 3.4−28.3 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Pope et al. (1995)<br>Multicity; U.S.<br>$PM_{2.5}$: 1979−1983<br>Follow-up: 1982−1989<br>Cohort study | American Cancer Society Cancer Prevention Study II<br>n = 552,138 participants | City-specific averages from fixed-site monitors | Median: 18.2<br>Range: 9.0−33.5 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Pope et al. (2014)<br>Multicity; U.S.<br>$PM_{2.5}$: 1999−2008<br>Follow-up: 1982−2004<br>Cohort study | American Cancer Society Cancer Prevention Study II<br>n = 669,046 participants; 237,201 deaths during 12,662,562 person-years of follow-up | City-specific averages from LUR-BME; cross-validated with 10% of data ($R^2$ = 0.79); see Beckerman et al. (2013) for details | Mean: 12.6<br>Range: 1−28 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Turner et al. (2016)<br>Multicity; U.S.<br>$PM_{2.5}$: 1999−2004<br>Follow-up: 1982−2004<br>Cohort study | American Cancer Society Cancer Prevention Study II:<br>n = 669,046 participants; 237,201 deaths during 12,662,562 person-years of follow-up | City-specific averages from LUR-BME; cross-validated with 10% of data ($R^2$ = 0.79); see Beckerman et al. (2013) for details | Mean: 12.6<br>Range: 1.4−27.9 | Correlation (*r*):<br>$O_3$: 0.43<br>$NO_2$: 0.40<br>Copollutant models with: $O_3$ |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Jerrett et al. (2009)<br>Multicity; U.S.<br>$PM_{2.5}$: 1999−2000<br>Follow-up: 1982−2000<br>Cohort study | American Cancer Society Cancer Prevention Study II:<br>n = 448,850 subjects and 118,777 deaths during 18-yr follow-up period | City-specific averages from fixed-site monitors | NR | Correlation (*r*):<br>$O_3$: 0.64<br>Copollutant models with: $O_3$ |
| †Jerrett et al. (2013)<br>Multicity; California<br>$PM_{2.5}$: 1998−2002<br>Follow-up: 1982−2000<br>Cohort study | American Cancer Society Cancer Prevention Study II:<br>n = 73,711 cohort members;<br>19,755 deaths | Land use regression; $PM_{2.5}$ concentration predicted at residence | Mean: 14.09<br>90th: 18.42<br>95th: 19.36<br>Range: 4.25−25.09 | Correlation (*r*):<br>$O_3$: 0.56<br>$NO_2$: 0.55<br>Copollutant models with: $O_3$, $NO_2$ |
| †Lepeule et al. (2012)<br>Multicity; U.S.<br>$PM_{2.5}$: 1979−2009<br>Follow-up: 1979−2009<br>Cohort study | Harvard Six Cities study:<br>n = 8,096 cohort members, 212,067 person-years of follow-up;<br>4,496 deaths | City-specific averages from fixed-site monitors (1979−1987); City-specific regression equations based on extinction coefficient and $PM_{10}$ fixed-site monitoring data (1985−1998); U.S. EPA fixed-site monitoring system (1999−2009) | 11.4−23.6 | Correlation (*r*):<br>NA<br>Copollutant models with: NA |
| †Kloog et al. (2013)<br>Massachusetts<br>$PM_{2.5}$: 2000−2008<br>Follow-up: 2000−2008<br>Cohort study | n = 468,570 deaths | Satellite-based methods and land use regression; 10 × 10 km grid cells; $PM_{2.5}$ concentration predicted at residence; see Kloog et al. (2011) for details | Mean: 9.9<br>Range: 7.05−16.11 | Correlation (*r*):<br>NA<br>Copollutant models with: NA |
| †Di et al. (2017c)<br>Multicity; U.S. EPA<br>$PM_{2.5}$: 2000−2012<br>Follow-up: 2000−2012<br>Cohort study | Medicare cohort<br>n = 60,925,443<br>460,310,521 person-years of follow-up<br>n = 22,567,924 deaths | Three-stage exposure model: (1) satellite-based methods, (2) land use regression, (3) fixed-site monitor data, good validation (*r* > 0.85); 1 × 1 km grid cells; $PM_{2.5}$ concentration predicted at ZIP code; see Kloog et al. (2011) and Kloog et al. (2014) for details | Mean: 11.5<br>Range: 6.21−15.64 (5th−95th) | Correlation (*r*):<br>$O_3$: 0.239<br>Copollutant models with: $O_3$ |
| †Shi et al. (2015)<br>Multicity; U.S.<br>$PM_{2.5}$: 2003−2008<br>Follow-up: 2003−2008<br>Time-series study | Medicare cohort—New England<br>n = 268,050 deaths; 10,938,852 person-years of follow-up | Three-stage exposure model: (1) satellite-based methods (2) land use regression, (3) fixed-site monitor data, good validation (*r* > 0.85); 1 × 1 km grid cells; $PM_{2.5}$ concentration predicted at residence; see Kloog et al. (2011) and Kloog et al. (2014) for details | Mean: 8.12<br>Range: 0.8−20.22 | Correlation (*r*):<br>NA<br>Copollutant models with: NA |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Kioumourtzoglou et al. (2016)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2010<br>Follow-up: 2000−2010<br>Cohort study | Medicare cohort<br>n = 35,295,005 cohort members; 11,411,282 deaths | City-specific average from fixed-site monitors | Mean: 12.0 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Pun et al. (2017)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000-2008<br>Follow-up: 2000-2008<br>Cohort study | Medicare cohort<br>n = 18.9 million cohort members; 4.2 million deaths | Monthly averages from 988 fixed-site monitors averaged over 12 to 60 months. $PM_{2.5}$ concentrations centered (monthly PM2.5 concentration at monitor – monitor-specific overall mean during study period) | Mean: 12.5<br>75th: 14.3 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Wang et al. (2017b)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2013<br>Follow-up: 2000−2013<br>Cohort study | Medicare cohort: N = 13.1 million older adults from seven southeastern states; 95.1 million person-years of follow-up; 4.7 million deaths | Three-stage exposure model: (1) satellite-based methods, (2) land use regression, (3) fixed-site monitor data, good validation ($r$ = 0.70−0.81); 1× 1 km grid cells; $PM_{2.5}$ concentration predicted at ZIP code level; see Kloog et al. (2014) and Lee et al. (2015b) for details | Median: 10.7<br>75th: 12.9<br>95th: 15.1<br>Max: 20.6 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Thurston et al. (2016a)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2008<br>Follow-up: 2000−2009<br>Cohort study | NIH-AARP cohort: n = 517,041 cohort members; 84,404 deaths | Two-stage exposure model: (1) fixed-site monitor data and (2) LUR-BME; $PM_{2.5}$ concentration predicted to census tract centroid; see Beckerman et al. (2013) for details | Mean: 10.2−13.6 | Correlation (*r*): NA<br>Copollutant models with: $O_3$; $PM_{2.5}$ |
| †Crouse et al. (2012)<br>Multicity; Canada<br>$PM_{2.5}$: 2001−2006<br>Follow-up:1991−2006<br>Cohort study | CanCHEC: n = 2,145,400 (census population); 192,300 deaths | Satellite-based methods, $r$ = 0.77 with fixed-site measurements; 10 × 10 km grid cells; $PM_{2.5}$ concentration predicted at residence | Mean: 8.9<br>Range: 1.9−19.2 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Brook et al. (2013)<br>Multicity; Canada<br>$PM_{2.5}$: 2001−2006<br>Follow-up:1991−2001<br>Cohort study | CanCHEC: n = 2,145,400 (census population); 5,200 diabetes deaths | Satellite-based methods, $r$ = 0.89 with fixed-site measurements; 10 × 10 km grid cells; $PM_{2.5}$ concentration predicted at residence | Mean: 8.7 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Chen et al. (2016)<br>Ontario, Canada<br>$PM_{2.5}$: 2001−2010<br>Follow-up:1999−2011<br>Cohort study | EFFECT cohort: n = 8,873 acute myocardial infarction patients from 86 hospitals | Satellite-based methods, $r$ = 0.89 with fixed-site measurements; 10 km × 10 km grid cells; $PM_{2.5}$ concentration predicted at residence; see van Donkelaar et al. (2010) for details | Mean: 10.7 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Crouse et al. (2015)<br>Multicity; Canada<br>$PM_{2.5}$: 1984−2006<br>Follow-up:1991−2006<br>Cohort study | CanCHEC:<br>n = 2,521,525 (census population);<br>36,377,506 person-years of follow-up;<br>301,115 deaths | Satellite-based methods; $PM_{2.5}$ concentrations predicted at postal code, $r$ = 0.90 with fixed-site measurements; see van Donkelaar et al. (2015) for details | Mean: 8.9<br>Range: 0.9−17.6 | Correlation ($r$): NA<br>$O_3$ ($r$ = 0.73)<br>$NO_2$ ($r$ = 0.40)<br>Copollutant models with: NA |
| †Weichenthal et al. (2016)<br>Ontario, Canada<br>$PM_{2.5}$: 1998−2009<br>Follow-up: 2001−2008<br>Cohort study | CanCHEC:<br>n = 193,300 (census population);<br>40,300 deaths | Residence within 5 km of a fixed-site monitor (n = 30) | Mean: 9.81<br>Range: 4.74−13.62 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Pinault et al. (2016)<br>Multicity; Canada<br>$PM_{2.5}$: 1998−2011<br>Follow-up: 2000−2011<br>Cohort study | CCHS:<br>n = 299,500;<br>26,300 deaths | Three-stage exposure model: (1) Satellite-based methods, (2) land use regression, (3) fixed-site monitor data, $R^2$ with fixed-site measurements = 0.82; 1 × 1 km grid cells; $PM_{2.5}$ concentration predicted at residence; see van Donkelaar et al. (2015) for details | Mean: 6.3<br>Range: 1.0−13.0 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Villeneuve et al. (2015)<br>Multicity; Canada<br>$PM_{2.5}$: 1998−2006<br>Follow-up: 1980-2005<br>Cohort study | CNBSS:<br>n = 89,835 women between 40 and 59 yr of age | Satellite-based methods adjusting for temporal variation using GEOS-Chem chemical transport model, correlation with fixed-site monitors, $r$ = 0.79; 10 × 10 km grid cells; see van Donkelaar et al. (2010) for details | Mean: 9.1<br>Range: 1.3−17.6 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Garcia et al. (2015)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2006<br>Follow-up: 2006<br>Cohort study | California Cohort<br>n = 33,292,571 individuals 65+ yr old;<br>162,124 deaths | Nearest fixed-site monitor, Inverse distance weighting with fixed-site monitors | Mean: 10.2−15.4 | Correlation ($r$): NA<br>Copollutant models with: NA |
| †Lipsett et al. (2011)<br>Multicity; California<br>$PM_{2.5}$: 1999−2005<br>Follow-up: 2000−2005<br>Cohort study | California Teachers Study:<br>n = 7,888 (within 8 km of monitor) or 44,847 (within 30 km of monitor) women enrolled in State Teachers' Retirement System | Inverse distance weighting with fixed-site monitors located within 20 km of participant's residence | Mean: 15.6<br>Range: 3.11−28.35 | Correlation ($r$):<br>$O_3$: 0.54<br>$NO_X$: 0.52<br>$NO_2$: 0.81<br>CO: 0.53<br>$SO_2$: 0.02<br>Copollutant models with: $O_3$ |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Ostro et al. (2010)<br>Multicity; California<br>$PM_{2.5}$: 2002−2007<br>Follow-up: 2002−2007<br>Cohort study | California Teachers Study:<br>n = 73,489 women enrolled in State Teachers' Retirement System | Nearest fixed-site monitor within 8 or 30 km of residence | Mean: 17.0 (8 km)<br>Mean: 17.5 (30 km) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Ostro et al. (2015)<br>Multicity; California<br>$PM_{2.5}$: 2002−2007<br>Follow-up: 2001−2007<br>Cohort study | California Teachers Study:<br>n = 101,884 women enrolled in State Teachers' Retirement System; 642,269 person-years of follow-up; 6,285 deaths | UCD/CIT chemical transport model; predicted to 4 × 4 km grid cells; correlations between predictions and measurements were >0.8; see Hu et al. (2014b) and Hu et al. (2014a) for details | Mean: 17.9 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Puett et al. (2009)<br>Multicity; U.S.<br>$PM_{2.5}$: 1988−2002<br>Follow-up: 1992−2002<br>Cohort study | Nurses' Health Study:<br>n = 66,250 women in northeastern and midwestern U.S.; 3,785 deaths | Separate spatiotemporal models for 1988−1998 and 1999−2002; models performed well using cross-validation; see Paciorek et al. (2009) and Yanosky et al. (2009) for details | Mean: 13.9<br>Range: 5.8−27.6 | Correlation (*r*): NA<br>Copollutant models with: $PM_{10-2.5}$ (estimated by subtracting modeled $PM_{2.5}$ from modeled $PM_{10}$ estimates) |
| †Hart et al. (2015)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2006<br>Follow-up: 2000−2006<br>Cohort study | Nurses' Health Study:<br>n = 108,767 women in northeastern and midwestern U.S.; 628,186 person-years of follow-up; 8,617 deaths | Nearest fixed-site monitor or spatiotemporal models; models performed well using cross-validation; see Yanosky et al. (2014) for details | Mean: 12.7 (nearest monitor)<br>Mean: 12.0 (spatiotemporal model) | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Puett et al. (2011)<br>Multicity; U.S.:<br>$PM_{2.5}$: 1988−2003<br>Follow-up: 1989−2003<br>Cohort study | Health Professionals Follow-Up Study:<br>n = 17,545 male dentists, pharmacists, optometrists, podiatrists, osteopaths, and veterinarians in northeastern and midwestern U.S.; 2,813 deaths | Separate spatiotemporal models for 1988−1998 and 1999−2002; models performed well using cross-validation; see Paciorek et al. (2009) and Yanosky et al. (2009) for details | Mean: 17.8 (1988 annual average); concentrations declined over study period | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table 11-5 (Continued): North American epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Hart et al. (2011)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000<br>Follow-up: 1985−2000<br>Cohort study | TrIPS:<br>n = 39,948 men employed in four trucking companies | Nearest fixed-site monitor (annual average in 2000) | Mean: 14.1 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Weichenthal et al. (2014)<br>Multicity; U.S.<br>$PM_{2.5}$: 2001−2006<br>Follow-up: 1993−2009<br>Cohort study | Agricultural Health Study<br>n = 83,378 farmers in North Carolina and Iowa; 5,929 deaths | Satellite-based methods adjusting for temporal variation using GEOS-Chem chemical transport model | Mean: 8.8 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Cox and Popken (2015)<br>Multicity; U.S.<br>$PM_{2.5}$: 2000−2010<br>Follow-up: 1999−2010<br>Ecologic study | n = 21,613 counties (unit of analysis) in 15 states | County-level averages from fixed-site monitors | Mean: 9.16 | Correlation (*r*): $O_3$: 0.28<br>Copollutant models with: NA |
| †Wang et al. (2016)<br>Multicity; NJ<br>$PM_{2.5}$: 2004−2009<br>Follow-up: 2004−2009<br>Ecologic study | n = 1,938 census tracts (unit of analysis) in New Jersey | Three-stage exposure model: (1) satellite-based methods, (2) land use regression, (3) fixed-site monitor data, good validation ($r > 0.85$); 1 × 1 km grid cells; $PM_{2.5}$ concentration predicted at residence; See Kloog et al. (2014) for details | Mean: 11.3<br>95th: 12.9 | Correlation (*r*): NA<br>Copollutant models with: NA |

CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CNBSS = Canadian National Breast Screening Study; CO = carbon monoxide; EFFECT = Enhanced Feedback For Effective Cardiac Treatment; GEOS-Chem = Goddard Earth Observing System global chemical transport model; km = kilometer; LUR-BME = land use regression—Bayesian maximum entropy; max = maximum; μg/m³ = microgram per cubic meter; n = number in population; NA = not available; NIH-AARP = National Institutes of Health— American Association of Retired Persons; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; NR = not reported; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient; $R^2$ =correlation coefficient $SO_2$ = sulfur dioxide; TrIPS = Trucking Industry Particle Study; UCD/CIT = University of California-Davis CIT model; yr = year.

†Studies published since the 2009 PM ISA.

### 11.2.1 Biological Plausibility for Long-Term $PM_{2.5}$ Exposure and Total Mortality

The preceding chapters characterized evidence related to evaluating the biological plausibility by which long-term $PM_{2.5}$ exposure may lead to the morbidity effects that are the largest contributors to total (nonaccidental) mortality, specifically cardiovascular and respiratory morbidity and metabolic disease (Section 6.2.1, Section 5.2.1, and Section 7.2.1, respectively). This evidence is derived from animal toxicological, controlled human exposure, and epidemiologic studies. Section 6.2.1 outlines the available evidence for plausible mechanisms by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the cardiovascular system and to population outcomes such as IHD, stroke and atherosclerosis. Similarly, Section 5.2.1 characterizes the available evidence by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the respiratory system and to population outcomes such as exacerbation of COPD. Section 7.2.1 outlines the available evidence for plausible mechanisms by which inhalation exposure to $PM_{2.5}$ could progress from initial events (e.g., pulmonary inflammation, autonomic nervous system activation) to intermediate endpoints (e.g., insulin resistance, increased blood glucose and lipids) and result in population outcomes such as metabolic disease and diabetes. Collectively, the progression demonstrated in the available evidence for cardiovascular and respiratory morbidity and metabolic disease supports potential biological pathways by which long-term $PM_{2.5}$ exposures could result in mortality.

### 11.2.2 Associations between Long-Term $PM_{2.5}$ Exposure and Mortality

#### 11.2.2.1 Results of American Cancer Society and Harvard Six Cities Cohort Studies

Results from the ACS and Harvard Six Cities cohorts have provided evidence on the associations between long-term $PM_{2.5}$ exposure and mortality in the 1996 PM AQCD (U.S. EPA, 1996), the 2004 PM AQCD (U.S. EPA, 2004), and the 2009 PM ISA (U.S. EPA, 2009). Each of these cohort studies are broadly representative of the U.S. population and have undergone extensive independent replication and extended reanalysis. Numerous results from replication and reanalysis of the ACS study are summarized in Figure 11-17.

Many new analyses further evaluated the associations of long-term $PM_{2.5}$ exposures with risk of mortality based on the original ACS study (Pope et al., 1995), adding new details about deaths due to cardiovascular disease (including IHD) and respiratory disease (including COPD), and extending the follow-up period of the ACS to 22 years (1982−2004). In particular, Pope et al. (2014) and Turner et al. (2016) used the extended follow-up period of the ACS to examine the associations between long-term

$PM_{2.5}$ exposure and total (nonaccidental) mortality and mortality due to cardiovascular disease, ischemic heart disease, heart failure and cardiac arrest, cerebrovascular disease, hypertensive disease, diabetes mellitus, respiratory disease, COPD and lung cancer. In these extended analyses, they applied a new method to assign exposure, specifically a national-level land use regression (LUR) and Bayesian maximum entropy (BME) prediction model (LUR-BME; see Section 3.4.5.2 for details). The results of these extended analyses were consistent with previous results from the ACS cohort for total (nonaccidental), cardiovascular, and ischemic heart disease (Figure 11-17). In addition, these extended analyses provide evidence of positive associations for causes of death that had previously not been evaluated among the ACS cohort. Positive associations were observed with heart failure and cardiac arrest, cerebrovascular disease, hypertensive disorder, diabetes mellitus, respiratory disease and COPD. A recent reanalysis of early ACS results observed a null association between county-level averages of $PM_{2.5}$ measured by the Inhalable Particle Network between 1979 and 1983 and deaths between 1982 and 1988 [HR: 1.01 (95% CI: 1.00, 1.02); Enstrom (2017)]. Inconsistencies in the results could be due to the use of 85 counties in the ACS analysis by Enstrom (2017) and 50 metropolitan statistical areas in the original ACS analysis (Pope et al., 1995).

Another benefit of the multiple reanalysis and extended analyses of the ACS cohort is the ability to compare the results of using different techniques to assign long-term $PM_{2.5}$ exposures (e.g., monitors, models, satellite-based methods, or combinations of multiple techniques). The original analysis of the ACS cohort (Pope et al., 1995) and several extended analyses [e.g., Jerrett et al. (2009)] used area-wide averages of $PM_{2.5}$ concentrations measured by fixed-site monitors to assign exposure. As previously mentioned, the most recent extended analyses relied on LUR-BME models (Turner et al., 2016; Pope et al., 2014). In addition, Jerrett et al. (2013) used an LUR model to assign exposure to the subset of the ACS cohort residing in California while evaluating the association between long-term $PM_{2.5}$ exposure and total (nonaccidental) and cause-specific mortality. Turner et al. (2017) evaluated the interaction between ambient $PM_{2.5}$ exposure and smoking in the entire ACS cohort. As demonstrated in Figure 11-17, the results of all of these studies are consistent in the direction and magnitude of effect, providing evidence that these associations are not artifacts related to the type of exposure assessment used, and that they are robust to different kinds of exposure measurement error that may be associated with different exposure assessment techniques (Section 3.4.5.2).

In addition to the reanalysis of the ACS cohort, Lepeule et al. (2012) reported the results of an extended analysis of the Harvard Six Cities cohort, extending the follow-up period to include deaths between 1974 and 2009. The authors included results for the association between long-term $PM_{2.5}$ exposure and total (nonaccidental), cardiovascular, COPD, and lung cancer mortality. The results for total (nonaccidental), cardiovascular, and lung cancer mortality were consistent with previous analyses of the Harvard Six Cities cohort. This was the first time that COPD mortality was evaluated among the Harvard Six Cities cohort; the relative risk was positive with wide confidence intervals due to the smaller number of COPD deaths compared with deaths from other causes.




ACS = American Cancer Society; CBVD = cerebrovascular disease; COPD = chronic obstructive pulmonary disease; CPD = cardiopulmonary disease; CVD = cardiovascular disease; HEI = $PM_{2.5}$ data from Health Effects Institute reanalysis; IHD = ischemic heart disease; IPN = inhalable particle network; Resp = respiratory disease; LA = Los Angeles; μg/m$^3$ = microgram per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Mean concentrations in μg/m$^3$. Hazard Ratios are standardized to a 5-μg/m$^3$ increase in $PM_{2.5}$ concentrations. Studies are nationwide unless otherwise noted.

Corresponding quantitative results are reported in Supplemental Table S11-4 (U.S. EPA, 2018).

**Figure 11-17 Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in the American Cancer Society cohort.**

Overall, analyses of the ACS and the Harvard Six Cities cohorts continue to provide strong support for the *causal relationship* between long-term $PM_{2.5}$ exposure and mortality. Results from recent reanalysis and extended analyses of data from the ACS cohort are consistent with the previous results from this cohort, and have also added more information about some causes of mortality that was not available in the 2009 PM ISA. These studies also contribute to the improved characterization of the relationship between $PM_{2.5}$ and mortality by informing the shape of the C-R relationship (Section 11.2.4), clarifying the role of copollutants evaluated in copollutant models (Section 11.2.3), determining the effect of different exposure assessment techniques (Section 11.2.5.1), and helping to evaluate the different windows of exposure (Section 11.2.5.3). Results from the ACS and Harvard Six Cities Cohorts that inform these aspects of the relationship will be integrated and synthesized with the results from other cohort studies in the following sections.

#### 11.2.2.1 Results of Other North American Cohort Studies

Several cohort studies have recently been conducted in the U.S. and Canada and are consistent with the results observed in the ACS and Harvard Six Cities cohort studies, while providing additional information about the relationship between long-term $PM_{2.5}$ exposure and mortality among different subpopulations (e.g., women, teachers, nurses, truck drivers), in locations with generally low annual $PM_{2.5}$ concentrations, and using different methods for assigning exposure to $PM_{2.5}$. Results from studies of total (nonaccidental) mortality are summarized in Figure 11-18, while the results for all cardiovascular and all respiratory mortality are summarized in Figure 11-19. More specific results on cause-specific mortality can be found in Section 6.3.9 and Section 5.2.10.




ACS = American Cancer Society; adj = adjustment; Ag Health = Agricultural Health Study; Cancer Prev = Cancer Prevention; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CVD = cardiovascular; EFFECT = Enhanced Feedback For Effective Cardiac Treatment; exp = exposure; Health Prof = health professionals; IDW = inverse distance weighting; IQR = interquartile range; km = kilometer; μg/m³ = microgram per cubic meter; MCAPS = Medicare Cohort Air Pollution Study; NIH-AARP = National Institutes of Health—American Association of Retired Persons; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Resp = respiratory; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5 μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Study results from Pope et al. (2014) are representative of the results from the American Cancer Society Cohort. For complete results from this cohort, see Figure 11-17.

Corresponding quantitative results are reported in Supplemental Table S11-5 (U.S. EPA, 2018).

**Figure 11-18 Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in recent North American cohorts.**




ACS = American Cancer Society; Ag Health = Agricultural Health Study; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CVD = cardiovascular disease; EFFECT = Enhanced Feedback For Effective Cardiac Treatment; IDW = inverse distance weighting; km = kilometer; LUR-BME = land use regression—Bayesian maximum entropy; μg/m$^3$ = microgram per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TrIPS = Trucking Industry Particle Study; WHI = Women's Health Initiative.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5 μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs.

Corresponding quantitative results are reported in Supplemental Table S11-6 (U.S. EPA, 2018).

**Figure 11-19 Associations between long-term $PM_{2.5}$ exposure and all cardiovascular disease and all respiratory mortality in recent North American cohorts.**

A number of recent cohort studies conducted in the U.S. and Canada have examined the relationship between long-term $PM_{2.5}$ exposure and mortality using innovative and novel exposure assessment and statistical techniques in areas where annual average $PM_{2.5}$ concentrations are relatively low (i.e., less than 12 μg/m$^3$). In the U.S., Kloog et al. (2013) described a novel method of estimating temporally and spatially resolved $PM_{2.5}$ concentrations by combining results of an LUR model with daily

satellite-based observations of aerosol optical depth (AOD; see Section 3.3.3 for details). The authors then assigned exposure based on residence at time of death for all deaths in Massachusetts, and the association between long-term $PM_{2.5}$ exposure and cardiovascular and respiratory mortality (combined) was estimated using a relative incidence analysis with a 365-day moving avg of estimated $PM_{2.5}$ concentration, similar to statistical analyses of short-term exposure often used in time-series studies. Kloog et al. (2013) observed a positive association in the 365-day moving avg of $PM_{2.5}$ and cardiovascular and respiratory mortality (RR: 1.26 [95% CI: 1.22, 1.34]). Building on the innovative exposure assessment and statistical techniques introduced by Kloog et al. (2013), Shi et al. (2015) expanded the exposure assessment to include all of New England and used a model output that refined the spatial resolution to 1 × 1 km grid cells (see Section 3.4.5.2 for discussion of effect of spatial resolution risk estimates). These exposure data were linked to a population-based Medicare cohort, and the authors observed a relative risk of 1.04 (95% CI: 1.01, 1.06) for the 365-day moving avg of $PM_{2.5}$ and total (nonaccidental) mortality. This association persisted when the analysis was restricted to those with annual exposures <10 $\mu g/m^3$ (RR: 1.05 [95% CI: 1.00, 1.09] for the 365-day moving avg of $PM_{2.5}$). Finally, this research group applied the refined spatial resolution (i.e., 1 × 1 km grid cells) to all Medicare beneficiaries in the continental U.S. between 2000 and 2012 (Di et al., 2017c). In an open cohort of over 60 million people, 460 million person-years of follow-up, and 22 million deaths, Di et al. (2017c) observed an HR of 1.041 (95% CI: 1.039, 1.042) for the relationship between $PM_{2.5}$ and all-cause mortality. This association was robust in copollutant models with $O_3$ and when the nearest monitor was used to assign exposure. When restricting the analysis to locations for which the annual $PM_{2.5}$ concentration was <12 $\mu g/m^3$, the authors observed a stronger relationship (HR: 1.066 [95% CI: 1.063, 1.068]).

Additional cohort studies looked at the relationship between long-term $PM_{2.5}$ exposure and mortality among older adults across a larger spatial extent, using more traditional exposure assessment and statistical techniques. Kioumourtzoglou et al. (2016) also used the Medicare cohort, but expanded from New England to include Medicare deaths in 207 cities across the U.S. from 2000−2010. These authors used fixed-site monitor data to calculate city-specific annual and 2-year avg $PM_{2.5}$ concentrations. Using a Cox proportional hazard statistical model, Kioumourtzoglou et al. (2016) observed a 9% increase in the risk of total (nonaccidental) mortality (HR: 1.09 [95% CI: 1.05, 1.13]). In a similar analysis, Pun et al. (2017) evaluated Medicare deaths in the conterminous U.S. from 2000-2008. Pun et al. (2017) also used fixed-site monitor data to estimate 12- to 60-month moving averages of $PM_{2.5}$ concentrations that were centered by subtracting the monitor-specific mean $PM_{2.5}$ concentration during the study period from the monthly $PM_{2.5}$ concentration measured at that monitor. Pun et al. (2017) observed similar results for total (nonaccidental) mortality (HR: 1.10 [95% CI: 1.09, 1.10]) as Kioumourtzoglou et al. (2016). In Addition, Pun et al. (2017) reported higher HRs for cardiovascular, IHD, cerebrovascular, respiratory, and pneumonia mortality. For most causes of death, the HRs increased when the moving average for the exposure period increased from 12 months to 60 months. Wang et al. (2017b) used a similar exposure assessment protocol to examine mortality in seven southeastern states. These exposure data were linked to a population-based Medicare cohort and the authors observed a hazard ratio of 1.11 (95% CI: 1.10, 1.11)

for the annual average of $PM_{2.5}$ and total (nonaccidental) mortality. This association was stronger when the analyses were restricted to those with annual exposures <12 µg/m$^3$ (RR: 1.18 [95% CI: 1.16, 1.19]). In another nationwide cohort of older Americans, Thurston et al. (2016a) used census-tract estimates of monthly $PM_{2.5}$ concentration from an LUR model to assign annual mean concentrations to participants in the NIH-AARP cohort study that died between 2000 and 2009. The authors observed positive associations with total (nonaccidental), CVD, and respiratory mortality, with the largest magnitude of effect observed with CVD mortality.

A recent series of studies conducted in Canada linked census data with data from the Canadian Mortality Database to create the Canadian Census Health Environment Cohort (CanCHEC). The CanCHEC included adults (≥25 years) who died between 1991 and 2001. Mean annual concentrations of $PM_{2.5}$ were calculated from fixed-site monitors in 11 cities and assigned to 43% of the cohort. In addition to using fixed-site monitors to assign exposure, exposure was also assigned using $PM_{2.5}$ predictions from satellite-based observations (with a spatial resolution of 10 × 10 km). Crouse et al. (2012) developed Cox proportional hazards models to evaluate the relationship between long-term $PM_{2.5}$ exposure and total (nonaccidental) and CVD (including IHD, CBVD, and circulatory) mortality. The authors observed positive associations between total (nonaccidental) and CVD mortality and long-term $PM_{2.5}$ exposure, with similar estimates for satellite-based observations of AOD and fixed-site monitor concentrations. The strongest association was for IHD mortality (HR: 1.31 [95% CI: 1.27, 1.35]) and the weakest was for cerebrovascular mortality (HR: 1.04 [95% CI: 0.99, 1.10], see Figure 6-19).

Using the same CanCHEC data and methods, Brook et al. (2013) evaluated the association between long-term exposure to $PM_{2.5}$ and mortality from diabetes; they observed a positive association similar in magnitude to the one observed for IHD mortality in the previous study (HR: 1.23 [95% CI: 1.18, 1.28]). Similarly, Chen et al. (2016) limited their analyses to cohort participants residing in Ontario who had experienced an acute myocardial infarction and observed positive associations with total (nonaccidental), CVD, and IHD deaths, as well as deaths due to subsequent acute myocardial infarctions (range of HRs: 1.10−1.28). Crouse et al. (2015) extended the follow-up period to include 5 additional years (1991−2006) and evaluated several additional causes of death but otherwise used the same methods as those in Crouse et al. (2012). Positive associations were observed for total (nonaccidental) and cardiovascular mortality, with the strongest association observed between long-term exposure to $PM_{2.5}$ and mortality due to diabetes (HR: 1.15 [95% CI; 1.11, 1.19]), followed by IHD (HR: 1.09 [95% CI: 1.07, 1.10]). The associations for cerebrovascular, respiratory and COPD mortality were just below the null. The general pattern and magnitude of these associations were generally unchanged in cumulative risk models that included $O_3$ and/or $NO_2$. Weichenthal et al. (2016) evaluated the subset of the CanCHEC living within 5 km of a fixed-site monitor (n = 193,300) for associations between long-term $PM_{2.5}$ exposure and mortality. They assigned the average (1998−2009) $PM_{2.5}$ concentration to each of the participants living within 5 km of each of 30 fixed-site monitors. In additional analyses, these authors observed positive associations between $PM_{2.5}$ exposure and total (nonaccidental; HR: 1.05 [95% CI: 1.03,

1.09]) and respiratory mortality (HR: 1.08 [95% CI: 0.96, 1.21]), but the results for cardio-metabolic and IHD mortality were closer to the null value.

Pinault et al. (2016) linked a subset of participants from the CanCHEC to the Canadian Community Health Survey, which allowed them to include an expanded set of individual-level covariates in their analyses. Among the nearly 300,000 participants included in the study, the authors observed positive associations with total (nonaccidental), circulatory, and respiratory mortality similar in magnitude to those observed in the larger cohort (Crouse et al., 2012). In addition, Pinault et al. (2016) was able to make use of the individual-level covariate data to examine effect measure modification by age, sex, smoking, alcohol consumption, obesity, and fruit/vegetable consumption. In an attempt to validate the results observed in the CanCHEC, Villeneuve et al. (2015) examined the association of long-term $PM_{2.5}$ exposure and mortality in a cohort of Canadian women originally enrolled in the Canadian National Breast Screening Study (CNBSS). Using similar exposure methods that relied on satellite-based estimates linked with the centroid of each 6-digit postal code, Villeneuve et al. (2015) observed positive associations, similar in magnitude to those observed in previous Canadian cohorts, for total (HR: 1.06 [95% CI: 1.02, 1.10]) and cardiovascular mortality (HR: 1.16 [95% CI: 1.07, 1.26]), although they did not observe a positive association for respiratory mortality.

Several recent U.S. cohort studies examined the association between long-term $PM_{2.5}$ exposure and mortality in occupational cohorts. The California Teachers Study (Lipsett et al., 2011; Ostro et al., 2010) examined the association between $PM_{2.5}$ measures at fixed-site monitors and mortality among current and former female public school teachers. The authors observed positive associations between long-term $PM_{2.5}$ exposure and IHD, cerebrovascular, cardiopulmonary, and respiratory mortality, with the strongest association observed with IHD (HR: 1.70 [95% CI: 1.51, 1.91]). Analyses restricted to postmenopausal women yielded results similar to those for all subjects. In a reanalysis of the cohort with refined exposure assessment, Ostro et al. (2015) used a chemical transport model to predict $PM_{2.5}$ concentrations with a 4 km spatial resolution, observing a pattern of results similar to those in the original analyses, although the magnitude of the risk estimates was smaller. Puett et al. (2009) examined the association between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality among a cohort of female nurses in the Nurses' Health Study from 13 states in the Northeast and Midwest from 1992 through 2002. The authors observed positive associations with total (nonaccidental) and CHD mortality, with the strongest association observed for fatal CHD events (HR: 1.42 [95% CI: 1.03−1.94]). Hart et al. (2015) expanded the Nurses' Health Study to the full nationwide cohort and extended the years of follow-up through 2006. In the updated cohort, the average $PM_{2.5}$ exposure over the previous 12 months was 12.0 $\mu g/m^3$. The results for total (nonaccidental) mortality were similar in the nationwide cohort for the extended follow-up period compared with the original results from the earlier follow-up period and more limited (i.e., smaller) spatial extent. The magnitude of the associations for long-term $PM_{2.5}$ exposure and cardiovascular mortality among women (Hart et al., 2015; Lipsett et al., 2011; Ostro et al., 2010; Puett et al., 2009) was higher than those observed in many of the other North American cohorts of men or men and women combined, but similar to that observed by Miller et al. (2007), who also evaluated fatal

CHD events among a cohort of women. Using a design similar to that of the Nurses' Health Study, Puett et al. (2011) investigated the effect of long-term $PM_{2.5}$ exposure and mortality among men enrolled in the Health Professionals Follow-up Study cohort. Near null associations were observed for both total (nonaccidental; HR: 0.94 [95% CI: 0.87, 1.02]) and CHD mortality (HR: 0.97 [95% CI: 0.83, 1.13]) in this cohort. In another occupational cohort, Hart et al. (2011) examined the association between residential exposure to $PM_{2.5}$ estimated from a single year of monitoring data (2000) and mortality among men in the U.S. trucking industry in the Trucking Industry Particle Study (TrIPS). Elevated risks of total (nonaccidental), lung cancer, and respiratory mortality were observed, with generally higher effects observed in subset analyses that excluded long-haul drivers.

The results of these recent U.S. and Canadian cohort studies demonstrate a consistent, positive association between long-term $PM_{2.5}$ exposure and mortality across various spatial extents, exposure assessment metrics, statistical techniques, and locations, including those where mean annual average concentrations are below ≤12 μg/m³. Recent cohort studies in the U.S. observed increases in total mortality and mortality due to cardiovascular disease in separate cohorts of men and women. Additional cohort studies conducted in Europe observed similarly consistent, positive associations between long-term $PM_{2.5}$ exposure and mortality (see Table 11-6); these studies support the evidence from the U.S. and Canada. Particularly noteworthy is a study conducted in Europe that combined data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and total [nonaccidental; Beelen et al. (2014a)], cardiovascular (Beelen et al., 2014b), and respiratory (Dimakopoulou et al., 2014) mortality. The authors of this study, which included participants from 13 European countries, applied a common statistical protocol to data from each of the 22 cohorts in the first stage of the analysis and combined the cohort-specific effects in a second stage. They observed a positive association between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality [HR: 1.07 (95% CI 1.02, 1.13); Beelen et al. (2014a)], but the associations for cardiovascular and respiratory mortality were near the null value, except for the subset of cardiovascular deaths attributable to cerebrovascular disease [HR: 1.21 (95% CI: 0.87, 1.69); Beelen et al. (2014b)].

**Table 11-6 European epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (μg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Beelen et al. (2014a)<br>Multicity; Europe<br>$PM_{2.5}$: 2008−2011<br>Follow-up: 1985−2007 (variable, depending on cohort)<br>Pooled cohort study | ESCAPE:<br>367,251 participants; 5,118,039 person-years of follow-up; 29,076 deaths | LUR; model validation $R^2$ = 0.57−0.89 | Mean:<br>6.6−31.0 | Correlation (*r*):<br>$PM_{10-2.5}$: 0.11−0.90<br>$NO_2$: 0.17−0.88<br>Copollutant models with: copollutant models limited to cohorts for which pollutant correlation was <0.7 |

**Table 11-6 (Continued): European epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean ($\mu g/m^3$) | Copollutant Examination |
|---|---|---|---|---|
| †Beelen et al. (2014b)<br>Multicity; Europe<br>$PM_{2.5}$: 2008−2011<br>Follow-up: 1985−2007 (variable, depending on cohort)<br>Pooled cohort study | ESCAPE:<br>22 cohorts from 13 European countries<br>367,383 participants; 5,119,317 person-years of follow-up; 9,994 deaths due to CVD | LUR; model validation $R^2$ = 0.57−0.89 | Mean: 6.6−31.0 | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Beelen et al. (2009)<br>Multicity; Netherlands<br>$PM_{2.5}$: 1987−1996<br>Follow-up: 1987−1996 | NLCS:<br>1,117,528 participants; 6,137 CVD deaths | Interpolation of measurements from national fixed-site monitoring network | NA | Correlation (*r*): NA<br>Copollutant models with: NA |
| †Bentayeb et al. (2015)<br>Multicity; France<br>$PM_{2.5}$: 1989−2008<br>Follow-up: 1989−2013<br>Cohort study | Gazel cohort:<br>20,327 participants<br>1,967 deaths | CHIMERE chemical transport model (2-km resolution) | Mean: 15.0 | Correlation (*r*): NA<br>Copollutant models with Copollutant models conducted with correlation between pollutants was <0.7 ($O_3$, benzene). |
| †Carey et al. (2013)<br>Multicity; England<br>$PM_{2.5}$: 2002<br>Follow-up: 2003−2007<br>Cohort study | National English cohort:<br>835,607 patients ages 40−89 years; 83,103 deaths | Dispersion model, 1-km grid cells; model validation<br>$R^2$ = 0.23−0.71 | Mean: 12.9 | Correlation (*r*):<br>$PM_{10}$: 0.99<br>$SO_2$: 0.46<br>$NO_2$: 0.85<br>$O_3$: −0.39<br>Copollutant models with: $SO_2$, $O_3$ |
| †de Keijzer et al. (2016)<br>Multicity; Spain<br>$PM_{2.5}$: 2009−2013<br>Follow-up: 2009−2013<br>Ecologic study | Mortality data from 2,148 small areas covering Spain | CALIOPE Air Quality Forecasting System (combines meteorological, emissions, chemical transport, and atmospheric mineral dust models) | Mean: 8.22 | Correlation (*r*):<br>$PM_{10}$: 0.91<br>$NO_2$: 0.55<br>$O_3$: 0.33<br>Copollutant models with: NA |
| †Dehbi et al. (2016)<br>Multicity; U.K.<br>$PM_{2.5}$: 2010−2011<br>Follow-up: 1989−2015<br>Pooled cohort study | Combines data from two British cohorts: Medical Research Council National Survey of Health and Development (4,400 participants born in March 1946) and Southall and Brent Revisited study (3,129 tri-ethnic men and women recruited 1989−1991) | Exposure data same as used in ESCAPE cohort; see Beelen et al. (2014a) | Median: 9.90 | Correlation (*r*):<br>$NO_2$: 0.83<br>$NO_X$: 0.82<br>$PM_{10}$: 0.60<br>$PM_{10-2.5}$: 0.35<br>Copollutant models with: NA |

**Table 11-6 (Continued): European epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Exposure Assessment | Mean (µg/m³) | Copollutant Examination |
|---|---|---|---|---|
| †Dimakopoulou et al. (2014)<br>Multicity; Europe<br>$PM_{2.5}$: 2008−2011<br>Follow-up: 1985−2007 (variable, depending on cohort)<br>Pooled cohort study | ESCAPE:<br>16 cohorts from 11 European countries<br>307,553 participants; 1,559 deaths due to nonmalignant respiratory disease | LUR; model validation $R^2$ = 0.57−0.89 | Mean:<br>7.1−31.0 | Correlation (*r*): NA<br>Copollutant models with: NA |
| Naess et al. (2007)<br>Oslo, Norway<br>$PM_{2.5}$: 1992−1995<br>Follow-up: 1992−1998<br>Cohort study | Oslo cohort:<br>143,842 individuals ages 51−90 years | AirQUIS dispersion model; model validation (*r* = 0.57 [summer], −0.79 [winter]) reported in Oftedal et al. (2009) | Mean: 15 | Correlation (*r*):<br>$NO_2$: *r* > 0.88<br>$PM_{10}$: *r* > 0.88<br>Copollutant models with: NA |
| †Tonne et al. (2015)<br>London, U.K.<br>$PM_{2.5}$: 2003−2010<br>Follow-up: 2003−2010<br>Cohort study | MINAP:<br>18,138 participants with hospital admissions between 2003−2007;<br>5,129 deaths | KCLurban dispersion model; see Beevers et al. (2013) for details | Mean:<br>14.6 | Correlation (*r*):<br>$NO_2$: 0.71<br>$NO_X$: 0.73<br>$O_3$: −0.82<br>$PM_{10}$: 0.96<br>$PM_{10-2.5}$: 0.70<br>Copollutant models with: NA |

AirQUIS = computer software system for air quality management, developed by Norwegian Institute for Air Research; CALIOPE = air quality prediction model developed in Spain; CHIMERE = a regional chemical transport model developed in France; CVD = cardiovascular disease; ESCAPE = European Study of Cohorts for Air Pollution Effects; KCLurban = air quality model using emissions data from London; km = kilometer; LUR = land use regression; µg/m³ = microgram per cubic meter; MINAP = Myocardial Ischemia National Audit Project; NA = not available; NLCS = Netherlands Cohort Study on Diet and Cancer; $NO_2$ = nitrogen dioxide; $NO_X$ = oxides of nitrogen; $O_3$ = ozone; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; *r* = correlation coefficient; $R^2$ = correlation coefficient; SD = standard deviation; $SO_2$ = sulfur dioxide.

†Studies published since the 2009 PM ISA.

### 11.2.2.2 Cardiovascular Mortality

Overall, the results of the recent U.S. and Canadian cohort studies demonstrate a consistent, positive association between long-term $PM_{2.5}$ exposure and cardiovascular mortality across various spatial extents, exposure assessment techniques, and statistical techniques, and locations, including those where mean annual average concentrations are ≤12 µg/m³. Additional cohort studies conducted in Europe observed similarly consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (see Table 11-6), and support the evidence from the U.S. and Canada. However, a study conducted in Europe that combined data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and cardiovascular mortality (Beelen et al., 2014b) reported associations near the null value, except for the subset of cardiovascular deaths attributable to

cerebrovascular disease (HR: 1.21 [95% CI: 0.87, 1.69]). More detailed results of long-term $PM_{2.5}$ exposure and cardiovascular mortality are included in Section 6.3.9.

#### 11.2.2.3 Respiratory Mortality

Overall, the results of these recent U.S. cohort studies demonstrate a generally consistent, positive association between long-term $PM_{2.5}$ exposure and respiratory mortality, although the results from the two Canadian studies are inconsistent. In addition, a study conducted in Europe that pooled data from 22 existing cohort studies and evaluated the association between long-term $PM_{2.5}$ exposure and respiratory mortality observed an association for respiratory mortality near the null value (Dimakopoulou et al., 2014). Overall, the associations for respiratory mortality were generally positive, although some inconsistencies among the results from different analyses of the same cohort provide some uncertainty in the stability of these results [Ostro et al. (2010) and Ostro et al. (2015); Crouse et al. (2015) and Pinault et al. (2016)]. Recent studies have evaluated the association between long-term $PM_{2.5}$ exposure and COPD mortality, a cause of death for which there has previously been little examination. These studies report modest positive associations with COPD mortality and the hazard ratios are generally less precise (i.e., wider 95% confidence intervals) than those for respiratory mortality. More detailed results of long-term $PM_{2.5}$ exposure and cardiovascular mortality are included in Section 5.2.10.

#### 11.2.2.4 Studies with Analyses that Inform Causal Inference

Recently, several studies have explored the use of causal inference methods (i.e., quantitative methods and/or study design attributes) to specifically inform the causal nature of the relationship between long-term $PM_{2.5}$ exposure and mortality. Some additional studies used statistical techniques to reduce uncertainties related to potential confounding that can further inform the causality determination for long-term $PM_{2.5}$ exposure and mortality. Specifically, Greven et al. (2011) used data from a nationwide Medicare mortality cohort to develop a statistical approach for estimating the associations between monthly mean $PM_{2.5}$ concentrations averaged over the preceding 12 months and monthly mortality rates among subjects from 2000 to 2006 in an attempt to assess whether there is evidence of unmeasured confounding. The study authors decomposed the association between $PM_{2.5}$ and mortality into two components: (1) the association between the "national" trend in the monthly $PM_{2.5}$ concentrations averaged over the previous 12 months and the national average trend in monthly mortality rates (purely temporal association); and (2) the association between the "local" trend in the deviation in the community-specific trend from the national average trend of monthly averages of $PM_{2.5}$ and the deviation of the community-specific trends from the national average trend of mortality rates (residual spatiotemporal association). The authors posit that this second component provides evidence as to whether locations having steeper declines in $PM_{2.5}$ also have steeper declines in mortality relative to the national trend. The authors concluded that differences in effect estimates at these two spatiotemporal

scales raise concerns about confounding bias in these analyses, with the association for the national trend more likely to be confounded than the association for the local trend. The authors observed no evidence for a "local" effect but did observe evidence for a "national" effect. Similar to the study by Janes et al. (2007), Greven et al. (2011) eliminated all of the spatial variation in air pollution and mortality in their data set when estimating the "national" effect, focusing instead on subchronic (monthly) temporal differences in the data. As noted by the authors, this eliminates 90% of the variance in the data set used for these analyses that is attributable to spatial variability [Table 1 in Janes et al. (2007)]. Only 5% of the variance in the data set used in these analyses is attributable to the space by time component, which was the focus of the papers by Janes et al. (2007) and Greven et al. (2011). Thus, while the results of the papers themselves provide evidence for an association between exposure to $PM_{2.5}$ and mortality, it is not possible to directly compare the results of these studies to the results of other cohort studies investigating the relationship between long-term exposure to $PM_{2.5}$ and mortality, which make use of spatial variability in air pollution and mortality data.

Similarly, Pun et al. (2017) completed a sensitivity analyses as part of their Medicare cohort study in which they decomposed PM2.5 into "temporal" and "spatiotemporal" variation, analogous to what was done in Greven et al. (2011). The purpose of this sensitivity was to determine the presence or absence of bias due to unmeasured confounding. Pun et al. (2017) observed positive associations for the "temporal" variation model and approximately null associations for the "spatiotemporal" variation model for all causes of death except for COPD mortality. The difference in the results of these two models for most causes of death suggests the presence of unmeasured confounding, though the authors do not indicate anything about the direction or magnitude of this bias. It is important to note that the "temporal" and "spatiotemporal" coefficients are uninterpretable when examined individually, and can only be used in comparison with one another to evaluate the potential for unmeasured confounding bias.

A recent study employed a difference-in-difference approach as a quantitative causal inference method to examine the relationship between long-term $PM_{2.5}$ exposure and mortality in New Jersey (Wang et al., 2016). $PM_{2.5}$ concentrations were estimated at the census tract level using similar exposure assessment techniques as those used by Shi et al. (2015), discussed previously. The difference-in-difference method controls for geographical differences using dummy variables for each tract, long-term temporal trends using dummy variables for each year, and temperature, which is both correlated with $PM_{2.5}$ and can vary differentially over space and time. Wang et al. (2016) observed a positive relationship between long-term exposure to $PM_{2.5}$ and total (nonaccidental) mortality (RR: 1.08 [95% CI: 1.01, 1.15]). Cox and Popken (2015) conducted an ecologic, county-level, repeated-measures analysis to evaluate the changes in $PM_{2.5}$ concentrations from 2000 to 2010 in 15 large U.S. states, and the association with age-specific mortality rates for older adults (65+ years) over the same period. The authors observed positive correlations between county-level $PM_{2.5}$ concentrations and county-level mortality rates for total (nonaccidental) and cardiovascular mortality, but not for external-cause mortality (e.g., accidents), a negative control. The authors applied several quantitative methods to inform causal inference (e.g., Granger tests), and observed effects in 6−7% of counties studied (Cox and Popken, 2015). Inference

from this study is limited by a lack of individual-level data; it is an ecologic study relying on county-level mortality rates, with no control for potential confounders other than age, making it difficult to adequately interpret the results. Overall, the results of these causal inference studies contribute to the body of epidemiologic evidence that informs the *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality. Observing consistent results for this relationship across studies using different analytic techniques (i.e., difference-in-difference approach) increases our confidence in the relationship.

### 11.2.2.5 Studies of Temporal Trends and Life Expectancy

A recent series of studies has added to the body of evidence on the relationship between long-term exposure to $PM_{2.5}$ and mortality by examining the temporal trends in $PM_{2.5}$ concentrations and changes in life expectancy, testing the hypothesis that decreases in $PM_{2.5}$ concentrations would be associated with increases in life expectancy. Pope et al. (2009) used air quality data in a cross-sectional analysis from 51 metropolitan areas across the U.S., beginning in the 1970s through the early 2000s, to demonstrate that a 10 $\mu g/m^3$ decrease in long-term $PM_{2.5}$ concentration was associated with a 0.61-year increase in life expectancy. In a subsequent analysis, these authors extended the period of analysis to include 2000 to 2007 (Correia et al., 2013). While the decline in concentrations of $PM_{2.5}$ was slower for the 2000 to 2007 period than for the period from 1980 to 2000, a decrease in long-term $PM_{2.5}$ concentration continued to be associated with an increase in life expectancy, although the magnitude of the increase was smaller than in the previous analysis and the earlier time period (10 $\mu g/m^3$ decrease in long-term $PM_{2.5}$ concentration was associated with a 0.35-year increase in life expectancy). It is noteworthy that, by 2007, 48 of the 545 counties included in the study were not in compliance with the NAAQS (at that time, the annual standard was 15 $\mu g/m^3$). The mean concentration across all counties was 13.2 $\mu g/m^3$ in 2000 and decreased to 11.6 $\mu g/m^3$ by 2007. Using a robust additive hazards model, Wang et al. (2017a) calculated that a 1-$\mu g/m^3$ decrease in the annual concentration of $PM_{2.5}$ would prevent about 5,400 premature deaths among the 13.1 million Medicare beneficiaries in seven southeastern states analyzed in Wang et al. (2017b). In an analysis conducted in Spain, de Keijzer et al. (2016) focused on the years of life lost associated with an increase in $PM_{2.5}$ rather than the life expectancy gain associated with a decrease in $PM_{2.5}$. They observed 0.64 (95% CI 0.59, 0.70) years of life lost for every 2 $\mu g/m^3$ increase in $PM_{2.5}$. Evaluating life expectancy in a different manner, Baccarelli et al. (2016) conducted an ecologic study to investigate whether there was an association between county-level $PM_{2.5}$ concentrations and the proportion of 55−64 and 70- to 74-year-olds that survived for an additional 30 years. They started with the numbers of 55−64 and 70- to 74-year-olds in 3,034 U.S. counties in 1980 and compared them with the numbers of 85−94 and 100- to 104-year-olds in 2010 in each county, using county-level $PM_{2.5}$ estimated from a hybrid of LUR and BME and averaged from 1999−2008. They observed that counties with higher estimated $PM_{2.5}$ concentrations were associated with a lower proportion of adults reaching age 85 years or more.

### 11.2.3 Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

In the examination of potential confounding effects of copollutants on the relationship between long-term $PM_{2.5}$ exposure and mortality, it is informative to evaluate whether $PM_{2.5}$ risk estimates are changed in copollutant models. Recent studies have examined the potential for copollutant confounding by evaluating copollutant models that include $O_3$ (Figure 11-20), $NO_2$, $PM_{10-2.5}$, $SO_2$, and benzene (Figure 11-21). These recent studies address a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of coexposure to correlated copollutants in long-term analyses.

The results for associations between long-term $PM_{2.5}$ exposure and mortality in single pollutant models and copollutant models adjusted for $O_3$ are shown in Figure 11-20. The correlations between $PM_{2.5}$ and $O_3$ exposures in the studies that conducted copollutant analyses were generally positive and moderate to strong, ranging from $r = 0.49$ to 0.73, except for two studies that reported a weak-to-moderate negative correlation [$r = -0.38$ (Bentayeb et al., 2015) and $r = -0.24$ (Di et al., 2017c)]. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $O_3$. The trend persisted for total (nonaccidental) mortality, as well as mortality due to cardiovascular or respiratory disease. There were several exceptions to the trend. The effect of long-term $PM_{2.5}$ exposure on CHD mortality among women in the AHSMOG cohort (Chen et al., 2005) increased after adjusting for $O_3$ in the model. Conversely, the effect of long-term $PM_{2.5}$ exposure on respiratory mortality in the ACS cohort (Jerrett et al., 2009) decreased (and changed from positive to negative) after adjusting for $O_3$ in the model.




ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; CVD = cardiovascular disease; μg/m³ = microgram per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; NR = not reported; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5 μg/m³ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Closed circles represent effect of $PM_{2.5}$ in single pollutant models, open circles represent effect of $PM_{2.5}$ adjusted for ozone.

Corresponding quantitative results reported in Supplemental Table S11-7 (U.S. EPA, 2018).

**Figure 11-20 Associations between long-term $PM_{2.5}$ exposure and mortality in single pollutant models and models adjusted for ozone.**




ACS = American Cancer Society; CanCHEC = Canadian Census Health and Environment Cohort; CVD = cardiovascular disease; ESCAPE = European Study of Cohorts for Air Pollution Effects; µg/m³ = microgram per cubic meter; $NO_2$ = nitrogen dioxide; NR = not reported; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5 µg/m³ increase in pollutant concentration. Circles, squares, triangles, and diamonds represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Filled symbols represent effect of $PM_{2.5}$ in single pollutant models, open circles represent effect of $PM_{2.5}$ adjusted for $NO_2$; open squares represent effect of $PM_{2.5}$ adjusted for $PM_{10-2.5}$; open triangles represent effect of $PM_{2.5}$ adjusted for sulfur dioxide; open diamonds represent effect of $PM_{2.5}$ adjusted for benzene.

*Includes cohorts from meta-analysis where the correlation was less than 0.7.

Corresponding quantitative results reported in Supplemental Table S11-8 (U.S. EPA, 2018).

**Figure 11-21 Long-term $PM_{2.5}$ exposure and mortality in single pollutant models and models adjusted for other pollutants.**

The results for associations between long-term $PM_{2.5}$ exposure and mortality in single pollutant models and copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, $SO_2$, or benzene are shown in Figure 11-21. The correlations between $PM_{2.5}$ and $NO_2$ exposures in studies that conducted copollutant analyses were positive and weak ($r = 0.25$) or moderate ($r = 0.40$; $r = 0.55$). The correlations between $PM_{2.5}$ and $PM_{10-2.5}$ were not reported in one study (Puett et al., 2009), and in another meta-analysis, the copollutant analyses were limited to cohorts that reported a correlation of $r < 0.7$ (Beelen et al., 2014a). One study evaluated $SO_2$ (Chen et al., 2005) and another benzene (Bentayeb et al., 2015) in copollutant models, and reported correlations of $r = 0.30$ and $r = 0.66$, respectively. Generally, the $PM_{2.5}$ effect estimates remained relatively unchanged in copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, $SO_2$, or benzene.

### 11.2.4 Concentration-Response Relationship

An important consideration in characterizing the association between long-term $PM_{2.5}$ exposure and mortality is whether the concentration-response relationship is linear across the full concentration range that is encountered, or if there are concentration ranges where there are departures from linearity. The 2009 PM ISA characterized the results of an analysis by Schwartz et al. (2008) that demonstrated that the shape of the concentration-response curve was generally linear.

A number of recent studies have conducted analyses to inform the shape of the concentration-response relationship for the association between long-term exposure to $PM_{2.5}$ and mortality, and are summarized in Table 11-7. Generally, the results of these analyses continue to support a linear, no-threshold relationship for total (nonaccidental) mortality, especially at lower ambient concentrations of $PM_{2.5}$ (i.e., $\leq 12\ \mu g/m^3$). Lepeule et al. (2012), Di et al. (2017c), and Shi et al. (2015) observed linear, no-threshold concentration-response relationships for total (nonaccidental) mortality, with confidence in the relationship down to a concentration of 8, 5, and 6 $\mu g/m^3$, respectively (Figure 11-22). Similar linear, no-threshold concentration-response curves were observed for total (nonaccidental) mortality in other studies (Chen et al., 2016; Thurston et al., 2016a; Hart et al., 2015; Cesaroni et al., 2013). Pinault et al. (2016) demonstrated that although the relationship was not statistically different than linear across the range of $PM_{2.5}$ concentrations observed in the study, the slope of the line tended to be steeper at lower concentrations (Figure 11-23), and Crouse et al. (2015) reported a supralinear model was a better fit to the data than the linear model (Figure 11-23). In contrast, Villeneuve et al. (2015) observed that the best fit for the long-term $PM_{2.5}$ exposure—total (nonaccidental) mortality relationship was in a threshold model with a threshold at 11 $\mu g/m^3$ (Figure 11-23). In addition, there is emerging evidence for a nonlinear concentration-response function for some causes of death (Section 6.3.9.2).

**Table 11-7 Summary of epidemiologic studies examining the concentration-response relationship or conducting threshold analyses for long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure Assignment Method; $PM_{2.5}$ Concentration (Mean; Range) (μg/m³) | Statistical Analysis Summary |
|---|---|---|
| †Beelen et al. (2014a)<br>Europe—ESCAPE<br>(Table 5; Figure on Appendix pg. 51) | LUR<br>NR; 6.6−31.0 | Cutpoint analysis—include only participants with exposure estimates below prespecified thresholds (25, 20, 15, 10 μg/m³). Studied shape of association for each cohort by inputting exposure term as natural cubic spline. |
| | | HRs remained positive and statistically significant when only participants with exposure concentrations below 25 and 20 μg/m³ were included. Below 15 μg/m³, HRs were elevated but less precise (i.e., wider 95% confidence intervals). Results of spline model show no deviation from linear relationship. |
| †Cesaroni et al. (2013)<br>Italy—RoLS<br>(Figure 2B) | Eulerian Dispersion Model; 1 × 1 km<br>23.0; 7.2−32.1 | Natural splines with 2, 3, or 4 df; compared goodness of fit using BIC and likelihood ratio test |
| | | No evidence of deviation from linearity. Results similar for 2, 3, or 4 degrees of freedom |
| †Chen et al. (2016)<br>Canada—EFFECT<br>(Figure 2) | Satellite-based methods; 10 × 10 km<br>10.7; 1.2−18.0 | Natural splines with 2, 3, or 4 df, compared goodness of fit using AIC. Comparisons made with 2.2 μg/m³ |
| | | No evidence for departure from linearity |
| †Crouse et al. (2012)<br>Canada—CanCHEC<br>(Figure 2A-D) | Fixed-site monitors in 11 cities;<br>Satellite-based methods; 10 × 10 km<br>11.2; 1.9−19.2 | Natural splines with 2, 3, or 4 df, compared goodness of fit using BIC. Log function of $PM_{2.5}$ (ln[$PM_{2.5}$ + 1]) yielded lower BIC than each of the spline models |
| | | No evidence for departure from linearity. Natural spline model with 4 df had best model fit based on BIC |
| †Crouse et al. (2015)<br>Canada—CanCHEC<br>(Figures S3a) | Satellite-based methods (at postal code)<br>8.9; 1−18 | Restricted cubic spline functions with 2 df |
| | | Natural spline fit was superior to linear model, and it is supralinear (i.e., larger changes in risk for low concentrations compared to higher values) |
| †Di et al. (2017c)<br>U.S.−Medicare<br>(Figure 3, Panel A) | Hybrid satellite-based methods, LUR, monitor; 1 × 1 km<br>11.5; 6.2−15.64 (5th−95th percentiles) | Examined potential of nonlinear effects using a series of thin-plate splines and metasmoothing |
| | | Nearly linear with no signal of threshold down to 5 μg/m³ |

**Table 11-7 (Continued): Summary of epidemiologic studies examining the concentration response relationship or conducting threshold analyses for long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure Assignment Method; $PM_{2.5}$ Concentration (Mean; Range) (μg/m$^3$) | Statistical Analysis Summary |
|---|---|---|
| †Hart et al. (2015)<br>U.S.—Nurses' Health Study<br>(Figures 1 and 2) | Spatiotemporal model; nearest monitor<br>12.0; NR | Comparison of mortality rates for a given $PM_{2.5}$ concentration (based on prediction from spatiotemporal model [Figure 1] or nearest monitor [Figure 2]) |
| | | Linear relationship for both spatiotemporal model and nearest monitor; linear relationship for both uncorrected and measurement error-corrected mortality rates, slope steeper for measurement error-corrected exposure compared to uncorrected |
| †Lepeule et al. (2012)<br>U.S.—HSC<br>(Suppl. Figure 1) | Fixed-site monitor<br>15.9; 11.4−23.6 | Penalized spline models |
| | | Linear relationship with exposures down to 8 μg/m$^3$. No evidence of a threshold. Highest confidence from 10−20 μg/m$^3$ based on greatest data density |
| †Pinault et al. (2016)<br>Canada—CCHS<br>(Figure 2) | Hybrid satellite-based methods, LUR, monitor; 1 × 1 km<br>6.3; 0−13 | C-R: *R* package—"SmoothHR"; combination of AIC and BIC to determine optimal df; threshold analysis: newly defined exposure variables based on concentration corresponding to the largest log-likelihood value from the Cox model |
| | | Linear relationship from 1.0−7.0 μg/m$^3$; slope is attenuated between 7.0 and 13.0 μg/m$^3$; threshold concentration: 0 μg/m$^3$ (upper 95% CI 4.5 μg/m$^3$) |
| †Shi et al. (2015)<br>U.S.—Medicare<br>(Figure 3a) | Hybrid satellite-based methods, LUR, monitor; 1 × 1 km<br>8.12; 0.08, 20.22 | Penalized spline model (1.7 df) restricted to annual exposures <10 μg/m$^3$ |
| | | Linear relationship with evidence of an attenuated slope at concentrations <6 μg/m$^3$ |
| †Thurston et al. (2016a)<br>U.S.—NIH–AARP<br>(Figure 2) | Hybrid LUR geo-statistical model<br>12.2; 2.9−28.0 | Natural spline plots with 4 df (referent HR = 1.0 at mean exposure level) |
| | | Observed linear relationship |
| †Villeneuve et al. (2015)<br>Canada—CNBSS<br>(Figure 3) | Satellite-based methods; 10 × 10 km<br>9.1; 0.1−20.0 | C-R: Natural cubic spline functions with 3 df; threshold analysis: newly defined exposure variables based on concentration corresponding to the largest log-likelihood value from the Cox model |
| | | Nonlinear V-shaped curve; threshold analysis: best fitting model for a threshold at 11 μg/m$^3$ |

**Table 11-7 (Continued): Summary of epidemiologic studies examining the concentration response relationship or conducting threshold analyses for long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure Assignment Method; $PM_{2.5}$ Concentration (Mean; Range) (μg/m³) | Statistical Analysis Summary |
|---|---|---|
| †Wong et al. (2015)<br>Hong Kong—Elderly Health Center<br>(Figure 3) | Satellite-based methods; 10 × 10 km<br>35; 27−49 | Natural spline model (df not reported). |
| | | Observed linear relationship, greatest certainty between 32 and 35 μg/m³ |

AIC = Akaike information criterion; BIC = Bayesian information criterion; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CI = confidence interval; CNBSS = Canadian National Breast Screening Study; C-R = concentration-response; df = degrees of freedom; EFFECT = Enhanced Feedback For Effective Cardiac Treatment; ESCAPE = European Study of Cohorts for Air Pollution Effects; HSC = Harvard Six Cities; HR = hazard ratio; km = kilometer; LUR = land use regression; μg/m³ = microgram per cubic meter; NIH-AARP = National Institutes of Health—American Association of Retired Persons; NR = not reported; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm RoLS = Rome Longitudinal Study.

†Studies published since the 2009 PM ISA.




μg/m³ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: Shaded areas or dotted lines indicate 95% confidence intervals. The tick marks on the *x*-axis identify the distribution of observations according to $PM_{2.5}$ concentrations.

Source: Panel A, Lepeule et al. (2012); Panel B, Shi et al. (2015); Panel C, Di et al. (2017c).

**Figure 11-22 Examples of concentration-response relationships between long-term $PM_{2.5}$ exposure and total (nonaccidental) or all-cause mortality in (A) the Harvard Six Cities study using penalized splines (1974−2009); (B) long-term time-series study; (C) the Medicare cohort using thin-plate spines.**




CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CNBSS = Canadian National Breast Screening Study; HR = hazard ratio; µg/m$^3$ = microgram per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm.

Note: Shaded areas or dotted lines indicate 95% confidence intervals. The tick marks on the *x*-axis identify the distribution of observations according to $PM_{2.5}$ concentrations.

Source: Panel A, Pinault et al. (2016); Panel B, Crouse et al. (2015); Panel C, Villeneuve et al. (2015).

**Figure 11-23 Examples of concentration-response relationships between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in (A) the CCHS; (B) the CanCHEC; (C) the CNBSS.**

Rather than using splines to model the concentration-response relationship across a continuous range of $PM_{2.5}$ concentrations, Beelen et al. (2014a) conducted a cutpoint analysis estimating the risk of long-term $PM_{2.5}$ exposure on total (nonaccidental) mortality when only participants with assigned $PM_{2.5}$ concentrations below 25, 20, 15, and 10 $\mu g/m^3$ were included in the model. The effect estimate was relatively unchanged when only participants with concentrations below 25 and 20 $\mu g/m^3$ were included in the model. Below 20 $\mu g/m^3$ the effect estimates remained positive but became less precise (i.e., wider 95% confidence intervals) as fewer observations were included in the model. The results of this cutpoint analysis support the results of a spline model that evaluated the concentration-response relationship across the entire range of concentrations observed in the study area and found a generally linear association.

Overall, most evidence continues to indicate a linear, no-threshold concentration-response relationship for long-term exposure to $PM_{2.5}$ and total (nonaccidental) mortality, although some recent evidence indicates the possibility of a nonlinear concentration-response function. There is less certainty in the shape of the concentration-response curve at mean annual $PM_{2.5}$ concentrations generally below 8 $\mu g/m^3$, although some studies characterize the concentration-response relationship with certainty down to 4 $\mu g/m^3$.

## 11.2.5 Evaluation of Factors That May Influence $PM_{2.5}$ Associations

### 11.2.5.1 Comparison of Exposure Assessment Techniques

Recent studies have used a variety of both fixed-site (i.e., monitors), model (e.g., CMAQ, dispersion models), and satellite-based (e.g., aerosol optical depth [AOD] observations from satellites) methods, including hybrid methods that combine two or more fixed-site, model, and/or satellite-based techniques to measure, estimate, or predict $PM_{2.5}$ concentrations for use in assigning long-term $PM_{2.5}$ exposure in epidemiologic studies (see Section 3.3.2.4.3).

In a systematic comparison of fixed-site and satellite-based methods, Lee et al. (2011) concluded that, although observations were generally highly correlated, fixed-site measurements of $PM_{2.5}$ were more accurate than satellite-based observations of AOD when predicting concentrations within 98 km of the monitor, but that at distances greater than 98 km, satellite-based observations of AOD were better predictors of $PM_{2.5}$ concentrations (see Section 3.3.3 for details). To compare the use of fixed-site measurements and satellite-based observations of AOD, Jerrett et al. (2016) applied both methods to a common data set, the ACS cohort, and calculated effect estimates for circulatory and IHD mortality associated with $PM_{2.5}$ using both methods. They observed consistently positive associations between long-term $PM_{2.5}$ exposure and circulatory and IHD mortality, regardless of the exposure assessment technique used to assign exposure. However, they did note that when exposure assessment relied on satellite-based techniques, hazard ratios tended to be lower than when fixed-site measurements were used, or when fixed-site and satellite-based techniques were combined. Additionally, Jerrett et al. (2016)

combined all of the models into an ensemble model, weighted by model fit (i.e., AIC), and observed a 7.0% increase in circulatory mortality and a 7.5% increase in IHD mortality per 5 μg/m$^3$ increase in $PM_{2.5}$.

Hart et al. (2015) assigned exposure from the nearest fixed-site monitor as well as from a spatiotemporal model that included monitor observations, land use regression, and point-source emission density [see Yanosky et al. (2014) for details]. Effect estimates resulting from each exposure methods were nearly identical.

Alternately, Garcia et al. (2015) compared different exposure assessment techniques that all relied on observations from fixed-site monitors. Specifically, they evaluated assigning exposure based on the $PM_{2.5}$ concentration measured at the closest monitor, using inverse distance weighting (IDW) from multiple monitors, and by using a kriging model based on fixed-site monitor measurements. Exposure was assigned to ZIP code centroids by each exposure assessment technique. The results were consistent across exposure assessment techniques, with RRs ranging from 1.07 to 1.13 for CVD mortality, 1.20 to 1.28 for IHD mortality, and 1.01 to 1.03 for total (nonaccidental) mortality when considering the entire study area. Substantially more variability was observed for rural areas when analyses were stratified by urban and rural areas, with greater, although less precise (i.e., wider 95% confidence intervals), associations generally observed in rural areas.

A single study, Hart et al. (2015), used risk set regression calibration to correct for bias due to exposure measurement error resulting from differences in ambient concentrations and personal exposures to $PM_{2.5}$ in effect estimates for total (nonaccidental) mortality (see Section 3.4.5.2 for more detail on bias correction). They assumed that the "true" exposure was equal to the 12-month moving avg for personal $PM_{2.5}$ exposure, and used percent difference in HRs ([("personal" − "ambient")/"personal"] × 100) to estimate the impact of exposure measurement error. They observed moderately higher HRs after adjusting for measurement error (1.18 vs. 1.13 from spatiotemporal exposure model; 1.22 vs. 1.12 from nearest monitor exposure model).

Overall, a number of studies demonstrate that the positive associations observed between long-term $PM_{2.5}$ exposure and mortality are robust to different methods of assigning exposure. In addition, a single study provides modest evidence that failing to correct for bias due to exposure measurement error could result in attenuated risk estimates.

#### 11.2.5.2 Comparison of Statistical Techniques

Several recent studies have evaluated and compared the results of multiple statistical models in order to examine the robustness of the long-term $PM_{2.5}$ exposure-mortality relationship and to address concerns related to the sensitivity of results to model specification. In a reanalysis of the Harvard Six Cities study, Lepeule et al. (2012) evaluated a Cox proportional hazards model and a Poisson survival

analysis. The authors observed no substantial changes in results for the Cox models compared to the results from the Poisson survival analysis. Similarly, Thurston et al. (2016b) evaluated both a traditional Cox proportional hazards model and a multilevel random-effects Cox proportional hazards model in analyses of the ACS cohort. The fully adjusted models included spatial random effects as well as contextual socioeconomic variables. In addition, they examined models with random effects but not contextual variables, models with contextual variables but not random effects, and fixed effect models adjusted only for individual-level variables. The association between long-term exposure to $PM_{2.5}$ mass and IHD mortality was consistent across all of the models (HR ranged from 1.02 to 1.05). Estimates based on models without random effects and/or adjustment for contextual variables had more power and tended to be more precise. Similarities were observed in a different cohort, the NIH-AARP cohort (Thurston et al., 2016a). Specifically, associations were more precise when contextual variables were not included, and the inclusion of random effects terms in the time independent Cox proportional hazards model resulted in associations similar to those observed from models without random effect terms. In an analysis of CVD mortality, Dehbi et al. (2016) used competing risk hazards regression models to allow for the influence of death from causes other than CVD. In addition, they used Cox modeling to verify that the observed results were not an artifact of using competing risk hazards regression models and observed similar results. Overall, these results from well-studied, highly regarded cohorts help to reduce uncertainties that the observed associations between long-term $PM_{2.5}$ exposure and mortality could be due to the statistical techniques employed or model specification, rather than a *causal relationship*.

#### 11.2.5.3 Effects of Different Long-Term Exposure Windows

The delay between changes in exposure and changes in health has important policy implications. The 2009 PM ISA concluded that there was developing coherence in the evidence base that indicated that the health benefits from reducing air pollution could be expected within a few years of intervention (U.S. EPA, 2009). Several recent studies provide additional evidence to support this conclusion. Bentayeb et al. (2015) examined long-term exposure for four different averaging times: (1) annual mean exposure at baseline, (2) annual mean exposure 1 year before death, (3) yearly mean exposure during follow-up, and (4) average cumulative exposure from baseline through death or censure. Results for long-term $PM_{2.5}$ exposure and total (nonaccidental), cardiovascular, and respiratory mortality were consistent for all four exposure windows examined. Lepeule et al. (2012) evaluated two exposure periods, 1 or 5 years before death or censure, and evaluated model fit using Akaike's information criterion (AIC). They observed the best fit for the 5-year exposure period. In additional sensitivity analyses, they allowed the exposure window to vary from 1 to 5 years before death or censure, and observed similar effect estimates to those in the main analysis. Using a different strategy, Wong et al. (2015) stratified the follow-up period to examine deaths occurring 2−4, 5−8, or ≥9 years after the baseline date. They observed greater risks for the period closest to the baseline date, although it is unclear if this is a result of a difference in the exposure window, or if it could be due to the age of the cohort. The cohort included participants aged

65 years or older, and there is evidence indicating that risk decreases for individuals over 70 or 75 years of age. Thus, it is unclear if the greater risk observed for the early exposure window is due to the exposure window itself, or the age of participants during that exposure window. Overall, new evidence from recent studies continues to support the previous conclusion that health benefits from reducing air pollution could be expected with a few years of intervention.

### 11.2.6 Associations between $PM_{2.5}$ Sources and Components and Mortality

The 2009 PM ISA (U.S. EPA, 2009) included one study that examined the association between long-term exposure to $PM_{2.5}$ components and mortality (Lipfert et al., 2006). Integrating across health endpoints, the 2009 PM ISA concluded that there is not sufficient evidence to differentiate the components or sources more closely related to health outcomes when compared with $PM_{2.5}$ mass. A number of recent studies have examined the relationship between long-term exposure to PM components and mortality. A number of these studies estimate the risk associated with individual components of $PM_{2.5}$ (Figure 11-24), while others evaluate the potential for $PM_{2.5}$ composition to explain some of the regional/geographic heterogeneity observed in the risk estimates from studies of long-term $PM_{2.5}$ exposure.

In an additional analysis of the CanCHEC (described previously in Section 11.2.2.2), Crouse et al. (2016) used a novel method to calculate the risk of total (nonaccidental) and cardio-metabolic mortality associated with long-term exposure to $PM_{2.5}$ adjusted for the proportion of six individual $PM_{2.5}$ components (i.e., sulfate, nitrate, ammonium, OC, BC, dust). They observed that models of $PM_{2.5}$ mass alone were a better predictor of mortality than models of the combination of $PM_{2.5}$ mass and the proportion of any one of the six components they evaluated, but that models including the combination of $PM_{2.5}$ mass and the proportion of all six of the components were better predictors of mortality than models of $PM_{2.5}$ mass alone. In separate analyses of the CanCHEC, authors collected $PM_{2.5}$ filters from 30 fixed-site monitors between 2012 and 2013 and evaluated the oxidative potential of the nonvolatile portion of $PM_{2.5}$ mass on the filter via antioxidant (glutathione and ascorbate) depletion tests (Weichenthal et al., 2016). When the $PM_{2.5}$ glutathione-related oxidative burden was estimated, the results were similar to those for $PM_{2.5}$ mass, although generally higher in magnitude. Generally, null or negative hazard ratios were observed for all-cause and cause-specific mortality when $PM_{2.5}$ ascorbate-related oxidative burden was analyzed. Although not entirely consistent, these oxidative burden results may help to explain the potential for low concentrations of $PM_{2.5}$ to cause disease or to help explain geographic heterogeneity observed with $PM_{2.5}$-mortality associations.

A meta-analysis of European cohorts (i.e., the ESCAPE study, described previously in Table 11-6) evaluated mortality due to incident IHD events and eight different $PM_{2.5}$ components: S, K, Cu, Fe, Ni, V, Zn, and Si (Wolf et al., 2015). These authors used LUR to estimate $PM_{2.5}$ and component

concentrations, and cross validation of the models revealed variable performance, with some models performing poorly (i.e., $R^2 < 0.30$) and others performing moderately (i.e., $R^2 = 0.30-0.50$). The authors calculated single-component hazard ratios, as well as $PM_{2.5}$-adjusted hazard ratios, by regressing total PM on each component separately and then including the residual for each component in a model with total $PM_{2.5}$, using the estimate of the residual component to represent the independent component effect. Previous analyses of the ESCAPE cohort observed associations between long-term $PM_{2.5}$ exposure and CVD mortality. The results presented by Wolf et al. (2015) were consistent with these associations, and provide additional evidence for associations with K, Si, and Fe, which could represent the resuspended road dust portion of $PM_{2.5}$. In sensitivity analyses where only cohorts for which the cross validation of the LUR model was ≥0.50, the results were relatively unchanged.

The evaluation of the association between $PM_{2.5}$ components and mortality is complicated by the different methods applied across studies. As a result, the systematic standardization of results across studies (i.e., per 5-μg/m$^3$ increase), as is the convention throughout this ISA, is not possible when evaluating results for $PM_{2.5}$ components. Overall, the results for individual $PM_{2.5}$ components across studies are generally more imprecise than the results for $PM_{2.5}$ (i.e., much wider confidence intervals, often including the null value), which make the individual results, as well as results across studies, more difficult to interpret. As such, for the purposes of characterizing results with respect to $PM_{2.5}$ components a different convention is employed to evaluate the pattern of associations across studies. Specifically, risk estimates from studies are classified into four categories in Figure 11-24 and Figure 11-25: (1) statistically significant positive associations; (2) positive associations, regardless of width of the confidence interval; (3) null or negative association; and (4) statistically significant negative association. Figure 11-24 and Figure 11-25 demonstrate consistent positive associations for total (nonaccidental) mortality and exposure to $PM_{2.5}$, BC/EC, Fe, Ni, $NO_3^-$, and V, with more studies evaluating $PM_{2.5}$, BC/EC, and $NO_3^-$, and fewer studies examining the metals Fe, Ni, and V. Based on the pattern of results across this limited number of studies, it is difficult to disentangle the independent effect of any of these components from the effect of $PM_{2.5}$ mass.

Thurston et al. (2016b) used source apportionment to evaluate the relationship between air pollution sources and IHD mortality in the ACS cohort. Sources were categorized based on source-identifier elemental tracers. They observed the strongest associations coal burning (HR: 1.05 [95% CI: 1.02, 1.08]) and other combustion sources, and diesel traffic (HR: 1.03 [95% CI: 1.00, 1.06]). Generally, null associations were observed for other sources (i.e., wind-blown soil and biomass combustion). These results are generally consistent with previous studies of short-term exposure and mortality that have used source apportionment methods; previous studies have not considered long-term exposure and IHD mortality.




BC = black carbon; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; Ni = nickel; $NO_3$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Si = silicon; $SO_4$ = sulfate; V = vanadium; Zn = zinc.

Note: †$PM_{2.5}$ component studies published since the 2009 PM ISA. Results are for total (nonaccidental) mortality except for Gan et al. (2011), who examine cardiovascular disease mortality. Dark blue = study reported statistically significant positive association; light blue = study reported a positive association regardless of width of confidence intervals; light orange = study reported null or negative association; red = study reported statistically significant negative association; gray = study did not examine individual component. Only those $PM_{2.5}$ components that were examined in at least three studies are included in this figure.

**Figure 11-24 Heat map of associations observed between $PM_{2.5}$ and $PM_{2.5}$ components and mortality.**




BC = black carbon; Cu = copper; EC = elemental carbon; Fe = iron; K = potassium; Mn = manganese; n = number of studies that provided an estimate for $PM_{2.5}$ mass and individual $PM_{2.5}$ components; Ni = nickel; $NO_3$ = nitrate; OC = organic carbon; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; Si = silicon; $SO_4$ = sulfate; V = vanadium; Zn = zinc.

Note: Bars represent the percent of associations across studies for $PM_{2.5}$ mass or $PM_{2.5}$ components detailed in Figure 11-24 that are statistically significant positive (dark blue), positive (light blue), null/negative (light orange), statistically significant negative (red), or not examined (gray).

**Figure 11-25 Distribution of mortality associations for $PM_{2.5}$ and $PM_{2.5}$ components examined in studies detailed in Figure 11-24.**

### 11.2.7 Summary and Causality Determination

Recent cohort studies evaluated since the completion of the 2009 PM ISA continue to provide consistent evidence of positive associations between long-term $PM_{2.5}$ exposures and total (nonaccidental) mortality from studies conducted mainly in North America and Europe. Many recent analyses further

evaluated the association between long-term $PM_{2.5}$ exposures and the risk of mortality based on the original ACS study (Pope et al., 1995), adding new details about deaths due to cardiovascular disease (including IHD) and respiratory disease (including COPD), and extending the follow-up period of the ACS to 22 years (1982−2004). Adding to this evidence, recent U.S. and Canadian cohort studies demonstrate consistent, positive associations between long-term $PM_{2.5}$ exposure and mortality across various spatial extents, exposure assessment metrics, and statistical techniques, and locations, where mean annual average concentrations are ≤12 μg/m$^3$ (Section 11.2.2.2). Additionally, the evidence from recent studies reduce uncertainties related to potential copollutant confounding (Section 11.2.3) and continues to provide strong support for a linear, no-threshold C-R relationship (Section 11.2.4). The body of evidence for total mortality is supported by generally consistent positive associations with cardiovascular and respiratory mortality. There is coherence of effects across the scientific disciplines (i.e., animal toxicological, controlled human exposure, and epidemiologic studies) and biological plausibility for $PM_{2.5}$-related cardiovascular (Chapter 6), respiratory (Chapter 5), and metabolic (Chapter 7) disease, which supports the $PM_{2.5}$-mortality relationship. This section describes the evaluation of evidence for total (nonaccidental) mortality, with respect to the causality determination for long-term exposures to $PM_{2.5}$ using the framework described in Table II of the Preamble to the ISAs (U.S. EPA, 2015b). The key evidence, as it relates to the causal framework, is summarized in Table 11-8.

The strongest evidence supporting the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality in the 2009 PM ISA was derived from analyses of the ACS and HSC cohorts. Recent extended analyses and reanalysis of these cohorts continues to support this relationship, demonstrating consistent positive associations for total (nonaccidental mortality) and across different cause-specific mortality outcomes. A recent series of analyses of the Medicare cohort of U.S. individuals provides additional support, culminating with the largest cohort study of nearly 61 million U.S. Medicare enrollees that reports positive associations with increases in $PM_{2.5}$ concentrations and stronger associations in areas where the mean annual $PM_{2.5}$ concentrations are ≤12 μg/m$^3$ (Di et al., 2017c). Another recent series of studies conducted in Canada provides results consistent with those of the Medicare cohort (i.e., positive associations between long-term $PM_{2.5}$ exposure and total mortality in areas where mean annual $PM_{2.5}$ concentrations are ≤12 μg/m$^3$). One difference between these studies is that the Canadian cohorts include all adults (age 25+ years) and the Medicare cohort only includes adults age 65+ years, demonstrating that these effects are not specific to one lifestage, but affect all adults. Also, an additional line of evidence is available that includes results from a number of cohorts that recruited subjects based on their place of employment, including female nurses, female teachers, male health professionals, and male truck drivers, which showconsistent, positive associations between long-term $PM_{2.5}$ exposure and total mortality.

**Table 11-8 Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m³)[c] |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple, high-quality studies at relevant $PM_{2.5}$ concentrations | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of the ACS and HSC cohorts, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.1 | Mean concentrations across studies: 11.4−23.6 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of the Medicare cohort, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean concentrations across studies: 8.12−12.0 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of Canadian cohorts, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean concentrations across studies: 8.7−9.1 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple North American occupational cohorts, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean concentrations across studies: 12.7−17.0 |
| | Positive associations with cardiovascular, respiratory, and lung cancer mortality. | Section 6.3.10.1 | Mean across studies: 4.1−17.9 |
| | | Section 5.2.10 | Mean across studies: 4.1−17.9 |
| | | Section 10.2.5.1 | Mean across studies: 6.1−33.7 |

**Table 11-8 (Continued): Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m³)[c] |
|---|---|---|---|
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | Positive associations observed between long-term $PM_{2.5}$ exposure and total mortality remain relatively unchanged after adjustment for $O_3$, $NO_2$, and $PM_{10-2.5}$<br>When reported, correlations with copollutants were highly variable (low to high). | Section 11.2.3; Figure 11-20; Figure 11-21 | |
| Consistent positive epidemiologic evidence for associations between $PM_{2.5}$ exposure and total mortality across exposure measurement metrics | Positive associations consistently observed across studies that used fixed-site (i.e., monitors), model (e.g., CMAQ, dispersion models), and satellite-based (e.g., AOD observations from satellites) methods, including hybrid methods that combine two or more of these methods. | Section 11.2.2.5; Jerrett et al. (2016) | |
| Epidemiologic evidence supports a linear, no-threshold C-R relationship | No evidence for deviation from linearity in several U.S. and Canadian cohorts | Section 11.2.2.3 | |

**Table 11-8 (Continued): Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Biological plausibility from studies of cardiovascular and respiratory morbidity and lung cancer incidence and mortality | Cardiovascular morbidity studies provide expanded body of evidence for associations between long-term $PM_{2.5}$ exposure and CHD, stroke, and atherosclerosis, providing biological plausibility for a relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality. | Section 6.3<br>Miller et al. (2007)<br>Chi et al. (2016) | Mean across studies: 10.7−13.4 |
| | Respiratory morbidity studies provide some evidence for an association between long-term $PM_{2.5}$ exposure and development of COPD, providing limited biological plausibility for a relationship between long-term $PM_{2.5}$ exposure and respiratory mortality. | Section 5.2.5 | |
| | Consistent epidemiologic evidence for associations between $PM_{2.5}$ exposure and lung cancer incidence and mortality in cohort studies conducted in the U.S., Canada, Europe, and Asia | Section 10.2.5.1<br>Figure 10-3 | Mean across U.S. and Canadian studies: 6.3−23.6 |

ACS = American Cancer Society; AOD = aerosol optical depth; CHD = coronary heart disease; CMAQ = Community Multiscale Air Quality; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; HSC = Harvard Six Cities; $\mu g/m^3$ = microgram per cubic meter; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble.

[b]Describes the key evidence and references contributing most heavily to the causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

Recent evidence helps to reduce uncertainties related to potential copollutant confounding of the relationship between long-term $PM_{2.5}$ exposure and mortality. Multiple studies evaluated ozone (Figure 11-20) and $NO_2$ (Figure 11-21) in copollutant models and observed similar hazard ratios for $PM_{2.5}$ regardless of whether ozone or $NO_2$ were included in the model. This supports an independent effect of long-term $PM_{2.5}$ exposure on mortality. Evidence for other potential copollutants (e.g., $SO_2$, CO) is limited.

Recent studies have used a variety of both fixed-site (i.e., monitors), model (e.g., CMAQ, dispersion models), and satellite-based (e.g., aerosol optical depth [AOD] measurements from satellites) methods, including hybrid methods that combine two or more fixed-site, model, and/or satellite-based techniques to measure, estimate, or predict $PM_{2.5}$ concentrations for use in assigning long-term $PM_{2.5}$ exposure in epidemiologic studies. Overall, the exposure assessment technique has had little influence on study results, with consistently positive associations of similar magnitude observed across studies using a variety of exposure assessment techniques. Notably, Jerrett et al. (2016) applied fixed-site measurements and satellite-based observations of AOD to a common data set, the ACS cohort, and calculated effect estimates for circulatory and IHD mortality associated with $PM_{2.5}$ using both methods. They observed consistently positive associations between long-term $PM_{2.5}$ exposure and mortality, regardless of the exposure assessment technique used to assign exposure. Additionally, Jerrett et al. (2016) combined multiple exposure assessment techniques into an ensemble model, weighted by model fit, and continued to observe similar positive associations with mortality. These results support an independent effect of long-term $PM_{2.5}$ exposure on mortality that is not overtly influenced by or a residual of the exposure assessment technique used in the study.

The number of studies examining the shape of the C-R function for long-term $PM_{2.5}$ exposure and mortality has substantially increased since the 2009 PM ISA. These studies used a number of different statistical techniques to evaluate the shape of the C-R function, including natural cubic splines, restricted cubic splines, penalized splines, thin-plate splines, and cutpoint analyses (Table 11-7), and generally observe linear, no-threshold relationships down to 4−8 $\mu g/m^3$. Few studies have conducted extensive analyses exploring alternatives to linearity when examining the shape of the $PM_{2.5}$-mortality C-R relationship. Among these studies, there is some emerging evidence for a supralinear C-R function, with steeper slopes observed at lower $PM_{2.5}$ concentrations. Although few, such supralinear C-R functions are most commonly observed for cardiovascular mortality compared to total (nonaccidental) or respiratory mortality.

The 2009 PM ISA concluded that there is not sufficient evidence to differentiate the components or sources more closely related to health outcomes when compared with $PM_{2.5}$ mass, although the evidence for long-term exposure and mortality was limited. More recently, several studies examined the relationship between long-term exposure to PM components and mortality (Figure 11-24). Collectively, recent studies continue to demonstrate that no individual $PM_{2.5}$ component or source is a better predictor of mortality than $PM_{2.5}$ mass.

Overall, recent epidemiologic studies build upon and further reaffirm the conclusions of the 2009 PM ISA for total mortality. The evidence particularly from the assessment of $PM_{2.5}$-related cardiovascular and metabolic diseases, with more limited evidence from respiratory morbidity, provides biological plausibility for mortality due to long-term $PM_{2.5}$ exposures. In conclusion, the consistent positive associations observed across cohort studies conducted in various locations across North America are further supported by the results from copollutant analyses indicating robust associations independent of

$O_3$ and $NO_2$. **Collectively, this body of evidence is sufficient to conclude that a *causal relationship* exists between long-term $PM_{2.5}$ exposure and total mortality.**

## 11.3 Short-Term $PM_{10-2.5}$ Exposure and Total Mortality

The 2009 PM ISA concluded that the evidence is "suggestive of a causal relationship between short-term exposure to $PM_{10-2.5}$ and mortality" (U.S. EPA, 2009).[86] This evidence was based on generally consistent, positive associations across mortality outcomes from primarily single-city studies, with some additional evidence from a few multicity studies, conducted in the U.S. and Canada. However, there was uncertainty with respect to the associations observed across epidemiologic studies due to the different methods used to measure $PM_{10-2.5}$ concentrations, which included direct measurements of $PM_{10-2.5}$ using dichotomous samplers and calculating the difference between $PM_{10}$ and $PM_{2.5}$ concentrations (e.g., at collocated monitors, taking the difference between area-wide averages of $PM_{10}$ and $PM_{2.5}$). Compared with studies of $PM_{2.5}$, there were relatively few studies that conducted additional analyses to further examine the $PM_{10-2.5}$-mortality relationship, resulting in the inability to adequately assess potential copollutant confounding, as well as the influence of model specification, seasonal associations, and effect measure modification. Additionally, there was a lack of information on the chemical and biological components that comprise $PM_{10-2.5}$.

Since the completion of the 2009 PM ISA, several new studies, with the majority being multicity, conducted in diverse geographic locations (e.g., U.S., Asia, and Europe), have examined the relationship between short-term $PM_{10-2.5}$ exposure and mortality. However, the relative number of studies focusing on short-term $PM_{10-2.5}$ exposure and mortality has remained small, with many of the studies still using rather crude approaches to estimating exposures to $PM_{10-2.5}$. As detailed in Section 11.2.1 on short-term $PM_{2.5}$ exposure and mortality, this section on $PM_{10-2.5}$ and mortality focuses primarily on multicity studies because they examine the association between short-term $PM_{2.5}$ exposure and a health effect over a large geographic area that consists of diverse atmospheric conditions and population demographics, using a consistent statistical methodology, which avoids the potential publication bias often associated with single-city studies (U.S. EPA, 2008). Other recent studies (i.e., single and multicity) that do not further inform uncertainties or limitations in the short-term $PM_{10-2.5}$ exposure and mortality evidence are not the focus of this section, and are available at: https://hero.epa.gov/hero/particulate-matter.

The following section provides a brief overview of the associations observed in recent studies of mortality and short-term $PM_{10-2.5}$ exposures, with the main focus on evaluating whether recent studies address the uncertainties and limitations identified in the 2009 PM ISA (U.S. EPA, 2009), specifically: copollutant confounding, model specification, effect modification (e.g., temperature, season), exposure assessment, and the concentration-response relationship and related issues (e.g., lag structure of

[86] As detailed in the Preface, risk estimates are for a 10-μg/$m^3$ increase in 24-hour avg $PM_{10-2.5}$ concentrations, unless otherwise noted.