**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 24-1050 (and consolidated cases)**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

COMMONWEALTH OF KENTUCKY, et al.,
*Petitioners*,

*v.*

U.S. ENVIRONMENTAL PROTECTION AGENCY, MICHAEL S. REGAN
*Respondents.*

On Petitions for Review of Final Agency Action
of the United States Environmental Protection Agency
89 Fed. Reg. 16,202 (Mar. 6, 2024)

# DEFERRED JOINT APPENDIX
# VOLUME 4 OF 6
# JA1561 to JA2044

Lucinda Minton Langworthy
Erica N. Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
clangworthy@HuntonAK.com
epeterson@HuntonAK.com
(202) 955-1500

Elbert Lin
*Counsel of Record*
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
elin@HuntonAK.com
(804) 788-8200

October 7, 2024

*Counsel for Petitioners Chamber of Commerce of the United States of America, American Chemistry Council, American Forest & Paper Association, American Petroleum Institute, American Wood Council, National Association of Manufacturers, National Mining Association, and Portland Cement Association*

*Additional counsel listed on following pages*

Andrew R. Varcoe
Stephanie A. Maloney
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
*Counsel for Petitioner Chamber of Commerce of the United States of America*

Erica Klenicki
Michael A. Tilghman II
NAM Legal Center
733 Tenth Street, NW, Suite 700
Washington, DC 20001
*Counsel for Petitioner National Association of Manufacturers*

Nate Curtisi
(D.C. Cir. Bar No. 65164)
Michael G. Bailey
(Arizona Bar No. 013747)
Arizona Chamber of Commerce
100 N. 7th Ave, Suite 120
Phoenix, Arizona 85007
(602) 248-4430
ncurtisi@azchamber.com
*Counsel for Arizona Chamber of Commerce and Industry*

Brunn (Beau) W. Roysden III
(DC Cir. Bar No. 64493)
Fusion Law, PLLC
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545
*Counsel for President of the Arizona State Senate Warren Petersen and Speaker of the Arizona House of Representatives Ben Toma*

Kristina (Tina) R. Van Bockern
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8107 / Fax 720-545-9952
trvanbockern@hollandhart.com

Emily C. Schilling
Sydney J. Sell
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com
sjsell@hollandhart.com
*Counsel for Petitioner Essential Minerals Association*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**
Matthew F. Kuhn
*Solicitor General*
Jacob M. Abrahamson
*Assistant Solicitor General*
Lindsey R. Keiser
*Assistant Attorney General*
Office of the Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov
Lindsey.Keiser@ky.gov
*Counsel for Petitioner Commonwealth of Kentucky*

**PATRICK MORRISEY**
**Attorney General of West Virginia**
Michael R. Williams
*Principal Deputy Solicitor General*
Office of the West Virginia Attorney General
State Capitol, Bldg. 1, Room E-26
Charleston, West Virginia 25305
(681) 313-4550
Michael.R.Williams@wvago.gov
*Counsel for Petitioner State of West Virginia*

**STEVE MARSHALL**
**Attorney General of Alabama**
Edmund G. LaCour Jr.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for Petitioner State of Alabama*

**TREG R. TAYLOR**
**Attorney General of Alaska**
Cody Doig
*Senior Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 269-5211
cody.doig@alaska.gov
*Counsel for Petitioner State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**
Nicholas J. Bronni
*Solicitor General*
Dylan L. Jacobs
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov
*Counsel for Petitioner*
*State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**
Henry C. Whitaker
*Solicitor General*
James H. Percival
*Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com
*Counsel for Petitioner*
*State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**
Stephen J. Petrany
*Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Petitioner*
*State of Georgia*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**
Joshua N. Turner
*Chief of Constitutional Litigation and Policy*
Alan M. Hurst
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov
*Counsel for Petitioner*
*State of Idaho*

**THEODORE E. ROKITA**
**Attorney General of Indiana**
James A. Barta
*Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Petitioner*
*State of Indiana*

**BRENNA BIRD**
**Attorney General of Iowa**
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
*Counsel for Petitioner*
*State of Iowa*

**KRIS KOBACH**
**Attorney General of Kansas**
Anthony J. Powell
*Solicitor General*
Office of Kansas Attorney General
Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov
*Counsel for Petitioner*
*State of Kansas*

**LIZ MURRILL**
**Attorney General of Louisiana**
J. Benjamin Aguiñaga
*Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov
*Counsel for Petitioner*
*State of Louisiana*

**LYNN FITCH**
**Attorney General of Mississippi**
Justin L. Matheny
*Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov
*Counsel for Petitioner*
*State of Mississippi*

**ANDREW BAILEY**
**Attorney General of Missouri**
Joshua M. Divine
*Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, Missouri 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
*Counsel for Petitioner*
*State of Missouri*

**AUSTIN KNUDSEN**
**Attorney General of Montana**
Christian B. Corrigan
*Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
*Counsel for Petitioner*
*State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**
Grant D. Strobl
*Assistant Solicitor General*
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Grant.Strobl@nebraska.gov
*Counsel for Petitioner*
*State of Nebraska*

**DREW WRIGLEY**
**Attorney General of North Dakota**
Philip Axt
*Solicitor General*
North Dakota Attorney General's Office
600 East Boulevard Avenue, Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov
*Counsel for Petitioner*
*State of North Dakota*

**DAVE YOST**
**Attorney General of Ohio**
T. Elliot Gaiser
*Solicitor General*
Mathura Sridharan
*Deputy Solicitor General*
Ohio Attorney General's Office
30 E. Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
elliot.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov
*Counsel for Petitioner*
*State of Ohio*

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**
Garry M. Gaskins, II
*Solicitor General*
Jennifer L. Lewis
*Deputy Attorney General*
Oklahoma Office of the Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov
*Counsel for Petitioner State of Oklahoma*

**ALAN WILSON**
**Attorney General of South Carolina**
Robert D. Cook
*Solicitor General*
J. Emory Smith, Jr.
*Deputy Solicitor General*
Thomas T. Hydrick
*Assistant Deputy Solicitor General*
Joseph D. Spate
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov
*Counsel for Petitioner State of South Carolina*

**MARTY J. JACKLEY**
**Attorney General of South Dakota**
Steven Blair
*Deputy Attorney General*
South Dakota Attorney General's Office
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
atgservice@state.sd.us
*Counsel for Petitioner State of South Dakota*

**JONATHAN SKRMETTI**
**Attorney General & Reporter of Tennessee**
Whitney Hermandorfer
*Director of Strategic Litigation*
Harrison Gray Kilgore
*Strategic Litigation Counsel and Assistant Solicitor General*
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov
Harrison.Kilgore@ag.tn.gov
*Counsel for Petitioner State of Tennessee*

**SEAN D. REYES**
**Attorney General of Utah**
Stanford E. Purser
*Solicitor General*
Office of the Utah Attorney General
160 E. 330 S., 5th Floor
Salt Lake City, Utah 84111
(385) 382-4334
spurser@agutah.gov
*Counsel for Petitioner*
*State of Utah*

**BRIDGET HILL**
**Attorney General of Wyoming**
D. David DeWald
*Deputy Attorney General*
Wyoming Attorney General's Office
Water & Natural Resources Division
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 phone
(307) 777-3542 fax
david.dewald@wyo.gov
*Counsel for Petitioner*
*State of Wyoming*

**KEN PAXTON**
**Attorney General of Texas**
Brent Webster
*First Assistant Attorney General*
James Lloyd
*Deputy Attorney General for Civil Litigation*
Kellie E. Billings-Ray
*Chief, Environmental Protection Division*
Clayton Smith
*Assistant Attorney General*
Office of the Attorney General of Texas Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 971-0139
Fax: (512) 320-0911
clayton.smith@oag.texas.gov
D.C. Circuit Bar No. 65145
Texas Bar No. 24091234
*Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality in Consolidated Case No. 24-1052*

TODD KIM
*Assistant Attorney General*
SARAH A. BUCKLEY
ALEXANDRA L. ST. ROMAIN
*Attorneys*
Environment and Natural Resources
Division
U.S. Department of Justice
Post Office Box 7411
Washington, D.C. 20044
(202) 616-7554 (Buckley)
(202) 532-3284 (St. Romain)
sarah.buckley@usdoj.gov
alexandra.st.romain@usdoj.gov

Of Counsel:
David P.W. Orlin
*Attorney*
U.S. Environmental Protection
Agency

*Counsel for Respondents U.S.*
*Environmental Protection Agency*
*and Michael S. Regan, in his official*
*capacity as Administrator, EPA*

FOR THE STATE OF CALIFORNIA
ROB BONTA
Attorney General of California
TRACY L. WINSOR
Senior Assistant Attorney General
MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
STACY LAU
COREY M. MOFFAT
JONATHAN A. WIENER
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94114
(415) 510-3549
Jonathan.Wiener@doj.ca.gov

FOR THE STATE OF ARIZONA
KRISTIN K. MAYES,
Attorney General
KRISTIN M. WROBEL
Assistant Attorney General
Environmental Protection Unit
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8594
ENVProtect@azag.gov

FOR THE STATE OF CONNECTICUT
WILLIAM TONG
Attorney General
MATTHEW I. LEVINE
Deputy Associate Attorney General
JILL LACEDONIA
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
jill.lacedonia@ct.gov

FOR THE STATE OF ILLINOIS
KWAME RAOUL
Attorney General
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(872) 276-3583
jason.james@ilag.gov

FOR THE STATE OF MARYLAND
ANTHONY G. BROWN
Attorney General
MICHAEL F. STRANDE
Assistant Attorney General
Office of the Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3014
Michael.Strande@maryland.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General
TURNER SMITH
Assistant Attorney General & Deputy Chief
BRIAN CLAPPIER
Assistant Attorney General
MARCUS HOLMES
Assistant Attorney General
Energy & Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Turner.Smith@mass.gov

FOR THE PEOPLE OF THE STATE OF MICHIGAN
ELIZABETH MORRISSEAU
Assistant Attorney General
Environment, Natural Resources, and Agriculture Division
6th Floor G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
MorrisseauE@michigan.gov

FOR THE STATE OF MINNESOTA
KEITH ELLISON
Attorney General
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1061
Peter.Surdo@ag.state.mn.us

FOR THE STATE OF
NEW JERSEY
MATTHEW J. PLATKIN
Attorney General
LISA MORELLI
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
609-376-2740
lisa.morelli@law.njoag.gov

FOR THE STATE OF
NEW YORK
LETITIA JAMES
Attorney General
BARBARA D. UNDERWOOD
Solicitor General
JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
MICHAEL J. MYERS
Senior Counsel
NICHOLAS C. BUTTINO
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
michael.myers@ag.ny.gov

FOR THE STATE OF OREGON
ELLEN F. ROSENBLUM
Attorney General
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov
Steve.Novick@doj.oregon.gov

FOR THE COMMONWEALTH OF
PENNSYLVANIA
MICHELLE A. HENRY
Attorney General
ANN R. JOHNSTON
Assistant Chief Deputy Attorney
General
Civil Environmental Enforcement
Unit
Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
717-497-3678
ajohnston@attorneygeneral.gov

FOR THE STATE OF
RHODE ISLAND
PETER F. NERONHA
Attorney General
ALISON HOFFMAN CARNEY
Assistant Attorney General
Chief, Environment and Energy
Unit
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext 2116
acarney@riag.ri.gov

FOR THE STATE OF VERMONT
CHARITY R. CLARK
Attorney General
MELANIE KEHNE
Assistant Attorney General
Office of the Attorney
General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Melanie.kehne@vermont.gov

FOR THE STATE OF
WASHINGTON
ROBERT W. FERGUSON
Attorney General
CHRISTOPHER H. REITZ
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-4614
chris.reitz@atg.wa.gov

FOR THE STATE OF
WISCONSIN
JOSHUA L. KAUL
Attorney General
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
motlbj@doj.state.wi.us

FOR THE DISTRICT OF COLUMBIA
BRIAN L. SCHWALB
Attorney General
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE CITY OF NEW YORK
MURIEL GOODE-TRUFANT
Acting Corporation Counsel
CHRISTOPHER GENE KING
Senior Counsel, Environmental Law Division
NATHAN TAYLOR
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
212.356.2074
cking@law.nyc.gov

FOR HARRIS COUNTY, TEXAS
SARAH JANE UTLEY
Environmental Division Director
ELIZABETH HIDALGO
Assistant County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
713.274.5124
Sarah.Utley@cao.hctx.net

IRVINE & CONNER PLLC
CHARLES IRVINE
JANET CAMPOS
4709 Austin Street
Houston, Texas 77004
713.533.1704
charles@irvineconner.com
*Attorneys for Harris County, Texas*

Seth L. Johnson
Marvin C. Brown IV
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 797-5245
(202) 794-5355
sjohnson@earthjustice.org
mcbrown@earthjustice.org
*Counsel for Respondent-Intervenors Alliance of Nurses for Healthy Environments, American Lung Association, Environmental Defense Fund, Natural Resources Defense Council, Northeast Ohio Black Health Coalition, Rio Grande International Study Center, and Sierra Club*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
*Counsel for Respondent-Intervenor Natural Resources Defense Council*

Shaun A. Goho
Hayden W. Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 678-2516
sgoho@catf.us
hhashimoto@catf.us
*Counsel for Respondent-Intervenors Citizens for Pennsylvania's Future and Conservation Law Foundation*

# TABLE OF CONTENTS

## VOLUME 1 of 6

## ACTIONS UNDER REVIEW

EPA-HQ-OAR-2015-0072-1543, EPA, Reconsideration of the National Ambient Air Quality Standards for Particulate Matter; Proposed Rule, 88 Fed. Reg. 5558 (Jan. 27, 2023) .................................. JA0001

EPA-HQ-OAR-2015-0072-5839, EPA, Reconsideration of the National Ambient Air Quality Standards for Particulate Matter; Final Rule, 89 Fed. Reg. 16,202 (Mar. 6, 2024)....................................... JA0163

## INDEXED RECORD MATERIAL

EPA-HQ-OAR-2015-0072-0037, Comments by the Independent Particulate Matter Review Panel (formerly EPA CASAC Particulate Matter Review Panel) on EPA's Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – September 2019) (Oct. 22, 2019) (excerpts) ....................................................................... JA0363

EPA-HQ-OAR-2015-0072-0069, EPA, Review of the National Ambient Air Quality Standards for Particulate Matter; Proposed Action, 85 Fed. Reg. 24,094 (Apr. 30, 2020) (excerpts) ........................... JA0414

EPA-HQ-OAR-2015-0072-0105, Qian Di, et al., *Air Pollution and Mortality in the Medicare Population*, NEW ENGLAND JOURNAL OF MEDICINE (June 29, 2017) ........................................................................ JA0418

## VOLUME 2 of 6

EPA-HQ-OAR-2015-0072-0212, EPA, EPA/600/R-19/188, Integrated Science Assessment for Particulate Matter, (Dec. 2019) (excerpts) ......... JA0428

## VOLUME 3 of 6


EPA-HQ-OAR-2015-0072-0224, Press Release, EPA, Administrator Wheeler Announces New CASAC Member, Pool of NAAQS Subject Matter Experts (Sept. 13, 2019) .......... JA1186

EPA-HQ-OAR-2015-0072-0251, Letter from Dr. Louis Anthony Cox, Jr., Chair, Clean Air Scientific Advisory Committee, to The Honorable Andrew R. Wheeler, Administrator, EPA, re: CASAC Review of the EPA's *Integrated Science Assessment for Particulate Matter (External Review Draft – October 2018)* (Apr. 11, 2019) (excerpts) .......... JA1188

EPA-HQ-OAR-2015-0072-0260, Letter from Dr. Louis Anthony Cox, Jr., Chair, Clean Air Scientific Advisory Committee, to The Honorable Andrew R. Wheeler, Administrator, EPA, re: CASAC Review of the EPA's *Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – September 2019)* (Dec. 16, 2019) (excerpts) .......... JA1190

EPA-HQ-OAR-2015-0072-0262, EPA, EPA-452/R-20-002, Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter (Jan. 2020) (excerpts) [-0262 is duplicated in the docket at EPA-HQ-OAR-2015-0072-1583] .......... JA1200

EPA-HQ-OAR-2015-0072-0702, Comments by National Medical Societies and Public Health and Patient Advocacy Organizations on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter (undated) .......... JA1223

EPA-HQ-OAR-2015-0072-0752, Comments by Achieving Community Tasks Successfully (ACTS), et al. on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter (June 29, 2020) .......... JA1233

EPA-HQ-OAR-2015-0072-0973, Comments by Clean Air Task Force, et al. on EPA's Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter, 85 Fed. Reg. 24,094 (Apr. 30, 2020) (June 29, 2020) (excerpts) .......... JA1236

EPA-HQ-OAR-2015-0072-1166, EPA, Review of the National Ambient Air Quality Standards for Particulate Matter; Final Action, 85 Fed. Reg. 82,684 (Dec. 18, 2020) .......... JA1256

EPA-HQ-OAR-2015-0072-1241_Attachment 2, Petition for Reconsideration submitted on behalf of the States of California (b and through Attorney General Xavier Becerra and the California Air Resources Board), Connecticut, Delaware, Illinois, Maryland, Minnesota, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin; the Commonwealths of Massachusetts, Pennsylvania, and Virginia; and the City of New York (Feb. 16, 2021) .......... JA1321

EPA-HQ-OAR-2015-0072-1242_Attachment 2, Petition for Reconsideration submitted by American Lung Association, Clean Air Task Force, Chesapeake Bay Foundation, Earthjustice, Environment America, Environmental Defense Fund, Environmental Law & Policy Center, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, and Union of Concerned Scientists (Feb. 16, 2020) .......... JA1455

EPA-HQ-OAR-2015-0072-1273, Press Release, EPA, EPA to Reexamine Health Standards for Harmful Soot that Previous Administration Left Unchanged (June 10, 2021) .......... JA1478

EPA-HQ-OAR-2015-0072-1277, Press Release, EPA, EPA Announces Selections of Charter Members to the Clean Air Scientific Advisory Committee; Concurrently, EPA issues a call for nominations for the CASAC Particulate Matter Panel (June 17, 2021) .......... JA1480

EPA-HQ-OAR-2015-0072-1285, Press Release, EPA, Administrator Regan Directs EPA to Reset Critical Science-Focused Federal Advisory Committees; Past administration actions hindered the recruitment and retention of members for the Science Advisory Board and the Clean Air Scientific Advisory Committee (Mar. 31, 2021) .......... JA1482

EPA-HQ-OAR-2015-0072-1394, Ki-Do Eum, et al., *Impact of long-term temporal trends in fine particulate matter ($PM_{2.5}$) on associations of annual $PM_{2.5}$ exposure and mortality; An analysis of over 20 million Medicare beneficiaries*, ENVIRONMENTAL EPIDEMIOLOGY (2018) .......... JA1484

EPA-HQ-OAR-2015-0072-1424, Joel Schwartz, et al., *A National Difference in Differences Analysis of the Effect of $PM_{2.5}$ on Annual Death Rates*, ENVIRONMENTAL RESEARCH (2021) .......... JA1491

EPA-HQ-OAR-2015-0072-1441, Lauren H. Wyatt, et al., *Association of short-term exposure to ambient $PM_{2.5}$ with hospital admissions and 30-day readmissions in end-stage renal disease patients: population-based retrospective cohort study*, BMJ OPEN (2020) .......... JA1516

EPA-HQ-OAR-2015-0072-1471, X. Wu, et al., *Evaluating the impact of long-term exposure to fine particulate matter on mortality among the elderly*, SCIENCE ADVANCES (2020) .......... JA1525

EPA-HQ-OAR-2015-0072-1501, EPA, EPA-452/R-15-007, EPA, Regulatory Impact Analysis of the Final Revisions to the National Ambient Air Quality Standards for Ground-Level Ozone (Sept. 2015) (excerpts) .......... JA1535

EPA-HQ-OAR-2015-0072-1522, Comments by Joel Schwartz, Professor of Environmental Health, Harvard TH Chan School of Public Health, on EPA's Policy Assessment for PM2.5 (undated) (excerpts) .......... JA1545

EPA-HQ-OAR-2015-0072-1525, Comments on behalf of the Commonwealth of Kentucky and the States of Alabama, Alaska, Arkansas, Indiana, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, West Virginia, and Wyoming on Policy Assessment for Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft (Dec. 14, 2021) .......... JA1548

**VOLUME 4 of 6**


EPA-HQ-OAR-2015-0072-1584, EPA, EPA-452/R-22-004, Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (May 2022) (excerpts) .............. JA1561

EPA-HQ-OAR-2015-0072-1585, EPA, EPA/600/R-22/028, Supplement to the 2019 Integrated Science Assessment for Particulate Matter (May 2022) (excerpts) ................................................ JA1836

EPA-HQ-OAR-2015-0072-1587, Letter from Dr. Elizabeth A. (Lianne) Sheppard, Chair, Clean Air Scientific Advisory Committee, to the Honorable Michael S. Regan, Administrator, EPA, re: CASAC Review of the EPA's *Supplement to the 2019 Integrated Science Assessment for Particulate Matter (External Review Draft – October 2021)* (excerpts) (Mar. 18, 2022) ....................... JA1995

EPA-HQ-OAR-2015-0072-1593, Letter from Dr. Elizabeth A. (Lianne) Sheppard, Chair, Clean Air Scientific Advisory Committee, to the Honorable Michael S. Regan, Administrator, EPA, re: CASAC Review of the EPA's *Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021)* (excerpts) (Mar. 18, 2022) ........................................................... JA2000

EPA-HQ-OAR-2015-0072-1964, Comments by the Arizona Department of Environmental Quality on Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 20, 2023) ......................................................................... JA2023

EPA-HQ-OAR-2015-0072-1989, Comments by the Arizona Chamber of Commerce & Industry and the Arizona Manufacturers Council on EPA's Proposed Rule on National Ambient Air Quality Standards for Particulate Matter (Mar. 24, 2023) ..................................... JA2028

EPA-HQ-OAR-2015-0072-2091, Comments by the Essential Minerals Association on Reconsideration of the National Ambient Air Quality Standards for Particulate Matter Proposed Rule (Mar. 28, 2023) ................................................................................... JA2032

EPA-HQ-OAR-2015-0072-2125, Comments by Joel Schwartz, Professor of Environmental Epidemiology, Director, Harvard Center for Risk Analysis, Harvard University, on EPA's Proposed Revision to the PM2.5 NAAQS (undated) (excerpts) .............................. JA2038

**VOLUME 5 of 6**

EPA-HQ-OAR-2015-0072-2192, Comments by the Texas Commission on Environmental Quality on EPA's Proposed Rule for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023)..................................... JA2045

EPA-HQ-OAR-2015-0072-2193, Comments by the National Association of Manufacturers on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023) ......................................................................... JA2079

EPA-HQ-OAR-2015-0072-2210, Comments by the National Mining Association on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) .............................................................. JA2083

EPA-HQ-OAR-2015-0072-2212, Comments by the Commonwealth of Kentucky and the Energy and Environment Cabinet, the Division for Air Quality, on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) ...................................... JA2140

EPA-HQ-OAR-2015-0072-2233_Attachment 1, Comments of Appalachian Mountain Club, Chesapeake Bay Foundation, Citizens For Pennsylvania's Future, Clean Air Council, Clean Air Task Force, CleanAirNow, Earthjustice, Environmental Defense Fund, Group Against Smog & Pollution, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, Southern Environmental Law Center, and Union of Concerned Scientists on the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023)." ................................................................................... JA2145

EPA-HQ-OAR-2015-0072-2348, Comments by Health, Medical, and Nursing Organizations on EPA's Proposed Rule in the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) .......... JA2322

EPA-HQ-OAR-2015-0072-2361, Comments by the NAAQS Regulatory Review & Rulemaking Coalition on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Mar. 28, 2023) .......... JA2336

**VOLUME 6 of 6**

EPA-HQ-OAR-2015-0072-2422_Attachment 14, Industrial Economics, Inc., Analysis of $PM_{2.5}$-Related Health Burdens Under Current and Alternative NAAQS; Updated Final Report, 9 µg/$m^3$ Supplement Added March 21, 2023 (excerpts) .......... JA2540

EPA-HQ-OAR-2015-0072-2426, Comments by Boyden Gray & Associates PLLC on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) .......... JA2617

EPA-HQ-OAR-2015-0072-2428, Comments by the Chamber of Commerce of the United States on EPA's Reconsideration of the National Ambient Air Quality Standards for Particulate Matter, 88 Fed. Reg. 5558 (Jan. 27, 2023) (Mar. 28, 2023) .......... JA2640

EPA-HQ-OAR-2015-0072-2482_Attachment 5, Ihab Mikati, BS, et al., *Disparities in Distribution of Particulate Matter Emission Sources by Race and Poverty Status*, AJPH ENVIRONMENTAL JUSTICE (Apr. 2018) .......... JA2655

EPA-HQ-OAR-2015-0072-2485_Attachment 8, Christopher W. Tessum, et al., *$PM_{2.5}$ polluters disproportionately and systemically affect people of color in the United States*, Science Advances (Apr. 28, 2021) .......... JA2661

EPA-HQ-OAR-2015-0072-2485_Attachment 9, Maninder P.S. Thind, et al., *Fine Particulate Air Pollution from Electricity Generation in the US: Health Impacts by Race, Income, and Geography*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2019) .................................. JA2668

EPA-HQ-OAR-2015-0072-4525, Comment by Ben Toma, Speaker of the House, Arizona House of Representatives on EPA's Proposed Rule Change for PM2.5 (posted May 3, 2023) .......................................... JA2678

EPA-HQ-OAR-2015-0072-6025, EPA, Responses to Significant Comments on the 2023 Proposed Rule for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (undated) ........................................................................................ JA2680

**MATERIALS PROVIDED FOR THE CONVENIENCE OF THE COURT**

Appalachian Power Co. et al. Respondents' Brief in Support of Petitioners, *Am. Trucking Ass'ns v. Whitman*, No. 99-1426 (U.S. July 20, 2000) (excerpts) ................................................................ JA2838

Appalachian Power Co. et al. Reply Brief, *Am. Trucking Ass'ns v. Whitman*, No. 99-1426 (U.S. Oct. 5, 2000) (excerpts) ............................. JA2842

Joint Reply Brief of State Petitioners, Non-State Petitioners, and Supporting Intervenors, *NEDA CAP v. EPA*, 686 F.3d 803 (D.C. Cir. 2012) (No. 10-1252, Feb. 8, 2012) (excerpts) .................................. JA2846

Final Joint Opening Brief of Industry Petitioners, *Murray Energy Corp. v. EPA*, 936 F.3d 597 (D.C. Cir. 2019) (No. 15-1385, Sept. 26, 2016) (excerpts) ....................................................................... JA2849

State Petitioners' Opening Brief, *Murray Energy Corp. v. EPA*, 936 F.3d 597 (D.C. Cir. 2019) (No. 15-1385, Sept. 26, 2016) (excerpts) ........................................................................................ JA2851

Respondent EPA's Motion to Continue Oral Argument, *Murray Energy Corp. v. EPA*, No. 15-1385 (D.C. Cir. Apr. 7, 2017) (ECF No. 1670218) (excerpt) ............................................................... JA2855

Office of Management and Budget Comments on EPA Proposed Rule: "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter," RIN 2060-AV52, Cover Comments (undated), Docket No. EPA-HQ-OAR-2015-0072-1618_Attachment 1 ........................................................................ JA2856

Memorandum from Joseph Goffman, Assistant Administrator, EPA, to Regional Administrators Regions 1-10, re: Initial Area Designations for the 2024 Revised Primary Annual Fine Particle National Ambient Air Quality Standard (Feb. 7, 2024) ............................ JA2880

# Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter

EPA-452/R-22-004
May 2022

# Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter

U.S. Environmental Protection Agency
Office of Air Quality Planning and Standards
Health and Environmental Impacts Division
Research Triangle Park, NC

## TABLE OF CONTENTS


1 INTRODUCTION ........ 1-1
1.1 Purpose ........ 1-2
1.2 Legislative Requirements ........ 1-3
1.3 History of Reviews of the PM NAAQS ........ 1-6
1.3.1 Reviews Completed in 1971 and 1987 ........ 1-8
1.3.2 Review Completed in 1997 ........ 1-8
1.3.3 Review Completed in 2006 ........ 1-10
1.3.4 Review Completed in 2012 ........ 1-12
1.3.5 Review Completed in 2020 ........ 1-12
1.4 Reconsideration of the 2020 PM NAAQS Final Action ........ 1-14
1.4.1 Decision to Initiate a Reconsideration ........ 1-14
1.4.2 Process for Reconsideration of the 2020 PM NAAQS Decision ........ 1-15
1.4.3 Ongoing Litigation ........ 1-18
References ........ 1-19
2 PM AIR QUALITY ........ 2-1
2.1 Distribution of Particle Size in Ambient Air ........ 2-1
2.1.1 Sources of PM Emissions ........ 2-3
2.2 Ambient PM Monitoring Methods and Networks ........ 2-14
2.2.1 Total Suspended Particulates (TSP) Sampling ........ 2-15
2.2.2 $PM_{10}$ Monitoring ........ 2-16
2.2.3 $PM_{2.5}$ Monitoring ........ 2-17
2.2.4 $PM_{10-2.5}$ Monitoring ........ 2-22
2.2.5 Additional PM Measurements and Metrics ........ 2-23
2.3 Ambient Air Concentrations ........ 2-25
2.3.1 Trends in Emissions of PM and Precursor Gases ........ 2-25
2.3.2 Trends in Monitored Ambient Concentrations ........ 2-26
2.3.3 Predicted Ambient $PM_{2.5}$ Based on Hybrid Modeling Approaches ........ 2-43
2.4 Background PM ........ 2-53
2.4.1 Natural Sources ........ 2-55
2.4.2 International Transport ........ 2-57
2.4.3 Estimating Background PM with Recent Data ........ 2-59

References ..... 2-62
3 RECONSIDERATION OF THE PRIMARY STANDARDS FOR $PM_{2.5}$ ..... 3-1
3.1 Background on the Current Standards ..... 3-2
3.1.1 Considerations Regarding the Adequacy of the Existing Standards in the 2020 Review ..... 3-4
3.2 General Approach and Key Issues in this Reconsideration of the 2020 Final Decision ..... 3-12
3.3 Health Effects Evidence ..... 3-15
3.3.1 Nature of Effects ..... 3-18
3.3.2 Public Health Implications and At-Risk Populations ..... 3-52
3.3.3 $PM_{2.5}$ Concentrations in Key Studies Reporting Health Effects ..... 3-59
3.3.4 Uncertainties in the Health Effects Evidence ..... 3-133
3.4 Risk Information ..... 3-136
3.4.1 Risk Assessment Overview ..... 3-137
3.4.2 Results of the Risk Assessment ..... 3-146
3.4.3 Conclusions of the Risk Assessment ..... 3-167
3.5 CASAC Advice and Public Comments ..... 3-168
3.6 Key Considerations Regarding the Adequacy of the primary $PM_{2.5}$ Standards. 3-171
3.6.1 Evidence-based Considerations ..... 3-172
3.6.2 Risk-based Considerations ..... 3-188
3.6.3 Conclusions on the Adequacy of the Current Primary $PM_{2.5}$ Standards ..... 3-198
3.7 Areas for Future Research and Data Collection ..... 3-223
References ..... 3-227
4 RECONSIDERATION OF THE PRIMARY STANDARD FOR $PM_{10}$ ..... 4-1
4.1 Background on the Current Standard ..... 4-2
4.1.1 Considerations Regarding the Adequacy of the Existing Standards in the 2020 Review ..... 4-4
4.2 General Approach and Key Issues in this Reconsideration of the 2020 Final Decision ..... 4-5
4.3 Health Effects Evidence ..... 4-8
4.3.1 Nature of Effects ..... 4-9
4.4 CASAC Advice and Public Comments ..... 4-16
4.5 Conclusions on the Adequacy of the Current Primary $PM_{10}$ Standard ..... 4-17
4.6 Areas for Future Research and Data Collection ..... 4-19

References ..... 4-21
5 RECONSIDERATION OF THE SECONDARY STANDARDS FOR PM ..... 5-1
5.1 Background on the Current Standards ..... 5-2
5.1.1 Non-Visibility Effects ..... 5-2
5.1.2 Visibility Effects ..... 5-6
5.2 General Approach and Key Issues in this Reconsideration of the 2020 Final Decision ..... 5-11
5.3 Welfare Effects and Quantitative Information ..... 5-14
5.3.1 Visibility Effects ..... 5-16
5.3.2 Non-Visibility Effects ..... 5-36
5.4 CASAC Advice and Public Comments ..... 5-48
5.5 Conclusions Regarding the Adequacy of the Secondary PM Standards ..... 5-49
5.6 Areas for Future Research and Data Collection ..... 5-53
References ..... 5-56

## LIST OF APPENDICES

Appendix A. Supplemental Information on PM Air Quality Analyses

Appendix B. Supplemental Study Information: Selection Criteria, Study Methods and Details

Appendix C. Supplemental Information Related to the Human Health Risk Assessment

Appendix D. Quantitative Analyses for Visibility Impairment

# LIST OF TABLES

Table 1-1. Summary of NAAQS promulgated for particulate matter 1971-2012. ...................... 1-7

Table 2-1. PM Monitoring Networks............................................................................ 2-15

Table 2-2. Percent Changes in PM and PM precursor emissions in the NEI for the time periods 1990-2017 and 2002-2017. .................................................................. 2-28

Table 2-3. Nationwide averages of ratios of maximum annual $PM_{2.5}$ design values to average composite monitor $PM_{2.5}$ concentrations across CBSAs. .................................. 2-47

Table 2-4. Mean 2011 $PM_{2.5}$ concentration by region for predictions in Figure 2-29.............. 2-54

Table 2-5. Average Annual $PM_{2.5}$ Concentration ($\mu g/m^3$) by Year......................................... 2-60

Table 2-6. Three-Year Average of the Average Annual $PM_{2.5}$ Concentrations ($\mu g/m^3$)........... 2-61

Table 2-7. Average Annual $PM_{2.5}$ Concentrations and Ratios to Regulatory Design Values. .. 2-62

Table 3-1. Key causality determinations for $PM_{2.5}$ and UFP exposures.................................. 3-20

Table 3-2. National demographic information, 2019............................................................ 3-56

Table 3-3. Prevalence of cardiovascular and respiratory diseases among adults by age, race, and ethnicity in the U.S. in 2018......................................................................... 3-58

Table 3-4. Summary of information from $PM_{2.5}$ controlled human exposure studies. ............. 3-61

Table 3-5. $PM_{2.5}$ Concentrations Metrics from Monitor and Modeled Data ............................ 3-73

Table 3-6. Key U.S. Epidemiologic Studies: Monitor-Based Exposure.................................. 3-92

Table 3-7. Key Canadian Epidemiologic Studies: Monitor-Based Exposure........................... 3-96

Table 3-8. Key U.S. Epidemiologic Studies: Model-Based Exposure .................................... 3-99

Table 3-9. Key Canadian Epidemiologic Studies: Model-Based Exposure ........................... 3-104

Table 3-10. Epidemiologic studies examining the health impacts associated with ambient $PM_{2.5}$ concentrations when studies are conducted with restricted air quality exposures. ..... ………………………………………………………………………….. 3-121

Table 3-11. Summary of information from studies that use alternative methods for confounder control. .......................................................................................... 3-125

Table 3-12. Epidemiologic studies examining the health impacts of long-term reductions in ambient $PM_{2.5}$ concentrations................................................................. 3-130

Table 3-13. Epidemiologic studies used to estimate $PM_{2.5}$-associated risk. .......................... 3-138

Table 3-14. Estimates of $PM_{2.5}$-associated mortality for air quality adjusted to just meet the current or alternative standards (47 urban study areas)..................................... 3-149

Table 3-15. Estimated reduction in $PM_{2.5}$-associated mortality for alternative annual and 24-hour standards (47 urban study areas). ........................................................ 3-150

Table 3-16. Estimates of $PM_{2.5}$-associated mortality for the current and potential alternative annual standards in the 30 study areas where the annual standard is controlling ....... ........................................................................................3-152

Table 3-17. Estimated delta and percent reduction in $PM_{2.5}$-associated mortality for the current and potential alternative annual standards in the 30 study areas where the annual standard is controlling. ........................................................................3-153

Table 3-18. Estimates of $PM_{2.5}$-associated mortality for the current 24-hour standard, and an alternative, in the 11 study areas where the 24-hour standard is controlling. ....3-156

Table 3-19. Average national percent $PM_{2.5}$ reduction in demographic populations aged 65 and over residing in the full set of 47 study areas and subset of 30 study areas controlled by the annual standard......................................................................3-161

Table 3-20. Average national percent $PM_{2.5}$ risk reduction in demographic populations aged 65 and over residing in the full set of 47 study areas and subset of 30 study areas controlled by the annual standard......................................................................3-161

Table 4-1. Key Causality Determinations for $PM_{10-2.5}$ Exposures..............................................4-9

Table 5-1. Key causality determinations for PM-related welfare effects. ................................5-15

# LIST OF FIGURES


Figure 2-1. Comparisons of $PM_{2.5}$ and $PM_{10}$ diameters to human hair and beach sand. ............ 2-2

Figure 2-2. Percent contribution of $PM_{2.5}$ national emissions by source sectors. ....................... 2-5

Figure 2-3. 2017 NEI $PM_{2.5}$ Emissions Density Map, tons per square mile ............................. 2-6

Figure 2-4. Percent contribution of $PM_{10}$ emissions by national source sectors. ....................... 2-7

Figure 2-5. 2017 NEI $PM_{10}$ Emissions Density Map, tons per square mile .............................. 2-7

Figure 2-6. Percent contribution to organic carbon (top panel) and elemental carbon (bottom panel) national emissions by source sectors. ....................................................... 2-9

Figure 2-7. 2017 NEI Elemental Carbon Emissions Density Map, tons per square mile. ......... 2-10

Figure 2-8. Percent contribution to sulfur dioxide (panel A), oxides of nitrogen (panel B), ammonia (panel C), and volatile organic compounds (panel D) national emissions by source sectors. ......................................................................................... 2-11

Figure 2-9. $SO_2$ Emissions Density Map, tons per square mile. ............................................. 2-12

Figure 2-10. $NO_X$ Emissions Density Map, tons per square mile. ......................................... 2-12

Figure 2-11. $NH_3$ Emissions Density Map, tons per square mile. .......................................... 2-12

Figure 2-12. Anthropogenic (including wildfires) VOC Emissions Density Map, tons per square mile. ......................................................................................................... 2-13

Figure 2-13. PM Monitoring stations reporting to EPA's AQS database by PM size fraction, 1970-2020. ....................................................................................................... 2-15

Figure 2-14. National emission trends of $PM_{2.5}$, $PM_{10}$, and precursor gases from 1990 to 2017. .... ............................................................................................................ 2-27

Figure 2-15. Annual average and 98th percentile of 24-hour $PM_{2.5}$ concentrations (in $\mu g/m^3$) from 2017-2019 (top) and linear trends and their associated significance (based on p-values) in $PM_{2.5}$ concentrations from 2000-2019 (bottom). ................................ 2-29

Figure 2-16. Seasonally-weighted annual average $PM_{2.5}$ concentrations in the U.S. from 2000 to 2019 (406 sites). ........................................................................................... 2-30

Figure 2-17. Pearson's correlation coefficient between annual average and 98th percentile of 24-hour $PM_{2.5}$ concentrations from 2000-2019. ..................................................... 2-31

Figure 2-18. Scatterplot of CBSA maximum annual versus CBSA maximum daily design values (2017-2019) with the solid black line representing the ratio of daily and annual NAAQS values. .............................................................................................. 2-32

Figure 2-19. Frequency distribution of 2017-2019 2-hour averages for sites meeting both or violating either $PM_{2.5}$ NAAQS for October to March (blue) and April to September (red). ............................................................................................................ 2-35

Figure 2-20. Annual average $PM_{2.5}$ sulfate, nitrate, organic carbon, and elemental carbon concentrations (in $\mu g/m^3$) from 2017-2019. ...................................................... 2-36

Figure 2-21. Annual average and 2nd highest $PM_{10}$ concentrations (in µg/m$^3$) from 2017-2019 (top) and linear trends and their associated significance in $PM_{10}$ concentrations from 2000-2019 (bottom). 2-38

Figure 2-22. National trends in Annual 2nd Highest 24-Hour $PM_{10}$ concentrations from 2000 to 2019 (262 sites). 2-39

Figure 2-23. Annual average $PM_{2.5}$/$PM_{10}$ ratio for 2017-2019. 2-40

Figure 2-24. $PM_{2.5}$/$PM_{10}$ ratio on days ranking as the second highest yearly $PM_{10}$ concentration and among the top four highest yearly $PM_{2.5}$ concentrations for 2017-2019. 2-40

Figure 2-25. Annual average and 98th percentile $PM_{10-2.5}$ concentrations (µg/m$^3$) from 2017-2019 (top) and linear trends and their associated significance in $PM_{10-2.5}$ concentrations from 2000-2019 (bottom). 2-42

Figure 2-26. Average hourly particle number concentrations from three locations in the State of New York for 2014 to 2015 (green is Steuben County, orange is Buffalo, red is New York City). 2-43

Figure 2-27. Time series of annual average mass and number concentrations (left) and scatterplot of mass vs. number concentration (right) between 2000-2019 in Bondville, IL. 2-44

Figure 2-28. Comparison of CBSA average annual design values and CBSA maximum annual design values for 2017-2019. 2-46

Figure 2-29. Comparison of CBSA average annual design values and CBSA maximum daily design values for 2017-2019. 2-48

Figure 2-30. $R^2$ for ten-fold cross-validation of daily $PM_{2.5}$ predictions in 2015 from three methods for individual sites as a function of observed concentration. 2-52

Figure 2-31. Comparison of 2011 annual average $PM_{2.5}$ concentrations from four methods 2-53

Figure 2-32. Comparison of 2011 annual average $PM_{2.5}$ concentrations from four methods for regions centered on the (a) California (b) New Jersey, and (c) Arizona.. 2-55

Figure 2-33. (a) Spatial distribution of the CV (i.e., standard deviation divided by mean) in percentage units for the four models in Figure 2-29. (b) Boxplot distributions of CV for grid cells binned by the average $PM_{2.5}$ concentration for the four models. 2-56

Figure 2-34. Distance from the center of the 12-km grid cells to the nearest $PM_{2.5}$ monitoring site for $PM_{2.5}$ measurements from the AQS database and IMPROVE network. 2-56

Figure 2-35. Location of $PM_{2.5}$ predictions by range in annual average concentration for the four prediction methods at their native resolution 2-57

Figure 2-36. Annual mean $PM_{2.5}$ from the VD2019 method (van Donkelaar et al., 2019) for 2001, 2006, 2011, and 2016. 2-58

Figure 2-37. Spatial distribution of the annual average $PM_{2.5}$ concentrations for 2015 using the DI2019 surface nationwide (panel A) and for CBSAs only (panel B). 2-59

Figure 2-38. Smoke and fire detections observed by the MODIS instrument onboard the Aqua satellite on August 4th, 2017 accessed through NASA Worldview 2-67

Figure 2-39. Fine PM mass time series during 2017 from the North Cascades IMPROVE site in north central Washington state. ............ 2-67

Figure 2-40. Speciated annual average IMPROVE $PM_{2.5}$ in µg/m$^3$ at select remote monitors during 2004 and 2016. ............ 2-72

Figure 2-41. Site locations for the IMPROVE monitors in Figure 2-40. ............ 2-72

Figure 3-1. Overview of general approach for the reconsideration of the 2020 final decision on the primary $PM_{2.5}$ standards. ............ 3-14

Figure 3-2. Estimated concentration-response function and 95% confidence intervals between $PM_{2.5}$ and cardiovascular mortality in the Six Cities Study (1974-2009). ............ 3-68

Figure 3-3. Estimated $PM_{2.5}$ concentrations using the DI2019 hybrid approach and monitoring locations and design values for the state of Georgia and the Atlanta-Sandy Springs-Roswell, Georgia CBSA. ............ 3-73

Figure 3-4. Epidemiologic studies examining associations between long-term $PM_{2.5}$ exposures and mortality. ............ 3-82

Figure 3-5. Epidemiologic studies examining associations between long-term $PM_{2.5}$ exposures and morbidity. ............ 3-84

Figure 3-6. Epidemiologic studies examining associations between short-term $PM_{2.5}$ exposures and mortality. ............ 3-86

Figure 3-7. Epidemiologic studies examining associations between short-term $PM_{2.5}$ exposures and morbidity. ............ 3-88

Figure 3-8. Monitor-based $PM_{2.5}$ concentrations in key U.S. epidemiologic studies.. ............ 3-109

Figure 3-9. Monitor-based $PM_{2.5}$ concentrations in key Canadian epidemiologic studies.. ............ 3-110

Figure 3-10. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies...... ............ 3-111

Figure 3-11. Hybrid model-predicted $PM_{2.5}$ concentrations in key Canadian epidemiologic studies. ............ 3-112

Figure 3-12. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by spatial scale.. ............ 3-114

Figure 3-13. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations. ............ 3-115

Figure 3-14. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by spatial scale and method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations.. ............ 3-116

Figure 3-15. Illustration of approach to adjusting air quality to simulate just meeting annual standards with levels of 11.0, 9.0, and 8.0 µg/m$^3$. ............ 3-139

Figure 3-16. Map of 47 urban study areas included in risk modeling. ............ 3-142

Figure 3-17. Available epidemiologic associations between long-term $PM_{2.5}$ exposure and mortality outcomes in demographic populations. ............................................ 3-144

Figure 3-18. Distribution of total risk estimates ($PM_{2.5}$-attibutable mortality) for the current and alternative annual standards for the subset of 30 urban study areas where the annual standard is controlling (blue and green bars represent the Pri-$PM_{2.5}$ and Sec-$PM_{2.5}$ estimates, respectively). ........................................................................ 3-154

Figure 3-19. Distribution of the difference in risk estimates between the current annual standard (level of 12.0 $\mu g/m^3$) and alternative annual standards with levels of 11.0, 10.0, 9.0, and 8.0 $\mu g/m^3$ for the subset of 30 urban study areas where the annual standard is controlling. ........................................................................................... 3-155

Figure 3-20. Average $PM_{2.5}$ exposure concentration and $PM_{2.5}$-attributable risk estimates by demographic population when just meeting current or alternative $PM_{2.5}$ standards... ..............................................................................3-159

Figure 3-21. Average change in $PM_{2.5}$ exposure concentration and $PM_{2.5}$-attributable mortality risk estimates by demographic population when moving from the current to alternative $PM_{2.5}$ standards. ................................................................... 3-160

Figure 3-22. $PM_{2.5}$ exposure concentrations and $PM_{2.5}$-attributable mortality risk estimates by demographic population when just meeting current or alternative $PM_{2.5}$ standards... ..............................................................................3-163

Figure 3-23. Change in $PM_{2.5}$ exposure concentrations and $PM_{2.5}$-attributable mortality risk estimates by demographic population when moving from the current to alternative $PM_{2.5}$ standards. ........................................................................................ 3-164

Figure 5-1. Overview of general approach for the reconsideration of the 2020 final decision on the secondary PM standards. ................................................................... 5-13

Figure 5-2. Relationship of viewer acceptability ratings to light extinction. ........................... 5-24

Figure 5-3. Comparison of 90th percentile of daily light extinction, averaged over three years, and 98th percentile of daily $PM_{2.5}$ concentrations, averaged over three years, for 2017-2019 using the original IMPROVE equation. ................................................. 5-31

Figure 5-4. Comparison of 90th percentile of daily light extinction, averaged over three years, and 98th percentile of daily $PM_{2.5}$ concentrations, averaged over three years, for 2017-2019 using the revised IMPROVE equation. ................................................... 5-32

Figure 5-5. Comparison of 90th percentile of daily light extinction, averaged over three years, and 98th percentile of daily $PM_{2.5}$ concentrations, averaged over three years, for 2015-2017 using the Lowenthal and Kumar equation. ............................................... 5-34

to this reconsideration of the primary standard $PM_{10}$. Chapter 5 focuses on policy-relevant aspects of the currently available welfare effects evidence as presented in the 2019 ISA and ISA Supplement, as well as updated quantitative analyses for visibility effects, and identifies and summarizes the key considerations related to this reconsideration of the secondary PM standards.[2] More detail about the process for this reconsideration is described in section 1.4.2 below, and the approach for considering the available information for this reconsideration is presented within Chapters 3, 4, and 5 of this PA.

## 1.1 PURPOSE

The PA evaluates the potential policy implications of the available scientific evidence, as assessed in the ISA, and the potential implications of the available air quality, exposure or risk analyses. The role of the PA is to help "bridge the gap" between the Agency's scientific assessments and quantitative technical analyses, and the judgments required of the Administrator in determining whether it is appropriate to retain or revise the NAAQS.

In evaluating the question of adequacy of the current standards, and whether it may be appropriate to consider alternative standards, the PA focuses on information that is most pertinent to evaluating the standards and their basic elements: indicator, averaging time, form, and level.[3] These elements, which together serve to define each standard, must be considered collectively in evaluating the health and welfare protection the standards afford.

The development of the PA is also intended to facilitate advice to the Agency and recommendations to the Administrator from an independent scientific review committee, the Clean Air Scientific Advisory Committee (CASAC), as provided for in the Clean Air Act (CAA). As discussed below in section 1.2, the CASAC is to advise on subjects including the Agency's assessment of the relevant scientific information and on the adequacy of the current standards, and to make recommendations as to any revisions of the standards that may be

---

[2] The welfare effects considered in this reconsideration include visibility impairment, climate effects, and materials effects (i.e., damage and soiling). Ecological effects associated with PM, and the adequacy of protection provided by the secondary PM standards for them, are being addressed in the separate review of the secondary NAAQS for oxides of nitrogen, oxides of sulfur and PM in recognition of the linkages between oxides of nitrogen, oxides of sulfur, and PM with respect to atmospheric chemistry and deposition, and with respect to ecological effects. Information on the current review of the secondary NAAQS for oxides of nitrogen, oxides of sulfur and PM can be found at *https://www.epa.gov/naaqs/nitrogen-dioxide-no2-and-sulfur-dioxide-so2-secondary-air-quality-standards*.

[3] The indicator defines the chemical species or mixture to be measured in the ambient air for the purpose of determining whether an area attains the standard. The averaging time defines the period over which air quality measurements are to be averaged or otherwise analyzed. The form of a standard defines the air quality statistic that is to be compared to the level of the standard in determining whether an area attains the standard. For example, the form of the annual NAAQS for fine particulate matter is the average of annual mean concentrations for three consecutive years, while the form of the 8-hour NAAQS for carbon monoxide is the second-highest 8-hour average in a year. The level of the standard defines the air quality concentration used for that purpose.

appropriate. The EPA generally makes available to the CASAC and the public one or more drafts of the PA for CASAC review and public comment.

In this PA, we[4] take into account the available scientific evidence, as assessed in the *Integrated Science Assessment for Particulate Matter (Final Report)* (2019 ISA [U.S. EPA, 2019]) and in the ISA Supplement (U.S. EPA, 2022), as well as additional policy-relevant analyses of air quality and risks. The evaluation and conclusions in this document have also been informed by the advice received from the CASAC in its review of the draft PA, and also by public comment received thus far in the reconsideration.

The PA is designed to assist the Administrator in considering the currently available scientific and risk information and formulating judgments regarding the standards. Accordingly, the PA will inform the Administrator's decision in this reconsideration. Beyond informing the Administrator and facilitating the advice and recommendations of the CASAC, the PA is also intended to be a useful reference to all parties interested in the review of the PM NAAQS. In these roles, it is intended to serve as a source of policy-relevant information that informs the Agency's review of the NAAQS for PM, and it is written to be understandable to a broad audience.

## 1.2 LEGISLATIVE REQUIREMENTS

Two sections of the Clean Air Act (CAA) govern the establishment and revision of the NAAQS. Section 108 (42 U.S.C. 7408) directs the Administrator to identify and list certain air pollutants and then to issue air quality criteria for those pollutants. The Administrator is to list those pollutants "emissions of which, in his judgment, cause or contribute to air pollution which may reasonably be anticipated to endanger public health or welfare"; "the presence of which in the ambient air results from numerous or diverse mobile or stationary sources"; and for which he "plans to issue air quality criteria…." (42 U.S.C. § 7408(a)(1)). Air quality criteria are intended to "accurately reflect the latest scientific knowledge useful in indicating the kind and extent of all identifiable effects on public health or welfare which may be expected from the presence of [a] pollutant in the ambient air…." 42 U.S.C. § 7408(a)(2).

Section 109 [42 U.S.C. 7409] directs the Administrator to propose and promulgate "primary" and "secondary" NAAQS for pollutants for which air quality criteria are issued [42 U.S.C. § 7409(a)]. Section 109(b)(1) defines primary standards as ones "the attainment and maintenance of which in the judgment of the Administrator, based on such criteria and allowing

[4] The terms "we," "our," and "staff" throughout this document refer to the staff in the EPA's Office of Air Quality Planning and Standards (OAQPS).

### 1.3.4 Review Completed in 2012

In June 2007, the EPA initiated the fourth periodic review of the air quality criteria and the PM NAAQS by issuing a call for information in the *Federal Register* (72 FR 35462, June 28, 2007). Based on the NAAQS review process, as revised in 2008 and again in 2009,[14] the EPA held science/policy issue workshops on the primary and secondary PM NAAQS (72 FR 34003, June 20, 2007; 72 FR 34005, June 20, 2007), and prepared and released the planning and assessment documents that comprise the review process (i.e., IRP (U.S. EPA, 2008), ISA (U.S. EPA, 2009a), REA planning documents for health and welfare (U.S. EPA, 2009b, U.S. EPA, 2009c), a quantitative health risk assessment (U.S. EPA, 2010a) and an urban-focused visibility assessment (U.S. EPA, 2010b), and PA (U.S. EPA, 2011)). In June 2012, the EPA announced its proposed decision to revise the NAAQS for PM (77 FR 38890, June 29, 2012).

In December 2012, the EPA announced its final decisions to revise the primary NAAQS for PM to provide increased protection of public health (78 FR 3086, January 15, 2013). With regard to primary standards for $PM_{2.5}$, the EPA revised the level of the annual $PM_{2.5}$ standard[15] to 12.0 $\mu g/m^3$ and retained the 24-hour $PM_{2.5}$ standard, with its level of 35 $\mu g/m^3$. For the primary $PM_{10}$ standard, the EPA retained the 24-hour standard to continue to provide protection against effects associated with short-term exposure to thoracic coarse particles (i.e., $PM_{10-2.5}$). With regard to the secondary PM standards, the EPA generally retained the 24-hour and annual $PM_{2.5}$ standards[16] and the 24-hour $PM_{10}$ standard to address visibility and non-visibility welfare effects.

As with previous reviews, petitioners challenged the EPA's final rule. Petitioners argued that the EPA acted unreasonably in revising the level and form of the annual standard and in amending the monitoring network provisions. On judicial review, the revised standards and monitoring requirements were upheld in all respects. *NAM v EPA*, 750 F.3d 921 (D.C. Cir. 2014).

### 1.3.5 Review Completed in 2020

In December 2014, the EPA announced the initiation of the periodic review of the air quality criteria for PM and of the $PM_{2.5}$ and $PM_{10}$ NAAQS and issued a call for information in the *Federal Register* (79 FR 71764, December 3, 2014). On February 9 to 11, 2015, the EPA's NCEA and OAQPS held a public workshop to inform the planning for the review of the PM NAAQS (announced in 79 FR 71764, December 3, 2014). Workshop participants, including a

---

[14] The history of the NAAQS review process, including revisions to the process, is discussed at *https://www.epa.gov/naaqs/historical-information-naaqs-review-process*.

[15] The EPA also eliminated the option for spatial averaging.

[16] Consistent with the primary standard, the EPA eliminated the option for spatial averaging with the annual standard.

wide range of external experts as well as EPA staff representing a variety of areas of expertise (e.g., epidemiology, human and animal toxicology, risk/exposure analysis, atmospheric science, visibility impairment, climate effects), were asked to highlight significant new and emerging PM research, and to make recommendations to the Agency regarding the design and scope of the review. This workshop provided for a public discussion of the key science and policy-relevant issues around which the EPA structured the review of the PM NAAQS and of the most meaningful new scientific information that would be available in the review to inform our understanding of these issues.

The input received at the workshop guided the EPA staff in developing a draft IRP, which was reviewed by the CASAC Particulate Matter Panel and the seven-member chartered CASAC, and was discussed on public teleconferences held in May 2016 (81 FR 13362, March 14, 2016) and August 2016 (81 FR 39043, June 15, 2016). Advice from the seven-member chartered CASAC, as developed with support from the CASAC Particulate Matter Panel, and the public were considered in developing the final IRP for the review (U.S. EPA, 2016). The final IRP discussed the approaches to be taken in developing key scientific, technical, and policy documents in the review and the key policy-relevant issues that frame the EPA's consideration of whether the primary and/or secondary NAAQS for PM should be retained or revised.

In May 2018, the Administrator issued a memorandum describing a "back-to-basics" process for reviewing the NAAQS (Pruitt, 2018). This memo announced the Agency's intention to conduct the review of the PM NAAQS in such a manner as to ensure that any necessary revisions were finalized by December 2020. Following this memo, on October 10, 2018 the Administrator additionally announced that the role of reviewing the key science assessments developed as part of the ongoing review of the PM NAAQS (i.e., drafts of the ISA and PA) would be performed only by the seven-member chartered CASAC (i.e., without the support of the CASAC Particulate Matter Panel that reviewed the draft IRP).[17]

The EPA released the draft ISA in October 2018 (83 FR 53471, October 23, 2018). The draft ISA was reviewed by the chartered CASAC at a public meeting held in Arlington, VA in December 2018 (83 FR 55529, November 6, 2018) and was discussed on a public teleconference in March 2019 (84 FR 8523, March 8, 2019). The CASAC provided its advice on the draft ISA in a letter to the EPA Administrator dated April 11, 2019 (Cox, 2019a). The EPA took steps to address these comments in the final ISA, which was released in December 2019 (U.S. EPA, 2019).

The EPA released the draft PA in September 2019 (84 FR 47944, September 11, 2019). The draft PA was reviewed by the chartered CASAC and discussed in October 2019 at a public

[17] Announcement available at: *https://www.regulations.gov/document/EPA-HQ-OAR-2015-0072-0223*

meeting held in Cary, NC. Public comments were received via a separate public teleconference (84 FR 51555, September 30, 2019). A public meeting to discuss the chartered CASAC letter and response to charge questions on the draft PA was held in Cary, NC in December 2019 (84 FR 58713, November 1, 2019), and the CASAC provided its advice on the draft PA, including its advice on the current primary and secondary PM standards, in a letter to the EPA Administrator dated December 16, 2019 (Cox, 2019b). With regard to the primary standards, the CASAC recommended retaining the current 24-hour $PM_{2.5}$ and $PM_{10}$ standards but did not reach consensus on the adequacy of the current annual $PM_{2.5}$ standard. With regard to the secondary standards, the CASAC recommended retaining the current standards. In response to the CASAC's comments, the 2020 final PA incorporated a number of changes (U.S. EPA, 2020), as described in detail in section I.C.5 of the 2020 proposal (85 FR 24100, April 30, 2020).

On April 14, 2020, the EPA proposed to retain all of the primary and secondary PM standards, without revision. These proposed decisions were published in the Federal Register on April 30, 2020 (85 FR 24094, April 30, 2020). The EPA's final decision on the PM NAAQS was published in the Federal Register on December 18, 2020 (85 FR 82684, December 18, 2020). In the 2020 final decision, the EPA retained the primary and secondary $PM_{2.5}$ and $PM_{10}$ standards, without revision. The EPA received three petitions for judicial review (described in more detail in section 1.4.3 below), as well as three petitions for reconsideration of the 2020 final action.

## 1.4 RECONSIDERATION OF THE 2020 PM NAAQS FINAL ACTION

On January 20, 2021, President Biden issued an "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis," (Executive Order 13990; 86 FR 7037, January 25, 2021)[18] which directed review of certain agency actions. An accompanying fact sheet provides a non-exclusive list of agency actions that agency heads will review in accordance with that order, including the 2020 Particulate Matter NAAQS Decision.[19]

### 1.4.1 Decision to Initiate a Reconsideration

On June 10, 2021, the Agency announced its decision to reconsider the 2020 PM NAAQS final action.[20] The EPA is reconsidering the December 2020 decision because the

[18] See *https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-protecting-public-health-and-environment-and-restoring-science-to-tackle-climate-crisis/*

[19] See *https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/*

[20] The press release for this announcement is available at: *https://www.epa.gov/newsreleases/epa-reexamine-health-standards-harmful-soot-previous-administration-left-unchanged*

available scientific evidence and technical information indicate that the current standards may not be adequate to protect public health and welfare, as required by the Clean Air Act. We note that the 2020 PA concluded that the scientific evidence and information supported revising the level of the primary annual $PM_{2.5}$ standard to below the current level of 12.0 µg/m$^3$ while retaining the primary 24-hour $PM_{2.5}$ standard (U.S. EPA, 2020). The EPA also notes that the 2020 PA concluded that the available scientific evidence and information supported retaining the primary $PM_{10}$ standard and secondary PM standards without revision (U.S. EPA, 2020).

### 1.4.2 Process for Reconsideration of the 2020 PM NAAQS Decision

In its announcement of the reconsideration of the PM NAAQS, the Agency explained that, in support of the reconsideration, it would develop a supplement to the 2019 ISA and a revised PA. The EPA also explained that the draft ISA Supplement and draft PA would be reviewed at a public meeting by the CASAC, and the public would have opportunities to comment on these documents during the CASAC review process, as well as to provide input during the rulemaking through the public comment process and public hearings on the proposed rulemaking.

On March 31, 2021, the Administrator announced his decision to reestablish the membership of the CASAC to "ensure the agency received the best possible scientific insight to support our work to protect human health and the environment."[21] Consistent with this memorandum, a call for nominations of candidates to the EPA's chartered CASAC was published in the Federal Register (86 FR 17146, April 1, 2021). On June 17, 2021, the Administrator announced his selection of the seven members to serve on the chartered CASAC.[22] [23] Additionally, a call for nominations of candidates to a PM-specific panel was published in the Federal Register (86 FR 33703, June 25, 2021). The members of the PM CASAC panel were announced on August 30, 2021.[24]

The draft ISA Supplement was released in September 2021 (86 FR 54186, September 30, 2021). The CASAC PM panel met at a virtual public meeting in November 2021 to review the draft ISA Supplement (86 FR 52673, September 22, 2021). A virtual public meeting was then

---

[21] The press release for this announcement is available at: *https://www.epa.gov/newsreleases/administrator-regan-directs-epa-reset-critical-science-focused-federal-advisory*

[22] The press release for this announcement is available at: *https://www.epa.gov/newsreleases/epa-announces-selections-charter-members-clean-air-scientific-advisory-committee*

[23] The list of members of the chartered CASAC and their biosketches are available at: *https://yosemite.epa.gov/sab/sabpeople.nsf/WebExternalCommitteeRosters?OpenView&committee=CASAC&secondname=Clean%20Air%20Scientific%20Advisory%20Committee%20*

[24] The list of members of the PM CASAC panel and their biosketches are available at: *https://casac.epa.gov/ords/sab/f?p=105:14:9979229564047:::14:P14_COMMITTEEON:2021%20CASAC%20PM%20Panel*

held in February 2022, and during this meeting the chartered CASAC considered the CASAC PM panel's draft letter to the Administrator on the draft ISA Supplement (87 FR 958, January 7, 2022). The chartered CASAC provided its advice on the draft ISA Supplement in a letter to the EPA Administrator dated March 18, 2022 (Sheppard, 2022a). The EPA took steps to address these comments in the final ISA Supplement, which was released in May 2022 (U.S. EPA, 2022).

The evidence presented within the 2019 ISA, along with the targeted identification and evaluation of new scientific information in the ISA Supplement, provides the scientific basis for the reconsideration of the 2020 PM NAAQS final decision. The ISA Supplement focuses on a thorough evaluation of some studies that became available after the literature cutoff date of the 2019 ISA that could either further inform the adequacy of the current PM NAAQS or address key scientific topics that have evolved since the literature cutoff date for the 2019 ISA. In selecting the health effects to evaluate within the ISA Supplement, the EPA focused on health effects for which the evidence supported a "causal relationship" because those were the health effects that were most useful in informing conclusions in the 2020 PA (U.S. EPA, 2022, section 1.2.1).[25] Consistent with the rationale for the focus on certain health effects, in selecting the non-ecological welfare effects to evaluate within the ISA supplement, the EPA focused on the non-ecological welfare effects for which the evidence supported a "causal relationship" and for which quantitative analyses could be supported by the evidence because those were the welfare effects that were most useful in informing conclusions in the 2020 PA.[26] Specifically, for non-ecological welfare effects, the focus within the ISA Supplement is on visibility effects. The ISA Supplement also considers recent health effects evidence that addresses key scientific topics

[25] As described in section 1.2.1 of the ISA Supplement: "In considering the public health protection provided by the current primary $PM_{2.5}$ standards, and the protection that could be provided by alternatives, [the U.S. EPA, within the 2020 PM PA] emphasized health outcomes for which the ISA determined that the evidence supports either a '*causal*' or a '*likely to be causal*' relationship with $PM_{2.5}$ exposures" (U.S. EPA, 2020). Although the 2020 PA initially focused on this broader set of evidence, the basis of the discussion on potential alternative standards primarily focused on health effect categories where the 2019 PM ISA concluded a '*causal relationship*' (i.e., short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality) as reflected in Figures 3-7 and 3-8 of the 2020 PA (U.S. EPA, 2020)."

[26] As described in section 1.2.1 of the ISA Supplement: "The 2019 PM ISA concluded a '*causal relationship*' for each of the welfare effects categories evaluated (i.e., visibility, climate effects and materials effects). While the 2020 PA considered the broader set of evidence for these effects, for climate effects and material effects, it concluded that there remained 'substantial uncertainties with regard to the quantitative relationships with PM concentrations and concentration patterns that limit[ed] [the] ability to quantitatively assess the public welfare protection provided by the standards from these effects' (U.S. EPA, 2020)."

where the literature has evolved since the 2020 review was completed, specifically since the literature cutoff date for the 2019 ISA.[27]

Building on the rationale presented in section 1.2.1, the ISA Supplement considered peer-reviewed studies published from approximately January 2018 through March 2021 that meet the following criteria:

- Health effects:
  - U.S. and Canadian epidemiologic studies for health effect categories where the 2019 PM ISA concluded a "*causal relationship*" (i.e., short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality).
    - U.S. and Canadian epidemiologic studies that employed alternative methods for confounder control or conducted accountability analyses (i.e., examined the effect of a policy on reducing $PM_{2.5}$ concentrations)
- Welfare Effects:
  - U.S. and Canadian studies that provide new information on public preferences for visibility impairment and/or developed methodologies or conducted quantitative analyses of light extinction
- Key Scientific Topics
  - Experimental studies (i.e., controlled human exposure and animal toxicological) conducted at near-ambient $PM_{2.5}$ concentrations experienced in the U.S.
  - U.S. and Canadian-based epidemiologic studies that examined the relationship between $PM_{2.5}$ exposures and severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection and coronavirus disease 2019 (COVID-19) death
  - At-Risk Populations
    - U.S.- and Canadian-based epidemiologic or exposure studies examining potential disparities in either $PM_{2.5}$ exposures or the risk of health effects by race/ethnicity or socioeconomic status (SES)

Given the narrow scope of the ISA Supplement, it is important to recognize that the evaluation does not encompass the full multidisciplinary evaluation presented within the 2019 ISA that would result in weight-of-evidence conclusions on causality (i.e., causality determinations). The ISA Supplement critically evaluates and provides key study specific information for those recent studies deemed to be of greatest significance for informing preliminary conclusions on the PM NAAQS in the context of the body of evidence and scientific conclusions presented in the 2019 ISA. In its review of the draft ISA Supplement, the CASAC

[27] These key scientific topics include experimental studies conducted at near-ambient concentrations, epidemiologic studies that employed alternative methods for confounder control or conducted accountability analyses, studies that assess the relationship between $PM_{2.5}$ exposure and severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection and coronavirus disease 2019 (COVID-19) death; and in accordance with recent EPA goals on addressing environmental justice, studies that examine disparities in $PM_{2.5}$ exposure and the risk of health effects (U.S. EPA, 2022, section 1.2.1).

noted that they found "the Draft ISA Supplement to be a well-written, comprehensive evaluation of the new scientific information published since the 2019 PM ISA" (Sheppard, 2022a, p. 2 of letter). Furthermore, the CASAC stated that "the final Integrated Science Assessment (ISA) Supplement… deserve[s] the Administrator's full consideration and [is] adequate for rulemaking" (Sheppard, 2022a, p. 2 of letter). However, recognizing the limited scope of the draft ISA Supplement, the CASAC stated that "[a]lthough this limitation is appropriate for the targeted purpose of the Draft ISA Supplement…this limiting of scope applies only to this document and is not intended to establish a precedent for future ISAs" (Sheppard, 2022a, p. 2 of letter).

The draft PA was released in October 2021 (86 FR 56263, October 8, 2021). The CASAC PM panel met at a virtual public meeting in December 2021 to review the draft PA (86 FR 52673, September 22, 2021). A virtual public meeting was then held in February 2022 and March 2022, and during this meeting the chartered CASAC considered the CASAC PM panel's draft letter to the Administrator on the draft PA (87 FR 958, January 7, 2022). The chartered CASAC provided its advice on the draft PA in a letter to the EPA Administrator dated March 18, 2022 (Sheppard, 2022b). The EPA took steps to address these comments finalizing this PA. This PA considers the scientific evidence presented in the 2019 ISA and ISA Supplement, and considers the quantitative and technical information presented in the 2020 PA, along with updated and newly available analyses since the completion of the 2020 review. For those health and welfare effects for which the ISA Supplement evaluated recently available evidence and for which updated quantitative analyses were supported (i.e., $PM_{2.5}$-related health effects and visibility effects), the PA includes consideration of this newly available scientific and technical information in reaching preliminary conclusions. For those health and welfare effects for which newly available scientific and technical information were not evaluated (i.e., $PM_{10-2.5}$-related health effects and non-visibility effects), the conclusions presented in this PA rely heavily on the information that supported the conclusions in the 2020 PA.

### 1.4.3 Ongoing Litigation

Following publication of the 2020 final action, several parties filed petitions for review of the EPA's final decision in the D.C. Circuit and the Court consolidated the cases. In order to consider whether reconsideration of the 2020 final action was warranted, the EPA moved for two 90-day abeyances in these consolidated cases, which the Court granted. After the EPA announced that is reconsidering the 2020 final decision, the EPA filed a motion with the Court to hold the consolidated cases in abeyance until March 1, 2023, which the court granted on October 1, 2021.

materials such as microorganisms, pollen, and plant and insect debris (U.S. EPA, 2019a, section 2.3.2.1).

In sections 2.1.1.1 and 2.1.1.2 below, we describe the most recently available information on sources contributing to $PM_{2.5}$ and $PM_{10}$ emissions into ambient air, respectively, based on the 2017 National Emissions Inventory (NEI).[2] In section 2.1.1.3, we describe information on sources contributing to emissions of PM components and precursor gases, with a focus on the 2017 NEI. Section 2.3.1 discusses emission trends and identifies the sectors that have experienced the most change in direct PM and precursor emissions from 1990 to 2017. It should be noted that major decreases have been observed in $NO_X$ and $SO_2$ emissions over this time, with continued reductions observed from the 2014 NEI to the 2017 NEI. For a more detailed review of the changes in PM and PM precursor emissions from the 2014 NEI to the 2017 NEI, please refer to the 2017 NEI Technical Support Document (U.S. EPA, 2021).

#### 2.1.1.1 Sources Contributing to Primary $PM_{2.5}$ Emissions

The National Emissions Inventory (NEI) is a comprehensive and detailed estimate of air emissions of criteria pollutants, criteria pollutant precursors, and hazardous air pollutants from a comprehensive set of air emissions sources, including point sources (e.g., electric generating units, boilers, etc.), nonpoint (or area) sources (e.g., oil & gas, residential wood combustion, and many other dispersed sources), mobiles sources, and events (large fires). There are over 3,000 sources for which the NEI is developed. The NEI is released every three years based primarily upon data provided by state, local, and tribal air agencies for sources in their jurisdictions and supplemented by data developed by the EPA. The NEI is built using the Emissions Inventory System (EIS) first to collect the data from state, local, and tribal air agencies and then to blend that data with other data sources.

Based on the 2017 NEI, approximately 5.7 million tons/year of $PM_{2.5}$ were estimated to be directly emitted to the atmosphere from a number of source sectors in the U.S. This total excludes sources that are not a part of the NEI (e.g., windblown dust, geogenic sources). As shown in Figure 2-2, nearly half of the total primary $PM_{2.5}$ emissions nationally are contributed by the dust and fire sectors together. Dust includes agricultural, construction, and road dust. Of these, agricultural dust and road dust in sum make the greatest contributions to $PM_{2.5}$ emissions nationally. Fires include wildfires, prescribed fires, and agricultural fires, with wildfires and prescribed fires accounting for most of the fire-related primary $PM_{2.5}$ emissions nationally (U.S.

[2] These sections do not provide a comprehensive list of all sources, nor do they provide estimates of emission rates or emission factors for all source categories. Individual subsectors of source types were aggregated up to a sector level as used in Figure 2-2 and Figure 2-4. More information about the sectors and subsectors can be found as a part of the 2017 NEI (U.S. EPA, 2021).

EPA, 2019a, section 2.3.1.1). Other lesser-contributing anthropogenic sources of $PM_{2.5}$ emissions nationally include stationary fuel combustion and agriculture sources.




**Figure 2-2. Percent contribution of $PM_{2.5}$ national emissions by source sectors.** (Source: 2017 NEI)

The relative contributions of specific sources to annual emissions of primary $PM_{2.5}$ can vary from location to location, with a notable difference in contributions of sources of $PM_{2.5}$ emissions in urban areas compared to national emissions. For example, the 2019 ISA illustrates this variation of primary $PM_{2.5}$ emissions with data from five urban counties in the U.S. (U.S. EPA, 2019a, Figure 2-3).[3] Across the majority of these urban areas, the largest $PM_{2.5}$-emitting sectors are mobile sources and fuel combustion. This is in contrast to fires, which account for the largest fraction of primary emissions nationally but make much smaller contributions in many urban counties (U.S. EPA, 2019a, section 2.3.1.2, Figure 2-3). While primary $PM_{2.5}$ from mobile sources are a dominant contributor in some urban areas, accounting for an estimated 13 to 30% of the total primary $PM_{2.5}$ emissions, mobile sources contribute only about 5% to total primary $PM_{2.5}$ emissions nationally as shown in Figure 2-2.

Another way to examine the emissions data shown in Figure 2-2 is by county. Figure 2-3 presents county-based total $PM_{2.5}$ emissions divided by the area of the county to normalize for differences in county size. This "emissions density" map highlights regions of the country with

[3] The five counties included in the 2019 ISA analysis include Queens County, NY, Philadelphia County, PA, Los Angeles County, CA, Sacramento County, CA, and Maricopa County (Phoenix), AZ (U.S. EPA, 2019a, section 2.3.1.2).

the highest total $PM_{2.5}$ emissions by county accounting for county size. While Figure 2-3 shows total $PM_{2.5}$ emissions, different sectors will contribute at different levels across the country.




**Figure 2-3. 2017 NEI $PM_{2.5}$ Emissions Density Map, tons per square mile**

#### 2.1.1.2 Sources Contributing to Primary $PM_{10}$ Emissions

Although the NEI does not estimate emissions of $PM_{10-2.5}$ (coarse PM) specifically, estimates of $PM_{10}$ emissions can provide insight into sources of coarse particles. Thus, the discussion below focuses on $PM_{10}$ emissions. The relative contributions of key sources to national $PM_{10}$ emissions, based on the 2017 NEI, are shown in Figure 2-4. Total $PM_{10}$ emissions are estimated to be about 17 million tons. National emissions of $PM_{10}$ are dominated by dust and agriculture, contributing a combined 70% of the total emissions. Current NEI estimates of dust emissions across the U.S. are based on limited emissions profile and activity information. For a number of reasons, quantification of dust emissions is highly uncertain. Much like wildfires, dust emissions are common but intermittent emissions sources. Additionally, the suspension and resuspension of dust is difficult to quantify. Moreover, some dust particles in the $PM_{10-2.5}$ size range are also transported internationally and are considered as a part of the background component of PM as opposed to a primary emission of coarse PM (U.S. EPA, 2019a, section 2.3.3).

As with $PM_{2.5}$, the relative contributions of sources to total $PM_{10}$ emissions varies from location to location (e.g., depending on local climate, geography, degree of urbanization, etc.). However, unlike $PM_{2.5}$, the sectors included in Figure 2-4 are expected to be among the most important contributors to coarse PM emissions at both the national and more regional levels, particularly given the sources of the particles in these source categories (e.g., mineral dust, primary biological aerosols (including pollen), sea spray). As noted previously, the NEI does not include sources such as pollen, sea spray, windblown dust, or geogenic sources, though those sources also likely contribute to $PM_{10}$ emissions. Figure 2-4 shows the national contributions to

stationary sources, although not ruling out microscale[10] monitoring in some instances (40 CFR Part 58 Appendix D, 4.6 (b)). The $PM_{10}$ monitoring network peaked in size in 1995 with 1,665 stations reporting data.

In 2020, there were 680 $PM_{10}$ stations in operation to support comparison of the $PM_{10}$ data to the NAAQS, trends, and reporting and forecasting of the AQI. Though the $PM_{10}$ network is relatively stable, monitoring agencies may continue divesting of some of the $PM_{10}$ monitoring stations where concentration levels are low relative to the NAAQS.

While the $PM_{10}$ network is national in scope, there are areas of the west, such as California and Arizona, with substantially higher $PM_{10}$ station density than the rest of the country. In the $PM_{10}$ mass network, 385 of the stations operate automated continuous mass monitors approved as FEMs and 295 operate FRMs. About 30 of the $PM_{10}$ stations have collocation with both continuous FEMs and FRMs. More than half of the $PM_{10}$ stations with FRMs operate on a sample frequency of one in every sixth day, with about 55 stations operating every third day and another 55 stations operating every day.

### 2.2.3 $PM_{2.5}$ Monitoring

To support the 1997 $PM_{2.5}$ NAAQS, the first PM standard with $PM_{2.5}$ as an indicator, the EPA and states implemented a $PM_{2.5}$ network consisting of ambient air monitoring sites with mass and/or chemical speciation measurements. Network operation began in 1999 with nearly 1,000 monitoring stations operating FRMs to measure fine particle mass. The $PM_{2.5}$ monitoring program remains one of the major ambient air monitoring programs operated across the country.

For most urban locations, $PM_{2.5}$ monitors are sited at the neighborhood scale,[11] where $PM_{2.5}$ concentrations are reasonably homogeneous throughout an entire urban sub-region. In each

[10] For $PM_{10}$, microscale is defined as follows: This scale would typify areas such as downtown street canyons, traffic corridors, and fence line stationary source monitoring locations where the general public could be exposed to maximum $PM_{10}$ concentrations. Microscale particulate matter sites should be located near inhabited buildings or locations where the general public can be expected to be exposed to the concentration measured. Emissions from stationary sources such as primary and secondary smelters, power plants, and other large industrial processes may, under certain plume conditions, likewise result in high ground level concentrations at the microscale. In the latter case, the microscale would represent an area impacted by the plume with dimensions extending up to approximately 100 meters. Data collected at microscale sites provide information for evaluating and developing hot spot control measures.

[11] For $PM_{2.5}$, neighborhood scale is defined as follows: Measurements in this category would represent conditions throughout some reasonably homogeneous urban sub-region with dimensions of a few kilometers and of generally more regular shape than the middle scale. Homogeneity refers to the particulate matter concentrations, as well as the land use and land surface characteristics. Much of the $PM_{2.5}$ exposures are expected to be associated with this scale of measurement. In some cases, a location carefully chosen to provide neighborhood scale data would represent the immediate neighborhood as well as neighborhoods of the same type in other parts of the city. $PM_{2.5}$ sites of this kind provide good information about trends and compliance with standards because they often represent conditions in areas where people commonly live and work for periods comparable to those specified in the NAAQS. In general, most $PM_{2.5}$ monitoring in urban areas should have this scale.

**Table 2-2. Percent Changes in PM and PM precursor emissions in the NEI for the time periods 1990-2017 and 2002-2017.**

| Pollutant | Percent Change in Emissions: 1990 to 2017 | Percent Change in Emissions: 2002 to 2017 | Major Sources that contribute to changes over time |
|---|---|---|---|
| $NH_3$ | -3.1% | +5.6% | Agricultural Sources (Fertilizer and Livestock Waste), Fires |
| $NO_X$ | -62% | -60% | EGUs, Mobile Sources |
| $SO_2$ | -90% | -84% | EGUs, other Stationary Sources |
| VOCs | -45% | -26% | Solvents, Fires, Mobile Sources |
| $PM_{2.5}$ | -36% | -14% | Dust, Fires |
| $PM_{10}$ | -43% | -25% | Dust, Fires |

## 2.3.2 Trends in Monitored Ambient Concentrations

### 2.3.2.1 National Characterization of $PM_{2.5}$ Mass

At long-term monitoring sites in the U.S., annual $PM_{2.5}$ concentrations from 2017 to 2019 averaged 8.0 µg/m$^3$ (with the 10th and 90th percentiles at 5.9 and 10.0 µg/m$^3$, respectively) and the 98th percentiles of 24-hour concentrations averaged 21.3 µg/m$^3$ (with the 10th and 90th percentiles at 14.0 and 29.7 µg/m$^3$, respectively). Figure 2-15 (top panels) shows that the highest ambient $PM_{2.5}$ concentrations occur in the west, particularly in California and the Pacific northwest. Much of the eastern U.S. has lower ambient concentrations, with annual average concentrations generally well below 12.0 µg/m$^3$ and 98th percentiles of 24-hour concentrations generally at or below 30 µg/m$^3$.

These concentrations are distinct from design values in part because they include days with episodic events like wildfires and dust storms which can have very high $PM_{2.5}$ and/or $PM_{10}$ concentrations. The EPA's Exceptional Events Rule (81 FR 68216, October 3, 2016), most recently updated in 2016, describes the process by which these events can be excluded from the design values used for comparison to the NAAQS. For the remainder of Chapter 2, episodic events are included in the calculations of PM concentrations. When design values are discussed in Chapter 2, regionally-concurred exceptional events (as of June 2021) have been excluded from the analysis.[26]

[26] Regionally-concurred exceptional events are unusual or naturally-occurring events such as wildfires or high wind dust events that have 1) resulted in $PM_{2.5}$ concentrations above the level of the NAAQS, 2) been submitted by tribal, state or local air agencies under the EPA's Exceptional Events Rule to their respective EPA Region, and 3) received concurrence.




**Figure 2-15. Annual average and 98th percentile of 24-hour $PM_{2.5}$ concentrations (in μg/m$^3$) from 2017-2019 (top) and linear trends and their associated significance (based on p-values) in $PM_{2.5}$ concentrations from 2000-2019 (bottom).**

Analysis of monthly data indicate distinct peaks in national ambient $PM_{2.5}$ concentrations during the summer and the winter (U.S. EPA, 2019a, Figure 2-22). Through 2008, the summer peaks reflected the highest national average $PM_{2.5}$ concentrations. These summer peaks in ambient $PM_{2.5}$ concentrations were largely a consequence of summertime peaks in $SO_2$ emissions from power plants in the eastern U.S., and subsequent sulfate formation. However, substantial reductions in $SO_2$ emissions (see above and U.S. EPA, 2019a, sections 2.5.1.1.1 and 2.5.2.2.1) have changed this pattern. Starting in 2009, winter peaks in national average $PM_{2.5}$ concentrations have been higher than those in the summer (U.S. EPA, 2019a, section 2.5.2.2.1). This pattern is illustrated by data from 2013 to 2015, when average winter $PM_{2.5}$ concentrations were about 11 μg/m$^3$, average summer concentrations were about 9 μg/m$^3$, and average spring and fall concentrations were about 7 μg/m$^3$ (Chan et al., 2018).

The ambient $PM_{2.5}$ concentrations in Figure 2-15 reflect the substantial reductions that have occurred across much of the U.S. over recent years (Figure 2-15, bottom panels and Figure 2-16). From 2000 to 2019, national annual average $PM_{2.5}$ concentrations have declined from 13.5 μg/m$^3$ to 7.6 μg/m$^3$, a 43% decrease (Figure 2-16).[27] These declines have occurred at both urban and rural monitoring sites, although urban $PM_{2.5}$ concentrations remain consistently higher than those in rural areas (Chan et al., 2018) due to the so-called "urban increment" of $PM_{2.5}$ from local sources in an urban area that is additive to the regional and natural background $PM_{2.5}$ concentrations.




**Figure 2-16. Seasonally-weighted annual average $PM_{2.5}$ concentrations in the U.S. from 2000 to 2019 (406 sites).** (Note: The white line indicates the mean concentration while the gray shading denotes the 10th and 90th percentile concentrations.)

[27] See https://www.epa.gov/air-trends/particulate-matter-pm25-trends for up-to-date $PM_{2.5}$ trends information.

Analyses at individual monitoring sites indicate that declines in ambient $PM_{2.5}$ concentrations have been most consistent across the eastern U.S. and in parts of coastal California, where both annual average and 98th percentiles of 24-hour concentrations have declined significantly (Figure 2-15, bottom panels). In contrast, trends in ambient $PM_{2.5}$ concentrations have been less consistent over much of the western U.S., with no significant changes since 2000 observed at some sites in the Pacific northwest, the northern Rockies and plains, and the southwest, particularly for 98th percentiles of 24-hour concentrations (Figure 2-15, bottom panels). Trends in annual average $PM_{2.5}$ concentrations have been highly correlated with trends in 98th percentiles of 24-hour concentrations at individual sites (Figure 2-17). Such correlations are highest across the eastern U.S. and in coastal California, and are somewhat lower, though still generally positive, at sites in the Central and Western U.S. (i.e., outside of coastal California).




**Figure 2-17. Pearson's correlation coefficient between annual average and 98th percentile of 24-hour $PM_{2.5}$ concentrations from 2000-2019.**

### 2.3.2.2 Characterization of $PM_{2.5}$ Mass at Finer Spatial and Temporal Scales

#### 2.3.2.2.1 CBSA Maximum Annual Versus Daily Design Values

Analysis of recent air quality indicates that maximum annual and daily $PM_{2.5}$ design values within a CBSA are positively correlated with some noticeable regional variability (Figure 2-18). In the Southeast, Northeast, and Industrial Midwest regions, the annual design values are high relative to the daily design values due in part to the infrequent impacts of episodic events

like wildfire or dust storms. On the other hand, the Northwest region has very high daily design values relative to the annual design values. This is due to episodically high $PM_{2.5}$ concentrations that affect the region, both from wintertime stagnation events and summer/fall wildfire smoke events.[28] The relatively small population and low emissions in the region result in much lower $PM_{2.5}$ concentrations during the other parts of the year not affected by these episodes.




**Figure 2-18. Scatterplot of CBSA maximum annual versus CBSA maximum daily design values (2017-2019) with the solid black line representing the ratio of daily and annual NAAQS values.**

#### 2.3.2.2.2 $PM_{2.5}$ Near Major Roadways

Because of its longer atmospheric lifetime (U.S. EPA, 2019a, section 2.2), $PM_{2.5}$ is expected to exhibit less spatial variability on an urban scale than UFP or $PM_{10\text{-}2.5}$ (U.S. EPA,

[28] Due to the recent time period shown in Figure 2-18, it is likely that some of the annual and daily design values are affected by potential exceptional events associated with wildfire smoke that have yet to be regionally-concurred and removed from the design value calculations. The EPA defines exceptional events as unusual or natural-occurring events that that affect air quality but are not reasonably controllable using techniques that tribal, state, or local air agencies may implement. This is especially likely for the daily design values in the Northwest region, which experienced frequent wildfire smoke events during the 2017-2019 period.

2019a, section 2.5.1.2.1). Analyses in the 2009 ISA for PM indicated that correlations between $PM_{2.5}$ monitoring sites up to a distance of 100 km from each other were greater than 0.75 in most urban areas. However, more substantial spatial variation has been reported for some urban areas, due in part to proximity between monitors and emissions sources (U.S. EPA, 2019a, section 2.5.1.2.1). The recent deployment of $PM_{2.5}$ monitors near major roads in large urban areas provides some insight into the localized $PM_{2.5}$ concentration increment due to vehicular emissions.

As discussed above, in the 2012 review of the PM NAAQS, the EPA required monitoring of $PM_{2.5}$, along with $NO_2$ and CO, near major roads in CBSAs with populations greater than 1 million. $PM_{2.5}$ monitoring was required to start for the largest CBSAs at the beginning of 2015, and several years of data are now available for analysis at these sites. DeWinter et al. (2018) analyzed these data and found that the average near-road increment (difference between near-road $PM_{2.5}$ concentrations and the concentrations at other sites in the same CBSA) was 1.2 $\mu g/m^3$ for 2014-2015. Gantt et al. (2021) found that this near-road increment from the 74 near-road sites deployed in 2018 exhibited a diurnal cycle, with a peak of 1.8 $\mu g/m^3$ during the morning rush hour relative to a 1.0 $\mu g/m^3$ daily average. This near-road increment likely is additive to the urban increment of $PM_{2.5}$ from local sources in the CBSA including mobile sources on the numerous non-highway roads that are not monitored by the near-road network. For 2016-2018, Gantt et al. (2021) also reported that 52% and 24% of the time the near-road sites reported the highest annual and 24-hour $PM_{2.5}$ design value in the CBSA, respectively. Of the CBSAs with the highest annual design values at near-road sites reported by Gantt et al. (2021), those design values were, on average, 0.8 $\mu g/m^3$ higher than at the highest measuring non-near-road sites (range is 0.1 to 2.1 $\mu g/m^3$ higher at near-road sites).

Although most near-road monitoring sites do not have sufficient data to evaluate long-term trends in near-road $PM_{2.5}$ concentrations, Gantt et al. (2021) analyzed data at one long-term near-road-like site in Elizabeth, NJ,[29] and found that the annual average $PM_{2.5}$ increment has generally decreased between 2001 and 2018 from about 2.0 $\mu g/m^3$ to about 1.3 $\mu g/m^3$. The trend in the near-road increment of elemental carbon at the Elizabeth, NJ site has shown a similar reduction, with values of ~1.0 $\mu g/m^3$ in 2001 decreasing to ~0.5 $\mu g/m^3$ in 2018. These data are consistent with the timing of EPA emission standards for motor vehicles.[30] Although long-term data are not available at other near-road sites, the national scope of the diesel vehicle controls

[29] The Elizabeth Lab site in Elizabeth, NJ is situated approximately 30 meters from travel lanes of the Interchange 13 toll plaza of the New Jersey Turnpike and within 200 meters of travel lanes for Interstate 278 and the New Jersey Turnpike.

[30] See https://www.epa.gov/diesel-fuel-standards/diesel-fuel-standards-and-rulemakings#nonroad-diesel.

suggests the near-road environment across the U.S. may have experienced similar decreasing trends in near-road $PM_{2.5}$ increments.

#### 2.3.2.2.3 Sub-Daily Concentrations of $PM_{2.5}$

Ambient $PM_{2.5}$ concentrations can exhibit a diurnal cycle that varies due to impacts from intermittent emission sources, meteorology, and atmospheric chemistry. The $PM_{2.5}$ monitoring network in the U.S. has an increasing number of continuous FEM monitors reporting hourly $PM_{2.5}$ mass concentrations that reflect this diurnal variation. The 2019 ISA describes a two-peaked diurnal pattern in urban areas, with morning peaks attributed to rush-hour traffic and afternoon peaks attributed to a combination of rush hour traffic, decreasing atmospheric dilution, and nucleation (U.S. EPA, 2019a, section 2.5.2.3, Figure 2-32). Because a focus on annual average and 24-hour average $PM_{2.5}$ concentrations could mask sub-daily patterns, and because some health studies examine PM exposure durations shorter than 24-hours, it is useful to understand the broader distribution of sub-daily $PM_{2.5}$ concentrations across the U.S. Figure 2-19 below presents the frequency distribution of 2-hour average $PM_{2.5}$ mass concentrations from all FEM $PM_{2.5}$ monitors in the U.S. for 2017-2019.[31] At sites meeting the current primary $PM_{2.5}$ standards, these 2-hour concentrations generally remain below 10 $\mu g/m^3$, and rarely exceed 30 $\mu g/m^3$. Two-hour concentrations are higher at sites violating the current standards, generally remaining below 16 $\mu g/m^3$ and rarely exceeding 80 $\mu g/m^3$.

[31] As discussed further in section 3.2, $PM_{2.5}$ controlled human exposure studies often examine 2-hour exposures. Thus, when evaluating those studies in the context of the current primary $PM_{2.5}$ standards, it is useful to consider the distribution of 2-hour $PM_{2.5}$ concentrations. Similar analyses of 4-hour and 5-hour $PM_{2.5}$ concentrations are presented in Appendix A, Figure A-2 and Figure A-3, respectively.




**Figure 2-19. Frequency distribution of 2017-2019 2-hour averages for sites meeting both or violating either $PM_{2.5}$ NAAQS for October to March (blue) and April to September (red).**

The extreme upper end of the distribution of 2-hour $PM_{2.5}$ concentrations is shifted higher during the warmer months (red in Figure 2-19), generally corresponding to the period of peak wildfire frequency (April to September) in the U.S. At sites meeting the current primary standards, the highest 2-hour concentrations measured rarely occur outside of the period of peak wildfire frequency. Most of the sites measuring these very high concentrations are in the northwestern U.S. and California, where wildfires have been relatively common in recent years (see Appendix A, Figure A-1). When the period of peak wildfire frequency is excluded from the analysis (blue in Figure 2-19), the extreme upper end of the distribution is reduced.

#### 2.3.2.3 Chemical Composition of $PM_{2.5}$

Based on recent air quality data, the major chemical components of $PM_{2.5}$ have distinct spatial distributions. Sulfate concentrations tend to be highest in the eastern U.S., while in the Ohio Valley, Salt Lake Valley, and California nitrate concentrations are highest and relatively high concentrations of organic carbon are widespread across most of the Continental U.S., as shown in Figure 2-20. Elemental carbon, crustal material, and sea-salt are found to have the highest concentrations in the northeast U.S., southwest U.S., and coastal areas, respectively.




**Figure 2-20. Annual average $PM_{2.5}$ sulfate, nitrate, organic carbon, and elemental carbon concentrations (in μg/$m^3$) from 2017-2019.**

An examination of $PM_{2.5}$ composition trends can provide insight into the factors contributing to overall reductions in ambient $PM_{2.5}$ concentrations. The biggest change in $PM_{2.5}$ composition that has occurred in recent years is the reduction in sulfate concentrations due to reductions in $SO_2$ emissions. Between 2000 and 2015, the nationwide annual average sulfate concentration decreased by 17% at urban sites and 20% at rural sites. This change in sulfate concentrations is most evident in the eastern U.S. and has resulted in organic matter or nitrate now being the greatest contributor to $PM_{2.5}$ mass in many locations (U.S. EPA, 2019a, Figure 2-19). The overall reduction in sulfate concentrations has contributed substantially to the decrease in national average $PM_{2.5}$ concentrations as well as the decline in the fraction of $PM_{10}$ mass accounted for by $PM_{2.5}$ (U.S. EPA, 2019a, section 2.5.1.1.6; section 2.3.1 above).

#### 2.3.2.4 National Characterization of $PM_{10}$ Mass

At long-term monitoring sites in the U.S., the 2017-2019 average of 2nd highest 24-hour $PM_{10}$ concentration was 68 μg/$m^3$ (with the 10th and 90th percentiles at 28 and 124 μg/$m^3$,

respectively) (Figure 2-21, top panels).[32] The highest $PM_{10}$ concentrations tend to occur in the western U.S. Seasonal analyses indicate that ambient $PM_{10}$ concentrations are generally higher in the summer months than at other times of year, though the most extreme high concentration events are more likely in the spring (U.S. EPA, 2019a, Table 2-5). This is due to fact that the major $PM_{10}$ emission sources, dust and agriculture, are more active during the warmer and drier periods of the year.

[32] The form of the current 24-hour $PM_{10}$ standard is one-expected-exceedance, averaged over three years.




**Figure 2-21. Annual average and 2nd highest $PM_{10}$ concentrations (in μg/m$^3$) from 2017-2019 (top) and linear trends and their associated significance in $PM_{10}$ concentrations from 2000-2019 (bottom).**

Recent ambient $PM_{10}$ concentrations reflect reductions that have occurred across much of the U.S. (Figure 2-21, bottom panels). From 2000 to 2019, 2nd highest 24-hour $PM_{10}$ concentrations have declined by about 46% (Figure 2-22).[33] Analyses at individual monitoring sites indicate that annual average $PM_{10}$ concentrations have declined at most sites across the U.S., with much of the decrease in the eastern U.S. associated with reductions in $PM_{2.5}$ concentrations. Annual second highest 24-hour $PM_{10}$ concentrations have generally declined in the eastern U.S., while concentrations in the much of the midwest and western U.S. have remained unchanged or increased since 2000 (Figure 2-21, bottom panels).




**Figure 2-22. National trends in Annual 2nd Highest 24-Hour $PM_{10}$ concentrations from 2000 to 2019 (262 sites).** (Note: The white line indicates the mean concentration while the gray shading denotes the 10th and 90th percentile concentrations.)

Compared to previous reviews, data available from the NCore monitoring network in the current reconsideration allows a more comprehensive analysis of the relative contributions of $PM_{2.5}$ and $PM_{10-2.5}$ to $PM_{10}$ mass. $PM_{2.5}$ generally contributes more to annual average $PM_{10}$ mass in the eastern U.S. than the western U.S. (Figure 2-23). At most sites in the eastern U.S., the majority of $PM_{10}$ mass is comprised of $PM_{2.5}$. As ambient $PM_{2.5}$ concentrations have declined in the eastern U.S. (section 2.3.2.2, above), the ratios of $PM_{2.5}$ to $PM_{10}$ have also declined.

[33] For more information, see https://www.epa.gov/air-trends/particulate-matter-pm10-trends#pmnat.




**Figure 2-23. Annual average $PM_{2.5}/PM_{10}$ ratio for 2017-2019.**

For sites with days having concurrently very high $PM_{2.5}$ and $PM_{10}$ concentrations (Figure 2-24), the $PM_{2.5}/PM_{10}$ ratios are typically higher than the annual average ratios. This is particularly true in the northwestern U.S. where the high $PM_{10}$ concentrations can occur during wildfires with high $PM_{2.5}$.




**Figure 2-24. $PM_{2.5}/PM_{10}$ ratio on days ranking as the second highest yearly $PM_{10}$ concentration and among the top four highest yearly $PM_{2.5}$ concentrations for 2017-2019.**

#### 2.3.2.5 National Characterization of $PM_{10-2.5}$ Mass

Since the 2012 review, the availability of $PM_{10-2.5}$ ambient concentration data has greatly increased. As illustrated in Figure 2-25[34] (top panels), annual average and 98th percentile $PM_{10-2.5}$ concentrations exhibit less distinct differences between the eastern and western U.S. than for either $PM_{2.5}$ or $PM_{10}$. Due to the short atmospheric lifetime of $PM_{10-2.5}$ relative to $PM_{2.5}$, many of the high concentration sites in Figure 2-25 are isolated and likely near emission sources associated with wind-blown and fugitive dust. The spatial distributions of annual average and 98th percentile concentations of $PM_{10-2.5}$ are more similar than that of $PM_{2.5}$, suggesting that the same dust-related emission sources are affecting both long-term and episodic concentrations. The highest concentrations of $PM_{10-2.5}$ are in the southwest U.S. where widespread dry and windy conditions contribute to wind-blown dust emissions. Additionally, compared to $PM_{2.5}$ and $PM_{10}$, changes in $PM_{10-2.5}$ concentrations have been small in magnitude and inconsistent in direction (Figure 2-25, lower panels). The majority of $PM_{10-2.5}$ sites in the U.S. do not have a concentration trend from 2000-2019, reflecting the relatively consistent level of dust emissions across the U.S. during the same time period.[35]

[34] The sites shown in Figure 2-25 have a data completeness of either 75% or ≥182 valid days in each year.

[35] PM from dust emissions in the NEI remain fairly consistent from year-to-year, except when there are severe weather incursions or there is a dust event that transports or causes major local dust storms to occur (particularly in the western U.S.). These dust events and weather incursions needed to effect dust emissions on a national level are not common and only seldomly occur. In the emissions trends analysis presented in section 2.1.1 above, dust is included in the NEI sector labeled "miscellaneous."




**Figure 2-25. Annual average and 98th percentile $PM_{10-2.5}$ concentrations (μg/m$^3$) from 2017-2019 (top) and linear trends and their associated significance in $PM_{10-2.5}$ concentrations from 2000-2019 (bottom).**

#### 2.3.2.6 Characterization of the Ultrafine Fraction of $PM_{2.5}$ Mass

Compared to $PM_{2.5}$ mass, there is relatively little data on U.S. particle number concentrations, which are dominated by UFP. In the published literature, annual average particle number concentrations reaching about 20,000 to 30,000 $cm^3$ have been reported in U.S. cities (U.S. EPA, 2019a). In addition, based on UFP measurements in two urban areas (New York City, Buffalo) and at a background site (Steuben County) in New York, there is a pronounced difference in particle number concentration between different types of locations (Figure 2-26; U.S. EPA, 2019a, Figure 2-18). Urban particle number counts were several times higher than at the background site, and the highest particle number counts in an urban area with multiple sites (Buffalo) were observed at a near-road location. Hourly data indicate that particle numbers remain fairly constant throughout the day at the background site, that they peak around 8:00 a.m. in Buffalo and New York City (NYC), and that they remain high into the evening hours with distinct rush hour and early afternoon peaks.




**Figure 2-26. Average hourly particle number concentrations from three locations in the State of New York for 2014 to 2015 (green is Steuben County, orange is Buffalo, red is New York City).** (Source: Figure 2-18 in U.S. EPA, 2019a).

Long-term trends in UFP are generally not available at U.S. monitoring sites. However, data on number size distribution have been reported for an 8-year period from 2002 to 2009 in Rochester, NY. Number concentrations averaged 4,730 $cm^{-3}$ for 0.01 to 0.05 μm particles and 1,838 $cm^{-3}$ for 0.05 to 0.1 μm particles (Wang et al., 2011). On average over the 8 years that UFP data were collected in Rochester, total particle number concentrations declined from the earlier period evaluated (i.e., 2001 to 2005) to the later period (2006 to 2009). This decline was

most evident for particles between 0.01 and 0.1 μm and was attributed to changes in local sources resulting from the 2007 Heavy Duty Highway Rule (66 FR 5002, January 18, 2001), a reduction in local industrial activity, and the closure of a nearby coal-fired power plant (Wang et al., 2011; U.S. EPA, 2019a, section 2.5.2.1.4).

In addition, at a site in Illinois the annual average particle number concentration declined between 2000 and 2019, closely matching the reductions in annual $PM_{2.5}$ mass over that same period (Figure 2-27, below). Particle number concentrations at this site are closer to those of the background site in Figure 2-27 than the urban sites. A recent study found that particle number concentrations in an urban area (Pittsburgh, PA) decreased between 2001-2002 and 2016-2017 along with decreases in $PM_{2.5}$ associated with $SO_2$ emission reductions (Saha et al., 2018). However, the relationship between changes in ambient $PM_{2.5}$ and UFPs cannot be comprehensively characterized due to the high variability and limited monitoring of UFPs.




**Figure 2-27. Time series of annual average $PM_{2.5}$ mass and particle number concentrations between 2000-2019 in Bondville, IL.**

### 2.3.3 Characterizing Ambient $PM_{2.5}$ Concentrations for Exposure

Epidemiologic studies use various methods to characterize exposure to ambient $PM_{2.5}$. The methods used to estimate $PM_{2.5}$ concentrations can vary from traditional methods using monitoring data from ground-based monitors to those using more complex hybrid modeling approaches. Studies using hybrid modeling approaches aim to broaden the spatial coverage of estimated $PM_{2.5}$ concentrations by expanding beyond just those areas with monitors and providing estimates in areas that do not have ground-based monitors (i.e., areas that are generally less densely populated and tend to have lower $PM_{2.5}$ concentrations). As such, the

Later in August and September 2017, many other wildfires occurred in Washington state and Oregon, making this fire season one of the worst for the Pacific Northwest in recent history. The severe fires in British Columbia, Washington and Oregon during 2017 have been linked to the combination of usually hot temperatures in August/September in the region following a very wet preceding winter season. While many of the most severe wildfire events in the U.S. occur in the western part of the country during the late summer, most of the contiguous U.S. is affected by wildfire smoke during some part of the year (Kaulfus et al., 2017).

### 2.4.2 International Transport

Background PM contributions from international sources include PM that is both natural and anthropogenic in origin crossing U.S. borders from Canada and Mexico or from longer range intercontinental transport. While in general the biggest contributions to U.S. background PM from international sources come from nearby Canada and Mexico, large episodic events from intercontinental sources can sometimes occur (e.g., windblown dust from Asia or Africa). This section discusses transboundary PM transport within North America (section 2.4.2.1) as well as long range intercontinental transport from anthropogenic (section 2.4.2.2) and natural (section 2.4.2.3) sources.

#### 2.4.2.1 Transboundary Transport in North America

As discussed above, some of the largest potential international sources of U.S. background PM originate elsewhere in North America. PM produced from fires in both Canada and Mexico can affect air quality in the U.S., particularly in border states (Park et al., 2007; Miller et al., 2011; Wang et al., 2018a). Anthropogenic emissions from Canada and Mexico can also influence U.S. PM air quality. An inverse modeling study by Henze et al. (2009) estimated that in 2001 anthropogenic $SO_X$ emissions from Canada and Mexico accounted for 6% and 4% respectively of total daily inorganic $PM_{2.5}$ in the U.S. These authors also estimated that $SO_X$ emissions related to international shipping accounted for approximately 2% of total inorganic PM in the U.S.

#### 2.4.2.2 Long Range Transport from Anthropogenic Sources

Due to the relatively short atmospheric lifetime of particles (~days to weeks), long range transport of aerosols does not contribute significant PM mass to the U.S. Heald et al. (2006) estimated that transport from Asia accounted for less than 0.2 $\mu g/m^3$ of sulfate $PM_{2.5}$ in the Northwestern U.S. in spring, and Leibensperger et al. (2011) estimated intercontinental contributions from Asian anthropogenic $SO_2$ and $NO_X$ emissions of 0.1 - 0.25 $\mu g/m^3$ annually in the western U.S. Leibensperger et al. (2011) also concluded that much of the intercontinental influence captured by the GEOS-Chem model was in fact local PM production attributable to




**Figure 2-40. Speciated annual average IMPROVE $PM_{2.5}$ in µg/m$^3$ at select remote monitors during 2004 and 2016.** (Note: Monitor locations are shown in Figure 2-41.)




**Figure 2-41. Site locations for the IMPROVE monitors in Figure 2-40.** (Note: Monitors also assessed in the 2009 ISA are shown in blue. Monitors only examined in this assessment are shown in red.)

## 3.1 BACKGROUND ON THE CURRENT STANDARDS

The current primary $PM_{2.5}$ standards were retained in 2020 based on the Administrator's judgments regarding the available scientific evidence, the available risk information regarding the risk that may be allowed by such standards, and the appropriate degree of public health protection provided by the existing standards (85 FR 82718, December 18, 2020). With the 2020 final decision, the EPA retained the primary 24-hour $PM_{2.5}$ standard, with its level of 35 $\mu g/m^3$, and the primary annual $PM_{2.5}$ standard, with its level of 12.0 $\mu g/m^3$. This decision drew upon the scientific evidence assessed in the 2019 ISA, the evidence and quantitative risk information in the 2020 PA, the advice and recommendations of the CASAC, and public comments on the proposed decision (85 FR 24094, April 30, 2020).

The health effects evidence base available in the 2020 review included extensive evidence from previous reviews as well as the evidence that had emerged since the prior review had been completed in 2012. This evidence base, spanning several decades, documents the relationship between short- and long-term $PM_{2.5}$ exposure and mortality or serious morbidity effects. The evidence available in the 2019 ISA reaffirmed, and in some cases strengthened, the conclusions from the 2009 ISA regarding the health effects of $PM_{2.5}$ exposures (U.S. EPA, 2009). Much of the evidence came from epidemiologic studies conducted in North America, Europe, or Asia that demonstrated generally positive, and often statistically significant, $PM_{2.5}$ health effect associations. Such studies reported associations between estimated $PM_{2.5}$ exposures and non-accidental, cardiovascular, or respiratory mortality; cardiovascular or respiratory hospitalizations or emergency department visits; and other mortality/morbidity outcomes (e.g., lung cancer mortality or incidence, asthma development). Experimental evidence, as well as evidence from panel studies, strengthened support for potential biological pathways through which $PM_{2.5}$ exposures could lead to health effects reported in many population-based epidemiologic studies, including support for pathways that could lead to cardiovascular, respiratory, nervous system, and cancer-related effects (U.S. EPA, 2019). Based on this evidence, the 2019 ISA concludes there to be a causal relationship between long- and short-term $PM_{2.5}$ exposure and mortality and cardiovascular effects, as well as likely to be causal relationships between long- and short-term $PM_{2.5}$ exposures and respiratory effects, and between long-term $PM_{2.5}$ exposures and cancer and nervous system effects (U.S. EPA, 2019, section 1.7).

Epidemiologic studies reported $PM_{2.5}$ health effect associations with mortality and/or morbidity across multiple U.S. cities and in diverse populations, including in studies examining populations and lifestages that may be at comparatively higher risk of experiencing a $PM_{2.5}$-related health effect (e.g., older adults, children). The 2019 ISA cited extensive evidence indicating that "both the general population as well as specific populations and lifestages are at

- **To what extent does the currently available scientific evidence, as assessed in the 2019 ISA and the ISA Supplement, support or call into question the public health protection afforded by the current suite of primary $PM_{2.5}$ standards?**

The 2019 ISA uses a weight-of-evidence framework for characterizing the strength of the available scientific evidence for health effects attributable to PM exposures (U.S. EPA, 2015a, Preamble, section 5). This framework provides the basis for robust, consistent, and transparent evaluation of the scientific evidence, including its uncertainties, and for drawing conclusions on PM-related health effects. As in previous reviews, the 2019 ISA adopts a five-level hierarchy to classify the overall weight of evidence into one of the following categories: causal relationship; likely to be a causal relationship; suggestive of, but not sufficient to infer, a causal relationship; inadequate to infer a causal relationship; and not likely to be a causal relationship (U.S. EPA, 2015a, Preamble Table II). In using the weight-of-evidence approach to inform judgments about the causal nature of relationships between PM exposure and health effects, evidence is evaluated for major outcome categories or groups of related outcomes (e.g., respiratory effects), integrating evidence from across disciplines, including epidemiologic, controlled human exposure, and animal toxicological studies and evaluating the coherence of evidence across a spectrum of related endpoints (U.S. EPA, 2015a, Preamble, section 5.c.). In this PA, we consider the full body of health evidence, including evidence from the 2019 ISA and the ISA Supplement, placing the greatest emphasis on the health effects for which the evidence has been judged in the 2019 ISA to demonstrate a "causal" or a "likely to be causal" relationship with PM exposures. The 2019 ISA defines these causality determinations as follows (U.S. EPA, 2019, p. p-20; U.S. EPA, 2015a):

- Causal relationship: the pollutant has been shown to result in health effects at relevant exposures based on studies encompassing multiple lines of evidence and chance, confounding, and other biases can be ruled out with reasonable confidence.
- Likely to be a causal relationship: there are studies in which results are not explained by chance, confounding, or other biases, but uncertainties remain in the health effects evidence overall. For example, the influence of co-occurring pollutants is difficult to address, or evidence across scientific disciplines may be limited or inconsistent.

While the 2019 ISA provides the broad scientific foundation for this reconsideration, we recognize that additional literature has become available since the literature cutoff date of the 2019 ISA that expands the body of evidence that can inform the Administrator's judgments on the adequacy of the current primary $PM_{2.5}$ standards. As such, the ISA Supplement builds on the information in the 2019 ISA with a targeted identification and evaluation of new scientific information (U.S. EPA, 2022, section 1.2). The ISA Supplement focuses on $PM_{2.5}$ health effects evidence where the 2019 ISA concludes a "causal relationship," because such health effects are given the most weight in an Administrator's decisions in a NAAQS review. The ISA Supplement

**Table 3-1. Key causality determinations for $PM_{2.5}$ and UFP exposures.**

| Health Outcome | Size Fraction | Exposure Duration | 2009 ISA | 2019 ISA |
|---|---|---|---|---|
| *Mortality* | *$PM_{2.5}$* | *Long-term* | *Causal* | *Causal* |
| | | *Short-term* | | |
| *Cardiovascular effects* | *$PM_{2.5}$* | *Long-term* | *Causal* | *Causal* |
| | | *Short-term* | | |
| | UFP | Short-term | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| *Respiratory effects* | *$PM_{2.5}$* | *Long-term* | *Likely to be causal* | *Likely to be causal* |
| | | *Short-term* | | |
| | UFP | Short-term | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| *Cancer* | *$PM_{2.5}$* | *Long-term* | *Suggestive of, but not sufficient to infer* | *Likely to be causal* |
| *Nervous System effects* | *$PM_{2.5}$* | *Long-term* | --- | *Likely to be causal* |
| | | Short-term | Inadequate | Suggestive of, but not sufficient to infer |
| | UFP | Long-term | --- | Suggestive of, but not sufficient to infer |
| | | Short-term | Inadequate | Suggestive of, but not sufficient to infer |
| Metabolic effects | $PM_{2.5}$ | Long-term | --- | Suggestive of, but not sufficient to infer |
| | | Short-term | --- | Suggestive of, but not sufficient to infer |
| Reproduction and Fertility | $PM_{2.5}$ | Long-, Short-term | Suggestive of, but not sufficient to infer | Suggestive of, but not sufficient to infer |
| Pregnancy and Birth Outcomes | | | | |

Table 3-1 lists the health outcomes for which the 2019 ISA concludes the evidence supports either a causal, a likely to be causal, or a suggestive relationship. For other health outcomes, the 2019 ISA concludes the evidence is inadequate to infer a causal relationship (U.S. EPA, 2019, Table 1-4).

The 2009 ISA (U.S. EPA, 2009) made causality determinations for the broad category of “Reproductive and Developmental Effects.” Causality determinations for 2009 represent this broad category and not specifically for “Male and Female Reproduction and Fertility” and “Pregnancy and Birth Outcomes”.

For reproductive and developmental effects, the 2019 ISA’s causality determinations reflect the combined evidence for both short- and long-term exposures (U.S. EPA, 2019, Chapter 9).

Recent U.S. and Canadian epidemiologic studies examining short- and long-term $PM_{2.5}$ exposure and cardiovascular effects provide evidence that is consistent with the evidence evaluated in the 2019 ISA. Studies examining short-term $PM_{2.5}$ exposure report consistent positive associations for cardiovascular-related emergency department visits and hospital admissions, specifically for ischemic heart disease, myocardial infarction, and heart failure. In studies evaluating long-term exposures there remains strong evidence for cardiovascular-related mortality with support from studies of cardiovascular morbidity outcomes, including coronary heart disease, stroke, and atherosclerosis progression, among individuals with preexisting diseases or patients followed after a cardiac event or procedure. In addition, the studies provide evidence of an immediate effect of short-term-related $PM_{2.5}$ exposure on cardiovascular-related outcomes, especially during the first few days following exposure.

With respect to long-term $PM_{2.5}$ exposure, the strongest evidence associated with cardiovascular mortality is exhibited in studies that report positive associations with ischemic heart disease and stroke mortality. Furthermore, recent studies examining association between long-term $PM_{2.5}$ exposure and cardiovascular morbidity, specifically coronary heart disease, stroke, and atherosclerosis progression, most consistently report positive associations when focusing on individuals with pre-existing diseases and patients followed after a cardiac event or procedure, and not the general population as a whole, supporting and extending the evidence presented in 2019 ISA. The 2019 ISA also assessed controlled human exposure studies that were conducted in Europe at near-ambient $PM_{2.5}$ concentrations and provide initial evidence of vascular changes and heart rate variability as well as changes in cardiac and lung function as well as inflammation.

The ISA Supplement also evaluates epidemiologic studies that examine the relationship between $PM_{2.5}$ exposure and SARS-CoV-2 infection and COVID-19 death. While these studies report positive associations, there a number of methodological limitations which include: (1) employing an ecological study design, (2) conducting research while COVID-19 etiology was poorly understood, and (3) the lack of accounting for key factors in disease transmission such as use of mask, stay home orders, and testing capacity.

Thus, when taken together, the evidence available in the ISA Supplement reaffirms, and in some cases strengthens, the conclusions from the 2019 ISA regarding long- and short-term $PM_{2.5}$ exposures and mortality and cardiovascular effects.

### 3.3.2 Public Health Implications and At-Risk Populations

The public health implications of the evidence regarding $PM_{2.5}$ health effects, as for other effects, are dependent on the type and severity of the effects, as well as the size of the population affected. Such factors are discussed here in the context of our consideration of the health effects

evidence related to $PM_{2.5}$ in ambient air. Additionally, we summarize the information on population groups at risk of the effects of $PM_{2.5}$ in ambient air.

- **Does the evidence alter our understanding of populations that are particularly at risk from $PM_{2.5}$ exposures? What are important uncertainties in that evidence?**

The information available in this reconsideration has not altered our understanding of human populations at risk of health effects from $PM_{2.5}$ exposures. As recognized in the 2020 review, the 2019 ISA cites extensive evidence indicating that "both the general population as well as specific populations and lifestages are at risk for $PM_{2.5}$-related health effects" (U.S. EPA, 2019, p. 12-1). Factors that may contribute to increased risk of $PM_{2.5}$-related health effects include lifestage (children and older adults), pre-existing diseases (cardiovascular disease and respiratory disease), race/ethnicity, and socioeconomic status.[15]

Children make up a substantial fraction of the U.S. population and often have unique factors that contribute to their risk of experiencing a health effect due to exposures to ambient air pollutants because of their continuous growth and development.[16] Children may be particularly at risk for health effects related to ambient $PM_{2.5}$ exposures compared with adults because they have (1) a developing respiratory system, (2) increased ventilation rates relative to body mass compared with adults, and (3) an increased proportion of oral breathing, particularly in boys, relative to adults (U.S. EPA, 2019, section 12.5.1.1). There is strong evidence that demonstrates $PM_{2.5}$ associated health effects in children, particularly from epidemiologic studies of long-term $PM_{2.5}$ exposure and impaired lung function growth, decrements in lung function, and asthma development. However, there is limited evidence from stratified analyses that children are at increased risk of $PM_{2.5}$-related health effects compared to adults. Additionally, there is some evidence that indicates that children receive higher $PM_{2.5}$ exposures than adults, and dosimetric differences in children compared to adults can contribute to higher doses (U.S. EPA, 2019, section 12.5.1.1).

In the U.S., older adults, often defined as adults 65 years of age and older, represent an increasing portion of the population and often have pre-existing diseases or conditions that may compromise biological function. While there is limited evidence to indicate that older adults have higher exposures than younger adults, older adults may receive higher doses of $PM_{2.5}$ due to dosimetric differences. There is consistent evidence from studies of older adults demonstrating generally consistent, positive associations in studies examining health effects from short- and long-term $PM_{2.5}$ exposure and cardiovascular or respiratory hospital admissions, emergency

[15] As described in the 2019 ISA, other factors that have the potential to contribute to increased risk include obesity, diabetes, genetic factors, smoking status, sex, diet, and residential location (U.S. EPA, 2019, chapter 12).

[16] Children, as used throughout this PA, generally refers to those younger than 18 years old.

department visits, or mortality (U.S. EPA, 2019, sections 6.1, 6.2, 11.1, 11.2, 12.5.1.2). Additionally, several animal toxicological, controlled human exposure, and epidemiologic studies did not stratify results by lifestage, but instead focused the analyses on older individuals, and can provide coherence and biological plausibility for the occurrence among this lifestage (U.S. EPA, 2019, section 12.5.1.2).

Individuals with pre-existing disease may be considered at greater risk of an air pollution-related health effect than those without disease because they are likely in a compromised biological state that can vary depending on the disease and severity. With regard to cardiovascular disease, we first note that cardiovascular disease is the leading cause of death in the U.S., accounting for one in four deaths, and approximately 12% of the adult population in the U.S. has a cardiovascular disease (U.S. EPA, 2019, section 12.3.1). Strong evidence demonstrates that there is a causal relationship between cardiovascular effects and long- and short-term exposures to $PM_{2.5}$. Some of the evidence supporting this conclusion is from studies of panels or cohorts with pre-existing cardiovascular disease, which provide supporting evidence but do not directly demonstrate an increase in risk (U.S. EPA, 2019, section 12.3.1). Epidemiologic evidence indicates that individuals with pre-existing cardiovascular disease may be at increased risk for $PM_{2.5}$-associated health effects compared to those without pre-existing cardiovascular disease. While the evidence does not consistently support increased risk for all pre-existing cardiovascular diseases, there is evidence that certain pre-existing cardiovascular diseases (e.g., hypertension) may be a factor that increases $PM_{2.5}$-related risk. Furthermore, there is strong evidence supporting a causal relationship for long- and short-term $PM_{2.5}$ exposure and cardiovascular effects, particularly for IHD (U.S. EPA, 2019, chapter 6, section 12.3.1).

With regard to respiratory disease, we first note that the most chronic respiratory diseases in the U.S. are asthma and COPD. Asthma affects a substantial fraction of the U.S. population and is the leading chronic disease among children. COPD primarily affects older adults and contributes to compromised respiratory function and underlying pulmonary inflammation. The body of evidence indicates that individuals with pre-existing respiratory diseases, particularly asthma and COPD, may be at increased risk for $PM_{2.5}$-related health effects compared to those without pre-existing respiratory diseases (U.S. EPA, 2019, section 12.3.5). There is strong evidence indicating $PM_{2.5}$-associated respiratory effects among those with asthma, which forms the primary evidence base for the likely to be causal relationship between short-term exposures to $PM_{2.5}$ and respiratory health effects (U.S. EPA, 2019, section 12.3.5). For asthma, epidemiologic evidence demonstrates associations between short-term $PM_{2.5}$ exposures and respiratory effects, particularly evidence for asthma exacerbation, and controlled human exposure and animal toxicological studies demonstrate biological plausibility for asthma exacerbation with $PM_{2.5}$ exposures (U.S. EPA, 2019, section 12.3.5.1). For COPD,

epidemiologic studies report positive associations between short-term $PM_{2.5}$ exposures and hospital admissions and emergency department visits for COPD, with supporting evidence from panel studies demonstration COPD exacerbation. Epidemiologic evidence is supported by some experimental evidence of COPD-related effects, which provides support for the biological plausibility for COPD in response to $PM_{2.5}$ exposures (U.S. EPA, 2019, section 12.3.5.2).

There is strong evidence for racial and ethnic disparities in $PM_{2.5}$ exposures and $PM_{2.5}$-related health risk, as assessed in the 2019 ISA and with even more evidence available since the literature cutoff date for the 2019 ISA and evaluated in the ISA Supplement. There is strong evidence demonstrating that Black and Hispanic populations, in particular, have higher $PM_{2.5}$ exposures than non-Hispanic White populations (U.S. EPA, 2019, Figure 12-2; U.S. EPA, 2022, Figure 3-38). Black populations or individuals that live in predominantly Black neighborhoods experience higher $PM_{2.5}$ exposures, in comparison to non-Hispanic White populations. There is also consistent evidence across multiple studies that demonstrate increased risk of $PM_{2.5}$-related health effects, with the strongest evidence for health risk disparities for mortality (U.S. EPA, 2019, section 12.5.4). There is also evidence of health risk disparities for both Hispanic and non-Hispanic Black populations compared to non-Hispanic White populations for cause-specific mortality and incident hypertension (U.S. EPA, 2022, section 3.3.3.2).

Socioeconomic status (SES) is a composite measure that includes metrics such as income, occupation, or education, and can play a role in access to healthy environments as well as access to healthcare. SES may be a factor that contributes to differential risk from $PM_{2.5}$-related health effects. Studies assessed in the 2019 ISA and ISA Supplement provide evidence that lower SES communities are exposed to higher concentrations of $PM_{2.5}$ compared to higher SES communities (U.S. EPA, 2019, section 12.5.3; U.S. EPA, 2022, section 3.3.3.1.1). Studies using composite measures of neighborhood SES consistently demonstrated a disparity in both $PM_{2.5}$ exposure and the risk of $PM_{2.5}$-related health outcomes. There is some evidence that supports associations larger in magnitude between mortality and long-term $PM_{2.5}$ exposures for those with low income or living in lower income areas compared to those with higher income or living in higher income neighborhoods (U.S. EPA, 2019, section 12.5.3; U.S. EPA, 2022, section 3.3.3.1.1). Additionally, evidence supports conclusions that lower SES is associated with cause-specific mortality and certain health endpoints (i.e., HI and CHF), but less so for all-cause or total (non-accidental) mortality (U.S. EPA, 2022, section 3.3.3.1).

- **What does the available information indicate with regard to the size of at-risk populations and their distribution in the U.S.?**

The magnitude and characterization of a public health impact is dependent upon the size and characteristics of the populations affected, as well as the type or severity of the effects. As summarized above, lifestage (children and older adults), race/ethnicity and socioeconomic status

are factors that increase the risk of $PM_{2.5}$-related health effects. The American Community Survey (ACS) for 2019 estimates that approximately 22% and 16% of the U.S. population are children (age <18) and older adults (age 65+), respectively. For all ages, non-Hispanic Black and Hispanic populations are approximately 12% and 18% of the overall U.S. population in 2019. Table 3-2 below considers the currently available information that helps to characterize key features of these populations.

**Table 3-2. National demographic information, 2019.**

| Characteristic [1] | Number | Percent of Total |
|---|---|---|
| **Total** | **328,239,523** | |
| Child (Age <18) | 72,967,785 | 22.2 |
| Adult (Age 18+) | 255,271,738 | 77.8 |
| **All Age Groups** | | |
| 0-4 years | 19,404,835 | 5.9 |
| 5-14 years | 41,113,916 | 12.5 |
| 15-19 years | 21,353,524 | 6.5 |
| 20-24 years | 21,468,680 | 6.5 |
| 25-34 years | 45,578,475 | 13.9 |
| 35-64 years | 125,246,065 | 38.1 |
| 65+ years | 54,074,028 | 16.4 |
| **Race/Ethnicity** | 328,239,523 | |
| White NH [2] | 196,789,401 | 60 |
| Black NH | 40,596,040 | 12.4 |
| American Indian or Alaska Native NH | 2,236,348 | 0.7 |
| Asian NH | 18,427,914 | 5.6 |
| Hispanic, all | 60,481,746 | 18.4 |
| Other NH | 9,708,074 | 3 |
| **Household Income (past 12 months)** [3] | | |
| Less than $10,000 | | 5.8 |
| $10,000 to $14,999 | | 4.0 |
| $15,000 to $24,999 | | 8.3 |
| $25,000 to $34,999 | | 8.4 |
| $35,000 to $49,999 | | 11.9 |
| $50,000 to $74,999 | | 17.4 |
| $75,000 to $99,999 | | 12.8 |
| $100,000 to $149,999 | | 15.7 |
| $150,000 to $199,999 | | 7.2 |
| $200,000 or more | | 8.5 |
| **Educational Attainment** [4] | | |
| Less than high school | 25,618,541 | 11.4 |
| High school graduate (or equivalent) | 60,482,353 | 26.9 |
| Some college, no degree | 44,914,086 | 20 |

| | | |
|---|---|---|
| Associate's degree | 19,381,937 | 8.6 |
| Bachelor's degree | 45,730,479 | 20.3 |
| Graduate or professional degree | 28,771,172 | 12.8 |

[1] Numbers within selected characteristics may not sum to total due to rounding
[2] NH = non-Hispanic
[3] Household income in the past 12 months in 2019 inflation-adjusted dollars.
[4] Educational attainment for population aged 25 years and older.
Adapted from the 2019 American Community Survey and Housing Survey. Available at:
Demographics: *https://data.census.gov/cedsci/table?q=United%20States&tid=ACSDP1Y2019.DP05*
Income: https://data.census.gov/cedsci/table?q=United%20States&t=Income%20and%20Poverty&tid=ACSST1Y2019.S1901
Education:
https://data.census.gov/cedsci/table?q=United%20States&t=Education%3AEducational%20Attainment&tid=ACSST1Y2019.S1501

As noted above, individuals with pre-existing cardiovascular disease and pre-existing respiratory disease may also be at increased risk of $PM_{2.5}$-related health effects. Table 3-3 below considers the currently available information that helps to characterize key features of populations with cardiovascular or respiratory diseases or conditions. The National Center for Health Statistics data for 2018 indicate that, for adult populations, older adults (e.g., those 65 years and older) have a higher prevalence of cardiovascular diseases compared to younger adults (e.g., those 64 years and younger). For respiratory diseases, older adults also have a higher prevalence of emphysema than younger adults, and adults 44 years or older have a higher prevalence of chronic bronchitis. However, the prevalence for asthma is generally similar across all adult age groups.

With respect to race, American Indians or Alaskan Natives have the highest prevalence of all heart disease and coronary heart disease, while Blacks have the highest prevalence of hypertension and stroke. Hypertension has the highest prevalence across all racial groups compared to other cardiovascular diseases or conditions, ranging from approximately 22% to 32% of each racial group. Overall, the prevalence of cardiovascular diseases or conditions is lowest for Asians compared to Whites, Blacks, and American Indians or Alaskan Natives. Asthma prevalence is highest among Black and American Indian or Alaska Native populations, while prevalence is generally similar across racial groups for chronic bronchitis and emphysema. Overall, the prevalence for respiratory diseases is lowest for Asians compared to Whites, Blacks, and American Indians or Alaskan Natives. With regard to ethnicity, cardiovascular and respiratory disease prevalence across all diseases or conditions is generally similar between Hispanic and non-Hispanic populations, although non-Hispanics have a slightly higher prevalence compared to Hispanics.

**Table 3-3. Prevalence of cardiovascular and respiratory diseases among adults by age, race, and ethnicity in the U.S. in 2018.**

| | Adults (18+) | Age (%)[1] | | | | Race (%)[2] | | | | Ethnicity (%)[3] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chronic Disease or Condition | N (in thousands) | 18-44 | 44-64 | 65-74 | 75+ | White | Black | American Indian or Alaska Native | Asian | Hispanic | Non-Hispanic |
| All (N, in thousands) | 249,456 | 115,008 | 83,038 | 30,809 | 20,601 | 193,454 | 30,813 | 2,810 | 15,960 | 40,749 | 208,706 |
| **Selected Cardiovascular Diseases/Conditions** | | | | | | | | | | | |
| All heart disease | 30,252 | 4.8 | 11.8 | 23.6 | 37.3 | 11.5 | 10.0 | 14.6 | 7.7 | 8.2 | 11.7 |
| Coronary heart disease | 15,780 | 1.0 | 6.0 | 15.5 | 23.9 | 5.7 | 5.4 | 8.6 | 4.4 | 5.1 | 5.7 |
| Hypertension | 67,856 | 8.8 | 34.4 | 54.4 | 61.1 | 23.9 | 32.2 | 27.2 | 21.9 | 23.7 | 25.1 |
| Stroke | 7,801 | 0.6 | 3.1 | 6.9 | 11.8 | 2.6 | 3.9 | 3.0 | 2.7 | 2.5 | 2.9 |
| **Selected Respiratory Diseases** | | | | | | | | | | | |
| Asthma[4] | 19,233 | 7.2 | 8.3 | 8.6 | 6.7 | 7.5 | 9.1 | 9.5 | 3.7 | 6.0 | 8.1 |
| COPD – chronic bronchitis | 9,003 | 2.2 | 4.5 | 5.1 | 5.6 | 3.6 | 3.4 | * | 1.1 | 2.7 | 3.6 |
| COPD – emphysema | 3,780 | 0.2 | 1.6 | 4.1 | 4.5 | 1.4 | 1.1 | 0.4 | 0.7 | 1.0 | 1.4 |

[1] Percentage of individual adults within each age group with disease, based on N (at the top of each age column).
[2] Percentage of individual adults within each race group with disease, based on N (at the top of each race column).
[3] Percentage of individual adults within each ethnic group with disease, based on N (at the top of each ethnic column).
[4] Asthma prevalence is reported for "still has asthma."
* Estimate does not meet NCHS standards of reliability.
Source: (Insert cites); National Center for Health Statistics, Summary Health Statistics, National Health Interview Survey, 2018; Tables A-1 and A-2.

Taken together, this information indicates that the groups at increased risk of $PM_{2.5}$-related health effects represent a substantial portion of the total U.S. population. In evaluating the primary $PM_{2.5}$ standards, an important consideration is the potential $PM_{2.5}$-related public health impacts in these populations.

### 3.3.3 $PM_{2.5}$ Concentrations in Key Studies Reporting Health Effects

To inform conclusions on the adequacy of the public health protection provided by the current primary $PM_{2.5}$ standards, this section evaluates the $PM_{2.5}$ exposures and ambient concentrations (i.e., used as surrogates for exposures in epidemiologic studies) in studies reporting $PM_{2.5}$-related health effects. We specifically consider the following overarching questions:

- **What are the short- or long-term $PM_{2.5}$ exposures that have been associated with health effects and to what extent does the evidence support the occurrence of such effects for air quality meeting the current primary $PM_{2.5}$ standards?**

In addressing these questions, we emphasize health outcomes for which the 2019 ISA concludes that the evidence supports a "causal" or a "likely to be causal" relationship with $PM_{2.5}$ exposures. As discussed above, this includes mortality, cardiovascular effects, and respiratory effects associated with short- or long-term $PM_{2.5}$ exposures and cancer and nervous system effects associated with long-term $PM_{2.5}$ exposures. While the causality determinations in the 2019 ISA are informed by studies evaluating a wide range of $PM_{2.5}$ concentrations, this section considers the degree to which the evidence in the 2019 ISA and ISA Supplement supports the occurrence of PM-related effects at concentrations relevant to informing conclusions on the primary $PM_{2.5}$ standards. Section 3.3.3.1 considers the exposure concentrations that have been evaluated in experimental studies and section 3.3.3.2 considers the ambient concentrations in locations evaluated by epidemiologic studies.

#### 3.3.3.1 PM Exposure Concentrations Evaluated in Experimental Studies

As stated in the 2019 ISA, the evidence for a particular $PM_{2.5}$-related health outcome is strengthened when results from experimental studies demonstrate biologically plausible mechanisms through which adverse human health outcomes could occur (U.S. EPA, 2015a, Preamble p. 20). Two types of experimental studies are of particular importance in understanding the effects of PM exposures: controlled human exposure and animal toxicology studies. In such studies, investigators expose human volunteers or laboratory animals to known concentrations of air pollutants under carefully regulated environmental conditions and activity levels. Thus, controlled human exposure and animal toxicology studies can provide information on the health effects of experimentally administered pollutant exposures under highly controlled laboratory conditions (U.S. EPA, 2015a, Preamble, p. 11).

In this section, we consider the $PM_{2.5}$ exposure concentrations shown to elicit effects in controlled human exposure studies and in animal toxicology studies. In particular, we consider the consistency of specific $PM_{2.5}$-related effects across studies, the potential adversity of such effects, and the degree to which exposures shown to cause effects are likely to occur in areas meeting the current primary standards. To address these issues, we consider the following question:

- **To what extent does the evidence from controlled human exposure or animal toxicology studies support the potential for adverse cardiovascular, respiratory, or other effects following $PM_{2.5}$ exposures likely to occur in areas meeting the current or alternative primary standards?**

Controlled Human Exposure Studies

As discussed in detail in the 2019 ISA (U.S. EPA, 2019, section 6.1), controlled human exposure studies have reported that $PM_{2.5}$ exposures lasting from less than one hour up to five hours can impact cardiovascular function.[17] The most consistent evidence from these studies is for impaired vascular function (U.S. EPA, 2019, section 6.1.13.2). In addition, although less consistent, the 2019 ISA notes that studies examining $PM_{2.5}$ exposures also provide evidence for increased blood pressure (U.S. EPA, 2019, section 6.1.6.3), conduction abnormalities/arrhythmia (U.S. EPA, 2019, section 6.1.4.3), changes in heart rate variability (U.S. EPA, 2019, section 6.1.10.2), changes in hemostasis that could promote clot formation (U.S. EPA, 2019, section 6.1.12.2), and increases in inflammatory cells and markers (U.S. EPA, 2019, section 6.1.11.2). The 2019 ISA concludes that, when taken as a whole, controlled human exposure studies demonstrate that short-term exposure to $PM_{2.5}$ may impact cardiovascular function in ways that could lead to more serious outcomes (U.S. EPA, 2019, section 6.1.16). Thus, such studies can provide insight into the potential for specific $PM_{2.5}$ exposures to result in physiological changes that could increase the risk of more serious effects.

Table 3-4 below summarizes information from the 2019 ISA and ISA Supplement on available controlled human exposure studies that evaluate effects on markers of cardiovascular function following exposures to $PM_{2.5}$, either as concentrated ambient particles (CAP) or in unfiltered versus filtered air.[18]

[17] In contrast, controlled human exposure studies provide little evidence for respiratory effects following short-term $PM_{2.5}$ exposures (U.S. EPA, 2019, section 5.1, Table 5-18). Therefore, this section focuses on cardiovascular effects evaluated in controlled human exposure studies of $PM_{2.5}$ exposure.

[18] Table 3-4 identifies controlled human exposure studies included in the 2019 ISA and ISA Supplement that examine the potential for $PM_{2.5}$ exposures to alter markers of cardiovascular function and is ordered by exposure concentration. Studies that focus on specific components of $PM_{2.5}$ (e.g., endotoxin), or studies that evaluated $PM_{2.5}$ exposures only in the presence of an intervention (e.g., dietary intervention) or other pollutant (e.g., ozone), are not included.

**Table 3-4. Summary of information from $PM_{2.5}$ controlled human exposure studies.**

| Study | Population | Exposure Details (average concentration; duration) | Results |
|---|---|---|---|
| Bräuner et al., 2008 | Healthy adults | 10.5 µg/m³ $PM_{2.5}$ (unfiltered) vs below detection (filtered); 24 h | No significant effect on markers of vascular function |
| Hemmingsen et al., 2015a, Hemmingsen et al., 2015b | Healthy, overweight older adults | 24 µg/m³ (unfiltered) vs 3.0 µg/m³ (filtered) Copenhagen PM; 5 h | Impaired vascular function and altered heart rate variability; no significant changes in blood pressure or markers of inflammation or oxidative stress |
| Wyatt et al., 2020a * | Healthy young adults (18-35) | 37.8 µg/m³ CAP vs 2.1 µg/m³ (filtered); 4h | Increased blood inflammatory markers; Inconsistent changes in HRV |
| Urch et al., 2010 | Non-asthmatic and mild asthmatic adults | 64 µg/m³ CAP (lower exposure); 2 h | No significant change in blood markers of inflammation or oxidative stress |
| Huang et al., 2012 | Healthy adults | 90 µg/m³ CAP; 2 h | No significant changes in heart rate variability |
| Devlin et al., 2003 | Healthy older adults | 99 µg/m³ CAP [1]; 2 h | Decreased heart rate variability |
| Hazucha et al., 2013 | Adult current and former smokers | 109 µg/m³ CAP; 2 h | No significant changes in markers of inflammation or coagulation |
| Ghio et al., 2000 | Healthy young adults | 120 µg/m³ CAP; 2 h | Increased fibrinogen (coagulation) |
| Ghio et al., 2003 | Healthy young adults | 120 µg/m³ CAP; 2 h | Increased fibrinogen; no significant effect on markers of inflammation |
| Urch et al., 2010 | Non-asthmatic and mild asthmatic adults | 140 µg/m³ CAP (higher exposure); 2 h | Increased blood inflammatory markers |
| Brook et al., 2009 | Healthy adults | 149 µg/m³ CAP; 2 h | Impaired vascular function, increased blood pressure; no significant change in markers of inflammation (compared to filtered air) |
| Ramanathan et al., 2016 | Healthy adults | 149 µg/m³ CAP; 2 h | Decreased antioxidant/anti-inflammatory capacity when baseline capacity was low |
| Sivagangabalan et al., 2011 | Healthy adults | 150 µg/m³ CAP; 2 h | Increase in indicator of possible arrhythmia; no significant effect on heart rate |

| | | | |
|---|---|---|---|
| Kusha et al., 2012 | Healthy adults | 154 µg/m³ CAP; 2 h | No significant effect on indicator of possible arrhythmia |
| Gong et al., 2003 | Adults with and without asthma | 174 µg/m³ CAP; 2 h | Increased heart rate; No significant effect on indicators of arrhythmia, inflammation, coagulation; inconsistent effects on blood pressure |
| Gong et al., 2004 | Older adults with and without COPD | 200 µg/m³ CAP; 2 h | Decreased heart rate variability, increase in markers of inflammation (without COPD only); inconsistent effect on arrhythmia; no significant effect on markers of blood coagulation |
| Liu et al., 2015 | Healthy adults | 238 µg/m³ CAP; 130 min | Increase in urinary markers of oxidative stress and vascular dysfunction; no significant effect on blood markers of oxidative stress, vascular function, or inflammation |
| Bellavia et al., 2013 | Healthy adults | ~242 µg/m³ CAP; 130 min | Increased blood pressure |
| Behbod et al., 2013 | Healthy adults | ~250 µg/m³ CAP; 130 min | Increase in markers of inflammation |
| Tong et al., 2015 | Healthy older adults | 253 µg/m³ CAP; 2 h | Impaired vascular function and increased blood pressure; no significant change in markers of inflammation or coagulation |
| Lucking et al., 2011 | Healthy young men | 320 µg/m³ (unfiltered) vs 7.2 µg/m³ (filtered) diesel exhaust; 1 h | Impaired vascular function and increased potential for coagulation; no significant effect on blood pressure, markers of inflammation, or arterial stiffness |
| Vieira et al., 2016a, Vieira et al., 2016b | Healthy adults; Heart failure patients | 325 µg/m³ (unfiltered) vs 25 µg/m³ (filtered) diesel exhaust; 21-min | Increase in marker of potential impairment in heart function, impaired vascular function (heart failure patients); no significant effect on blood pressure, heart rate or heart rate variability, markers of inflammation, markers of coagulation, or arterial stiffness |

* Study newly assessed in the ISA Supplement
[1] The published study reports an average CAP concentration of 41 µg/m³, but communication with the study authors revealed an error in that reported concentration (Jenkins, 2016).

Most of the controlled human exposure studies in Table 3-4 exposed participants to average $PM_{2.5}$ concentrations at or above about 100 µg/m$^3$, with exposure durations typically up to about two hours. Statistically significant effects on one or more indicators of cardiovascular function are often, though not always, reported following 2-hour exposures to average $PM_{2.5}$ concentrations at and above about 120 µg/m$^3$, with less consistent evidence for effects following exposures to concentrations lower than 120 µg/m$^3$. Impaired vascular function, the effect

identified in the 2019 ISA as the most consistent across studies (U.S. EPA, 2019, section 6.1.13.2), is shown following 2-hour exposures to $PM_{2.5}$ concentrations at and above 149 μg/m$^3$. Mixed results are reported in the three studies that evaluated longer exposure durations (i.e., longer than 2 hours) and lower (i.e., near-ambient) $PM_{2.5}$ concentrations, with significant effects for some outcomes reported following 5-hour exposures to 24 μg/m$^3$ in Hemmingsen et al. (2015b), but not for other outcomes following 5-hour exposures to 24 μg/m$^3$ in Hemmingsen et al. (2015a) and not following 24-hour exposures to 10.5 μg/m$^3$ in Bräuner et al. (2008). Wyatt et al. (2020a) adds to this limited evidence base of controlled human exposure studies conducted at near ambient concentrations. This study was a randomized double-blind crossover study in healthy young participants (18-35 years, n=21) who were subject to intermittent moderate exercise and found significant effects for some cardiovascular (e.g., systematic inflammation markers, cardiac repolarization, and decreased pulmonary function) and respiratory effects following 4-hour exposures to 37.8 μg/m$^3$. The higher ventilation rate and longer exposure duration in this study compared to most controlled human exposure studies is roughly equivalent to a 2-hour exposure of 75-100 μg/m$^3$ of $PM_{2.5}$. Therefore, dosimetric consideration may explain the observed changes in lung function and inflammation in young healthy individuals. While this study provides evidence of some effects at lower $PM_{2.5}$ concentrations, overall there is inconsistent evidence for changes in lung function and inflammation in other controlled human exposure studies evaluated in the 2019 ISA (U.S. EPA, 2019, sections 5.1.7., 5.1.2.3.3, and 6.1.11.2.1; U.S. EPA, 2022, section 3.3.1).

Taken together, these controlled human exposure studies support biological plausibility for the serious cardiovascular and respiratory effects that have been linked with ambient $PM_{2.5}$ exposures and seen in epidemiologic studies (U.S. EPA, 2019, Chapter 6). However, while these studies are important in establishing biological plausibility, it is unclear how the results alone and the importance of the effects observed in these studies, particularly in studies conducted at near-ambient $PM_{2.5}$ concentrations, should be interpreted with respect to adversity to public health. For example, impaired vascular function, the effect identified as most consistent across studies (U.S. EPA, 2019, section 6.1.13.2), can signal an intermediate effect along the potential biological pathways for cardiovascular effects following short-term exposure to $PM_{2.5}$ and show a role for exposure to $PM_{2.5}$ leading to potential worsening of IHD and heart failure followed potentially by ED visits, hospital admissions, or mortality (U.S. EPA, 2019, section 6.1 and Figure 6-1). However, just observing the occurrence of impaired vascular function alone does not clearly suggest an adverse health outcome. Additionally, associated judgments regarding adversity or health significance of measurable physiological responses to air pollutants have been informed by guidance, criteria or interpretative statements developed within the public health community, including the American Thoracic Society (ATS) and the European Respiratory

Society (ERS), which cooperatively updated the ATS 2000 statement *What Constitutes an Adverse Health Effect of Air Pollution* (ATS, 2000) with new scientific findings, including the evidence related to air pollution and the cardiovascular system (Thurston et al., 2017).[19] With regard to vascular function, the ATS/ERS statement considers the adversity of both chronic and acute reductions in endothelial function. While the ATS/ERS statement concluded that chronic endothelial and vascular dysfunction can be judged to be a biomarker of an adverse health effect from air pollution, they also conclude that "The health relevance of acute reductions in endothelial function induced by air pollution is less certain" (Thurston et al., 2017). This is particularly informative to our consideration of the controlled human exposure studies which are short-term in nature (i.e., ranging from 2- to 5-hours), including those studies that are conducted at near-ambient $PM_{2.5}$ concentrations.

It is also important to consider that controlled human exposure studies include a small number of individuals compared to epidemiologic studies. Additionally, these studies tend to include generally healthy adult individuals, who are at a lower risk of experiencing health effects. These studies, therefore, often do not include including children, or older adults, or individuals with pre-existing conditions. As such, these studies are somewhat limited in their ability to inform at what concentrations effects may be elicited in at-risk populations.

Nonetheless, we note the findings in several of these controlled human exposure studies conducted at near-ambient $PM_{2.5}$ concentrations and the potential of these studies to provide some insight into what these controlled human exposure studies may indicate regarding short-term exposure to peak $PM_{2.5}$ concentrations and how those relate to ambient $PM_{2.5}$ concentrations in areas that meet the primary $PM_{2.5}$ standards. As such, we focus on 2-hour exposures (the exposure window most often utilized) and consider the degree to which 2-hour ambient $PM_{2.5}$ concentrations in locations meeting the current primary standards are likely to exceed the 2-hour exposure concentrations at which statistically significant effects are reported in multiple studies for one or more indicators of cardiovascular function. To this end, we refer to Figure 2-19 (Chapter 2, section 2.3.2.2.3), which presents the frequency distribution of 2-hour average $PM_{2.5}$ concentrations from all FEM $PM_{2.5}$ monitors in the U.S. for 2017-2019. At sites

[19] The ATS/ERS described its 2017 statement as one "intended to provide guidance to policymakers, clinicians and public health professionals, as well as others who interpret the scientific evidence on the health effects of air pollution for risk management purposes" and further notes that "considerations as to what constitutes an adverse health effect, in order to provide guidance to researchers and policymakers when new health effects markers or health outcome associations might be reported in future." The most recent policy statement by the ATS, which once again broadens its discussion of effects, responses and biomarkers to reflect the expansion of scientific research in these areas, reiterates that concept, conveying that it does not offer "strict rules or numerical criteria, but rather proposes considerations to be weighed in setting boundaries between adverse and nonadverse health effects," providing a general framework for interpreting evidence that proposes a "set of considerations that can be applied in forming judgments" for this context (Thurston et al., 2017).

meeting the current primary $PM_{2.5}$ standards, most 2-hour concentrations are below 10 µg/m$^3$, and almost never exceed 30 µg/m$^3$. The extreme upper end of the distribution of 2-hour $PM_{2.5}$ concentrations is shifted higher during the warmer months (April to September, denoted by red bars in Figure 2-19), generally corresponding to the period of peak wildfire frequency in the U.S. At sites meeting the current primary standards, the highest 2-hour concentrations measured almost never occur outside of the period of peak wildfire frequency (i.e., 99.9th percentile of 2-hour concentrations is 62 µg/m$^3$ during the warm season). Most of the sites measuring these very high concentrations are in the northwestern U.S. and California (see Appendix A, Figure A-1), where wildfires have been relatively common in recent years. When the typical fire season is excluded from the analysis (blue in Figure 2-19), the extreme upper end of the distribution is reduced (i.e., 99.9th percentile of 2-hour concentrations is 55 µg/m$^3$).[20] Given these results, we conclude that $PM_{2.5}$ exposure concentrations evaluated in most of these controlled human exposure studies are well-above the 2-hour ambient $PM_{2.5}$ concentrations typically measured in locations meeting the current primary standards.

Animal Toxicology Studies

The 2019 ISA relies on animal toxicology studies to support the plausibility of a wide range of $PM_{2.5}$-related health effects. While animal toxicology studies often examine more severe health outcomes and longer exposure durations than controlled human exposure studies, there is uncertainty in extrapolating the effects seen in animals, and the $PM_{2.5}$ exposures and doses that cause those effects, to human populations. We consider these uncertainties when evaluating what the available animal toxicology studies may indicate with regard to the current primary $PM_{2.5}$ standards.

Most of the animal toxicology studies assessed in the 2019 ISA have generally examined short-term exposures to $PM_{2.5}$ concentrations from 100 to >1,000 µg/m$^3$ and long-term exposures to concentrations from 66 to >400 µg/m$^3$ (e.g., see U.S. EPA, 2019, Table 1-2). Two exceptions are a study reporting impaired lung development following long-term exposures (i.e., 24 hours per day for several months prenatally and postnatally) to an average $PM_{2.5}$ concentration of 16.8 µg/m$^3$ (Mauad et al., 2008) and a study reporting increased carcinogenic potential following long-term exposures (i.e., 2 months) to an average $PM_{2.5}$ concentration of 17.7 µg/m$^3$ (Cangerana Pereira et al., 2011). These two studies demonstrate serious effects following long-term exposures to $PM_{2.5}$ concentrations similar to the ambient concentrations reported in some $PM_{2.5}$ epidemiologic studies (U.S. EPA, 2019, Table 1-2), though still above the ambient

[20] Similar analyses of 4-hour and 5-hour $PM_{2.5}$ concentrations are presented in Appendix A, Figure A-2 and Figure A-3, respectively.

concentrations likely to occur in areas meeting the current primary standards. However, noting uncertainty in extrapolating the effects seen in animals, and the $PM_{2.5}$ exposures and doses that cause those effects to human populations, animal toxicology studies are of limited utility in informing decisions on the public health protection provided by the current or alternative primary $PM_{2.5}$ standards. As such, the animal toxicological studies are most useful in providing further evidence to support the biological mechanisms and plausibility of various adverse effects.

#### 3.3.3.2 Ambient $PM_{2.5}$ Concentrations in Locations of Epidemiologic Studies

As summarized in section 3.1.1 above, epidemiologic studies examining associations between daily or annual average $PM_{2.5}$ exposures and mortality or morbidity represent a large part of the evidence base supporting several of the 2019 ISA's "causal" and "likely to be causal" determinations. In this section, we consider the ambient $PM_{2.5}$ concentrations present in areas where epidemiologic studies have evaluated associations with mortality or morbidity, and what such concentrations may indicate regarding the primary $PM_{2.5}$ standards. As noted in section 3.2, the use of information from epidemiologic studies to inform conclusions on the primary $PM_{2.5}$ standards is complicated by the fact that such studies evaluate associations between distributions of ambient $PM_{2.5}$ and health outcomes, and do not identify the specific exposures that can lead to the reported effects. Rather, health effects can occur over the entire distribution of ambient $PM_{2.5}$ concentrations evaluated, and epidemiologic studies conducted to date do not identify a population-level threshold below which it can be concluded with confidence that PM-associated health effects do not occur . (U.S. EPA, 2019, section 1.5.3). To address these issues, we consider the following question:

- **To what extent does the evidence from epidemiologic studies that have evaluated associations with mortality or morbidity provide support for adverse effects occurring following $PM_{2.5}$ exposures?**

In the absence of discernible thresholds, we consider what information can be provided from epidemiologic studies. In particular, to address the question above, we consider the study-reported ambient $PM_{2.5}$ concentrations reflecting estimated exposure with a focus on the middle portion of the $PM_{2.5}$ air quality distribution, which provides the strongest support for reported health effect associations. The section below discusses the key epidemiologic studies available in this reconsideration and observations from these studies to inform conclusions on the primary $PM_{2.5}$ standards.

##### 3.3.3.2.1 $PM_{2.5}$ Air Quality Distributions Associated with Mortality or Morbidity in Key Epidemiologic Studies

In this section, we consider the $PM_{2.5}$ air quality distributions associated with mortality or morbidity in key epidemiologic studies. In previous reviews, the decision framework used to

judge adequacy of the existing $PM_{2.5}$ standards, and what levels of any potential alternative standards should be considered, placed significant weight on epidemiologic studies that assessed associations between $PM_{2.5}$ exposure and health outcomes that were most strongly supported by the body of scientific evidence. In doing so, the decision framework recognized that while there is no specific point in the air quality distribution of any epidemiologic study that represents a "bright line" at and above which effects have been observed and below which effects have not been observed, there is significantly greater confidence in the magnitude and significance of observed associations for the part of the air quality distribution corresponding to where the bulk of the health events in each study have been observed, generally at or around the mean concentration. This is the case both for studies of daily $PM_{2.5}$ exposures and for studies of annual average $PM_{2.5}$ exposures.

Studies of daily $PM_{2.5}$ exposures examine associations between day-to-day variation in $PM_{2.5}$ concentrations and health outcomes, often over several years. While there can be considerable variability in daily exposures over a multi-year study period, most of the estimated exposures reflect days with ambient $PM_{2.5}$ concentrations around the middle of the air quality distributions examined (i.e., "typical" days rather than days with extremely high or extremely low concentrations). Similarly, for studies of annual $PM_{2.5}$ exposures, most of the health events occur at estimated exposures that reflect annual average $PM_{2.5}$ concentrations around the middle of the air quality distributions examined. In both cases, epidemiologic studies provide the strongest support for reported health effect associations for this middle portion of the $PM_{2.5}$ air quality distribution, which corresponds to the bulk of the underlying data, rather than the extreme upper or lower ends of the distribution. Consistent with this, as noted above in section 3.3.1.1, several epidemiologic studies report that associations persist in analyses that exclude the upper portions of the distributions of estimated $PM_{2.5}$ exposures, indicating that "peak" $PM_{2.5}$ exposures are not disproportionately responsible for reported health effect associations.

An example of the relationship between data density and reported health effect associations is illustrated in Figure 3-2 below (from Lepeule et al., 2012, Figure 1 in supplemental material; U.S. EPA, 2019, Figure 6-26). For the years 1974 to 2009, Lepeule et al. (2012) report a positive and statistically significant association between estimated long-term $PM_{2.5}$ exposures and cardiovascular mortality in six U.S. cities. Based on a visual inspection of the concentration-response function reported in this study (i.e., presented in Figure 3-2), 95% confidence intervals are narrowest for long-term $PM_{2.5}$ concentrations near the overall mean concentration reported in the study (i.e., 15.9 $\mu g/m^3$). Confidence intervals widen at lower and higher long-term $PM_{2.5}$ concentrations, particularly at concentrations $\leq$ ~10 $\mu g/m^3$ and $\geq$ ~20 $\mu g/m^3$. This widening in the confidence intervals is likely due in part to the comparative lack of

data at concentrations approaching the lower and upper ends of the air quality distribution (i.e., exposure estimates are indicated by hash marks on the horizontal axis).




**Figure 3-2. Estimated concentration-response function and 95% confidence intervals between $PM_{2.5}$ and cardiovascular mortality in the Six Cities Study (1974-2009) (from Lepeule et al., 2012, supplemental material, figure 1; Figure 6-26 in U.S. EPA, 2019).**

Similar to the information presented in Figure 3-2, other studies have also reported that confidence intervals around concentration-response functions are relatively narrow at $PM_{2.5}$ concentrations around the overall mean concentrations reported by those studies, likely reflecting high data density in the middle portions of the distributions (e.g., Crouse et al., 2015; Villeneuve et al., 2015; Shi et al., 2016 as discussed in U.S. EPA, 2019, section 11.2.4). Thus, consistent with the approaches in the 2012 and 2020 reviews (78 FR 3161, January 15, 2013; U.S. EPA, 2011, sections 2.1.3 and 2.3.4.1; 85 FR 82716-82717, December 18, 2020; U.S. EPA, 2020, sections 3.1.2 and 3.2.3), in this reconsideration, we use study-reported means (or medians) of daily and annual average $PM_{2.5}$ concentrations over the entire study period as indicators for the middle portions of the air quality distributions, over which studies generally provide strong support for reported associations and for which our confidence in the magnitude and significance of associations observed in the epidemiologic studies is greatest (78 FR 3101, January 15, 2013). As described further below, when considering the $PM_{2.5}$ air quality distributions in epidemiologic studies in this section, we focus on $PM_{2.5}$ concentrations around these overall means.

In addition to the overall study means, we also focus on concentrations somewhat below the means (e.g., 25th and 10th percentiles), when such information is available from the epidemiologic studies, which is consistent with approaches used in previous reviews. In so doing, we continue to note, as in previous reviews, that a relatively small portion of the health events are observed in the lower part of the air quality distribution and our confidence in the magnitude and significance of the associations begins to decrease in the lower part of the air quality distribution. Furthermore, consistent with past reviews, we recognize that there is no single percentile value within a given air quality distribution that is most appropriate or "correct" to use to characterize where our confidence in associations becomes appreciably lower. However, we note that the range from the 25th to 10th percentiles is a reasonable range to consider as a region where we have appreciable less confidence in the associations observed in epidemiologic studies compared to the means[21] (78 FR 3101, January 15, 2013).

- **Does the currently available epidemiologic information call into question the approaches used in previous reviews for evaluating the relationship between study-reported mean $PM_{2.5}$ concentrations and the current or potential alterative primary $PM_{2.5}$ standards?**

In evaluating the overall study-reported means, and concentrations somewhat below the means from epidemiologic studies, the focus is on the form, averaging time and level of the current primary annual $PM_{2.5}$ standard. Consistent with the approaches used in the 2012 and 2020 reviews (78 FR 3161-3162, January 15, 2013; 85 FR 82716-82717, December 18, 2020), the annual standard has been utilized as the primary means of providing public health protection against the bulk of the distribution of short- and long-term $PM_{2.5}$ exposures. Thus, the evaluation of the study-reported mean concentrations from key epidemiologic studies lends itself best to evaluating the adequacy of the annual $PM_{2.5}$ standard (rather than the 24-hour standard with its 98th percentile form). This is true for the study-reported means from both long-term and short-term exposure epidemiologic studies, recognizing that the overall mean $PM_{2.5}$ concentrations reported in studies of short-term (24-hour) exposures reflect averages across the study population and over the years of the study. Thus, mean concentrations from short-term exposure studies reflect long-term averages of 24-hour $PM_{2.5}$ exposure estimates. In this way, our examination aims to evaluate the protection provided by the annual $PM_{2.5}$ standard against the exposures where our confidence is greatest for associations with mortality and morbidity in key epidemiologic studies. We note that the protection provided by the annual standard is evaluated

[21] As detailed in the 2011 PA, we note the interrelatedness of the distributional statistics and a range of one standard deviation around the mean which represents approximately 68% of normally distributed data, and in that one standard deviation below the mean falls between the 25th and 10th percentiles (U.S. EPA, 2011, p. 2-71; U.S. EPA, 2005, p. 5-22).

in conjunction with that provided by the 24-hour standard, with its 98th percentile form, which aims to provide supplemental protection against the short-term exposures to peak $PM_{2.5}$ concentrations that can occur in areas with strong contributions from local or seasonal sources, even when overall ambient mean $PM_{2.5}$ concentrations in an area remain relatively low.

In focusing on the annual standard, and in assessing the range of study-reported exposure concentrations for which we have the strongest support for adverse health effects, we look to answer whether the current annual standard provides adequate protection against these exposure concentrations. This means, as in past reviews, application of a decision framework based on assessing means reported in key epidemiologic studies must also consider how the study means were computed and how these values compare to the annual standard metric (including the level, averaging time and form) and the use of the monitor with the highest $PM_{2.5}$ design value in an area for compliance. In the 2012 review, it was recognized that the key epidemiologic studies computed the study mean using an average across monitor-based $PM_{2.5}$ concentrations. As such, the Agency noted that this decision framework applied an approach of using maximum monitor concentrations to determine compliance with the standard, while selecting the standard level based on consideration of composite monitor concentrations. Further, the Agency included analyses (Hassett-Sipple et al., 2010; Frank, 2012) that examined the differences in these two metrics (i.e., maximum monitor concentrations and composite monitor concentrations) across the U.S. and in areas included in the key epidemiologic studies and found that the maximum design value in an area was generally higher than the monitor average across that area, with that amount varying based on location and concentration. This information was taken into account in the Administrator's final decision in selecting a level for the primary annual $PM_{2.5}$ standard the 2012 review and discussed more specifically in her considerations on adequate margin of safety.

The relationship between the mean $PM_{2.5}$ concentrations and the area design value continues to be an important consideration in evaluating the adequacy of the current or potential alternative annual standard levels in this reconsideration. In a given area, the area design value is based on the monitor in an area with the highest $PM_{2.5}$ concentrations and is used to determine compliance with the standard. The highest $PM_{2.5}$ concentrations spatially distributed in the area would generally occur at or near the area design value monitor and the distribution of $PM_{2.5}$ concentrations would generally be lower in other locations and at monitors in that area. As such, when an area is meeting a specific annual standard level, we would expect the annual average exposures in that area to be at concentrations lower than that level and the average of the annual average exposures across that area (i.e., a metric similar to the study-reported mean values) to be lower than that level.

In this reconsideration, we note that there are a substantial number of different types of epidemiological studies available since the 2012 review, included in both the 2019 ISA and the

ISA Supplement, that make understanding the relationship between the mean $PM_{2.5}$ concentrations and the area design value even more important. While the key epidemiologic studies in the 2012 review were all monitor-based studies, the newer studies include hybrid modeling approaches which have emerged in the epidemiologic literature as an alternative to approaches that only use ground-based monitors to estimate exposure. As assessed in the 2019 ISA and ISA Supplement, a substantial number of epidemiologic studies used hybrid model-based methods in evaluating associations between $PM_{2.5}$ exposure and health effects. Hybrid model-based studies employ various fusion techniques that combine ground-based monitored data with air quality modeled estimates and/or information from satellites to estimate $PM_{2.5}$ exposures. While these studies provide a broader estimation of $PM_{2.5}$ exposures compared to monitor-based studies (i.e., $PM_{2.5}$ concentrations are estimated in areas without monitors), the hybrid modeling approaches result in study-reported means that are more difficult to relate to the annual standard metric and to the use of maximum monitor design values to assess compliance. In addition, to further complicate the comparison, when looking across these studies, we find variations in how exposure is estimated between such studies, and thus, how the study means are calculated. Two important variations across studies include: (1) variability in spatial scale used (i.e., averages computed across the national (or large portions of the country) versus a focus on only CBSAs) and (2) variability in exposure assignment methods (i.e., averaging across all grid cells, averaging across a scaled-up area like a ZIP code, and population weighting).

Because of these differences and the current state of the science, the application of any decision framework in considering the study-reported mean $PM_{2.5}$ concentrations, and whether the current annual standard provides adequate protection against these reported exposure concentrations, is more complicated than the approaches used in past reviews. To further understand how the differences in exposure estimation methods used in the epidemiologic studies translate into comparisons between the mean $PM_{2.5}$ concentrations reported in the studies and the adequacy of the protection provided by the primary annual $PM_{2.5}$ standard, we seek to answer the following questions:

- **How can the approaches used in epidemiologic studies to estimate exposure affect the study-reported mean $PM_{2.5}$ concentrations? How do these approaches and the resulting means compare to one another? How do these different methods to estimate exposure and compute mean values affect what these mean values represent relative to the annual standard?**

In answering these questions, we first utilize a simplified example to show differences in the methods used to estimate exposure can lead to difference in mean concentrations. In Figure 3-3 below, we exhibit the state of Georgia and the CBSA of Atlanta-Sandy Springs-Roswell. In this figure, the gradient of $PM_{2.5}$ concentrations are shown for 1 km x 1 km grid cells using one

of the hybrid approaches described in more detail in Chapter 2, referred to as the DI2019[22] hybrid approach, from 2014-2016, as well as the monitor locations within the Atlanta-Sandy Springs-Roswell CBSA and their annual $PM_{2.5}$ design values for 2016. Using these data, several metrics were calculated and shown in Table 3-5 below. For all monitors within the CBSA, the average $PM_{2.5}$ concentration is 9.3 $\mu g/m^3$, while the area design value (based on the highest monitored $PM_{2.5}$ concentration in the area) is 10.4 $\mu g/m^3$. This comparison helps to illustrate the fact that composite monitor values tend to be somewhat lower than the highest area monitor values, consistent with the key points made in the 2012 review. This example also illustrates how monitors are sited to represent the higher concentrations within the area and that the area's annual design value, which is used for compliance with the standard, is calculated based on the highest monitor in the area.

Next, we evaluate the average estimated $PM_{2.5}$ concentrations from 2014-2016 using the DI2019 hybrid approach and calculate: (1) the average concentration across the entire state; (2) the population-weighted average across the entire state; (3) the average concentration across the CBSA; and (4) the population-weighted average across the CBSA. In doing this, we have focused on using some of the main approaches used in epidemiologic studies to compute study means. At the urban level (e.g., Atlanta-Sandy Springs-Roswell CBSA), the average $PM_{2.5}$ concentration when taking the mean of all grid cells is 9.2 $\mu g/m^3$, whereas the population-weighted mean is 9.6 $\mu g/m^3$. Across Georgia, the average $PM_{2.5}$ concentration using the hybrid approach and averaged across each grid cell is 8.3 $\mu g/m^3$, which is lower than the population-weighted statewide average of 9.1 $\mu g/m^3$. While this is a simple example evaluated in just one state and one CBSA, it suggests that the lowest mean values tend to result from the approaches that use concentrations from all or most grid cells (e.g., did not apply population weighting), both urban and rural, across the study area to compute the mean. Higher mean values are observed when the approach focuses on the urban areas alone or when the approach incorporates population weighting. Overall, this example suggests that the means from studies using hybrid modeling approaches are generally lower than the means from monitor-based approaches, and means from both approaches are lower than the annual design values for the same area. Population weighting tends to increase the calculated mean concentration, likely because more densely populated areas also tend to have higher $PM_{2.5}$ concentrations. Table 3-5 shows how the different approaches affect mean concentration estimates for the example discussed above. Note that while the statewide average using the hybrid approach is quite a bit lower than the mean

[22] As discussed above in section 2.3.3.2.4, DI2019 refers to estimated $PM_{2.5}$ concentrations from a hybrid modeling approach developed by Di et al. (2019b), which estimates nationwide $PM_{2.5}$ concentrations from 2000-2016.

from either the monitor-based approach or the Atlanta-only hybrid approach, population weighting the statewide average brings the value closer to the other approaches.




**Figure 3-3. Estimated $PM_{2.5}$ concentrations using the DI2019 hybrid approach and monitoring locations and design values for the state of Georgia and the Atlanta-Sandy Springs-Roswell, Georgia CBSA.** (Note: Additional information on the DI2019 hybrid approach is described in section 2.3.3.1.4 and in Di et al., 2019a.)

**Table 3-5. $PM_{2.5}$ Concentrations Metrics from Monitor and Modeled Data**[23]

| Description of Metric | $PM_{2.5}$ Concentrations (μg/m³) |
|---|---|
| Atlanta highest monitor | 10.4 |
| Atlanta monitored average | 9.3 |
| Atlanta spatial average | 9.2 |
| Atlanta population-weighted average | 9.6 |
| Georgia spatial average | 8.3 |
| Georgia population-weighted average | 9.1 |

To expand upon this example in answering our questions above, we look to the analyses in Chapter 2 which compared area annual design values, composite monitor $PM_{2.5}$ concentrations and mean concentrations from two hybrid approaches. The analyses also included population-

[23] "Spatial average" as used in Table 3-5 refers to the average across all grid cells in Atlanta or Georgia using the DI2019 hybrid modeling approach, while "population-weighted average" uses the DI2019 hybrid modeling approach and applies population weighting to calculate the mean $PM_{2.5}$ concentration.

weighted mean metrics. In the air quality analyses comparing composite monitored $PM_{2.5}$ concentrations with annual $PM_{2.5}$ design values in U.S. CBSAs, maximum annual $PM_{2.5}$ design values were approximately 10% to 20% higher than annual average composite monitor concentrations (i.e., averaged across multiple monitors in the same CBSA) (section 2.3.3.1, Figure 2-28 and Table 2-3). The difference between the maximum annual design value and average concentration in an area can be smaller or larger than this range, depending on factors such as the number of monitors, monitor siting characteristics, and the distribution of ambient $PM_{2.5}$ concentrations.[24] Such ratios may also depend on how the average concentrations are calculated (i.e., averaged across monitors versus across modeled grid cells). Based on these results, this analysis suggests that there will be a distribution of concentrations and the maximum annual average monitored concentration in an area (at the design value monitor, used for compliance with the standard), will generally be 10-20% higher than the average across the other monitors in the area. Thus, in considering how the annual standard levels would relate to the study-reported means from monitor-based studies, we can generally conclude that an annual standard level that is no more than 10-20% higher than monitor-based study-reported mean $PM_{2.5}$ concentrations would generally maintain air quality exposures to be below those associated with the study-reported mean $PM_{2.5}$ concentrations, exposures for which we have the strongest support for adverse health effects occurring.

We continue with this assessment to consider information from the epidemiologic studies that utilized the hybrid modeling approaches. The air quality analyses in Chapter 2 looked at data from two hybrid modeling approaches. While hybrid modeling approaches are not universal and the various hybrid approaches all have their different nuances, the analysis in Chapter 2 focused on the DI2019 and HA2020 approaches, which have been used in several recent epidemiologic studies. Section 2.3.3.2.4 details a comparison of $PM_{2.5}$ fields in estimating exposure relative to design values using these two hybrid modeling surfaces. Annual average $PM_{2.5}$ concentrations are estimated per year at a 1 km x 1 km spatial resolution. As exhibited in Figure 2-37, the means vary when one estimates $PM_{2.5}$ exposures in urban areas only (CBSAs) versus when the averages were calculated with all or most grid cells nationwide. This is likely indicative of the fact that areas included outside of CBSAs tend to be more rural and have lower estimated $PM_{2.5}$

[24] Given that higher $PM_{2.5}$ concentrations have been reported at some near-road monitoring sites, relative to the surrounding area (section 2.3.2.2.2), recent requirements for $PM_{2.5}$ monitoring at near-road locations in large urban areas (section 2.2.3.3) may increase the ratios of maximum annual design values to averaged concentrations in some areas. In the Georgia example above, a near-road monitor was not included in our analysis. The near-road monitor was not added until 2015, and data related to DI2019 ended in 2016. For purposes of developing three-year average concentrations using the most recent data for which we had monitored and modeled data, 2014-2016 data was selected for monitors as well, for which data from 2014-2016 was not available for the near-road monitor.

concentrations. This is important to note since the study areas included in the calculation of the mean, and more specifically whether a study is focused on nationwide, regional, or urban areas, will affect the calculation of the study mean based on how many rural areas are included with lower estimated $PM_{2.5}$ concentrations. While the determination of what spatial scale to use to estimate $PM_{2.5}$ concentrations does not inherently affect the quality of the epidemiologic study, the spatial scale can influence the calculated long-term mean concentration across the study area and period. As exhibited in Table 2-4, regardless of the hybrid modeling approach assessed, the annual average $PM_{2.5}$ concentrations in CBSA-only analyses are 4-8% higher than for nationwide analyses, likely as a result of higher $PM_{2.5}$ concentrations in more densely populated areas, and exclusion of more rural areas. When evaluating comparisons between surfaces that estimate exposure using population weighting versus surfaces that do not calculate means using population weighting, surfaces that calculate long-term mean $PM_{2.5}$ concentrations with population-weighted averages have higher average annual $PM_{2.5}$ concentrations, ranging from 8.2-10.2 $\mu g/m^3$, compared to annual $PM_{2.5}$ concentrations that range from 7.0-8.6 $\mu g/m^3$ in analyses that do not apply population weighting. Average maximum annual design values, on the other hand, exhibit a range from 9.5 to 11.7 $\mu g/m^3$. Analyses show that average maximum annual design values are 40 to 50% higher when compared to annual average $PM_{2.5}$ concentrations estimated without population weighting and are 15% to 18% higher when compared to average annual $PM_{2.5}$ concentrations with population weighting applied.

The comparisons discussed above for the studies using the hybrid modeling approaches show a trend generally observed across the various methods employed to calculate the mean. First, when assessing means from epidemiologic studies that employ hybrid model-based methods, the lowest means tend to result from the approaches that use estimated $PM_{2.5}$ concentrations from all or most grid cells across the study area (i.e., both urban and rural) to compute the mean. When comparing means from these types of studies to the area annual design values, the annual design values are higher than means by 40-50%. However, when the approach instead employs methods that population weight the mean, the calculated mean $PM_{2.5}$ concentrations are higher, regardless of the hybrid method employed, and when compared to the area annual design values, design values are 15-18% higher than means (similar to the differences observed for the composite monitor comparison values for the monitor-based epidemiologic studies). Given these results, it is worth noting that for the studies using the hybrid modeling approaches, the choice of methodology employed in calculating the study-reported means (i.e., using population weighting or not), and not a difference in estimates of exposure in the study itself, can produce substantially different study-reported mean values, with the approach that doesn't utilize population weighting producing a much lower value.

Based on these results, and similar to conclusions for the monitor-based studies, we can generally conclude that the study-reported mean concentrations in the studies that employ hybrid modeling approaches and population-weight the mean are associated with air quality conditions that would be achieved by meeting annual standard levels that are 15-18% higher than study-reported means. Therefore, an annual standard level that is no more than 15-18% higher than the study-reported means would generally maintain air quality exposures to be below those associated with the study-reported mean $PM_{2.5}$ concentrations, exposures for which we have the strongest support for adverse health effects occurring. For the studies that utilize hybrid modeling approaches but do not incorporate population weighting in calculating the mean, we would expect the annual design values associated with these air quality conditions to be much higher (i.e., 40-50% higher) and this larger difference makes it more difficult to consider how these studies can be used to determine the adequacy of the protection afforded by the current or potential alternative annual standards.

While this information can be helpful to inform our understanding of the relationship between study-reported mean concentrations and the level of the annual standard, we recognize some limitations to our assessment of this information. First, we note that our comparisons used only two hybrid modeling approaches. Although the two hybrid modeling surfaces have been used in a number of recent epidemiologic studies, they represent just two of the many hybrid modeling approaches that have been used in epidemiologic studies to estimate $PM_{2.5}$ concentrations. These methods continue to evolve over time, with further development and improvement to prediction models that estimate $PM_{2.5}$ concentrations in epidemiologic studies. In addition to differences in hybrid modeling approaches, we also recognize that epidemiologic studies use different methods to assign a population-weighted average $PM_{2.5}$ concentration to their study population, and our assessment does not evaluate all of the potential methods that could be used.

Further, we note that some of these epidemiologic studies also provide information on the broader distributions of exposure estimates and/or health events and the $PM_{2.5}$ concentrations corresponding to the lower percentiles of those data (e.g., 25th and/or 10th). Our air quality analysis focuses on mean $PM_{2.5}$ concentrations and we did not include a similar comparison for these lower percentiles, and therefore, any direct comparison of study-reported $PM_{2.5}$ concentrations corresponding to lower percentiles and annual design values is more uncertain than such comparisons with the mean. Finally, we also recognize that our air quality analysis included two hybrid modeling-based approaches that used U.S.-based air quality information for estimating $PM_{2.5}$ concentrations. As such, our analyses are most relevant to interpreting the study-reported mean concentrations from U.S. epidemiologic studies and does not provide additional information to inform our understanding of how the mean exposures concentrations

reported in epidemiologic studies in other countries would compare to annual design values observed in the U.S. In addition, we note that differences in the exposure environments and population characteristics between the U.S. and other countries can affect the study-reported mean value and its relationship with the annual standard level. Sources and pollutant mixtures, as well as $PM_{2.5}$ concentration gradients, may be different between countries, and the exposure environments in other countries may differ from those observed in the U.S. Furthermore, differences in population characteristics and population densities can also make it challenging to directly compare studies from countries outside of the U.S. to a design value in the U.S.

- **What are the epidemiologic studies assessed in the 2019 ISA and ISA Supplement that have the potential to be most informative in reaching conclusions on the adequacy of the current primary $PM_{2.5}$ standards or potential alternative standards?**

To evaluate the $PM_{2.5}$ air quality distributions in key studies in this PA, we first identify the epidemiologic studies assessed in the 2019 ISA and ISA Supplement that have the potential to be most informative in reaching conclusions on the primary $PM_{2.5}$ standards. As with the experimental studies discussed above, we focus on epidemiologic studies that provide strong support for "causal" or "likely to be causal" relationships with $PM_{2.5}$ exposures in the 2019 ISA. We focus on the health effect associations that are determined in the 2019 ISA and ISA Supplement to be consistent across studies, coherent with the broader body of evidence (e.g., including animal and controlled human exposure studies), and robust to potential confounding by co-occurring pollutants and other factors. [25]

In our assessment of the evidence judged to be most relevant to decisions on the elements of the primary $PM_{2.5}$ standards, we place greater weight on U.S. and Canadian studies. This is because findings of U.S. and Canadian studies are more directly applicable for quantitative considerations in this reconsideration, as studies conducted in other countries reflect different populations, exposure characteristics, and air pollution mixtures. Additionally, epidemiologic studies outside of the U.S. and Canada generally reflect higher $PM_{2.5}$ concentrations in ambient

[25] As described in the Preamble to the ISAs (U.S. EPA, 2015a), "the U.S. EPA emphasizes the importance of examining the pattern of results across various studies and does not focus solely on statistical significance or the magnitude of the direction of the association as criteria of study reliability. Statistical significance is influenced by a variety of factors including, but not limited to, the size of the study, exposure and outcome measurement error, and statistical model specifications. Statistical significance may be informative; however, it is just one of the means of evaluating confidence in the observed relationship and assessing the probability of chance as an explanation. Other indicators of reliability such as the consistency and coherence of a body of studies as well as other confirming data may be used to justify reliance on the results of a body of epidemiologic studies, even if results in individual studies lack statistical significance. Traditionally, statistical significance is used to a larger extent to evaluate the findings of controlled human exposure and animal toxicology studies. Understanding that statistical inferences may result in both false positives and false negatives, consideration is given to both trends in data and reproducibility of results. Thus, in drawing judgments regarding causality, the U.S. EPA emphasizes statistically significant findings from experimental studies, but does not limit its focus or consideration to statistically significant results in epidemiologic studies."

air than are currently found in the U.S., and thus, are less relevant to informing questions about adequacy of the current standards.[26] However, we do note that while information from Canadian studies can be useful in assessing the adequacy of the annual standard, there are still important differences between the exposure environments in the U.S. and Canada and interpreting the data (e.g., mean concentrations) from the Canadian studies in the context of a U.S.-based standard may present challenges in directly and quantitatively informing questions regarding the adequacy of the current or potential alternative the levels of the annual standard. Lastly, we also emphasize multicity/multistate studies that examine health effect associations, as such studies are more encompassing of the diverse atmospheric conditions and population demographics in the U.S. than studies that focus on a single city or state.

Figure 3-4 to Figure 3-7 below summarize information from U.S. and Canadian studies that are assessed in the 2019 ISA and ISA Supplement and that meet these criteria. For each study, Figure 3-4 to Figure 3-7 present the cohort[27] and/or geographic area examined, the approach used to estimate $PM_{2.5}$ exposures (i.e., monitored or predicted with hybrid modeling methods[28]), the study years during which health events occurred, the years of $PM_{2.5}$ air quality data used to estimate exposures, and the effect estimate[29] with 95% confidence intervals (per 5 $\mu g/m^3$ for long-term exposures; 10 $\mu g/m^3$ for short-term exposures). When available, these figures also include the overall means (or medians if means are not available) of the short- or long-term $PM_{2.5}$ exposure estimates reported by the study. Figure 3-4 and Figure 3-5 summarize information from studies of long-term $PM_{2.5}$ exposures. Figure 3-6 and Figure 3-7 summarize information from studies of short-term $PM_{2.5}$ exposures.

[26] This emphasis on studies conducted in the U.S. or Canada is consistent with the approach in the 2012 and 2020 reviews of the PM NAAQS (U.S. EPA, 2011, section 2.1.3; U.S. EPA, 2020, section 3.2.3.2.1) and with approaches taken in other NAAQS reviews. We recognize the importance of studies in the U.S., Canada, and other countries in informing an ISA's considerations of the weight of the evidence that informs causality determinations.

[27] The cohorts examined in the studies included in Figure 3-4 to Figure 3-7 include large numbers of individuals in the general population, and often also include those populations identified as at-risk (i.e., children, older adults, minority populations, and individuals with pre-existing cardiovascular and respiratory disease).

[28] As discussed further below, and in Chapter 2, hybrid methods incorporate data from several sources, often including satellites and models, in addition to ground-based monitors.

[29] The effect estimates presented in the forest plot figures (Figure 3-4 to Figure 3-7) show the associations of long- or short-term $PM_{2.5}$ exposures with health endpoints presented either as hazard ratio or odds ratio or relative risk (for which the bold dotted vertical line is at 1), or as per unit or percent change (for which the bold dotted vertical line is at 0).

All-cause mortality (U.S.)

| Exposure Proxy | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|
| Modelled | Di et al., 2017b | Medicare | 2000-2012 | 2000-2012 | 11.0 (5th and 95th: 6.21- 15.64) |
| | Dominici et al., 2019 | Medicare | 2000-2012 | 2000-2012 | 11.0 (NR) |
| | Elliott et al., 2020 | Nurses Health | 1988-2008 | 1988-2007 | 13.7 (NR) |
| | Hart et al., 2015 | Nurses Health | 2000-2006 | 1999-2006 | 12.0 (NR) |
| | Lefler et al., 2019 | NHIS | 1987-2015 | 1988-2015 | 10.7 (NR) |
| | Malik et al., 2019 | TRIUMPH & PREMIER | 2003-2008 | 2002-2007 | 12.0 (4.3-20.5) |
| | Pope et al., 2015 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.0–28.0) |
| | Pope et al., 2019 | NHIS | 1986-2015 | 1999-2015 | 10.7 (2.5-19.2) |
| | Puett et al., 2009 | Nurses Health | 1992-2002 | 1988-2002 | 13.9 (5.8–27.6) |
| | Puett et al., 2011 | Health Professionals | 1989-2003 | 1988-2003 | 17.8 (NR) |
| | Shi et al., 2016 | Medicare | 2003-2008 | 2003-2008 | 8.12 (0.8-20.22) |
| | Thurston et al., 2016 | NIH-AARP | 2000-2009 | 2000-2008 | 12.2 (2.9-28.0) |
| | Turner et al., 2016 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.4-27.9) |
| | Wang et al., 2017 | Medicare | 2000-2013 | 2000-2013 | NR (Median: 10.7) (6.0-20.6) |
| | Wang et al., 2020 | Medicare | 2000-2008 | 2000-2008 | 10.3 (NR) |
| | Weichenthal et al., 2014 | Ag Health | 1993-2009 | 2001-2006 | Iowa: 8.8; North Carolina: 11.1 (NR) |
| | Wu et al., 2020a | Medicare | 2000-2016 | 2000-2016 | 9.8 (NR) |
| Monitor | Eum et al., 2018 | Medicare | 2000-2012 | 2000-2012 | Overall: 11.7 (NR) |
| | | | | | Central region: 9.9 (NR) |
| | | | | | Eastern region: 12.3 (NR) |
| | | | | | Western region: 11.5 (NR) |
| | Goss et al., 2004 | U.S. Cystic Fibrosis | 1999-2000 | 2000 | 13.7 (NR) |
| | Hart et al., 2015 | Nurses Health | 2000-2006 | 2000-2006 | 12.7 (NR) |
| | Kiomourtzoglou et al., 2016 | Medicare | 2000-2010 | 2000-2010 | 12.0 (Mean Range: 9.0-13.0) (NR) |
| | Lepeule et al., 2012 | Harvard Six-City | 2001-2009 | 1979-2009 | 1974-2009: 15.9; 2000 onwards mean range: <15-<18 (NR) |
| | Lipfert et al., 2006 | Veterans | 1997-2001 | 1999-2001 | 14.3 (NR) |
| | Zeger et al., 2008 | MCAPS | 2000-2005 | 2000-2005 | Central region: NR (Median: 10.7) (NR) |
| | | | | | Eastern region: NR (Median: 14.0) (NR) |
| | | | | | Western region: NR (Median: 13.1) (NR) |



All-cause mortality (Canada)

| Exposure Proxy | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|
| Modelled | Cakmak et al., 2018 | CanCHEC | 1991-2011 | 1984-2011 | 6.5 (1.2, 24.1) |
| | Christidis et al., 2019 | mCCHS | 2000-2016 | 1998-2015 | 5.9 (0.4-17.2) |
| | Crouse et al., 2012 | CanCHEC | 1991-2001 | 2001-2006 | 8.7 (1.9- 19.2) |
| | Crouse et al., 2015 | CanCHEC | 1991-2006 | 1984-2006 | 8.9 (0.9- 17.6) |
| | Crouse et al., 2020 | CanCHEC | 2001-2011 | 1998-2010 | 7.2 (1-year 1-km mean) (0.0-20.0) |
| | | | | | 7.4 (3-year 1-km mean) (0.0-20.0) |
| | | | | | 8.0 (8-year 1-km mean) (0.3-18.4) |
| | Erickson et al., 2019 | CanCHEC | 2001-2011 | 1998-2012 | 8.4 (NR) |
| | | mCCHS | 2001-2011 | 1998-2012 | 6.7 (NR) |
| | Erickson et al., 2020 | CanCHEC | 2001-2016 | 1998-2016 | 7.5 (Non-Immigrant) (NR) |
| | | | | | 9.1 (Immigrant >30 yrs) (NR) |
| | | | | | 9.7 (Immigrant ≤10 yrs) (NR) |
| | Pappin et al., 2019 | CanCHEC | 1991-2016 | 1988-2015 | 7.9 (Year 1991) (0.4-20.0) |
| | | | | | 7.2 (Year 1996) (0.4-20.0) |
| | | | | | 6.7 (Year 2001) (0.4-18.5) |
| | Pinault et al., 2016 | CCHS | 2000-2011 | 1998-2011 | 6.3 (1.0-13.0) |
| | Pinault et al., 2017 | CanCHEC | 1991-2011 | 1998-2011 | 7.4 (<0.01-20.0) |
| | Zhang et al., 2021 | Ontario Health Study | 2009-2017 | 2000-2016 | 7.8 (NR) |
| Monitor | Crouse et al., 2012 | CanCHEC | 1991-2001 | 1987-2001 | 11.2 (NR) |
| | Weichenthal et al., 2016a | CanCHEC | 1991-2009 | 1998-2009 | 9.8 (4.74-13.62) |



CVD mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) | Health Outcome |
|---|---|---|---|---|---|---|---|
| Modelled | U.S. | Hayes et al., 2020 | NIH-AARP | 1995/96-2011 | 1980-2010 | NR (Median: 13.3) (2.9-28.0) | CVD mortality Age 50-71 |
| | | Jerrett et al., 2016 | ACS CPS-II | 1982-2004 | 2002-2004 | 12.0 (1.5–26.6) | IHD mortality Age 30+ |
| | | Pope et al., 2015 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.0–28.0) | CVD mortality Age 30+ |
| | | | | | | | IHD mortality Age 30+ |
| | | | | | | | Other CVD-CBVD Age 30+ |
| | | Pope et al., 2019 | NHIS | 1986-2015 | 1999-2015 | 10.7 (2.5-19.2) | CVD mortality Age 18-84 |
| | | Thurston et al., 2016 | NIH-AARP | 2000-2009 | 2000-2008 | 12.2 (2.9-28.0) | CVD mortality Age 50-71 |
| | | Turner et al., 2016 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.4-27.9) | CVD mortality Age 30+ |
| | | | | | | | IHD mortality Age 30+ |
| | | | | | | | Other CVD-CBVD Age 30+ |
| | | Wang et al., 2020 | Medicare | 2000-2008 | 2000-2008 | 10.3 (NR) | CVD mortality Age 65-120 |
| | | Weichenthal et al., 2014 | Ag Health | 1993-2009 | 2001-2006 | Iowa: 8.8; North Carolina: 11.1 (NR) | CVD mortality |
| | Canada | Chen et al., 2016 | EFFECT RCT | 1999-2011 | 2001-2010 | 10.7 (NR) | CVD mortality Age 35+ |
| | | Chen et al., 2020 | ONPHEC | 2001-2016 | 2000-2016 | 8.6 (NR) | CVD mortality Age 35-85 |
| | | Crouse et al., 2012 | CanCHEC | 1991-2001 | 2001-2006 | 8.7 (1.9- 19.2) | CVD mortality Age 25+ |
| | | Crouse et al., 2015 | CanCHEC | 1991-2006 | 1984-2006 | 8.9 (0.9- 17.6) | CVD mortality Age 25-90 |
| | | Crouse et al., 2020 | CanCHEC | 2001-2011 | 1998-2010 | 7.4 (3-year 1-km mean) (0.0-20.0) | CVD mortality Age 25-89 |
| | | Erickson et al., 2019 | CanCHEC | 2001-2011 | 1998-2012 | 8.4 (NR) | CVD mortality Age 25-89 |
| | | | mCCHS | 2001-2011 | 1998-2012 | 6.7 (NR) | CVD mortality Age 25-89 |
| | | Pinault et al., 2016 | CCHS | 2000-2011 | 1998-2011 | 6.3 (1.0-13.0) | CVD mortality Age 25-90 |
| | | Pinault et al., 2017 | CanCHEC | 1991-2011 | 1998-2011 | 7.4 (<0.01-20.0) | CVD mortality Age 25-89 |
| | | Pinault et al., 2018 | CanCHEC | 2001-2011 | 1998-2012 | 7.4 (NR) | CVD mortality Age 25-90 |
| | | | mCCHS | 2001-2008 | 1998-2013 | 6.4 (NR) | CVD mortality Age 25-90 |
| | | Villeneuve et al., 2015 | CNBSS | 1980-2005 | 1998-2006 | 9.1 (1.3- 17.6) | CVD mortality Age 40-59 |
| | | | | | | | IHD mortality Age 40-59 |
| | | Zhang et al., 2021 | Ontario Health Study | 2009-2017 | 2000-2016 | 7.8 (NR) | CVD mortality Age 30+ |
| Monitor | U.S. | Hart et al., 2011 | TrIPS | 1985-2000 | 2000 | 14.1 (NR) | CVD mortality |
| | | Lepeule et al., 2012 | Harvard Six-City | 2001-2009 | 1979-2009 | 1974-2009: 15.9; 2000 onwards mean range: <15-<18 (NR) | CVD mortality Age 25-74 |
| | | Miller, et al. 2007 | WHI | 1994-2002 | 2000 | 13.5 (3.4-28.3) | CVD mortality Age 50-79 |
| | Canada | Weichenthal et al., 2016a | CanCHEC | 1991-2009 | 1998-2009 | 9.8 (4.74-13.62) | IHD mortality Age 25-89 |



## Respiratory mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | U.S. | Pope et al., 2015 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.0–28.0) |
| | | Thurston et al., 2016 | NIH-AARP | 2000-2009 | 2000-2008 | 12.2 (2.9-28.0) |
| | | Turner et al., 2016 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.4-27.9) |
| | | Wang et al., 2020 | Medicare | 2000-2008 | 2000-2008 | 10.3 (NR) |
| | Canada | Crouse et al., 2015 | CanCHEC | 1991-2006 | 1984-2006 | 8.9 (0.9- 17.6) |
| | | Crouse et al., 2020 | CanCHEC | 2001-2011 | 1998-2010 | 7.4 (3-year 1-km mean) (0.0-20.0) |
| | | Pinault et al., 2016 | CCHS | 2000-2011 | 1998-2011 | 6.3 (1.0-13.0) |
| | | Pinault et al., 2017 | CanCHEC | 1991-2011 | 1998-2011 | 7.4 (<0.01-20.0) |
| | | Zhang et al., 2021 | Ontario Health Study | 2009-2017 | 2000-2016 | 7.8 (NR) |
| Monitor | U.S. | Hart et al., 2011 | TrIPS | 1985-2000 | 2000 | 14.1 (NR) |
| | Canada | Weichenthal et al., 2016a | CanCHEC | 1991-2009 | 1998-2009 | 9.8 (4.74-13.62) |




## Lung cancer mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | U.S. | Turner et al., 2016 | ACS CPS-II | 1982-2004 | 1999-2004 | 12.6 (1.4-27.9) |
| | Canada | Crouse et al., 2015 | CanCHEC | 1991-2006 | 1984-2006 | 8.9 (0.9- 17.6) |
| | | Erickson et al., 2019 | CanCHEC | 2001-2011 | 1998-2012 | 8.4 (NR) |
| | | | mCCHS | 2001-2011 | 1998-2012 | 6.7 (NR) |
| | | Pinault et al., 2016 | CCHS | 2000-2011 | 1998-2011 | 6.3 (1.0-13.0) |
| | | Villeneuve et al., 2015 | CNBSS | 1980-2005 | 1998-2006 | 9.1 (1.3- 17.6) |
| Monitor | U.S. | Hart et al., 2011 | TrIPS | 1985-2000 | 2000 | 14.1 (NR) |
| | | Krewski et al., 2009 | ACS CPS-II | 1982-2000 | 1979-1983; 1999-2000 | 1979- 1983: 21.2; 1999- 2000: 14.0 (NR) |
| | | Laden et al., 2006 | Harvard Six-City | 1974-1998 | 1979-1987; 1985-1998 | 16.4 (Mean Range: 10.2-29.0) (NR) |
| | | Lepeule et al., 2012 | Harvard Six-City | 2001-2009 | 1979-2009 | 1974-2009: 15.9; 2000 onwards mean range: <15-<18 (NR) |
| | | Thurston et al., 2013 | ACS CPS-II | 1982-2004 | 2000-2005 | 14.2 (NR) |
| | Canada | Weichenthal et al., 2016a | CanCHEC | 1991-2009 | 1998-2009 | 9.8 (4.74-13.62) |




**Figure 3-4. Epidemiologic studies examining associations between long-term $PM_{2.5}$ exposures and mortality.**

## Asthma incidence

| Exposure Proxy (group) | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | Canada | Tetreault et al., 2016 | QICDSS | 1996-2011 | 2001-2006 | 9.86 (NR) |
| Monitor | U.S. | McConnell et al., 2010 | CHS | 2003-2005 | 2003-2004 | 13.9 (6.3-23.7) |
| | | Nishimura et al., 2013 | GALA II/ SAGE II | 1986-2003 | 1986-2003 | Mean Range: 8.1-17.0 (NR) |




## Lung cancer incidence

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | Canada | Hystad et al., 2013 | NECSS | 1994–1997 | 1975-1994 | 11.9 (NR) |
| | | Tomczak et al., 2016 | CNBSS | 1980-2004 | 1998-2006 | 9.1 (1.3-17.6) |
| | U.S. | Puett et al., 2014 | Nurses Health | 1994-2010 | 1988-2007 | 13.1 (NR) |
| Monitor | U.S. | Gharibvand et al., 2016 | AHSMOG-2 | 2002-2011 | 2000-2001 | 12.9 (NR) |




## Lung development

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) | Health Outcome |
|---|---|---|---|---|---|---|---|
| Monitor | U.S. | Breton et al., 2011 | CHS | 1993-2000, 1996-2004 | 1994-2004 | Mean Range: 6.0-28.0 (NR) | Lung Development (Change) - FVC Age 10-18 |
| | | | | | | | Lung Development (Change) - MMEF Age 10-18 |
| | | | | | | | Lung Development (Change)- FEV1 Age 10-18 |
| | | Gauderman et al., 2004 | CHS | 1993-2000 | 1994-2000 | Mean Range: 6.0-28.0 (NR) | Lung Development (Change) - FVC Age 10-18 |
| | | | | | | | Lung Development (Change) - MMEF Age 10-18 |
| | | | | | | | Lung Development (Change)- FEV1 Age 10-18 |




## Lung function

| Exposure Proxy | Country | Citation | Cohort | Health Data | Air Quality Data | Reported PM Mean (Range)(ug/m3) | Health Outcome |
|---|---|---|---|---|---|---|---|
| Monitor | U.S. | Urman et al., 2014 | CHS | 2002-2007 | 2002-2007 | 6.0-28.0 (NR) | Lung Function Decline (%)- FEV1 Age 5-7 |
| | | | | | | | Lung Function Decline (%)- FVC Age 5-7 |



CVD morbidity

| Exposure Proxy | Endpoint | Health Outcome | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | CHD | CHD Incidence | Hart et al., 2015b | Nurses Health | 1988-2006 | 13.4 (NR) |
| | | CHD Incidence Ages 45+ | Loop et al., 2018 | REGARDS | 2003-2012 | 13.6 (median) (NR) |
| | CVD | CVD (First event) Age 50-79 | Chi et al., 2016a | WHI | 1993-2005 | 12.7 (NR) |
| | | CVD Incidence | Hart et al., 2015b | Nurses Health | 1988-2006 | 13.4 (NR) |
| | HF | CHF Incidence Ages 35-85 | Bai et al., 2019 | ONPHEC | 2001-2015 | 9.6 (1.1-20.0) |
| | | Heart Failure (First HA) Age 65+ | Yazdi et al., 2019 | Medicare | 2000-2012 | NR (NR) |
| | MI | AMI Incidence Ages 35-85 | Bai et al., 2019 | ONPHEC | 2001-2015 | 9.6 (1.1-20.0) |
| | | AMI Incidence Age 35-85 | Chen et al., 2020 | ONPHEC | 2001-2016 | 8.6 (NR) |
| | | MI Incidence Age 42-67 | Elliott et al., 2020 | Nurses Health | 1988-2008 | 13.7 (NR) |
| | | MI Incidence Ages 45+ | Loop et al., 2018 | REGARDS | 2003-2012 | 13.6 (median) (NR) |
| | | MI Incidence | Puett et al., 2011 | Health Professionals | 1989-2003 | 17.8 (NR) |
| | | MI (First HA) Age 65+ | Yazdi et al., 2019 | Medicare | 2000-2012 | NR (NR) |
| | Stroke | Stroke Incidence Age 42-67 | Elliott et al., 2020 | Nurses Health | 1988-2008 | 13.7 (NR) |
| | | Stroke Incidence | Hart et al., 2015b | Nurses Health | 1988-2006 | 13.4 (NR) |
| | | IS Incidence | Puett et al., 2011 | Health Professionals | 1989-2003 | 17.8 (NR) |
| | | HS Incidence | Puett et al., 2011 | Health Professionals | 1989-2003 | 17.8 (NR) |
| | | Stroke Incidence Ages 35-85 | Shin et al., 2019 | ONPHEC | 2001-2015 | 9.8 (1.0-20.0) |
| | | Stroke (First HA) Age 65+ | Yazdi et al., 2019 | Medicare | 2000-2012 | NR (NR) |
| Monitor | CHD | CHD Incidence Age 50-79 | Miller, et al. 2007 | WHI | 1994-2002 | 13.5 (3.4-28.3) |
| | CVD | CVD Incidence Age 50-79 | Miller, et al. 2007 | WHI | 1994-2002 | 13.5 (3.4-28.3) |
| | MI | MI Incidence Age 50-79 | Miller, et al. 2007 | WHI | 1994-2002 | 13.5 (3.4-28.3) |
| | Stroke | Stroke Incidence Age 50-79 | Miller, et al. 2007 | WHI | 1994-2002 | 13.5 (3.4-28.3) |




**Figure 3-5. Epidemiologic studies examining associations between long-term $PM_{2.5}$ exposures and morbidity.**

## All-cause mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|
| Modelled | U.S. | Di et al., 2017a | Medicare | 2000-2012 | 11.6 (5th and 95th: 6.21-15.64) |
| | | Lee et al., 2015b | State Dept | 2007-2011 | 11.1 (0.02- 86.2) |
| | | Shi et al., 2016 | Medicare | 2003-2008 | 8.21 (0.8-20.22) |
| Monitor | Canada | Burnett et al., 2003 | Statistics Canada | 1986-1996 | 13.3 (NR) |
| | | Burnett et al., 2004 | Statistics Canada | 1981-1999 | 12.8 (NR) |
| | | Lavigne et al., 2018 | Canadian Mortality Database | 1998-2011 | 8.8 (<1-98.15) |
| | | Liu et al., 2019 | MCC | 1986-2011 | 9.3 (NR) |
| | | Shin et al., 2021 | National Vital Statistics Database | 1984-2012 | 8.0 (Warm season); 6.0 (Cold season) (NR) |
| | U.S. | Baxter et al., 2017 | NCHS | 2001-2005 | Cluster Mean Range: 12.2-14.1 (NR) |
| | | Dai et al., 2014 | NCHS | 2000-2006 | 13.3 (NR) |
| | | Dominici et al., 2007 | NMMAPS | 1999–2000 | NR (NR) |
| | | Franklin et al., 2007 | NCHS/State Dept | 1997-2002 | 15.6 (NR) |
| | | Franklin et al., 2008 | NCHS/State Dept | 2000-2005 | 14.8 (NR) |
| | | Klemm et al., 2003 | Harvard Six-City | 1979–1988 | 14.7 (Median: 9.0) (NR) |
| | | Krall et al., 2013 | NCHS | 2000–2005 | 13.6 (NR) |
| | | Liu et al., 2019 | MCC | 1987-2006 | 12.4 (NR) |
| | | Zanobetti and Schwartz, 2009 | NCHS | 1999-2005 | 13.2 (NR) |
| | | Zanobetti et al., 2014 | Medicare | 1999-2010 | Mean Range: 4.37-17.97 (NR) |




## CVD mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|
| Modelled | U.S. | Lee et al., 2015b | State Dept | 2007-2011 | 11.1 (0.02- 86.2) |
| Monitor | U.S. | Dai et al., 2014 | NCHS | 2000-2006 | 13.3 (NR) |
| | | Franklin et al., 2007 | NCHS/State Dept | 1997-2002 | 15.6 (NR) |
| | | Franklin et al., 2008 | NCHS/State Dept | 2000-2005 | 14.8 (NR) |
| | | Zanobetti and Schwartz, 2009 | NCHS | 1999-2005 | 13.2 (NR) |
| | Canada | Lavigne et al., 2018 | Canadian Mortality Database | 1998-2011 | 8.8 (<1-98.15) |



Respiratory mortality

| Exposure Proxy | Country | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|
| Modelled | U.S. | Lee et al., 2015b | State Dept | 2007-2011 | 11.1 (0.02- 86.2) |
| Monitor | U.S. | Dai et al., 2014 | NCHS | 2000-2006 | 13.3 (NR) |
| | | Franklin et al., 2007 | NCHS/State Dept | 1997-2002 | 15.6 (NR) |
| | | Franklin et al., 2008 | NCHS/State Dept | 2000-2005 | 14.8 (NR) |
| | | Zanobetti and Schwartz, 2009 | NCHS | 1999-2005 | 13.2 (NR) |
| | Canada | Lavigne et al., 2018 | Canadian Mortality Database | 1998-2011 | 8.8 (<1-98.15) |
| | | Shin et al., 2021 | National Vital Statistics Database | 1984-2012 | 8.0 (Warm season); 6.0 (Cold season) (NR) |




**Figure 3-6. Epidemiologic studies examining associations between short-term $PM_{2.5}$ exposures and mortality.**[30]

CVD morbidity (US)

| Exposure Proxy | Endpoint | Health Outcome | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | CVD | CVD (First HA) Age 18+ | deSouza et al., 2021 | Medicaid adults | 2000-2012 | 11.5 (NR) |
| | | CVD 30-day Hospital re-admission | Wyatt et al., 2020c | USRDS haemodialysis patients | 2008-2014 | 9.3 (0.05-155.16) |
| | | CVD HA Age 65+ | Bravo et al., 2017 | Medicare | 2002-2006 | 12.3 (NR) |
| | | | Kloog et al., 2012 | Medicare | 2000-2006 | 9.6 (0.01-72.59) |
| | | | Kloog et al., 2014 | Medicare | 2000-2006 | 11.9 (NR) |
| Monitor | CVD | CVD HA Age 65+ | Bell et al., 2008 | Medicare | 1999-2005 | 12.9 (NR) |
| | | | Bell et al., 2014 | Medicare | 2000-2004 | 14.0 (Median: 11.7) (NR) |
| | | | Bravo et al., 2017 | Medicare | 2002-2006 | 12.5 (NR) |
| | | | Peng et al., 2009 | Medicare | 2000-2006 | NR (Median: 11.8) (NR) |




[30] As noted above, the overall mean $PM_{2.5}$ concentrations reported in studies of short-term (24-hour) exposures reflect averages across the study population and over the years of the study. Thus, mean concentrations reflect long-term averages of 24-hour $PM_{2.5}$ exposure estimates.

## CVD (cause-specific) morbidity (US)

| Exposure Proxy | Endpoint | Health Outcome | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Modelled | CHF | CHF (First HA) Age 18+ | deSouza et al., 2021 | Medicaid adults | 2000-2012 | 11.5 (NR) |
| | | CHF ED | Krall et al., 2018 | ED visit databases | 2002-2008 | Mean Range: 10.8-15.4 (NR) |
| | | CHF 0-7 day Hospital re-admission | Wyatt et al., 2020c | USRDS haemodialysis patients | 2008-2014 | 9.3 (0.05-155.16) |
| | | CHF 8-30 day Hospital re-admission | Wyatt et al., 2020c | USRDS haemodialysis patients | 2008-2014 | 9.3 (0.05-155.16) |
| | IHD | IHD HA Age 65+ | Kloog et al., 2014 | Medicare | 2000-2006 | 11.9 (NR) |
| | | IHD ED | Krall et al., 2018 | ED visit databases | 2002-2008 | Mean Range: 10.8-15.4 (NR) |
| | MI | MI (First HA) Age 18+ | deSouza et al., 2021 | Medicaid adults | 2000-2012 | 11.5 (NR) |
| | Stroke | IS (First HA) Age 18+ | deSouza et al., 2021 | Medicaid adults | 2000-2012 | 11.5 (NR) |
| | | Total Stroke Ages 53-88 | Fisher et al., 2019 | HPFS | 1999-2010 | 12.9 (NR) |
| | | IS Ages 53-88 | Fisher et al., 2019 | HPFS | 1999-2010 | 12.9 (NR) |
| | | HS Ages 53-88 | Fisher et al., 2019 | HPFS | 1999-2010 | 12.9 (NR) |
| | | Undetermined stroke Ages 53-88 | Fisher et al., 2019 | HPFS | 1999-2010 | 12.9 (NR) |
| | | Total Stroke Incidence Ages 50-79 | Sun et al., 2019 | WHI (Post-menopausal women) | 1993-2012 | 12.4 (Case day) (NR) |
| | | IS Incidence Ages 50-79 | Sun et al., 2019 | WHI (Post-menopausal women) | 1993-2012 | 12.4 (Case day) (NR) |
| | | HS Incidence Ages 50-79 | Sun et al., 2019 | WHI (Post-menopausal women) | 1993-2012 | 12.4 (Case day) (NR) |
| | | Total Stroke Incidence (High vs Low ≤12 ug/m.. | MCClure et al., 2017 | REGARDS | 2003-2011 | NR (NR) |
| | | IS Incidence (High vs Low ≤12 ug/m3) | MCClure et al., 2017 | REGARDS | 2003-2011 | NR (NR) |
| | | HS Incidence (High vs Low ≤12 ug/m3) | MCClure et al., 2017 | REGARDS | 2003-2011 | NR (NR) |
| | | Stroke ED | Krall et al., 2018 | ED visit databases | 2002-2008 | Mean Range: 10.8-15.4 (NR) |
| Monitor | HF | Heart Failure HA Age 65+ | Bell et al., 2015 | Medicare | 1999-2010 | 12.3 (6.4- 20.2) |
| | | | Dominici et al., 2006 | Medicare | 1999-2002 | 13.4 (NR) |
| | | | Zanobetti et al., 2009 | Medicare | 2000-2003 | 15.3 (NR) |
| | IHD | IHD HA Age 65+ | Bell et al., 2015 | Medicare | 1999-2010 | 12.3 (6.4- 20.2) |
| | | | Dominici et al., 2006 | Medicare | 1999-2002 | 13.4 (NR) |
| | MI | MI HA Age 65+ | Zanobetti et al., 2009 | Medicare | 2000-2003 | 15.3 (NR) |




## CVD (cause-specific) morbidity (Canada)

| Exposure Proxy | Endpoint | Health Outcome | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|
| Monitor | Angina | Angina ED | Szyszkowicz et al., 2009 | Hospital Database | 1992-2003 | 8.3 (NR) |
| | Angina/ MI | Angina/MI ED | Stieb et al., 2009 | Hospital Database | 1992-2003 | 8.2 (6.7-9.8) |
| | MI | MI ED | Weichenthal et al., 2016b | NACRS | 2004–2011 | 6.9 (NR) |
| | HF | Heart Failure ED | Stieb et al., 2009 | Hospital Database | 1992-2003 | 8.2 (6.7-9.8) |



Respiratory morbidity

| Exposure Proxy | Country | Endpoint | Health Outcome | Citation | Cohort | Health Data | Reported PM Mean (Range)(ug/m3) |
|---|---|---|---|---|---|---|---|
| Modelled | U.S. | COPD | COPD HA Age 65+ | Kloog et al., 2014 | Medicare | 2000-2006 | 11.9 (NR) |
| Monitor | Canada | Asthma | Asthma ED | Stieb et al., 2009 | Hospital Database | 1992-2003 | 8.2 (6.7-9.8) |
| | | | | Weichenthal et al., 2016c | NACRS | 2004-2011 | 7.1 (NR) |
| | | COPD | COPD ED | Stieb et al., 2009 | Hospital Database | 1992-2003 | 8.2 (6.7-9.8) |
| | | | | Weichenthal et al., 2016c | NACRS | 2004-2011 | 7.1 (NR) |
| | U.S. | Asthma | Asthma ED Age 5-18 | Alhanti et al., 2016 | Hospital Database | 1993-2009 | Mean Range: 11.1-14.1 (NR) |
| | | | Asthma ED Age 65+ | Alhanti et al., 2016 | Hospital Database | 1993-2009 | Mean Range: 11.1-14.1 (NR) |
| | | | Asthma HA Age 65+ | Bell et al., 2015 | Medicare | 1999-2010 | 12.3 (6.4- 20.2) |
| | | | Asthma HA Age 1-9: Central Valley | Yap et al, 2013 | Hospital Admissions | 2000-2005 | Mean Range: 12.8-20.8 (NR) |
| | | | Asthma HA Age 1-9: South Coast | Yap et al, 2013 | Hospital Admissions | 2000-2005 | Mean Range: 14.0-24.6 (NR) |
| | | | Asthma ED & HA | Malig et al., 2013 | Hospital Inpatient and Outpatient visits | 2005-2008 | Mean Range: 5.2-19.8 (NR) |
| | | | | Ostro et al., 2016 | Hospital Inpatient and Outpatient visits | 2005-2009 | 16.5 (NR) |
| | | COPD | COPD HA Age 65+ | Bell et al., 2015 | Medicare | 1999-2010 | 12.3 (6.4- 20.2) |
| | | | | Dominici et al., 2006 | Medicare | 1999-2002 | 13.4 (NR) |
| | | | COPD ED & HA | Malig et al., 2013 | Hospital Inpatient and Outpatient visits | 2005-2008 | Mean Range: 5.2-19.8 (NR) |
| | | | | Ostro et al., 2016 | Hospital Inpatient and Outpatient visits | 2005-2009 | 16.5 (NR) |




**Figure 3-7. Epidemiologic studies examining associations between short-term $PM_{2.5}$ exposures and morbidity.**

- **What are the key epidemiologic studies on which the PA should focus for informing conclusions regarding the adequacy of the current or potential alternative primary $PM_{2.5}$ standards? For these key epidemiologic studies, how were the mean $PM_{2.5}$ concentrations calculated?**

Based on the information in Figure 3-4 to Figure 3-7, key epidemiologic studies indicate generally positive and statistically significant associations between estimated $PM_{2.5}$ exposures (short- or long-term) and mortality or morbidity across a range of ambient $PM_{2.5}$ concentrations. Drawing from the multicity studies in Figure 3-4 to Figure 3-7, we identify the key epidemiologic studies most informative to our understanding to evaluate the $PM_{2.5}$ air quality distributions in key studies in this reconsideration. Key epidemiologic studies are those that report overall mean (or median) $PM_{2.5}$ concentrations and for which the years of $PM_{2.5}$ air quality data used to estimate exposures overlap entirely with the years during which health events are reported. For some studies of long-term $PM_{2.5}$ exposures, exposure is estimated from air quality data corresponding to only part of the study period, often including only the later years of the health data, and are not likely to reflect the full ranges of ambient $PM_{2.5}$ concentrations that contributed to reported associations.[31] While this approach can be reasonable in the context of an epidemiologic study that is evaluating health effect associations with long-term $PM_{2.5}$ exposures, under the assumption that spatial patterns in $PM_{2.5}$ concentrations are not appreciably different during time periods for which air quality information is not available (e.g., Chen et al., 2016), our interest is in understanding the distribution of ambient $PM_{2.5}$ concentrations that could have contributed to reported health outcomes. Therefore, we identify studies as key epidemiologic studies when the years of air quality data and health data overlap in their entirety.

Additionally, for studies that estimate $PM_{2.5}$ exposure using hybrid modeling approaches, we also consider the approach used to estimate $PM_{2.5}$ concentrations and the approach used to validate hybrid model predictions when determining those studies that we identify as key epidemiologic studies. Such studies are identified as those that use hybrid modeling approaches for which recent methods and models were used (e.g., recent versions and configurations of the air quality models); studies that are fused with $PM_{2.5}$ data from national monitoring networks (i.e., FRM/FEM data); and studies that reported a thorough model performance evaluation for core years of the study.[32] While numerous approaches to estimating $PM_{2.5}$ concentrations in

---

[31] The following studies do not have an overlap between the years of $PM_{2.5}$ air quality data and the years during which health effects are reported: Miller et al., 2007; Hart et al., 2011; Thurston et al., 2013; Weichenthal et al., 2014; Pope et al., 2015; Villeneuve et al., 2015; Turner et al., 2016; Weichenthal et al., 2016a; Parker et al., 2018; Pope et al., 2019; and Bevan et al., 2021.

[32] The following studies do not meet these criteria: Bravo et al., 2017, Crouse et al., 2015; Puett et al., 2009, Puett et al., 2011, Hystad et al., 2012; Hystad et al., 2013, Hayes et al., 2020; Elliott et al., 2020; Lefler et al., 2019;; Pappin et al., 2019; Cakmak et al., 2018; Fisher et al., 2019; Sun et al., 2019; McClure et al., 2017; Loop et al., 2018 ; and Honda et al., 2017.

hybrid modeling studies can be reasonable in the context of an epidemiologic study evaluating health effect associations with $PM_{2.5}$ exposures (e.g., in studies that use satellite data in fused surfaces), our interest is in utilizing the most up to date methods based on surfaces fused with monitored $PM_{2.5}$ data in order to inform the consideration of the PM NAAQS, as attainment of the standards is determined based on $PM_{2.5}$ monitoring data.

While all of the key epidemiologic studies in the 2012 review relied on ground-based monitoring information to characterize $PM_{2.5}$ exposure concentrations, as at the time of the 2020 review, a number of the more recent epidemiologic studies in Figure 3-3 to Figure 3-6 utilized various "hybrid modeling" approaches that include fusion techniques that combine ground-based monitored data with air quality modeled estimates and/or information from satellites to estimate $PM_{2.5}$ exposures. Furthermore, some studies use various mathematical approaches (e.g., population weighting, trimmed mean[33]) to compute the study-reported mean from the estimated $PM_{2.5}$ exposure concentrations. The fact that there are more and different techniques utilized to characterize exposure in the key epidemiologic studies in this reconsideration highlights the importance of understanding those techniques and how they compare to each other and to consider how those differences translate into comparisons between the mean $PM_{2.5}$ concentrations reported in the studies and the level of the primary annual $PM_{2.5}$ standard.

As noted above, study-reported mean concentrations in Figure 3-3 to Figure 3-6 were calculated using different methods. This is an important consideration when comparing mean concentrations across studies, as the methods used to estimate $PM_{2.5}$ concentrations can vary from traditional methods using monitoring data from ground-based monitors to those using more complex hybrid modeling approaches. Studies using hybrid modeling approaches aim to broaden the spatial coverage of estimated $PM_{2.5}$ concentrations by bringing in additional information to provide estimates in areas that do not have ground-based monitors (i.e., areas that are generally less densely populated and tend to have lower $PM_{2.5}$ concentrations). As such, the hybrid modeling approaches tend to broaden the areas captured in the exposure assessment, and in doing so, the studies that utilize these methods tend to report lower mean $PM_{2.5}$ concentrations than monitor-based approaches because they include more suburban and rural areas where concentrations are lower. Further, other aspects of the method used to calculate mean $PM_{2.5}$ concentrations can also have an impact on the study-reported mean concentration (i.e., population weighting, trim mean).

In those studies that use ground-based monitors alone to estimate long- or short-term $PM_{2.5}$ concentrations, approaches include: (1) $PM_{2.5}$ concentrations from a single monitor within

[33] A trimmed mean is a method of averaging that removes a small percentage of the largest and smallest values before calculating the mean.

a city/county; (2) average of $PM_{2.5}$ concentrations across all monitors within a city/county or other defined study area (e.g., CBSA); or (3) population-weighted averages of exposures. Once the study location average $PM_{2.5}$ concentration is calculated, the study-reported long-term average is derived by averaging daily/annual $PM_{2.5}$ concentrations across all study locations over the entire study period. Table 3-6 and Table 3-7 list the key U.S. and Canadian epidemiologic studies, respectively, that use ground-based monitors to estimate exposure, gives the reported study mean, and describes the method used to calculate the mean.

**Table 3-6. Key U.S. Epidemiologic Studies: Monitor-Based Exposure**

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| **Short-term Exposure Studies** | | | | | |
| Bell et al., 2008 * | CVD HA (65+) | 202 U.S. Counties (population ≥200,000) | Time-series study (MEDICARE enrollees) | Trimmed mean: 1999-2005<br>Daily $PM_{2.5}$ concentrations of 202 counties were averaged to calculate overall mean $PM_{2.5}$ exposure for the study location (all and region specific) and study period | 12.9<br>(10th: 9.8, 25th: 11.5) |
| Bell et al., 2014 | CVD, asthma, and COPD HA (65+) | 4 Counties in MA and CT | Time-series study (MEDICARE enrollees) | 2000-2004<br>Daily $PM_{2.5}$ concentrations for all four counties (three with single monitor and one with two monitors that used population-weighted approach) were used to calculate the overall mean $PM_{2.5}$ for the study location and period | 14.0 |
| Bell et al., 2015 | HF HA (65+) | 213 U.S. Counties | Time-series study (MEDICARE enrollees) | 1999-2010<br>Daily $PM_{2.5}$ concentrations of 213 counties were averaged to calculate overall and region-specific mean $PM_{2.5}$$PM_{2.5}$for the study location and period. | 12.3 |
| Bravo et al., 2017 | CVD HA (65+) | 418 U.S. Counties (population ≥50,000) | Time-series study (MEDICARE enrollees) | 2002-2006<br>Daily $PM_{2.5}$ concentration of 418 counties were averaged to calculate overall mean $PM_{2.5}$ for the study location and period. | 12.3 |
| Dai et al., 2014 | All-cause, CVD, and respiratory mortality | 75 U.S. Cities (available daily mortality data and $PM_{2.5}$ data for at least 400 days 2000-2006) | Time-series study (NCHS) | 2000-2006<br>Daily $PM_{2.5}$ concentration of 75 cities were averaged to calculate overall mean $PM_{2.5}$ for the study location and period | 13.3 |
| Dominici et al., 2006 * | HF and COPD HA (65+) | 204 Urban U.S. Counties (population >200,000) | Time-series study (MEDICARE enrollees) | Trimmed mean: 1999-2002<br>Daily $PM_{2.5}$ concentrations for 204 US counties were averaged to calculate overall mean $PM_{2.5}$ concentration for the study regions and period. | 13.4 |

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Franklin et al., 2007 * | All-cause, CVD, and respiratory mortality | 27 U.S. Communities in Boston area (with $PM_{2.5}$ monitoring and daily mortality data for at least 2 years of 6-year study period 1997-2000) | Case-crossover study (NCHS) | 1997-2000<br>Daily $PM_{2.5}$ concentrations (from monitors that are highly correlated in the counties and thus representing general population exposure) for 27 communities were averaged to calculate overall mean $PM_{2.5}$ concentration for the study location and period. | 15.6<br>(10th: 10.4, 25th: 12.9) |
| Franklin et al., 2008 * | All-cause, CVD, and respiratory mortality | 25 U.S. Communities for Boston area (with $PM_{2.5}$ monitoring and daily mortality data for at least 4 years of 6-year period 2000-2005) | Case-crossover study (NCHS) | 2000-2005<br>Daily $PM_{2.5}$ concentrations (from monitors that are highly correlated in the counties and thus representing general population exposure) for 25 communities were averaged to calculate overall mean $PM_{2.5}$ concentration for the study location and period. | 14.8 |
| Klemm and Mason, 2003 * | All-cause mortality | Harvard Six-City study reanalysis | Time-series study | 1979-1988<br>Daily $PM_{2.5}$ concentration of six cities were used to calculate overall mean $PM_{2.5}$ exposure for the study location (all and by study center) and period. | Median: 14.7:<br>(25th: 9.0) |
| Krall et al., 2013 | All-cause mortality | 72 Urban U.S. Communities | Time-series study (NCHS) | 2000-2005<br>Daily $PM_{2.5}$ concentration (including only the source-oriented monitors representative of typical population exposures) of 72 urban communities were used to calculate overall mean $PM_{2.5}$ exposure for the study location and period | 13.6 |
| Liu et al., 2019 | All-cause and cause-specific mortality | 107 U.S. Cities | Time-series study (MCC Collaborative Research Network) | 1987-2006<br>Daily $PM_{2.5}$ concentration averaged across stations within each city was used to calculate an average 2-day moving average $PM_{2.5}$ concentrations for the city. These data were then used to calculate overall mean concentration for the study location and period. | 12.4 |

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Ostro et al., 2016 | Asthma and COPD ED | 8 Metropolitan Areas/Counties in CA | Case-crossover study | 2005-2009<br>Daily $PM_{2.5}$ concentrations for eight metropolitan counties were used to calculate an overall mean $PM_{2.5}$ concentration for the study location and period. | 16.5 |
| Peng et al., 2009 | CVD HA (65+) | 119 U.S. Urban Counties>150,000 populations | Time-series study (MEDICARE enrollees) | 2000-2006<br>Daily $PM_{2.5}$ concentrations for 119 counties were used to calculate an overall median $PM_{2.5}$ concentration for the study location and period. | Median: 11.9 |
| Zanobetti et al., 2009 | CVD, HF, MI HA (65+) | 26 U.S. Cities | Time-series study (MEDICARE enrollees) | 2000-2003<br>Daily average $PM_{2.5}$ data for each county was calculated using an algorithm that accounts for monitor-specific means and variances. Monitors that were not well correlated with other monitors were excluded. | 15.3 |
| Zanobetti and Schwartz, 2009 * | All-cause, CVD and respiratory mortality | 112 U.S. Cities | Time-series study (NCHS) | 1999-2005<br>Daily $PM_{2.5}$ concentrations (from monitors that are highly correlated in the counties and thus representing general population exposure) for 112 cities were averaged to calculate overall mean $PM_{2.5}$ concentration for the study location and period. | 13.2<br>(10th: 10.3, 25th: 12.5) |
| **Long-term Exposure Studies** | | | | | |
| Eum et al., 2018 | All-cause mortality | U.S. Geographic regions: “East” of the Mississippi River, “Center” between the Mississippi River and the Sierra Nevada mountain range, and “West” of the Sierra Nevada mountain range | Cohort study (MEDICARE enrollees) | 2000-2012<br>Annual average $PM_{2.5}$ concentrations assigned to individuals living in ZIP codes with centroids within 6 miles of a valid monitor (monitors with daily measurements for at least 8 calendar years, with each year having 9+ months, and with 4+ daily measurements) were used to calculate overall mean $PM_{2.5}$ concentration for the study location (all and by study region) and study period. | Overall: 11.65<br>Central: 9.9<br>Eastern: 12.3<br>West: 11.5 |

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Gharibvand et al., 2016 | Lung cancer incidence | U.S. Nationwide | Cohort study (AHSMOG-2 study) | 2000-2001<br>Monthly $PM_{2.5}$ concentrations (calculated using at least 75% valid daily data) assigned to study participants based on residential address were used to calculate overall mean $PM_{2.5}$ for the study period. | 12.9 |
| Hart et al., 2015 | All-cause mortality | U.S. Nationwide | Cohort study (Nurses' Health study) | 2000-2012<br>Monthly $PM_{2.5}$ concentrations assigned to study participants based on the nearest monitor to residence locations were used to calculate overall mean for the study period | 12.7 |
| Kioumourtzoglou et al., 2016 | All-cause mortality (65+) | 207 U.S. cities | Cohort study (MEDICARE enrollees) | 2000-2010<br>Annual $PM_{2.5}$ concentrations for 207 cities were averaged to calculate overall mean $PM_{2.5}$ exposure for the study location (all and region specific) and study period. | 12.0 |
| McConnell et al., 2010 | Asthma Incidence | 13 CA Communities | Cohort study (CHS) | 2003-2004<br>Average annual $PM_{2.5}$ concentrations assigned to study participants based on their community of residence were used to calculate overall mean $PM_{2.5}$ exposure for the study location and period. | 13.9 |
| Zeger et al., 2008 * | All-cause mortality 65+ | 668 U.S. Urban Counties | Cohort Study of MEDICARE enrollees (MCAPS) | 2000-2005<br>Average annual $PM_{2.5}$ concentrations of ZIP codes (for ZIP code centroids within 6 miles of a monitor and with >10 months of data per year) were used to calculate overall mean $PM_{2.5}$ exposure for the study location (all and by region) and the study period. | Central Region median: 10.7<br>Eastern Region median: 14.0<br>Western region median: 13.1 |

* Evaluated in 2012 review

**Table 3-7. Key Canadian Epidemiologic Studies: Monitor-Based Exposure**

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| **Short-term Exposure Studies** | | | | | |
| Burnett and Goldberg, 2003 * | All-cause mortality | 8 Canadian cities | Time-series study | 1986-1996<br>Daily $PM_{2.5}$ concentrations (day before the death) for 8 Canadian cities were averaged to get overall mean for the study area and period | 13.3 |
| Burnett et al., 2004 * | All-cause mortality | 12 Canadian cities | Time-series study (data from Statistics Canada) | 1981-1999<br>$PM_{2.5}$Daily $PM_{2.5}$ concentrations for 12 cities (calculated by averaging all monitors within each city) were used along with population information to calculate an overall population-weighted $PM_{2.5}$ concentration for the study location and period | 12.8 |
| Lavigne et al., 2018 | Non-accidental, CVD, and respiratory mortality | 24 Canadian cities | Case-crossover study | 1998-2011<br>Daily average $PM_{2.5}$ concentrations assigned to participants based on closest monitor(s) to participant's city of residence. Daily $PM_{2.5}$ concentrations in 24 Canadian cities were used to calculate overall mean $PM_{2.5}$ concentration over the study location and period. | 8.8<br>(Median: 7.1) |
| Liu et al., 2019 | All-cause and cause-specific mortality | 25 Canadian cities | Time-series Study (MCC Collaborative Research Network) | 1986-2011<br>$PM_{2.5}$ concentration averaged across stations within each city was used to calculate an average 2-day moving average $PM_{2.5}$ concentrations for the city. These data were then used to calculate overall mean concentration for the study location and period. | 9.3 |
| Stieb et al., 2009 | Cardiac and respiratory ED visits | 7 Canadian cities | Time-series study (Hospital cases) | 1992-2003<br>Daily $PM_{2.5}$ concentrations of the cities (calculated by averaging all monitors within city) were used to calculate the overall mean $PM_{2.5}$ exposure for the study location (by site) and study period. | 8.2<br>(10th: 6.7, 25th: 6.8) |
| Szyszkowicz, 2009 | Angina ED | 7 Canadian cities | Time-series study (Hospital cases) | 1992-2003<br>Daily $PM_{2.5}$ concentrations of the cities (calculated by averaging all monitors within city) were used to calculate the overall mean $PM_{2.5}$ exposure for the study location (all and by cities) and study period. | 8.3<br>(10th: 6.4, 25th: 6.5) |

| Citation | Health Endpoint | Geographic Area | Study Design | Years and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m$^3$ |
|---|---|---|---|---|---|
| Weichenthal et al., 2016b | MI ED | 16 cities in Ontario | Case-crossover Design (cases extracted from NACRS database) | 2004-2011<br>Daily $PM_{2.5}$ concentrations in Ontario were used to calculate the overall mean $PM_{2.5}$ exposure for the study location and period | 6.9 |
| Weichenthal et al., 2016c | Asthma and COPD ED | 15 cities in Ontario | Case-crossover design (cases extracted from NACRS database) | 2004-2011<br>Daily $PM_{2.5}$ concentrations in Ontario were used to calculate the overall mean $PM_{2.5}$ exposure for the study location and period. | Asthma: 7.1<br>COPD: 7.1 |
| **Long-term Exposure Studies** | | | | | |
| Crouse et al., 2012 | All-cause mortality | 11 Canadian Cities | Cohort study | 1987-2001<br>Annual $PM_{2.5}$ concentrations from monitors and assigned to study participants based on the census division of the residence were used to calculate overall mean $PM_{2.5}$ for the study population and duration. | 8.7 |
| * Evaluated in 2012 review | | | | | |

In the studies that use hybrid modeling approaches to estimate long- or short-term $PM_{2.5}$ concentrations, data can be incorporated from several different sources, including satellites and air quality models, in addition to ground-based monitors, as described in section 2.3.3 above. Compared to ground-based monitors alone, hybrid modeling methods have the potential to improve the characterization of $PM_{2.5}$ concentrations in areas with relatively sparse monitoring networks. These approaches also tend to have lower study-reported mean $PM_{2.5}$ concentrations since they often include estimates of $PM_{2.5}$ concentrations in less populated areas compared to those methods using only ground-based monitored. Studies that use hybrid modeling approaches can estimate $PM_{2.5}$ concentrations at different spatial resolutions, including at 1 km x 1 km grid cells (i.e., Di et al., 2017b and Di et al., 2017a), at 10 km x 10 km grid cells (i.e., Kloog et al., 2014), or at the census tract level (i.e., Bravo et al., 2017). Estimated $PM_{2.5}$ concentrations are then generally averaged up to a larger spatial resolution that corresponds to the spatial resolution for which health data exists (e.g., ZIP code level). These values are then averaged across all study locations at the larger spatial resolution (e.g., averaged across all ZIP codes in the study) over the study period, resulting in the study-reported mean 24-hour average or annual average $PM_{2.5}$ concentration. Table 3-8 and Table 3-9 list the key U.S. and Canadian epidemiologic studies, respectively, that use hybrid modeling approaches to estimate exposure and give the reported study mean and describes the method used to calculate the mean. Studies included in these tables are those that report overall mean (or median) $PM_{2.5}$ concentrations and for which the years of $PM_{2.5}$ air quality data used to estimate exposures overlap entirely with the years during which health events are reported.[34] In addition, studies included in Table 3-8 and Table 3-9 are those for which recent methods and models were used (e.g., recent versions and configurations of the air quality models); studies that are fused with $PM_{2.5}$ data from national monitoring networks (i.e., FRM/FEM data); and studies that reported a thorough model performance evaluation for core years of the study.

[34] In addition to the study-reported mean concentrations, the 10th and 25th percentiles are also included in the tables when reported by the study.

**Table 3-8. Key U.S. Epidemiologic Studies: Model-Based Exposure**

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| **Short-term Exposure Studies** | | | | | |
| deSouza et al., 2021 | First CVD HA | Continental U.S. | Time-stratified case–crossover design (Medicaid Adults) | 2000-2012<br>Ensemble model (integrating machine learning algorithms)<br><br>Daily $PM_{2.5}$ estimates of grid cells averaged at ZIP code were assigned to study participants based on the ZIP code of residence. Daily $PM_{2.5}$ concentration from case days were used to calculate overall case day mean $PM_{2.5}$ concentration for the study location and period. | 11.5 (case days mean) |
| Di et al., 2017a | All-cause mortality (65+) | U.S. Nationwide | Case-crossover study (MEDICARE enrollees) | 2000-2012<br>Artificial Neural Network (Hybrid method)<br><br>Daily $PM_{2.5}$ concentrations for case and control days assigned to participants based on ZIP code of residence were used to calculate overall mean $PM_{2.5}$ for the study location and period. | 11.6<br>(10th: 4.7, 25th: 6.7) |
| Kloog et al., 2012 | CVD HA (65+) | New England Area with 6 U.S. States | Mixed study design (with time series and cohort components) | 2000-2006<br>Spatiotemporal model<br><br>Daily $PM_{2.5}$ concentration of all grids within the NE area for acute exposure (0 day lag) were used to calculate overall mean for short-term $PM_{2.5}$ exposure, for the study location and period. | 9.6<br>(25th: 6.4) |

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Kloog et al., 2014 | CVD and COPD HA (65+) | 7 U.S. Mid-Atlantic States and D.C. | Case-crossover design (MEDICARE enrollees) | 2000-2006<br>Spatiotemporal model<br><br>2-day moving average of $PM_{2.5}$ concentration of all grids within the mid-Atlantic states were used to calculate overall mean (all area and rural/urban areas) $PM_{2.5}$ exposure for the study location and period. | 11.9<br>(25th: 7.9) |
| Lee et al., 2015 | All-cause, cardiovascular, respiratory mortality | 3 U.S. Southeast States | Case-crossover design (Dept. of Pub Health data) | 2007-2011<br>Spatiotemporal model $PM_{2.5}$<br><br>Daily $PM_{2.5}$ concentrations for ZIP codes in the 3 Southeastern states were averaged to calculate the overall mean $PM_{2.5}$ concentration (all states and by state). | 11.1 |
| Shi et al., 2016 | Total mortality (65+) | New England Area with 6 U.S. States | Open Cohort study (MEDICARE enrollees) | 2003-2008<br>Predicted from 3-stage statistical model<br><br>Lag01 $PM_{2.5}$ concentrations of all grid cells in the study area were used to calculate overall mean $PM_{2.5}$ exposure for the study location and period. | 8.2<br>(25th: 4.6) |

| Citation[1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Wyatt et al., 2020c | All-cause, CVD, RD 30-day hospital readmissions | 530 U.S. counties | Cohort study (USRDS hemodialysis patients) | 2008-2014<br>Spatiotemporal prediction model<br><br>Daily $PM_{2.5}$ concentrations for grid cells were converted to population-weighted county-level $PM_{2.5}$ estimates using 2010 census tract population estimates. Participants were assigned daily $PM_{2.5}$ based on the county of their last dialysis visit. Daily estimates at county-level were then used to calculate overall $PM_{2.5}$ concentration for the study location and period. | 9.29 |
| **Long-term Exposure Studies** | | | | | |
| Di et al., 2017b | All-cause mortality (65+) | U.S. Nationwide | Cohort study (MEDICARE enrollees) | 2000-2012<br>Artificial Neural Network (Hybrid method)<br><br>Average $PM_{2.5}$ concentrations over all ZIP codes in the continental US were used to calculate overall mean $PM_{2.5}$ for the study location and period. | 11.0<br>(10th: 7.3, 25th: 9.1) |
| Dominici et al., 2019 | All-cause mortality (65+) | U.S. Nationwide | Cohort study (MEDICARE enrollees) | 2000-2012<br>Artificial Neural Network (Hybrid method)<br><br>Average $PM_{2.5}$ concentrations for all ZIP codes in the continental US were used to calculate overall mean $PM_{2.5}$ for the study location and period. | 11.0 |

| Citation[1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Hart et al., 2015 | All-cause mortality | U.S. Nationwide | Cohort study (Nurses' Health study) | 2000-2012<br>Spatiotemporal model<br><br>Monthly $PM_{2.5}$ concentrations for the previous 12-months that were assigned to study participants at residence locations during the study follow-up period were used to calculate overall mean for the participants included in the study. | 12.0 |
| Kloog et al., 2012 | CVD HA (65+) | New England Area with 6 U.S. States | Mixed study design (with time series and cohort components) | 2000-2006<br>Spatiotemporal model<br><br>Daily $PM_{2.5}$ concentration of all grids within the NE area for chronic exposure (365 day moving average) were used to calculate overall mean for long-term $PM_{2.5}$ exposure, for the study location and period. | 9.7<br>(25th: 9.2) |
| Shi et al., 2016 | Total mortality (65+) | New England Area with 6 U.S. States | Open Cohort study (MEDICARE enrollees) | 2003-2008<br>Predicted from 3-stage statistical model<br><br>Average annual $PM_{2.5}$ concentrations of all grid cells in the study area were used to calculate overall mean $PM_{2.5}$ exposure for the study location and period. | 8.1 (25th: 6.2) |
| Thurston et al., 2016 | All-cause, CVD and respiratory mortality | 6 U.S. States and 2 MSAs | Cohort study (NIH_AARP cohort) | 2000-2008<br>Spatiotemporal model<br><br>Average annual $PM_{2.5}$ concentrations in the prior year at the census tract of residence over the follow-up period were used to calculate overall mean $PM_{2.5}$ exposure for the study participants. | 12.2<br>Mean range: 2.9-28.0 |

| Citation[1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Wang et al., 2017 | Total mortality (65+) | 7 U.S. Southeast States | Cohort study (MEDICARE enrollees) | 2000-2013<br>Three stage Hybrid model $PM_{2.5}$<br><br>Average annual $PM_{2.5}$ concentrations of ZIP code tabulation areas were calculated by averaging annual mean $PM_{2.5}$ concentration of all grids in the ZCTA and then used to calculate overall median $PM_{2.5}$ exposure for the study location (overall and by state), and period (overall and by year). | Median: 10.7<br>Range: 6.0-20.6<br>(25th: 9.1) |
| Wang et al., 2020 | Non-accidental cause-specific (respiratory, CVD, cancer) mortality | U.S. Nationwide | Cohort study (MEDICARE) | 2000-2008<br>Spatiotemporal prediction model<br><br>Daily $PM_{2.5}$ concentrations of grids were matched to study participants based on the grid point closest to their residential ZIP code centroid. The estimates were used to calculate overall annual mean $PM_{2.5}$ exposure for the study period. | 10.3 |
| Wu et al., 2020 | All-cause mortality | U.S. Nationwide | Cohort study (MEDICARE) | 2000-2016<br>Ensemble model (integrating machine learning algorithms)<br><br>Daily $PM_{2.5}$ concentration at grid cells whose centroids were inside the ZIP code boundary were averaged for each year and assigned to participants based on the ZIP code of residence. These data were used to calculate overall mean $PM_{2.5}$ concentration for the study period.$PM_{2.5}PM_{2.5}$ | 9.8<br>(<12 ug/m3: 8.4) |

[1] None of the studies presented in this table were evaluated in the 2012 review.

**Table 3-9. Key Canadian Epidemiologic Studies: Model-Based Exposure**

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| **Long-term Exposure Studies** | | | | | |
| Bai et al., 2019 | CHF and AMI incidence | Ontario | Cohort study (ONPHEC) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual estimates of $PM_{2.5}$ concentrations assigned to participants based on postal code of residence used to calculate 3-year moving average $PM_{2.5}$ concentration for each year of follow-up in the study. The 3-year moving averages for study participants at the baseline residence location was used to calculate overall mean $PM_{2.5}$ concentration at the beginning of the follow-up period in 2001. | 9.6<br>(25th: 7.9) |
| Chen et al., 2020 | CVD mortality and AMI incidence | Ontario | Cohort study (ONPHEC) | 2000-2016<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual estimates of $PM_{2.5}$ concentrations were assigned to participants based on postal code of residence. Annual $PM_{2.5}$ concentrations across all postal code areas in the Ontario region were then used to calculate overall mean $PM_{2.5}$ concentration for the study location and period. | 8.61 |
| Christidis et al., 2019 | Non-accidental mortality | Canada Nationwide | Cohort study (mCHHS) | 1998-2015<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average $PM_{2.5}$ concentrations were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | 5.9<br>(Median: 5.5; 25th: 4.3) |

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Crouse et al., 2020 | Non-accidental, CVD, respiratory mortality and lung cancer | Canada Nationwide | Cohort study (CanCHEC) | 1998-2010<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate moving average at various temporal and spatial scales based on the location and year of follow-up. The moving average $PM_{2.5}$ concentrations at the baseline residence location were then used to calculate overall mean $PM_{2.5}$ concentration at the beginning of the follow-up period in 2001 at various temporal and spatial scales. | 1- year in 1 km: Mean: 7.2,<br><br>3-year in 1 km: Mean: 7.4,<br><br>8-year in 1 km: Mean: 8.0 |
| Erickson et al., 2020 | Non-accidental, CVD, and respiratory mortality and lung cancer mortality | Canada Nationwide | Cohort study (CanCHEC) | 1998-2016<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average annual $PM_{2.5}$ concentrations of the study participants were then used to calculate overall mean $PM_{2.5}$ concentration for the study period by immigrant status and duration in Canada. | Non-immigrant: 7.5<br>Immigrant: 9.3<br>Pre-1971: 9.1<br>1971-1980: 9.3<br>1981-1990: 9.5<br>1991-2001: 9.7 |
| Erickson et al., 2019 | All-cause, CVD, , and lung cancer mortality | Canada Nationwide | CanCHEC (Primary data), CCHS (Ancillary data), mCCHS (Additional data) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average annual $PM_{2.5}$ concentrations of the study participants were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | CanCHEC: 8.4,<br>CCHS: 6.7 |

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
|---|---|---|---|---|---|
| Pinault et al., 2016 | All-cause, CVD and lung cancer mortality | Canada Nationwide | Cohort Study (mCCHS) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average annual $PM_{2.5}$ concentrations of the study participants were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | 6.3 |
| Pinault et al. 2017 | All-cause, CVD, Respiratory, and lung cancer mortality | Canada Nationwide | Cohort study (CanCHEC) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average $PM_{2.5}$ concentrations of the study participants were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | 7.4 |
| Pinault et al., 2018 | CVD mortality | Canada Nationwide | Cohort study (CanCHEC, mCCHS) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 3-year moving average based on the location and year of follow-up. The average $PM_{2.5}$ concentrations of the study participants were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | CanCHEC: 7.4<br><br>mCHHS: 6.4 |
| Shin et al., 2019 | AF and Stroke Incidence (1st HA) | Ontario | Cohort study (ONPHEC) | 1998-2012<br>Fused surface (AOD, GEOS-Chem & geographically weighted regression)<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence were used to calculate 5-year moving average based on the location and year of follow-up. The average $PM_{2.5}$ concentrations were then used to calculate overall mean $PM_{2.5}$ concentration for the study period. | 9.8<br>(25th: 8) |

| Citation [1] | Health Endpoint | Geographic Area | Study Design | Years, Model Type, and Method Used to Calculate Study-reported Mean $PM_{2.5}$ Concentrations | Reported Mean (other percentiles) µg/m³ |
| --- | --- | --- | --- | --- | --- |
| Zhang et al., 2021 | Non-accidental, CVD, and respiratory mortality | Ontario | Cohort study (Ontario Health Study) | Modeled from AOD satellite retrievals<br>2000-2016<br><br>Annual $PM_{2.5}$ estimates assigned to study participants based on the postal code for residence was used to calculate 3-year and 5-year moving averages based on the location and year of follow-up. The 5-year average $PM_{2.5}$ concentrations were then used to calculate overall mean $PM_{2.5}$ concentration for the baseline year. | Baseline: 7.8 (Median: 8.0; 25th: 6.7) |

[1] None of the studies presented in this table were evaluated in the 2012 review.

To further expand our evaluation of study-reported mean $PM_{2.5}$ concentrations, we specifically consider the following questions:

- **What are the overall mean $PM_{2.5}$ concentrations reported by key epidemiologic studies? For studies with available information on the broader distributions of exposure estimates and/or health events, what are the $PM_{2.5}$ concentrations corresponding to the lower percentiles of those data (e.g., 25th and/or 10th)?**

Figure 3-8 and Figure 3-9 highlight the overall mean (or median) $PM_{2.5}$ concentrations reported in key U.S. and Canadian studies, respectively, that use ground-based monitors alone to estimate long- or short-term $PM_{2.5}$ exposures. For the small subset of studies with available information on the broader distributions of underlying data, Figure 3-8 and Figure 3-9 also identify the study-period mean $PM_{2.5}$ concentrations corresponding to the 25th and 10th percentiles of health events[35] (see Appendix B, Section B.2 for more information).

Figure 3-10 and Figure 3-11 present overall means of predicted $PM_{2.5}$ concentrations for key U.S. and Canadian model-based epidemiologic studies, respectively, and the concentrations corresponding to the 25th and 10th percentiles of estimated exposures or health events[36] when available (see Appendix B, section B.3 for additional information).

[35] That is, 25% of the total health events occurred in study locations with mean $PM_{2.5}$ concentrations (i.e., averaged over the study period) below the 25th percentiles identified in Figure 3-8 and Figure 3-9 and 10% of the total health events occurred in study locations with mean $PM_{2.5}$ concentrations below the 10th percentiles identified.

[36] For most studies in Figure 3-10 and Figure 3-11, 25th percentiles of exposure estimates are presented. The exception is Di et al. (2017b), for which Figure 3-10 presents the short-term $PM_{2.5}$ exposure estimates corresponding to the 25th and 10th percentiles of deaths in the study population (i.e., 25% and 10% of deaths occurred at concentrations below these concentrations). In addition, the authors of Di et al. (2017b) provided population-weighted exposure values (Chan, 2019). The 10th and 25th percentiles of these population-weighted exposure estimates are 7.9 and 9.5 $\mu g/m^3$, respectively.




**Figure 3-8. Monitor-based $PM_{2.5}$ concentrations in key U.S. epidemiologic studies.** (Asterisks denote studies included in the ISA Supplement).




**Figure 3-9. Monitor-based $PM_{2.5}$ concentrations in key Canadian epidemiologic studies.** (Asterisks denote studies included in the ISA Supplement).




**Figure 3-10. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies.** (Asterisks denote studies included in the ISA Supplement).




**Figure 3-11. Hybrid model-predicted $PM_{2.5}$ concentrations in key Canadian epidemiologic studies.** (Asterisks denote studies included in the ISA Supplement).

In further examining these data, we also ask:

- **For the key epidemiologic studies using hybrid modeling approaches, what are the study-reported means for the general categories of methods of calculating the study mean and how do the study-reported means vary and compare to each other?**

Figure 3-12 and Figure 3-13 present the same key model-based epidemiologic studies from the figures above but focus on the U.S. studies and group them based on their approach to estimating $PM_{2.5}$ concentrations, including the study-reported mean. For Figure 3-12, the studies are grouped by the geographical spatial scale at which the modeling was conducted (i.e., nationwide, regional, rural). Figure 3-13 presents the same key U.S. model-based epidemiologic studies, but subset by the method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations. For the key U.S. model-based epidemiologic studies, the various methods include the average of all grid cells; grid cells averaged up to ZIP code, postal code or census tract; or population-weighted grid cell averaged up to ZIP code or census tract. Lastly, Figure 3-14 subsets the key U.S. epidemiologic studies that used hybrid exposure models by both spatial scale and the method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations. Grouping the key epidemiologic studies in such ways allows for visual comparisons of the study-reported mean $PM_{2.5}$ concentrations across the different spatial scales and methods of averaging the grid cells.




**Figure 3-12. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by spatial scale.** (Asterisks denote studies included in the ISA Supplement).




**Figure 3-13. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations.** (Asterisks denote studies included in the ISA Supplement).




**Figure 3-14. Hybrid model-predicted $PM_{2.5}$ concentrations in key U.S. epidemiologic studies, subset by spatial scale and method used to average grid cells in study-reported long-term mean $PM_{2.5}$ concentrations.** (Asterisks denote studies included in the ISA Supplement).

- **What is the range of mean $PM_{2.5}$ concentrations reported by key epidemiologic studies that use monitor-based and hybrid modeling-based approaches and how do these values compare to each other? What is the range of concentrations corresponding to the lower percentiles of the data in those studies with the available information?**

Based on the information above with regard to the key U.S. and Canadian epidemiologic studies, we summarize some of our observations:

- For key U.S. epidemiologic studies that use monitors to estimate $PM_{2.5}$ exposures (Figure 3-8), overall mean $PM_{2.5}$ concentrations range between 9.9 $\mu g/m^3$ [37] to 16.5 $\mu g/m^3$.
- For key U.S. epidemiologic studies that use hybrid model-predicted exposure (Figure 3-10), mean $PM_{2.5}$ concentrations range from just above 8.0 $\mu g/m^3$ to just above 12.0 $\mu g/m^3$.
    - The majority of these studies estimate mean $PM_{2.5}$ exposure by averaging up from the grid cell spatial resolution used in the modeling approach to the spatial resolution of health study data (e.g., ZIP code or census tract). This incorporates an aspect of population weighting in the calculation of the mean. Based on our air quality analyses, we would expect these epidemiologic studies to report means similar to those from monitor-based studies.
        - In studies that average up from the grid cell level to the ZIP code, postal code, or census tract level, mean $PM_{2.5}$ concentrations range from 9.8 $\mu g/m^3$ to 12.2 $\mu g/m^3$.
        - The one study that population-weighted the grid cell prior to averaging up to the ZIP code or census tract level report mean $PM_{2.5}$ concentrations of 9.3 $\mu g/m^3$.
    - The other set of key U.S. epidemiologic studies estimate mean $PM_{2.5}$ exposure by averaging from the grid cell spatial resolution across the entire study area, whether that be the nation or a region of the country. These studies do not weight the estimated exposure concentrations based on population density or location of health events. Because of this, these reported mean concentrations are most different (and much lower) than those means reported in monitor-based studies. Due to the methodology employed in calculating the study-reported means and not necessarily a difference in estimates of exposure, we would expect these epidemiologic studies to report some of the lowest mean values.
        - For these studies, the reported mean $PM_{2.5}$ concentrations range from 8.1 $\mu g/m^3$ to 11.9 $\mu g/m^3$.
- Of the key epidemiologic studies evaluated in the 2019 ISA and ISA Supplement, a subset of studies report $PM_{2.5}$ concentrations corresponding to the 25th and 10th percentiles of health data or exposure estimates to provide insight into the concentrations that comprise the lower quartiles of the air quality distributions.
    - In key U.S. epidemiologic studies that use monitors to estimate $PM_{2.5}$ exposures, 25th percentiles of health events correspond to mean $PM_{2.5}$ concentrations (i.e.,

[37] This is generally consistent with, but slightly below, the lowest study-reported mean $PM_{2.5}$ concentration from monitor-based studies available in the 2020 PA, which was 10.7 $\mu g/m^3$ (U.S. EPA, 2020, Figure 3-7).

averaged over the study period for each study city) at or above 11.5 μg/m$^3$ and 10th percentiles of health events correspond to mean PM2.5 concentrations at or above 9.8 μg/m$^3$ (i.e., 25% and 10% of health events, respectively, occur in study locations with mean $PM_{2.5}$ concentrations below these values).

- Of the key U.S. epidemiologic studies that use hybrid modeling approaches to estimate long-term $PM_{2.5}$ exposures, the ambient $PM_{2.5}$ concentrations corresponding to 25th percentiles of estimated exposures are 6.2 and 9.1 μg/m$^3$.
- In key U.S. epidemiologic studies that use hybrid modeling approaches to estimate short-term $PM_{2.5}$ exposures, the ambient concentrations corresponding to 25th percentiles of estimated exposures, or health events, are generally at or above 6.4 μg/m$^3$. In the one study with lower concentrations, the ambient $PM_{2.5}$ concentration corresponding to the 25th percentile of estimated exposures is 4.7 μg/m$^3$.[38] In the one study with information available on the 10th percentile of health events, the ambient $PM_{2.5}$ concentration corresponding to that 10th percentile is 4.7 μg/m$^3$.

- Generally, the study-reported mean concentrations in Canadian studies are lower than those reported in the U.S. studies for both monitor-based and hybrid model methods.
  - For the majority of key Canadian epidemiologic studies that use monitor-based exposure (Figure 3-9), mean $PM_{2.5}$ concentrations generally ranged from 7.0 μg/m$^3$ to 9.0 μg/m$^3$. For these studies, 25th percentiles of health events correspond to mean $PM_{2.5}$ concentrations at or above 6.5 μg/m$^3$ and 10th percentiles of health events correspond to mean $PM_{2.5}$ concentrations at or above 6.4 μg/m$^3$.
  - For the key Canadian epidemiologic studies that use hybrid model-predicted exposure (Figure 3-11), the mean $PM_{2.5}$ concentrations are generally lower than in U.S. model-based studies (Figure 3-10), ranging from approximately 6.0 μg/m$^3$ to just below 10.0 μg/m$^3$.
  - The majority of the key Canadian epidemiologic studies that used hybrid modeling were completed at the nationwide scale, while four studies were completed at the regional geographic spatial scale. In addition, all the key Canadian epidemiologic studies apply aspects of population weighting, where all grid cells within a postal code are averaged, individuals are assigned exposure at the postal code resolution, and study mean $PM_{2.5}$ concentrations are based on the average of individual exposures.
  - The majority of studies estimating exposure nationwide range between just below 6.0 μg/m$^3$ to 8.0 μg/m$^3$. One study (Erickson et al. (2020)) presents an analysis related immigrant status and length of residence in Canada versus non-immigrant populations, which accounts for the four highest mean $PM_{2.5}$ concentrations in Figure 3-11, ranging between 9.0 μg/m$^3$ and 10.0 μg/m$^3$.
  - The four studies that estimate exposure at the regional scale report mean $PM_{2.5}$ concentrations that range from 7.8 μg/m$^3$ to 9.8 μg/m$^3$.

[38] As noted above, in this study (Shi et al., 2016), the authors report that most deaths occurred at or above the 75th percentile of annual exposure estimates (i.e., 10 μg/m$^3$). The short-term exposure estimates accounting for most deaths are not presented in the published study.

- In two Canadian studies with information available on the 25th percentile of health events, the ambient $PM_{2.5}$ concentration corresponding to that 25th percentile is approximately 8.0 μg/m$^3$ in two studies, and 4.3 μg/m$^3$ in a third study.

For the studies that utilize hybrid modeling approaches but do not incorporate population weighting in calculating the mean, we would expect the associated annual design values to be much higher (i.e., 40-50% higher) than the study-reported means (i.e., 8.1 μg/m$^3$ to 11.9 μg/m$^3$). This larger difference between design values and study-reported mean concentrations makes it more difficult to consider how these studies can be used to determine the adequacy of the protection afforded by the current or potential alternative annual standards. In addition to the key epidemiologic studies, the 2019 ISA and ISA Supplement also include a subset of studies that assess the relationship between $PM_{2.5}$ exposure and health effects that have emerged and so we ask:

- **To what extent has information emerged to further inform our understanding of $PM_{2.5}$ in ambient air and associations with health effects? Are there studies that explore alternative methods for assessing the relationship between $PM_{2.5}$ exposure and health effects or studies that observe changes in health effects with changes in $PM_{2.5}$ concentrations in ambient air over time?**

In addition to the expanded body of evidence from the key epidemiologic studies discussed above, there are also a subset of studies that have emerged that further inform our understanding of the relationship between $PM_{2.5}$ exposure and health effects (U.S. EPA, 2019, U.S. EPA, 2021a U.S. EPA, 2022).

The first type are studies that examine health effect associations in analyses with the highest exposures excluded, restricting analyses to daily exposures less than the 24-hour primary $PM_{2.5}$ standard and annual exposures less than the annual $PM_{2.5}$ standard. The restricted analyses can be informative in assessing the nature of the association between long-term exposures (e.g., annual average concentrations < 12.0 μg/m$^3$) or short-term exposures (e.g., daily concentrations < 35 μg/m$^3$) when looking only at exposures to lower concentrations, including whether the association persists in such restricted analyses compared to the same analyses for all exposures, as well as whether the association is stronger, in terms of magnitude and precision, than when completing the same analysis for all exposures. While these studies are useful in supporting the confidence and strength of associations at lower concentrations, these studies also have inherent uncertainties and limitations, including uncertainty in how studies exclude concentrations (e.g., are they excluded at the modeled grid cell level, the ZIP code level) and in how concentrations in studies that restrict air quality data relate to design values for the annual and 24-hour standards. Further, these studies often do not report descriptive statistics (e.g., mean $PM_{2.5}$ concentrations, or concentrations at other percentiles) that allow for additional consideration of this information. As such, while these studies can provide additional supporting evidence for associations at lower

concentrations, there are also limitations in how to interpret these studies when evaluating the adequacy of the current or potential alternative standards. These studies, as assessed in the 2019 ISA and ISA Supplement, are summarized in Table 3-10 below.

**Table 3-10. Epidemiologic studies examining the health impacts associated with ambient $PM_{2.5}$ concentrations when studies are conducted with restricted air quality exposures.**

| Citation | Study Area (health endpoint) | Years of $PM_{2.5}$ Air Quality (monitored) | AQ in restricted analysis (µg/m³) | Study-reported Mean in restricted analysis (µg/m³) | Study-reported Mean in main analysis (µg/m³) | Effect Estimate in restricted analysis (95% CI) | Effect Estimate in main analysis (95% CI) |
|---|---|---|---|---|---|---|---|
| **U.S.-based Studies and Long-term Exposure (per 5 µg/m³)** | | | | | | | |
| Di et al., 2017b | Nationwide (All-cause mortality 65+) | 2000-2012 | < 12.0 | 9.6 | 11.0 | 1.07 (1.06-1.07) | 1.04 (1.04-1.04) |
| Dominici et al., 2019 | Nationwide (All-cause mortality) | 2000-2012 | < 12 | 9.6 | 11.0 | 1.06 (1.06-1.07) | 1.03 (1.03-1.04) |
| Shi et al., 2016 | 6 NE States | 2003-2008 | < 10.0 | NR | 8.1 | 1.04 (1.00, 1.09) | 1.04 (1.01, 1.06) |
| Yazdi et al., 2019 | 7 SE States (CVD morbidity) | 2000-2012 | < 12 | NR | NR | Stroke: 1.29 (1.27-1.31)<br>MI: 1.18 (1.16-1.20)<br>HF: 1.44 (1.43-1.46) | Stroke: 1.16 (1.16-1.17)<br>MI: 1.14 (1.13-1.15)<br>HF: 1.29 (1.29-1.30) |
| **Canadian Studies and Long-term Exposure (per 5 µg/m³)** | | | | | | | |
| Zhang et al., 2021 | Ontario (Non-accidental and CVD mortality) | 2000-2016 | < 10.0 and < 8.8 | NR | 7.8 | Non-accidental mortality: < 10.0: 1.22 (1.10-1.36); and < 8.8: 1.04 (0.91-1.17)<br>CVD mortality: < 10.0: 1.38 (1.10-1.73); and < 8.8: 1.05 (0.80-1.38) | Non-accidental mortality: 1.20 (1.09-1.32)<br>CVD mortality: 1.49 (1.22-1.83) |
| **U.S. Studies and Short-term Exposure (per 10 µg/m³)** | | | | | | | |
| deSouza et al., 2021 | Nationwide (First CVD HA) | 2000-2012 | ≤ 25 | NR | 11.5 | 1.3% (0.9-1.6 %) | 0.9% (0.6-1.1 %) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Di et al., 2017a | Nationwide (All-cause mortality 65+) | 2000-2012 | <25.0 | NR | 11.6 | 1.61 (1.48-1.74) | 1.18 (1.09-1.28) |
| Lee et al., 2015 [1] | 3 SE States (Non-accidental) | 2007-2011 | In ZIP codes where annual average <12.0 and only on days < 35.0 | NR | 11.1 | Non-accidental: 2.08% (1.99-2.17) % | Non-accidental :1.56% (1.19-1.94%) |
| Lee et al., 2015 [2] | 3 SE States (Non-accidental) | 2007-2011 | In ZIP codes where annual average < 12.0 | NR | 11.1 | Non-accidental: 2.06% (1.97-2.15%) | Non-accidental :1.56% (1.19-1.94%) |
| Shi et al., 2016 | 6 NE States | 2003-2008 | < 30.0 | NR | 8.2 | 2.14% (1.34-2.95%) | 2.14% (1.38, 2.89%) |
| Wei et al., 2019 | Nationwide (CVD HA) | 2000-2012 | ≤ 25 (WHO air quality guideline value for daily $PM_{2.5}$) | NR | NR | Relative increase in risk for HA with 1 μg/m$^3$ increase in lag0-1 $PM^{2.5}$:<br>MI: 0.16 (0.09, 0.24)<br>CHF: 0.16 (0.11, 0.22) | Relative increase in risk for HA with 1 μg/m$^3$ increase in lag0-1 $PM^{2.5}$:<br>MI: 0.11 (0.07, 0.16)<br>CHF: 0.14 (0.10, 0.17) |

[1] First, restricted ZIP code areas to where the annual average of predicted $PM_{2.5}$ is < 12 μg/m$^3$ to assess the acute effect of $PM_{2.5}$ on mortality only areas with annual average concentrations < 12 μg/m$^3$.
[2] In terms of daily standard, conducted analysis on the days < 35 μg/m$^3$ and only in ZIP codes with annual average concentrations < 12 μg/m$^3$.

There are a number of U.S. and Canadian studies that examine health effect associations in analyses with the highest exposures excluded. These restricted analyses provide support for positive and statistically significant effect estimates at lower mean $PM_{2.5}$ concentrations than their main effect analysis means as shown in Table 3-10 and in many cases, exhibit greater effect estimates in magnitude than their corresponding main analyses. With regard to these studies, we particularly note the following:

- In the four U.S. studies that estimate effects associated with long-term exposure to $PM_{2.5}$, the effect estimates are greater in the restricted analyses than in the main analyses.
    - Di et al. (2017a) and Dominici et al. (2019) report positive and statistically significant associations in analyses restricted to concentrations less than 12.0 $\mu g/m^3$ for all-cause mortality Di et al. (2017b) and stroke, MI, and HF Dominici et al. (2019), and effect estimates are greater in the restricted analyses than effect estimates reported in main analyses. In addition, both studies report mean $PM_{2.5}$ concentrations of 9.6 $\mu g/m^3$
    - Shi et al. (2016) and Yazdi et al. (2019) report positive and statistically significant associations in analyses restricted to concentrations less than 10.0 $\mu g/m^3$ and 12.0 $\mu g/m^3$, respectively. Shi et al. (2016) does not report overall mean $PM_{2.5}$ concentrations in restricted analyses, though such means are presumably somewhat below the main analysis reported mean of 8.1 $\mu g/m^3$. Yazdi et al. (2019) does not report the overall mean $PM_{2.5}$ concentration in either the restricted analysis or main analysis, but the effect estimates for stroke, MI, and HF are all higher in the restricted analyses compared to main analyses.
- While none of the U.S. studies of short-term exposure present mean $PM_{2.5}$ concentrations for the restricted analyses, these studies generally have mean 24-hour average $PM_{2.5}$ concentrations in the main analyses below 12.0 $\mu g/m^3$, and report increases in the effect estimates in the restricted analyses compared to the main analyses.
    - With the exception of Wei et al. (2019), short-term exposure studies report mean 24-hour average $PM_{2.5}$ concentration in main analyses all below 12.0 $\mu g/m^3$, and ranging from 8.2 $\mu g/m^3$ Shi et al. (2016) to 11.6 (Di et al. (2017a).[39]
    - These studies, except for Shi et al. (2016), report increases in effect estimates in restricted analyses compared to main analyses. Shi et al. (2016) reports the same effect estimates for both the restricted and main analyses.
- In the one Canadian study of long-term $PM_{2.5}$ exposure, Zhang et al. (2021) conducted analyses where annual $PM_{2.5}$ concentrations were restricted to concentrations below 10.0 $\mu g/m^3$ and 8.8 $\mu g/m^3$, which presumably have lower mean concentrations than the mean of 7.8 $\mu g/m^3$ reported in the main analyses, though restricted analysis mean $PM_{2.5}$ concentrations are not reported.
    - Effect estimates for non-accidental mortality are greater in analyses restricted to $PM_{2.5}$ concentrations less than 10.0 $\mu g/m^3$, but less in analyses restricted to < 8.8 $\mu g/m^3$.

[39] 93.6% of all case and control days in this study had $PM_{2.5}$ concentrations below 25 $\mu g/m^3$.

Effect estimates for CVD mortality are lower in restricted analyses than the main analysis.

Overall, these studies provide additional information on the nature of the association between long- or short-term exposures when analyses are restricted to lower $PM_{2.5}$ concentrations. Further, these studies indicate that effect estimates are generally greater in magnitude in the restricted analyses for long- and short-term $PM_{2.5}$ exposure compared to the main analyses.

The second type of studies that have recently emerged and can further inform our understanding of the relationship between $PM_{2.5}$ exposure and health effects are those that employ alternative methods for confounder control. Alternative methods for confounder control seek to mimic randomized experiments through the use of study design and statistical methods to more extensively account for confounders and are more robust to model misspecification. The studies that employ alternative methods for confounder control assessed in the 2019 ISA and ISA Supplement are summarized in Table 3-11 below.

**Table 3-11. Summary of information from studies that use alternative methods for confounder control.**

| Study Reference | Statistical Method [1] | Study Area | AQ Years | Health Endpoint (population) | Study-reported Mean (µg/m³) | Results |
|---|---|---|---|---|---|---|
| Awad et al., 2019 | IPW | U.S. Nationwide | 2000-2012 | LT mortality (65+) | Mean change in exposure the year before move and the second year after move:<br>Whites: -0.73<br>Blacks: -0.90 | Per a 10 µg/m³ increase in annual $PM_{2.5}$ concentrations:<br>White individuals: HR = 1.21 (95% CI: 1.20, 1.22)<br>Black individuals: HR = 1.12 (95% CI: 1.08, 1.15)<br>All-cause mortality: HR = 1.12 (95% CI: 1.08, 1.15) |
| Awad et al., 2019 (restricted analysis) | IPW | U.S. Nationwide | 2000-2012 | LT mortality (65+) | Restricted < 12.0: NR | Per a 10 µg/m³ increase in annual $PM_{2.5}$ concentrations:<br>White individuals: HR = 1.25 (95% CI: 1.24, 1.27)<br>Black individuals: HR = 1.08 (95% CI: 1.01, 1.14) |
| Higbee et al., 2020 | IPW | U.S. Nationwide | 1986-2015 | LT mortality (18+) | 10.7 | For a 10 µg/m³ increase in annual $PM_{2.5}$ concentrations:<br>All-cause mortality: HR = 1.12 (95% CI: 1.08, 1.15)<br>Cardiopulmonary mortality: HR = 1.23 (95% CI: 1.17, 1.29) |
| Qiu et al., 2020 | IPW | New England | 2000-2012 | ST CVD HA (65+) | AMI:10.3<br>CHF: 10.08<br>IS: 10.1 | Percent increase HA rate for a 10 µg/m³ increase in $PM_{2.5}$ concentrations<br>AMI: 4.31% (95% CI: 2.21, 6.42)<br>CHF: 3.95% (95% CI: 2.37,5.53)<br>IS: 2.56% (95% CI: 0.44, 4.69) |
| Schwartz et al., 2018a | 3 approaches:<br>Instrumental approach<br>Marginal structural models<br>Time-series analysis | 135 U.S. Cities | 1999-2010 | ST mortality (18+) | 12.8 | Percent change in daily mortality per 10 µg/m³ increase in $PM_{2.5}$ concentrations<br>Instrumental approach: 1.54% (95% CI: 1.12, 1.97)<br>Marginal structural models: 0.75% (95% CI: 0.35, 1.15)<br>Time-series: 0.60%: (95% CI: 0.34, 0.85%) |
| Schwartz et al., 2018a | 3 approaches:<br>Instrumental approach | 135 U.S. Cities | 1999-2010 | ST mortality (18+) | Restricted < 25.0: NR | Percent change in daily mortality per 10 µg/m³ increase in $PM_{2.5}$ concentrations<br>Instrumental approach: 1.70% (95% CI: 1.11, 2.29) |

| | | | | | | |
|---|---|---|---|---|---|---|
| (restricted analysis) | Marginal structural models<br>Time-series analysis | | | | | Marginal structural models: 0.83% (95% CI: 0.39,1.27)<br>Time-series: 0.62%: (95% CI: 0.32, 0.93) |
| Schwartz et al., 2018b | GPS IPW | Northeastern and Mid-Atlantic States | 2000-2012 | Life expectancy | NA | Estimated mean age at death for an annual average exposure of 12 μg/m$^3$ was 0.89 years (95% CI: 0.88,0.91) than estimated for a counterfactual $PM_{2.5}$ exposure of 7.5 μg/m$^3$ |
| Schwartz et al., 2021 | DID | U.S. Nationwide | 2000-2016 | LT probability of dying (65+) | 10.3 | Probability of dying in each year increased by 3.85x10$^{-4}$ (95% CI 1.95x10$^{-4}$, 5.76x10$^{-4}$) for each 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations |
| Schwartz et al., 2021 (restricted analysis) | DID | U.S. Nationwide | 2000-2016 | LT probability of dying (65+) | NR | Probability of dying in each year increased by 4.26x10$^{-4}$ (95% CI 1.43x10$^{-4}$, 7.09x10$^{-4}$) for each 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations |
| Wu et al., 2019 | RC-GPS and 3 GPS approaches:<br>Subclassification GPS<br>IPTW GPS<br>GPS matching | New England | 2000-2012 (modeled) | LT mortality (65+) | NA | Exposure levels of low (≤ 8.0 μg/m$^3$) versus moderate $PM_{2.5}$ concentrations (8.0-10.0 g/m$^3$) to low exposure<br>Subclassification: 1.025 (95% CI: 1.006,1.045)<br>IPTW GPS: 1.022 (95% CI: 1.007, 1.038)<br>Matching GPS: 1.028 (1.012, 1.045)<br>Comparison of exposure levels of ≤ 8.0 μg/m$^3$ vs. ≥ 10.0 μg/m$^3$<br>Subclassification: 1.035 (95% CI: 0.999,1.072)<br>IPTW GPS: 1.030 (95% CI: 1.005, 1.056)<br>Matching GPS: 1.035 (95% CI: 1.015, 1.055) |
| Wu et al., 2020 | Three GPS approaches:<br>GPS matching<br>GPS weighting<br>GPS adjustment | U.S. Nationwide | 2000-2016 (modeled) | LT mortality (65+) | 9.8 | Reported hazard ratios for a decrease in mortality risk per 10 μg/m$^3$ decrease in annual $PM_{2.5}$<br>GPS matching: HR = 1.068 (95% CI: 1.054,1.083)<br>GPS weighting: HR = 1.076 (95% CI: 1.065, 1.088)<br>GPS adjustment: HR = 1.072 (95% CI: 1.061,1.082) |
| Wu et al., 2020 (restricted analysis) | Three GPS approaches:<br>GPS matching<br>GPS weighting | U.S. Nationwide | 2000-2016 (modeled) | LT mortality (65+) | Restricted < 12.0: 8.4 | Reported hazard ratios for a decrease in mortality risk per 10 μg/m$^3$ decrease in annual $PM_{2.5}$<br>GPS matching: HR = 1.261 (95% CI: 1.233,1.289)<br>GPS weighting: HR = 1.268 (95% CI: 1.237, 1.300) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | GPS adjustment | | | | | GPS adjustment: HR = 1.231 (95% CI: 1.180,1.284) |
| Yazdi et al., 2021 | Doubly Robust Additive Model (DRAM) | U.S. Nationwide | 2000-2016 (modeled) | LT Cardiovascular hospitalization outcomes (65+) | 10.21 | % increase in the risk with 1 μg/m$^3$ increase in $PM_{2.5}$: MI: 0.002; Stroke: 0.009; AI: 0.006 |
| Yitshak-Sade et al., 2019 | DID | Northeastern and mid-Atlantic States (14 U.S. States) | 2000-2013 | LT mortality (65+) | Range: 6.5-14.5 | 4.04% (95% CI: 3.49,4.59) increase in mortality rates for an IQA (3 μg/m$^3$) increase in annual $PM_{2.5}$ concentrations |
| Zigler et al., 2018 | Propensity Score within Bayesian Hierarchical Regression model | Eastern U.S. | 2000-2012 (baseline year: 2000-2005, and follow-up year 2010-2012) | LT mortality and hospitalization for Respiratory and CVD outcomes (65+) | 2002-2004: Attainment areas: 11.59 ug/m3 Non-attainment areas: 14.48 ug/m3<br><br>2010-2012: Attainment areas: 9.39 ug/m3 Non-attainment areas: 11.13 ug/m3 | All-cause mortality: Overall average effects across non-attainment areas, the non-attainment designations reduced the mortality rate by 1.251 deaths per 1000 beneficiaries, with 95% posterior interval (−2.631, 0.108).<br><br>Hospitalizations: Overall average effects of the designations on hospitalization outcomes ranged from an average reduction of 0.651 for CV stroke to an increase of 0.440 for respiratory tract infections per 1000 person-years, although 95% posterior intervals for all hospitalization outcomes included 0.<br><br>Average associative effects: a reduction in the all-cause mortality rate of 3.16 (95% CI: -5.19, -1.21) deaths per 1000 beneficiaries. A reduction in the hospitalization rate ranged from 2.37 for heart failure to 2.61 for respiratory tract infections per 1000 person-years. This provided evidence that the nonattainment designations causally reduced rates of health outcomes among areas where the designations causally reduced ambient PM2.5. |

[1] GPS: generalized propensity score; IPW: inverse probability weighting; DID: Difference-in-difference; HR: hazard ratio; IRR: incidence rate ratio; IPTW: inverse probability treatment weighting; IV: instrument variable; OLS: Ordinary Least Squares; RC: regression calibration

The 2019 ISA and ISA Supplement assess epidemiologic studies that implemented alternative methods for confounder control. As presented in Table 3-11 above, these studies employ a variety of statistical methods, such as GPS, IPW, and DID. We particularly note the following:

- These studies reported consistent results among large study populations across the U.S. The results from studies that use alternative methods for confounder control further inform the relationship between long- and short-term $PM_{2.5}$ exposure and total mortality.
- Studies that employ alternative methods for confounder control to assess the association between long-term exposure to $PM_{2.5}$ and mortality provide additional support for the associations reported in the broader body of cohort studies that examined long-term $PM_{2.5}$ exposure and mortality.
    - For example, Wu et al., 2020 used three different alternative methods for confounder control, in addition to two more traditional statistical method methods (Cox proportional hazards modeling and Poisson time-series regression model), finding consistent positive and statistically significant results between the five statistical methods and with HRs per a 10 $\mu g/m^3$ increase in $PM_{2.5}$ ranging from 1.062 (95% CI: 1.055,1.069) using the poisson statistical method to 1.076 (95% CI: 1.065, 1.088) with the GPS matching statistical method.

Lastly, there is also a smaller subset of epidemiologic studies that assess whether long-term reductions in ambient $PM_{2.5}$ concentrations result in corresponding reductions in health outcomes. These include studies that evaluate the potential for improvements in public health, including reductions in mortality rates, increases in life expectancy, and reductions in respiratory disease as ambient $PM_{2.5}$ concentrations have declined over time. Some of these studies are ,accountability analyses, which can provide insight on whether the implementation of environmental policies or air quality interventions result in changes/reductions in air pollution concentrations and the corresponding effect on health outcomes . Given the nature of these studies, the majority tend to focus on time periods in the past during which ambient $PM_{2.5}$ concentrations were substantially higher than those measured more recently (e.g., see Chapter 2, Figure 2-16). These studies, as assessed in the 2019 ISA and ISA Supplement, are summarized in Table 3-12 below.

**Table 3-12. Epidemiologic studies examining the health impacts of long-term reductions in ambient $PM_{2.5}$ concentrations.**

| Study Reference | Study Area | Years of $PM_{2.5}$ Air Quality (monitored) | Starting Mean $PM_{2.5}$ Concentration (µg/m³) | Ending Mean $PM_{2.5}$ Concentration (µg/m³) | Study Results |
|---|---|---|---|---|---|
| Pope et al., 2009[1] | 211 U.S. counties | 1979-1983 compared to 1999-2000 | 20.6 | 14.1 | Statistically significant association between declining ambient $PM_{2.5}$ and increasing life expectancy |
| Correia et al., 2013[1] | 545 U.S. counties | 2000 compared to 2007 | 13.2 | 11.6 | Statistically significant association between declining ambient $PM_{2.5}$ and increasing life expectancy |
| Bennett et al., 2019 [1] | U.S. Nationwide and 1339 U.S. counties | 1999-2015 | 13.6 (Pop-weighted mean) | 8.0 (Population-weighted mean; Mean range in counties: 2.8-13.2) | Reductions in $PM_{2.5}$ since 1999 have increased life expectancy in men and women in all but 14 counties where $PM_{2.5}$ increased slightly |
| Berhane et al., 2016[2] | 4,602 children in 8 California communities | 1992-2000; 1995-2003; 2002-2011 | 20.5 | 14.4 | Statistically significant decrease in bronchitic symptoms in 10-year old children with and without asthma |
| Gauderman et al., 2015[2] | 2,120 children in 5 California communities | 1994-1997; 1997-2000; 2007-2010 | 21.3-31.5 | 11.9-17.8 | Statistically significant improvements in 4-year growth of lung function |
| Corrigan et al., 2018[3] | 619 U.S. counties (486 attainment counties and 133 nonattainment counties) | 2000-2010 | 2000-2004: All: 12.0 Attainment: 11.1 Nonattainment: 15.3 | 2005-2010: All: 10.8 Attainment: 10.2 Nonattainment: 13.2 | Fewer CV deaths per year for each 1 µg/m³ decrease in $PM_{2.5}$. |
| Henneman et al., 2019b[3] | Multiple U.S. states | 2005-2012 | 2005: 10.0 | 2012: 7.2 | Reduced exposure to total $PM_{2.5}$ and coal emissions led to reduced rates in CVD-related HA. |
| Sanders et al., 2020b[3] | 600-700 U.S. counties | 2000-2013 | Before 2006: Non-attainment: 15.3 and Attainment: 11.0 | After 2006: Non-attainment: 12.0 Attainment: 9.3 | By 2005 $PM_{2.5}$ designation status (attainment or non-attainment), $PM_{2.5}$ levels and corresponding mortality rates |

| | | | | | |
|---|---|---|---|---|---|
| Fan and Wang, 2020[3] | Eastern US | 1999-2013 | NR | NR | Fewer CVD deaths per year for each 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations |
| Peterson et al., 2020[3] | 2132 counties | 1990-2010 | NR | NR | Fewer CVD deaths for each 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations |
| Zigler et al., 2018 [3] | Eastern US | Baseline year: 2000-2005 and Follow-up year: 2010-2012 | 2002-2004: Attainment areas: 11.59 ug/m3 Non-attainment areas: 14.48 ug/m3 | 2010-2012: Attainment areas: 9.39 ug/m3 Non-attainment areas: 11.13 ug/m3 | Substantial reductions in all-cause mortality; and rate of hospitalizations for respiratory and CVD outcomes were observed in the subset of areas designated as nonattainment and provided evidence for effectiveness of targeted local control measures beyond the regional strategies. |
| Wyatt et al., 2020b[4] | 2132 counties in the U.S. (population ≥20,000) | 1990-2010 | NR | NR | The annual change in cardiovascular mortality rate ranged from 6.5-7.6 fewer deaths/year (per 100,000 person-years) per 1 μg/m$^3$ decrease in $PM_{2.5}$ over time. |

[1] Life expectancy studies; [2] Studies of respiratory disease in children; [3] Accountability studies; and [4]Study evaluating change in $PM_{2.5}$ concentration over time and associated change in cardiovascular mortality rate

The studies assessed in the 2019 ISA and ISA Supplement that evaluate health impacts of long-term reductions in ambient $PM_{2.5}$ concentrations provide support for the conclusion that public health benefits are associated with decreases in ambient $PM_{2.5}$ concentrations. In particular, we note the following key observations from these studies:

- Of the accountability studies evaluated in the 2019 ISA and ISA Supplement, which account for changes in $PM_{2.5}$ concentrations due to policy or the implementation of an intervention to assess whether there was evidence of changes in associations with mortality or cardiovascular effects due to changes in annual $PM_{2.5}$ concentrations, Corrigan et al. (2018), Henneman et al. (2019b) and Sanders et al. (2020b) present analyses with starting concentrations below 12.0 μg/m$^3$.
  - Henneman et al. (2019b) explored the changes in modeled $PM_{2.5}$ concentrations following the retirement of coal fired power plants in the U.S., and found that reductions from mean annual $PM_{2.5}$ concentrations of 10.0 μg/m$^3$ in 2005 to mean annual $PM_{2.5}$ concentrations of 7.2 μg/m$^3$ in 2012 from coal-fueled power plants resulted in corresponding reductions in the number of cardiovascular-related

hospital admissions, including for all cardiovascular disease, acute myocardial infarction, stroke, heart failure, and ischemic heart disease in those aged 65 and older.

- Corrigan et al. (2018) examined whether there was a change in the cardiovascular mortality rate before (2000-2004) and after (2005-2010) implementation of the first annual $PM_{2.5}$ NAAQS implementation based on mortality data from the National Center for Health Statistics. They reported 1.10 (95% CI: 0.37, 1.82) fewer cardiovascular deaths per year per 100,000 people for each 1 $\mu g/m^3$ reduction in annual $PM_{2.5}$ concentrations. When comparing whether counties met the annual $PM_{2.5}$ standard, there were 1.96 (95% CI: 0.77, 3.15) fewer cardiovascular deaths for each 1 $\mu g/m^3$ reduction in annual $PM_{2.5}$ concentrations between the two periods for attainment counties, whereas for non-attainment counties, there were 0.59 (95% CI: −0.54, 1.71) fewer cardiovascular deaths between the two periods.
- Sanders et al. (2020b) examined whether policy actions (i.e., the first annual $PM_{2.5}$ NAAQS implementation rule in 2005 for the 1997 annual $PM_{2.5}$ standard with a 3-year annual average of 15 $\mu g/m^3$) reduced $PM_{2.5}$ concentrations and mortality rates in Medicare beneficiaries between 2000-2013. They found evidence of changes in associations with mortality (a decreased mortality rate of ~ 0.5 per 1,000 in attainment and non-attainment areas) due to changes in annual $PM_{2.5}$ concentrations in both attainment and non-attainment areas, which had starting concentrations below 12.0 $\mu g/m^3$ following implementation of the annual $PM_{2.5}$ NAAQS in 2005. In addition, following implementation of the annual $PM_{2.5}$ NAAQS, annual $PM_{2.5}$ concentrations decreased by 1.59 $\mu g/m^3$ (95% CI: 1.39, 1.80) which corresponded to a reduction in mortality rates among individuals 65 years and older (0.93% [95% CI: 0.10%, 1.77%]) in non-attainment counties relative to attainment counties.

- Bennett et al. (2019) reports increases in life expectancy in all but 14 counties (1325 of 1339 counties) that have exhibited reductions in $PM_{2.5}$ concentrations from 1999 to 2015.
- While Fan and Wang (2020), Peterson et al. (2020), and Wyatt et al. (2020a) do not report starting and ending concentrations, these studies lend support to the conclusions that reductions in $PM_{2.5}$ concentrations lead to public health improvements, including reductions in cardiovascular mortality.

The information in Table 3-10, Table 3-11, and Table 3-12 provide additional support to inform the relationship between long- and short-term $PM_{2.5}$ exposure and total mortality. Analyses that are restricted only to concentrations at or below the levels of the current primary $PM_{2.5}$ standards find positive and significant associations with exposure to $PM_{2.5}$ and health outcomes. These restricted analyses often report greater effect estimates compared to effect estimates in the main analysis that uses the full distribution of $PM_{2.5}$ concentrations. Studies that use alternative methods for confounder control to assess the relationship between $PM_{2.5}$ and health outcomes provide additional support for the associations reported in other epidemiologic studies. Finally, new studies assessed in the ISA Supplement evaluate the relationship between

declines in ambient $PM_{2.5}$ concentrations over time and the potential for improvements in public health, and support the conclusion in the 2020 PA; improvements in air quality are associated with improvements in public health. Some of these new studies have lower starting concentrations than similar studies included in the 2019 ISA.

### 3.3.4 Uncertainties in the Health Effects Evidence

- **To what extent have important uncertainties identified in prior reviews been reduced and/or have additional uncertainties emerged?**

We have not identified any new uncertainties in the evidence since the 2020 review. However, we continue to recognize uncertainties that persist from the previous reviews. This array of important areas of uncertainty related to the current health effects evidence, including that assessed in the 2019 ISA and the ISA Supplement, is summarized below.

Although the epidemiologic studies clearly demonstrate associations between long- and short-term $PM_{2.5}$ exposures and health outcomes, as in previous reviews, we continue to recognize several uncertainties and limitations in the health effects evidence remain. Epidemiologic studies evaluating short-term $PM_{2.5}$ exposure and health effects have reported heterogeneity in associations between cities and geographic regions within the U.S. Heterogeneity in the associations observed across epidemiologic studies may be due in part to exposure error related to measurement-related issues, the use of central fixed-site monitors to represent population exposure to $PM_{2.5}$, and our limited understanding of factors that could be due to a number of factors including exposure error related to measurement-related issues, variability in $PM_{2.5}$ composition regionally, and factors that result in differential exposures (e.g., topography, the built environment, housing characteristics, personal activity patterns). Heterogeneity is expected when the methods or the underlying distribution of covariates vary across studies (U.S. EPA, 2019, p. 6-221). Studies assessed in the 2019 ISA and ISA Supplement have advanced the state of exposure science by presenting innovative methodologies to estimate PM exposure, detailing new and existing measurement and modeling methods, and further informing our understanding of the influence of exposure measurement error due to exposure estimation methods on the associations between $PM_{2.5}$ and health effects reported in epidemiologic studies (U.S. EPA, 2019, section 1.2.2; U.S. EPA, 2022). Data from $PM_{2.5}$ monitors continue to be commonly used in health studies as a surrogate for $PM_{2.5}$ exposure, and often provide a reasonable representation of exposures throughout a study area (U.S. EPA, 2019, section 3.4.2.2; U.S. EPA, 2022, section 3.2.2.2.2). However, an increasing number of studies employ hybrid modeling methods to estimate $PM_{2.5}$ exposure using data from several sources, often including satellites and models, in addition to ground-based monitors. These hybrid models typically have good cross-validation, especially for $PM_{2.5}$, and have the potential to reduce

exposure measurement error and uncertainty in the health effect estimates from epidemiologic models of long-term exposure (U.S. EPA, 2019, section 3.5; U.S. EPA, 2022, section 2.3.3).

While studies using hybrid modeling methods have demonstrated reduced exposure measurement error and uncertainty in the health effect estimates, these studies use a variety of approaches to estimate $PM_{2.5}$ concentrations and to assign exposure to assess the association between health outcomes and $PM_{2.5}$ exposure. This variability in methodology has inherent limitations and uncertainties, as described in more detail in section 2.3.3.1.5, and the performance of the modeling approaches depends on the availability of monitoring data which varies by location. Factors likely contributing to poorer model performance often coincide with relatively low ambient $PM_{2.5}$ concentrations, in areas where predicted exposures are at a greater distance to monitors, and under conditions where the reliability and availability of key datasets (e.g., air quality modeling) are limited. Thus, uncertainty in hybrid model predictions becomes an increasingly important consideration as lower predicted concentrations are considered.

Regardless of whether a study uses monitoring data or a hybrid modeling approach when estimating $PM_{2.5}$ exposures, one key limitation that persists is associated with the interpretation of the study-reported mean $PM_{2.5}$ concentrations and how they compare to design values, the metric that describe the air quality status of a given area relative to the NAAQS.[40] As discussed above, the overall mean $PM_{2.5}$ concentrations reported by key epidemiologic studies reflect averaging of short- or long-term $PM_{2.5}$ exposure estimates across location (i.e., across multiple monitors or across modeled grid cells) and over time (i.e., over several years). For monitor-based studies, the comparison is somewhat more straightforward than for studies that use hybrid modeling methods, as the monitors used to estimate exposure in the epidemiologic studies are generally the same monitors that are used to calculate design values for a given area. It is expected that areas meeting a $PM_{2.5}$ standard with a particular level would be expected to have average PM2.5 concentrations (i.e., averaged across space and over time in the area) somewhat below that standard level. Analyses of recent air quality in U.S. CBSAs indicate that maximum annual PM2.5 design values for a given three-year period are often 10% to 20% higher than average monitored concentrations (i.e., averaged across multiple monitors in the same CBSA (U.S. EPA, 2020, Appendix B, section B.7). The difference between the maximum annual design value and average concentration in an area can be smaller or larger than this range, likely depending on factors such as the number of monitors, monitor siting characteristics, and the distribution of ambient $PM_{2.5}$ concentrations. For studies that use hybrid modeling methods to estimate $PM_{2.5}$ concentrations, the comparison between study-reported mean $PM_{2.5}$

[40] For the annual $PM_{2.5}$ standard, design values are calculated as the annual arithmetic mean $PM_{2.5}$ concentration, averaged over 3 years. For the 24-hour standard, design values are calculated as the 98th percentile of the annual distribution of 24-hour $PM_{2.5}$ concentrations, averaged over three years (Appendix N of 40 CFR Part 50).

concentrations and design values is more complicated given the variability in the modeling methods, temporal scales (i.e., daily versus annual), and spatial scales (i.e., nationwide versus urban) across studies. A recent comparison between two hybrid modeling surfaces explored the impact of these factors on the resulting mean $PM_{2.5}$ concentrations and provided additional information about the relationship between mean concentrations from studies using hybrid modeling methods and design values (see section 2.3.3.1.4). However, the results of those analyses only reflect two surfaces and two types of approaches, so uncertainty remains in understanding the relationship between estimated modeled $PM_{2.5}$ concentrations and design values more broadly across hybrid modeling studies. Moreover, this analysis was completed using two hybrid modeling methods that estimate $PM_{2.5}$ concentrations in the U.S., thus an additional uncertainty includes understanding the relationship between modeled $PM_{2.5}$ concentrations and design values reported in Canada.

In addition, where $PM_{2.5}$ and other pollutants (e.g., ozone, nitrogen dioxide, and carbon monoxide) are correlated, it can be difficult to distinguish whether attenuation of effects in some studies results from copollutant confounding or collinearity with other pollutants in the ambient mixture (U.S. EPA, 2019, section 1.5.1; U.S. EPA, 2022, section 2.2.1). Studies evaluated in the 2019 ISA and ISA Supplement further examined the potential confounding effects of both gaseous and particulate copollutants on the relationship between long- and short-term $PM_{2.5}$ exposure and health effects. In the examination of potential confounding of the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects by exposure to copollutants, it is informative to evaluate whether $PM_{2.5}$ risk estimates change in copollutant models. As noted in the Appendix (Table A-1) to the 2019 PM ISA (U.S. EPA, 2019), copollutant models are not without their limitations, such as instances for which correlations are high between pollutants resulting in greater bias in results. However, a change in the $PM_{2.5}$ risk estimate, after adjustment for a copollutant may indicate the potential for confounding. However, the studies continue to provide evidence indicating that associations with $PM_{2.5}$ are relatively unchanged in copollutants models (U.S. EPA, 2019, section 1.5.1; U.S. EPA, 2022, section 2.2.1). Another area of uncertainty is associated with other potential confounders, beyond copollutants. Some studies have expanded the examination of potential confounders to not only include copollutants, but also systematic evaluations of the potential impact of inadequate control from long-term temporal trends and weather (U.S. EPA, 2019, section 11.1.5.1). Analyses examining these covariates further confirm that the relationship between $PM_{2.5}$ exposure and mortality is unlikely to be biased by these factors. Other studies have explored the use of alternative methods for confounder control to more extensively account for confounders and are more robust to model misspecification that can further inform the causality determination for long-term and short-term $PM_{2.5}$ and mortality and cardiovascular effects (U.S. EPA, 2019, section 11.2.2.4; U.S. EPA,

2022, sections 3.1.1.3, 3.1.2.3, 3.2.1.2, and 3.2.2.3). These studies indicate that bias from unmeasured confounders can occur in either direction, although controlling for these confounders did not result in the elimination of the association, but instead provided additional support for associations between long-term $PM_{2.5}$ exposure and mortality when accounting for additional confounders (U.S. EPA, 2022, section 3.2.2.2.6).

Another important limitation associated with the evidence is that, while epidemiologic studies indicate associations between $PM_{2.5}$ and health effects, they do not identify particular $PM_{2.5}$ exposures that cause effects. Rather, health effects can occur over the entire distribution of ambient $PM_{2.5}$ concentrations evaluated, and epidemiologic studies conducted to date do not identify a population-level threshold below which it can be concluded with confidence that $PM_{2.5}$-related effects do not occur.

Overall, evidence assessed in the 2019 ISA and ISA Supplement continues to indicate a linear, no-threshold concentration-response relationship for $PM_{2.5}$ concentrations > 8 μg/m$^3$. However, uncertainties remain about the shape of the C-R curve at $PM_{2.5}$ concentrations < 8 μg/m$^3$, with some recent studies providing evidence for either a sublinear, linear, or supralinear relationship at these lower concentrations (U.S. EPA, 2019, section 11.2.4; U.S. EPA, 2022, section 2.2.3.2).

## 3.4 RISK INFORMATION

To inform conclusions regarding the primary $PM_{2.5}$ standards that are "requisite" to protect public health (i.e., neither more nor less stringent than necessary; section 1.2), it is important to consider the health risks that would be allowed under those standards. For the current standards, this means evaluating $PM_{2.5}$-related health risks in locations with three-year annual $PM_{2.5}$ design values of 12.0 μg/m$^3$ and/or three-year 24-hour design values of 35 μg/m$^3$ (i.e., neither above nor below the levels of the current standards). Therefore, in addition to our evaluation of $PM_{2.5}$ concentrations in locations of key epidemiologic studies (which are based on existing air quality; section 3.3.3.2), we assess $PM_{2.5}$-attributable risk associated with either:

- $PM_{2.5}$ air quality that has been adjusted to simulate "just meeting" the current standards (i.e., design values equal to 12.0 μg/m$^3$ and/or 35 μg/m$^3$) or lower alternative annual and/or 24-hour standards.
- The change in risk associated with moving from $PM_{2.5}$ air quality "just meeting" the current standards to "just meeting" alternative annual and/or 24-hour standards.

These risk estimates, when considered alongside analyses of the evidence discussed in section 3.3.3, are meant to inform conclusions on the primary standards that would be requisite to protect the public health against long- and short-term $PM_{2.5}$ exposures. Our consideration of estimated risks focuses on addressing the following policy-relevant questions:

- **What are the estimated $PM_{2.5}$-associated health risks for air quality just meeting the current primary $PM_{2.5}$ standards?**
- **To what extent are risks estimated to decline when air quality is adjusted to just meet potential alternative standards with lower levels?**
- **What are the uncertainties and limitations in these risk estimates?**

The sections below summarize our approach to estimating risks (section 3.4.1) and the results of the risk assessment (section 3.4.1.8). Additional detail on the risk assessment is provided in Appendix C.

### 3.4.1 Risk Assessment Overview

Risk assessments combine data from multiple sources and involve various assumptions and uncertainties. Below we summarize key aspects of the risk modeling approach. Input data for these analyses includes concentration-response functions from epidemiologic studies (section 3.4.1.1) for each health outcome (section 3.4.1.2) and ambient annual or 24-hour $PM_{2.5}$ concentrations (sections 3.4.1.3 and 3.4.1.4) for the study areas (section 3.4.1.5) utilized in the risk assessment. Quantitative and qualitative methods used to characterize variability and uncertainty in the risk estimates are discussed in section 3.4.1.7.

Information on other data inputs, such as baseline health incidence rate and population demographic information, can be found in the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits Technical Support Document (TSD)* (U.S. EPA, 2021b; associated with the 2021 Revised Cross-State Air Pollution Rule Update (86 FR 23054, April 30, 2021). Additional detail on the risk assessment approach is provided in Appendix C (section C.1).

#### 3.4.1.1 Concentration-Response Functions

Concentration-response functions used in this risk assessment are from large, multicity U.S. epidemiologic studies that evaluate the relationship between $PM_{2.5}$ exposures and mortality. Specific epidemiologic studies and concentration-response functions used here to estimate risk were identified using criteria that take into account factors such as study design, geographic coverage, demographic populations, and health endpoints. Information about the studies used in this risk assessment is summarized in Table 3-13 and additional detail regarding the selection of epidemiologic studies and specification of concentration-response functions can be found in Appendix C (section C.1.1) and the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits TSD* (U.S. EPA, 2021b).

#### 3.4.1.2 Health Outcomes

Consistent with the overall approach for this reconsideration, this risk assessment has a targeted scope that focuses on all-cause or nonaccidental mortality associated with long-term and

short-term $PM_{2.5}$ exposures (Table 3-13 and Appendix C, section C.1.1).[41] Evidence for these outcomes supports the determination of a "causal relationship" in the 2019 ISA (U.S. EPA, 2019).[42]

**Table 3-13. Epidemiologic studies used to estimate $PM_{2.5}$-associated risk.**

| Epidemiology Study | Study Population[a] | Age Range (years) | Mortality Categories Covered |
|---|---|---|---|
| *Long-term mortality studies* | | | |
| Di et al., 2017b | Medicare | 65+ | All-cause |
| Turner et al., 2016 | ACS | 30+ | All-cause |
| *Short-term mortality* | | | |
| Baxter et al., 2017 | 77 cities | All ages | Non-accidental |
| Ito et al., 2013 | NPACT | All ages | All cause |
| Zanobetti et al., 2014 | 121 communities | 65+ | All cause |
| [a]ACS (American Cancer Survey), NPACT (National Particle Components Toxicity). See Appendix C Table C-1 for additional study details. | | | |

### 3.4.1.3 Air Quality Scenarios

We first estimate health risks associated with air quality adjusted to simulate "just meeting" the current primary $PM_{2.5}$ standards (i.e., the annual standard with its level of 12.0 $\mu g/m^3$ and the 24-hour standard with its level of 35 $\mu g/m^3$). We then use air quality modeling to simulate air quality just meeting an alternative standard with a level of 10.0 $\mu g/m^3$ (annual) and 30 $\mu g/m^3$ (24-hour). In addition to the model-based approach, for the subset of 30 areas controlled by the annual standard we also employ linear interpolation and extrapolation to simulate just meeting alternative annual standards with levels of 11.0 (interpolated between 12.0 and 10.0 $\mu g/m^3$), 9.0 $\mu g/m^3$, and 8.0 $\mu g/m^3$ (both extrapolated from 12.0 and 10.0 $\mu g/m^3$) .[43] Figure 3-15 provides an example of the interpolation and extrapolation calculations performed for a single grid cell. In this example grid cell, modeled annual $PM_{2.5}$ concentrations are 11.23

[41] Epidemiologic studies tend to attribute risk to either long- or short-term $PM_{2.5}$ exposures, but rarely to both, leading to uncertainties in the relationship between health effects from long- and short-term exposures. When biologically plausible pathways leading to health effects are similar, estimates of impacts from long-term exposures may include impacts due to short-term exposures and vice-versa. However, if pathways diverge, impacts due to long- and short-term exposures may be the sum, or even greater than the sum, of the two exposure durations.

[42] While the 2019 ISA also found that evidence supports the determination of a "causal relationship" between long- and short-term exposures and cardiovascular effects, cardiovascular mortality was not included as a health outcome as it will be captured in the estimates of all-cause mortality.

[43] Modeled air quality surfaces are simulated to just meet standards at the design value monitors and not necessarily in all grid cells. As the extrapolated alternative annual standard decreases, the proportion of grid cells at or above the modeled standard increases. Appendix Figure C-31 provides the full distribution of grid cell concentrations at each modeled and extrapolated standard.

when the corresponding design value monitor just meets the current annual standard and 9.87 when the corresponding design value monitor just meets the alternative annual standard of 10.0 μg/m$^3$. The interpolated and extrapolated values for the example grid cells are provided in green and blue text, respectively.[44]




**Figure 3-15. Illustration of approach to adjusting air quality to simulate just meeting annual standards with levels of 11.0, 9.0, and 8.0 μg/m$^3$.**

There is greater uncertainty regarding whether a revised 24-hour standard (i.e., with a lower level) is needed to further limit "peak" $PM_{2.5}$ concentration exposure[45] and whether a lower 24-hour standard level would most effectively reduce $PM_{2.5}$-associated health risks associated with "typical" daily exposures. However, we do estimate health risks associated with air quality adjusted to meet a revised 24-hour standard with a level of 30 μg/m$^3$, in conjunction with estimating the health risks associated with meeting a revised annual standard with a level of 10 μg/m$^3$.[46 47]

### 3.4.1.4 Model-Based Approaches to Adjusting Air Quality

Air quality modeling was used to develop 12 km gridded $PM_{2.5}$ concentration fields for the risk assessment in the 2020 PM PA, and the same air quality simulations used in that

[44] Modeling to "just meet" annual standards involves adjusting the design value monitor to the standard, and not necessarily all grid cells modeled. Therefore, it is possible to have estimated $PM_{2.5}$ concentrations above the annual standard modeled in individual grid cells.

[45] As noted in section 3.3.2.1, while controlled human exposure studies provided consistent evidence for cardiovascular effects following $PM_{2.5}$ exposures for less than 24 hours (i.e., < 30 minutes to 5 hours), exposure concentrations in the studies were well-above the ambient concentrations typically measured in locations meeting the existing standards.

[46] The simulated air quality surface, which just meets both an alternative annual standard of 10.0 μg/m$^3$ and alternative 24-hour standard of 30 μg/m$^3$, was subset into areas that are controlled by either the alternative annual standard of 10.0 μg/m$^3$ or 24-hour standard of 30 μg/m$^3$ to assess risk associated with just meeting each alternative standard.

[47] We also estimate population risks for recent (i.e., unadjusted) ambient $PM_{2.5}$ concentrations (Appendix C).

assessment are used here (U.S. EPA, 2020). Additional information on the generation of air quality inputs to the risk assessment can be found in Appendix C.1.4. Briefly, a $PM_{2.5}$ concentration field for 2015 was developed using a Bayesian statistical model (Downscaler) that calibrates chemical transport model (CTM) predictions of $PM_{2.5}$ to surface measurements (section 2.3.3). As air quality surfaces are adjusted to "just meet" current and alternative standards before use in the risk assessment, the base year used for air quality has negligible influence on results and 2015 is an appropriate base year for this analysis. As wildfire influences on $PM_{2.5}$ design values are often excluded when judging NAAQS attainment, a limited number of days clearly associated with summertime wildfires were removed from ambient monitoring data.

The 2015 $PM_{2.5}$ concentration field was adjusted using response factors developed from CTM modeling with emission changes relative to 2015. The modeling approach applies realistic spatial response patterns from CTM modeling to a concentration field, similar to those used in a number of recent epidemiologic studies, to characterize $PM_{2.5}$ concentration fields at 12 km resolution for study areas. The adjusted concentration fields correspond to:

(1) Just meeting the existing annual and 24-hour standards of 12.0 $\mu g/m^3$ and 35 $\mu g/m^3$, and

(2) Just meeting potential alternative annual and 24-hour standards of 10.0 $\mu g/m^3$ and 30 $\mu g/m^3$.

The adjustments to simulate just meeting the current standards and alternative standards are approximations of these air quality scenarios. In reality, changes in $PM_{2.5}$ in an area will depend on what emissions changes occur and the concentration gradients of $PM_{2.5}$ will vary across an area accordingly. As the type of emission changes can be difficult to predict, for this risk assessment, two different adjustment approaches were applied to provide two outcomes that could represent a potential range of $PM_{2.5}$ concentration changes in the study areas. The two adjustment approaches used to guide the generation of these modeled surfaces were selected to span a wide range of possible $PM_{2.5}$ spatial response patterns:

- *Reductions in primary $PM_{2.5}$ (Pri-PM)*: This modeling approach simulates air quality scenarios of interest by preferentially adjusting direct/primary PM emissions. As such, the changes in $PM_{2.5}$ tend to be more localized near the direct emissions sources of PM.[48]
- *Reductions in secondary $PM_{2.5}$ (Sec-PM)*: This modeling approach simulates air quality scenarios of interest by preferentially adjusting $SO_2$ and $NO_X$ precursor emissions to simulate

[48] In locations for which air quality scenarios cannot be simulated by adjusting modeled directly emitted PM alone, modeled $SO_2$ and $NO_X$ precursor emissions are additionally adjusted to simulate changes in secondarily formed $PM_{2.5}$ (Appendix C, section C.1.4).

changes in secondary $PM_{2.5}$. In this case, the reductions in $PM_{2.5}$ tend to be more evenly spread across a study area.[49]

The two distinctly different $PM_{2.5}$ modeling approaches (Pri-PM and Sec-PM) reflect antithetical $PM_{2.5}$ spatial response patterns that could cause $PM_{2.5}$ concentrations to just meet NAAQS, and real-world spatial response patterns would likely fall somewhere between the two modeling approaches; we view them as bounding scenarios. As such, air quality surfaces generated using these two approaches are not additive. Rather, they should be viewed as two different broad strategies for adjusting ambient $PM_{2.5}$ concentrations.

#### 3.4.1.5 Study Area Selection

The following factors were considered most important when selecting U.S. study areas for inclusion in the risk assessment:

- *Available Ambient Monitors*: There is a complex relationship between monitor locations and hybrid modeling approaches, with hybrid modeling methods performing better in areas with more monitors. We have greater confidence in estimating and simulating air quality concentrations over urban areas with relatively dense ambient monitoring networks, as the modeled air quality surfaces can be directly compared with monitored concentrations (additional detail available in Appendix C, section C.1.4). In addition, comparing results from the two adjustment approaches using very different spatial response patterns (Pri-PM and Sec-PM) can inform as to the magnitude of variability with regards to monitor prevalence and location.
- *Geographical Diversity*: Risk assessments including areas that represent a variety of regions across the U.S. and a substantial portion of the U.S. population can be more representative.
- *Ambient $PM_{2.5}$ Air Quality Concentrations*: Based on 2014-2016 design values, only 16 CBSAs[50], also called urban study areas here, exceeded either or both the current annual and 24-hour $PM_{2.5}$ NAAQS. To include a larger portion of the U.S. in this risk assessment, we also identified CBSAs with ambient $PM_{2.5}$ concentrations below, but near, the current annual and/or 24-hour $PM_{2.5}$ NAAQS. Inclusion of such areas in the risk assessment necessitates an upward adjustment to $PM_{2.5}$ air quality concentrations in order to simulate just meeting the current standards. Given uncertainty in how such increases could potentially occur, we select areas requiring a relatively modest upward adjustment (i.e., no more than 2.0 $\mu g/m^3$ for the annual standard and 5 $\mu g/m^3$ for the 24-hour standard, based on the 2014-2016 design value period). Areas that appeared to be strongly influenced by exceptional events were also excluded (section C.1.4). Using these criteria, 47 urban study areas were identified, which include nearly 60 million people aged 30-99, or approximately 30% of the U.S population in this age range (Figure 3-16 and Appendix C, section C.1.3). Of the 47 study areas, there were

[49] In locations for which air quality scenarios cannot be simulated by adjusting modeled precursor emissions alone, a proportional adjustment of air quality is subsequently applied. This behavior occurs in areas where emission changes in addition to NOx and SO2 would be needed to adjust design values to just meet the standard. (Appendix C, Figure C-19).

[50] CBSAs (core-based statistical areas) can include one or more counties. Each CBSA selected included at least one monitor with valid design values and several CBSAs had more than 10 monitors. See Table C-3 in Appendix C.

30 study areas where just meeting the current standards is controlled by the annual standard,[51] 11 study areas where just meeting the current standards is controlled by the daily standard,[52] and 6 study areas where the controlling standard differed depending on the air quality adjustment approach (Figure 3-16).[53]



| Number of Urban Study Areas (CBSAs) | Controlling Standard | Population (≥30 years old) |
|---|---|---|
| 30 | Annual (**Blue**) | ~50M |
| 11 | Daily (**Green**) | ~4M |
| 6 | Mixed (**Grey**) | ~5M |
| **Total: 47** | | **~60M** |

**Figure 3-16. Map of 47 urban study areas included in risk modeling.**

[51] For these areas, the annual standard is the "controlling standard" because when air quality is adjusted to simulate just meeting the current or potential alternative annual standards, that air quality also would meet the 24-hour standard being evaluated.

[52] For these areas, the 24-hour standard is the controlling standard because when air quality is adjusted to simulate just meeting the current or potential alternative 24-hour standards, that air quality also would meet the annual standard being evaluated. Some areas classified as being controlled by the 24-hour standard also violate the annual standard.

[53] In these 6 areas, the controlling standard depended on the air quality adjustment method used and/or the standard scenarios evaluated.

#### 3.4.1.6 At-Risk Analysis

To inform conclusions regarding the primary $PM_{2.5}$ standards that are "requisite" to protect public health (i.e., neither more nor less stringent than necessary; section 1.2) and provide an adequate margin of safety, it is important to consider the health risks of specific populations identified as at increased risk (at-risk) that would be allowed under current and alternative standards, recognizing associated uncertainties (section 3.4.1.8). We use the term "at-risk" to denote populations and lifestages for which the 2019 ISA and ISA Supplement found scientific evidence indicating disproportionately increased risk. Our consideration of estimated risks among potentially at-risk populations focuses on addressing the following policy-relevant questions:

- **How does $PM_{2.5}$ exposure and risk compare between demographic groups when air quality just meets the current and potential alternative primary $PM_{2.5}$ annual standards?**
- **To what extent are impacts estimated to change within each demographic group when air quality is adjusted to just meet potential alternative annual standards with lower levels?**

Assessing $PM_{2.5}$-attributable risk stratified by the value of another covariate (e.g., race or ethnicity) can provide insight into population-specific risk. As described in section 3.3.2, the 2019 ISA and ISA Supplement cite extensive evidence indicating that "both the general population as well as specific populations and lifestages are at-risk for $PM_{2.5}$-related health effects" (U.S. EPA, 2019, p. 12-1; U.S. EPA, 2022). Factors that may contribute to increased risk of $PM_{2.5}$-related health effects include life-stage (children and older adults), pre-existing diseases (cardiovascular disease and respiratory disease), race/ethnicity, and socioeconomic status. In considering the strength of the available scientific evidence and recognizing that this risk assessment is focused on the health endpoint of mortality, we assess long-term $PM_{2.5}$-attributable exposure and mortality risk, stratified by racial/ethnic demographics. Specifically, we evaluate exposure and risk, stratified by race-specific concentration-response functions when available, of White, Black, Asian, Native American, Non-Hispanic, and Hispanic individuals.

Concentration-response functions used in this at-risk analysis are from large, multicity U.S. epidemiologic studies that evaluate the relationship between $PM_{2.5}$ exposures and mortality. Eight epidemiologic long-term exposure studies of $PM_{2.5}$ exposure and all-cause, nonaccidental, or total mortality in minority populations were identified in the 2019 ISA and ISA Supplement (U.S. EPA, 2019; U.S. EPA, 2022). Associations from those eight studies relating long-term $PM_{2.5}$ exposure and mortality outcomes in minority populations are available in Figure 3-17.

Specific epidemiologic studies and concentration-response functions used here to estimate risk were identified using criteria that take into account factors such as study design,

geographic coverage, demographic populations, and health endpoints. Of the studies available from the 2019 ISA, Di et al., 2017b was identified as best characterizing potentially at-risk minority populations across the U.S.[54] Additional information on input parameters used in the at-risk analysis can be found in Appendix C, section C.3.

At-risk estimates presented in section 3.4.2.4, when considered alongside estimates of risk across all populations in the 47 study areas (sections 3.4.2.1, 3.4.2.2, and 3.4.2.3) are meant to inform conclusions on the primary annual $PM_{2.5}$ standards that would be requisite to protect the public health of minority populations potentially at increased risk of long-term $PM_{2.5}$-related mortality effects.




**Figure 3-17. Available epidemiologic associations between long-term $PM_{2.5}$ exposure and mortality outcomes in demographic populations.[55]**

#### 3.4.1.7 Characterization of Variability and Uncertainty in the Risk Assessment

Both quantitative and qualitative methods have been used to characterize variability and uncertainty in the risk estimates (Appendix C, section C.3), including:

[54] Additional details on concentration-response function identification can be found in Appendix C, section C.3.2. Di et al., 2017b was identified as best characterizing potentially at-risk minority populations across the U.S. using study and risk estimate criteria described in the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits TSD* (U.S. EPA, 2022). Additional information on all available at-risk epidemiologic studies is available in Appendix C, section C.3.2.

[55] All studies estimated median or average long-term $PM_{2.5}$ exposures between 10-12 µg/m$^3$, other than Lipfert and Wyzga (2020), which reported an approximate average exposure concentration of 14 µg/m$^3$. Kioumourtzoglou et al. (2016) reported associations in cities ranking at or about the 75th percentile proportionally with regards to demographic population only. VA, Veterans Affairs; NHIS, National Health Insurance Service.

- *95th percentile confidence intervals*: We use an iterative Monte Carlo simulation that samples from the standard error associated with each epidemiologic concentration-response function. We present the resulting 2.5th and 97.5th percentile values from this distribution as a 95th percentile confidence interval around the risk estimate. Monte Carlo methods are a well-established means of characterizing random sampling error associated with concentration-response functions.
- *Health endpoint sensitivity analyses*: We include multiple concentration-response functions reflecting epidemiology studies differing in various ways, such as the population (e.g., geographic locations and demographics), exposure estimation methods (e.g., monitor-based or hybrid techniques), and potential confounders included in the epidemiologic model (e.g., ozone).[56]
- *Air quality adjustment sensitivity analyses*: We simulate just meeting the current and alternative standards using two approaches, which represent potential bounding scenarios of $PM_{2.5}$ concentration changes across the study areas. The Pri-PM adjustment method preferentially adjusts direct (i.e., primary, directly-emitted) $PM_{2.5}$ emissions, whereas the Sec-PM method preferentially adjusts $SO_2$ and $NO_X$ precursor emissions to simulate changes in secondarily formed $PM_{2.5}$.
- *Qualitative uncertainty assessment:* We perform additional qualitative evaluations of the potential for key sources of uncertainty to impact the magnitude and direction of risk estimates (Appendix C, section C.3.2).

#### 3.4.1.8 Characterization of Variability and Uncertainty in the At-Risk Analysis

While considering exposure and health risks of individual at-risk racial and ethnic populations can be policy-relevant, these estimates will be more uncertain than similar estimates from the overall risk assessment (sections 3.4.2.1 and 3.4.2.2). This is due to additional sources of uncertainty specific to the at-risk analysis, such as using concentration-response functions derived from smaller epidemiologic sample sizes, being combined with the sources of uncertainty that apply to the overall risk assessment. For example, the 2019 ISA and ISA Supplement find evidence of $PM_{2.5}$-related health risk disparities specifically demonstrating that Black populations were at higher risk for $PM_{2.5}$-related health outcomes, such as mortality. Therefore, we have higher confidence estimating race-stratified $PM_{2.5}$ health effects for Black and White populations than for other races/ethnicities and place those two populations together at the top of figures and tables. Stratified mortality risk information for other racial and ethnic populations (i.e., Asians, American Indians, and Hispanics) are provided as there is some evidence of disparities in $PM_{2.5}$ exposure and health risk among different racial and ethnic groups, but the main populations of comparison in the at-risk analysis are Blacks and Whites.

---

[56] Additional information on long-term epidemiologic study identification can be found in the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits TSD* (U.S. EPA, 2021b). Specifically, additional information on the identified long-term epidemiologic studies can be found in the *Study Information Table* (U.S. EPA, 2021b).

The augmentation of existing uncertainness is exemplified by the exposure estimates in the White populations in the simulated air quality scenarios. White populations make up a greater proportion of rural areas (~60% vs ~80%, USDA, 2018), and rural areas tend to have lower ambient $PM_{2.5}$ concentrations. Therefore, as these scenarios are restricted to the 47 urban study areas, we expect that the average exposure estimated in this assessment is an over-estimate of the overall national average exposure in the White population.

For characterizing risk in at-risk populations, we used air quality fields from the Pri-PM adjustment case alone, because the Pri-PM air quality adjustments are largely associated with emission reductions within the study areas, due to the local nature of air quality impacts from primary PM sources[57]. In contrast, Sec-PM air quality adjustments may be strongly associated with sources located outside of the study areas. Since the at-risk analyses are performed for population groups within the 47 areas alone, the Pri-PM adjustment case (in which air quality adjustments are primarily associated with emission sources within the 47 areas) is most appropriate for this at-risk analysis. However, limiting the analysis to a single simulation decreases the potential representativeness of simulated $PM_{2.5}$ concentrations changes across the study area.

### 3.4.2 Results of the Risk Assessment

This section presents estimates of $PM_{2.5}$-associated mortality risks for populations in the identified urban study areas (additional results available in Appendix C, section C.2).[58] Results are shown as point estimates with 95th percentile confidence intervals for air quality adjusted to simulate just meeting the current, and potential alternative, standards. We provide tables that include the total mortality risk associated with air quality just meeting the current or potential alternative standards, the change in mortality risk (also called delta risk) when moving from air quality just meeting the current standard to just meeting potential alternative standards, and the percent risk reduction when moving from air quality just meeting the current standard to just

[57] The Pri-PM and Sec-PM adjustment approaches are described in section 3.4.1.4.

[58] As the purpose of the risk assessment is to estimate risk allowed when "just meeting" the current or alternative standards, air quality in the study areas is adjusted up or down to be as high as would be permitted under each standard. This objective should not be conflated with a risk assessment of recent conditions, which would not adjust any areas to "just meet" the NAAQS, or an analysis downwardly adjusting only areas exceeding the NAAQS. While the latter are worthwhile research questions, assumptions that PM concentrations would not increase would make results difficult to interpret.

meeting potential alternative standards.[59] We also quantify the percent of baseline incidence, which estimates the percent of total incidence that is associated with ambient $PM_{2.5}$ exposure (e.g., percent of mortality attributable to $PM_{2.5}$ exposure out of all deaths in the specified population).[60] In addition to tables, we provide figures to illustrate how risks are distributed across annual average ambient $PM_{25}$ concentrations. Figures present results for all-cause mortality associated with long-term $PM_{2.5}$ exposures, based on a key epidemiologic study by (Turner et al., 2016). Additional results are presented in Appendix C (section C.2).[61]

The sections below present risk estimates for the full set of 47 urban study areas (section 3.4.2.1), the subset of 30 areas for which the annual $PM_{2.5}$ standard is controlling (section 3.4.2.2), and the subset of 11 areas for which the 24-hour $PM_{2.5}$ standard is controlling (section 3.4.2.3). Risk estimates from populations potentially at increased risk of PM-related effects are available in section 3.4.2.4. Uncertainties in the risk assessment are summarized in section 3.4.2.5.

#### 3.4.2.1 Summary of Risk Estimates for the Full Set of 47 Urban Study Areas

Risk estimates for the 47 urban study areas are presented in Table 3-14 and Table 3-15. Table 3-14 presents all-cause and non-accidental mortality risk estimates attributable to $PM_{2.5}$ when just meeting the current primary $PM_{2.5}$ standards and just meeting either an alternative modeled annual standard of 10.0 $\mu g/m^3$ or an alternative modeled 24-hour standard of 30 $\mu g/m^3$. Table 3-14 also provides the percent of total all-cause mortality attributable to $PM_{2.5}$ in 2015 estimated by each epidemiologic concentration-response function.

Table 3-15 presents the reduction in estimated risk when moving from air quality scenarios just meeting the current standard to air quality just meeting alternative standards. Areas are again subset into those just meeting either an alternative annual standard of 10.0 $\mu g/m^3$ or an alternative 24-hour standard of 30 $\mu g/m^3$, based on which standard is controlling in that study area. Smaller reductions estimated for the alternative 24-hour standard reflect the reduced number of study areas controlled by the 24-hour standard and the lesser population in those areas.

---

[59] *Total risk* refers to risk associated with the full increment of exposure associated with each air quality scenario. Both *delta risk* and *percent risk reduction* reflect the change in risk in going from the current standard to a specific alternative standard, with delta risk referring to the change in incidence (i.e., premature $PM_{2.5}$-attributable mortality) and percent risk reduction referring to the percent change when comparing risk under the current standard to risk under simulation of an alternative standard. Percent risk reduction is calculated by dividing the delta risk by the total risk.

[60] In other words, the percent of the health effect attributable to $PM_{2.5}$ exposure. For example, risk results estimate that 6-8% of all-cause mortality in 2015 was associated with $PM_{2.5}$ exposure (Table 3-14).

[61] As the concentration-response functions used in the risk assessment (section 3.4.1.1) are derived from national-level analyses, results are correspondingly presented as national estimates.

Key observations for the full set of 47 study areas from Table 3-14 and Table 3-15, which include approximately 30% of the U.S. population aged 30-99, are as follows:

- Substantially larger risk reductions are associated with lowering the annual standard than with lowering the 24-hour standard (Table 3-15). Impacts are estimated to decrease by 13-17% when air quality is adjusted to just meet an alternative annual standard with a level of 10.0 $\mu g/m^3$ or by 1-2% when adjusted to just meet an alternative 24-hour standard with a level of 30 $\mu g/m^3$. This corresponds to up to 7,440 (5,040-9,830) fewer deaths per year attributable to long-term $PM_{2.5}$ exposures.[62]
- Up to 45,100 deaths in 2015 are attributable to long-term $PM_{2.5}$ exposures associated with air quality just meeting the current annual and 24-hour $PM_{2.5}$ standards, with a 95th percentile confidence interval of 30,800-59,000. This constitutes up to 8% of total baseline mortality in adults aged 30-99 (Table 3-14).
- Short-term $PM_{2.5}$ exposures are estimated to be associated with up to 3,870 (2,570-5,160) deaths annually. This accounts for between 0.2-0.7% of mortality in adults ages 30-99 in 2015. Smaller reductions in the absolute number and percent risk of mortality when "just meeting" only the 24-hour standard in all 47 study areas suggests the annual standard may be protective of short-term exposure risks. However, the relatively small number of western study areas included in the risk assessment is a relevant limitation to this conclusion.

[62] In most study areas, the risk reductions presented for an annual standard with a level of 10.0 $\mu g/m^3$ reflect the difference between air quality with a maximum three-year annual $PM_{2.5}$ design value of 12.0 $\mu g/m^3$ and air quality with a maximum three-year annual $PM_{2.5}$ design value of 10.0 $\mu g/m^3$. Similarly, in most study areas, the risk reduction presented for a 24-hour standard with a level of 30 $\mu g/m^3$ reflects the difference between air quality with a maximum three-year 24-hour $PM_{2.5}$ design value of 35 $\mu g/m^3$ and air quality with a maximum three-year 24-hour $PM_{2.5}$ design value of 30 $\mu g/m^3$. However, in a small number of study areas, the "starting concentration" for the annual standard are below 12.0 $\mu g/m^3$ (four study areas: Riverside-San Bernardino-Ontario, CA; Stockton-Lodi, CA; Bakersfield, CA; and Hanford-Corcoran, CA) or the starting concentration for the 24-hour standard are below 35 $\mu g/m^3$ (two study areas Pittsburgh, PA and South Bend-Mishawaka, IN-MI:). This is because, in these areas, the controlling standard for air quality adjusted to just meet the current standards is different from the controlling standard for air quality adjusted to simulate just meeting the alternative standards evaluated.

**Table 3-14. Estimates of $PM_{2.5}$-associated mortality for air quality adjusted to just meet the current or alternative standards (47 urban study areas).**

| Exposure | Study & Ages | Simulation Method | Total Mortality Under the Current Standard (12/35-0) | % of Baseline Mortality Attributable to the Current Standard | Total Mortality Under an Alternative Annual Standard (10-0) | Total Mortality Under an Alternative 24-Hr Standard (30-0) |
|---|---|---|---|---|---|---|
| Long-Term | Di (65-99) | Pri PM | 40,600 (39,600 to 41,700) | 7.4 | 35,400 (34,400 to 36,300) | 40,100 (39,100 to 41,200) |
| | | Sec PM | 41,200 (40,200 to 42,300) | 7.5 | 34,800 (33,900 to 35,700) | 40,600 (39,500 to 41,600) |
| | Turner (30-99) | Pri PM | 44,400 (30,300 to 58,200) | 6.1 | 38,600 (26,300 to 50,700) | 43,900 (30,000 to 57,500) |
| | | Sec PM | 45,100 (30,800 to 59,000) | 6.2 | 38,000 (25,900 to 49,900) | 44,400 (30,300 to 58,200) |
| Short-Term | Baxter (0-99) | Pri PM | 2,490 (982 to 3,990) | 0.4 | 2,160 (850 to 3,460) | 2,460 (970 to 3,950) |
| | | Sec PM | 2,530 (997 to 4,050) | 0.4 | 2,120 (837 to 3,400) | 2,490 (982 to 3,990) |
| | Ito (0-99) | Pri PM | 1,180 (-15.8 to 2,370) | 0.2 | 1,020 (-13.7 to 2,050) | 1,160 (-15.6 to 2,340) |
| | | Sec PM | 1,200 (-16.0 to 2,400) | 0.2 | 1,000 (-13.5 to 2,020) | 1,180 (-15.8 to 2,370) |
| | Zanobetti (65-99) | Pri PM | 3,810 (2,530 to 5,080) | 0.7 | 3,300 (2,190 to 4,400) | 3,760 (2,500 to 5,020) |
| | | Sec PM | 3,870 (2,570 to 5,160) | 0.7 | 3,250 (2,160 to 4,330) | 3,810 (2,530 to 5,070) |

**Table 3-15. Estimated reduction in $PM_{2.5}$-associated mortality for alternative annual and 24-hour standards (47 urban study areas).**

| Exposure | Study & Ages | Simulation Method | Risk Change When Moving from the Current to an Alternative Annual Standard of 10 | Risk Change When Moving from the Current to an Alternative 24-Hr Standard of 30 | % Risk Reduction When Moving from the Current to an Alternative Annual Standard of 10 | % Risk Reduction When Moving from the Current to an Alternative 24-Hr Standard of 30 |
|---|---|---|---|---|---|---|
| Long-Term | Di (65-99) | Pri PM | 5,630 (5,490 to 5,780) | 501 (488 to 514) | 13.9 | 1.2 |
| | | Sec PM | 6,820 (6,640 to 7,000) | 675 (657 to 692) | 16.6 | 1.6 |
| | Turner (30-99) | Pri PM | 6,120 (4,140 to 8,090) | 555 (375 to 734) | 13.8 | 1.2 |
| | | Sec PM | 7,440 (5,040 to 9,830) | 714 (483 to 943) | 16.5 | 1.6 |
| Short-Term | Baxter (0-99) | Pri PM | 335 (132 to 537) | 30.2 (11.9 to 48.4) | 13.4 | 1.2 |
| | | Sec PM | 408 (160 to 654) | 38.7 (15.2 to 62.1) | 16.1 | 1.5 |
| | Ito (0-99) | Pri PM | 158 (-2.12 to 317) | 14.4 (-0.194 to 29.0) | 13.4 | 1.2 |
| | | Sec PM | 192 (-2.58 to 386) | 18.4 (-0.246 to 36.9) | 16.1 | 1.5 |
| | Zanobetti (65-99) | Pri PM | 513 (341 to 684) | 45.5 (30.2 to 60.7) | 13.5 | 1.2 |
| | | Sec PM | 622 (413 to 830) | 61.5 (40.8 to 82.0) | 16.1 | 1.6 |

#### 3.4.2.2 Summary of Risk Estimates for the 30 Areas Controlled by the Annual Standard

This section presents the results for the range of alternative annual standard levels for the 30 urban study areas for which the annual standard is controlling under all air quality scenarios evaluated.[63,64] Table 3-16 presents total all-cause and non-accidental mortality risk estimates attributable to $PM_{2.5}$ when just meeting the current standard of 12.0 $\mu g/m^3$ and just meeting potential alternative annual standards with levels of 11.0, 10.0, 9.0, and 8.0 $\mu g/m^3$. It also provides the percent of baseline risk attributable to $PM_{2.5}$ when just meeting the current annual standard. Table 3-17 presents the reduction in estimated mortality incidence and percent of risk reduction when moving from air quality scenarios just meeting the current annual standard to air quality just meeting the various alternative annual standards.

After presenting mortality impact results from the various epidemiologic studies in Table 3-16 and Table 3-17, we focus on a single epidemiologic concentration-response function from

[63] These 30 areas controlled by the annual standard under all scenarios evaluated include a population of approximately 48 million adults aged 30-99, which corresponds to about 75% of the population included in the full set of 47 areas or approximately 25% of the total U.S. population.

[64] Alternative annual air quality surfaces in addition to the modeled surface just meeting 10.0 $\mu g/m^3$ were developed using interpolation and extrapolation of modeled $PM_{2.5}$ concentrations (section 3.4.1.4 and Appendix C section C.1.4).

Turner et al. (2016) to provide additional insight into the distribution of health impacts across long-term ambient $PM_{2.5}$ concentrations.[65] Figure 3-18 presents distributions of total risk attributable to annual $PM_{2.5}$ concentration bins of 1 µg/m$^3$ when just meeting the current and alternative annual standards.[66] Figure 3-19 presents distributions as a heat map, again binned in 1 µg/m$^3$increments, associated with moving from just meeting the current standard to just meeting each alternative annual standard.[67]

Drawing from the information in Table 3-16, Table 3-17, Figure 3-18, and Figure 3-19 for the subset of 30 study areas (approximately 25% of the U.S. population) in which the annual standard is controlling, we note the following key observations:

- There is a potential for significant public health impacts in locations just meeting the current primary $PM_{2.5}$ standards. The majority of $PM_{2.5}$-associated deaths fall well-within the range of long-term average concentrations over which key epidemiologic studies provide strong support for reported positive and statistically significant $PM_{2.5}$ health effect associations.
- Compared to the current annual standards, air quality adjusted to meet alternative annual standards with lower levels is associated with reductions in estimated all-cause mortality impacts (i.e., 7-9% reduction for an alternative annual level of 11.0 µg/m$^3$, 15-19% reduction for a level of 10.0 µg/m$^3$, 22-28% reduction for a level of 9.0 µg/m$^3$, and 30-37% reduction for a level of 8.0 µg/m$^3$) (Table 3-17 and Figure 3-18).
- The magnitude of estimated risk reduction increases as alternative annual standards with lower levels are simulated, and these estimated risk reductions are associated with lower ambient $PM_{2.5}$ concentrations. Specifically, for air quality adjusted to simulate just meeting an alternative annual standard, the majority of risk reduction occurs in grid cells with ambient $PM_{2.5}$ concentrations between the alternative standard and 2 µg/m$^3$ lower (e.g., for air quality adjusted to simulate just meeting an annual standard with a level of 8.0 µg/m$^3$, the

[65] The *Estimating $PM_{2.5}$ and Ozone- Attributable Health Benefits TSD* details the approach and criteria used to identify studies and concentration-response functions from the 2019 ISA used in this risk assessment (U.S. EPA, 2021b). Briefly, two studies were again identified as best characterizing mortality risk across the U.S., Di et al., 2017b and Turner et al., 2016. While both studies used sophisticated techniques to relate $PM_{2.5}$ exposure and all-cause mortality across large portions of the U.S population, Di et al., 2017b evaluated Medicare beneficiaries aged 65+, whereas Turner et al., 2016 included adults ages 30+ from the ACS cohort. The concentration-response function identified in the *Estimating $PM_{2.5}$ and Ozone- Attributable Health Benefits TSD* (U.S. EPA, 2021b) from Turner et al., 2016 was selected for use in this risk assessment due to the broader age range, although it should be noted that the concentration-response function from Di et al., 2017b typically generates mortality risk estimates within approximately 5% of the Turner et al., 2016 concentration-response function.

[66] Bins correspond to the lower whole number and include up to, but not including the next whole number. For example, the bin for 8 µg/m$^3$, includes all risk occurring at $PM_{2.5}$ concentrations from 8.00 µg/m$^3$ to 8.99 µg/m$^3$. Previously this data was presented as a line graph, which can be found in Appendix C, Figure C-30.

[67] As noted above, Figure 3-18 and Figure 3-19 present estimates of all-cause mortality associated with long-term $PM_{2.5}$ exposures, based on the study by Turner et al., 2016.

majority of risk reduction occurs in grid cells with ambient $PM_{2.5}$ concentrations between 6 and 8 μg/m$^3$) (Figure 3-18 and Figure 3-19).[68]

- For air quality just meeting the current annual standard, long-term $PM_{2.5}$ exposures are estimated to be associated with as many as 39,000 (26,000-51,000) total deaths from long-term exposure annually, accounting for approximately 6-8% of baseline mortality.

**Table 3-16. Estimates of $PM_{2.5}$-associated mortality for the current and potential alternative annual standards in the 30 study areas where the annual standard is controlling.**

| Exposure | Study & Ages | Simulation Method | Total Risk Under the Current Standard (12/35-0) | % of Baseline Risk Attributable to the Current Standard | Total Risk Under an Alternative Annual Standard (11-0) | Total Risk Under an Alternative Annual Standard (10-0) | Total Risk Under an Alternative Annual Standard (9-0) | Total Risk Under an Alternative Annual Standard (8-0) |
|---|---|---|---|---|---|---|---|---|
| Long-Term | Di (65-99) | Pri PM | 34,900 (34,000 to 35,800) | 7.6 | 32,400 (31,600 to 33,300) | 29,900 (29,200 to 30,700) | 27,400 (26,700 to 28,100) | 24,900 (24,200 to 25,500) |
| | | Sec PM | 35,600 (34,700 to 36,500) | 7.7 | 32,500 (31,700 to 33,300) | 29,400 (28,600 to 30,100) | 26,300 (25,600 to 26,900) | 23,100 (22,500 to 23,700) |
| | Turner (30-99) | Pri PM | 38,200 (26,100 to 50,100) | 6.3 | 35,500 (24,200 to 46,500) | 32,700 (22,300 to 42,900) | 29,900 (20,400 to 39,300) | 27,200 (18,500 to 35,700) |
| | | Sec PM | 38,900 (26,600 to 51,000) | 6.4 | 35,500 (24,200 to 46,600) | 32,100 (21,900 to 42,100) | 28,700 (19,500 to 37,600) | 25,200 (17,100 to 33,100) |
| Short-Term | Baxter (0-99) | Pri PM | 2,150 (846 to 3,440) | 0.4 | 1,990 (784 to 3,190) | 1,830 (721 to 2,930) | 1,670 (658 to 2,680) | 1,510 (595 to 2,420) |
| | | Sec PM | 2,190 (862 to 3,510) | 0.4 | 1,990 (785 to 3,190) | 1,790 (707 to 2,880) | 1,600 (630 to 2,560) | 1,400 (552 to 2,250) |
| | Ito (0-99) | Pri PM | 1,010 (-13.6 to 2,040) | 0.2 | 939 (-12.6 to 1,880) | 864 (-11.6 to 1,730) | 789 (-10.6 to 1,580) | 713 (-9.57 to 1,430) |
| | | Sec PM | 1,030 (-13.9 to 2,070) | 0.2 | 940 (-12.6 to 1,890) | 847 (-11.4 to 1,700) | 754 (-10.1 to 1,510) | 661 (-8.87 to 1,330) |
| | Zanobetti (65-99) | Pri PM | 3,280 (2,180 to 4,370) | 0.7 | 3,040 (2,020 to 4,050) | 2,790 (1,860 to 3,730) | 2,550 (1,700 to 3,400) | 2,310 (1,540 to 3,080) |
| | | Sec PM | 3,340 (2,220 to 4,450) | 0.7 | 3,040 (2,020 to 4,050) | 2,740 (1,820 to 3,650) | 2,440 (1,620 to 3,260) | 2,140 (1,420 to 2,860) |

[68] Compared to adjusting primary $PM_{2.5}$ emissions, adjustment of PM precursor emissions resulted in substantially larger estimated risk reductions at 7 μg/m$^3$.

**Table 3-17. Estimated delta and percent reduction in $PM_{2.5}$-associated mortality for the current and potential alternative annual standards in the 30 study areas where the annual standard is controlling.**

| Exposure | Study & Ages | Simulation Method | Risk Change When Moving from the Current to an Alternative Annual Standard of 11 | Risk Change When Moving from the Current to an Alternative Annual Standard of 10 | Risk Change When Moving from the Current to an Alternative Annual Standard of 9 | Risk Change When Moving from the Current to an Alternative Annual Standard of 8 | % Risk Reduction When Moving from the Current to an Alternative Annual Standard of 11 | % Risk Reduction When Moving from the Current to an Alternative Annual Standard of 10 | % Risk Reduction When Moving from the Current to an Alternative Annual Standard of 9 | % Risk Reduction When Moving from the Current to an Alternative Annual Standard of 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| Long-Term | Di (65-99) | Pri PM | 2,680 (2,610 to 2,750) | 5,350 (5,210 to 5,490) | 8,000 (7,790 to 8,210) | 10,600 (10,400 to 10,900) | 7.7 | 15.3 | 22.9 | 30.5 |
| | | Sec PM | 3,320 (3,230 to 3,400) | 6,610 (6,440 to 6,780) | 9,880 (9,620 to 10,100) | 13,100 (12,800 to 13,500) | 9.3 | 18.6 | 27.8 | 36.9 |
| | Turner (30-99) | Pri PM | 2,920 (1,970 to 3,860) | 5,830 (3,940 to 7,700) | 8,720 (5,900 to 11,500) | 11,600 (7,860 to 15,300) | 7.6 | 15.2 | 22.8 | 30.3 |
| | | Sec PM | 3,610 (2,440 to 4,770) | 7,200 (4,870 to 9,510) | 10,800 (7,290 to 14,200) | 14,300 (9,710 to 18,900) | 9.3 | 18.5 | 27.7 | 36.8 |
| Short-Term | Baxter (0-99) | Pri PM | 160 (62.8 to 256) | 319 (126 to 512) | 478 (188 to 767) | 638 (251 to 1,020) | 7.4 | 14.9 | 22.3 | 29.7 |
| | | Sec PM | 197 (77.6 to 316) | 394 (155 to 632) | 592 (233 to 948) | 789 (310 to 1,260) | 9.0 | 18.0 | 27.0 | 36.0 |
| | Ito (0-99) | Pri PM | 75.2 (-1.01 to 151) | 150 (-2.02 to 302) | 226 (-3.03 to 453) | 301 (-4.03 to 604) | 7.4 | 14.8 | 22.3 | 29.7 |
| | | Sec PM | 93.1 (-1.25 to 187) | 186 (-2.49 to 374) | 279 (-3.74 to 561) | 372 (-4.99 to 748) | 9.0 | 18.0 | 27.0 | 36.0 |
| | Zanobetti (65-99) | Pri PM | 244 (162 to 325) | 487 (324 to 650) | 731 (486 to 975) | 974 (647 to 1,300) | 7.4 | 14.9 | 22.3 | 29.7 |
| | | Sec PM | 301 (200 to 402) | 603 (400 to 804) | 904 (600 to 1,210) | 1,200 (800 to 1,610) | 9.0 | 18.0 | 27.0 | 36.0 |




**Figure 3-18. Distribution of total risk estimates ($PM_{2.5}$-attibutable mortality) for the current and alternative annual standards for the subset of 30 urban study areas where the annual standard is controlling (blue and green bars represent the Pri-$PM_{2.5}$ and Sec-$PM_{2.5}$ estimates, respectively).[69]**

[69] Risk is estimated in this figure using Turner et al., 2016. Risk estimates are rounded toward zero into whole $PM_{2.5}$ concentration values (e.g., risk estimate at 10 µg/m$^3$ includes risk occurring at 10.0-10.9 µg/m$^3$). For each standard, a small amount of risk is estimated at concentrations higher than the level of the annual standard (e.g., some risk is estimated at an average concentration of 13 µg/m$^3$ when air quality is adjusted to just meet the current standard). This can result because risk estimates are for a single year (i.e., 2015) within the 3-year design value period (i.e., 2014 to 2016). While the three-year average design value is 12.0 µg/m$^3$, a single year can have grid cells with annual average concentrations above or below 12.0 µg/m$^3$.

| Annual Standard Change | Simulation Method | Annual PM Concentration of Lower Standard (1 µg/m³ bins) | | | | | | | | | | | Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 12-11 (interpolated) µg/m³ | Pri PM | | 0 | 3 | 11 | 17 | 39 | 110 | 381 | 1,534 | 763 | 62 | 2,920 |
| | Sec PM | | 0 | 4 | 9 | 26 | 40 | 122 | 628 | 1,836 | 858 | 89 | 3,611 |
| 12-10 µg/m³ | Pri PM | | 1 | 18 | 12 | 81 | 116 | 569 | 3,205 | 1,720 | 103 | | 5,826 |
| | Sec PM | | 1 | 23 | 23 | 89 | 287 | 1,632 | 3,377 | 1,681 | 87 | | 7,201 |
| 12-9 (extrapolated) µg/m³ | Pri PM | | 3 | 27 | 82 | 106 | 596 | 4,467 | 3,252 | 185 | | | 8,718 |
| | Sec PM | 0 | 5 | 48 | 98 | 529 | 2,754 | 4,953 | 2,334 | 47 | | | 10,768 |
| 12-8 (extrapolated) µg/m³ | Pri PM | 0 | 11 | 85 | 161 | 368 | 5,324 | 5,408 | 238 | | | | 11,595 |
| | Sec PM | 0 | 50 | 129 | 1,116 | 3,527 | 6,390 | 3,101 | | | | | 14,314 |

**Figure 3-19. Distribution of the difference in risk estimates between the current annual standard (level of 12.0 µg/m³) and alternative annual standards with levels of 11.0, 10.0, 9.0, and 8.0 µg/m³ for the subset of 30 urban study areas where the annual standard is controlling.[70]**

#### 3.4.2.3 Summary of Risk Estimates for the 11 Areas Controlled by the 24-Hour Standard

Table 3-18 presents annual risk information for the subset of 11 urban study areas in which the 24-hour standard controls the simulated attainment of all modeled standard levels.[71] For air quality just meeting the current 24-hour standard, $PM_{2.5}$ exposures are estimated to be associated with as many as 2,570 (1,750-3,370) deaths annually, accounting for up to 7% of the baseline mortality in those 11 areas. Compared to the current standard, air quality just meeting an alternative 24-hr standard with a level of 30 µg/m³ is associated with reductions in estimated risk of 9-13%.

[70] Risks are presented as integers rounded to three significant digits and aggregated into 1 µg/m³ bins. Bins begin at the whole number value indicated and include values up to, but not including the next whole number (e.g., risk occurring at PM concentrations of 6.00 to 6.99 are shown in the bin at 6). Risk is estimated in this figure using Turner et al., 2016.

[71] These 11 areas controlled by the 24-hour standard under all scenarios evaluated include a population of approximately 10 million adults aged 30-99, or about 17% of the population included in the full set of 47 areas.

**Table 3-18. Estimates of $PM_{2.5}$-associated mortality for the current 24-hour standard, and an alternative, in the 11 study areas where the 24-hour standard is controlling.**

| Exposure | Study & Ages | Simulation Method | Total Risk Under the Current Standard (12/35-0) | % of Baseline | Total Risk Under an Alternative Annual Standard (30-0) | Risk Change When Moving from the Current to an Alternative 24-Hr Standard of 30 | % Risk Reduction When Moving from the Current to an Alternative 24-Hr Standard of 30 |
|---|---|---|---|---|---|---|---|
| Long-Term | Di (65-99) | Pri PM | 2,320 (2,260 to 2,380) | 6.7 | 2,040 (1,990 to 2,090) | 304 (296 to 312) | 13.1 |
| | | Sec PM | 2,300 (2,250 to 2,360) | 6.7 | 2,100 (2,050 to 2,150) | 218 (212 to 224) | 9.4 |
| | Turner (30-99) | Pri PM | 2,570 (1,750 to 3,370) | 5.6 | 2,250 (1,530 to 2,960) | 334 (226 to 442) | 13.0 |
| | | Sec PM | 2,550 (1,740 to 3,340) | 5.6 | 2,320 (1,580 to 3,050) | 241 (163 to 318) | 9.4 |
| Short-Term | Baxter (0-99) | Pri PM | 142 (56.1 to 228) | 0.3 | 124 (49.0 to 199) | 18.1 (7.11 to 29.0) | 12.7 |
| | | Sec PM | 141 (55.6 to 226) | 0.3 | 128 (50.5 to 206) | 13.0 (5.12 to 20.9) | 9.2 |
| | Ito (0-99) | Pri PM | 68.6 (-0.920 to 138) | 0.1 | 59.9 (-0.803 to 120) | 8.70 (-0.117 to 17.5) | 12.7 |
| | | Sec PM | 68.0 (-0.912 to 137) | 0.1 | 61.8 (-0.828 to 124) | 6.25 (-0.0838 to 12.6) | 9.2 |
| | Zanobetti (65-99) | Pri PM | 217 (145 to 290) | 0.6 | 190 (126 to 253) | 27.7 (18.4 to 36.9) | 12.7 |
| | | Sec PM | 216 (143 to 287) | 0.6 | 196 (130 to 261) | 19.8 (13.1 to 26.4) | 9.2 |

### 3.4.2.4 Summary of Risk Estimates for At-Risk Populations

Current scientific evidence indicates that some populations, such as different racial/ethnic groups, face higher health burdens from $PM_{2.5}$, including for higher levels of exposure and for increased risk of adverse health responses to a given level of exposure (section 3.3.2). Therefore, we evaluate how changes to, or retention of, the current standard could impact different racial/ethnic populations evaluated in this at-risk analysis. Given that this risk and exposure assessment focuses on mortality endpoints, a quantitative assessment is supported by evidence in the 2019 ISA and ISA Supplement for racial and ethnic differences in $PM_{2.5}$ exposures and in $PM_{2.5}$-related health risk supports a quantitative assessment (U.S. EPA, 2019, section 12.5.4; U.S. EPA, 2022, section 3.3.3.2).[72] Evidence strongly supports that populations such as Blacks

[72] For characterizing risk in at-risk populations, we used air quality fields from the Pri-PM adjustment case alone. In the Pri-PM case, the air quality adjustments for a given area are largely associated with emission reductions within that area due to the local nature of air quality impacts from primary PM sources. For the Sec-PM case, the air quality adjustments may be strongly associated with sources located outside of the area. Since the at-risk analyses are performed for population groups within the 47 areas alone, the Pri-PM adjustment case (in which air quality adjustments are primarily associated with emission sources within the 47 areas) is most appropriate for the at-risk analysis.

and Hispanics, have higher $PM_{2.5}$ exposures than White and non-Hispanic populations, respectively, thus contributing to increased risk of PM-related effects. Additionally, Di et al., 2017b provides race- and ethnicity-stratified concentration-response functions for ages 65 and over. Therefore, we quantitatively assess risk for certain racial and ethnic populations of older adults in the full set of 47 areas and the subset of 30 areas controlled by the annual $PM_{2.5}$ standard under all Pri-PM air quality simulations evaluated.[73] As the 2019 ISA and ISA Supplement find evidence that Black populations are at higher risk for $PM_{2.5}$-related health outcomes, we have higher confidence estimating race-stratified $PM_{2.5}$ health effects for Black and White populations than for other races/ethnicities. To visualize the increased confidence in health estimates of those two populations, we place them at the top of figures and tables in the at-risk analysis. Additional information on this at-risk analysis is available throughout Appendix C, section C.2.

For this analysis, we first compare the estimated changes in air quality occurring within each demographic population when just meeting current and alternative annual $PM_{2.5}$ standards (Figure 3-20, left side).[74] Across all simulated air quality scenarios in the full set of 47 and subset of 30 study areas, Blacks experience the highest average $PM_{2.5}$ concentrations of the demographic groups analyzed. This increase was typically around 2-5% and was highest in modeling scenarios just meeting the current suite of standards. Native American populations typically experienced the lowest average $PM_{2.5}$ concentrations, especially in the full set of 47 study areas. White, Hispanic, and Asian populations were exposed to fairly similar average $PM_{2.5}$ concentrations, although White populations tended to be at the higher end of that range in the subset of 30 areas and the lower end of that range in the full set of 47 areas. Additionally, there is comparatively less disproportionate exposure between demographic populations as the alternative annual standard decreases.

While exposure is an important aspect to evaluate when considering potentially disproportionate impacts, risk estimates provide additional information. Notably, risk estimates also generate information regarding:

- The number of people affected by the air pollution reduction. In this instance, the population is further divided by demographic group.

---

[73] Each individual is categorized by both race and ethnicity in this analysis. In other words, the sum of White, Black, Asian, and Native American individuals equals the total population, as well as the sum of Hispanic and non-Hispanic individuals. Though Di et al., 2017b did not provide a non-Hispanic concentration-response relationship, results for non-Hispanics appears similar to Whites when the overall concentration-response relationship was applied to non-Hispanics (Appendix C, Figures C-33 and C-34).

[74] Changes in air quality are estimated using the same approach used in the general risk assessment (sections 3.4.2.1, 3.4.2.2, and 3.4.2.3), summarized in section 3.4.1.4 and detailed in Appendix C.

- The relationship between exposure and health impact baseline incidence rates, or more specifically, the percentage change in the risk of an adverse health effect due to a one-unit change in ambient air pollution. These concentration-response functions are generally derived from epidemiologic studies.
- The average number of people who die in a given population over a given period of time. This is commonly referred to as the baseline mortality incidence rate.

For this quantitative analysis of demographic populations potentially at increased risk of $PM_{2.5}$ exposure, we utilize race/ethnicity-specific, or race/ethnicity-stratified, concentration-response functions and baseline incidence rates, to more accurately estimate risk within each demographic group.[75] Population-normalized mortality risk occurring within each demographic population is available on the right side of Figure 3-20. Across all scenarios and demographic groups evaluated, Black populations are associated with the largest $PM_{2.5}$-attributable mortality risk rate per 100,000 people. An example of the 95th percentile confidence interval is available in Appendix Figure C-32.

[75] Information on how the race-stratified concentration-response functions and baseline incidence rates impact the results can be found in Appendix C, section C.4. Briefly, race-stratified concentration-response functions increased risk estimated in minority populations, with the greatest magnitude increase occurring in Black populations, and decreased risk estimated in White populations. Race-stratified baseline incidence rates decreased risk estimated in all demographic populations analyzed, with the greatest magnitude decreases occurring in White and Black populations.




**Figure 3-20. Average $PM_{2.5}$ exposure concentration and $PM_{2.5}$-attributable risk estimates by demographic population when just meeting current or alternative $PM_{2.5}$ standards.**

We next estimate demographic-specific average exposure and risk changes when modeled air quality shifts from just meeting the current annual standard to just meeting potential alternative annual standard scenarios (Figure 3-21). Simulated $PM_{2.5}$ concentration reductions are shown on the left side of the figure and reductions in population-normalized mortality risk are shown on the right side. As the alternative annual PM standard decreases in the subset of 30 areas controlled by the annual standard, the average reduction in $PM_{2.5}$ concentration and mortality risk rates increase across all demographic populations assessed.




**Figure 3-21. Average change in $PM_{2.5}$ exposure concentration and $PM_{2.5}$-attributable mortality risk estimates by demographic population when moving from the current to alternative $PM_{2.5}$ standards.**

We also directly compare the reductions in average national $PM_{2.5}$ concentrations and risk rates within each demographic population. Table 3-19 and Table 3-20 provide the percent of national average $PM_{2.5}$-attributable exposures and risk reductions, when shifting from the current annual $PM_{2.5}$ standard (12.0 $\mu g/m^3$) to potential alternative annual $PM_{2.5}$ standards (11.0 $\mu g/m^3$, 10.0 $\mu g/m^3$, 9.0 $\mu g/m^3$, and 8.0 $\mu g/m^3$). The percent $PM_{2.5}$ and risk reductions are greater in the Black population than in the White population for each alternative standard evaluated for both the full set of study areas and the subset controlled by the annual standard. Additionally, the difference in percent risk reduction increases more in Blacks than in Whites as the potential alternative annual standard decreases. In other words, Blacks will experience proportionally greater benefit from successively lower annual standards, although even at an annual standard of 8 $\mu g/m^3$ Blacks will experience higher rates of premature mortality risk from $PM_{2.5}$ exposure than Whites.

**Table 3-19. Average national percent $PM_{2.5}$ reduction in demographic populations aged 65 and over residing in the full set of 47 study areas and subset of 30 study areas controlled by the annual standard.**

| Ethnicity & Race | % PM Reduction from 12 µg/m³ to 11 (interpolated) µg/m³ | % PM Reduction from 12 µg/m³ to 10 µg/m³ | | % PM Reduction from 12 µg/m³ to 9 (extrapolated) µg/m³ | % PM Reduction from 12 µg/m³ to 8 (extrapolated) µg/m³ |
|---|---|---|---|---|---|
| | 30 areas | 47 areas | 30 areas | 30 areas | 30 areas |
| White | 7 | 14 | 15 | 22 | 29 |
| Black | 8 | 15 | 15 | 23 | 31 |
| Hispanic | 8 | 15 | 16 | 23 | 31 |
| Asian | 8 | 15 | 15 | 23 | 31 |
| Native American | 8 | 14 | 15 | 23 | 30 |

**Table 3-20. Average national percent $PM_{2.5}$ risk reduction in demographic populations aged 65 and over residing in the full set of 47 study areas and subset of 30 study areas controlled by the annual standard.**

| Ethnicity & Race | % Risk Reduction from 12 µg/m³ to 11 (interpolated) µg/m³ | % Risk Reduction from 12 µg/m³ to 10 µg/m³ | | % Risk Reduction from 12 µg/m³ to 9 (extrapolated) µg/m³ | % Risk Reduction from 12 µg/m³ to 8 (extrapolated) µg/m³ |
|---|---|---|---|---|---|
| | 30 areas | 47 areas | 30 areas | 30 areas | 30 areas |
| White | 8 | 15 | 15 | 23 | 30 |
| Black | 9 | 17 | 17 | 25 | 33 |
| Hispanic | 8 | 16 | 16 | 25 | 33 |
| Asian | 8 | 16 | 16 | 24 | 32 |
| Native American | 8 | 15 | 16 | 24 | 32 |

While average exposure concentrations and risk estimates across demographic populations can convey some insight regarding whether certain populations may be disproportionately impacted, distributional information, while more complex, can provide a more comprehensive understanding of the analytical results. As such, we compare both estimated $PM_{2.5}$ exposures and mortality risk rates per 100k individuals to the running sum of each demographic population. To permit the direct comparison of demographic populations with different absolute numbers, populations are expressed as a percentage in Figure 3-22 and Figure 3-23.[76]

In both Figure 3-22 and Figure 3-23, $PM_{2.5}$ concentration information is on the left side and mortality risk estimates are on the right side. Recent conditions (2015) information for both exposure and risk can be found in Appendix C, section C.4, as well as sensitivity analyses

[76] Information on the absolute number of all-cause premature mortality cases within each racial and ethnic population demographic can be found in Appendix C Tables C-12 and C-13.

investigating the impact of race-stratified concentration-response functions and baseline incidence rates on the results. Cumulative distribution plots of $PM_{2.5}$ concentrations and population-normalized mortality risk reductions when shifting from the current to an alternative annual standard are available in Figure 3-23. Figure 3-22 shows that under the hypothetical air quality scenarios, disparities exist between Black and White populations with regards to both $PM_{2.5}$ exposures and $PM_{2.5}$-attributable mortality risk rates under the current PM NAAQS. Figure 3-23 shows that in absolute terms, the Black population is predicted to experience larger reductions in both $PM_{2.5}$ exposures and $PM_{2.5}$-attributable mortality risk rates as the standard is lowered. Table 3-19 and Table 3-20 show that minority populations are estimated to also experience larger reductions in $PM_{2.5}$ exposures and $PM_{2.5}$-attributable mortality risk in relative/proportional terms. When considering the lowest alternative annual standard evaluated, an alternative annual standard of 8 $\mu g/m^3$, disparities in exposure are virtually eliminated, whereas disparities in mortality risk remain, due to the concentration-response relationship identified from Di et al. (2017b).




**Figure 3-22. PM2.5 exposure concentrations and PM2.5-attributable mortality risk estimates by demographic population when just meeting current or alternative PM2.5 standards.**




**Figure 3-23. Change in $PM_{2.5}$ exposure concentrations and $PM_{2.5}$-attributable mortality risk estimates by demographic population when moving from the current to alternative $PM_{2.5}$ standards.**

### 3.4.2.5 Variability and Uncertainty in Risk Estimates

We characterize variability and uncertainty associated with risk estimates using several quantitative and qualitative approaches, as described in detail in Appendix C (section C.5). Section C.5.1 provides additional detail on quantitative uncertainty assessments included in the risk assessment, some of which are highlighted in this section. Appendix section C.5.2 qualitatively discusses additional types of uncertainties, and Appendix Table C-18 includes information about the direction and magnitude of each source of uncertainty. Approaches to addressing key uncertainties include the following:

- Evaluating multiple concentration-response functions for the same health endpoint: The degree to which different concentration-response functions result in different risk estimates could reflect differences in study design and/or study populations evaluated, as well as other factors. In most instances in this risk assessment, the concentration-response function used has only a small impact on risk estimates.

- Evaluating multiple methods for simulating air quality scenarios: The approach used to adjust air quality (i.e., Pri-PM and Sec-PM adjustments) has some impact on overall estimates of risk (e.g., Table 3-14). However, the adjustment approach has a larger impact on the distribution of risk reductions, particularly for alternative annual levels of 9.0 and 8.0 $\mu g/m^3$ (Figure 3-19).

- Characterizing the 95th percentile confidence intervals associated with risk estimates: There is considerable variation in the range of confidence intervals associated with the point estimates generated for this analysis (Table 3-14), with some concentration-response functions displaying substantially greater variability than others (e.g., short-term $PM_{2.5}$ exposure and all-cause mortality based on effect estimates from Ito et al. (2013) versus long-term $PM_{2.5}$ exposure all-cause mortality estimates based on Turner et al., 2016. There are a number of factors potentially responsible for the varying degrees of statistical precision in effect estimates, including sample size, exposure measurement error, degree of control for confounders/effect modifiers, and variability in $PM_{2.5}$ concentrations evaluated in the original epidemiologic study.

- Qualitative assessment of additional sources of uncertainty: Based in part on WHO (2008) guidance and on guidance documents developed by the EPA (U.S. EPA, 2001, U.S. EPA, 2004), we also completed a qualitative characterization of sources of uncertainty including an assessment of both the magnitude and direction of impact of those uncertainties on risk estimates. The classification of the magnitude of impact for sources of uncertainty includes three levels: (a) low (unlikely to produce a sufficient impact on risk estimates to affect their interpretation), (b) medium (potential to have a sufficient impact to affect interpretation), and (c) high (likely to have an impact sufficient to affect interpretation). For several of the sources, we provide a classification between these levels (e.g., low-medium, medium-high).[77] The below uncertainties, as well as various additional sources of uncertainty, are detailed in the *Estimating $PM_{2.5}$ and Ozone- Attributable Health Benefits TSD* (U.S. EPA, 2021b).Sources of uncertainty with at least a low classification as to the magnitude of potential impacts include the following (from Appendix C, Table C-32):[78]

  - Use of air quality modeling to adjust $PM_{2.5}$ concentrations: The baseline and adjusted air quality concentration fields were developed using modeling to fill spatial and temporal gaps in monitoring and explore "what if" scenarios. State-of-the-science modeling methods were used, but modeling-related biases and errors introduce uncertainty into the $PM_{2.5}$ concentration estimates. In addition, due to the national scale of the assessment, scenarios are based on changing modeled emissions of primary $PM_{2.5}$ or $NO_X$ and $SO_2$ from all anthropogenic sources throughout the U.S. by fixed percentages. Although this approach tends to target

[77] Additional information is available in Appendix C, section C.3.

[78] We also identified several additional factors judged to have less than a medium classification of impact on the risk estimates generate, including: (a) the temporal mismatch between ambient air quality data characterizing exposure and mortality in long-term exposure-related epidemiology studies, (b) compositional and source differences in PM, (c) exposure measurement error in epidemiology studies assessing the relationship between mortality and exposure to ambient $PM_{2.5}$, (d) lag structure in short-term exposure-related mortality epidemiology studies, and (e) assumed causal association between PM and mortality that supports modeling changes in risk associated with future changes in ambient $PM_{2.5}$. See Table C-32 in Appendix C for additional discussion of these sources of uncertainty.

key emission sources in each study area, it does not tailor emission changes to specific sources. The two adjustment cases span a wide range of emission conditions, but these cases are necessarily a subset of the full set of possible emission scenarios that could be used to adjust $PM_{2.5}$ concentrations to simulate "just meeting" standards.

- Use of linear interpolation/extrapolation to adjust air quality: The use of interpolation and extrapolation to simulate just meeting annual standards with levels of 11.0, 9.0, and 8.0 μg/m$^3$ does not fully capture potential non-linearities associated with real-world changes in air quality.
- Potential confounding of the $PM_{2.5}$-mortality effect: Factors are considered potential confounders if demonstrated in the scientific literature to be related to the health effect and correlated with $PM_{2.5}$. Omitting potential confounders from analyses could either increase or decrease the magnitude of $PM_{2.5}$ effect estimates (e.g., Di et al., 2017b, supplemental Figure S2). Thus, not accounting for confounders can introduce uncertainty into effect estimates and, consequently, into the estimated impacts generated using those effect estimates. Confounders vary according to study design, exposure duration, and health effect. For studies of short-term exposures, confounders may include meteorology (e.g., temperature, humidity), day of week, season, medication use, allergen exposure, and long-term temporal trends. For studies of long-term exposures, confounders may include socioeconomic status, race, age, medication use, smoking status, stress, noise, and occupational exposures. While various approaches to control for potential confounders have been adopted across the studies used in the risk assessment, and across the broader body of $PM_{2.5}$ epidemiologic studies assessed in the 2019 ISA, no individual study adjusts for all potential confounders (U.S. EPA, 2019, Table A-1).
- Potential for exposure error: Epidemiologic studies have employed a variety of approaches to estimate population-level $PM_{2.5}$ exposures (e.g., stationary monitors and hybrid modeling approaches). These approaches are based on using measured and/or predicted ambient $PM_{2.5}$ concentrations as surrogates for population exposures. As such, exposure estimates in epidemiologic studies are subject to exposure error. The 2019 ISA notes that, while bias in either direction can occur, exposure error tends to result in underestimation of health effects in epidemiologic studies of PM exposure (U.S. EPA, 2019, section 3.5). Consistent with this, Hart et al. (2015) reports that correction for $PM_{2.5}$ exposure error using personal exposure information results in a moderately larger effect estimate for long-term $PM_{2.5}$ exposure and mortality, though with wider confidence intervals. Error in the underlying epidemiologic studies contributes to uncertainty in the risk estimates based on concentration-response relationships in those studies. Beyond the exposure error in concentration-response functions, the use of a different approach to represent exposures in the risk assessment (i.e., 12 x 12 km gridded surface based on modeling) could introduce additional error into risk estimates.
- Shape of the concentration-response relationship at low ambient PM concentrations: Interpreting the shapes of concentration-response relationships, particularly at $PM_{2.5}$ concentrations near the lower end of the air quality distribution, can be complicated by relatively low data density in the lower

> concentration range, the possible influence of exposure measurement error, and variability among individuals with respect to air pollution health effects. These sources of variability and uncertainty tend to smooth and “linearize” population-level concentration-response functions, and thus could obscure the existence of a threshold or nonlinear relationship (U.S. EPA, 2015a, section 6.c).

Additional uncertainties are associated with the at-risk analysis. Importantly, the smaller population within each demographic group reduces statistical power. As this risk and exposure assessment focuses on urban areas, demographic groups that primarily reside in rural areas, such as Native Americans, are underrepresented.

### 3.4.3 Conclusions of the Risk Assessment

Although limitations in the underlying data and approaches lead to some uncertainty regarding estimates of $PM_{2.5}$-associated risk (summarized in section 3.4.1.7), the risk assessment estimates that the current primary $PM_{2.5}$ standards could allow a substantial number of $PM_{2.5}$-associated deaths in the U.S. For example, when air quality in the 47 study areas is adjusted to simulate just meeting the current standards, the risk assessment estimates 40,600-45,100 long-term $PM_{2.5}$ exposure-related deaths in a single year, with confidence intervals ranging from 30,300-59,000 deaths (Table 3-14). Additionally, the at-risk assessment estimated that Black populations may experience disproportionally higher exposures and risk under simulated air quality conditions just meeting the current primary $PM_{2.5}$ annual standard as compared to White populations (section 3.4.2.4).[79]

Compared to the current annual standard, meeting a revised annual standard with a lower level is estimated to reduce $PM_{2.5}$-associated health risks in the 30 annually-controlled study areas by about 7-9% for a level of 11.0 $\mu g/m^3$, 15-19% for a level of 10.0 $\mu g/m^3$, 22-28% for a level of 9.0 $\mu g/m^3$, and 30-37% for a level of 8.0 $\mu g/m^3$. (Table 3-17)[80] Meeting a revised annual standard with a lower level may also reduce exposure and risk in Black populations slightly more so than in White populations in simulated scenarios just meeting alternative annual standards (section 3.4.2.4).

Revising the level of the 24-hour standard to 30 $\mu g/m^3$ is estimated to lower $PM_{2.5}$-associated risks across a more limited population and number of areas then revising the annual

---

[79] Risk estimates in Black populations are largely due to race-specific concentration-response functions.

[80] Importantly, as the magnitude of estimated risk reductions increases with lower alternative annual standards, estimated risk reductions are associated with lower ambient $PM_{2.5}$ concentrations. Lower $PM_{2.5}$ concentrations may less closely align with those observed in the epidemiologic study from which the concentration-response function was obtained, contributing to uncertainty. Additional information on estimated ambient concentrations of the original Medicare and ACS cohorts evaluated by Di et al., 2017b and Turner et al., 2016, respectively, can be found in section 6.1.2.1 of the *Estimating $PM_{2.5}$ and Ozone- Attributable Health Benefits TSD* (*U.S. EPA, 2021b*).

should be retained. The majority of the CASAC members recommended revising the level of the primary annual $PM_{2.5}$ standard within the range of 8-10 µg/m$^3$, while the minority of the CASAC members recommended revision with the range of 10-11 µg/m$^3$.

- With regard to the primary 24-hour $PM_{2.5}$ standard, the CASAC did not reach consensus on the adequacy of the current standard. The majority of the CASAC members found that the available evidence called into question the adequacy of the current standard and favored lowering the level of the standard to within the range of 25-30 µg/m$^3$. The minority of the CASAC agreed with the preliminary conclusion in the draft PA that the current primary 24-hour $PM_{2.5}$ standard is adequate and should be retained, without revision.

When taken together, we reach the conclusion that the available scientific evidence, air quality analyses, and the risk assessment, as summarized above, can reasonably be viewed as calling into question the adequacy of the public health protection afforded by the combination of the current annual and 24-hour primary $PM_{2.5}$ standards. In particular, we note the information and analyses new to this reconsideration (and discussed in detail above) in reaching this conclusion. We also note that this is consistent with the advice and recommendations from the CASAC, as well as a number of public comments submitted on the draft PA.

#### 3.6.3.2 Potential Alternative Standards

In this section, we consider the potential alternative primary $PM_{2.5}$ standards that could be supported by the evidence and quantitative information available in this reconsideration. These considerations are framed by the following overarching policy-relevant question, posed at the beginning of this chapter:

- **What is the range of potential alternative standards that could be supported by the available scientific evidence and risk-based information to increase public health protection against short- and long-term fine particle exposures?**

In answering this question, we consider each of the elements of the annual and 24-hour $PM_{2.5}$ standards: indicator, averaging time, form, and level. The sections below discuss our consideration of these elements, and our conclusions that (1) it is appropriate to consider revising the level of the current annual standard, in conjunction with retaining the current indicator, averaging time, and form of that standard, to increase public health protection against fine particle exposures and (2) depending on the decision made on the annual standard, consideration could be given to either retaining or revising the level of the 24-hour $PM_{2.5}$ standard.

##### 3.6.3.2.1 Indicator

In initially setting standards for fine particles in 1997, the EPA concluded it was appropriate to control fine particles as a group, rather than singling out any particular component or class of fine particles. The Agency noted that community health studies had found significant

# APPENDIX C. SUPPLEMENTAL INFORMATION RELATED TO THE HUMAN HEALTH RISK ASSESSMENT

# TABLE OF CONTENTS

C.1 Additional Technical Detail on the Risk Assessment Approach ................................ C-1
C.1.1 Selection of Key Health Endpoints and Specification of Concentration-Response Functions from Epidemiologic Studies ................................ C-2
C.1.2 Specification of Demographic and Baseline Incidence Data Inputs ................................ C-11
C.1.3 Study Area Selection ................................ C-11
C.1.4 Generation of Air Quality Inputs to the Risk Assessment ................................ C-17
C.1.5 Risk Modeling Approach ................................ C-46
C.2 Supplemental Risk Results ................................ C-48
C.2.1 Results from Full Set of 47 Study Areas ................................ C-50
C.2.2 Results from Set of 30 Study Areas controlled by the Annual Standard ................................ C-55
C.2.3 Key Observations from the Suppmental Risk Results ................................ C-56
C.3 Additional Technical Detail on the At-Risk Analysis ................................ C-57
C.3.1 Race/Ethnicity ................................ C-58
C.3.2 Concentration-Response Functions ................................ C-59
C.3.3 Age ................................ C-61
C.3.4 Baseline Incidence Rates ................................ C-61
C.3.5 Selection of Air Quality Simulation Approach ................................ C-63
C.4 Supplemental At-Risk Results ................................ C-63
C.5 Characterizing Variability and Uncertainty in Risk Estimates ................................ C-70
C.5.1 Quantitative Assessment of Uncertainty ................................ C-72
C.5.2 Qualitative Uncertainty Analysis ................................ C-73
C.5.3 Conclusion ................................ C-81
C.6 $PM_{2.5}$ Design Values for the Air Quality Projections ................................ C-82
References ................................ C-106

This appendix provides supplemental information related to the risk assessment described in section 3.4 of this PA for the reconsideration of the 2020 final decision on the particulate matter (PM) National Ambient Air Quality Standards (NAAQS), including:

- Additional technical detail on the risk assessment approach, including sources and derivation of key inputs to the risk modeling process (section C.1).
- Supplemental risk results (section C.2) intended to provide additional context for the summary risk estimates presented in sections 3.4.2.1-3.4.2.3.
- Additional technical detail on the at-risk analytic approach, including sources and derivation of key inputs to the risk modeling process (section C.3).
- Supplemental at-risk analytics (section C.3.4.2) intended to provide additional context for the summary risk estimates presented in section 3.4.2.4.
- Characterization of variability and uncertainty related to the risk assessment (section C.5) intended to provide additional context for section 3.4.2.5.

## C.1 ADDITIONAL TECHNICAL DETAIL ON THE RISK ASSESSMENT APPROACH

As discussed in section 3.4, our general approach to estimating $PM_{2.5}$-associated human health risks in this reconsideration utilizes concentration-response (CR) functions obtained from epidemiologic studies to link ambient $PM_{2.5}$ exposure to risk in the form of mortality incidence (counts). The derivation and use of this type of CR function in modeling $PM_{2.5}$-attributable risk is well documented both in previous PM NAAQS-related risk assessments (section 3.1.2 of U.S. EPA, 2010) and section C.1.1 of this appendix. Inputs required to model risk using CR functions are identified below (Figure C-1) and include

(1) the CR functions themselves, obtained from epidemiologic studies (section C.1.1 and C.3.2),

(2) baseline health incidence data and information on population demographics (section 0 and C.3.4),

(3) study areas (section C.1.3), and

(4) modeled ambient $PM_{2.5}$ concentrations corresponding to air quality scenarios of interest (section C.1.4).




**Figure C-1. Key inputs to the risk assessment.**

### C.1.1 Selection of Key Health Endpoints and Specification of Concentration-Response Functions from Epidemiologic Studies

In selecting specific CR functions for the risk assessment, we began by considering health outcomes for which the 2019 Integrated Science Assessment (ISA) determined the evidence supports either a "causal" or a "likely to be causal" relationship with short- or long-term $PM_{2.5}$ exposures (U.S. EPA, 2019). As discussed in Chapter 3 (Table 3-1), these outcomes include the following:

- mortality (resulting from long- and short-term exposure),
- cardiovascular effects (resulting from long- and short-term exposure),
- respiratory effects (resulting from long- and short-term exposure),
- cancer (resulting from long-term exposure), and
- nervous system effects (resulting from long-term exposure).

We focused the risk assessment on short- and long-term PM exposure-related mortality, reflecting its clear public health importance, the large number of epidemiologic studies available for consideration, and the broad availability of baseline incidence data. The specific set of health effect endpoints included in the risk assessment are:

- *Long-term PM exposure-related mortality*: all-cause

- *Short-term PM exposure-related mortality*: all-cause and non-accidental

To identify specific epidemiologic studies for potential inclusion in the risk assessment, we focus on U.S. multicity studies assessed in the 2019 ISA. These studies are identified in section 3.4.1.5 of this PA. Of these, we used the following criteria to identify the specific set of studies for inclusion in the risk assessment:

- *National-scale geographic coverage:* We focus on epidemiologic studies reporting national-level CR functions. Epidemiologic studies that focus on individual cities or regions were excluded. Focusing on national-level epidemiologic studies has the benefit of characterizing $PM_{2.5}$-associted risks broadly across the U.S. and in relatively large populations (compared with single-city or regional studies), which tends to improve precision in the CR functions generated.
- *Evaluation of relatively lower ambient PM concentrations*: In selecting epidemiology studies, to the extent possible, we focus on those studies which characterized the ambient $PM_{2.5}$-mortality relationship at levels at or near the current NAAQS, given that the risk assessment would be focusing on evaluating risk associated with the current NAAQS.
- *Populations with available baseline incidence data:* For some populations (e.g., diesel truck drivers), it can be challenging to model risk at the national-level given uncertainties associated with specifying key inputs for risk modeling (i.e., baseline incidence rates for mortality endpoints and detailed national-level demographics). For that reason, we focus on those epidemiology studies providing CR functions for populations readily generalizable to the broader U.S. population (e.g., specific age groups not differentiated by additional socio-economic, or employment attributes).
- *Estimates of long-term $PM_{2.5}$ exposures based on hybrid modeling approaches:* For long-term $PM_{2.5}$ exposures, we focus on epidemiologic studies that estimate exposures with hybrid modeling approaches. The rationale for this decision is the agreement between the design of these epidemiology studies (i.e., their use of hybrid-based modeling approaches in characterizing ambient PM) and the hybrid air quality surfaces we are using in this risk assessment. This general agreement between the air modeling surfaces used in long-term mortality epidemiology studies and our air quality modeling reduces uncertainty in the risk assessment.
- *Estimates of short-term $PM_{2.5}$ exposures based on composite monitor data:* Short-term mortality epidemiology studies utilizing hybrid modeling approaches, which are fewer in number compared with long-term mortality studies, tend to be regional in scope and did not meet the criterion of providing national-scale effect estimates. For that reason, in modeling short-term mortality, epidemiology studies utilizing composite-monitor based exposure surrogates were used as the basis for deriving CR functions. We recognize the uncertainty introduced into the modeling of short-term mortality due to the use of CR functions obtained from studies utilizing composite monitors. However, we felt these use of national-scale epidemiology studies was a more important criterion for selection.
- *Evaluation of potential confounders and effect modifiers:* To the extent possible, preference was given to studies which more fully address potential confounders and effect modifiers and to those studies which utilize individual (rather than ecological)

measures in representing those confounders/effect modifiers. Recognizing that both single- and co-pollutant models have advantages and disadvantages in characterizing the ambient PM-mortality relationship, to the extent possible, we include epidemiology studies (and associated CR functions) based on either single- or co-pollutant models that include ozone. Additional information available in the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits TSD* associated with the 2021 Revised Cross-State Air Pollution Rule Update (RCU) (U.S. EPA, 2021).

- *Exploration of multiple approaches for estimating exposures:* For studies that estimate $PM_{2.5}$ exposures using hybrid modeling approaches, preference was given to studies that also explore additional methods for estimating exposures (i.e., multiple hybrid methods or hybrid methods plus monitor-based methods) and compare health effect associations across approaches.

Application of the criteria listed above resulted in the selection of the epidemiology studies presented in Table C-1 for inclusion in the risk assessment as sources of effect estimates. Table C-1 includes summary information on study design, details on the selection of effect estimates, the derivation of beta values, and specification of CR functional form based on those effect estimates for use in the risk assessment. The procedure used to derive CR functions (including specification of beta values and mathematical forms for those functions) is described below.

The remainder of this section describes the method used in specifying the CR functions used in the PM NAAQS HHRA. Information presented in this section is drawn from the EPA's Environmental Benefits Mapping and Analysis Program - Community Edition (BenMAP-CE) Manual, Appendix C.[1] CR functions translate changes in ambient $PM_{2.5}$ into changes in baseline incidence rates for specific disease endpoints utilizing beta (β) values obtained from epidemiology studies studying the association between ambient $PM_{2.5}$ exposure and specific health endpoints. β values (and associated standard errors) are based on effect estimates obtained from the underlying epidemiology studies. In addition, the mathematical forms for the health impact functions specified for use in this risk assessment reflect the models used in the epidemiology studies providing those effect estimates. Consequently, derivation of the β values based on effect estimates from underlying epidemiology studies (and specification of the form of the health impact functions) represents a key step in the design of the HHRA.

The majority of the epidemiology studies providing effect estimates for this PM HHRA utilized either Poisson or Cox proportional hazard models which result in exponential (or log-linear) forms for the CR functions, where the natural logarithm of mortality incidence is a linear

[1] https://www.epa.gov/benmap/benmap-ce-manual-and-appendices

function of $PM_{2.5}$.[2] If we let $x_0$ denote the baseline (starting) $PM_{2.5}$ level, and $x_1$ denote the control (ending) $PM_{2.5}$ level, $y_0$ denote the baseline incidences rate of the health effect, and Pop the underlying population count for the applicable demographic group in the spatial unit of analysis[3] we can derive the following CR function specifying the relationship between the change in x, $\Delta x = (x_0 - x_1)$ and the corresponding change in y, $\Delta y$ (mortality incidence):

$$\Delta y = y_0[1 - e^{-\beta \Delta x}] * \text{Pop}$$

Given that the epidemiology studies providing effect estimates for long-term exposure-related mortality and short-term exposure-related mortality in the context of the current PM HHRA (Table C-1) use different categories of models (Cox proportional hazard and Poisson/Logistic, respectively) we describe the process of deriving the betas and specifying CR functional forms separately for each of these endpoint categories. As noted earlier, the logit model utilized in Zanobetti et al., 2014, is discussed at the end of the section covering short-term $PM_{2.5}$-related mortality.

Derivation of betas for long-term $PM_{2.5}$ exposure-related mortality

Cox proportional hazard models used to evaluate mortality associated with long-term $PM_{2.5}$ exposure are designed to model effects on population survival. This class of epidemiology model is based on a hazard function, defined as the probability that an individual dies at time t, conditional on that individual having survived up to time t. As such, the hazard function represents a time-specific snapshot of the rate of mortality (events per unit time) within a study population. While the risk can vary over time, in the case of the Cox proportional hazard model, it is assumed that the hazard ratio is constant. The proportional hazard model takes the form:

$$h(X,t) = h_0(t)e^{X \cdot \beta}$$

Where X is a vector of explanatory variables, β is a vector of associated coefficients and ho(t) is the baseline hazard (the risk when all covariates (X) are set to zero).

Epidemiology studies utilizing the Cox proportional hazard model in characterizing ambient $PM_{2.5}$-health effects typically report hazard ratios (HRs) as the effect estimate. HRs represent the ratio of hazard functions for the baseline and control scenarios reflecting a specific

[2] One study. Zanobetti et al., 2014, supporting the modeling of short-term $PM_{2.5}$ exposure-related mortality provided a logistic-based model form, which is discussed at the end of this section.

[3] Spatial unit of analysis refers to the geographic scale at which the CR function is applied in generating a risk (incidence) estimate (e.g., zip code, county, 12km grid cell). Typically, the spatial unit of analysis used in a REA is based on the spatial scale reflected in the epidemiology study(s) supplying the effect estimates. For this REA, the spatial unit of analysis is the 12km grid cell.

difference in ambient $PM_{2.5}$ exposure (often a 10 µg/m$^3$ increment). The HR simplifies as shown (with the baseline hazard ratio dropping out), allowing us to readily derive the β value from this effect estimate:

$$HR = \frac{h(X_0,t)}{h(X_c,t)} = \frac{h_0(t)e^{X_0 \bullet \beta}}{h_0(t)e^{X_c \bullet \beta}} = e^{\Delta PM \bullet \beta}$$

It is then possible to calculate the beta as follows:

$$\beta = \frac{In(HR)}{\Delta PM}$$

As noted in Sutradhar and Austin, 2018, the HR associated with a Cox-proportional hazard model may approximate the RR when the effect estimate (and consequently the β) is relatively small. This is the case with the effect on mortality modeled for long-term exposure to ambient $PM_{2.5}$ (i.e., the size of the effect estimate supports an assumed equivalency between HR and RR). The near equivalency between the HR and RR, allows us to utilize the β derived above in a CR function based on a log-linear functional form of the type presented earlier, to model changes in mortality related to changes in ambient PM.

Derivation of betas for short-term $PM_{2.5}$ exposure-related mortality

The epidemiology studies selected for use in modeling short-term $PM_{2.5}$ exposure-related mortality utilize both the Poisson (log-linear) model form (Baxter et al., 2017) and the logit model form (Zanobetti et al., 2014).[4] In both cases, the epidemiology studies provide effects in terms of *percent increase* in mortality.

The log-linear (Poisson) model is used to evaluate effects associated with continuous (count) events. With the log-linear (Poisson) model, the relative risk is simply the ratio of the two risks:

$$RR = \frac{y_0}{y_c} = e^{\beta \bullet \Delta PM}$$

The derivation of the beta with a Poisson model specified RR is as follows. Taking the natural log of both sides, the beta coefficient in the CR function underlying the relative risk can be derived as:

$$\beta = \frac{In(RR)}{\Delta PM}$$

[4] Note that the Ito et al., 2013 study also utilizes a Poisson model. However, that study provides beta values (including standard errors) and for that reason the results of this study are directly applicable in modeling changes in mortality without any of the derivations presented here for the other studies.

The beta derived in this fashion can then be used with a log-linear functional form (as presented earlier) to model changes in mortality related to changes in ambient PM.

The logistic model form is used to model dichotomous events. With the logistic model form, when we are provided with a RR value, as is the case here, we can make a similar assumption to that used above with the Cox proportional hazard function (i.e., that the OR and RR approach equivalency under conditions of relatively small effect levels). That observation in turn allows us to assume that

$$RR = \frac{y_0}{y_c} = (1 - y_0) \times e^{-\Delta PM \bullet \beta} + y_0$$

Then, assuming (based on the relatively small size of the baseline incidence) that:

$$e^{-\Delta PM \bullet \beta} \cong (1 - y_0) \times e^{-\Delta PM \bullet \beta} + y_0$$

$$\Rightarrow RR \cong e^{-\Delta PM \bullet \beta}$$

It is then possible to calculate the underlying beta coefficient as follows:

$$\frac{In(RR)}{-\Delta PM} \cong \beta$$

Since the derivation of the beta is based on the assumption of a log linear functional form, we can apply the beta in a log-liner CR function of the form described earlier:

$$\Delta y = y_0[1 - e^{-\beta \Delta x}] * \text{Pop}$$

**Table C-1. Details regarding selection of epidemiology studies and specification of concentration-response functions for the risk assessment.**

| Reference and Title | Study Description | Exposure Estimation Approach | CR Function | Location of CR Function(s) in Article | Additional Notes on CR Function(s) Selection | Epidemio-logic Statistic | Mortality Endpoint | Selected Effect Estimate | Selected Beta | Selected Beta Standard Error (SE) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Long-term exposure-related mortality studies** | | | | | | | | | | |
| Di et al., 2017<br><br>Air Pollution and Mortality in the Medicare Population | Exploring relationship between air pollution (ozone, $PM_{2.5}$) and mortality<br>Key details:<br>- Medicare population (65+)<br>- ecological control for confounders<br>- all-cause mortality only<br>- provides CR function slopes for areas above and below the current PM NAAQS level (but model for areas below current standard only done for low ozone cells) | Exposures estimated at zip code of residence based on a neural network model that incorporates satellite data, chemical transport modeling, land-use terms, meteorology data, monitoring data, and other data | Cox proportional-hazards model with a generalized estimating equation to account for the correlation between ZIP codes | Table 2<br>Risk of death associated with an increase of 10 μg/m³ $PM_{2.5}$ or an increase of 10 ppb in ozone concentration. Uses single pollutant model for full analysis. | Using single pollutant, full PM range model (model for <12 μg/m³ applicable to only low-ozone days)[5] | Hazard ratio (95 percent CI) | All-cause | 1.073 (1.071, 1.075) | 7.0E-03 | 1E-04 |
| Turner et al., 2016<br><br>Long-Term Ozone Exposure and Mortality in a Large Prospective Study | Evaluates the relationship between long-term exposure to ambient $PM_{2.5}$ and all-cause and cause-specific mortality. Also, estimated the association between $PM_{2.5}$, regional $PM_{2.5}$, and near-source $PM_{2.5}$ and mortality in single-pollutant, copollutant and multipollutant models.<br>- ACS (30+)<br>- Includes lung cancer (otherwise similar results to Pope et al., 2015)<br>- county-level assessment | Exposures estimated at residential locations based on land use data and ground-based monitors | Cox proportional hazard model | Table E4. Adjusted HRs (95th percentile CI) for all-cause and cause-specific mortality in relation to each 10 unit increase in $PM_{2.5}$ LUR-BME concentrations, follow-up 1982-2004, CPS-II cohort, United States (n = 669,046). | Note that the non-cancer mortality endpoints provided in table E4 appear to mirror those provided in Table 1 of Pope et al., 2015 -so will use long-cancer effect estimate from this study only. | Hazard ratio (95 percent CI) | All-cause | 1.06 (1.04-1.08) | 5.8E-03 | 9.6E-04 |
| **Short-term exposure-related mortality studies** | | | | | | | | | | |

[5] We note that Di et al., 2017 does include a copollutant model-based effect estimate (HR 1.073, 95[th]%CI 1.071-1.075). Had this effect estimate been used in risk modeling (which would translate into a beta value of 7.05E-3), we would anticipate the risk estimates for all-cause mortality to be slightly less (`13% lower based on comparison of calculated betas) than those estimated based on the single-pollutant model used in this risk assessment.

| Reference and Title | Study Description | Exposure Estimation Approach | CR Function | Location of CR Function(s) in Article | Additional Notes on CR Function(s) Selection | Epidemio-logic Statistic | Mortality Endpoint | Selected Effect Estimate | Selected Beta | Selected Beta Standard Error (SE) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baxter et al., 2017<br><br>Influence of exposure differences in city-to-city heterogeneity in $PM_{2.5}$-mortality associations in U.S. cities | Uses cluster-based approach to evaluate the impact of residential infiltration factors on inter-city heterogeneity in short-term PM-mortality associations.<br>- Mortality data from NCHS - 77 U.S. CBSAs (all ages)<br>- non-accidental mortality<br>- CBSA-level assessment | Exposure estimates based on data from ground-based monitors | Poisson (log-linear) at city-level then aggregated | Obtained from results section in the text. After pooling the city-specific effect estimates into an overall effect estimate, short-term $PM_{2.5}$ exposure was found to increase 24-hr non-accidental mortality by 0.33% (95% CI: 0.13, 0.53). Based on lag 2 (day 0-1) | NA | Percent increase in 24-hr mortality (95 percent CI) | 24-hr non-accidental mortality | 0.33 (0.13-0.53) | 3.29E-04 | 1.02E-04 |
| Ito et al., 2013<br><br>NPACT study 3. Time-series analysis of mortality, hospitalizations, and ambient $PM_{2.5}$ and its components | Use factor analysis to characterize pollution sources, assess the association between $PM_{2.5}$ and $PM_{2.5}$ components with morbidity and mortality outcomes. Also evaluates pollution levels, land-use, and other variables as modifiers that may explain inter-city variation in PM-mortality effect estimates.<br>- Mortality data from NCHS - 150 and 64 U.S. cities (two analyses) (all ages)<br>- MSA-level assessment | Exposure estimates based on data from ground-based monitors | Poisson GLM | Appendix G, Table G.6 for Figure 4 - use all-year lag 1 Beta: Regression coefficients (beta) and their SE for air pollutants at lag 0 through 3 days used to compute percent excess risks in figures shown in the main text and in Appendices B and G (corresponding figures are noted). | Utilized lag-1 (all year) beta because that had the strongest effect for CVD mortality and wanted our all-cause to reflect that stronger lag-association for the CVD effect (even though focusing on all-cause) | Betas with SE (no conversion required) | 24-hr all-cause mortality | Study provided beta and SE | 1.45E-04 | 7.47E-05 |

| Reference and Title | Study Description | Exposure Estimation Approach | CR Function | Location of CR Function(s) in Article | Additional Notes on CR Function(s) Selection | Epidemio-logic Statistic | Mortality Endpoint | Selected Effect Estimate | Selected Beta | Selected Beta Standard Error (SE) |
|---|---|---|---|---|---|---|---|---|---|---|
| Zanobetti et al., 2014<br><br>A national case-crossover analysis of the short-term effect of $PM_{2.5}$ on hospitalizations and mortality in subjects with diabetes and neurological disorders | Estimates the effect of short-term exposure to $PM_{2.5}$ on all-cause mortality. Additionally, assesses the potential for pre-existing diseases to modify the association between $PM_{2.5}$ and mortality (neurological disorders and diabetes)<br>- Medicare cohort - 121 U.S. communities (65+)<br>- Community-level assessment (community defined as the county or contiguous counties encompassing a city's population) | Exposure estimates based on data from ground-based monitors | Logistic regression | Table 2. Percent increase for 10 μg/m$^3$ increase in the two days average $PM_{2.5}$: Combined across the 121 communities | NA | Percent increase (95 percent CI) | All deaths | 0.64 (0.42-0.85) | 6.38E-04 | 1.09E-04 |

### C.1.2 Specification of Demographic and Baseline Incidence Data Inputs

This risk analysis requires both demographic and baseline-incidence data for the mortality endpoint categories evaluated. For our analyses, these data are for the year 2015 since the hybrid surfaces included in the analyses are based on a 2015 model year.[6] The BenMAP-CE model[7] is used in this risk assessment and the relevant demographic and baseline incidence data for the contiguous U.S., from the sources described below, is readily available within the current version of BenMAP-CE:

- *Demographic data:* BenMAP-CE includes 2010 U.S. Census block-level age, race, ethnicity, and gender-differentiated data which the program can aggregate to various grid-level definitions selected by the user, including the 12 km grid coverage used for risk modeling in this analysis. In addition, BenMAP-CE has the ability to project future demographics using county-level projections provided by Woods & Poole, 2015. See BenMAP-CE manual Appendix J and the *Estimating $PM_{2.5}$ and Ozone- Attributable Health Benefits TSD* associated with the 2021 RCU for additional detail (U.S. EPA, 2021).
- *Baseline incidence data for mortality endpoints:* County-level mortality and population data from 2012-2014 for seven causes of death in the contiguous U.S. was obtained from the Centers for Disease Control (CDC) WONDER database. To estimate values for 2015, we applied annual adjustment factors, based on a series of Census Bureau projected national mortality rates for all-cause mortality. See BenMAP-CE manual Appendix D for additional detail.

### C.1.3 Study Area Selection

In selecting U.S. study areas for inclusion in the risk assessment, we focus on the following characteristics:

- *Available Ambient Monitors*: We have greater confidence in estimating and simulating air quality concentrations over areas with relatively dense ambient monitoring networks, as the modeled air quality surfaces can be compared with monitored concentrations (air quality adjustments are described below in section C.1.4).
- *Geographical Diversity*: Risk assessments including areas that represent a variety of regions across the U.S. and a substantial portion of the U.S. population can be more representative.

[6] The 2015 model year was the most recent CMAQ modeling platform available at the time of the design of the risk assessment and represents the central year of the 2014-2016 design value (DV) period. A single modeling year was used in the risk assessment, rather than modeling risk for the full three-year design value period, because model inputs for the 2016 period were not available at the time of the study (section C.1.4.3).

[7] https://www.epa.gov/benmap

- *Ambient $PM_{2.5}$ Air Quality Concentrations*: Based on 2014-2016 design values, 16 CBSA[8] areas exceeded either or both the current annual and 24-hr $PM_{2.5}$ NAAQS. To include a larger portion of the U.S. in this risk assessment, we also identified CBSA areas with ambient $PM_{2.5}$ concentrations below, but near, the current annual and/or 24-hr $PM_{2.5}$ NAAQS. Inclusion of such areas in the risk assessment necessitates an upward adjustment to $PM_{2.5}$ air quality concentrations in order to simulate just meeting the current standards. Given uncertainty in how such increases could potentially occur, we select areas requiring a relatively modest upward adjustment (i.e., no more than 2.0 $\mu g/m^3$ for the annual standard and 5 $\mu g/m^3$ for the 24-hour standard, based on the 2014-2016 design value period). Areas that appeared to be strongly influenced by exceptional events were also excluded (section C.1.4). Using these criteria, 47 urban study areas were identified (PA Figure 3-16 and Appendix section C.1.3), including 30 study areas where just meeting the current standards is controlled by the annual standard,[9] 11 study areas where just meeting the current standards is controlled by the daily standard,[10] and 6 areas where the controlling standard differed depending on the air quality adjustment approach (PA Figure 3-16). [11]

Applying these criteria resulted in the inclusion of 47 core-based statistical areas (CBSAs). These 47 study areas are identified in Figure C-2, with colors indicating whether they meet either or both the design value cutoffs. Please note, meeting the criteria for inclusion does not mean the areas exceed the current annual and/or 24-hr PM NAAQS standards. Green indicates areas that only exceed a 24-hr design value of 30 $\mu g/m^3$, blue indicates areas that only exceed an annual design value of 10 $\mu g/m^3$, and red indicates areas that exceed both the 24-hr and annual design values.

---

[8] CBSAs (core-based statistical areas) can include one or more counties. Each CBSA selected included at least one monitor with valid design values and several CBSAs had more than 10 monitors. See Table C-3 in Appendix C.

[9] For these areas, the annual standard is the "controlling standard" because when air quality is adjusted to simulate just meeting the current or potential alternative annual standards, that air quality also would meet the 24-hour standard being evaluated.

[10] For these areas, the 24-hour standard is the controlling standard because when air quality is adjusted to simulate just meeting the current or potential alternative 24-hour standards, that air quality also would meet the annual standard being evaluated. Some areas classified as being controlled by the 24-hour standard also violate the annual standard.

[11] In these 6 areas, the controlling standard depended on the air quality adjustment method used and/or the standard scenarios evaluated.




**Figure C-2. Map of the areas modeled in the risk assessment, colored by 2014-2016 $PM_{2.5}$ design values (DV).**

These 47 urban study areas include many highly populated CBSAs (Figure C-3 and Figure C-4). The population at or above the age of 30 in these areas includes roughly 58.4 million people, or approximately 30% of the total U.S. population above the age of 30. Additional age-specific population information corresponding to each identified mortality study can be found in Table C-2.




**Figure C-3. Map of the 2018 U.S. population by CBSA, with the selected urban study areas outlined.**




**Figure C-4. Population counts for ages 30 and above from each of the 47 CBSAs included in the risk assessment.**

**Table C-2. Population of the 47 urban study areas by age range.**

| Population Age Range (Years) | Studies Using Age Range | Study Area Groupings (Millions) | | |
|---|---|---|---|---|
| | | 47 | 30 (Annual-Controlled) | 11 (24-hr-Controlled) |
| 0-99 | Baxter et al., 2017 and Ito et al., 2013 | 98.5 | 82.5 | 7.2 |
| 30-99 | Turner et al., 2016 | 58.4 | 49.5 | 3.9 |
| 65-99 | Di et al., 2017 and Zanobetti et al., 2014 | 13.2 | 11.1 | 0.8 |

As noted in section 3.4 of the PA and illustrated in Figure C-5, the 47 urban study areas include 30 study areas where just meeting the simulated standards is controlled by the current annual standard (12.0 $\mu g/m^3$), 11 study areas where just meeting the simulated standards is controlled by the current 24-hr standard (35 $\mu g/m^3$), and 6 study areas where just meeting the simulated standards is controlled by either the annual or 24-hr standard, depending on the air quality scenario and adjustment strategy (discussed more fully in section C.1.4).



| Number of Urban Study Areas (CBSAs) | Controlling Standard | Population (≥30 years old) |
|---|---|---|
| 30 | Annual (Blue) | ~50M |
| 11 | Daily (Green) | ~4M |
| 6 | Mixed (Grey) | ~5M |
| **Total: 47** | | **~60M** |

**Figure C-5. Map of 47 Urban Study Areas Reflected in Risk Modeling Identifying Subsets Reflected in Risk Modeling (population estimates in millions of people).**

### C.1.4 Generation of Air Quality Inputs to the Risk Assessment

As described in detail below, air quality modeling was used to develop gridded $PM_{2.5}$ concentration fields for the risk assessment. A $PM_{2.5}$ concentration field for 2015 was developed using a Bayesian statistical model that calibrates chemical transport model (CTM) predictions of $PM_{2.5}$ to surface measurements (Chapter 2). The 2015 $PM_{2.5}$ concentration field was then adjusted to correspond to just meeting the existing and potential alternative standards using response factors developed from CTM modeling with emission changes relative to 2015. The modeling approach applies realistic spatial response patterns from CTM modeling to a concentration field, similar to those used in a number of recent epidemiologic studies, to characterize $PM_{2.5}$ fields at 12 km resolution for study areas.

The adjustments to simulate just meeting the current standards and alternative standards are approximations of these air quality scenarios. In reality, changes in $PM_{2.5}$ in an area will depend on what emissions changes occur and the concentration gradients of $PM_{2.5}$ will vary across an area accordingly. For our analyses, two different adjustment approaches were applied to provide two outcomes that could represent potential bounding scenarios of $PM_{2.5}$ concentrations changes across the study area. The two adjustment approaches used to guide the generation of these modeled surfaces were:

- *Primary PM-based modeling approach (Pri-PM)*: This modeling approach simulates air quality scenarios of interest by preferentially adjusting direct (i.e., primary, directly-emitted) PM emissions. As such, the changes in $PM_{2.5}$ tend to be more localized near the direct emissions sources of PM. In locations for which air quality scenarios cannot be simulated by adjusting modeled primary emissions alone, $SO_2$ and $NO_X$ precursor emissions are additionally adjusted to simulate changes in secondarily formed $PM_{2.5}$.
- *Secondary PM-based modeling approach (Sec-PM):* This modeling approach simulates air quality scenarios of interest by preferentially adjusting $SO_2$ and $NO_X$ precursor emissions to simulate changes in secondarily formed $PM_{2.5}$. In this case, the reductions in $PM_{2.5}$ tend to be more evenly spread across a study area. In locations for which air quality scenarios cannot be simulated by adjusting precursor emissions alone, a proportional adjustment of air quality is subsequently applied.

The air quality surfaces generated using these two approaches are not additive. Rather, they should be viewed as reflecting two different broad strategies for adjusting ambient $PM_{2.5}$ levels.

In addition, we also employed linear interpolation and extrapolation to simulate air quality under two additional alternative annual standard levels, 11.0, 9.0, and 8.0 μg/m$^3$, respectively (section 3.4.1.3 of the PA, Figure 3-15). Interpolation and extrapolation were only performed for grid cells in the subset of 30 urban study areas where the annual standard was controlling in both Pri-PM and Sec-PM simulated air quality scenarios of both 12/35 and 10/30 standard combinations. The interpolation and extrapolation were completed at the grid-cell level based on values simulated using hybrid air quality modeling to just meet the current annual standard of 12.0 ug/m$^3$ and alternative annual standard of 10.0 ug/m$^3$ (section 3.4.1.3 of the PA, Figure 3-15). A similar linear extrapolation/interpolation was not conducted for additional 24-hr standards due to the weaker relationship between the 98th percentile of 24-hr $PM_{2.5}$ concentrations, which are most relevant for simulating air quality that just meets the 24-hour standard, and the concentrations comprising the middle portion of the $PM_{2.5}$ air quality distribution, which are most relevant for estimating risks based on information from epidemiologic studies (i.e., discussed further in sections 3.1.2 and 3.2.3.2 in the PA).

The sections below provide more detailed information on the air quality modeling approach used to adjust air quality to simulate just meeting the current or alternative primary

$PM_{2.5}$ standards. Tables containing $PM_{2.5}$ DVs for the air quality projections can be found in section C.6.

### C.1.4.1 Overview of the Air Quality Modeling Approach

To inform risk calculations, recent $PM_{2.5}$ measurements were analyzed to characterize the magnitude and spatial distribution of $PM_{2.5}$ concentrations. These data were then coupled with air quality modeling data to project ambient air quality levels corresponding to just meeting the existing and alternative $PM_{2.5}$ NAAQS[12] in specific areas. An overview of the approach is provided in Figure C-6. The process starts by acquiring $PM_{2.5}$ monitoring data from EPA's Air Quality System (AQS)[13] and simulating $PM_{2.5}$ concentrations with the Community Multiscale Air Quality (CMAQ)[14] model for base case and emission-sensitivity scenarios (Figure C-6, Box 1). The monitored and modeled data are then fused using the Downscaler model and the Software for Model Attainment Test-Community Edition (SMAT-CE)[15] to develop a baseline spatial field of $PM_{2.5}$ concentrations and relative response factors (RRFs) for projecting $PM_{2.5}$ concentrations, respectively (Figure C-6, Box 2). $PM_{2.5}$ concentrations are projected in two main steps using output from Downscaler and SMAT-CE (Figure C-6, Box 3). First, the $PM_{2.5}$ concentrations measured at monitoring sites in an area are iteratively projected using the RRFs to identify the percent change in anthropogenic emissions required for the highest monitored DV in the area to just meet the controlling standard. Second, gridded spatial fields of $PM_{2.5}$ concentrations are projected using the area-specific percent emission change[16] that corresponds to just meeting the standard at the controlling ambient data site. Additional details on the method are provided in (Kelly et al., 2019a; application of the method to the PM NAAQS risk assessment is described in the remainder of this appendix.

[12] The phrase, "just meeting the $PM_{2.5}$ NAAQS" is defined as the conditions where the highest design value (DV) for the controlling standard in the area equals the existing or alternative NAAQS level under consideration. DVs are statistics used in judging attainment of the NAAQS (www.epa.gov/air-trends/air-quality-design-values).

[13] www.epa.gov/aqs

[14] www.epa.gov/cmaq

[15] www.epa.gov/scram/photochemical-modeling-tools

[16] Scenarios based on a statistical projection approach were also developed for certain cases as discussed below.




**Figure C-6. Overview of the system for projecting $PM_{2.5}$ concentrations to correspond to just meeting NAAQS.** See section C.1.4.6 and Kelly et al., 2019a for more details.

### C.1.4.2 $PM_{2.5}$ Monitoring Data and Area Selection

The 2014-2016 DV period was the most recent period having a complete set of total and speciated $PM_{2.5}$ observations available at the time of the study. $PM_{2.5}$ concentrations from the 2014-2016 DV period were used in selecting study areas and as the starting point for air quality projections (Figure C-6, Box 1, "AQS"). Total and speciated $PM_{2.5}$ concentrations for the 2014-2016 DV period were acquired from AQS. For sites in Los Angeles and Chicago, DVs were invalid during the 2014-2016 period. Los Angeles and Chicago have large populations, recent valid DVs for sites in Los Angeles are above existing standards, and Chicago is part of a CBSA that includes sites with valid 2014-2016 DVs in Indiana. For these reasons, invalid data for sites in these areas were replaced with valid data from other recent periods to enable DVs to be approximated for inclusion in the assessment. Specifically, for sites in Los Angeles and Orange Counties in California, observations from April – October 2014 were replaced with observations from the same months in 2013. For sites in Cook, DuPage, Kane, McHenry, and Will Counties in Illinois, observations from January to mid-July 2014 were replaced with observations from the same months in 2015.

Of the 56 areas initially identified as above the 10/30 selection threshold[17], DVs for seven areas[18] appeared to meet the threshold due to the influence of wildfires. The influence of

[17] "10/30" indicates an annual standard level of 10 μg/ $m^3$ and a 24-hr standard level of 3 μg $m^{-3}$

[18] Butte-Silver Bow, MT; Helena, MT; Kalispell, MT; Knoxville, TN; Medford, OR; Missoula, MT; and Yakima, WA

wildfires on DVs for these areas was estimated in part by recalculating 2014-2016 DVs with days removed that were clearly associated with summertime wildfires in the northwest. Since wildfire influence is often excluded when judging NAAQS attainment, these seven areas were excluded from further consideration. Additionally, the Eugene, OR CBSA was excluded. One monitor in the Eugene CBSA has a 24-hr 2014-2016 DV slightly above the 10/30 selection threshold[19], but the monitor is in a small valley in Oakridge with very local high concentrations of $PM_{2.5}$ in winter that are distinct from conditions in the broader CBSA. Finally, the Phoenix-Mesa-Scottsdale, AZ CBSA was excluded. This CBSA had one monitor slightly above the 10/30 DV threshold[20], but projecting concentrations for the CBSA was judged to be relatively uncertain because the annual DV is invalid at the only site that exceeded the threshold and the 24-hr DV is just above the threshold.

The remaining 47 CBSAs were selected for the risk assessment. These areas are shown in Figure C-7. The maximum 2014-2016 DVs and associated sites for each CBSA are provided in Table C-3, and the counties associated with the CBSAs are listed in Table C-4. DVs were calculated to an extra digit of precision for the air quality projections compared with official DVs. This approach is consistent with DV calculations in previous air quality projections (e.g., USEPA, 2012[21]) and provides a precise target for the iterative projection calculations.

[19] The 410392013 monitor in Oakridge has a 24-hr 2014-2016 DV of 31 $\mu g\ m^{-3}$

[20] The 040213015 monitor in the Phoenix-Mesa-Scottsdale, AZ CBSA has 24-hr 2014-2016 DV of 31 $\mu g\ m^{-3}$

[21] USEPA (2012) Regulatory Impact Analysis for the Final Revisions to the National Ambient Air Quality Standards for Particulate Matter. Office of Air Quality Planning and Standards, Health and Environmental Impacts Division, Research Triangle Park, NC 27711. EPA-452/R-12-005 Available: https://www3.epa.gov/ttn/ecas/regdata/RIAs/finalria.pdf




**Figure C-7. CBSAs selected for the risk assessment.** Colors indicate whether the maximum 2014-2016 DVs in the CBSA are above the annual (10 μg/m$^3$) and/or 24-hr (30 μg/m$^3$) selection criteria.

**Table C-3. Maximum annual and 24-hr $PM_{2.5}$ DVs for 2014-2016 and associated sites for selected CBSAs.**

| CBSA Name | # of Sites | Annual Max Site | Annual Max 14-16 DV | 24-hr Max Site | 24-hr Max 14-16 DV |
|---|---|---|---|---|---|
| Akron, OH | 2 | 391530017 | 10.99 | 391530017 | 23.7 |
| Altoona, PA | 1 | 420130801 | 10.11 | 420130801 | 23.8 |
| Atlanta-Sandy Springs-Roswell, GA | 6 | 131210039 | 10.38 | 131210039 | 19.7 |
| Bakersfield, CA | 5 | 060290016 | 18.45 | 060290010 | 70.0 |
| Birmingham-Hoover, AL | 4 | 010732059 | 11.25 | 010730023 | 22.8 |
| Canton-Massillon, OH | 2 | 391510017 | 10.81 | 391510017 | 23.7 |
| Chicago-Naperville-Elgin, IL-IN-WI [a] | 22 | 170313103 | 11.10 | 170310057 | 26.8 |
| Cincinnati, OH-KY-IN | 9 | 390610014 | 10.70 | 390170020 | 24.2 |
| Cleveland-Elyria, OH | 8 | 390350065 | 12.17 | 390350038 | 25.0 |
| Detroit-Warren-Dearborn, MI | 11 | 261630033 | 11.30 | 261630033 | 26.8 |
| El Centro, CA | 3 | 060250005 | 12.63 | 060250005 | 33.5 |
| Elkhart-Goshen, IN | 1 | 180390008 | 10.24 | 180390008 | 28.6 |
| Evansville, IN-KY | 4 | 181630023 | 10.11 | 181630016 | 22.0 |
| Fresno, CA | 4 | 060195001 | 14.08 | 060190011 | 53.8 |
| Hanford-Corcoran, CA | 2 | 060310004 | 21.98 | 060310004 | 72.0 |
| Houston-The Woodlands-Sugar Land, TX | 4 | 482011035 | 11.19 | 482011035 | 22.4 |
| Indianapolis-Carmel-Anderson, IN | 7 | 180970087 | 11.44 | 180970043 | 26.0 |
| Johnstown, PA | 1 | 420210011 | 10.68 | 420210011 | 25.8 |
| Lancaster, PA | 2 | 420710012 | 12.83 | 420710012 | 32.7 |
| Las Vegas-Henderson-Paradise, NV | 4 | 320030561 | 10.28 | 320030561 | 24.5 |
| Lebanon, PA | 1 | 420750100 | 11.20 | 420750100 | 31.4 |
| Little Rock-North Little Rock-Conway, AR | 2 | 051191008 | 10.27 | 051191008 | 21.7 |
| Logan, UT-ID | 1 | 490050007 | 6.95 | 490050007 | 34.0 |
| Los Angeles-Long Beach-Anaheim, CA [a] | 9 | 060371103 | 12.38 | 060371103 | 32.8 |
| Louisville/Jefferson County, KY-IN | 7 | 180190006 | 10.64 | 180190006 | 23.9 |
| Macon, GA | 2 | 130210007 | 10.13 | 130210007 | 21.2 |
| Madera, CA | 1 | 060392010 | 13.30 | 060392010 | 45.1 |
| McAllen-Edinburg-Mission, TX | 1 | 482150043 | 10.09 | 482150043 | 25.0 |
| Merced, CA | 2 | 060470003 | 11.81 | 060472510 | 39.8 |
| Modesto, CA | 2 | 060990006 | 13.02 | 060990006 | 45.7 |
| Napa, CA | 1 | 060550003 | 10.36 | 060550003 | 25.1 |
| New York-Newark-Jersey City, NY-NJ-PA | 17 | 360610128 | 10.20 | 340030003 | 24.5 |
| Ogden-Clearfield, UT | 3 | 490570002 | 8.99 | 490110004 | 32.6 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 10 | 420450002 | 11.46 | 421010055 | 27.5 |
| Pittsburgh, PA | 10 | 420030064 | 12.82 | 420030064 | 35.8 |
| Prineville, OR | 1 | 410130100 | 8.60 | 410130100 | 37.6 |
| Provo-Orem, UT | 3 | 490494001 | 7.74 | 490494001 | 30.9 |
| Riverside-San Bernardino-Ontario, CA | 2 | 060658005 | 14.48 | 060658005 | 43.2 |
| Sacramento--Roseville--Arden-Arcade, CA | 6 | 060670006 | 9.31 | 060670006 | 31.4 |
| Salt Lake City, UT | 3 | 490353006 | 7.62 | 490353010 | 41.5 |
| San Luis Obispo-Paso Robles-Arroyo Grande, CA | 3 | 060792007 | 10.70 | 060792007 | 25.9 |

| CBSA Name | # of Sites | Annual Max Site | Annual Max 14-16 DV | 24-hr Max Site | 24-hr Max 14-16 DV |
|---|---|---|---|---|---|
| South Bend-Mishawaka, IN-MI | 1 | 181410015 | 10.45 | 181410015 | 32.5 |
| St. Louis, MO-IL | 6 | 290990019 | 10.12 | 295100007 | 23.7 |
| Stockton-Lodi, CA | 2 | 060771002 | 12.23 | 060771002 | 38.7 |
| Visalia-Porterville, CA | 1 | 061072002 | 16.23 | 061072002 | 54.0 |
| Weirton-Steubenville, WV-OH | 4 | 390810017 | 11.75 | 390810017 | 27.2 |
| Wheeling, WV-OH | 2 | 540511002 | 10.24 | 540511002 | 22.5 |
| [a] DVs for Chicago-Naperville-Elgin, IL-IN-WI and Los Angeles-Long Beach-Anaheim, CA were approximated as described in section C.1.4.2. | | | | | |

**Table C-4. Counties associated with selected CBSAs**

| CBSA Name | Associated Counties |
|---|---|
| Akron, OH | Portage, Summit |
| Altoona, PA | Blair |
| Atlanta-Sandy Springs-Roswell, GA | Barrow, Bartow, Butts, Carroll, Cherokee, Clayton, Cobb, Coweta, Dawson, DeKalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Haralson, Heard, Henry, Jasper, Lamar, Meriwether, Morgan, Newton, Paulding, Pickens, Pike, Rockdale, Spalding, and Walton |
| Bakersfield, CA | Kern |
| Birmingham-Hoover, AL | Bibb, Blount, Chilton, Jefferson, St. Clair, Shelby, and Walker |
| Canton-Massillon, OH | Carroll, Stark |
| Chicago-Naperville-Elgin, IL-IN-WI | Cook, DeKalb, DuPage, Grundy, Kane, Kendall, Lake, McHenry, Will, Jasper, Lake, Newton, Porter, and Kenosha |
| Cincinnati, OH-KY-IN | Dearborn, Ohio, Union, Boone, Bracken, Campbell, Gallatin, Grant, Kenton, Pendleton, Brown, Butler, Clermont, Hamilton, and Warren |
| Cleveland-Elyria, OH | Cuyahoga, Geauga, Lake, Lorain, and Medina |
| Detroit-Warren-Dearborn, MI | Lapeer, Livingston, Macomb, Oakland, St. Clair, and Wayne |
| El Centro, CA | Imperial |
| Elkhart-Goshen, IN | Elkhart |
| Evansville, IN-KY | Posey, Vanderburgh, Warrick, and Henderson |
| Fresno, CA | Fresno |
| Hanford-Corcoran, CA | Kings |
| Houston-The Woodlands-Sugar Land, TX | Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, and Waller |
| Indianapolis-Carmel-Anderson, IN | Boone, Brown, Hamilton, Hancock, Hendricks, Johnson, Madison, Marion, Morgan, Putnam, and Shelby |
| Johnstown, PA | Cambria |
| Lancaster, PA | Lancaster |
| Las Vegas-Henderson-Paradise, NV | Clark |
| Lebanon, PA | Lebanon |
| Little Rock-North Little Rock-Conway, AR | Faulkner, Grant, Lonoke, Perry, Pulaski, and Saline |

| CBSA Name | Associated Counties |
|---|---|
| Logan, UT-ID | Franklin, Cache |
| Los Angeles-Long Beach-Anaheim, CA | Los Angeles and Orange |
| Louisville/Jefferson County, KY-IN | Clark, Floyd, Harrison, Scott, Washington, Bullitt, Henry, Jefferson, Oldham, Shelby, Spencer, and Trimble |
| Macon, GA | Bibb, Crawford, Jones, Monroe, and Twiggs |
| Madera, CA | Madera |
| McAllen-Edinburg-Mission, TX | Hidalgo |
| Merced, CA | Merced |
| Modesto, CA | Stanislaus |
| Napa, CA | Napa |
| New York-Newark-Jersey City, NY-NJ-PA | Bergen, Essex, Hudson, Hunterdon, Middlesex, Monmouth, Morris, Ocean, Passaic, Somerset, Sussex, Union, Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester, and Pike |
| Ogden-Clearfield, UT | Box Elder, Davis, Morgan, and Weber |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | New Castle, Cecil, Burlington, Camden, Gloucester, Salem, Bucks, Chester, Delaware, Montgomery, and Philadelphia |
| Pittsburgh, PA | Allegheny, Armstrong, Beaver, Butler, Fayette, Washington, and Westmoreland |
| Prineville, OR | Crook |
| Provo-Orem, UT | Juab and Utah |
| Riverside-San Bernardino-Ontario, CA | Riverside and San Bernardino |
| Sacramento--Roseville--Arden-Arcade, CA | El Dorado, Placer, Sacramento, and Yolo |
| Salt Lake City, UT | Salt Lake, and Tooele |
| San Luis Obispo-Paso Robles-Arroyo Grande, CA | San Luis Obispo |
| South Bend-Mishawaka, IN-MI | St. Joseph and Cass |
| St. Louis, MO-IL | Bond, Calhoun, Clinton, Jersey, Macoupin, Madison, Monroe, St. Clair, Franklin, Jefferson, Lincoln, St. Charles, St. Louis, Warren, and St. Louis city |
| Stockton-Lodi, CA | San Joaquin |
| Visalia-Porterville, CA | Tulare |
| Weirton-Steubenville, WV-OH | Jefferson, Brooke, and Hancock |
| Wheeling, WV-OH | Belmont, Marshall, and Ohio |

### C.1.4.3 Air Quality Modeling

Air quality modeling was conducted using version 5.2.1 of the CMAQ modeling system (Appel, 2018) to develop a continuous national field of $PM_{2.5}$ concentrations and estimates of how concentrations would respond to changes in $PM_{2.5}$ and $PM_{2.5}$ precursor emissions (Figure C-6, "CMAQ"). The CMAQ modeling domain (Figure C-9) covered the contiguous U.S. with 12 km horizontal resolution and 35 vertical layers. Since 2015 was the most recent modeling

platform available at the time of the study and represents the central year of the 2014-2016 DV period, 2015 was selected as the baseline modeling year for the $PM_{2.5}$ projections. A single modeling year was used due to the time and resources needed to conduct photochemical grid modeling, and because model inputs for the 2016 period were not available at the time of the study.

Information on the CMAQ model configuration for the 2015 modeling is provided in Table C-5. The 2015 model simulation and its evaluation against network measurements of speciated and total $PM_{2.5}$ has been described in detail previously (Kelly et al., 2019b). Model performance statistics for $PM_{2.5}$ organic carbon, sulfate, and nitrate were generally similar to or improved compared to the performance for other recent national 12 km model simulations. One exception to the generally good model performance was identified for the Northwest region (OR, WA, and ID). Model performance statistics for this region were generally not as good as in our recent modeling due to issues related to unusually high fire influences in 2015, atmospheric mixing over sites near the Puget Sound, and other factors. However, model performance issues in the Northwest have minimal influence on the risk assessment, because only two of the 47 CBSAs are in the Northwest region (i.e., Prineville, OR and part of the Logan, UT-ID, CBSA). Also, the analysis uses ratios of model predictions rather than absolute modeled concentrations, and systematic biases associated with mixing height and fire impact estimates may largely cancel in the ratios. Moreover, fusion of monitor data with model predictions in developing $PM_{2.5}$ RRFs and the baseline concentration field helps mitigate the influence of biases in model predictions (as discussed below). Overall, the model performance evaluation (Kelly et al., 2019b) indicates that the 2015 CMAQ simulation provides concentration estimates that are generally as good or better than in other recent applications and are reliable for use in projecting $PM_{2.5}$ in the risk assessment. Model performance statistics for $PM_{2.5}$ by U.S. climate region and season are provided in Table C-6 and statistic definitions can be found in Table C-7.




**Figure C-9. CMAQ modeling domain.**

**Table C-5. CMAQ model configuration.**

| Category | Description |
|---|---|
| Grid resolution | 12 km horizontal; 35 vertical layers |
| Gas-phase chemistry | Carbon Bond 2006 (CB6r3) |
| Organic aerosol | Non-volatile treatment for primary organic aerosol; secondary organic aerosol from anthropogenic and biogenic sources |
| Inorganic aerosol | ISORROPIA II |
| $NH_3$ surface exchange | Bi-directional $NH_3$ surface exchange |
| Windblown dust emissions | Simulated online |
| Sea-spray emissions | Simulated online |
| Meteorology | Version 3.8 of Weather Research & Forecasting (WRF) Skamarock et al., 2005 model |

**Table C-6. Model performance statistics[22,23] for $PM_{2.5}$ at AQS sites for the 2015 base case.**

| Region[23] | Season | N | Avg. Obs. (μg $m^{-3}$) | Avg. Mod. (μg $m^{-3}$) | MB[22] (μg $m^{-3}$) | NMB[22] (%) | RMSE[22] (μg $m^{-3}$) | NME[22] (%) | $r^{22}$ |
|---|---|---|---|---|---|---|---|---|---|
| Northeast | Winter | 13001 | 10.04 | 12.74 | 2.71 | 27.0 | 7.33 | 48.0 | 0.68 |
| | Spring | 13538 | 7.97 | 8.83 | 0.86 | 10.8 | 5.19 | 44.0 | 0.59 |
| | Summer | 13660 | 8.38 | 8.02 | -0.36 | -4.3 | 4.06 | 35.2 | 0.67 |
| | Fall | 13270 | 7.18 | 9.08 | 1.90 | 26.5 | 5.40 | 50.0 | 0.73 |
| | Annual | 53469 | 8.38 | 9.64 | 1.26 | 15.0 | 5.60 | 44.2 | 0.67 |
| Southeast | Winter | 11190 | 8.07 | 10.28 | 2.21 | 27.4 | 5.65 | 47.4 | 0.58 |
| | Spring | 11961 | 8.06 | 8.25 | 0.18 | 2.3 | 4.08 | 33.6 | 0.55 |
| | Summer | 11641 | 9.78 | 8.45 | -1.33 | -13.6 | 4.86 | 35.3 | 0.47 |
| | Fall | 11365 | 6.93 | 8.13 | 1.20 | 17.3 | 4.32 | 41.7 | 0.70 |

22 See Table C-7 for definition of statistics.

23 See Figure C-10 for definition of regions.

| Region[23] | Season | N | Avg. Obs. (μg m⁻³) | Avg. Mod. (μg m⁻³) | MB[22] (μg m⁻³) | NMB[22] (%) | RMSE[22] (μg m⁻³) | NME[22] (%) | $r$[22] |
|---|---|---|---|---|---|---|---|---|---|
| | Annual | 46157 | 8.22 | 8.76 | 0.54 | 6.6 | 4.75 | 39.1 | 0.55 |
| Ohio Valley | Winter | 10323 | 9.49 | 11.60 | 2.10 | 22.1 | 5.75 | 43.2 | 0.63 |
| | Spring | 10867 | 8.90 | 9.85 | 0.95 | 10.6 | 4.60 | 36.3 | 0.65 |
| | Summer | 10714 | 10.95 | 10.56 | -0.39 | -3.6 | 5.55 | 34.3 | 0.55 |
| | Fall | 10568 | 8.41 | 10.96 | 2.54 | 30.2 | 6.23 | 47.1 | 0.65 |
| | Annual | 42472 | 9.44 | 10.73 | 1.29 | 13.6 | 5.56 | 39.8 | 0.59 |
| Upper Midwest | Winter | 6478 | 8.79 | 9.72 | 0.92 | 10.5 | 4.75 | 38.2 | 0.70 |
| | Spring | 6643 | 7.32 | 8.27 | 0.96 | 13.1 | 4.30 | 41.9 | 0.67 |
| | Summer | 6718 | 7.88 | 7.85 | -0.03 | -0.4 | 5.26 | 40.8 | 0.56 |
| | Fall | 6664 | 6.81 | 9.14 | 2.33 | 34.2 | 4.92 | 49.3 | 0.75 |
| | Annual | 26503 | 7.69 | 8.74 | 1.04 | 13.6 | 4.82 | 42.2 | 0.64 |
| South | Winter | 8041 | 7.53 | 10.13 | 2.60 | 34.5 | 11.81 | 56.6 | 0.36 |
| | Spring | 8369 | 8.08 | 7.12 | -0.96 | -11.9 | 4.24 | 36.3 | 0.51 |
| | Summer | 8440 | 10.80 | 8.31 | -2.49 | -23.0 | 6.04 | 40.3 | 0.34 |
| | Fall | 8340 | 7.55 | 7.99 | 0.44 | 5.9 | 3.76 | 35.5 | 0.63 |
| | Annual | 33190 | 8.50 | 8.37 | -0.13 | -1.6 | 7.15 | 41.8 | 0.34 |
| Southwest | Winter | 4911 | 7.46 | 7.90 | 0.45 | 6.0 | 6.50 | 55.9 | 0.52 |
| | Spring | 4998 | 4.88 | 5.88 | 1.00 | 20.6 | 3.60 | 48.4 | 0.44 |
| | Summer | 5069 | 6.12 | 4.85 | -1.27 | -20.8 | 4.15 | 43.1 | 0.59 |
| | Fall | 5091 | 5.31 | 5.90 | 0.59 | 11.1 | 4.35 | 52.2 | 0.49 |
| | Annual | 20069 | 5.93 | 6.12 | 0.19 | 3.2 | 4.77 | 50.2 | 0.52 |
| N. Rockies & Plains | Winter | 4987 | 5.57 | 3.60 | -1.98 | -35.5 | 6.80 | 63.4 | 0.23 |
| | Spring | 5380 | 4.57 | 5.00 | 0.44 | 9.6 | 29.58 | 61.6 | 0.20 |
| | Summer | 5260 | 9.98 | 7.68 | -2.30 | -23.1 | 17.61 | 57.4 | 0.57 |
| | Fall | 5010 | 5.57 | 5.42 | -0.15 | -2.7 | 5.65 | 56.4 | 0.44 |
| | Annual | 20637 | 6.43 | 5.45 | -0.99 | -15.3 | 18.06 | 59.2 | 0.34 |
| Northwest | Winter | 8994 | 7.90 | 7.82 | -0.08 | -1.0 | 10.20 | 80.9 | 0.25 |
| | Spring | 9306 | 5.02 | 6.84 | 1.82 | 36.2 | 6.65 | 71.5 | 0.48 |
| | Summer | 9993 | 9.17 | 11.12 | 1.95 | 21.2 | 32.40 | 67.7 | 0.46 |
| | Fall | 9868 | 7.03 | 9.39 | 2.37 | 33.7 | 15.33 | 78.3 | 0.31 |
| | Annual | 38161 | 7.31 | 8.85 | 1.55 | 21.2 | 19.26 | 74.3 | 0.43 |
| West | Winter | 10462 | 11.67 | 9.58 | -2.08 | -17.8 | 8.09 | 43.3 | 0.68 |
| | Spring | 10989 | 7.52 | 6.95 | -0.57 | -7.6 | 4.17 | 38.3 | 0.55 |
| | Summer | 11065 | 8.95 | 8.53 | -0.43 | -4.8 | 6.36 | 43.5 | 0.51 |
| | Fall | 10587 | 8.61 | 9.11 | 0.50 | 5.8 | 16.85 | 46.9 | 0.37 |
| | Annual | 43103 | 9.16 | 8.52 | -0.64 | -7.0 | 10.02 | 43.1 | 0.44 |

**Table C-7. Definition of statistics used in the CMAQ model performance evaluation.**

| Statistic | Description |
|---|---|
| MB (μg m$^{-3}$) = $\frac{1}{n}\sum_{i=1}^{n}(P_i - O_i)$ | Mean bias (MB) is defined as the average difference between predicted (P) and observed (O) concentrations for the total number of samples (n) |
| RMSE (μg m$^{-3}$) = $\sqrt{\sum_{i=1}^{n}(P_i - O_i)^2/n}$ | Root mean-squared error (RMSE) |
| NMB (%) = $\frac{\sum_i^n (P_i - O_i)}{\sum_i^n O_i} \times 100$ | The normalized mean bias (NMB) is defined as the sum of the difference between predictions and observations divided by the sum of observed values |
| NME (%) = $\frac{\sum_i^n \lvert P_i - O_i \rvert}{\sum_i^n O_i} \times 100$ | Normalized mean error (NME) is defined as the sum of the absolute value of the difference between predictions and observations divided by the sum of observed values |
| r = $\frac{\sum_{i=1}^{n}(P_i - \bar{P})(O_i - \bar{O})}{\sqrt{\sum_{i=1}^{n}(P_i - \bar{P})^2}\sqrt{\sum_{i=1}^{n}(O_i - \bar{O})^2}}$ | Pearson correlation coefficient |




**Figure C-10. U.S. climate regions[24] used in the CMAQ model performance evaluation.**

In addition to the national model performance evaluation just described, CMAQ predictions of $PM_{2.5}$ concentrations were evaluated specifically for the CBSAs considered in the risk assessment. In Table C-8, model performance statistics are provided for predictions at monitors in the 47 CBSAs in 2015. Predictions generally agree well with observations over the full set of areas, with NMBs less than 10% in all seasons except Fall (NMB: 23.6%) and correlation coefficients greater than 0.60 in all seasons except Summer (r: 0.56). Model predictions are compared with observations by CBSA in Figure C-11, and NMBs at individual sites in the CBSAs are shown in Figure C-12. Predictions generally agree well with observations in the individual CBSAs, although underpredictions occurred in the Chicago-Naperville-Elgin

[24] https://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php

CBSA when observed $PM_{2.5}$ concentrations were > 40 µg $m^{-3}$. The high observed values in Chicago were associated with the 4th of July holiday, and the underpredictions on July 4th and 5th have small influence on the annual $PM_{2.5}$ projections in the risk assessment. The NMB is highest for model predictions in the Birmingham-Hoover CBSA (NMB: 66%). As mentioned above, the effects of model bias are mitigated in part by use of relative response factors (i.e., the ratio model predictions from a base and emission control simulation is used in projecting $PM_{2.5}$ concentrations, and some model bias likely cancels in the ratio). For the risk assessment projections, the key aspect of the CMAQ modeling is the spatial of pattern of $PM_{2.5}$ response to changes in emissions. The spatial response pattern was examined in the 47 CBSAs and found to be reasonable even in areas with relatively high bias, such as Birmingham. In Figure C-13, the spatial response pattern associated with the 10/30 projection case for the Birmingham-Hoover CBSA is compared for the proportional projection method and the primary PM projection case based on CMAQ modeling. Relatively high $PM_{2.5}$ responsiveness occurred in the urban part of Birmingham and along arterial roads in the CMAQ-based approach. This spatial pattern is consistent with the location of $PM_{2.5}$ emission sources in Birmingham and provides a realistic spatial response pattern despite the relatively high bias in the concentration predictions. Overall, both the national model performance evaluation and the evaluation for the 47 CBSAs of the risk assessment support use of the CMAQ modeling in this application.

To inform $PM_{2.5}$ projections, annual CMAQ modeling was conducted using the same configuration and inputs as the 2015 base case simulation but with anthropogenic emissions of primary $PM_{2.5}$ or NOx and $SO_2$ scaled by fixed percentages. Specifically, seven simulations were conducted with changes in anthropogenic NOx and $SO_2$ emissions (i.e., combined NOx and $SO_2$, not separate NOx and $SO_2$ simulations) of -100%, -75%, -50%, -25%, +25%, +50%, and +75. Two simulations were conducted with changes in anthropogenic $PM_{2.5}$ emissions of -50% and +50%. The sensitivity simulations were based on emission changes applied to all anthropogenic sources throughout the year. These "across-the-board" emission changes facilitate projecting the baseline concentrations to just meet a relatively wide range of standards in areas throughout the U.S. using a feasible number of national sensitivity simulations.

**Table C-8. Performance statistics for CMAQ predictions at monitoring sites in the 47 CBSAs considered in the risk assessment.**

| Season | Average Observed (µg m$^{-3}$) | Average Modeled (µg m$^{-3}$) | MB (µg m$^{-3}$) | NMB (%) | RMSE (µg m$^{-3}$) | NME (%) | *r* |
|---|---|---|---|---|---|---|---|
| Winter | 12.40 | 13.45 | 1.05 | 8.5 | 8.03 | 42.4 | 0.61 |
| Spring | 9.17 | 9.94 | 0.77 | 8.4 | 5.15 | 38.6 | 0.62 |
| Summer | 10.35 | 10.08 | -0.27 | -2.6 | 5.51 | 34.6 | 0.56 |
| Fall | 9.00 | 11.11 | 2.12 | 23.6 | 6.26 | 45.6 | 0.67 |




**Figure C-11. Comparison of CMAQ predictions and observations at monitoring sites in the 47 CBSAs considered in the risk assessment.**




**Figure C-12.** **NMB for CMAQ $PM_{2.5}$ predictions at monitoring sites in the 47 CBSAs by season in 2015.**




**Figure C-13.** **Percent change in 2015 annual average $PM_{2.5}$ over the Birmingham CBSA associated with projecting 2014–2016 DVs at monitors to just meet an alternative NAAQS of 10/30 using the proportional projection method and the primary $PM_{2.5}$, CMAQ-based projection method.**

The two emission sensitivity scenarios (primary $PM_{2.5}$ and NOx and $SO_2$) were selected to span a wide range of possible $PM_{2.5}$ spatial response patterns. NOx and $SO_2$ emission changes influence concentrations of ammonium nitrate and ammonium sulfate, which are secondary pollutants that often have broad spatial distributions. Primary $PM_{2.5}$ emission changes have the greatest influence on $PM_{2.5}$ concentrations close to emission sources. The two distinctly different $PM_{2.5}$ response patterns for primary $PM_{2.5}$ and NOx and $SO_2$ emission changes enable $PM_{2.5}$ to be projected for a wide range of conditions. Projecting $PM_{2.5}$ for a wide range of conditions is desirable in this study because many $PM_{2.5}$ spatial response patterns can cause $PM_{2.5}$ concentrations to just meet NAAQS.

### C.1.4.4 Relative Response Factors for $PM_{2.5}$ Projection

The 2015 base case and sensitivity modeling results were used to develop RRFs for projecting $PM_{2.5}$ concentrations to correspond to just meeting NAAQS (Figure C-6, Box 2, "SMAT-CE"). Baseline $PM_{2.5}$ concentrations are projected by multiplication with RRFs. The RRF for a $PM_{2.5}$ species is calculated as the ratio of the concentration in the sensitivity simulation to that in the base case:

$$RRF_{species} = \frac{C_{sensitivity,species}}{C_{base,species}} \qquad (1)$$

where $C_{sensitivity,species}$ is the concentration of the $PM_{2.5}$ species in the sensitivity simulation, and $C_{base,species}$ is the concentration of the $PM_{2.5}$ species in the base case simulation. RRFs were calculated for each monitor, grid cell, calendar quarter, standard (annual or 24-hr), species, and sensitivity simulation using SMAT-CE version 1.2.1. RRFs are used in projecting air quality to help mitigate the influence of systematic biases in model predictions (National Resources Council,  U.S. EPA, 2018b). More details on the RRF projection method are provided in EPA's modeling guidance document (U.S. EPA, 2018b) and the user's guide for the predecessor to the SMAT-CE software (Abt Associates, 2014).

To apply the RRF approach for the risk assessment projections, RRFs for total $PM_{2.5}$ were calculated from RRFs for the individual $PM_{2.5}$ species using observation-based estimates of $PM_{2.5}$ species concentrations in SMAT-CE output. Specifically, total $PM_{2.5}$ RRFs ($RRF_{Tot,PM2.5}$) were calculated as the weighted average of the speciated RRFs using the observation-based species concentrations ($C_{species}$) as weights:

$$RRF_{Tot,\,PM2.5} = \frac{\sum RRF_{species} C_{species}}{\sum C_{species}} \qquad (2)$$

Total $PM_{2.5}$ RRFs were used to project base-case $PM_{2.5}$ concentrations as follows:

$$PM_{2.5,\,projected} = RRF_{Tot,PM2.5} PM_{2.5,\,base} \qquad (3)$$

The species concentrations used in calculating the total $PM_{2.5}$ RRFs were generally based on application of the Sulfate, Adjusted Nitrate, Derived Water, Inferred Carbonaceous material balance approacH (SANDWICH) (Frank, 2006) to measurements of $PM_{2.5}$ species

concentrations from the Chemical Speciation Network (CSN)[25] and the Interagency Monitoring of Protected Visual Environments (IMPROVE)[26] network. The SANDWICH method corrects for different artifacts in the measurements for $PM_{2.5}$ species and total $PM_{2.5}$. An alternative approach to calculating total $PM_{2.5}$ RRFs was applied for monitors and grid cells in California due to factors including missing data at the Bakersfield speciation monitor[27] throughout 2014 and part of 2015. For projections in California, RRFs were calculated directly from the ratio of CMAQ $PM_{2.5}$ concentration predictions in the sensitivity simulation to the base simulation.

By default, $PM_{2.5}$ RRFs for the annual standard are calculated using average concentrations over all modeled days in the quarter, and RRFs for the 24-hr standard are calculated using average concentrations over days with the top 10% of modeled $PM_{2.5}$ concentration in the quarter. The default approach was generally followed here, with exceptions for counties in the San Joaquin Valley (SJV) of California and Utah. In these counties[28], the average concentration over all days in the quarter was used to calculate RRFs for both the 24-hr and annual standards for sites with valid 24-hr and annual DVs. This approach was used to provide stability in projections of annual fields due the variability in the 24-hr and annual RRFs[29]. Also, RRFs were set to one[30] in the third quarter (July-September) for select counties in the San Joaquin Valley and Utah[31] to better reflect the seasonal nature of $PM_{2.5}$ in these areas (i.e., $PM_{2.5}$ concentrations are relatively high in winter).

RRFs were calculated for each combination of emission sensitivity simulation and the 2015 base case. RRFs corresponding to the percent change in emissions for each sensitivity simulation were then interpolated across the range of emission changes from -100 to +100% to facilitate iterative projections of $PM_{2.5}$ concentrations to the nearest percent emission change. $PM_{2.5}$ RRFs are shown in Figure C-14 and Figure C-15 as a function of changes in anthropogenic primary $PM_{2.5}$ and NOx and $SO_2$ emissions for monitors in the U.S. during the first and third

[25] www.epa.gov/amtic/chemical-speciation-network-csn

[26] http://vista.cira.colostate.edu/Improve/

[27] Site identification number: 060290014

[28] SJV counties: Fresno, Stanislaus, Kern, Merced, Madera, Tulare, San Joaquin, and Kings; Utah counties: Cache, Box Elder, Davis, Morgan, Weber, Juab, Utah, Salt Lake, and Tooele.

[29] This variability is less of an issue in regional modeling applications where emission changes can be targeted to time periods of elevated $PM_{2.5}$ concentrations in the area.

[30] When the RRF is 1, the projected concentration equals the base concentration (Equation 3).

[31] SJV counties: Fresno, Stanislaus, Kern, Merced, and Madera; Utah counties: Cache, Box Elder, Davis, Morgan, Weber, Juab, Utah, Salt Lake, and Tooele. This approach was not applied for Kings, Tulare, and San Joaquin counties in SJV because the percent exceedance of the annual standard was within 10% of the exceedance of the 24-hr standard suggesting that relatively uniform $PM_{2.5}$ concentrations occur throughout the year compared with the other SJV counties.

calendar quarters. Spatial fields of $PM_{2.5}$ RRFs for 50% reductions in anthropogenic primary $PM_{2.5}$ and NOx and $SO_2$ emissions are shown in Figure C-16.




**Figure C-14. Annual standard $PM_{2.5}$ RRFs for quarters 1 and 3 as a function of the percent change in anthropogenic primary $PM_{2.5}$ emissions for monitoring sites in the contiguous U.S.**




**Figure C-15. Annual standard $PM_{2.5}$ RRFs for quarters 1 and 3 as a function of the percent change in anthropogenic NOx and $SO_2$ emissions for monitoring sites in the contiguous U.S.**




**Figure C-16. Annual average $PM_{2.5}$ RRFs at CMAQ grid-cell centers for 50% reductions in anthropogenic (a) NOx and $SO_2$ and (b) primary $PM_{2.5}$ emissions.**

### C.1.4.5 2015 $PM_{2.5}$ Concentration Fields

To develop a baseline gridded $PM_{2.5}$ concentration field for projection with $PM_{2.5}$ RRFs, a Bayesian statistical model (i.e., Downscaler) was applied (Figure C-6, Box 2, "Downscaler") (Berrocal et al., 2012). Downscaler makes predictions of $PM_{2.5}$ concentrations to a spatial field of receptor points using $PM_{2.5}$ monitoring data and CMAQ model predictions as inputs. Downscaler takes advantage of the accuracy of the monitoring data and the spatial coverage of the CMAQ predictions to develop new predictions of $PM_{2.5}$ concentration over the U.S.

The Downscaler model is routinely applied by U.S. EPA to predict 24-hr average $PM_{2.5}$ concentrations at the centroids of census tracts in the contiguous U.S. (U.S. EPA, 2018a). The model configuration used here is generally consistent with the previous applications, but here predictions were made to the centers of the CMAQ model grid cells rather than to census-tract centroids. Also, $PM_{2.5}$ measurements from the IMPROVE monitoring network were used in addition to measurements included in the AQS database. 24-hr average $PM_{2.5}$ concentrations were predicted for the 2015 period, and the 24-hr $PM_{2.5}$ fields were averaged to the quarterly periods of the $PM_{2.5}$ RRFs for use in projection.

Annual average $PM_{2.5}$ concentrations from the monitoring network and CMAQ simulation that were used in model fitting are shown in Figure C-17 along with the resulting Downscaler predictions. Cross-validation statistics are provided in Table C-9 based on comparisons of Downscaler predictions against the 10% of the observations that were randomly withheld from model fitting.




**Figure C-17. Annual average of the 2015 $PM_{2.5}$ observations and CMAQ predictions used in the Downscaler model, and the annual average of the Downscaler $PM_{2.5}$ predictions.**

**Table C-9. Cross-validation statistics associated with the 2015 Downscaler predictions.**

| Number of Monitors | Mean Bias[a] (µg m$^{-3}$) | Root Mean Squared Error[b] (µg m$^{-3}$) | Mean Coverage[c] |
|---|---|---|---|
| 1101 | 0.37 | 3.17 | 0.95 |

[a]The mean of all biases across the CV cases, where the bias of each prediction is the downscaler prediction minus the observed value.
[b]The bias is squared for each CV prediction, then the square root of the mean of all squared biases across all CV predictions is obtained.
[c]A value of 1 is assigned if the measured value lies in the 95th percentile CI of the Downscaler prediction (the Downscaler prediction ± the Downscaler standard error), and 0 otherwise. This column is the mean of all those 0's and 1's.

### C.1.4.6 Projecting $PM_{2.5}$ to Just Meet the Standards

$PM_{2.5}$ was projected from baseline concentrations to levels corresponding to just meeting NAAQS using the monitoring data (section C.1.4.2), RRFs (section C.1.4.4), and baseline concentration fields (section C.1.4.5) described above. The projection was done in two steps as shown in Box 3 of Figure C-6. Projections were performed for the existing (12/35)[32] and alternative (10/30)[33] standards.

First, monitors in the CBSA of interest were identified, and concentrations from these monitors were subset from the national monitoring dataset. The measured concentrations were then projected using the corresponding $PM_{2.5}$ RRF. $PM_{2.5}$ DVs were calculated using the projected concentrations, and the difference between the maximum projected DV and target standard was determined. DV projections over the complete range of percent emission changes (-100 to 100%) were performed using bisection iteration until the difference between the

[32] Annual standard level of 12 µg m$^{-3}$ and 24-hr standard level of 35 µg m$^{-3}$

[33] Annual standard level of 10 µg m$^{-3}$ and 24-hr standard level of 30 µg m$^{-3}$

maximum projected DV in the CBSA and the standard level was zero or within the difference associated with a 1% emission change. Iterative projections of annual and 24-hr DVs were performed separately, and the controlling standard was determined as the standard requiring the greater percent emission change[34]. In cases where the emission change needed to just meet the target annual or 24-hr standard was outside of the ± 100% range, the standard could not be met using the modeled air quality scenarios. If neither the annual nor 24-hr standard could be just met with emission changes within ± 100%, then an alternative projection approach was used (discussed below).

Second, 2015 $PM_{2.5}$ concentration fields developed with Downscaler were projected according to the percent emission change required for the maximum projected DV to just meet the controlling standard. The projection was done by multiplying the gridded spatial fields of quarterly average $PM_{2.5}$ concentrations based on Downscaler modeling with the gridded spatial fields of quarterly $PM_{2.5}$ RRFs corresponding to the percent emission change required to just meet the controlling standard. The projected fields of quarterly average $PM_{2.5}$ concentrations were then averaged to produce the annual average projected field.

Since $PM_{2.5}$ concentrations can be projected in multiple ways to just meet a standard, projections were done for two scenarios that provide results for a range of $PM_{2.5}$ conditions. The first scenario is referred to as "Primary PM" or Pri-PM because projections were largely based on RRFs developed using CMAQ sensitivity simulations with primary $PM_{2.5}$ emission changes. For three CBSAs[35], standards could not be met using primary $PM_{2.5}$ emission reductions alone. $PM_{2.5}$ concentrations were projected for these areas using a combination of primary $PM_{2.5}$ and NOx and $SO_2$ emission reductions in the Primary PM scenario[36] (Figure C-18).

[34] Note that calculations are performed in terms of percent emission reduction. Therefore, in cases where DVs are projected to just meet standards greater than the baseline DVs, the required percent emission reduction is negative (i.e., an emission increase is required), and the smaller absolute percent emission change is selected as the controlling case. For example, the annual standard would be selected as controlling in a case where a 10% emission increase is needed to meet the annual standard and a 50% emission increase is needed to meet the 24-hr standard (because -10 is greater than -50).

[35] Bakersfield, Hanford-Corcoran, and Visalia-Porterville (all in California)

[36] This approach was applied by using RRFs from the NOx and $SO_2$ emission sensitivity simulations to eliminate a fraction of the difference between the maximum base DV and the standard level and then using RRFs from the primary $PM_{2.5}$ emission sensitivity simulations to eliminate the remainder of the difference. The fraction of the difference eliminated with NOx and $SO_2$ emission reductions was as follows: 0.4 for Bakersfield, 0.5 for Visalia-Porterville, and 0.6 for Hanford-Corcoran




**Figure C-18. Projection method used for each CBSA in the "Primary PM" projection case. See text for details.**

The second scenario is referred to as "Secondary PM" or Sec-PM because projections were largely based on RRFs developed using CMAQ modeling with NOx and $SO_2$ emission changes, which affect concentrations of secondary PM components such as ammonium nitrate and ammonium sulfate. For 22 CBSAs[37], standards could not be just met using NOx and $SO_2$ emission changes alone. These areas were projected using the proportional scaling method[38] (Figure C-19). The proportional method was selected to gap-fill the Secondary PM case because

[37] Altoona, PA; Atlanta-Sandy Springs-Roswell, GA; Bakersfield, CA; Chicago-Naperville-Elgin, IL-IN-WI; El Centro, CA; Elkhart-Goshen, IN; Fresno, CA; Hanford-Corcoran, CA; Las Vegas-Henderson-Paradise, NV; Los Angeles-Long Beach-Anaheim, CA; Macon, GA; Madera, CA; McAllen-Edinburg-Mission, TX; Modesto, CA; Napa, CA; New York-Newark-Jersey City, NY-NJ-PA; Prineville, OR; Riverside-San Bernardino-Ontario, CA; St. Louis, MO-IL; San Luis Obispo-Paso Robles-Arroyo Grande, CA; Visalia-Porterville, CA; Wheeling, WV-OH

[38] In the proportional method, the spatial field is uniformly scaled by a fixed percentage that corresponds to the percent difference between the controlling standard level and maximum $PM_{2.5}$ DV for the controlling standard. The controlling standard (annual or 24-hr) is identified as the one with the greater percent difference between the maximum DV and the standard level.

it is based on a spatially uniform percent change in $PM_{2.5}$ over the area that is like the conceptually broad spatial response pattern of $PM_{2.5}$ to changes in secondary $PM_{2.5}$ components. The proportional method has been used previously in the Risk and Exposure Assessment for the 2012 PM NAAQS review (U.S. EPA, 2010).




**Figure C-19. Projection method used for each CBSA in the "Secondary PM" projection case.**

The baseline 2015 concentration in the 47 CBSAs is shown in Figure C-20. These concentrations are the same as those in Figure C-17 but are shown only for the CBSAs included in the projections. In Figure C-21, the difference in annual concentration projected for the 12/35 case and the 2015 baseline concentration is shown. The positive and negative differences reflect areas where concentrations were projected to higher and lower levels to just meet the standard, respectively. In Figure C-22, the difference between the annual concentration projected for the 10/30 case and the and 2015 baseline concentration. Negative values indicate that concentrations

were projected to lower levels in all cases for the areas. The difference in projected concentrations for the 10/30 and 12/35 fields is shown in Figure C-23. Baseline and projected $PM_{2.5}$ DVs for monitors in the 47 CBSAs are provided in Table C-19, Table C-20, Table C-21, and Table C-22 in section C.6.[39]




**Figure C-20. Annual average 2015 $PM_{2.5}$ concentrations in the 47 CBSAs based on Downscaler modeling.**

[39] The tables report the percent emission reduction associated with just meeting standards in the current modeling. These values should not be interpreted as the percent emission reductions that would be required to meet the standards in other application (e.g., attainment demonstrations for state implementation plans). The modeling done here was designed to quickly project $PM_{2.5}$ fields throughout the U.S. with a broad range of model response patterns, rather than to apply model configurations and emission scenarios specific to just meeting standards most efficiently in particular regions.




**Figure C-21.** Difference between the annual average projected $PM_{2.5}$ concentrations and the 2015 baseline concentrations for the 12/35 projection cases (i.e., 12/35 – baseline).




**Figure C-22.** **Difference between the annual average projected $PM_{2.5}$ concentrations and the 2015 baseline concentrations for the 10/30 projection cases (i.e., 10/30 – baseline).**




**Figure C-23. Difference between the annual average projected $PM_{2.5}$ concentrations in the 10/30 and 12/35 cases (i.e., 10/30 – 12/35) for the Primary PM and Secondary PM projection cases.**

### C.1.4.7 Limitations

There are several limitations associated with the air quality projections. First, the baseline and projected concentrations rely on model predictions. Although state-of-the-science modeling methods were applied, and model performance was generally good, there is uncertainty associated with the model predictions. Second, due to the national scale of the assessment, the

modeling scenarios are based on "across-the-board" emission changes in which emissions of primary $PM_{2.5}$ or NOx and $SO_2$ from all anthropogenic sources throughout the U.S. are scaled by fixed percentages. Although this approach tends to target the key sources in each area, it does not tailor emission changes to specific periods or sources. More refined emission scenarios could be beneficial for projections in areas with relatively large seasonal and/or spatial variability in $PM_{2.5}$. Similarly, fine scale simulations (e.g., 4 km or less), which are not possible due to the national scale of the assessment, would be beneficial in areas with complex terrain and relatively large spatial gradients in $PM_{2.5}$. A third limitation arises because many emission cases could be applied to project $PM_{2.5}$ concentrations to just meet standards. We applied two projection cases that span a wide range of possible conditions, but these cases are necessarily a subset of the full set of possible projection cases.

### C.1.5 Risk Modeling Approach

Risk modeling for this assessment was completed using BenMAP-CE version 1.5.[40] BenMAP-CE was used to estimate risk at the 12 km grid cell level for grid cells intersected by the 47 urban study area CBSAs included in risk modeling. BenMAP-CE is an open-source computer program that calculates the number and economic value of air pollution-related deaths and illnesses. The software incorporates a database that includes many of the CR relationships, population files, and health and economic data needed to quantify these impacts. BenMAP-CE also allows the user to import customized datasets for any of the inputs used in modeling risk. For this analysis, CR functions developed specifically for this assessment were imported into BenMAP-CE (section C.1.1). The BenMAP-CE tool estimates the number of health impacts resulting from changes in air quality. BenMAP-CE can also translate these incidence estimates into monetized benefits, although that functionality was not employed for this risk assessment. Inputs to BenMAP-CE used for this risk assessment are identified above in Figure C-1 and described in detail in sections C.1.1, C.1.2C.1.3, and C.1.4.

An overall flow diagram of the risk assessment approach is provided in Figure C-24. Application of this approach resulted in separate sets of risk estimates being generated for the following three groupings of urban study areas:

- the full set of 47,
- the 30 areas controlled by the annual standard, and
- the 11 areas controlled by the 24-hr standard.

Available air quality modeling surfaces for each of the three study area groupings are summarized in Table C-10.

[40] BenMAP-CE is a free program which can be downloaded from: https://www.epa.gov/benmap.




**Figure C-24. Flow diagram of risk assessment technical approach.**

**Table C-10. Summary of available air quality scenarios for each study area set**

| | 47 Study Areas (full set) | 30 Study Areas (annually controlled) | 11 Study Areas (daily controlled) |
|---|---|---|---|
| Recent Conditions (2015) | X | X | X |
| Just meeting 12/35 μg/m$^3$ | X | X | X |
| 11 μg/m$^3$ (interpolated) | | X | |
| Just meeting 10/30 μg/m$^3$ | X | X | X |
| 9 μg/m$^3$ (extrapolated) | | X | |
| 8 μg/m$^3$ (extrapolated) | | X | |

Risk estimates are presented and discussed for each of these groupings in PA section 3.4.2, with greater emphasis being placed on results generated for the full set of 47 urban study areas and 30 annual-controlled study areas, given interest in national representation and on those

study areas where we could also consider the alternative annual standards of 8.0, 9.0 and 11.0 μg/m³.

## C.2 SUPPLEMENTAL RISK RESULTS

As noted earlier, this appendix also presents additional granular risk results that supplement the aggregated risk estimates presented and discussed in section 3.4.2 of the PA. The supplemental results are intended to provide additional context for the interpretation of summary risk estimates presented in PA section 3.4.2 and include additional line plots, maps and scatter plots illustrating the distribution of the grid-level risk estimates across ambient $PM_{2.5}$ concentrations (section C.2). Graphics provide insight into various aspects of the grid-level data underlying the summary tables presented in the PA, such as the spatial distribution of risk across the cities included in the risk assessment and how the distribution of grid-cell level risk estimates shifts as lower alternative standards are considered.

It can be challenging to understand how patterns of risk are changing under air quality simulated to just meet the current or alternative standards, due to differences in underlying demographics (e.g., size and age of population), health status (e.g., underlying death rates) and exposure (air quality conditions). To better illustrate the distribution of risk under the current standards and how that distribution changes under potential alternative standards, this section presents graphics depicting these changes both in aggregate and at the grid-cell level.

As the pattern of risk and risk reduction is similar across mortality endpoints, we focus on a single CR function to illustrate the changes graphically. Consequently, as with the graphics presented in PA section 3.4.2, the graphics presented in this section are also based on long-term exposure-related all-cause mortality modeled using a CR function obtained from Turner et al., 2016. The first set of graphics presented in this section (Figure C-25, Figure C-26, Figure C-27, Figure C-28, and Figure C-29) include results for the full set of 47 urban study areas and the second set (Figure C-30 and Figure C-31) include results for the 30 annual-controlled study areas. Graphical plots include:

- <u>Histograms</u> showing the distribution of 12 km gridded risk estimates across annual-averaged $PM_{2.5}$ concentrations (Figure C-25 and Figure C-30). These figures allow consideration of how the distribution of risk shifts when simulating air quality that just meets the current standards (12/35 μg/m³) relative to 2015 recent conditions and subsequently how that distribution of risk shifts downward when simulating air quality that just meets alternative standards of 10/30 μg/m³.
- <u>Maps</u> showing the 12 km grid-level risk estimates associated with each of the 47 urban study areas. In these representative maps each grid cell is shown as a square, with the color of the square going from green (lower risk estimates) to red (higher risk estimate)

colors. The center of the color scales (the beginning of yellow) has been set to a risk estimate of two premature deaths. This means that green squares represent grid cells where 0-1 premature deaths are estimated, yellow squares represent grid cells in which at least two premature deaths are estimated, and as the color graduation approaches red the number of estimated premature deaths increases. Separate maps are presented for

(a) the unadjusted 2015 recent conditions simulation (Figure C-26),
(b) simulation of the current standards (12/35 $\mu g/m^3$) (Figure C-27), and
(c) simulation of the change (delta) in risk between the current and alternative standards (10/30 $\mu g/m^3$) (Figure C-28).

- Scatter plots depicting the distribution of modeled risk by annual-average $PM_{2.5}$ concentration (Figure C-29 and Figure C-31). While these scatter plots present similar distributional information as the line graphs, the scatter plots allow for a more detailed consideration of the nature of the risk distribution in relation to ambient $PM_{2.5}$ levels. In these figures, each grid cell is shown as a dot, with the frequency of dots shown on a color scale from cool (green – lower frequency) to hot (red – higher frequency) colors.[41] Consequently, it is possible to consider whether, for example, a shift in risk involves a change in the magnitude of risk across higher-risk cells, or in a change in the density of lower risk cells.

Key observations resulting from review of these graphics are presented below the figures.

[41] For adjusted air quality, a small amount of risk is estimated at concentrations higher than the level of the annual standard (e.g., some risk is estimated at an average concentration of 13 $\mu g/m^3$ when air quality is adjusted to just meet the current standard). This can result because risk estimates are for a single year (i.e., 2015) within the 3-year design value period (i.e., 2014 to 2016). While the three-year average design value is 12.0 $\mu g/m^3$, a single year can have grid cells with annual average concentrations above or below 12.0 $\mu g/m^3$.

### C.2.1 Results from Full Set of 47 Study Areas




**Figure C-25. Distribution of estimated $PM_{2.5}$-associated mortality for recent conditions (2015), current standards (12/35 µg/m$^3$), and alternative standards (10/30 µg/m$^3$) simulated for all 47 urban study areas.**[42]

[42] Risk is rounded toward zero into whole $PM_{2.5}$ concentration values (e.g., risk estimate at 10 µg/m$^3$ includes risk occurring at 10.0-10.9 µg/m$^3$). Blue lines represent the Pri-PM risk estimates, green lines represent the Sec-PM risk estimates, and black lines represent the 2015 recent conditions risk estimates.




**Figure C-26. Estimated number of premature deaths (by 12 km grid cell) under 2015 recent conditions in all 47 study areas.**




**Figure C-27.** Estimated number of premature deaths (by 12 km grid cell) when just meeting the current PM standards (12/35) in all 47 study areas (Pri-PM simulation).




**Figure C-28.** Estimated reduction in the number of premature deaths (by 12 km grid cell) when going from just meeting the current standards (12/35) to just meeting the alternative standards (10/30) in all 47 study areas (Pri-PM simulation).




**Figure C-29.** **Distribution of estimated premature death (by 12 km grid cell) for the current standards (12/35 µg/m$^3$), alternative standards (10/30 µg/m$^3$), and recent conditions (2015) for all 47 urban study areas (Pri-PM simulation).**

### C.2.2 Results from Set of 30 Study Areas controlled by the Annual Standard




**Figure C-30. Distribution of estimated $PM_{2.5}$-associated mortality for recent conditions (2015), the current annual standard (12/35 µg/m$^3$), and alternative standards (8.0, 9.0, 10.0, and 11.0 µg/m$^3$) simulated for the 30 annual-controlled urban study areas (blue and green bars represent the Pri-$PM_{2.5}$ and Sec-$PM_{2.5}$ estimates, respectively).[43]**

[43] Risk is rounded toward zero into whole $PM_{2.5}$ concentration values (e.g., risk estimate at 10 µg/m$^3$ includes risk occurring at 10.0-10.9 µg/m$^3$). Blue lines represent the Pri-PM risk estimates, green lines represent the Sec-PM risk estimates, and black lines represent the 2015 recent conditions risk estimates.




**Figure C-31. Distribution of estimated premature death (by 12 km grid cell) 47 urban study areas (Pri-PM simulation) for recent conditions (2015), the current annual standard (12.0 µg/m$^3$), alternative annual standards (8.0, 9.0, 10.0, 11.0 µg/m$^3$).**

### C.2.3 Key Observations from the Suppmental Risk Results

Review of the distributional risk estimates presented in section C.2 further support the key observations presented in PA section 3.4.2. Briefly, these observations include:

- Across the full set of alternative annual standards modeled including 11.0, 10.0, 9.0, and 8.0 µg/m$^3$ (each evaluated for the 30 annually-controlled study areas), we see a consistent reduction in mortality (Figure C-30 and Figure C-31). In addition, we note that these risk reductions are associated with iteratively lower ambient $PM_{2.5}$ concentrations, such that with the lowest annual standard considered (8.0 µg/m$^3$) the majority of remaining risk occurs in grid cells with ambient $PM_{2.5}$ concentrations between 6 and 9 µg/m$^3$. In contrast, most of the risk occurring under the current standard occurs in grid cells with ambient concentrations in the range of 10-12 µg/m$^3$ (Figure C-29).
- Patterns of risk reduction seen in the summary (aggregated) risk results tables presented both in PA section 3.4 and this appendix are driven by considerable underlying variability

across both CBSAs and across the 12km grid-level risk estimates. Specifically, if we consider the maps and scatter plots presented in section C.2, we see considerable spread (i.e., variability) in the grid-level risk estimates. We note that this underlying variability in risk reflects local patterns of population density, baseline incidence, and modeled ambient $PM_{2.5}$ levels. However, it is important to also note that the underlying variability does not result from differences in CR functions, since for all mortality endpoints modeled in this analysis, national-level effect estimates were utilized.

- When considering the shift in the distribution of risks for the alternative standards (Figure C-29 and Figure C-31), we note that risk reductions are estimated in grid cells encompassing a wide range of $PM_{2.5}$ concentrations. This includes grid cells with typical (i.e., frequently occurring) concentrations (orange and red dots) as well as cells with concentrations that occur relatively infrequently (green dots). Furthermore, these shifts reflect reductions both in areas with relatively few estimated premature deaths (as represented by points near the bottom of each of the scatter plots) and in areas with much larger numbers of estimated deaths (points higher on the y-axis in these scatter plots).

## C.3 ADDITIONAL TECHNICAL DETAIL ON THE AT-RISK ANALYSIS

Our consideration of estimated risks among potentially at-risk populations in the PA focuses on addressing the following policy-relevant questions:

- **How does $PM_{2.5}$ exposure and risk compare between demographic groups when air quality just meets the current and potential alternative primary $PM_{2.5}$ annual standards?**
- **To what extent are risks estimated to decline within each demographic group when air quality is adjusted to just meet potential alternative annual standards with lower levels?**

Estimating $PM_{2.5}$ exposure and risk within various demographic populations when just meeting the current or alternative annual standard or moving from the current annual standard to an alternative annual standard requires multiple input parameters and several simplifying assumptions. An overall summary of the analytical components is provided in Table C-11 and below we discuss in detail the various data inputs and assumptions associated with the at-risk analysis presented in the PA.

**Table C-11. Summary of At-Risk Analysis Variables[a]**

| Race/Ethnicity | Concentration-Response Function | Baseline Incidence Rate |
|---|---|---|
| 1. White<br>2. Black<br>3. Asian<br>4. Hispanic<br>5. (Non-Hispanic)<br>6. (All) | 1. (Overall function)<br>2. Race/Ethnicity-stratified functions | 1. (Overall baseline incidence rate)<br>2. Race/ethnicity-stratified baseline incidence rates |

[a] Parentheses indicate the variable was used in sensitivity analyses only.

### C.3.1 Race/Ethnicity

As the 2019 ISA and the ISA Supplement noted strong support for minority populations, and particularly Black/African American populations, being at increased risk from $PM_{2.5}$-related health effects, in part due to disparities in exposure, we focused on comparing exposure and risk in Black and White populations. We also included exposure and risk information from Asians, Native Americans, and Hispanics, although there is less evidence in the PM ISAs that those demographic groups are at increased risk of $PM_{2.5}$ -related health effects or experience disparities in $PM_{2.5}$ exposure (U.S. EPA, 2019,U.S. EPA, 2022).

Population information for each demographic group from both the at-risk assessment population and the original cohort population can be found in Table C-12. In general, the proportions of White, Black, and Native American people in the Di et al., 2017 study were comparable to the proportions in the 47 urban study areas, though a slightly higher proportion of the population in the 47 areas was White. In contrast, the Asian and Hispanic subpopulations represented a smaller proportion of the Di et al., 2017 cohort than the respective population proportions in the 47 areas. Importantly, the 0.3% of Native Americans assessed by Di et al., 2017 equates to approximately 180,000 individuals, which is nearly a third of the ACS cohort (Turner et al., 2016).

**Table C-12. Demographic populations aged 65 and over residing in the full set of 47 study areas, the subset of 30 study areas controlled by the annual standard, and the original cohort.**

| Ethnicity & Race | Population in 47 Areas | Percent of Population in 47 Areas | Population in 30 Areas | Percent of Population in 30 Areas | Percent of Population in Di et al., 2017 cohort |
|---|---|---|---|---|---|
| White | 10,560,891 | 80.0 | 8,756,815 | 78.6 | 85.4 |
| Black | 1,655,695 | 12.6 | 1,551,743 | 13.9 | 8.7 |
| Asian | 927,966 | 7.0 | 801,487 | 7.2 | 1.8 |
| Native American | 51,263 | 0.4 | 36,477 | 0.3 | 0.3 |
| Non-Hispanic | 11,647,164 | 88.3 | 9,897,164 | 88.8 | - |
| Hispanic | 1,548,639 | 11.7 | 1,249,353 | 11.2 | 1.9 |

### C.3.2 Concentration-Response Functions

The following eight epidemiologic long-term exposure studies of $PM_{2.5}$ exposure and all-cause/nonaccidental/total mortality in nonwhite populations were identified in the 2019 ISA and ISA Supplement, met the minimum criteria discussed in the *Estimating $PM_{2.5}$ and Ozone-Attributable Health Benefits TSD* (U.S. EPA, 2019, U.S. EPA, 2022), and were considered for inclusion in the at-risk assessment: Awad et al., 2019, Di et al., 2017, Kioumourtzoglou et al., 2016, Parker et al., 2018, Lipfert and Wyzga, 2020, Son et al., 2020, Wang et al., 2017, and Wang et al., 2020. Summary information regarding these eight studies is available in Table C-13. Consistent with the main risk assessment, we focused on long-term exposure studies so as to not double-count effects of short-term exposures. No mortality studies for the at-risk group of children met the initial screening criteria.

**Table C-13. Summary information for available epidemiology studies of nonwhite populations considered for the at-risk assessment.**

| Study | Cohort | Study Location | Health Outcome | Study Size | Health Years | Air Quality Years | Ages | Exposure Method |
|---|---|---|---|---|---|---|---|---|
| Awad et al., 2019 | Medicare enrollees | National US | All-cause mortality | 12,095,504 movers | 2000-2012 | 2000-2012 | >64 | Hybrid |
| Di et al., 2017 | Medicare enrollees | National US | All-cause mortality | 60,925,443 persons; 22,567,924 deaths | 2000-2012 | 2000-2012 | >64 | Hybrid or Monitor |
| Kioumourtzoglou et al., 2016 | Medicare enrollees | National US (207 US cities) | All-cause mortality | 35,295,005 subjects; 11,411,282 deaths | 2000–2010 | 2000–2010 | >64 | Monitor |
| Lipfert and Wyzga, 2020 | Veterans | 31 VA clinics across 27 states | Mortality risk | Approximately 700,000 males | 1976-2001 | 1999-2001 | Average age at entry approximately 52 | Hybrid or Monitor |
| Parker et al., 2018 | NHIS | National US | All-cause mortality | 657,238 adults | 1997-2009 | 2004 | >24 | Hybrid |
| Son et al., 2020 | North Carolina residents | North Carolina | Total mortality | 775,338 cases (i.e., total deaths) with 3,410,015 control days | 2002-2013 | 2002-2013 | All | Hybrid or Monitor |
| Wang et al., 2017 | Medicare enrollees | 7 U.S. southeast states: AL, FL, GA, MS, NC, SC, TN | All-cause mortality | 13.1 million Medicare beneficiaries; 4.7 million deaths | 2000-2013 | 2000-2013 | >64 | Hybrid |
| Wang et al., 2020 | Medicare enrollees | National US | Non-accidental mortality | 52,954,845 Medicare beneficiaries; 15,324,059 deaths | 2000-2008 | 2000-2008 | >64 | Hybrid |

We evaluated the available studies and concentration-response functions to determine if sufficient information exists for use in a quantitative analysis and to determine which study or studies best characterizes at-risk populations across the U.S. Of the available studies from the 2019 ISA, Di et al., 2017 was the largest nationwide study, covered one of the most recent and longest time spans, used a sophisticated exposure estimation technique, and provided sufficient information to apply risk models quantifying increased risks to the following demographic groups: White, Black, Asian, Native American, and Hispanic (Table C-14). Although effect estimates from Di et al., 2017 were derived from a cohort aged 65 and older and the study did not provide a non-Hispanic concentration-response function to directly compare to the Hispanic concentration-response function, it was identified as best characterizing populations potentially at increased risk of long-term $PM_{2.5}$-attributable all-cause mortality. Health impact functions, including beta parameters and standard errors (SE), were developed for each at-risk population demographic described by Di et al., 2017 and are available in Table C-14.

**Table C-14. At-risk hazard ratios, beta coefficients, and standard errors from Di et al., 2017 used in this at-risk assessment.**

| Demographic Population | Risk of Death Associated with 10 µg/m$^3$ Increase in $PM_{2.5}$ | Beta Coefficient (SE) |
|---|---|---|
| White | 1.063 (1.060, 1.065) | 0.0061 (0.0001) |
| All | 1.073 (1.071, 1.075) | 0.0070 (0.0001) |
| Hispanic | 1.116 (1.100, 1.133) | 0.0110 (0.0008) |
| Black | 1.208 (1.199, 1.217) | 0.0189 (0.0004) |
| Asian | 1.096 (1.075, 1.117) | 0.0092 (0.0010) |
| Native American | 1.100 (1.060, 1.140) | 0.0095 (0.0019) |

### C.3.3 Age

Concentration-response functions stratified by race and ethnicity from Di et al., 2017 were only available for ages 65-99. Therefore, this at-risk analysis only evaluated a single age range group of 65-99 years.

### C.3.4 Baseline Incidence Rates

BenMAP-CE includes baseline incidence rates at the most geographically- and age-specific levels available for each health endpoint assessed. For many locations within the U.S., these data are resolved at the county- or state-level, providing a better characterization of the geographic distribution of mortality rates than the national-level rates. Race- and ethnicity-stratified baseline incidence rates from 2007-2016 Census data were recently improved for the all-cause mortality health endpoint, by adding the geographic level option of rural/urban state

between county-level and state-level (sections C.3.4.1 and C.3.4.2). Both overall and race/ethnicity-stratified baseline rates are used in this at-risk analysis (section C.3.4.2).

### C.3.4.1 Race-Stratified Baseline Incidence Rates

To estimate race-stratified and age-stratified incidence rates at the county level, we downloaded all-cause and respiratory mortality data from 2007 to 2016 from the CDC WONDER mortality database.[44] Race-stratified incidence rates were calculated for the following age groups: < 1 year, 1-4 years, 5-14 years, 15-24 years, 25-34 years, 35-44 years, 45-54 years, 55-64 years, 65-74 years, 75-84 years, and 85+ years. To address the frequent county-level data suppression for race-specific death counts, we stratified the county-level data into two broad race categories, White and minority populations. In a later step, we stratified the minority incidence rates by race (Black, Asian, Native American) using the relative magnitudes of incidence values by race at the regional level, described in more detail below.

We followed methods outlined in Section D.1.1 of the BenMAP User Manual with one notable difference in methodology; we included an intermediate spatial scale between county and state for imputation purposes.[45] We designated urban and rural counties within each state using CDC WONDER and, where possible, imputed missing data using the state-urban and state-rural classifications before relying on broader statewide data. We followed methods for dealing with suppressed and unreliable data at each spatial scale as described in Section D.1.1.

A pooled minority incidence rate masks important differences in mortality risks by race. To estimate county-level mortality rates by individual race (Black, Asian, Native American), we applied regional race-specific incidence relationships to the county-level pooled minority incidence rates. We calculated a weighted average of race-specific incidence rates using regional incidence rates for each region/age/race group normalized to one reference population (the Asian race group) and county population proportions based on race-specific county populations from CDC WONDER where available. In cases of population suppression across two or more races per county, we replaced all three race-specific population proportions derived from CDC WONDER with population proportions derived from 2010 Census data in BenMAP-CE (e.g., 50 percent Black, 30 percent Asian, 20 percent Native American).

### C.3.4.2 Ethnicity-Stratified Baseline Incidence Rates

To estimate ethnicity-stratified and age-stratified incidence rates at the county level, we downloaded all-cause and respiratory mortality data from 2007 to 2016 from the CDC

---

[44] https://wonder.cdc.gov/

[45] https://www.epa.gov/sites/default/files/2015-04/documents/benmap-ce_user_manual_march_2015.pdf

WONDER mortality database.[46] Ethnicity-stratified incidence rates were calculated for the following age groups: < 1 year, 1-4 years, 5-14 years, 15-24 years, 25-34 years, 35-44 years, 45-54 years, 55-64 years, 65-74 years, 75-84 years, and 85+ years. We stratified county-level data by Hispanic origin (Hispanic and non-Hispanic). We followed the methods outlined in Section D.1.1 to deal with suppressed and unreliable data. We also included an intermediate spatial scale between county and state designating urban and rural counties for imputation purposes, described in detail in Section D.1.3 of the BenMAP User Manual.[47]

### C.3.5 Selection of Air Quality Simulation Approach

Concentration fields associated with just meeting the current and alternative standards in the 47 urban study areas were based on adjusting 2015 modeled concentrations using CMAQ sensitivity modeling with emission reductions applied throughout the modeling domain. This approach was applied to develop realistic concentration fields that correspond to just meeting standards in the 47 areas. Two distinctly different emission cases were used (Pri-PM and Sec-PM) to examine the sensitivity of results to the air quality adjustment approach. For characterizing risk in at-risk populations, we used air quality fields from the Pri-PM adjustment case alone. In the Pri-PM case, the air quality adjustments for a given area are largely associated with emission reductions within that area due to the local nature of air quality impacts from primary PM sources. For the Sec-PM case, the air quality adjustments may be strongly associated with sources located outside of the area. Since the at-risk calculations are performed for population groups within the 47 urban study areas alone, the Pri-PM adjustment case (in which air quality adjustments are primarily associated with emission sources within the 47 areas) is most appropriate for the at-risk analysis.

## C.4 SUPPLEMENTAL AT-RISK RESULTS

Absolute numbers of all-cause premature mortality cases within each racial and ethnic population demographic are available in Table C-15 for total attributable burden under either the current or alternative standards and Table C-16 for the change in risk estimates when moving from the current to a potential alternative annual standard for both the full set of 47 urban study areas and the subset of 30 annually-controlled areas.

---

[46] https://wonder.cdc.gov/

[47] https://www.epa.gov/sites/default/files/2015-04/documents/benmap-ce_user_manual_march_2015.pdf

**Table C-15. Estimates of total $PM_{2.5}$-associated mortality by demographic population for air quality adjusted to just meet the current or alternative standards.**

| Study Areas | Modeling Scenario | Ethnicity & Race | | | | |
|---|---|---|---|---|---|---|
| | | White | Black | Hispanic | Asian | Native American |
| 47 areas | Just meeting 12/35 µg/m³ | 29,400 (28,200 to 30,400) | 13,600 (13,100 to 14,100) | 4,850 (4,220 to 5,460) | 1,930 (1,530 to 2,300) | 125 (77.9 to 169) |
| | Just meeting 10/30 µg/m³ | 25,200 (24,300 to 26,200) | 11,700 (11,300 to 12,100) | 4,160 (3,610 to 4,680) | 1,650 (1,310 to 1,970) | 108 (66.9 to 146) |
| 30 areas | Just meeting 12/35 µg/m³ | 24,900 (23,900 to 25,800) | 12,800 (12,400 to 13,300) | 3,970 (3,450 to 4,460) | 1,640 (1,300 to 1,960) | 87.9 (54.6 to 119) |
| | Interpolated to 11 µg/m³ | 23,100 (22,200 to 24,000) | 11,900 (11,500 to 12,400) | 3,680 (3,200 to 4,140) | 1,520 (1,210 to 1,820) | 81.5 (50.6 to 110) |
| | Just meeting 10/30 µg/m³ | 21,300 (20,500 to 22,100) | 11,000 (10,600 to 11,400) | 3,380 (2,940 to 3,810) | 1,400 (1,110 to 1,670) | 75.1 (46.5 to 102) |
| | Extrapolated to 9 µg/m³ | 19,600 (18,800 to 20,300) | 10,100 (9,740 to 10,500) | 3,090 (2,680 to 3,480) | 1,280 (1,010 to 1,530) | 68.6 (42.4 to 93.0) |
| | Extrapolated to 8 µg/m³ | 17,800 (17,100 to 18,400) | 9,180 (8,840 to 9,510) | 2,790 (2,420 to 3,140) | 1,150 (913 to 1,380) | 62.0 (38.3 to 84.3) |

**Table C-16. Change in $PM_{2.5}$-associated mortality by demographic population for air quality adjusted to just meet the current or alternative standards.**

| Study Areas | Modeling Scenario | Ethnicity & Race | | | | |
|---|---|---|---|---|---|---|
| | | White | Black | Hispanic | Asian | Native American |
| 47 areas | 12/35-10/30 µg/m³ | 4,380 (4,200 to 4,540) | 2,280 (2,190 to 2,370) | 771 (665 to 872) | 302 (238 to 364) | 18.9 (11.6 to 26.0) |
| 30 areas | 12/35-11 (interpolated) µg/m³ | 1,890 (1,810 to 1,960) | 1,090 (1,050 to 1,130) | 327 (282 to 371) | 133 (104 to 160) | 7.04 (4.29 to 9.68) |
| | 12/35-10/30 µg/m³ | 3,760 (3,610 to 3,900) | 2,170 (2,080 to 2,250) | 652 (563 to 737) | 264 (208 to 319) | 14.0 (8.57 to 19.3) |
| | 12/35-9 (extrapolated) µg/m³ | 5,630 (5,410 to 5,840) | 3,220 (3,100 to 3,340) | 973 (840 to 1,100) | 395 (311 to 476) | 21.0 (12.8 to 28.7) |
| | 12/35-8 (extrapolated) µg/m³ | 7,490 (7,190 to 7,770) | 4,260 (4,090 to 4,420) | 1,290 (1,120 to 1,460) | 525 (414 to 631) | 27.8 (17.0 to 38.1) |

For visual purposes only the central risk estimates are included in the at-risk results presented in chapter 3 of the PA (section 3.4.2), but an example of the 95th percentile confidence interval (CI) risk estimate spans resulting from the epidemiologic concentration-response functions are provided in Figure C-32. The lower open circle represents the 2.5th percentile and the higher open circle represents the 97.5th percentile CI for each population demographic. CIs are derived from the concentration-response relationships presented in Di et al., 2017 (Figure C-13). While the Hispanic and Native American risk rate CIs often overlap, the Black risk rate estimates are consistently higher than the White risk rates, and the Asian risk rates are consistently lower than the White risk rates (Figure C-32).




**Figure C-32. Race- and ethnicity-stratified 95th percentile (2.5th percentile to 97.5th percentile) confidence interval risk estimates for recent conditions (2015), the current standard, and potential alternative standard air quality surfaces.**

As the risk rate calculation integrates both population-specific baseline incidence rates and concentration-response relationships with exposure information, we wanted to separate the impacts of each data input. To distinguish the impacts of race-stratified concentration-response functions from baseline incidence rates on the results, we provide the average $PM_{2.5}$-attributable risk by demographic population in the full set of 47 urban study areas for the current standards, potential alternative standards, and recent condition (2015) air quality surfaces within each demographic group. Figure C-33 and Figure C-34 provide this information when just meeting current and alternative standards or shifting between the current and potential alternative annual standards, respectively.

Generally, race-stratified concentration-response functions increased the population-normalized risk estimated in nonwhite populations, with the greatest magnitude increase occuring in Black populations, followed by Hispanic populations, and decreased risk estimated in White populations. Di et al., 2017 did not provide a concentration-response function for the non-Hispanic population, so only the overall concentration-response function was applied to non-Hispanics in these supplemental analyses.

Many factors effect race/ethnicity-stratified baseline incidence rates, such as access to medical care, socioeconomic status, and underlying health issues. As such, race/ethnicity-stratified baseline incidence rates impacted by each race and ethnicity differently. Race/ethnicity-stratified baseline incidence rates increased risk estimates substantially in Black populations and slightly in White and non-Hispanic populations. In contrast, race/ethnicity-stratified baseline incidence rates decreased risk rates estimated in Hispanic, Asian, and Native American populations.




**Figure C-33.** **Effect of race-stratified concentration-response (CR) functions and baseline incidence rates on the average $PM_{2.5}$-attributable risk by demographic population in the 47 study areas for the current standard, potential alternative standard, and recent conditions (2015) air quality surfaces within each demographic group.**




**Figure C-34. Effect of race-stratified CR functions and baseline incidence rates on the average $PM_{2.5}$-attributable risk reductions by demographic population in the 47 study areas when shifting from the current to the potential alternative standards within each demographic group.**

As the annual design values for many study areas required rolling up to just meet the current standard (section C.1.4.6), for informational purposes we provide cumulative distribution plots of $PM_{2.5}$ exposure and $PM_{2.5}$-attributable mortality risk per 100,000 people by demographic group for the recent condition year 2015, along with the plots for just meeting the current standards for direct comparison (Figure C-35). Several caveats should be noted when comparing the recent conditions air quality surface to those adjusted to just meet current or recent air quality conditions. Importantly, the at-risk analysis focuses on the Pri-PM adjustment approach (section C.3.4.2), in which emission increases in areas below the current standard occur predominately at and around the urban cores of the study areas. This could lead to a simulated increase of disproportionate $PM_{2.5}$ exposures in demographic populations that frequently reside at and around the urban core. Conversely, disproportionate $PM_{2.5}$ concentrations in demographic populations residing in areas above the current standards may be obscured when concentrations are adjusted downward to just meet the current standard.




**Figure C-35. $PM_{2.5}$ concentrations and $PM_{2.5}$-attributable risk by demographic population for recent air quality conditions (2015) and air quality simulated to just meet the current PM standards.**

Another aspect of lowering the annual $PM_{2.5}$ standard is the percent of overall risk attributable to $PM_{2.5}$ exposure. Table C-17 shows that the percent of baseline risk is higher in racial/ethnic minority demographics in all scenarios analyzed. Additionally, some minority populations may experience a greater decrease in the percent of baseline $PM_{2.5}$-attributable risk.

**Table C-17. Percent of mortality baseline incidence attributable to $PM_{2.5}$ under the current and potential alternative standards.**

| Ethnicity & Race | % of Baseline $PM_{2.5}$-Attributable Risk Under the Current Standard (12/35) | | % of Baseline $PM_{2.5}$-Attributable Risk Under an Alternative Standard (11) | % of Baseline $PM_{2.5}$-Attributable Risk Under an Alternative Standard (10/30) | | % of Baseline $PM_{2.5}$-Attributable Risk Under an Alternative Standard (9) | % of Baseline $PM_{2.5}$-Attributable Risk Under an Alternative Standard (8) |
|---|---|---|---|---|---|---|---|
| | 47 areas | 30 areas | 30 areas | 47 areas | 30 areas | 30 areas | 30 areas |
| White | 6 | 7 | 6 | 5 | 6 | 5 | 5 |
| Black | 19 | 20 | 18 | 17 | 17 | 15 | 14 |
| Hispanic | 11 | 12 | 11 | 10 | 10 | 9 | 8 |
| Asian | 10 | 10 | 9 | 8 | 8 | 8 | 7 |
| Native American | 9 | 10 | 9 | 8 | 9 | 8 | 7 |

## C.5 CHARACTERIZING VARIABILITY AND UNCERTAINTY IN RISK ESTIMATES

An important component of the risk assessment is the characterization of variability and uncertainty. Variability refers to the heterogeneity of a variable of interest within a population or across different populations. Variability is inherent and cannot be reduced through further research. Hence, the design of a population-level risk assessment is often focused on effectively characterizing variability in estimated risks across populations. Uncertainty refers to the lack of knowledge regarding the actual values of inputs to an analysis. In contrast to variability, uncertainty can be reduced through improved measurement of key variables and ongoing model refinement. This section discusses our approaches to addressing key sources of variability and uncertainty in the $PM_{2.5}$ risk assessment.

Variability in the risk of $PM_{2.5}$-associated mortality could result from a number of factors. These can include variation in $PM_{2.5}$ exposures within and across populations (e.g., due to differences in behavior patterns, building characteristics, air quality patterns etc.) and in the health responses to those exposures (e.g., because some groups are at increased risk of PM-related health effects). There is also variation over space and time in both $PM_{2.5}$ itself (e.g., concentrations, air quality patterns) and in the ambient pollutants that co-occur with $PM_{2.5}$. In the $PM_{2.5}$ risk assessment discussed in this PA, we account for these and other sources of variability, in part, by estimating risks based on CR functions from a number of epidemiologic studies. These studies evaluate $PM_{2.5}$ health effect associations for either annual or daily $PM_{2.5}$ exposures across various time periods; in numerous geographic locations, encompassing much or all of the U.S.; in various populations, including some with the potential to be at higher risk than the

general population (e.g., older adults); and using a variety of methods to estimate $PM_{2.5}$ exposures (e.g., hybrid modeling approaches and monitors) and to control for potential confounders. In selecting areas in which to estimate $PM_{2.5}$-associated risks, we include areas that cover multiple regions of the U.S., with varying population demographics. Additionally, we use two different strategies for adjusting $PM_{2.5}$ air quality, reflecting the potential for changes in ambient $PM_{2.5}$ concentrations to be influenced by changes in primary $PM_{2.5}$ emissions and by changes in precursor emissions that contribute to secondary particle formation.

Beyond the reliance on information from multiple epidemiologic studies to account for the variability in key risk assessment inputs, we use a combination of quantitative and qualitative approaches to characterize the remaining risk estimates uncertainty more explicitly. The characterization of uncertainty associated with risk assessments is often addressed in the regulatory context using a tiered approach in which progressively more sophisticated methods are used to evaluate and characterize sources of uncertainty depending on the overall complexity of the risk assessment (WHO, 2008). Guidance documents developed by the EPA for assessing air toxics-related risk and Superfund Site risks (U.S. EPA, 2004 U.S. EPA, 2001) as well as recent guidance from the World Health Organization (WHO, 2008) specify multitiered approaches for addressing uncertainty. The WHO guidance presents a four-tiered approach, where the decision to proceed to the next tier is based on the outcome of the previous tier's assessment. The four tiers described in the WHO guidance include:

- Tier 0 – recommended for routine screening assessments, uses default uncertainty factors (rather than developing site-specific uncertainty characterizations);
- Tier 1 – the lowest level of site-specific uncertainty characterization, involves qualitative characterization of sources of uncertainty (e.g., a qualitative assessment of the general magnitude and direction of the effect on risk results);
- Tier 2 – site-specific deterministic quantitative analysis involving sensitivity analysis, interval-based assessment, and possibly probability bound (high- and low-end) assessment; and
- Tier 3 – uses probabilistic methods to characterize the effects on risk estimates of sources of uncertainty, individually and combined.

With this four-tiered approach, the WHO framework provides a means for systematically linking the characterization of uncertainty to the sophistication of the underlying risk assessment. Ultimately, the decision as to which tier of uncertainty characterization to include in a risk assessment will depend both on the overall sophistication of the risk assessment and the availability of information for characterizing the various sources of uncertainty. EPA staff used the WHO guidance as a framework for developing the approach used for characterizing uncertainty in this risk assessment. The overall analysis in the PM NAAQS risk assessment is relatively complex, thereby warranting consideration of a full probabilistic (WHO Tier 3)

uncertainty analysis. However, limitations in available information prevent this level of analysis from being completed at this time. In particular, the incorporation of uncertainty related to key elements of CR functions (e.g., alternative functional forms, etc.) into a full probabilistic WHO Tier 3 analysis would require that probabilities be assigned to each competing specification of a given model element (with each probability reflecting a subjective assessment of the probability that the given specification is the "correct" description of reality). However, for many model elements there is insufficient information on which to base these probabilities. One approach that has been taken in such cases is expert elicitation; however, this approach is resource- and time-intensive and consequently, it was not feasible to use this technique in the current PM NAAQS reconsideration to support a WHO Tier 3 analysis.

For most elements of this risk assessment, rather than conducting a full probabilistic uncertainty analysis, we have included qualitative discussions of the potential impact of uncertainty on risk results (WHO Tier1) and/or completed sensitivity analyses assessing the potential impact of sources of uncertainty on risk results. The remainder of this section is organized as follows. Those sources of uncertainty addressed <u>quantitively</u> in the risk assessment are discussed in section C.5.1. Those sources of uncertainty addressed <u>qualitatively</u> in the risk assessment are discussed in section C.5.2. Below we summarize key findings from both the qualitative and quantitative assessments of variability and uncertainty in the context of assessing overall confidence in the risk assessment and its estimates.

### C.5.1 Quantitative Assessment of Uncertainty

The risk assessment includes three components which allow us to quantitatively evaluate the impact of potentially important sources of uncertainty on the risk estimates generated. Each of these is discussed below including conclusions drawn from each assessment regarding the potential importance of each source of uncertainty:

- *95 percent CIs around point estimates of mortality risk:* Each of the point estimates presented in the results section includes 95 percent CIs generated by BenMAP-CE, reflecting the standard error associated with the underlying effect estimate (i.e., a measure of the statistical precision of the effect estimate). There is variation in the range of 95 percent CIs associated with the point estimates generated for this analysis, with some CR functions displaying substantially greater variability than others (e.g., Ito et al., 2013, tables in section 3.4.2 of the PA). There are a number of factors potentially responsible for the varying degrees of statistical precision in effect estimates, including sample size, exposure measurement error, degree of control for confounders/effect modifiers, and variability in $PM_{2.5}$ concentrations.
- *Inclusion of multiple mortality estimates reflecting variation in CR functions across studies*: For mortality endpoints, we include risk estimates reflecting multiple epidemiology studies and associated study designs (e.g., age ranges, methods for controlling potential confounders). In some instances, we find that the CR function used

has only a small impact on risk estimates(e.g., Turner et al., 2016 and Di et al., 2017). The degree to which different CR functions result in different risk estimates could reflect differences in study design and/or study populations evaluated, as well as other factors. In most instances in this risk assessment, the CR function used has only a small impact on risk estimates (e.g., Di et al., 2017). Details regarding the design of epidemiology studies providing effect estimates for this risk assessment are presented in Table C-1.

- *Evaluation of two different strategies for simulating air quality scenarios:* Two methods are employed to adjust air quality in order to simulate just meeting the current and alternative standards, which could represent potential bounding scenarios of $PM_{2.5}$ concentrations changes across the study area (i.e., the Pri-PM-based method and the Sec-PM based method). Our evaluation of these methods reflects the fact that there is both variability and uncertainty in how emissions in a particular area could change such that the area "just meets" either the current or alternative standards. By modeling risks based on adjusted primary $PM_{2.5}$ emissions and based on adjusted precursor emissions that contribute to secondary $PM_{2.5}$ formation, the risk assessment provides insight into the potential significance of this source of uncertainty. As discussed in section 3.4.2 of this PA, the approach to adjusting air quality had relatively modest impacts on overall risk estimates. Specifically, the difference between the absolute risk estimates from two air quality modeling approach methods was generally less than 5% (PA section 3.4.2).

### C.5.2 Qualitative Uncertainty Analysis

While the methods described above address some of the potentially important sources of uncertainty and variability in the risk assessment, there are a range of additional sources that cannot be analyzed quantitatively due to limitations in data, methods and/or resources. We have addressed these additional sources of uncertainty qualitatively (Table C-18).

In describing each source of uncertainty, we attempt to characterize both the magnitude and direction of impact on mortality risk estimates, including our rationale for these characterizations. The categories used in describing the potential magnitude of impact (i.e., low, medium, or high) reflect EPA staff judgments on the degree to which a particular source of uncertainty could produce a sufficient impact on risk estimates to influence the interpretation of those estimates in the context of the PM NAAQS reconsideration. Sources classified as having a *low* impact would not be expected to influence conclusions from the risk assessment. Sources classified as having a *medium* impact have the potential to affect such conclusions and sources classified as *high* are likely to influence conclusions. Because this classification of the potential magnitude of impact of sources of uncertainty is qualitative, it is not possible to place a quantitative level of impact on each of the categories.

**Table C-18. Qualitative analysis of sources of uncertainty and assessment of potential impact on risk assessment.**

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
|---|---|---|---|---|
| Shape and corresponding statistical uncertainty around the CR function for long-term and short-term exposure-related mortality (especially at lower ambient PM levels) | Interpreting the shapes of concentration-response relationships, particularly at $PM_{2.5}$ concentrations near the lower end of the air quality distribution, can be complicated by relatively low data density in the lower concentration range, the possible influence of exposure measurement error, and variability among individuals with respect to air pollution health effects. These sources of variability and uncertainty tend to smooth and "linearize" population-level concentration-response functions, and thus could obscure the existence of a threshold or nonlinear relationship (U.S. EPA, 2015, section 6.c). | Both | Medium-High | With regard to long-term exposure-related (nonaccidental) mortality, the ISA concludes that the majority of evidence supports a linear, no-threshold concentration-response relationship, though there is initial evidence indicating that the slope of the concentration-response curve may be steeper at lower concentrations for cardiovascular mortality (U.S. EPA, 2019, section 1.5.3.2). For long-term exposure-related mortality, the ISA notes that there is less certainty in the shape of the concentration-response curve at mean annual $PM_{2.5}$ concentrations generally below 8 $\mu g/m^3$ because data density is reduced below this concentration (2019 ISA, section 11.2.4). Given that a portion of risk modeling in the risk assessment does involve locations with ambient $PM_{2.5}$ concentrations below 8 $ug/m^3$ (although most of the population modeled is associated with level above this), we note the potential for significant uncertainty being introduced into the risk assessment (particularly for that portion of risk modeled at or below 8 $ug/m^3$). With regard to short-term exposure-related mortality, the ISA concludes that, while difficulties remain in assessing the shape of the $PM_{2.5}$-mortality concentration-response relationship, as identified in the 2009 PM ISA, and studies have not conducted systematic evaluations of alternatives to linearity, recent studies continue to provide evidence of a no-threshold linear relationship, with less confidence at concentrations lower than 5 $\mu g/m^3$. |
| Representing population-level exposure with 12 km grid | As with long-term exposure-related mortality, short-term exposure-related mortality endpoints were also modeled | Both | Medium-High | Three studies providing effect estimates for short-term exposure-related mortality in the risk assessment all utilized some form of urban-level |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
|---|---|---|---|---|
| cell spatial framework (in context of modeling short-term exposure-related mortality) | using the same 12 km grid cell template. The disconnect between the spatial template used in the underlying short-term epidemiology studies and the 12 km grid template used in the risk assessment introduces uncertainty into risk estimates. | | | spatial unit in characterizing exposure (e.g., Baxter et al. (2017) utilizes the CBSA, Ito et al. (2013), utilizes the MSA), which are larger (less spatially differentiated) in general than the 12 km grid cells used in modeling risk. This means that we are generally modeling short-term exposure-related mortality at a finer level of spatial resolution in the risk assessment than reflected in the epidemiology studies supplying the effect estimates, which does introduce uncertainty into the analysis. |
| Representing population-level exposure with 12 km grid cell spatial framework (in context of modeling long-term exposure-related mortality) | The risk assessment utilizes a 12 km grid structure in modeling risk. A source of uncertainty associated with this approach is the mismatch between the 12 km grid cell framework and the exposure estimation approaches used in the epidemiology studies providing effect estimates for the risk assessment. This mismatch can introduce additional exposure error to risk estimates, beyond the error inherent to the underlying epidemiologic study. | Both | Medium | There are a variety of spatial templates used across the epidemiology studies providing CR functions used in the risk assessment and none of them are an exact match with the 12 km grid cell template used in the risk assessment. Jerrett et al. (2013), Pope et al. (2015)Differences between the exposure metric used in the risk assessment and those used in the underlying epidemiologic studies introduce uncertainty into risk estimates. |
| Simulating just meeting alternative annual standards with levels of 8.0, 9.0, and 11.0 ug/m$^3$ using linear extrapolation/ interpolation | The use of extrapolation/ interpolation in simulating just meeting annual standards introduces uncertainty into the risk assessment since this approach does not fully capture potential non-linearities associated with the formation of secondary $PM_{2.5}$. | Both | Medium | Extrapolation to generate the surfaces for 9.0 and 8.0 µg/m$^3$ are subject to greater uncertainty than interpolation to 11.0 µg/m$^3$ (i.e., since the former estimates concentrations below those in modeled surfaces, while the latter estimates a surface between two sets of modeled results). In addition, linear extrapolation/interpolation based on the primary-PM modeled surfaces (for current standard and 10.0 µg/m$^3$) is likely subject to less uncertainty than extrapolation/interpolation based on the secondary-PM modeled surfaces since the latter focus on secondary formation which could involve a higher degree of non-linearity. |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
|---|---|---|---|---|
| Simulating just meeting current and alternative standards using model-based (Downscaler) methods | The baseline and adjusted concentration fields were developed using modeling to fill spatial and temporal gaps in monitoring and to explore air quality scenarios of policy interest. State-of-the-science modeling methods were used, but model-related biases and errors can introduce uncertainty into the $PM_{2.5}$ concentration estimates.<br>b) Due to the national scale of the assessment, the modeling scenarios are based on "across-the-board" emission changes in which emissions of primary $PM_{2.5}$ or $NO_x$ and $SO_2$ from all anthropogenic sources throughout the U.S. are scaled by fixed percentages. Although this approach tends to target the key sources in each area, it does not tailor emission changes to specific periods or sources.<br>c) Two adjustment cases were applied that span a wide range of emission conditions, but these cases are necessarily a subset of the full set of possible emission cases that could be used to adjust $PM_{2.5}$ concentrations to just meet standards. | This source of uncertainty could bias results in either direction. | Medium | Use of state-of-the-science modeling systems with the relative response factor adjustment approach provides confidence in the broad features of the simulated national $PM_{2.5}$ distributions and how the distributions shift with changing standards levels. Due to challenges in modeling local features in the national annual simulations, quantitative results for individual areas or small subsets of grid cells are relatively uncertain compared with broad features of the national $PM_{2.5}$ distributions. |
| Potential confounding of the $PM_{2.5}$-mortalty effect | Factors are considered potential confounders if demonstrated in the scientific literature to be related to health effects and correlated with PM. Omitting potential confounders from analyses could either increase or decrease the magnitude of $PM_{2.5}$ effect estimates (e.g., Di et al., 2017, Figure S2 in Supplementary Materials). Thus, not accounting for | Both | Medium | Long-term $PM_{2.5}$ exposure and mortality studies: For studies of long-term exposures, potential confounders are those that vary spatially or temporally. These may include socioeconomic status, race, age, medication use, smoking status, stress, noise, occupational exposures, and copollutant concentrations. Cohort studies used to characterize the $PM_{2.5}$-mortality relationship used a variety of approaches to account for these and other |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
| --- | --- | --- | --- | --- |
| | confounders can introduce uncertainty into effect estimates and, consequently, into the risk estimates generated using those effect estimates. Confounders vary according to study design, exposure duration, and health effect. While a range of approaches to control for potential confounders have been adopted across the studies used in the risk assessment, and across the broader body of $PM_{2.5}$ epidemiologic studies assessed in the ISA, no individual study adjusts for all potential confounders. | | | potential confounders (e.g., see Appendix B). Across studies, a variety of study designs and statistical approaches have been used to account for potential confounding in the $PM_{2.5}$-mortality relationship. The fact that across this diverse body of evidence epidemiologic studies continue to report consistently positive associations that are often similar in magnitude, adds support the conclusion that the $PM_{2.5}$-mortality association is robust. Specifically regarding copollutants, the final PM ISA notes that, overall, associations remained relatively unchanged in copollutant models for total (nonaccidental) mortality, cardiovascular, and respiratory adjusted for ozone. Studies focusing on copollutant models with $NO_2$, $PM_{10-2.5}$, $SO_2$ and benzene were examined in individual studies, and across these studies the $PM_{2.5}$-mortality association was relatively unchanged.<br>Short-term $PM_{2.5}$ exposure and mortality studies: For studies of short-term exposures, potential confounders are those that vary temporally. These may include meteorology (e.g., temperature, humidity), day of week, season, medication use, allergen exposure, copollutant concentrations, and long-term temporal trends. Some recent studies have expanded the examination of potential confounders, including long-term temporal trends, weather, and copollutants. Overall, the ISA concludes that alternative approaches to controlling for long-term temporal trends and for the potential confounding effects of weather may influence the magnitude of the association between $PM_{2.5}$ exposures and mortality, but have not been found to influence the direction of the observed association (U.S. EPA, 2019, section 11.1.5.1). With regard to |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
| --- | --- | --- | --- | --- |
| | | | | copollutants, recent studies conducted outside the U.S. provide additional evidence that associations between short-term $PM_{2.5}$ exposures and mortality remain positive and relatively unchanged in copollutant models with both gaseous pollutants and $PM_{10\text{-}2.5}$ (U.S. EPA, 2019, Section 11.1.4). |
| Lag structure in short-term exposure-related mortality epidemiology studies | It can be challenging to characterize the timing associated with specific $PM_{2.5}$-related health effects and consequently specify the lag-structure that should be used in modeling those health effects. This can introduce uncertainty into the modeling of risk for short-term exposure-related endpoints. | Both | Low-Medium | Given the emphasis placed in the risk assessment on mortality, we focus here on lags associated with all-cause mortality. |
| Compositional and source differences in PM | The composition of $PM_{2.5}$ can differ across study areas reflecting underlying differences in primary and secondary $PM_{2.5}$ sources (both natural and anthropogenic). If these compositional differences lead to differences in public health impacts (per unit concentration in ambient air) for $PM_{2.5}$, then uncertainty may be introduced into risk estimates that are based on concentration-response relationships for $PM_{2.5}$ mass. | Both | Low | The Integrated Synthesis chapter of the final ISA (Chapter 1, U.S. EPA, 2019) states that, the assessment of PM sources and components confirms and continues to support the conclusion from the 2009 PM ISA: Many $PM_{2.5}$ components and sources are associated with health effects, and the evidence does not indicate that any one source or component is more strongly related with health effects than $PM_{2.5}$ mass. |
| Temporal mismatch between ambient air quality data characterizing exposure and mortality in long-term exposure-related epidemiology studies | Several of the epidemiology studies for long-term exposure-related mortality have a mismatch between the time period associated with ambient $PM_{2.5}$ concentrations used to characterize population-level exposure and mortality data Jerrett et al. (2016), Pope et al. (2015). | Both | Low | This approach can be reasonable in the context of an epidemiologic study evaluating health effect associations with long-term $PM_{2.5}$ exposures, under the assumption that spatial patterns in $PM_{2.5}$ concentrations are not appreciably different during time periods for which air quality information is not available (e.g., Chen et al. (2016)), Thus, as long as the overall spatial pattern of ambient $PM_{2.5}$ levels in relation to population-level exposure and mortality rates has held relatively stable over time, then a |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
|---|---|---|---|---|
| | | | | temporal disconnect between the time-period associated with mortality and the ambient $PM_{2.5}$ level used in characterizing exposure would not be expected to introduce significant uncertainty into the epidemiology studies and associated effect estimates. |
| Exposure measurement error in epidemiologic studies assessing the relationship between mortality and exposure to ambient $PM_{2.5}$ | Epidemiologic studies have employed a variety of approaches to estimate population-level $PM_{2.5}$ exposures (e.g., stationary monitors, hybrid modeling approaches). These approaches are based on using measured or predicted ambient $PM_{2.5}$ concentrations as surrogates for population exposures. As such, exposure estimates in epidemiologic studies are subject to exposure error. This error in the underlying epidemiologic studies contributes to uncertainty in the risk estimates that are based on concentration-response relationships in those studies. | Both | Low | Available studies indicate that $PM_{2.5}$ health effect associations are robust across various approaches to estimating $PM_{2.5}$ exposures. This includes recent studies that estimate exposures using ground-based monitors alone and studies that estimate exposures using data from multiple sources (e.g., satellites, land use information, modeling), in addition to monitors. While none of these approaches eliminates the potential for exposure error in epidemiologic studies, such error does not call into question the findings of key $PM_{2.5}$ epidemiologic studies. The ISA notes that, while bias in either direction can occur, exposure error tends to result in underestimation of health effects in epidemiologic studies of PM exposure (U.S. EPA, 2019, section 3.5). Consistent with this, a recent study Hart et al. (2015) reports that correction for $PM_{2.5}$ exposure error using personal exposure information results in a moderately larger effect estimate for long-term $PM_{2.5}$ exposure and mortality (though with wider confidence intervals). While most $PM_{2.5}$ epidemiologic studies have not employed similar corrections for exposure error, several studies report that restricting analyses to populations in close proximity to a monitor (i.e., in order to reduce exposure error) result in larger $PM_{2.5}$ effect estimates (e.g., Willis et al., 2003; Kloog et al., 2013). Thus, to the extent key $PM_{2.5}$ epidemiologic studies are subject to exposure error, correction for that error |

| Source of Uncertainty | Description | Direction | Magnitude | Comments |
|---|---|---|---|---|
| | | | | would likely result in larger effect estimates, and thus larger estimates of $PM_{2.5}$-associated mortality incidence in the risk assessment. |
| Use of associations reported in epidemiologic studies to estimate how mortality incidence may change with changing $PM_{2.5}$ air quality. | The ISA's determination that the evidence supports a causal relationship between $PM_{2.5}$ exposure and mortality is based on assessing a broad body of evidence from epidemiologic and experimental studies. Thus, the use of the concentration-response relationship from any individual epidemiologic study to estimate how mortality incidence may change with changing $PM_{2.5}$ air quality is subject to uncertainty. | Both | Low | The ISA assesses a longstanding body of health evidence supporting relationships between $PM_{2.5}$ exposures (short- and long-term) and mortality. Much of this evidence comes from epidemiologic studies conducted in North America, Europe, or Asia that demonstrate generally positive, and often statistically significant, associations between $PM_{2.5}$ exposures and total or cause-specific mortality. In addition, recent experimental evidence, as well as evidence from panel studies, strengthens support for potential biological pathways through which $PM_{2.5}$ exposures could lead to serious health outcomes, including mortality. While this broad body of evidence from across disciplines provides the foundation for the ISA's conclusions, the risk assessment necessarily focuses on a small number of individual studies. Although the studies selected for the risk assessment are part of the evidence base supporting the ISA's causality determinations for mortality, the concentration-response relationship in any given study reflects the particular time period, locations, air quality distribution and populations evaluated in that study. Thus, the use of the concentration-response relationship from any individual epidemiologic study to estimate mortality incidence across the U.S. for populations, locations and $PM_{2.5}$ air quality distributions different from those present during the study period is subject to uncertainty. |

### C.5.3 Conclusion

To increase overall confidence in the risk assessment, a deliberative process has been used in specifying each of the analytical elements comprising the risk model, including selection of urban study areas as well as specification of other inputs such as CR functions. This deliberative process involved rigorous review of available literature addressing both $PM_{2.5}$ exposure and risk combined with the application of a formal set of criteria to guide development of each of the key analytical elements in the risk assessment. The application of this deliberative process increases overall confidence in the risk estimates by ensuring that the estimates are based on the best available science and data characterizing $PM_{2.5}$ exposure and risk, and that they reflect consideration of input from experts on PM exposure and risk through CASAC and public reviews.

## C.6 $PM_{2.5}$ DESIGN VALUES FOR THE AIR QUALITY PROJECTIONS

**Table C-19. $PM_{2.5}$ DVs for the Primary PM projection case and 12/35 standard level.**

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| AkronO | 391530017 | Annual | Yes | 0 | -18 | 10.99 | 11.99 | 23.7 | 25.4 |
| AkronO | 391530023 | Annual | No | 0 | -18 | 9.16 | 9.90 | 20.2 | 21.4 |
| Altoon | 420130801 | Annual | Yes | 0 | -41 | 10.11 | 12.02 | 23.8 | 29.5 |
| Atlant | 131210039 | Annual | Yes | 0 | -27 | 10.38 | 11.99 | 19.7 | 22.6 |
| Atlant | 132230003 | Annual | No | 0 | -27 | 7.82 | 8.62 | 16.2 | 17.5 |
| Atlant | 131350002 | Annual | No | 0 | -27 | 8.84 | 10.05 | 17.9 | 20.2 |
| Atlant | 130890002 | Annual | No | 0 | -27 | 9.34 | 10.63 | 19.2 | 21.7 |
| Atlant | 130670003 | Annual | No | 0 | -27 | 9.51 | 10.79 | 18.6 | 21.0 |
| Atlant | 130630091 | Annual | No | 0 | -27 | 9.86 | 11.19 | 19.1 | 21.6 |
| Bakers | 060290010 | 24-hr | Yes | 79 | 77 | 16.52 | 10.23 | 70.0 | 35.4 |
| Bakers | 060290016 | 24-hr | No | 79 | 77 | 18.45 | 11.45 | 61.3 | 31.7 |
| Bakers | 060290015 | 24-hr | No | 79 | 77 | 5.15 | 3.97 | 15.8 | 13.6 |
| Bakers | 060290014 | 24-hr | No | 79 | 77 | 16.53 | 9.81 | 61.4 | 31.7 |
| Bakers | 060290011 | 24-hr | No | 79 | 77 | 6.06 | 4.84 | 19.6 | 16.6 |
| Birmin | 010732059 | Annual | Yes | 0 | -10 | 11.25 | 12.00 | 22.3 | 23.9 |
| Birmin | 010732003 | Annual | No | 0 | -10 | 10.08 | 10.70 | 19.0 | 20.1 |
| Birmin | 010731010 | Annual | No | 0 | -10 | 9.78 | 10.30 | 19.2 | 20.1 |
| Birmin | 010730023 | Annual | No | 0 | -10 | 10.94 | 11.66 | 22.8 | 24.2 |
| Canton | 391510017 | Annual | Yes | 0 | -23 | 10.81 | 12.04 | 23.7 | 26.1 |
| Canton | 391510020 | Annual | No | 0 | -23 | 9.91 | 10.96 | 22.0 | 23.6 |
| Chicag | 170313103 | Annual | Yes | 0 | -15 | 11.10 | 12.00 | 22.6 | 24.2 |
| Chicag | 550590019 | Annual | No | 0 | -15 | 8.04 | 8.56 | 20.4 | 21.5 |
| Chicag | 181270024 | Annual | No | 0 | -15 | 9.51 | 10.30 | 22.4 | 24.1 |
| Chicag | 180892004 | Annual | No | 0 | -15 | 9.84 | 10.71 | 24.7 | 26.7 |
| Chicag | 180890031 | Annual | No | 0 | -15 | 10.12 | 11.01 | 23.6 | 25.6 |
| Chicag | 180890026 | Annual | No | 0 | -15 | - | - | 25.2 | 27.1 |
| Chicag | 180890022 | Annual | No | 0 | -15 | - | - | 22.7 | 24.8 |
| Chicag | 180890006 | Annual | No | 0 | -15 | 10.03 | 10.93 | 23.1 | 25.2 |
| Chicag | 171971011 | Annual | No | 0 | -15 | 8.36 | 8.85 | 18.4 | 19.3 |
| Chicag | 171971002 | Annual | No | 0 | -15 | 7.69 | 8.23 | 20.0 | 21.2 |
| Chicag | 170890007 | Annual | No | 0 | -15 | 8.94 | 9.55 | 19.2 | 20.5 |
| Chicag | 170890003 | Annual | No | 0 | -15 | - | - | 19.2 | 20.0 |
| Chicag | 170434002 | Annual | No | 0 | -15 | 8.87 | 9.48 | 19.9 | 20.7 |
| Chicag | 170316005 | Annual | No | 0 | -15 | 10.79 | 11.66 | 24.1 | 26.1 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Chicag | 170314201 | Annual | No | 0 | -15 | 9.00 | 9.61 | 21.4 | 22.6 |
| Chicag | 170314007 | Annual | No | 0 | -15 | 9.49 | 10.17 | - | - |
| Chicag | 170313301 | Annual | No | 0 | -15 | 10.37 | 11.18 | 23.5 | 25.2 |
| Chicag | 170310076 | Annual | No | 0 | -15 | 10.18 | 10.96 | 22.5 | 24.0 |
| Chicag | 170310057 | Annual | No | 0 | -15 | 11.03 | 11.89 | 26.8 | 28.4 |
| Chicag | 170310052 | Annual | No | 0 | -15 | 10.00 | 10.78 | 23.3 | 24.9 |
| Chicag | 170310022 | Annual | No | 0 | -15 | 10.38 | 11.30 | 22.4 | 23.9 |
| Chicag | 170310001 | Annual | No | 0 | -15 | 10.13 | 10.88 | 21.7 | 23.4 |
| Cincin | 390610014 | Annual | Yes | 0 | -24 | 10.70 | 12.02 | 22.9 | 24.7 |
| Cincin | 390610042 | Annual | No | 0 | -24 | 10.29 | 11.47 | 22.6 | 24.5 |
| Cincin | 390610040 | Annual | No | 0 | -24 | 9.45 | 10.53 | 21.0 | 22.9 |
| Cincin | 390610010 | Annual | No | 0 | -24 | 9.43 | 10.41 | 21.3 | 22.9 |
| Cincin | 390610006 | Annual | No | 0 | -24 | 9.46 | 10.56 | 20.3 | 21.8 |
| Cincin | 390170020 | Annual | No | 0 | -24 | - | - | 24.2 | 26.5 |
| Cincin | 390170019 | Annual | No | 0 | -24 | 10.24 | 11.51 | 22.0 | 23.8 |
| Cincin | 390170016 | Annual | No | 0 | -24 | 9.79 | 10.91 | 22.1 | 23.7 |
| Cincin | 210373002 | Annual | No | 0 | -24 | 9.06 | 10.00 | 20.9 | 22.6 |
| Clevel | 390350065 | Annual | Yes | 0 | 2 | 12.17 | 12.03 | 24.9 | 24.6 |
| Clevel | 391030004 | Annual | No | 0 | 2 | 8.73 | 8.66 | 19.6 | 19.5 |
| Clevel | 390933002 | Annual | No | 0 | 2 | 8.10 | 8.03 | 20.2 | 20.1 |
| Clevel | 390850007 | Annual | No | 0 | 2 | 7.88 | 7.82 | 17.4 | 17.3 |
| Clevel | 390351002 | Annual | No | 0 | 2 | 8.86 | 8.78 | 19.5 | 19.4 |
| Clevel | 390350045 | Annual | No | 0 | 2 | 10.61 | 10.50 | 22.9 | 22.7 |
| Clevel | 390350038 | Annual | No | 0 | 2 | 11.38 | 11.25 | 25.0 | 24.8 |
| Clevel | 390350034 | Annual | No | 0 | 2 | 8.87 | 8.79 | 20.4 | 20.2 |
| Detroi | 261630033 | Annual | Yes | 0 | -15 | 11.30 | 12.04 | 26.8 | 28.4 |
| Detroi | 261630039 | Annual | No | 0 | -15 | 9.11 | 9.63 | 22.3 | 23.7 |
| Detroi | 261630036 | Annual | No | 0 | -15 | 8.68 | 9.13 | 21.8 | 23.2 |
| Detroi | 261630025 | Annual | No | 0 | -15 | 8.98 | 9.54 | 24.1 | 25.2 |
| Detroi | 261630019 | Annual | No | 0 | -15 | 9.18 | 9.75 | 22.4 | 24.1 |
| Detroi | 261630016 | Annual | No | 0 | -15 | 9.62 | 10.19 | 24.4 | 25.4 |
| Detroi | 261630015 | Annual | No | 0 | -15 | 11.19 | 11.91 | 25.5 | 27.0 |
| Detroi | 261630001 | Annual | No | 0 | -15 | 9.50 | 10.14 | 23.3 | 24.9 |
| Detroi | 261470005 | Annual | No | 0 | -15 | 8.89 | 9.34 | 24.3 | 25.4 |
| Detroi | 261250001 | Annual | No | 0 | -15 | 8.86 | 9.41 | 24.2 | 25.7 |
| Detroi | 260990009 | Annual | No | 0 | -15 | 8.80 | 9.29 | 26.2 | 27.6 |
| ElCent | 060250005 | Annual | Yes | 0 | 12 | 12.63 | 12.00 | 33.5 | 31.3 |
| ElCent | 060251003 | Annual | No | 0 | 12 | 7.44 | 7.01 | 19.8 | 18.5 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| ElCent | 060250007 | Annual | No | 0 | 12 | 8.37 | 7.99 | 21.5 | 20.8 |
| Elkhar | 180390008 | Annual | Yes | 0 | -47 | 10.24 | 12.01 | 28.6 | 33.2 |
| Evansv | 181630023 | Annual | Yes | 0 | -44 | 10.11 | 12.03 | 21.5 | 24.0 |
| Evansv | 211010014 | Annual | No | 0 | -44 | 9.64 | 11.32 | 20.7 | 22.3 |
| Evansv | 181630021 | Annual | No | 0 | -44 | 9.84 | 11.68 | 21.6 | 23.3 |
| Evansv | 181630016 | Annual | No | 0 | -44 | 10.02 | 11.91 | 22.0 | 24.0 |
| Fresno | 060195001 | 24-hr | Yes | 0 | 70 | 14.08 | 10.87 | 49.3 | 35.4 |
| Fresno | 060195025 | 24-hr | No | 0 | 70 | 13.63 | 9.98 | 47.9 | 31.7 |
| Fresno | 060192009 | 24-hr | No | 0 | 70 | 8.47 | 7.26 | 31.3 | 25.1 |
| Fresno | 060190011 | 24-hr | No | 0 | 70 | 14.07 | 10.01 | 53.8 | 34.4 |
| Hanfor | 060310004 | 24-hr | Yes | 65 | 79 | 21.98 | 11.79 | 72.0 | 35.4 |
| Hanfor | 060311004 | 24-hr | No | 65 | 79 | 16.49 | 9.68 | 58.9 | 30.7 |
| Housto | 482011035 | Annual | Yes | 0 | -14 | 11.19 | 12.04 | 22.4 | 24.0 |
| Housto | 482011039 | Annual | No | 0 | -14 | 9.22 | 9.82 | 21.7 | 23.1 |
| Housto | 482010058 | Annual | No | 0 | -14 | 9.67 | 10.37 | 22.3 | 23.8 |
| Housto | 481671034 | Annual | No | 0 | -14 | 7.36 | 7.57 | 20.3 | 20.8 |
| Indian | 180970087 | Annual | Yes | 0 | -10 | 11.44 | 12.01 | 25.9 | 26.8 |
| Indian | 180970083 | Annual | No | 0 | -10 | 11.06 | 11.59 | 23.9 | 24.9 |
| Indian | 180970081 | Annual | No | 0 | -10 | 11.07 | 11.61 | 25.0 | 26.0 |
| Indian | 180970078 | Annual | No | 0 | -10 | 10.14 | 10.60 | 24.4 | 24.9 |
| Indian | 180970043 | Annual | No | 0 | -10 | - | - | 26.0 | 26.4 |
| Indian | 180950011 | Annual | No | 0 | -10 | 9.05 | 9.40 | 21.8 | 22.3 |
| Indian | 180570007 | Annual | No | 0 | -10 | 9.02 | 9.39 | 21.4 | 22.1 |
| Johnst | 420210011 | Annual | Yes | 0 | -25 | 10.68 | 12.03 | 25.8 | 30.3 |
| Lancas | 420710012 | Annual | Yes | 0 | 12 | 12.83 | 12.00 | 32.7 | 30.4 |
| Lancas | 420710007 | Annual | No | 0 | 12 | 10.57 | 9.88 | 29.8 | 27.4 |
| LasVeg | 320030561 | Annual | Yes | 0 | -22 | 10.28 | 11.98 | 24.5 | 29.4 |
| LasVeg | 320032002 | Annual | No | 0 | -22 | 9.79 | 11.38 | 19.8 | 23.4 |
| LasVeg | 320031019 | Annual | No | 0 | -22 | 5.18 | 5.70 | 11.5 | 12.2 |
| LasVeg | 320030540 | Annual | No | 0 | -22 | 8.80 | 10.21 | 21.7 | 25.9 |
| Lebano | 420750100 | Annual | Yes | 0 | -15 | 11.20 | 12.02 | 31.4 | 33.9 |
| Little | 051191008 | Annual | Yes | 0 | -41 | 10.27 | 12.03 | 21.7 | 24.7 |
| Little | 051190007 | Annual | No | 0 | -41 | 9.78 | 11.76 | 20.5 | 24.0 |
| LoganU | 490050007 | 24-hr | Yes | 0 | -7 | 6.95 | 7.15 | 34.0 | 35.4 |
| LosAng | 060371103 | Annual | Yes | 0 | 5 | 12.38 | 12.03 | 32.8 | 32.1 |
| LosAng | 060592022 | Annual | No | 0 | 5 | 7.48 | 7.33 | 15.3 | 15.0 |
| LosAng | 060590007 | Annual | No | 0 | 5 | 9.63 | 9.37 | - | - |
| LosAng | 060374004 | Annual | No | 0 | 5 | 10.25 | 9.97 | 27.3 | 26.7 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| LosAng | 060374002 | Annual | No | 0 | 5 | 11.06 | 10.76 | 29.2 | 28.6 |
| LosAng | 060371602 | Annual | No | 0 | 5 | 11.86 | 11.52 | 32.3 | 31.5 |
| LosAng | 060371302 | Annual | No | 0 | 5 | 11.99 | 11.64 | 31.5 | 30.8 |
| LosAng | 060371201 | Annual | No | 0 | 5 | 9.46 | 9.24 | 25.6 | 25.0 |
| LosAng | 060370002 | Annual | No | 0 | 5 | 10.52 | 10.27 | 29.2 | 28.6 |
| Louisv | 180190006 | Annual | Yes | 0 | -27 | 10.64 | 12.04 | 23.9 | 26.2 |
| Louisv | 211110075 | Annual | No | 0 | -27 | 10.42 | 11.84 | 22.3 | 24.3 |
| Louisv | 211110067 | Annual | No | 0 | -27 | 9.55 | 10.78 | 21.4 | 23.6 |
| Louisv | 211110051 | Annual | No | 0 | -27 | 10.29 | 11.48 | 21.8 | 23.7 |
| Louisv | 211110043 | Annual | No | 0 | -27 | 10.37 | 11.72 | 22.0 | 24.1 |
| Louisv | 180431004 | Annual | No | 0 | -27 | 9.96 | 11.20 | 22.0 | 24.2 |
| Louisv | 180190008 | Annual | No | 0 | -27 | 8.72 | 9.69 | 20.1 | 21.5 |
| MaconG | 130210007 | Annual | Yes | 0 | -39 | 10.13 | 12.01 | 21.2 | 24.8 |
| MaconG | 130210012 | Annual | No | 0 | -39 | 7.68 | 8.90 | 16.6 | 18.6 |
| Madera | 060392010 | 24-hr | Yes | 0 | 56 | 13.30 | 11.03 | 45.1 | 35.3 |
| McAlle | 482150043 | Annual | Yes | 0 | -67 | 10.09 | 12.02 | 25.0 | 27.4 |
| Merced | 060470003 | 24-hr | Yes | 0 | 28 | 11.81 | 10.97 | 39.0 | 35.4 |
| Merced | 060472510 | 24-hr | No | 0 | 28 | 11.68 | 10.57 | 39.8 | 35.1 |
| Modest | 060990006 | 24-hr | Yes | 0 | 51 | 13.02 | 10.70 | 45.7 | 35.3 |
| Modest | 060990005 | 24-hr | No | 0 | 51 | - | - | 38.8 | 32.5 |
| NapaCA | 060550003 | Annual | Yes | 0 | -47 | 10.36 | 12.03 | 25.1 | 29.1 |
| NewYor | 360610128 | Annual | Yes | 0 | -26 | 10.20 | 12.00 | 23.9 | 27.8 |
| NewYor | 361030002 | Annual | No | 0 | -26 | 7.18 | 8.10 | 18.8 | 21.0 |
| NewYor | 360810124 | Annual | No | 0 | -26 | 7.52 | 8.65 | 19.5 | 22.4 |
| NewYor | 360710002 | Annual | No | 0 | -26 | 6.95 | 7.81 | 17.5 | 19.6 |
| NewYor | 360610134 | Annual | No | 0 | -26 | 9.70 | 11.38 | 21.6 | 25.0 |
| NewYor | 360610079 | Annual | No | 0 | -26 | 8.42 | 9.82 | 22.8 | 25.6 |
| NewYor | 360470122 | Annual | No | 0 | -26 | 8.66 | 10.10 | 20.5 | 23.7 |
| NewYor | 360050133 | Annual | No | 0 | -26 | 9.05 | 10.53 | 24.0 | 28.0 |
| NewYor | 360050110 | Annual | No | 0 | -26 | 7.39 | 8.56 | 19.4 | 22.8 |
| NewYor | 340392003 | Annual | No | 0 | -26 | 8.59 | 9.87 | 23.6 | 26.3 |
| NewYor | 340390004 | Annual | No | 0 | -26 | 9.87 | 11.40 | 24.2 | 27.3 |
| NewYor | 340310005 | Annual | No | 0 | -26 | 8.42 | 9.63 | 22.2 | 24.7 |
| NewYor | 340292002 | Annual | No | 0 | -26 | 7.23 | 8.04 | 18.1 | 19.8 |
| NewYor | 340273001 | Annual | No | 0 | -26 | 6.78 | 7.56 | 17.1 | 18.8 |
| NewYor | 340171003 | Annual | No | 0 | -26 | 8.79 | 10.15 | 23.4 | 26.9 |
| NewYor | 340130003 | Annual | No | 0 | -26 | 8.89 | 10.21 | 23.8 | 27.3 |
| NewYor | 340030003 | Annual | No | 0 | -26 | 8.90 | 10.22 | 24.5 | 27.4 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (μg m$^{-3}$) | Projected Annual DV (μg m$^{-3}$) | Base 24-hr DV (μg m$^{-3}$) | Projected 24-hr DV (μg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| OgdenC | 490110004 | 24-hr | Yes | 0 | -18 | 7.28 | 7.77 | 32.6 | 35.4 |
| OgdenC | 490570002 | 24-hr | No | 0 | -18 | 8.99 | 9.73 | - | - |
| OgdenC | 490030003 | 24-hr | No | 0 | -18 | 6.35 | 6.76 | - | - |
| Philad | 420450002 | Annual | Yes | 0 | -8 | 11.46 | 12.04 | 26.0 | 27.2 |
| Philad | 421010057 | Annual | No | 0 | -8 | 10.86 | 11.37 | 27.0 | 28.4 |
| Philad | 421010055 | Annual | No | 0 | -8 | 11.43 | 12.03 | 27.5 | 29.0 |
| Philad | 421010048 | Annual | No | 0 | -8 | 10.27 | 10.77 | 25.6 | 27.0 |
| Philad | 420290100 | Annual | No | 0 | -8 | 9.64 | 10.03 | 23.9 | 25.1 |
| Philad | 340150004 | Annual | No | 0 | -8 | 8.33 | 8.69 | 20.6 | 21.5 |
| Philad | 340071007 | Annual | No | 0 | -8 | 8.84 | 9.23 | 21.0 | 22.0 |
| Philad | 340070002 | Annual | No | 0 | -8 | 10.19 | 10.61 | 23.5 | 24.6 |
| Philad | 240150003 | Annual | No | 0 | -8 | 8.70 | 9.02 | 22.6 | 23.4 |
| Philad | 100031012 | Annual | No | 0 | -8 | 9.04 | 9.40 | 23.0 | 23.8 |
| Pittsb | 420030064 | Annual | Yes | 0 | 13 | 12.82 | 12.00 | 35.8 | 32.8 |
| Pittsb | 421290008 | Annual | No | 0 | 13 | 8.65 | 8.15 | 19.6 | 18.9 |
| Pittsb | 421255001 | Annual | No | 0 | 13 | 8.35 | 7.89 | 17.8 | 17.2 |
| Pittsb | 421250200 | Annual | No | 0 | 13 | 8.95 | 8.44 | 19.3 | 18.2 |
| Pittsb | 421250005 | Annual | No | 0 | 13 | 11.02 | 10.38 | 22.7 | 21.2 |
| Pittsb | 420070014 | Annual | No | 0 | 13 | 10.11 | 9.48 | 21.9 | 20.5 |
| Pittsb | 420050001 | Annual | No | 0 | 13 | 11.03 | 10.30 | 21.9 | 20.5 |
| Pittsb | 420031301 | Annual | No | 0 | 13 | 11.00 | 10.30 | 24.8 | 23.0 |
| Pittsb | 420031008 | Annual | No | 0 | 13 | 9.78 | 9.16 | 20.5 | 19.3 |
| Pittsb | 420030008 | Annual | No | 0 | 13 | 9.50 | 8.85 | 20.5 | 19.0 |
| Prinev | 410130100 | 24-hr | Yes | 0 | 10 | 8.60 | 8.17 | 37.6 | 35.3 |
| ProvoO | 490494001 | 24-hr | Yes | 0 | -30 | 7.74 | 8.57 | 30.9 | 35.3 |
| ProvoO | 490495010 | 24-hr | No | 0 | -30 | 6.73 | 7.52 | - | - |
| ProvoO | 490490002 | 24-hr | No | 0 | -30 | 7.41 | 8.31 | 28.9 | 33.2 |
| Rivers | 060658005 | 24-hr | Yes | 0 | 36 | 14.48 | 11.51 | 43.2 | 35.3 |
| Rivers | 060658001 | 24-hr | No | 0 | 36 | - | - | 36.5 | 29.6 |
| Sacram | 060670006 | 24-hr | Yes | 0 | -23 | 9.31 | 10.40 | 31.4 | 35.4 |
| Sacram | 061131003 | 24-hr | No | 0 | -23 | 6.62 | 7.19 | 15.8 | 17.3 |
| Sacram | 060670012 | 24-hr | No | 0 | -23 | 7.30 | 8.01 | 19.8 | 21.2 |
| Sacram | 060670010 | 24-hr | No | 0 | -23 | 8.67 | 9.65 | 26.5 | 29.9 |
| Sacram | 060610006 | 24-hr | No | 0 | -23 | 7.58 | 8.47 | 20.3 | 22.3 |
| Sacram | 060610003 | 24-hr | No | 0 | -23 | 6.71 | 7.26 | 19.3 | 20.2 |
| SaltLa | 490353010 | 24-hr | Yes | 0 | 44 | - | - | 41.5 | 35.3 |
| SaltLa | 490353006 | 24-hr | No | 0 | 44 | 7.62 | 6.19 | 36.8 | 30.2 |
| SaltLa | 490351001 | 24-hr | No | 0 | 44 | 7.07 | 5.85 | 32.1 | 25.8 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV ($\mu g\ m^{-3}$) | Projected Annual DV ($\mu g\ m^{-3}$) | Base 24-hr DV ($\mu g\ m^{-3}$) | Projected 24-hr DV ($\mu g\ m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| SanLui | 060792007 | Annual | Yes | 0 | -46 | 10.70 | 12.04 | 25.9 | 29.4 |
| SanLui | 060798002 | Annual | No | 0 | -46 | 5.71 | 6.33 | - | - |
| SanLui | 060792004 | Annual | No | 0 | -46 | 8.25 | 9.26 | 19.8 | 21.4 |
| SouthB | 181410015 | 24-hr | Yes | 0 | -23 | 10.45 | 11.37 | 32.5 | 35.4 |
| St.Lou | 290990019 | Annual | Yes | 0 | -39 | 10.12 | 12.02 | 22.8 | 24.9 |
| St.Lou | 295100094 | Annual | No | 0 | -39 | 9.57 | 11.38 | 23.3 | 25.9 |
| St.Lou | 295100093 | Annual | No | 0 | -39 | - | - | 23.7 | 26.6 |
| St.Lou | 295100085 | Annual | No | 0 | -39 | 10.10 | 12.01 | 23.6 | 26.2 |
| St.Lou | 295100007 | Annual | No | 0 | -39 | 9.78 | 11.52 | 23.7 | 26.4 |
| St.Lou | 291893001 | Annual | No | 0 | -39 | 9.85 | 11.72 | 22.4 | 25.2 |
| Stockt | 060771002 | 24-hr | Yes | 0 | 17 | 12.23 | 11.30 | 38.7 | 35.4 |
| Stockt | 060772010 | 24-hr | No | 0 | 17 | 10.74 | 9.96 | 37.3 | 34.3 |
| Visali | 061072002 | 24-hr | Yes | 48 | 56 | 16.23 | 10.93 | 54.0 | 35.4 |
| Weirto | 390810017 | Annual | Yes | 0 | -5 | 11.75 | 12.02 | 27.2 | 27.8 |
| Weirto | 540090011 | Annual | No | 0 | -5 | 9.75 | 9.95 | 22.8 | 23.5 |
| Weirto | 540090005 | Annual | No | 0 | -5 | 10.52 | 10.74 | 22.4 | 22.9 |
| Weirto | 390810021 | Annual | No | 0 | -5 | 9.29 | 9.47 | 22.2 | 22.6 |
| Wheeli | 540511002 | Annual | Yes | 0 | -44 | 10.24 | 12.02 | 22.5 | 25.4 |
| Wheeli | 540690010 | Annual | No | 0 | -44 | 9.61 | 11.32 | 19.7 | 22.6 |

[a] CBSA names are the first six characters of the full CBSAs names in Table C-3.
[b] Percent reduction in NOx and $SO_2$ emissions associated with just meeting the standard in this case.
[c] Percent reduction in Primary $PM_{2.5}$ emissions associated with just meeting the standard in this case.

**Table C-20. $PM_{2.5}$ DVs for the Secondary PM projection case and 12/35 standard level.**

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| AkronO | 391530017 | Annual | Yes | -67 | 0 | 10.99 | 12.04 | 23.7 | 26.8 |
| AkronO | 391530023 | Annual | No | -67 | 0 | 9.16 | 10.20 | 20.2 | 21.8 |
| Altoon | 420130801 | Annual | Yes | N/A | N/A | 10.11 | 12.04 | 23.8 | 28.3 |
| Atlant | 131210039 | Annual | Yes | N/A | N/A | 10.38 | 12.04 | 19.7 | 22.9 |
| Atlant | 132230003 | Annual | No | N/A | N/A | 7.82 | 9.07 | 16.2 | 18.8 |
| Atlant | 131350002 | Annual | No | N/A | N/A | 8.84 | 10.25 | 17.9 | 20.8 |
| Atlant | 130890002 | Annual | No | N/A | N/A | 9.34 | 10.83 | 19.2 | 22.3 |
| Atlant | 130670003 | Annual | No | N/A | N/A | 9.51 | 11.03 | 18.6 | 21.6 |
| Atlant | 130630091 | Annual | No | N/A | N/A | 9.86 | 11.44 | 19.1 | 22.2 |
| Bakers | 060290010 | 24-hr | Yes | N/A | N/A | 16.52 | 10.40 | 70.0 | 35.4 |
| Bakers | 060290016 | 24-hr | No | N/A | N/A | 18.45 | 11.61 | 61.3 | 31.0 |
| Bakers | 060290015 | 24-hr | No | N/A | N/A | 5.15 | 3.24 | 15.8 | 8.0 |
| Bakers | 060290014 | 24-hr | No | N/A | N/A | 16.53 | 10.40 | 61.4 | 31.1 |
| Bakers | 060290011 | 24-hr | No | N/A | N/A | 6.06 | 3.81 | 19.6 | 9.9 |
| Birmin | 010732059 | Annual | Yes | -56 | 0 | 11.25 | 12.03 | 22.3 | 24.2 |
| Birmin | 010732003 | Annual | No | -56 | 0 | 10.08 | 10.86 | 19.0 | 21.5 |
| Birmin | 010731010 | Annual | No | -56 | 0 | 9.78 | 10.68 | 19.2 | 21.4 |
| Birmin | 010730023 | Annual | No | -56 | 0 | 10.94 | 11.73 | 22.8 | 25.3 |
| Canton | 391510017 | Annual | Yes | -78 | 0 | 10.81 | 12.04 | 23.7 | 26.1 |
| Canton | 391510020 | Annual | No | -78 | 0 | 9.91 | 11.14 | 22.0 | 24.8 |
| Chicag | 170313103 | Annual | Yes | N/A | N/A | 11.10 | 12.04 | 22.6 | 24.5 |
| Chicag | 550590019 | Annual | No | N/A | N/A | 8.04 | 8.72 | 20.4 | 22.1 |
| Chicag | 181270024 | Annual | No | N/A | N/A | 9.51 | 10.32 | 22.4 | 24.3 |
| Chicag | 180892004 | Annual | No | N/A | N/A | 9.84 | 10.67 | 24.7 | 26.8 |
| Chicag | 180890031 | Annual | No | N/A | N/A | 10.12 | 10.98 | 23.6 | 25.6 |
| Chicag | 180890026 | Annual | No | N/A | N/A | - | - | 25.2 | 27.3 |
| Chicag | 180890022 | Annual | No | N/A | N/A | - | - | 22.7 | 24.6 |
| Chicag | 180890006 | Annual | No | N/A | N/A | 10.03 | 10.88 | 23.1 | 25.1 |
| Chicag | 171971011 | Annual | No | N/A | N/A | 8.36 | 9.07 | 18.4 | 20.0 |
| Chicag | 171971002 | Annual | No | N/A | N/A | 7.69 | 8.34 | 20.0 | 21.7 |
| Chicag | 170890007 | Annual | No | N/A | N/A | 8.94 | 9.70 | 19.2 | 20.8 |
| Chicag | 170890003 | Annual | No | N/A | N/A | - | - | 19.2 | 20.8 |
| Chicag | 170434002 | Annual | No | N/A | N/A | 8.87 | 9.62 | 19.9 | 21.6 |
| Chicag | 170316005 | Annual | No | N/A | N/A | 10.79 | 11.70 | 24.1 | 26.1 |
| Chicag | 170314201 | Annual | No | N/A | N/A | 9.00 | 9.76 | 21.4 | 23.2 |
| Chicag | 170314007 | Annual | No | N/A | N/A | 9.49 | 10.29 | - | - |
| Chicag | 170313301 | Annual | No | N/A | N/A | 10.37 | 11.25 | 23.5 | 25.5 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Chicag | 170310076 | Annual | No | N/A | N/A | 10.18 | 11.04 | 22.5 | 24.4 |
| Chicag | 170310057 | Annual | No | N/A | N/A | 11.03 | 11.96 | 26.8 | 29.1 |
| Chicag | 170310052 | Annual | No | N/A | N/A | 10.00 | 10.85 | 23.3 | 25.3 |
| Chicag | 170310022 | Annual | No | N/A | N/A | 10.38 | 11.26 | 22.4 | 24.3 |
| Chicag | 170310001 | Annual | No | N/A | N/A | 10.13 | 10.99 | 21.7 | 23.5 |
| Cincin | 390610014 | Annual | Yes | -72 | 0 | 10.70 | 12.04 | 22.9 | 26.1 |
| Cincin | 390610042 | Annual | No | -72 | 0 | 10.29 | 11.66 | 22.6 | 26.2 |
| Cincin | 390610040 | Annual | No | -72 | 0 | 9.45 | 10.79 | 21.0 | 25.4 |
| Cincin | 390610010 | Annual | No | -72 | 0 | 9.43 | 10.75 | 21.3 | 24.4 |
| Cincin | 390610006 | Annual | No | -72 | 0 | 9.46 | 10.75 | 20.3 | 24.3 |
| Cincin | 390170020 | Annual | No | -72 | 0 | - | - | 24.2 | 27.8 |
| Cincin | 390170019 | Annual | No | -72 | 0 | 10.24 | 11.40 | 22.0 | 24.5 |
| Cincin | 390170016 | Annual | No | -72 | 0 | 9.79 | 11.06 | 22.1 | 25.1 |
| Cincin | 210373002 | Annual | No | -72 | 0 | 9.06 | 10.42 | 20.9 | 25.1 |
| Clevel | 390350065 | Annual | Yes | 6 | 0 | 12.17 | 12.04 | 24.9 | 24.7 |
| Clevel | 391030004 | Annual | No | 6 | 0 | 8.73 | 8.61 | 19.6 | 19.2 |
| Clevel | 390933002 | Annual | No | 6 | 0 | 8.10 | 7.99 | 20.2 | 19.9 |
| Clevel | 390850007 | Annual | No | 6 | 0 | 7.88 | 7.78 | 17.4 | 17.1 |
| Clevel | 390351002 | Annual | No | 6 | 0 | 8.86 | 8.74 | 19.5 | 19.2 |
| Clevel | 390350045 | Annual | No | 6 | 0 | 10.61 | 10.49 | 22.9 | 22.6 |
| Clevel | 390350038 | Annual | No | 6 | 0 | 11.38 | 11.26 | 25.0 | 24.7 |
| Clevel | 390350034 | Annual | No | 6 | 0 | 8.87 | 8.75 | 20.4 | 20.1 |
| Detroi | 261630033 | Annual | Yes | -56 | 0 | 11.30 | 12.04 | 26.8 | 30.2 |
| Detroi | 261630039 | Annual | No | -56 | 0 | 9.11 | 9.88 | 22.3 | 24.8 |
| Detroi | 261630036 | Annual | No | -56 | 0 | 8.68 | 9.39 | 21.8 | 23.4 |
| Detroi | 261630025 | Annual | No | -56 | 0 | 8.98 | 9.75 | 24.1 | 26.5 |
| Detroi | 261630019 | Annual | No | -56 | 0 | 9.18 | 9.97 | 22.4 | 24.1 |
| Detroi | 261630016 | Annual | No | -56 | 0 | 9.62 | 10.38 | 24.4 | 27.4 |
| Detroi | 261630015 | Annual | No | -56 | 0 | 11.19 | 11.97 | 25.5 | 28.2 |
| Detroi | 261630001 | Annual | No | -56 | 0 | 9.50 | 10.20 | 23.3 | 25.0 |
| Detroi | 261470005 | Annual | No | -56 | 0 | 8.89 | 9.50 | 24.3 | 26.1 |
| Detroi | 261250001 | Annual | No | -56 | 0 | 8.86 | 9.65 | 24.2 | 26.7 |
| Detroi | 260990009 | Annual | No | -56 | 0 | 8.80 | 9.48 | 26.2 | 28.4 |
| ElCent | 060250005 | Annual | Yes | N/A | N/A | 12.63 | 12.04 | 33.5 | 31.9 |
| ElCent | 060251003 | Annual | No | N/A | N/A | 7.44 | 7.09 | 19.8 | 18.9 |
| ElCent | 060250007 | Annual | No | N/A | N/A | 8.37 | 7.98 | 21.5 | 20.5 |
| Elkhar | 180390008 | Annual | Yes | N/A | N/A | 10.24 | 12.04 | 28.6 | 33.6 |
| Evansv | 181630023 | Annual | Yes | -89 | 0 | 10.11 | 12.03 | 21.5 | 32.5 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Evansv | 211010014 | Annual | No | -89 | 0 | 9.64 | 11.58 | 20.7 | 30.2 |
| Evansv | 181630021 | Annual | No | -89 | 0 | 9.84 | 11.79 | 21.6 | 32.4 |
| Evansv | 181630016 | Annual | No | -89 | 0 | 10.02 | 11.95 | 22.0 | 32.8 |
| Fresno | 060190011 | 24-hr | Yes | N/A | N/A | 14.07 | 10.46 | 53.8 | 35.4 |
| Fresno | 060195025 | 24-hr | No | N/A | N/A | 13.63 | 10.13 | 47.9 | 31.5 |
| Fresno | 060195001 | 24-hr | No | N/A | N/A | 14.08 | 10.47 | 49.3 | 32.4 |
| Fresno | 060192009 | 24-hr | No | N/A | N/A | 8.47 | 6.30 | 31.3 | 20.6 |
| Hanfor | 060310004 | 24-hr | Yes | N/A | N/A | 21.98 | 10.81 | 72.0 | 35.4 |
| Hanfor | 060311004 | 24-hr | No | N/A | N/A | 16.49 | 8.11 | 58.9 | 29.0 |
| Housto | 482011035 | Annual | Yes | -91 | 0 | 11.19 | 12.04 | 22.4 | 25.2 |
| Housto | 482011039 | Annual | No | -91 | 0 | 9.22 | 10.16 | 21.7 | 24.9 |
| Housto | 482010058 | Annual | No | -91 | 0 | 9.67 | 10.52 | 22.3 | 24.8 |
| Housto | 481671034 | Annual | No | -91 | 0 | 7.36 | 8.27 | 20.3 | 23.3 |
| Indian | 180970087 | Annual | Yes | -24 | 0 | 11.44 | 12.02 | 25.9 | 27.5 |
| Indian | 180970083 | Annual | No | -24 | 0 | 11.06 | 11.64 | 23.9 | 25.2 |
| Indian | 180970081 | Annual | No | -24 | 0 | 11.07 | 11.65 | 25.0 | 26.7 |
| Indian | 180970078 | Annual | No | -24 | 0 | 10.14 | 10.72 | 24.4 | 26.2 |
| Indian | 180970043 | Annual | No | -24 | 0 | - | - | 26.0 | 27.6 |
| Indian | 180950011 | Annual | No | -24 | 0 | 9.05 | 9.51 | 21.8 | 23.1 |
| Indian | 180570007 | Annual | No | -24 | 0 | 9.02 | 9.52 | 21.4 | 22.8 |
| Johnst | 420210011 | Annual | Yes | -86 | 0 | 10.68 | 12.04 | 25.8 | 27.9 |
| Lancas | 420710012 | Annual | Yes | 40 | 0 | 12.83 | 12.03 | 32.7 | 31.6 |
| Lancas | 420710007 | Annual | No | 40 | 0 | 10.57 | 9.78 | 29.8 | 28.5 |
| LasVeg | 320030561 | Annual | Yes | N/A | N/A | 10.28 | 12.04 | 24.5 | 28.7 |
| LasVeg | 320032002 | Annual | No | N/A | N/A | 9.79 | 11.47 | 19.8 | 23.2 |
| LasVeg | 320031019 | Annual | No | N/A | N/A | 5.18 | 6.07 | 11.5 | 13.5 |
| LasVeg | 320030540 | Annual | No | N/A | N/A | 8.80 | 10.31 | 21.7 | 25.4 |
| Lebano | 420750100 | Annual | Yes | -61 | 0 | 11.20 | 12.04 | 31.4 | 32.4 |
| Little | 051191008 | Annual | Yes | -98 | 0 | 10.27 | 12.04 | 21.7 | 26.7 |
| Little | 051190007 | Annual | No | -98 | 0 | 9.78 | 11.40 | 20.5 | 25.5 |
| LoganU | 490050007 | 24-hr | Yes | -28 | 0 | 6.95 | 7.12 | 34.0 | 35.4 |
| LosAng | 060371103 | Annual | Yes | N/A | N/A | 12.38 | 12.04 | 32.8 | 31.9 |
| LosAng | 060592022 | Annual | No | N/A | N/A | 7.48 | 7.27 | 15.3 | 14.9 |
| LosAng | 060590007 | Annual | No | N/A | N/A | 9.63 | 9.37 | - | - |
| LosAng | 060374004 | Annual | No | N/A | N/A | 10.25 | 9.97 | 27.3 | 26.6 |
| LosAng | 060374002 | Annual | No | N/A | N/A | 11.06 | 10.76 | 29.2 | 28.4 |
| LosAng | 060371602 | Annual | No | N/A | N/A | 11.86 | 11.53 | 32.3 | 31.4 |
| LosAng | 060371302 | Annual | No | N/A | N/A | 11.99 | 11.66 | 31.5 | 30.6 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m-3) | Projected Annual DV (µg m-3) | Base 24-hr DV (µg m-3) | Projected 24-hr DV (µg m-3) |
|---|---|---|---|---|---|---|---|---|---|
| LosAng | 060371201 | Annual | No | N/A | N/A | 9.46 | 9.20 | 25.6 | 24.9 |
| LosAng | 060370002 | Annual | No | N/A | N/A | 10.52 | 10.23 | 29.2 | 28.4 |
| Louisv | 180190006 | Annual | Yes | -65 | 0 | 10.64 | 12.04 | 23.9 | 28.4 |
| Louisv | 211110075 | Annual | No | -65 | 0 | 10.42 | 11.76 | 22.3 | 26.4 |
| Louisv | 211110067 | Annual | No | -65 | 0 | 9.55 | 10.84 | 21.4 | 25.4 |
| Louisv | 211110051 | Annual | No | -65 | 0 | 10.29 | 11.67 | 21.8 | 25.9 |
| Louisv | 211110043 | Annual | No | -65 | 0 | 10.37 | 11.71 | 22.0 | 26.1 |
| Louisv | 180431004 | Annual | No | -65 | 0 | 9.96 | 11.32 | 22.0 | 25.8 |
| Louisv | 180190008 | Annual | No | -65 | 0 | 8.72 | 10.07 | 20.1 | 24.3 |
| MaconG | 130210007 | Annual | Yes | N/A | N/A | 10.13 | 12.04 | 21.2 | 25.2 |
| MaconG | 130210012 | Annual | No | N/A | N/A | 7.68 | 9.13 | 16.6 | 19.7 |
| Madera | 060392010 | 24-hr | Yes | N/A | N/A | 13.30 | 11.15 | 45.1 | 35.4 |
| McAlle | 482150043 | Annual | Yes | N/A | N/A | 10.09 | 12.04 | 25.0 | 29.8 |
| Merced | 060472510 | 24-hr | Yes | 32 | 0 | 11.68 | 10.79 | 39.8 | 35.4 |
| Merced | 060470003 | 24-hr | No | 32 | 0 | 11.81 | 10.89 | 39.0 | 34.1 |
| Modest | 060990006 | 24-hr | Yes | N/A | N/A | 13.02 | 10.82 | 45.7 | 35.4 |
| Modest | 060990005 | 24-hr | No | N/A | N/A | - | - | 38.8 | 30.1 |
| NapaCA | 060550003 | Annual | Yes | N/A | N/A | 10.36 | 12.04 | 25.1 | 29.2 |
| NewYor | 360610128 | Annual | Yes | N/A | N/A | 10.20 | 12.04 | 23.9 | 28.2 |
| NewYor | 361030002 | Annual | No | N/A | N/A | 7.18 | 8.48 | 18.8 | 22.2 |
| NewYor | 360810124 | Annual | No | N/A | N/A | 7.52 | 8.88 | 19.5 | 23.0 |
| NewYor | 360710002 | Annual | No | N/A | N/A | 6.95 | 8.20 | 17.5 | 20.7 |
| NewYor | 360610134 | Annual | No | N/A | N/A | 9.70 | 11.45 | 21.6 | 25.5 |
| NewYor | 360610079 | Annual | No | N/A | N/A | 8.42 | 9.94 | 22.8 | 26.9 |
| NewYor | 360470122 | Annual | No | N/A | N/A | 8.66 | 10.22 | 20.5 | 24.2 |
| NewYor | 360050133 | Annual | No | N/A | N/A | 9.05 | 10.68 | 24.0 | 28.3 |
| NewYor | 360050110 | Annual | No | N/A | N/A | 7.39 | 8.72 | 19.4 | 22.9 |
| NewYor | 340392003 | Annual | No | N/A | N/A | 8.59 | 10.14 | 23.6 | 27.9 |
| NewYor | 340390004 | Annual | No | N/A | N/A | 9.87 | 11.65 | 24.2 | 28.6 |
| NewYor | 340310005 | Annual | No | N/A | N/A | 8.42 | 9.94 | 22.2 | 26.2 |
| NewYor | 340292002 | Annual | No | N/A | N/A | 7.23 | 8.53 | 18.1 | 21.4 |
| NewYor | 340273001 | Annual | No | N/A | N/A | 6.78 | 8.00 | 17.1 | 20.2 |
| NewYor | 340171003 | Annual | No | N/A | N/A | 8.79 | 10.38 | 23.4 | 27.6 |
| NewYor | 340130003 | Annual | No | N/A | N/A | 8.89 | 10.49 | 23.8 | 28.1 |
| NewYor | 340030003 | Annual | No | N/A | N/A | 8.90 | 10.51 | 24.5 | 28.9 |
| OgdenC | 490110004 | 24-hr | Yes | -53 | 0 | 7.28 | 7.65 | 32.6 | 35.4 |
| OgdenC | 490570002 | 24-hr | No | -53 | 0 | 8.99 | 9.37 | - | - |
| OgdenC | 490030003 | 24-hr | No | -53 | 0 | 6.35 | 6.70 | - | - |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (μg $m^{-3}$) | Projected Annual DV (μg $m^{-3}$) | Base 24-hr DV (μg $m^{-3}$) | Projected 24-hr DV (μg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Philad | 420450002 | Annual | Yes | -75 | 0 | 11.46 | 12.04 | 26.0 | 27.4 |
| Philad | 421010057 | Annual | No | -75 | 0 | 10.86 | 11.54 | 27.0 | 28.1 |
| Philad | 421010055 | Annual | No | -75 | 0 | 11.43 | 12.03 | 27.5 | 28.8 |
| Philad | 421010048 | Annual | No | -75 | 0 | 10.27 | 10.91 | 25.6 | 27.4 |
| Philad | 420290100 | Annual | No | -75 | 0 | 9.64 | 10.38 | 23.9 | 25.2 |
| Philad | 340150004 | Annual | No | -75 | 0 | 8.33 | 8.94 | 20.6 | 23.2 |
| Philad | 340071007 | Annual | No | -75 | 0 | 8.84 | 9.51 | 21.0 | 21.9 |
| Philad | 340070002 | Annual | No | -75 | 0 | 10.19 | 10.95 | 23.5 | 24.6 |
| Philad | 240150003 | Annual | No | -75 | 0 | 8.70 | 9.47 | 22.6 | 23.7 |
| Philad | 100031012 | Annual | No | -75 | 0 | 9.04 | 9.81 | 23.0 | 23.6 |
| Pittsb | 420030064 | Annual | Yes | 30 | 0 | 12.82 | 12.02 | 35.8 | 34.8 |
| Pittsb | 421290008 | Annual | No | 30 | 0 | 8.65 | 8.06 | 19.6 | 18.0 |
| Pittsb | 421255001 | Annual | No | 30 | 0 | 8.35 | 7.78 | 17.8 | 16.4 |
| Pittsb | 421250200 | Annual | No | 30 | 0 | 8.95 | 8.32 | 19.3 | 18.2 |
| Pittsb | 421250005 | Annual | No | 30 | 0 | 11.02 | 10.30 | 22.7 | 21.7 |
| Pittsb | 420070014 | Annual | No | 30 | 0 | 10.11 | 9.52 | 21.9 | 20.6 |
| Pittsb | 420050001 | Annual | No | 30 | 0 | 11.03 | 10.45 | 21.9 | 20.4 |
| Pittsb | 420031301 | Annual | No | 30 | 0 | 11.00 | 10.28 | 24.8 | 23.6 |
| Pittsb | 420031008 | Annual | No | 30 | 0 | 9.78 | 9.20 | 20.5 | 19.0 |
| Pittsb | 420030008 | Annual | No | 30 | 0 | 9.50 | 8.89 | 20.5 | 19.2 |
| Prinev | 410130100 | 24-hr | Yes | N/A | N/A | 8.60 | 8.10 | 37.6 | 35.4 |
| ProvoO | 490494001 | 24-hr | Yes | -76 | 0 | 7.74 | 8.29 | 30.9 | 35.4 |
| ProvoO | 490495010 | 24-hr | No | -76 | 0 | 6.73 | 7.21 | - | - |
| ProvoO | 490490002 | 24-hr | No | -76 | 0 | 7.41 | 7.95 | 28.9 | 33.2 |
| Rivers | 060658005 | 24-hr | Yes | N/A | N/A | 14.48 | 11.87 | 43.2 | 35.4 |
| Rivers | 060658001 | 24-hr | No | N/A | N/A | - | - | 36.5 | 29.9 |
| Sacram | 060670006 | 24-hr | Yes | -99 | 0 | 9.31 | 10.04 | 31.4 | 35.3 |
| Sacram | 061131003 | 24-hr | No | -99 | 0 | 6.62 | 7.08 | 15.8 | 19.0 |
| Sacram | 060670012 | 24-hr | No | -99 | 0 | 7.30 | 7.85 | 19.8 | 21.3 |
| Sacram | 060670010 | 24-hr | No | -99 | 0 | 8.67 | 9.30 | 26.5 | 30.2 |
| Sacram | 060610006 | 24-hr | No | -99 | 0 | 7.58 | 8.08 | 20.3 | 22.2 |
| Sacram | 060610003 | 24-hr | No | -99 | 0 | 6.71 | 7.04 | 19.3 | 20.7 |
| SaltLa | 490353010 | 24-hr | Yes | 58 | 0 | - | - | 41.5 | 35.4 |
| SaltLa | 490353006 | 24-hr | No | 58 | 0 | 7.62 | 6.91 | 36.8 | 31.5 |
| SaltLa | 490351001 | 24-hr | No | 58 | 0 | 7.07 | 6.30 | 32.1 | 25.8 |
| SanLui | 060792007 | Annual | Yes | N/A | N/A | 10.70 | 12.04 | 25.9 | 29.1 |
| SanLui | 060798002 | Annual | No | N/A | N/A | 5.71 | 6.43 | - | - |
| SanLui | 060792004 | Annual | No | N/A | N/A | 8.25 | 9.28 | 19.8 | 22.3 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| SouthB | 181410015 | Annual | Yes | -92 | 0 | 10.45 | 12.04 | 32.5 | 34.8 |
| St.Lou | 290990019 | Annual | Yes | N/A | N/A | 10.12 | 12.04 | 22.8 | 27.1 |
| St.Lou | 295100094 | Annual | No | N/A | N/A | 9.57 | 11.39 | 23.3 | 27.7 |
| St.Lou | 295100093 | Annual | No | N/A | N/A | - | - | 23.7 | 28.2 |
| St.Lou | 295100085 | Annual | No | N/A | N/A | 10.10 | 12.02 | 23.6 | 28.1 |
| St.Lou | 295100007 | Annual | No | N/A | N/A | 9.78 | 11.64 | 23.7 | 28.2 |
| St.Lou | 291893001 | Annual | No | N/A | N/A | 9.85 | 11.72 | 22.4 | 26.6 |
| Stockt | 060771002 | 24-hr | Yes | 42 | 0 | 12.23 | 11.41 | 38.7 | 35.4 |
| Stockt | 060772010 | 24-hr | No | 42 | 0 | 10.74 | 9.96 | 37.3 | 34.3 |
| Visali | 061072002 | 24-hr | Yes | N/A | N/A | 16.23 | 10.64 | 54.0 | 35.4 |
| Weirto | 390810017 | Annual | Yes | -14 | 0 | 11.75 | 12.03 | 27.2 | 27.5 |
| Weirto | 540090011 | Annual | No | -14 | 0 | 9.75 | 10.02 | 22.8 | 23.6 |
| Weirto | 540090005 | Annual | No | -14 | 0 | 10.52 | 10.80 | 22.4 | 23.1 |
| Weirto | 390810021 | Annual | No | -14 | 0 | 9.29 | 9.55 | 22.2 | 22.8 |
| Wheeli | 540511002 | Annual | Yes | N/A | N/A | 10.24 | 12.04 | 22.5 | 26.5 |
| Wheeli | 540690010 | Annual | No | N/A | N/A | 9.61 | 11.30 | 19.7 | 23.2 |

[a] CBSA names are the first six characters of the full CBSAs names in Table C-3.
[b] Percent reduction in NOx and $SO_2$ emissions associated with just meeting the standard in this case; N/A indicates 'not applicable' where proportional projection was used.
[c] Percent reduction in Primary $PM_{2.5}$ emissions associated with just meeting the standard in this case; N/A indicates 'not applicable' where proportional projection was used.

Table C-21. $PM_{2.5}$ DVs for the Primary PM projection case and 10/30 standard level.

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (μg $m^{-3}$) | Projected Annual DV (μg $m^{-3}$) | Base 24-hr DV (μg $m^{-3}$) | Projected 24-hr DV (μg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| AkronO | 391530017 | Annual | Yes | 0 | 17 | 10.99 | 10.03 | 23.7 | 22.6 |
| AkronO | 391530023 | Annual | No | 0 | 17 | 9.16 | 8.46 | 20.2 | 19.1 |
| Altoon | 420130801 | Annual | Yes | 0 | 2 | 10.11 | 10.02 | 23.8 | 23.5 |
| Atlant | 131210039 | Annual | Yes | 0 | 6 | 10.38 | 10.01 | 19.7 | 19.0 |
| Atlant | 132230003 | Annual | No | 0 | 6 | 7.82 | 7.64 | 16.2 | 15.9 |
| Atlant | 131350002 | Annual | No | 0 | 6 | 8.84 | 8.57 | 17.9 | 17.3 |
| Atlant | 130890002 | Annual | No | 0 | 6 | 9.34 | 9.04 | 19.2 | 18.7 |
| Atlant | 130670003 | Annual | No | 0 | 6 | 9.51 | 9.22 | 18.6 | 18.2 |
| Atlant | 130630091 | Annual | No | 0 | 6 | 9.86 | 9.56 | 19.1 | 18.5 |
| Bakers | 060290016 | Annual | Yes | 91 | 100 | 18.45 | 10.01 | 61.3 | 29.1 |
| Bakers | 060290015 | Annual | No | 91 | 100 | 5.15 | 3.66 | 15.8 | 13.6 |
| Bakers | 060290014 | Annual | No | 91 | 100 | 16.53 | 8.37 | 61.4 | 26.0 |
| Bakers | 060290011 | Annual | No | 91 | 100 | 6.06 | 4.58 | 19.6 | 15.9 |
| Bakers | 060290010 | Annual | No | 91 | 100 | 16.52 | 8.87 | 70.0 | 27.9 |
| Birmin | 010732059 | Annual | Yes | 0 | 16 | 11.25 | 10.03 | 22.3 | 19.8 |
| Birmin | 010732003 | Annual | No | 0 | 16 | 10.08 | 9.06 | 19.0 | 17.2 |
| Birmin | 010731010 | Annual | No | 0 | 16 | 9.78 | 8.94 | 19.2 | 17.7 |
| Birmin | 010730023 | Annual | No | 0 | 16 | 10.94 | 9.77 | 22.8 | 20.6 |
| Canton | 391510017 | Annual | Yes | 0 | 15 | 10.81 | 10.01 | 23.7 | 22.6 |
| Canton | 391510020 | Annual | No | 0 | 15 | 9.91 | 9.21 | 22.0 | 21.0 |
| Chicag | 170313103 | Annual | Yes | 0 | 18 | 11.10 | 10.01 | 22.6 | 21.0 |
| Chicag | 550590019 | Annual | No | 0 | 18 | 8.04 | 7.42 | 20.4 | 18.8 |
| Chicag | 181270024 | Annual | No | 0 | 18 | 9.51 | 8.55 | 22.4 | 20.4 |
| Chicag | 180892004 | Annual | No | 0 | 18 | 9.84 | 8.78 | 24.7 | 22.8 |
| Chicag | 180890031 | Annual | No | 0 | 18 | 10.12 | 9.05 | 23.6 | 21.1 |
| Chicag | 180890026 | Annual | No | 0 | 18 | - | - | 25.2 | 22.8 |
| Chicag | 180890022 | Annual | No | 0 | 18 | - | - | 22.7 | 20.4 |
| Chicag | 180890006 | Annual | No | 0 | 18 | 10.03 | 8.93 | 23.1 | 20.5 |
| Chicag | 171971011 | Annual | No | 0 | 18 | 8.36 | 7.78 | 18.4 | 17.4 |
| Chicag | 171971002 | Annual | No | 0 | 18 | 7.69 | 7.04 | 20.0 | 18.7 |
| Chicag | 170890007 | Annual | No | 0 | 18 | 8.94 | 8.21 | 19.2 | 17.8 |
| Chicag | 170890003 | Annual | No | 0 | 18 | - | - | 19.2 | 18.1 |
| Chicag | 170434002 | Annual | No | 0 | 18 | 8.87 | 8.13 | 19.9 | 18.9 |
| Chicag | 170316005 | Annual | No | 0 | 18 | 10.79 | 9.73 | 24.1 | 21.7 |
| Chicag | 170314201 | Annual | No | 0 | 18 | 9.00 | 8.25 | 21.4 | 19.9 |
| Chicag | 170314007 | Annual | No | 0 | 18 | 9.49 | 8.66 | - | - |
| Chicag | 170313301 | Annual | No | 0 | 18 | 10.37 | 9.38 | 23.5 | 21.3 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Chicag | 170310076 | Annual | No | 0 | 18 | 10.18 | 9.24 | 22.5 | 20.7 |
| Chicag | 170310057 | Annual | No | 0 | 18 | 11.03 | 9.99 | 26.8 | 25.1 |
| Chicag | 170310052 | Annual | No | 0 | 18 | 10.00 | 9.06 | 23.3 | 21.4 |
| Chicag | 170310022 | Annual | No | 0 | 18 | 10.38 | 9.28 | 22.4 | 20.9 |
| Chicag | 170310001 | Annual | No | 0 | 18 | 10.13 | 9.22 | 21.7 | 19.7 |
| Cincin | 390610014 | Annual | Yes | 0 | 12 | 10.70 | 10.04 | 22.9 | 21.8 |
| Cincin | 390610042 | Annual | No | 0 | 12 | 10.29 | 9.69 | 22.6 | 21.6 |
| Cincin | 390610040 | Annual | No | 0 | 12 | 9.45 | 8.91 | 21.0 | 20.0 |
| Cincin | 390610010 | Annual | No | 0 | 12 | 9.43 | 8.93 | 21.3 | 20.5 |
| Cincin | 390610006 | Annual | No | 0 | 12 | 9.46 | 8.91 | 20.3 | 19.5 |
| Cincin | 390170020 | Annual | No | 0 | 12 | - | - | 24.2 | 23.3 |
| Cincin | 390170019 | Annual | No | 0 | 12 | 10.24 | 9.60 | 22.0 | 21.1 |
| Cincin | 390170016 | Annual | No | 0 | 12 | 9.79 | 9.22 | 22.1 | 21.2 |
| Cincin | 210373002 | Annual | No | 0 | 12 | 9.06 | 8.58 | 20.9 | 20.0 |
| Clevel | 390350065 | Annual | Yes | 0 | 33 | 12.17 | 10.00 | 24.9 | 21.3 |
| Clevel | 391030004 | Annual | No | 0 | 33 | 8.73 | 7.57 | 19.6 | 17.8 |
| Clevel | 390933002 | Annual | No | 0 | 33 | 8.10 | 6.95 | 20.2 | 18.7 |
| Clevel | 390850007 | Annual | No | 0 | 33 | 7.88 | 6.84 | 17.4 | 15.4 |
| Clevel | 390351002 | Annual | No | 0 | 33 | 8.86 | 7.64 | 19.5 | 17.5 |
| Clevel | 390350045 | Annual | No | 0 | 33 | 10.61 | 8.84 | 22.9 | 20.1 |
| Clevel | 390350038 | Annual | No | 0 | 33 | 11.38 | 9.37 | 25.0 | 22.0 |
| Clevel | 390350034 | Annual | No | 0 | 33 | 8.87 | 7.58 | 20.4 | 18.2 |
| Detroi | 261630033 | Annual | Yes | 0 | 26 | 11.30 | 10.00 | 26.8 | 24.9 |
| Detroi | 261630039 | Annual | No | 0 | 26 | 9.11 | 8.21 | 22.3 | 20.3 |
| Detroi | 261630036 | Annual | No | 0 | 26 | 8.68 | 7.88 | 21.8 | 19.8 |
| Detroi | 261630025 | Annual | No | 0 | 26 | 8.98 | 7.99 | 24.1 | 21.7 |
| Detroi | 261630019 | Annual | No | 0 | 26 | 9.18 | 8.18 | 22.4 | 19.7 |
| Detroi | 261630016 | Annual | No | 0 | 26 | 9.62 | 8.63 | 24.4 | 22.6 |
| Detroi | 261630015 | Annual | No | 0 | 26 | 11.19 | 9.94 | 25.5 | 22.8 |
| Detroi | 261630001 | Annual | No | 0 | 26 | 9.50 | 8.39 | 23.3 | 20.4 |
| Detroi | 261470005 | Annual | No | 0 | 26 | 8.89 | 8.11 | 24.3 | 22.4 |
| Detroi | 261250001 | Annual | No | 0 | 26 | 8.86 | 7.90 | 24.2 | 22.2 |
| Detroi | 260990009 | Annual | No | 0 | 26 | 8.80 | 7.94 | 26.2 | 23.8 |
| ElCent | 060250005 | Annual | Yes | 0 | 50 | 12.63 | 10.01 | 33.5 | 25.0 |
| ElCent | 060251003 | Annual | No | 0 | 50 | 7.44 | 5.67 | 19.8 | 14.6 |
| ElCent | 060250007 | Annual | No | 0 | 50 | 8.37 | 6.80 | 21.5 | 18.5 |
| Elkhar | 180390008 | Annual | Yes | 0 | 6 | 10.24 | 10.01 | 28.6 | 27.8 |
| Evansv | 181630023 | Annual | Yes | 0 | 2 | 10.11 | 10.02 | 21.5 | 21.5 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Evansv | 211010014 | Annual | No | 0 | 2 | 9.64 | 9.56 | 20.7 | 20.7 |
| Evansv | 181630021 | Annual | No | 0 | 2 | 9.84 | 9.76 | 21.6 | 21.5 |
| Evansv | 181630016 | Annual | No | 0 | 2 | 10.02 | 9.94 | 22.0 | 21.9 |
| Fresno | 060195001 | 24-hr | Yes | 0 | 100 | 14.08 | 9.49 | 49.3 | 30.3 |
| Fresno | 060195025 | 24-hr | No | 0 | 100 | 13.63 | 8.41 | 47.9 | 26.4 |
| Fresno | 060192009 | 24-hr | No | 0 | 100 | 8.47 | 6.74 | 31.3 | 22.2 |
| Fresno | 060190011 | 24-hr | No | 0 | 100 | 14.07 | 8.27 | 53.8 | 27.1 |
| Hanfor | 060310004 | Annual | Yes | 82 | 98 | 21.98 | 10.00 | 72.0 | 29.5 |
| Hanfor | 060311004 | Annual | No | 82 | 98 | 16.49 | 8.36 | 58.9 | 25.2 |
| Housto | 482011035 | Annual | Yes | 0 | 19 | 11.19 | 10.01 | 22.4 | 20.2 |
| Housto | 482011039 | Annual | No | 0 | 19 | 9.22 | 8.40 | 21.7 | 19.6 |
| Housto | 482010058 | Annual | No | 0 | 19 | 9.67 | 8.70 | 22.3 | 20.3 |
| Housto | 481671034 | Annual | No | 0 | 19 | 7.36 | 7.07 | 20.3 | 19.6 |
| Indian | 180970087 | Annual | Yes | 0 | 25 | 11.44 | 10.01 | 25.9 | 24.2 |
| Indian | 180970083 | Annual | No | 0 | 25 | 11.06 | 9.72 | 23.9 | 22.5 |
| Indian | 180970081 | Annual | No | 0 | 25 | 11.07 | 9.71 | 25.0 | 23.4 |
| Indian | 180970078 | Annual | No | 0 | 25 | 10.14 | 8.97 | 24.4 | 22.8 |
| Indian | 180970043 | Annual | No | 0 | 25 | - | - | 26.0 | 24.6 |
| Indian | 180950011 | Annual | No | 0 | 25 | 9.05 | 8.17 | 21.8 | 20.7 |
| Indian | 180570007 | Annual | No | 0 | 25 | 9.02 | 8.07 | 21.4 | 20.0 |
| Johnst | 420210011 | Annual | Yes | 0 | 12 | 10.68 | 10.02 | 25.8 | 23.5 |
| Lancas | 420710012 | Annual | Yes | 0 | 41 | 12.83 | 9.98 | 32.7 | 25.5 |
| Lancas | 420710007 | Annual | No | 0 | 41 | 10.57 | 8.20 | 29.8 | 22.0 |
| LasVeg | 320030561 | Annual | Yes | 0 | 4 | 10.28 | 9.97 | 24.5 | 23.6 |
| LasVeg | 320032002 | Annual | No | 0 | 4 | 9.79 | 9.50 | 19.8 | 19.2 |
| LasVeg | 320031019 | Annual | No | 0 | 4 | 5.18 | 5.08 | 11.5 | 11.3 |
| LasVeg | 320030540 | Annual | No | 0 | 4 | 8.80 | 8.55 | 21.7 | 20.9 |
| Lebano | 420750100 | Annual | Yes | 0 | 21 | 11.20 | 10.04 | 31.4 | 28.0 |
| Little | 051191008 | Annual | Yes | 0 | 6 | 10.27 | 10.00 | 21.7 | 21.3 |
| Little | 051190007 | Annual | No | 0 | 6 | 9.78 | 9.48 | 20.5 | 20.1 |
| LoganU | 490050007 | 24-hr | Yes | 0 | 19 | 6.95 | 6.40 | 34.0 | 30.3 |
| LosAng | 060371103 | Annual | Yes | 0 | 34 | 12.38 | 9.99 | 32.8 | 27.8 |
| LosAng | 060592022 | Annual | No | 0 | 34 | 7.48 | 6.43 | 15.3 | 13.3 |
| LosAng | 060590007 | Annual | No | 0 | 34 | 9.63 | 7.84 | - | - |
| LosAng | 060374004 | Annual | No | 0 | 34 | 10.25 | 8.36 | 27.3 | 23.7 |
| LosAng | 060374002 | Annual | No | 0 | 34 | 11.06 | 9.02 | 29.2 | 24.9 |
| LosAng | 060371602 | Annual | No | 0 | 34 | 11.86 | 9.55 | 32.3 | 26.5 |
| LosAng | 060371302 | Annual | No | 0 | 34 | 11.99 | 9.64 | 31.5 | 27.0 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (μg $m^{-3}$) | Projected Annual DV (μg $m^{-3}$) | Base 24-hr DV (μg $m^{-3}$) | Projected 24-hr DV (μg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| LosAng | 060371201 | Annual | No | 0 | 34 | 9.46 | 7.93 | 25.6 | 21.6 |
| LosAng | 060370002 | Annual | No | 0 | 34 | 10.52 | 8.81 | 29.2 | 25.0 |
| Louisv | 180190006 | Annual | Yes | 0 | 12 | 10.64 | 10.01 | 23.9 | 22.8 |
| Louisv | 211110075 | Annual | No | 0 | 12 | 10.42 | 9.79 | 22.3 | 21.4 |
| Louisv | 211110067 | Annual | No | 0 | 12 | 9.55 | 8.99 | 21.4 | 20.5 |
| Louisv | 211110051 | Annual | No | 0 | 12 | 10.29 | 9.76 | 21.8 | 21.2 |
| Louisv | 211110043 | Annual | No | 0 | 12 | 10.37 | 9.77 | 22.0 | 21.2 |
| Louisv | 180431004 | Annual | No | 0 | 12 | 9.96 | 9.41 | 22.0 | 21.0 |
| Louisv | 180190008 | Annual | No | 0 | 12 | 8.72 | 8.29 | 20.1 | 19.5 |
| MaconG | 130210007 | Annual | Yes | 0 | 2 | 10.13 | 10.03 | 21.2 | 21.0 |
| MaconG | 130210012 | Annual | No | 0 | 2 | 7.68 | 7.61 | 16.6 | 16.5 |
| Madera | 060392010 | 24-hr | Yes | 0 | 84 | 13.30 | 9.89 | 45.1 | 30.4 |
| McAlle | 482150043 | Annual | Yes | 0 | 2 | 10.09 | 10.03 | 25.0 | 24.9 |
| Merced | 060470003 | 24-hr | Yes | 0 | 65 | 11.81 | 9.87 | 39.0 | 30.4 |
| Merced | 060472510 | 24-hr | No | 0 | 65 | 11.68 | 9.11 | 39.8 | 28.8 |
| Modest | 060990006 | 24-hr | Yes | 0 | 77 | 13.02 | 9.52 | 45.7 | 30.3 |
| Modest | 060990005 | 24-hr | No | 0 | 77 | - | - | 38.8 | 29.2 |
| NapaCA | 060550003 | Annual | Yes | 0 | 9 | 10.36 | 10.04 | 25.1 | 24.6 |
| NewYor | 360610128 | Annual | Yes | 0 | 3 | 10.20 | 9.99 | 23.9 | 23.5 |
| NewYor | 361030002 | Annual | No | 0 | 3 | 7.18 | 7.07 | 18.8 | 18.6 |
| NewYor | 360810124 | Annual | No | 0 | 3 | 7.52 | 7.39 | 19.5 | 19.1 |
| NewYor | 360710002 | Annual | No | 0 | 3 | 6.95 | 6.84 | 17.5 | 17.2 |
| NewYor | 360610134 | Annual | No | 0 | 3 | 9.70 | 9.51 | 21.6 | 21.2 |
| NewYor | 360610079 | Annual | No | 0 | 3 | 8.42 | 8.26 | 22.8 | 22.5 |
| NewYor | 360470122 | Annual | No | 0 | 3 | 8.66 | 8.49 | 20.5 | 20.2 |
| NewYor | 360050133 | Annual | No | 0 | 3 | 9.05 | 8.87 | 24.0 | 23.6 |
| NewYor | 360050110 | Annual | No | 0 | 3 | 7.39 | 7.25 | 19.4 | 19.1 |
| NewYor | 340392003 | Annual | No | 0 | 3 | 8.59 | 8.44 | 23.6 | 23.2 |
| NewYor | 340390004 | Annual | No | 0 | 3 | 9.87 | 9.69 | 24.2 | 23.8 |
| NewYor | 340310005 | Annual | No | 0 | 3 | 8.42 | 8.28 | 22.2 | 21.9 |
| NewYor | 340292002 | Annual | No | 0 | 3 | 7.23 | 7.13 | 18.1 | 17.9 |
| NewYor | 340273001 | Annual | No | 0 | 3 | 6.78 | 6.69 | 17.1 | 16.9 |
| NewYor | 340171003 | Annual | No | 0 | 3 | 8.79 | 8.64 | 23.4 | 22.9 |
| NewYor | 340130003 | Annual | No | 0 | 3 | 8.89 | 8.73 | 23.8 | 23.4 |
| NewYor | 340030003 | Annual | No | 0 | 3 | 8.90 | 8.75 | 24.5 | 24.1 |
| OgdenC | 490110004 | 24-hr | Yes | 0 | 15 | 7.28 | 6.89 | 32.6 | 30.3 |
| OgdenC | 490570002 | 24-hr | No | 0 | 15 | 8.99 | 8.39 | - | - |
| OgdenC | 490030003 | 24-hr | No | 0 | 15 | 6.35 | 6.02 | - | - |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Philad | 420450002 | Annual | Yes | 0 | 20 | 11.46 | 9.99 | 26.0 | 22.9 |
| Philad | 421010057 | Annual | No | 0 | 20 | 10.86 | 9.56 | 27.0 | 23.4 |
| Philad | 421010055 | Annual | No | 0 | 20 | 11.43 | 9.94 | 27.5 | 24.2 |
| Philad | 421010048 | Annual | No | 0 | 20 | 10.27 | 9.00 | 25.6 | 22.7 |
| Philad | 420290100 | Annual | No | 0 | 20 | 9.64 | 8.66 | 23.9 | 21.2 |
| Philad | 340150004 | Annual | No | 0 | 20 | 8.33 | 7.43 | 20.6 | 18.2 |
| Philad | 340071007 | Annual | No | 0 | 20 | 8.84 | 7.86 | 21.0 | 18.8 |
| Philad | 340070002 | Annual | No | 0 | 20 | 10.19 | 9.11 | 23.5 | 20.6 |
| Philad | 240150003 | Annual | No | 0 | 20 | 8.70 | 7.90 | 22.6 | 20.5 |
| Philad | 100031012 | Annual | No | 0 | 20 | 9.04 | 8.15 | 23.0 | 21.1 |
| Pittsb | 420030064 | Annual | Yes | 0 | 44 | 12.82 | 10.04 | 35.8 | 26.2 |
| Pittsb | 421290008 | Annual | No | 0 | 44 | 8.65 | 6.96 | 19.6 | 16.9 |
| Pittsb | 421255001 | Annual | No | 0 | 44 | 8.35 | 6.78 | 17.8 | 15.7 |
| Pittsb | 421250200 | Annual | No | 0 | 44 | 8.95 | 7.22 | 19.3 | 15.7 |
| Pittsb | 421250005 | Annual | No | 0 | 44 | 11.02 | 8.85 | 22.7 | 18.0 |
| Pittsb | 420070014 | Annual | No | 0 | 44 | 10.11 | 7.98 | 21.9 | 17.5 |
| Pittsb | 420050001 | Annual | No | 0 | 44 | 11.03 | 8.58 | 21.9 | 17.8 |
| Pittsb | 420031301 | Annual | No | 0 | 44 | 11.00 | 8.64 | 24.8 | 18.7 |
| Pittsb | 420031008 | Annual | No | 0 | 44 | 9.78 | 7.68 | 20.5 | 16.1 |
| Pittsb | 420030008 | Annual | No | 0 | 44 | 9.50 | 7.30 | 20.5 | 16.3 |
| Prinev | 410130100 | 24-hr | Yes | 0 | 33 | 8.60 | 7.19 | 37.6 | 30.4 |
| ProvoO | 490494001 | 24-hr | Yes | 0 | 3 | 7.74 | 7.65 | 30.9 | 30.4 |
| ProvoO | 490495010 | 24-hr | No | 0 | 3 | 6.73 | 6.65 | - | - |
| ProvoO | 490490002 | 24-hr | No | 0 | 3 | 7.41 | 7.32 | 28.9 | 28.4 |
| Rivers | 060658005 | 24-hr | Yes | 0 | 58 | 14.48 | 9.69 | 43.2 | 30.4 |
| Rivers | 060658001 | 24-hr | No | 0 | 58 | - | - | 36.5 | 25.4 |
| Sacram | 060670006 | 24-hr | Yes | 0 | 6 | 9.31 | 9.02 | 31.4 | 30.4 |
| Sacram | 061131003 | 24-hr | No | 0 | 6 | 6.62 | 6.47 | 15.8 | 15.4 |
| Sacram | 060670012 | 24-hr | No | 0 | 6 | 7.30 | 7.11 | 19.8 | 19.4 |
| Sacram | 060670010 | 24-hr | No | 0 | 6 | 8.67 | 8.41 | 26.5 | 25.7 |
| Sacram | 060610006 | 24-hr | No | 0 | 6 | 7.58 | 7.34 | 20.3 | 19.9 |
| Sacram | 060610003 | 24-hr | No | 0 | 6 | 6.71 | 6.56 | 19.3 | 19.0 |
| SaltLa | 490353010 | 24-hr | Yes | 0 | 85 | - | - | 41.5 | 30.4 |
| SaltLa | 490353006 | 24-hr | No | 0 | 85 | 7.62 | 4.85 | 36.8 | 23.8 |
| SaltLa | 490351001 | 24-hr | No | 0 | 85 | 7.07 | 4.72 | 32.1 | 21.0 |
| SanLui | 060792007 | Annual | Yes | 0 | 22 | 10.70 | 10.04 | 25.9 | 24.9 |
| SanLui | 060798002 | Annual | No | 0 | 22 | 5.71 | 5.42 | - | - |
| SanLui | 060792004 | Annual | No | 0 | 22 | 8.25 | 7.76 | 19.8 | 19.2 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| SouthB | 181410015 | 24-hr | Yes | 0 | 18 | 10.45 | 9.72 | 32.5 | 30.3 |
| St.Lou | 290990019 | Annual | Yes | 0 | 2 | 10.12 | 10.02 | 22.8 | 22.7 |
| St.Lou | 295100094 | Annual | No | 0 | 2 | 9.57 | 9.48 | 23.3 | 23.2 |
| St.Lou | 295100093 | Annual | No | 0 | 2 | - | - | 23.7 | 23.5 |
| St.Lou | 295100085 | Annual | No | 0 | 2 | 10.10 | 10.00 | 23.6 | 23.4 |
| St.Lou | 295100007 | Annual | No | 0 | 2 | 9.78 | 9.69 | 23.7 | 23.6 |
| St.Lou | 291893001 | Annual | No | 0 | 2 | 9.85 | 9.76 | 22.4 | 22.3 |
| Stockt | 060771002 | 24-hr | Yes | 0 | 43 | 12.23 | 9.86 | 38.7 | 30.3 |
| Stockt | 060772010 | 24-hr | No | 0 | 43 | 10.74 | 8.75 | 37.3 | 29.6 |
| Visali | 061072002 | 24-hr | Yes | 58 | 74 | 16.23 | 9.67 | 54.0 | 30.4 |
| Weirto | 390810017 | Annual | Yes | 0 | 33 | 11.75 | 10.00 | 27.2 | 22.6 |
| Weirto | 540090011 | Annual | No | 0 | 33 | 9.75 | 8.42 | 22.8 | 19.8 |
| Weirto | 540090005 | Annual | No | 0 | 33 | 10.52 | 9.07 | 22.4 | 19.8 |
| Weirto | 390810021 | Annual | No | 0 | 33 | 9.29 | 8.06 | 22.2 | 19.3 |
| Wheeli | 540511002 | Annual | Yes | 0 | 5 | 10.24 | 10.03 | 22.5 | 22.1 |
| Wheeli | 540690010 | Annual | No | 0 | 5 | 9.61 | 9.42 | 19.7 | 19.4 |

[a] CBSA names are the first six characters of the full CBSAs names in Table C-3.
[b] Percent reduction in NOx and $SO_2$ emissions associated with just meeting the standard in this case.
[c] Percent reduction in Primary $PM_{2.5}$ emissions associated with just meeting the standard in this case.

Table C-22. $PM_{2.5}$ DVs for the Secondary PM projection case and 10/30 standard level.

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| AkronO | 391530017 | Annual | Yes | 45 | 0 | 10.99 | 10.04 | 23.7 | 20.8 |
| AkronO | 391530023 | Annual | No | 45 | 0 | 9.16 | 8.24 | 20.2 | 17.7 |
| Altoon | 420130801 | Annual | Yes | N/A | N/A | 10.11 | 10.04 | 23.8 | 23.6 |
| Atlant | 131210039 | Annual | Yes | N/A | N/A | 10.38 | 10.04 | 19.7 | 19.1 |
| Atlant | 132230003 | Annual | No | N/A | N/A | 7.82 | 7.56 | 16.2 | 15.7 |
| Atlant | 131350002 | Annual | No | N/A | N/A | 8.84 | 8.55 | 17.9 | 17.3 |
| Atlant | 130890002 | Annual | No | N/A | N/A | 9.34 | 9.03 | 19.2 | 18.6 |
| Atlant | 130670003 | Annual | No | N/A | N/A | 9.51 | 9.20 | 18.6 | 18.0 |
| Atlant | 130630091 | Annual | No | N/A | N/A | 9.86 | 9.54 | 19.1 | 18.5 |
| Bakers | 060290010 | 24-hr | Yes | N/A | N/A | 16.52 | 8.99 | 70.0 | 30.4 |
| Bakers | 060290016 | 24-hr | No | N/A | N/A | 18.45 | 10.04 | 61.3 | 26.6 |
| Bakers | 060290015 | 24-hr | No | N/A | N/A | 5.15 | 2.80 | 15.8 | 6.9 |
| Bakers | 060290014 | 24-hr | No | N/A | N/A | 16.53 | 9.00 | 61.4 | 26.7 |
| Bakers | 060290011 | 24-hr | No | N/A | N/A | 6.06 | 3.30 | 19.6 | 8.5 |
| Birmin | 010732059 | Annual | Yes | 71 | 0 | 11.25 | 10.04 | 22.3 | 20.2 |
| Birmin | 010732003 | Annual | No | 71 | 0 | 10.08 | 8.86 | 19.0 | 16.1 |
| Birmin | 010731010 | Annual | No | 71 | 0 | 9.78 | 8.39 | 19.2 | 16.6 |
| Birmin | 010730023 | Annual | No | 71 | 0 | 10.94 | 9.72 | 22.8 | 20.3 |
| Canton | 391510017 | Annual | Yes | 36 | 0 | 10.81 | 10.04 | 23.7 | 21.7 |
| Canton | 391510020 | Annual | No | 36 | 0 | 9.91 | 9.13 | 22.0 | 19.4 |
| Chicag | 170313103 | Annual | Yes | N/A | N/A | 11.10 | 10.04 | 22.6 | 20.4 |
| Chicag | 550590019 | Annual | No | N/A | N/A | 8.04 | 7.27 | 20.4 | 18.5 |
| Chicag | 181270024 | Annual | No | N/A | N/A | 9.51 | 8.60 | 22.4 | 20.3 |
| Chicag | 180892004 | Annual | No | N/A | N/A | 9.84 | 8.90 | 24.7 | 22.3 |
| Chicag | 180890031 | Annual | No | N/A | N/A | 10.12 | 9.15 | 23.6 | 21.3 |
| Chicag | 180890026 | Annual | No | N/A | N/A | - | - | 25.2 | 22.8 |
| Chicag | 180890022 | Annual | No | N/A | N/A | - | - | 22.7 | 20.5 |
| Chicag | 180890006 | Annual | No | N/A | N/A | 10.03 | 9.07 | 23.1 | 20.9 |
| Chicag | 171971011 | Annual | No | N/A | N/A | 8.36 | 7.56 | 18.4 | 16.6 |
| Chicag | 171971002 | Annual | No | N/A | N/A | 7.69 | 6.96 | 20.0 | 18.1 |
| Chicag | 170890007 | Annual | No | N/A | N/A | 8.94 | 8.09 | 19.2 | 17.4 |
| Chicag | 170890003 | Annual | No | N/A | N/A | - | - | 19.2 | 17.4 |
| Chicag | 170434002 | Annual | No | N/A | N/A | 8.87 | 8.02 | 19.9 | 18.0 |
| Chicag | 170316005 | Annual | No | N/A | N/A | 10.79 | 9.76 | 24.1 | 21.8 |
| Chicag | 170314201 | Annual | No | N/A | N/A | 9.00 | 8.14 | 21.4 | 19.4 |
| Chicag | 170314007 | Annual | No | N/A | N/A | 9.49 | 8.58 | - | - |
| Chicag | 170313301 | Annual | No | N/A | N/A | 10.37 | 9.38 | 23.5 | 21.3 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Chicag | 170310076 | Annual | No | N/A | N/A | 10.18 | 9.21 | 22.5 | 20.4 |
| Chicag | 170310057 | Annual | No | N/A | N/A | 11.03 | 9.98 | 26.8 | 24.2 |
| Chicag | 170310052 | Annual | No | N/A | N/A | 10.00 | 9.05 | 23.3 | 21.1 |
| Chicag | 170310022 | Annual | No | N/A | N/A | 10.38 | 9.39 | 22.4 | 20.3 |
| Chicag | 170310001 | Annual | No | N/A | N/A | 10.13 | 9.16 | 21.7 | 19.6 |
| Cincin | 390610014 | Annual | Yes | 28 | 0 | 10.70 | 10.03 | 22.9 | 21.2 |
| Cincin | 390610042 | Annual | No | 28 | 0 | 10.29 | 9.61 | 22.6 | 20.8 |
| Cincin | 390610040 | Annual | No | 28 | 0 | 9.45 | 8.78 | 21.0 | 19.0 |
| Cincin | 390610010 | Annual | No | 28 | 0 | 9.43 | 8.78 | 21.3 | 19.6 |
| Cincin | 390610006 | Annual | No | 28 | 0 | 9.46 | 8.82 | 20.3 | 18.4 |
| Cincin | 390170020 | Annual | No | 28 | 0 | - | - | 24.2 | 22.5 |
| Cincin | 390170019 | Annual | No | 28 | 0 | 10.24 | 9.66 | 22.0 | 20.6 |
| Cincin | 390170016 | Annual | No | 28 | 0 | 9.79 | 9.16 | 22.1 | 20.1 |
| Cincin | 210373002 | Annual | No | 28 | 0 | 9.06 | 8.38 | 20.9 | 18.9 |
| Clevel | 390350065 | Annual | Yes | 79 | 0 | 12.17 | 10.04 | 24.9 | 20.5 |
| Clevel | 391030004 | Annual | No | 79 | 0 | 8.73 | 6.75 | 19.6 | 13.9 |
| Clevel | 390933002 | Annual | No | 79 | 0 | 8.10 | 6.28 | 20.2 | 13.8 |
| Clevel | 390850007 | Annual | No | 79 | 0 | 7.88 | 6.10 | 17.4 | 12.9 |
| Clevel | 390351002 | Annual | No | 79 | 0 | 8.86 | 6.81 | 19.5 | 14.4 |
| Clevel | 390350045 | Annual | No | 79 | 0 | 10.61 | 8.50 | 22.9 | 17.0 |
| Clevel | 390350038 | Annual | No | 79 | 0 | 11.38 | 9.33 | 25.0 | 19.7 |
| Clevel | 390350034 | Annual | No | 79 | 0 | 8.87 | 6.90 | 20.4 | 15.4 |
| Detroi | 261630033 | Annual | Yes | 60 | 0 | 11.30 | 10.03 | 26.8 | 24.3 |
| Detroi | 261630039 | Annual | No | 60 | 0 | 9.11 | 7.82 | 22.3 | 18.8 |
| Detroi | 261630036 | Annual | No | 60 | 0 | 8.68 | 7.43 | 21.8 | 19.1 |
| Detroi | 261630025 | Annual | No | 60 | 0 | 8.98 | 7.63 | 24.1 | 19.1 |
| Detroi | 261630019 | Annual | No | 60 | 0 | 9.18 | 7.83 | 22.4 | 20.3 |
| Detroi | 261630016 | Annual | No | 60 | 0 | 9.62 | 8.33 | 24.4 | 21.3 |
| Detroi | 261630015 | Annual | No | 60 | 0 | 11.19 | 9.88 | 25.5 | 22.0 |
| Detroi | 261630001 | Annual | No | 60 | 0 | 9.50 | 8.26 | 23.3 | 20.1 |
| Detroi | 261470005 | Annual | No | 60 | 0 | 8.89 | 7.81 | 24.3 | 20.6 |
| Detroi | 261250001 | Annual | No | 60 | 0 | 8.86 | 7.49 | 24.2 | 20.5 |
| Detroi | 260990009 | Annual | No | 60 | 0 | 8.80 | 7.57 | 26.2 | 21.8 |
| ElCent | 060250005 | Annual | Yes | N/A | N/A | 12.63 | 10.04 | 33.5 | 26.6 |
| ElCent | 060251003 | Annual | No | N/A | N/A | 7.44 | 5.91 | 19.8 | 15.7 |
| ElCent | 060250007 | Annual | No | N/A | N/A | 8.37 | 6.65 | 21.5 | 17.1 |
| Elkhar | 180390008 | Annual | Yes | N/A | N/A | 10.24 | 10.04 | 28.6 | 28.0 |
| Evansv | 181630023 | Annual | Yes | 3 | 0 | 10.11 | 10.03 | 21.5 | 21.2 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Evansv | 211010014 | Annual | No | 3 | 0 | 9.64 | 9.56 | 20.7 | 20.3 |
| Evansv | 181630021 | Annual | No | 3 | 0 | 9.84 | 9.76 | 21.6 | 21.2 |
| Evansv | 181630016 | Annual | No | 3 | 0 | 10.02 | 9.95 | 22.0 | 21.7 |
| Fresno | 060190011 | 24-hr | Yes | N/A | N/A | 14.07 | 9.48 | 53.8 | 30.4 |
| Fresno | 060195025 | 24-hr | No | N/A | N/A | 13.63 | 9.18 | 47.9 | 27.1 |
| Fresno | 060195001 | 24-hr | No | N/A | N/A | 14.08 | 9.49 | 49.3 | 27.9 |
| Fresno | 060192009 | 24-hr | No | N/A | N/A | 8.47 | 5.71 | 31.3 | 17.7 |
| Hanfor | 060310004 | 24-hr | Yes | N/A | N/A | 21.98 | 9.28 | 72.0 | 30.4 |
| Hanfor | 060311004 | 24-hr | No | N/A | N/A | 16.49 | 6.96 | 58.9 | 24.9 |
| Housto | 482011035 | Annual | Yes | 84 | 0 | 11.19 | 10.04 | 22.4 | 19.6 |
| Housto | 482011039 | Annual | No | 84 | 0 | 9.22 | 8.09 | 21.7 | 18.7 |
| Housto | 482010058 | Annual | No | 84 | 0 | 9.67 | 8.57 | 22.3 | 19.1 |
| Housto | 481671034 | Annual | No | 84 | 0 | 7.36 | 6.29 | 20.3 | 17.8 |
| Indian | 180970087 | Annual | Yes | 48 | 0 | 11.44 | 10.03 | 25.9 | 21.8 |
| Indian | 180970083 | Annual | No | 48 | 0 | 11.06 | 9.64 | 23.9 | 21.4 |
| Indian | 180970081 | Annual | No | 48 | 0 | 11.07 | 9.66 | 25.0 | 20.8 |
| Indian | 180970078 | Annual | No | 48 | 0 | 10.14 | 8.73 | 24.4 | 19.9 |
| Indian | 180970043 | Annual | No | 48 | 0 | - | - | 26.0 | 20.9 |
| Indian | 180950011 | Annual | No | 48 | 0 | 9.05 | 7.86 | 21.8 | 18.3 |
| Indian | 180570007 | Annual | No | 48 | 0 | 9.02 | 7.75 | 21.4 | 17.8 |
| Johnst | 420210011 | Annual | Yes | 31 | 0 | 10.68 | 10.04 | 25.8 | 25.1 |
| Lancas | 420710012 | Annual | Yes | 98 | 0 | 12.83 | 10.01 | 32.7 | 26.2 |
| Lancas | 420710007 | Annual | No | 98 | 0 | 10.57 | 7.81 | 29.8 | 23.4 |
| LasVeg | 320030561 | Annual | Yes | N/A | N/A | 10.28 | 10.04 | 24.5 | 23.9 |
| LasVeg | 320032002 | Annual | No | N/A | N/A | 9.79 | 9.56 | 19.8 | 19.3 |
| LasVeg | 320031019 | Annual | No | N/A | N/A | 5.18 | 5.06 | 11.5 | 11.2 |
| LasVeg | 320030540 | Annual | No | N/A | N/A | 8.80 | 8.59 | 21.7 | 21.2 |
| Lebano | 420750100 | Annual | Yes | 53 | 0 | 11.20 | 10.03 | 31.4 | 28.6 |
| Little | 051191008 | Annual | Yes | 11 | 0 | 10.27 | 10.04 | 21.7 | 21.1 |
| Little | 051190007 | Annual | No | 11 | 0 | 9.78 | 9.57 | 20.5 | 19.9 |
| LoganU | 490050007 | 24-hr | Yes | 56 | 0 | 6.95 | 6.51 | 34.0 | 30.4 |
| LosAng | 060371103 | Annual | Yes | N/A | N/A | 12.38 | 10.04 | 32.8 | 26.6 |
| LosAng | 060592022 | Annual | No | N/A | N/A | 7.48 | 6.07 | 15.3 | 12.4 |
| LosAng | 060590007 | Annual | No | N/A | N/A | 9.63 | 7.81 | - | - |
| LosAng | 060374004 | Annual | No | N/A | N/A | 10.25 | 8.31 | 27.3 | 22.1 |
| LosAng | 060374002 | Annual | No | N/A | N/A | 11.06 | 8.97 | 29.2 | 23.7 |
| LosAng | 060371602 | Annual | No | N/A | N/A | 11.86 | 9.62 | 32.3 | 26.2 |
| LosAng | 060371302 | Annual | No | N/A | N/A | 11.99 | 9.72 | 31.5 | 25.5 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (μg $m^{-3}$) | Projected Annual DV (μg $m^{-3}$) | Base 24-hr DV (μg $m^{-3}$) | Projected 24-hr DV (μg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| LosAng | 060371201 | Annual | No | N/A | N/A | 9.46 | 7.67 | 25.6 | 20.8 |
| LosAng | 060370002 | Annual | No | N/A | N/A | 10.52 | 8.53 | 29.2 | 23.7 |
| Louisv | 180190006 | Annual | Yes | 24 | 0 | 10.64 | 10.02 | 23.9 | 22.0 |
| Louisv | 211110075 | Annual | No | 24 | 0 | 10.42 | 9.83 | 22.3 | 20.3 |
| Louisv | 211110067 | Annual | No | 24 | 0 | 9.55 | 8.96 | 21.4 | 19.9 |
| Louisv | 211110051 | Annual | No | 24 | 0 | 10.29 | 9.68 | 21.8 | 20.2 |
| Louisv | 211110043 | Annual | No | 24 | 0 | 10.37 | 9.77 | 22.0 | 20.2 |
| Louisv | 180431004 | Annual | No | 24 | 0 | 9.96 | 9.37 | 22.0 | 20.4 |
| Louisv | 180190008 | Annual | No | 24 | 0 | 8.72 | 8.13 | 20.1 | 18.3 |
| MaconG | 130210007 | Annual | Yes | N/A | N/A | 10.13 | 10.04 | 21.2 | 21.0 |
| MaconG | 130210012 | Annual | No | N/A | N/A | 7.68 | 7.61 | 16.6 | 16.5 |
| Madera | 060392010 | 24-hr | Yes | N/A | N/A | 13.30 | 10.04 | 45.1 | 30.4 |
| McAlle | 482150043 | Annual | Yes | N/A | N/A | 10.09 | 10.04 | 25.0 | 24.9 |
| Merced | 060472510 | 24-hr | Yes | 68 | 0 | 11.68 | 9.74 | 39.8 | 30.4 |
| Merced | 060470003 | 24-hr | No | 68 | 0 | 11.81 | 9.82 | 39.0 | 29.8 |
| Modest | 060990006 | 24-hr | Yes | N/A | N/A | 13.02 | 9.75 | 45.7 | 30.4 |
| Modest | 060990005 | 24-hr | No | N/A | N/A | - | - | 38.8 | 25.8 |
| NapaCA | 060550003 | Annual | Yes | N/A | N/A | 10.36 | 10.04 | 25.1 | 24.3 |
| NewYor | 360610128 | Annual | Yes | N/A | N/A | 10.20 | 10.04 | 23.9 | 23.5 |
| NewYor | 361030002 | Annual | No | N/A | N/A | 7.18 | 7.07 | 18.8 | 18.5 |
| NewYor | 360810124 | Annual | No | N/A | N/A | 7.52 | 7.40 | 19.5 | 19.2 |
| NewYor | 360710002 | Annual | No | N/A | N/A | 6.95 | 6.84 | 17.5 | 17.2 |
| NewYor | 360610134 | Annual | No | N/A | N/A | 9.70 | 9.55 | 21.6 | 21.3 |
| NewYor | 360610079 | Annual | No | N/A | N/A | 8.42 | 8.29 | 22.8 | 22.4 |
| NewYor | 360470122 | Annual | No | N/A | N/A | 8.66 | 8.52 | 20.5 | 20.2 |
| NewYor | 360050133 | Annual | No | N/A | N/A | 9.05 | 8.91 | 24.0 | 23.6 |
| NewYor | 360050110 | Annual | No | N/A | N/A | 7.39 | 7.27 | 19.4 | 19.1 |
| NewYor | 340392003 | Annual | No | N/A | N/A | 8.59 | 8.46 | 23.6 | 23.2 |
| NewYor | 340390004 | Annual | No | N/A | N/A | 9.87 | 9.72 | 24.2 | 23.8 |
| NewYor | 340310005 | Annual | No | N/A | N/A | 8.42 | 8.29 | 22.2 | 21.9 |
| NewYor | 340292002 | Annual | No | N/A | N/A | 7.23 | 7.12 | 18.1 | 17.8 |
| NewYor | 340273001 | Annual | No | N/A | N/A | 6.78 | 6.67 | 17.1 | 16.8 |
| NewYor | 340171003 | Annual | No | N/A | N/A | 8.79 | 8.65 | 23.4 | 23.0 |
| NewYor | 340130003 | Annual | No | N/A | N/A | 8.89 | 8.75 | 23.8 | 23.4 |
| NewYor | 340030003 | Annual | No | N/A | N/A | 8.90 | 8.76 | 24.5 | 24.1 |
| OgdenC | 490110004 | 24-hr | Yes | 29 | 0 | 7.28 | 7.01 | 32.6 | 30.4 |
| OgdenC | 490570002 | 24-hr | No | 29 | 0 | 8.99 | 8.71 | - | - |
| OgdenC | 490030003 | 24-hr | No | 29 | 0 | 6.35 | 6.10 | - | - |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg m$^{-3}$) | Projected Annual DV (µg m$^{-3}$) | Base 24-hr DV (µg m$^{-3}$) | Projected 24-hr DV (µg m$^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| Philad | 420450002 | Annual | Yes | 86 | 0 | 11.46 | 10.04 | 26.0 | 22.3 |
| Philad | 421010057 | Annual | No | 86 | 0 | 10.86 | 9.12 | 27.0 | 22.5 |
| Philad | 421010055 | Annual | No | 86 | 0 | 11.43 | 9.95 | 27.5 | 23.9 |
| Philad | 421010048 | Annual | No | 86 | 0 | 10.27 | 8.70 | 25.6 | 21.1 |
| Philad | 420290100 | Annual | No | 86 | 0 | 9.64 | 7.87 | 23.9 | 19.5 |
| Philad | 340150004 | Annual | No | 86 | 0 | 8.33 | 6.99 | 20.6 | 16.9 |
| Philad | 340071007 | Annual | No | 86 | 0 | 8.84 | 7.23 | 21.0 | 17.1 |
| Philad | 340070002 | Annual | No | 86 | 0 | 10.19 | 8.40 | 23.5 | 20.2 |
| Philad | 240150003 | Annual | No | 86 | 0 | 8.70 | 6.90 | 22.6 | 17.5 |
| Philad | 100031012 | Annual | No | 86 | 0 | 9.04 | 7.21 | 23.0 | 17.7 |
| Pittsb | 420030064 | 24-hr | Yes | 100 | 0 | 12.82 | 9.22 | 35.8 | 30.4 |
| Pittsb | 421290008 | 24-hr | No | 100 | 0 | 8.65 | 6.04 | 19.6 | 12.9 |
| Pittsb | 421255001 | 24-hr | No | 100 | 0 | 8.35 | 5.90 | 17.8 | 11.1 |
| Pittsb | 421250200 | 24-hr | No | 100 | 0 | 8.95 | 6.10 | 19.3 | 13.7 |
| Pittsb | 421250005 | 24-hr | No | 100 | 0 | 11.02 | 7.78 | 22.7 | 18.1 |
| Pittsb | 420070014 | 24-hr | No | 100 | 0 | 10.11 | 7.38 | 21.9 | 15.2 |
| Pittsb | 420050001 | 24-hr | No | 100 | 0 | 11.03 | 8.39 | 21.9 | 15.5 |
| Pittsb | 420031301 | 24-hr | No | 100 | 0 | 11.00 | 7.79 | 24.8 | 19.7 |
| Pittsb | 420031008 | 24-hr | No | 100 | 0 | 9.78 | 7.11 | 20.5 | 14.7 |
| Pittsb | 420030008 | 24-hr | No | 100 | 0 | 9.50 | 6.81 | 20.5 | 14.2 |
| Prinev | 410130100 | 24-hr | Yes | N/A | N/A | 8.60 | 6.95 | 37.6 | 30.4 |
| ProvoO | 490494001 | 24-hr | Yes | 6 | 0 | 7.74 | 7.68 | 30.9 | 30.4 |
| ProvoO | 490495010 | 24-hr | No | 6 | 0 | 6.73 | 6.68 | - | - |
| ProvoO | 490490002 | 24-hr | No | 6 | 0 | 7.41 | 7.36 | 28.9 | 28.4 |
| Rivers | 060658005 | Annual | Yes | N/A | N/A | 14.48 | 10.04 | 43.2 | 30.0 |
| Rivers | 060658001 | Annual | No | N/A | N/A | - | - | 36.5 | 25.3 |
| Sacram | 060670006 | 24-hr | Yes | 18 | 0 | 9.31 | 9.11 | 31.4 | 30.4 |
| Sacram | 061131003 | 24-hr | No | 18 | 0 | 6.62 | 6.50 | 15.8 | 15.1 |
| Sacram | 060670012 | 24-hr | No | 18 | 0 | 7.30 | 7.17 | 19.8 | 19.3 |
| Sacram | 060670010 | 24-hr | No | 18 | 0 | 8.67 | 8.50 | 26.5 | 25.5 |
| Sacram | 060610006 | 24-hr | No | 18 | 0 | 7.58 | 7.45 | 20.3 | 19.9 |
| Sacram | 060610003 | 24-hr | No | 18 | 0 | 6.71 | 6.63 | 19.3 | 18.9 |
| SaltLa | 490353010 | 24-hr | Yes | 79 | 0 | - | - | 41.5 | 30.3 |
| SaltLa | 490353006 | 24-hr | No | 79 | 0 | 7.62 | 6.46 | 36.8 | 29.3 |
| SaltLa | 490351001 | 24-hr | No | 79 | 0 | 7.07 | 5.88 | 32.1 | 23.2 |
| SanLui | 060792007 | Annual | Yes | N/A | N/A | 10.70 | 10.04 | 25.9 | 24.3 |
| SanLui | 060798002 | Annual | No | N/A | N/A | 5.71 | 5.36 | - | - |
| SanLui | 060792004 | Annual | No | N/A | N/A | 8.25 | 7.74 | 19.8 | 18.6 |

| CBSA [a] | Site | Controlling Standard | Controlling Site? | NOx & $SO_2$ Reduction (%) [b] | Primary $PM_{2.5}$ Reduction (%) [c] | Base Annual DV (µg $m^{-3}$) | Projected Annual DV (µg $m^{-3}$) | Base 24-hr DV (µg $m^{-3}$) | Projected 24-hr DV (µg $m^{-3}$) |
|---|---|---|---|---|---|---|---|---|---|
| SouthB | 181410015 | 24-hr | Yes | 30 | 0 | 10.45 | 9.68 | 32.5 | 30.4 |
| St.Lou | 290990019 | Annual | Yes | N/A | N/A | 10.12 | 10.04 | 22.8 | 22.6 |
| St.Lou | 295100094 | Annual | No | N/A | N/A | 9.57 | 9.49 | 23.3 | 23.1 |
| St.Lou | 295100093 | Annual | No | N/A | N/A | - | - | 23.7 | 23.5 |
| St.Lou | 295100085 | Annual | No | N/A | N/A | 10.10 | 10.02 | 23.6 | 23.4 |
| St.Lou | 295100007 | Annual | No | N/A | N/A | 9.78 | 9.70 | 23.7 | 23.5 |
| St.Lou | 291893001 | Annual | No | N/A | N/A | 9.85 | 9.77 | 22.4 | 22.2 |
| Stockt | 060771002 | Annual | Yes | 97 | 0 | 12.23 | 10.04 | 38.7 | 29.7 |
| Stockt | 060772010 | Annual | No | 97 | 0 | 10.74 | 8.69 | 37.3 | 28.4 |
| Visali | 061072002 | 24-hr | Yes | N/A | N/A | 16.23 | 9.14 | 54.0 | 30.4 |
| Weirto | 390810017 | Annual | Yes | 62 | 0 | 11.75 | 10.02 | 27.2 | 23.8 |
| Weirto | 540090011 | Annual | No | 62 | 0 | 9.75 | 8.14 | 22.8 | 19.9 |
| Weirto | 540090005 | Annual | No | 62 | 0 | 10.52 | 8.82 | 22.4 | 18.8 |
| Weirto | 390810021 | Annual | No | 62 | 0 | 9.29 | 7.68 | 22.2 | 18.5 |
| Wheeli | 540511002 | Annual | Yes | N/A | N/A | 10.24 | 10.04 | 22.5 | 22.1 |
| Wheeli | 540690010 | Annual | No | N/A | N/A | 9.61 | 9.42 | 19.7 | 19.3 |

[a] CBSA names are the first six characters of the full CBSAs names in Table C-3.
[b] Percent reduction in NOx and $SO_2$ emissions associated with just meeting the standard in this case; N/A indicates 'not applicable' where proportional projection was used.
[c] Percent reduction in Primary $PM_{2.5}$ emissions associated with just meeting the standard in this case; N/A indicates 'not applicable' where proportional projection was used.

## REFERENCES

Abt Associates, Inc. (2014). User's guide: modeled attainment test software. U.S. Environmental Protection Agency. Research Triangle Park, NC. Available: https://www3.epa.gov/ttn/scram/guidance/guide/MATS_2-6-1_manual.pdf.

Appel, KW, Napelenok, S., Hogrefe, C., Pouliot, G., Foley, K.M., Roselle, S.J., Pleim, J.E., Bash, J., Pye, H.O.T., Heath, N., Murphy, B., Mathur, R. (2018). Overview and evaluation of the Community Multiscale Air Quality (CMAQ) Modeling System Version 5.2. *Air Pollution Modeling and Its Application XXV*. C. Mensink, Kallos, G. Springer International Publishing, Cham. Switzerland**:** 69-73.

Awad, YA, Di, Q, Wang, Y, Choirat, C, Coull, BA, Zanobetti, A and Schwartz, J (2019). Change in PM2. 5 exposure and mortality among Medicare recipients: Combining a semi-randomized approach and inverse probability weights in a low exposure population. Environmental Epidemiology (Philadelphia, Pa.) 3(4).

Baxter, LK, Crooks, JL and Sacks, JD (2017). Influence of exposure differences on city-to-city heterogeneity in $PM_{2.5}$-mortality associations in US cities. Environmental Health: A Global Access Science Source 16(1): 1.

Berrocal, VJ, Gelfand, AE and Holland, DM (2012). Space-time data fusion under error in computer model output: an application to modeling air quality. Biometrics 68(3): 837-848.

Chen, H, Burnett, RT, Copes, R, Kwong, JC, Villeneuve, PJ, Goldberg, MS, Brook, RD, van Donkelaar, A, Jerrett, M, Martin, RV, Brook, JR, Kopp, A and Tu, JV (2016). Ambient fine particulate matter and mortality among survivors of myocardial infarction: population-based cohort study. Environmental Health Perspectives 124(9): 1421-1428.

Di, Q, Wang, Y, Zanobetti, A, Wang, Y, Koutrakis, P, Choirat, C, Dominici, F and Schwartz, JD (2017). Air pollution and mortality in the Medicare population. New England Journal of Medicine 376(26): 2513-2522.

Frank, NH (2006). Retained nitrate, hydrated sulfates, and carbonaceous mass in federal reference method fine particulate matter for six eastern US cities. Journal of the Air Waste Management Association 56(4): 500-511.

Hart, JE, Liao, X, Hong, B, Puett, RC, Yanosky, JD, Suh, H, Kioumourtzoglou, MA, Spiegelman, D and Laden, F (2015). The association of long-term exposure to $PM_{2.5}$ on all-cause mortality in the Nurses' Health Study and the impact of measurement-error correction. Environmental Health: A Global Access Science Source 14: 38.

Ito, K, Ross, Z, Zhou, J, Nádas, A, Lippmann, M and Thurston, GD (2013). National Particle Component Toxicity (NPACT) initiative: Study 3. Time-series analysis of mortality, hospitalizations, and ambient $PM_{2.5}$ and its components. 177. Health Effects Institute. Boston, MA. https://www.healtheffects.org/system/files/RR177-Lippmann-Study3-AppendixG_0.pdf.

Jerrett, M, Burnett, RT, Beckerman, BS, Turner, MC, Krewski, D, Thurston, G, Martin, RV, van Donkelaar, A, Hughes, E, Shi, Y, Gapstur, SM, Thun, MJ and Pope, CA, 3rd (2013). Spatial analysis of air pollution and mortality in California. Am J Respir Crit Care Med 188(5): 593-599.

Jerrett, M, Turner, MC, Beckerman, BS, Pope, CA, van Donkelaar, A, Martin, RV, Serre, M, Crouse, D, Gapstur, SM, Krewski, D, Diver, WR, Coogan, PF, Thurston, GD and Burnett, RT (2016). Comparing the health effects of ambient particulate matter estimated using ground-based versus remote sensing exposure estimates. Environmental Health Perspectives 125(4): 552-559.

Kelly, JT, Jang, CJ, Timin, B, Gantt, B, Reff, A, Zhu, Y, Long, S and Hanna, A (2019a). A system for developing and projecting PM2. 5 spatial fields to correspond to just meeting national ambient air quality standards. Atmospheric Environment 2: 100019.

Kelly, JT, Koplitz, SN, Baker, KR, Holder, AL, Pye, HOT, Murphy, BN, Bash, JO, Henderson, BH, Possiel, NC, Simon, H, Eyth, AM, Jang, CJ, Phillips, S and Timin, B (2019b). Assessing $PM_{2.5}$ model performance for the conterminous U.S. with comparison to model performance statistics from 2007-2015. Atmospheric Environment 214: 116872.

Kioumourtzoglou, MA, Schwartz, J, James, P, Dominici, F and Zanobetti, A (2016). $PM_{2.5}$ and mortality in 207 us cities: Modification by temperature and city characteristics. Epidemiology 27(2): 221-227.

Kloog, I, Ridgway, B, Koutrakis, P, Coull, BA and Schwartz, JD (2013). Long- and short-term exposure to PM2.5 and mortality: using novel exposure models. Epidemiology 24(4): 555-561.

Lipfert, FW and Wyzga, RE (2020). Environmental predictors of survival in a cohort of US military veterans: A multi-level spatio-temporal analysis stratified by race. Environmental research 183: 108842.

National Resources Council (2004). Air Quality Management in the United States. The National Academies Press. Washington, DC. NRC.

Parker, JD, Kravets, N and Vaidyanathan, A (2018). Particulate matter air pollution exposure and heart disease mortality risks by race and ethnicity in the United States: 1997 to 2009 National Health Interview Survey with mortality follow-up through 2011. Circulation 137(16): 1688-1697.

Pope, CA, Turner, MC, Burnett, R, Jerrett, M, Gapstur, SM, Diver, WR, Krewski, D and Brook, RD (2015). Relationships between fine particulate air pollution, cardiometabolic disorders and cardiovascular mortality. Circulation Research 116(1): 108-U258.

Skamarock, WC, Klemp, JB, Dudhia, J, Gill, DO, Barker, DM, Wang, W and Powers, JG (2005). A description of the advanced research WRF version 2. National Center For Atmospheric Research Boulder Co Mesoscale and Microscale ….

Son, J-Y, Lane, KJ, Miranda, ML and Bell, ML (2020). Health disparities attributable to air pollutant exposure in North Carolina: Influence of residential environmental and social factors. Health & place 62: 102287.

Sutradhar, R and Austin, PC (2018). Relative rates not relative risks: addressing a widespread misinterpretation of hazard ratios. Annals of epidemiology 28(1): 54-57.

Turner, MC, Jerrett, M, Pope, A, III, Krewski, D, Gapstur, SM, Diver, WR, Beckerman, BS, Marshall, JD, Su, J, Crouse, DL and Burnett, RT (2016). Long-term ozone exposure and mortality in a large prospective study. American Journal of Respiratory and Critical Care Medicine 193(10): 1134-1142.

U.S. EPA (2001). Risk Assessment Guidance for Superfund: Volume III - Part A, Process for Conducting Probabilistic Risk Assessment. Office of Emergency and Remedial Response. Washington, D.C. U.S. EPA. EPA 540-R-02-002. Available at : https://www.epa.gov/sites/production/files/2015-09/documents/rags3adt_complete.pdf.

U.S. EPA (2004). An Examination of EPA Risk Assessment Principles and Practices. Office of Research and Development. Washington, D.C. U.S. EPA. EPA/100/B-04/001. Available at: https://semspub.epa.gov/work/10/500006305.pdf.

U.S. EPA (2010). Quantitative Health Risk Assessment for Particulate Matter (Final Report). Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. Research Triangle Park, NC. U.S. EPA. EPA-452/R-10-005. June 2010. Available at: https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=P1007RFC.txt.

U.S. EPA (2015). Preamble to the Integrated Science Assessments. U.S. Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment, RTP Division. Research Triangle Park, NC. U.S. EPA. EPA/600/R-15/067. November 2015. Available at: https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=310244.

U.S. EPA (2018a). Bayesian space-time downscaling fusion model (downscaler) -Derived Estimates of Air Quality for 2014. Office of Air Quality Planning and Standards. Research Triangle Park, NC. U.S. EPA. EPA-454/R-18-008. Available at: https://www.epa.gov/hesc/rsig-related-downloadable-data-files.

U.S. EPA (2018b). Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, $PM_{2.5}$, and Regional Haze. Office of Air Quality Planning and Standards. Research Triangle Park, NC. U.S. EPA. EPA 454/R-18-009. Available at: https://www3.epa.gov/ttn/scram/guidance/guide/O3-PM-RH-Modeling_Guidance-2018.pdf.

U.S. EPA (2019). Integrated Science Assessment (ISA) for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Office of Research and Development, Center for Public Health and Environmental Assessment. Research Triangle Park, NC. U.S. EPA. EPA/600/R-19/188. December 2019. Available at:

https://www.epa.gov/naaqs/particulate-matter-pm-standards-integrated-science-assessments-current-review.

U.S. EPA (2021). Technical Support Document (TSD)for the Final Revised Cross-State Air Pollution Rule Update for the 2008 Ozone Season NAAQS. U.S. Environmental Protection Agency. Durham, NC. Office of Air Quality Planning and Standrads. EPA-HQ-OAR-2020-0272. Available at: https://www.epa.gov/sites/default/files/2021-03/documents/estimating_pm2.5-_and_ozone-attributable_health_benefits_tsd.pdf.

U.S. EPA (2022). Supplement to the 2019 Integrated Science Assessment for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Office of Research and Development, Center for Public Health and Environmental Assessment. Research Triangle Park, NC. U.S. EPA. EPA/600/R 22/028. May 2022. Available at: https://www.epa.gov/naaqs/particulate-matter-pm-standards-integrated-science-assessments-current-review.

Wang, B, Eum, K-D, Kazemiparkouhi, F, Li, C, Manjourides, J, Pavlu, V and Suh, H (2020). The impact of long-term PM 2.5 exposure on specific causes of death: Exposure-response curves and effect modification among 53 million US Medicare beneficiaries. Environmental Health 19(1): 1-12.

Wang, Y, Shi, L, Lee, M, Liu, P, Di, Q, Zanobetti, A and Schwartz, JD (2017). Long-term exposure to $PM_{2.5}$ and mortality among older adults in the Southeastern US. Epidemiology 28(2): 207-214.

WHO (2008). Uncertainty and Data Quality in Exposure Assessment. The Internaltional Programme on Chemical Safety. Geneva. WHO. https://www.who.int/ipcs/publications/methods/harmonization/exposure_assessment.pdf.

Willis, A, Jerrett, M, Burnett, R and Krewski, D (2003). The association between sulfate air pollution and mortality at the county scale: an exploration of the impact of scale on a long-term exposure study. Journal of Toxicology and Environmental Health Part A 66(16-19): 1605-1624.

Woods & Poole (2015). Complete Demographic Database.

Zanobetti, A, Dominici, F, Wang, Y and Schwartz, JD (2014). A national case-crossover analysis of the short-term effect of $PM_{2.5}$ on hospitalizations and mortality in subjects with diabetes and neurological disorders. Environmental Health: A Global Access Science Source 13(1): 38.

EPA/600/R-22/028| May 2022 | www.epa.gov/isa

United States
Environmental Protection
Agency

# Supplement to the 2019 Integrated Science Assessment for Particulate Matter



Office of Research and Development
Center for Public Health & Environmental Assessment, Research Triangle Park, NC

United States Environmental Protection Agency

EPA/600/R-22/028
May 2022
www.epa.gov/isa

# Supplement to the 2019 Integrated Science Assessment for Particulate Matter

May 2022

Center for Public Health and Environmental Assessment
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

# CONTENTS

INTEGRATED SCIENCE ASSESSMENT TEAM FOR PARTICULATE MATTER ____ xi

ACRONYMS AND ABBREVIATIONS ____ XIII

EXECUTIVE SUMMARY ____ ES-I

1. INTRODUCTION AND SCOPE ____ 1-1
   - 1.1. Introduction ____ 1-1
   - 1.2. Rationale and Scope ____ 1-2
     - 1.2.1. Rational for Inclusion of Health and Welfare Effects ____ 1-2
     - 1.2.2. Scope ____ 1-4
   - 1.3. Development of the Supplement ____ 1-5
   - 1.4. Organization of the Supplement ____ 1-6

2. OVERVIEW OF MAIN CONCLUSIONS OF THE 2019 INTEGRATED SCIENCE ASSESSMENT FOR PARTICULATE MATTER ____ 2-1
   - 2.1. Health Effects ____ 2-1
     - 2.1.1. Health Effects of $PM_{2.5}$ ____ 2-3
       - 2.1.1.1. Respiratory Effects ____ 2-3
         - 2.1.1.1.1. Respiratory Effects Associated with Short-Term $PM_{2.5}$ Exposure ____ 2-4
         - 2.1.1.1.2. Respiratory Effects Associated with Long-Term $PM_{2.5}$ Exposure ____ 2-5
       - 2.1.1.2. Cardiovascular Effects ____ 2-6
         - 2.1.1.2.1. Cardiovascular Effects Associated with Short-Term $PM_{2.5}$ Exposure ____ 2-6
         - 2.1.1.2.2. Cardiovascular Effects Associated with Long-Term $PM_{2.5}$ Exposure ____ 2-8
       - 2.1.1.3. Nervous System Effects ____ 2-10
         - 2.1.1.3.1. Nervous System Effects Associated with Long-Term $PM_{2.5}$ Exposure 2-10
       - 2.1.1.4. Cancer ____ 2-12
         - 2.1.1.4.1. Cancer Associated with Long-Term $PM_{2.5}$ Exposure ____ 2-12
       - 2.1.1.5. Mortality ____ 2-13
         - 2.1.1.5.1. Mortality Associated with Short-Term $PM_{2.5}$ Exposure ____ 2-13
         - 2.1.1.5.2. Mortality Associated with Long-Term $PM_{2.5}$ Exposure ____ 2-14
   - 2.2. Policy-Relevant Considerations ____ 2-24
     - 2.2.1. Potential Copollutant Confounding ____ 2-24
       - 2.2.1.1. Short-Term $PM_{2.5}$ Exposure ____ 2-25
       - 2.2.1.2. Long-Term $PM_{2.5}$ Exposure ____ 2-26
     - 2.2.2. Timing of Effects ____ 2-27
       - 2.2.2.1. Averaging Time ____ 2-27
       - 2.2.2.2. Lag Structure of Associations ____ 2-28
     - 2.2.3. Concentration-Response Relationship ____ 2-29
       - 2.2.3.1. Short-Term Exposure ____ 2-30
       - 2.2.3.2. Long-Term Exposure ____ 2-30
     - 2.2.4. PM Components and Sources ____ 2-31
       - 2.2.4.1. Respiratory Effects ____ 2-32
       - 2.2.4.2. Cardiovascular Effects ____ 2-33
       - 2.2.4.3. Mortality ____ 2-34
     - 2.2.5. Populations and Lifestages at Potentially Increased Risk of a PM-Related Health Effect ____ 2-34
   - 2.3. Welfare Effects ____ 2-37
     - 2.3.1. Visibility Impairment ____ 2-38
     - 2.3.2. Climate Effects ____ 2-38
     - 2.3.3. Materials Effects ____ 2-39

**3. EVALUATION OF RECENT HEALTH EFFECTS EVIDENCE 3-1**
3.1. Cardiovascular Effects 3-2
3.1.1. Short-Term $PM_{2.5}$ Exposure 3-2
3.1.1.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter 3-2
3.1.1.2. Recent U.S. and Canadian Epidemiologic Studies 3-8
3.1.1.2.1. Ischemic Heart Disease and Myocardial Infarction 3-8
3.1.1.2.2. Cerebrovascular Disease and Stroke 3-13
3.1.1.2.3. Heart Failure 3-16
3.1.1.2.4. Arrhythmia 3-19
3.1.1.2.5. Combinations of Cardiovascular-Related Outcomes 3-22
3.1.1.2.6. Cardiovascular Mortality 3-23
3.1.1.2.7. Consideration of Copollutant Exposures 3-23
3.1.1.2.8. Lag Structure of Associations 3-24
3.1.1.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Cardiovascular Effects Relationship through Accountability Analyses and Alternative Methods for Confounder Control 3-24
3.1.1.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Short-Term $PM_{2.5}$ Exposure and Cardiovascular Effects 3-28
3.1.2. Long-Term $PM_{2.5}$ Exposure 3-28
3.1.2.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter 3-29
3.1.2.2. Recent U.S. and Canadian Epidemiologic Studies 3-34
3.1.2.2.1. Ischemic Heart Disease and Myocardial Infarction 3-35
3.1.2.2.2. Cerebrovascular Disease and Stroke 3-38
3.1.2.2.3. Atherosclerosis 3-40
3.1.2.2.4. Heart Failure and Impaired Heart Function 3-41
3.1.2.2.5. Cardiac Electrophysiology and Arrhythmia 3-42
3.1.2.2.6. Blood Pressure and Hypertension 3-43
3.1.2.2.7. Cardiovascular Mortality 3-44
3.1.2.2.8. Copollutant Confounding 3-44
3.1.2.2.9. Examination of the Concentration-Response (C-R) Relationship between Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects 3-46
3.1.2.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Cardiovascular Effects Relationship through Accountability Analyses and Alternative Methods for Confounder Control 3-51
3.1.2.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects 3-54
3.2. Mortality 3-55
3.2.1. Short-Term $PM_{2.5}$ Exposure 3-55
3.2.1.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter 3-56
3.2.1.2. Recent U.S. and Canadian Epidemiologic Studies 3-61
3.2.1.2.1. All-Cause and Total (Nonaccidental) Mortality 3-61
3.2.1.2.2. Cause-specific Mortality 3-64
3.2.1.2.3. Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship 3-65
3.2.1.2.4. Effect Modification of the $PM_{2.5}$-Mortality Relationship 3-66
3.2.1.2.5. Lag Structure of Associations 3-70
3.2.1.2.6. Examination of the Concentration-Response (C-R) Relationship between Short-Term $PM_{2.5}$ Exposure and Mortality 3-70
3.2.1.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Mortality Relationship through Accountability Analyses and Alternative Methods for Confounder Control 3-73

3.2.1.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Short-Term $PM_{2.5}$ Exposure and Mortality ____ 3-75
3.2.2. Long-Term $PM_{2.5}$ Exposure ____ 3-76
3.2.2.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter ____ 3-77
3.2.2.2. Recent U.S. and Canadian Cohort Studies ____ 3-82
3.2.2.2.1. All-Cause and Total (Nonaccidental) Mortality ____ 3-83
3.2.2.2.2. Cause-Specific Mortality ____ 3-91
3.2.2.2.3. Long-Term $PM_{2.5}$ Exposure and Mortality in Populations with Preexisting Conditions ____ 3-98
3.2.2.2.4. Studies of Life Expectancy ____ 3-99
3.2.2.2.5. Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship ____ 3-100
3.2.2.2.6. Studies that Address the Potential Implications of Unmeasured Confounders on $PM_{2.5}$-Mortality Associations ____ 3-102
3.2.2.2.7. Examination of the Concentration-Response (C-R) Relationship between Long-Term $PM_{2.5}$ Exposure and Mortality ____ 3-106
3.2.2.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Mortality Relationship through Accountability Analyses and Alternative Methods for Confounder Control ____ 3-112
3.2.2.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Long-Term $PM_{2.5}$ Exposure and Mortality ____ 3-127
3.3. Key Scientific Topics that Further Inform the Health Effects of $PM_{2.5}$ ____ 3-128
3.3.1. Recent Experimental Studies at Near-Ambient Concentrations ____ 3-129
3.3.2. $PM_{2.5}$ Exposure and COVID-19 Infection and Death ____ 3-130
3.3.2.1. Short-Term $PM_{2.5}$ Exposure ____ 3-131
3.3.2.2. Long-Term $PM_{2.5}$ Exposure ____ 3-131
3.3.2.3. Summary of Recent Epidemiologic Studies Examining $PM_{2.5}$ Exposure and COVID-19 Infection and Death ____ 3-133
3.3.3. Populations and Lifestages at Potentially Increased Risk of a PM-Related Health Effect ____ 3-134
3.3.3.1. Socioeconomic Status ____ 3-135
3.3.3.1.1. Exposure Disparity ____ 3-135
3.3.3.1.2. Health Risk Disparity ____ 3-140
3.3.3.2. Race/Ethnicity ____ 3-147
3.3.3.2.1. Exposure Disparity ____ 3-148
3.3.3.2.2. Health Risk Disparity ____ 3-153
3.3.3.3. Summary of Recent Evidence on At-Risk Populations in the Context of Conclusions of the 2019 Integrated Science Assessment for Particulate Matter ____ 3-160

**4. EVALUATION OF RECENT WELFARE EFFECTS EVIDENCE ____ 4-1**
4.1. Summary of Evidence for Visibility Effects from 2019 Integrated Science Assessment for Particulate Matter ____ 4-1
4.2. Recent Studies that Inform the Relationship between PM and Visibility Effects ____ 4-2
4.2.1. Visibility Preference and Light Extinction ____ 4-2
4.2.2. Recent Estimates of Light Extinction Trends ____ 4-6
4.2.3. Recent Advancements in Visibility Monitoring and Assessment ____ 4-9
4.3. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Visibility Effects ____ 4-11

**5. SUMMARY AND CONCLUSIONS ____ 5-1**

**APPENDIX A ____ A-1**
A.1 Advances in Estimating Light Extinction ____ A-67
A.2 Quality Assurance Summary ____ A-71

**REFERENCES ____ R-1**

# LIST OF TABLES


| | | |
|---|---|---|
| Table 2-1 | *Causal* and *likely to be causal* causality determinations for short- and long-term $PM_{2.5}$ exposure. | 2-3 |
| Table 2-2 | Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter. | 2-16 |
| Table 2-3 | Key evidence contributing to *causal* causality determinations for PM exposure and welfare effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter. | 2-40 |
| Table 3-1 | Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects from the 2019 Integrated Science Assessment for Particulate Matter. | 3-4 |
| Table 3-2 | Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects from the 2019 Integrated Science Assessment for Particulate Matter. | 3-31 |
| Table 3-3 | Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity. | 3-46 |
| Table 3-4 | Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality from the 2019 Integrated Science Assessment for Particulate Matter. | 3-57 |
| Table 3-5 | Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality from the 2019 Integrated Science Assessment for Particulate Matter. | 3-79 |
| Table 3-6 | Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term $PM_{2.5}$ exposure and mortality. | 3-107 |
| Table 3-7 | Description of methods from epidemiologic studies using accountability analyses or alternative methods for confounder control to examine long-term exposure to $PM_{2.5}$ and mortality. | 3-113 |

# LIST OF FIGURES

Figure 3-1 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease. 3-12

Figure 3-2 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for stroke. 3-15

Figure 3-3 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for heart failure. 3-18

Figure 3-4 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for arrhythmia. 3-21

Figure 3-5 Associations between long-term $PM_{2.5}$ exposure and ischemic heart disease or myocardial infarction. 3-38

Figure 3-6 Associations between long-term $PM_{2.5}$ exposure and the incidence of stroke. 3-40

Figure 3-7 Associations between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity in single pollutant models and models adjusted for copollutants. 3-45

Figure 3-8 Concentration-response relationship for the association of $PM_{2.5}$ concentration with acute myocardial infarction. 3-49

Figure 3-9 Concentration-response relationship for the association of $PM_{2.5}$ concentration with acute myocardial infarction using SCHIF (A) and penalized splines (B) with 4 degrees of freedom. 3-49

Figure 3-10 Concentration-response relationship for the association of $PM_{2.5}$ concentration with first admissions for myocardial infarction. 3-50

Figure 3-11 Predicted log hazard for incident nonfatal myocardial infarction versus previous 1-year mean ambient $PM_{2.5}$ concentration. 3-50

Figure 3-12 Analysis steps used by Danesh Yazdi et al. (2021) to examine long-term $PM_{2.5}$ exposure and cardiovascular-related hospital admissions. 3-52

Figure 3-13 Summary of associations between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in multicity studies. 3-62

Figure 3-14 Summary of associations between short-term $PM_{2.5}$ exposure and cardiovascular and respiratory mortality in multicity studies. 3-65

Figure 3-15 Odds ratio and 95% confidence intervals for lag 0 and lag 0−2 days of nonaccidental mortality across tertiles of lag 0, lag 0−2, and lag 0−4 oxidant gases across 24 Canadian cities. 3-68

Figure 3-16 Associations between short-term $PM_{2.5}$ exposure and nonaccidental mortality at lag 1 for the 312 core-based statistical areas examined in Baxter et al. (2019). 3-69

Figure 3-17 Concentration-response curves for the United States (A) and Canada (B) using a B-spline function with knots at the 25th and 75th percentiles of $PM_{2.5}$ concentrations across all cities in each location. 3-71

Figure 3-18 Concentration-response curves for nonaccidental, cardiovascular, and respiratory mortality using natural cubic splines with 3 degrees of freedom for associations with 0−2-day $PM_{2.5}$ across 24 Canadian cities. 3-72

Figure 3-19 Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in recent North American cohorts. 3-84

Figure 3-20 Associations between long-term $PM_{2.5}$ exposure and all-cause and total (nonaccidental) mortality in cohort studies in the United States and Canada published since the 2019 Integrated Science Assessment for Particulate Matter. 3-85

Figure 3-21 Hazard ratios for spatially decomposed analyses for an interquartile range increase in $PM_{2.5}$ concentrations for all-cause mortality. 3-87

Figure 3-22 Associations between long-term $PM_{2.5}$ exposure and all cardiovascular disease and all respiratory disease mortality in recent North American cohorts. 3-92

Figure 3-23 Associations between long-term $PM_{2.5}$ exposure and cause-specific cardiovascular mortality in recent North American cohorts. 3-95

Figure 3-24 Associations between long-term $PM_{2.5}$ exposure and cause-specific respiratory mortality in recent North American cohorts. 3-97

Figure 3-25 Estimated loss in life expectancy by county for females and males for $PM_{2.5}$ concentrations in excess of the lowest observed $PM_{2.5}$ concentration of 2.8 μg/m$^3$. 3-100

Figure 3-26 Mortality risk ratios for a 10 μg/m$^3$ increase in $PM_{2.5}$ by length of study for the base model and temporal adjusted models in Eum et al. (2018). 3-104

Figure 3-27 Shape Constrained Health Impact Function predictions by $PM_{2.5}$ concentration for the pooled CanCHEC cohort. 3-110

Figure 3-28 Estimated concentration-response associations between $PM_{2.5}$ and all-cause mortality with a flexible modeling approach within the NHIS cohort. 3-111

Figure 3-29 Percent change in county-level COVID-19 case fatality rate and mortality rate in single and multipollutant models (January 22, 2020−July 17, 2020). 3-132

Figure 3-30a Differences in $PM_{2.5}$ exposure by socioeconomic status. 3-138

Figure 3-30b Differences in $PM_{2.5}$ exposure by socioeconomic status (continued). 3-139

Figure 3-31 Risk ratio of association between $PM_{2.5}$ and mortality, stratified by socioeconomic status. 3-142

Figure 3-32 Hazard ratios for the association between $PM_{2.5}$ and mortality, by greenspace and community-level material deprivation. 3-143

Figure 3-33 County-level life expectancy losses due to $PM_{2.5}$ exceeding 2.8 μg/m$^3$. 3-144

Figure 3-34 Estimated national and socioeconomic deprivation quintile-specific mortality rates. 3-145

Figure 3-35 Odds ratios for the association between $PM_{2.5}$ and cardiovascular outcomes and diabetes by neighborhood cluster. 3-147

Figure 3-36 Racial and ethnic inequities in $PM_{2.5}$ exposure caused by population-adjusted group consumption (“caused”) and total personal consumption (“exposed”). 3-150

Figure 3-37 Source contributions to racial-ethnic disparity in $PM_{2.5}$ exposure. 3-151

| | | |
|---|---|---|
| Figure 3-38 | Difference in $PM_{2.5}$ exposure by race. | 3-152 |
| Figure 3-39 | Percent change in cardiovascular disease mortality by $PM_{2.5}$ exposure, stratified by census block group racial composition in Massachusetts (2001−2011). | 3-155 |
| Figure 3-40 | Percent change in cardiovascular disease mortality by $PM_{2.5}$ exposure, stratified by the Racial Residential Segregation (RSS) metric and Index of Racial Dissimilarity in Massachusetts (2001−2011). | 3-156 |
| Figure 3-41 | Relationship between life expectancy and $PM_{2.5}$ exposure by income inequality and percent Black. | 3-158 |
| Figure 3-42 | Probability of cardiometabolic disease and $PM_{2.5}$ exposure, stratified by race, gender, and hypertension status. | 3-160 |
| Figure 4-1 | Percent acceptability levels plotted against light extinction ($b_{ext}$) for each of the images used in studies for Washington, DC (WASH), Phoenix, AZ (PHX), Chilliwack, BC (CHIL), Abbotsford, BC (ABBT), Denver, CO (DEN), and the Grand Canyon, AZ (GRCA). | 4-4 |
| Figure 4-2 | Percent acceptability levels plotted against apparent contrast of distant landscape features for each of the images used in studies for Phoenix, AZ (PHX), Chilliwack, BC (CHIL), Abbotsford, BC (ABBT), Denver, CO (DEN), and the Grand Canyon, AZ (GRCA). | 4-6 |
| Figure 4-3 | Annual mean reconstructed light extinction ($b_{ext}$) for the a) East, b) Intermountain West/Southwest, c) West Coast by species, including ammonium sulfate (AS), ammonium nitrate (AN), particulate organic matter (POM), fine dust (FD), coarse mass (CM), and sea salt (SS). Map insets show individual sites aggregated into regional means. | 4-8 |

# EXECUTIVE SUMMARY

In June 2021, the U.S. Environmental Protection Agency (EPA) announced it will reconsider the December 2020 decision to retain the particulate matter (PM) National Ambient Air Quality Standards (NAAQS). As part of the reconsideration process, EPA indicated that it would develop a supplement to the 2019 Integrated Science Assessment for PM (2019 PM ISA) to thoroughly evaluate the most up-to-date science that became available after the literature cutoff date of the 2019 PM ISA that could either further inform the adequacy of the current PM NAAQS or address key scientific topics that have evolved since the 2020 PM NAAQS review was completed.

Within this Supplement, EPA presents an evaluation of recent studies (i.e., published since the literature cutoff date of the 2019 PM ISA) that potentially are of greatest relevance to the reconsideration of the PM NAAQS in the context of the findings of the 2019 PM ISA. The studies that formed the basis of the evaluation consist of U.S. and Canadian studies, specifically: (a) epidemiologic studies for health effect categories for which the 2019 PM ISA concluded a *causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure[1] and cardiovascular effects and mortality); (b) epidemiologic studies that employed statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control)[2] or conducted accountability analyses; (c) studies that address key scientific topics that have evolved since the literature cutoff date for the 2019 PM ISA, including experimental studies conducted at near-ambient $PM_{2.5}$ concentrations, epidemiologic studies that examined the association between $PM_{2.5}$ exposure and severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection and coronavirus disease 2019 (COVID-19) death, and epidemiologic or exposure studies that examined disparities in $PM_{2.5}$ exposure or health risks by race and ethnicity or socioeconomic status; and (d) studies that examined public preferences for visibility impairment and/or developed methodologies or conducted quantitative analyses of light extinction. This Supplement to the 2019 PM ISA does not represent a full multidisciplinary evaluation of evidence that results in the formation of weight-of-evidence conclusions (i.e., causality determinations), but instead puts the results of recent studies that encompass specific criteria in the context of the scientific conclusions presented within the 2019 PM ISA. As such, the Supplement indicates whether recent evidence supports (is consistent with), supports and extends (is consistent with

[1] Consistent with the scope of the 2019 PM ISA (Section P.3.1), short-term exposures are defined as those exposures occurring over hours up to 1 month, while long-term exposures are defined as those exposures occurring over 1 month to years.

[2] In the peer-reviewed literature, these epidemiologic studies are often referred to as causal inference studies or studies that used causal modeling methods. For the purposes of this Supplement this terminology is not used to prevent confusion with the main scientific conclusions (i.e., the causality determinations) presented within an ISA. In addition, as is consistent with the weight-of-evidence framework used within ISAs and discussed in the Preamble to the Integrated Science Assessments, an individual study on its own cannot provide the evidence needed to make a causality determination, but instead represents a piece of the overall body of evidence.

and reduces uncertainties), or does not support (is not consistent with) the causality determinations detailed in the 2019 PM ISA for the health effects categories evaluated within this Supplement.

This Supplement to the 2019 PM ISA finds that recent studies further support, and in some instances extend, the evidence that formed the basis of the causality determinations presented within the 2019 PM ISA that characterizes relationships between PM exposure and health (i.e., cardiovascular effects and mortality) and welfare effects (i.e., visibility impairment). In brief, this Supplement finds the following:

- Recent U.S. and Canadian epidemiologic studies examining short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality provide evidence that further supports, and in some instances extends, the evidence that contributed to the conclusion of a *causal relationship* detailed in the 2019 PM ISA. Relative to the studies evaluated in the 2019 PM ISA, many of the studies report positive associations at lower $PM_{2.5}$ concentrations (i.e., annual $PM_{2.5}$ concentrations ranging from 5.9 to 16.5 micrograms per cubic meter (µg/m$^3$); mean 24-hour avg $PM_{2.5}$ concentrations ranging from 7.1 to 15.4 µg/m$^3$).
    - Recent U.S. and Canadian epidemiologic studies examining short- and long-term $PM_{2.5}$ exposure and cardiovascular effects provide evidence that is consistent with the studies evaluated in the 2019 PM ISA. Studies examining short-term $PM_{2.5}$ exposure report consistent positive associations for cardiovascular-related emergency department (ED) visits and hospital admissions, specifically for ischemic heart disease (IHD), myocardial infarction (MI), and heart failure (HF). For long-term exposure, strong evidence remains for cardiovascular-related mortality with support from studies of cardiovascular morbidity outcomes including coronary heart disease (CHD), stroke, and atherosclerosis progression, among individuals with preexisting diseases or patients followed after a cardiac event or procedure. Associations persisted across studies conducted in different geographic locations, populations with diverse demographic characteristics, and study designs (i.e., different exposure assessment methods, and confounder control).
    - Relatively few recent U.S. and Canadian epidemiologic studies examined short-term $PM_{2.5}$ exposure and mortality; however, these studies continue to provide evidence of positive associations with both all-cause and total (nonaccidental) mortality as well as with cause-specific mortality outcomes.
    - A number of recent long-term $PM_{2.5}$ exposure and mortality studies conducted in cohorts consisting of populations with diverse demographic characteristics and encompassing large geographic areas report consistent, positive associations, with most reporting mean annual $PM_{2.5}$ concentrations ranging from 5.9 to 11.65 µg/m$^3$.
        - Across epidemiologic studies examining both cardiovascular effects and mortality, sensitivity analyses as well as individual studies further inform uncertainties in the evidence base (i.e., copollutant confounding, control for confounders such as temporal trends and temperature, and the concentration-response [C-R] relationship). Such analyses increase confidence in the relationship for both short- and long-term $PM_{2.5}$ exposures and both health effect categories, and further support the causality determinations presented in the 2019 PM ISA.
        - Since the completion of the 2019 PM ISA, numerous U.S. and Canadian epidemiologic studies conducted accountability analyses or employed statistical approaches that attempt to account more extensively for confounders and are

more robust to model misspecification (i.e., used alternative methods for confounder control) to examine both short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality. These studies, which used a variety of statistical methods to control for confounding bias, consistently report positive associations, which further supports the broader body of epidemiologic evidence for both cardiovascular effects and mortality.

  - Several recent U.S. and Canadian studies provide additional insight on the health effects of $PM_{2.5}$, including a recent controlled human exposure study conducted at near-ambient concentrations, which provided initial evidence of both lung and cardiac function changes in young, healthy participants.
  - In response to the global COVID-19 pandemic, numerous studies provide initial assessments of short- and long-term $PM_{2.5}$ exposure and SARS-CoV-2 infection and COVID-19 death. While some of these studies report initial evidence of positive associations, these studies are subject to methodological limitations and require additional exploration.
  - The 2019 PM ISA provided evidence that specific lifestages and populations are at increased risk of a $PM_{2.5}$-related health effect. Recent U.S. and Canadian epidemiologic studies support and expand the evidence base within the 2019 PM ISA and indicate that there are both $PM_{2.5}$ exposure and health risk disparities by race and ethnicity among minority populations, specifically Black populations. Additionally recent evidence supports the evidence presented in the 2019 PM ISA that there may be $PM_{2.5}$ exposure and health risk disparities by socioeconomic status (SES), specifically among people of low SES.

- Recent studies continue to support a relationship between PM and visibility impairment and provide additional insights on the impact of choice of metric on preference study results, impacts of changing PM composition on the relationship between PM and visibility impairment, and alternative approaches to estimating light extinction.

# 1. INTRODUCTION AND SCOPE

## 1.1. Introduction

The U.S. Environmental Protection Agency (EPA) completed the Integrated Science Assessment for Particulate Matter (PM ISA) in December 2019 (hereafter referred to as the 2019 PM ISA) (U.S. EPA, 2019). The 2019 PM ISA builds upon the evidence evaluated and scientific conclusions presented in prior assessments, including the 2009 PM ISA (U.S. EPA, 2009) and earlier assessments, e.g., 2004 PM Air Quality Criteria Document [AQCD; (U.S. EPA, 2004)] and 1996 PM AQCD (U.S. EPA, 1996). Within the 2019 PM ISA, evidence spanning scientific disciplines (e.g., atmospheric chemistry, exposure science, animal toxicological, human clinical, epidemiology) was evaluated to assess the causal nature of relationships between short- and long-term[3] PM exposure and health and PM and nonecological welfare effects using a weight-of-evidence approach extensively detailed in the *Preamble to the Integrated Science Assessments* (U.S. EPA, 2015) and the Appendix of the 2019 PM ISA.[4]

The key science judgments (i.e., causality determinations) detailed within the 2019 PM ISA directly informed the development of conclusions outlined within the *Policy Assessment for the Review of the PM NAAQS* (2020 PM PA) (U.S. EPA, 2020b). These key science judgments formed the basis of the discussion on potential alternative primary and secondary National Ambient Air Quality Standards (NAAQS) for PM within the 2020 PM PA and were considered in EPA's final decision in the 2020 review to retain the PM NAAQS (see Section 1.3.5, (U.S. EPA, 2022)).

On June 10, 2021, EPA announced it is reconsidering the December 2020 decision to retain the PM NAAQS "because available scientific evidence and technical information indicate that the current standards may not be adequate to protect public health and welfare, as required by the Clean Air Act. EPA explained that as part of the reconsideration process " the agency will develop a supplement to the 2019 [PM ISA] that will take into account the most up-to-date science" (EPA Press Office, 2021).[5] As a result, the evidence presented within the 2019 PM ISA, along with the targeted identification and evaluation of new scientific information in this Supplement, provide the scientific basis to support a robust and thorough reconsideration of the 2020 PM NAAQS.

---

[3] Consistent with the scope of the 2019 PM ISA (Section P.3.1), short-term exposures are defined as those exposures occurring over hours up to 1 month, whereas long-term exposures are defined as those exposures occurring over 1 month to years.

[4] Hereafter welfare effects refers to nonecological welfare effects, unless otherwise noted. The ecological effects resulting from the deposition of PM and PM components are being considered in a separate assessment as part of the review of the secondary (welfare-based) NAAQS for oxides of nitrogen, oxides of sulfur, and PM (U.S. EPA, 2020a).

[5] See Section 1.4 of the Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter for additional details (U.S. EPA, 2022).

## 1.2. Rationale and Scope

In completing the review of the PM NAAQS in December 2020, EPA provisionally considered numerous studies published after the literature cutoff date (approximately January 2018) for the 2019 PM ISA. In reviewing these studies, as explained in *Responses to Significant Comments on the 2020 Proposed Decision on the National Ambient Air Quality Standards for Particulate Matter*, EPA "concluded that none of the studies materially change any of the broad scientific conclusions of the ISA regarding the health and welfare effects of PM or warrant reopening the air quality criteria for this review" (U.S. EPA, 2020c).

To inform the reconsideration of the PM NAAQS, EPA determined that a thorough evaluation is warranted of some studies that became available after the literature cutoff date of the 2019 PM ISA that could either further inform the adequacy of the current PM NAAQS or address key scientific topics that have evolved since the literature cutoff date for the 2019 PM ISA. Additionally, the evaluation of recent studies identified would occur in the form of a supplement and EPA would rely on the Supplement to the 2019 PM ISA and the 2019 PM ISA as the scientific foundation for the reconsideration, rather than revising the 2019 PM ISA or developing a new PM ISA. To facilitate the identification and evaluation of recent studies that warrant review, the developed a rationale (Section 1.2.1) and scope (Section 1.2.2) for this Supplement to the 2019 PM ISA to focus on specific PM-related health and welfare effects most pertinent to EPA in support of the reconsideration of the primary and secondary PM NAAQS. This targeted approach to developing the Supplement to the 2019 PM ISA for the purpose of reconsidering the 2020 PM NAAQS decision does not reflect a change to EPA's approach for developing ISAs for NAAQS reviews.

### 1.2.1. Rational for Inclusion of Health and Welfare Effects

The causality determinations presented within the 2019 PM ISA (discussed in Section 2), in combination with the characterization of the science with respect to the health and welfare effects of PM presented in the 2020 PM PA, form the basis of the rationale for the health and welfare effects evaluated within this Supplement. The following section provides specific details on the rationale for the types of evidence included, which ultimately forms the basis of the scope that governs the studies considered for inclusion in this Supplement.

In selecting the health effects to evaluate within this Supplement, the primary rationale is based on the causality determinations for health effect categories presented in the 2019 PM ISA, and the subsequent use of the health effects evidence in the 2020 PM PA (U.S. EPA, 2020b). "In considering the public health protection provided by the current primary $PM_{2.5}$ standards, and the protection that could be provided by alternatives, [EPA, within the 2020 PM PA] emphasized health outcomes for which the ISA determined that the evidence supports either a *causal* or a *likely to be causal relationship* with $PM_{2.5}$

exposures" (U.S. EPA, 2020b). Although the 2020 PM PA initially focused on this broader set of evidence, the basis of the discussion on potential alternative standards primarily focused on health effect categories for which the 2019 PM ISA concluded a *causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality) as reflected in Figures 3-7 and 3-8 of the 2020 PM PA (U.S. EPA, 2020b). Therefore, within this Supplement the focus is only on the health effects evidence for which the 2019 PM ISA concluded a *causal relationship.*

In addition, this Supplement also considers recent health effects evidence that addresses key scientific topics for which the literature has evolved since the 2020 PM NAAQS review was completed, specifically since the literature cutoff date for the 2019 PM ISA. These key scientific topics include experimental studies conducted at near-ambient concentrations, epidemiologic studies that employed statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control)[6] or conducted accountability analyses, studies that assess the relationship between $PM_{2.5}$ exposure and severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection and coronavirus disease 2019 (COVID-19) death; and in accordance with recent EPA goals on addressing environmental justice [e.g., U.S. EPA (2021)], studies that examine disparities in $PM_{2.5}$ exposure and the risk of health effects by race/ethnicity and socioeconomic status (SES).

In identifying the studies to consider for inclusion within this Supplement, the focus was on those studies conducted in locations that were most informative to the reconsideration of the 2020 PM NAAQS. This criterion resulted in an assessment of the scientific literature that is more refined compared with the 2019 PM ISA. While the 2019 PM ISA considered and included studies conducted globally when evaluating the evidence and forming causality determinations, the rationale for the scope of this Supplement is directly informed by policy considerations surrounding the types of scientific information included in the 2020 PM PA. In addition to focusing on studies for health effect categories for which the 2019 PM ISA concluded *causal* or a *likely to be causal relationship*, as noted above, the 2020 PM PA also focused on a narrower set of studies conducted in locations that are most relevant to informing the level, form, averaging time, and indicator of the NAAQS for PM. Specifically, the 2020 PM PA states that the emphasis is on "multicity studies that examine health effect associations in the U.S. or Canada, as such studies examine potential associations over large geographic areas with diverse atmospheric conditions and population demographics (e.g., U.S. EPA (2019), Sections 11.1 and 11.2). Additionally, studies examining associations outside the U.S. or Canada reflect air quality and exposure patterns that may be less typical of the U.S., and thus less likely to be informative for purposes of reviewing the

---

[6] In the peer-reviewed literature, these epidemiologic studies are often referred to as causal inference studies or studies that used causal modeling methods. For the purposes of this Supplement, this terminology is not used to prevent confusion with the main scientific conclusions (i.e., the causality determinations) presented within an ISA. In addition, as is consistent with the weight-of-evidence framework used within ISAs and discussed in the Preamble to the Integrated Science Assessments, an individual study on its own cannot inform causality, but instead represents a piece of the overall body of evidence.

NAAQS" (U.S. EPA, 2020b).[7] Therefore, within this Supplement the studies considered for inclusion are limited to those studies conducted in the U.S. and Canada. However, it is the combination of the scientific evidence detailed in the 2019 PM ISA and this Supplement that forms the complete scientific record informing the reconsideration of the 2020 PM NAAQS.

Consistent with the rationale for the health effects, the selection of welfare effects to evaluate within this Supplement is based on the causality determinations reported in the 2019 PM ISA and the subsequent use of scientific evidence in the 2020 PM PA. The 2019 PM ISA concluded a *causal relationship* for each of the welfare effects categories evaluated (i.e., visibility, climate effects, and materials effects). While the 2020 PM PA considered the broader set of evidence for these effects, for climate effects and material effects, it concluded that there remained "substantial uncertainties with regard to the quantitative relationships with PM concentrations and concentration patterns that limit[ed] [the] ability to quantitatively assess the public welfare protection provided by the standards from these effects" (U.S. EPA, 2020b). Given these uncertainties and limitations, the basis of the discussion on conclusions regarding the secondary standards in the 2020 PM PA primarily focused on visibility effects. Therefore, this Supplement focuses only on visibility effects in evaluating newly available scientific information, and consistent with the health effects rationale, is limited to studies conducted in the U.S. and Canada.

### 1.2.2. Scope

Building on the rationale presented in Section 1.2.1, the scope of this Supplement provides specific criteria for the types of studies considered for inclusion within the Supplement. Specifically, studies must be peer reviewed and published between approximately January 2018 and March 2021, and satisfy the following criteria:

#### Health Effects

- U.S. and Canadian epidemiologic studies for health effect categories for which the 2019 PM ISA concluded a *causal relationship* (i.e., short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality)
  - U.S. and Canadian epidemiologic studies that employed alternative methods for confounder control or conducted accountability analyses (i.e., examined the effect of a policy on reducing $PM_{2.5}$ concentrations)[8]

#### Key Scientific Topics

- Experimental studies (i.e., controlled human exposure and animal toxicological) conducted at near-ambient $PM_{2.5}$ concentrations experienced in the U.S.

[7] This emphasis on studies conducted in the U.S. or Canada is consistent with the approach in previous reviews of the PM NAAQS (U.S. EPA (2011), section 2.1.3).
[8] These studies do not include studies that instituted a specific action or intervention to reduce or mitigate exposure, such as the installation of high efficiency particle filters (HEPA) or indoor air cleaners.

- U.S.- and Canadian-based epidemiologic studies that examined the relationship between $PM_{2.5}$ exposures and SARS-CoV-2 infection and COVID-19 death
- At-risk populations
  - U.S.- and Canadian-based epidemiologic or exposure studies examining potential disparities in either $PM_{2.5}$ exposures or the risk of health effects by race/ethnicity or SES

**Welfare Effects**

- U.S. and Canadian studies that provide new information on public preferences for visibility impairment and/or developed methodologies or conducted quantitative analyses of light extinction

Given the scope of this Supplement (i.e., not focusing on the broader body of experimental studies), it is important to recognize the evaluation conducted does not encompass the full multidisciplinary evaluation presented within the 2019 PM ISA as described in the *Preamble to the Integrated Science Assessments* (U.S. EPA, 2015) that would result in weight-of-evidence conclusions on causality (i.e., causality determinations). Additionally, this scope does not allow for the evaluation of recent studies for health effect categories from the 2019 PM ISA for which a *likely to be causal relationship* was concluded nor an assessment as to whether recent evidence may strengthen the causality determination to a *causal relationship*.[9] Therefore, this Supplement critically evaluates and provides key study-specific information for only those recent studies deemed to be of greatest significance for impending regulatory decisions regarding the PM NAAQS in the context of the body of evidence and scientific conclusions presented in the 2019 PM ISA. As such, the Supplement indicates whether recent evidence supports (is consistent with), supports and extends (is consistent with and reduces uncertainties), or does not support (is not consistent with) the causality determinations described in the 2019 PM ISA.

## 1.3. Development of the Supplement

The process used in developing this Supplement is consistent with the 2019 PM ISA as captured in the Preface and Appendix of the 2019 PM ISA. Because this Supplement builds on the 2019 PM ISA, that process is not reiterated but instead is cross referenced. Within the 2019 PM ISA, the Preface provides a detailed description of the process for developing ISAs (Section P.3.), including a discussion of the scope of the ISA (Section P.3.1.) and how evidence is evaluated (Section P.3.2.). A more detailed description of the process of evaluating evidence in ISAs is described in the Preamble to the Integrated Science Assessments (U.S. EPA, 2015) with information specific to the PM ISA in the Appendix of the 2019 PM ISA. Specifically, the Appendix describes in detail the various steps that encompassed the development of the PM ISA. These steps include the literature search and the evaluation of individual study quality, which details scientific considerations for evaluating the strength of inference from studies

[9] The narrow scope also does not allow for the evaluation of recent studies for health effect categories from the 2019 PM ISA where *suggestive of, but not sufficient to infer, a causal relationship* and *inadequate to infer the presence or absence of a causal relationship* was concluded.

particularly with $O_3$, indicated that $PM_{2.5}$ associations with lung cancer incidence and mortality are relatively unchanged in copollutant models (2019 PM ISA, Section 10.2.5.1.3). There was limited evidence that long-term $PM_{2.5}$ exposure is associated with cancers in other organ systems; however, there was initial evidence that $PM_{2.5}$ exposure may reduce survival in individuals with cancer.

### 2.1.1.5. Mortality

Consistent with the conclusions of the 2009 PM ISA, evidence from studies evaluated in the 2019 PM ISA reaffirmed and further strengthened that there is a *causal relationship* between both short- and long-term $PM_{2.5}$ exposure and total mortality. These causality determinations were based on the consistency of findings across a large body of epidemiologic studies. Evidence from controlled human exposure, epidemiologic, and animal toxicological studies of respiratory and cardiovascular morbidity also provided coherence, as well as biological plausibility. Together, the consistency and coherence in the evidence collectively supported a continuum of effects by which short- and long-term $PM_{2.5}$ exposure could result in mortality.

#### 2.1.1.5.1. Mortality Associated with Short-Term $PM_{2.5}$ Exposure

Strong epidemiologic evidence from studies evaluated in the 2019 PM ISA, as well as in previous assessments, that examined total (nonaccidental) mortality in combination with evidence for cause-specific respiratory and cardiovascular mortality continued to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality (Table 2-2). This conclusion was based on multiple recent multicity studies conducted in the U.S., Canada, Europe, and Asia that continued to provide evidence of consistent, positive associations between short-term $PM_{2.5}$ and total mortality, across studies that used different approaches to control for the potential confounding effects of weather (e.g., temperature). In addition, there was evidence of biological plausibility for cause-specific mortality and ultimately total mortality as demonstrated by the consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (2019 PM ISA, Chapter 6), and respiratory morbidity, with the strongest evidence coming from studies of exacerbations of COPD and asthma (2019 PM ISA, Chapter 5).

Multicity studies evaluated in the 2019 PM ISA added to the body of evidence evaluated in the 2009 PM ISA and continued to support a positive association between short-term $PM_{2.5}$ exposure and total mortality with percentage increases in mortality ranging from 0.19% to 2.80% at lags of 0 to 1 day in studies in which mean 24-hour avg concentrations were primarily < 20 $\mu g/m^3$ (2019 PM ISA,

Figure 11-1; Table 11-1).[12] The positive associations observed across studies reflected traditional analyses using ambient monitors as well as analyses conducted in both urban and rural locations that used new exposure assignment techniques and relied on multiple sources of $PM_{2.5}$ data (e.g., ambient monitors, statistical models, and satellite data). Whereas the analysis of potential copollutant confounding was limited to single-city studies and studies of $PM_{10}$ in the 2009 PM ISA, recent multicity studies conducted in Europe and Asia indicated that $PM_{2.5}$-mortality associations were relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$ (2019 PM ISA, Section 11.1.4). These results from copollutant models further supported an independent effect of $PM_{2.5}$ on mortality. The associations reported for total mortality were also supported by analyses demonstrating increases in cause-specific mortality, specifically for cardiovascular and respiratory mortality which comprise ~33% and ~9%, respectively, of total mortality [NHLBI (2017); 2019 PM ISA, Figure 11-2]. The consistent and coherent evidence across scientific disciplines for cardiovascular morbidity, particularly ischemic events and HF (2019 PM ISA, Chapter 6), and to a lesser degree for respiratory morbidity, with the strongest evidence for exacerbations of COPD and asthma (2019 PM ISA, Chapter 5), provided biological plausibility for cause-specific mortality and ultimately total mortality. The relationship between short-term $PM_{2.5}$ exposure and total mortality was additionally supported by analyses of the concentration-response (C-R) relationship. Although alternatives to linearity have not been systematically evaluated, mortality studies evaluated in the 2019 PM ISA continued to support a linear, no-threshold C-R relationship (2019 PM ISA, Section 11.1.10).

#### 2.1.1.5.2. Mortality Associated with Long-Term $PM_{2.5}$ Exposure

Strong epidemiologic evidence from cohorts in the U.S., Canada, and Europe evaluated in the 2019 PM ISA, as well as in previous assessments, continued to support the conclusion of the 2009 PM ISA that there is a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality (Table 2-2). This conclusion was based on the evaluation of multiple cohorts that continued to provide evidence of consistent, positive associations, across studies that controlled for a range of individual- and ecological covariates, such as smoking status and SES. Additional evidence indicated coherence of effects across scientific disciplines for cardiovascular and respiratory morbidity and metabolic disease, which provided biological plausibility for cause-specific mortality and supported a *causal relationship* with total mortality.

Additional reanalyses and extensions of the American Cancer Society (ACS) and Harvard Six Cities (HSC) cohorts as well as new cohorts consisting of Medicare participants, people that live in Canada, or people employed in a specific job (e.g., teacher, nurse) provided further evidence of positive associations between long-term $PM_{2.5}$ exposure and total mortality, particularly in areas with annual mean

[12]Throughout this Supplement, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining short-term exposures are for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations and long-term exposures are for a 5 $\mu g/m^3$ increase in annual concentrations, unless otherwise noted.

concentrations < 20 µg/m$^3$, and in some cases below 12 µg/m$^3$ (2019 PM ISA, Figure 11-17 and Figure 11-18). Across studies, positive associations were consistently observed regardless of the exposure assignment approach employed, with some studies relying on ambient monitors while others using modeled or remote sensing data or hybrid methods that combine two or more data sources. Recent studies have conducted analyses to examine potential copollutant confounding and indicated that associations between long-term $PM_{2.5}$ exposure and total mortality are relatively unchanged in copollutant models, particularly for $O_3$, with fewer studies examining $NO_2$, and $PM_{10-2.5}$ (2019 PM ISA, Section 11.2.3; Figure 11-20, Figure 11-21). The evidence for total mortality was further supported by analyses of cause-specific mortality, which reported positive associations with cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for mortality due to long-term $PM_{2.5}$ exposure was provided by the coherence of effects across scientific disciplines for cardiovascular morbidity, particularly for CHD, stroke, and atherosclerosis, and for respiratory morbidity, particularly for the development of COPD. Recent studies extensively examined the C-R relationship between long-term $PM_{2.5}$ exposure and total mortality, specifically in several U.S. and Canadian cohorts, and collectively continued to support a linear, no-threshold C-R relationship (2019 PM ISA, Section 11.2.4; Table 11-7).

A series of studies evaluated in the 2019 PM ISA, examined the relationship between long-term exposure to $PM_{2.5}$ and mortality by examining the temporal trends in $PM_{2.5}$ concentrations to test the hypothesis that decreases in $PM_{2.5}$ concentrations are associated with increases in life expectancy (2019 PM ISA, Section 11.2.2.5). These studies reported that decreases in long-term $PM_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for the multiple time periods examined.

**Table 2-2 Key evidence contributing to *causal* and *likely to be causal* causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Respiratory Effects and Short-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 5.1): Likely to Be Causal Relationship**<br>*No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 5.1.12<br>Table 5-18 | Epidemiologic evidence, consisting mainly of ED visits and hospital admissions, strongly supported a relationship with asthma exacerbation, COPD exacerbation, and combinations of respiratory-related diseases. Evidence for associations with respiratory symptoms and medication use are coherent with other findings for asthma and COPD exacerbation. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, and with more limited evidence for CO) and other particle sizes (i.e., $PM_{10-2.5}$), especially for asthma exacerbation, combinations of respiratory-related ED visits and hospital admissions, and respiratory mortality. There was a large body of experimental evidence demonstrating respiratory effects due to short-term $PM_{2.5}$ exposure. These experimental studies provided evidence for biologically plausible pathways by which $PM_{2.5}$ exposure could cause a respiratory effect. Specifically, animal toxicological studies provided biological plausibility for asthma exacerbation, COPD exacerbation, and respiratory infection with some evidence of an independent effect of $PM_{2.5}$ on respiratory endpoints. Controlled human exposure studies provided minimal evidence of respiratory effects such as altered lung function and pulmonary inflammation. Consistent positive associations with respiratory mortality provide evidence of a continuum of effects. | Mean ambient concentrations from epidemiologic studies for:<br>*Hospital admissions and ED visits for asthma, COPD, respiratory infections, and combinations of respiratory-related diseases:*<br>U.S. and Canada: 4.7−24. 6 μg/m³<br>Europe: 8.8−27.7 μg/m³<br>Asia: 11.8−69.9 μg/m³<br>*Respiratory mortality:*<br>U.S. and Canada: 7.9−19.9 μg/m³<br>Europe: 8.0−27.7 μg/m³<br>Asia: 11.8−69.9 μg/m³<br>Concentrations from animal toxicological studies for:<br>*Allergic airway disease:*<br>442−596 μg/m³<br>*COPD:* 171−1,200 μg/m³<br>*Altered host defense:*<br>100−350 μg/m³ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Respiratory Effects and Long-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 5.2): Likely to Be Causal Relationship**<br>*No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 5.2.13<br>Table 5-27 | Epidemiologic evidence strongly supported a relationship with decrements in lung function growth in children. Additional epidemiologic evidence supported a relationship with asthma development in children, increased bronchitic symptoms in children with asthma, acceleration of lung function decline in adults, and respiratory mortality, including cause-specific respiratory mortality for COPD and respiratory infection. Some epidemiologic studies examined copollutant confounding and reported that results are robust in models with $O_3$, $NO_2$, and CO, especially for respiratory mortality. There was limited experimental evidence for respiratory effects from long-term $PM_{2.5}$ exposure. However, animal toxicological studies provided biological plausibility for decrements in lung function and asthma development in children, and they reduced the uncertainty regarding the independent effect of $PM_{2.5}$ for these endpoints. Animal toxicological studies also provided evidence for a wide variety of other subclinical effects, such as oxidative stress, inflammation, and morphologic changes. Epidemiologic studies examining the effects of declining $PM_{2.5}$ concentrations strengthened the relationship between long-term $PM_{2.5}$ exposure and respiratory health by demonstrating improvements in lung function growth and reduced bronchitic symptoms in children and improved lung function in adults as a result of lower $PM_{2.5}$ concentrations. However, these studies have a limited examination of copollutant confounding, which was a notable uncertainty because concentrations of other pollutants have also declined. | Mean ambient concentrations from epidemiologic studies for:<br>*Decrement in lung function growth:*<br>6−28 μg/m$^3$<br>*Asthma development in children:*<br>5.2−16.5 μg/m$^3$<br>*Bronchitic symptoms in children with asthma:*<br>9.9−13.8 μg/m$^3$<br>*Accelerated lung function decline in adults:*<br>9.5−17.8 μg/m$^3$<br>*Respiratory mortality:*<br>6.3−23.6 μg/m$^3$<br>Concentrations from animal toxicological studies for:<br>*Impaired lung development:*<br>16.8 μg/m$^3$<br>*Development of allergic airway disease:*<br>100 μg/m$^3$ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cardiovascular Effects and Short-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 6.1): Causal Relationship**<br>*No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 6.1.16<br>Table 6-34 | There was strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure. Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations provided evidence of increases in ED visits and hospital admissions for IHD and HF, as well as cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. These associations remained positive, but in some cases were reduced with larger uncertainty estimates, in copollutant models with gaseous pollutants. Controlled human exposure studies provided coherence and consistent evidence for changes in various measures of endothelial dysfunction and generally consistent evidence of changes in BP. These controlled human exposure studies were consistent with animal toxicological studies also demonstrating endothelial dysfunction, as well as changes in BP and the renin-angiotensin system. In addition, animal toxicological studies demonstrating that short-term $PM_{2.5}$ exposure results in decreased cardiac contractility and left ventricular pressure were coherent with epidemiologic studies reporting associations between short-term $PM_{2.5}$ exposure and HF. | Mean ambient concentrations from epidemiologic studies for:<br>*IHD:* 5.8−18.6 μg/m³<br>*HF:* 5.8−18.0 μg/m³<br>Concentrations from controlled human exposure studies: 24−325 μg/m³ for 2 h<br>Concentrations from animal toxicological studies: 178−190 μg/m³ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cardiovascular Effects and Long-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 6.2): Causal Relationship**<br>*No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 6.2.18<br>Table 6-54 | Multiple epidemiologic studies continued to provide evidence of consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality at lower ambient concentrations. The cardiovascular mortality associations were observed across different exposure assignment and statistical methods and were relatively unchanged in copollutant models with both gaseous (i.e., $O_3$, $NO_2$, $SO_2$) and particulate (i.e., $PM_{10-2.5}$) pollutants. The evidence for cardiovascular mortality was supported by a smaller body of epidemiologic studies that further explored associations between long-term $PM_{2.5}$ exposure and cardiovascular morbidity. These studies reported some evidence for increased risk of $PM_{2.5}$-related MI and stroke, specifically in individuals with a preexisting cardiovascular disease or diabetes. Recent epidemiologic studies also presented evidence for an effect of long-term $PM_{2.5}$ exposure on subclinical features of cardiovascular morbidity, particularly progression of atherosclerosis as reflected by associations with CAC, with more limited evidence for other measures, such as cIMT. Key evidence from animal toxicological studies included consistent evidence for changes in BP, as well as some evidence for decreases in measures of heart function (e.g., contractility and cardiac output) and cardiac remodeling. Moreover, as in the previous review, there was also some additional evidence for atherosclerotic plaque progression in a genetically susceptible mouse model. | Mean ambient concentrations from epidemiologic studies for:<br>*Cardiovascular mortality*:<br>4.1−17.9 μg/m$^3$<br>*Coronary events*:<br>13.4 μg/m$^3$<br>*CAC*:<br>14.2 μg/m$^3$<br>*CHD and stroke (in those with preexisting disease)*:<br>13.4−23.9 μg/m$^3$<br>Concentrations from animal toxicological studies for:<br>*BP*:<br>85−375 μg/m$^3$ (up to 15 weeks) |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Nervous System Effects and Long-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 8.2): Likely to Be Causal Relationship**<br>*Not Evaluated in the 2009 PM ISA; New Evidence Showing Brain Inflammation and Oxidative Stress, Neurodegeneration, Cognitive Effects, and Neurodevelopmental Effects.* | | |
| Section 8.2.9<br>Table 8-20 | There was evidence that long-term exposure to $PM_{2.5}$ can modulate the autonomic nervous system leading to downstream consequences, including cardiovascular effects (2019 PM ISA, Section 6.2.1). A second pathway involving neuroinflammation and morphologic changes in the brain indicative of neurodegeneration is well substantiated and coherent across animal toxicological and epidemiologic studies. This combination of evidence supported $PM_{2.5}$-related reductions in brain volume and cognitive effects in older adults. The evidence relating to Parkinson's disease, and neurodevelopmental effects was more limited. Consideration of copollutant confounding was generally lacking in the epidemiologic studies, but the uncertainty in interpreting the study findings was partly addressed by the direct evidence of effects provided by animal toxicological studies. | Mean annual concentrations from epidemiologic studies for:<br>*Brain volume:*<br>11.1−12.2 $\mu g/m^3$<br>*Cognition:*<br>8.5 (5-yr avg)−14.9 $\mu g/m^3$<br>*Autism:*<br>14.0−19.6 $\mu g/m^3$<br>Concentrations from animal toxicological studies for:<br>*Brain inflammation/oxidative stress:*<br>65.7−441.7 $\mu g/m^3$<br>*Neurodegenerative changes:*<br>94.4 $\mu g/m^3$<br>*Neurodevelopment:*<br>92.7 $\mu g/m^3$ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Cancer and Long-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 10.2): Likely to Be Causal Relationship**<br>*Change in Causality Determination from the 2009 PM ISA (Suggestive of a Causal Relationship) Due to Increased Evidence of Genotoxicity, Carcinogenicity, and Epigenetic Effects for $PM_{2.5}$ and Lung Cancer Incidence and Mortality.* | | |
| Section 10.2.7<br>Table 10-8 | Primarily positive associations from multiple epidemiologic studies reported increases in the risk of lung cancer incidence and mortality. This evidence was supported by analyses focusing on never smokers and limited evidence of associations with histological subtypes of lung cancer found in never smokers. Across studies that examined lung cancer incidence and mortality, potential confounding by smoking status and exposure to SHS was adequately controlled. A limited number of studies examined potential copollutant confounding, but associations were relatively unchanged in models with $O_3$ with more limited assessment of other gaseous pollutants and particle size fractions. Experimental and epidemiologic studies provided evidence for a relationship between $PM_{2.5}$ exposure and genotoxicity, epigenetic effects, and carcinogenic potential. Uncertainties exist due to the lack of consistency in specific cancer-related biomarkers associated with $PM_{2.5}$ exposure across both experimental and epidemiologic studies; however, $PM_{2.5}$ exhibits several characteristics of carcinogens, which provided biological plausibility for $PM_{2.5}$ exposure contributing to cancer development. Additionally, there was limited evidence of cancer occurring in other organ systems, but there was some evidence that $PM_{2.5}$ exposure may detrimentally affect survival from any type of cancer. | Mean annual concentrations from epidemiologic studies for:<br>*Lung cancer incidence and mortality*:<br>U.S. and Canada:<br>6.3−23.6 μg/m$^3$<br>Europe:<br>6.6−31.0 μg/m$^3$<br>Asia:<br>33.7 μg/m$^3$<br>Concentrations from animal toxicological studies for:<br>*Carcinogenic potential:*<br>17.66 μg/m$^3$ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Total Mortality and Short-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 11.1): Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 11.1.12<br>Table 11-4 | There was consistent epidemiologic evidence from multiple multicity studies conducted in the U.S., Canada, Europe, and Asia for increases in total (nonaccidental) mortality at ambient concentrations, often below 20 μg/$m^3$. The associations observed were relatively unchanged in copollutant models with gaseous pollutants and $PM_{10-2.5}$, which was consistent with copollutant analyses for cardiovascular and respiratory mortality, but copollutant analyses were limited to studies conducted in Europe and Asia. Biological plausibility for the epidemiologic evidence for total mortality was provided by the strong cardiovascular morbidity evidence, particularly for ischemic events and HF, while support for biological plausibility was more limited from the respiratory morbidity evidence, with the strongest evidence for exacerbations of COPD and asthma. Although alternatives to linearity have not been systematically evaluated, recent mortality studies continued to support a linear, no-threshold C-R relationship. | Mean 24-h avg concentrations from epidemiologic studies for:<br>*Total mortality*:<br>U.S. and Canada:<br>4.37−17.97 μg/$m^3$<br>Europe:<br>13−27.7 μg/$m^3$<br>Asia:<br>11.8−69.9 μg/$m^3$ |

**Table 2-2 (Continued): Key evidence contributing to *causal* and *likely* to be causal causality determinations for $PM_{2.5}$ exposure and health effects evaluated in the 2019 Integrated Science Assessment for Particulate Matter.**

| Key Evidence in 2019 PM ISA | Health Effect Category[a] and Causality Determination | $PM_{2.5}$ Concentrations Associated with Effects |
|---|---|---|
| **Total Mortality and Long-Term $PM_{2.5}$ Exposure (2019 PM ISA, Section 11.2): Causal Relationship** *No Change in Causality Determination from the 2009 PM ISA; New Evidence Further Supports the Previous Determination.* | | |
| Section 11.2.7<br>Table 11-8 | There was consistent epidemiologic evidence from multiple studies reporting increases in the risk of total (nonaccidental) mortality from extended follow-ups of the ACS cohort and HSC cohort, as well as multiple studies focusing on a Medicare cohort, Canadian cohorts, and North American employment cohorts. The consistent increases in total mortality were observed across different exposure metrics based on ambient measurements, models, remote sensing, or hybrid methods that combine two or more of these methods, providing additional support for the mortality associations due to long-term $PM_{2.5}$ exposure reported in the 2009 PM ISA that relied on exposure metrics from ambient monitors. The consistent epidemiologic evidence for total mortality was supported by positive associations for cardiovascular, respiratory, and lung cancer mortality. Biological plausibility for total mortality was provided by the strong cardiovascular morbidity evidence, particularly for CHD, stroke, and atherosclerosis, while there is more limited evidence for biological plausibility from the respiratory morbidity evidence, with some evidence for development of COPD. Extensive epidemiologic evidence provides additional support for a linear, no-threshold C-R relationship. A series of studies demonstrated that decreases in long-term $PM_{2.5}$ concentrations were associated with an increase in life expectancy across the U.S. for multiple time periods examined. | Mean annual concentrations from epidemiologic studies for:<br>*Total mortality*:<br>ACS/HSC cohorts: 11.4−23.6 μg/m$^3$<br>Medicare cohort: 8.12−12.0 μg/m$^3$<br>Canadian cohorts: 8.7−9.1 μg/m$^3$<br>Employment cohorts: 12.7−17.0 μg/m$^3$ |

ACS = American Cancer Society; avg = average; BP = blood pressure; CAC = coronary artery calcification; CHD = coronary heart disease; cIMT = carotid intima-media thickness; CO = carbon monoxide; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; h = hour; HF = high frequency; HSC = Harvard Six Cities; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; MI = myocardial infarction; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; SHS = second-hand smoke; $SO_2$ = sulfur dioxide.

[a]A large spectrum of outcomes is evaluated as part of a broad health effect category including physiological measures (e.g., airway responsiveness, lung function), clinical outcomes (e.g., respiratory symptoms, hospital admissions), and cause-specific mortality. Total mortality includes all nonaccidental causes of mortality and is informed by the nature of the evidence for the spectrum of morbidity effects (e.g., respiratory, cardiovascular) that can lead to mortality. The sections and tables referenced in the 2019 PM ISA include a detailed discussion of the available evidence that informed the causality determinations.

# 3. EVALUATION OF RECENT HEALTH EFFECTS EVIDENCE

The following section focuses on the evaluation of recent health effects studies that fall within the scope of this Supplement as detailed in Section 1.2.2. Within this section the evaluation of recent studies is performed in the context of the studies evaluated and scientific conclusions presented in the Integrated Science Assessment for Particulate Matter (2019 PM ISA). As a result, within each of the following sections, the summary and causality determination from the 2019 PM ISA is presented prior to the evaluation of recent studies published since the literature cutoff date of the 2019 PM ISA that examine the relationship between short-term (i.e., hours up to 1 month) and long-term (i.e., over 1 month to years) $PM_{2.5}$ exposure and cardiovascular effects (Section 3.1) and mortality (Section 3.2).[13] This approach allows for a full accounting of the evidence that formed the basis of the key scientific conclusions in the 2019 PM ISA and the identification of specific sections of the 2019 PM ISA that provide additional details on the total evidence base being considered in the process of reconsidering the 2020 PM NAAQS.

In addition to the evaluation of recent U.S. and Canadian epidemiologic studies that examine the relationship between short-term and long-term $PM_{2.5}$ exposure cardiovascular effects and mortality, this section also evaluates studies that address key scientific topics for which the literature has evolved since the 2020 PM NAAQS review was completed, specifically since the literature cutoff date for the 2019 PM ISA (Section 3.3). These topics that further inform the health effects attributed to $PM_{2.5}$ exposure include experimental studies conducted at near-ambient concentrations (Section 3.3.1), studies that examine the role of $PM_{2.5}$ exposure on severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection and coronavirus disease 2019 (COVID-19) death (Section 3.3.2), and studies that examine whether there are disparities in exposure to $PM_{2.5}$ or the risk of $PM_{2.5}$-related health effects by race/ethnicity or socioeconomic status (SES).

The studies evaluated in the following sections represent only those studies most informative in considering potential revisions to the PM NAAQS as defined by the scope of this Supplement (Section 1.2.2), that is, U.S. and Canadian epidemiologic studies and other studies that address key scientific topics. Therefore, the scientific information presented in this section does not represent the full multidisciplinary evaluation presented within the 2019 PM ISA, which would lead to the formation of a causality determination. As a result, the summary sections for each health effects category convey how the evidence from recent studies fits within the scientific conclusions of the 2019 PM ISA, and indicates whether recent evidence supports (is consistent with), supports and extends (is consistent with and

[13]Throughout this Supplement, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining short-term exposures are for a 10 μg/m$^3$ increase in 24-hour avg $PM_{2.5}$ concentrations and long-term exposures are for a 5 μg/m$^3$ increase in annual concentrations, unless otherwise noted.

reduces uncertainties), or does not support (is not consistent with) the causality determinations in the 2019 PM ISA.

## 3.1. Cardiovascular Effects

### 3.1.1. Short-Term $PM_{2.5}$ Exposure

The following sections represent a summary of the evidence and the corresponding causality determination for short-term $PM_{2.5}$ exposure and cardiovascular effects presented in the 2019 PM ISA (Section 3.1.1.1) along with an evaluation of recent epidemiologic studies that fall within the scope of the Supplement (i.e., studies conducted in the U.S. and Canada) and were published since the literature cutoff date of the 2019 PM ISA (Section 3.1.1.2). [14] In addition, with the expansion of epidemiologic studies that used statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control), recent studies that employed such methods are also evaluated (Section 3.1.1.3), which can further inform the relationship between short-term $PM_{2.5}$ exposure and cardiovascular morbidity. Finally, a summary of the results of recent studies evaluated in the section is presented in the context of the scientific conclusions detailed in the 2019 PM ISA (Section 3.1.1.4). The evaluation of recent studies presented in this Supplement adds to the collective body of evidence reviewed in the process of reconsidering the PM NAAQS.

#### 3.1.1.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter

A large body of evidence evaluated in the 2019 PM ISA confirmed and extended the evidence from the 2009 PM ISA (U.S. EPA, 2009) indicating a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The strongest evidence in the 2009 PM ISA was from epidemiologic studies of emergency department (ED) visits and hospital admissions for ischemic heart disease (IHD) and heart failure, with supporting evidence from epidemiologic studies of cardiovascular mortality. Changes in various measures of cardiovascular function in controlled human exposure studies provided some biological plausibility for these associations. In addition, animal toxicological studies reporting some evidence of reduced myocardial blood flow during ischemia, altered vascular reactivity, and ST segment depression provided additional biological plausibility.

In addition to evaluating evidence across scientific disciplines that examined the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects, discussed below, the 2019 PM ISA

[14] Throughout this section, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining short-term exposures are for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations, unless otherwise noted.

characterized whether evidence supported biologically plausible mechanisms by which short-term $PM_{2.5}$ exposure could lead to cardiovascular effects. This evaluation consisted of an assessment of animal toxicological, controlled human exposure, and epidemiologic studies that examined a range of cardiovascular effects (2019 PM ISA, Section 6.1.1). Plausible mechanisms were identified by which inhalation exposure to $PM_{2.5}$ could progress from initial events to apical events reported in epidemiologic studies (2019 PM ISA, Figure 6-1). The first proposed pathway identified begins as respiratory tract inflammation leading to systemic inflammation. The second proposed pathway identified involves activation of sensory nerve pathways in the respiratory tract that lead to modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that short-term exposure to $PM_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as ED visits and hospital admissions for IHD and heart failure, and ultimately mortality (2019 PM ISA, Figure 6-1).

In the 2019 PM ISA, evidence supporting the causality determination included generally positive associations from epidemiologic studies of hospital admissions and ED visits for cardiovascular-related effects, and in particular, for IHD and heart failure. Results from these observational studies were supported by experimental evidence from controlled human exposure and animal toxicological studies of endothelial dysfunction, as well as endpoints indicating impaired cardiac function, increased risk of arrhythmia, changes in heart rate variability (HRV), increases in blood pressure (BP), and increases in indicators of systemic inflammation, oxidative stress, and coagulation. Additional results from observational panel studies, although not entirely consistent, provided at least some evidence of increased risk of arrhythmia, decreases in HRV, increases in BP, and ST segment depression. Thus, epidemiologic panel studies also provided some support to the causality determination and to biological plausibility. Finally, epidemiologic studies of cardiovascular-related mortality provided additional evidence that demonstrated a continuum of effects from biomarkers of inflammation and coagulation, subclinical endpoints (e.g., HRV, BP, endothelial dysfunction), ED visits and hospital admissions, and eventually death. The evidence evaluated in the 2019 PM ISA also reduced uncertainties from the previous review related to potential copollutant confounding and limited biological plausibility for cardiovascular effects following short-term $PM_{2.5}$ exposure. Evidence supporting the causality determination for short-term $PM_{2.5}$ exposure and cardiovascular effects reached in the 2019 PM ISA is discussed below and summarized in Table 3-1, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

**Table 3-1 Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects from the 2019 Integrated Science Assessment for Particulate Matter.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in ED visits and hospital admissions for IHD and heart failure in multicity studies conducted in the U.S., Canada, Europe, and Asia<br>Increases in cardiovascular mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. | Section 6.1.2.1<br>Section 6.1.3.1<br>Section 6.1.9 | 5.8−18.6<br>5.8−18.0 |
| Evidence from controlled human exposure studies at relevant $PM_{2.5}$ concentrations | Consistent changes in measures of endothelial dysfunction<br>Generally consistent recent evidence for small increases in measures of blood pressure following CAPs exposure<br>Although not entirely consistent, there is additional evidence of conduction abnormalities, heart rate variability, impaired heart function, systemic inflammation/oxidative stress. | Section 6.1.13.2<br>Section 6.1.6.3<br>Section 6.1.4.3<br>Section 6.1.3.2<br>Section 6.1.10.2<br>Section 6.1.11.2 | 24−325<br>See Tables in identified sections |
| Consistent evidence from animal toxicological studies at relevant $PM_{2.5}$ concentrations | Consistent changes in indicators of endothelial dysfunction.<br>Additional evidence of changes in impaired heart function, conduction abnormalities/arrhythmia, heart rate variability, blood pressure, systemic inflammation/oxidative stress. | Section 6.1.13.3<br>Section 6.1.6.4<br>Section 6.1.4.4<br>Section 6.1.3.3<br>Section 6.1.11.3 | 168.7−510<br>See Tables in identified sections |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | The magnitude of $PM_{2.5}$ associations remain positive, but in some cases are reduced with larger confidence intervals in copollutant models with gaseous pollutants. Further support from copollutant analyses indicates positive associations for cardiovascular mortality. Recent studies that examined potential copollutant confounding are limited to studies conducted in Europe and Asia.<br>When reported, correlations with gaseous copollutants were primarily in the low to moderate range ($r < 0.7$). | Section 6.1.14.1 | |

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| Consistent positive epidemiologic evidence for associations between $PM_{2.5}$ exposure and CVD ED visits and hospital admissions across exposure measurement metrics | Positive associations consistently observed across studies that used ground-based (i.e., monitors), model (e.g., CMAQ, dispersion models), and remote sensing (e.g., AOD measurements from satellites) methods, including hybrid methods that combine two or more of these methods. | Kloog et al. (2014) | |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure. Includes evidence for reduced myocardial blood flow, altered vascular reactivity, and ST segment depression. | Section 6.1.1<br>Figure 6-1 | |
| Uncertainty regarding geographic heterogeneity in $PM_{2.5}$ associations | Multicity U.S. studies demonstrate city-to-city and regional heterogeneity in $PM_{2.5}$-cardiovascular ED visit and hospital admission associations. Evidence supports the supposition that a combination of factors including composition and exposure factors may contribute to the observed heterogeneity. | Section 6.1.2.1<br>Section 6.1.3.1 | |

Note: This table corresponds to Table 6-34 in the 2019 PM ISA.

AOD = aerosol optical depth; CMAQ = Community Multiscale Air Quality model; CVD = cardiovascular disease; ED = emergency department; IHD = ischemic heart disease; μg/m$^3$ = micrograms per cubic meter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; ST = beginning of S wave to end of T wave.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs (U.S. EPA, 2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described in the 2019 PM ISA.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

The generally consistent, positive associations observed in numerous epidemiologic studies of ED visits and hospital admissions for IHD, heart failure, and combined cardiovascular-related endpoints contributed to the evidence supporting a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular disease (CVD). Among this body of evidence, nationwide studies of older adults using Medicare reported positive associations between $PM_{2.5}$ concentrations and heart failure hospital admissions (2019 PM ISA, Section 6.1.3.1). Consistent with the results of these large Medicare studies, additional multicity studies conducted in the Northeast U.S. reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits or hospital admissions for IHD (2019 PM ISA, Section 6.1.2.1), whereas studies conducted in the U.S. and Canada reported positive associations between short-term $PM_{2.5}$ concentrations and ED visits for heart failure. Results from epidemiologic studies conducted in single cities contributed additional support to the causality determination but are less consistent and reported both positive and null associations between $PM_{2.5}$ concentrations and these endpoints (2019 PM ISA, Section 6.1.2 and Section 6.1.3). Overall, the body of IHD and heart failure epidemiologic evidence evaluated in the 2019 PM ISA agreed with the evidence from previous ISAs reporting mainly positive associations between short-term $PM_{2.5}$ concentrations and ED visits and hospital admissions. In addition, several controlled human exposure, animal toxicological, and epidemiologic panel studies provided biologically plausible evidence that $PM_{2.5}$ exposure could result in IHD or heart failure through pathways that include endothelial dysfunction, arterial thrombosis, and arrhythmia (2019 PM ISA, Section 6.1.1). Epidemiologic panel studies evaluated in the 2019 PM ISA also supported biological plausibility for IHD and heart failure endpoints by reporting some evidence of ST segment depression (2019 PM ISA, Section 6.1.2.2), with a controlled human exposure study and animal toxicological study showing decreased cardiac function following short-term $PM_{2.5}$ exposure (2019 PM ISA, Section 6.1.3.2 and Section 6.1.3.3).

Results from additional controlled human exposure studies published since the 2009 PM ISA also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. The most consistent evidence from these studies is for endothelial dysfunction as measured by changes in brachial artery diameter (BAD) or flow-mediated dilatation (FMD). More specifically, and in contrast to the 2009 PM ISA for which a couple of studies did not find changes in endothelial function, multiple studies evaluated in the 2019 PM ISA that examined the potential for endothelial dysfunction reported an effect of $PM_{2.5}$ on measures of blood flow (2019 PM ISA, Section 6.1.13.2) relative to filtered air (FA) exposure. Nevertheless, all studies were not in agreement with respect to the timing of the effect or the mechanism by which reduced blood flow occurred (i.e., endothelial-independent versus endothelial-dependent mechanisms). In addition to endothelial dysfunction, controlled human exposure studies evaluated in the 2019 PM ISA that used CAPs, but not filtered diesel exhaust (DE), generally reported evidence for small increases in blood pressure, although there were inconsistencies across studies with respect to changes in systolic blood pressure (SBP) and diastolic blood pressure (DBP). It is notable however, that CAPs studies evaluated in the 2019 PM ISA that reported increases in one measure of BP (e.g., SBP), but not the other (e.g., DBP) was found to be statistically significant, that other measure of

BP usually changed as well, but the change was not found to be statistically significant (2019 PM ISA, Section 6.1.6.3). That said, the results of studies evaluated in the 2019 PM ISA are not in agreement with a couple of older controlled human exposure studies that reported no appreciable changes in blood pressure following short-term $PM_{2.5}$ exposure. In addition, although not entirely consistent, there is further evidence from controlled human exposure studies evaluated in the 2019 PM ISA for conduction abnormalities/arrhythmia (2019 PM ISA, Section 6.1.4.3), changes in HRV (2019 PM ISA, Section 6.1.10.2), changes in hemostasis that could promote clot formation (2019 PM ISA, Section 6.1.12.2), and increases in inflammatory cells and markers (2019 PM ISA, Section 6.1.11.2). Thus, although uncertainties remain, controlled human exposure studies are in coherence with epidemiologic studies by demonstrating that short-term exposure to $PM_{2.5}$ may result in the types of cardiovascular endpoints that could lead to ED visits and hospital admissions.

Animal toxicological studies published since the 2009 PM ISA also support a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. A study evaluated in the 2019 PM ISA demonstrated decreased cardiac contractility and left ventricular pressure in mice which was coherent with the results of epidemiologic studies that reported associations between short-term $PM_{2.5}$ exposure and heart failure (2019 PM ISA, Section 6.1.3.3). In addition, like in the controlled human exposure studies, there was generally consistent evidence in animal toxicological studies for indicators of endothelial dysfunction (2019 PM ISA, Section 6.1.13.3). Studies in animals also provided evidence for changes in several other cardiovascular endpoints following short-term $PM_{2.5}$ exposure. Although not entirely consistent, these studies provided at least some evidence of conduction abnormalities and arrhythmia (2019 PM ISA, Section 6.1.4.4), changes in HRV (2019 PM ISA, Section 6.1.10.3), changes in BP (2019 PM ISA, Section 6.1.6.4), and evidence for systemic inflammation and oxidative stress (2019 PM ISA, Section 6.1.11.3). Finally, these toxicological studies also provided evidence indicating that genetic background, diet, and PM composition may influence the effect of short-term $PM_{2.5}$ exposure on some of these health endpoints.

As outlined above, across the scientific disciplines, there is evidence for a continuum of cardiovascular-related health effects following short-term exposure to $PM_{2.5}$. These effects ranged from relatively modest increases in biomarkers related to inflammation and coagulation, to subclinical CVD endpoints such as endothelial dysfunction, to ED visits and hospital admissions for outcomes such as IHD and heart failure. This continuum of effects is supported by epidemiologic studies that reported a relatively consistent relationship between short-term $PM_{2.5}$ exposure and CVD-related mortality. These epidemiologic studies also reduced a key uncertainty from the 2009 PM ISA by providing evidence that gaseous pollutants are not likely to confound the $PM_{2.5}$-cardiovascular mortality relationship.

Taken together, the evidence described within the 2019 PM ISA extends the consistency and coherence of the evidence base reported in the 2009 PM ISA and 2004 AQCD. Direct evidence for $PM_{2.5}$ exposure-related cardiovascular effects can be found in several controlled human exposure and animal toxicological studies. In coherence with these results are epidemiologic panel studies also finding that

$PM_{2.5}$ exposure is associated with some of the same cardiovascular endpoints reported in controlled human exposure and animal toxicological studies. The number of studies is limited that evaluate these endpoints, and there are some inconsistencies in results across some animal toxicological, controlled human exposure, and epidemiologic panel studies—although this may be due to substantial differences in study design, study populations, or differences in PM composition across air sheds. Nonetheless, the results from these epidemiologic panel, controlled human exposure, and animal toxicological studies, in particular those related to endothelial dysfunction, impaired cardiac function, ST segment depression, thrombosis, conduction abnormalities, and BP, provide coherence and biological plausibility for the consistent results from epidemiologic studies that reported positive associations between short-term $PM_{2.5}$ concentrations and IHD and heart failure, and ultimately cardiovascular mortality. **Overall, considering the entire evidence base, the evidence continues to be sufficient to conclude that a causal relationship exists between short-term $PM_{2.5}$ exposure and cardiovascular effects.**

### 3.1.1.2. Recent U.S. and Canadian Epidemiologic Studies

Recent epidemiologic studies conducted in the U.S. and Canada build on the strong epidemiologic evidence base evaluated in the 2019 PM ISA, as well as in previous assessments, which provided the scientific rationale supporting a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects (Section 3.1.1.1). In addition to examining the relationship between short-term $PM_{2.5}$ exposure and specific cardiovascular outcomes (i.e., IHD and myocardial infarction [Section 3.1.1.2.1], cerebrovascular disease and stroke [Section 3.1.1.2.2], heart failure [Section 3.1.1.2.3], arrhythmia [Section 3.1.1.2.4], combined cardiovascular effects [Section 3.1.1.2.5], and cardiovascular mortality [Section 3.1.1.2.6]), analyses within these recent studies also further examined issues relevant to expanding the overall understanding of the effect of short-term $PM_{2.5}$ exposure on cardiovascular outcomes. Specifically, recent studies assessed potential copollutant confounding (Section 3.1.1.2.7) and the lag structure of associations (Section 3.1.1.2.8). The following sections present an evaluation of recent epidemiologic studies conducted in the U.S. and Canada that inform each of the aforementioned topics within the context of the evidence base evaluated and summarized in the 2019 PM ISA. Study-specific details (e.g., study population, exposure assessment approach, confounders considered) for the epidemiologic studies evaluated in this section are presented in Appendix A (Table A-1).

#### 3.1.1.2.1. Ischemic Heart Disease and Myocardial Infarction

IHD is a chronic condition characterized by atherosclerosis and reduced blood flow to the heart. Myocardial infarction (MI), more commonly known as a heart attack, occurs when heart tissue death occurs that is secondary to prolonged ischemia. The effect of short-term $PM_{2.5}$ exposure on acute MI, complications from recent MI, and other acute or chronic IHD are generally evaluated using International

Classification of Diseases (ICD) codes recorded when a patient is admitted or discharged from the hospital or ED (ICD-Ninth Revision [ICD-9]: 410−414 or ICD-Tenth Revision [ICD-10]: I20−I25). In experimental or epidemiologic panel studies, indicators of MI include ST segment depression as measured by an electrocardiograph (ECG). The ST segment of an electrocardiogram recorded by surface electrodes corresponds to the electrical activity of the heart registered between ventricular depolarization and repolarization and is normally isoelectric.

The epidemiologic studies reviewed in the 2019 PM ISA (U.S. EPA, 2019) strengthened the evidence characterized in the previous ISA (U.S. EPA, 2009). Most of the evidence for IHD and MI in the 2009 PM ISA was from multicity epidemiologic studies of ED visits and hospital admissions [i.e., the U.S. Medicare Cohort Air Pollution Study (MCAPS) (Dominici et al., 2006), a four-city study in Australia (Barnett et al., 2006), and a study among older adults in several French cities (Host et al., 2008)]. The positive associations reported in these studies were an important line of evidence in the 2009 PM ISA concluding a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects. Uncertainties noted in the 2009 PM ISA with respect to exposure measurement error for those not living near a $PM_{2.5}$ monitor were reduced in the 2019 PM ISA with the consideration of studies that applied hybrid exposure assessment techniques that combine land use regression data with satellite aerosol optical depth (AOD) measurements and $PM_{2.5}$ concentrations measured at fixed-site monitors to estimate $PM_{2.5}$ concentrations. Further, compared with the 2009 PM ISA, the evidence in the 2019 PM ISA was expanded to include studies examining the association of short-term $PM_{2.5}$ exposure ST segment depression in addition to ED visits and hospital admissions for MI.

A recent study extends the evidence presented in the 2019 PM ISA through its examination of the association between short-term $PM_{2.5}$ exposure with hospital admissions for MI among the low-income and/or disabled Americans comprising the Medicaid population (deSouza et al., 2021). deSouza et al. (2021) reported a positive association between $PM_{2.5}$ concentration (0−1 day average) and acute MI (OR: 1.1 [95% CI: 1.03, 1.7]). Recent studies have also addressed methodological challenges. Specifically, Krall et al. (2018) conducted an analysis to elucidate the interpretation of potentially uncertain single-city estimates. These authors used Poisson time-series regression to estimate the associations of 24-hour average $PM_{2.5}$ concentration (lag Day 0) with ED visits for IHD and other cardiovascular outcomes for each of the five cities included in their study. To estimate the association across all cities and the posterior city-specific associations, they fit both traditional Bayesian hierarchical models in which associations were estimated for each outcome separately, and multi-cause multicity (MCM) Bayesian hierarchical models in which multiple cardiovascular outcomes were included in the model simultaneously so that a shared between-city variation could be estimated. The authors also performed analyses to determine whether their results were sensitive to the choice of exposure lag (Section 3.1.1.2.8) or the specification of time trends. The associations between 24-hour $PM_{2.5}$ concentration and IHD ED visits in the traditional multicity model was 1.009 (95% Posterior Interval [PI]: 0.993, 1.025). The comparable association (1.009 [95% PI: 0.998, 1.022]) using MCM was more precise (i.e., narrower confidence intervals). As expected, the city specific estimates were relatively uncertain and heterogeneous across cities when there were a

small number of daily ED visits. In another recent study, Leiser et al. (2019) designed an analysis to examine the association between short-term $PM_{2.5}$ exposure and IHD and MI hospital admissions in which the competing risk of mortality was controlled and differences across sex and age categories were examined. These authors used Medicare data for residents, 65 years and older, of the contiguous counties of the Wasatch Front in Utah to examine the association between $PM_{2.5}$ concentration and cardiac hospital re-admissions within 30 days of an index hospitalization, controlling for competing mortality risk. These authors found an association of 3-day average $PM_{2.5}$ concentration (lag 0−2 day) with IHD (HR: 1.03 [95% CI: 0.96, 1.12]) and MI (HR: 1.03 [95% CI: 0.92, 1.16]). Confidence intervals for the age- and sex-stratified results, which were conducted to evaluate potential modification of the association, were generally overlapping.

In another analysis of older adults using Medicare data, Wei et al. (2019) estimated the association of short-term $PM_{2.5}$ exposure with MI hospital admissions and a range of other health conditions, including some diseases that are rarely studied in relationship to $PM_{2.5}$ exposure. Hospital admission data were ascertained using discharge data recorded for Medicare inpatient hospital claims in the continental U.S. (2000−2012). Rather than report a relative risk (RR) estimate, the authors reported the absolute risk per 10 million person-days associated with each 1 unit increase in lag 0−1 $PM_{2.5}$ concentration (i.e., 0.29 [95% CI: 0.17, 0.40]).

Recent single city studies also add to the evidence base presented in the 2019 PM ISA. Liu et al. (2020) examined the modification of the association between short-term $PM_{2.5}$ exposure and MI hospital admissions by long-term $NO_2$ exposure. These authors performed a case-crossover study to estimate the association of short-term exposure to $PM_{2.5}$ among individuals living in Calgary neighborhoods with higher long-term NO2 exposure (2004−2012). No association between 0−2-day average $PM_{2.5}$ concentration with hospital admissions for MI among the entire population was observed [OR: 1.03 (95% CI: 0.96, 1.12)]. The association was null in the lowest tertile of long-term $NO_2$ concentration (OR: 0.94 [95% CI: 0.86, 1.18]), but the association strengthened in terms of magnitude and precision with increasing $NO_2$ concentration tertile (tertile 2, OR: 1.04 [95% CI: 0.94, 1.18]) and (tertile 3, OR: 1.10 [95% CI: 1.00, 1.19]). In addition, an extended analysis of a study reviewed in the 2019 PM ISA supports previous results that found a positive association between short-term $PM_{2.5}$ exposure and ST elevation myocardial infarction (STEMI) (Evans et al., 2017). Specifically, Evans et al. (2017) performed a case-crossover analysis to examine the relationship between short-term $PM_{2.5}$ concentration and STEMI in acute coronary syndrome or unstable angina patients (n = 362) in Monroe County, NY (2007−2012). The association between previous 1-hour $PM_{2.5}$ concentration and STEMI reported by these authors (OR: 1.25 [95% CI: 0.99, 1.59]) was virtually identical to the association (OR: 1.26 [95% CI: 1.01, 1.57]) reported in a previous analysis of this population conducted by Gardner et al. (2014) that reported fewer patients (n = 338) and a shorter follow-up time (2007−2010).

Results of studies of IHD and MI included in the 2009 PM ISA, the 2019 PM ISA and recent studies published since the literature cutoff date of the 2019 PM ISA are summarized in Figure 3-1.

Overall, recent studies support and extend the findings of the 2019 PM ISA with additional studies reporting positive associations between short-term $PM_{2.5}$ exposure and both IHD and MI hospital admissions and ED visits.




Source: Update of Figure 6-2, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. IHD = ischemic heart disease, MCM = multi-cause multicity; MI = myocardial infarction, NR = not reported; NSTEMI = non-ST segment elevation MI, STEMI = ST- elevation MI. Risk estimates are standardized to a 10 µg/m$^3$ increase in $PM_{2.5}$ concentrations.

**Figure 3-1 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for ischemic heart disease.**

#### 3.1.1.2.2. Cerebrovascular Disease and Stroke

Cerebrovascular disease (CBVD) typically includes conditions classified under ICD-10 codes I60−I69 (ICD-9: 430−438) such as hemorrhagic stroke (HS), cerebral infarction (i.e., ischemic stroke [IS]) and occlusion of the precerebral and cerebral arteries. IS results from an obstruction within a blood vessel that supplies oxygen to the brain, potentially leading to infarction, and accounts for 87% of all strokes (Goldberger et al., 2008). Hemorrhagic stroke is less common but results in a disproportionate number of fatalities. The HS subtype results from a brain aneurysm or leaking vessel in the brain and can be further categorized by brain region (e.g., intracerebral, or subarachnoid). Comorbidities that increase stroke risk but may also be associated with $PM_{2.5}$ exposure include hypertension, diabetes, CHD, and atrial fibrillation. The 2009 PM ISA and the 2019 PM ISA described inconsistent results across epidemiologic studies that considered the relationship between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for CBVD, with most studies reporting a lack of an association. Evidence relating to various stroke subtypes was also inconsistent. Results from recent studies of the association between short-term $PM_{2.5}$ concentration and stroke expand the evidence but remain inconsistent overall. Specifically, a study of Medicaid recipients found a large magnitude positive association, while several analyses of established cohorts (Health Professionals Follow-Up [HPFU] study, Women's Health Initiative [WHI], REasons for Geographic and Racial Differences in Stroke [REGARDS]) report null or inverse associations with stroke regardless of subtype.

Recent studies that analyze data from participants enrolled in several established cohort studies expand the evidence pertaining to stroke subtype. Fisher et al. (2019) estimated the associations of short-term $PM_{2.5}$ exposure with several stroke types, which were ascertained through self-report and expert medical record review, among men enrolled in the HPFU study. The authors reported no evidence of positive associations between lag 0 to 3-day average $PM_{2.5}$ concentration and total stroke (OR: 0.93 [95% CI: 0.78, 1.11]), ischemic (OR: 0.99 [95% CI: 0.81, 1.20]), hemorrhagic (OR: 0.80 [95% CI: 0.50, 1.27]), undetermined type (OR: 0.56 [95% CI: 0.26, 1.24]), and nonfatal stroke (OR: 1.05 [95% CI: 0.84, 1.27]). The authors also evaluated whether factors including age, BMI, smoking status, diabetes mellitus, hypertension, hypercholesterolemia, and current aspirin use potentially modified the associations with IS or HS; however, the number of stroke events within each strata was small and no statistical evidence of heterogeneity between stratified estimates was reported based on chi-square tests of model homogeneity. Sun et al. (2019) also estimated the association of short-term $PM_{2.5}$ with total, hemorrhagic, and ischemic stroke but studied a different population (i.e., post-menopausal women enrolled in the WHI study). Stroke was ascertained through self-report and physician adjudication. Three-day average $PM_{2.5}$ concentration (lag 0−2) was not associated with total (OR: 0.98 [95% CI: 0.92, 1.02]), ischemic (OR: 0.96 [95% CI: 0.90, 1.02]), or hemorrhagic stroke (OR: 1.02 [95% CI: 0.90, 1.17]) in this study. The authors also conducted stratified analysis to examine whether associations varied across categories of age at stroke onset, U.S. census region, smoking status, body mass index, and prior history of diabetes mellitus, hypertension, heart or circulation problems, or arterial fibrillation at enrollment. Across these different

stratified analyses, only when examining the stratum for obese women was there some evidence that the association of total stroke with $PM_{2.5}$ may be increased. Finally, McClure et al. (2017) performed a case-cross over analysis among participants in the REGARDS study to determine the association between $PM_{2.5}$ exposure at single-day lags (1, 2, and 3 day lags) and stroke ascertained through self-report followed by a medical record. The REGARDS study oversampled participants in several southern states where stroke risk is high among Black residents in order to study geographic and racial differences in stroke. $PM_{2.5}$ concentration was dichotomized ($\leq$ 12 μg/m$^3$ versus 12 to 150.4 μg/m$^3$) and the odds of stroke in the higher category was compared with the odds of stroke in the lower category. After adjustment for temperature and relative humidity, no association was reported between $PM_{2.5}$ exposure and stroke, regardless of the lag examined (OR: 0.99 [95% CI: 0.83, 1.19], lag 1). This finding persisted regardless of stroke subtype or exposure lag. Overall, analyses from three established and diverse cohorts did not present evidence of an association between short-term $PM_{2.5}$ exposure and stroke.

Unlike the analyses described above, deSouza et al. (2021) examined the relationship between $PM_{2.5}$ concentration (0−1 day average) and hospital admissions for IS among the low-income and/or disabled Americans comprising the Medicaid population. The OR for the association between $PM_{2.5}$ (lag 0−1 day average) and IS was 1.12 (95% CI: 1.04, 1.20). In a study designed to gain an understanding of the heterogeneity in results across single-city studies, Krall et al. (2018) examined the associations of 24-hour $PM_{2.5}$ concentration (lag 0) with ED visits for stroke. These authors estimated the associations across five cities using a traditional Bayesian hierarchical approach and a MCM Bayesian hierarchical model in which all outcomes were modeled simultaneously. The association of 24-hour $PM_{2.5}$ concentration (lag 0) with ED visits for stroke was 1.008 (95% CI: 0.984, 1.034) in the traditional multicity model and more precise (i.e., narrower confidence intervals) 1.008 (95% PI: 0.995, 1.021) in the MCM model. However, in a single city study of recurrent IS in Nueces county Texas, Wing et al. (2017) did not report evidence of an association between $PM_{2.5}$ concentration during the previous day (lag 1), and the odds of recurrent stroke (OR: 0.95 (95% CI: 0.71−1.28]).

Results of studies of short-term exposure to $PM_{2.5}$ and ED visits or hospital admissions for stroke included in the 2009 PM ISA, the 2019 PM ISA and recent studies published since the literature cutoff date of the 2019 PM ISA are summarized in Figure 3-2. The epidemiologic evidence for an association between short-term $PM_{2.5}$ and various stroke subtypes assessed in the 2019 PM ISA was characterized as inconsistent and limited. Some recent studies report evidence of a positive association with stroke while others report null or inverse associations. Therefore, the evidence pertaining to the effect of short-term $PM_{2.5}$ exposure and stroke remains inconsistent overall.




Source: Update of Figure 6-5, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. NR = not reported. Risk estimates are standardized to a 10 µg/m³ increase in $PM_{2.5}$ concentrations.

**Figure 3-2 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for stroke.**

#### 3.1.1.2.3. Heart Failure

Heart failure (HF) refers to a set of conditions in which pumping action of the heart is weakened. In congestive heart failure (CHF), the flow of blood from the heart slows, failing to meet the oxygen demands of the body, and returning blood can back up, causing swelling or edema in the lungs or other tissues (typically in the legs and ankles). The effect of short-term $PM_{2.5}$ exposure on people with CHF—which is a chronic condition—is generally evaluated using ICD codes recorded when a patient is admitted or discharged from the hospital or ED. The relevant diagnostic codes for heart failure are ICD-9 428 and ICD-10 I50. These codes encompass left, systolic, diastolic, and combined heart failure. Similar to the other cardiovascular outcomes, the majority of the evidence in the 2009 PM ISA was from epidemiologic studies of hospital admissions and ED visits [i.e., multicity studies in the U.S.(Dominici et al., 2006) and Australia (Barnett et al., 2006)]. Studies evaluated in the 2019 PM ISA strengthened this line of evidence with additional multicity epidemiologic studies conducted in the U.S., Canada, and Europe generally reporting positive associations between short-term $PM_{2.5}$ exposure and hospital admissions and ED visits for HF. Results from single-city studies tended to be less consistent. Several recent studies add to the body of evidence providing additional support for a positive association between short-term $PM_{2.5}$ exposure and ED visits and hospital admissions for exacerbations of HF.

Recent studies conducted examined the association of short-term $PM_{2.5}$ exposure with readmission to the hospital for HF within 30 days of an index hospitalization. Leiser et al. (2019) used Medicare data to examine the association of short-term $PM_{2.5}$ exposure and cardiac hospital re-admissions among older adults within 30 days of the index hospitalization. These authors reported an association of 3-day average $PM_{2.5}$ concentration (lag 0−2 day) with readmission for HF (HR: 1.10 [95% CI: 1.03, 1.19]). Confidence intervals of the age and sex stratified results were generally overlapping. In another study of 30-day hospital readmission, Wyatt et al. (2020c) characterized the association of short-term $PM_{2.5}$ exposure with CHF among end-stage renal disease patients (i.e., those undergoing hemodialysis). Both readmission within 1 to 7 days and readmission between 8 to 30 days was evaluated. The RR for the association of 24-hour $PM_{2.5}$ concentration (lag 0) with HF readmission within 1−7 days was 1.37 (95% CI: 1.14, 1.60). The association with late readmission (8−30 days) was 1.41 (95% CI: 1.25, 1.58). In another unique population, deSouza et al. (2021) estimated the association of $PM_{2.5}$ concentration (0−1 day average) with CHF hospital admissions among the low-income and/or disabled Americans comprising the Medicaid population. The OR for the association between $PM_{2.5}$ (lag 0−1 day average) and CHF was 1.10 (95% CI: 1.04, 1.16).

In addition to the studies described above that focus on 30-day hospital readmission, Krall et al. (2018) examined the association of 24-hour $PM_{2.5}$ concentration (lag Day 0) with ED visits for CHF in an analysis in five cites that was designed to compare methods used for multicity studies. These authors estimated the multicity associations using a traditional Bayesian hierarchical approach and a MCM Bayesian hierarchical model in which all outcomes were modeled simultaneously. The association of 24-hour $PM_{2.5}$ concentration (lag 0) with CHF was 1.003 (95% CI: 0.986, 1.021) in the traditional

multicity model and 1.003 (95% PI: 0.992, 1.016) in the MCM model. In another study, Wei et al. (2019) used Medicare data (i.e., inpatient hospital claims) to estimate the association of short-term $PM_{2.5}$ exposure with CHF hospital admissions in the continental U.S. between 2000 and 2012. Rather than report a RR estimate, the authors reported the absolute increase in risk of admission to hospital per 10 million person-days associated with each 1 $\mu g/m^3$ increase in lag 0−1 $PM_{2.5}$ (i.e., 0.68 [95% CI: 0.52 to 0.84]).

Results of studies of HF included in the 2009 PM ISA, the 2019 PM ISA and recent studies published since the literature cutoff date of the 2019 PM ISA are summarized in Figure 3-3. Overall, these studies support and extend the limited evidence in the 2019 PM ISA, reporting positive associations between short-term $PM_{2.5}$ exposure and HF.




Source: Update of Figure 6-3, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. ESRD = end-stage renal disease; HF = heart failure, HHD = hypertensive heart disease, NR = not reported; re-HA = readmission to the hospital for heart failure. Risk estimates are standardized to a 10 µg/m$^3$ increase in $PM_{2.5}$ concentrations.

**Figure 3-3 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for heart failure.**

#### 3.1.1.2.4. Arrhythmia

In epidemiologic studies, the association between short-term $PM_{2.5}$ exposure and arrhythmia is generally evaluated using ICD codes (ICD-9 427 or ICD-10 149.9) for hospital admissions and ED visits. Out-of-hospital cardiac arrests (OHCA) that typically result from ventricular arrhythmia were evaluated with the body of evidence pertaining to arrhythmia. Overall, the evidence evaluated in the 2009 PM ISA and the 2019 PM ISA was limited. However, in the 2019 PM ISA, some evidence from epidemiologic panel studies indicated an association between short-term $PM_{2.5}$ exposure and potential indicators of arrhythmia (e.g., ectopic beats and tachycardia). The small number of recent studies support a positive association of short-term $PM_{2.5}$ exposure with arrythmias.

Recent studies examined the association of short-term exposure to $PM_{2.5}$ and dysrhythmia adding to the limited evidence evaluated in the 2019 PM ISA. Wyatt et al. (2020c) examined 30-day hospital re-admission among end-stage renal disease patients (i.e., those undergoing hemodialysis). Both early re-admission within 1 to 7 days and later readmission after 8 to 30 days was evaluated. The RR for the association of 24-hour $PM_{2.5}$ concentration (lag 0) with dysrhythmia and conduction disorder readmissions within 1−7 days was 1.48 (95% CI: 1.23, 1.74). The association with late re-admission (8−30 days) was 1.31 (95% CI: 1.13, 1.50). In another study of 30-day hospital re-admission, Leiser et al. (2019) estimated the association of $PM_{2.5}$ concentration and cardiac arrhythmia among Medicare beneficiaries who survived a cardiovascular event, and examined differences across sex and age in models that adjusted for the competing risk of readmission due to a non-cardiovascular cause or death. These authors reported an inverse association of 3-day average $PM_{2.5}$ concentration (lag 0−2 days) with re-admission for dysrhythmia or arrhythmia (HR: 0.88 [95% CI: 0.75, 1.02]). Confidence intervals of the age and sex stratified results were generally overlapping and did not provide evidence of effect modification. Krall et al. (2018) examined the association of 24-hour $PM_{2.5}$ concentration (lag Day 0) with CVD ED visits in an analysis designed to compare methods for multicity analyses. These authors estimated the associations with CVD ED visits including visit for dysrhythmia across five cities using a traditional Bayesian hierarchical approach and a MCM Bayesian hierarchical model in which all outcomes were modeled simultaneously. The association between 24-hour $PM_{2.5}$ concentration (lag 0) with ED visits for dysrhythmia was 1.009 (95% CI: 0.993, 1.023) in the traditional Bayesian hierarchical model and 1.009 (95% PI: 0.998, 1.022) in the MCM Bayesian hierarchical model. Finally, Wei et al. (2019) estimated the association of short-term $PM_{2.5}$ exposure with arrhythmia hospital admissions in a study using discharge data recorded for Medicare inpatient hospital claims in the continental the U.S. (2000−2012). Rather than report a RR estimate, the authors reported the absolute increase in risk of admission to hospital per 10 million person-days associated with each 1 $\mu g/m^3$ increase in lag 0−1 $PM_{2.5}$ concentration (i.e., 0.26 [95% CI: 0.13 to 0.38]).

Results of studies of arrythmia included in the 2009 PM ISA, the 2019 PM ISA and recent studies published since the 2019 PM ISA are summarized in Figure 3-4. Overall, these studies extend the limited evidence evaluated in the 2019 PM ISA as they report positive associations between short-term $PM_{2.5}$

exposure and arrhythmia in most studies. However, an analysis of Medicare recipients in Utah that adjusted for the competing risk of readmission for a non-cardiovascular cause or death reported an inverse association.




Source: Update of Figure 6-4, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. HF = heart failure, HHD = hypertensive heart disease, NR = not reported. Risk estimates are standardized to a 10 µg/m$^3$ increase in $PM_{2.5}$ concentrations.

**Figure 3-4 Results of studies of short-term $PM_{2.5}$ exposure and hospital admissions and emergency department visits for arrhythmia.**

#### 3.1.1.2.5. Combinations of Cardiovascular-Related Outcomes

In addition to analyses of individual CVDs (e.g., MI, stroke, and HF), epidemiologic studies examined CVDs in aggregate (i.e., specific combination of cardiovascular diseases). The 2009 PM ISA and the 2019 PM ISA reviewed multicity studies of adults ages 65 years and older that provided strong evidence of an association [(Bell et al., 2008; Host et al., 2008; Barnett et al., 2006); Table 6-19 of the 2019 PM ISA]. Studies of aggregate CVD have larger case counts than studies of specific CVDs, potentially providing statistical power needed to detect associations. Several recent studies examine the association between short-term exposure to $PM_{2.5}$ and CVD hospital admissions and ED visits, and report results that are generally consistent with studies evaluated in the 2019 PM ISA.

In a study of low-income and/or disabled Americans enrolled in Medicaid deSouza et al. (2021) estimated the association of $PM_{2.5}$ concentration (0−1 day average) with cardiovascular hospital admissions. The association of $PM_{2.5}$ concentration (0−1 day average) with all CVD hospital admissions was 1.09 (95% CI: 1.06, 1.11). In addition, the authors reported that the association with all CVD hospital admissions was larger in magnitude when restricting the analysis to $PM_{2.5}$ concentrations less than 25 micrograms per cubic meter ($\mu g/m^3$) (OR: 1.13 [95% CI: 1.09, 1.16]). The association was similar among older and younger adults (OR: 1.09 [95% CI: 1.06, 1.13]) among those < 65 years old 1.08 (95% CI: 1.06, 1.09) versus among those ≥ 65 years old. In another study, Wyatt et al. (2020c) examined hospital admissions among end-stage renal disease patients (i.e., those undergoing hemodialysis). Same-day $PM_{2.5}$ concentration (lag 0) was associated with an increase in the risk of CVD hospital admissions in this population (RR: 1.09 [95% CI: 1.02, 1.17]).

Some recent studies of ED visits report null associations between short-term $PM_{2.5}$ concentration and aggregated CVD outcomes in adjusted models. Krall et al. (2018) examined the associations of 24-hour $PM_{2.5}$ concentration (lag Day 0) with CVD ED visits, estimating the association across five cities using a traditional Bayesian hierarchical approach. A null association between 24-hour $PM_{2.5}$ concentration (lag 0) with CVD ED visits was observed (1.0 [95% CI: 0.992, 1.009]) while positive associations were reported for specific cardiovascular outcomes evaluated. Ye et al. (2018) performed a study to estimate the association between short-term exposure to $PM_{2.5}$ components that are not routinely measured, including water-soluble metals, and CVD ED visits for a five-county area of Atlanta during the period 1998 to 2013. In a single-pollutant model, these authors reported a positive association of 24-hour $PM_{2.5}$ concentration (lag 0) with CVD ED visits; however, the association was null after adjustment for water-soluble iron (WS Fe), which may be an indicator for certain aspects of traffic pollution.

Evidence assessed in the 2019 PM ISA from multicity studies reported consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular-related ED visits and hospital admissions. Recent studies, including one in renal disease patients and another in the Medicaid population, support the conclusion of the 2019 PM ISA and extend the evidence base.

#### 3.1.1.2.6. Cardiovascular Mortality

As noted in the 2019 PM ISA, "studies that examine the association between short-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, such as cardiovascular mortality, provide additional evidence for $PM_{2.5}$-related cardiovascular effects, specifically whether there is evidence of an overall continuum of effects" (2019 PM ISA, Section 6.1.9). Epidemiologic studies evaluated in the 2019 PM ISA, expanded upon the evidence presented in the 2009 PM ISA indicating consistent positive associations between short-term $PM_{2.5}$ exposure and cardiovascular mortality (2019 PM ISA, Section 6.1.9). Experimental evidence (i.e., both animal toxicological and controlled human exposure studies) presented within both the 2009 PM ISA and 2019 PM ISA provided coherence and biological plausibility for the $PM_{2.5}$-related cardiovascular mortality associations reported in epidemiologic studies. A recent multicity study conducted by Lavigne et al. (2018) in addition to examining short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality also examined cause-specific mortality and provided evidence that continues to support a relationship between short-term $PM_{2.5}$ exposure and cardiovascular mortality (Section 3.2.1.2.2).

#### 3.1.1.2.7. Consideration of Copollutant Exposures

In the examination of potential confounding of the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects by exposure to copollutants, it is informative to evaluate whether $PM_{2.5}$ risk estimates are changed in copollutant models. As noted in the Appendix (Table A-1) to the 2019 PM ISA, copollutant models are not without their limitations, such as instances for which correlations are high between pollutants resulting in greater bias in results. However, a change in the $PM_{2.5}$ risk estimate, after adjustment for a copollutant may indicate the potential for confounding. The evidence reviewed in the 2019 PM ISA represented an expanded set of studies that performed analyses using two-pollutant, also referred to as copollutant, models. These studies addressed a data gap, generally supporting an association of $PM_{2.5}$ with cardiovascular-related health effects that persisted after adjustment for copollutant exposures (i.e., $O_3$, $NO_2$, $SO_2$, CO, and $PM_{10-2.5}$). In addition to copollutant models, a limited number of studies that examined the joint effects of multiple pollutants provided information on the role of $PM_{2.5}$ within the complex air pollution mixture. Overall, the evidence and the available statistical methods were limited with respect to characterizing the multipollutant effects of air pollution on cardiovascular disease. This limited evidence neither consistently nor coherently indicated a stronger or weaker effect of combined exposure to $PM_{2.5}$ and another pollutant compared with exposure to a single pollutant alone (Luben et al., 2018).

Recent studies that examine the potential confounding of the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects by copollutants are limited; however, the results of available studies are consistent with the evidence evaluated in the 2019 PM ISA. deSouza et al. (2021) found that the positive single-pollutant association (OR: 1.09 [95% CI: 1.06, 1.11]) between all CVD and short-term $PM_{2.5}$ observed among Medicaid recipients persisted in a two-pollutant model adjusted for ozone (OR: 1.10 [95% CI: 1.07, 1.12]). In another recent study, Wing et al. (2017) reported no association between

short-term $PM_{2.5}$ exposure and recurrent stroke in both single- and two-pollutant model that were adjusted for ozone. This study does not alter the conclusion of the 2019 PM ISA with respect to copollutant confounding because associations between $PM_{2.5}$ exposure and stroke were not consistently reported.

#### 3.1.1.2.8. Lag Structure of Associations

An examination of the association between short-term $PM_{2.5}$ exposure and cardiovascular effects across different lag days can inform whether $PM_{2.5}$ elicits an immediate (e.g., lag 0–1 days), delayed (e.g., lag 2–5 days), or prolonged (e.g., lag 0–5 days) effect on these endpoints, and whether the effect of $PM_{2.5}$ is consistent across cardiovascular endpoints. The evidence reviewed in the 2019 PM ISA supported an immediate effect of short-term $PM_{2.5}$ exposure on hospital admissions and ED visits for aggregate CVD outcomes, IHD, HF, and OHCA, as well as for cardiovascular mortality. This evidence came from the evaluation of both single-day and multiday lags, as well as studies that evaluated subdaily lag periods. By contrast, the studies evaluated in the 2019 PM ISA did not provide evidence of a consistent lag period for the association of short-term $PM_{2.5}$ exposure with CBVD and arrhythmia. Overall, stronger associations in terms of magnitude and precision were reported for immediate lags for most cardiovascular-related outcomes, and the associations tended to be stronger for immediate multiday lag periods (i.e., 0−1, 0−2) compared with immediate single-day lag periods (i.e., 0, 1).

Several recent studies conducted analyses to determine whether results were sensitive to the choice of exposure lag. Overall, the available studies continue to support an immediate effect of short-term $PM_{2.5}$ exposure on MI. In a case-crossover analysis of STEMI among unstable angina patients, Evans et al. (2017) found that the association between previous 1-hour $PM_{2.5}$ concentration and STEMI became less precise (i.e., wider confidence intervals) at exposure lags up to 24 or 48 hours and null with an exposure lag of 72 hours. In a multicity analysis of ED visits for a number of cardiovascular outcomes (i.e., IHD, CHF, Dysrhythmia), Krall et al. (2018) found that lags longer than their a priori choice (i.e., same-day exposure [lag 0]) did not produce substantially different results. Studies that examined the lag structure of associations in relation to stroke reported null associations that were unchanged regardless of the choice of lag (Fisher et al., 2019; McClure et al., 2017). In a study of recurrent IS in Nueces county Texas, Wing et al. (2017) reported null associations with short-term $PM_{2.5}$ concentrations on lag Day 1, 2, and 3 and an inverse association with same day exposures.

### 3.1.1.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Cardiovascular Effects Relationship through Accountability Analyses and Alternative Methods for Confounder Control

As discussed in Section 3.1.1.1, the 2019 PM ISA reported that there was sufficient evidence to conclude that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and cardiovascular effects. However, the body of evidence that supported this causality determination did not include any

epidemiologic studies that conducted accountability analyses or employed alternative methods for confounder control because no such studies were published prior to the literature cutoff date for the 2019 PM ISA. Studies that conduct accountability analyses can provide insight on whether the implementation of environmental policies or air quality interventions result in changes/reductions in air pollution concentrations and the corresponding effect on health outcomes. Additionally, accountability studies can reduce uncertainties related to residual confounding of temporal and spatial factors. Alternative methods for confounder control seek to mimic randomized experiments through the use of study design and advanced statistical methods to reduce the potential bias of effects due to confounding more than traditional regression model approaches. Examples of alternative methods for confounder control are general propensity scores and inverse probability weighting models. Since the literature cutoff date for the 2019 PM ISA, several studies that conducted accountability analyses or implemented alternative methods for confounder control have been published, which further inform the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects, specifically cardiovascular hospital admissions (Table A-2). The cardiovascular-related hospital admissions examined ranged from specific cardiovascular endpoints such cardiac arrhythmia, hypertension, ST segment elevation myocardial infarction to a broader assessment of all cardiovascular diseases.

Zhang et al. (2018) and Wang et al. (2019) both conducted accountability analyses that evaluated whether associations between short-term $PM_{2.5}$ exposures and cardiovascular hospital admissions differed before, during, and/or after the implementation of environmental policies to improve air quality in cities in New York. Zhang et al. (2018) estimated the rate of cardiovascular hospital admissions associated with short-term $PM_{2.5}$ concentrations, and whether the rates differed before (2005−2007), during (2008−2013), or after (2014−2016) the implementation of multiple national and state policies aimed at improving air quality in multiple cities in New York. Using a time-stratified, case-crossover design, the authors employed conditional logistic regression models to estimate the rate ratio for cardiovascular hospital admissions, examining associations with$PM_{2.5}$ at lag 0 or averaged over the previous 1–7 days (lag 0–1, 0–2, 0–3, 0–4, 0–5, 0−6), adjusting for temperature and relative humidity. The excess rate of hospital admissions decreased over the entire time period for total cardiovascular disease (before: 1.4% [95% CI: 1.0, 1.8]; during: 1.1% [95% CI: 0.7, 1.5]; after: 1.0% [95% CI: 0.3, 1.17]), with the largest association, in terms of magnitude, observed in the "before" implementation period and weaker associations observed in the "after" implementation period for the 0–6 day lag average. Similar results were reported for cerebrovascular disease, ischemic stroke, chronic rheumatic heart disease, hypertension, ischemic heart disease, and myocardial infarction. The incidence rates of all disease categories decreased across the study period. However, there was no difference in the excess rate of most cardiovascular disease subgroups associated with each interquartile range increase in $PM_{2.5}$ concentration "after" the implementation of environmental policies and actions (2014–2016) compared with "before" (2005–2007) or "during" (2008–2013) implementation. Conversely, there were increases in the excess rate of hospital admissions for cardiac arrhythmia and congestive heart failure in the "after" period compared with the "before" and "during" periods. Although the change in the excess rates for cause-specific cardiovascular hospital admissions was relatively small in magnitude and varied by lag period and location, overall,

short-term increases in ambient $PM_{2.5}$ concentrations were associated with increased rates of hospital admissions for total cardiovascular disease, cardiac arrhythmias, heart failure ischemic stroke, ischemic heart disease, and myocardial infarction.

Wang et al. (2019) also used a time-stratified case-crossover study design to examine whether the rate of ST segment elevation myocardial infarction (STEMI) is associated with $PM_{2.5}$ concentrations in the previous few hours or days, and whether these associations were modified by periods in which there were changes in environmental policies in Rochester, NY. The authors hypothesized that increases in the rate of STEMI associated with short-term $PM_{2.5}$ exposures would be smaller after the changes were implemented (2014−2016), compared with the periods before (2005−2007) and during (2008−2013) implementation. Within this study, referent days were selected as the same hour of the event on the same day earlier and later than the case event within the same month and calendar year. The analyses examined hourly exposures of 1 hour (lag hour 1), 3-hour avg (lag hours 0−2), 12-hour average (lag hours 0−11), 24-hour average (lag hours 0−23), 48-hour average (lag hours 0−47), and 72-hour average (lag hours 0−71) prior to the onset of STEMI symptoms. To examine whether the rate of STEMI was associated with different hourly average concentrations of $PM_{2.5}$ and were modified by the period of when changes were implemented, two interaction terms for the "period" (a categorical variable to distinguish periods of before, during, and after implementation) and $PM_{2.5}$ concentrations of the time period were included in the conditional logistic regression model. Over the entire study period, there was a decrease of approximately 30% in $PM_{2.5}$ concentrations. Across the three periods, there was a decrease in the rate of STEMI for an interquartile range (7.59 μg/$m^3$) increase in $PM_{2.5}$ concentration in the previous hour (lag hour 0) (before: OR = 1.03 [95% CI: 0.91, 1.17]; during: OR = 1.07 [95% CI: 0.92, 1.24]; after: OR = 0.99[95% CI: 0.81, 1.21]). However, in the previous 72-hour (lag hours 0−71) period, the rate of STEMI increased with an IQR increase in $PM_{2.5}$ concentration across the three periods from 0.91 (95% CI: 0.79, 1.05) before, 0.98 (95% CI: 0.82, 1.18) during, and 1.11 (95% CI: 0.88, 1.41) after implementation. Although the results of this accountability analysis are small in magnitude or null across the time periods, this study provides support that implementation of air quality policies can lead to reductions in $PM_{2.5}$ concentrations and subsequently may affect health effects associated with $PM_{2.5}$ exposures.

The use of alternative methods for confounder control can further inform the causal nature of the relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects through the use of advanced statistical methods to reduce uncertainties with respect to confounding. Recent epidemiologic studies that use these alternative methods have primarily focused on examining cardiovascular hospital admission rates. Inverse probability weighting (IPW) is an alternative method for confounder control that analyzes observational data in a way that approximates conducting a randomized experiment to make exposure independent of all potential confounders, rather than to control for the confounders in the outcome regression (Qiu et al., 2020). To explore the relationship between short-term $PM_{2.5}$ exposure and cardiovascular disease hospital admissions, Qiu et al. (2020) used IPW propensity score methods in a case-crossover study design to examine an unconstrained distributed lag (lag 0−5) for acute myocardial

infarction (AMI), CHF, and IS hospital admissions among New England Medicare participants between 2000 and 2012. In the first step, a linear regression model was fitted with the exposure lag of interest against the other five lags of $PM_{2.5}$ exposure and six lags of ozone along with linear and quadratic terms for temperature (lag 0 and 1) and linear terms for relative humidity (lag 0 and 1) to control for potential confounding by meteorological conditions. In the second step, under the assumptions that no important confounders are omitted and correct specification of the propensity score models, for each of the six lags the outcome was regressed against $PM_{2.5}$ at each individual lag with weights specific to each individual lag. After using the weights generated from propensity score models to predict the exposure at each lag of interest, copollutant exposure and meteorological variables were used to create a pseudo-randomized population. The pseudo-randomized population was subsequently used in conditional logistic regression models to regress cardiovascular hospital admissions against each exposure lag, estimating the marginal effect of each lag of exposure independent of covariates.

Using the IPW method, Qiu et al. (2020) reported an increase of 4.3% (95% CI: 2.2, 6.4) in AMI hospital admission rate, 3.9% (95% CI: 2.4, 5.5) in CHF rate, and 2.6% (95% CI: 0.4, 4.7) in IS hospital admission rate for a 10 $\mu g/m^3$ increase in 24-hour average $PM_{2.5}$ concentrations. While Qiu et al. (2020) reported associations using alternative methods for confounder control that further confirm an association between short-term $PM_{2.5}$ exposure and cardiovascular-related hospital admissions, several assumptions were used by the authors when applying the IPW methods that are important to recognize. First, the authors assumed exchangeability, meaning that there was no unmeasured confounding, with the caveat that the authors did not have the resources to obtain all the potential unmeasured confounders. This assumption was tested through a series sensitivity analyses, testing the most critical confounder of temperature by including more lags of temperature and spline adjustments. Because the results from the sensitivity analyses involving temperature did not deviate from the estimates in the main analysis, it can be inferred that the most important confounders with available data were adjusted for and that the time-invariant variables are not potential confounders due to the case-crossover study design. The second assumption was positivity, which was guaranteed in the analysis through the positivity exclusion. Qiu et al. (2020) note that the positivity assumption means there are both exposed and non-exposed individuals at every level of the confounders. The last assumption is consistency, or that the observed outcome is exactly the same as the potential outcome the individual will have under the exposure assigned; however, this assumption is difficult to prove. Overall, the inverse probability weighted distributed lag model employed by Qiu et al. (2020) provides unconstrained, less conditional effect estimates that are less influenced by highly correlated covariates and reduces uncertainties regarding unmeasured confounders.

The recent studies that utilized accountability approaches and alternative methods for confounder control evaluated in this section provide additional support for a relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects. These studies reported consistent associations between cardiovascular hospital admissions with short-term $PM_{2.5}$ exposures across different statistical methods and study designs, which reduce uncertainties related to potential confounder bias, and further supports the conclusions of the 2019 PM ISA.

#### 3.1.1.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Short-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

Recent epidemiologic studies published since the 2019 PM ISA support and extend the evidence that contributed to the conclusion of a *causal relationship* between short-term $PM_{2.5}$ exposure and cardiovascular effects in the 2019 PM ISA. Multicity analyses of the relationship between short-term exposure to $PM_{2.5}$ and cardiovascular ED visits and hospital admissions were an important consideration in this causality determination. Recent studies support the evidence characterized in the 2019 PM ISA, extending the evidence relating to hospital admissions and ED visits for specific outcomes (i.e., IHD, MI, HF, and arrhythmia) with positive association observed across diverse populations (i.e., older adults enrolled in Medicare, Medicaid recipients, and patient populations). With respect to stroke, the evidence in the 2019 PM ISA was characterized as inconsistent. Recent studies of established cohorts (i.e., WHI, REGARDS, and HPFU) extend this evidence with observations of null or inverse associations between short-term $PM_{2.5}$ exposure and stroke, regardless of stroke subtype. However, an association between short-term $PM_{2.5}$ exposure and IS was observed in the Medicaid population.

Multiple studies included in the 2019 PM ISA applied hybrid exposure assessment techniques that combined land use regression with satellite AOD measurements and $PM_{2.5}$ concentrations measured at fixed site monitors. Most recent studies also rely on exposure assessment strategies that characterize the temporal and spatial variability of short-term $PM_{2.5}$ concentrations. Recent studies also performed analyses to address methodological challenges, including applying techniques to elucidate uncertainties related to the observation of variable results across single-city studies and controlling for competing mortality risks in studies of ED visits and hospital admissions.

The evidence in the 2019 PM ISA indicated that the associations between short-term $PM_{2.5}$ exposure and cardiovascular effects generally persisted in models that were adjusted for copollutants. A recent study that reports copollutant model results supports the evidence characterized in the 2019 PM ISA that the effect of short-term $PM_{2.5}$ exposure on the cardiovascular system is independent of ozone exposure. Recent studies continue to support an immediate effect of short-term $PM_{2.5}$ exposure on the cardiovascular system that was described in the 2019 PM ISA. Finally, recent studies that employed alternative methods for confounder control or conducted accountability analyses when examining short-term $PM_{2.5}$ exposure and cardiovascular-related hospital admissions provide additional support for a relationship between short-term $PM_{2.5}$ exposure and cardiovascular effects while reducing uncertainties related to potential confounder bias.

### 3.1.2. Long-Term $PM_{2.5}$ Exposure

The following sections represent a summary of the evidence and the corresponding causality determination for long-term $PM_{2.5}$ exposure and cardiovascular morbidity presented within the 2019 PM

ISA (Section 3.1.2.1) along with an evaluation of recent epidemiologic studies that fall within the scope of the Supplement (i.e., studies conducted in the U.S. and Canada) and were published since the literature cutoff date of the 2019 PM ISA (Section 3.1.2.2). [15] In addition, with the expansion of epidemiologic studies that used statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control), recent studies that employed such methods are also evaluated (Section 3.1.2.3), which can further inform the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity. Finally, a summary of the results of recent studies evaluated within the section is presented in the context of the scientific conclusions detailed in the 2019 PM ISA (Section 3.1.2.4). The evaluation of recent studies presented in this Supplement adds to the collective body of evidence reviewed in the process of reconsidering the PM NAAQS.

#### 3.1.2.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter

The evidence reviewed in the 2009 PM ISA provided the rationale to conclude that there is a "causal relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects" (U.S. EPA, 2009). Studies of mortality from cardiovascular causes provided the strongest evidence in support of this conclusion. While several studies included in the 2009 PM ISA reported associations between long-term $PM_{10}$ exposure and morbidity outcomes such as post-MI CHF and deep vein thrombosis (DVT), studies of $PM_{2.5}$ were limited. One large prospective study of postmenopausal women reported an increased risk of cardiovascular events, including CHD and stroke, in association with long-term exposure to $PM_{2.5}$ (Miller et al., 2007). Cross-sectional analyses provided supporting evidence and experimental studies demonstrating enhanced atherosclerotic plaque development and inflammation following long-term exposures to $PM_{2.5}$ CAPs provided biological plausibility for the epidemiologic findings. In addition, evidence from the limited number of toxicological studies reporting CAPs-induced effects on hypertension and vascular reactivity were drawn upon to support the causality determination.

In addition to evaluating evidence across scientific disciplines that examined the relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects, the 2019 PM ISA characterized whether evidence supported biologically plausible mechanisms by which long-term $PM_{2.5}$ exposure could lead to cardiovascular effects. This evaluation consisted of an assessment of animal toxicological, controlled human exposure, and epidemiologic studies that examined a range of cardiovascular effects (2019 PM ISA, Section 6.2.1). Plausible biological mechanisms were identified by which inhalation exposure to $PM_{2.5}$ could progress from initial events to apical events reported in epidemiologic studies (2019 PM ISA, Figure 6-2). The first proposed pathway begins as respiratory tract inflammation leading to systemic

[15] Throughout this section, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining long-term exposures are for a 5 $\mu g/m^3$ increase in annual concentrations, unless otherwise noted.

inflammation. The second proposed pathway involves modulation of the autonomic nervous system. Once these pathways are initiated, there is evidence from experimental and observational studies that long-term exposure to $PM_{2.5}$ may result in a series of pathophysiological responses that could lead to cardiovascular events such as IHD and heart failure (2019 PM ISA, Figure 6-1).

The evidence for the relationship between long-term exposure to $PM_{2.5}$ and cardiovascular effects as characterized in the 2019 PM ISA is described below and summarized in Table 3-2, using the framework for causality determinations described in the Preamble to the ISAs (U.S. EPA, 2015).

**Table 3-2 Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects from the 2019 Integrated Science Assessment for Particulate Matter.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m$^3$) |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in U.S. and Canadian cohorts; positive associations persisted after adjustment for common confounders. | Section 6.2.10<br>Figure 6-19 | Mean concentrations ranged from 4.08 (CCHS)−17.9 CA Teachers |
| | Positive associations observed in studies examining varying spatial scales and across different exposure assessment and statistical methods. | Section 6.2.10 | |
| Evidence from copollutant models generally supports an independent $PM_{2.5}$ association | Positive associations observed between long-term $PM_{2.5}$ exposure and cardiovascular mortality remain relatively unchanged after adjustment for copollutants.<br>Correlations with ozone were generally moderate to high (0.49−0.73).<br>When reported, correlations with $SO_2$, $NO_2$, and $PM_{10-2.5}$ ranged from weak to moderate ($r$ = 0.25−0.55). | Section 6.2.15<br>Figure 6-21<br>Figure 6-22 | |
| Epidemiologic evidence supports a linear no-threshold C-R relationship | Most analyses support a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$.<br>Confidence in C-R relationship extends to 8 μg/m$^3$ in Harvard Six Cities study. | Section 6.2.16<br>Lepeule et al. (2012) | |
| Inconsistent evidence from epidemiologic studies of CHD or stroke | Association with coronary events, CHD, and stroke (mortality and morbidity combined) that persist after adjustment for SES reported in the WHI study.<br>Association with stroke but not CHD in the CA Teachers cohort.<br>No association with CHD or stroke in the NHS or HPFU. | Section 6.2.2<br>Section 6.2.3 | Range: 13.4−17.8 |
| Generally consistent evidence of an association with CHD or stroke among those with preexisting disease | Consistent associations with MI in patient populations.<br>Association among women with diabetes in NHS. | Hartiala et al. (2016)<br>Tonne et al. (2015)<br>Koton et al. (2013)<br>Hart et al. (2015b) | Mean: 15.5<br>Mean: 14.6<br>Mean: 23.9<br>Mean: 13.4 |

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects[c] (μg/m³) |
|---|---|---|---|
| Some, but not all, epidemiologic studies provide evidence for effect of long-term $PM_{2.5}$ on CAC | Longitudinal change in CAC observed in MESA but not in Framingham Heart Offspring study. | Section 6.2.4<br>Kaufman et al. (2016)<br>Dorans et al. (2016) | Mean: 14.2<br>Median: 9.8 |
| Consistent evidence from animal toxicological studies at relevant $PM_{2.5}$ concentrations | Consistent changes in measures of impaired heart function and blood pressure.<br>Additional evidence of atherosclerosis, systemic inflammation, changes in endothelial function. | Section 6.2.5.2<br>Section 6.2.7.2<br>Section 6.2.4.2<br>Section 6.2.12.2<br>Section 6.2.14.2 | ~85−30<br>See Tables in identified sections |
| Generally consistent evidence for biological plausibility of cardiovascular effects | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to long-term $PM_{2.5}$ exposure. Includes evidence for impaired heart function, atherosclerosis, and increased blood pressure. | Section 6.2.1 | |

Note: This table corresponds to Table 6-54 in the 2019 PM ISA.

CAC = coronary artery calcification; CCHS = Canadian Community Health Survey; C-R = concentration-response; CHD = coronary heart disease; HPFU = Health Professionals Follow-Up; MESA = Multi-Ethnic Study of Atherosclerosis; μg/m³ = micrograms per cubic meter; NHS = Nurses' Health Study; $NO_2$ = nitrogen dioxide; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; $PM_{10}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 10 μm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 μm and less than or equal to 10 μm; *r* = correlation coefficient; SES = socioeconomic status; $SO_2$ = sulfur dioxide.

[a] Based on aspects considered in judgments of causality and weight of evidence in causal framework in Tables I and II of the Preamble (U.S. EPA, 2015).

[b] Describes the key evidence and references contributing most heavily to causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described in the 2019 PM ISA.

[c] Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

The studies of long-term exposure to $PM_{2.5}$ and cardiovascular mortality evaluated in the 2019 PM ISA continue to provide strong evidence of a *causal relationship* between long-term exposure to $PM_{2.5}$ and cardiovascular effects. Results from U.S. and Canadian cohort studies demonstrated consistent, positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (2019 PM ISA, Figure 6-19). Overall, the studies reporting positive associations examined the relationship at varying spatial scales and employed different exposure assessment and statistical methods (2019 PM ISA, Section 6.2.10). The studies were conducted in locations where mean annual average concentrations ranged from 4.08 to 17.9 $\mu g/m^3$. Generally, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in copollutant models adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$. In addition, most of the results from analyses examining the C-R function for cardiovascular mortality supported a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$.

The body of literature examining the relationship between long-term $PM_{2.5}$ exposure and cardiovascular morbidity evaluated in the 2019 PM ISA had greatly expanded since the 2009 PM ISA, with positive associations reported in several cohorts. The findings from the WHI cohort of postmenopausal women (Miller et al., 2007), reporting associations of long-term $PM_{2.5}$ and coronary events, were strengthened through a subsequent analysis, which considered potential confounding and modification by SES and applied enhanced exposure assessment methods (Chi et al., 2016). However, analyses of the Nurses' Health Study (NHS) and California Teachers Study (CTS), both of which are cohorts of women and include extensive data on covariates (i.e., hormone use, menopausal status, and SES), were not entirely consistent with the WHI findings. Although the NHS cohort is comparable to WHI in that it is made of predominantly postmenopausal women, no associations with CHD or stroke were observed in this population (Hart et al., 2015b). An association with stroke, but not CHD, that was stronger among postmenopausal women was observed in the CTS (Lipsett et al., 2011). Several studies conducted among cardiovascular disease patient populations generally reported positive associations with MI (Hartiala et al., 2016; Tonne et al., 2015; Koton et al., 2013), and a sensitivity analysis of the NHS restricted to women with diabetes detected a positive association with CHD. Although the evidence is not consistent across the populations studied, heterogeneity is expected when the methods, or the underlying distribution of covariates vary across studies (Higgins, 2008).

Longitudinal change in measures of atherosclerosis in relation to long-term exposure to $PM_{2.5}$ add to the collective evidence base (Hartiala et al., 2016; Kaufman et al., 2016; Gan et al., 2014; Künzli et al., 2010). Findings were somewhat variable across cohorts and depended, in part, on the vascular bed in which atherosclerosis was evaluated. Kaufman et al. (2016) reported an association of $PM_{2.5}$ with coronary artery calcification (CAC) among middle to older aged adults in the MESA study, while Dorans et al. (2016) reported no association in the Framingham Heart Study. Associations of long-term exposure to $PM_{2.5}$ with carotid intima media thickness (cIMT) were not consistently observed across cohorts or between analyses of the same cohort with variable methods. Relationships between $PM_{2.5}$ and cIMT at

younger ages were not observed. However, a toxicological study supported similar evidence from the 2009 PM ISA by demonstrating increased plaque progression in ApoE$^{-/-}$ mice following long-term exposure to $PM_{2.5}$ collected from multiple locations across the U.S. (Lippmann et al., 2013a). Thus, this study provided direct evidence that long-term exposure to $PM_{2.5}$ may result in atherosclerotic plaque progression. This study was also coherent with the epidemiologic studies discussed above reporting positive associations between long-term exposure to $PM_{2.5}$ and indicators of atherosclerosis.

A small number of epidemiologic studies also reported positive associations between long-term $PM_{2.5}$ exposure and heart failure (2019 PM ISA, Section 6.2.5), blood pressure, and hypertension (2019 PM ISA, Section 6.2.7). These heart failure studies are in agreement with animal toxicological studies that demonstrated decreased cardiac contractility and function and increased coronary artery wall thickness following long-term $PM_{2.5}$ exposure (2019 PM ISA, Section 6.2.5.2). Similarly, a limited number of animal toxicological studies demonstrated a relationship between long-term exposure to $PM_{2.5}$ and consistent increases in BP in rats and mice are coherent with epidemiologic studies that reported positive associations between long-term exposure to $PM_{2.5}$ and hypertension.

Longitudinal epidemiologic analyses also supported the observation of positive associations with markers of systemic inflammation (2019 PM ISA, Section 6.2.12), coagulation (2019 PM ISA, Section 6.2.13), and endothelial dysfunction (2019 PM ISA, Section 6.2.14). These results were in coherence with animal toxicological studies generally reporting increased markers of systemic inflammation and oxidative stress (2019 PM ISA, Section 6.2.12.2), as well as with toxicological studies that generally demonstrated endothelial dysfunction as evidenced by reduced vasodilation in response to acetylcholine (2019 PM ISA, Section 6.2.14).

There was also consistent evidence from multiple epidemiologic studies that long-term exposure to $PM_{2.5}$ was associated with mortality from cardiovascular causes. Associations with CHD, stroke, and atherosclerosis progression were observed in several additional epidemiologic studies, providing coherence with the mortality findings. Results from copollutant models generally supported the independence of the $PM_{2.5}$ associations. Additional evidence of the direct effect of $PM_{2.5}$ on the cardiovascular system was provided by experimental studies in animals, which in part, demonstrate biologically plausible pathways by which long-term inhalation exposure to $PM_{2.5}$ could potentially result in outcomes such as CHD, stroke, CHF, and cardiovascular mortality. **Together, these epidemiologic and experimental studies constitute strong evidence that a causal relationship exists between long-term exposure to $PM_{2.5}$ and cardiovascular effects.**

#### 3.1.2.2. Recent U.S. and Canadian Epidemiologic Studies

Recent epidemiologic studies conducted in the U.S. and Canada build upon the strong epidemiologic evidence base evaluated in the 2019 PM ISA, as well as in previous assessments, which provided the scientific rationale supporting a *causal relationship* between long-term $PM_{2.5}$ exposure and

cardiovascular effects (Section 3.1.1.1). In addition to examining the relationship between long-term $PM_{2.5}$ exposure and specific cardiovascular outcomes (i.e., IHD and myocardial infarction [Section 3.1.2.2.1], cerebrovascular disease and stroke [Section 3.1.2.2.2], atherosclerosis [Section 3.1.2.2.3], heart failure and impaired heart function [Section 3.1.2.2.4], cardiac electrophysiology and arrhythmia [Section 3.1.2.2.5], blood pressure and hypertension [Section 3.1.2.2.6], and cardiovascular mortality [Section 3.1.2.2.7]), analyses within these recent studies also further examined issues relevant to expanding the overall understanding the effect of long-term $PM_{2.5}$ exposure on cardiovascular outcomes. Specifically, recent studies assessed potential copollutant confounding (Section 3.1.2.2.8) and the shape of the concentration-response (C-R) relationship (Section 3.1.2.2.9). The following sections present an evaluation of recent epidemiologic studies conducted in the U.S. and Canada that inform each of the aforementioned topics within the context of the evidence base evaluated and summarized in the 2019 PM ISA. Study-specific details (e.g., study population, exposure assessment approach, confounders considered) for the epidemiologic studies evaluated in this section are presented in Appendix A (Table A-3).

#### 3.1.2.2.1. Ischemic Heart Disease and Myocardial Infarction

The terms ischemic heart disease (IHD), coronary artery disease (CAD), and coronary heart disease (CHD) are generally interchangeable as they appear in the epidemiologic literature on the effects of air pollution. Most IHD is caused by atherosclerosis, which can result in the blockage of the coronary arteries and restriction of blood flow to the heart muscle. A myocardial infarction (MI) or heart attack is an acute event that results in heart muscle tissue death secondary to coronary artery occlusion. The epidemiologic studies included in the 2019 PM ISA represented a substantial expansion of the literature compared with the few studies available for review in the 2009 PM ISA. Overall, findings from these studies were not entirely consistent. The strongest evidence of an association with IHD was found in populations with preexisting diseases such as diabetes or cardiac patients that are followed after an acute event or procedure. Recent studies examine the association between long-term $PM_{2.5}$ exposure and MI with most reporting results that are consistent with those studies evaluated in the 2019 PM ISA.

Recent analyses of the Canadian Ontario Population Health and Environment Cohort (ONPHEC) also add to the available evidence on the relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects. ONPHEC includes more than 5 million Canadian-born adults (35−85 years old at enrollment in 1996) who were registered with the provincial health service and had resided in Ontario for ≥ 5 years. In a prospective analysis, Bai et al. (2019) estimated the association between 3-year average $PM_{2.5}$ concentrations and incident cases of acute MI. The study reported a positive association (HR: 1.07 [95% CI: 1.06, 1.09]). In addition, stratified analyses showed patterns of associations that indicated stronger effect estimates in the youngest (35−44 years) and oldest (75−85 years) age groups. Bai et al. (2019) also examined effect modification by oxidant gases, which was estimated as the redox weighted average of $NO_2$ and $O_3$ ($O_x$). A stronger association, in terms of magnitude, with acute MI was observed

in the highest tertile of (> 38.97 ppm) $O_x$ concentrations (HR: 1.12 [95% CI: 1.09, 1.15]) compared with the lowest (HR: 1.04 [95%CI: 1.01, 1.06]) and middle tertiles (HR: 1.06 [95% CI: 1.00, 1.12]).

Chen et al. (2020) also analyzed data from the ONPHEC study but examined the association of annual average $PM_{2.5}$ in the previous year with the incidence of acute MI. The authors conducted single pollutant analyses using both a traditional Cox proportional hazards model where $PM_{2.5}$ is fit as a linear term and a Cox proportional hazards model where $PM_{2.5}$ was fit as a nonlinear term. Model fit, which was assessed based on the Akaike information criterion (AIC) value, did not vary across models. The risk estimates were also virtually the same across models (i.e., HR = 1.14 [95% CI: 1.12, 1.16] in both models). In addition to conducting single-pollutant analyses, the authors introduced a new approach to assess whether the association of $PM_{2.5}$ with acute MI varied depending on the proportion of $PM_{2.5}$ attributed to selected components (i.e., sulfate, nitrate, ammonium, black carbon, organic matter, mineral dust, and sea salt). The study found that the model that adjusted for the proportion of each of the seven selected components was a better predictor of acute MI based on lower AIC values. In addition, Chen et al. (2020) reported that acute MI associations increased by an average of 10% when compared with single-pollutant results across each of the five regions of Ontario when using the component proportion adjusted approach. Overall, the component adjusted model provided some support that variability in the proportion of individual components that comprise $PM_{2.5}$, could explain regional variability in risk estimates.

While the studies above focus on examining the relationship between long-term $PM_{2.5}$ exposure and MI in cohorts of diverse populations, some recent studies have analyzed data from a cohort of women and cardiac catheterization patients. Elliott et al. (2020) examined the interaction between 24-month $PM_{2.5}$ concentration and physical activity in association with MI among women enrolled in the NHS. Unlike an earlier analysis of this cohort that examined IHD (Hart et al., 2015b), the authors found a positive association of $PM_{2.5}$ with MI (HR: 1.06 [95% CI: 1.00, 1.12]), although no statistical evidence of an interaction with physical activity was observed. In the previous analysis of the NHS cohort, Hart et al. (2015b) reported no association between long-term $PM_{2.5}$ exposure and incident CHD (HR: 1.01 [95% CI: 0.96, 1.07]), although a positive association with IHD was observed among women with diabetes (HR: 1.10 [95% CI: 0.99, 1.21]). Weaver et al. (2019) studied cardiac catheterization patients residing in three counties in NC to determine the association of annual average $PM_{2.5}$ concentration with MI, CAD, and hypertension. Among the objectives of this study was to understand the effect of sociodemographic characteristics on associations by assigning study participants to clusters based on the census block group of their residence that indicated specific sets of sociodemographic characteristics. Positive associations of annual average $PM_{2.5}$ concentration with both CAD and MI were observed. The association with MI was observed across all sociodemographic clusters (OR for all clusters: 3.57 [95% CI: 2.10, 5.77]). The association with CAD was also observed across all clusters (OR: 1.40 [95% CI: 0.90, 2.19]) but was largely driven by one cluster (OR: 2.01 [95% CI: 1.00, 3.86]), which was urban and characterized by low poverty, low unemployment, and composed of relatively highly educated residents with managerial jobs.

In another study, Loop et al. (2018) conducted an analysis of the REGARDS cohort, a nationwide study which oversampled participants from states in the southern U.S. where there is known to be an increased risk of stroke. Participants who were free from CHD at baseline were followed for an average of 6 years. Loop et al. (2018) reported an inverse association between annual average $PM_{2.5}$ concentration at baseline and nonfatal MI (HR: 0.74 [95% CI: 0.56, 0.98]). Loop et al. (2018) also examined associations for total CHD (i.e., CHD deaths and nonfatal MI cases combined) and reported no evidence of an association (HR: 0.89 [95% CI: 0.71, 1.11]).

The evidence informing the relationship between long-term exposure to $PM_{2.5}$ and IHD, including the recent studies of MI, is summarized in Figure 3-5. Recent studies do not all report positive associations; however, the strongest evidence of a relationship continues to be for those with preexisting diseases or patient populations that are followed after a cardiac event or procedure such as catheterization.




Source: Update of Figure 6-17, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent evidence considered in 2019 PM ISAs; and blue text and circles represent recent studies published since the 2019 ISA. Mean concentrations in µg/m$^3$. Hazard ratios are standardized to a 5 µg/m$^3$ increase in $PM_{2.5}$ concentrations. CATHGEN = Catheterization Genetics Study; CHD = Coronary Heart Disease; CTS = California Teachers Study; ESCAPE = European Study of Cohorts for Air Pollution; HNR = Heinz Nixdorf Recall study; HPFU = Health Professionals Follow-up Study; IHD = Ischemic Heart Disease; MI = myocardial infarction; MINAP = Myocardial Ischemia National Audit Project; NHS = Nurses' Health Study; ONPHEC = Ontario Population Health and Environmental Cohort; REGARDS = REasons for Geographic and Racial Differences in Stroke; WHI = Women's Health Initiative.

**Figure 3-5 Associations between long-term $PM_{2.5}$ exposure and ischemic heart disease or myocardial infarction.**

#### 3.1.2.2.2. Cerebrovascular Disease and Stroke

Cerebrovascular disease typically includes the conditions hemorrhagic stroke, cerebral infarction (i.e., ischemic stroke), and occlusion of the precerebral and cerebral arteries. The 2009 PM ISA identified one study that indicated a positive association between $PM_{2.5}$ and cerebrovascular morbidity and mortality (HR: 1.16 [95%CI: 1.04, 1.30]) in post-menopausal women (Miller et al., 2007). Although the results were not entirely consistent across studies or stroke subtype, some studies reviewed in the 2019 PM ISA provided evidence to support a positive association between long-term exposure to $PM_{2.5}$ and stroke. Several recent studies that observe positive associations add to this evidence base (Figure 3-6).

Several studies examined the association between long-term $PM_{2.5}$ concentration and stroke as discussed below. In a study of women enrolled in the NHS cohort, Elliott et al. (2020) reported an imprecise (i.e., wide confidence intervals relative to the size of the HR) association between 24 month average $PM_{2.5}$ concentration and stroke that overlapped the null value (HR: 1.02 [95% CI: 0.96, 1.09]). An earlier analysis examining the association with annual average $PM_{2.5}$ concentration in the NHS, reported an increased risk among women with diabetes (HR: 1.29 [95% CI: 1.14, 1.45]) but not in the population, overall (HR: 1.01 [95% CI: 0.96, 1.05]) (Hart et al., 2015b). Rhinehart et al. (2020) estimated the association of annual average $PM_{2.5}$ concentration within 300 meters of the residence with stroke in a prospective analysis of residents of Allegheny County, PA, who were diagnosed with atrial fibrillation but had no history of stroke. This study reported a positive association (HR: 1.62 [95% CI: 1.00, 2.55]). As opposed to examining annual or 24-month average $PM_{2.5}$ exposures, Shin et al. (2019) estimated the association between 5-year $PM_{2.5}$ concentration and incident cases of stroke in a prospective analysis of the Canadian ONPHEC study and reported a positive association (HR: 1.05 [95% CI: 1.03, 1.07]).

Studies that examined the relationship of long-term $PM_{2.5}$ exposure with CBVD and stroke are summarized in Figure 3-6. Recent studies support the evidence in the 2019 PM ISA and extend the evidence relating to the observation of associations among patients that are followed after a cardiac event or procedure.




Source: Update of Figure 6-18, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent evidence included in the 2019 PM ISA; blue text and circles represent evidence not included in the 2019 PM ISA. Mean concentrations in μg/m$^3$. Hazard ratios are standardized to a 5 μg/m$^3$ increase in $PM_{2.5}$ concentrations. (U.S. EPA, 2018). ESCAPE = European Study of Cohorts for Air Pollution; GP = general practitioner; HNR = Heinz Nixdorf Recall; HPFU = Health Professional's Follow-up; HS = hemorrhagic stroke; IS = ischemic stroke; MI = myocardial infarction; NHS = Nurses' Health Study; ONPHEC = Ontario Population Health and Environment Cohort; WHI = Women's Health Initiative.

**Figure 3-6 Associations between long-term $PM_{2.5}$ exposure and the incidence of stroke.**

#### 3.1.2.2.3. Atherosclerosis

Atherosclerosis is the process of plaque buildup that forms lesions on the walls of the coronary arteries, which can lead to narrowing of the vessel, reduced blood flow to the heart and IHD. Atherosclerosis can be assessed within large arterial vascular beds in distinct regions of the body i.e., carotid intima-media thickness (cIMT), coronary artery calcification (CAC), ankle-brachial index (ABI), and the presence of plaques. Findings from studies reviewed in the 2009 PM ISA were inconsistent, reporting null or positive, but imprecise associations with cIMT, CAC, and ABI. Similarly, findings from studies reviewed in the 2019 PM ISA were not entirely consistent across populations, exposure assessment methods, and measures of atherosclerosis. Notably, an extended MESA analysis reported a longitudinal increase in CAC (4.1 Agatston unit increase per year [95% CI: 1.4, 6.8]) in association with annual average $PM_{2.5}$ exposure, but no association (β: -0.90 μm per year [95%CI: -3.00,

1.30]) with cIMT (Kaufman et al., 2016). Exposure measurement error, variation in baseline measures of atherosclerosis as well as statistical power were noted as possible explanations for the lack of association observed in these studies. Consideration of copollutant confounding was generally limited across the evidence base reviewed in the 2019 PM ISA.

Several recent studies expand the evidence available to consider the association of long-term $PM_{2.5}$ exposure with atherosclerosis. Following the analysis by Kaufman et al. (2016), Keller et al. (2018) estimated the association of $PM_{2.5}$ concentration (i.e., multi-year average during the study period 2000−2012) with CAC progression among participants in MESA air residing in Baltimore, MD. The authors also assessed whether this association was modified by membership in clusters with different traffic-related air pollution (TRAP) component profiles. The authors reported a 23.0 Agatston unit per year increase (95% CI :14.2, 31.7) among participants overall. Keller et al. (2018) also reported a larger magnitude association with CAC progression (42.6 Agatston unit per year increase [95% CI: 25.7, 59.4]) in the cold season among those belonging to a cluster that was characterized as downtown with above average ratios of ultrafine and accumulation mode particles relative to $NO_X$.

Among women enrolled in the Study of Women's Health Across the Nation (SWAN), a cohort of U.S. women transitioning through menopause, Duan et al. (2019a) estimated the association of 5-year average $PM_{2.5}$ concentration with cIMT. The study reported a 27.95 μm (95% CI: −2.90, 58.75) thicker mean cIMT in association with 5-year mean $PM_{2.5}$ concentration in adjusted models. $PM_{2.5}$ was also associated with an increase in increased mean inter-adventitial diameter (IAD), which is a marker of vascular remodeling and aging as well as a predictor of cardiovascular events, of 105.90 (95% CI: −63.00, 274.80). No association was reported with plaque presence (OR: 0.90 [95% CI: 0.50, 1.61]) or plaque severity index (plaque index 0−2, OR: 1.05 [95% CI: 0.53, 8.95] and plaque index > 2, OR: 0.62 [95% CI: 0.25, 1.47]) in the SWAN study. In an analysis of a subset of SWAN participants (Pittsburgh and Chicago only), Duan et al. (2019b) estimated the association of the same measures of atherosclerosis as Duan et al. (2019a) with annual average $PM_{2.5}$ concentration reporting a 11.25 μm per year increase (95% CI: −3.05, 25.60) in mean cIMT. The authors also reported associations with plaque presence (OR: 2.10 [95% CI: 0.66, 6.63]) and plaque index progression (OR: 2.70 [95% CI: 0.77, 9.24]).

Recent studies support and extend the evidence characterized in the 2019 PM ISA with observations of associations with cIMT among women transitioning into menopause and potential effect modification by TRAP in the MESA study.

#### 3.1.2.2.4. Heart Failure and Impaired Heart Function

HF refers to a set of conditions including CHF in which the heart's pumping action is weakened. With CHF the blood flow from the heart slows, failing to meet the oxygen demands of the body, and returning blood can back up, causing swelling or edema in the lungs or other tissues (typically in the legs and ankles). Risk factors for HF include IHD, high blood pressure, atrial fibrillation, and diabetes. The

small number of epidemiologic studies reviewed in the 2019 PM ISA provided evidence supporting a possible relationship between heart failure and long-term exposure to $PM_{2.5}$. In addition, an association with increased right ventricular (RV) mass was observed among MESA participants (Aaron et al., 2016). Right sided HF is typically a consequence of left-sided HF but can also result from damage to the pulmonary vasculature, which can result in increased RV mass, reduced flow to the left ventricle, and reduced left ventricular (LV) mass.

A recent study examining the association between long-term $PM_{2.5}$ exposure and HF was conducted among participants in the Canadian ONPHEC study. In this prospective analysis, Bai et al. (2019) examined the relationship between 3-year moving average $PM_{2.5}$ concentration with new cases of CHF. A positive association was reported, overall (HR: 1.07 [95% CI: 1.06, 1.07]), and a larger magnitude association was reported in the highest tertile of $O_x$ concentrations in a stratified analysis examining potential effect modification (HR: 1.12 [95% CI: 1.10, 1.13]). The hazard ratios in the lowest and middle $O_x$ tertiles were 1.04 (95% CI: 1.03, 1.06) and 1.06 (95% CI: 1.03, 1.07), respectively. This study supports the evidence in the 2019 PM ISA that indicates a positive association between long-term $PM_{2.5}$ and HF; however, the evidence remains limited overall.

#### 3.1.2.2.5. Cardiac Electrophysiology and Arrhythmia

Electrical activity in the heart is typically measured using surface electrocardiography (ECG). ECGs measure electrical activity in the heart due to depolarization and repolarization of the atria and ventricles. Atrial fibrillation (AF) is the most common type of arrhythmia. Despite being common, clinical and subclinical forms of AF are associated with reduced functional status and quality of life and are associated with downstream consequences such as ischemic stroke (Prystowsky et al., 1996; Laupacis et al., 1994) and CHF (Roy et al., 2009), contributing to both CVD and all-cause mortality (Kannel et al., 1983). Ventricular fibrillation is a well-known cause of sudden cardiac death and commonly associated with MI, HF, cardiomyopathy, and other forms of structural (e.g., valvular) heart disease.

In an analysis of the WHI, which was reviewed in the 2009 PM ISA, Liao et al. (2009) found no association of long-term $PM_{2.5}$ concentrations with supraventricular or ventricular ectopy, which are the most frequent forms of arrhythmia in the general population. A limited number of studies reviewed in the 2019 PM ISA found associations of long-term $PM_{2.5}$ exposure with premature atrial contractions and ventricular conduction abnormalities, but not arrhythmias recorded on implantable cardioverter defibrillators. In a recent prospective analysis of the Canadian OPHEC study, Shin et al. (2019) estimated the association between 5-year average $PM_{2.5}$ concentration and incident cases of AF and reported a positive association (HR: 1.03 [95% CI: 1.01, 1.04]). Overall, the evidence pertaining to the association between long-term $PM_{2.5}$ exposure and various types of arrythmias remains limited.

#### 3.1.2.2.6. Blood Pressure and Hypertension

High blood pressure is typically defined as a systolic blood pressure above 140 mm Hg or a diastolic blood pressure above 90 mm Hg (U.S. EPA, 2019). Hypertension, the clinically relevant consequence of chronically high blood pressure, typically develops over years. The body of literature reviewed in the 2019 PM ISA was substantially larger than in the 2009 PM ISA with longitudinal analyses generally showing small magnitude increases in SBP, pulse pressure (PP), and mean arterial pressure (MAP) in association with long-term exposure to $PM_{2.5}$. In addition, the expanded body of literature provided evidence of associations between long-term $PM_{2.5}$ exposure and hypertension. Recent studies add to the evidence providing support for positive associations among post-menopausal women enrolled in the WHI study and in cardiac catheterization patients, but not among Black women enrolled in the Jackson Heart Study (JHS).

Honda et al. (2017) estimated the association of $PM_{2.5}$ concentration with incident hypertension among post-menopausal women enrolled in the WHI. Annual average $PM_{2.5}$ concentration was associated with incident hypertension. (HR: 1.17 [95% CI 1.10, 1.22]). The association with $PM_{2.5}$ concentration increased among minority participants (i.e., Black, Asian/Pacific Islander, Hispanic/Latino race/ethnicity, which were characterized as non-White in the study) participants and those who lived in the Northeast U.S. By contrast, no association of 1-year or 3-year average $PM_{2.5}$ concentration with hypertension was observed in a recent prospective analysis conducted by Weaver et al. (2021) of African American women enrolled in the JHS (1-year, RR: 1.00 [95% CI: 0.52, 2.03] and 3-year, RR: 1.10 [95% CI: 0.39, 2.84]). Further adjustment for diabetes did not change these findings. A cross-sectional analysis of $PM_{2.5}$ concentration and prevalent hypertension conducted by Weaver et al. (2021) yielded similar results.

An association between long-term $PM_{2.5}$ exposure and hypertension was also observed among cardiac catheterization patients in three counties in North Carolina (Weaver et al., 2019). In this study Weaver et al. (2019) estimated the association of annual average $PM_{2.5}$ concentration with hypertension. No association between long-term $PM_{2.5}$ exposure and hypertension was observed in the study population overall (OR: 0.90 [95% CI: 0.59, 1.34). The pattern of associations between long-term $PM_{2.5}$ concentration and hypertension indicated larger magnitude associations among study participants who lived in two sociodemographic clusters, the first characterized as urban, having a high proportion of Black individuals and individuals in non-managerial occupations (denoted as Cluster 1) and the second characterized as urban, impoverished, having a high proportion of individuals who are unemployed, work in non-managerial occupations, are Black, and live in single parent homes (Cluster 2). The OR for Cluster 1 was 2.70 (95% CI: 0.95, 7.59) and the OR for Cluster 2 was 11.86 (95% CI: 2.10, 67.21).

The literature assessed in the 2019 PM ISA provided evidence of associations between long-term $PM_{2.5}$ exposure and hypertension. Recent studies are generally consistent with this assessment, reporting positive associations among post-menopausal women enrolled in the WHI study and in cardiac catheterization patients. However, no association between long-term $PM_{2.5}$ exposure and hypertension was observed among Black women enrolled in the JHS.

#### 3.1.2.2.7. Cardiovascular Mortality

Multiple epidemiologic studies (Section 3.2.2.2.2) reviewed in the 2009 PM ISA and in the 2019 PM ISA reported consistent positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality. Generally, these studies had extensive control for a wide range of potential confounders and the observed effect estimates remained relatively unchanged or increased in copollutant models adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$. Recent cohort studies, which are reviewed in detail in Section 3.2.2.2.2 provide additional evidence for associations with cardiovascular mortality outcomes across the distribution of $PM_{2.5}$ concentrations (Hayes et al., 2020), the potential implications of a comorbidity on the $PM_{2.5}$-cardiovascular mortality relationship (Pinault et al., 2018), and associations with individual cardiovascular mortality outcomes including IHD (Crouse et al., 2020; Wang et al., 2020; Cakmak et al., 2018; Pinault et al., 2017) and stroke (Crouse et al., 2020; Hayes et al., 2020; Wang et al., 2020; Pope et al., 2019; Pinault et al., 2017). Overall, these recent studies support the conclusions in the 2019 PM ISA of consistent positive associations of long-term $PM_{2.5}$ exposure with cardiovascular mortality, and specifically with IHD- and stroke-related mortality. Although Pope et al. (2014) reported positive associations of long-term $PM_{2.5}$ exposure with CHF mortality in a study of the ACS cohort evaluated in the 2019 PM ISA, a recent analysis of the Medicare cohort Wang et al. (2020) reported a null association. Recent studies also indicate that the combination of cardiovascular disease and diabetes together has a greater mortality risk than cardiovascular mortality alone and that cardiovascular diseases such as heart failure or previous MI may increase the risk of $PM_{2.5}$-related all-cause mortality (Ward-Caviness et al., 2020; Malik et al., 2019).

#### 3.1.2.2.8. Copollutant Confounding

One approach to assessing the independence of the association between exposure to $PM_{2.5}$ and a health effect, such as long-term exposure to $PM_{2.5}$ and cardiovascular health effects is through the use of copollutant models. As noted in the Appendix (Table A-3) to the 2019 PM ISA, copollutant models are not without their limitations, such as instances when correlations are high between pollutants resulting in greater bias in results. However, in assessing the results from copollutant models, a change in the $PM_{2.5}$ risk estimates, after adjusting for copollutants, may indicate the potential for confounding. A limited number of studies were available in the 2019 PM ISA to assess copollutant confounding of the association between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity. Considering these few available studies, risk estimates remained largely unchanged after adjustment for $PM_{10-2.5}$, $NO_2$, and $PM_{2.5}$ from traffic sources. The limited number of recent analyses report some attenuation of risk estimates in models adjusted for $O_3$ and $NO_2$.

Several recent analyses of the ONPHEC study add to the evidence pertaining to copollutant confounding (Figure 3-7). Shin et al. (2019) reported that the association of long-term $PM_{2.5}$ exposure with stroke (HR: 1.03 [95%CI: 1.01, 1.04]) persisted after adjustment for $NO_2$ but was attenuated in the

models with $O_3$ and oxidant gases ($O_x$) represented by the redox weighted average of $NO_2$ and $O_3$ (HR: 1.05 [95% CI: 1.03, 1.06] and HR: 1.03 [95% CI:1.02, 1.04], and HR: 1.02 [95% CI:1.00, 1.05], respectively). In an analysis of AF, these authors found that the association was slightly attenuated, but remained positive, in two-pollutant models that adjusted for $NO_2$, $O_3$ and redox weighted average of $NO_2$ and $O_3$ ($O_x$) (HR: 1.03 [95% CI: 1.02, 1.04] and HR: 1.02 [95% CI: 1.01, 1.03], and HR: 1.02 [95% CI: 1.01, 1.03], respectively). In addition, a study of atherosclerosis in the SWAN cohort, Duan et al. (2019a) reported that the estimate for the association of long-term $PM_{2.5}$ exposure with cIMT was slightly attenuated in a two-pollutant model that adjusted for $O_3$ (24.45 μm [95% CI: −18.35, 67.25]). In a separate analysis of a subset of this cohort, however, Duan et al. (2019b) reported that associations with plaque presence and plaque index progression persisted in models adjusted for ozone (OR: 2.29 [95% CI: 0.70, 7.59]) for plaque presence and (OR 3.05 [95% CI: 0.86, 10.82] for plaque index progression). Overall, the limited evidence indicates that associations between $PM_{2.5}$ and cardiovascular health effects persist, but may be slightly attenuated, in models that are adjusted for copollutants.




Source: Update of Figure 6-20, 2019 PM ISA.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for 2019 PM ISA. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Solid circles represent single pollutant results and open circles represent copollutant results. Hazard ratios are standardized to a 5 μg/m³ increase in $PM_{2.5}$ concentrations.

**Figure 3-7 Associations between long-term exposure to $PM_{2.5}$ and cardiovascular morbidity in single pollutant models and models adjusted for copollutants.**

#### 3.1.2.2.9. Examination of the Concentration-Response (C-R) Relationship between Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

An important consideration in characterizing the association between long-term $PM_{2.5}$ exposure and cardiovascular effects is whether the C-R relationship is linear across the full concentration range that is encountered, or whether there are concentration ranges that exhibit departures from linearity. A limited number of studies evaluated in the 2019 PM ISA examined the shape of the C-R relationships for cardiovascular morbidity outcomes with the majority of studies lacking thorough evaluations of alternatives to linearity (2019 PM ISA, Table 6-51). Several recent studies expand the evidence pertaining to the shape of the C-R relationship for the incidence of MI, AF, stroke, and CHF. A number of these studies use statistical techniques that allow for departures from linearity (Table 3-3) generally supporting and extending the evidence characterized in the 2019 PM ISA showing linear, no-threshold C-R relationship for most CVD outcomes. However, there is some evidence for a sublinear or supralinear C-R relationship for some outcomes.

**Table 3-3 Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity.**

| Study<br>Location—Cohort<br>(Table/Figure from Reference) | Outcome | Exposure<br>$PM_{2.5}$ Mean:<br>(Range) in μg/m$^3$ | Statistical Analysis<br>Summary |
|---|---|---|---|
| Bai et al. (2019)<br>Figure 3-8<br>Ontario, Canada<br>ONPHEC | Acute MI incidence | Mean (IQR):9.6 (3.5) | Identified the shape of the C-R function for fully adjusted Cox models using SCHIF** (Nasari et al., 2016).<br>A linear concentration-response relationship between acute MI and $PM_{2.5}$ concentration was observed. |
| Chen et al. (2020)<br>Figure 3-9<br>Ontario, Canada<br>ONPHEC | Acute MI Incidence | Mean: 8.61 | Identified the shape of the C-R function for fully adjusted Cox models using SCHIF** (Nasari et al., 2016).<br>Restricted cubic splines with 4 df to assess linearity used in sensitivity analysis.<br>Approximately linear relationship observed with both methods. |
| Danesh Yazdi et al. (2019)<br>Figure 3-10<br>Medicare<br>Southeastern, U.S. | First hospital admission for MI | NR | Penalized spline to estimate the shape of the C-R relationship, with degrees of freedom chosen based on corrected AIC values. |

**Table 3-3 (Continued): Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity.**

| Study<br>Location—Cohort<br>(Table/Figure from Reference) | Outcome | Exposure<br>$PM_{2.5}$ Mean:<br>(Range) in µg/m$^3$ | Statistical Analysis<br>Summary |
|---|---|---|---|
| | | | C-R relationship continued down to low-exposure levels and persisted when the data set was restricted <12 µg/m$^3$. The relationship was generally linear at concentrations below 14 µg/m$^3$. |
| Loop et al. (2018)<br>Figure 3-11<br>U.S. Nationwide<br>REGARDS | Nonfatal MI incidence | Median (IQR): 13.6 (2.7) | Predicted log hazard modeled as a linear function (nonlinear relationship tested using restricted cubic splines). Sensitivity analyses to test for interactions of $PM_{2.5}$ with gender, race, and urbanicity were conducted to elucidate discrepant findings (i.e., inverse relationship). No statistically significant interactions observed ($p$ = 0.05 level).<br>Inverse relationship between annual average $PM_{2.5}$ exposure and nonfatal MI. |
| Shin et al. (2019)<br>ONPHEC<br>Ontario, Canada | Atrial Fibrillation | Mean (IQR): 9.8 (4.0) | Identified the shape of the C-R function for fully adjusted Cox models using SCHIF (Nasari et al., 2016).<br>Sublinear relationship observed with some evidence of potential threshold at $PM_{2.5}$ concentrations < 6 µg/m$^3$. |
| Shin et al. (2019)<br>ONPHEC<br>Ontario, Canada | Stroke | Mean (IQR): 9.8 (4.0) | Identified the shape of the C-R function for fully adjusted Cox models using SCHIF (Nasari et al., 2016).<br>Linear association was observed with no evidence of a threshold. |
| Danesh Yazdi et al. (2019)<br>Medicare<br>Southeastern, U.S. | First hospital admission for stroke | NR | Penalized spline to estimate the shape of the C-R relationship, with degrees of freedom chosen based on corrected AIC values.<br>C-R relationship continued down to low-exposure levels and persisted when the data set was restricted <12 µg/m$^3$. The relationship was generally linear at concentrations below 14 µg/m$^3$. |

**Table 3-3 (Continued): Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term exposure to $PM_{2.5}$ and cardiovascular morbidity.**

| Study Location—Cohort (Table/Figure from Reference) | Outcome | Exposure $PM_{2.5}$ Mean: (Range) in μg/m³ | Statistical Analysis Summary |
|---|---|---|---|
| Bai et al. (2019)<br>Ontario, Canada<br>ONPHEC | CHF | Mean (IQR):9.6 (3.5) | Identified the shape of the C-R function for fully adjusted Cox models using SCHIF (Nasari et al., 2016).<br>A supralinear concentration-response relationship between CHF and $PM_{2.5}$ concentration was observed. |

AIC = Akaike information criterion; C-R = concentration-response; CAC = coronary artery calcification; CHF = congestive heart failure; df = degrees of freedom; ESCAPE = European Study of Cohorts for Air Pollution Effects, HR = hazard ratio, IHD = ischemic heart disease, IQR = interquartile range; MI = myocardial infarction; REGARDS = REasons for Geographic and Racial Differences in Stroke; SCHIF = Shape Constrained Health Impact Function.

Note: **SCHIF models various shapes including supra-linear, near-linear, and sublinear forms and permits different shapes of the pollutant−outcome association in a monotonically nondecreasing manner but limits the amount of curvature in the shape.

†Studies included in the 2019 Integrated Science Assessment for Particulate Matter.

*Recent studies published since the literature cutoff date (~January 2018) for the 2019 Integrated Science Assessment for Particulate Matter.

Several studies evaluated the shape of the C-R function for the relationship between long-term $PM_{2.5}$ exposure and MI, including two analyses of the ONPHEC study (Figure 3-8 and Figure 3-9), an analysis of the U.S. Medicare population (Figure 3-10), and an analysis of the REGARDS cohort (Figure 3-11). Approximately linear relationships were observed in the ONPHEC analyses (Chen et al., 2020; Bai et al., 2019) using Shape Constrained Health Impact Function (SCHIF) method (Nasari et al., 2016), which is described as a new class of variable coefficient risk functions that can capture potentially nonlinear associations, and in the Medicare analysis using penalized splines, which is described in Section 3.1.2.1 (Danesh Yazdi et al., 2019). Both methods allow for deviations from linearity. By contrast, Loop et al. (2018) found an inverse relationship between annual average $PM_{2.5}$ exposure and nonfatal MI.




Source: Bai et al. (2019)

Note: The gray shaded area represents the 95% confidence interval.

**Figure 3-8 Concentration-response relationship for the association of $PM_{2.5}$ concentration with acute myocardial infarction.**




Source: Chen et al. (2020)

Note: The gray shaded area represents the 95% confidence interval.

**Figure 3-9 Concentration-response relationship for the association of $PM_{2.5}$ concentration with acute myocardial infarction using SCHIF (A) and penalized splines (B) with 4 degrees of freedom.**




Source: Danesh Yazdi et al. (2019)

Note: The gray shaded area represents the 95% confidence interval.

**Figure 3-10 Concentration-response relationship for the association of $PM_{2.5}$ concentration with first admissions for myocardial infarction.**




Source: Loop et al. (2018)

Note: Gray bands are 95% prediction intervals.

**Figure 3-11 Predicted log hazard for incident nonfatal myocardial infarction versus previous 1-year mean ambient $PM_{2.5}$ concentration.**

Several additional analyses evaluated the shape of the C-R relationship for atrial fibrillation and stroke. In analyses of ONPHEC using SCHIF, a sublinear relationship was observed for atrial fibrillation with some evidence of potential threshold at $PM_{2.5}$ concentrations < 6 μg/m³ (Shin et al., 2019), and a linear relationship with no evidence of a threshold was observed for stroke. Danesh Yazdi et al. (2019) also found a C-R relationship that was generally linear (i.e., at $PM_{2.5}$ concentrations < 14 μg/m³) among Medicare recipients. One study assessed the shape of the C-R function for CHF, which was observed to be supralinear, flattening at higher concentrations at approximately 14 μg/m³ (Bai et al., 2019).

#### 3.1.2.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Cardiovascular Effects Relationship through Accountability Analyses and Alternative Methods for Confounder Control

Several studies in the 2019 PM ISA were assessed and in general, supported an association between long-term $PM_{2.5}$ exposure and a variety of cardiovascular hospital admissions (2019 PM ISA, Section 6.2). However, the assessment of this outcome did not include any epidemiologic studies that conducted accountability analyses or employed alternative methods for confounder control because no such studies were prior to the literature cutoff date for the 2019 PM ISA. Since the literature cutoff date of the 2019 PM ISA, a few recent studies conducted accountability analyses or employed alternative methods for confounder control to evaluate the relationship of long-term $PM_{2.5}$ exposure and cardiovascular hospital admissions (Table A-4).

Henneman et al. (2019) utilized a difference-in-difference (DID) approach to conduct an accountability analysis of emissions reductions from coal-fueled power plants in the U.S. between 2005 and 2012 on cardiovascular hospital admission rates for acute myocardial infarction, cardiovascular stroke, heart failure, heart rhythm disorders, ischemic heart disease, peripheral vascular disease, and all cardiovascular diseases among Medicare beneficiaries. DID methods are used to estimate the effect of a specific treatment or intervention, such as reductions in coal-fueled power plant emissions, by comparing the changes in outcomes over time prior to the treatment/intervention and after. For each 1 μg/m³ decrease in $PM_{2.5}$ concentrations, the authors reported the change in hospital admissions per 10,000 person-years and found overall reductions for all cardiovascular diseases of −8.4 (95% CI: −12.67, −4.14), −0.01 (95% CI: −0.93, 0.91) for acute myocardial infarction, −1.95 (95% CI: −3.20, −0.70) for stroke, −4.26 (95% CI: −6.09, −2.43) for heart failure, and −3.87 (95% CI: −5.67, −2.08) for ischemic heart disease. However, an increase was reported for heart rhythm disorders 0.96 (95% CI: −0.21, 2.12). Overall, Henneman et al. (2019) found that reductions in annual $PM_{2.5}$ concentrations from coal-fueled power plants resulted in corresponding reductions in a number of cardiovascular-related hospital admissions.

To examine the relationship between annual average $PM_{2.5}$ concentrations and cardiovascular-related hospital admissions including myocardial infarction, stroke, and atrial fibrillation and flutter among Medicare beneficiaries, Danesh Yazdi et al. (2021) used a doubly robust additive model

(DRAM). The steps for the approach used by Danesh Yazdi et al. (2021) is depicted in Figure 3-12. $PM_{2.5}$ concentrations were derived from a spatiotemporal ensemble model. To control for potential confounding from individual, socioeconomic, access to care variables, and copollutants (ozone and $NO_2$), an inverse probability weighting approach was applied through linear propensity score models to generate weights. The weights were then stabilized by taking the probability of the exposure as the numerator and the denominator as the probability density of the exposure as defined on the basis of the linear regression with $PM_{2.5}$ as the outcome and covariates and other pollutants (ozone and $NO_2$) as the predictors. If the inverse probability weights for the exposure and the adjustment for the weights in the outcome regression are correctly specified, it can be assumed that the estimated coefficient is unbiased. A weighted linear probability model showed that long-term exposure to $PM_{2.5}$ was associated with increased admissions across all cardiovascular hospitalization outcomes. For each 1 µg/m$^3$ increase in annual average $PM_{2.5}$ concentrations, the authors estimated 2,536 (95% CI: 2,383, 2,691) additional admissions for ischemic stroke, 637 (95% CI: 483, 814) additional admissions for myocardial infarction, and 1,575 (95% CI: 1,426, 1,691) additional admissions for atrial fibrillation and flutter.




Source: Danesh Yazdi et al. (2021)

**Figure 3-12 Analysis steps used by Danesh Yazdi et al. (2021) to examine long-term $PM_{2.5}$ exposure and cardiovascular-related hospital admissions.**

Zigler et al. (2018) used a hybrid approach of integrating an accountability analysis with an alternative method for confounder control to examine whether attainment status for the 1997 NAAQS led to an improvement in $PM_{2.5}$ concentrations and subsequently health. By focusing on nonattainment designations, the authors are able to examine the role of local control strategies in reducing $PM_{2.5}$ concentrations that occurred above and beyond reductions due to regional strategies. Within this study, Zigler et al. (2018) employed propensity scores, within a spatial hierarchical regression model to examine whether designation of nonattainment in 2005 for the 1997 PM NAAQS, for either the annual standard of 15 µg/m$^3$ or the daily standard of 65 µg/m$^3$, led to a corresponding reduction in ambient $PM_{2.5}$

concentrations and hospitalization admission rates for cardiovascular-related outcomes (i.e., cardiovascular stroke, heart failure, heart rhythm disorders, ischemic heart disease, and peripheral vascular disease) among Medicare beneficiaries in the eastern U.S. from 2009 to 2012. Using publicly available date sources for the analysis, Zigler et al. (2018) compared average annual $PM_{2.5}$ concentrations and selected cardiovascular hospital admission rates in nonattainment areas against those in attainment areas using a two-step approach and adjusting for confounding factors that differed between the areas.

In the first step, propensity scores were used to adjust for confounders by grouping attainment and nonattainment areas based on similarities in baseline characteristics, which are detailed in Appendix A (Table A-4). Under the assumption that these baseline factors comprise all factors that differ between locations in attainment and nonattainment areas and that the factors are correlated with both the exposure (ambient $PM_{2.5}$ concentration) and each outcome (cardiovascular-related hospital admission rates), there should be no unmeasured confounders. To ensure that nonattainment areas are compared only with attainment areas with similar baseline factors, (1) propensity scores were estimated based on the probability that a monitoring location is in a nonattainment area, conditional on the baseline factors; (2) areas with features that are not comparable to other areas in the comparison group were identified and omitted (propensity score pruning); and (3) the remaining locations were grouped into quartiles, where attainment and nonattainment areas have similar baseline factors (e.g., population, $PM_{2.5}$ concentrations, demographics) within each subgroup.

In the second step, a spatial hierarchical regression model was used to predict the potential annual ambient $PM_{2.5}$ concentration in 2010–2012 that would have occurred in nonattainment areas if the designations had never occurred. For this part of the analysis, the spatial hierarchical model is estimated jointly with a log-linear model using the same confounding adjustment for propensity score group and additional covariates for each type of cardiovascular hospital admission. In addition to estimating the effect estimates for the overall average effects, a principal stratification approach was used to estimate "associative effects" and "dissociative effects." Within this study, Zigler et al. (2018) define effect estimates for the "associative effects" as the effects of the nonattainment designations on cardiovascular-related hospital admissions among areas where the nonattainment designations are estimated to reduce ambient $PM_{2.5}$ concentrations by at least 1 $\mu g/m^3$, and "dissociative effects" as the effects of the nonattainment designations estimated to not affect $PM_{2.5}$ concentrations by more than ±1 $\mu g/m^3$.

Zigler et al. (2018) reported a slight reduction in the overall average effect for hospital admission rates for cardiovascular stroke, heart failure, and ischemic heart disease and an increase in the overall effect for hospital admission rates for peripheral vascular disease; however, 95% CIs were wide and included zero. There was no evidence of a reduction in hospital admission rates for heart rhythm disorders or peripheral vascular disease. When examining the average "associative effects," the authors reported an average reduction of −2.38 (95% CI: −4.35, -0.44) and −2.60 (95% CI: −4.24, −1.14) for only heart failure and ischemic heart disease hospital admissions per 1,000 person-years, respectively. The authors reported a similar pattern of associations for the average "dissociative effects," that is, slight reductions in

hospital admission rates for only cardiovascular stroke and heart failure with wide 95% CIs that included the null. Overall, the results of Zigler et al. (2018) provide evidence that reductions in ambient $PM_{2.5}$ concentrations and the selected cardiovascular hospital admissions could not be conclusively attributed to nonattainment designations against the backdrop of other regional strategies that impacted the eastern U.S.

The addition of these recent studies further supports the findings from the studies of the 2019 PM ISA. Overall, these studies reported consistent findings that long-term $PM_{2.5}$ exposure is associated with increased hospital admissions for a variety of cardiovascular disease outcomes among large nationally representative study populations. The addition of studies that use methods to reduce uncertainties related to potential confounding bias with statistical methods and/or study design approaches, like DRAM used by Danesh Yazdi et al. (2021) or the DID approach used by Henneman et al. (2019), further increase confidence in the relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects.

#### 3.1.2.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Long-Term $PM_{2.5}$ Exposure and Cardiovascular Effects

Recent epidemiologic studies published since the 2019 PM ISA support and extend the evidence that contributed to the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and cardiovascular effects. Numerous U.S. and Canadian cohort studies conducted in locations where the long-term $PM_{2.5}$ concentration are less than 13 $\mu g/m^3$ add to the strong evidence base that was characterized in the 2019 PM ISA describing the relationship between long-term $PM_{2.5}$ and cardiovascular mortality, and specifically IHD- and stroke-related mortality. Overall, these recent cardiovascular mortality studies reported positive associations at varying spatial scales and across different exposure assessment and statistical methods. The associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality generally persisted in models that were adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$, and most analyses of the C-R function supported a linear, no-threshold relationship for cardiovascular mortality, especially at lower ambient concentrations of $PM_{2.5}$ (Section 3.2.2.2.2).

Although results were not entirely consistent, evidence of positive associations between long-term $PM_{2.5}$ exposure and cardiovascular morbidity (i.e., CHD, stroke, and atherosclerosis progression) were observed in epidemiologic studies reviewed in the 2019 PM ISA, providing coherence with the mortality findings described above. Recent studies support and the extend findings characterized in the 2019 PM ISA, providing additional evidence of positive associations between long-term $PM_{2.5}$ exposure and cardiovascular outcomes including MI, stroke, arrhythmias, atherosclerosis, HF, and hypertension. Although positive associations are not reported in all studies, these recent studies also support and extend the most consistent evidence of cardiovascular effects reviewed in the 2019 PM ISA, which described positive associations among those with preexisting diseases and among patients that are followed after a cardiac event or procedure (Rhinehart et al., 2020; Ward-Caviness et al., 2020; Malik et

al., 2019; Weaver et al., 2019). Recent studies also support and extend the evidence in the 2019 PM ISA regarding effect measure modification by income and SES (Section 3.3.3). Together these recent studies examining effect measure modification may explain inconsistency observed across cardiovascular morbidity studies by identifying factors that determine the heterogeneity.

The limited number of studies reviewed in the 2019 PM ISA found that risk estimates remained largely unchanged after adjustment for $PM_{10-2.5}$, $NO_2$, and $PM_{2.5}$ from traffic sources. The few recent analyses report some attenuation of risk estimates in models adjusted for $O_3$ and $NO_2$. Recent studies also support and extend the evidence in the 2019 PM ISA pertaining to the joint effects of multiple pollutants indicating that associations may be modified by oxidant gases, $PM_{2.5}$ composition and long-term exposure to $NO_2$. Further, recent studies support and extend the evidence in the 2019 PM ISA pertaining to the shape of the C-R function for cardiovascular morbidity effects. Although still limited in number, recent studies characterizing the C-R relationship provide a more thorough examination of potential for departures from linearity. Evidence from these studies is generally consistent with that presented in the 2019 PM ISA, and shows a linear, no-threshold C-R relationship for most CVD outcomes. However, there is some evidence for a sublinear or supralinear C-R relationship for specific outcome (i.e., CHF and AF). Finally, a few recent epidemiologic studies that employed alternative methods for confounder control to reduce uncertainties related to potential confounding bias provide additional support for a relationship between long-term $PM_{2.5}$ exposure and cardiovascular effects.

## 3.2. Mortality

### 3.2.1. Short-Term $PM_{2.5}$ Exposure

The following sections represent a summary of the evidence and the corresponding causality determination for short-term $PM_{2.5}$ exposure and mortality presented within the 2019 PM ISA (Section 3.2.1.1) along with an evaluation of recent epidemiologic studies that fall within the scope of the Supplement (i.e., studies conducted in the U.S. and Canada) and were published since the literature cutoff date of the 2019 PM ISA (Section 3.2.1.2).[16] In addition, with the expansion of epidemiologic studies that used statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control), recent studies that employed such methods are also evaluated (Section 3.2.1.3), which can further inform the relationship between short-term $PM_{2.5}$ exposure and mortality. Finally, a summary of the results of recent studies evaluated within the section is presented in the context of the scientific conclusions detailed in the 2019 PM ISA (Section 3.2.1.4). The evaluation of recent studies on short-term $PM_{2.5}$ exposure and mortality

[16] Throughout this section, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining short-term exposures are for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations, unless otherwise noted.

presented in this Supplement adds to the collective body of evidence reviewed in the process of reconsidering the PM NAAQS.

#### 3.2.1.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter

Multicity studies evaluated since the completion of the 2009 PM ISA continue to provide evidence of primarily positive associations between short-term $PM_{2.5}$ exposures and total (nonaccidental) mortality from studies conducted mostly in urban areas using traditional exposure assignment approaches (i.e., average of all available monitors) as well as studies with a larger spatial coverage (i.e., urban and rural areas) employing new methods using multiple types of $PM_{2.5}$ data (i.e., combination of monitoring, satellite, and land use regression [LUR]). Additionally, the evidence from studies evaluated in the 2019 PM ISA further substantiated the relationship between short-term $PM_{2.5}$ exposure and mortality by providing additional information on potential copollutant confounding; effect modification (e.g., stressors, pollutants, season); geographic heterogeneity in associations; and the shape of the C-R relationship, which collectively reaffirmed that a *causal relationship* exists between short-term $PM_{2.5}$ exposure and mortality. The body of evidence for total mortality was supported by generally consistent positive associations with cardiovascular and respiratory mortality.

In addition to evaluating epidemiologic studies that examined the relationship between short-term $PM_{2.5}$ exposure and mortality, the 2019 PM ISA characterized whether evidence supported biologically plausible mechanisms by which short-term $PM_{2.5}$ exposure could lead to mortality (2019 PM ISA, Section 11.1.1). This evaluation consisted of an assessment of animal toxicological, controlled human exposure, and epidemiologic studies of morbidity effects that are the largest contributors to total (nonaccidental) mortality, specifically, cardiovascular and respiratory morbidity (2019 PM ISA, Section 6.1.1 and Section 5.1.1, respectively). Plausible mechanisms were identified by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the cardiovascular system and to population outcomes such as ED visits and hospital admissions due to cardiovascular disease, particularly ischemic heart disease and congestive heart failure (2019 PM ISA, Section 6.1.1). Similarly, available evidence was characterized by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the respiratory system (2019 PM ISA, Section 5.1.1). However, the evidence for how the initial events and subsequent endpoints could lead to the observed increases in respiratory ED visits and hospital admissions, in particular for chronic obstructive pulmonary disease (COPD) and asthma was limited. In summary, although there was coherence of effects across the scientific disciplines (i.e., animal toxicological, controlled human exposure studies, and epidemiologic) and biological plausibility for $PM_{2.5}$-related cardiovascular (2019 PM ISA, Chapter 6) and respiratory (2019 PM ISA, Chapter 5) morbidity, there was strong evidence indicating biological plausibility for $PM_{2.5}$-related cardiovascular mortality with more limited evidence for respiratory mortality.

This section describes the evaluation of evidence for total (nonaccidental) mortality conducted in the 2019 PM ISA, with respect to the causality determination for short-term exposures to $PM_{2.5}$ using the framework described in Table II of the Preamble to the ISAs (U.S. EPA, 2015). The key evidence, as it relates to the causal framework, is summarized in Table 3-4.

**Table 3-4 Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality from the 2019 Integrated Science Assessment for Particulate Matter.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple studies at relevant $PM_{2.5}$ concentrations | Increases in mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia.<br>Total mortality associations, further supported by increases in cardiovascular and respiratory mortality in multicity studies conducted in the U.S., Canada, Europe, and Asia. | Section 11.1.2<br>Figure 11-1<br>Figure 11-2<br>Section 5.1.9<br>Section 6.1.9 | Mean 24-h avg:<br>U.S. and Canada: 4.37−17.97<br>Europe: 13−27.7d<br>Asia: 11.8−69.9<br>Table 11-1 |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | The magnitude of $PM_{2.5}$ associations remain positive, but in some cases are reduced with larger confidence intervals in copollutant models with gaseous pollutants and $PM_{10-2.5}$, supporting the limited evidence from the 2009 PM ISA. Further support comes from copollutant analyses indicating positive associations for cardiovascular and respiratory mortality. Recent studies that examined potential copollutant confounding are limited to studies conducted in Europe and Asia.<br>When reported, correlations with gaseous copollutants were primarily in the low ($r < 0.4$) to moderate ($r \geq 0.4$ or $< 0.8$) range. | Section 11.1.4<br>Figure 11-3<br>Section 5.1.10.1<br>Section 6.1.14.1 | |
| Epidemiologic evidence supports a linear, no-threshold C-R relationship | Recent multicity studies conducted in the U.S. and Europe provide direct evidence of a linear, no-threshold C-R relationship at lower $PM_{2.5}$ concentrations with initial evidence of a steeper slope, but extensive systematic evaluations of alternatives to linearity have not been conducted. | Section 11.1.10<br>Shi et al. (2015)<br>Lee et al. (2015)<br>Di et al. (2017a) | |

**Table 3-4 (Continued): Summary of evidence for a *causal relationship* between short-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects (μg/m$^3$)[c] |
|---|---|---|---|
| Biological plausibility from cardiovascular morbidity evidence | Strong evidence for coherence of effects across scientific disciplines and biological plausibility for a range of cardiovascular effects in response to short-term $PM_{2.5}$ exposure, specifically for ischemic events and heart failure, which is supported by experimental evidence and epidemiologic studies examining hospital admissions and ED visits. The collective body of cardiovascular morbidity evidence provides biological plausibility for a relationship between short-term $PM_{2.5}$ exposure and cardiovascular mortality, which comprises ~33% of total mortality. | Section 6.1.16<br>Table 6-33 | |
| Limited biological plausibility from respiratory morbidity evidence | Limited evidence for coherence of effects across scientific disciplines and biological plausibility, with the strongest evidence for exacerbations of COPD and asthma. The collective body of respiratory morbidity evidence provides limited biological plausibility for a relationship between short-term $PM_{2.5}$ exposure and respiratory mortality, which comprises ~9% of total mortality. | Section 5.1.12<br>Table 5-18 | |
| Uncertainty regarding geographic heterogeneity in $PM_{2.5}$ associations | Multicity U.S. studies demonstrate city-to-city and regional heterogeneity in $PM_{2.5}$-mortality associations. Evidence supports that a combination of factors, including composition and exposure factors may contribute to the observed heterogeneity. | Section 11.1.6.3 | |

Note: This table corresponds to Table 11-4 in the 2019 PM ISA.

avg = average; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; ED = emergency department; h = hour; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm; *r* = correlation coefficient.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble to the ISAs U.S. EPA (2015).

[b]Describes the key evidence and references, supporting or contradicting, contributing most heavily to the causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described in the 2019 PM ISA.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

[d]Median concentration from Samoli et al. (2013).

[e]Statistics taken from NHLBI (2017).

Collectively, the evidence from multicity studies of short-term $PM_{2.5}$ exposures and mortality evaluated in the 2019 PM ISA generally demonstrated positive associations with total (nonaccidental) mortality, with increases ranging from 0.19% (Lippmann et al., 2013b) to 2.80% (Kloog et al., 2013) at lags of 0 to 1 days in single-pollutant models. These results were further supported by initial studies employing causal inference and quasi-experimental statistical approaches (2019 PM ISA, Section 11.1.2.1). Whereas most studies relied on assigning exposure using data from ambient monitors, some of the studies evaluated also employed hybrid modeling methods, which use additional sources of $PM_{2.5}$ data (i.e., monitor, satellite, and LUR) to estimate $PM_{2.5}$ concentrations and assign exposure, allowing for the inclusion of less urban and rural locations in analyses (Lee et al., 2015; Shi et al., 2015; Kloog et al., 2013). The studies evaluated expanded the assessment of potential copollutant confounding on the $PM_{2.5}$-mortality relationship, and provided additional evidence supporting the conclusion that $PM_{2.5}$ associations remain positive and relatively unchanged in copollutant models with both gaseous pollutants and $PM_{10-2.5}$, but this conclusion was based on a limited number of multicity studies conducted in Europe and Asia where mean 24-hour avg $PM_{2.5}$ concentrations are higher (2019 PM ISA, Table 3-1). However, the low ($r < 0.4$) to moderate correlations ($r = 0.4 < 0.7$) between $PM_{2.5}$ and gaseous pollutants and $PM_{10-2.5}$ increased the confidence in $PM_{2.5}$ having an independent effect on mortality.

The positive associations for total (nonaccidental) mortality reported across the majority of studies evaluated was further supported by analyses focusing on cause-specific mortality that continue to provide evidence of generally consistent positive associations with both cardiovascular and respiratory mortality, except in the case of a multicity study conducted in Europe (Lanzinger et al., 2016). Risk estimates for cardiovascular mortality ranged from 0.09% (Lippmann et al., 2013b) to 2.32% (Lee et al., 2015), while those for respiratory mortality ranged from 0.09% (Lee et al., 2015) to 2.30% (Janssen et al., 2013), but overall associations tended to be larger in magnitude for respiratory mortality. For both cardiovascular and respiratory mortality there was a limited assessment of potential copollutant confounding, but for both outcomes, initial evidence indicated that associations remained positive and relatively unchanged in models with gaseous pollutants and $PM_{10-2.5}$, which further supported the copollutant analyses conducted for total (nonaccidental) mortality. The strong evidence for ischemic events and heart failure detailed in the assessment of cardiovascular morbidity (2019 PM ISA, Chapter 6), provided strong biological plausibility for $PM_{2.5}$-related cardiovascular mortality, which comprises the largest percent of total mortality [i.e., ~33%; NHLBI (2017)]. Although there was evidence for exacerbations of COPD and asthma, the collective body of respiratory morbidity evidence provided limited biological plausibility for $PM_{2.5}$-related respiratory mortality (2019 PM ISA, Chapter 5).

In addition to examining potential copollutant confounding, a number of studies evaluated in the 2019 PM ISA also assessed whether statistical models adequately accounted for temporal trends and weather covariates. Across studies that evaluated model specification, $PM_{2.5}$-mortality, associations remained positive, although in some cases were attenuated, when using different approaches to account for temporal trends or weather covariates (2019 PM ISA, Section 11.1.5). Seasonal analyses continued to

provide evidence that associations were larger in magnitude during warmer months, but it remained unclear whether copollutants confound the associations observed. In addition to seasonal analyses, some studies also examined whether temperature modified the $PM_{2.5}$-mortality relationship. Initial evidence indicated that the $PM_{2.5}$-mortality association may be larger in magnitude at lower and higher temperatures, but this observation has not been substantiated by studies conducted in the U.S. (2019 PM ISA, Section 11.1.6.2).

At the completion of the 2009 PM ISA, one of the main uncertainties identified was the regional and city-to-city heterogeneity in $PM_{2.5}$-mortality associations observed in multicity studies. Studies evaluated in the 2019 PM ISA examined both city specific as well as regional characteristics to identify the underlying factors that contribute to this heterogeneity (2019 PM ISA, Section 11.1.6.3). Analyses focusing on effect modification of the $PM_{2.5}$-mortality relationship by $PM_{2.5}$ components, regional patterns in $PM_{2.5}$ components, and city-specific differences in composition and sources indicated some differences in the $PM_{2.5}$ composition and sources across cities and regions, but these differences did not fully explain the heterogeneity observed. Additional studies examined whether exposure factors play a role in explaining the heterogeneity in $PM_{2.5}$-mortality associations and found that some factors related to housing stock and commuting, as well as city-specific factors (e.g., land use, port volume, and traffic information), also explain some of the observed heterogeneity. Collectively, the studies evaluated indicated that the heterogeneity in $PM_{2.5}$-mortality risk estimates cannot be attributed to one factor, but instead to a combination of factors, including, but not limited to, compositional and source differences, as well as exposure differences.

A number of studies evaluated conducted systematic evaluations of the lag structure of associations for the $PM_{2.5}$-mortality relationship by examining either multiday lags or a series of single-day lags, and these studies continued to support an immediate effect (i.e., lag 0 to 1 days) of short-term $PM_{2.5}$ exposures on mortality (2019 PM ISA, Section 11.1.8.1). Studies also conducted analyses comparing the traditional 24-hour avg exposure metric with a subdaily metric (i.e., 1-hour max). These initial studies provided evidence of a similar pattern of associations for both the 24-hour avg and 1-hour max metric, with a larger association for the 24-hour avg metric. Additionally, some studies examined alternative exposure metrics representing size fractions smaller than $PM_{2.5}$ and reflecting number concentration (NC) and surface-area concentration (SC). The generally positive associations reported with mortality for these smaller PM size fractions supported the larger body of $PM_{2.5}$-mortality evidence, but it is difficult to compare NC and SC metrics with the traditional mass-based metric.

Building off the initial analysis of the C-R relationship between short-term PM exposure and mortality that focused on $PM_{10}$, multicity studies conducted in the U.S. and Europe examined the shape of the C-R relationship and whether a threshold exists specifically for $PM_{2.5}$ (2019 PM ISA, Section 11.1.10). These studies used different statistical approaches and consistently demonstrated a linear relationship with no evidence of a threshold. Additionally, recent analyses conducted at lower $PM_{2.5}$ concentrations (i.e., 24-hour avg $PM_{2.5}$ concentrations $< 30\ \mu g/m^3$) provided initial evidence

indicating that $PM_{2.5}$-mortality associations persist and may be stronger (i.e., a steeper slope) at lower concentrations. However, to date, extensive analyses have not been conducted to systematically explore alternatives to linearity when examining the shape of the $PM_{2.5}$-mortality C-R relationship.

Overall, epidemiologic studies evaluated in the 2019 PM ISA built upon and further reaffirm the conclusions of the 2009 PM ISA for total mortality. The evidence particularly from the assessment of $PM_{2.5}$-related cardiovascular morbidity, with more limited evidence from respiratory morbidity, provided biological plausibility for mortality from short-term $PM_{2.5}$ exposures. In conclusion, the primarily positive associations observed across studies conducted in various locations was further supported by the results from copollutant analyses that indicated robust associations, along with evidence from analyses of the C-R relationship. **Collectively, this body of evidence is sufficient to conclude that a causal relationship exists between short-term $PM_{2.5}$ exposure and total mortality.**

### 3.2.1.2. Recent U.S. and Canadian Epidemiologic Studies

The few recent multicity studies conducted in the U.S. and Canada build upon the strong epidemiologic evidence base evaluated in the 2019 PM ISA, as well as in previous assessments, which provided the scientific rationale supporting a *causal relationship* between short-term $PM_{2.5}$ exposure and mortality (Section 3.1.1.1). In addition to examining the relationship between short-term $PM_{2.5}$ exposure and all-cause or nonaccidental mortality (Section 3.1.1.2.1) and cause-specific mortality (Section 3.1.1.2.2), additional analyses within these recent studies also further examined issues relevant to expanding the overall understanding of the effect of short-term $PM_{2.5}$ exposure on mortality. Specifically, recent studies have assessed potential copollutant confounding (Section 3.1.1.2.3), examined effect modification of the $PM_{2.5}$-mortality relationship (Section 3.1.1.2.4), the lag structure of associations (Section 3.1.1.2.5), and assessed the shape of the concentration-response (C-R) relationship (Section 3.1.1.2.6). The following sections present an evaluation of recent multicity studies that inform each of the aforementioned topics within the context of the evidence base evaluated and summarized in the 2019 PM ISA. Study-specific details (e.g., study population, exposure assessment approach, confounders considered) for the epidemiologic studies evaluated in this section are presented in Appendix A (Table A-5).

#### 3.2.1.2.1. All-Cause and Total (Nonaccidental) Mortality

Since the literature cutoff date for the 2019 PM ISA, a limited number of multicity studies have been conducted within the U.S. and Canada (Shin et al., 2021a; Liu et al., 2019; Lavigne et al., 2018). Although few in number, these recent studies add to the extensive number of multicity studies evaluated in the 2019 PM ISA that were conducted globally, specifically in locations where mean 24-hour concentrations were generally $< 20\ \mu g/m^3$ (2019 PM ISA, Section P.3.1). Taken together, these studies

provide consistent evidence of positive associations between short-term $PM_{2.5}$ exposure and mortality across diverse geographic locations; in populations with a wide range of demographic characteristics; and using a variety of statistical models, approaches to confounder adjustment, and exposure assessment approaches (Figure 3-13).




Source: Update of Figure 11-1, 2019 PM ISA.

avg = average; μg/m$^3$ = microgram per cubic meter; NMMAPS = National Morbidity, Mortality, and Air Pollution Study; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) 2019 PM ISA. Black circles = U.S. and Canadian multicity studies evaluated in the 2004 PM AQCD and 2009 PM ISA. Red circles = multicity studies and meta-analyses published since the completion of the 2009 PM ISA. Blue circles = multicity U.S. and Canadian studies published since the literature cutoff date of the 2019 PM ISA. Risk estimates are standardized to a 10 μg/m$^3$ increase in $PM_{2.5}$ concentrations.

[a]Results are from modeled $PM_{2.5}$ analysis, analysis focusing on measured $PM_{2.5}$ reported 1.21% (95% CI: 0.94, 1.47).

[b]Only four of the five cities measured $PM_{2.5}$.

[c]Shi et al. (2015), Zanobetti et al. (2014), and Liu et al. (2019) only had data for all-cause mortality including accidental mortalities.

[d]Main model used in Young et al. (2017) included current and average of 3 previous days daily maximum temperature, daily minimum temperature, and maximum daily relative humidity.

[e]Sensitivity analysis in Young et al. (2017) focusing on only the San Francisco Bay air basin, dropping out the maximum daily relative humidity term, where the shortest duration of lag days examined was 0−3 days.

[f]Ueda et al. (2009) presented results for three different modeling approaches, which are presented here: generalized additive model (GAM), generalized linear model (GLM), and case-crossover.

[g]Atkinson et al. (2014) primarily focused on single-day lag results.

[h]Adar et al. (2014) focused on single-day lag results, specifically lag 0, 1, or 2.

**Figure 3-13 Summary of associations between short-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in multicity studies.**

Recent studies that conducted multicity analyses in the U.S. and Canada include a large international study that performed a global multicity analysis (Liu et al., 2019) and a few studies in Canada that relied on data from over 20 cities (Shin et al., 2021a; Lavigne et al., 2018). Using the Multi-City Multi-Country (MCC) Collaborative Research Network, Liu et al. (2019) was able to collect data globally, resulting in a data set consisting of air pollution and mortality data from 652 urban areas in 24 countries from 1986 to 2015. Although the goal of the study was to estimate a global estimate of the association between short-term $PM_{2.5}$ exposure and mortality, the authors presented country specific estimates as well, including for the U.S. and Canada. The authors applied a uniform statistical model across all of the cities within the study consisting of a quasi-Poisson general additive model that controlled for temporal trends and weather covariates. In a second-stage analysis, the authors used a random-effects model to pool city-specific estimates into a country-specific estimate. All analyses relied on $PM_{2.5}$ data for which the highest and lowest 5% of data was trimmed to remove outliers. In analyses of 25 Canadian cities from 1986 to 2011 and 107 U.S. cities from 1987 to 2006, the authors reported a 1.70% (95% CI: 1.17, 2.23) and 1.58% (95% CI: 1.28, 1.88) increase in mortality, respectively, at lag 0−1 days.

Recent studies conducted in Canada by Lavigne et al. (2018) and Shin et al. (2021a) focused on more recent years of data, 1998−2011 and 2001−2012, respectively, in comparison to Liu et al. (2019). Lavigne et al. (2018) focused on examining whether oxidant gases modified the association between short-term $PM_{2.5}$ exposure and mortality in 24 Canadian cities (discussed in more detail in Section 3.2.1.2.4). In a time-stratified case-crossover analysis that adjusted for both mean temperature and location-specific temperature distributions and relative humidity, the authors reported a 0.76% (95% CI: 0.15, 1.21) increase in mortality at lag 0−2 days. The results of Lavigne et al. (2018) are consistent with those reported by Shin et al. (2021a) in a time-series study of 22 Canadian cities. The authors examined single-day lags ranging from 0 to 2 days using a two-stage hierarchical model consisting of a Poisson model in the first stage to examine city-specific associations and a Bayesian random effects model in the second stage to combine city-specific effects into a national estimate. Shin et al. (2021a) reported associations with mortality similar in magnitude at lag 0 (0.94% [0.43, 1.46]) and 1 day (0.90% [95% CI: 0.33, 1.41]) with no evidence of an association at lag 2. Although it is unclear as to why the magnitude of associations reported in Lavigne et al. (2018) and Shin et al. (2021a) differ from those reported by Liu et al. (2019), even though both are using a similar subset of cities, it could be attributed to the more recent years of data used in Lavigne et al. (2018) and Shin et al. (2021a) where there has been a decreasing trend in $PM_{2.5}$ concentrations (Shin et al., 2021a).

### Sudden Nonaccidental Mortality

The 2009 PM ISA reviewed a handful of small studies examining the association between $PM_{2.5}$ exposure and out-of-hospital cardiac arrest (OHCA). No evidence of an association was reported. Section 6.1.4.1 of the 2019 PM ISA evaluated studies published since the 2009 PM ISA, which provided evidence for an association between short-term $PM_{2.5}$ exposure and OHCA. This association was typically

observed with $PM_{2.5}$ concentrations averaged over the past 0 to 2 days, although associations with $PM_{2.5}$ concentrations as far back as 4 days before the event have been reported. Additionally, all of the studies assessed in the 2009 and 2019 ISAs relied on a single monitor or an average of fixed-site monitors to estimate $PM_{2.5}$ exposure, which restricts the study population to people living near monitors. While the previously evaluated studies focused on a cardiovascular outcome (i.e., OHCA) and as a result were discussed within the evidence for short-term $PM_{2.5}$ exposure and cardiovascular effects, the results of these previous studies are summarized here as they can inform a recent study by Rappazzo et al. (2019) that examined out-of-hospital sudden unexpected deaths.

Rappazzo et al. (2019) conducted a time-stratified case-crossover analysis to examine the relationship between short-term $PM_{2.5}$ exposure and out-of-hospital nonaccidental sudden unexpected deaths in a small population of individuals (n = 399) over a 2-year period that resided in Wake County, NC. In analyses examining both single-day lags ranging from 0 to 3 days and a 0−1 day lag, the authors reported a positive association at lag 1 (OR = 1.39 [95% CI: 0.96, 1.99]) that was smaller in magnitude when using a 0−1 day lag (OR = 1.18 [95% CI: 0.79, 1.78]). However, due to the small sample size within this study confidence intervals are large. In addition to single-pollutant models, the authors examined copollutant models across the single-day lags and reported that $PM_{2.5}$ associations are relatively unchanged in models with $NO_2$, $SO_2$, ozone, and CO. This initial study focusing out-of-hospital sudden unexpected deaths from all nonaccidental causes, provides evidence consistent with the relatively limited number of previous studies examining OHCA.

#### 3.2.1.2.2. Cause-specific Mortality

Single and multicity studies evaluated in the 2009 PM ISA that examined cause-specific mortality reported consistent positive associations with both cardiovascular and respiratory mortality. The magnitude of the association was larger for respiratory mortality, but these associations also had wider confidence intervals due to the smaller number of respiratory-related deaths than cardiovascular-related deaths. Studies evaluated in the 2019 PM ISA added to this body of evidence but provided more consistent evidence of associations for cardiovascular mortality compared with respiratory mortality. Recent multicity studies conducted in Canada provide additional support for an association with cardiovascular mortality (Lavigne et al., 2018). Consistent with the evidence assessed in previous ISAs, recent studies report more variable results with wider confidence intervals for respiratory mortality (Shin et al., 2021b; Lavigne et al., 2018).




Source: Update of Figure 11-2, 2019 PM ISA.

avg = average; μg/m$^3$ = microgram per cubic meter; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; UFIREG = Ultrafine Particles—An Evidence-Based Contribution to the Development of Regional and European Environmental and Health Policy.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Studies organized by lag structure, therefore, cardiovascular and respiratory mortality results are not in the same order. Black circles = U.S. and Canadian multicity studies evaluated in the 2004 PM AQCD and 2009 PM ISA. Red circles = multicity studies and meta-analyses published since the literature cutoff date of the 2009 PM ISA. Risk estimates are standardized to a 10 μg/m$^3$ increase in $PM_{2.5}$ concentrations. All ages examined for all studies except Lanzinger et al. (2016) and Shin et al. (2021b) which focused on ages ≥ 1 year old.

[a]Only four of the five cities measured $PM_{2.5}$.

[b]Atkinson et al. (2014) primarily focused on single-day lag results.

[c]Adar et al. (2014) focused on single-day lag results, specifically lag 0, 1, or 2.

**Figure 3-14 Summary of associations between short-term $PM_{2.5}$ exposure and cardiovascular and respiratory mortality in multicity studies.**

#### 3.2.1.2.3. Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

As discussed in Section 3.1.2.2.8, one approach to assessing the independence of the association between exposure to $PM_{2.5}$ and a health effect, such as short-term $PM_{2.5}$ exposure and mortality, can be examined is through the use of copollutant models. Appendix (Table A-1) to the 2019 PM ISA notes that copollutant models are not without their limitations, such as instances where correlations are high between pollutants resulting in greater bias in results. However, in assessing the results from copollutant

models a change in the $PM_{2.5}$ risk estimate, after adjustment for a copollutant, may indicate the potential for confounding.

At the time of the 2009 ISA, only a few studies had assessed the potential for confounding of the $PM_{2.5}$-mortality association by co-occurring pollutants. In contrast, the 2019 ISA included a number of multicity studies that used copollutant models to evaluate this issue, including studies that examined both gaseous pollutants and other particle size fractions. These studies reported that associations were relatively unchanged in copollutant models, albeit with wider confidence intervals than single pollutant models (2019 PM ISA, Figure 11-3).

Of the recent multicity studies conducted in the U.S. and Canada, only Lavigne et al. (2018) conducted an assessment of copollutant confounding, with a focus on oxidant gases. Within this study, oxidant gases were defined as the daily combined oxidant capacity of ozone and $NO_2$ based on the redox-weighted averages of both pollutants. In a copollutant model with oxidant gases, the association between short-term $PM_{2.5}$ exposure and mortality is unchanged compared with the single pollutant model with both reporting a 0.76% increase in mortality at lag 0−2 days.

#### 3.2.1.2.4. Effect Modification of the $PM_{2.5}$-Mortality Relationship

Multicity epidemiologic studies evaluated in the 2009 PM ISA and 2019 PM ISA provided evidence of city-to-city and regional heterogeneity in $PM_{2.5}$-mortality associations. Within the 2019 PM ISA, studies were evaluated that examined factors that could modify the $PM_{2.5}$-mortality association and potentially explain some of the observed heterogeneity in associations, including season (2019 PM ISA, Section 11.1.6.1), temperature (2019 PM ISA, Section 11.1.6.2), city and regional characteristics (Section 11.1.6.3) such as composition/mixtures (2019 PM ISA, Section 11.1.6.3.1), and exposure factors (i.e., residential infiltration factors and commuting factors) (2019 PM ISA, Section 11.1.6.3.2). Recent multicity studies provide additional insight into some of these factors that could modify the $PM_{2.5}$-mortality association.

The 2009 PM ISA reported some evidence that $PM_{2.5}$-mortality associations are larger in magnitude during the warm season, specifically the spring, with the majority of this evidence coming from U.S. multicity studies (Zanobetti and Schwartz, 2009; Franklin et al., 2008). As discussed in Section 11.1.6.1 of the 2019 PM ISA, across recent multicity studies, there was general agreement that $PM_{2.5}$-mortality associations were larger in magnitude during warmer months. However, it remained unclear whether copollutants confound the seasonal patterns in the associations observed. Across most studies, the pattern of seasonal associations persisted using different methods to examine whether there was evidence of seasonal differences in associations, with some studies relying on stratified analyses (Dai et al., 2014; Samoli et al., 2013) and others incorporating interaction terms between $PM_{2.5}$ and season (Pascal et al., 2014; Lippmann et al., 2013b). The recent studies conducted by Shin et al. (2021a) and Shin et al. (2021b) further inform seasonal analyses, but do not address the uncertainties identified in the 2019

PM ISA. Both studies assessed associations by season through stratified analyses in which the warm season is defined as April−September and the cold season as October−March. In Shin et al. (2021a), when focusing on lag 0, which had the largest magnitude of an association in all-year analyses, there is a clear pattern of the warm season driving the overall association; however, the reverse pattern is reported when focusing on lag 1, complicating the overall interpretation of results from this study. However, in Shin et al. (2021b), which focused on respiratory mortality a slight larger association, with wide confidence intervals, is reported for the warm season (1.0% [95% CI: −1.6, 3.5]) compared with the cold season (0.6% [95% CI: −2.2, 4.1]) at lag 1, the main lag examined for $PM_{2.5}$ and mortality within the study. Across these recent studies there continues to be some evidence indicating larger associations during the warm season, but there are inconsistencies across the individual lags examined.

Within the 2019 PM ISA, an assessment of composition and mixtures (2019 PM ISA, Section 11.1.6.3.1) focused on whether differences in the pollutant mixture across cities could explain heterogeneity in the $PM_{2.5}$-mortality association across cities and regions of the U.S. In the process of examining the association between short-term $PM_{2.5}$ exposure and mortality across 24 Canadian cities, Lavigne et al. (2018) did not focus on whether effect modification by other pollutants could explain heterogeneity, but broadly whether oxidant gases, defined as the redox-weighted average of $O_3$ and $NO_2$, modify the $PM_{2.5}$-mortality association. The authors examined the role of oxidant gases on the $PM_{2.5}$-mortality relationship because previous studies have shown that oxidant gases can deplete antioxidants in the lung and increase permeability of the lung epithelium, and that oxidant gases may accelerate photochemical aging of $PM_{2.5}$, potentially changing its toxicity (Lavigne et al., 2018). To assess whether there is evidence of effect modification of the $PM_{2.5}$-mortality relationship by oxidant gases, the authors conducted stratified analyses across tertiles of oxidant gases based on the distribution of oxidant gases across all cities. For nonaccidental mortality, in analyses examining both lag 0 and lag 0−2 days for $PM_{2.5}$, there was a consistent pattern of the $PM_{2.5}$-mortality association being larger in magnitude for the third tertile of oxidant gases. However, there is some variability in the $PM_{2.5}$-mortality association depending on the lag structure used to represent oxidant gases, with some evidence indicating that as the exposure for oxidant gases increased in length, there are larger $PM_{2.5}$-mortality associations for both the second and third tertiles (Figure 3-15). The pattern of associations for nonaccidental mortality is similar for cardiovascular mortality, but there is no evidence of effect modification for respiratory mortality.




Source: Lavigne et al. (2018)

**Figure 3-15 Odds ratio and 95% confidence intervals for lag 0 and lag 0−2 days of nonaccidental mortality across tertiles of lag 0, lag 0−2, and lag 0−4 oxidant gases across 24 Canadian cities.**

A recent study by Baxter et al. (2019) expands upon studies evaluated in the 2019 PM ISA (Baxter et al., 2017; Baxter and Sacks, 2014), which provided evidence indicating that combinations of exposure factors representative of residential infiltration (i.e., prevalence of central AC, mean year home was built, and mean size of home) explained some of the heterogeneity in the $PM_{2.5}$-mortality association. As discussed in the 2019 PM ISA (Section 3.4, 2019 PM ISA), examining these exposure factors is important in the context of interpreting health effects associations reported in epidemiologic studies because they can affect the relationship between indoor and outdoor ambient PM concentrations and between personal exposure to ambient PM and ambient PM concentrations.

In a time-series analysis, Baxter et al. (2019) examined the association between short-term $PM_{2.5}$ exposure and nonaccidental mortality in 312 core-based statistical areas (CBSAs) within the U.S. from 1999−2005. In a two-stage analysis, the authors first examined associations with mortality in each CBSA in a time-series analysis and then conducted a meta-regression using a fixed-effects inverse variance weighted linear regression to examine whether individual exposure factors or combinations of exposure factors explained observed heterogeneity. The variables examined within the meta-regression fall within

five categories representative of housing characteristics, commuting, household heating, meteorological factors, and poverty measures. In the first-stage analysis, Baxter et al. (2019) reported a 0.95% (IQR of 2.25)[17] increase in mortality across all CBSAs, but as depicted in Figure 3-16 there is extensive city-to-city variability in associations across the U.S.




Source: Baxter et al. (2019)

**Figure 3-16 Associations between short-term $PM_{2.5}$ exposure and nonaccidental mortality at lag 1 for the 312 core-based statistical areas examined in Baxter et al. (2019).**

In the second-stage analysis, the authors conducted both a univariate and multivariate meta-regression. In the univariate regression, mortality associations larger in magnitude were observed for CBSAs with larger homes, more heating degree days, and a higher percentage of homes heating with oil, while cities with more gas heating had smaller associations. Across all univariate analyses, no

[17]95% CIs were not presented in this study.

individual factor explained much of the heterogeneity as reflected by $R^2 < 1\%$. For the multivariate model, a backward selection approach was used to develop the final model that included variables for gas heating use, heating degree days, cooling degree days, and variables for home size and age. Compared with the univariate models, the multivariate models explained a larger amount of the heterogeneity in mortality associations across the CBSAs examined, ranging from 11% to 13%. Overall, the results of Baxter et al. (2019) further support studies evaluated in the 2019 PM ISA, which indicated that a combination of factors that influence exposure to $PM_{2.5}$, not an individual factor, explains some of the observed city-to-city and regional heterogeneity reported in multicity epidemiologic studies.

#### 3.2.1.2.5. Lag Structure of Associations

Within the 2009 PM ISA, the studies evaluated indicated that the effect of short-term $PM_{2.5}$ exposure on mortality was immediate, occurring within the first few days after exposure, with the strongest evidence, in terms of magnitude and precision of the associations, in the range of 0 to 1 day. However, these studies defined the lags to examine a priori, often in accordance with the 1-in-3 or 1-in-6-day sampling schedule of ambient $PM_{2.5}$ monitors. As detailed in Section 11.1.8.1 of the 2019 PM ISA, some studies published since the completion of the 2009 PM ISA conducted more extensive examinations of the lag structure of associations for short-term $PM_{2.5}$ exposures and mortality and continue to support associations being largest in terms of magnitude and precision primarily within the first few days of exposure (i.e., lags of 0 to 1 day) as depicted in Figure 3-14.

Of the recent studies evaluated, Lavigne et al. (2018) and Shin et al. (2021a) in multi-city studies conducted in Canada examined the lag structure of associations primarily through examining single-day lags ranging from 0 to 2 days, with Lavigne et al. (2018) also examining a multi-day lag of 0−1 days. In the single-day lag analyses, Lavigne et al. (2018) and Shin et al. (2021a) both reported positive associations relatively similar in magnitude at lag 0 and 1 with no evidence of an association at lag 2. In the multi-day lag analysis focusing on lag 0−1 day, Lavigne et al. (2018) reported results similar in magnitude to the single-day lag analysis of lag 0 and 1 day. The single-day lag analyses in combination with the multi-day lag analysis conducted by Lavigne et al. (2018) supports the conclusions of previously evaluated studies in the 2009 and 2019 PM ISA that indicated associations largest in magnitude at lags of 0 to 1 day.

#### 3.2.1.2.6. Examination of the Concentration-Response (C-R) Relationship between Short-Term $PM_{2.5}$ Exposure and Mortality

In the 2009 PM ISA, the examination of the PM-mortality C-R relationship was limited to studies of $PM_{10}$. Within the multicity studies examined, there was evidence of a linear, no-threshold C-R relationship between short-term PM exposures and mortality with some evidence of differences in the shape of the C-R curve across cities. Studies evaluated in the 2019 PM ISA, focused specifically on

examining the C-R relationship between short-term $PM_{2.5}$ exposure and mortality. Although difficulties remain in assessing the shape of the $PM_{2.5}$-mortality C-R relationship, as identified in the 2009 PM ISA, and studies had not conducted systematic evaluations of alternatives to linearity, the studies evaluated in the 2019 PM ISA continued to provide evidence of a no-threshold linear relationship, with less confidence at concentrations lower than 5 $\mu g/m^3$. Additionally, those studies that conducted analyses focused on examining associations at lower $PM_{2.5}$ concentrations provided initial evidence indicating that associations persist and may be larger (i.e., have a steeper slope) at lower $PM_{2.5}$ concentrations.

Liu et al. (2019) in the global analysis examining the association between short-term $PM_{2.5}$ exposure and mortality in 652 cities, also examined country-specific C-R relationships. For each country, a linear term for $PM_{2.5}$ was added to the main model with a B-spline function with knots at the 25th and 75th percentiles of the mean $PM_{2.5}$ concentration across all cities. In C-R analyses consisting of 107 U.S. cities (Figure 3-17a) and 25 Canadian cities (Figure 3-17b), analyses indicated a linear, no-threshold relationship at concentrations often experienced within the U.S. and Canada, with less certainty in the shape of the curve at concentrations less than approximately 8 $\mu g/m^3$ and greater than 30 $\mu g/m^3$.




Source: Adapted from Liu et al. (2019)..

Note: As noted in Liu et al. (2019), the "y-axis can be interpreted as the relative change from the mean effect of $PM_{2.5}$ on mortality; the fraction of the curve below zero denotes a smaller estimate compared with the mean effect."

**Figure 3-17 Concentration-response curves for the United States (A) and Canada (B) using a B-spline function with knots at the 25th and 75th percentiles of $PM_{2.5}$ concentrations across all cities in each location.**

While Liu et al. (2019) focused on nonaccidental mortality, Lavigne et al. (2018) examined the C-R relationship for nonaccidental mortality as well as cardiovascular- and respiratory-related mortality

in an analysis of 24 Canadian cities. The authors used the same model for each mortality outcome, consisting of natural cubic splines with 3 df focusing on 0−2-day $PM_{2.5}$ exposures. Across mortality outcomes examined in Lavigne et al. (2018), C-R curves support a linear relationship at $PM_{2.5}$ concentrations often experienced in the U.S. and Canada, with less certainty in the shape of the curve for nonaccidental mortality at concentrations below approximately 5 $\mu g/m^3$ as reflected by the lower bound of the 95% confidence interval (CI) going below the null and some evidence of nonlinearity in the respiratory mortality C-R relationship as reflected by the inflection point occurring around 7 $\mu g/m^3$ (Figure 3-18). However, compared with nonaccidental mortality, for both cardiovascular and respiratory mortality, the lower bound of the 95% confidence interval was wider and below the null resulting in less confidence in the overall shape of the C-R curve for both mortality outcomes.




Source: Lavigne et al. (2018)

**Figure 3-18 Concentration-response curves for nonaccidental, cardiovascular, and respiratory mortality using natural cubic splines with 3 degrees of freedom for associations with 0−2-day $PM_{2.5}$ across 24 Canadian cities.**

Overall, recent studies, although limited in number continue to provide evidence of a linear, no-threshold relationship between short-term $PM_{2.5}$ exposure and mortality. Additionally, analyses of nonaccidental mortality support previous studies evaluated that indicated confidence in the shape of the C-R relationship down to concentrations in the range of 5−8 $\mu g/m^3$. However, consistent with studies

evaluated in previous assessments, neither study conducted systematic evaluations of alternatives to linearity.

#### 3.2.1.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Mortality Relationship through Accountability Analyses and Alternative Methods for Confounder Control

Within the 2019 PM ISA, in assessing the relationship between short-term $PM_{2.5}$ exposure and mortality several epidemiologic studies were evaluated that employed alternative methods for confounder control (referred to as causal modeling methods in the 2019 PM ISA, Section 11.1.2.1). These studies, which were limited to single-city analyses and used different statistical approaches provided evidence that further confirmed the consistent positive association between short-term $PM_{2.5}$ exposure and mortality reported in numerous multi-city studies and further supported the conclusion of a causal relationship. Since the literature cutoff date of the 2019 PM ISA, additional epidemiologic studies have been identified that implemented alternative methods for confounder control, which further inform the relationship between short-term $PM_{2.5}$ exposure and mortality (Table A-6).

Epidemiologic studies that use alternative methods for confounder control seek to mimic randomized experiments through the use of study design and statistical methods, which reduce the potential bias of effects due to confounding. One such method, generalized propensity score (GPS), estimates the conditional probability of an individual being exposed to the observed ambient concentration, accounting for all measured potential confounders. To assess the associations between short-term $PM_{2.5}$ exposure and mortality, recent studies by Wei et al. (2020) and Wei et al. (2021b) used different GPS approaches.

Wei et al. (2020) evaluated the association between short-term $PM_{2.5}$ exposure and all-cause mortality among Medicare beneficiaries residing in Massachusetts during 2000−2012. In the design stage, to construct the GPS, an ordinary least squares model was used to regress $PM_{2.5}$ against a linear combination of covariates including the copollutants ozone and $NO_2$ (Wei et al., 2020). In the analysis stage, an ordinary least squares regression was used to fit a linear probability model relating the outcome (death) with the observed exposures and the estimated GPS. Wei et al. (2020) reported 3.04 (95% CI: 2.17, 3.94) excess deaths per 10 million person-days for each 1 $\mu g/m^3$ increase in short-term $PM_{2.5}$ exposure. When the analysis was restricted to a range of $PM_{2.5}$ concentrations, the number of excess deaths associated with a 1 $\mu g/m^3$ increase in short-term $PM_{2.5}$ exposure increased from 3.33 ($PM_{2.5}$ concentrations < 35 $ug/m^3$; 95% CI: 2.41, 4.11) to 14.56 ($PM_{2.5}$ concentrations < 5 $ug/m^3$; 95% CI: 3.96, 24.59), per 10 million person-days.

In a subsequent study, Wei et al. (2021b) used three GPS approaches (linear probability model, weighted least squares, and m-out-of-n random forests [moonRF]), for assessing additive effects of short-term exposures to $PM_{2.5}$ and the copollutants $O_3$, and $NO_2$ on mortality rates among Medicare

beneficiaries residing in Massachusetts between 2000 and 2012. To reduce the computational burden of the linear probability model GPS approach, weighted least squares and moonRF GPS approaches were proposed as alternatives. Consistent with Wei et al. (2020), for the linear probability model, the authors had both a design stage and an analysis stage. In the design stage, the GPS for $PM_{2.5}$ concentrations was constructed by fitting a linear regression of the predicted $PM_{2.5}$ concentration against a column vector of covariates. In the analysis stage, a linear probability model was fitted with the outcome of death, against the predicted $PM_{2.5}$ concentration and the GPS.

For the weighted least squares method, there was also a design stage and an analysis stage. In the design stage, the person-days that had the same sex, race, age, Medicaid eligibility, ZIP code of residence, and date were aggregated as a single record and assigned the numbers of person-days for that record as weight. The GPS was constructed by fitting a weighted linear regression of the predicted $PM_{2.5}$ concentration against all the covariates from this aggregated data set, with continuous covariates modeled with cubic polynomials. The average outcome for each aggregated person-day group was calculated and assigned to the person-day in the aggregated data set. A weighted linear regression was then fitted for the averaged outcome against the predicted $PM_{2.5}$ concentration and the estimated GPS.

The moonRF method is based on the random forest method, which is a non-parametric machine learning approach of classification for possible nonlinear relationships and interactions through building individual decision trees through resampling. The m-out-of-n bootstrapping method resamples the m observations out of an original data set (1,…,n) without replacement, where m << n (Wei et al., 2021b). In the design stage, the number of person-days aggregated for each record in the aggregated data set was used as the frequency weight and sampled 62,000 person-days without replacement. With this sample, trees were built for $PM_{2.5}$ to make predictions of the exposure for each person-day in the aggregated data set, which was repeated 100 times. The final predicted $PM_{2.5}$ concentration for each person-day was obtained by averaging the predictions of the 100 trees. The GPS was constructed by using the averaged predictions of the 100 trees as the predicted $PM_{2.5}$ concentration and covariates for each person-day in the aggregated data set. In the analysis stage, the authors fit a weighted regression of the averaged outcome against the predicted $PM_{2.5}$ concentration and the estimated GPS using the aggregated data set to obtain the estimate for the additive effect of short-term $PM_{2.5}$ exposure on mortality rate.

Wei et al. (2021b) reported that the linear probability model and the weighted least squares model produced identical results with the estimated annual number of early deaths associated with a 1 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations being 92 (95% CI: 67, 117). However, the moonRF approach estimated a smaller number of annual deaths 69 (95% CI: 44, 95). When restricting the analysis to person-days with 24-hour average $PM_{2.5}$ concentrations below < 35 $\mu g/m^3$, the authors estimated a larger annual number of early deaths for each method (101 [95% CI: 74, 127] for the linear probability model and weighted least squares approaches and 78 [95% CI: 52, 105] for the moonRF approach).

In another recent study that employed alternative methods for confounder control, using data from the National Center for Health Statistics in 135 U.S. cities, Schwartz et al. (2018a) utilized three

statistical methods: instrumental variable analysis, a negative exposure control, and marginal structural models to estimate the association between local pollution, including $PM_{2.5}$, and daily deaths. Instrumental variable analysis constructs a single or set of instrument variables that represent variations in the exposure that are randomized with respect to both measured and unmeasured confounders. The instrument variables considered were planetary boundary layer, wind speed, and sea level pressure. Negative exposure control identifies a negative exposure variable, which is likely to be correlated with unmeasured potential confounders but could not be a cause of the outcome of interest. Negative exposure controls serve as instruments for the unmeasured confounders. If such confounders exist, control for the negative exposure would be expected to reduce or eliminate the estimated effect of the exposure of interest. If no such confounders exist, then control for the negative exposure would be expected to have no change in the association between the exposure and outcome, which indicates no confounding by any measured or unmeasured variables. Marginal structural models estimate the marginal effects of exposure by using inverse probability weights of time-varying exposures to render the exposure independent of the measured covariates. If the exposure is independent of covariates, its effect on the outcome cannot be confounded by them and resulting estimates do not depend on the distributions of confounders. The instrumental variable approach estimated that mortality increased by 1.54% (95% CI: 1.12, 1.97) at lag 0−1 for a 10 $\mu g/m^3$ increase in 24-hour avg $PM_{2.5}$ concentrations. When restricted to days with 24-hour average $PM_{2.5}$ concentrations below 25 $\mu g/m^3$, the instrument for $PM_{2.5}$ was associated with an increase of 1.70% (95% CI: 1.11, 2.29). With the negative control exposure method, there was −0:1% (95% CI: −0.5, 0.3) change in mortality. For the marginal structural models, there was an estimated 0.75% (95% CI: 0.35, 1.15) increase in mortality. When restricted to days with 24-hour average $PM_{2.5}$ concentrations below 25 $\mu g/m^3$, the marginal structural model also reported a 0.83% (95% CI: 0.39, 1.27) increase in mortality, albeit smaller in magnitude than the instrumental variable approach. Overall, the results of Schwartz et al. (2018a) continue to support a relationship between short-term $PM_{2.5}$ exposure and mortality.

Recent epidemiologic studies that employed alternative methods for confounder control to examine the association between short-term $PM_{2.5}$ exposure and mortality reported consistent positive associations within large cohorts across multiple cities in the U.S. Furthermore, the use of alternative methods for confounder control within these studies aims to reduce the uncertainties related to potential confounders that may bias reported associations. Overall, these recent studies further support the conclusions of the 2019 PM ISA with respect to short-term $PM_{2.5}$ exposure and mortality.

#### 3.2.1.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Short-Term $PM_{2.5}$ Exposure and Mortality

The few multicity epidemiologic studies conducted since the literature cutoff date of the 2019 PM ISA, provide additional support to the evidence base that contributed to the conclusion of a *causal relationship* between short-term $PM_{2.5}$ exposure and mortality. Recent U.S. and Canadian studies in

combination with previously evaluated multicity studies provide evidence of consistent positive associations with all-cause and nonaccidental mortality, primarily within the first few days after exposure (i.e., lag 0 and 1 day), across studies conducted in different geographic locations and in populations with different demographic characteristics. Additionally, these positive associations persist across studies that used different statistical models, exposure assessment approaches, and methods for confounder control. Overall, recent studies continue to support a relationship between short-term $PM_{2.5}$ exposure and mortality at lower mean 24-hour average concentrations, generally below 12 $\mu g/m^3$, as detailed in the 2019 PM ISA.

The limited assessment of cause-specific mortality in recent studies provides similar results to previously evaluated studies demonstrating a consistent relationship with cardiovascular mortality and more variability in the magnitude and precision of associations with respiratory mortality. Consistent with studies evaluated in the 2019 PM ISA, recent studies indicate that associations between short-term $PM_{2.5}$ exposure and mortality are relatively unchanged in copollutant models but may be larger in magnitude in the presence of some co-occurring pollutants (i.e., oxidant gases). In addition, factors that have been shown to vary between cities and regions of the U.S., such as housing characteristics, have been shown to explain some of the city-to-city and regional variability observed in $PM_{2.5}$-mortality associations in multi-city epidemiologic studies. The continued assessment of the C-R relationship between short-term $PM_{2.5}$ exposure and mortality further supports a linear, no-threshold relationship, with less confidence in the shape at concentrations below 5 $\mu g/m^3$. Additionally, recent studies that employed alternative methods for confounder control provide additional support for a relationship between short-term $PM_{2.5}$ exposure and mortality.

### 3.2.2. Long-Term $PM_{2.5}$ Exposure

The following sections represent a summary of the evidence and the corresponding causality determination for long-term $PM_{2.5}$ exposure and mortality presented within the 2019 PM ISA (Section 3.2.2.1) along with an evaluation of recent epidemiologic studies that fall within the scope of the Supplement (i.e., studies conducted in the U.S. and Canada) and were published since the literature cutoff date of the 2019 PM ISA (Section 3.2.2.2).[18] In addition, with the expansion of in epidemiologic studies that used statistical approaches that attempt to more extensively account for confounders and are more robust to model misspecification (i.e., used alternative methods for confounder control), recent studies that employed such methods are also evaluated (Section 3.2.2.3), which can further inform the relationship between long-term $PM_{2.5}$ exposure and mortality. Finally, a summary of the results of recent studies evaluated within the section is presented in the context of the scientific conclusions detailed in the 2019 PM ISA (Section 3.2.2.4). The evaluation of recent studies on long-term $PM_{2.5}$ exposure and

[18] Throughout this section, as detailed in the Preface of the 2019 PM ISA (Section P.3.2.2), risk estimates from epidemiologic studies examining long-term exposures are for a 5 $\mu g/m^3$ increase in annual concentrations, unless otherwise noted.

mortality presented in this Supplement adds to the collective body of evidence reviewed in the process of reconsidering the PM NAAQS.

#### 3.2.2.1. Summary and Causality Determination from 2019 Integrated Science Assessment for Particulate Matter

Cohort studies evaluated in the 2019 PM ISA provided consistent evidence of positive associations between long-term $PM_{2.5}$ exposures and total (nonaccidental) mortality from studies conducted mainly in North America and Europe. Many analyses further evaluated the association between long-term $PM_{2.5}$ exposures and the risk of mortality based on the original American Cancer Society (ACS) study (Pope et al., 1995), added new details about deaths due to cardiovascular disease (including IHD) and respiratory disease (including COPD), and extended the follow-up period of the ACS to 22 years (1982−2004). Adding to this evidence, U.S. and Canadian cohort studies demonstrated consistent, positive associations between long-term $PM_{2.5}$ exposure and mortality across various spatial extents, exposure assessment metrics, and statistical techniques, and locations, where mean annual average concentrations are ≤ 12 μg/m$^3$ (2019 PM ISA, Section 11.2.2.2). Additionally, the evidence from these studies reduced uncertainties related to potential copollutant confounding (2019 PM ISA, Section 11.2.3) and continued to provide strong support for a linear, no-threshold C-R relationship (2019 PM ISA, Section 11.2.4). The body of evidence for total mortality was supported by generally consistent, positive associations with cardiovascular and respiratory mortality.

In addition to evaluating epidemiologic studies that examined the relationship between long-term $PM_{2.5}$ exposure and mortality, the 2019 PM ISA characterized whether evidence supported biologically plausible mechanisms by which long-term $PM_{2.5}$ exposure could lead to mortality (2019 PM ISA, Section 11.2.1). This evaluation consisted of an assessment of animal toxicological, controlled human exposure, and epidemiologic studies of morbidity effects that are the largest contributors to total (nonaccidental) mortality, specifically, cardiovascular and respiratory morbidity and metabolic disease (2019 PM ISA, Section 6.2.1, Section 5.2.1, and Section 7.2.1, respectively). Plausible mechanisms were identified by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the cardiovascular system and to population outcomes such as IHD, stroke and atherosclerosis (2019 PM ISA, Section 6.2.1). Similarly, available evidence was characterized by which inhalation exposure to $PM_{2.5}$ could progress from initial events to endpoints relevant to the respiratory system and to population outcomes such as exacerbation of COPD (2019 PM ISA, Section 5.2.1). In addition, there was evidence for plausible mechanisms by which inhalation exposure to $PM_{2.5}$ could progress from initial events (e.g., pulmonary inflammation, autonomic nervous system activation) to intermediate endpoints (e.g., insulin resistance, increased blood glucose and lipids) and result in population outcomes such as metabolic disease and diabetes. In summary, there was coherence of effects across the scientific disciplines (i.e., animal toxicological, controlled human exposure, and epidemiologic studies) and biological plausibility for $PM_{2.5}$-related cardiovascular (2019 PM ISA, Chapter 6), respiratory (2019 PM

ISA, Chapter 5), and metabolic (2019 PM ISA, Chapter 7) disease, which supports the $PM_{2.5}$-mortality relationship.

This section describes the evaluation of evidence included in the 2019 PM ISA for total (nonaccidental) mortality, with respect to the causality determination for long-term exposures to $PM_{2.5}$ using the framework described in Table II of the Preamble to the ISAs (U.S. EPA, 2015). The key evidence, as it relates to the causal framework, is summarized in Table 3-5.

**Table 3-5 Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality from the 2019 Integrated Science Assessment for Particulate Matter.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Consistent epidemiologic evidence from multiple, high-quality studies at relevant $PM_{2.5}$ concentrations | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of the ACS and HSC cohorts, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.1 | Mean across studies: 11.4−23.6 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of the Medicare cohort, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean across studies: 8.12−12.0 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple analyses of Canadian cohorts, with effect estimates similar in magnitude, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean across studies: 8.7−9.1 |
| | Positive associations between long-term $PM_{2.5}$ exposure and mortality in the multiple North American occupational cohorts, even after adjustment for common potential confounders. | Section 11.2.2.2 | Mean across studies: 12.7−17.0 |
| | Positive associations with cardiovascular, respiratory, and lung cancer mortality. | Section 6.3.10.1 | Mean across studies: 4.1−17.9 |
| | | Section 5.2.10 | Mean across studies: 4.1−17.9 |
| | | Section 10.2.5.1 | Mean across studies: 6.1−33.7 |
| Epidemiologic evidence from copollutant models provides some support for an independent $PM_{2.5}$ association | Positive associations observed between long-term $PM_{2.5}$ exposure and total mortality remain relatively unchanged after adjustment for $O_3$, $NO_2$, and $PM_{10-2.5}$.<br>When reported, correlations with copollutants were highly variable (low to high). | Section 11.2.3; Figure 11-20; Figure 11-21 | |

**Table 3-5 (Continued): Summary of evidence for a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality.**

| Rationale for Causality Determination[a] | Key Evidence[b] | Key References and Sections in the 2019 PM ISA[b] | $PM_{2.5}$ Concentrations Associated with Effects ($\mu g/m^3$)[c] |
|---|---|---|---|
| Consistent positive epidemiologic evidence for associations between $PM_{2.5}$ exposure and total mortality across exposure measurement metrics | Positive associations consistently observed across studies that used fixed-site (i.e., monitors), model (e.g., CMAQ, dispersion models), and satellite-based (e.g., AOD observations from satellites) methods, including hybrid methods that combine two or more of these methods. | Section 11.2.2.5; Jerrett et al. (2016) | |
| Epidemiologic evidence supports a linear, no-threshold C-R relationship | No evidence for deviation from linearity in several U.S. and Canadian cohorts. | Section 11.2.2.3 | |
| Biological plausibility from studies of cardiovascular and respiratory morbidity and lung cancer incidence and mortality | Cardiovascular morbidity studies provide expanded body of evidence for associations between long-term $PM_{2.5}$ exposure and CHD, stroke, and atherosclerosis, providing biological plausibility for a relationship between long-term $PM_{2.5}$ exposure and cardiovascular mortality. | Section 6.3<br>Miller et al. (2007)<br>Chi et al. (2016) | Mean across studies: 10.7−13.4 |
| | Respiratory morbidity studies provide some evidence for an association between long-term $PM_{2.5}$ exposure and development of COPD, providing limited biological plausibility for a relationship between long-term $PM_{2.5}$ exposure and respiratory mortality. | Section 5.2.5 | |
| | Consistent epidemiologic evidence for associations between $PM_{2.5}$ exposure and lung cancer incidence and mortality in cohort studies conducted in the U.S., Canada, Europe, and Asia. | Section 10.2.5.1<br>Figure 10-3 | Mean across U.S. and Canadian studies: 6.3−23.6 |

Note: This table corresponds to Table 11-8 in the 2019 PM ISA.

ACS = American Cancer Society; AOD = aerosol optical depth; CHD = coronary heart disease; CMAQ = Community Multiscale Air Quality; COPD = chronic obstructive pulmonary disease; C-R = concentration-response; HSC = Harvard Six Cities; $\mu g/m^3$ = microgram per cubic meter; $NO_2$ = nitrogen dioxide; $O_3$ = ozone; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; $PM_{10-2.5}$ = particulate matter with a nominal mean aerodynamic diameter greater than 2.5 µm and less than or equal to 10 µm.

[a]Based on aspects considered in judgments of causality and weight of evidence in causal framework in Table I and Table II of the Preamble.

[b]Describes the key evidence and references contributing most heavily to the causality determination and, where applicable, to uncertainties or inconsistencies. References to earlier sections indicate where the full body of evidence is described in the 2019 PM ISA.

[c]Describes the $PM_{2.5}$ concentrations with which the evidence is substantiated.

The strongest evidence supporting the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and total mortality in the 2009 PM ISA was derived from analyses of the ACS and Harvard Six Cities (HSC) cohorts. Extended analyses and reanalysis of these cohorts included in the 2019 PM ISA continued to support this relationship, demonstrating consistent positive associations for total (nonaccidental mortality) and across different cause-specific mortality outcomes. A series of analyses of the Medicare cohort of U.S. individuals provided additional support, culminating with the largest cohort study of nearly 61 million U.S. Medicare enrollees that reported positive associations with increases in $PM_{2.5}$ concentrations and stronger associations in areas where the mean annual $PM_{2.5}$ concentrations were $\leq 12\ \mu g/m^3$ (Di et al., 2017b). Another series of studies conducted in Canada provided results consistent with those of the Medicare cohort (i.e., positive associations between long-term $PM_{2.5}$ exposure and total mortality in areas where mean annual $PM_{2.5}$ concentrations are $\leq 12\ \mu g/m^3$). One difference between these studies was that the Canadian cohorts include all adults (age 25+ years) and the Medicare cohort only included adults age 65+ years, demonstrating that these effects are not specific to one lifestage, but affect all adults. Also, an additional line of evidence was available that includes results from a number of cohorts that recruited subjects based on their place of employment, including female nurses, female teachers, male health professionals, and male truck drivers, which show consistent, positive associations between long-term $PM_{2.5}$ exposure and total mortality.

Evidence included in the 2019 PM ISA helped to reduce uncertainties related to potential copollutant confounding of the relationship between long-term $PM_{2.5}$ exposure and mortality. Multiple studies evaluated ozone (2019 PM ISA, Figure 11-20) and $NO_2$ (2019 PM ISA, Figure 11-21) in copollutant models and observed similar hazard ratios for $PM_{2.5}$ regardless of whether ozone or $NO_2$ were included in the model. This supports an independent effect of long-term $PM_{2.5}$ exposure on mortality. Evidence for other potential copollutants (e.g., $SO_2$, CO) was limited.

Studies evaluated in the 2019 PM ISA used a variety of both fixed-site (i.e., monitors), model (e.g., CMAQ, dispersion models), and satellite-based (e.g., AOD measurements from satellites) methods, including hybrid methods that combine two or more fixed-site, model, and/or satellite-based techniques to measure, estimate, or predict $PM_{2.5}$ concentrations for use in assigning long-term $PM_{2.5}$ exposure in epidemiologic studies. Overall, the exposure assessment technique had little influence on study results, with consistently positive associations of similar magnitude observed across studies using a variety of exposure assessment techniques. Notably, Jerrett et al. (2016) applied fixed-site measurements and satellite-based observations of AOD to a common data set, the ACS cohort, and calculated effect estimates for circulatory and IHD mortality associated with $PM_{2.5}$ using both methods. They observed consistently positive associations between long-term $PM_{2.5}$ exposure and mortality, regardless of the exposure assessment technique used to assign exposure. Additionally, Jerrett et al. (2016) combined multiple exposure assessment techniques into an ensemble model, weighted by model fit, and continued to observe similar positive associations with mortality. These results support an independent effect of

long-term $PM_{2.5}$ exposure on mortality that is not overtly influenced by or is a residual of the exposure assessment technique used in the study.

The number of studies that examined the shape of the C-R function for long-term $PM_{2.5}$ exposure and mortality substantially increased between the 2009 PM ISA and the 2019 PM ISA. These studies used a number of different statistical techniques to evaluate the shape of the C-R function, including natural cubic splines, restricted cubic splines, penalized splines, thin-plate splines, and cutpoint analyses (2019 PM ISA, Table 11-7), and generally observed linear, no-threshold relationships down to 4−8 $\mu g/m^3$. Few studies have conducted extensive analyses exploring alternatives to linearity when examining the shape of the $PM_{2.5}$-mortality C-R relationship. Among these studies, there was some emerging evidence for a supralinear C-R function, with steeper slopes observed at lower $PM_{2.5}$ concentrations. Although few, such supralinear C-R functions were most commonly observed for cardiovascular mortality compared with total (nonaccidental) or respiratory mortality.

The 2009 PM ISA concluded that there is not sufficient evidence to differentiate the components or sources more closely related to health outcomes when compared with $PM_{2.5}$ mass, although the evidence for long-term exposure and mortality was limited. Several studies included in the 2019 PM ISA examined the relationship between long-term exposure to PM components and mortality (2019 PM ISA, Figure 11-24). Collectively, these studies continued to demonstrate that no individual $PM_{2.5}$ component or source was a better predictor of mortality than $PM_{2.5}$ mass.

Overall, epidemiologic studies examined in the 2019 PM ISA built upon and further reaffirmed the conclusions of the 2009 PM ISA for total mortality. The evidence, particularly from the assessment of $PM_{2.5}$-related cardiovascular and metabolic diseases, with more limited evidence from respiratory morbidity, provided biological plausibility for mortality due to long-term $PM_{2.5}$ exposures. In conclusion, the consistent positive associations observed across cohort studies conducted in various locations across North America were further supported by the results from copollutant analyses indicating robust associations independent of $O_3$ and $NO_2$. **Collectively, this body of evidence was sufficient to conclude that a causal relationship exists between long-term $PM_{2.5}$ exposure and total mortality.**

### 3.2.2.2. Recent U.S. and Canadian Cohort Studies

Recent cohort studies conducted in the U.S. and Canada build upon the strong evidence base evaluated in the 2019 PM ISA, as well as previous in assessments, which provided the scientific rationale supporting a *causal relationship* between long-term $PM_{2.5}$ exposure and mortality (Section 3.2.2.1). In addition to examining the relationship between long-term $PM_{2.5}$ exposure and all-cause or nonaccidental mortality (Section 3.2.2.2.1) and cause-specific mortality (Section 3.2.2.2.2), some studies also further examined issues relevant to expanding the overall understanding of the effect of long-term $PM_{2.5}$ exposure on mortality. Specifically, recent studies have assessed the effect of long-term $PM_{2.5}$ exposure on mortality in populations with underlying health conditions (Section 3.2.2.2.3), examined the role of

long-term $PM_{2.5}$ exposure on life expectancy (Section 3.2.2.2.4), examined potential copollutant confounding (Section 3.2.2.2.5), explored new and innovative methods for assessing confounding (Section 3.2.2.2.6), and assessed the shape of the concentration-response (C-R) relationship (Section 3.2.2.2.7). The following sections present an evaluation of recent cohort studies that inform each of the aforementioned topics within the context of the evidence base evaluated and summarized in the 2019 PM ISA. Study-specific details (e.g., study population, exposure assessment approach, confounders considered) for the epidemiologic studies evaluated in this section are presented in Appendix A (Table A-7).

#### 3.2.2.2.1. All-Cause and Total (Nonaccidental) Mortality

Recent North American cohort studies that examined the relationship between long-term $PM_{2.5}$ exposure and mortality support and expand upon the cohort studies evaluated in the 2019 PM ISA that spanned diverse geographical areas and study populations. These recent studies build upon the studies evaluated in the 2019 PM ISA that addressed key uncertainties identified in the 2009 PM ISA (e.g., $PM_{2.5}$-mortality associations at low concentrations, shape of the concentration-response [C-R] relationship).

Consistent with the North American cohort studies evaluated in the 2019 PM ISA (Figure 3-19), recent studies representing cohorts in the U.S. and Canada report a similar pattern of associations between long-term $PM_{2.5}$ exposure and all-cause or nonaccidental mortality in locations with generally low mean annual $PM_{2.5}$ concentrations (Figure 3-20). Whereas the use of hybrid exposure models, which includes some combination of monitoring, modeled, and satellite data, represented an advancement in methods in the 2019 PM ISA, recent studies primarily relied on these exposure assessment methods demonstrating the growth in their application and utility. Study-specific information for each of the recent studies evaluated in this section including information on the cohort, exposure assessment methodology, and $PM_{2.5}$ concentrations over the study duration are detailed in Table A-7.




Source: Figure 11-18, 2019 PM ISA.

ACS = American Cancer Society; adj = adjustment; Ag Health = Agricultural Health Study; Cancer Prev = Cancer Prevention; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CVD = cardiovascular; EFFECT = Enhanced Feedback for Effective Cardiac Treatment; exp = exposure; Health Prof = health professionals; IDW = inverse-distance weighting; IQR = interquartile range; km = kilometer; μg/m$^3$ = microgram per cubic meter; MCAPS = Medicare Cohort Air Pollution Study; NIH-AARP = National Institutes of Health—American Association of Retired Persons; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; Resp = respiratory; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. Associations are presented per 5 μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Due to precise confidence intervals for estimates from some studies, the lines representing the confidence intervals cannot be viewed behind the point representing the effect estimate. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs. Study results from Pope et al. (2014) are representative of the results from the American Cancer Society cohort.

**Figure 3-19 Associations between long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality in recent North American cohorts.**




avg = average; CanCHEC = Canadian Census Health and Environment Cohort; mCCHS = Canadian Community Health Survey—mortality cohort; km = kilometer; μg/m$^3$ = microgram per cubic meter; NHIS = National Health Interview Survey; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm.

Note: *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Associations are presented per 5 μg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Due to precise confidence intervals for estimates from some studies, the lines representing the confidence intervals cannot be viewed behind the point representing the effect estimate. Blue text and circles represent U.S. and Canadian studies published since the literature cutoff date of the 2019 PM ISA.

**Figure 3-20 Associations between long-term $PM_{2.5}$ exposure and all-cause and total (nonaccidental) mortality in cohort studies in the United States and Canada published since the 2019 Integrated Science Assessment for Particulate Matter.**

In the continuous evolution of studies aimed at assessing the relationship between long-term $PM_{2.5}$ exposure and mortality, recent research efforts focus on identifying increasingly larger and more diverse cohorts, including the National Health Interview Survey (NHIS) cohort and the Medicare cohort. Pope et al. (2019) formed the NHIS cohort by linking participants from the NHIS from 1986 to 2014 with mortality data through 2015 resulting in approximately 1.5 million participants. The authors also formed a subcohort comprising over 650,000 participants that had individual-level data on smoking status and body mass index (BMI). In analyses of both the full cohort and subcohort, Pope et al. (2019) uses a combination of monitored and modeled $PM_{2.5}$ data (see Table A-7) to estimate population-weighted 17-year average $PM_{2.5}$ concentrations at the census tract centroid of each participant. In fully adjusted Cox regression models, the authors report associations with all-cause mortality similar in magnitude for both the full cohort (HR = 1.06 [95% CI: 1.05, 1.08]) and subcohort (HR = 1.06 [95% CI: 1.04, 1.07]). In

a sensitivity analysis, back-casted $PM_{2.5}$ concentrations were imputed from 1988 to 1998, allowing for the use of a 28-year average $PM_{2.5}$ exposure window. In both the full cohort and subcohort, associations were attenuated, but remained positive when using the 28-year average exposure window, in comparison to the main analyses using the 17-year average exposure window (quantitative results not presented).

Lefler et al. (2019) expands upon the analyses initially conducted by Pope et al. (2019) by focusing on the NHIS subcohort with a primary focus being to examine potential sensitivity of $PM_{2.5}$-mortality associations to spatially and temporally decomposed $PM_{2.5}$. However, it is important to note that the spatial and temporal decomposition approaches employed by Lefler et al. (2019) attempt to examine the effect of distance to source and the sensitivity of exposure window on associations, respectively, and are not analogous to the decomposition methods discussed in Section 3.1.2.2.5, where the focus is on examining whether there is confounding due to unmeasured variables. To assess the temporal aspect, the authors employed two approaches to examine the sensitivity of associations to different exposure windows. In the first approach, they recreated cohorts for each year starting in 1992 that were then assigned either 2- or 5-year average $PM_{2.5}$ concentrations with an overall effect across the entire study duration estimated through a fixed effects meta-analysis. In the second approach, the authors applied the same exposure windows used in Pope et al. (2019) (i.e., 17-year or 28-year average $PM_{2.5}$ concentrations) as a comparison. Lefler et al. (2019) reported associations consistent in magnitude, regardless of the exposure windows used (HRs: 17-year: 1.06; 28-year: 1.04; 2-year: 1.05; 5-year: 1.05).

In the spatial decomposition approach, the authors developed exposure indicators indicative of $PM_{2.5}$ emanating from different sources and defined them as local (< 1 km); neighborhood (1−10 km); mid-range (10−100 km); and regional (> 100 km). In developing each exposure indicator, Lefler et al. (2019) subtracted the minimum $PM_{2.5}$ concentration identified within the defined circular buffers around each census tract for each year from 2000 to 2015. When focusing on results presented for an IQR increase in $PM_{2.5}$ concentrations, positive associations were reported for each exposure indicator; however, there was some variability across each of the exposure indicators examined with the regional indicator being closer in magnitude to the primary $PM_{2.5}$ exposure indicator (Figure 3-21). Overall, these results indicate that the mortality risk attributed to $PM_{2.5}$ is not due solely to regionally or locally derived $PM_{2.5}$.




Source: Lefler et al. (2019)

**Figure 3-21 Hazard ratios for spatially decomposed analyses for an interquartile range increase in $PM_{2.5}$ concentrations for all-cause mortality.**

Although the majority of cohort studies focus primarily on adults, generally over the age of 20, a number of recent studies focus on only individuals 65 years of age and older that are Medicare beneficiaries. Wang et al. (2020) used a hybrid spatiotemporal exposure model (see Table A-7) to estimate exposures at each Medicare participant's ZIP code centroid to examine nonaccidental mortality from 2000 to 2008. Using an exposure that represented the 12-month average $PM_{2.5}$ concentration prior to death, the authors reported a HR of 1.03 (95% CI: 1.02, 1.03) in a Cox proportional hazards model that adjusted for state-level SES to account for urbanicity and annual mean gross adjusted income.

Recent cohort studies published since the 2019 PM ISA focus primarily on examining the relationship between long-term $PM_{2.5}$ exposure and mortality in demographically diverse populations that are generally representative of the entire population in both the U.S. and Canada. Elliott et al. (2020) differs from those studies by focusing on an occupation-based cohort of female registered nurses (i.e., the NHS). Elliott et al. (2020) represents an updated and extended analysis of Hart et al. (2015a), which was evaluated in the 2019 PM ISA. Although the focus of Elliott et al. (2020) is on examining the interaction between long-term $PM_{2.5}$ exposure and physical activity, and the risk of cardiovascular disease and mortality, the authors used a 24-month exposure window and more years of data (i.e., 1988−2008) in the overall analysis of the association between long-term $PM_{2.5}$ exposure and mortality, which differs from Hart et al. (2015a), which used a 12-month exposure window for the years 2000−2008. In the fully adjusted Cox proportional hazards model the authors reported a HR of 1.07 (95% CI: 1.00, 1.15), which is consistent with previous studies of the NHS cohort (Figure 3-19).

While the studies discussed above add to the total body of evidence supporting a relationship between long-term $PM_{2.5}$ exposure and mortality, key questions that often arise in the assessment of the evidence are (1) Do associations persist at low concentrations? and (2) Is there a point below which there is less confidence in that relationship? This led to two recent research efforts with a main focus on examining the relationship between long-term $PM_{2.5}$ exposure and mortality at low concentrations. One of these studies conducted in the U.S., referred to as the Harvard Medicare study, focused on using a cohort of Medicare beneficiaries 65 years of age or older (Dominici et al., 2019), while another study conducted in Canada, referred to as the Mortality-Air Pollution Associations in Low Exposure Environments (MAPLE) study, relied on respondents from multiple years of the long-form Canadian Census Health & Environment Cohorts (CanCHEC) and/or participants from multiple years of the Canadian Community Health Survey (CCHS) (Brauer et al., 2019). A third study was conducted in Europe, using data from the European Study of Cohorts for Air Pollution Effects (ESCAPE) but is beyond the scope of this Supplement. Both of these research efforts conducted extensive analyses to further inform the $PM_{2.5}$-mortality relationship in a series of studies, with a focus on examining associations at low $PM_{2.5}$ concentrations, which are often considered as below the level of the current annual PM NAAQS of 12.0 μg/m$^3$.

As detailed in the 2019 PM ISA (Section 11.2.2.1), the initial publication from the Harvard Medicare study applied a hybrid exposure model at a refined spatial resolution (i.e., 1 km$^2$ grid cells) to assign $PM_{2.5}$ exposures at the ZIP code level to all Medicare beneficiaries age 65 and older in the continental U.S. between 2000 and 2012 to examine long-term $PM_{2.5}$ exposure and all-cause mortality (Di et al., 2017b). Di et al. (2017b) reported a HR of 1.041 (95% CI: 1.039, 1.042) for the relationship between $PM_{2.5}$ and all-cause mortality (Figure 3-20) with associations remaining relatively unchanged in copollutant models with ozone estimated from the nearest monitor. The majority of recent studies that fall under the Harvard Medicare study primarily focus on examining alternative methods for confounder control and are evaluated in Section 3.1.2.3. However, a recent study by Wu et al. (2020a) builds on the original study by Di et al. (2017b) of the Medicare cohort, by including additional years of data up to 2016. Within this study, the authors focused on examining associations with all-cause mortality using both traditional and alternative methods for confounder control (Section 3.1.2.3), and the sensitivity of associations to different confounder adjustment (Section 3.1.2.2.5). In the main analysis, the authors reported a HR of 1.03 using both a Poisson and Cox model that adjusted for calendar year and meteorological variables including season, maximum daily temperature, and relative humidity. Although the regression models used by Wu et al. (2020a) include additional covariates not included in the models used in Di et al. (2017b), similar results were reported by both studies.

Recent studies that fall under the umbrella of the MAPLE study instituted various advancements in exposure assessment. Similar to the Harvard Medicare study (Dominici et al., 2019), MAPLE studies rely on a hybrid exposure model that is a combination of monitored, modeled, and satellite data. Within the MAPLE studies, as detailed in Table A-7, an exposure model was used that predicts $PM_{2.5}$ concentrations at a 1 km$^2$ grid cell through a combination of satellite-derived $PM_{2.5}$ concentration

estimates, and model predictions in GEOS-Chem that are calibrated using monitor data. The 1 $km^2$ resolution $PM_{2.5}$ concentrations are then aggregated to the postal code of residence. In the process of assigning exposures to cohort participants, the majority of epidemiologic studies examining long-term $PM_{2.5}$ exposure and mortality tend to use exposure windows that consist of average $PM_{2.5}$ concentrations for a single year or all years that $PM_{2.5}$ data are available, which does not account for potential temporal changes in $PM_{2.5}$ concentrations [U.S. EPA (2019), Table A-7]. In addition, the exposure assigned often includes the year of death which could result in exposure misalignment if the death occurred early in the year. In an attempt to address both issues, MAPLE studies use a primary exposure representing a 3-year average with a 1-year lag prior to death to ensure that the exposure window for each individual within the cohort occurs prior to death (Pinault et al., 2017). Finally, building on Crouse et al. (2015), which accounted for residential mobility during the course of the study, MAPLE studies, instead of assigning exposure based on residential address at baseline or excluding individuals from the cohort when residential location information was missing, developed a new method in which postal codes were imputed if missing to maintain the size of the cohort.

While the MAPLE studies discussed below employ the 3-year average, 1-year lag approach to assigning exposure, it remained unclear how the combination of temporal and spatial scale of exposure assessment impacted the association with nonaccidental mortality. Crouse et al. (2020), within the 2001 census cycle of CanCHEC, examined whether HRs varied depending on the combination of years of $PM_{2.5}$ data used to assign exposure (i.e., 1-year avg, 3-year avg, or 8-year avg) and the spatial resolution of the exposure model (i.e., 1, 5, or 10 km). As depicted in Figure 3-20, across each temporal and spatial combination, associations are consistently positive, with the magnitude of the association being smallest when using the 1-year average. Additionally, the authors showed that the magnitude of the association declined as the spatial scale increased regardless of the temporal scale assigned. Although associations are larger in magnitude when using the 8-year average, they are relatively similar to the 3-year average (e.g., 1 km spatial scale: 8-year avg HR = 1.11 [95% CI: 1.10, 1.13]; 3-year avg HR = 1.10 [95% CI: 1.08, 1.11]). It is worth noting that the difference in results based on the exposure window used by Crouse et al. (2020) are not consistent with the results of Lefler et al. (2019), discussed above, that reported associations similar in magnitude when using shorter and longer duration exposure windows. However, because different cohorts and exposure assessment methods are used in each study it is not clear why these differences are observed. Overall, the results of Crouse et al. (2020) provide additional support for the use of the 3-year average, 1-year lag approach to assigning exposure predicted at the 1 $km^2$ spatial scale within the MAPLE studies.

Of the MAPLE studies, Pinault et al. (2017) was the first to institute the series of exposure assessment advancements discussed above. Pinault et al. (2017) expands upon the initial analyses of the CanCHEC cohort conducted by Crouse et al. (2012) and Crouse et al. (2015), which focused on the 1991 CanCHEC [see U.S. EPA (2019), Section 11.2.2.1; Figure 3-19]. In addition to using the 2001 CanCHEC, which allowed for an updated analysis using a larger and more recent cohort, Pinault et al. (2017) was able to address some of the limitations of the original CanCHEC studies. Specifically, Pinault

et al. (2017), used a hybrid exposure model that predicted concentrations at the 1 $km^2$ spatial scale versus the 10 $km^2$ spatial scale as was done in Crouse et al. (2012) and Crouse et al. (2015), potentially allowing for a better representation of spatial gradients in $PM_{2.5}$ concentrations. In addition, Pinault et al. (2017) used a 3-year average, 1-year lag $PM_{2.5}$ exposure instead of assigning exposure based on the average of all years of available $PM_{2.5}$ data as was done for each previous CanCHEC study, and employed the new approach to capture missing data on residential location. In a Cox proportional hazards model that was stratified by age, sex, airshed, population center size, and included all available individual and ecological covariates the authors reported a hazard ratio (HR) with nonaccidental mortality of 1.08 (95% CI: 1.07, 1.10).

Most of the studies examining the CanCHEC cohort, such as Pinault et al. (2017), focused on an individual census year, but Pappin et al. (2019) examined all three census cycles (i.e., 1991, 1996, and 2001) individually and in a pooled analysis. Although, the main focus of Pappin et al. (2019) was to examine the C-R relationship across the different census cycles (Section 3.2.2.2.7), in examining the relationship between long-term $PM_{2.5}$ exposure and mortality the authors expanded upon the regression model used in Pinault et al. (2017) and Crouse et al. (2016). This resulted in a regression model that included a variable to account for population size of a participant's community (Pinault et al., 2017), a covariate to account for airshed of residence (Crouse et al., 2016), and a variable of neighborhood marginalization based on the Canadian Marginalization Index (CAN-Marg). In the pooled analysis, the authors reported a HR = 1.03 (95% CI: 1.02, 1.03) in the fully adjusted model.

In addition to the MAPLE studies focusing on the larger CanCHEC cohort, other studies either focused solely on the CCHS-mortality (mCCHS) cohort (Christidis et al., 2019) or relied on data from it due to its extensive individual-level data [Pinault et al. (2018) in Section 3.1.2.2.2 and Erickson et al. (2019) in Section 3.1.2.2.4]. Christidis et al. (2019) represents an extended analysis of Pinault et al. (2016), detailed in the 2019 PM ISA (Section 11.2.2.1), which increased the year of analysis by 1 year to 2012. While both Christidis et al. (2019) and Pinault et al. (2016) relied on the same cohort, there were fundamental differences between the two studies, including different contextual variables included in statistical models and different criteria around the inclusion of immigrants in the cohort, that resulted in a difference in the magnitude of the association in both studies even though both relied on a 3-year average, 1-year lag exposure [i.e., HR = 1.12 (95% CI: 1.09, 1.16) in Pinault et al. (2016) and HR = 1.05 (95% CI: 1.02, 1.09) in Christidis et al. (2019)]. Overall, the primary driver of the difference in the magnitude of the association in both studies can be attributed to Christidis et al. (2019) including immigrants that have resided in Canada for 10 or more years, who have substantially lower HRs of mortality compared with the non-immigrant population. This differs from Pinault et al. (2016) where only immigrants that resided in Canada for 20 or more years were included in the analysis. However, this difference due to years of residence in Canada may be specific to the mCCHS cohort. For example, Erickson et al. (2020) in an analysis focusing on immigrants within the 2001 CanCHEC, reported larger risk estimates for immigrants that resided in Canada for ≤ 10 years and 11−20 years (HRs of 1.09 and 1.11, respectively), compared

with established immigrants (> 30 years residence) and non-immigrants (HR of 1.05 and 1.04, respectively).

An additional study conducted in Canada, the Ontario Health Study, that was not part of MAPLE, but used the same exposure model and a similar exposure assignment approach, provides continued support for a relationship between long-term $PM_{2.5}$ exposure and mortality (Zhang et al., 2021). Whereas the CanCHEC cohort lacked information on some individual-level risk factors, the Ontario Health Study collected individual-level data on socio-demographics, medical history, lifestyle factors, and health care utilization from 2009 to 2017. In fully adjusted Cox models that included all individual-level and contextual variables, Zhang et al. (2021) used a 5-year average exposure with a 1-year lag and reported a HR of 1.20 (95% CI: 1.09, 1.32) for nonaccidental mortality. In a sensitivity analysis comparing the 5-year average exposure metric to alternative exposure windows of 4- and 3-year averages, the authors reported an increase in the magnitude of the association as the number of years increased, which is consistent with Crouse et al. (2020) discussed above.

##### 3.2.2.2.2. Cause-Specific Mortality

Studies that examine the association between long-term $PM_{2.5}$ exposure and cause-specific mortality outcomes, including cardiovascular and respiratory mortality, can provide additional support for $PM_{2.5}$-related cardiovascular and respiratory effects, specifically whether there is evidence of an overall continuum of effects. Some of the studies evaluated in Section 3.1.2.2.1, in addition to examining all-cause or nonaccidental mortality, conducted analyses of cardiovascular and respiratory mortality, which builds on the evidence detailed in the 2019 PM ISA (respiratory mortality, Section 5.2.10 and Section 11.2.2.3; cardiovascular mortality, Section 6.2.10 and Section 11.2.2.2). As detailed in Figure 3-22, recent cohort studies provide evidence of consistent positive associations in analyses of both cardiovascular and respiratory mortality. In addition to examining all cardiovascular and respiratory mortality outcomes, some studies also examined individual cardiovascular and respiratory mortality outcomes, as well as mortality in individuals with preexisting cardiovascular-related disease. The following sections provide an overview of the evidence presented in recent cohort studies with respect to cause-specific mortality.




Source: Update of Figure 11-19, 2019 PM ISA.

ACS = American Cancer Society; Ag Health = Agricultural Health Study; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CVD = cardiovascular disease; EFFECT = Enhanced Feedback for Effective Cardiac Treatment; IDW = inverse distance weighting; km = kilometer; LUR-BME = land use regression—Bayesian maximum entropy; mCCHS = Canadian Community Health Survey—mortality cohort; μg/m$^3$ = microgram per cubic meter; NHIS = National Health Interview Survey; NIH-AARP = National Institutes of Health—American Association of Retired Persons; ONPHEC = Ontario Population Health and Environment Cohort; PM = particulate matter; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 μm; TrIPS = Trucking Industry Particle Study; WHI = Women's Health Initiative.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Associations are presented per 5 μg/m$^3$ increase in pollutant concentration. Circles represent point estimates, closed published before 2009 PM ISA, and open published after 2019 PM ISA; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Due to precise confidence intervals for estimates from some studies, the lines representing the confidence intervals cannot be viewed behind the point representing the effect estimate. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs; and blue text and circles represent recent U.S. and Canadian studies published since the literature cutoff date of the 2019 PM ISA. Results from Crouse et al. (2020) are for 3-year average, 1-year lag $PM_{2.5}$ concentrations at 1 km resolution.

**Figure 3-22 Associations between long-term $PM_{2.5}$ exposure and all cardiovascular disease and all respiratory disease mortality in recent North American cohorts.**

### Cardiovascular Mortality

Studies investigating cardiovascular mortality provided some of the strongest evidence for a cardiovascular effect related to long-term $PM_{2.5}$ exposure in the 2009 PM ISA, which was further supported by studies evaluated in the 2019 PM ISA (Figure 3-22). Generally, across the cohort studies evaluated in the 2019 PM ISA, most of the $PM_{2.5}$ effect estimates relating long-term $PM_{2.5}$ exposure and cardiovascular mortality remained relatively unchanged or increased in magnitude in copollutant models adjusted for ozone, $NO_2$, $PM_{10-2.5}$, or $SO_2$. The results of recent cohort studies provide additional evidence for associations with cardiovascular mortality outcomes across the distribution of $PM_{2.5}$ concentrations, the potential implications of comorbidity on the $PM_{2.5}$-cardiovascular mortality relationship, and associations with individual cardiovascular mortality outcomes.

In a study of the NIH-AARP cohort, which consists of participants ranging from 50 to 71 years of age, Hayes et al. (2020) examined not only the overall relationship between long-term $PM_{2.5}$ exposure and cardiovascular-related mortality, but whether associations changed over different ranges of $PM_{2.5}$ concentrations. In the main analysis, the authors applied a spatiotemporal model that predicted $PM_{2.5}$ concentrations at the census tract and reported a HR of 1.06 (95% CI: 1.03, 1.08) for all cardiovascular mortality. This result was consistent with a sensitivity analysis that assigned exposure based on distance to monitor from participant residence when focusing on monitors 0−25 km away (HR = 1.07 [95% CI: 1.03, 1.10]), with more variability and less precision for greater distances (i.e., 25−50 km and 50−100 km) due to the smaller sample size and the increased exposure error that can occur as distance to monitor increases.

The results of Hayes et al. (2020) are consistent with another study focusing exclusively on cardiovascular mortality conducted by Chen et al. (2020) using the ONPHEC. Within ONPHEC, Chen et al. (2020) examined associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality in individuals 35−85 years of age using an exposure model similar to the one used in the MAPLE studies (Table A-7). In analyses using 1-year average $PM_{2.5}$ exposures with a 1-year lag prior to death, the authors conducted single pollutant analyses using a traditional Cox proportional hazards model where $PM_{2.5}$ is fit as a linear term and then a Cox proportional hazards where $PM_{2.5}$ could be nonlinearly associated with cardiovascular mortality using the SCHIF detailed in Nasari et al. (2016). The authors reported that the nonlinear model is a better predictor of cardiovascular mortality through an assessment of model fit based on AIC. However, relatively similar HRs were reported for both the linear (HR = 1.11 [95% CI: 1.10, 1.12]) and nonlinear (HR = 1.10 [95% CI: 1.09, 1.12]) models, which are consistent with the results presented in other studies of cardiovascular mortality (Figure 3-22). In addition to conducting single-pollutant analyses, the authors introduced a new approach to assess whether the $PM_{2.5}$-cardiovascular mortality association varies depending on the proportion of $PM_{2.5}$ attributed to selected components (i.e., sulfate, nitrate, ammonium, black carbon, organic matter, mineral dust, and sea salt). In a Cox proportional hazards model that adjusted for the proportion of each of the seven selected components Chen et al. (2020) reported that cardiovascular mortality associations increased on average by 27% when compared with single-pollutant results across each of the five regions of Ontario. These results provide some evidence that variability in the proportion of individual components that comprise $PM_{2.5}$, could explain regional variability in mortality risk estimates.

While there is evidence of consistent positive associations between long-term $PM_{2.5}$ exposure and cardiovascular mortality (Figure 3-22), it is plausible that comorbidities may increase the overall risk of cardiovascular mortality. As a result, Pinault et al. (2018) examined both the CanCHEC and mCCHS cohorts to assess whether the combination of cardiovascular disease and diabetes together yielded larger $PM_{2.5}$-mortality risk estimates than cardiovascular disease alone. Within CanCHEC, the authors identified all participants for whom, in addition to having cardiovascular disease as the primary cause of death, diabetes was mentioned on the death certificate, whereas for the mCCHS, which consisted of individual-level data, participants self-reported diabetes status by noting insulin or medication use to

manage diabetes at baseline. In both analyses, the authors applied the same base hybrid exposure model used in the MAPLE studies, which ultimately resulted in a 3-year average $PM_{2.5}$ concentration assigned to each participant, lagged 1-year prior to death (Table A-7). In both cohorts, there was an almost doubling of the HR for mortality for the combination of cardiovascular disease and diabetes compared with cardiovascular disease alone (CanCHEC: CVD, HR = 1.12 [95% CI: 1.10, 1.14], CVD+diabetes, HR = 1.23 [95% CI: 1.18, 1.28]; mCCHS: CVD, HR = 1.14 [95% CI: 1.08, 1.21], CVD+managed diabetes, HR = 1.23 [95% CI: 1.04, 1.46]).

In addition to the studies that examined all cardiovascular mortality outcomes, a number of studies also examined specific cardiovascular mortality outcomes (Figure 3-23). As described in Section 6.2.10 of the 2019 PM ISA, there were generally positive associations across studies for IHD mortality with a more limited assessment of other outcomes (e.g., cerebrovascular, heart failure, hypertensive disorders). Recent studies within the Medicare cohort (Wang et al., 2020), the CanCHEC cohort (Crouse et al., 2020; Cakmak et al., 2018; Pinault et al., 2017), and NIH-AARP cohort (Hayes et al., 2020) report positive associations with IHD, supporting the results of studies evaluated in the 2019 PM ISA. However, Cakmak et al. (2018) conducted a slightly different analysis of the CanCHEC cohort than Pinault et al. (2017) by using the 1991 CanCHEC and a 7-year average exposure instead of the 3-year average, 1-year lag exposure of the studies within MAPLE. Although Crouse et al. (2020) also examined the 2001 CanCHEC, as noted previously, the study focused on examining different temporal (1-, 3-, and 8-year average) and spatial (1, 5, and 10 km) scales of exposure assignment. Across each temporal scale the authors reported consistent positive associations regardless of spatial scale, but overall, the magnitude of the $PM_{2.5}$-IHD association was smaller when using 1-year average $PM_{2.5}$ concentrations. Of the studies that included an assessment of IHD mortality, only Cakmak et al. (2018) examined copollutant models and reported that IHD associations, although attenuated, remained positive in models with ozone ($PM_{2.5}$: HR = 1.12 [95% CI: 1.10, 1.14]; $PM_{2.5}$ + ozone: HR = 1.06 [95% CI: 1.04, 1.09]).




Source: Update of Figure 6-19, 2019 PM ISA

ACS = American Cancer Society; AHSMOG = Adventist Health Study and Smog; AMI = acute myocardial infarction; AQCD = Air Quality Criteria Document; CA = California; CanCHEC = Canadian Census Health and Environment Cohort; CBVD = cerebrovascular disease; CCHS = Canadian Community Health Survey; CHD = coronary heart disease; CI = confidence interval; CVD = cardiovascular disease; EFFECT = Enhanced Feedback for Effective Cardiac Treatment; HF = heart failure; IDW = inverse-distance weighting; IHD = ischemic heart disease; km = kilometer; NHIS = National Health Interview Survey; NIH-AARP = National Institutes of Health–American Association of Retired Persons; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; WHI = Women's Health Initiative.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Associations are presented per 5 µg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Due to precise confidence intervals for estimates from some studies, the lines representing the confidence intervals cannot be viewed behind the point representing the effect estimate. Black text and circles represent evidence included in the 2009 PM ISA; red text and circles represent recent evidence not considered in previous ISAs or AQCDs, with open red circles representing studies published since the 2019 PM ISA; and blue text and circles representing U.S. and Canadian studies published since the literature cutoff date of the 2019 PM ISA. Study results from Pope et al. (2014) are representative of the results from the American Cancer Society cohort.

**Figure 3-23 Associations between long-term $PM_{2.5}$ exposure and cause-specific cardiovascular mortality in recent North American cohorts.**

Few studies to date have examined associations between long-term $PM_{2.5}$ exposure and cerebrovascular disease or stroke mortality, but studies by Wang et al. (2020), Pinault et al. (2017), Crouse et al. (2020), and Hayes et al. (2020) along with a study within the NHIS cohort by Pope et al. (2019) add to the growing body of evidence indicating a positive relationship. Although Pope et al. (2014) in a study of the ACS cohort, evaluated in the 2019 PM ISA indicated a positive association with CHF mortality, in a recent study of the Medicare cohort Wang et al. (2020) reported a null association. Finally, a few studies using the CanCHEC cohort (Crouse et al., 2020; Pinault et al., 2017) examined the combination of cardiovascular mortality with either metabolic-related or diabetes mortality, and found that associations were similar in magnitude to cardiovascular mortality alone [e.g., within Pinault et al.

(2017) all cardiovascular: HR = 1.12 (95% CI: 1.09, 1.14); all cardiovascular + diabetes: HR = 1.13 (95% CI: 1.10, 1.15)].

### Respiratory Mortality

Evidence from studies investigating respiratory-related mortality provided limited and inconsistent evidence for a respiratory effect related to long-term $PM_{2.5}$ exposure in the 2009 PM ISA (U.S. EPA, 2009). Studies evaluated in the 2019 PM ISA (Section 5.2.10; Figure 5-34) primarily focused on all respiratory mortality with a more limited assessment of COPD and respiratory infection. Across studies there was evidence of generally consistent, positive associations. Recent cohort studies provide an additional assessment of the relationship between long-term $PM_{2.5}$ exposure and COPD and respiratory infection mortality.

Studies conducted within the NHIS (Pope et al., 2019) and Medicare (Wang et al., 2020) cohorts provided limited evidence of an association with chronic lower respiratory and COPD mortality, respectively (Figure 3-24). However, in a study of the CanCHEC cohort Pinault et al. (2017) reported a HR for COPD mortality of 1.11 (95% CI: 1.05, 1.18), which is similar in magnitude to the association reported in Pinault et al. (2016) within the CCHS cohort as detailed in the 2019 PM ISA. In another study of the CanCHEC cohort, which as noted earlier used a different exposure assessment approach compared with Pinault et al. (2017), Cakmak et al. (2018) reported evidence of a positive association between long-term $PM_{2.5}$ exposure and COPD mortality in analyses of never movers. In addition, Cakmak et al. (2018) alone examined potential copollutant confounding of the $PM_{2.5}$-COPD mortality relationship, but in analyses focused on movers and never movers, not the entire cohort. In models with $O_3$, in both movers and never movers the authors reported larger HRs, albeit with wide confidence intervals, with ozone in the model, which was substantially larger for movers (movers: HR = 1.08 [95% CI: 1.03, 1.12]; never movers: HR = 1.05 [95% CI: 0.88, 1.26]).




Source: Modification of Figure 5-34, 2019 PM ISA.

ACS = American Cancer Society; AQCD = Air Quality Criteria Document; CanCHEC = Canadian Census Health and Environment Cohort; CCHS = Canadian Community Health Survey; CI = confidence interval; LUR-BME = Land Use Regression—Bayesian Maximum Entropy; µg/m$^3$ = micrograms per cubic meter; NHIS = National Health Interview Survey; $PM_{2.5}$ = particulate matter with a nominal mean aerodynamic diameter less than or equal to 2.5 µm; TrIPS = Trucking Industry Particle Study.

Note: †Studies published since the 2009 PM ISA. *U.S. and Canadian studies published since the literature cutoff date (~January 2018) for the 2019 PM ISA. Associations are presented per 5 µg/m$^3$ increase in pollutant concentration. Circles represent point estimates; horizontal lines represent 95% confidence intervals for $PM_{2.5}$. Red text and circles represent recent evidence not considered in previous ISAs or AQCDs, with blue text and circles representing U.S. and Canadian studies published since the literature cutoff date of the 2019 PM ISA. Study results from Pope et al. (2014) are representative of the results from the American Cancer Society cohort.

**Figure 3-24 Associations between long-term $PM_{2.5}$ exposure and cause-specific respiratory mortality in recent North American cohorts.**

The examination of respiratory infection mortality is more limited, with recent cohort studies examining either pneumonia alone (Wang et al., 2020; Pinault et al., 2017) or the combination of influenza and pneumonia (Pope et al., 2019). Across the studies, which employed different approaches to assign $PM_{2.5}$ exposures including a 1-year average in the Medicare cohort (Wang et al., 2020), a 3-year average with a 1-year lag in the CanCHEC cohort (Pinault et al., 2017), and a 17-year average in the NHIS cohort (Pope et al., 2019), each reported positive associations with the magnitude of the association increasing as the length of the exposure window increased.

### Other Mortality Outcomes

While cardiovascular- and respiratory-related mortality comprise the majority of mortality outcomes examined, as noted in the 2019 PM ISA, additional mortality outcomes are also associated with

long-term $PM_{2.5}$ exposure, including cardiopulmonary, diabetes, and lung cancer (2019 PM ISA, Section 10.2.5 and Section 11.2.2). Recent cohort studies published since the 2019 PM ISA also provide evidence of positive associations with cardiopulmonary (Lefler et al., 2019; Pope et al., 2019), diabetes/cardiometabolic disease (Crouse et al., 2020; Erickson et al., 2020; Lim et al., 2018; Pinault et al., 2017), and lung cancer (Crouse et al., 2020; Erickson et al., 2020; Erickson et al., 2019; Pope et al., 2019; Cakmak et al., 2018; Pinault et al., 2017) mortality.

#### 3.2.2.2.3. Long-Term $PM_{2.5}$ Exposure and Mortality in Populations with Preexisting Conditions

In addition to recent studies examining cause-specific mortality, a few studies focused on examining the overall risk of mortality in individuals with preexisting cardiovascular conditions, specifically HF (Ward-Caviness et al., 2020) and previous MI (Malik et al., 2019). To date, relatively few studies have been conducted with the sole focus being on examining associations between long-term $PM_{2.5}$ exposure and mortality within a cohort of individuals with a preexisting cardiovascular condition. Instead, studies have traditionally relied on the examination of effect modification, through stratified analyses, of the $PM_{2.5}$-mortality association by specific cardiovascular conditions.

Ward-Caviness et al. (2020) examined associations between annual average $PM_{2.5}$ exposure at the time of initial HF diagnosis with all-cause mortality in a hospital-based cohort within North Carolina developed from electronic health records of individuals diagnosed with heart failure. The authors assigned annual average $PM_{2.5}$ exposures to each participant based on their residential address at the time of HF diagnosis. Exposures were assigned based on the nearest $PM_{2.5}$ monitor and using the hybrid exposure model used in the Medicare studies discussed previously that estimated concentrations at 1 $km^2$ (Table A-7). Over 10,000 of the 35,000 patients within the cohort died less than 1 year after diagnosis, which does not follow the traditional pattern of HF mortality. As a result, the authors excluded the year after diagnosis as a time at risk in the model. In a Cox proportional hazards model that controlled for individual-level covariates, distance to monitor, and neighborhood-level socioeconomic variables, Ward-Caviness et al. (2020) reported a HR for all-cause mortality of 1.84 (95% CI: 1.61, 2.01). In sensitivity analyses, associations were similar in magnitude to the main analysis when restricting it to participants <30 km from a $PM_{2.5}$ monitor and larger in magnitude when applying the hybrid exposure model.

Whereas Ward-Caviness et al. (2020) examined the risk of mortality attributed to long-term $PM_{2.5}$ exposure in the years following HF diagnosis over the entire study duration, Malik et al. (2019) focused on examining the 5-year survival for all-cause mortality following an MI event. A total of 5,650 patients with clinically diagnosed MI as defined by having biomarker evidence of myocardial necrosis and additional clinical evidence of MI, including prolonged ischemic signs/symptoms or electrocardiographic criteria of ST-segment changes, were enrolled in the Translational Research Investigating Underlying Disparities in Acute Myocardial Infarction (TRIUMPH) and Prospective Registry Evaluating Myocardial Infraction: Events and Recovery (PREMIER) studies. Using U.S. EPA's downscaler Community

Multi-Scale Air Quality Model (CMAQ), $PM_{2.5}$ concentrations were estimated at the census tract centroid of each participants residence. Exposures assigned to each participant consisted of the 12-month average $PM_{2.5}$ concentration prior to MI, which allowed for the examination of the association between $PM_{2.5}$ exposure and survival after an MI. In a Cox regression model that controlled for numerous individual-level covariates as well as ozone, Malik et al. (2019) reported a HR of 1.34 (95% CI: 1.17, 1.54) for 5-year all-cause mortality.

Overall, the studies conducted by Ward-Caviness et al. (2020) and Malik et al. (2019) indicate that preexisting cardiovascular conditions substantially increase the risk of all-cause mortality. This is further reflected when comparing the magnitude of associations between these studies and the numerous cohort studies spanning diverse populations summarized in Section 3.1.2.2.1 and Figure 3-19.

#### 3.2.2.2.4. Studies of Life Expectancy

The 2019 PM ISA characterized a recent series of studies evaluating the relationship between long-term exposure to $PM_{2.5}$ and mortality by examining the temporal trends in $PM_{2.5}$ concentrations and changes in life expectancy. These studies generally observed that decreases in $PM_{2.5}$ concentrations are associated with increases in life expectancy. A few recent studies add to this evidence base. Bennett et al. (2019) reported that $PM_{2.5}$ concentrations in excess of the lowest observed concentration (2.8 $\mu g/m^3$) were associated with a lower national life expectancy by an estimated 0.15 years for women and 0.13 years for men (Figure 3-25). Using a different approach, Ward-Caviness et al. (2020) compared participants residing in areas with $PM_{2.5}$ concentrations > 12 $\mu g/m^3$ to participants living in areas with $PM_{2.5}$ concentrations < 12 $\mu g/m^3$ and estimated that the years of life lost due to living in areas with higher $PM_{2.5}$ concentrations was 0.84 years (95% CI, 0.73−0.95) over a 5-year period.




Source: Bennett et al. (2019)

**Figure 3-25 Estimated loss in life expectancy by county for females and males for $PM_{2.5}$ concentrations in excess of the lowest observed $PM_{2.5}$ concentration of 2.8 μg/m³.**

#### 3.2.2.2.5. Potential Copollutant Confounding of the $PM_{2.5}$-Mortality Relationship

As discussed in Section 3.1.2.2.8, one approach to assessing the independence of the association between exposure to $PM_{2.5}$ and a health effect, such as long-term $PM_{2.5}$ exposure and mortality, can be examined is through the use of copollutant models. The Appendix (Table A-1) to the 2019 PM ISA notes that copollutant models are not without their limitations, such as instances where correlations are high between pollutants resulting in greater bias in results. However, in assessing the results from copollutant models a change in the $PM_{2.5}$ risk estimate, after adjustment for a copollutant, may indicate the potential for confounding.

At the completion of the 2009 PM ISA there was limited assessment of potential confounding of the relationship between long-term $PM_{2.5}$ exposure and mortality by co-occurring pollutants. Studies evaluated in the 2019 PM ISA (Section 11.2.3) examined the potential for copollutant confounding by evaluating copollutant models that included $O_3$ (Figure 11-20), $NO_2$, $PM_{10-2.5}$, $SO_2$, and benzene (Figure 11-21). These studies addressed a previously identified data gap by informing the extent to which effects associated with exposure to $PM_{2.5}$ are independent of coexposure to correlated copollutants in long-term analyses. Overall, $PM_{2.5}$ effects to remained relatively unchanged in copollutant models adjusted for $NO_2$, $PM_{10-2.5}$, $SO_2$, or benzene. Recent North American cohort studies conducted additional analyses that further inform whether the relationship between long-term $PM_{2.5}$ exposure and mortality is confounded by gaseous pollutants or other particle size fractions (i.e., $PM_{10-2.5}$).

In an analysis of the NHIS subcohort, Lefler et al. (2019) reported that the $PM_{2.5}$-mortality association was relatively unchanged in copollutant analyses with $SO_2$, $NO_2$, $O_3$, CO, and $PM_{10–2.5}$. In addition to Lefler et al. (2019), within the Medicare cohort, Wang et al. (2020) also conducted an analysis of potential confounding of the $PM_{2.5}$-mortality association with a focus on ozone and traffic-related pollution. The ozone analysis was conducted in a subset of the cohort that resided in ZIP codes within 6 miles of an ozone AQS monitor. To control for traffic-related pollution, instead of including $NO_2$ in a copollutant model, Wang et al. (2020) regressed 12-month $PM_{2.5}$ on $NO_2$ and used the residuals as the exposure metric to estimate the $PM_{2.5}$ association that is unrelated to traffic. The authors reported associations similar in magnitude in both a single (HR = 1.03 [95% CI: 1.02, 1.03]) and copollutant model with ozone (HR = 1.03 [95% CI: 1.02, 1.03]). Positive associations were also reported for the non-traffic $PM_{2.5}$ analyses, and although the association was smaller in magnitude to the total $PM_{2.5}$ analysis, this result provides evidence that the $PM_{2.5}$-mortality association persists independent of traffic-related pollutants (HR = 1.01 [95% CI: 1.00, 1.01]).

A few studies within the MAPLE study also conducted analyses to assess potential copollutant confounding by gaseous pollutants. Within CanCHEC, Crouse et al. (2020) assessed potential copollutant confounding by ozone, $NO_2$, and oxidant gases in sensitivity analyses using both 3-year and 8-year average $PM_{2.5}$ concentrations at 1 $km^2$ resolution. Associations between $PM_{2.5}$ and mortality were found to be slightly attenuated but remained positive in copollutant models with each of the gaseous pollutants when using either 3-year or 8-year average $PM_{2.5}$ exposures.

While there was no evidence of copollutant confounding in the analysis of CanCHEC by Crouse et al. (2020), there was some evidence in the pooled analysis of CanCHEC by Pappin et al. (2019). In the single-pollutant analysis, the authors reported a HR of 1.03 (95% CI: 1.02, 1.03) in the fully adjusted model, which is consistent with the copollutant model including $NO_2$ (HR = 1.02 [95% CI: 1.01, 1.03]). However, there was no evidence of a $PM_{2.5}$-mortality association in copollutant models with ozone (HR = 0.99 [95% CI: 0.98, 1.00]) and oxidants (HR = 0.98 [95% CI: 0.97, 0.98]). The ozone and oxidants results of Pappin et al. (2019) are consistent with those of Christidis et al. (2019) within the mCCHS cohort. However, Christidis et al. (2019) reported evidence of potential confounding by $NO_2$. In a single-pollutant analysis, the authors reported a HR of 1.05 (95% CI: 1.02, 1.09). In copollutant models, $PM_{2.5}$-mortality associations are null in models with ozone (HR = 1.00 [95% CI: 1.00, 1.01]) and oxidants (HR = 1.00 [95% CI: 0.99, 1.01]), and attenuated in a model with $NO_2$ (HR = 1.01 [95% CI: 1.00, 1.02]).

Zhang et al. (2021) also conducted copollutant analyses when examining associations between long-term $PM_{2.5}$ exposure and mortality in the Ontario Health Study. The authors reported that the $PM_{2.5}$-mortality association in a single-pollutant model (HR = 1.20 [95% CI: 1.09, 1.32]) is relatively unchanged in a model with $NO_2$ (HR = 1.18 [95% CI: 1.08, 1.30]), which is consistent with Lefler et al. (2019) in the NHIS cohort and Pappin et al. (2019) within CanCHEC. However, it is inconsistent with the results from the mCCHS cohort where Christidis et al. (2019) reported evidence of attenuation of the $PM_{2.5}$-mortality association.

While there is some evidence from recent studies that $PM_{2.5}$-mortality associations remain relatively unchanged in copollutant models, there are some differences in results across studies, particularly for copollutant analyses including ozone. This difference in results is most evident between MAPLE studies and other studies that previously examined copollutant confounding by ozone as summarized in Figure 11-20 of the 2019 PM ISA. This difference between studies could be attributed to the MAPLE studies using different spatial resolutions in estimating air pollutant concentrations, 1 $km^2$ for $PM_{2.5}$ and 21 $km^2$ for ozone, potentially resulting in some degree of exposure error.

#### 3.2.2.2.6. Studies That Address the Potential Implications of Unmeasured Confounders on $PM_{2.5}$-Mortality Associations

As discussed in Section 11.2.2.4 of the 2019 PM ISA, some recent studies used statistical techniques to reduce uncertainties related to potential unmeasured confounders that can further inform the relationship between long-term $PM_{2.5}$ exposure and mortality. An initial study conducted by Janes et al. (2007) and then followed up by Greven et al. (2011) attempted to assess whether there is evidence of unmeasured confounding in the relationship between long-term $PM_{2.5}$ exposure and mortality using data from the Medicare cohort from 2000 to 2006. In both studies the authors decomposed the association between $PM_{2.5}$ and mortality into two components: (1) the association between the “national” trend in the monthly $PM_{2.5}$ concentrations averaged over the previous 12 months and the national average trend in monthly mortality rates (purely temporal association); and (2) the association between the “local” trend in the deviation in the community-specific trend from the national average trend of monthly averages of $PM_{2.5}$ and the deviation of the community-specific trends from the national average trend of mortality rates (residual spatiotemporal association). The authors concluded that differences in effect estimates at these two spatiotemporal scales raise concerns about confounding bias in these analyses, with the association for the national trend more likely to be confounded than the association for the local trend. However, in the process of decomposing the data, it eliminated all spatial variation in air pollution and mortality. Thus, while the results of the papers themselves provide evidence for an association between exposure to $PM_{2.5}$ and mortality, it is not possible to directly compare the results of these studies to the results of other cohort studies investigating the relationship between long-term exposure to $PM_{2.5}$ and mortality, which make use of spatial variability in air pollution and mortality data.

Similarly, Pun et al. (2017) completed a sensitivity analyses as part of their Medicare cohort study for the years 2000−2008 in which they decomposed $PM_{2.5}$ into “temporal” and “spatiotemporal” variation, which is analogous to ”national” and “local” respectively in Greven et al. (2011). The purpose of this sensitivity analysis was to determine the presence or absence of bias due to unmeasured confounding. Pun et al. (2017) observed positive associations for the “temporal” variation model and approximately null associations for the “spatiotemporal” variation model for all causes of death except for COPD mortality. The difference in the results of these two models for most causes of death suggests the presence of unmeasured confounding, though the authors do not indicate anything about the direction or

magnitude of this bias. It is important to note that the "temporal" and "spatiotemporal" coefficients are not directly comparable to the results of other epidemiologic studies when examined individually and can only be used in comparison with one another to evaluate the potential for unmeasured confounding bias.

As a result of the studies noted above suggesting the presence of unmeasured confounders, including long-term time trends, Eum et al. (2018) focused specifically on whether temporal confounding exists in the $PM_{2.5}$-mortality relationship using the Medicare cohort from 2000 to 2012. In a base model that did not account for temporal confounding the authors used the exact methods of Greven et al. (2011) to decompose $PM_{2.5}$ into "temporal" and "spatiotemporal" components, with and without the inclusion of behavioral covariates from the Behavioral Risk Factor Surveillance System (BRFSS), to identify whether there was evidence of unmeasured confounding. Consistent with the previous studies larger associations were reported for the "temporal" compared with the "spatiotemporal" component, with results being positive for both components. As a result of the magnitude of associations between these two components being different, Eum et al. (2018) attempted to assess whether temporal confounding of the $PM_{2.5}$-mortality relationship could explain the observed difference in results. The authors developed a base model that used data for the entire 13 year period and shorter periods ranging from 3 to 12 years (e.g., 2001−2012, 2009−2012) as well as three additional models: (1) residual-base model: calculated the residuals of a linear regression of $PM_{2.5}$ on time in 4-year intervals (i.e., 2000−2004, 2005−2008, and 2009−2012), for which the residuals were then used as the exposure in the base model; (2) spline-based model: added a penalized spline with two knots per year to the base model; and (3) decomposition-based model: added the temporal component of decomposed $PM_{2.5}$ to the base model based on the approach described in Greven et al. (2011). In analyses of the base model, the authors observed that as the years of data included in the analysis increased so did the magnitude of the mortality risk ratio (MRR) (Figure 3-26). Contrary to the base model, as depicted in Figure 3-26, there was a steady decline in the MRR for both the spline-based and decomposition-based models while MRRs remained relatively stable using the residual-based model. These results provide some evidence indicating that long-term temporal trends in $PM_{2.5}$ concentrations may be one source of unmeasured confounding to consider in long-term exposure studies lasting many years, and that a residual-based approach could potentially account for those trends.

The results of Eum et al. (2018) are consistent with a confounder analysis of temporal trends conducted by Wu et al. (2020a), originally discussed in Section 3.1.2.2.1. In the main analysis, the authors controlled for temporal trends by adjusting for calendar year and also included meteorological variables to account for season (i.e., summer and winter), maximum daily temperature, and relative humidity. In Cox and Poisson models that did not adjust for calendar year, HRs increased in analyses of both the entire cohort (Cox, main analysis, HR = 1.03 [95% CI: 1.03, 1.04]; Cox, minus calendar year, HR = 1.08 [95% CI: 1.08, 1.09]) and those limited to individuals living in locations where $PM_{2.5}$ concentrations were ≤ 12 $\mu g/m^3$ for the entire study duration (main analysis, HR = 1.17 [95% CI: 1.16, 1.18]; minus calendar year, HR = 1.25 [95% CI: 1.24, 1.27]), indicating that not accounting for temporal trends may overestimate associations. In addition, in analyses that excluded meteorological variables,

HRs were relatively unchanged compared with the main analysis (Cox, HR = 1.03 [95% CI: 1.02, 1.03]), indicating they are not a source of residual confounding in long-term exposure studies.




Source: Eum et al. (2018)

**Figure 3-26 Mortality risk ratios for a 10 µg/m³ increase in $PM_{2.5}$ by length of study for the base model and temporal adjusted models in Eum et al. (2018).**

Although there is extensive evidence of a relationship between long-term $PM_{2.5}$ exposure and mortality provided by numerous cohort studies discussed throughout this section, potential residual confounding remains a concern as reflected in the studies discussed above. Of these studies, only Eum et al. (2018) and Wu et al. (2020a) attempted to address a specific potential source of confounding (i.e., long-term trends). Erickson et al. (2019) also examined the potential implications of unmeasured confounders on the $PM_{2.5}$-mortality relationship by using an approach that indirectly adjusts for missing covariates via partitioned regression, based on an approach developed by Shin et al. (2014). This approach controls for unmeasured potential confounders that are not available in the primary data set for an individual cohort by using data from an ancillary matching data set. Shin et al. (2014) suggested that in applying indirect adjustment it is important for the primary data set and ancillary data set to have a similar distribution of the primary exposure (i.e., $PM_{2.5}$) among subjects across demographic characteristics, and to conduct a "gold-standard" evaluation to assess the magnitude of bias correction by excluding and

indirectly adjusting for specific variables in both data sets. Erickson et al. (2019) applied both of these suggestions by using three cohorts from the MAPLE studies. Specifically, the 2001 CanCHEC, which represented the main data set, and the CCHS as the ancillary matching data set were used for validation analyses, while the assessment of the direction and magnitude of bias of this approach was conducted using the mCCHS cohort as the ancillary data set that contained information, missing in CanCHEC, on cigarettes/day, alcohol use, fruit and vegetable intake, and leisure exercise.

A multi-step process was used to conduct this analysis that consisted of the following: (1) assess the representativeness of the primary data set (i.e., CanCHEC) to the ancillary data set (CCHS) to compare absolute and proportional differences in the distribution of $PM_{2.5}$ concentrations within the two populations; (2) conduct an internal validation to assess the degree of bias in HRs when applying the indirect adjustment; and (3) conduct an external validation to assess bias of using CCHS as the ancillary data set to indirectly adjust CanCHEC. In (1), Erickson et al. (2019) applied sampling weights to the CCHS to ensure the distribution of $PM_{2.5}$ concentrations was the same across demographic and socioeconomic characteristics at baseline. For (2), the authors used a "gold-standard" that consisted of removing and indirectly adjusting for variables available within the CanCHEC cohort (i.e., education and income). The results of this adjustment were then compared with a "True Model" that adjusted for education, income, and all other individual-level covariates. To conduct the internal validation, a "Partial Model" was developed that excluded education and income. The coefficient and variance terms for education and income were derived from the "True Model" with $PM_{2.5}$ excluded. The coefficient and variance terms for education and income were used to indirectly adjust for each covariate in the "Partial Model" resulting in the "Internal (validation) Model." A comparison of the "True Model" and "Internal (validation) Model" allows for an assessment of the indirect adjustment approach. In (3), the authors used a similar approach to the internal validation for conducting the external validation using variables available in both CanCHEC and CCHS (i.e., education and income) instead of using only the CanCHEC data. Finally, after going through each of the aforementioned steps to validate the indirect adjustment approach, Erickson et al. (2019) used the data from mCCHS on cigarettes/day, alcohol use, fruit and vegetable intake, and leisure exercise to indirectly adjust for the covariates within CanCHEC. For all analyses both time-varying and static $PM_{2.5}$ concentrations were evaluated, but for comparison with the exposure assignment approach used within the MAPLE studies, the results below primarily focus on the time-varying exposure.

In the internal and external validations, which focused on the educational and income variables, in analyses of nonaccidental, cardiovascular, IHD, and lung cancer mortality, the authors reported an overall reduction (i.e., bias) in the HRs compared with the "True Model" when indirectly adjusting for the covariates. There was a 3%−5.6% bias across mortality outcomes for the "Partial Model," which did not control for either covariate, which was reduced to 1.7%−2.9% and 1.3%−2.3% in the internal and external validation analyses, respectively. The results of the validation analyses were further confirmed in the main analysis using the mCCHS cohort as the ancillary data set, where there was an approximately 1.5% increase in the HR when indirectly adjusting for missing covariates in the CanCHEC cohort.

Additionally, the results using the ancillary data set within the CanCHEC cohort for nonaccidental, cardiovascular, and IHD mortality were consistent in magnitude to those reported in mCCHS.

The methods detailed by Erickson et al. (2019) provide an approach to address the issue of unmeasured confounders, but this method is limited by the availability of an ancillary data set. In addition, the direction and magnitude of the bias is dependent upon the direction and magnitude of the correlation between air pollution and the missing covariates within the population of interest. However, the direction of the bias can vary when using this confounder adjustment approach, with an underestimation of the HR observed when using a time-varying exposure and an overestimation observed when using a static exposure when compared with the "True Model." Overall, the results of Erickson et al. (2019) indicate that the lack of data for some covariates leads to an underestimation, not an overestimation, of the $PM_{2.5}$-mortality association.

In conclusion, recent studies that further evaluate the potential implications of unmeasured confounders on the association between long-term $PM_{2.5}$ exposure and mortality indicate that bias can occur in either direction. However, across the studies evaluated, the control for unmeasured confounders as detailed in Eum et al. (2018), Wu et al. (2020a), and Erickson et al. (2019) do not result in the elimination of the association, but instead provide additional confirmation that an association between long-term $PM_{2.5}$ exposure and mortality exists when accounting for additional confounders.

#### 3.2.2.2.7. Examination of the Concentration-Response (C-R) Relationship between Long-Term $PM_{2.5}$ Exposure and Mortality

An important consideration in characterizing the association between long-term $PM_{2.5}$ exposure and mortality is whether the concentration-response (C-R) relationship is linear across the full concentration range that is encountered, or if there are concentration ranges where there are departures from linearity. The 2009 PM ISA characterized the results of an analysis by Schwartz et al. (2008) that demonstrated that the shape of the C-R curve was generally linear. A substantially larger number of studies was evaluated in the 2019 PM ISA, which provided strong evidence for a linear, no-threshold concentration-response relationship for long-term $PM_{2.5}$ exposure and total (nonaccidental) mortality [U.S. EPA (2019); Section 11.2.4]. Although analyses of the Harvard Six Cities study (Lepeule et al., 2012) and the U.S. Medicare cohort (Di et al., 2017b; Shi et al., 2015) reported linear, no-threshold C-R relationships down to 8, 6 and 5 $\mu g/m^3$, respectively, evidence presented in the 2019 PM ISA demonstrated less certainty in the shape of the C-R curve at mean annual $PM_{2.5}$ concentrations generally below 8 $\mu g/m^3$, though some studies characterized the C-R relationship with certainty down to 4 $\mu g/m^3$ (e.g., analyses of the CanCHEC (Pinault et al., 2016)).

A number of recent studies conducted analyses that further inform the shape of the C-R relationship for the association between long-term $PM_{2.5}$ exposure and mortality and are summarized in Table 3-6. Generally, the results of these analyses continue to support a linear, no-threshold relationship

for total (nonaccidental) mortality, though there is some evidence for a sublinear (shallower slope at lower concentrations and steeper slope at higher concentrations) (Zhang et al., 2021; Pope et al., 2019) or supralinear (steeper slope at lower concentrations and shallower slope at higher concentrations) (Christidis et al., 2019; Pappin et al., 2019; Pinault et al., 2017) relationship at lower ambient $PM_{2.5}$ concentrations. Many of the recent studies that conducted C-R analyses include concentration ranges that extend below the level of the current annual $PM_{2.5}$ NAAQS of 12 μg/m$^3$.

**Table 3-6 Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long-term $PM_{2.5}$ exposure and mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure; $PM_{2.5}$ Mean; Range in μg/m$^3$ | Statistical Analysis<br>Summary |
|---|---|---|
| Christidis et al. (2019)<br>mCCHS<br>(Figure 2) | $PM_{2.5}$ estimates at 1 km$^2$ over 3-yr average (3-yr/1-km model) with single-yr lag assigned to postal code of residence<br>5.9 (0.4-17.2) | C-R: SCHIF fits a class of flexible, but monotonically nondecreasing functions to select best fitting model<br>Supralinear at lower concentrations (< 5 μg/m$^3$) |
| Elliott et al. (2020)<br>Nurses' Health Study<br>(Table 2) | 24-mo average ambient $PM_{2.5}$ exposures were estimated at residential addresses using a spatiotemporal prediction model<br>13.7; (NR) | Exposure categories (quintiles)<br>Monotonic (linear) relationship demonstrated by HRs remaining generally consistent and statistically significant. P for trend = 0.07 |
| Pappin et al. (2019)<br>CanCHEC<br>(Figure 2) | $PM_{2.5}$ estimates at 1 km over 3-yr average (3-yr/1-km model) with single-yr lag assigned to postal code of residence<br>6.68−7.95 (0.37−20.0) | C-R analysis, three-step approach: (1) restricted cubic splines (RCS) with a large number of knots; (2) smooth potential erratic predictions from the large number of knots using monotonically increasing smoothing splines (MISS); and (3) fit the SCHIF to the MISS predictions<br>Supralinear at lower concentrations (< 5 μg/m$^3$) |

**Table 3-6 (Continued): Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long term $PM_{2.5}$ exposure and mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure; $PM_{2.5}$ Mean; Range in μg/m³ | Statistical Analysis Summary |
|---|---|---|
| Pinault et al. (2017)<br>CanCHEC<br>(Figure 2; Table S4) | $PM_{2.5}$ estimates at 1 km over 3-yr average (3-yr/1-km model) with single-yr lag assigned to postal code of residence<br>7.37 (0.37−20.0) | C-R: SCHIF fits a class of flexible, but monotonically nondecreasing functions to select best fitting model (counterfactual is 0 μg/m³); cutpoint analyses: 0−5, 5−10, > 10 μg/m³ |
| | | Supralinear at lower concentrations (< 5 μg/m³); HRs remained positive and statistically significant in the two lowest cutpoint categories with highest HRs for the 0−5 μg/m³ category, consistent with the supralinear C-R function |
| Pope et al. (2019)<br>NHIS Cohort<br>(Figure 4) | Population-weighted annual $PM_{2.5}$ concentrations averaged for census-tract centroids.<br>10.7; (2.5−19.2) | C-R: Integrated model that fit a class of flexible, but monotonically nondecreasing functions to select best fitting model. |
| | | Generally linear, though some evidence of a shallower slope at lower concentrations (< 8 μg/m³) |
| Wang et al. (2020)<br>Medicare Cohort<br>(Figure 1; Table S4) | Daily $PM_{2.5}$ was estimated on a 6-km grid using a spatiotemporal model<br>10.3 (NR) | C-R: RCS model with 3 knots; Threshold: $PM_{2.5}$ < 8, < 10, < 12 μg/m³ |
| | | C-R: Linear across distribution of exposure concentrations with no evidence of a threshold; HRs remained positive and statistically significant when only participants with exposure concentrations below 8, 10, or 12 μg/m³ were included |
| Ward-Caviness et al. (2020)<br>HF Patient Cohort<br>(Table 2; Figure 3) | Nearest monitor (Threshold model) or Harvard's 1 km × 1 km modeled $PM_{2.5}$ surface (C-R figure);<br>10.3; (8−14) | Threshold model ($PM_{2.5}$ < 12 μg/m³); C-R: limited to $PM_{2.5}$ concentration within inner 95% of distribution (8−14 μg/m³) |
| | | HRs remained positive and statistically significant when only participants with exposure concentrations below 12 μg/m³ were included; linear C-R curve, with greatest certainty between 9 and 13 μg/m³ |

**Table 3-6 (Continued): Summary of studies examining the concentration-response (C-R) relationship or conducted threshold analyses for long term $PM_{2.5}$ exposure and mortality.**

| Study Location—Cohort Table/Figure from Reference | Exposure; $PM_{2.5}$ Mean; Range in μg/m³ | Statistical Analysis Summary |
|---|---|---|
| Wu et al. (2020a)<br>Medicare Cohort<br>(Figure 3) | An ensemble-based prediction model was used to estimate daily $PM_{2.5}$ concentrations for a 1-km² grid network across the contiguous U.S.<br>9.8 (NR) | Threshold model ($PM_{2.5}$ <12 μg/m³) |
| | | HRs remained positive and statistically significant when only participants with exposure concentrations below 12 μg/m³ were included |
| Zhang et al. (2021)<br>Ontario Health Study<br>(Figure 2; Tables S3, S8) | $PM_{2.5}$ estimates at 1 km² over 3-yr average (5-yr/1-km model) with single-yr lag assigned to postal code of residence<br>7.8 (NR) | C-R: SCHIF fits a class of flexible, but monotonically nondecreasing functions to select best fitting model; threshold model ($PM_{2.5}$ < 10 and < 8.8 μg/m³); Categorical exposure (quartiles) |
| | | Sublinear relationship with shallower slope at lower concentrations and steeper slope at mid-range concentrations; HRs remained positive and statistically significant when only participants with exposure concentrations below 10 μg/m³ were included. Results were positive but attenuated and no longer statistically significant below 8.8 μg/m³; categorical exposure results demonstrate sublinear relationship, similar to C-R function with strongest association for concentrations > 8.5 μg/m³ |

CanCHEC = Canadian Census Health and Environment Cohort; HF = heart failure; HR = hazard ratio; km = kilometer; mCCHS = Canadian Community Health Survey—mortality cohort; NHIS = National Health Interview Survey; NR = not reported; SCHIF = Shape Constrained Health Impact Function.

Wang et al. (2020) and Ward-Caviness et al. (2020) observed linear, no-threshold concentration-response relationships for total (nonaccidental) mortality, with confidence in the relationship down to a concentration of 5 and 9 μg/m³, respectively. Using exposure categories (i.e., quintiles of exposure) to estimate the shape of the concentration-response relationship, Elliott et al. (2020) report evidence that supports a monotonic (linear) function.

Studies that relied on data from Canadian cohorts evaluated the shape of the concentration-response relationship using a SCHIF approach to model the function (Zhang et al., 2021; Christidis et al., 2019; Pappin et al., 2019; Pinault et al., 2017). The SCHIF approach, developed by Nasari et al. (2016), fits a class of flexible, but monotonically nondecreasing functions to select the best fitting model of the concentration-response relationship. Most of the studies that used the SCHIF approach (Christidis et al., 2019; Pappin et al., 2019; Pinault et al., 2017) identified a supralinear

concentration-response relationship at relatively low $PM_{2.5}$ concentrations (< 5 μg/m$^3$) (for example, see Figure 3-27). In contrast, Zhang et al. (2021) applied the SCHIF approach to their analysis of the Ontario Health Study and identified a sublinear concentration-response relationship, with a more shallow slope observed for $PM_{2.5}$ concentrations < 8 μg/m$^3$. Analyses of exposure categories (i.e., quartiles) by Zhang et al. (2021) provides additional support for a sublinear concentration-response relationship. A similar sublinear relationship was reported by Pope et al. (2019) for a U.S. cohort (Figure 3-28).




Source: Pappin et al. (2019)

Note: Uncertainty bounds are displayed as gray shaded area. The uncertainty bounds are anchored at zero because the logarithm of the hazard ratio is fixed at zero and its associated standard error is also set at zero.

**Figure 3-27 Shape Constrained Health Impact Function predictions by $PM_{2.5}$ concentration for the pooled CanCHEC cohort.**




Source: Pope et al. (2019)
Note: Shaded area represents the 95% uncertainty bounds.

**Figure 3-28 Estimated concentration-response associations between $PM_{2.5}$ and all-cause mortality with a flexible modeling approach within the NHIS cohort.**

In addition to statistical analyses of the concentration-response relationship, several studies conducted threshold analyses to estimate associations between all-cause mortality and $PM_{2.5}$ concentrations below a certain concentration. Pinault et al. (2017) reported that HRs remained positive and statistically significant when examining cut-point categories of 0−5 and 5−10 µg/m$^3$, with the highest HRs for the 0−5 µg/m$^3$ category, consistent with the supralinear concentration-response function estimated by the SCHIF analysis. Wang et al. (2020) observed that HRs remained positive and statistically significant when restricting analyses to participants with exposure concentrations below 8, 10, or 12 µg/m$^3$. Similarly, Ward-Caviness et al. (2020) and Wu et al. (2020a) reported that HRs remained positive and statistically significant when restricting analyses to participants with exposure concentrations below 12 µg/m$^3$. Zhang et al. (2021) noted that HRs remained positive and statistically significant when only participants with exposure concentrations below 10 µg/m$^3$ were included, though the results were positive, but attenuated, and no longer statistically significant when restricting to exposure concentrations below 8.8 µg/m$^3$.

In addition to examining the C-R relationship between long-term $PM_{2.5}$ exposure and all-cause mortality, a limited number of studies evaluated the C-R relationship with cause-specific mortality. Wang et al. (2020) reported a linear, no-threshold C-R relationship for both cardiovascular and respiratory mortality. When the authors adjusted for ozone, the C-R relationship remained the same for

cardiovascular mortality, but the C-R relationship for respiratory mortality became supralinear below 10 μg/$m^3$. In threshold analyses, Wang et al. (2020) observed that HRs remained positive and statistically significant when restricting analyses to participants with exposure concentrations below 8, 10, or 12 μg/$m^3$. In analyses stratified by $PM_{2.5}$ concentration, Hayes et al. (2020) reported evidence of positive associations with cardiovascular mortality that increased in magnitude and decreased in precision as the range of $PM_{2.5}$ concentrations examined increased from 8−12, to 12−20, and finally to over 20 μg/$m^3$. When evaluating deaths due to diabetes, Lim et al. (2018) observed a linear C-R relationship, with the greatest confidence between 10 and 15 μg/$m^3$. Overall, recent studies that evaluated the C-R relationship for long-term $PM_{2.5}$ exposure and cause-specific mortality are consistent with those that examined all-cause mortality.

Consistent with the conclusions of the 2019 PM ISA, recent studies provide evidence that continues to support a linear, no-threshold C-R relationship for long-term $PM_{2.5}$ exposure and all-cause or cause-specific mortality across the range of exposure concentrations observed in North American cohort studies, with some studies characterizing the C-R relationship with certainty down to 4 μg/$m^3$ (i.e., the confidence intervals become relatively wide and in some instances the lower 95% CI crosses the null at this concentration). Generally, the evidence remains consistent in supporting a no-threshold relationship, and in supporting a linear relationship for $PM_{2.5}$ concentrations > 8 μg/$m^3$. However, uncertainties remain about the shape of the C-R curve at $PM_{2.5}$ concentrations < 8 μg/$m^3$, with some recent studies providing evidence for either a sublinear, linear, or supralinear relationship at these lower concentrations.

#### 3.2.2.3. Recent Epidemiologic Studies Examining the $PM_{2.5}$-Mortality Relationship through Accountability Analyses and Alternative Methods for Confounder Control

Within the 2019 PM ISA, a few studies were evaluated that conducted analyses that further informed the relationship between long-term $PM_{2.5}$ exposure and mortality through the use of alternative methods for confounder control (2019 PM ISA, Section 11.2.2.4). These initial studies provided additional support for a causal relationship between long-term $PM_{2.5}$ exposure and mortality. Since the literature cutoff date of the 2019 PM ISA, additional epidemiologic studies have been identified consisting of accountability analyses as well as studies that implemented alternative methods for confounder control that have the ability to reduce uncertainties related to confounding bias in the examination of the relationship between long-term $PM_{2.5}$ exposure and mortality (Table A-8). Study-specific details of the methods implemented in these recent studies can be found in Table 3-7.

**Table 3-7 Description of methods from epidemiologic studies using accountability analyses or alternative methods for confounder control to examine long-term exposure to $PM_{2.5}$ and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Wei et al. (2020)<br><br>Massachusetts<br><br>Medicare<br><br>2000−2012 | Generalized Propensity Score (GPS): estimates the conditional probability of an individual being exposed to the observed concentration level, accounting for all measured potential confounders<br><br>In the design stage, an ordinary least squares (OLS) model regressed predicted $PM_{2.5}$ concentrations against a linear combination of covariates, including the other pollutants (Table A-8). In the analysis stage, an ordinary least squares regression was used to fit a linear probability model relating mortality with the predicted $PM_{2.5}$ concentration and the estimated GPS. | 35.4 (95% CI: 33.4, 37.6) excess deaths per 10 million person-days for each 1 μg/$m^3$ increase in annual $PM_{2.5}$ concentrations |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Wei et al. (2021b)<br><br>Massachusetts<br><br>Medicare<br><br>2000−2012 | Three GPS approaches were used:<br><br>Linear Probability Model: In the design stage, GPS was constructed by fitting a linear regression of predicted $PM_{2.5}$ concentration against a column vector of covariates including copollutants (Table A-8) In the analysis stage, a linear probability model was fitted with the outcome of death, against the predicted $PM_{2.5}$ concentration and the GPS.<br><br>Weighted Least Squares: In the design stage, the person-days that had the same sex, race, age, Medicaid eligibility, ZIP code of residence, and date were aggregated as a single record and assigned the numbers of person-days for that record as a weight. The GPS was constructed by fitting a weighted linear regression of predicted $PM_{2.5}$ concentrations against all the covariates from this aggregated data set, with continuous covariates modeled with cubic polynomials. The average outcome for each aggregated person-day group was calculated and assigned to the person-day in the aggregated data set. A weighted linear regression was fitted for the averaged outcome against the predicted $PM_{2.5}$ concentration and the estimated GPS.<br><br>MoonRF: In the design stage, the number of person-days aggregated for each record was used as the frequency weight and sampled 62,000 person-days without replacement. With this sample, trees were built for $PM_{2.5}$ to make predictions of the exposure for each person-day, which was repeated 100 times. The final predicted $PM_{2.5}$ concentration for each person-day was obtained by averaging the predictions of the 100 trees. The GPS was constructed by using the averaged predictions of the 100 trees as the predicted $PM_{2.5}$ concentrations and covariates for each person-day in the aggregated data set. In the analysis stage, weighted regression of the averaged outcome was fitted against the predicted $PM_{2.5}$ concentration and the estimated GPS to obtain the effect estimate. | Linear Probability Model and Weighted Least Squares: 1053 (95% CI: 984, 1,122) annual early deaths for a 1 $\mu g/m^3$ increase in annual $PM_{2.5}$ concentrations<br><br>MoonRF: 1,058 (95% CI: 988, 1,127) annual early deaths for a 1 $\mu g/m^3$ increase in annual $PM_{2.5}$ concentrations |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Wu et al. (2020a)<br><br>U.S.<br><br>Medicare<br><br>2000−2016 | Three GPS approaches were used that required GPS estimation as the first step. The conditional density of predicted annual average $PM_{2.5}$ concentration on the 14 ZIP code or county-level covariates, with dummy variables for region and calendar year, were modeled using gradient boosting machine with normal residuals.<br><br>GPS matching: a matched pseudo-population was constructed. Once the covariate balance was achieved, a univariate Poisson regression model was fit to regress the death counts, with an offset of person-time term, on $PM_{2.5}$ exposure, stratifying by the individual-level covariates and the same follow-up year.<br><br>GPS weighting: a weighted pseudo-population was constructed. Once the covariate balance of the weighted pseudo-population was achieved, a weighted univariate Poisson regression was fitted, regressing the death count, with an offset term of person-time, on $PM_{2.5}$ exposure incorporating the assigned weights and stratifying by the individual-level covariates and the same follow-up year.<br><br>GPS adjustment: the conditional expectation of the death counts given the exposure and estimated GPS was modeled as a stratified Poisson regression with flexible formulation of bivariate variables, with the corresponding offset term of person-time. A univariate linear regression regressed the counterfactual mean hazard rates for each $PM_{2.5}$ concentration, stratified by the individual-level covariates and the same follow-up year. | For a 10 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations<br>GPS matching: HR = 1.068 (95% CI: 1.054, 1.083)<br><br>GPS weighting: HR = 1.076 (95% CI: 1.065, 1.088)<br><br>GPS adjustment: HR = 1.072 (95% CI: 1.061, 1.082) |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Wu et al. (2019)<br><br>New England (Vermont, New Hampshire, Connecticut, Massachusetts, Rhode Island, and Maine)<br><br>Medicare<br><br>2000−2012 | GPS: Regression calibration-GPS approach. The RC step of this approach adjusts for measurement error in a continuous exposure. The adjustment relies on two assumptions: transportability and nondifferential measurement error. Transportability assumes that the relationship between continuous exposure (X), the error-prone continuous exposure (W), and the error-free covariates associated with the measurement error (D) would be the same in the validation study where X is observed and the main study in which it is not. The nondifferential measurement error assumption is equivalent to the surrogacy assumption and means the conditional distribution of outcome given X, W, D depends only on X and D. The relationship between true exposures X and error-prone exposures W, conditional on other covariates D, was modeled using a regression model, specified by mean and variance. More specifically in the RC stage, Wu et al. (2019) obtained the $PM_{2.5}$ exposure at each grid cell in New England and then fit the regression model to include 14 meteorological variables as predictors.<br><br>In the second step, the GPS is implemented. The authors define the GPS as the conditional probability of receiving each category of the exposure given other pre-exposed covariates (C) (Table A-8). There are two assumptions for the GPS implementation: overlap/positivity and weak unconfoundedness. The overlap/positivity assumption guarantees that for all possible values of C, the average treatment effect can be estimated for each category of the exposure without relying on extrapolation (Wu et al., 2019). Weak unconfoundedness assumes that the assignment mechanism is weakly unconfounded (Wu et al., 2019). Three GPS approaches were considered:<br><br>Subclassification GPS: individuals were classified into groups based on the GPS elements, with each group containing the observations having similar values of the corresponding estimated GPS elements.<br><br>Inverse Probability of Treatment Weighting GPS: weights each individual by the inverse of their GPS.<br><br>GPS matching: involves matching individuals who receive one category of exposure to individuals who received another category of exposure based on the estimated GPS.<br><br>For each of the three GPS approaches, Wu et al. (2019) used multinomial logistic regression with 16 area-level covariates as confounders to construct the GPS. After constructing GPS for each approach, a stratified log-linear outcome model with a person-time offset estimated the IRR of the effect of long-term $PM_{2.5}$ exposure on all-cause mortality. The stratification variables were the individual-level covariates (age, as 5-yr age categories; race; sex; and Medicare eligibility). | Subclassification GPS: IRR = 1.03 (95% CI: 1.01, 1.05)<br><br>IPTW GPS: IRR = 1.02 (95% CI: 1.01, 1.04)<br><br>Matching GPS: IRR = 1.03 (95% CI: 1.01, 1.05) |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Schwartz et al. (2018b)<br><br>Northeastern and mid-Atlantic States (Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Pennsylvania, Maryland, Washington, DC, Virginia, and West Virginia)<br><br>Medicare<br><br>2000−2013 | Inverse Probability Weights (IPW): A GPS was fitted with a linear regression of continuous predicted $PM_{2.5}$ concentrations against the measured covariates. The IPW is constructed as the marginal probability density of exposure as the numerator and the probability density of each observation receiving the predicted $PM_{2.5}$ concentration in a year given the covariates in that year as the denominator. Separate logistic regression models were fitted to estimate the risk of dying at that age given the annual average $PM_{2.5}$ concentration at each subject's residential ZIP code and age-specific IPW weights to allow the influence of potential confounders to change with age. | The estimated mean age at death for a population with an annual average $PM_{2.5}$ concentration of 12 μg/m$^3$ was 0.89 (95% CI: 0.88, 0.91) less years |
| Awad et al. (2019)<br><br>U.S.<br><br>Medicare<br><br>2000−2012 | IPW: Constructed from a GPS model in which the weights were the inverse conditional probabilities of the continuous exposure given the covariates (Table A-8). The weights were then stabilized using the marginal probability of exposure as the numerator and the denominator was the conditional density function of change in exposure where the vector of covariates evaluated at observed covariate values for each participant. The Cox proportional model estimated the effect of change in annual $PM_{2.5}$ concentrations on the risk of all-cause mortality, stratified by ZIP code before moving, with the IPW to account for confounding after moving and follow-up time. | For a 10 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations:<br>HR = 1.21 (95% CI = 1.20, 1.22) among White individuals<br><br>HR = 1.12 (95% CI = 1.08, 1.15) among Black individuals |
| Higbee et al. (2020)<br><br>U.S.<br><br>National Center for Health Statistics<br><br>1986−2015 | IPW: Constructed by taking the inverse of the conditional probability of the exposure to a given value from a continuous scale of $PM_{2.5}$ concentrations and stabilized by multiplying the weights by the marginal probability of the $PM_{2.5}$ concentration. The Cox proportional hazard models estimated the hazard ratios associated with a 10 μg/m$^3$ increase in $PM_{2.5}$ concentration. Each of the covariates (Table A-8) were included as confounders while constructing the IPW for weighting the estimated model. | For a 10 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations:<br>All-cause mortality<br>HR = 1.12 (95% CI: 1.08, 1.15)<br><br>Cardiopulmonary mortality<br>HR = 1.23 (95% CI: 1.17, 1.29) |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Wei et al. (2021a)<br><br>U.S.<br><br>Medicare<br><br>2000−2016 | IPW: Proposed a decile binning, which divided $PM_{2.5}$ concentrations by deciles and predicted the inverse probability of being assigned to the observed group for each observation, adjusting for copollutants (ozone and $NO_2$), personal characteristics, meteorological, socioeconomic, behavioral, and medical access variables, and long-term time trend (Table A-8). The IPW was constructed in two stages—a design stage and an analysis stage. In the design stage, a randomized pseudo-population was constructed by weighting the observed population by the inverse probability of the exposure given all the measured confounders. In the analysis stage, the treatment effect was estimated among the constructed pseudo-population. The IPW for each $PM_{2.5}$ decile was stabilized by using the probability of any observed exposure being within the decile as the numerator. The denominator was the inverse logistic link function of a gradient boosting machine model with logistic loss function for predicting the probability of the observed binned exposure given the set of confounders, weighted by the number of person-years aggregated in the stratum. A log-linear regression model was then fitted to estimate the number of deaths and $PM_{2.5}$ decile category, weighted by the stabilized inverse probabilities. | 2nd decile group (mean annual $PM_{2.5}$ concentration of 6.60 μg/m$^3$): RR = 1.02 (95% CI: 1.02, 1.03)<br><br>10th decile group (mean annual $PM_{2.5}$ concentration of 15.47 μg/m$^3$): RR = 1.21 (95% CI: 1.20, 1.21) |
| Corrigan et al. (2018)<br><br>U.S.<br><br>National Center for Health Statistics<br><br>2000−2010 | Difference-in-Difference (DID): A linear regression model was used to estimate the association between the change in cardiovascular mortality rate and the change in $PM_{2.5}$ across U.S. counties, adjusted for potential confounders. | 1.10 (95% CI: 0.37, 1.82) fewer cardiovascular deaths per year per 100,000 people for each 1 μg/m$^3$ decrease in annual $PM_{2.5}$ concentrations |
| Sanders et al. (2020)<br><br>U.S.<br><br>Medicare<br><br>2000−2013 | DID: Examined if policy actions reduced $PM_{2.5}$ concentrations and mortality in treatment counties relative to control counties. DID flexibly captures the effects of treatment over time by using separate dummy variables for each year.<br><br>With the event study design in the DID models, nearest neighbor matching based on propensity score was used as an estimate of probability of attainment status. The independent variables used to estimate the propensity score were the mortality counts and the population for each year from 2000 to 2005 and were sampled without replacement.<br><br>An instrumental variable analysis was applied by dividing the mortality coefficient by the $PM_{2.5}$ coefficient to obtain the estimate of the effect of $PM_{2.5}$ on mortality, which is equivalent to a Wald instrument variable estimator, where the standard errors of the estimates were calculated. | After the regulatory changes in 2005, $PM_{2.5}$ concentrations decreased 1.59 μg/m$^3$ (95% CI: 1.39, 1.80) and mortality rates among those 65 years and older also decreased by 0.93% (95% CI: 0.10, 1.77). |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Henneman et al. (2019)<br><br>U.S.<br><br>Medicare<br><br>2005−2012 | DID: Estimated changes in each morality associated with changes in annual $PM_{2.5}$ concentrations. The differences between 2012 and 2005 mortality rates (per 10,000 beneficiaries) were estimated from a linear model that included the difference in $PM_{2.5}$ concentrations from 2012 and 2005, controlled for changes in census and meteorological variables. | Reduction in all-cause mortality of −0.38 (95% CI: −2.76, 2.01) per 10,000 person-days for each 1 μg/m$^3$ decrease in annual $PM_{2.5}$ concentrations during the time period |
| Fan and Wang (2020)<br><br>U.S.<br><br>Medicare<br><br>1999−2013 | DID: Treatment counties based on the location of the power plant and wind direction. For each treatment county, covariate matching was used, with matching based on county characteristics to select controls. After constructing a set of treatment and control counties, the effect of annual $PM_{2.5}$ on monthly age-adjusted mortality was estimated using an instrument variable (IV) approach to compare the before and after the retirement of coal plants between the treated and control counties. The instrumental variables were weather variables and time-varying socioeconomic variables. DID approach was also used to estimate the effect of coal plant retirements on $PM_{2.5}$ and mortality among populations older than 65. | IV: a 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations led to 7.17 fewer deaths per 100,000 people per month, or a 1.7% lower monthly mortality rate among people older than 65 yr of age<br><br>DID: power plant retirement decreased both monthly $PM_{2.5}$ concentrations by 2.1 μg/m$^3$, and the monthly age-adjusted mortality by approximately 15 people per 100,000 people (or 3.6%) in treated counties, relative to control counties |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Yitshak-Sade et al. (2019b)<br><br>Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Pennsylvania, Maryland, Washington, DC, Virginia, and West Virginia<br><br>Medicare<br><br>2000−2013 | DID: Used a Poisson survival analysis using the Anderson-Gill formulation with time-varying covariates. The data were randomly split into subsets due to computational limitations. The effect estimates were then pooled using a fixed-effect meta-analysis. | 4.04% (95% CI: 3.49, 4.59) increase in mortality rates for an IQR (3 μg/m$^3$) increase in annual $PM_{2.5}$ concentrations |
| Schwartz et al. (2021)<br><br>U.S.<br><br>Medicare<br><br>2000−2016 | DID: Applied the standard approach for continuous predictors. The mortality rate in a ZIP code given the demographic group (age, sex, race, Medicaid coverage) was associated with annual $PM_{2.5}$ concentrations, given the time-invariant or slowly changing confounders in a ZIP code, and the time-varying confounders that are common across ZIP codes. The time-invariant confounders were controlled by fitting individual intercepts for each ZIP code, while the time-varying confounders were removed by fitting nonlinear time trend using a natural spine function of year with three degrees of freedom. An additive model was used to estimate the additive effect of $PM_{2.5}$ on the probability of dying. | Probability of dying in each year increased by $3.85 \times 10^{-4}$ (95% CI $1.95 \times 10^{-4}$, $5.76 \times 10^{-4}$) for each 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations |

**Table 3-7 (Continued): Description of methods from epidemiologic studies that applied alternative methods for confounder control in examining long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location/Population (Cohort)/Years | Statistical Method | Results |
|---|---|---|
| Peterson et al. (2020)<br><br>U.S.<br><br>National Center for Health Statistics<br><br>1990−2010 | Accountability: To determine the portion of the temporal change in cardiovascular mortality attributable to the temporal change in the annual $PM_{2.5}$ concentrations, linear models were fitted, adjusted for time variant covariates (age-standardized annual COPD mortality rates) and time-invariant covariates (median household income, percent of non-White population, and population). The authors first estimated the overall national temporal trend in annual cardiovascular mortality, which accounted for the temporal changes in the cardiovascular mortality adjusted for the time variant and time-invariant covariates, but not adjusted by $PM_{2.5}$. Second, the national temporal trend in the annual $PM_{2.5}$ concentrations was estimated, while adjusting for the time variant and time-invariant covariates. Then, the association between $PM_{2.5}$ concentrations and cardiovascular mortality was estimated, assuming that this association was consistent nationally after adjusting for the covariates set and for other time-varying changes in cardiovascular morality unrelated to $PM_{2.5}$ concentrations. The $PM_{2.5}$-related cardiovascular mortality association was calculated as a product of the risk to cardiovascular mortality for each unit change in $PM_{2.5}$ concentration. A county-level random intercept term was included in the models to account for variation due to repeated measures from the same county and difference in baseline cardiovascular morality rates. | 3.88 (95% CI: 3.56, 4.21) fewer deaths per 100,000 persons for each 1 $\mu g/m^3$ reduction in annual $PM_{2.5}$ concentrations |
| Zigler et al. (2018)<br><br>Eastern U.S.<br><br>Medicare<br><br>2000-2012 | Accountability and Propensity Score: To examine whether attainment status for the 1997 NAAQS led to an improvement in $PM_{2.5}$ concentrations and subsequently health, the authors employed propensity scores, within a spatial hierarchical regression model to examine whether designation of nonattainment, for either the annual standard of 15 $\mu g/m^3$ or the daily standard of 65 $\mu g/m^3$, made in 2005 for the 1997 PM NAAQS led to a corresponding reduction in ambient $PM_{2.5}$ concentrations and all-cause mortality. In the first step, propensity scores were used to adjust for confounders by grouping attainment and nonattainment locations based on similarities of baseline characteristics, including air pollution monitoring data, population demographics, meteorological data, baseline Medicare characteristics, and $PM_{2.5}$ and mortality. In the second step, a spatial hierarchical regression model was used to predict the potential ambient $PM_{2.5}$ concentration in 2010–2012 that would have occurred in nonattainment areas if the designations had never occurred. The model used in this step specifies linear adjustment terms for propensity score group indicators and several specific covariates, each including an interaction with the indicator of attainment status, while including a spatial random effect that accounts for the similarity of ambient air quality at nearby locations. For the analysis, the spatial hierarchical model is estimated jointly with a log-linear model for all-cause mortality, with the same confounding adjustment for propensity score group and additional covariates. In addition to estimating the effect estimates for the overall average effects, a principal stratification approach was used to estimate "associative effects" and "dissociative effects." | Overall average effect: a reduction in the all-cause mortality rate by 1.25 (95% CI: -2.63, 0.11) deaths per 1000 beneficiaries<br><br>Average associative effects: a reduction in the all-cause mortality rate of 3.16 (95% CI: -5.19, -1.21) deaths per 1000 beneficiaries<br><br>Average disassociative effects: Quantitative results not presented |

DID = difference-in-difference; GPS = generalized propensity score; HR = hazard ratio; IPTW = inverse probability treatment weighting; IPW = inverse probability weighting; IRR = incidence rate ratio; IV = instrument variable; moonRF = m-out-of-n random forests.

Wei et al. (2020), Wei et al. (2021b), and Wu et al. (2020a) implemented different GPS modeling approaches to assess associations between long-term $PM_{2.5}$ concentrations and mortality among Medicare beneficiaries. GPS statistical approaches were developed as an extension of propensity score methods for continuous exposures and represent the relative likelihood of being exposed to the observed pollutant concentration and all measured confounders (Wei et al., 2020). The GPS approach estimates the conditional probability of an individual being exposed to the observed pollutant concentration, accounting for all measured potential confounders (Table A-8).

Wei et al. (2020) evaluated the association of long-term $PM_{2.5}$ concentrations and all-cause mortality among Medicare beneficiaries residing in Massachusetts during 2000−2012 using a GPS approach. The authors define long-term exposure as a 1-year moving average of the $PM_{2.5}$ concentration. Wei et al. (2020) reported that each 1 μg/m$^3$ increase in long-term $PM_{2.5}$ concentrations was associated with 35.4 (95% CI: 33.4, 37.6) excess deaths per 10 million person-days. When the analysis was restricted to different low-level concentrations, the number of excess deaths associated with a 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations increased to 35.5 per 10 million person-days (95% CI: 33.4, 37.7) when restricting to $PM_{2.5}$ concentrations ≤ 14 μg/m$^3$ and to 60.7 per 10 million person-days (95% CI: 47.9, 73.9) when restricting to $PM_{2.5}$ concentrations ≤ 7 μg/m$^3$.

Whereas Wei et al. (2020) focused on a single GPS approach, Wei et al. (2021b) presented three GPS-based approaches in examining long-term $PM_{2.5}$ concentrations and mortality including a linear probability model, weighted least squares, and m-out-of-n random forests (moonRF), for assessing the effect of long-term $PM_{2.5}$ exposures on mortality rates among Medicare beneficiaries residing in Massachusetts between 2000 and 2012. The moonRF method is based on the random forest method, which is a non-parametric machine learning approach of classification for possible nonlinear relationships and interactions through building individual decision trees through resampling. To reduce the computational burden of the linear probability model GPS approach, weighted least squares and moonRF GPS approaches were proposed as alternatives. Wei et al. (2021b) showed that the linear probability model and the weighted least squares model produced nearly identical results. The annual number of early deaths associated with 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations was 1,053 (95% CI: 984, 1,122) using linear probability model and weighted least squares approaches and was 1,058 (95% CI: 988, 1,127) using moonRF. When restricting the analysis to annual $PM_{2.5}$ concentrations below < 12 μg/m$^3$, 1,203 (95% CI: 1,126, 1,280) annual early deaths were associated with a 1 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations when using both the linear probability model and weighted least squares approaches with a slightly higher number of early deaths with the moonRF approach (1,214 [95% CI: 1,137, 1,292]).

Similar to Wei et al. (2021b), Wu et al. (2020a) also assessed the association between long-term $PM_{2.5}$ concentrations and mortality among Medicare beneficiaries between 2000 and 2016 using multiple GPS approaches including: (1) matching by GPS; (2) weighting by GPS; and (3) adjustment by GPS, meaning the GPS was included as a covariate in the health outcome model. Wu et al. (2020a) reported that the three GPS approaches yielded similar results with a 10 μg/m$^3$ increase in annual $PM_{2.5}$

concentrations corresponding to a reduction in mortality rate ranging from 6% to 7% (matching by GPS: HR = 1.07 [95% CI: 1.05, 1.08]; weighting by GPS: HR = 1.08 [95% CI: 1.07, 1.09]; and adjustment by GPS: HR = 1.07 (95% CI: 1.06, 1.08]). The estimated hazard ratios were even larger when restricting the cohort of Medicare enrollees to only those that lived in locations where annual $PM_{2.5}$ concentrations were lower than 12 μg/m$^3$: matching by GPS: HR = 1.26 (95% CI: 1.23, 1.29); weighting by GPS: HR = 1.27 (95% CI: 1.24, 1.30); and adjustment by GPS: HR = 1.23 (95% CI: 1.18, 1.28).

Whereas Wei et al. (2020), Wei et al. (2021b), and Wu et al. (2020a) used different GPS approaches to examine the association between long-term exposure to $PM_{2.5}$ and mortality, Wu et al. (2019) developed a new two-stage GPS approach consisting of a regression calibration-GPS (RC-GPS) based adjustment for continuous error-prone exposure combined with GPS to adjust for potential confounding. The new proposed method provides a correction for measurement error in the exposure for both the design and analysis stages with GPS, allows the GPS implementation to be paired with any generalized linear model, and shows how standardized bias can be used to assess fit in the context of GPS analysis for categorical exposures. The RC approach was applied in conjunction with three GPS approaches: subclassification, inverse probability of treatment weighting (IPTW), and matching. After constructing GPS for each approach, a stratified log-linear outcome model with a person-time offset estimated the incidence rate ratio (IRR) of the effect of long-term exposure to $PM_{2.5}$ on all-cause mortality. When applying the RC-GPS based adjustment, the authors reported IRRs that were consistent across the three GPS approaches: RC-GPS subclassification approach: IRR was 1.03 (95% CI: 1.01, 1.05); 1.02 (95% CI: 1.01, 1.04) for the IPTW GPS approach, and 1.03 (95% CI: 1.01, 1.05) for the GPS matching approach, when comparing moderate levels of $PM_{2.5}$ concentrations ($8 < PM_{2.5} \leq 10$ μg/m$^3$) to low concentration ($PM_{2.5} \leq 8$ μg/m$^3$). When comparing high levels of $PM_{2.5}$ concentrations ($PM_{2.5} >$ 10 μg/m$^3$) to low concentrations ($PM_{2.5} \leq 8$ μg/m$^3$), the IRRs were 1.04 (95% CI: 1.00, 1.07) for subclassification, 1.03 (95% CI: 1.01, 1.06) for IPTW, and 1.04 (95% CI: 1.02, 1.06) for matching.

In addition to GPS, other alternative methods for confounder control have been employed in epidemiologic studies including inverse probability weighting (IPW). IPW generates weights by taking the inverse of the conditional probability of the exposure of a pollutant concentration. The weight is then stabilized by multiplying the weights by the marginal probability of the level of exposure, meaning that by applying weights the exposure is no longer associated with the confounders (Higbee et al., 2020; Awad et al., 2019).

Schwartz et al. (2018b) and Awad et al. (2019) both applied IPW methods to estimate the effect of long-term exposure to $PM_{2.5}$ on mortality among Medicare beneficiaries, while controlling for similar confounders (Table A-8). Schwartz et al. (2018b) estimated the marginal effect of annual $PM_{2.5}$ concentrations on the distribution of life expectancy among Medicare beneficiaries residing in the northeastern and mid-Atlantic region of the U.S. between 2000 and 2013 by applying an IPW survival model. The estimated mean age at death for a population with an annual average $PM_{2.5}$ concentration of 12 μg/m$^3$ was 0.89 (95% CI: 0.88, 0.91) years less than estimated for a counterfactual $PM_{2.5}$

concentrations of 7.5 μg/m$^3$. Schwartz et al. (2018b) estimated that 23.5% of the Medicare population would die before 76 years of age if they were exposed to an annual $PM_{2.5}$ concentration of 12 μg/m$^3$ compared with 20.1% if the Medicare population was exposed to an annual average $PM_{2.5}$ concentration of 7.5 μg/m$^3$. Furthermore, the authors estimated that 40.8% of Medicare recipients would live past 85 years of age if exposed to an annual $PM_{2.5}$ concentration of 12 μg/m$^3$ $PM_{2.5}$ compared with 44.5% at 7.5 μg/m$^3$.

Awad et al. (2019) estimated the effect of a change in annual $PM_{2.5}$ concentrations due to moving on the risk of mortality among Medicare beneficiaries from 2000 to 2012 in the U.S. from Cox proportional hazards using an IPW approach to control for potential confounding (Table A-8). The Cox proportional model estimated the effect of change in $PM_{2.5}$ concentrations on the risk of all-cause mortality, stratified by ZIP code before moving, with the IPW to account for confounding after moving and follow-up time. Awad et al. (2019) estimated a HR of 1.21 (95% CI: 1.20, 1.22) among White individuals and 1.12 (95% CI: 1.08, 1.15) among Black individuals for a 10 μg/m$^3$ increase in annual $PM_{2.5}$ concentrations for all-cause mortality. When restricting the analysis to movers with $PM_{2.5}$ concentration ≤ 12 μg/m$^3$, the hazard ratio was 1.25 (95% CI: 1.24, 1.27) for White individuals and 1.08 (95% CI: 1.01, 1.14) for Black individuals for all-cause mortality.

Wei et al. (2021a) used an IPW approach to emulate a dose-response between $PM_{2.5}$ and all-cause mortality from Medicare beneficiaries between 2000 and 2016. This newer IPW approach used decile binning, which divided $PM_{2.5}$ concentrations into 10 equally sized deciles and predicted the inverse probability of being assigned to the observed group for each observation, adjusting for copollutants (i.e., ozone and $NO_2$) and other covariates (Table A-8). The lowest decile group is treated as the reference with effects estimated for the other decile groups compared with the reference. The RR of all-cause mortality associated with long-term exposure to $PM_{2.5}$ ranged from 1.02 (95% CI: 1.02, 1.03) at 6.60 μg/m$^3$ (2nd decile group) to 1.21 (95% CI: 1.20, 1.21) at 15.47 μg/m$^3$ (10th decile group). Assuming that the IPW models were correctly specified with the adjustment of copollutants and confounders, the dose-response curves demonstrated that in general, higher concentrations of $PM_{2.5}$ are associated with a greater risk of all-cause mortality (Wei et al., 2021a). While the previous studies all used the IPW approach in analyses of Medicare beneficiaries, Higbee et al. (2020) examined the association between long-term exposure to $PM_{2.5}$ and all-cause and cardiopulmonary mortality from the National Health Interview Survey from 1986 to 2015. Within this study the authors applied a series of Cox proportional hazards models, adjusted using IPW. The hazard ratio for all-cause mortality was 1.12 (95% CI: 1.08, 1.15) per 10 μg/m$^3$ increase in $PM_{2.5}$ concentration and for cardiopulmonary mortality, it was 1.23 (95% CI: 1.17, 1.29) per 10 μg/m$^3$ increase in $PM_{2.5}$ concentration.

In addition to GPS and IPW, additional epidemiologic studies used a difference-in-difference (DID) approach to control for unmeasured confounders. In this method, the mean exposure is calculated for exposed and non-exposed groups between two time periods, such as pre- and post-intervention (Schwartz et al., 2021; Yitshak-Sade et al., 2019b). The predictors of the outcome, such as socioeconomic

status, education, and smoking status, are the same in each group in both time periods, therefore, theoretically the difference between outcomes in the two time periods in the exposed group cannot be confounded by those predictors (Schwartz et al., 2021).

To account for changes in $PM_{2.5}$ concentrations due to policy or the implementation of an intervention, Corrigan et al. (2018), Sanders et al. (2020), Henneman et al. (2019), and Fan and Wang (2020) used DID methods to assess whether there was evidence of changes in associations with mortality due to changes in annual $PM_{2.5}$ concentrations. Corrigan et al. (2018) examined whether there was a change in the cardiovascular mortality rate before (2000−2004) and after (2005−2010) implementation of the first annual $PM_{2.5}$ NAAQS in 2005 based on mortality data from the National Center for Health Statistics (Table A-8). The authors reported 1.10 (95% CI: 0.37, 1.82) fewer cardiovascular deaths per year per 100,000 people for each 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations. When comparing whether counties achieved NAAQS compliance (attainment) or not (non-attainment), there were 1.96 (95% CI: 0.77, 3.15) fewer cardiovascular deaths for each 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations between the two periods for attainment counties, whereas for non-attainment counties, there were 0.59 (95% CI: −0.54, 1.71) fewer cardiovascular deaths between the two periods. Sanders et al. (2020) conducted a similar study as Corrigan et al. (2018) by attempting to isolate the relationship between regulation of and reductions in $PM_{2.5}$ concentrations and associated mortality from Medicare beneficiaries between 2000 and 2013 (Table A-8). After the release of the first annual $PM_{2.5}$ NAAQS implementation in 2005, annual $PM_{2.5}$ concentrations decreased by 1.59 μg/m$^3$ (95% CI: 1.39, 1.80), which corresponded to a reduction in mortality rates among individuals 65 years and older of 0.93% (95% CI: 0.10, 1.77).

While Corrigan et al. (2018) and Sanders et al. (2020) used DID to examine the relationship between changes in annual $PM_{2.5}$ concentrations and mortality due to the $PM_{2.5}$ NAAQS, Henneman et al. (2019) and Fan and Wang (2020), applied DID methods to explore the changes in $PM_{2.5}$ concentrations following retirement of coal-fueled power plants and mortality. Henneman et al. (2019) conducted an accountability analysis of emissions reductions from coal-fueled power plants in the U.S. between 2005 and 2012 and whether there were corresponding reductions in all-cause mortality using Medicare data (Table A-8). The authors reported a reduction in all-cause mortality of −0.38 (95% CI: −2.76, 2.01) deaths per 10,000 person-days for each 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations during the time period. Fan and Wang (2020) also used Medicare data from 1999 to 2013 to estimate the relationship between mortality and low $PM_{2.5}$ concentrations in response to the retirement of five large coal plants by applying both instrumental variable and DID approaches (Table A-8). The instrumental variable represents variations in the exposure (e.g., $PM_{2.5}$) that are randomized with respect to both measured and unmeasured confounders and can therefore provide an estimate of the effect of the exposure (Schwartz et al., 2018a). The authors reported that a 1 μg/m$^3$ reduction in annual $PM_{2.5}$ concentrations corresponded to 7.17 fewer deaths per 100,000 people per month, or a 1.7% lower monthly mortality rate among people older than 65 years of age when applying an instrument variable approach. The power plant retirement decreased both monthly $PM_{2.5}$ concentrations by 2.1 μg/m$^3$, and the monthly age-adjusted mortality by

approximately 15 people per 100,000 people (or 3.6%) in treated counties, relative to control counties, based on the DID approach.

Yitshak-Sade et al. (2019b) and Schwartz et al. (2021) also used DID approaches to evaluate the changes in long-term exposure to $PM_{2.5}$ over time on mortality rates among Medicare beneficiaries. Yitshak-Sade et al. (2019b) applied a DID approach to the Medicare population of the northeastern and mid-Atlantic states to incorporate individual covariates and assess the effect of annual $PM_{2.5}$ concentrations on all-cause mortality rates from 2000 to 2013 (Table A-8). For an IQR (3 $\mu g/m^3$) increase in annual $PM_{2.5}$ concentrations, the authors reported a 4.04% (95% CI: 3.49, 4.59) increase in mortality rates. In a sensitivity analysis, the mortality effect was modified by eligibility to Medicaid insurance and race, with larger associations among people who are eligible to receive Medicaid services (5.99% [95% CI: 4.38, 7.62] and among Black individuals (10.10% [95% CI: 8.56, 11.67]. Whereas Yitshak-Sade et al. (2019b) applied DID to a portion of Medicare beneficiaries, Schwartz et al. (2021) applied two DID approaches to assess whether changes in $PM_{2.5}$ are associated with changes in mortality rates nationally among Medicare participants between 2000 and 2016 (Table A-8). The authors reported that the probability of dying in each year increased by $3.85 \times 10^{-4}$ (95% CI: $1.95 \times 10^{-4}$, $5.76 \times 10^{-4}$) for each 1 $\mu g/m^3$ increase in $PM_{2.5}$ in that year. When the analysis was restricted to those beneficiaries residing in locations where $PM_{2.5}$ concentrations are below 12 $\mu g/m^3$ during the follow-up period, the probability of dying in each year increased to $4.26 \times 10^{-4}$ (95% CI $1.43 \times 10^{-4}$, $7.09 \times 10^{-4}$) for 1 $\mu g/m^3$ increase in annual $PM_{2.5}$ concentrations.

Peterson et al. (2020) conducted an accountability analysis to examine which portion of the observed declining trend in cardiovascular mortality from the National Center for Health Statistics between 1990 and 2010 was associated with changes in ambient $PM_{2.5}$. To determine the portion of the temporal change in cardiovascular mortality attributable to the temporal change in the ambient concentration of $PM_{2.5}$, Peterson et al. (2020) fit linear models, and adjusted for time-variant covariates (age-standardized annual COPD mortality rates) and time-invariant covariates (median household income, percent of non-White population, and population). On average, each 1 $\mu g/m^3$ reduction in annual $PM_{2.5}$ concentrations was associated with 3.88 (95% CI: 3.56, 4.21) fewer deaths per 100,000 persons. When combined with the annual decline in $PM_{2.5}$ concentrations, the $PM_{2.5}$-trend accounted for 0.52 (95% CI: 0.48, 0.57) fewer deaths per 100,000 persons each year, for a total change of 10.44 (95% CI: 9.56, 11.32) fewer deaths per 100,000 persons over the entire study period.

Zigler et al. (2018) used a hybrid approach of integrating an accountability analysis with an alternative method for confounder control to examine whether attainment status for the 1997 NAAQS led to an improvement in $PM_{2.5}$ concentrations and subsequently health, as previously discussed in Section 3.1.2.3. By focusing on nonattainment designations, the authors are able to examine the role of local control strategies in reducing $PM_{2.5}$ concentrations that occurred above and beyond reductions due to regional strategies. Within this study, Zigler et al. (2018) employed propensity scores, within a spatial hierarchical regression model to examine whether designation of nonattainment in 2005 for the 1997 PM

NAAQS (see Table 3-7), for either the annual standard of 15 µg/m$^3$ or the daily standard of 65 µg/m$^3$, led to a corresponding reduction in ambient $PM_{2.5}$ concentrations and all-cause mortality rates among Medicare beneficiaries in the eastern U.S. from 2009 to 2012. Zigler et al. (2018) reported a reduction in the overall average effect for all-cause mortality across the nonattainment areas of 1.25 (95% CI: −2.63, 0.11) deaths per 1000 beneficiaries, which is similar in magnitude and precision to the average "dissociative effect" (i.e., the effects of the nonattainment designations estimated to not affect $PM_{2.5}$ concentrations by more than ±1 µg/m$^3$). When examining the average "associative effect" (i.e., the effects of the nonattainment designations on mortality rates among areas where the nonattainment designations are estimated to reduce ambient $PM_{2.5}$ concentrations by at least 1 µg/m$^3$), the authors reported a reduction in the all-cause mortality rate that was larger than the "dissociative effect" (−3.16 [95% CI: −5.19, −1.21] deaths per 1000 beneficiaries). Collectively, the results of Zigler et al. (2018) provide evidence that reductions in ambient $PM_{2.5}$ concentrations and all-cause mortality could not be conclusively attributed to nonattainment designations against the backdrop of other regional strategies that impacted the eastern U.S.

Overall, recent epidemiologic studies employed a variety of alternative methods for confounder control such as GPS, IPW, and DID and reported consistent results among large study populations across the U.S. These alternative methods for confounder control in combination with accountability analyses reduce uncertainties related to confounder bias and further informs the relationship between long-term $PM_{2.5}$ exposure and total mortality and supports the conclusions of the 2019 PM ISA.

#### 3.2.2.4. Summary of Recent Evidence in the Context of the 2019 Integrated Science Assessment for Particulate Matter Causality Determination for Long-Term $PM_{2.5}$ Exposure and Mortality

Recent epidemiologic studies published since the 2019 PM ISA support and extend the evidence base that contributed to the conclusion of a *causal relationship* between long-term $PM_{2.5}$ exposure and mortality. Numerous cohort studies conducted in the U.S. and Canada in locations with mean annual concentrations that, in many instances, are lower than those reported in studies evaluated in the 2019 PM ISA, add to the large evidence base indicating consistent, positive associations between long-term $PM_{2.5}$ exposure and mortality. These positive associations were reported across studies using different: cohorts, exposure windows, approaches for confounder adjustment, and exposure assessment methods that used different sources of data and were conducted at different spatial resolutions. In addition, studies examining cause-specific mortality further expand upon the studies that reported consistent, positive associations with cardiovascular- and respiratory-related mortality as well as other mortality outcomes. Recent studies also provide some of the initial evidence demonstrating that individuals with preexisting health conditions (i.e., heart failure and diabetes) are at increased risk of mortality overall, which, until recently, was primarily examined in studies using stratified analyses, rather than a cohort of individuals with an underlying health condition.

Additional support for a relationship between long-term $PM_{2.5}$ exposure and mortality stems from studies that examined the influence of potential confounding bias. While there is some evidence of potential confounding of the $PM_{2.5}$-mortality association by copollutants within the MAPLE studies, this is not consistent with other recent studies evaluated in the U.S. and Canada that reported associations consistent in magnitude in both single and copollutant models or with the studies evaluated in the 2019 PM ISA. In addition to copollutants, a few studies examined whether additional potential confounders, such as temporal trends and meteorological variables, could explain the $PM_{2.5}$-mortality association. Analyses examining these additional covariates, which have previously been hypothesized to be confounders of the association, further confirm that the relationship between long-term $PM_{2.5}$ exposure and mortality is unlikely to be biased by these factors.

Consistent with the conclusions of the 2019 PM ISA, recent studies provide evidence that continues to support a generally linear, no-threshold C-R relationship for long-term $PM_{2.5}$ exposure and all-cause or cause-specific mortality. Recent studies extend the evidence base by using novel statistical techniques for estimating the C-R relationship, by examining the C-R relationship among populations with relatively low $PM_{2.5}$ concentrations, and by evaluating cause-specific mortality in addition to all-cause mortality. A limited number of recent studies add to and support the evidence from the 2019 PM ISA by examining the temporal trends in $PM_{2.5}$ concentrations and changes in life expectancy. These studies generally observed that higher exposures to $PM_{2.5}$ concentrations are associated with decreases in life expectancy.

Finally, a number of recent studies employed alternative methods for confounder control or conducted accountability analyses in the process of examining the relationship between long-term $PM_{2.5}$ exposure and mortality. These studies, which used different statistical approaches for confounder control in combination with accountability analyses that examined the effect of policies or interventions on $PM_{2.5}$ concentrations and mortality, collectively provide additional support for the consistent positive associations between long-term $PM_{2.5}$ exposure and mortality reported in cohort studies spanning diverse geographic locations and populations.

## 3.3. Key Scientific Topics that Further Inform the Health Effects of $PM_{2.5}$

This section evaluates recent studies that address specific scientific topics that further inform the relationship between $PM_{2.5}$ exposure and health and are relevant to consider in the process of reconsidering the PM NAAQS. The topics covered in this section include recent experimental studies conducted at near-ambient concentrations, which can further inform the biological plausibility of health effects at the ambient concentrations reported in epidemiologic studies (Section 3.3.1); the role of $PM_{2.5}$ exposure on COVID-19 infection and death (Section 3.3.2); and an evaluation of studies that examine $PM_{2.5}$ exposure and health risk disparities among racial and ethnic groups and SES (Section 3.3.3).

**Table A-7 (Continued): Study-specific details for epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Mortality Outcomes | Exposure Assessment | Confounders in Statistical Model | $PM_{2.5}$ Concentrations (µg/m³) | Copollutant Examination |
|---|---|---|---|---|---|---|
| Crouse et al. (2020)<br>Canada<br>$PM_{2.5}$: 1998−2010<br>Follow-up: 2001−2011 | CanCHEC (2001)<br>n = 2,452,665<br>deaths = 191,555<br>25−89 yr of age | Nonaccidental<br>Cardiovascular<br>Cardiometabolic<br>IHD<br>Cerebrovascular<br>Respiratory<br>Lung cancer | Base model: $PM_{2.5}$ estimates at 1 km over 3-yr average (3-yr/1-km model) with single-year lag assigned to postal code of residence. As detailed in van Donkelaar et al. (2015) $PM_{2.5}$ exposures derived from AOD retrievals using GEOS-Chem calibrated to surface measurements by GWR.<br><br>Sensitivity analyses: Examined 1, 5, and 10 km spatial scales and 1, 3, and 8-yr temporal scales. | Age, sex<br>Community-level: time-varying indicator of size of each subject's home community from most recent census; CAN-Marg Index; geographic airshed of subject's residence<br>Individual-level: Aboriginal identity, visible minority status, marital status, highest level of education, employment status, and household income adequacy quintiles | 1-yr (Mean, Range)<br>1 km: 7.21 (0.0−20.0)<br>5 km: 6.59 (0.05−20.0)<br>10 km: 6.24 (0.21−20.0)<br><br>3-yr (Mean, Range)<br>1 km: 7.43 (0.00−20.0)<br>5 km: 6.79 (0.40−18.50)<br>10 km: 6.44 (0.60−18.16)<br><br>8-yr (Mean, Range)<br>1 km: 7.98 (0.35−18.36)<br>5 km: 7.27 (0.92−16.83)<br>10 km: 6.90 (0.79−16.40) | Correlation (*r*):<br>$NO_2$: 0.49−0.62<br>$O_3$: 0.44−0.58<br>$O_x$: 0.60−0.68<br>Copollutant models with: $O_3$, $NO_2$, $O_x$ |

**Table A-7 (Continued): Study-specific details for epidemiologic studies of long-term $PM_{2.5}$ exposure and mortality.**

| Study | Study Population | Mortality Outcomes | Exposure Assessment | Confounders in Statistical Model | $PM_{2.5}$ Concentrations (µg/m$^3$) | Copollutant Examination |
|---|---|---|---|---|---|---|
| Erickson et al. (2020)<br>Canada<br>$PM_{2.5}$: 1998−2106<br>Follow-up: May 15, 2001−Dec 31, 2016 | CanCHEC (2001)<br>n = 3,101,605<br>immigrants (n) = 684,400<br>deaths (non-immigrants) = 323,430<br>deaths (immigrants) = 87,775 | Nonaccidental<br>Cardiovascular<br>Cardiometabolic<br>IHD<br>Cerebrovascular<br>Respiratory<br>COPD<br>Lung cancer | $PM_{2.5}$ estimates at 1 km$^2$ over 3-yr average (3-yr/1-km model) with single-year lag assigned to postal code of residence for years 1998−2012. As detailed in van Donkelaar et al. (2015) $PM_{2.5}$ exposures derived from AOD retrievals using GEOS-Chem calibrated to surface measurements by GWR. Spatial variation from modeled surface used with simulate $PM_{2.5}$ and constrained with local ground-based monitors to estimate $PM_{2.5}$ concentrations through 2015 as detailed in Meng et al. (2019). $PM_{2.5}$ concentrations extended back to 1998 by applying interannual variation of a published $PM_{2.5}$ data set (Boys et al., 2014). | Age, sex, visible minority status, Aboriginal identity, marital status, educational attainment, income adequacy quintiles, employment status, occupational classification, age at immigration, geographic region of birth, CAN-Marg Index, community size, urban form, regional airshed | Mean (SD)<br>Non-immigrant: 7.53 (2.65)<br>Immigrant:<br>Pre-1971: 9.13 (2.53)<br>1971−1980: 9.28 (2.28)<br>1981−1990: 9.54 (2.13)<br>1991−2001: 9.69 (2.02) | Correlation (*r*): NA<br>Copollutant models with: NA |
| Erickson et al. (2019)<br>Canada<br>$PM_{2.5}$: 1998−2012<br>Follow-up: 2001−2011 | CanCHEC (2001)<br>n = 2,468,190<br>CCHS<br>n = 80,630 | Nonaccidental<br>Cardiovascular<br>IHD<br>Lung cancer | $PM_{2.5}$ estimates at 1 km over 3-yr average (3-yr/1-km model) with single-year lag assigned to postal code of residence for years 1998−2012. As detailed in van Donkelaar et al. (2015). $PM_{2.5}$ exposures derived from AOD retrievals using GEOS-Chem calibrated to surface measurements by GWR. | Age, sex, visible minority status, Aboriginal status, marital status, educational attainment, income quintile, labor force status, CMA-size, airshed, CAN-Marg Index | CanCHEC<br>Mean: 8.40<br>CCHS:<br>Mean: 6.70 | Correlation (*r*): NA<br>Copollutant models with: NA |

**Table A-8 (Continued): Study-specific details for epidemiologic studies using alternative methods for confounder control to examine long-term $PM_{2.5}$ exposure and mortality.**

| Study/Location Years | Population (Cohort) | Outcome | Exposure Assessment | $PM_{2.5}$ Concentrations (µg/m$^3$) | Confounders | Copollutant Examination |
|---|---|---|---|---|---|---|
| Schwartz et al. (2021)<br>U.S.<br>2000−2016 | Medicare<br>n = 623,036,820 person-years of follow-up | Mortality | Used a validated prediction model calibrated to measurements at almost 2000 U.S. EPA AQS monitoring stations using an ensemble of machine learners that provided daily estimates for a 1 km grid of the contiguous U.S. | Mean (SD): 10.3 (3.1)<br>Median: 9.8<br>IQR: 7.9, 12.0 | Individual: age, sex, ZIP code, Medicaid eligibility<br>ZIP code: percent of people ≥ 65 living in poverty, median household income, median house value, percent of owner occupied homes, percent Black, percent Hispanic, population density, and education, percentage of Medicare participants who had a hemoglobin A1c test, a low-density lipoprotein cholesterol (LDL-c) test, a mammogram, an eye exam, and a visit to an annual checkup for each year in each hospital catchment area, distance from each ZIP code centroid to the nearest hospital, hospitalization rate for lung cancer (proxy for long-term smoking)<br>County: percentage of people who ever smoked and BMI<br>Meteorologic: average temperature in the warm months (April−September) and in the cold months (October−March) | Correlation (*r*): NA<br>Copollutant models with: NA |

Clean Air Scientific Advisory Committee (CASAC)

A Federal Advisory Committee to the U.S. Environmental Protection Agency

March 18, 2022

EPA-CASAC-22-001

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Subject: CASAC Review of the EPA's *Supplement to the 2019 Integrated Science Assessment for Particulate Matter (External Review Draft – October 2021)*

Dear Administrator Regan:

The 2021 Clean Air Scientific Advisory Committee (CASAC) Particulate Matter (PM) Review Panel, hereafter referred to as the Panel, met on October 14, 2021, November 17-19, 2021, December 1-2, 2021, February 25, 2022, and February 28, 2022, to peer review the EPA's *Supplement to the 2019 Integrated Science Assessment for Particulate Matter (External Review Draft – October 2021)*, hereafter referred to as the Draft ISA Supplement. The Chartered CASAC approved the Panel's report on February 28, 2022. The CASAC's consensus responses to the agency's charge questions and the individual review comments from the Panel are enclosed.

The CASAC commends the EPA for returning to its long-standing practice of constituting an ad hoc panel of experts to complement the expertise of the Chartered CASAC. The CASAC recommends that the practice of convening a panel of additional experts continue for all future NAAQS reviews because the give-and-take deliberation and participation of multiple scientific experts, including multiple experts from all key disciplines needed to conduct a high-quality scientific review, is fundamental to the Chartered CASAC's ability to provide the highest quality scientific advice. With a fully constituted ad hoc panel of experts, the CASAC has a depth and breadth of expertise that enables it to fulfill its mandate to provide advice and recommendations to the EPA.

The CASAC is concerned that the compressed timeframe for this and other recent CASAC reviews has made it difficult for the CASAC to provide the highest quality review possible. The compressed timeframe has necessitated simultaneous review of large documents, which is not optimal. The timeframe does not allow for development of second drafts of documents that incorporate CASAC advice (should the CASAC recommend second drafts). The CASAC recommends that for future reviews, the EPA follow a review plan that allows for adequate time for the CASAC to review the documents and for sufficient time for the EPA to incorporate CASAC advice into second drafts (if requested by the CASAC). The review plan should also allow sufficient time for CASAC advice on earlier documents (e.g., Integrated Science Assessment) to also be incorporated into subsequent documents, (e.g., Risk and Exposure Assessment and Policy Assessment). Documents that are

sequential (e.g., the Integrated Science Assessment and Policy Assessment) should not be developed simultaneously and presented to the CASAC for simultaneous review. In spite of the compressed timeframe for this review, the CASAC is confident that it has appropriately completed its task. Once the EPA addresses the CASAC's comments, the final Integrated Science Assessment (ISA) Supplement and Policy Assessment (PA) deserve the Administrator's full consideration and are adequate for rulemaking.

Overall, the CASAC finds the Draft ISA Supplement to be a well-written, comprehensive evaluation of the new scientific information published since the 2019 PM ISA. There are several recommendations for strengthening and improving the document highlighted below and detailed in the consensus responses.

The scope of the Draft ISA Supplement is limited to health effect categories where the 2019 PM ISA concluded a causal relationship (i.e., short- and long-term $PM_{2.5}$ exposure and cardiovascular effects and mortality). Although this limitation is appropriate for the targeted purpose of the Draft ISA Supplement, the CASAC notes that this limitation precludes consideration of any new evidence that might change a causality determination from a likely to be causal relationship to a causal relationship. This limitation should be explicitly acknowledged. It should also be noted in the Draft ISA Supplement that this limiting of scope applies only to this document and is not intended to establish a precedent for future ISAs. A discussion of the rationale for limiting the scope of the document to U.S. and Canadian studies should also be included. The Draft ISA supplement should also provide additional background and rationale for the reconsideration of the December 2020 decision to retain the PM National Ambient Air Quality Standards (NAAQS). Although continued refinements to the current weight-of-evidence (WOE) causal determination framework are possible, the CASAC unanimously supports the use of the current WOE causal determination framework, as described in the 2015 Preamble to the ISA, for this review and strongly believes that this framework should not be replaced without a comprehensive evaluation of alternatives.

The CASAC finds the summary of health effects to be well-written and thorough, with appropriate identification, evaluation, and characterization of available scientific evidence, within the stated scope of the Draft ISA Supplement. The text on "causal modeling methods" should be reworded to clarify these methods' role in the WOE causality determinations. While recent emergence of studies employing such methods is important to the Draft ISA Supplement, the CASAC recommends that the term "causal" not be used to describe these methodologies and to use alternative descriptive language to avoid the potential misconception that labeling some studies as "causal" carries an implication that more traditional epidemiologic analysis methods cannot support a causal determination or should receive less weight in any WOE causality determinations. The CASAC notes the importance of these methodologies in the Draft ISA Supplement for their ability to reduce some of the uncertainties raised by the previous CASAC and the previous Administrator in response to the 2019 ISA. It is important to clarify that these methods are not intended to replace the causality determinations of previous ISAs, but rather have been recently adopted in service of strengthening the body of evidence for causality determinations.

Regarding study descriptions and findings, more detail would be useful to give context to the results (e.g., hazard or risk ratios and their confidence intervals, sample size, methods for exposure assessment). Specifically, conclusions are needed for these studies regarding what was learned, and the ways and degrees in which the studies strengthen or weaken the state of scientific evidence. There should be consistent presentation of effect estimates (e.g., relative risk, hazard ratios, odds ratios) and their confidence intervals (including the pollutant concentration to which they are scaled), descriptions of exposure measurement approaches used and distributions of PM concentrations, conclusions made from these findings, and better distinguishing of individual-level and community-level measures of socioeconomic status (SES) data for the studies presented.

The CASAC notes that there is a progression going from the 2009 ISA to the 2019 ISA to this Draft ISA Supplement indicating continued strengthening of the causal health endpoints relationship with $PM_{2.5}$. The literature, as it is expanding, continues to show strong associations with health effects, even though concentrations of $PM_{2.5}$ in the air have been decreasing over time.

The CASAC recommends using different language when discussing race/ethnicity in the Draft ISA Supplement. The summaries and conclusions within this document use the terms “White” and “non-White” as the broadest categories. The Draft ISA Supplement should refer to the group “non-White” as “People of Color (POC)” or “Communities of Color (COC),” as appropriate. The CASAC recognizes that the different uses of the terminology in previous EPA documents as well as in the published literature means that there will be some nuance to how this recommendation is implemented.

The CASAC agrees that recent evidence confirms the causal relationship between PM and visibility impairment. However, a few clarifications are needed. Section 4 acknowledges variations in humanly perceivable acceptance of visibility levels. The use of “apparent contrast” instead of “total light extinction” shows less variability to determine acceptable visual air quality. Values for the cut-off between unacceptable versus acceptable levels for atmospheric light extinction and non-subjective contrast measurements should be clarified. Science-based visibility standards warrant additional research using objective scenarios to quantify visibility improvement.

With increases in the frequency and intensity of wildfires and reductions in sulfur dioxide ($SO_2$) and oxides of nitrogen (NOx) emissions, mass scattering coefficients for the major $PM_{2.5}$ components (e.g., organic and elemental carbon, sulfate, and nitrate) need to be further examined with more recent data (e.g., 2015 onward). The “revised” Interagency Monitoring of Protected Visual Environments (IMPROVE) chemical extinction equation should be included, the Lowenthal and Kumar IMPROVE equation should be included, and differences among the various IMPROVE equations that use split component algorithms need to be addressed.

The CASAC appreciates the opportunity to provide advice on the Draft ISA Supplement and looks forward to the agency’s response.

Sincerely,

/s/

Dr. Elizabeth A. (Lianne) Sheppard, Chair
Clean Air Scientific Advisory Committee

Enclosures

**Consensus Responses to Charge Questions on the EPA's**
***Supplement to the 2019 Integrated Science Assessment for Particulate Matter***
***(External Review Draft – October 2021)***

## CASAC Advice on the Process and Timeline for CASAC Reviews

The Clean Air Scientific Advisory Committee (CASAC) commends the Environmental Protection Agency (EPA) for returning to its long-standing practice of constituting an ad hoc panel of experts to complement the expertise of the Chartered CASAC. The previous CASAC recognized the need for a larger review panel, stating in its letter to the Administrator on April 11, 2019: "Additional expertise is needed for the Clean Air Scientific Advisory Committee (CASAC) to provide a thorough review of the particulate matter (PM) National Ambient Air Quality Standards (NAAQS) documents. The breadth and diversity of evidence to be considered exceeds the expertise of the statutory CASAC members, or indeed of any seven individuals. For example, the Chartered CASAC has found it difficult to achieve consensus in some areas (summarized below), and to do so likely requires further scientific expertise from, and discussion with, epidemiologists and additional experts in human clinical studies and toxicology." The CASAC recommends that the practice of convening a panel of additional experts continue for all future NAAQS reviews because the give-and-take deliberation and participation of multiple scientific experts, including multiple experts from all key disciplines needed to conduct a high-quality scientific review, is fundamental to the Chartered CASAC's ability to provide the highest-quality scientific advice. With a fully constituted ad hoc panel of experts, the CASAC has a depth and breadth of expertise that enables it to fulfill its mandate to provide advice and recommendations to the EPA.

The CASAC is concerned that the compressed timeframe for this and other recent CASAC reviews has made it difficult for the CASAC to provide the highest quality review possible. The compressed timeframe has necessitated simultaneous review of large documents, which is not optimal. The timeframe does not allow for development of second drafts of documents that incorporate CASAC advice (should the CASAC recommend second drafts). The CASAC recommends that for future reviews, the EPA follow a review plan that allows for adequate time for the CASAC to review the documents and sufficient time for the EPA to incorporate CASAC advice into second drafts (if requested by the CASAC). The review plan should also allow sufficient time for CASAC advice on earlier documents (e.g., Integrated Science Assessment) to also be incorporated into subsequent documents (e.g., Risk and Exposure Assessment and Policy Assessment). Documents that are sequential (e.g., the Integrated Science Assessment and Policy Assessment) should not be developed simultaneously and presented to the CASAC for simultaneous review.

In spite of the compressed timeframe for this review, the CASAC is confident that it was able to appropriately complete its task. Once the EPA addresses the CASAC's comments, the final Integrated Science Assessment (ISA) Supplement and Policy Assessment (PA) deserve the Administrator's full consideration and are adequate for rulemaking.

**Executive Summary**

*The Executive Summary is intended to provide a concise synopsis of the key findings and conclusions of the draft PM Supplement for a broad range of audiences.*

*a. Please comment on the clarity with which the Executive Summary communicates the key information from the draft PM Supplement.*

*b. Please provide recommendations on whether additional information should be added to the Executive Summary or information that should be left for discussion in the subsequent sections of the draft PM Supplement.*

The Executive Summary is appropriately brief, two pages total. It clearly and concisely explains the purpose and limited scope of the Draft Supplement to the 2021 ISA for PM, hereafter referred to as the Draft ISA Supplement, and notes inclusion of recent studies on novel confounding adjustment methods or accountability analyses, near-ambient experimental studies, disparities in $PM_{2.5}$ exposure or health risk by race or socioeconomic status (SES), and effects of $PM_{2.5}$ exposure on COVID-19 health outcomes. Passing mention is made of visibility topics, which is appropriate, given the scope and focus of Draft ISA Supplement. Importantly, the Executive Summary explicitly states that the Draft ISA Supplement does not include the entire body of literature that supports weight-of-evidence (WOE) conclusions. It notes the focus of the Draft ISA Supplement on recent studies that support and extend the causality determinations that were the subject of extensive discussions during the 2019 PM NAAQS review. The level of detail and information included in the Executive Summary is appropriate for its intended purpose.

The sentence on page ES-1, lines 21-24, is confusing and unclear, given that the Draft ISA Supplement attempts to put recent studies into context, and also to draw new WOE conclusions in light of the added studies. It is not a complete literature review, but is a multidisciplinary evaluation. This sentence could be reworded to be more specific. Additional recommended changes for clarity in the Draft ISA Supplement, noted in the other consensus responses, should also be incorporated into the Executive Summary.

**Section 1 – Introduction and Scope**

*Section 1 consists of an introduction detailing why the draft PM Supplement is being developed along with the rationale and scope for the topics and studies considered.*

*Please comment on the clarity of the section, whether the scope is appropriate for the purpose of the draft PM Supplement, and whether additional information is needed to convey the purpose of the draft PM Supplement and the basis for the targeted evaluation conducted.*

Section 1 is a clear and concise summary of the purpose and scope of the Draft ISA Supplement. It explains that the scope is limited to health-effect evidence categories that the 2019 PM ISA concluded had a causal relationship, i.e., cardiovascular effects and mortality associated with short- and long-term $PM_{2.5}$ exposure. Although this limitation is appropriate for the targeted purpose of the Draft ISA Supplement, where consideration is focused on recent literature that could support alternative $PM_{2.5}$

Clean Air Scientific Advisory Committee (CASAC)
A Federal Advisory Committee to the U.S. Environmental Protection Agency

March 18, 2022

EPA-CASAC-22-002

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Subject: CASAC Review of the EPA's *Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021)*

Dear Administrator Regan:

The 2021 Clean Air Scientific Advisory Committee (CASAC) Particulate Matter (PM) Review Panel, hereafter referred to as the Panel, met on October 14, 2021, November 17-19, 2021, December 1-2, 2021, February 25, 2022, February 28, 2022, and March 4, 2022, to peer review the EPA's *Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021)*, hereafter referred to as the Draft PA. The Chartered CASAC approved the Panel's report on March 4, 2022. The CASAC's consensus responses to the agency's charge questions and the individual review comments from the Panel are enclosed.

Overall the CASAC finds the Draft PA to be well-written and appropriate for helping to "bridge the gap" between the agency's scientific assessments and quantitative technical analyses, and the judgments required of the Administrator in determining whether it is appropriate to retain or revise the National Ambient Air Quality Standards (NAAQS). The CASAC has several recommendations for strengthening and improving the Draft PA highlighted below and detailed in the consensus responses.

The Draft PA clearly presents the legislative requirements, the history of the PM NAAQS, and the scope of the current review. However, additional detail should be provided about the rationale for reconsidering the December 2020 decision to retain the PM NAAQS.

In general, the CASAC agrees that the approach taken to describe major PM emission sources, chemistry, monitoring, trends, hybrid modeling, relationships with design values, and background PM is thorough, appropriate, and informative. The material is clearly presented and provides useful context for consideration. However, the CASAC has several recommendations regarding the presentation of coarse, ultrafine, near roadway, and sub-daily PM measurements, as well as wildfire PM, biogenic secondary organic aerosol, ammonium, emissions estimates, and background PM. The EPA should consider the implications of the exceptional events approach when applied to wildfires, particularly with respect to the risk assessment.

The Draft PA adequately captures and appropriately characterizes the key aspects of the evidence assessed and integrated in the 2019 ISA and Draft ISA Supplement of $PM_{2.5}$-related health effects. The toxicology (controlled human exposures and animal toxicological studies) information is used, for the most part, as supporting evidence and to provide biological plausibility for the long-term and short-term cardiovascular health effects observed in the epidemiologic studies. The coherence across animal, controlled human exposure, and epidemiologic studies is very persuasive. The discussion of epidemiologic studies is clearly organized, well written, and accurately describes the body of available epidemiologic literature (with some exceptions of omitted publications noted). The technical approach evaluating the relationship between the mean $PM_{2.5}$ concentrations reported in the epidemiologic studies and annual design values is clearly presented. However, the CASAC has concerns about the use of only mean concentrations for the purpose of informing the adequacy of the primary $PM_{2.5}$ standards and recommends a discussion of its limitations as well as the likely effect that using other concentrations from the study exposure distributions would have on the results and conclusions of the Draft PA.

Overall, the Draft PA accurately describes the results of the risk assessment conducted. The interpretation of the risk assessment for the purpose of evaluating the adequacy of the current primary $PM_{2.5}$ annual standard is appropriate given the scientific findings presented. The results support the conclusion that the current primary annual $PM_{2.5}$ standard does not adequately protect public health. However, the majority of CASAC members question whether the results of the current risk assessment can be used to conclude that the annual standard is adequately protective of short-term exposures (due to exclusion of areas where the 24-hour $PM_{2.5}$ standard is controlling due to wintertime stagnation and/or home woodstove heating). It is important to note that risk disparities across racial and ethnic groups remain substantial with the focus on an annual standard. The CASAC recommends that in future reviews more attention be given to risk disparities and consideration of risks associated with short-term exposures in the risk assessment. For example, although the lower annual alternative standards narrow the gap between risk for White and Black populations, a substantial disparity remains. Additional text should be included to convey this information.

The CASAC recommends updated language for discussions of race/ethnicity, such as "People of Color (POC)" or "Communities of Color (COC)" rather than "non-White," and "indicator" rather than "proxy." The CASAC recognizes that the different uses of the terminology in previous EPA documents as well as in the published literature means that there will be some nuance to how this recommendation is implemented. The language on at-risk populations could be expanded to better highlight that the current scientific evidence indicates that some populations face higher health burdens from $PM_{2.5}$, including for higher levels of exposure and for increased risk of adverse health responses to a given level of exposure. This includes populations based on race/ethnicity, socio-economic position, age (e.g., children), and others. Improved text is warranted, on how changes to the standard (or how retention of the standard without revision) would impact different populations that are at higher risk.

Regarding the annual $PM_{2.5}$ standard, all CASAC members agree that the current level of the annual standard is not sufficiently protective of public health and should be lowered. Furthermore, the CASAC reached consensus that the indicator, form, and averaging time should be retained, without revision. In concurring with the EPA's recommendation to lower the annual standard, the CASAC agrees with the EPA's assessment that there are large populations at risk of $PM_{2.5}$ health effects, and that the Draft ISA Supplement provides new evidence of disparities in risk across various population groups. The evidence base for adverse health effects below the current annual standard has been strengthened and, while uncertainties remain in the epidemiologic evidence, recent studies that employ alternative analysis approaches have helped to reduce those uncertainties (e.g., by addressing the potential for residual

confounding). The CASAC concurs with the EPA's assessment that meaningful risk reductions will result from lowering the annual $PM_{2.5}$ standard.

Regarding the level of the annual $PM_{2.5}$ standard, the majority of CASAC members find that an annual average in the range of 8-10 µg/$m^3$ would be appropriate. The range of 8-10 µg/$m^3$ is supported by placing more weight on: epidemiologic studies in the United States that show positive associations between $PM_{2.5}$ exposure and mortality with precision among populations with mean concentrations likely at or below 10 µg/$m^3$; epidemiologic studies in the United States showing such associations at concentrations below 10 µg/$m^3$ and below 8 µg/$m^3$; Canadian studies, some of which show such associations at concentrations below 10 µg/$m^3$ and below 8 µg/$m^3$; a meta-analysis of 53 studies, 14 of which report such associations at concentrations below 10 µg/$m^3$ down to 5 µg/$m^3$; protection of at-risk demographic groups; evidence consistent with no threshold and a possible supra-linear concentration-response function at lower levels; recognition that the use of the mean to define where the data provide the most evidence is conservative since robust data clearly indicate effects below the mean in concentration-response functions; and consideration that people are not randomly distributed over space such that populations in neighborhoods near design value monitors are exposed to the levels indicated at those monitors and likely to be more at risk.

A minority of CASAC members find that a range of 10-11 µg/$m^3$ for the annual $PM_{2.5}$ standard would be appropriate. This range emphasizes that there are few key epidemiologic studies (and only one key U.S. study) that report positive and statistically significant health effect associations for $PM_{2.5}$ air quality distributions with overall mean concentrations below 9.6 µg/$m^3$ and the fact that design values are generally higher than area average exposure levels. Key U.S. epidemiologic studies indicate consistently positive and statistically significant health effect associations based on air quality distributions with overall mean $PM_{2.5}$ concentrations that range between 9.3 and 12.2 µg/$m^3$for hybrid modeling with population-weighted averages. The form of the standard and the way attainment with the standard is determined (i.e., highest design value in the core-based statistical area) are important factors when determining the appropriate level for the standard. According to the Draft PA, the area annual design values are generally higher than the study means by 14-18% for hybrid modeling with population-weighted averages. Applying these percentages to the concentration ranges above result in values that are all over 10.6 µg/$m^3$, with most values over 11.0 µg/$m^3$. Also, the recommendation of 10-11 µg/$m^3$ emphasizes large uncertainties in the risk assessment, potential overestimates in the number of prevented deaths using the risk assessment approach of adjusting air quality to simulate "just meeting" the current standard, and uncertainties related to co-pollutants and confounders.

Regarding the 24-hour $PM_{2.5}$ standard, the majority of CASAC members find that the available evidence calls into question the adequacy of the current 24-hour standard. The CASAC notes that the level is conditional on the form, and all of the CASAC members conclude that the Draft PA does not provide sufficient information to adequately consider alternative form and level combinations. Thus, the discussion that follows first addresses the level conditional on the current form, and then considers revisions of the form.

Regarding the level of the 24-hour $PM_{2.5}$ standard, conditional on retaining the current form, the majority of CASAC members favor lowering the 24-hour standard. There is substantial epidemiologic evidence from both morbidity and mortality studies that the current standard is not adequately protective. This includes three U.S. air pollution studies with analyses restricted to 24-hour concentrations below 25 µg/$m^3$. The majority of CASAC members also note that controlled human exposure studies are not the best evidence to use for justifying retaining the 24-hour standard without revision. These studies preferentially recruit less susceptible individuals and have a typical exposure

duration much shorter than 24 hours. Thus, the evidence of effects from controlled human exposure studies with exposures close to the current 24-hour standard supports epidemiological evidence for lowering the standard. Overall, this places greater weight on the scientific evidence than on the values estimated by the risk assessment. The risk assessment may not adequately capture areas with wintertime stagnation and residential wood-burning where the annual standard is less likely to be protective. There is also less confidence that the annual standard could adequately protect against health effects of short-term exposures. A range of 25-30 $\mu g/m^3$ for the 24-hour $PM_{2.5}$ standard would be adequately protective.

In contrast, a minority of CASAC members concur with the EPA's preliminary conclusion to retain the current 24-hour standard without revision. This view places greater weight on the risk assessment. The risk assessment not only accounts for the level of the standard, but also accounts for the form of the standard and the way attainment with the standard is determined (i.e., highest design value in the core-based statistical area). The risk assessment indicates that the annual standard is the controlling standard across most of the urban study areas evaluated and revising the level of the 24-hour standard is estimated to have minimal impact on the $PM_{2.5}$-associated risks. Therefore, the annual standard can be used to limit both long- and short-term $PM_{2.5}$ concentrations. This view places more emphasis on the controlled human exposure studies, showing effects at $PM_{2.5}$ concentrations well above those typically measured in areas meeting the current standards suggesting to them that the current standards are providing adequate protection against these exposures.

The CASAC recommends that in future reviews, the EPA provide a more comprehensive assessment of the 24-hour standard that includes the form as well as the level. The CASAC recognizes that they have insufficient information with which to evaluate alternative forms of the 24-hour standard and the CASAC recommends that the form be revisited in future reviews.

The Draft PA concludes that the evidence reviewed in the 2019 ISA does not call into question the scientific judgments that informed the decision in the 2020 review to retain the current primary $PM_{10}$ standard, without revision, in order to protect against $PM_{10-2.5}$ exposures. The CASAC supports this decision, but recognizes that the Draft PA did not consider any new evidence beyond that included in the 2019 ISA. The CASAC concurs that, at this time, $PM_{10}$ is an appropriate choice as the indicator for $PM_{10-2.5}$, but that additional discussion and justification regarding the use of $PM_{10}$ as the indicator should be provided, and that it is important to retain the level of protection afforded by the current $PM_{10}$ standard.

The CASAC agrees with the EPA's determination of a causal relationship between $PM_{2.5}$ and visibility effects. Greater justification needs to be provided for a secondary standard for PM based on a visibility index of 30 deciviews (~12 miles visual range) and a 3-year average of 90th percentile of daily light extinction for visibility analysis. Additional region- and view-specific visibility preference studies and data analyses are needed to support a quantitative index. Light extinction is a more objective measure for visibility that can be related to contrast and visual range. For future reviews, the CASAC recommends a more extensive technical evaluation of the alternative measures to provide the basis for a secondary standard protective of visibility.

The CASAC appreciates the opportunity to provide advice on the Draft PA and looks forward to the agency's response.

Sincerely,

/s/

Dr. Elizabeth A. (Lianne) Sheppard, Chair
Clean Air Scientific Advisory Committee

Enclosures

**Consensus Responses to Charge Questions on the EPA's**
***Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021)***

## Chapter 1 - Introduction

*To what extent does the CASAC find that the information in Chapter 1 is clearly presented and that it provides useful context for this reconsideration?*

The information in Chapter 1 is very clearly presented. This chapter provides a good summary of the legislative requirements and history related to the National Ambient Air Quality Standards (NAAQS) for particulate matter (PM). The scope of the current review is clearly described, noting that this Draft Policy Assessment (PA) considers the evidence covered in both the original 2019 Integrated Science Assessment (ISA) for PM and the Draft Supplement to the 2019 ISA for PM (Draft ISA Supplement), and that the Draft ISA Supplement is limited to only considering recent evidence on outcomes that were previously judged in the 2019 ISA to have a causal relationship with PM. However, it does not provide sufficient background to and context for this reconsideration. In particular, it does not describe the unusually equivocal aspects of the previous review, including the previous CASAC's failure to reach consensus on whether the annual $PM_{2.5}$ NAAQS was adequately protective, and the previous CASAC's questioning of the weight-of-evidence (WOE) causal determination framework and recommending that the National Academies of Sciences, Engineering, and Medicine (NASEM) review the causal determination framework. The EPA should expand its discussion of the previous NAAQS review. Furthermore, the EPA should provide additional detail on the rationale for this reconsideration. Section 1.4.1 simply says: "The EPA is reconsidering the December 2020 decision because the available scientific evidence and technical information indicate that the current standards may not be adequate to protect public health and welfare, as required by the Clean Air Act." There is additional information in the cited EPA News Release that could be incorporated. The CASAC notes that the conclusions in the current Draft PA are essentially the same as the conclusions in the 2019 PA, although the evidence base has expanded, as documented in the Draft ISA Supplement.

The CASAC suggests a few additional changes:

- The statement on page 1-18 is confusing "…the EPA filed a motion with the Court to hold the consolidated cases in abeyance until March 1, 2023. The court has not yet acted on the EPA's motion, which the court granted on October 1, 2021." It should be clarified whether the motion has been granted or not.

- The Draft PA could reiterate the intended role of the weight-of-evidence causality determinations in its Section 1.3.5 discussion of the review completed in 2020.

## Chapter 2 – PM Air Quality

*What are the Panel's views on the technical approach taken and analyses completed to inform our understanding of how* $PM_{2.5}$ *concentrations calculated using composite monitors and area averages from hybrid modeling approaches compare to area design values?*

*To what extent does the CASAC find that the information in Chapter 2 is clearly presented and that it provides useful context for this reconsideration?*

In general, the CASAC agrees that the approach taken to describe major PM emission sources, chemistry, monitoring, trends, hybrid modeling, relationships with design values, and background PM is thorough, appropriate, and informative. The material in Chapter 2 is generally clearly presented and provides useful context for consideration. However, the CASAC has the following comments on improving this section:

- Emissions estimates: The limitations posed by emissions estimate uncertainties are overstated. On page 2-13, the text states that: "It is not clear how uncertainties in emission estimates affect air quality modeling, as there are no numerical empirical uncertainty estimates available for the NEI. However, by comparing modeled concentrations to ambient measurements, overall uncertainty in model outputs can be characterized." These two sentences are misleading and should be removed or rewritten, making use of the body of available literature in this area. Comparison of top-down and bottom-up approaches can and do provide bounds on emissions uncertainty, and varying emissions within those bounds in sensitivity analyses in chemical transport models inform us as to how uncertainties in emissions estimates result in variability in air quality modeling results. There is a substantial body of literature that has used these techniques to characterize the effects of emissions estimate uncertainties on model results (e.g., Hanna et al., 2005; Napelenok et al., 2011; Tian et al., 2010; Tang et al., 2010; Huang et al. 2019; Moore et al., 2001).

- Monitoring networks: A table summarizing monitoring network information would be helpful. The table could include the: (1) name of the networks (AQS, IMPROVE, CSN, etc.), types of measurements ($PM_{2.5}$, speciated $PM_{2.5}$, $PM_{10}$, $PM_{10-2.5}$, UFP, etc.), number of monitors, collection frequency (daily, continuous, 1-in-3 days, 1-in-6 days), and siting (urban, rural).

- Federal Reference Methods (FRM) and Federal Equivalency Methods (FEM) monitors: There is an increasing trend to replace FRMs with FEMs across the country. FEMs can result in annual and 24-hour $PM_{2.5}$ concentrations that are meaningfully different (higher or lower) compared to FRMs, which can potentially lead to erroneous attainment designations. The EPA should include a detailed summary of the number of FEMs and FRMs (see example in Table 1 below) as well as indicating how many FEMs are meeting the data quality requirements necessary for determining compliance with the $PM_{2.5}$ NAAQS. The FEM bias needs to be addressed to make the FRMs and FEMs more comparable. One option would be to allow states to develop correction factors for co-located FRMs and FEMs. These correction factors could be used to adjust FEM concentrations downward (or upward) to be comparable to FRMs. Another option would be for the EPA to revise the "equivalency box" (EB) criteria used to judge whether the bias of a new continuous $PM_{2.5}$ monitor relative to an FRM is acceptable during field testing.

emissions. The influence of anthropogenic precursors on SOA from biogenic hydrocarbons is recognized (page 2-64), as appropriate. The work by Marais et al. (2016) regarding the importance of anthropogenic sulfate to the formation of SOA would strengthen this statement.

- Design Values (DVs): Table 2-6 is quite helpful. The EPA should clarify in the text how design value *ratios* (Ratio of Average Maximum Annual DVs to Average Annual $PM_{2.5}$ Concentrations and Ratio of Average Maximum Annual DVs to Population Weighted Average Annual $PM_{2.5}$ Concentrations) in this table were calculated. Some *ratio* values in this table were unable to be reproduced.

- Hybrid modeling: The CASAC agrees with the statement (page 2-61) that "Hybrid $PM_{2.5}$ modeling methods have improved the ability to estimate $PM_{2.5}$ exposure for populations throughout the conterminous U.S. compared with the earlier approaches based on monitoring data alone. Excellent performance in cross-validation tests suggests that hybrid methods are reliable for estimating $PM_{2.5}$ exposure in many applications." Additionally, hybrid models do a better job of characterizing the exposures of rural residents, which are not as well represented by monitors. Thus, they better represent the diversity of exposures experienced and therefore, the CASAC suggests adding this point. The CASAC also expects future policy assessments to incorporate an increasing body of research using advanced satellite products in hybrid modeling. Only a few references incorporating the use of satellite aerosol optical depth in hybrid modeling are provided in the Draft PA.

**Chapter 3 – Reconsideration of the Primary Standards for $PM_{2.5}$**

*1. To what extent does Chapter 3 capture and appropriately characterize the key aspects of the evidence assessed and integrated in the 2019 ISA and draft ISA Supplement on* $PM_{2.5}$ *-related health effects?*

Chapter 3 provides a well-written summary and, for the most part, appropriately characterizes the key aspects of the evidence assessed in the 2019 ISA and the Draft ISA Supplement.

The chapter places "particular emphasis" on health effects with a causal or likely causal relationship with $PM_{2.5}$ from the 2019 ISA, as listed in Table 3-1. Thus, respiratory effects, long-term nervous system effects, and cancer, all of which were determined to be likely causal, are included in this summary. Outcomes with "suggestive" causality determinations are only briefly summarized (Section 3.3.1.6). Given the focus on $PM_{2.5}$ and cardiovascular effects and mortality in this reconsideration, this is appropriate.

The CASAC notes that a key area where evidence has been strengthened in the Draft ISA Supplement is evidence of long-term mortality effects at lower $PM_{2.5}$ concentrations. In particular, the evidence from evaluations restricting concentrations below a specific threshold, as well as accountability studies that start with concentrations below 12 $\mu g/m^3$, convincingly indicate mortality effects at concentrations below the current NAAQS.

Specific Comments:

- Section 3.4.2.5, Variability and Uncertainty in Risk Estimates, appropriately and clearly discusses sources and magnitude of uncertainty in relevant scenarios. It would be helpful where possible to describe the direction of the effect on estimated risk of the bias, confounder, or alternative approach being considered, i.e., whether it will increase or decrease the estimated risk.

- The CASAC recommends updated language for discussions of race/ethnicity, such as "People of Color (POC)" or "Communities of Color (COC)" rather than "non-White," and "indicator" rather than "proxy.". There are multiple terms utilized to describe the span of races and ethnicities in the United States, which is reflected by the studies included in the Draft ISA Supplement. Race/ethnicity is a fluid concept that is relevant by time, country, region, population, and government. Therefore, the most useful terminology for the purpose of protecting public health has changed over time. The CASAC recognizes that the different uses of the terminology in previous EPA documents as well as in the published literature means that there will be some nuance to how this recommendation is implemented.

- The CASAC suggests ordering categories such as race and ethnicity alphabetically, when there is no other basis for ordering within a particular section. For example, Figure 3-20 gives excellent data broken down by race and ethnicity. Ordering the categories alphabetically would allow a comparison of all race/ethnicities more equally, because there would not be a focus on White as the referent category. This could also be done in Figure 3-21 and throughout the document.

- Given the large and virtually complete samples included in the recent U.S. and Canada studies, the focus on statistical significance of the measures of association, even in those restricting to below a specific concentration, could be emphasized less, with more focus on the continued positive association observed at those concentrations.

- Although the evidence presented for consideration of alternative annual standards of 10 $\mu g/m^3$ and 8 $\mu g/m^3$ is strong and compelling, the evaluations rely on evidence that includes more uncertainty than the evidence at higher concentrations. Thus, these sections may benefit from a more thorough discussion of the different approaches of the various studies to estimate the shape of the concentration-response (C-R) function.

- The Draft PA cites findings from controlled human exposure studies to support retaining the current $PM_{2.5}$ 24-hour standard. For example, the following is found on page 3-202: "Human clinical studies support the occurrence of effects following single short-term exposures to $PM_{2.5}$ concentrations that correspond to the peak of the air quality distribution, though these concentrations are well above those typically measured in areas meeting the current standards, *suggesting that the current standards are providing protection against these exposures*" [Emphasis added]. This use of the controlled human exposure study data to establish a lower no-effect threshold is misplaced, for the following reasons. In general, controlled human exposure studies require levels higher than ambient to elicit effects, in order to provide a contrast with continuous pollutant exposures experienced in daily life. Further, they may be done as a single pollutant exposure rather than within a mixture, where other pollutants may confound or modify the health response to that specific pollutant. In addition, numbers of research participants are

usually relatively small, less than 30 or 40 participants, and exposure durations are relatively short, less than 6 hours, in part because of the difficulty and expense involved. Participants are generally healthy, or have mild and stable cardiac or respiratory disease. Children and frail elderly, as well as other at-risk groups, are generally not studied. Regardless of the pollutant being studied, in order to detect meaningful differences in effects across treatment groups, controlled human exposure studies generally require concentrations considerably higher than ambient, and higher than those found to have effects in epidemiology studies. For all of these reasons, absence of an effect at a given concentration in controlled human exposure studies should not be interpreted to represent a no-effect threshold in the "real world."

- Given the multiple differences between $PM_{2.5}$ and UFP, the CASAC suggests separating UFP into its own subsection when summarizing the results from the PM ISA in Chapter 3 of the PA. This would make it easier to identify the conclusions and research gaps relevant to UFP when compared to $PM_{2.5}$. The CASAC recommends that the EPA clearly describe how ultrafine particle concentration is characterized in the studies described, since particle number and mass emphasize different portions of the size range and particle number is highly dependent on lower size cut. The CASAC notes that particle number is driven by the smallest measurable UFP (highest number, lowest mass), while $PM_{0.1}$ is driven by the largest UFP (lowest number, highest mass). Particle number and $PM_{0.1}$ thus measure very different fractions within the UFP size range, and may be expected to have different health-effect associations.

*2. What are the Panel's views on the interpretation of the human exposure and animal toxicologic studies for short- and long-term $PM_{2.5}$ exposures for the purpose of evaluating the adequacy of the current primary $PM_{2.5}$ standards? To what extent is the consideration of the evidence, including uncertainties, technically sound and clearly communicated?*

In general, the CASAC agrees that the interpretation of the collective evidence is sound and appropriate. Furthermore, the CASAC believes that mechanistic data from animal studies are highly supportive of the evidence from controlled human exposure studies. The toxicology (controlled human exposure and animal toxicological studies) information in Chapter 3 is used, for the most part, as supporting evidence and to provide biological plausibility for epidemiologically determined long-term and short-term cardiovascular health effects. The coherence across animal, controlled human exposure, and epidemiologic studies is very persuasive.

Additionally, controlled human exposure studies from the 2019 PM ISA are cited to support the plausibility of the serious cardiovascular effects that have been linked with ambient $PM_{2.5}$ exposures. The document also states that $PM_{2.5}$ exposure concentrations evaluated in most of these controlled human exposure studies are well above the ambient concentrations typically measured in locations meeting the current primary standards. However, there is an underlying assumption that the 24-hour standard adequately controls for short-term effects of peak exposures embedded in the 24-hour period but there is no adjustment made regarding the increased incidences of short-term peak exposures in recent years. If the prior 20 hours of ambient exposure and the 2-4 hours of the controlled human exposure were taken as a time-averaged 24-hour concentration, the exposure would likely be in the realm of normal ambient 24-hour exposures. Similarly, as discussed in the previous charge question response with respect to a threshold for effects in clinical studies, the absence of detectable effects at low concentrations does not necessarily represent threshold effects. Moreover, it must be noted that the

majority of these controlled human exposure studies utilized healthy participants and therefore the threshold for susceptible groups is uncertain.

*3. What are the Panel's views on conclusions related to the full body of currently available epidemiologic literature, and in particular, the technical approach taken to conduct new analyses to inform our understanding of the relationship between mean $PM_{2.5}$ concentrations reported in epidemiologic studies and annual $PM_{2.5}$ design values? What are the Panel's views on the interpretation of that information and evidence for the purpose of evaluating the adequacy of the current primary $PM_{2.5}$ standards?*

Chapter 3 is clearly organized, well written, and accurately describes the body of available epidemiologic literature (with some exceptions of omitted relevant publications discussing experimental evidence at near-ambient concentrations noted in Dr. Peel's individual comments). The sections describing the technical approach evaluating the relationship between the mean $PM_{2.5}$ concentrations reported in the epidemiologic studies and annual design values was clearly presented. However, in response to this specific charge question, the majority of CASAC members had concerns about the approach comparing the study means and design values. The CASAC questions the use of only mean concentrations for informing the adequacy of the primary $PM_{2.5}$ standards as discussed in more detail in the first bullet below.

The CASAC has the following comments and suggestions, and in particular, for strengthening the approach evaluating the adequacy of the primary $PM_{2.5}$ standards:

- The focus on the mean concentration in this approach has some limitations for informing the adequacy of the annual and 24-hour standards. The CASAC suggests that using mean $PM_{2.5}$ concentrations from epidemiologic studies is not the only way to estimate where any or the bulk of health effects are observed in these studies. For future reviews, other approaches should be used for the purpose of informing the adequacy of the standards, including evaluation of the distribution of concentrations reported in epidemiology studies, including the median concentration and 25th percentile concentration, if available. Another approach could be the evaluation of results from analyses excluding concentrations above the current standard or an alternative value (e.g., 12 $\mu g/m^3$), instead of focusing only on studies with mean concentrations below the current daily and annual standards. Therefore, the question posed on page 3-102, "What are the overall mean $PM_{2.5}$ concentrations reported by key epidemiological studies?" may not be the only relevant question for evaluating the adequacy of the current standards.

- The use of area mean values, and how they relate to the design value, is likely not providing adequate protection to people who live in areas with higher concentrations, such as those living near the monitoring location where the design value was recorded, and people who live in areas that do not have ground monitors but have concentrations higher than the design or mean value. Even though the design value is higher than the area mean value, people exposed to concentrations near the design value monitoring location may more often experience health effects as a function of the higher exposure at the design value monitor, not the area mean value. Thus, while the area mean value may be a useful metric for determining average health effects of the area population as a whole, health effects of that population may be unequally distributed and more pronounced among people living near the design value monitor and those exposed to higher ambient PM concentrations than the area mean value. Importantly, people exposed to

these higher concentrations are often disproportionately persons of color and lower-income populations. Therefore, tying standards to the area mean value is not providing adequate protection to the entire population. Note that the CASAC is not suggesting that the EPA redo the analysis for the current policy assessment document. Instead, the CASAC is suggesting adding a discussion that includes the limitations of the current approach (using the mean value) and the likely effect that using other concentrations from the study exposure distributions would have on the results and conclusions of the Draft PA. For future policy assessment documents, the CASAC recommends that the EPA consider approaches other than using just the mean value.

- Chapter 3 could better emphasize the need to have standards that provide an "adequate margin of safety," including safety for potentially sensitive populations, not just an adequate margin of safety for the average person.

- Further justification for restricting to only U.S. and Canadian studies in the document should be provided within the document, particularly given that some areas (e.g., Seoul, South Korea) may have $PM_{2.5}$. concentrations and composition that are very similar to the U.S. Although the CASAC is not suggesting that the EPA add studies done outside of the U.S. and Canada to this policy assessment, the CASAC prefers inclusion of studies done outside the U.S. and Canada and recommends that the EPA consider inclusion of these studies in the future reviews.

- Regarding the sentence on page 3-128: "epidemiologic studies do not identify a population-level threshold below which it can be concluded with confidence that $PM_{2.5}$-related health effects do not occur" – It would be more informative to note in the text here that epidemiologic studies provide evidence that such a threshold does not exist, or if it does it is likely at low levels below ambient concentrations in real-world settings.

- Future documents should report more details for epidemiologic studies on the distribution of concentrations (including 25th, 50th, and 75th percentile concentrations) observed in the study location during the study period, and not just the mean concentration.

*4. What are the Panel's views on the technical approach taken to update the risk assessment, including the approach to evaluating impacts in at-risk populations?*

In general, the technical approach for risk assessment in the Draft PA is appropriate for determining the risk at various levels of the standards and the CASAC appreciates the efforts taken to broaden the scope of the assessment to at-risk populations. However, a minority of CASAC members had concerns with how air quality was adjusted to simulate "just meeting" the current and alternative standards. Section 3.4.1 would benefit from added clarification in several areas identified in the recommendations below:

- The risk assessment approach should be clarified further by describing the need for both primary and secondary PM modeling approaches.

- Race/ethnicity and socioeconomic status should be described as factors that may increase risk of exposure, and as possible effect modifiers of the relationship between $PM_{2.5}$ exposure and mortality.

- The term "at-risk" has not been used as consistently in this chapter as in the Draft ISA Supplement. The CASAC recommends that Section 3.4.1.6 provide explicit detail and/or a citation to the use of this term as described in the 2015 Preamble to the ISA.

- The EPA's approach evaluates the change in risk associated with moving from $PM_{2.5}$ air quality "just meeting" the current standards (12 $\mu g/m^3$/35 $\mu g/m^3$) to "just meeting" alternative annual and/or 24-hour standards (10 $\mu g/m^3$/30 $\mu g/m^3$). This approach estimates the number of prevented deaths from starting at the maximum ambient PM levels allowable under the current standard in each core-based statistical area (CBSA) and lowering them to alternative standards. It does not estimate the number of prevented deaths starting at current PM levels in the CBSAs and lowering them to alternative standards. To estimate the number of deaths that will be prevented if the standard was lowered from current ambient PM levels in the CBSAs, the starting point for the risk analysis for each CBSA should be the 2018-2020 $PM_{2.5}$ design values. The CASAC suggests presenting the results using both approaches.

- Tables 3-14, 3-15, 3-16, and 3-17 contain total $PM_{2.5}$-associated mortality across the entire study area. A breakdown of $PM_{2.5}$-associated mortality and risk change by individual CBSA for each study and simulation method would be useful to add to Appendix C. This would allow for a much better understanding of spatial distribution of risk and how individual CBSAs are impacted by alternative standards.

For future PAs, the CASAC suggests:

- Integrating at-risk analyses into the broader risk assessment discussion instead of containing it within its own subsection. This would better align the presentation with the EPA's stated mission to determine requisite standards that are protective of the most sensitive in the U.S. population.

- Consider morbidity-based risk assessments. The focus solely on mortality does not incorporate the massive burden of chronic disease that is distributed disproportionately in the country. Including morbidities may also increase the number of studies for possible inclusion, some of which are more diverse regarding race, ethnicity, income, age, and at-risk populations than those currently included. Including morbidities may also add evidence for impacts at lower concentrations.

- Consider expanding the geographic scope of risk assessments. Completing a national risk assessment would utilize data across the country and could improve estimation by being inclusive of multiple areas (e.g., urban and rural), and populations based on race/ethnicity, income, and other factors. The current capabilities of hybrid exposure models enable this advancement.

- Consider updating and refining the current strategy of a single "Primary PM" and a single "Secondary PM" adjustment approach for simulating just meeting current and alternative standards within the risk assessment. A new strategy would need to be responsive to the following conditions: (1) the incidence of wildfires (and accompanying PM levels) will likely increase further due to climate change, while average mean $PM_{2.5}$ levels in the U.S. continue to decline; and (2) evolving evidence that toxicity varies according to specific sources or source categories.

- Consider the estimation of cumulative risk and impacts on health morbidity and mortality. There is increasing evidence that risk is cumulative and methods to estimate this risk are improving. In addition, the relationships between multiple exposures or co-pollutants, modifiers and outcomes (e.g., demographic, socioeconomic, built environment factors) should also be incorporated or acknowledged as sources of uncertainty.

*To what extent does the draft PA accurately and clearly communicate the results of these analyses?*

Overall, the draft PA accurately and clearly describes the results of the risk assessment conducted. The results support the conclusion that the current annual standard does not adequately protect public health. However, the majority of CASAC members are concerned that the current risk assessment may not adequately characterize mortality risks associated with short-term $PM_{2.5}$ exposures. This is because, in an effort to exclude areas influenced by wildfire PM, areas where the 24-hour $PM_{2.5}$ standard is controlling due to wintertime stagnation and/or home heating by woodstoves were also excluded. Therefore, the majority of CASAC members question whether the results of the current risk assessment can be used to conclude that the annual standard is protective of short-term exposures. The CASAC recommends that the EPA clarify this limitation in the text and exercise caution when using the risk assessment in this way. In the future, the risk assessment should address this limitation in order to more fully support future assessments of the 24-hour $PM_{2.5}$ standard. Explanation of the categorization of the selected urban study areas (CBSAs) could be expanded and clarified.

In addition, the CASAC suggests revising the figures (e.g., Figure 3-16) to better distinguish between those just meeting the standard and those exceeding the standard. That information is a good accompaniment to the text.

*What are the Panel's views on staff's interpretation of these results for the purpose of evaluating the adequacy of the current primary $PM_{2.5}$ standards?*

The interpretation of the risk assessment for the purpose of evaluating the adequacy of the current primary $PM_{2.5}$ annual standard is appropriate given the scientific findings presented. As discussed above, the majority of CASAC members question whether the results of the current risk assessment can be used to conclude that the annual standard is protective of short-term exposures. Risk disparities across racial and ethnic groups remain substantial for the annual standard. The CASAC recommends that in future reviews, more attention be given to risk disparities and consideration of risks associated with short-term exposures. Although the lower alternative standards narrow the gap between risk for White and Black populations, a substantial disparity remains. Additional text should be included to convey this information.

*5. What are the Panel's views on preliminary conclusions regarding adequacy of the current primary $PM_{2.5}$ standards and on the public health policy judgments that support those preliminary conclusions?*

This section is well written and accurately summarizes both the health evidence for $PM_{2.5}$ as well as the associated uncertainties. The CASAC recommends the following improvements.

- The language on "vulnerable" populations could be expanded to better highlight that the current scientific evidence indicates that some populations face higher health burdens from $PM_{2.5}$, including for higher levels of exposure and for increased risk of adverse health responses to a

given level of exposure. This includes populations based on race/ethnicity, socio-economic position, age (e.g., children), and others. The use of "vulnerability" is problematic because it has been used in many different ways, and may confound differences in exposures with differences in effect. Improved text on how changes in or retention of the standard would impact different populations that are at higher risk is warranted.

- The discussion on "adequate margin of safety" should be clarified to note that this corresponds to an adequate margin of safety for at-risk populations, not the average person. This relates to multiple concepts of a margin of safety such as allowing for uncertainty in health effect estimates and protection of at-risk populations.

- The discussion of threshold, a level below which exposure does not adversely impact human health, includes language noting that the currently available scientific studies "have not identified a threshold," which is technically correct but should be expanded to give the richer context that epidemiological studies have demonstrated associations at low levels, including below the current NAAQS, such that the science indicates that if such a threshold does exist it is at extremely low levels well below the current NAAQS.

- With respect to the discussion of the 24-hour $PM_{2.5}$ standard, the CASAC has concerns about relying on the findings from controlled human exposure studies in identifying the minimum concentration for which health responses are elicited. As discussed in the responses to charge questions 1 and 2 in this chapter, controlled human exposure studies generally do not include populations with substantially increased risk, such as children, elderly frail adults, or those with severe underlying illness.

*a. Does the discussion provide an appropriate and sufficient rationale to support the preliminary conclusion that it is appropriate to consider retaining the current primary 24-hour $PM_{2.5}$ standard, without revision, in this reconsideration?*

The majority of CASAC members do not find the rationale to support the preliminary conclusion that it is appropriate to consider retaining the current primary 24-hour $PM_{2.5}$ standard without revision to be appropriate and sufficient. They find the state of scientific evidence warrants consideration of lowering of the 24-hour standard given the epidemiologic evidence of health effects at levels below the current standard. This includes epidemiologic studies of short-term exposure to $PM_{2.5}$ that are restricted to days below a specified level (i.e., a subset method) and those that estimate a non-linear concentration-response curve and also provide evidence of risk at levels below the current standard. A minority of CASAC members, however, agree with the EPA's preliminary conclusion and finds that the rationale provided in the draft PA justifies retaining the current primary 24-hour $PM_{2.5}$ standard, without revision, in this reconsideration, based on the risk assessment provided and controlled human exposure studies. Additional discussion on the CASAC's perspectives is included in the section "CASAC Advice on the Primary $PM_{2.5}$ Standards" below.

*b. Does the discussion provide an appropriate and sufficient rationale to support the preliminary conclusion that it is appropriate to consider revising the current primary annual $PM_{2.5}$ standard in this reconsideration?*

With respect to the discussion of the primary annual $PM_{2.5}$ standard, the CASAC concurs with the preliminary conclusion that it is appropriate to consider revising the current primary annual $PM_{2.5}$ standard. The CASAC finds the discussion provides appropriate and sufficient rationale to support this preliminary conclusion. Additional discussion on the CASAC's perspectives is included in the section "CASAC Advice on the Primary $PM_{2.5}$ Standards" below.

Importantly, the CASAC find that both primary standards, 24-hour and annual, are critical to protect public health given the evidence on detrimental health outcomes at both short-term and longer-term exposures including peak events (e.g., wildfires).

*6. In the Panel's view, has the evidence and risk information, including limitations and uncertainties, been appropriately characterized and interpreted for the purpose of considering potential alternative annual $PM_{2.5}$ standards? Does the discussion provide an appropriate and sufficient rationale to support preliminary conclusions regarding alternative primary annual $PM_{2.5}$ standard levels that are appropriate to consider?*

This section is generally well written and the CASAC agrees that the evidence provided in the 2019 ISA and Draft ISA Supplement is appropriate for the purposes of considering potential alternative annual $PM_{2.5}$ standards. This includes evidence related to addressing questions of possible co-pollutant confounding, the application of novel confounding adjustment methods to reduce the chance of confounding bias, and the assessment of effects at $PM_{2.5}$ levels below current standards including significant effects found in accountability studies with starting concentrations below current standards. The Draft PA provides a good description of how the evidence in the 2019 ISA is further confirmed and strengthened by newer evidence in the Draft ISA Supplement. This entire body of evidence provides the rationale for reconsidering the current annual standard.

While the Draft PA does cover studies addressing the issue of co-pollutant confounding and this discussion is an improvement over past ISAs and PAs, some concerns remain about confounding by co-pollutants. Since the literature on methods for adjusting for co-pollutant confounding and environmental mixtures continues to evolve, future improvements are likely. The CASAC recommends more explicit acknowledgment of the limitations of studies addressing co-pollutant confounding, including the role of varying spatiotemporal scales of co-pollutant variability relative to the resolution of $PM_{2.5}$, and the possible role of sampling variability in the interpretation of small changes in coefficient estimates when comparing estimates with and without co-pollutant adjustment.

The CASAC has some concerns related to the characterization and interpretation of some key elements of studies in relation to preliminary conclusions regarding alternative primary annual $PM_{2.5}$ standard levels that are appropriate to consider. Notably, first, there is an over reliance on the mean $PM_{2.5}$ concentration of a study as defining where findings are most robust. Epidemiologic studies require consideration of distribution around the mean of exposure to identify effects and thus lower levels than the mean must be considered as part of the range where the data provide higher confidence. Further, several newer studies (see Draft ISA Supplement, Table 3-6) report health effects when restricted to levels well below 12 $\mu g/m^3$, when overall means are below 12 $\mu g/m^3$ and even below 8 $\mu g/m^3$, which would therefore have had even lower means when the data are restricted. Second, there is concern with exclusion of Canadian studies because of not having design values in Canada to relate to area averages. The Canadian epidemiologic studies identify associations with area averages, and while there may be no design value in Canada, there are data that indicate what a U.S. design value would be if an area average

like that found in the Canadian studies were to occur in the U.S. Third, even if a design value is somewhat higher than the area average, it reflects actual exposure levels and thus any portion of the population living near the design value monitor does experience exposures at that level and consequent health effects of exposure to that higher concentration. Lastly, there is some inconsistency in the assessment of effects at lower concentrations. While the Draft PA refers to increasing uncertainties below 8 $\mu g/m^3$ (p. 3-196), several places in the Draft Supplement ISA describe more certainty in effects below 8 $\mu g/m^3$ and even down to 4 $\mu g/m^3$ (e.g., Draft ISA Supplement, pp. 3-19, 3-99, 3-105, and several studies in Table 3-6). Many of these same issues of interpretation of the studies related to the annual standard are also relevant for interpretation of the studies related to the 24-hour standard. The CASAC recommends that the EPA revise their characterization of key elements of studies to take into account these perspectives.

An additional uncertainty is the possibility of over- or under- representation of monitors in high exposure areas where at-risk populations reside. For example, Chapter 2 provides data on the $PM_{2.5}$ concentrations comparing near-road monitors to those away from roads, finding that those near roads were higher. The limited number of near-road sites could impact both epidemiological findings and risk estimates insofar as at-risk populations are differentially represented near and far from roads. Risk estimates could be improved with additional monitoring in key locations, and the Draft PA should include language detailing this complex relationship and its possible impact on risk estimates for both the general and at-risk populations.

*7. What are the Panel's views on the areas for additional research that are identified in Chapter 3? Are there additional areas that should be highlighted?*

Chapter 3 provides a fairly comprehensive list of areas of research of particular importance to future $PM_{2.5}$ assessments. The CASAC recommends several additional areas for research that should be included.

- $PM_{2.5}$ background: As an upper-bound, background is estimated by assuming all biogenic SOA is natural, which is not the case. There have been substantial improvements in the CMAQ model's ability to predict the anthropogenic influences (e.g., NOx and acidic sulfate) on biogenic SOA. Future model predictions of background $PM_{2.5}$ should reflect this new knowledge, and additional research is needed to further understand the atmospheric chemistry linkages between anthropogenic emissions and SOA concentrations.

- Hybrid modeling: Advances in and uses of hybrid modeling, including the use of state-of-the-art satellite products, are needed. Studies should report the hybrid model concentration distribution statistics (i.e., 10th, 25th, 50th, 75th, 90th percentiles), validation, and statistics comparing hybrid model concentrations with monitoring concentrations and design values where available.

- Consideration of low-cost sensor data: Research to support the continued development of models that incorporate low-cost sensor data would be beneficial because such models may improve spatiotemporal resolution in $PM_{2.5}$ exposure estimates. Low-cost sensor networks have the potential to reduce some sources of $PM_{2.5}$ exposure misclassification. It should be recognized that such models may also introduce other, new sources of error.

- Sources and chemical constituents: Future controlled human exposure studies with primary and secondary PM sources and chemical constituents are warranted, as they could provide insights regarding the influence of composition on concentration-response functions and eventually aid the design of more effective air pollution control strategies.

- Epidemiologic study reporting: Epidemiology studies should report concentration distribution statistics (i.e., 10th, 25th, 50th, 75th, 90th percentiles) as well as covariance between pollutants.

- Life course epidemiologic and mechanistic studies: There is need for more research that examines exposures during the life course (beginning *in utero*) and intergenerational vulnerabilities that stem from parental exposure to elevated levels of $PM_{2.5}$. Further, studies are needed to examine potential biologic mechanisms of such associations.

- PM composition and sources in accountability studies: Epidemiology studies examining health effects associated with PM and changes in associations over time (e.g., in accountability studies) should consider changes in PM composition and PM sources over time, and not just changes in PM concentration. It is important to understand whether a difference in health effects associated with high $PM_{2.5}$ versus low $PM_{2.5}$ concentrations represents a true difference in the human biological response to high versus low concentrations, or whether it may just reflect differences in PM composition between high and low concentrations and different biological response to different PM components. Future epidemiology studies should provide information on the PM composition and PM source(s) observed during the study period, whenever possible.

- Health effects of UFP: Similarly, more studies are needed that assess health effects associated with UFP concentrations, as well as investigate the health effects associated with different particle sizes within the ultrafine fraction and with particle surfaces as a metric. Cardiovascular effects and other effects of UFP are determined in the 2019 ISA as having a “suggestive of, but not sufficient to infer” a causal relationship. This is likely because of uncertainties in exposure assessment, a limited number of locations with regular UFP monitoring, and differences in definitions of UFP (i.e., particle mass concentration of particles $\leq 0.1\mu m$ versus total particle number concentration (PNC)). Also contributing to uncertainty are differences due to measurement technology count efficiencies and the limited number of studies assessing UFP health effects in the U.S. However, the growing animal toxicology evidence provides some biological plausibility for an important association between UFP/PNC and health effects. More standard and comprehensive reporting of UFP characterization; as well as chemical analyses to better evaluate the particle toxicity and regional differences in composition would aid in the evaluation of health effects moving forward.

**CASAC Advice on the Primary Standards for $PM_{2.5}$**

Regarding the annual $PM_{2.5}$ standard, all CASAC members agree that the current level of the annual standard is not sufficiently protective of public health and should be lowered. Furthermore, the CASAC reached consensus that the indicator, form, and averaging time should be retained. In concurring with the EPA’s recommendation to lower the annual standard, the CASAC agrees with the EPA’s assessment that there are large populations at risk of $PM_{2.5}$ health effects, and that the Draft ISA Supplement provides new evidence of disparities in risk across various population groups. The evidence base for

adverse health effects below the current annual standard has been strengthened and, while uncertainties remain in the epidemiologic evidence, recent studies that employ alternative analysis approaches have helped to reduce those uncertainties (e.g., by addressing the potential for residual confounding). The CASAC concurs with the EPA's assessment that meaningful risk reductions will result from lowering the annual $PM_{2.5}$ standard.

CASAC members had differing opinions about the best recommended range for the alternative level. The majority of CASAC members judge that an annual average in the range of 8-10 $\mu g/m^3$ should be the recommended alternative annual standard. A minority of CASAC members think that the range of the alternative standard of 10-11 $\mu g/m^3$ is more appropriate. The CASAC highlights that the alternative standard level of 10 $\mu g/m^3$ is within the range of acceptable alternative standards recommended by all CASAC members, and that an annual standard below 12 $\mu g/m^3$ is supported by a large and coherent body of evidence. The following two paragraphs discuss the justifications for these ranges.

The majority of CASAC members believe that a recommendation of 8-10 $\mu g/m^3$ is best supported. This argument places more weight on the following:

- Epidemiologic studies in the United States that show positive associations between $PM_{2.5}$ exposure and mortality with precision among populations restricted to those exposed to concentrations below 12 $\mu g/m^3$, and therefore mean concentrations after those restrictions that were likely at or below 10 $\mu g/m^3$ (Awad, 2019; Hayes, 2020; Danesh Yazdi 2021; Wu, 2020).
- Epidemiologic studies in the United States showing such associations at concentrations below 10 $\mu g/m^3$ (Ward-Caviness 2020) and below 8 $\mu g/m^3$ (Wei, 2020; Wang, 2020).
- Canadian studies, some of which some of which showed such associations at concentrations below 10 $\mu g/m^3$ (Zhang, 2021) and 8 $\mu g/m^3$ (Christidis, 2019; Pappin, 2019; Pinault, 2017).
- A meta-analysis, not included in the Draft ISA Supplement, of 53 studies, 14 of which were conducted with mean concentrations below 10 $\mu g/m^3$, showing such associations down to 5 $\mu g/m^3$ (Vodonos, 2018).
- Evidence consistent with no threshold and a possible supra-linear concentration-response function at lower levels. Many of the above-mentioned studies (studies referenced above were only those for mortality) are described in section 3.2.2.2.7 of the Draft ISA Supplement where the conclusion is reached that "The evidence remains clear and consistent in supporting a no-threshold relationship, and in supporting a linear relationship for $PM_{2.5}$ concentrations >8 $\mu g/m^3$, based on a large number of studies" with uncertainties about the concentration-response relation remaining at concentrations <8 $\mu g/m^3$.
- Protection of at-risk demographic groups. For example, while estimated health risks for Black communities are still higher than for majority White communities, the risk assessment predicts a substantial risk reduction for Black residents with a decrease in the annual standard to 9 $\mu g/m^3$ or lower (Figure 3-21).
- Recognition that the use of the mean to define where the data provide the most evidence is conservative since robust data clearly indicate effects below the mean in concentration-response functions
- Consideration that people are not randomly distributed over space such that populations in neighborhoods near design value monitors are exposed to the levels indicated at those monitors and likely to be more at risk.

A minority of CASAC members believe that a recommendation of 10-11 μg/m$^3$ is best supported. This recommendation emphasizes that there are few key epidemiologic studies (and only one key U.S. study) that report positive and statistically significant health effect associations for $PM_{2.5}$ air quality distributions with overall mean concentrations below 9.6 μg/m$^3$ (p. 3-198) and the fact that design values are generally higher than area average exposure levels. Key U.S. epidemiologic studies indicate consistently positive and statistically significant health effect associations based on air quality distributions with area average mean $PM_{2.5}$ concentrations at or above 9.9 μg/m$^3$ for monitor-based studies, at 9.3 μg/m$^3$ for hybrid modeling with population-weighted averages of grid cells, and ranging between 9.8-12.2 μg/m$^3$ for hybrid modeling with unweighted averages of grid cells averaged to the same resolution as the study data (ZIP code, census tract, or postal code) (p. 3-112). The form of the standard and the way attainment with the standard is determined (i.e., highest design value in the CBSA) are important factors when determining the appropriate level for the standard. According to the Draft PA, the area annual design values are generally higher than the study means by 10-20% for monitor-based studies, and 14-18% for hybrid modeling with grid cells averaged to the resolution of the study data (p. 3-112). Applying these percentages to the concentration ranges above result in values that are all over 10.6 μg/m$^3$, with most values over 11.0 μg/m$^3$. Next, there are large uncertainties in the risk assessment as described in detail in Section 3.4.1.7, Section 3.4.1.8, and Appendix C (pages C-70 to C-80) of the Draft PA. In addition, the risk assessment approach for adjusting air quality to simulate "just meeting" the current and alternative standards may result in a potentially large overestimation of the actual number of lives that would be saved by lowering the $PM_{2.5}$ standards. Finally, uncertainties related to co-pollutants and confounders make it difficult to justify a recommendation below 10-11 μg/m$^3$.

Regarding the 24-hour $PM_{2.5}$ standard, the majority of CASAC members find that the available evidence calls into question the adequacy of the current 24-hour standard. The CASAC notes that the level is conditional on the form, and all CASAC members conclude that the Draft PA does not provide sufficient information to adequately consider alternative form and level combinations. Thus, the discussion that follows first addresses the level conditional on the current form, and then considers revisions of the form.

Regarding the level of the 24-hour $PM_{2.5}$ standard, conditional on retaining the current form, the majority of CASAC members favor lowering the 24-hour standard. These members are convinced that there is substantial epidemiologic evidence from both morbidity and mortality studies that the current standard is not adequately protective. This includes three U.S. air pollution studies with analyses restricted to 24-hour concentrations below 25 μg/m$^3$ (Table 3-10). The members also note that the controlled human exposure studies are not the best evidence to use for justifying retaining the 24-hour standard without revision. As discussed earlier, these studies preferentially recruit less susceptible individuals and have a typical exposure duration much shorter than 24 hours, so the evidence of effects from controlled human exposure studies with exposures close to the current standard support epidemiological evidence for lowering the standard. Overall, these members place greater weight on the scientific evidence than on the values estimated by the risk assessment. They are concerned that the risk assessment may not adequately capture areas with wintertime stagnation and residential wood-burning where the annual standard is less likely to be protective. They also are less confident that the annual standard could adequately protect against health effects of short-term exposures. These members suggest that the EPA revise the level as part of the current review, and that a range of 25-30 μg/m$^3$ for the 24-hour $PM_{2.5}$ standard would be adequately protective.

In contrast, a minority of CASAC members agree with the EPA's preliminary conclusion to retain the current 24-hour $PM_{2.5}$ standard without revision, and place greater weight on the risk assessment. The risk assessment not only accounts for the level of the standard, but also accounts for the form of the standard and the way attainment with the standard is determined (i.e., highest design value in the CBSA). The risk assessment indicates that the annual standard is the controlling standard across most of the urban study areas evaluated and revising the level of the 24-hour standard is estimated to have minimal impact on the $PM_{2.5}$-associated risks. Therefore, the annual standard can be used to limit both long- and short-term $PM_{2.5}$ concentrations. Finally, these members place more emphasis on the controlled human exposure studies, showing effects at $PM_{2.5}$ concentrations well above those typically measured in areas meeting the current standards suggesting to them that the current standards are providing adequate protection against these exposures.

The CASAC recommends that in future reviews, the EPA provide a more comprehensive assessment of the 24-hour standard that includes the form as well as the level. The CASAC recognizes that they have insufficient information with which to evaluate alternative forms of the 24-hour standard and recommends that the form be revisited in future reviews. In particular, the midnight-to-midnight averaging time splits high wood smoke episodes into two days, thus potentially underestimating the effect of high 24-hour exposures, especially in areas with wood-burning stoves and wintertime stagnation. The CASAC suggests considering a rolling 24-hour average and examining alternatives to the 98th percentile of the 3-year average (e.g., average of concentrations $\geq 98^{th}$ percentile or alternative percentiles).

**Chapter 4 – Reconsideration of the Primary Standard for $PM_{10}$**

*1. To what extent does Chapter 4 capture and appropriately characterize the key aspects of the evidence assessed and integrated in the 2019 ISA on $PM_{10-2.5}$-related health effects?*

Chapter 4 does an excellent job of characterizing the key points of evidence regarding coarse PM's association with adverse health effects. In particular, it:

- Describes the general approach used to examine the premise of reconsidering the 2020 final decision, and

- Examines the four basic elements of the NAAQS (i.e., indicator, averaging time, form, and level) in evaluating the health protection afforded by the current standard.

There is a clear progression of the strength of evidence in $PM_{10-2.5}$ causality determinations from the 2009 PM ISA for long-term mortality, cardiovascular effects, and cancer, elevating their significance from "Inadequate" to "Suggestive of, but not sufficient to infer" in the 2019 ISA. Nervous system effects and metabolic effects were not discussed previously but are also determined in the 2019 ISA to be "suggestive of, but not sufficient to infer."

The Draft PA concludes that "the available evidence in this reconsideration of the 2020 final decision supports retaining the current standard." The Draft PA did not consider alternative standards. However, Chapter 4 in essence discusses $PM_{10-2.5}$ whereas the NAAQS addresses $PM_{10}$.

## Dr. James Boylan

**"Minority" Opinions**

Throughout the CASAC letter to the Administrator and the consensus response to charge questions, the terms "majority" and "minority" of the CASAC is used to express differing opinions when consensus could not be reached. I would like to emphasize the importance of keeping both perspectives in the main documents. Since the chartered CASAC and panel members are appointed, the "majority" and "minority" opinions can be determined by those selections.

Mark Frampton and I have the unique experience of being on the CASAC that reviewed both the PM NAAQS in 2019-2020 and the PM NAAQS Reconsideration in 2021-2022. In the 2019-2020 review, the chartered CASAC consisted of one consultant, four state/local air pollution control agency representatives, and one university professor. The seventh CASAC member resigned during the deliberations. The CASAC did not reach consensus on the adequacy of the current annual $PM_{2.5}$ NAAQS. In the end, both the "majority" and "minority" perspectives were included in the letter to the Administrator and the consensus response to charge questions.

In the 2021-2022 reconsideration, the chartered CASAC consisted of one state air pollution control agency representative and six university professors, and the PM panel consisted of two state air pollution control agency representatives and twenty university professors. In this review, the CASAC did not reach consensus on the level of the annual $PM_{2.5}$ NAAQS and the adequacy of the daily standard. This time, the "majority" and "minority" roles were reversed compared to the 2019-2020 PM review. During the current deliberations, some CASAC members and panel members suggested that only the "majority" perspectives be included in the letter to the Administrator and the consensus response to charge questions and the "minority" perspectives be restricted to individual comments. After much debate, both perspectives were preserved in the main documents.

I continue to encourage the appointment of CASAC members and panel members with broad perspectives from a variety of backgrounds, including additional representatives from state/local air pollution control agencies and industry. While it is nice to try to achieve consensus, there usually is not a clear right or wrong answer and including arguments supporting both "majority" and "minority" perspectives are critical for the Administrator to make an informed decision.

**Chapter 1 – Introduction**

*Chapter 1 provides introductory information including a summary of the legislative requirements for the NAAQS, an overview of the history of the PM NAAQS and the decisions made in prior reviews, and a summary of the scope and approach for the reconsideration of the 2020 final decision.*
*1. To what extent does the CASAC find that the information in Chapter 1 is clearly presented and that it provides useful context for this reconsideration?*

The information in Chapter 1 is very clearly presented. The level of detail is appropriate to provide useful context for this reconsideration. The CASAC advice on the PM review completed in 2020 was

Page 3-130 states "Consistent with the overall approach for this reconsideration, this risk assessment has a targeted scope that focuses on all-cause or nonaccidental mortality associated with long-term and short-term $PM_{2.5}$ exposures." However, the overall approach in the draft ISA Supplement and draft PA is targeted on short- and long-term $PM_{2.5}$ exposure and mortality and cardiovascular effects, not just mortality. Therefore, the risk assessment should also include an evaluation of cardiovascular mortality and cardiovascular morbidity. Including these two additional endpoints would provide useful information to help inform the decision on the level of the $PM_{2.5}$ NAAQS.

EPA's approach to estimate risk involves four main steps: (1) primary data, (2) data fusion, (3) projecting $PM_{2.5}$ to target standards, and (4) risk assessment. In Step 1, the use of AQS measured total and speciated $PM_{2.5}$ and CMAQ photochemical modeling to simulate $PM_{2.5}$ for baseline and emission sensitivity cases is appropriate. The CMAQ model configuration and input files used in the air quality modeling appear to be appropriate for this application. In Step 2, the use of downscaler to grid $PM_{2.5}$ spatial fields based on CMAQ and AQS data is appropriate. The use of SMAT-CE to model relative response factors (RRFs) and speciated $PM_{2.5}$ at monitors and grid cells is appropriate. In Step 3, projecting monitors to just meet target NAAQS and the corresponding spatial fields is appropriate (see comments in next paragraph). In Step 4, the use of BenMAP-CE to generate risk metrics is appropriate.

In Chapter 3, the main question I would like answered is "How many premature deaths will be prevented if the annual standard is lowered from 12.0 $\mu g/m^3$ to a lower level?" The risk assessment is the best way to estimate $PM_{2.5}$-accociated health risks for various alternative standards. EPA's approach evaluates the change in risk associated with moving from $PM_{2.5}$ air quality "just meeting" the current standards (12/35) to "just meeting" alternative annual and/or 24-hour standards (10/30). While this approach is appropriate for CBSAs that are currently above the current standards, this approach is not appropriate for CBSAs that are currently below the current standards and results in estimated reductions in $PM_{2.5}$-accociated mortality that are significantly overestimated compared to the actual number of prevented deaths. For example, the 2014-2016 annual maximum $PM_{2.5}$ design values (Table C-3) for the Atlanta CBSA and New York CBSA were 10.38 $\mu g/m^3$ and 10.20 $\mu g/m^3$, respectively. The EPA approach increases these design values to 12.0, then reduces them to 11, 10, 9, and 8 to calculate the reductions in $PM_{2.5}$-accociated mortality at each alternative standard. In these two cities alone, the EPA approach calculates thousands of deaths prevented as you go from 12 to 11, 11 to 10, 10 to 9, and 9 to 8. However, the 2018-2020 $PM_{2.5}$ design values for the Atlanta CBSA and New York CBSA are 9.5 $\mu g/m^3$ and 8.7 $\mu g/m^3$, respectively. This means that a new standard of 11 $\mu g/m^3$ or 10 $\mu g/m^3$ would result in no actual deaths being prevented in those CBSAs. This example was given for Atlanta and New York (which accounts for 25% of the total study area population) but is applicable to many of the other CBSAs in the study area that currently have 2018-2020 annual design values that are below 10 $\mu g/m^3$ or 9 $\mu g/m^3$. As a result, the number of deaths that would be prevented at lower standards could be overestimated by a factor of two, or more. **In order to accurately estimate the number of actual deaths that will be prevented if the standard was lowered, the starting point for the risk analysis for each CBSA that is already below the current $PM_{2.5}$ NAAQS needs to be the 2018-2020 $PM_{2.5}$ design values, not the current NAAQS.**

Tables 3-14, 3-15, 3-16, and 3-17 contain total $PM_{2.5}$-associated mortality across the entire study area. A breakdown of $PM_{2.5}$-associated mortality and risk change by individual CBSA for each study and

ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY

Katie Hobbs
Governor

Karen Peters
Director

**Submitted online via https://www.regulations.gov/**

March 20, 2023

U.S. Environmental Protection Agency
EPA Docket Center
Docket ID Number: Docket ID No. EPA-HQ-OAR-2015-0072
Mail Code 28221T
1200 Pennsylvania Avenue NW
Washington, DC 20460

Re: Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (Docket ID No. EPA-HQ-OAR-2015-0072).

To whom it may concern:

The Arizona Department of Environmental Quality (ADEQ) appreciates the opportunity to provide comments on the United States Environmental Protection Agency's (EPA) proposed rulemaking "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter"[1] (PM NAAQS).

ADEQ was established under the Environmental Quality Act of 1986 by the Arizona State Legislature as the state's cabinet-level environmental agency. ADEQ carries our several core functions including: planning, permitting, compliance, management, monitoring, assessments, cleanups, and outreach. ADEQ's mission is to protect and enhance public health and the environment.

This comment letter: 1) briefly describes the background of the proposed rule; 2) addresses ADEQ's monitoring concerns; and 3) requests EPA consider factors that exist outside of state and local air agency control.

## I. Background

On December 18, 2020, EPA issued a final rule retaining the existing PM NAAQS.[2] In June 2021, EPA announced it would reconsider the December 2020 decision.[3]

On January 27, 2023, EPA's proposed reconsideration of the PM NAAQS was published in the Federal Register. In its proposed rule, EPA proposes to reduce the $PM_{2.5}$ annual standard from 12 micrograms

---

[1] 88 FR 5,558 (Jan. 27, 2023).
[2] 85 FR 82,684 (Dec. 18, 2020).
[3] *Supra* note 1 at 5,560.

per cubic meter (μg/$m^3$) to within a range of 9 – 10 μg/$m^3$. Additionally, EPA proposed to retain the current daily NAAQS for $PM_{2.5}$ and $PM_{10}$, as well as the secondary PM NAAQS. Also, EPA seeks comment on an alternative annual standard levels down to 8 μg/$m^3$ and up to 11 μg/$m^3$ and other ranges for the daily and secondary NAAQS.[4] EPA also proposed revisions to other aspects related to the PM NAAQS including monitoring requirements for the PM NAAQS.[5]

## II. Monitoring

This section presents ADEQ's comments regarding the monitoring aspects of EPA's proposed rule. This section will address: 1) hourly data completeness requirements for PM averages; 2) EPA should clarify that the Ambient Air Protocol Gas Verification Program and EPA Protocol Gas standards are not applicable to $PM_{2.5}$; 3) ADEQ's support for the updated bias calculation; 4) EPA's proposal references a table that does not appear in the current rules; and 5) ADEQ's supports of the proposed Calibration of PM Federal Equivalent Method.

### a. EPA should add hourly data completeness requirements for PM averages.

Regarding EPA's proposal clarifying daily validity requirements for continuous monitors, ADEQ suggests adding hourly completeness requirements in addition to maintaining the practice of considering daily averages to be valid if at least 75% of the hourly averages are available.[6] Hourly completeness requirements are needed in the case of partial hour data collection in support of the daily 75% requirement. Hourly completeness requirements exist in regulation for gaseous air pollutants, such as ozone.

### b. EPA should clarify proposals that are not applicable to $PM_{2.5}$.

While ADEQ agrees with the proposals for changes to the Ambient Air Protocol Gas Verification Program and EPA Protocol Gas standards,[7] they are not applicable to the $PM_{2.5}$ rulemaking. EPA should continue this practice of making more general proposals in each of its proposed rule changes, but identify these other changes in future proposals. Continuous improvement of regulations is encouraged to ensure consistent data quality nationwide.

### c. ADEQ supports the proposal for the updated Bias Calculation.

ADEQ is in support of the proposal for the updated bias calculation.[8] ADEQ has historically been unable to meet this uncertainty measurement due to low PM values. This change will improve the uncertainty measurement and help make it more attainable for ADEQ.

---

[4] *Id.*
[5] *Id.*
[6] *Id.* at 5,663.
[7] *Id.* at 5,665.
[8] *Id.* at 5,666.

**d. Section VII, C, 5.b of EPA's proposed rule contains a proposal for Table E-3, which does not exist in current regulations.**

EPA proposes to amend 40 CFR Part 58, Appendix E, Tables E-1, E-2, and E-3 to communicate that distance measurements will be rounded to retain at least two significant figures.[9] However, ADEQ notes that in the current regulations there is no Table E-3. As currently promulgated, Appendix E contains Tables E-1, E-2, and E-4. Table 3 was removed in 2006.[10]

**e. ADEQ supports the proposal for Calibration of PM Federal Equivalent Methods.**

Arizona's unique environment creates particulate matter air pollution that is unique to other locations throughout the Nation. By allowing PM methods to be calibrated will ensure that measurements are accurate, especially in areas with Design Values close to the NAAQS.[11] There are known biases in some equivalent methods and this will ensure that these biases are minimalized.

**III. EPA should consider air quality issues that are outside of State and local agency control.**

ADEQ urges EPA to consider the challenges, especially in Southwestern states, to achieve the NAAQS that are outside of air agencies' control. Specifically, ADEQ is concerned about two potential issues: exceptional events due to wildfire and international transport.

**a. EPA should streamline the exceptional event demonstration process for wildfires.**

As a western state, Arizona is concerned about the impact of wildfire on air quality. Due to climate change creating warmer and drier than average Arizona, along with other western states, is experiencing an increase in severe wildfires. As a result, it is a priority to reduce the threat of wildfire by support. However, wildfires continue to present a significant challenge to air quality in the western U.S., among other issues.

Therefore, ADEQ requests that EPA consider additional methods to streamline exceptional event demonstrations related to wildfire events. ADEQ's experience submitting exceptional event demonstrations is the current approach is resource and time intensive process for both states and EPA. With a lowered annual $PM_{2.5}$ standard, ADEQ believes that it is reasonable to conclude that there will be more regulatory significant impacts on air quality data from wildfires than at the current standard. ADEQ anticipates that there may be an increased need for states to submit additional exceptional event demonstrations. Therefore, ADEQ believes it makes sense for EPA to streamline wildfire exceptional event demonstrations to prepare for the potential increase in such demonstrations.

**b. EPA should consider the potential challenges associated with international transport of $PM_{2.5}$.**

---

[9] *Id.* at 5,676.
[10] *See* 71 FR 61,236 (Oct. 17, 2006).
[11] *Supra* note 1 at 5,670.

ADEQ is concerned about the impact of a changed PM2.5 NAAQS on border communities. Specifically, ADEQ has experience dealing with such border areas impacted by international air pollution. In 2012, EPA approved ADEQ's $PM_{10}$ moderate area plan for the Nogales, AZ nonattainment area (NAA). This approval included ADEQ's CAA § 179B demonstration that the Nogales NAA is attaining the $PM_{10}$ NAAQS but for international emissions sources in Nogales, Mexico.[12] ADEQ is concerned that if the NAAQS is lowered some areas along the border, including Nogales, could face challenges in meeting the new standard.

As an example, ADEQ has addressed $PM_{10}$ pollution in the Nogales area previously. In November 2009 the Nogales area was designated as nonattainment for the 24-hour standard for $PM_{2.5}$.[13] On April 13, 2021, ADEQ submitted a maintenance plan and re-designation request for the Nogales, AZ 2006 $PM_{2.5}$ NAAQS NAA. On August 15, 2022, EPA issued a final rule approving ADEQ's maintenance plan and re-designation request.[14] As part of the approved maintenance plan, ADEQ referenced a study in Nogales, Sonora conducted by the University of Arizona (U of A) that looked at the reasons for small-scale burning and to develop mechanisms to reduce burning within Nogales, Sonora.[15] This study found that people in Nogales, Sonora generally burn for management of solid waste, cooking, and/or home heating.[16] Factors that influence burning include location of neighborhood, age of neighborhood, and the reliability and/or availability of garbage collection.[17] Study participants indicated that burning was conducted in order to address issues of lack of garbage collection and as an alternative or supplement to other sources of fuel used in cookstoves and heaters.[18] It was also found that household income levels affected the levels and frequency of burning, specifically wood, which was likely due to the financial impact of household resources to buy alternative fuels.[19]

The purpose of the U of A study was to develop educational mechanisms to help control small-scale burning in Nogales, Sonora and was not intended to gather concrete data regarding burning.[20] Therefore the commentary above is only intended to illustrate the potential for burning to affect air quality in Ambos Nogales. The 2006 $PM_{2.5}$ NAAQS revised the 24-hour $PM_{2.5}$ standard to the 35 $\mu g/m^3$ and retained the annual 15 $\mu g/m^3$ standard (which was later reduced to 12 $\mu g/m^3$ in 2012[21]).[22] ADEQ is concerned that the final standard selected by EPA could be more sensitive to international transport, especially for border communities.

---

[12] 77 FR 58,962 (Sept. 25, 2012).
[13] 74 FR 58,688 (Nov. 13, 2009).
[14] 87 FR 49,997 (Aug. 15, 2022).
[15] Bureau of Applied Anthropology, University of Arizona. (2007) (Updated 2008). *Evaluation of Small Scale Burning of Waste and Wood in Nogales, Sonora – Final Report*, available at: https://legacy.azdeq.gov/obep/download/small_scale.pdf.
[16] *Id.*
[17] *Id.*
[18] *Id.*
[19] *Id.*
[20] *Id.*
[21] 78 FR 3,086 (Jan. 15, 2013).
[22] 71 FR 61,144 (Oct. 17, 2006).

Therefore, ADEQ requests that EPA address how lowering the $PM_{2.5}$ NAAQS could potentially impact areas affected by international transport of $PM_{2.5}$ air pollution. Additionally, ADEQ requests EPA provide guidance on areas that could be impacted by international transporting of $PM_{2.5}$, international pollution might impact the area that is outside of the control of the local air agency could impact the economic growth of the area.

## IV. Conclusion

ADEQ appreciates the opportunity to provide these comments on EPA's proposed Reconsideration of the National Ambient Air Quality Standards for Particulate Matter. If you have any questions, please contact me at 602-771-4684 or czecholinski.daniel@azdeq.gov. Thank you for your consideration of ADEQ's comments.

Sincerely,

Daniel Czecholinski
Air Quality Division Director

ARIZONA CHAMBER OF COMMERCE & INDUSTRY

ARIZONA MANUFACTURERS COUNCIL

March 24, 2023

U.S. Environmental Protection Agency
EPA Docket Center
Air and Radiation Docket
Mail Code 28221T
1200 Pennsylvania Avenue NW
Washington, DC 20004

Re: **Docket ID No -EPA-HQ-OAR-2015-0072**

To Whom It May Concern:

The Arizona Chamber of Commerce & Industry ("AZ Chamber") and the Arizona Manufacturers Council ("AMC") are committed to ensuring economic growth and prosperity for all Arizonans. Our mission is to advocate for free-market policies and work to advance Arizona as a leading player in the global economy. We appreciate this opportunity to voice our opposition to the EPA's proposed rule on national ambient air quality standards (NAAQS) for particulate matter (PM).

**Proposed Revision to the Annual $PM_{2.5}$ Standard**

U.S. manufacturing is cleaner and more sustainable than ever thanks in large part to a revolution in how we produce, use and recycle materials and products – breakthroughs spearheaded by manufacturers. Across the board, levels of major pollutants have declined dramatically, and the U.S. is outpacing global competitors when it comes to improving air quality. According to the U.S. Environmental Protection Agency ("EPA"), the U.S. reduced six common National Ambient Air Quality Standard ("NAAQS") pollutants (including fine particulate matter "$PM_{2.5}$") by 78% between 1970 and 2020. Between 2000 and 2021, EPA has reported that the national seasonally-weighted annual average concentrations of $PM_{2.5}$ are down 37%[1]




[1] https://www.epa.gov/air-trends/particulate-matter-pm25-trends

During that same time, the Southwest region (which includes Arizona, Colorado, New Mexico and Utah) has also experienced a 13% decrease in the seasonally-weighted annual average concentrations of $PM_{2.5}$. While the Southwest has not seen the same percentage of improvement as the national average, the actual concentrations of $PM_{2.5}$ have historically been lower than the national average.




Despite these improvements, and depending upon where EPA ultimately sets the new primary standard, there are several areas in Arizona that are at risk of being classified as non-attainment for $PM_{2.5}$. These areas include Phoenix and Nogales[2]. While the AZ Chamber and AMC encourage the EPA Administrator to set the standard at a level that is protective of public health, with an adequate margin of safety, as required under the Clean Air Act, the Administrator must also recognize it is unclear whether there are differing health effects based upon exposure to the various components that make up $PM_{2.5}$.

For example, when discussing the $PM_{2.5}$ components in the proposal, EPA notes that "[s]ulfate concentrations tend to be highest in the eastern U.S., while in the Ohio Valley, Salt Lake Valley, and California nitrate concentrations are highest, and relatively high concentrations of organic carbon are widespread across most of the Continental U.S." EPA goes on to say that "Elemental carbon, crustal material and sea salt are found to have the highest concentrations in the northeast U.S., southwest U.S., and coast areas, respectively."[3]

EPA's review of the uncertainties of the health effects evidence state "[a]lthough the epidemiologic studies clearly demonstrate associations between long and shorter term $PM_{2.5}$ exposures and health outcomes, several uncertainties and limitations in the health evidence remain… reported heterogeneity may be due in part to … a limited understanding of factors including … variability in $PM_{2.5}$ composition regionally and the factors that result in differential exposures (e.g., topography, the built environment, housing

[2] https://www.epa.gov/system/files/documents/2023-01/Fine%20Particle%20Concentrations%20for%20Counties%20with%20Monitors.pdf
[3] 88 Fed. Reg. 5571 (Jan. 27, 2023)

characteristics, personal activity patterns."[4] To resolve this issue, EPA appears to have used hybrid modeling results "…to estimate $PM_{2.5}$ concentrations and to assign exposure to assess the association between health outcomes and $PM_{2.5}$ exposure."

Given the underlying uncertainties, and the apparent divide in the Clean Air Scientific Advisory Committee's recommendations regarding whether the proposed annual $PM_{2.5}$ standard should be set between 8-10 or 10-11 micrograms per cubic meter, the AZ Chamber and AMC request that EPA set the annual standard for $PM_{2.5}$ at the highest end of the proposed range - 11 micrograms per cubic meter. Additional reductions below that level should only be considered after the necessary scientific information is refined, and the Clean Air Science Advisory Committee unanimously agrees on the proposed standard.

**Other National Ambient Air Quality Standard Proposals**

The AZ Chamber and AMC support EPA's proposals to retain the current primary and secondary 24-hour $PM_{2.5}$ standard, the secondary annual $PM_{2.5}$ standard, and the primary and secondary 24-hour and annual $PM_{10}$ standards.

**Implementation Recommendations**

EPA's proposed action regarding all of the retained and revised NAAQS should remain strictly within the confines of what is allowed under Clean Air Act Sections 108 and 109. Wide discretion should be given to the states for determining how best to achieve compliance with these health based standards as they are closest to the problems, and know best the peculiar local conditions and sources that may be contributing to exceedances of the standard.

Given significant uncertainties in the proposed rule regarding implementation of the proposed NAAQS, the AZ Chamber and AMC believe that it would be prudent for EPA to re-propose the implementation provisions with greater clarity to provide for meaningful comment. For example the use of low-cost sensor and satellite data in drawing non-attainment area boundaries or identifying sources for control is such a significant break with prior EPA policy that it warrants a more specific proposal beyond a mere weighing of pros and cons and a request for comment[5]. Similarly, the requirement for States to site monitors in "at-risk communities" and simply requesting comment on how these communities should be defined[6] has likely drawn numerous comments that are unlikely to converge on a single meaning. As EPA has been unable to propose a working definition for these communities for years, states and counties to create their own non-uniform, sometimes incompatible, defintions.

Furthermore, with respect to implementation guidance, the AZ Chamber and AMC recommend that EPA provide states with ample time to receive and incorporate into their State Implementation Plans ("SIPs") any implementation guidance that EPA determines is necessary. States have expressed frustration in the past when implementing guidance for a rule is provided mere days or months before a SIP is due. That frustration is only amplified when industry is informed of the last minute change. Good governance is dependent upon transparency, predictability and certainty, which is accomplished when guidance is released when a rule is finalized or very soon thereafter. Changing the rules of engagement in the last moments before a SIP is due reduces incentive for early compliance, as industry is paralyzed waiting for EPA to confirm that the investments being made to control sources of air pollution will be sufficient to meet EPA's criteria. This leads to higher costs and delays in achieving the new health-based standards.

[4] 88 Fed. Reg. 5604 (Jan. 27, 2023)
[5] 88 Fed. Reg. 5680 (Jan. 27, 2023)
[6] 88 Fed. Reg. 5676 (Jan. 27, 2023)

**Support for State and Local Comments**

The AZ Chamber and AMC support and include by reference the comments submitted by the Arizona Department of Environmental Quality and the Maricopa County Air Quality Department.

**Closing**

We appreciate this opportunity to provide you with our comments. Despite tremendous population and economic growth over the last 30 years, overall emissions of air pollution throughout Arizona have declined. While there may yet be work to do, the EPA's proposed rule is the wrong approach. We believe that the best environmental solutions occur in the best of economic conditions. Our members are innovative leaders of the statewide business community, and look forward to partnering with EPA, our state and local regulatory agencies, and all other stakeholders in developing effective solutions to our air pollution challenges.

Sincerely,



Danny Seiden
President & CEO
Arizona Chamber of Commerce



Grace Appelbe
Executive Director
Arizona Manufacturers Council

ESSENTIAL
MINERALS
ASSOCIATION

March 28, 2023

**VIA REGULATIONS.GOV**

The Honorable Michael Regan
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**Re: Reconsideration of the National Ambient Air Quality Standards for Particulate Matter Proposed Rule (EPA-HQ-OAR-2015-0072)**

Dear Administrator Regan:

The Essential Minerals Association (EMA) writes to provide the following comments to the Environmental Protection Agency ("EPA" or "the Agency") on EPA's Proposed Rule for the Reconsideration of the National Ambient Air Quality Standards (NAAQS) for Particulate Matter ("the Proposed Rule")[1].

**Introduction**

EMA is the representative voice of more than 80 companies that extract, process, and support a vital and beneficial group of raw minerals that are the essential ingredients for many of the products used in everyday life. Our companies and the people they employ are proud of their industry and the socially responsible methods they use to deliver these beneficial resources.

The minerals produced by EMA's members are vital to the manufacturing processes for many, if not all, of the products we use every day. They are used in the production of food supply chain elements (agricultural feed, human baking products, and water purification needs), batteries, protective masks, dialysis machines, semiconductors, solar panels, glass, ceramics, paper, plastics, rubber, detergents, insulation, pharmaceuticals, cosmetics, foundry cores and molds used for metal castings, paints, filtration, metallurgical applications, refractory products, and specialty fillers. These are just a few of the many uses of our members' minerals. Every sector of industry relies on a variety of essential minerals to generate their end products, making a robust and stable supply chain critical for the continued growth and success of our economy as well as our national security.

The mining industry operates under a complex system of environmental regulations drafted and enacted by local, state, tribal, and federal governments. Such regulations are a necessary part of doing business in the United States. The regulatory framework in this country ensures that

[1] 88 Fed Reg. 5558

businesses, such as mine operators, work under the explicit expectation that the environmental impacts will be as minimal as possible. These expectations are established during the permitting process and continue over the lifetime of the project through the enforcement of the germane statutes and regulations. Through the permitting process for mines, operators make a good-faith commitment to limiting impacts and mitigating those that are unavoidable, prior to even breaking ground. These activities, along with other necessary steps during this process, cost millions of dollars before production can even begin.

Adherence to air quality standards is one of the many aspects of environmental stewardship that EMA's members take seriously, and they work diligently every day to comply with air regulations, including the NAAQS standards for Particulate Matter $(PM)_{2.5}$ and $_{10}$. The Proposed Rule would revise the primary annual standard for $PM_{2.5}$ standard by reducing the level from 12.0 $\mu g/m^3$ to within the range of 9.0 to 10.0 $\mu g/m^3$ but would retain the current 24-hour standard for $PM_{2.5}$, the primary 24-hour $PM_{10}$ standard, the secondary annual standards for both $PM_{2.5}$ and $PM_{10}$. The more stringent standard set in the Proposed Rule for the primary annual $PM_{2.5}$ standard would approach general background levels of $PM_{2.5}$ which would drastically increase the cost and difficulty of compliance with little to no measurable public health benefits. We therefore request that the EPA withdraw the Proposed Rule and retain the current $PM_{2.5}$ and $PM_{10}$ standards, which strike a more proper balance.

**The Proposed Rule Fails to Meet the Legal Standards of the Clean Air Act**

The Clean Air Act requires that EPA promulgate primary NAAQS that are "requisite to protect the public health" with an "adequate margin of safety.[2]" In making this decision, the Administrator takes into consideration the Integrated Science Assessment, which reflects the "latest scientific knowledge useful in indicating the kind and extent" of public health impacts "which may be expected from the presence of such pollutant in the ambient air." The Administrator is also to consider EPA's Policy Assessments and the recommendations of the Clean Air Scientific Advisory Committee ("CASAC"). The determination of the appropriate level of the standard requires the judgment of the Administrator to set a standard that is "requisite" to protect the public health or welfare. This means setting a standard that is "sufficient, but not more than necessary.[3]" While EPA may not consider the cost of implementing the standard, it may consider "relative proximity to peak background … concentrations.[4]"

The Agency's proposal to lower the primary annual $PM_{2.5}$ standard fails to meet this legal standard. The proposal will result in a $PM_{2.5}$ standard that is at or near existing background concentrations of $PM_{2.5}$ in the Western U.S. Additionally, the proposal goes further than what is required to protect the public because it inappropriately targets coarse crustal PM emissions without a sufficient basis to determine a causal connection with negative health effects. However, the Administrator's proposal to retain the $PM_{10}$ standards meets the legal standard. Furthermore, there is insufficient evidence to conclude that lowering the $PM_{10}$ standards is necessary to protect public health and welfare. Accordingly, EPA should rescind its proposal to

[2] 42 U.S.C. § 7409(b)(1)
[3] Whitman v. Am. Trucking Ass'ns, 531 U.S. 457, 473 (2001)
[4] Am. Trucking Ass'ns. v. EPA, 283 F.3d 355, 379 (D.C. Cir. 2002).

lower the primary annual $PM_{2.5}$ standard and finalize its proposal to retain the current $PM_{10}$ standards.

**The Proposed Rule's Failure to Consider Several Important Factors Will Make Implementation Difficult**

The Proposed Rule will present significant implementation issues for sources in the West, particularly mining industry sources operated by EMA members, because of the high level of background $PM_{2.5}$ in the West. Based on data from "several remote IMPROVE sites in different regions of the U.S.,"[5] EPA estimates that $PM_{2.5}$ background concentrations range from 0.5-3 $\mu g/m^3$.[6] As this estimation is based on a very small sample of monitoring sites, it is not representative of background concentrations across the country.

Lowering the primary annual $PM_{2.5}$ standard from 12 $\mu g/m^3$ to a level between 9 and 10 $\mu g/m^3$ (or even lower) will set the standard at or very close to background PM2.5 concentrations in many areas across the West. This would generate significant implementation issues for many of the mining facilities operated by EMA members. Such a slim margin, or none at all, between the primary annual standard and the background concentration would force Western states to require strict control technologies or widespread operational changes at EMA members' facilities. This scenario would be particularly difficult for EMA member companies who mine or process minerals with low net profit margins as well as high processing and operating costs.

These implementation challenges will be exacerbated by issues with the modeling systems that EPA recommends for the development of attainment strategies.[7] The AERMOD model exhibits a conservative bias to over predict impacts on ambient concentrations by a factor of 1.41 to 3.21. Such overly conservative modeling will drive even more severe and complicated requirements for EMA members' mining facilities. Additionally, AERMOD does not properly account for complex terrain in the West. EPA's Implementation Guide for AERMOD explains that the model's default settings do not incorporate local terrain data and provides extensive steps that modelers should take to manually input terrain data.[8] This flaw in AERMOD is particularly problematic in the rural areas of Western U.S. where many EMA members operate. Dramatic elevation changes between mountain ranges and valleys in the West can significantly impact air quality. Any change to the PM standards by EPA should properly account for these unique factors.

Further, the Proposed Rule fails to properly account for the significant role that wildfires play in PM emissions in the West. Throughout the Proposed Rule and the 2022 Policy Assessment, EPA acknowledges the impact that the increasing frequency and magnitude of wildland fires in the West has on $PM_{2.5}$ concentrations.[9] The Proposed Rule notes that the

---

[5] EPA, POLICY ASSESSMENT FOR THE RECONSIDERATION OF THE NATIONAL AMBIENT AIR QUALITY STANDARDS FOR PARTICULATE MATTER, EPA-452/R-22-004 (May 2022) at 2-70 ("2022 Policy Assessment").
[6] 88 Fed. Reg. at 5574.
[7] *See id.* at 5,684 (recommending the use of AERMOD for the development of attainment strategies).
[8] EPA, AERMOD IMPLEMENTATION GUIDE (June 2022), at 12-17.
[9] *See, e.g.,* 88 Fed. Reg. at 5,569; 2022 Policy Assessment, at 2-66.

"highest ambient $PM_{2.5}$ concentrations occur in the western U.S.,"[10] and also states that wildland fire "accounts for over 30% of emissions of primary $PM_{2.5}$ emissions."[11] The Proposed Rule references recent wildland fire events that significantly increased $PM_{2.5}$ background concentrations over an extended period of time, including a three-month fire in Montana that resulted in $PM_{2.5}$ concentrations above 300 $\mu g/m^3$ for many days and a daily average of 220.9 $\mu g/m^3$.[12]

Rather than isolated incidents that drive up $PM_{2.5}$ concentrations for a short period of time, the increasing frequency and magnitude of wildland fires are maintaining higher background $PM_{2.5}$ concentrations in the West. While states can discount certain PM monitoring data affected by wildland fires for the purpose of attainment demonstrations under the "Exceptional Events" rule,[13] this process is slow, cumbersome, expensive, and often inaccurate. Indeed, a typical exceptional event demonstration requires roughly 100 person-hours to complete, and more time for EPA to review and approve. Further, Western wildland fires have become so frequent and commonplace that it no longer makes sense to characterize these fires as exceptional.

Regardless of whether the exception applies, even EPA acknowledges in the Proposed Rule that "increases in $PM_{2.5}$ emissions due to increases in wildfire and prescribed fire on wildland present a number of challenges relevant to the implementation of the PM NAAQS, particularly if one or more standards are strengthened."[14] Yet, EPA does not address this concern in the Proposed Rule. Instead, EPA states that "such issues are outside the scope of this proposal" and that it "intends to work with stakeholders to address these issues."[15] These two statements are inherently contradictory. EPA should reconsider its proposal to lower the primary annual $PM_{2.5}$ standard to account for the acute and lasting impact that wildland fires have on background PM concentrations in the rural Western U.S.

**EPA Wrongfully Conflates Coarse and Fine PM Issues in the Proposed Rule**

Finally, the Proposed Rule fails to properly distinguish between the different varieties of PM. Particulate matter falls into a "bi-modal" distribution of coarse and fine PM. Historically, EPA has recognized the distinction between fine and coarse particles as a "fundamental one."[16] The two modes "differ in sources, composition, transport and fate, as well as size."[17] Fine particles are formed primarily by combustion or chemical reactions, whereas coarse particles are formed by the mechanical breakdown of mineral, crustal material, and inorganic debris.[18]

Even though the $PM_{2.5}$ NAAQS were adopted as a standard to protect against health effects of fine PM, in 2007 EPA chose to define fine particles to include "inorganic material (including metals, dust, sea salt, and other trace elements) generally referred to as 'crustal' material," and to

[10] 88 Fed. Reg. at 5,571.
[11] *Id.* at 5,569.
[12] *Id.* at 5,641.
[13] 81 Fed. Reg. 68,216 (Oct. 3, 2016) (codified at 40 C.F.R. §§ 50.1, 50.14 and 51.930).
[14] 88 Fed. Reg. at 5,570.
[15] *Id.* at 5,570.
[16] Air Quality Criteria for Particulate Matter, EPA/600/P-99/002af (October 2004) at 2-7.
[17] *Id.* at 2-14.
[18] *Id.* at 2-15.


ESSENTIAL MINERALS ASSOCIATION 4250 NORTH FAIRFAX DR. SUITE 600 ARLINGTON, VA 22203 (571)-527-4655

define direct $PM_{2.5}$ emissions to include "emissions of direct fine particulate matter, including miscellaneous inorganic material (i.e. crustal material)."[19] Thus, EPA is including coarse PM – a "fundamentally different" pollutant than fine PM with very different properties and toxicity – when determining compliance with the $PM_{2.5}$ NAAQs.

When EPA adopted the $PM_{2.5}$ cutoff, it was an admittedly over-inclusive indicator for fine PM. EPA's express inclusion of crustal material when assessing the protectiveness of the $PM_{2.5}$ NAAQS extends the overinclusive nature of $PM_{2.5}$ as the indicator for fine PM and runs counter to EPA's policy judgment in its 1997 NAAQS rulemaking[20] that fine and coarse fractions are "distinct" classes of particulate matter and should be regulated separately.

In 2012, EPA acknowledged that the $PM_{2.5}$ mass standard does not "provide for complete separation of overlapping fine and coarse ambient particle modes under all circumstances."[21] EPA further stated that the $PM_{2.5}$ mass standard was selected to fully capture the fine particles of greatest health concern.[22] However, the Agency noted that "the coarse mode can extend down to approximately 1 micrometer in situations characterized by high coarse mode concentrations in conjunction with high wind speeds." These conditions are prevalent in the West, particularly in rural areas where EMA members operate. Accordingly, the problems associated with $PM_{2.5}$'s overinclusion of coarse crustal emissions are greatly exacerbated in the West.

Concerning this issue, the Proposed Rule only refers to the conclusion of the 2022 Policy Assessment that: ". . .the available information continues to support the $PM_{2.5}$ mass-based indicator and remains too limited to support a distinct standard for any specific $PM_{2.5}$ component or group of components, and too limited to support a distinct standard for the ultrafine fraction.[23]" While that may be true, the overinclusion of Western coarse crustal emissions in the $PM_{2.5}$ mass standard undermines the purpose of relying upon $PM_{2.5}$ to regulate fine rather than coarse particulate.

EPA noted in the 2019 Integrated Science Assessment for Particulate Matter ("2019 ISA") that "[t]he selection of $PM_{2.5}$ for the NAAQS was mainly to delineate the atmospheric fine (combustion derived, aggregates, acid condensates, secondary aerosols) and coarse (crustal, soil-derived dusts) PM modes."[24] EPA, however, has included in the definition of $PM_{2.5}$ the very coarse, crustal material that it concedes the $PM_{2.5}$ standard is not intended to control. Lowering the primary annual $PM_{2.5}$ standard will heighten the impacts of coarse PM intrusion. In the Final Rule issued in 2007, EPA asserted that "crustal material is only a minor part of $PM_{2.5}$ annual average concentrations."[25] EPA has since acknowledged that crustal material can predominate $PM_{2.5}$ measurements. For example, in the 2019 ISA, EPA asserted that "[N]atural sources

[19] 72 Fed. Reg. 20596 (April 25, 2007); *see also* Fine Particulate Matter ($PM_{2.5}$) Precursor Demonstration Guidance (May 30, 2019) https://www.epa.gov/pmpollution/pm25-precursor-demonstration-guidance.
[20] 62 Fed. Reg. 38,652,38,666 (July 18, 1997)
[21] Responses to Significant Comments on the 2012 Proposed Rule on the National Ambient Air Quality Standards for Particulate Matter (June 29, 2012) at V-2.
[22] *Id.*
[23] 88 Fed. Reg. at 5618.
[24] EPA, INTEGRATED SCIENCE ASSESSMENT FOR PARTICULATE MATTER, EPA/600/R-19/188 (Dec. 2019), at 1-19 ("2019 ISA").
[25] 72 Fed. Reg. 20596.

including soil dust and sea salt have been estimated to account for approximately 10% of U.S. urban $PM_{2.5}$ . . . Dust can also make up a substantial fraction of total $PM_{2.5}$ in the Southwestern U.S. . . . [In] many locations in the Southwestern U.S., crustal material from soil accounts for close to half of the annual average $PM_{2.5}$ mass.[26]" Again, this description would apply to many of the remote areas where EMA members conduct mining operations, particularly in the Western U.S.

EPA appropriately recognizes that the scientific evidence does not support a causal connection between health effects and coarse PM, particularly the crustal PM that predominates in rural areas of the West. However, EPA's inclusion of crustal material in the definition of $PM_{2.5}$ raises the serious concern that lowering the primary annual $PM_{2.5}$ standard would inappropriately target coarse crustal PM, resulting in misplaced control measures without public health benefits and compliance cost inappropriately falling on EMA members' mining operations. This impact is exacerbated as the new standard approaches the current background level of $PM_{2.5}$.

It is concerning that EPA would make these repeated admissions and then subsequently issue the Proposed Rule which proceeds to ignore both the distinctions between fine and coarse PM as well as the natural sources from which fine and coarse PM can originate in addition to manmade sources for which the NAAQS was intended. Not only does the Proposed Rule make these inaccurate assertions, but it also then uses them to set standards for EMA and others in regulated communities that would require those entities to account for PM that they themselves neither create nor control without any appreciable benefit to the environment or human health. The Agency should refrain from such a policy.

**Conclusion**

The Proposed Rule falls short of the CAA's legal standards and presents several implementation challenges. The Proposed Rule also fails to take significant natural PM sources into account and improperly conflates the distinctions between fine and coarse PM. As such, the rule would be an excessively stringent standard that would be difficult for EMA members to comply with and be of questionable effectiveness in exchange for little to no appreciable environmental or public health improvements. Therefore, EMA respectfully requests EPA withdraw the Proposed Rule and continue to utilize the current $PM_{2.5}$ and $PM_{10}$ standards.

Please do not hesitate if we can be helpful in any way on this matter.

Sincerely,

Chris Greissing
President
Essential Minerals Association
chrisgreissing@essentialminerals.org

[26] 2019 ISA, at 2-91.


ESSENTIAL MINERALS ASSOCIATION 4250 NORTH FAIRFAX DR. SUITE 600 ARLINGTON, VA 22203 (571)-527-4655

Comments on EPA's proposed revision to the PM2.5 NAAQS
Joel Schwartz,
Professor of Environmental Epidemiology,
Director, Harvard Center for Risk Analysis
Harvard University

The EPA's proposed revision makes multiple scientific errors in assessing the many studies reporting associations between PM2.5 and health at concentrations below 12 µg/m$^3$, and even below 8 µg/m$^3$ which makes their conclusion that an annual standard of 9-10 µg/m$^3$ would suffice to protect public health with an adequate margin of safety. EPA should set the standard no higher than 8 µg/m$^3$. I will address these errors in turn.

**EPA's claim that reported associations of PM2.5 with adverse health effects are only valid at or near the mean exposure in the study is unjustified scientifically.**

A central misconception of EPA, which has been repeatedly rejected by the Clean Air Scientific Advisory Committee, is that if a study reports an association of PM2.5 with a health effect, and has a mean exposure of e.g. 10 µg/m$^3$, that one should interpret this a demonstrating an effect at 10, and providing little evidence of effects at lower concentrations. This makes no sense whatsoever. Consider the following scenarios. A study with a wide distribution of exposures could actually have a threshold of 11 µg/m$^3$, and no effect at 10 µg/m$^3$ whatsoever, but still have a significant association between the health outcome and a linear term for PM2.5. Alternatively, as many studies have indeed reported, the association could be non-linear with a steeper association at concentrations below 10 µg/m$^3$ and a smaller slope (of health Vs exposure) at 10 µg/m$^3$ and more. The fact that the mean exposure in this hypothetical study was 10 µg/m$^3$ provides even less evidence for or against the continuation of the exposure-response to 8 µg/m$^3$ or even 6 µg/m$^3$.

At a minimum, EPA should at least consider the 25th %tile as being an exposure for which the effect size is relevant for the larger cohort studies. Studies with a 25th %tile of 8 or lower include (Schwartz et al., 2021) with a 25th %tile of 6.5 µg/m$^3$, and a mean of 7.9 µg/m$^3$ in the low exposure cohort, (Yazdi et al., 2021) with a 25th %tile of 6.9 µg/m$^3$ and a mean of 8.18 µg/m$^3$, (Wei et al., 2020) with a 25th %tile of 7.6 µg/m$^3$ and a median of 9 µg/m$^3$, (Shi et al., 2022) with a 25th %tile of 6 µg/m$^3$ and a mean of 7.4 µg/m$^3$ in the low exposure cohort, (Jin et al., 2022) with an analysis of 3.8 million people whose exposure never

exceeded 8 μg/$m^3$ , etc. Yet EPA rejects that using the excuse that after all only a quarter of the population in the study lies below that concentration, ignoring the large number of observations that one quarter of a sample may entail. They state "*the range from the 25th to 10th percentiles is a reasonable range to consider as a region where there is appreciably less confidence in the associations observed in epidemiologic studies compared to the means (U.S.EPA, 2022b, p. 3-69"*. This is simply scientifically invalid.

The germ of an argument for the EPA claim is that there may be too few observations much below the mean concentration, or below the 25th percentile to have enough information to allow one to examine the association at those levels. But that is an empirical question, and depends on the size of the study. For example, some cohort studies have only had a few thousand participants, and the number of observations available at levels below the mean may be small. However, this need not be the case. If there is a wide distribution of the exposures in that study, then there still may be a meaningful sample size with exposures 20% below the mean in that study. On the other hand, the Medicare Cohort has 68 million participants. The 10% of participants in the lowest decile of exposure in that study provides a sample size of 6.8 million, which exceeds the total sample size of all other cohorts in the U.S combined. How then can one assert that the Medicare cohort only tells us what is happening near the mean exposure? Size matters. There is no reason to rely on ad hoc poorly justified arguments about focusing on the mean to reduce uncertainty when the statistical tools used in the studies provide mathematically proven methods to compute confidence intervals, which take into account the number of observations. The elevated risk of death at an annual concentration of 6.6 μg/$m^3$ in the Wei paper(Wei et al., 2020) comes with an appropriately computed confidence interval, which is far from including the null.

To understand what is happening below the mean concentration in an epidemiology study requires delving more deeply into the study, and many studies have provided the information to do so.

For example, consider the study of Wei et al *(Wei, Y., M. Yazdi, Q. Di, W. Requia, F. Dominici, A. Zanobetti and J. Schwartz (2021). "Emulating causal dose-response relations between air pollutants and mortality in the Medicare population." Environmental Health 20 Article number: 53 (2021).)*. The authors had 637 million follow-up years of data, with over 30 million deaths. They divided their data into deciles of exposure, whose mean concentrations are shown below.

| Statistics | $PM_{2.5}$ (μg·m$^{-3}$) |
|---|---|
| Mean ± SD | 9.85 ± 3.17 |
| Decile | |
| 10% | 5.80 |
| 20% | 7.28 |
| 30% | 8.23 |
| 40% | 9.00 |
| 50% | 9.75 |
| 60% | 10.53 |
| 70% | 11.41 |
| 80% | 12.46 |
| 90% | 13.95 |

The mean PM2.5 is 9.85 μg/m$^3$, which would lead EPA to conclude that there is little evidence of an association below 8 μg/m$^3$. Yet there are over 63 million person-years of observation in each decile of exposure, and about 75% of the exposure is below the current NAAQS, suggesting it is the higher concentrations with fewer observations, and not the lower. And the study found that the relative risk for being in the second decile (7.28 μg/m$^3$) compared to the first decile (5.8 μg/m$^3$) was 1.022 [95% confidence interval (CI), 1.018–1.025]. That is, 2.2% more people died each year in the second decile compared to the first, after controlling for confounders, and that difference was highly statistically significant. The figure below shows the full concentration response function with confidence intervals for every decile. They are not larger for the intervals below 9 μg/m$^3$ than for above it, and they provide strong evidence of an effect below 9 μg/m$^3$ which is not compromised by small sample size or more error in the predicted exposure.




This also allows us to address the uncertainty question. The confidence interval cited above incorporates uncertainty due to the number of observations in each decile. In general, studies that have examined concentration response relationships either by dividing exposures into categories, or by fitting splines, display confidence intervals that indicate the certainty of the estimate, and in cases of small numbers of observations, these are large. Hence too few observations at lower exposures can be rejected as an argument for EPA dismissing findings at lower concentrations if the confidence intervals indicate a significant association.

**EPA's argument of uncertainty in exposure and in epidemiology studies at concentrations of 8 μg/m$^3$ and below are unsupported by the data.**

EPA buttresses its argument for ignoring significant associations at exposures below 9 μg/m$^3$ by asserting that there are too few monitors at those concentrations, and hence modeled exposures must have more uncertainty at lower concentrations since they had fewer monitoring measurements to calibrate against. Specifically, they state: "Factors that likely contribute to poorer model performance often coincide with relatively low ambient PM2.5 concentrations, in areas where predicted exposures are at a greater distance to monitors, and under conditions where the reliability and availability of key datasets (e.g., air quality modeling) are limited. Thus, uncertainty in hybrid model predictions becomes an increasingly important consideration as lower predicted concentrations are considered."




**Fig. 4.** Relationship between monitored and predicted $PM_{2.5}$ at annual level. We regressed annual averaged $PM_{2.5}$ predictions from the ensemble model against annual averaged monitored $PM_{2.5}$ in a generalized additive model, with spline on the monitored $PM_{2.5}$. Dashed lines represent 95% confidence interval.

**EPA's assertions about the ratio of the design monitor to CBSA averages of the hybrid models are irrelevant.**

EPA states that "*The results are similar for both the DI2019 and HA2020 surfaces and the maximum annual PM2.5 design values measured at the monitors are often 40% to 50% higher than average annual PM2.5 concentrations predicted by hybrid modeling methods when population weighting is not applied.*"

First, this statement seems to assume that the mean exposure assigned to all Medicare participants in a CBSA in our studies of PM2.5 and mortality and morbidity was the geometric mean of the exposure grids in that CBSA. This is not correct. While a few studies used population weighted averages of grid cells within each ZIP code, most used area weighted averages to assign exposure to all Medicare participants in that ZIP code in that year. However, ZIP codes in more densely populated areas have a larger population and higher exposures than ZIP codes in outlying areas. Hence in a survival analysis the number of participants in the higher exposure ZIP codes will be greater than the number of participants in the lower exposure ZIP codes, and the mean and distribution of PM2.5 across participants, which is what we reported in our study, will in that sense be population weighted, and higher than the simple area weighted mean for the CBSA which EPA assumed we used. Leaving this aside, the implication of EPA's comparison is that with a 50% higher DV

an e.g. standard of 9 µg/m$^3$ will protect against a mean concentration of 6 µg/m$^3$ and therefore there is no reason to believe that standard would fail to be protective. Here EPA has confusingly conflated multiple mostly false statements, driven by their unscientific emphasis on means. The underlying assumption again, is that it is only at the mean of a study that the study is informative, and so a study with a mean of 6 µg/m$^3$, such as the Canadian cohort, tells us about effects at 6 µg/m$^3$, and hence the standard of 9 µg/m$^3$ would be protective. As noted above, and by members of CASAC, the mean of the study tells us very little about the range of exposures where a significant increase in health effects is found. That depends not on the percent of the data, but on the number of observations. Just to cite one recent paper demonstrating this(Jin et al., 2022), which examined PM2.5 and the incidence of cardiovascular conditions, the below table shows that there are 15-16 million observations in his analysis restricted to people only exposed below 8 µg/m$^3$.

**Table S2. Sample size of the low-pollutant-concentration-level sub-cohorts.**

| Sub-cohorts | Characteristics | AF | CHF | Stroke |
|---|---|---|---|---|
| PM2.5<10 µg/m$^3$ | Person, n | 9,903,077 | 9,635,880 | 10,069,741 |
| | Total person-years | 49,827,394 | 46,678,951 | 50,745,210 |
| | Case number, n | 1,030,230 | 1,665,588 | 965,402 |
| PM2.5<8 µg/m$^3$ | Person, n | 3,841,520 | 3,785,021 | 3,915,916 |
| | Total person-years | 16,251,473 | 15,464,140 | 16,610,863 |
| | Case number, n | 350,822 | 569,412 | 323,169 |

And roughly half of all exposures in the Canadian study were less than 6, and they specifically reported a significant association between PM2.5 and deaths in that range. So we can reject the assertion that studies are only informative about their mean exposure, and focus on what concentrations they are informative on, which include concentration well below 9 µg/m$^3$. Secondly, none of the low concentration studies have used CBSA mean PM2.5 as their exposure variable. They have used ZIP code or census tract. So this measure is irrelevant. Third EPA's inappropriate emphasis on means applies to exposures as well as epidemiology studies. CBSA's are quite large, incorporating outer thinly settled areas as well as inner, densely populated areas. Indeed, Figure 3-7 in the PA, illustrating the size of the Atlanta CBSA compared to the state of Georgia again illustrates the problem of comparing the maximum monitor to average values in a large area that is a substantial fraction of the entire state. By including such a large area EPA's mean distorts the picture, by averaging exurban and small community

levels of PM2.5 with the higher urban levels to argue that most people will be exposed well below the design value. As with the epidemiology studies, the mean is irrelevant here. There is a wide range in the exposures within the CBSA. For example, I took the annual average PM25 in all the ZIP codes in the Chicago CBSA for 2008 and found a range of over 5 µg/m$^3$ in the concentrations across ZIP codes in the CBSA. So the mean also does not describe the exposure of the population well. Indeed, since PM emissions rise with population, the most populated parts of the CBSA are likely to be exposed to concentrations near the design value, not 40% below the design value. Consequently, the argument that a CBSA mean of 6 protects people from exposure to 8 µg/m$^3$ or 9 µg/m$^3$ is not true. Therefore, the argument fails on another key assumption being false.

**People Live Near Design Value Monitors**

To demonstrate this further we examined the population living near all the controlling design value monitors in the US by connecting their location to census data. On average, 62,341 lived within a 5 km radius of the design monitor. In total, 32,230,434 people lived within 5 km of these monitors in the US. Of those people living within 5km of the monitor, 35% were people of color and 17% were people living below the poverty line. Hence ignoring the population living near the controlling monitors by saying if that monitor is e.g. 9 µg/m$^3$ the metro-area wide average will be below 8 µg/m$^3$ as a justification for setting a standard at 9 µg/m$^3$ would clearly fail to protect millions of people from adverse health effects.

**Exposure Error does not undermine the epidemiology results at low concentrations.**

Let us now return to the implied assumption by EPA that the finding of a significant association at low concentrations may be improper because of the exposure error, or that the concentration response curve may be severely biased. Even if it were true that there is more uncertainty in exposure estimates below 8 µg/m$^3$ (which we have refuted above), why would that produce more uncertainty that a report of a significant association below 8 µg/m$^3$ with health effects is valid? That is, how could additional error in an exposure variable increase its association with health effects? One possibility is that the uncertainty includes bias. If the predicted exposure is 6 µg/m$^3$ but the true exposure is 9 µg/m$^3$ then we would be drawing conclusions about the wrong range of exposure. Again, for the papers that used the Di et al. predictions, that argument can be rejected. As reported in the Di et al. paper, when held out monitored data using the 10-fold cross-validation was regressed