# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1050**  September Term, 2024

EPA-89FR16202

Filed On: December 3, 2024 [2087758]

Commonwealth of Kentucky, et al.,

      Petitioners

  v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,
      Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

## O R D E R

Upon consideration of the joint motion to establish oral argument format, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for December 16, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Industry Petitioners | - | 13 Minutes |
| State Petitioners | - | 7 Minutes |
| Respondents | - | 17 Minutes (to be divided between two counsel) |
| State Intervenors | - | 3 Minutes |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1050**                                                                 **September Term, 2024**

    The panel considering these cases will consist of Circuit Judges Millett and Childs, and Senior Circuit Judge Ginsburg.

    Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 5, 2024.

**<u>Per Curiam</u>**

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                     BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)