# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1050**  **September Term, 2024**

EPA-89FR16202

**Filed On: February 25, 2025** [2102525]

Commonwealth of Kentucky, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,
    Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

    **BEFORE:** Millett and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of respondents' motion to hold cases in abeyance, it is

**ORDERED** that the motion be granted and these cases are hereby held in abeyance pending further order of the court.

The respondents are directed to file motions to govern further proceedings by April 28, 2025.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk