**No. 24-1050**  **September Term, 2024**

EPA-89FR16202

**Filed On: July 14, 2025**

Commonwealth of Kentucky, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,
    Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

**BEFORE:** Millett and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of EPA's motion to extend the abeyance for an additional 30 days, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted, and these cases continue to remain in abeyance pending further order of the court.

Respondents are directed to file motions to govern further proceedings by August 13, 2025. Respondents are directed to include in their motion information about the progress of their reconsideration and a timetable for their decision.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

    BY:     /s/
             Michael C. McGrail
             Deputy Clerk