ORAL ARGUMENT HELD ON DECEMBER 16, 2024

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ET AL.,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | Case No. 24-1050 and consolidated cases |

**DECLARATION OF AARON SZABO**

I, Aaron Szabo, under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my own personal knowledge or on information contained in the record of the United States Environmental Protection Agency (EPA) or supplied to me by EPA employees under my supervision.

1. I am the Assistant Administrator for the United States Environmental Protection Agency Office of Air and Radiation (OAR), which is located at 1200 Pennsylvania Avenue, NW, Washington D.C. 20460.

2. Prior to joining EPA, I served as a federal civil servant, first at the Nuclear Regulatory Commission, where I worked on nuclear power plant issues and

regulations, and then at the White House Office of Information and Regulatory Affairs, where I worked on major climate and air regulations. I continued my career civil service as the Senior Counsel at the Council on Environmental Quality, where my role expanded to include the National Environmental Policy Act and federal sustainability issues. I hold degrees in economics, government, and politics from the University of Maryland, College Park, and a law degree from George Washington University Law School.

3. OAR is the EPA office with primary responsibility for administration of the Clean Air Act. As the Assistant Administrator for OAR, I serve as the principal advisor to the Administrator on matters pertaining to air and radiation programs and am responsible for managing these programs, including: policy development and evaluation; development of emissions standards; policy guidance and overview; and technical support and evaluation of regional air and radiation program activities.

4. Through my role as Assistant Administrator for OAR, I am familiar with the development and implementation of EPA programs, policies, and regulations under the Clean Air Act. As part of my duties, I oversee the development and implementation of regulations, policy, and guidance under sections 108 and 109 of the Clean Air Act, 42 U.S.C. §§ 7408–09, including establishing air

quality criteria and setting primary and secondary National Ambient Air Quality Standards (NAAQS) for certain pollutants, including particulate matter.

5. The purpose of this declaration is to provide the Court with context and a timetable for EPA's reconsideration of the challenged rule entitled "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter," 89 Fed. Reg. 16202 (Mar. 6, 2024).

6. This declaration is filed in support of EPA's motion for an abeyance in this case.

Plan for Conducting Reconsideration of the Rule

7. Under the challenged rule, EPA and relevant State, Tribal, and local regulators are required by statute to take various implementation steps. For example, the EPA must designate areas as attainment, nonattainment, or unclassifiable in February 2026.

8. On March 12, 2025, EPA announced that it would revisit the challenged rule. See https://www.epa.gov/newsreleases/trump-epa-announces-path-forward-national-air-quality-standards-particulate-matter.

9. Upon further review of the challenged rule, EPA has decided to proceed with a new notice and comment rulemaking. Preparation of the proposed rule, including research, drafting, and review, is already underway.

10. EPA expects that the rulemaking schedule moving forward in this matter will be as follows:

    a. EPA expects the proposed rule to be signed in Fall of 2025;

    b. EPA is targeting any final rule to be signed by February of 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025, in Washington, D.C.



Aaron Szabo
Assistant Administrator, Office of Air and Radiation
U.S. Environmental Protection Agency