# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1050**       **September Term, 2025**

EPA-89FR16202

Filed On: September 4, 2025 [2133437]

Commonwealth of Kentucky, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,

    Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

    **BEFORE:**     Millett and Childs, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of EPA's motion to extend abeyance for an additional 45 days, the opposition thereto, and the reply, it its

**ORDERED** that the motion be granted, and these cases continue to remain in abeyance pending further order of the court.

Respondents are directed to file motions to govern further proceedings by October 20, 2025.

### Per Curiam

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                      BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk