# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1050** | **September Term, 2025** |
| | EPA-89FR16202 |
| | Filed On: December 3, 2025 [2148460] |

Commonwealth of Kentucky, et al.,

     Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

     Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,
     Intervenors
------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

    **BEFORE:**    Millett and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

### O R D E R

    Upon consideration of respondent-intervenors' motion to extend time to respond to respondents' motion for vacatur, it is

    **ORDERED** that the motion be granted. Any responses are now due December 16, 2025.

<u>**Per Curiam**</u>

                                                FOR THE COURT:
                                                Clifton B. Cislak, Clerk

                            BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk