ORAL ARGUMENT HELD ON DECEMBER 16, 2024

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, et al., *Petitioners*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., *Respondents*. | Case No. 24-1050 and consolidated cases |

**UNOPPOSED MOTION FOR EXPANDED BRIEFING**

Respondents the United States Environmental Protection Agency and its Administrator, Lee Zeldin (collectively "EPA") respectfully move for an order setting an expanded word count limit for EPA's reply in support of its Motion for Vacatur, ECF No. 2147050, at 5,200 words. Respondent-Intervenors filed separate responses to EPA's motion, ECF Nos. 2150747, 2150736, and EPA intends to file a single, consolidated reply. Petitioners, Respondent-Intervenor Health, Environmental and Community groups, and State and Local Government Respondent-Intervenors,[1] do not oppose the requested relief.

---

[1] At the time of filing, EPA was unable to obtain the Commonwealth of Pennsylvania's position on the motion.

1

In support of its request, EPA states the following:

1. On November 24, 2025, EPA filed a Motion for Vacatur of the challenged rule, *Reconsideration of the National Ambient Air Quality Standards for Particulate Matter*, 89 Fed. Reg. 16202 (Mar. 6, 2024). ECF No. 2147050.

2. Petitioners filed Responses in Support, ECF Nos. 2148760, 2148789, on December 4.

3. State and Local Government Respondent-Intervenors filed an opposition to EPA's Motion for Vacatur on December 16. ECF No. 2150747.

4. Health, Environmental, and Community Group Respondent-Intervenors ("NGOs") filed an opposition to EPA's motion combined with a cross-motion to "lift abeyance and proceed to a merits ruling." ECF No. 2150736.

5. EPA reserved its position on the cross-motion, *id.* at 1, and, having reviewed the filing, has now determined that it does not oppose the NGOs' procedural cross motion to remove this case from abeyance to allow the Court to decide relevant aspects of the case necessary to issue a final merits decision. With its Motion for Vacatur, EPA asked the Court to rule on the merits of the challenged rule and therefore EPA agrees that this case should no longer be in abeyance.

6. Now, EPA seeks to reply in support of its Motion for Vacatur in response to the Intervenors' responses. Consistent with the timing set forth in Federal Rule of Appellate Procedure 27(a)(4), EPA intends to file by December

23. Replying separately, EPA would be entitled to 2,600 words each under Federal Rule of Appellate Procedure 27(d)(2)(C), or 5,200 words in total.

7. For efficiency, EPA requests permission to file a single consolidated reply of 5,200 words. A single filing will streamline the number of filings and avoid potential duplication, thereby preserving party and judicial resources. And the 5,200 word-limit preserves the total word count that EPA is entitled to in reply and allows EPA a fair chance to respond to unique issues raised by the Respondent-Intervenor groups in a single filing.

8. For the reasons set forth above, EPA respectfully requests permission to file a single, oversized reply with a word limit of 5,200 words.

Respectfully submitted,

DATED: December 18, 2025

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

/s/ Sarah Izfar
SARAH IZFAR
ZOE B. PALENIK
*Attorneys*
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2285
Sarah.izfar@usdoj.gov

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27 because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 450 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

DATED:    December 18, 2025

                                                                             */s/ Sarah Izfar*
                                                                             SARAH IZFAR

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I filed the foregoing Unopposed Motion for Expanded Briefing with the Clerk of Court using the CM/ECF system, which will cause a copy to be electronically served on all counsel of record.

<u>/s/ *Sarah Izfar*</u>
SARAH IZFAR
