# In the United States Court of Appeals for the District of Columbia Circuit

COMMONWEALTH OF KENTUCKY and
STATE OF WEST VIRGINIA, *et al.*,

*Petitioners*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents*

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, *et al.*,

*Intervenors*

---

On Petitions for Review of a Final Action
of the U.S. Environmental Protection Agency

---

### STATE PETITIONERS' RESPONSE TO RESPONDENT-INTERVENORS' CROSS-MOTION TO LIFT ABEYANCE AND PROCEED TO A MERITS RULING

**RUSSELL COLEMAN**
**Attorney General of Kentucky**

| | |
|---|---|
| Matthew F. Kuhn | Office of the Kentucky |
| *Solicitor General* | Attorney General |
| Jacob M. Abrahamson | 1024 Capital Center Drive, Suite 200 |
| *Deputy Solicitor General* | Frankfort, Kentucky 40601 |
| Lindsey R. Keiser | (502) 696-5300 |
| *Assistant Attorney General* | Matt.Kuhn@ky.gov |
| | Jacob.Abrahamson@ky.gov |
| | Lindsey.Keiser@ky.gov |
| *Counsel for Petitioner* | |
| *Commonwealth of Kentucky* | (Additional counsel below) |

**JOHN B. McCUSKEY**
**Attorney General of West Virginia**

Michael R. Williams
  *Solicitor General*

Office of the West Virginia
Attorney General
State Capitol, Bldg 1,
Room E-26
Charleston, West Virginia 25305
Michael.R.Williams@wvago.gov

*Counsel for Petitioner*
*State of West Virginia*

(Additional counsel listed after the signature block.)

Health, Environmental, and Community Group Respondent-Intervenors have filed a cross-motion asking this Court to lift the abeyance and proceed to a ruling on the merits. State Petitioners[*] agree with the response filed by Industry and Arizona Coalition Petitioners, ECF No. 2151215, and join it in full. The Court should lift the abeyance, proceed to a merits ruling, and grant EPA's motion for vacatur.

DATED:	December 19, 2025

---

[*] State Petitioners are petitioners in appeal numbers 24-1050 and 24-1052.

1

Respectfully submitted,

| | |
|---|---|
| **RUSSELL COLEMAN**<br>**Attorney General of Kentucky** | **JOHN B. McCUSKEY**<br>**Attorney General of**<br>**West Virginia** |
| /s/ Jacob M. Abrahamson<br>Matthew F. Kuhn<br>  *Solicitor General*<br>Jacob M. Abrahamson<br>  *Deputy Solicitor General*<br>Lindsey R. Keiser<br>  *Assistant Attorney General*<br>Office of the Kentucky<br>Attorney General<br>1024 Capital Center Drive<br>Suite 200<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Matt.Kuhn@ky.gov<br>Jacob.Abrahamson@ky.gov<br>Lindsey.Keiser@ky.gov<br><br>*Counsel for Petitioner*<br>*Commonwealth of Kentucky* | /s/ Michael R. Williams<br>Michael R. Williams<br>  *Solicitor General*<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, West Virginia 25305<br>(681) 313-4550<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for Petitioner*<br>*State of West Virginia* |

(Counsel for Additional Petitioners Below)

| | |
|---|---|
| **STEVE MARSHALL**<br>**Attorney General of Alabama**<br><br>/s/ A. Barrett Bowdre<br>A. Barrett Bowdre<br>  *Solicitor General*<br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Barrett.Bowdre@AlabamaAG.gov<br><br>*Counsel for Petitioner*<br>*State of Alabama* | **STEPHEN J. COX**<br>**Attorney General of Alaska**<br><br>/s/ Thomas Mooney-Meyers<br>Jenna Lorence<br>  *Solicitor General*<br>Thomas Mooney-Meyers<br>  *Assistant Attorney General*<br>Environmental Section<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, Alaska 99501-1994<br>(907) 269-5211<br>Thomas.Mooney-Meyers@alaska.gov<br><br>*Counsel for Petitioner*<br>*State of Alaska* |
| **TIM GRIFFIN**<br>**Attorney General of Arkansas**<br><br>/s/ Autumn H. Patterson<br>Autumn H. Patterson<br>  *Solicitor General*<br>Office of the Arkansas<br>Attorney General<br>101 West Capitol Avenue<br>Little Rock, Arkansas 72201<br>(501) 682-2007<br>Autumn.Patterson@ArkansasAG.gov<br><br>*Counsel for Petitioner*<br>*State of Arkansas* | **JAMES UTHMEIER**<br>**Attorney General of Florida**<br><br>/s/ Allen Huang<br>Allen Huang<br>  *Deputy Solicitor General*<br>Office of the Attorney General<br>3507 East Frontage Road<br>Tampa, Florida 33607<br>(813) 287-7950<br>Allen.Huang@myfloridalegal.com<br><br>*Counsel for Petitioner*<br>*State of Florida* |

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ Stephen J. Petrany
Stephen J. Petrany
  *Solicitor General*
Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner*
*State of Georgia*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**

/s/ Alan M. Hurst
Alan M. Hurst
  *Solicitor General*
Office of the Idaho
Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Alan.Hurst@ag.idaho.gov

*Counsel for Petitioner*
*State of Idaho*

**THEODORE E. ROKITA**
**Attorney General of Indiana**

/s/ James A. Barta
James A. Barta
  *Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for Petitioner*
*State of Indiana*

**BRENNA BIRD**
**Attorney General of Iowa**

/s/ Eric H. Wessan
Eric H. Wessan
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner*
*State of Iowa*

**KRIS KOBACH**
**Attorney General of Kansas**

/s/ Anthony J. Powell
Anthony J. Powell
　*Solicitor General*
Office of Kansas Attorney General
Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for Petitioner*
*State of Kansas*

**LIZ MURRILL**
**Attorney General of Louisiana**

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
　*Solicitor General*
Office of the Louisiana
Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov

*Counsel for Petitioner*
*State of Louisiana*

**LYNN FITCH**
**Attorney General of Mississippi**

/s/ Justin L. Matheny
Justin L. Matheny
　*Deputy Solicitor General*
Office of the Mississippi
Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner*
*State of Mississippi*

**CATHERINE HANAWAY**
**Attorney General of Missouri**

/s/ Louis J. Capozzi III
Louis J. Capozzi III
　*Solicitor General*
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri 63101
(717) 802-2077
Louis.Capozzi@ago.mo.gov

*Counsel for Petitioner*
*State of Missouri*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

/s/ Christian B. Corrigan
Christian B. Corrigan
  *Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Petitioner*
*State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

/s/ Cody S. Barnett
Cody S. Barnett
  *Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, NE 68508
(402) 471-2683
Cody.Barnett@nebraska.gov

*Counsel for Petitioner*
*State of Nebraska*

**DREW WRIGLEY**
**Attorney General of North Dakota**

/s/ Philip Axt
Philip Axt
  *Solicitor General*
North Dakota Attorney General's Office
600 East Boulevard Avenue, Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for Petitioner*
*State of North Dakota*

**DAVE YOST**
**Attorney General of Ohio**

/s/ Mathura Sridharan
Mathura Sridharan
  *Solicitor General*
Ohio Attorney General's Office
30 East Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
mathura.sridharan@ohioago.gov

*Counsel for Petitioner*
*State of Ohio*

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*
Oklahoma Office of the
Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Petitioner*
*State of Oklahoma*


**MARTY J. JACKLEY**
**Attorney General of**
**South Dakota**

/s/ Emily M. Greco
Emily M. Greco
  *Assistant Attorney General*
South Dakota Attorney
General's Office
1302 East Highway 1889, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
Emily.Greco@state.sd.us

*Counsel for Petitioner*
*State of South Dakota*

**ALAN WILSON**
**Attorney General of**
**South Carolina**

/s/ Joseph D. Spate
Robert D. Cook
  *Chief Counsel*
J. Emory Smith, Jr.
  *General Counsel*
Thomas T. Hydrick
  *Solicitor General*
Joseph D. Spate
  *Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Petitioner*
*State of South Carolina*

7

**JONATHAN SKRMETTI**
**Attorney General & Reporter of Tennessee**

/s/ Harrison Gray Kilgore
Harrison Gray Kilgore
  *Strategic Litigation Counsel*
  *and Assistant Solicitor General*
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-7403
Harrison.Kilgore@ag.tn.gov

*Counsel for Petitioner*
*State of Tennessee*

**KEITH G. KAUTZ**
**Attorney General of Wyoming**

/s/ D. David DeWald
D. David DeWald
  *Deputy Attorney General*
Wyoming Attorney General's Office Water & Natural Resources Division
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 phone
(307) 777-3542 fax
david.dewald@wyo.gov

*Counsel for Petitioner*
*State of Wyoming*

**DEREK BROWN**
**Attorney General of Utah**

/s/ Stanford E. Purser
Stanford E. Purser
  *Solicitor General*
Office of the Utah Attorney General
160 E. 33 S., 5th Floor
Salt Lake City, Utah 84111
(385) 382-4334
spurser@agutah.gov

*Counsel for Petitioner*
*State of Utah*

| | |
|---|---|
| **KEN PAXTON**<br>**Attorney General of Texas**<br><br>**BRENT WEBSTER**<br>**First Assistant Attorney General**<br><br>**JAMES LLOYD**<br>**Deputy Attorney General for Civil Litigation**<br><br>**KELLIE E. BILLINGS-RAY**<br>**Chief, Environmental Protection Division** | /s/ Clayton Smith<br>CLAYTON SMITH<br>Assistant Attorney General<br>D.C. Circuit Bar No. 65145<br>Texas Bar No. 24091234<br>clayton.smith@oag.texas.gov<br><br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC 066<br>Austin, Texas 78711-2548<br>Tel: (512) 971-0139<br>Fax: (512) 320-0911<br><br>*Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality in Consolidated Case No. 24-1052* |

## CERTIFICATE OF COMPLIANCE

I certify, under Fed. R. App. P. 32(g), that this Response complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A) because it contains 74 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Century Schoolbook font using Microsoft Word.

Dated: December 19, 2025

/s/ Jacob M. Abrahamson

**CERTIFICATE OF SERVICE**

    I certify, under Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: December 19, 2025

                                              /s/ Jacob M. Abrahamson