**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVE., SUITE 11000
SAN FRANCISCO, CA 94114

Telephone: (415) 510-3549
E-Mail: Jonathan.Wiener@doj.ca.gov

June 2, 2026

Clifton B. Cislak
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Room 5205
Washington, D.C. 20001

Re:    *Commonwealth of Kentucky, et al. v. EPA, et al.*, No. 24-1050 (and
       consolidated cases), Oral Argument held December 16, 2024
       FRAP 28(j) letter re: proceedings in related cases

Dear Mr. Cislak:

The undersigned State Intervenors hereby apprise the Court of recent district court filings relevant to EPA's pending motion for vacatur.

EPA moved to place this case in abeyance so it could pursue rulemaking to repeal the 2024 NAAQS, only to later—without addressing any rulemaking plans—move to vacate the Rule before EPA's February deadline to promulgate designations. *See* State Intvrs.' Opp. to EPA Mot. for Vacatur 3-4, ECF#2150747 ("Vacatur Opp.").

With that deadline passed, many respondent-intervenors sued to compel EPA to fulfill its unmet designations duty. *All. of Nurses for Healthy Env'ts v. Zeldin*, No. 26-cv-3118 (N.D. Cal. filed Apr. 13, 2026); *California v. Zeldin*, No. 26-cv-3500 (N.D. Cal. filed Apr. 24, 2026). But EPA moved to stay those proceedings "at least until the D.C. Circuit resolves" the pending vacatur motion. *Nurses*, Dkt. 31 at 1. EPA argues it need not promulgate designations, because "the Agency has determined" it no longer supports the Rule. *Nurses*, Dkt. 40 at 1; *see also Nurses*, Dkt. 53 at 9-10 (asserting cases prudentially unripe absent this Court's final decision).

Thus, after asking this Court to *grant* its vacatur motion to eliminate its designations duty, Mot. for Vacatur 1, ECF#2147050; Reply in Support of Mot. for Vacatur 23, ECF#2151956, EPA (wrongly) argues elsewhere that its duty is unenforceable at least until this Court *denies* its vacatur motion. In short, EPA is trying to treat the mere pendency of its motion as effectively staying the Rule.

EPA's recent filings also create further confusion about the agency's rulemaking plans. Because EPA used its stated rulemaking plans to justify abeyance, it should clarify their status before asking this Court to vacate the Rule instead. Vacatur Opp 3-4, 6-10, ECF#2150747. Yet EPA still seeks to have it both ways, arguing that it should have the opportunity to "correct its errors" through rulemaking before making designations, *Nurses*, Dkt. 40 at 1; *accord Nurses*, Dkt. 53 at 12, and that it "chose" a vacatur motion "instead" of rulemaking. *Nurses*, Dkt. 44 at 2. EPA's continued failure to commit to a course of action independently warrants denial of its vacatur motion.

Dated: June 2, 2026

Respectfully Submitted,

FOR THE STATE OF CALIFORNIA

ROB BONTA
ATTORNEY GENERAL

*/s/ Jonathan A. Wiener*

JONATHAN A. WIENER
MICAELA M. HARMS
STACY LAU
COREY M. MOFFAT
*Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3549
Jonathan.Wiener@doj.ca.gov

FOR THE STATE OF ARIZONA

KRISTIN K. MAYES,
ATTORNEY GENERAL

/s/ Kirsten Engel
KIRSTEN ENGEL
Assistant Attorney General
Environmental Protection Unit
2005 N. Central Ave
Phoenix, AZ 85004
(520) 209-4020
Kristen.Engel@azag.gov
ENVProtect@azag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

/s/ Matthew I. Levine
MATTHEW I. LEVINE
Deputy Associate Attorney General
JILL LACEDONIA
Assistant Attorney General
Connecticut Office of the Attorney
General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
jill.lacedonia@ct.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

/s/ Jason E. James
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental
Enforcement/Asbestos Litigation
Division
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(872) 276-3583
jason.james@ilag.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

/s/ Michael F. Strande
MICHAEL F. STRANDE
Assistant Attorney General
Office of the Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3014
Michael.Strande@maryland.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Marcus Holmes*
MARCUS HOLMES
Assistant Attorney General & Director of Environmental Justice
Environmental Protection Division
BRIAN CLAPPIER
Assistant Attorney General
TURNER SMITH
Assistant Attorney General & Deputy Bureau Chief
Energy & Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Marcus.D.Holmes@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 757-1061
Peter.Surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

JENNIFER DAVENPORT
ATTORNEY GENERAL

*/s/ Lisa Morelli*
LISA MORELLI
Deputy Attorney General
Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
609-376-2740
lisa.morelli@law.njoag.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

*/s/ Nicholas C. Buttino*
NICHOLAS C. BUTTINO
Assistant Attorney General
JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2406
nicholas.buttino@ag.ny.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE
ISLAND

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Assistant Attorney General
Chief, Environment and Energy Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400 ext. 2297
Email: nvaz@riag.ri.gov

FOR THE STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Melanie Kehne*
MELANIE KEHNE
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Melanie.kehne@vermont.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Jennifer Slocum*
JENNIFER SLOCUM
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6741
jenna.slocum@atg.wa.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-0505
bradley.motl@wisdoj.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the
District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE CITY OF NEW YORK

STEVEN BANKS
CORPORATION COUNSEL

*/s/ Nathan Taylor*
NATHAN TAYLOR
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
212.356.2074
ntaylor@law.nyc.gov

FOR HARRIS COUNTY, TEXAS

*/s/ Sarah Jane Utley*
SARAH JANE UTLEY
Environmental Division Director
ELIZABETH HIDALGO
Assistant County Attorney
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
713.274.5124
Sarah.Utley@cao.hctx.net

IRVINE & CONNER PLLC
CHARLES IRVINE
JANET CAMPOS
4709 Austin Street
Houston, Texas 77004
713.533.1704
charles@irvineconner.com

Cc: Counsel of Record, via electronic filing

## **Certificate of Compliance**

I hereby certify that the foregoing Letter complies with Fed. R. App. P. 28(j), as it complies with typeface requirements and contains 350 words, excluding exempted portions.

*/s/ Jonathan A. Wiener*
Jonathan A. Wiener