# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1050** **September Term, 2025**

**EPA-89FR16202**

**Filed On: August 18, 2026** [2188669]

Commonwealth of Kentucky, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,

Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

**M A N D A T E**

In accordance with the judgment of June 26, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk

Link to the judgment filed June 26, 2026