# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 2, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Kentucky, et al.
v. Environmental Protection Agency, et al.
No. 26-277
(Your No. 24-1050, 24-1051, 24-1052, 24-1073, 24-1091)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 28, 2026 and placed on the docket September 2, 2026 as No. 26-277.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst